UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about December 18, 2006 I caused copies of:

- the **Agreed Order Regarding Claim No. 6773 Filed by The Trust Under The Will of Edna Hill Meeker for The Lifetime Benefit of L.H. Meeker**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Order as listed above is attached hereto as Exhibit B.

Dated: December 28, 2006

_____
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: 3O

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**
Page 1 of 1

**Agreed Order Regarding Claim No. 6763 Filed by The
Trust Under the Will of Edna Hill Meeker for the
Lifetime Benefit of L.H. Meeker**

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.     **CASE:** 05-03817-3F1

CREDITOR ID: 269364-16
EDNA HILL MEEKER TRUST
FOR LIFETIME BENEFIT OF L H MEEKER
C/O RAY & WILSON
ATTN DONALD H RAY, ESQ
6115 CAMP BOWIE BLVD, SUITE 200
FORT WORTH, TX 76116-5500

      **Total: 1**

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**AGREED ORDER REGARDING CLAIM NO. 6763 FILED BY THE TRUST
UNDER THE WILL OF EDNA HILL MEEKER FOR
THE LIFETIME BENEFIT OF L. H. MEEKER**

THIS CAUSE is before the Court upon (a) the Debtors' Twenty-Fourth Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Overstated Claims, (D) Overstated Misclassified Claims, (E) Misclassified Claims, (F) Duplicate Liability Claims and (G) Amended and Superseded Claims (the "Objection") filed at Docket No. 11946 by Winn-Dixie Stores, Inc. and its twenty-three debtor subsidiaries (the "Debtors") as it pertains to Claim No. 6763 filed by the Trust Under the Will of Edna Hill Meeker for the Lifetime Benefit of L. H. Meeker (the "Trust") and (b) the Response of the Trust Under the Will of Edna Hill Meeker for the Lifetime Benefit of L. H. Meeker to the Debtors' Twenty-Fourth Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Overstated Claims, (D) Overstated Misclassified Claims, (E) Misclassified Claims, (F) Duplicate Liability Claims and (G) Amended and Superseded Claims (the "Response") filed by the Trust at Docket No. 12251. Based upon the representation by the Debtors' and the Trust's counsel that the

Agreed Order reflects a resolution between the parties of the issues raised in the Objection and the Response, it is

ORDERED AND ADJUDGED:

1. The Objection (as it pertains to Claim No. 6763) and the Response are resolved as set forth below.

2. Claim No. 6763 filed by the Trust is allowed as an unsecured non-priority claim in the amount of $342,500.00.

3. Within five (5) business days of entry of this Agreed Order, the Trust shall file with the 17th Judicial District Court, Tarrant County, Texas a Motion to Dismiss With Prejudice dismissing Case No. 017 203193 03 styled <u>The Trust Under the Will of Edna Hill Meeker for the Lifetime Benefit of L. H. Meeker v. Winn-Dixie Louisiana, Inc.</u> (the "Litigation").

4. This Agreed Order resolves all liabilities and obligations related to (i) any and all proofs of claim and administrative expense claims filed by the Trust in these Chapter 11 cases and (ii) all other pre-petition or pre-confirmation claims, whether known or unknown, the Trust has or may have against the Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released, including but not limited to any claims related to the Litigation.

Dated this 14 day of Dec, 2006, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

2

## Consent

The undersigned parties consent to entry of the foregoing order.

| | |
|---|---|
| SMITH HULSEY & BUSEY. | RAY & WILSON |
| By ___s/ James H. Post___<br>James H. Post, Esq. | By ___s/ Donald H. Ray[*]___<br>Donald H. Ray, Esq. |
| Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile) | Texas Bar Number 16598000<br>6300 Ridglea Place, Suite 1008<br>Fort Worth, Texas 76116<br>(817) 377-0500<br>(817) 377-1232 (facsimile) |
| -and- | Counsel for the Trust Under the Will of Edna Hill Meeker for the Lifetime Benefit of L. H. Meeker |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | |

D. J. Baker
Rosalie Walker Gray
Jane M. Leamy
David M. Turetsky
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Co-Counsel for the Debtors

* Counsel has authorized the use of his electronic signature.