5) Kimberly Brown
DOA 6/27/05
Winn Dixie #0246
Opa Locka, FL 33056
Slip and fall on metal patch nailed to the floor near checkout
Chronic strain/sprain left knee; complex tear posterior horn left medial meniscus; bone lesion posterior proximal tibia
Unliquidated amount
Charles H. Cohen, P.A.
2856 East Oakland Park Blvd.
Fort Lauderdale, FL 33306
954-630-8898
954-565-8454 Fax
CCohen1039@AOL.com

EXHIBIT A