# ADAM J. OOSTERBAAN, P.A.
## Attorney at Law

2500 AIRPORT ROAD SOUTH • SUITE 306 • NAPLES, FL • 34112

December 19, 2006

**VIA FACSIMILE AND REGULAR MAIL**

Mr. Dennis LeVine, Esq.
Dennis LeVine & Associates, P.A.
103 South Blvd.
Tampa, FL 33606-0777

**Claimant Name:** Edeline Davis
**Date of Birth:** 05/28/80
**Date of Accident:** 11/11/05
**Location of Accident:** Winn-Dixie # 0743

Dear Mr. LeVine, Esq.:

On November 11, 2005, Edeline Ceus Davis, a pregnant 25 year-old female, entered a Winn-Dixie store (#0743), located at 4849 Golden Gate Parkway, Naples, Florida 34116, with the intention of purchasing a cake at the bakery department. As Ms. Davis was approaching the cake counter, an employee was cleaning the floor behind the counter with a water hose. The employee stopped cleaning to sell Ms. Davis a cake. The employee handed the cake to Ms. Davis, who then placed the cake in her grocery cart and turned to approach the rear of her cart. Before attaining a position to push the cart away, Ms. Davis slipped backwards on a wet floor, caused by water that had seeped from under the counter. No signs of wet surface warnings were present before or after the incident. Winn-Dixie has a duty of care to protect its customers from foreseeable risks while circulating through its premises. Winn-Dixie breached its duty of care by allowing an employee to disperse water in such manner as would foreseeably cause a slippery surface to its customers circulating in the store and by not taking precautions to prevent such risks.

EXHIBIT A

Liability is clear. On the basis of clear liability and lack of comparative negligence, we hereby present a bodily injury claim for pain and suffering, inconvenience, mental anguish, outstanding medical bills, future medical bills, loss wages, and loss earning capacity.

As a result of Winn-Dixie's negligence Ms. Davis sustained severe back injury, meriting a 5% impairment for lumbar radiculitis, lumbar facet, mechanical back pain and deconditioned lumbar spine.

The amount of damages is unliquidated. Ms. Davis has a Medicaid Casualty Lien.

Edeline Ceux Davis is represented by the following firm and all future correspondences and notices should be so directed:

>Adam J. Oosterbaan, PA,
>2500 Airport Road South, Suite 306
>Naples, Florida 34112
>Tel.: (239) 775-3700
>Fax: (239) 775-3513
>Email: advocate@naples.net .

Please contact me if you require further information.

Thank you in advance for your assistance.

Adam J. Oosterbaan
Attorney for Claimant