# MORGAN & MORGAN

A PROFESSIONAL ASSOCIATION

*Attorneys At Law*

REPLY TO TAMPA

**ATTORNEYS AT LAW**

JAMES D. ARNOLD, JR.
RUSSELL E. ARTILLE
H. SCOTT BATES †
WILLIAM M. BAUMANN
ALEXANDER BILLIAS
T. LEE BODIE
SCOTT T. BORDERS †
GREGORY J. BOSSELER
ADAM BRUM
DONALD W. BUCKLER
NICHOLAS A. BUONICONTI, III
KEVIN J. CARDEN
KEITH M. CARTER †
MICHAEL J. CARTER
ALEXANDER M. CLEM
BRAD CULPEPPER
WILLIAM R. DANIEL
VINCENT M. D'ASSARO †
MICHAEL L. DAVIS
LOUIS A. DEFREITAS, JR.
WILLIAM FINN
GREGORIO A. FRANCIS
STEVEN C. GODDARD
MICHAEL GOETZ
DICK GRECO, JR.
JOHN G. HARNISHFEGER***
DAVID G. HENRY
EARL I. HIGGS, JR.
HERBERT H. HOFMANN II
MICHAEL K. HOUTZ
CLEMENT L. HYLAND
SUMEET KAUL
JAMES W. KEETER
JAMES J. KELLEHER
HANS KENNON
JEFFREY D. KOTTKAMP
STEPHEN J. KNOX †
BRETT J. KURLAND
ARMANDO T. LAURITANO
CLINT M. LAVENDER
CARLOS V. LEACH
JOSEPH A. LINNEHAN †
BRADLEY LUNDEEN **
JAMES T. LYNCH
W. CHARLES MELTMAR †***
TODD K. MINER
W. CLAY MITCHELL, JR.
KEITH R. MITNIK
HECTOR A. MORE*
JOHN B. MORGAN
ULTIMA D. MORGAN
HENRY P. MOWRY
DANIEL J. NEWLIN
DONNY A. OWENS
JAMES D. PACITTI
R.A. PATTERSON, III
BRANDON S. PETERS
MICHAEL A. PETERS
RONSON J. PETREE
GREGORY D. PRYSOCK †
MICHAEL T. REESE
DAVID I. RICKEY *
MARIO ROMERO
ROBERT J. SCANLAN
RANDY E. SCHIMMELPFENNIG †
JOSEPH H. SHAUGHNESSY
DANIEL W. SHEPPARD †
MICHAEL J. SMITH
DAVID A. SPAIN
GERALD SPURGIN
CRAIG R. STEVENS
MICHAEL R. SUTTON †
HARRAN E. UDELL
SCOTT J. URICCHIO
BASIL A. VALDIVIA
BRIAN C. VIGNESS †
IVAN D. VORONEC *
SCOTT M. WHITLEY †
JOHN C. WILLIS IV

HORAC R. BROADNAX
PAUL R. CALDWELL
RICHARD B. CELLER
RICHARD I. CERVILLI
ROBERT GOLDWATER **
WILLIAM P. HOWARD
J. MICHAEL PAPANTONIO
FRANK W. PIAZZA
CLAY M. TOWNSEND
OF COUNSEL

† BOARD CERTIFIED
  CIVIL TRIAL LAWYER

* BOARD CERTIFIED
  WORKERS COMPENSATION
  LAWYER

** LICENSED IN ARIZONA ONLY

*** LICENSED IN WASHINGTON, D.C. ONLY

**OFFICES:**

16th FLOOR
20 N. ORANGE AVENUE
POST OFFICE BOX 4979
ORLANDO
FLORIDA 32802-4979
(407) 420-1414
16th FAX: (407) 425-8171
9th FAX: (407) 841-9520
10th FAX: (407) 425-9858

SUITE 1700
101 E. KENNEDY BLVD.
TAMPA
FLORIDA 33602
(813) 223-5505
FAX: (813) 223-5402

SUITE 500
ONE UNIVERSITY PARK
12800 UNIVERSITY DRIVE
POST OFFICE BOX 9504
FT. MYERS
FLORIDA 33906-9504
(239) 433-6880
FAX (239) 433-6836

SUITE 301
615 SOUTH MAIN STREET
JACKSONVILLE
FLORIDA 32207
(904) 398-2722
FAX (904) 398-2334
www.forthepeople.com

November 30, 2006

**CERTIFIED MAIL-RETURN RECEIPT**

Richard Law (848756)
General Liability Examiner
Sedgwick CMS
P.O. Box 24787
Jacksonville, FL 32241-4787

RE:  Our Client:   Donesha D. Whitehead
     Your Insured: Winn - Dixie
     Claim No.:    A611204088
     Date of Loss: 5/10/2006

Dear Mr. Law:

As you know, this firm has been retained to represent Donesha D. Whitehead in an action for damages against your insured, arising out of an accident which occurred on your insured's premises at 2020 34th Street N., St. Petersburg, Pinellas County, Florida, on May 10, 2006, in which Donesha sustained injuries.

## FACTUAL BACKGROUND

On May 10, 2006, Donesha was in your insured's premises when she slipped and fell in a pink liquid on the floor (possibly an energy drink). Donesha fell on he left side and injured her left hand and wrist.

Donesha's mother took her to All Children's Hospital where she was treated for her injuries and released

On May 15, 2006, Donesha treated at St. Petersburg Pediatrics and was diagnosed with a sprained wrist. A splint was placed on Donesha's left wrist to aid in healing.

EXHIBIT A

―――― For The People ――――

Richard Law
Sedgwick CMS
November 21, 2006
Page 2

Enclosed herewith please find a copy of the following for your review:

**Medical Reports:**

1. All Children's Hospital; and
2. St. Petersburg Pediatrics.

**Expenses Incurred:**

Donesha's parents currently have a lien with Amerigroup for approximately $332.56. (Update lien information has been requested.)

Under Florida law, your insured had a duty to maintain its premises in a reasonably safe condition and to warn persons lawfully on the premises of any danger which was known or should have been known to your insured. Your insured knew or should have known liquid left on the floor created a hazard to Donesha and other patrons. In spite of this knowledge, your insured failed to warn its patrons of the danger and further failed to property clean the liquid.

Donesha D. Whitehead has suffered as a result of your insured's negligence in maintaining its premises in a safe and prudent manner. The four elements of negligence in this case are:

1. A legal duty owed by Defendant to Plaintiff;
2. Breach of that duty by Defendant;
3. An injury to Plaintiff legally caused by Defendant's breach; and
4. Damages as a result of the injury.

Based upon the clear liability on the part of your insured and the serious, permanent injuries sustained by our client, we feel that this case has a reasonable settlement value of $10,000, for which we hereby make demand. I would appreciate your reviewing your file at your earliest opportunity and contacting my Case Manger, Barbara J. Conde, at our Tampa office, within the next thirty (30) days to discuss settlement.

Sincerely,

David G. Henry

DGH/bjc
Enclosures