Monica Brown v. Winn-Dixie
Winn Dixie #0210 - Claim No. A511214082000101
$50,000.00 in unliquidated damages
DOA: 11/13/05

EXHIBIT __A__