UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., <u>et al.</u>,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about December 18, 2006 I caused copies of:

- the **Third Order Disallowing Duplicate Different Debtor Claims, as Set Forth in the Debtors' Twentieth Omnibus Claims Objection**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Order as listed above is attached hereto as Exhibit B.

Dated: December 28, 2006

_____
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: 3Q

# EXHIBIT A
# SERVICE LIST

Case 3:05-bk-03817-JAF   Doc 13637   Filed 12/28/06   Page 3 of 12

SERVICE LIST
Page 1 of 2

**Third Order Disallowing Duplicate Different Debtor Claims,
as Set Forth in the Debtors' Twentieth Omnibus Claims Obj**

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 410534-15<br>ALBION PACIFIC PROP RESOURCES, LLC<br>C/O ALLEN, MATKINS, LECK, ET AL<br>ATTN I M GOLD/N B WARANOFF<br>THREE EMBARCADERO CENTER, 12TH FL<br>SAN FRANCISCO CA 94111-4105 | CREDITOR ID: 410534-15<br>ALBION PACIFIC PROP RESOURCES, LLC<br>ATTN MARIA AHEDO<br>1438 GOWER STREET, BLDG 42, STE 401<br>BOX 11<br>LOS ANGELES CA 90028 | CREDITOR ID: 2079-07<br>BANK OF AMERICA, NA, TRUSTEE<br>C/O KITCHENS KELLEY GAYNES, PC<br>ATTN MARK A KELLEY, ESQ<br>SUITE 900, 11 PIEDMONT CENTER<br>3495 PIEDMONT ROAD, NE<br>ATLANTA GA 30305 |
| CREDITOR ID: 2079-07<br>BANK OF AMERICA, NA, TRUSTEE<br>FOR BETTY G HOLLAND<br>C/O CNM ASSOC<br>950 EAST PACES FERRY ROAD<br>ATLANTA GA 30326 | CREDITOR ID: 2079-07<br>BANK OF AMERICA, NA, TRUSTEE<br>C/O KITCHENS KELLEY GAYNES PC<br>ATTN: HEATHER D DAWSON ESQ<br>STE 900, 11 PIEMONT CENTER<br>3495 PIEMONT ROAD NE<br>ATLANTA GA 30305 | CREDITOR ID: 535042-98<br>CAPITAL INVESTORS<br>ATTN HELENA DE YOUNG<br>ONE UNIVERSITY PLAZA SUITE 312<br>HACKENSACK NJ 07601 |
| CREDITOR ID: 558057-15<br>E & A SOUTHEAST LP<br>PO BOX 528<br>COLUMBIA SC 29202 | CREDITOR ID: 558057-15<br>E & A SOUTHEAST LP<br>PO BOX 528<br>COLUMBIA SC 29202 | CREDITOR ID: 452135-15<br>E&A SOUTHEAST LP<br>C/O KITCHENS KELLY GAYNES, PC<br>ATTN MARK A KELLY, ESQ<br>PIEDMONT CENTER , BLDG 11, STE 900<br>3495 PIEDMONT ROAD, NE<br>ATLANTA GA 30305 |
| CREDITOR ID: 383208-15<br>E&A SOUTHEAST LP DBA<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 383208-15<br>E&A SOUTHEAST LP DBA<br>C/O KELLEY DRYE & WARREN LLP<br>ATTN: ROBERT LEHANE, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178-0002 | CREDITOR ID: 383208-15<br>E&A SOUTHEAST LP DBA<br>RESERVOIR SQUARE BRANDON, MS<br>C/O KITCHENS KELLEY GAYNES PC<br>ATTN MARK A KELLEY, ESQ<br>3495 PIEDMONT RD NE BLDG 11 STE 900<br>ATLANTA GA 30305 |
| CREDITOR ID: 1294-07<br>E&A SOUTHEAST, LP<br>DBA E&A PROPERTIES LP<br>C/O RESERVOIR SQUARE<br>PO BOX 528<br>COLUMBIA, SC 29202 | CREDITOR ID: 1294-07<br>E&A SOUTHEAST, LP<br>C/O KITCHENS KELLEY GAYNES, PC<br>ATTN MARK A KELLEY, ESQ<br>SUITE 900, 11 PIEDMONT CENTER<br>3495 PIEDMONT ROAD, NE<br>ATLANTA GA 30305 | CREDITOR ID: 248782-12<br>EDENS & AVANT PROPERTIES LP DBA<br>C/O KITCHENS KELLEY GAYNES, PC<br>ATTN MARK A KELLEY, ESQ<br>SUITE 900, 11 PIEDMONT CENTER<br>3495 PIEDMONT ROAD, NE<br>ATLANTA GA 30305 |
| CREDITOR ID: 248782-12<br>EDENS & AVANT PROPERTIES LP DBA<br>MAGEE SHOPPING CENTER<br>PO BOX 528<br>COLUMBIA SC 29202 | CREDITOR ID: 252126-12<br>INDIAN TRAIL SQUARE LLC<br>C/O SHUTTS & BOWEN, LLP<br>ATTN ANDREW M BRUMBY, ESQ<br>300 SOUTH ORANGE AVE, STE 1000<br>ORLANDO FL 32801 | CREDITOR ID: 252126-12<br>INDIAN TRAIL SQUARE LLC<br>STITES & HARBISON, PLLC<br>ATTN NICOLE S BIDDLE, ESQ<br>250 WEST MAIN STREET<br>2300 LEXINGTON FINANCIAL CENTER<br>LEXINGTON KY 40507-1758 |
| CREDITOR ID: 252126-12<br>INDIAN TRAIL SQUARE LLC<br>C/O DAHLEM REALTY<br>1020 INDUSTRY ROAD, STE 40<br>LEXINGTON KY 40505 | CREDITOR ID: 558078-15<br>KITCHENS KELLEY GAYNES, PC<br>ATTN MARK A KELLEY<br>ELEVEN PIEDMONT CENTER, STE 900<br>ATLANTA GA 30305 | CREDITOR ID: 558078-15<br>KITCHENS KELLEY GAYNES, PC<br>ATTN MARK A KELLEY<br>ELEVEN PIEDMONT CENTER, STE 900<br>ATLANTA GA 30305 |
| CREDITOR ID: 417080-98<br>LIQUIDITY SOLUTIONS INC<br>DEFINED BENEFIT<br>ATTN JEFFREY L CARESS<br>ONE UNIVERSITY PLAZA SUITE 312<br>HACKENSACK NJ 07601 | CREDITOR ID: 399393-98<br>LIQUIDITY SOLUTIONS, INC<br>DBA REVENUE MANAGEMENT<br>ATTN JEFFREY L CARESS<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | CREDITOR ID: 404023-15<br>LIQUIDITY SOLUTIONS, INC, ASSIGNEE<br>C/O ANDREWS & KURTH LLP<br>ATTN DAVID BUCHBINDER, ESQ<br>450 LEXINGTON AVENUE<br>NEW YORK NY 10017 |
| CREDITOR ID: 404023-15<br>LIQUIDITY SOLUTIONS, INC, ASSIGNEE<br>SCOTLAND MALL, INC<br>ATTN JEFFREY CARESS<br>ONE UNIVERSITY PLAZA, SUITE 312<br>HACKENSACK NJ 07601 | CREDITOR ID: 278516-24<br>LN PIEDMONT VILLAGE LLC<br>ROBINSON, JAMPOL, ET AL<br>ATTN J CHRISTOPHER MILLER, ESQ<br>11625 RAINWATER DRIVE, SUITE 350<br>ALPHARETTA GA 30004 | CREDITOR ID: 278516-24<br>LN PIEDMONT VILLAGE LLC<br>ATTN AL JOHNSTON, LEASING MGR<br>4475 RIVER GREEN PARKWAY, SUITE 100<br>DULUTH GA 30096 |
| CREDITOR ID: 416256-15<br>MCDONOUGH MARKETPLACE PARTNERS<br>C/O WALSTON WELLS & BIRCHALL, LLP<br>ATTN EDWARD J ASHTON, ESQ.<br>1819 5TH AVENUE NORTH, SUITE 1100<br>BIRMINGHAM AL 35203 | CREDITOR ID: 417423-97<br>MCDONOUGH MARKETPLACE PARTNERS<br>C/O HELMS ROARK INC, AGENT<br>ATTN: RANDY ROARK, PRES.<br>1819 5TH AVENUE NORTH<br>BIRMINGHAM AL 35203 | CREDITOR ID: 1583-07<br>MCDONOUGH MARKETPLACE PARTNERS<br>C/O HELMS ROARK INC, AGENT<br>ATTN ELIZABETH DEAN, VP<br>PO BOX 1149<br>MONTGOMERY AL 36101-1149 |

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                                           **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 417423-97<br>MCDONOUGH MARKETPLACE PARTNERS<br>C/O HELMS ROARK INC, AGENT<br>ATTN: RANDY ROARK, PRES.<br>1819 5TH AVENUE NORTH<br>BIRMINGHAM AL 35203 | CREDITOR ID: 1786-07<br>ROCKBRIDGE PLACE<br>C/O KITCHENS KELLEY GAYNES, PC<br>ATTN MARK A KELLEY, ESQ<br>SUITE 900, 11 PIEDMONT CENTER<br>3495 PIEDMONT ROAD, NE<br>ATLANTA GA 30305 | CREDITOR ID: 1786-07<br>ROCKBRIDGE PLACE<br>C/O EDENS & AVANT FINANCING II<br>PO BOX 528<br>COLUMBIA, SC 29202 |
| CREDITOR ID: 417421-97<br>SCOTLAND MALL, INC<br>ATTN: CLAUDE SMITH SR, PRES.<br>TRI CITIES SHOPPING CENTER<br>ROCKINGHAM NC 28379 | CREDITOR ID: 1838-07<br>SHIELDS PLAZA, INC<br>C/O KITCHENS KELLEY GAYNES, PC<br>ATTN MARK A KELLEY, ESQ<br>SUITE 900, 11 PIEDMONT CENTER<br>3495 PIEDMONT ROAD, NE<br>ATLANTA GA 30305 | CREDITOR ID: 1838-07<br>SHIELDS PLAZA, INC<br>E&A SOUTHEAST LP<br>PO BOX 528<br>COLUMBIA, SC 29202 |
| CREDITOR ID: 410479-15<br>SHOALS MARKETPLACE, LLC<br>C/O WALSTON WELLS ANDERSON ET AL<br>ATTN EDWARD J ASHTON, ESQ<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM AL 35203 | CREDITOR ID: 557793-15<br>VILLA RICA RETAIL PROPERTIES LLC<br>ATTN JEFF MATTHEWS, MGR<br>215 W BANKHEAD HWY, STE A<br>VILLA RICA GA 30180 | CREDITOR ID: 411421-15<br>VILLA RICA RETAIL PROPERTIES, LC<br>C/O KITCHENS KELLY GAYNES, PC<br>ATTN MARK A KELLEY, ESQ<br>3495 PIEDMONT ROAD NE, SUITE 900<br>ATLANTA GA 30305-1753 |
| CREDITOR ID: 407653-93<br>WEST RIDGE LLC<br>ATTN LISA LOFTEN, CFO<br>5269 BUFORD HIGHWAY<br>ATLANTA GA 30340 | CREDITOR ID: 415957-15<br>WEST RIDGE, LLC<br>C/O KITCHENS KELLEY GAYNES, PC<br>ATTN MARK A KELLEY, ESQ.<br>PIEDMONT CTR, BLDG 11, SUITE 900<br>3495 PIEDMONT ROAD NE<br>ATLANTA GA 30305 | CREDITOR ID: 265010-12<br>WOODBERRY PLAZA E&A LLC<br>C/O KITCHENS KELLEY GAYNES, PC<br>ATTN: MARK A KELLEY, ESQ<br>11 PIEDMONT CENTER, SUITE 900<br>ATLANTA GA 30305 |
| CREDITOR ID: 265010-12<br>WOODBERRY PLAZA E&A LLC<br>C/O WOODBERRY PLAZA<br>PO BOX 528<br>COLUMBIA, SC 29202 | | |

        Total:    43

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| | ) |
| Debtors.[1] | ) Jointly Administered |
| | ) |

**THIRD ORDER DISALLOWING DUPLICATE DIFFERENT
DEBTOR CLAIMS, AS SET FORTH IN THE DEBTORS'
TWENTIETH OMNIBUS CLAIMS OBJECTION**

These cases originally came before the Court for hearing on October 5, 2006, upon the Twentieth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibits A and B to the Objection.[2] Several formal and informal responses to the Objection were filed or raised (collectively, the "Unresolved Objections"), as a result of which the Debtors agreed to continue the Objection with respect to the claims at issue in the responses. On October 5, 2006, the Court entered an order (Docket No. 11671) granting the Objection as to the proofs of claim listed on Exhibits A and B to the order and continuing the hearing on the Objection as to the Unresolved Objections until November 30, 2006. On November 30, 2006, the Court continued the hearing as to the Unresolved Objections

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

relating to the proofs of claim identified on the attached Exhibit A until December 14, 2006 and overruled the remaining Unresolved Objections. Upon consideration, it is

ORDERED AND ADJUDGED:

1.  The Objection is sustained, as set forth below.

2.  The Duplicate Different Debtor Claims listed on Exhibit A are disallowed in their entirety.

3.  Those objections and responses that have not yet been withdrawn are overruled.

4.  Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order is deemed a separate Order with respect to each claim. Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

5.  Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants or of any defenses thereto.

6. This Order is without prejudice to the Debtors' right to file any further objection they may have to the Disputed Claims or the Remaining Claims.

Dated this 14 day of December, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

3

Case 3:05-bk-03817-JAF    Doc 13637    Filed 12/28/06    Page 9 of 12
Case 3:05-bk-03817-JAF    Document 13177    Filed 12/14/2006    Page 4 of 7

Page: 1 of 4
Date: 12/12/2006

WINN-DIXIE STORES, INC., ET AL.
TWENTIETH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT
DEBTOR CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 410534<br>ALBION PACIFIC PROP RESOURCES, LLC<br>ATTN MARIA AHEDO<br>1438 GOWER STREET, BLDG 42, STE 401<br>BOX 11<br>LOS ANGELES  CA  90028<br><br>Counsel: ATTN I M GOLDIN B WARANOFF | 12313<br>**Debtor:** | 12312<br>WINN-DIXIE STORES, INC. | $1,491,998.47 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 2079<br>BANK OF AMERICA, NA, TRUSTEE<br>FOR BETTY G HOLLAND<br>C/O CNM ASSOC<br>950 EAST PACES FERRY ROAD<br>ATLANTA  GA  30326<br><br>Counsel: ATTN MARK A KELLEY, ESQ | 12217<br>**Debtor:** | 11839<br>WINN-DIXIE STORES, INC. | $321,761.91 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 452135<br>E&A SOUTHEAST LP<br>C/O KITCHENS KELLY GAYNES, PC<br>ATTN MARK A KELLY, ESQ<br>PIEDMONT CENTER , BLDG 11, STE 900<br>3495 PIEDMONT ROAD, NE<br>ATLANTA  GA  30305 | 13253<br>**Debtor:** | 13254<br>WINN-DIXIE STORES, INC. | $9,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 383208<br>E&A SOUTHEAST LP DBA<br>RESERVOIR SQUARE BRANDON, MS<br>C/O KITCHENS KELLEY GAYNES PC<br>ATTN MARK A KELLEY, ESQ<br>3495 PIEDMONT RD NE BLDG 11 STE 900<br>ATLANTA  GA  30305<br><br>Counsel: ATTN: ROBERT LEHANE, ESQ | 4684<br>**Debtor:** | 493<br>WINN-DIXIE STORES, INC. | $271,434.57 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 1294<br>E&A SOUTHEAST, LP<br>DBA E&A PROPERTIES LP<br>C/O RESERVOIR SQUARE<br>PO BOX 528<br>COLUMBIA, SC  29202<br><br>Counsel: ATTN MARK A KELLEY, ESQ | 12225<br>**Debtor:** | 12224<br>WINN-DIXIE STORES, INC. | $8,971.23 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TWENTIETH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT
DEBTOR CLAIMS TO BE DISALLOWED

Page: 2 of 4
Date: 12/12/2006

| Name of Claimant | Remaining Claim No. | | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id: 248782**<br>EDENS & AVANT PROPERTIES LP DBA<br>MAGEE SHOPPING CENTER<br>PO BOX 528<br>COLUMBIA SC 29202 | 12221<br>Debtor: | WINN-DIXIE STORES, INC. | 12220 | $150,870.40 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN MARK A KELLEY, ESQ | | | | | |
| **Creditor Id: 252126**<br>INDIAN TRAIL SQUARE LLC<br>C/O DAHLEM REALTY<br>1020 INDUSTRY ROAD, STE 40<br>LEXINGTON KY 40505 | 12834<br>Debtor: | WINN-DIXIE STORES, INC. | 12835 | $482,630.80 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Transferee: CAPITAL INVESTORS<br>Counsel: ATTN NICOLE S BIDDLE, ESQ | | | | | |
| **Creditor Id: 404023**<br>LIQUIDITY SOLUTIONS, INC, ASSIGNEE<br>SCOTLAND MALL, INC<br>ATTN JEFFREY CARESS<br>ONE UNIVERSITY PLAZA, SUITE 312<br>HACKENSACK NJ 07601 | 11103<br>Debtor: | WINN-DIXIE STORES, INC. | 1933 | $452,731.93 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Transferee: LIQUIDITY SOLUTIONS, INC<br>Counsel: ATTN DAVID BUCHBINDER, ESQ | | | | | |
| **Creditor Id: 278516**<br>LN PIEDMONT VILLAGE LLC<br>ATTN AL JOHNSTON, LEASING MGR<br>4475 RIVER GREEN PARKWAY, SUITE 100<br>DULUTH GA 30096 | 9709<br>Debtor: | WINN-DIXIE STORES, INC. | 9708 | $348,877.08 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Transferee: LIQUIDITY SOLUTIONS, INC<br>Counsel: ATTN J CHRISTOPHER MILLER, ESQ | | | | | |
| **Creditor Id: 1583**<br>MCDONOUGH MARKETPLACE PARTNERS<br>C/O HELMS ROARK INC, AGENT<br>ATTN ELIZABETH DEAN, VP<br>PO BOX 1149<br>MONTGOMERY AL 36101-1149 | 10826<br>Debtor: | WINN-DIXIE STORES, INC. | 10825 | $53,457.46 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Transferee: LIQUIDITY SOLUTIONS INC | | | | | |

Case 3:05-bk-03817-JAF    Document 13177    Filed 12/14/2006    Page 6 of 7
Case 3:05-bk-03817-JAF    Doc 13637    Filed 12/28/06    Page 11 of 12

Page: 3 of 4
Date: 12/12/2006

WINN-DIXIE STORES, INC., ET AL.
TWENTIETH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT
DEBTOR CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 416256**<br>MCDONOUGH MARKETPLACE PARTNERS<br>C/O WALSTON WELLS & BIRCHALL, LLP<br>ATTN EDWARD J ASHTON, ESQ.<br>1819 5TH AVENUE NORTH, SUITE 1100<br>BIRMINGHAM AL 35203<br>Transferee: LIQUIDITY SOLUTIONS INC | 12149<br>Debtor: | 12148<br>WINN-DIXIE STORES, INC. | $521,253.55 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 1786**<br>ROCKBRIDGE PLACE<br>C/O EDENS & AVANT FINANCING II<br>PO BOX 528<br>COLUMBIA, SC 29202<br>Counsel: ATTN MARK A KELLEY, ESQ | 12218<br>Debtor: | 12219<br>WINN-DIXIE STORES, INC. | $405,539.06 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 1838**<br>SHIELDS PLAZA, INC<br>E&A SOUTHEAST LP<br>PO BOX 528<br>COLUMBIA, SC 29202<br>Counsel: ATTN MARK A KELLEY, ESQ | 12215<br>Debtor: | 12214<br>WINN-DIXIE STORES, INC. | $596,736.07 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410479**<br>SHOALS MARKETPLACE, LLC<br>C/O WALSTON WELLS ANDERSON ET AL<br>ATTN EDWARD J ASHTON, ESQ<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM AL 35203<br>Transferee: LIQUIDITY SOLUTIONS INC | 8487<br>Debtor: | 8155<br>WINN-DIXIE STORES, INC. | $1,042,137.41 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 411421**<br>VILLA RICA RETAIL PROPERTIES, LC<br>C/O KITCHENS KELLY GAYNES, PC<br>ATTN MARK A KELLEY, ESQ<br>3495 PIEDMONT ROAD NE, SUITE 900<br>ATLANTA GA 30305-1753 | 12226<br>Debtor: | 11844<br>WINN-DIXIE STORES, INC. | $1,176,838.91 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTIETH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO BE DISALLOWED**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 415957**<br>WEST RIDGE, LLC<br>C/O KITCHENS KELLEY GAYNES, PC<br>ATTN MARK A KELLEY, ESQ.<br>PIEDMONT CTR, BLDG 11, SUITE 900<br>3495 PIEDMONT ROAD NE<br>ATLANTA GA 30305 | 12216<br>Debtor: | 12077<br>WINN-DIXIE STORES, INC. | $1,372,241.82 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 265010**<br>WOODBERRY PLAZA E&A LLC<br>C/O WOODBERRY PLAZA<br>PO BOX 528<br>COLUMBIA, SC 29202 | 12223<br>Debtor: | 12222<br>WINN-DIXIE STORES, INC. | $434,028.35 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN: MARK A KELLEY, ESQ | | | | |
| **Total Claims to be Disallowed:** | 17 | | | |
| **Total Amount to be Disallowed:** | $9,140,509.02 | Plus Unliquidated Amounts, If Any | | |