# EXHIBIT A

| Matter: | | Amount Due: |
|---|---|---|
| 1 | Winn Dixie Stores, Inc vs Margatet Spurlock<br>Claim No.: A011202678 (Our File # 402L019) | $306.75 |
| 2. | Winn Dixie Stores, Inc. vs Amanda Johnson, as Parent and next Friend of Brenden Johnson, a minor<br>Claim No.: A111208939 (Our File # 403L060) | $719.86 |
| 3. | Winn Dixie Stores, Inc vs Gary King & Debbie King<br>Claim No.: A111208993 (Our File # 403L113) | $936.04 |
| 4. | Winn Dixie Stores, Inc. vs Howard & Ruth Crouch<br>Claim No.: A311211247 (Our File #403L121) | $227.50 |
| 5. | Winn Dixie Stores, Inc. vs Horace & Brenda Brown<br>Claim No.: A111216547 (Our File # 403L171) | $657.33 |
| 6 | Winn Dixie Stores, Inc. vs Daniel Wise<br>Claim No.: A311207631 (Our File # 404L027) | $1.53 |
| 7. | Winn Dixie Stores, Inc. vs Leonard Travis<br>Claim No.: A411209525 (Our File # 404L100) | $593.37 |
| 8. | Winn Dixie Stores, Inc. vs Rondy & Patrice Ellis<br>Claim No.: A211216054 (Our File # 404L160) | $2,274.76 |
| 9. | Winn Dixie Stores, Inc. vs Roy Brown<br>Claim No.: A411203581-0001-01 (Our File # 404L162) | $660.78 |
| 10. | Winn Dixie Stores, Inc. vs Nathan Surface<br>Claim No.: A11206966 (Our File # 405L008) | $73.00 |
| 11. | Winn Dixie Stores, Inc vs Jackie Henderson<br>Claim No.: A311215004-0001-01 (Our File # 405L028) | $134.97 |
| 12. | Winn Dixie Stores, Inc. vs Marietta Sampson<br>Claim No.: A411206206-001-01 (Our File # 405L032) | $997.36 |
| 13. | Winn Dixie Stores, Inc. vs Shirley Burks<br>Claim No.: A511212602-0001-01 (Our File # 406L040) | $322.00 |