# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **WINN-DIXIE STORES, INC., et al.,** | **Case No. 05-03817-3F1** |
| **Debtors.**[1] | **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.   I am of legal age and I am not a party to this action.

2.   I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.   On or about December 18, 2006 I caused copies of:

- the **Order (A) Disallowing Equity Claims, (B) Disallowing Equity Damage Claims, (C) Disallowing No Liability Claims, (D) Fixing Unliquidated Claims, (E) Reducing Overstated Claims and (F) Reclassifying Misclassified Claims, as Set Forth in the Debtors' Twenty-Seventh Omnibus Claims Objection**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Order as listed above is attached hereto as Exhibit B.

Dated: December 28, 2006

_____
Kathleen M. Logan

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

**Order (A) Disallowing Equity Claims, (B) Disallowing Equity
Damage Claims, (C) Disallowing No Liability Claims, (D)
Fixing Unliquidated Claims, (E) Reducing Overstated Claims
and (F) Reclassifying Misclassified Claims, as Set Forth in
the Debtors' Twenty-Seventh Omnibus Claims Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 418608-ST<br>ADAMS, DEWEY D<br>134 CLAIRMONT ROAD<br>UNION SC 29379 | CREDITOR ID: 452027-15<br>AKHTER, FARZANA S<br>1857 SAMUELSON CIRCLE<br>MISSISSAUGA<br>ONTARIO  L5N722<br>CANADA | CREDITOR ID: 279203-35<br>AMERICAN ITALIAN PASTA COMPANY<br>ATTN CARA VANDEL, CR MGR<br>4100 N MULBERRY DRIVE, SUITE 200<br>KANSAS CITY MO 64116 |
| CREDITOR ID: 279203-35<br>AMERICAN ITALIAN PASTA COMPANY<br>C/O BLACKWELL SANDERS PEPER MARTIN<br>ATTN JOHN J CRUCIANI, ESQ<br>4801 MAIN STREET, SUITE 1000<br>KANSAS CITY MO 64112 | CREDITOR ID: 399614-98<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ, SR VP<br>535 MADISON AVE 15TH FLR<br>NEW YORK NY 10022 | CREDITOR ID: 421137-ST<br>ARNETTE, MELODIE L<br>PO BOX 1031<br>PISGAH FOREST NC 28768 |
| CREDITOR ID: 399729-98<br>ASM CAPITAL LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TPK STE 302<br>WOODBURY NY 11797 | CREDITOR ID: 422469-ST<br>BARR, SYBLE H & DANIEL T JT TEN<br>109 CARDINAL WOODS WAY<br>EASLEY SC 29642-1520 | CREDITOR ID: 421558-ST<br>BARRESI, PAUL J & ROSE M JT TEN<br>5841 BRISTOL LN<br>DAVIE FL 33331-3242 |
| CREDITOR ID: 419643-ST<br>BEARD, JAMES A<br>325 ALIGATOR RD<br>EFFINGHAM SC 29541 | CREDITOR ID: 429846-15<br>BOGHOZKHAN, ARMOND<br>3056 7 RUE<br>LAVAL QC H7V 1M9<br>CANADA | CREDITOR ID: 452062-15<br>BRODY, LESLIE G<br>C/O NATIONAL FINANCIAL SERVICES LLC<br>200 LIBERTY STREET<br>ONE WORLD FINANCIAL CENTER<br>NEW YORK NY 10281 |
| CREDITOR ID: 452061-15<br>BRODY, LESLIE G<br>900 PALISADE AVENUE, APT 20C<br>FORT LEE NJ 07024 | CREDITOR ID: 419446-ST<br>BROWN, HELEN C<br>1009 WOODSTONE DR<br>FLORENCE SC 29501 | CREDITOR ID: 420770-ST<br>BROWN, LYNN W<br>1009 WOODSTONE DR<br>FLORENCE SC 29501 |
| CREDITOR ID: 418240-ST<br>BRYANT, CHRISTA M<br>15194 NE 248TH AVENUE RD<br>SALT SPRINGS FL 32134-6050 | CREDITOR ID: 429844-15<br>BURGESS, BRADLEY<br>PO BOX 7772<br>LOUISVILLE KY 40257 | CREDITOR ID: 420157-ST<br>CALUB, JOSE M & CONCHITA R<br>ELLORENCO JT TEN<br>1830 OAKLAND AVE<br>COLUMBUS GA 31903-2632 |
| CREDITOR ID: 423157-15<br>CAPX REALTY, LLC<br>C/O LOWNDES, DROSDICK, ET AL<br>ATTN ZACHARY J BANCROFT, ESQ<br>PO BOX 2809<br>ORLANDO FL 32802 | CREDITOR ID: 452025-15<br>CARMICHAEL, CARLA & ELIZABETH<br>7660 VAN MAREN LN<br>CITRUS HEIGHTS CA 95621 | CREDITOR ID: 534940-15<br>CARPENTIER-GAYDOS, CHERYL C<br>102 AQUA RA DR<br>JENSEN BEACH FL 34957 |
| CREDITOR ID: 421430-ST<br>CERDA, OLIVIA & ABELARDO JT TEN<br>5325 CAROLDEAN ST<br>FT WORTH TX 76117-2028 | CREDITOR ID: 452033-15<br>CHUANG, HORACE H<br>4208 NICHOLS STREET<br>ALBANY GA 31705-9060 | CREDITOR ID: 16775-05<br>COFFMAN, KATHY N & EARL<br>10325 MADISON PARK CT<br>CLERMONT FL 34711 |
| CREDITOR ID: 452108-15<br>CONN, DEBORAH J<br>239 NEW HOPE ROAD<br>HILHAM TN 38568-5933 | CREDITOR ID: 279000-32<br>CONSOLIDATED BISCUIT CO.<br>ATTN: BILL VARNEY<br>312 RADER ROAD<br>MCCOMB, OH 45858 | CREDITOR ID: 246889-12<br>CONSOLIDATED BISCUIT COMPANY<br>C/O EASTMAN & SMITH LTD<br>ATTN KENNETH BAKER, ESQ<br>ONE SEAGATE, 24TH FL<br>PO BOX 10032<br>TOLEDO OH 43699-0032 |

**Order (A) Disallowing Equity Claims, (B) Disallowing Equity
Damage Claims, (C) Disallowing No Liability Claims, (D)
Fixing Unliquidated Claims, (E) Reducing Overstated Claims
and (F) Reclassifying Misclassified Claims, as Set Forth in
the Debtors' Twenty-Seventh Omnibus Claims Objection**

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 246889-12<br>CONSOLIDATED BISCUIT COMPANY<br>PO BOX 631073<br>CINCINNATI, OH 45263-1073 | CREDITOR ID: 247131-12<br>COUNTY OF COWETA TAX COMMISSIONER<br>ATTN J T FERRELL<br>PO BOX 195<br>NEWNAN GA 30264-0195 | CREDITOR ID: 254845-12<br>CRATTY, LISA A<br>119 LAKE SHORE DRIVE<br>ROCKAWAY, NJ 07866 |
| CREDITOR ID: 113467-09<br>CREASY, GEORGE E III<br>209 LANE OF TRISTRAM<br>GARNER NC 27529 | CREDITOR ID: 534891-15<br>CUSICK, THOMAS<br>3099 LEON ROAD, # 5<br>JACKSONVILLE FL 32246 | CREDITOR ID: 384081-47<br>DAIRY FARMERS OF AMERICA INC<br>C/O LATHROP & GAGE, LC<br>ATTN STEPHEN B SUTTON, ESQ<br>2345 GRAND BLVD, SUITE 2800<br>KANSAS CITY MO 64108-2684 |
| CREDITOR ID: 384081-47<br>DAIRY FARMERS OF AMERICA INC<br>ATTN: JOEL CLARK<br>10411 CAUDILL ROAD<br>KNOXVILLE, TN 37922 | CREDITOR ID: 452042-15<br>DALTON L KNAUSS REV TRUST<br>ATTN DALTON L KNAUSS<br>407 S DECISION PINE<br>PAYSON AZ 85541 | CREDITOR ID: 429845-15<br>DEMAGGIO, VINCENT & THERESA<br>15417 LAKESIDE VILLAGE DR, APT 101<br>CLINTON TOWNSHIP MI 48038 |
| CREDITOR ID: 118276-09<br>DEMAGGIO, VINCENT P<br>15417 LAKESIDE VILLAGE DR<br>CLINTONTOWNSHIP MI 48038 | CREDITOR ID: 307866-39<br>DOREY, RICK J & CORINNE M<br>128 LONGFELLOW DR<br>PALM SPRINGS FL 33461 | CREDITOR ID: 410480-15<br>DORMINEY, B M; SMITH, J H ET AL<br>C/O FEDERMAN & SHERWOOD<br>ATTN WILLIAM B FEDERMAN, ESQ.<br>10205 N PENNSYLVANIA<br>OKLAHOMA CITY OK 73120 |
| CREDITOR ID: 410480-15<br>DORMINEY, B M; SMITH, J H ET AL<br>C/O EMERSON POYNTER<br>ATTN S E POYNTER, J G EMERSON, ESQ<br>2228 COTTONDALE LANE, SUITE 100<br>PO BOX 104810<br>LITTLE ROCK AR 72202 | CREDITOR ID: 410480-15<br>DORMINEY, B M; SMITH, J H ET AL<br>C/O MURRAY FRANK & SAILER LLP<br>ATTN J SAILER/C HINTON, ESQS<br>275 MADISON AVENUE, SUITE 801<br>NEW YORK NY 10016 | CREDITOR ID: 410685-15<br>DORMINEY, B M; SMITH, J H ET AL<br>C/O FEDERMAN & SHERWOOD<br>ATTN WILLIAM B FEDERMAN, ESQ<br>2926 MAPLE AVENUE, SUITE 200<br>DALLAS TX 75201 |
| CREDITOR ID: 421763-ST<br>DRAKE, RHONDA J<br>CO RHONDA J BROOKS<br>6232 DORSETT WOODS DR<br>MOUNT OLIVE AL 35117-3644 | CREDITOR ID: 419804-ST<br>DRISGILL, JANICE L<br>7501 YORK RD<br>TOWSON MD 21204-7515 | CREDITOR ID: 534816-98<br>EQUITY TRUST CO CUSTODIAN<br>FBO BENJAMIN D TARVER IRA<br>C/O BENJAMIN TARVER<br>11152 WESTHEIMER ROAD #796<br>HOUSTON TX 77042 |
| CREDITOR ID: 421553-ST<br>ERDOS, PAUL & BORA JT TEN<br>HECKENRIEDST 14<br>6045 MEGGEN<br>SWITZERLAND | CREDITOR ID: 417071-15<br>FACTORY HOME DECOR, INC<br>C/O ROBINSON BARTON, ET AL<br>ATTN W E CALLOWAY, ESQ<br>PO BOX 12287<br>COLUMBIA SC 29211-2287 | CREDITOR ID: 429856-15<br>FUTURISTIC FOODS INC<br>C/O DONNA L THOMPSON, ESQ<br>PO BOX 170<br>ALLENWOOD NJ 08720 |
| CREDITOR ID: 250268-12<br>GARNIER (DIV OF L'OREAL USA INC)<br>ATTN KENNY WINE, SR CREDIT MGR<br>7644 COLLECTIONS CENTER DR<br>BANK OF AMERICA<br>CHICAGO, IL 60693 | CREDITOR ID: 419958-ST<br>GARREN, JIMMY P<br>424 N BEARWALLOW RD<br>FLETCHER NC 28732-8578 | CREDITOR ID: 312607-39<br>GARRICK, THELMA R<br>1913 FRANCIS ST NE<br>ORANGEBURG SC 29118 |
| CREDITOR ID: 417505-ST<br>GEE, ALEXANDER<br>16737 FOOTHILL BLVD<br>FONTANA CA 92335-8419 | CREDITOR ID: 452029-15<br>GELBER, MANUEL<br>C/O PRISCILLA GELBER, TRUSTEE<br>MANUEL GELBER TRUST<br>114 GRANTHAM A<br>DEERFIELD BEACH FL 33442 | CREDITOR ID: 452030-15<br>GELBER, PRISCILLA<br>C/O MANUEL GELBER, TRUSTEE<br>PRISCILLA GELBER TRUST U/A 4/22/98<br>114 GRANTHAM A<br>DEERFIELD BEACH FL 33442 |

**Order (A) Disallowing Equity Claims, (B) Disallowing Equity
Damage Claims, (C) Disallowing No Liability Claims, (D)
Fixing Unliquidated Claims, (E) Reducing Overstated Claims
and (F) Reclassifying Misclassified Claims, as Set Forth in
the Debtors' Twenty-Seventh Omnibus Claims Objection**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                         **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 28820-05<br>GHANAYEM, FIRAS<br>315 DISCOVERY WAY<br>DURHAM NC 27703 | CREDITOR ID: 419147-ST<br>GUE, G T JR<br>593 LAKE POINTE DR<br>YANCEYVILLE NC 27379-7118 | CREDITOR ID: 429839-15<br>GUELLI, BRENT<br>C/O CHARLES GUELLI, CUSTODIAN<br>4081 SE DIXIE ROSS STREET<br>STUART FL 34997 |
| CREDITOR ID: 452044-15<br>HALLYBURTON, ALAN R<br>100 CRESTMERE LANE<br>TAYLORS SC 29687 | CREDITOR ID: 452045-15<br>HALLYBURTON, RICHARD<br>2 GUYON STREET<br>GREENVILLE SC 29615 | CREDITOR ID: 410910-15<br>HAMAN, WAYNE M<br>1260 HAMMETT HILL RD<br>BOWLING GREEN KY 42101 |
| CREDITOR ID: 452116-15<br>HATCH, STEVEN & ROSELEE<br>7048 VELVET ANTLER DRIVE<br>MIDLOTHIAN VA 23112-6421 | CREDITOR ID: 422206-ST<br>HAYS, SANDRA LEE<br>PO BOX 1828<br>LAPORTE TX 77572 | CREDITOR ID: 421069-ST<br>HELTON, MARY LOU<br>1155 RIDGEWOOD DR<br>MOBILE AL 36608-3628 |
| CREDITOR ID: 421049-ST<br>HENDERSON, MARY J<br>698 N EDGEWATER DR<br>PLANT CITY FL 33565-9159 | CREDITOR ID: 493108-15<br>HOLT, GREGORY J & JUDITH M<br>5330 MICHIE PEBBLE HILL RD<br>MICHIE TN 38357 | CREDITOR ID: 472029-AC<br>HOLT, GREGORY J & JUDITH M JT TEN<br>4874 FAYANN ST<br>ORLANDO FL 32812 |
| CREDITOR ID: 452048-15<br>HSIAD, BETTY<br>762 FUNDY CT<br>TRACY CA 95377 | CREDITOR ID: 452107-15<br>HSIAO, BETTY<br>762 FUNDY COURT<br>TRACY CA 95377 | CREDITOR ID: 37072-05<br>HUGHES, RANDALL D<br>17371 MEADOWLAKE CIRCLE<br>FORT MYERS FL 33912-0256 |
| CREDITOR ID: 243821-12<br>INEOS OLEFINS & POLYMERS USA<br>ATTN TODD HINZ<br>2600 SOUTH SHORE BOULEVARD<br>LEAGUE CITY TX 77573 | CREDITOR ID: 243821-12<br>INEOS OLEFINS & POLYMERS USA<br>C/O KELLEY DRYE & WARREN LLP<br>ATTN J S CARR & R L LEHANE ESQS<br>101 PARK AVENUE<br>NEW YORK NY 10178 | CREDITOR ID: 243821-12<br>INEOS OLEFINS & POLYMERS USA<br>C/O HELD & ISRAEL<br>ATTN ADAM N FRISCH, ESQ<br>RIVERPLACE TOWER, SUITE 1916<br>1301 RIVERPLACE BLVD<br>JACKSONVILLE FL 32207-9073 |
| CREDITOR ID: 411379-15<br>INGENIX SUBROGATION SERVICES<br>ATTN LORI MURRY, ANALYSI<br>12125 TECHNOLOGY DRIVE<br>EDEN PRAIRIE MN 55344 | CREDITOR ID: 411191-15<br>INGENIX SUBROGATION SERVICES<br>75 REMITTANCE DRIVE, STE 6019<br>CHICAGO IL 60675-6018 | CREDITOR ID: 419988-ST<br>JANNEY, JODY J<br>180 HARRY ROAD<br>STONEVILLE NC 27048 |
| CREDITOR ID: 420997-ST<br>JANNEY, MARVIN H<br>180 HARRY ROAD<br>STONEVILLE NC 27048 | CREDITOR ID: 429850-15<br>JETTER, JOHN M IV<br>20200 N 102ND PLACE<br>SCOTTSDALE AZ 85255 | CREDITOR ID: 420189-ST<br>JONES, JOSEPH K JR & ANNIE I JT TEN<br>1130 ALDERMAN RD E<br>JACKSONVILLE FL 32211 |
| CREDITOR ID: 421738-ST<br>JONES, REBECCA & CHARLES JT TEN<br>136 FREEZE AVE NW<br>CONCORD NC 28025 | CREDITOR ID: 452102-15<br>KARL, JAMES L II<br>971 N COLLIER BLVD<br>MARCO ISLAND FL 34145 | CREDITOR ID: 452103-15<br>KEENEY, RUTH A<br>615 16TH AVE NORTH<br>JACKSONVILLE FL 32250 |

**Order (A) Disallowing Equity Claims, (B) Disallowing Equity
Damage Claims, (C) Disallowing No Liability Claims, (D)
Fixing Unliquidated Claims, (E) Reducing Overstated Claims
and (F) Reclassifying Misclassified Claims, as Set Forth in
the Debtors' Twenty-Seventh Omnibus Claims Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 429832-15<br>KERLEY, J M SEPARATE PROPERTY IMA<br>/O MELLON BANK, NA<br>ATTN STEVE DAVIES, ASST OFFICER<br>THREE MELLON CENTER, SUITE 1215<br>PITTSBURGH PA 15259 | CREDITOR ID: 429830-15<br>KLEIN, ROGER A - UC-SEP IRA<br>C/O MELLON BANK, NA<br>ATTN STEVE DAVIES, ASST OFFICER<br>THREE MELLON CENTER, SUITE 1215<br>PITTSBURGH PA 15259 | CREDITOR ID: 452041-15<br>KNAUSS FAMILY LLC<br>ATTN DALTON L KNAUSS, PRES<br>407 S DECISION PINE<br>PAYSON AZ 85541 |
| CREDITOR ID: 452043-15<br>KNAUSS, ELAINE V<br>407 S DECISION PINE<br>PAYSON AZ 85541 | CREDITOR ID: 429834-15<br>KOEZE, DAVID S, TRUSTEE<br>DAVID S KOEZE REV TRUST<br>8334 PLEASANT RIDGE COURT SW<br>JENISON MI 49428-8527 | CREDITOR ID: 405009-95<br>KONICA MINOLTA PHOTO IMAGING USA<br>C/O FOX ROTHSCHILD LLP<br>ATTN JOSHUA T KLEIN, ESQ.<br>2000 MARKET STREET, 10TH FLOOR<br>PHILADELPHIA PA 19103 |
| CREDITOR ID: 405009-95<br>KONICA MINOLTA PHOTO IMAGING USA<br>ATTN BRIAN J CUPKA, ESQ &<br>DAVID HAKULA, SR VP FINANCE<br>725 DARLINGTON AVENUE<br>MAHWAH NJ 07430-2601 | CREDITOR ID: 405009-95<br>KONICA MINOLTA PHOTO IMAGING USA<br>C/O FOX ROTHCHILD LLP<br>ATTN ALLISON M BERGER, ESQ<br>997 LENOX DRIVE, BUILDING THREE<br>LAWRENCEVILLE NJ 08648-2311 | CREDITOR ID: 452099-15<br>KREJCI, ESTATE OF ANNA MAE<br>C/O DIANA LYN GAMBOA, EXECUTRIX<br>6511 MEADOWTRACE DRIVE<br>KLEIN TX 77389 |
| CREDITOR ID: 429855-15<br>KROEZE, JOHANNES & MARIA<br>2175 MARINE DRIVE, SUITE 1202<br>OAKVILLE ON L6L 5L5<br>CANADA | CREDITOR ID: 416254-15<br>LAKE HOWELL PLAZA PARTNERSHIP<br>C/O DAY KETTERER LTD<br>ATTN RICHARD A PRINCIC, ESQ<br>200 MARKET AVENUE N<br>PO BOX 24213<br>CANTON OH 44701-4213 | CREDITOR ID: 418537-ST<br>LATIOLAIS, DEBBIE<br>1855 NURSERY HWY<br>BREAUX BRIDGE LA 70517-8404 |
| CREDITOR ID: 296692-BD<br>LAWTON, JOHN STEPHEN<br>1478 16TH STREET<br>SARASOTA FL 34236 | CREDITOR ID: 421202-ST<br>LEE, MICHAEL P<br>9122 EASTPOINTE CRT<br>ELK GROVE CA 95624 | CREDITOR ID: 429843-15<br>LEVESQUE, MARTIN<br>5018 DE LA ROCHE<br>MONTREAL QC H2J 3J9<br>CANADA |
| CREDITOR ID: 421105-ST<br>LIVINGSTON, MARION MASON<br>1751 CENTRAL NE<br>ORANGEBURG SC 29115 | CREDITOR ID: 418035-ST<br>LOCKE, CAROL BARBER & LUWANA JT TEN<br>1661 DUNCAN COMMUNITY RD<br>CHIPLEY FL 32428-5322 | CREDITOR ID: 255225-12<br>MACK LLC DBA KRISPY KREME<br>ATTN ALAN HERBERT<br>PO BOX 10100<br>NEW ORLEANS, LA 70181 |
| CREDITOR ID: 452047-15<br>MARSHALL, LINDA<br>3108 LIVINGSTON ROAD<br>TALLAHASSEE FL 32303 | CREDITOR ID: 417929-ST<br>MARTIN, BRENDA KAYE<br>205 ELIZABETH DR<br>CENTERVILLE GA 31028-1111 | CREDITOR ID: 417760-ST<br>MARTINEZ, BARBARA<br>16041 SW 45TH TER<br>MIAMI FL 33185-5304 |
| CREDITOR ID: 452032-15<br>MARZEE BRUINGTON FAMILY TRUST<br>C/O CHARLES S BRUINGTON, TRUSTEE<br>PO BOX 85<br>BOONES MILL VA 27065 | CREDITOR ID: 429827-15<br>MATTHEWS, FRANK & MARY<br>1300 VIGO RD<br>SHELBYVILLE KY 40065-9504 | CREDITOR ID: 287480-39<br>MAZZA, DIANE M<br>3400 GALT OCEAN DR, APT 1704S<br>FORT LAUDERDALE FL 33308 |
| CREDITOR ID: 417481-ST<br>MCKAIN, REBECCA AILEEN<br>C/O AILEEN S CLAY<br>PO BOX 9273<br>GREENVILLE SC 29604-9273 | CREDITOR ID: 406066-15<br>MELECIO, RAUL<br>C/O RAUL MELECIO - CORPORATION'S<br>PO BOX 390 WEST 9 AVE<br>NEW YORK NY 10001 | CREDITOR ID: 429831-15<br>MERRITT, JAMES E-IMA<br>/O MELLON BANK, NA<br>ATTN STEVE DAVIES, ASST OFFICER<br>THREE MELLON CENTER, SUITE 1215<br>PITTSBURGH PA 15259 |

SERVICE LIST

**Order (A) Disallowing Equity Claims, (B) Disallowing Equity
Damage Claims, (C) Disallowing No Liability Claims, (D)
Fixing Unliquidated Claims, (E) Reducing Overstated Claims
and (F) Reclassifying Misclassified Claims, as Set Forth in
the Debtors' Twenty-Seventh Omnibus Claims Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 417510-ST<br>MICHALAK, ALEXANDER<br>363 W MAIN ST<br>PLYMOUTH PA 18651 | CREDITOR ID: 422933-ST<br>MORAN, WILLIAM G<br>745 PLANTATION CIR<br>BRUNSWICK GA 31525 | CREDITOR ID: 399390-99<br>NATIONAL ASBESTOS WORKERS PENS FD<br>C/O GENOVESE JOBLOVE & BATTISTA PA<br>ATTN CRAIG P RIEDERS, ESQ<br>BANK OF AMERICA TOWER<br>100 SOUTHEAST SECOND ST, 36TH FL<br>MIAMI FL 33131 |
| CREDITOR ID: 421357-ST<br>NATIONAL FINANCIAL SERVICES LLC<br>ONE WORLD FINANCIAL CENTER<br>200 LIBERY ST<br>NEW YORK NY 10281 | CREDITOR ID: 411178-15<br>NATIONWIDE MUTUAL CO.O1  SUBROGEE<br>SHOPPING CENTER L&D, INC<br>C/O NATIONWIDE<br>2901 W BUSCH BLVD, STE 403<br>TAMPA FL 33618 | CREDITOR ID: 429842-15<br>NORRIS, PEGGY & KENNETH<br>6105 ST JOHNS LN<br>FORT WORTH TX 76114-3121 |
| CREDITOR ID: 421589-ST<br>NORRIS, PEGGY E<br>351 FINNEY DR<br>WEATHERFORD TX 76085-3845 | CREDITOR ID: 56174-05<br>OSLANDER, HELEN L<br>7119 STATE RD 33<br>CLERMONT FL 34711 | CREDITOR ID: 420679-ST<br>OWENS, LOIS P<br>1002 SOUND SHORE DR<br>EDENTON NC 27932 |
| CREDITOR ID: 423156-15<br>PARSONS, CHERYL L PEACOCK<br>RR2 BOX 263-B3<br>SOPERTON GA 30457 | CREDITOR ID: 417553-ST<br>PATEL, ALPESH M<br>2641 MANCHESTER CT<br>BIRMINGHAM AL 35226 | CREDITOR ID: 420111-ST<br>PONZIANO, JOHN R & MILDRED J<br>3415 S SCHULTZ DR<br>LANSING IL 60438-3261 |
| CREDITOR ID: 419117-ST<br>PRUGH, FRANKIE LEE, TRUSTEE<br>THE FRANKIE LEE PRUGH REVOCABLE TR<br>35025 RAINTREE DR<br>FRUTILAND  PK FL 34731 | CREDITOR ID: 452034-15<br>RANDOLPH W GOODWIN TRUST, THE<br>ATTN RANDOLPH W GOODWIN, TRUSTEE<br>2129 HARRISON STREET<br>TITUSVILLE FL 32780 | CREDITOR ID: 429849-15<br>RASOR, JOHN F<br>11411 N TATUM BLVD<br>PHOENIX AZ 85028 |
| CREDITOR ID: 420594-ST<br>RICKERT, LETHA M<br>C/O STANLEY LANDE & HUNTER<br>ATTN T O LINDBURG, ESQ<br>900 US BANK CENTER<br>201 WEST SECOND STREET<br>DAVENPORT IA 52801-1818 | CREDITOR ID: 399778-84<br>ROBERTS, GLENDA<br>1813 HURRICANE LAKE DRIVE<br>BROOKHAVEN MS 39601 | CREDITOR ID: 416929-15<br>ROEBUCK REALTY ASSOCS, LLC, NHA<br>ROEBUCK, NHA BIRMINGHAM, LOUHAL<br>C/O AMERICAN COMMERCIAL REALTY<br>ATTN RICK BAER, SR EXEC DIRECTOR<br>4400 PGA BLVD, SUITE 305<br>PALM BEACH GARDENS FL 33410 |
| CREDITOR ID: 422731-ST<br>ROSSI, VICTOR<br>PO BOX 249<br>BOONVILLE CA 95415-0249 | CREDITOR ID: 417814-ST<br>SHEA, BERVERLY A<br>640 SE 1 ST ST<br>MELROSE FL 32666 | CREDITOR ID: 420792-ST<br>SHEA, BEVERLY<br>640 SOUTH EAST 1ST STREET<br>MELROSE FL 32666 |
| CREDITOR ID: 417861-ST<br>SHEA, BEVERLY A<br>640 SE 1ST ST<br>MELROSE FL 32666-5432 | CREDITOR ID: 419118-ST<br>SHEALY, FRANKLIN KARL, JR<br>103 OLD PARK DR<br>COLUMBIA SC 29229-8750 | CREDITOR ID: 422058-ST<br>SILBER, ROSA, TRUSTEE U-A<br>06/13/94 ROSA SILBER REVOCABLE TR<br>1001 SW141 ST AVE, APT 201K<br>PEMBROKE PINES FL 33027 |
| CREDITOR ID: 421513-ST<br>SMITH, PATRICIA K<br>10976 IOWA AVE<br>JACKSONVILLE FL 32219-2035 | CREDITOR ID: 411389-15<br>SOUTHEAST US RETAIL FUND, LP<br>C/O HENDERSON FRANKLIN STARNES<br>ATTN DOUGLAS B SZABO, ESQ<br>PO BOX 280<br>FORT MYERS FL 33902-0280 | CREDITOR ID: 534983-15<br>SOUTHGATE PLAZA 93 LTD<br>C/O ISAACSON ROSENBAUM PC<br>ATTN EDWARD T RAMEY, ESQ<br>633 17TH STREET, SUITE 2200<br>DENVER CO 80202 |

**SERVICE LIST**

**Order (A) Disallowing Equity Claims, (B) Disallowing Equity
Damage Claims, (C) Disallowing No Liability Claims, (D)
Fixing Unliquidated Claims, (E) Reducing Overstated Claims
and (F) Reclassifying Misclassified Claims, as Set Forth in
the Debtors' Twenty-Seventh Omnibus Claims Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:    05-03817-3F1**

CREDITOR ID: 534983-15
SOUTHGATE PLAZA 93 LTD
C/O J HERZOG & SONS, INC
ATTN JOHN VORNHOLT
1605 SOUTH FIRST STREET
WILLMAR MN 56201-4234

CREDITOR ID: 269279-16
SPEARS, JOANNE
C/O JEFFREY T GREENBERG, PC
ATTN JEFFREY T GREENBERG, ESQ
421 FRENCHMEN STREET, SUITE 200
NEW ORLEANS, LA 70116

CREDITOR ID: 269375-16
SPEARS, WILL H SR
C/O JEFFREY T GREENBERG, PC
ATTN JEFFREY T GREENBERG, ESQ
421 FRENCHMEN STREET, SUITE 200
NEW ORLEANS, LA 70116

CREDITOR ID: 418752-ST
SUSSMAN, DOROTHY
401 GOLDEN ISLES DR
HALLANDALE FL 33009-7509

CREDITOR ID: 410771-15
TALLAHASSEE 99-FL, LLC
C/O KLEIN & SOLOMON, LLP
ATTN SOLOMON J JASKIEL, ESQ
275 MADISON AVE, 11TH FLOOR
NEW YORK NY 10016

CREDITOR ID: 452023-15
TALLETT, MARY ANN
1248 PANORAMA DRIVE
LAFAYETTE CA 94549-2413

CREDITOR ID: 419638-ST
TELFORD, JACQUELINE & JOHN D JT TEN
2949 GALAXY PLACE
MARYLAND HEIGHTS MO 63043-1958

CREDITOR ID: 421386-ST
TERLIZZESE, NICHOLAS & JOSEPHINE
4600 HARRISON ST
HOLLYWOOD FL 33021-7203

CREDITOR ID: 261915-12
TERRELL, STEFANIE
116 BLUEBERRY LANE
FITGERALD, GA 31750

CREDITOR ID: 421770-ST
THOMAS, RICHARD A
6309 VANDIKE ST
PHILADELPHIA PA 19135-3305

CREDITOR ID: 452026-15
THOMPSON, CHARLES F
89 LYNN DR
PARAMUS NJ 07652

CREDITOR ID: 423029-ST
TUCKER, WILMA G
102 HONEY HORN DR
SIMPSONVILLE SC 29681-5812

CREDITOR ID: 421918-ST
VAN BUREN, ROBERT J
3608 HEATHROW DR
WINSTON SALEM NC 27127-4998

CREDITOR ID: 421599-ST
VILLARDI, PETER A
24 LIMETREE DR
MANORVILLE NY 11949-3116

CREDITOR ID: 452100-15
VOIGT, JOHN L
2638 UNICORNIO STREET
CARLSBAD CA 92001

CREDITOR ID: 493107-15
WAREHOUSE HOLDINGS (546)
ATTN VINCENT E RHYNES, BUSINESS REP
1522 W MANCHESTER AVE
LOS ANGELES CA 90047

CREDITOR ID: 417655-ST
WEAVER, ANNETTE S
503 STRANGE RD
TAYLORS SC 29687-3974

CREDITOR ID: 417945-ST
WEDERSTRANDT, BRIAN J
PO BOX 76
FRENCH SETTLEMENT LA 70733-0076

CREDITOR ID: 452040-15
WILLIAMS, BILLY R & DELORIS
16241 WASHBURN
DETROIT MI 48221

CREDITOR ID: 421146-ST
WILLIAMS, M & BARTHOLF, A JT TEN
C/O THEODORE PERRY WILLIAMS JR
10508 BRYWOOD LANE
TAMPA FL 33624

CREDITOR ID: 452024-15
WILSON, JILL C
C/O RONALD S WILSON
44 SOMERSET DR
PHENIX CITY AL 36869

CREDITOR ID: 418712-ST
WOOD, DORITA M
1608 DUBLIN RD
CHARLOTTESVILLE VA 22903

CREDITOR ID: 411145-15
XEROX CAPITAL SERVICES, LLC
ATTN VANESSA ADAMS, BANKR COORD
1301 RIDGEVIEW DR,-450
LEWISVILLE TX 75057

CREDITOR ID: 411145-15
XEROX CAPITAL SERVICES, LLC
C/O HUGHES & LUCE, LLP
ATTN SABRINA L STREUSAND, ESQ
111 CONGRESS AVENUE, STE. 900
AUSTIN TX 78701

CREDITOR ID: 411145-15
XEROX CAPITAL SERVICES, LLC
C/O FOLEY & LARDNER
ATTN LORI V VAUGHAN, ESQ
100 N TAMPA STREET, SUITE 2700
TAMPA FL 33602

**Total:    160**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Debtors.[1] ) | Jointly Administered |

## ORDER (A) DISALLOWING EQUITY CLAIMS, (B) DISALLOWING EQUITY DAMAGE CLAIMS, (C) DISALLOWING NO LIABILITY CLAIMS, (D) FIXING UNLIQUIDATED CLAIMS, (E) REDUCING OVERSTATED CLAIMS AND (F) RECLASSIFYING MISCLASSIFIED CLAIMS, AS SET FORTH IN THE DEBTORS' TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION

These cases came before the Court for hearing on December 14, 2006, upon the Twenty-Seventh Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibits A through H (the "Disputed Claims").[2] Several formal and informal objections to the Objection were filed or raised (collectively, the "Unresolved Objections"), as a result of which the Debtors have agreed to continue the Objection with respect to the claims listed on Exhibit 1, which claims have been removed from Exhibits A through H. Upon consideration, it is

ORDERED AND ADJUDGED:

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

1.     The Objection is sustained, as set forth below.

2.     The Equity Claims listed on Exhibit A are disallowed in their entirety.

3.     The Equity Damage Claims listed on Exhibit B are disallowed in their entirety, provided however, nothing in this Order shall have any impact on the right of such claimants, or the classes they may represent, to pursue causes of action against any entity or person who is not one of the Debtors, as more specifically set forth in paragraph 43 of the Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors entered in this case on November 9, 2006 (Docket No. 12440).

4.     The No Liability Claims listed on Exhibit C are disallowed in their entirety.

5.     The Unliquidated Claims listed on Exhibit E are fixed in the amounts listed on Exhibit E under the heading Fixed Claim Amount and are disallowed to the extent of any amounts exceeding the Fixed Claim Amount.

6.     The Overstated Claims listed on Exhibit F are reduced to the amounts set forth on Exhibit F under the heading Reduced Claim Amount and the amounts exceeding the Reduced Claim Amount are disallowed.

7.     The asserted class status alleged for the Misclassified Claims listed on Exhibit H is denied; and the Misclassified Claims are reclassified as specified on Exhibit H under the heading Modified Class Status.

8.     Claim no. 11836 filed by Xerox Capital Services, LLC in the amount of $270,174.98 is disallowed, as having been amended by claim no. 13614 filed by Xerox Capital Services, LLC.  Claim no. 13614 is allowed as an unsecured non-priority claim in the amount of $389,471.18, as specified on Exhibit F.

2

9.      Other than the Unresolved Objections, those objections that have not yet been withdrawn are overruled.

10.      The hearing to consider the Objection with respect to the Unresolved Objections is continued until further order of the Court upon the motion of any party in interest.

11.      Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order is deemed a separate Order with respect to each claim.  Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

12.      Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

13.      Except as otherwise agreed between the Debtors and a particular claimant, this Order is without prejudice to the Debtors' right to file any further objection they may have to the Disputed Claims or the Remaining Claims.

Dated this ___ day of December, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

3

**EXHIBIT 1**

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT 1 - ADJOURNED CLAIMS**

| Creditor Name | Claim No. | Exhibit |
|---|---|---|
| CAPX REALTY, LLC | 13620 | EXHIBIT C |
| CONSOLIDATED BISCUIT COMPANY | 13321 | EXHIBIT C |
| FUTURISTIC FOODS INC | 13115 | EXHIBIT C |
| KONICA MINOLTA PHOTO IMAGING USA | 13213 | EXHIBIT G |
| TALLAHASSEE 99-FL, LLC | 13622 | EXHIBIT F |
| TALLAHASSEE 99-FL, LLC | 9761 | EXHIBIT D |
| **Total Claims:** | **6** | |

**EXHIBIT A**

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 418606<br>ADAMS, DEWEY D<br>134 CLAIRMONT ROAD<br>UNION SC 29379 | 13165<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 452027<br>AKHTER, FARZANA S<br>1857 SAMUELSON CIRCLE<br>MISSISSAUGA<br>ONTARIO  L5N7Z2 CANADA | 13132<br>Debtor: WINN-DIXIE STORES, INC. | $1,606.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 421137<br>ARNETTE, MELODIE L<br>PO BOX 1031<br>PISGAH FOREST NC 28768 | 13000<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | $755.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 422489<br>BARR, SYBLE H & DANIEL T JT TEN<br>108 CARDINAL WOODS WAY<br>EASLEY SC 29642-1620 | 12992<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 421559<br>BARRESI, PAUL J & ROSE M JT TEN<br>5841 BRISTOL LN<br>DAVIE FL 33331-3242 | 13153<br>Debtor: WINN-DIXIE STORES, INC. | $133,056.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 419643<br>BEARD, JAMES A<br>325 ALIGATOR RD<br>EFFINGHAM SC 29541 | 13196<br>Debtor: WINN-DIXIE STORES, INC. | $2,000.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 429846<br>BOGHOZKHAN, ARMOND<br>3055 7 RUE<br>LAVAL QC  H7V 1M9 CANADA | 13098<br>Debtor: WINN-DIXIE STORES, INC. | $4,701.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 452051<br>BRODY, LESLIE G<br>900 PALISADE AVENUE, APT 20C<br>FORT LEE NJ 07024 | 13194<br>Debtor: WINN-DIXIE STORES, INC. | $1,333.42 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 419446<br>BROWN, HELEN C<br>1009 WOODSTONE DR<br>FLORENCE SC 29501 | **13052**<br>**Debtor:** WINN-DIXIE STORES, INC. | $113,852.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id:** 420770<br>BROWN, LYNN W<br>1009 WOODSTONE DR<br>FLORENCE SC 29501 | **13063**<br>**Debtor:** WINN-DIXIE STORES, INC. | $130,288.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id:** 418240<br>BRYANT, CHRISTA M<br>15194 NE 246TH AVENUE RD<br>SALT SPRINGS FL 32134-8050 | **13157**<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id:** 428844<br>BURGESS, BRADLEY<br>PO BOX 7772<br>LOUISVILLE KY 40257 | **13075**<br>**Debtor:** WINN-DIXIE STORES, INC. | $2,521.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id:** 420157<br>CALUB, JOSE M & CONCHITA R<br>ELLORENCO JT TEN<br>1530 OAKLAND AVE<br>COLUMBUS GA 31903-2632 | **13079**<br>**Debtor:** WINN-DIXIE STORES, INC. | $2,002.23 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id:** 452025<br>CARMICHAEL, CARLA & ELIZABETH<br>7860 VAN MAREN LN<br>CITRUS HEIGHTS CA 95621 | **13131**<br>**Debtor:** WINN-DIXIE STORES, INC. | $2,219.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id:** 534840<br>CARPENTIER-GAYDOS, CHERYL C<br>102 AGUA RA DR<br>JENSEN BEACH FL 34957 | **13565**<br>**Debtor:** WINN-DIXIE STORES, INC. | $7,002.25 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id:** 421430<br>CERDA, OLIVIA & ABELARDO JT TEN<br>5325 CAROLDEAN ST<br>FT WORTH TX 76117-2028 | **12968**<br>**Debtor:** WINN-DIXIE SUPERMARKETS, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |

Case 3:05-bk-03817-JAF    Doc 13673    Filed 12/28/06    Page 18 of 43
Case 3:05-bk-03817-JAF    Doc 13673    Filed 12/28/06    Page 18 of 43

Page: 3 of 13
Date: 11/14/2006

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 452033**<br>CHUANG, HORACE H<br>4206 NICHOLS STREET<br>ALBANY GA 31705-9090 | 13140<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 452108**<br>CONN, DEBORAH J<br>239 NEW HOPE ROAD<br>HILHAM TN 38568-5953 | 13210<br>Debtor: WINN-DIXIE STORES, INC. | $2,738.95 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 113467**<br>CREASY, GEORGE E III<br>209 LANE OF TRISTRAM<br>GARNER NC 27529 | 9445<br>Debtor: WINN-DIXIE STORES, INC. | $22,718.25 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 534691**<br>CUSICK, THOMAS<br>3090 LEON ROAD, # 5<br>JACKSONVILLE FL 32246 | 13581<br>Debtor: WINN-DIXIE STORES, INC. | $3,000.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 452042**<br>DALTON L KNAUSS REV TRUST<br>ATTN DALTON L KNAUSS<br>407 S DECISION PINE<br>PAYSON AZ 85541 | 13157<br>Debtor: WINN-DIXIE STORES, INC. | $9,837.80 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 428845**<br>DEMAGGIO, VINCENT & THERESA<br>15417 LAKESIDE VILLAGE DR, APT 101<br>CLINTON TOWNSHIP MI 48038 | 13097<br>Debtor: WINN-DIXIE STORES, INC. | $2,000.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 307866**<br>DOREY, RICK J & CORINNE M<br>126 LONGFELLOW DR<br>PALM SPRINGS FL 33461 | 13109<br>Debtor: WINN-DIXIE STORES, INC. | $2,545.05 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 421763**<br>DRAKE, RHONDA J<br>CO RHONDA J BROOKS<br>6232 DORSETT WOODS DR<br>MOUNT OLIVE AL 35117-3844 | 13127<br>Debtor: WINN-DIXIE STORES, INC. | $13,000.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor id: 419804**<br>DRISGILL, JANICE L<br>7501 YORK RD<br>TOWSON MD 21204-7515 | **13151**<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor id: 421553**<br>ERDOS, PAUL & BORA JT TEN<br>HECKENRIEDST 14<br>8045 MEGGEN<br>SWITZERLAND | **12985**<br>Debtor: **WINN-DIXIE STORES, INC.** | $18,975.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor id: 419856**<br>GARREN, JIMMY P<br>424 N BEARWALLOW RD<br>FLETCHER NC 28732-8578 | **13027**<br>Debtor: **WINN-DIXIE STORES, INC.** | $27,653.94 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor id: 417505**<br>GEE, ALEXANDER<br>16737 FOOTHILL BLVD<br>FONTANA CA 92335-8419 | **13010**<br>Debtor: **WINN-DIXIE STORES, INC.** | $9,585.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor id: 452029**<br>GELBER, MANUEL<br>C/O PRISCILLA GELBER, TRUSTEE<br>MANUEL GELBER TRUST<br>114 GRANTHAM A<br>DEERFIELD BEACH FL 33442 | **13135**<br>Debtor: **WINN-DIXIE STORES, INC.** | $15,814.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor id: 452030**<br>GELBER, PRISCILLA<br>C/O MANUEL GELBER, TRUSTEE<br>PRISCILLA GELBER TRUST U/A 4/22/98<br>114 GRANTHAM A<br>DEERFIELD BEACH FL 33442 | **13136**<br>Debtor: **WINN-DIXIE STORES, INC.** | $6,948.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor id: 419147**<br>GUE, G T JR<br>593 LAKE POINTE DR<br>YANCEYVILLE NC 27379-7116 | **13126**<br>Debtor: **WINN-DIXIE STORES, INC.** | $26,910.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 429839<br>GUELLI, BRENT<br>C/O CHARLES GUELLI, CUSTODIAN<br>4091 SE DIXIE ROSS STREET<br>STUART FL 34997 | 13070<br>Debtor: WINN-DIXIE STORES, INC. | $1,390.85 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 452044<br>HALLYBURTON, ALAN R<br>100 CRESTMERE LANE<br>TAYLORS SC 29687 | 13078<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | $25,200.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 452116<br>HATCH, STEVEN & ROSELEE<br>7048 VELVET ANTLER DRIVE<br>MIDLOTHIAN VA 23112-8421 | 13226<br>Debtor: WINN-DIXIE STORES, INC. | $3,000.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 422208<br>HAYS, SANDRA LEE<br>PO BOX 1629<br>LAPORTE TX 77572 | 13168<br>Debtor: WINN-DIXIE STORES, INC. | $9,800.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 421069<br>HELTON, MARY LOU<br>1155 RIDGEWOOD DR<br>MOBILE AL 36608-3628 | 13012<br>Debtor: WINN-DIXIE STORES, INC. | $180.86 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 421049<br>HENDERSON, MARY J<br>898 N EDGEWATER DR<br>PLANT CITY FL 33565-9159 | 13009<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 472029<br>HOLT, GREGORY J & JUDITH M JT TEN<br>4874 FAYANN ST<br>ORLANDO FL 32812 | 13365<br>Debtor: WINN-DIXIE STORES, INC. | $55,030.37 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 452046<br>HSIAO, BETTY<br>762 FUNDY CT<br>TRACY CA 95377 | 13173<br>Debtor: WINN-DIXIE STORES, INC. | $4,761.50 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 452107**<br>HSIAO, BETTY<br>762 FUNDY COURT<br>TRACY CA 95377 | **13209**<br>Debtor: **WINN-DIXIE STORES, INC.** | **$4,761.50** | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 419988**<br>JANNEY, JODY J<br>180 HARRY ROAD<br>STONEVILLE NC 27048 | **13072**<br>Debtor: **WINN-DIXIE STORES, INC.** | **$24,885.20** | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 420997**<br>JANNEY, MARVIN H<br>180 HARRY ROAD<br>STONEVILLE NC 27048 | **13071**<br>Debtor: **WINN-DIXIE STORES, INC.** | **$24,885.20** | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 428850**<br>JETTER, JOHN M IV<br>20200 N 102ND PLACE<br>SCOTTSDALE AZ 85255 | **13108**<br>Debtor: **WINN-DIXIE STORES, INC.** | **$1,964.20** | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 420189**<br>JONES, JOSEPH K JR & ANNIE I JT TEN<br>1150 ALDERMAN RD E<br>JACKSONVILLE FL 32211 | **13015**<br>Debtor: **WINN-DIXIE STORES, INC.** | **$0.00** | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 421738**<br>JONES, REBECCA & CHARLES JT TEN<br>136 FREEZE AVE NW<br>CONCORD NC 28025 | **13146**<br>Debtor: **WINN-DIXIE STORES, INC.** | **$3,140.00** | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 452102**<br>KARL, JAMES L II<br>971 N COLLIER BLVD<br>MARCO ISLAND FL 34145 | **13201**<br>Debtor: **WINN-DIXIE STORES, INC.** | **$11,500.00** | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 452103**<br>KEENEY, RUTH A<br>615 18TH AVE NORTH<br>JACKSONVILLE FL 32250 | **13202**<br>Debtor: **WINN-DIXIE STORES, INC.** | **$1,990.90** | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 429832**<br>KERLEY, J M SEPARATE PROPERTY IMA<br>/O MELLON BANK, NA<br>ATTN STEVE DAVIES, ASST OFFICER<br>THREE MELLON CENTER, SUITE 1215<br>PITTSBURGH PA 15259 | 13056<br>Debtor: WINN-DIXIE STORES, INC. | $90.10 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 429830**<br>KLEIN, ROGER A - IJC-SEP IRA<br>C/O MELLON BANK, NA<br>ATTN STEVE DAVIES, ASST OFFICER<br>THREE MELLON CENTER, SUITE 1215<br>PITTSBURGH PA 15259 | 13054<br>Debtor: WINN-DIXIE STORES, INC. | $310.05 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 452041**<br>KNAUSS FAMILY LLC<br>ATTN DALTON L KNAUSS, PRES<br>407 S DECISION PINE<br>PAYSON AZ 85541 | 13156<br>Debtor: WINN-DIXIE STORES, INC. | $14,119.35 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 452043**<br>KNAUSS, ELAINE V<br>407 S DECISION PINE<br>PAYSON AZ 85541 | 13158<br>Debtor: WINN-DIXIE STORES, INC. | $11,055.51 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 429834**<br>KOEZE, DAVID S, TRUSTEE<br>DAVID S KOEZE REV TRUST<br>8354 PLEASANT RIDGE COURT SW<br>JENISON MI 49428-8527 | 13060<br>Debtor: WINN-DIXIE STORES, INC. | $2,220.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 452099**<br>KREJCI, ESTATE OF ANNA MAE<br>C/O DIANA LYN GAMBOA, EXECUTRIX<br>9511 MEADOWTRACE DRIVE<br>KLEIN TX 77389 | 13185<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 429855**<br>KROEZE, JOHANNES & MARIA<br>2175 MARINE DRIVE, SUITE 1202<br>OAKVILLE ON L6L 5L5 CANADA | 13113<br>Debtor: WINN-DIXIE STORES, INC. | $13,800.70 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 418537**<br>LATOLAIS, DEBBIE<br>1855 NURSERY HWY<br>BREAUX BRIDGE LA 70517-8404 | 13133<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 298892**<br>LAWTON, JOHN STEPHEN<br>1478 18TH STREET<br>SARASOTA FL 34236 | 12726<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 426843**<br>LEVESQUE, MARTIN<br>5018 DE LA ROCHE<br>MONTREAL QC H2J 3J9 CANADA | 13096<br>Debtor: WINN-DIXIE STORES, INC. | $2,566.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 421105**<br>LIVINGSTON, MARION MASON<br>1751 CENTRAL NE<br>ORANGEBURG SC 29115 | 13214<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 418035**<br>LOCKE, CAROL BARBER & LUWANA JT TEN<br>1661 DUNCAN COMMUNITY RD<br>CHIPLEY FL 32428-5322 | 13033<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 452047**<br>MARSHALL, LINDA<br>3108 LIVINGSTON ROAD<br>TALLAHASSEE FL 32303 | 13162<br>Debtor: WINN-DIXIE STORES, INC. | $1,500.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 417929**<br>MARTIN, BRENDA KAYE<br>205 ELIZABETH DR<br>CENTERVILLE GA 31028-1111 | 13116<br>Debtor: DIXIE PACKERS, INC. | $3,090.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 452032**<br>MARZEE BRUINGTON FAMILY TRUST<br>C/O CHARLES S BRUINGTON, TRUSTEE<br>PO BOX 85<br>BOONES MILL VA 27065 | 13139<br>Debtor: WINN-DIXIE STORES, INC. | $40,283.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 429827**<br>MATTHEWS, FRANK & MARY<br>1300 VIGO RD<br>SHELBYVILLE KY 40065-9504 | 13029<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 287490**<br>MAZZA, DIANE M<br>3400 GALT OCEAN DR, APT 1704S<br>FORT LAUDERDALE FL 33308 | 13060<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 417481**<br>MCKAIN, REBECCA AILEEN<br>C/O AILEEN S CLAY<br>PO BOX 9273<br>GREENVILLE SC 29604-9273 | 13105<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 429831**<br>MERRITT, JAMES E-IRA<br>/O MELLON BANK, NA<br>ATTN STEVE DAVIES, ASST OFFICER<br>THREE MELLON CENTER, SUITE 1215<br>PITTSBURGH PA 15259 | 13055<br>Debtor: WINN-DIXIE STORES, INC. | $371.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 417510**<br>MICHALAK, ALEXANDER<br>363 W MAIN ST<br>PLYMOUTH PA 18651 | 12982<br>Debtor: WINN-DIXIE STORES, INC. | $7,705.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 422933**<br>MORAN, WILLIAM G<br>745 PLANTATION CIR<br>BRUNSWICK GA 31525 | 13116<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | $221,291.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 421357**<br>NATIONAL FINANCIAL SERVICES LLC<br>ONE WORLD FINANCIAL CENTER<br>200 LIBERTY ST<br>NEW YORK NY 10281 | 13200<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| **Creditor Id: 421596**<br>NORRIS, PEGGY E<br>351 FINNEY DR<br>WEATHERFORD TX 76085-3845 | 13073<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 420679<br>OWENS, LOIS P<br>1002 SOUND SHORE DR<br>EDENTON NC 27932 | 13150<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 423156<br>PARSONS, CHERYL L PEACOCK<br>RR2 BOX 283-B3<br>SOPERTON GA 30457 | 12897<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 417553<br>PATEL, ALPESH M<br>2841 MANCHESTER CT<br>BIRMINGHAM AL 35226 | 13152<br>Debtor: WINN-DIXIE STORES, INC. | $12,896.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 420111<br>PONZIANO, JOHN R & MILDRED J<br>3415 S SCHULTZ DR<br>LANSING IL 60438-3281 | 13123<br>Debtor: WINN-DIXIE STORES, INC. | $10,000.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 418117<br>PRUGH, FRANKIE LEE, TRUSTEE<br>THE FRANKIE LEE PRUGH REVOCABLE TR<br>35025 RAINTREE DR<br>FRUITLAND PK FL 34731 | 13030<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 452034<br>RANDOLPH W GOODWIN TRUST, THE<br>ATTN RANDOLPH W GOODWIN, TRUSTEE<br>2129 HARRISON STREET<br>TITUSVILLE FL 32780 | 13141<br>Debtor: WINN-DIXIE STORES, INC. | $7,230.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 423849<br>RASOR, JOHN F<br>11411 N TATUM BLVD<br>PHOENIX AZ 85028 | 13104<br>Debtor: WINN-DIXIE STORES, INC. | $16,905.87 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 420594<br>RICKERT, LETHA M<br>C/O STANLEY LANDE & HUNTER<br>ATTN T O LINDBURG, ESQ<br>900 US BANK CENTER<br>201 WEST SECOND STREET<br>DAVENPORT IA 52801-1818 | 12861<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 422731<br>ROSSI, VICTOR<br>PO BOX 249<br>BOONVILLE CA 95415-0249 | 12999<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 417814<br>SHEA, BEVERLY A<br>640 SE 1 ST ST<br>MELROSE FL 32666 | 13019<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 420792<br>SHEA, BEVERLY<br>640 SOUTH EAST 1ST STREET<br>MELROSE FL 32666 | 13018<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 417861<br>SHEA, BEVERLY A<br>640 SE 1ST ST<br>MELROSE FL 32666-5432 | 13020<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 419116<br>SHEALY, FRANKLIN KARL, JR<br>103 OLD PARK DR<br>COLUMBIA SC 29229-8750 | 12963<br>Debtor: WINN-DIXIE STORES, INC. | $10,000.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 422058<br>SILBER, ROSA, TRUSTEE U-A 09/13/94 ROSA SILBER REVOCABLE TR<br>1001 SW141 ST AVE, APT 201K<br>PEMBROKE PINES FL 33027 | 13077<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 421513<br>SMITH, PATRICIA K<br>10976 IOWA AVE<br>JACKSONVILLE FL 32219-2035 | 13160<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 418752<br>SUSSMAN, DOROTHY<br>401 GOLDEN ISLES DR<br>HALLANDALE FL 33009-7509 | 13007<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id:  452023<br>TALLETT, MARY ANN<br>1248 PANORAMA DRIVE<br>LAFAYETTE CA 94549-2413 | 13129<br>Debtor:  WINN-DIXIE STORES, INC. | $10,188.30 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id:  421386<br>TERLIZZESE, NICHOLAS & JOSEPHINE<br>4600 HARRISON ST<br>HOLLYWOOD FL 33021-7203 | 13121<br>Debtor:  WINN-DIXIE SUPERMARKETS, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id:  421770<br>THOMAS, RICHARD A<br>6309 VANDIKE ST<br>PHILADELPHIA PA 19135-3305 | 13016<br>Debtor:  WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id:  452026<br>THOMPSON, CHARLES F<br>89 LYNN DR<br>PARAMUS NJ 07652 | 13134<br>Debtor:  WINN-DIXIE STORES, INC. | $1,255.87 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id:  423029<br>TUCKER, WILMA G<br>102 HONEY HORN DR<br>SIMPSONVILLE SC 29681-5812 | 13076<br>Debtor:  WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id:  421918<br>VAN BUREN, ROBERT J<br>3608 HEATHROW DR<br>WINSTON SALEM NC 27127-4898 | 12990<br>Debtor:  WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id:  421599<br>VILLARDI, PETER A<br>24 LIMETREE DR<br>MANORVILLE NY 11949-3116 | 13181<br>Debtor:  WINN-DIXIE SUPERMARKETS, INC. | $1,000.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id:  452100<br>VOIGT, JOHN L<br>2638 UNICORNIO STREET<br>CARLSBAD CA 92001 | 13197<br>Debtor:  WINN-DIXIE STORES, INC. | $600.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 493107<br>WAREHOUSE HOLDINGS (546)<br>ATTN VINCENT E RHYNES, BUSINESS REP<br>1522 W MANCHESTER AVE<br>LOS ANGELES CA 90047 | 13384<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 417655<br>WEAVER, ANNETTE S<br>503 STRANGE RD<br>TAYLORS SC 29687-3874 | 13114<br>Debtor: WINN-DIXIE STORES, INC. | $33,949.28 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 417945<br>WEDERSTRANDT, BRIAN J<br>PO BOX 78<br>FRENCH SETTLEMENT LA 70733-0078 | 13118<br>Debtor: WINN-DIXIE STORES, INC. | $22,801.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 452040<br>WILLIAMS, BILLY R & DELORIS<br>18241 WASHBURN<br>DETROIT MI 48221 | 13155<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 421146<br>WILLIAMS, M & BARTHOLF, A JT TEN<br>C/O THEODORE PERRY WILLIAMS JR<br>10508 BRYWOOD LANE<br>TAMPA FL 33624 | 13175<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 452024<br>WILSON, JILL C<br>C/O RONALD S WILSON<br>44 SOMERSET DR<br>PHENIX CITY AL 36869 | 13130<br>Debtor: WINN-DIXIE STORES, INC. | $54,987.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |
| Creditor Id: 418712<br>WOOD, DORITA M<br>1608 DUBLIN RD<br>CHARLOTTESVILLE VA 22903 | 13074<br>Debtor: WINN-DIXIE STORES, INC. | $8,500.00 | UNDER CONFIRMED PLAN, OLD EQUITY INTERESTS ARE CANCELLED AS OF EFFECTIVE DATE AND HOLDERS OF SUCH INTERESTS RECEIVE AND RETAIN NO PROPERTY ON ACCOUNT THEREOF. |

Total Claims to be Disallowed: 101

Total Amount to be Disallowed: $1,242,844.40   Plus Unliquidated Amounts, if Any

**EXHIBIT B**

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - EQUITY DAMAGE CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 16775<br>COFFMAN, KATHY N & EARL<br>10325 MADISON PARK CT<br>CLERMONT FL 34711 | 8424<br>**Debtor:** WINN-DIXIE STORES, INC. | $3,825.97 | UNDER CONFIRMED PLAN, CLAIMS FOR DAMAGES ARISING OUT OF PURCHASE AND SALE OF OLD EQUITY ARE SUBORDINATED AND DISCHARGED AS OF EFFECTIVE DATE WITH NO DISTRIBUTION. SEE SECTION 4.4(B) OF PLAN. |
| **Creditor Id:** 118276<br>DEMAGGIO, VINCENT P<br>15417 LAKESIDE VILLAGE DR, APT 101<br>CLINTONTOWNSHIP MI 48038 | 4486<br>**Debtor:** WINN-DIXIE STORES, INC. | $2,894.00 | UNDER CONFIRMED PLAN, CLAIMS FOR DAMAGES ARISING OUT OF PURCHASE AND SALE OF OLD EQUITY ARE SUBORDINATED AND DISCHARGED AS OF EFFECTIVE DATE WITH NO DISTRIBUTION. SEE SECTION 4.4(B) OF PLAN. |
| **Creditor Id:** 410480<br>DORMINEY, B M; SMITH, J H ET AL<br>C/O FEDERMAN & SHERWOOD<br>ATTN WILLIAM B FEDERMAN, ESQ.<br>120 N ROBINSON, STE 2720<br>OKLAHOMA CITY OK 73102<br>Counsel: ATTN J SAILER/C HINTON, ESQS | 8158<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, CLAIMS FOR DAMAGES ARISING OUT OF PURCHASE AND SALE OF OLD EQUITY ARE SUBORDINATED AND DISCHARGED AS OF EFFECTIVE DATE WITH NO DISTRIBUTION. SEE SECTION 4.4(B) OF PLAN. |
| **Creditor Id:** 312607<br>GARRICK, THELMA R<br>1913 FRANCIS ST NE<br>ORANGEBURG SC 29118 | 5967<br>**Debtor:** WINN-DIXIE STORES, INC. | $14,324.40 | UNDER CONFIRMED PLAN, CLAIMS FOR DAMAGES ARISING OUT OF PURCHASE AND SALE OF OLD EQUITY ARE SUBORDINATED AND DISCHARGED AS OF EFFECTIVE DATE WITH NO DISTRIBUTION. SEE SECTION 4.4(B) OF PLAN. |
| **Creditor Id:** 410910<br>HAMAN, WAYNE M<br>1280 HAMMETT HILL RD<br>BOWLING GREEN KY 42101 | 10045<br>**Debtor:** WINN-DIXIE STORES, INC. | $19,350.00 | UNDER CONFIRMED PLAN, CLAIMS FOR DAMAGES ARISING OUT OF PURCHASE AND SALE OF OLD EQUITY ARE SUBORDINATED AND DISCHARGED AS OF EFFECTIVE DATE WITH NO DISTRIBUTION. SEE SECTION 4.4(B) OF PLAN. |
| **Creditor Id:** 37072<br>HUGHES, RANDALL D<br>17371 MEADOWLAKE CIRCLE<br>FORT MYERS FL 33912-0256 | 5461<br>**Debtor:** WINN-DIXIE STORES, INC. | $7,200.00 | UNDER CONFIRMED PLAN, CLAIMS FOR DAMAGES ARISING OUT OF PURCHASE AND SALE OF OLD EQUITY ARE SUBORDINATED AND DISCHARGED AS OF EFFECTIVE DATE WITH NO DISTRIBUTION. SEE SECTION 4.4(B) OF PLAN. |
| **Creditor Id:** 421202<br>LEE, MICHAEL P<br>9122 EASTPOINTE CRT<br>ELK GROVE CA 95624 | 13028<br>**Debtor:** WINN-DIXIE STORES, INC. | $946.01 | UNDER CONFIRMED PLAN, CLAIMS FOR DAMAGES ARISING OUT OF PURCHASE AND SALE OF OLD EQUITY ARE SUBORDINATED AND DISCHARGED AS OF EFFECTIVE DATE WITH NO DISTRIBUTION. SEE SECTION 4.4(B) OF PLAN. |
| **Creditor Id:** 406066<br>MELECIO, RAUL<br>C/O RAUL MELECIO - CORPORATION'S<br>PO BOX 390 WEST 9 AVE<br>NEW YORK NY 10001 | 3020<br>**Debtor:** WINN-DIXIE STORES, INC. | $130,000.00 | UNDER CONFIRMED PLAN, CLAIMS FOR DAMAGES ARISING OUT OF PURCHASE AND SALE OF OLD EQUITY ARE SUBORDINATED AND DISCHARGED AS OF EFFECTIVE DATE WITH NO DISTRIBUTION. SEE SECTION 4.4(B) OF PLAN. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - EQUITY DAMAGE CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 399390**<br>NATIONAL ASBESTOS WORKERS PENS FD<br>C/O GENOVESE JOBLOVE & BATTISTA PA<br>ATTN CRAIG P RIEDERS, ESQ<br>BANK OF AMERICA TOWER<br>100 SOUTHEAST SECOND ST, 36TH FL<br>MIAMI FL 33131 | **9975**<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, CLAIMS FOR DAMAGES ARISING OUT OF PURCHASE AND SALE OF OLD EQUITY ARE SUBORDINATED AND DISCHARGED AS OF EFFECTIVE DATE WITH NO DISTRIBUTION. SEE SECTION 4.4(B) OF PLAN. |
| **Creditor Id: 419838**<br>TELFORD, JACQUELINE & JOHN D JT TEN<br>2949 GALAXY PLACE<br>MARYLAND HEIGHTS MO 63043-1855 | **13005**<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNDER CONFIRMED PLAN, CLAIMS FOR DAMAGES ARISING OUT OF PURCHASE AND SALE OF OLD EQUITY ARE SUBORDINATED AND DISCHARGED AS OF EFFECTIVE DATE WITH NO DISTRIBUTION. SEE SECTION 4.4(B) OF PLAN. |

Total Claims to be Disallowed:       10

Total Amount to be Disallowed:       $178,140.39       Plus Unliquidated Amounts, if Any

**EXHIBIT C**

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - NO LIABILITY CLAIMS TO BE DISALLOWED

Page: 1 of 2
Date: 12/12/2006

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 247131**<br>COUNTY OF COWETA TAX COMMISSIONER<br>ATTN J T FERRELL<br>PO BOX 195<br>NEWNAN GA 30264-0195 | **5403**<br>Debtor: **WINN-DIXIE STORES, INC.** | $46,326.56 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIM IS FOR REAL PROPERTY TAXES FOR ENTIRE CALENDAR YEAR 2005. DEBTOR PREVIOUSLY PAID ITS LANDLORD ALL POSTPETITION 2005 REAL ESTATE TAXES AND WILL PAY ITS LANDLORD THE REMAINING PREPETITION PORTION OF THESE TAXES AS A CURE PAYMENT THROUGH ASSUMPTION OF LEASE. LIABILITY FOR THIS CLAIM IS BETWEEN THE COUNTY AND DEBTOR'S LANDLORD. |
| **Creditor Id: 254845**<br>CRATTY, LISA A<br>119 LAKE SHORE DRIVE<br>ROCKAWAY, NJ 07866 | **4571**<br>Debtor: **WINN-DIXIE SUPERMARKETS, INC.** | $16,912.57 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. AMOUNTS DUE HAROLD FUSON ARE GARNISHED FOR CLAIMANT. THERE ARE NO ADDITIONAL AMOUNTS DUE. |
| **Creditor Id: 411191**<br>INGENIX SUBROGATION SERVICES<br>75 REMITTANCE DRIVE, STE 6019<br>CHICAGO IL 60675-6018<br><br>Transferee: EQUITY TRUST CO CUSTODIAN | **11313**<br>Debtor: **WINN-DIXIE STORES, INC.** | $14,186.35 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 417760**<br>MARTINEZ, BARBARA<br>16041 SW 45TH TER<br>MIAMI FL 33185-5304 | **13147**<br>Debtor: **WINN-DIXIE STORES, INC.** | $1,999.81 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 411178**<br>NATIONWIDE MUTUAL CO.O1  SUBROGEE<br>SHOPPING CENTER L&D, INC<br>C/O NATIONWIDE<br>2901 W BUSCH BLVD, STE 403<br>TAMPA FL 33618 | **11247**<br>Debtor: **WINN-DIXIE STORES, INC.** | $50,000.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 58174**<br>OSLANDER, HELEN L<br>7119 STATE RD 33<br>CLERMONT FL 34711 | **2052**<br>Debtor: **WINN-DIXIE STORES, INC.** | $96.06 | RECLASSIFIED TO UNSECURED PRIORITY BY 6/15/06 ELEVENTH OMNIBUS CLAIMS OBJECTION ORDER. NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. DEBTOR SEEKS DISALLOWANCE PURSUANT TO 11 U.S.C. SECTION 502(b). |
| **Creditor Id: 399778**<br>ROBERTS, GLENDA<br>1813 HURRICANE LAKE DRIVE<br>BROOKHAVEN MS 39601 | **5188**<br>Debtor: **WINN-DIXIE STORES, INC.** | $32.48 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIMANT WAS PART-TIME ASSOCIATE ON LEAVE OF ABSENCE DURING TIME FRAME LISTED ON PROOF OF CLAIM. ACCORDINGLY CLAIMANT IS NOT ELIGIBLE FOR HOLIDAY PAY. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 261915**<br>TERRELL, STEFANIE<br>116 BLUEBERRY LANE<br>FITGERALD, GA 31750 | 5725<br>Debtor:  DEEP SOUTH PRODUCTS, INC. | $2,150.40 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  AMOUNTS DUE CHRISTOPHER TERRELL WERE GARNISHED FOR CLAIMANT THROUGH MR. TERRELL'S 4/29/05 TERMINATION.  THERE ARE NO AMOUNTS DUE. |

**Total Claims to be Disallowed:** 8

**Total Amount to be Disallowed:** $131,703.23      Plus Unliquidated Amounts, if Any

**EXHIBIT D HAS BEEN INTENTIONALLY OMITTED**

**EXHIBIT E**

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT E - CLAIMS TO BE FIXED TO SUM CERTAIN

| Name of Claimant | Claim No. | Claim Amount | Fixed Claim Amount | Reason for Modification |
|---|---|---|---|---|
| Creditor Id: 411389 | 12496 | $550,819.72 | $550,819.72 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| SOUTHEAST US RETAIL FUND, LP | Debtor: | WINN-DIXIE STORES, INC. | | |
| C/O HENDERSON FRANKLIN STARNES | | | | |
| ATTN DOUGLAS B SZABO, ESQ | | | | |
| PO BOX 280 | | | | |
| FORT MYERS  FL  33902-0280 | | | | |
| | | | | |
| Creditor Id: 266279 | 8791 | $0.00 | $3,000.00 | FIXED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| SPEARS, JOANNE | Debtor: | WINN-DIXIE STORES, INC. | | |
| C/O JEFFREY T GREENBERG, PC | | | | |
| ATTN JEFFREY T GREENBERG, ESQ | | | | |
| 421 FRENCHMEN STREET, SUITE 200 | | | | |
| NEW ORLEANS, LA 70116 | | | | |
| | | | | |
| Creditor Id: 266375 | 8793 | $0.00 | $3,000.00 | FIXED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| SPEARS, WILL H SR | Debtor: | WINN-DIXIE MONTGOMERY, INC. | | |
| C/O JEFFREY T GREENBERG, PC | | | | |
| ATTN JEFFREY T GREENBERG, ESQ | | | | |
| 421 FRENCHMEN STREET, SUITE 200 | | | | |
| NEW ORLEANS, LA 70116 | | | | |

Total Claims to be Fixed:           3
Total Amount to be Fixed:    $550,819.72 Plus Unliquidated Amounts, if Any
Total Fixed Amount:    $556,819.72

**EXHIBIT F**

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT F - OVERSTATED CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 279203**<br>AMERICAN ITALIAN PASTA COMPANY<br>ATTN CARA VANDEL, CR MGR<br>4100 N MULBERRY DRIVE, SUITE 200<br>KANSAS CITY MO 64116<br><br>Counsel: ATTN JOHN J CRUCIANI, ESQ | 9828<br>**Debtor:** | $232,604.15<br>WINN-DIXIE STORES, INC. | $113,308.90 | REDUCED AND RECLASSIFIED TO $116,415.15 UNSECURED NON-PRIORITY AND $94,217.10 ADMINISTRATIVE PRIORITY BY 8/31/06 SIXTEENTH OMNIBUS CLAIMS OBJECTION ORDER. ON 10/31/06, DEBTOR PAID ADMINISTRATIVE PRIORITY AMOUNT BY CHECK NUMBER 009906348. FURTHER REDUCTION REFLECTS REMOVAL OF $3,106.25 FROM UNSECURED NON-PRIORITY AMOUNT BY AGREEMENT WITH CLAIMANT. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. DEBTOR SEEKS FURTHER REDUCTION PURSUANT TO 11 U.S.C. SECTION 502(J). |
| **Creditor Id: 384081**<br>DAIRY FARMERS OF AMERICA INC<br>ATTN: JOEL CLARK<br>10411 CAUDILL ROAD<br>KNOXVILLE, TN 37922<br><br>Transferee: AMROC INVESTMENTS LLC<br>Counsel: ATTN STEPHEN B SUTTON, ESQ | 4209<br>**Debtor:** | $978,423.70<br>WINN-DIXIE MONTGOMERY, INC. | $708,555.08 | REDUCED TO $852,894.74 BY 5/4/06 EIGHTH OMNIBUS CLAIMS OBJECTION ORDER AND $792,638.28 BY 10/5/06 NINETEENTH OMNIBUS CLAIMS OBJECTION ORDER. FURTHER REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. DEBTOR SEEKS FURTHER REDUCTION PURSUANT TO 11 U.S.C. SECTION 502(J). |
| **Creditor Id: 417071**<br>FACTORY HOME DECOR, INC<br>C/O ROBINSON BARTON, ET AL<br>ATTN W E CALLOWAY, ESQ<br>PO BOX 12287<br>COLUMBIA SC 29211-2287 | 12843<br>**Debtor:** | $238,349.19<br>WINN-DIXIE RALEIGH, INC. | $180,000.00 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 28820**<br>GHANAYEM, FIRAS<br>315 DISCOVERY WAY<br>DURHAM NC 27703 | 3429<br>**Debtor:** | $883.20<br>WINN-DIXIE RALEIGH, INC. | $440.80 | RECLASSIFIED TO UNSECURED PRIORITY BY 6/15/06 ELEVENTH OMNIBUS CLAIMS OBJECTION ORDER. REDUCED AMOUNT REFLECTS AMOUNT ACTUALLY DUE (40 HOURS AT $11.02 AN HOUR). DEBTOR SEEKS REDUCTION PURSUANT TO 11 U.S.C. SECTION 502(J). |
| **Creditor Id: 243821**<br>INEOS OLEFINS & POLYMERS USA<br>ATTN TODD HINZ<br>2600 SOUTH SHORE BOULEVARD<br>LEAGUE CITY TX 77573<br><br>Counsel: ATTN J S CARR & R L LEHANE ESQS | 35962<br>**Debtor:** | $86,499.00<br>WINN-DIXIE RALEIGH, INC. | $64,836.80 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $21,662.20 NOT INCLUDED IN DEBTOR'S SCHEDULES. |
| **Creditor Id: 416254**<br>LAKE HOWELL PLAZA PARTNERSHIP<br>C/O DAY KETTERER LTD<br>ATTN RICHARD A PRINCIC, ESQ<br>200 MARKET AVENUE N<br>PO BOX 24213<br>CANTON OH 44701-4213 | 12095<br>**Debtor:** | $251,314.71<br>WINN-DIXIE STORES, INC. | $217,765.66 | REDUCED AMOUNT REFLECTS REMOVAL OF $33,549.05 FOR OVERSTATED TAXES. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT F - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 416929**<br>ROEBUCK REALTY ASSOCS, LLC, NHA<br>ROEBUCK, NHA BIRMINGHAM, LOUHAL<br>C/O AMERICAN COMMERCIAL REALTY<br>ATTN RICK BAER, SR EXEC DIRECTOR<br>4400 PGA BLVD, SUITE 305<br>PALM BEACH GARDENS FL 33410 | 12362<br>Debtor: | $30,996.78<br>WINN-DIXIE STORES, INC. | $4,935.46 | REDUCED AMOUNT REFLECTS REMOVAL OF $3,316.72 FOR 2005 COMMON AREA MAINTENANCE CHARGES LACKING SUPPORTING DOCUMENTATION AND $22,744.60 FOR PAID POSTPETITION RENT.  REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 534983**<br>SOUTHGATE PLAZA 93 LTD<br>C/O J HERZOG & SONS, INC<br>ATTN JOHN VORNHOLT<br>1605 SOUTH FIRST STREET<br>WILLMAR MN 56201-4234 | 13621<br>Debtor: | $267,036.46<br>WINN-DIXIE STORES, INC. | $142,036.46 | REDUCED AMOUNT REFLECTS REMOVAL OF $125,000.00 FOR ALLEGED REMOVAL OF AIR CONDITIONING UNIT THAT REMAINS ON PREMISES. |
| Counsel: ATTN EDWARD T RAMEY, ESQ |  |  |  |  |
| **Creditor Id: 411145**<br>XEROX CAPITAL SERVICES, LLC<br>ATTN VANESSA ADAMS, BANKR COORD<br>1301 RIDGEVIEW DR-450<br>LEWISVILLE TX 75057 | 13614<br>Debtor: | $410,386.25<br>WINN-DIXIE STORES, INC. | $389,471.18 | REDUCED AMOUNT REFLECTS 3/14/05 PAYMENT OF $20,915.07 BY CHECK NUMBER 8005242 FOR POSTPETITION PORTION OF INVOICE NUMBER 600317805. |
| Counsel: ATTN SABRINA L STREUSAND, ESQ |  |  |  |  |

Total Claims to be Reduced:        9

Total Amount to be Reduced:        $2,496,493.44 Plus Unliquidated Amounts, If Any

Total Reduced Amount:        $1,819,350.34

**EXHIBIT G HAS BEEN INTENTIONALLY OMITTED**

# EXHIBIT H

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT H - MISCLASSIFIED CLAIMS TO BE RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| Creditor Id: 250288<br>GARNIER<br>ATTN KENNY WINE, SR CREDIT MGR<br>7644 COLLECTIONS CENTER DR<br>BANK OF AMERICA<br>CHICAGO, IL 60693<br><br>Debtor: WINN-DIXIE PROCUREMENT, INC. | 34865 | $71,065.38 | Multiple Classes | Multiple Classes | REDUCED AND RECLASSIFIED AS $22,348.66 ADMINISTRATIVE PRIORITY AND $47,416.88 UNSECURED NON-PRIORITY BY 8/7/06 ORDER ON SECOND MOTION FOR ORDER DEEMING SCHEDULED CLAIMS AMENDED. TO BE RECLASSIFIED TO $63,224.60 ADMINISTRATIVE PRIORITY (OF WHICH $23,280.06 IS PAYABLE TO CLAIMANT AND $39,944.54 IS PAYABLE TO MAYBELLINE, INC.) AND $8,543.14 UNSECURED NON-PRIORITY. RECLASSIFICATION IS SOUGHT PURSUANT TO 11 U.S.C. SECTION 502(J). |
| Creditor Id: 255225<br>MACK LLC DBA KRISPY KREME<br>ATTN ALAN HERBERT<br>PO BOX 10100<br>NEW ORLEANS, LA 70181<br><br>Debtor: WINN-DIXIE MONTGOMERY, INC.<br><br>Transferee: ASM CAPITAL LP | 5895 | $213,771.63 | Unsecured Non-Priority | Multiple Classes | MISCLASSIFIED IN PART. RECLASSIFY $56,932.80 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $156,838.83 REMAINS UNSECURED NON-PRIORITY. |

Total Claims to be Reclassified: 2

Total Amount to be Reclassified: $284,837.01       Plus Unliquidated Amounts, If Any