UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about December 18, 2006 I caused copies of:

- the **Objection to Claim Transfers Filed After November 15, 2006, 5:00 P.M. ET, Distribution Record Date (Docket Nos. 13156, 13157, 13158 and 13159)**

   to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: December 28, 2006

_____
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: T3

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**
**Objection to Claim Transfers Filed After**
**November 15, 2006, 5:00 P.M. ET,**
**Distribution Record Date**
**(Docket Nos. 13156, 13157, 13158 and 13159)**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 492939-15<br>BROOKSHIRE GROCERY COMPANY<br>ATTN: RUSSELL COOPER, CORP COUNSEL<br>1600 WEST SOUTHWEST LOOP 323<br>TYLER TX 75703 | CREDITOR ID: 492939-15<br>BROOKSHIRE GROCERY COMPANY<br>C/O BAKER BOTTS, LLP<br>ATTN C. LUCKEY MCDOWELL, ESQ<br>2001 ROSS AVENUE<br>DALLAS TX 75201-2980 | CREDITOR ID: 382432-51<br>CARDINAL HEALTH STAFFING NETWORK<br>ATTN DEBRA A WILLET, ESQ<br>7000 CARDINAL PLACE<br>DUBLIN, OH 43017 |
| CREDITOR ID: 250173-12<br>FUTURE FOOD, LTD<br>ATTN DAVID WATTS, CEO<br>1420 VALWOOD PARKWAY, SUITE 164<br>CARROLLTON, TX 75006 | CREDITOR ID: 558178-98<br>LIQUIDITY SOLUTIONS INC<br>AS AGENT FOR ORE HILL PARTNERS<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK NJ 07601 | CREDITOR ID: 399393-98<br>LIQUIDITY SOLUTIONS, INC<br>DBA REVENUE MANAGEMENT<br>ATTN JEFFREY L CARESS<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 |
| CREDITOR ID: 403492-15<br>MODIS, INC<br>C/O MPS GROUP, INC<br>ATTN DEEANN WALTON<br>1 INDEPENDENT DRIVE, 10TH FL<br>JACKSONVILLE FL 32202 | | |

       **Total:   7**

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| Reorganized Debtors.[1] | ) | Jointly Administered |

**OBJECTION TO CLAIM TRANSFERS FILED AFTER
NOVEMBER 15, 2006, 5:00 P.M. ET, DISTRIBUTION RECORD DATE
(DOCKET NOS. 13156, 13157, 13158 AND 13159)**

TO:   LIQUIDITY SOLUTIONS, INC. DBA REVENUE MANAGEMENT
LIQUIDITY SOLUTIONS, INC. AS AGENT FOR ORE HILL PARTNERS
MODIS, INC.
FUTURE FOODS LTD
BROOKSHIRE GROCERY COMPANY
CARDINAL HEALTH STAFFING NETWORK

Winn-Dixie Stores, Inc. and its reorganized affiliates object to the transfers of claims evidenced at docket nos. 13156, 13157, 13158 and 13159, which transfers were filed after the "Distribution Record Date" established under the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Plan"). Pursuant to the Plan, such transfers will not be recognized in making distributions, if any, on account of the claims subject to such transfers.

Dated: December 18, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By   *s/ D. J. Baker* | By   *s/ James H. Post* |
|         D. J. Baker |         Stephen D. Busey |
|         Sally McDonald Henry |         James H. Post, FB#175460 |
|         Rosalie Walker Gray |         Cynthia C. Jackson |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida 32202 |
| (212) 735-3000 | (904) 359-7700 |
| (212) 735-2000 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | jpost@smithhulsey.com |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.