UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                    Case No. 05-03817-3F1

Winn-Dixie Stores, Inc., et al                            Chapter 11

Reorganized Debtors                                       Jointly Administered

MOTION FOR PAYMENT OF
ADMINISTRATIVE EXPENSE CLAIM

NOW INTO COURT, through undersigned counsel, comes DAVIDSON, MEAUX, SONNIER & McELLIGOTT, LLP, who files this Motion for Payment of Administrative Expense Claim pursuant to 11 USC §503(b) and respectfully represents:

1.

Davidson, Meaux, Sonnier & McElligott is a law firm and provided legal services to the debtor post petition.

2.

The total amounts owing and unpaid to Davidson, Meaux, Sonnier & McElligott on account of providing legal services, advancing costs, etc., prior to the date of confirmation of the plan of reorganization, November 21, 2006, equals approximately Thirty Thousand and No/100 ($30,000.00) Dollars.

3.

Davidson, Meaux, Sonnier & McElligott provided such services and advanced costs on behalf of the debtor post petition, such that a benefit was provided to the estate of the debtor, allowing the debtor to continue to conduct its business post petition. As such, Davidson, Meaux,

13641

Sonnier & McElligott asserts that the expenses for the balance owed were actual, necessary costs and expenses to preserve the debtor's estate.

4.

Pursuant to 11 USC §503(b), Davidson, Meaux, Sonnier & McElligott requests the allowance of an administrative expense claim in the amount of approximately $30,000 based on the fact that the legal services provided on behalf of the debtor post petition provided a significant benefit to the debtor's estate.

5.

Davidson, Meaux, Sonnier & McElligott respectfully requests that after a hearing, this Honorable Court enter an order allowing Davidson, Meaux, Sonnier & McElligott's administrative expense claim and that the debtor immediately pay to Davidson, Meaux, Sonnier & McElligott its administrative expense claim for all past due invoices owed for legal services and expenses provided to the debtor's estate post petition.

WHEREFORE, Mover, Davidson, Meaux, Sonnier & McElligott, LLP, respectfully requests that this Court enter an Order approving an administrative expense claim in the amount of approximately $30,000 and directing the estate of the debtor, Winn-Dixie Stores, Inc., et al, to pay such claim to Davidson, Meaux, Sonnier & McElligott, LLP.

Respectfully submitted,

DAVIDSON, MEAUX, SONNIER & McELLIGOTT

_____
DAVID J. CALOGERO (#1748)
P.O. Drawer 2908
Lafayette, LA 70502
(337) 237-1660
FAX (37) 237-3676
Attorneys for Mover

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing motion has this day been forwarded to:

James Post
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jaksonville, Florida 32202

Matthew Barr
Milbank, Tweed, Hadley & McCoy
One Chase Manhattan Plaza
New York, New York 10005

Lafayette, Louisiana, this 21 day of December, 2006.

_____
DAVID J. CALOGERO