UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.[1]

Chapter 11

Case No. 05-03817-3F1

(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about December 19, 2006 I caused copies of:

• the **Agreed Order Resolving Claims Filed by Brown Bottling Group Inc., HP Hood LLC, Nestle Prepared Foods Co., Nestle Purina Petcare Company, Nestle USA, Pepsiamericas, Inc., Pepsi-Cola Bottling Co. of Charlotte, Reckitt Benckiser, Inc., Riviana Foods, Inc., and Wyeth Consumer Healthcare, as Set Forth in the Debtors' Twenty-Second Omnibus Objection**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Order as listed above is attached hereto as Exhibit B.

Dated: December 28, 2006

_____
Kathleen M. Logan

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

SERVICE LIST

**Agreed Order Resolving Claims Filed by Brown Bottling
Group Inc., HP Hood LLC, Nestle Prepared Foods Co.,
Nestle Purina Petcare Company, Nestle USA, Pepsiamericas
Inc., Pepsi-Cola Bottling Co. of Charlotte... as Set Forth
in the Debtors' Twenty-Second Omnibus Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:   05-03817-3F1**

CREDITOR ID: 408429-15
BROWN BOTTLING GROUP, INC
C/O WATKINS, LUDLAM, ET AL
ATTN KRISTINA M JOHNSON, ESQ
633 NORTH STATES ST
PO BOX 427
JACKSON MS 39205-0427

CREDITOR ID: 408429-15
BROWN BOTTLING GROUP, INC
ATTN RAY WILKINS, EXEC VP OF FIN
591 HIGHLAND COLONY PKWY
RIDGELAND MS 39157

CREDITOR ID: 382023-36
HP HOOD LLC
ATTN DAVID E HOWES, CR MGR
1250 EAST STREET SOUTH
SUFFIELD CT 06078-2498

CREDITOR ID: 408428-15
NESTLE PREPARED FOODS CO
HAND HELD FOODS GROUP
C/O NESTLE USA
ATTN NANCY REYNOSO/PETE KNOX
800 N BRAND BLVD
GLENDALE CA 91203

CREDITOR ID: 408427-15
NESTLE PURINA PETCARE COMPANY
C/O NESTLE USA
ATTN NANCY REYNOSO/PETE KNOX
800 N BRAND BLVD
GLENDALE CA 91203

CREDITOR ID: 279251-35
NESTLE USA
ATTN NANCY REYNOSO/PETE KNOX
800 NORTH BRAND BLVD
GLENDALE CA 91203

CREDITOR ID: 279086-32
PEPSIAMERICAS, INC
ATTN STEVEN M ZANIN, MGR
3501 ALGONQUIN ROAD
ROLLING MEADOWS IL 60008-3103

CREDITOR ID: 279260-35
PEPSI-COLA BOTTLING CO OF CHARLOTTE
ATTN JON CARROLL
100 REYNOLDS BOULEVARD
WINSTON-SALEM NC 27105

CREDITOR ID: 279268-35
RECKITT BENCKISER, INC
ATTN HEIDI BESOLD, REG CR MGR
399 INTERPACE PARKWAY
PO BOX 225
PARSIPPANY NJ 07054-0225

CREDITOR ID: 278985-99
RIVIANA FOODS, INC
C/O LOCKE LIDDELL & SAPP LLP
ATTN W STEVEN BRYANT, ESQ
2400 CHASE TOWER
600 TRAVIS STREET, SUITE 3400
HOUSTON TX 77002-3095

CREDITOR ID: 279300-35
WYETH CONSUMER HEALTHCARE
ATTN CHARLOTTE T FOX, SR MGR
PO BOX 26609
RICHMOND VA 23261-6609

**Total:   11**

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
|  | ) |  |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
|  | ) |  |
| Debtors.[1] | ) | Jointly Administered |

**AGREED ORDER RESOLVING CLAIMS FILED BY BROWN BOTTLING GROUP, INC., HP HOOD LLC, NESTLE PREPARED FOODS CO., NESTLE PURINA PETCARE COMPANY, NESTLE USA, PEPSIAMERICAS, INC., PEPSI-COLA BOTTLING CO. OF CHARLOTTE, RECKITT BENCKISER, INC., RIVIANA FOODS, INC. AND WYETH CONSUMER HEALTHCARE, AS SET FORTH IN THE DEBTORS' TWENTY-SECOND OMNIBUS OBJECTION**

These cases originally came before the Court for hearing on October 12, 2006, upon the Twenty-Second Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibit A through F to the Objection.[2] Formal and informal responses to the Objection were raised and filed, as a result of which the Debtors agreed to continue the Objection with respect to (i) claim no. 8338 filed by PepsiAmericas, Inc., (ii) claim no. 8377 filed by Reckitt Benckiser, Inc., (iii) claim nos. 11027-11028 filed by Riviana Foods, Inc. (collectively, the "Overstated Claims"), (iv) claim no. 8085 filed by Brown Bottling Group, Inc., (v) claim no.

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]    All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

7441 filed by HP Hood LLC, (vi) claim no. 9602 filed by Nestle Prepared Foods Co.,
(vii) claim no. 11735 filed by Nestle Purina Petcare Company, (viii) claim no. 8073
filed by Nestle USA, (ix) claim no 7464 filed by Pepsi-Cola Bottling Co. of
Charlotte and (x) claim no. 152 filed by Wyeth Consumer Healthcare (collectively,
the "Overstated Misclassified Claims"), among others.  On October 12, 2006, the
Court entered an order (Docket No. 11892) sustaining the Objection as to the proofs
of claim listed on the exhibits to the order and continuing the hearing on the
Objection as to the Overstated Claims, the Overstated Misclassified Claims and other
unresolved claims.  Based upon the representation by counsel to the Debtors that the
proposed Agreed Order reflects a resolution of the Objection as to the Overstated
Claims and the Overstated Misclassified Claims, it is

ORDERED AND ADJUDGED:

1.      The Overstated Claims listed on Exhibit A are reduced to the
amounts set forth on Exhibit A under the heading Reduced Amount and the amounts
exceeding the Reduced Amount are disallowed.

2.      The Overstated Misclassified Claims listed on Exhibit B are
reduced to the amount set forth on Exhibit B under the heading Reduced Claim
Amount and the amounts exceeding the Reduced Claim Amount are disallowed.  The
asserted class status alleged for the Overstated Misclassified Claims listed on Exhibit
B is denied; and the Overstated Misclassified Claims are reclassified as specified on
Exhibit B under the heading "Modified Class Status."

3.      Each claim and the objections by the Debtors to such claim as
addressed in the Objection constitute a separate contested matter as contemplated by
Bankruptcy Rule 9014.  This Order is deemed a separate Order with respect to each
claim.  Any stay of this Order pending appeal by any of the claimants whose claims

2

are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

     4.     Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

     5.     The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this _18_ day of _December_, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Case 3:05-bk-03817-JAF    Document 13198    Filed 12/08/2006    Page 4 of 7

# EXHIBIT A

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SECOND OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - OVERSTATED CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 279086<br>PEPSIAMERICAS, INC<br>ATTN STEVEN M ZANIN, MGR<br>3501 ALGONQUIN ROAD<br>ROLLING MEADOWS IL 60008-3103 | 8338<br>Debtor: WINN-DIXIE STORES, INC. | $1,657,814.82 | $919,895.99 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| Creditor Id: 279268<br>RECKITT BENCKISER, INC<br>ATTN HEIDI BESOLD, REG CR MGR<br>399 INTERPACE PARKWAY<br>PO BOX 225<br>PARSIPPANY NJ 07054-0225 | 8377<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $987,528.16 | $391,578.94 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| Creditor Id: 278985<br>RIVIANA FOODS, INC<br>C/O LOCKE LIDDELL & SAPP LLP<br>ATTN W STEVEN BRYANT, ESQ<br>2400 CHASE TOWER<br>600 TRAVIS STREET, SUITE 3400<br>HOUSTON TX 77002-3095 | 11027<br>Debtor: WINN-DIXIE STORES, INC. | $316,932.11 | $185,663.00 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| Creditor Id: 278985<br>RIVIANA FOODS, INC<br>C/O LOCKE LIDDELL & SAPP LLP<br>ATTN W STEVEN BRYANT, ESQ<br>2400 CHASE TOWER<br>600 TRAVIS STREET, SUITE 3400<br>HOUSTON TX 77002-3095 | 11028<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $58,717.28 | $54,220.70 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |

Total Claims to be Reduced: 4
Total Amount to be Reduced: $3,020,992.37 Plus Unliquidated Amounts, if Any
Total Reduced Amount: $1,551,358.63

**EXHIBIT B**

Page: 1 of 1
Date: 11/20/2006

## WINN-DIXIE STORES, INC., ET AL.
## TWENTY-SECOND OMNIBUS CLAIMS OBJECTION
### EXHIBIT B - OVERSTATED AND MISCLASSIFIED
### CLAIMS TO BE REDUCED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Reduction and Reclassification |
|---|---|---|---|---|---|---|
| BROWN BOTTLING GROUP, INC<br>ATTN RAY WILKINS, EXEC VP OF FIN<br>591 HIGHLAND COLONY PKWY<br>RIDGELAND MS 39157<br>Counsel: ATTN KRISTINA M JOHNSON, ESQ<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | 8085 | $407,980.15 | Multiple Classes | Unsecured Non-Priority | $268,809.11 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. ALSO, MISCLASSIFIED CLAIM. |
| HP HOOD LLC<br>ATTN DAVID E HOWES, CR MGR<br>1250 EAST STREET SOUTH<br>SUFFIELD CT 06078-2498<br>Debtor: WINN-DIXIE STORES, INC. | 7441 | $1,127,851.50 | Multiple Classes | Unsecured Non-Priority | $608,836.03 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. ALSO, MISCLASSIFIED CLAIM. |
| NESTLE PREPARED FOODS CO<br>HAND HELD FOODS GROUP<br>C/O NESTLE USA<br>ATTN NANCY REYNOSO/PETE KNOX<br>800 N BRAND BLVD<br>GLENDALE CA 91203<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | 9602 | $260,253.92 | Multiple Classes | Unsecured Non-Priority | $58,955.77 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. ALSO, MISCLASSIFIED CLAIM. |
| NESTLE PURINA PETCARE COMPANY<br>C/O NESTLE USA<br>ATTN NANCY REYNOSO/PETE KNOX<br>800 N BRAND BLVD<br>GLENDALE CA 91203<br>Debtor: WINN-DIXIE STORES, INC. | 11735 | $1,763,471.58 | Multiple Classes | Unsecured Non-Priority | $569,918.77 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. ALSO, MISCLASSIFIED CLAIM. |
| NESTLE USA<br>ATTN NANCY REYNOSO/PETE KNOX<br>800 NORTH BRAND BLVD<br>GLENDALE CA 91203<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | 8073 | $3,197,006.82 | Multiple Classes | Unsecured Non-Priority | $306,943.81 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. ALSO, MISCLASSIFIED CLAIM. |
| PEPSI-COLA BOTTLING CO OF CHARLOT<br>ATTN JON CARROLL<br>100 REYNOLDS BOULEVARD<br>WINSTON-SALEM NC 27105<br>Debtor: WINN-DIXIE RALEIGH, INC. | 7464 | $240,445.27 | Multiple Classes | Unsecured Non-Priority | $134,208.21 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. ALSO, MISCLASSIFIED CLAIM. |
| WYETH CONSUMER HEALTHCARE<br>ATTN CHARLOTTE T FOX, SR MGR<br>PO BOX 26609<br>RICHMOND VA 23261-8609<br>Debtor: WINN-DIXIE STORES, INC. | 152 | $1,333,235.43 | Unsecured Non-Priority | Multiple Classes | $711,960.72 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. ALSO, MISCLASSIFIED IN PART. RECLASSIFY $326,237.91 TO ADMINISTRATIVE (RECLAMATION) AND $385,722.81 REMAINS UNSECURED NON-PRIORITY. |

| | | | | | | |
|---|---|---|---|---|---|---|
| Total Claims to be Reduced & Reclassified: | 7 | | | | | |
| Total Amount to be Reduced & Reclassified: | $8,330,244.67 | | | | | |
| Total Reduced & Reclassified Amount: | | $2,659,632.42 | | | | |

Plus Unliquidated Amounts, If Any