**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                                            Case No. 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,                                 Chapter 11

Debtors.                                                          Jointly Administered

_____/

### MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM

Movant, Brian M. Davis d/b/a Law Offices of Brian M. Davis, P.A.,  pursuant to 11 U.S.C. §503, requests that this Court enter an order approving its application for allowance of administrative expense claim, and in support thereof says:

1.      On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 1330, as amended (the "Bankruptcy Code").

2.      On November 9, 2006, this Court entered an order confirming the Debtors' joint plan of reorganization (the "Plan").

3.      In accordance with the terms of the Plan, the Plan became effective on November 21, 2006 (the "Effective Date").

4.      Between the Petition Date and the Effective Date, the Movant rendered services in representation of the Debtors in litigation matters identified in Exhibit A attached.  The aggregate amount due from the Debtors for such services is $ 23,839.41, as more specifically set forth in Exhibit A.

5.      Movant is entitled to an administrative expense claim for the services rendered to the Debtors.

WHEREFORE, Movant respectfully request the Court enter an order allowing its administrative expense claim and grant such other and further relief as is just and proper.

/s/  **Brian M. Davis**
**Brian M. Davis, Esq.**
**Florida Bar Number 884650**
**95 Merrick Way, Ste. 100**
**Coral Gables, Florida  33134**
**(305) 567-1260**
**(305) 567-1261 (facsimile)**

**Attorney for Movant**

## EXHIBIT A

| Matter: | Amount Due: |
|---|---|
| 1.  **Arturo Cajiga v. Winn-Dixie Stores, Inc.**<br>Miami-Dade County Circuit Court<br>Case No.  06-01638 CA 11 | $      6,579.61 |
| 2.  **Edward Meinenger v. Winn-Dixie Stores, Inc.**<br>Broward County Circuit Court<br>Case No.  06-000315 14 | $      517.70 |
| 3.  **Donna Rodriguez v. Winn-Dixie Stores, Inc.**<br>Miami-Dade County Circuit Court<br>Case No.  06-05604 CA 03 | $      3,758.74 |
| 4.  **Carmen Villavcencio v. Winn-Dixie Stores, Inc.**<br>Miami-Dade County Circuit Court<br>Case No.  06-10998 CA 08 | $      2,816.37 |
| 5.  **Betty Losch v. Winn-Dixie Stores, Inc.**<br>Miami-Dade County Circuit Court<br>Case No.  06-17421 CA 30 | $      3,796.97 |
| 6.  **Laquisha Bryant v. Winn-Dixie Stores, Inc.**<br>Broward County Circuit Court<br>Case No.  06-05221 CA | $      2,536.22 |
| 7.  **Elvira Thomas v. Winn-Dixie Stores, Inc.**<br>Miami-Dade County Circuit Court<br>Case No.  06-17273 CA 06 | $      2,383.17 |

**8.** **Lossue Spann v. Winn-Dixie Stores, Inc.** $ 76.00
Miami-Dade County Circuit Court
Case No.  04-26018 CA 09

**9.** **Yvette Roman v. Winn-Dixie, Stores, Inc.** $ 183.00
Miami-Dade County Circuit Court
Case No.: 04-17969 CA 25

**10.** **Chiqhite Richardson v. Winn-Dixie Stores, Inc.** $ 106.00
Miami-Dade County Circuit Court
Case No.: 05 13888 CA 22

**11.** **Jorgelina Martinez v. Winn-Dixie Stores, Inc**. $ 112.00
Miami-Dade County Circuit Court
Case No.: 03-19105 CA 09

**12.** **Essy Kleinman v Winn Dixie** $ 234.00
Miami-Dade County Circuit Court
Case No.: 04-27204 CA 24

**13.** **Mary Kennedy v. Winn-Dixie Stores** $ 495.00
Miami-Dade County Circuit Court
Case No.: 05 21258 CA 02

**14.** **Ana Cordoba v. Winn Dixie** $ 192.00
Miami-Dade County Circuit Court
Case No.: 05-2267 CA 25

**15.** **Ludone Boynton v. Winn-Dixie** $ 90.00
Miami-Dade County Circuit Court
Case No.: 05-12568 CA 24

-4-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was furnished by electronic or standard mail to the parties listed below on this 28th day of December, 2006.

James Post, Esq.
Smith, Hulsy, & Busey
225 Water St., Ste. 1800
Jacksonville, FL  32202
(904) 359-7708(facsimile)

Matthew Barr
Milbank, Tweed, et al.
1 Chase Manhattan Plaza
New York, NY  10005
(212) 822-5194 (facsimile)

All other counsel on service list