UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Winn-Dixie Stores, Inc., et.al.,                    Case No. 05-03817-3F1
                                                    Chapter 11
　　　　Reorganized Debtors.                        Jointly Administered

_____/

### APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM FOR POST-PETITION PERSONAL INJURY

Pursuant to 11.U.S.C.§ 503, Eva Van Epps ("Claimant") hereby applies for and requests that the Court enter an Order approving this Application for allowance and payment of an administrative expense claim in the above-styled case, and as grounds therefore says:

1. In September 2006, Claimant suffered personal injury and damages when she fell in a store (#697) operated by the Debtor and located at 8424 Sheldon Road, Tampa, FL 33615.

2. On November 9, 2006, this Court entered an Order confirming the Debtors' Plan of Reorganization. [Docket #12440].

3. Section 12.1 of the Confirmation Order establishes January 5, 2007 as the deadline for filing requests for payment of administrative expense claims.

4. Claimant has not yet instituted state court litigation; therefore, the claim remains to be liquidated.

5. This Application is timely under the Confirmation Order and Plan.

6. Damages sustained from a post-petition tort committed by the Debtor have administrative expense priority. *Reading Co. v. Brown*, 391 U.S. 471, 88 S.Ct. 1759, 20 L.Ed.2d 751 (1968).

7. As required by the Confirmation Order and Plan, Claimant has served a copy of this Application on counsel for the Debtors and the Post-Effective Date Committee.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Application was served on James Post, Smith Hulsey & Busey, 225 Water St., Ste 1800, Jacksonville, FL 32202, and Matthew Barr, Milbank, Tweed, Hadley and McCloy, LLP, 1 Chase Manhattan Plaza, New York, NY 10005 this 28th day of December, 2006.

*/s/ Marsha G. Rydberg*
MARSHA G. RYDBERG, ESQUIRE
Florida Bar No.: 220973
THE RYDBERG LAW FIRM
201 N. Franklin Street, Suite 1625
Tampa, FL 33602
(813) 221-2800 (Telephone)
(813) 221-2420 (Facsimile)
mrydberg@rydberglaw.com

BRIAN P. RUSH, ESQUIRE
Florida Bar No. 359203
WOODLIEF & RUSH, P.A.
3411 W. Fletcher Avenue, Suite B
Tampa, FL 33618-2813
(813) 963-1586 (Telephone)
(813) 265-2041 (Facsimile)

Attorneys for Claimant, Eva Van Epps