UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

IN RE:                                                                                           Case: 05-03817-3F1

**WINN-DIXIE STORES, INC., ET AL,**                          Chapter 11 - Jointly Administered
    Debtor
                                                                         Honorable Judge:   Jerry A. Funk

_____/

## APPLICATION FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR A POST PETITION PERSONAL INJURY CLAIM

      NOW COMES, Michone Hawkes, by and through the undersigned attorney and files this Application for Allowance Of An Administrative Claim For A Post Petition Personal Injury Claim and moves this Honorable Court to Allow her post petition administrative claim, subject to liquidation by either consent of the parties or a court of competent jurisdiction and in support thereof states:

1.    On February 21, 2005 (the "Petition Date") Winn-Dixie Stores, Inc., et al., ("the Debtors") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York.  By order dated April 13, 2005, venue of the Debtor's bankruptcy cases was transferred to this Court.

2.    The Debtors are operating their properties and managing their business as debtors-in-possession pursuant to Bankruptcy Code Sections 1107 and 1108.

3.    On November 19, 2005, Michone Hawkes entered Debtor's retail store #380, located in Pembroke Pines, FL to purchase her groceries.  While in the debtor's facility, she slipped on some spilled olive juice as a direct result of the debtor's negligent maintenance.  Subsequently, Ms. Hawkes went to see her primary care physician, Dr. Alam.  Ms. Hawkes suffered acute cervical and lumbar strain, bulging annulus at L5-S1, lumbar radiculitis as well as a disc herniation at T10-T11.  Ms. Hawkes is still in constant pain and will require additional therapy to alleviate her pain.  Michone Hawkes' total medical specials to date are $8,205.00 and demand for settlement has been made for $95,000.00.

4. The Court has entered Orders setting out certain procedures to resolve personal injury claims.

5. On or about December 8, 2006, Ms. Hawkes received a Notice of Bar Dates for Filing Claims Arising Before Effective Date and Other Administrative Claims. In said notice, Ms. Hawkes was directed to submit her post petition personal injury claim by no later than January 5, 2007.

6. The personal injury claim of Ms. Hawkes is not yet liquidated.

7. Damages arising from a post petition tort committed by a debtor are entitled to administrative expenses status. See Matter of Jartran, Inc., 732 F.2d 584, 587 (7th Cir. 1984); Seidle v. United States (In re Airlift), 97 B.R 664, 668 (Bankr. S.D. Fla. 1989).

8. The Court may award an administrative expense priority under section 503 (b) for the "actual, necessary costs and expenses of preserving the estate...." 11 U.S.C Section 503 (B)(1)

**WHEREFORE**, Michone Hawkes, respectfully requests that this Honorable Court enter an order:

a) Allowing her post petition administrative claim, subject to liquidation by either consent of the parties or a court of competent jurisdiction. Upon liquidation of her post petition claim, Ms. Hawkes requests the Court to enter an Order requiring the Debtors to pay the allowed administrative claim in full, as a condition of confirmation of their Chapter 11 plan.

b) The Court limit notice of this Application to the Debtors, and counsel for the Unsecured Trade Creditors Committee.

c) Grant such other and further relief as this Court deems just, equitable and proper.

December 27, 2006
Respectfully Submitted

           **/s/ Jeffrey D. Kirby, Esq.**
           **JEFFREY D. KIRBY**
           FLA BAR #860654
           1630 West Hillsboro Blvd
           Deerfield Beach, FL 33442
           Phone: (954) 428-9333
           Fax:    (954) 428-9338

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was served by U.S. mail upon all on the following service list on December 27, 2006.

                                              **/s/ Jeffrey D. Kirby, Esq.**
                                              JEFFREY D. KIRBY

| | |
|---|---|
| D.J. Baker<br>Sally McDonald Henry, Rosalie Walker Gray,<br>Adam S. Ravin<br>SKADDEN, ARPS, SLATE, MEAGHER,<br> & FLOM, LLP<br>Four Times Square<br>New York, NY 10036 | Stephen D. Busey<br>James H. Post, Cynthia C. Jackson,<br>Leanne Prendergast<br>SMITH HULSEY & BUSEY<br>225 Water Street<br>Suite 1800<br>Jacksonville, FL 32202 |
| John R. Bucholz, Esquire<br>KELLEY, KRONENBERG, GILMARTIN,<br> FICHTEL & WANDER<br>Plaza Royale, Suite 204<br>15600 NW 67th Avenue<br>Miami Lakes, FL 33014 | Matthew Barr<br>MILBANK, TWEED, HADLEY<br> & McCLOY, LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005 |