UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flsb.uscourts.gov

In Re:

WINN DIXIE STORES, INC., et al.,                Case No. 3:05-bk-03817-JAF

          Debtors.                                Chapter 11 – Jointly Administered

_____/

## APPLICATION FOR ALLOWANCE OF ADMINSITRATIVE CLAIM
## FOR POST-PETITION PERSONAL INJURY CLAIMANT

    Movant, Helga B. Finaske (the "Movant"), by and through undersigned counsel, and pursuant to 11 U.S.C. §503, respectfully requests this Court enter an Order approving this application for payment of administrative expense claim against the Estate, and to authorize payment of this claim (the "Application"), and in support thereof states as follows:

    1.    On February 21, 2005, the Debtors filed Voluntary Petitions under Chapter 11 of the U.S. Bankruptcy Code in the Southern District of New York and were transferred to this Court on April 13, 2005.

    2.    On November 9, 2006, this Court entered an Order confirming Debtors' Joint Plan of Reorganization (the "Confirmation Order") [CP #12440].

    3.    The Confirmation Order provides that pursuant to Section 12.1 of Debtors' Joint Plan of Reorganization (the "Plan"), the deadline for filing requests for payment of post-petition administrative claims is January 5, 2007 (the "Administrative Claims Bar Date").

    4.    On June 18, 2006, the Movant suffered personal injuries as a result of negligence by the Debtors at *Store #348, 7139 W. Broward Blvd., Plantation, FL 33317*.

    5.    The personal injury claim of the Movant has yet to be liquidated.

    6.    Thus, pursuant to the Confirmation Order and the Plan, this Application is timely.

7. The Court may award an administrative expense priority under §503(b) for the "actual, necessary costs and expenses of preserving the estate…." 11 U.S.C. §503(b)(1).

8. Damages arising from a post-petition tort committed by a debtor are entitled to administrative expense status.[1]

9. The Movant respectfully requests the Court enter an Order allowing this post-petition administrative expense claim, subject to liquidation by either consent of the parties or a court of competent jurisdiction. Upon liquidation of this post-petition claim, the Movant requests the Court enter an order requiring the Debtors to pay the allowed administrative claim in full.

10. In accordance with the Confirmation Order and Section 12.1 of the Plan, Movant has served a copy of the Application on counsel for the Reorganized Debtors and the Post-Effective Date Committee.

WHEREFORE, the Movant, Helga B. Finaske, requests that this Court enter an Order (1) deeming the administrative claim asserted by the Movant as a timely assertion of an administrative claim subject to liquidation by either consent of the parties or a court of competent jurisdiction; (2) requiring the Debtors to pay the administrative expense claim immediately upon entry of an order allowing the claim; and (3) granting any such further relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Electronic Notice upon each of the parties identified below this 28th day of December, 2006.

---

[1] See, e.g., *Reading Co. v. Brown*, 391 U.S. 471, 485, 88 S.Ct. 1759, 20 L.Ed.2d 751 (1968) (holding) that damages resulting from fire caused by receiver's negligence were administrative expenses); *Reading Co. v. Brown*, 391 U.S. 471, 485, 88 S.Ct. 1759, 20 L.Ed.2d 751 (1968 (holding) that damages resulting from fire caused by receiver's negligence were administrative expenses); *In re Piper Aircraft Corp.*, 1169 B.R. 766 (Bkrtcy. S.D. Fla. 1994).

KLUGER, PERETZ, KAPLAN & BERLIN, P.L.
Attorneys for the Movant
Miami Center, Seventeenth Floor
201 So. Biscayne Blvd.
Miami, Florida 33131
Telephone: (305) 379-9000
Facsimile: (305) 379-3428

By: *s/Eyal Berger*
    D. Brett Marks, Esq.
    Fla. Bar No. 0099635
    bmarks@kpkb.com
    Eyal Berger, Esq.
    Fla. Bar No. 11069
    eberger@kpkb.com

## SERVICE LIST
## (VIA ELECTRONIC NOTICE)

Steven M Abramowitz     sabramowitz@velaw.com
Albert H Adams     irbylawfirm@bellsouth.net
Rachel E Adams     radams@sctlaw.com
Adam L Alpert     aalpert@bushross.com, bnkecf@bushross.com;egross@bushross.com
Amroc Investments, LLC     dleinwand@amrocinvestments.com
Rod Anderson     rod.anderson@hklaw.com, wendysue.henry@hklaw.com
Melissa H Andrade     mandrade@bmaklaw.com
Jerald N Andry     jayandry@cox.net
D. J. Baker     djbaker@skadden.com
Kenneth C Baker     kcbaker@eastmansmith.com
Charles S Ball     sball@bcattys.com, dratliff@bcattys.com
Helen D Ball     hball@bradleyarant.com, hball@bradleyarant.com
Frank E Ballard     ericalpayne@insightbb.com
Zachary J Bancroft     zachary.bancroft@lowndes-law.com
William W Banks     wright.banks@law.state.ga.us
Dale R Baringer     dale@baringerlawfirm.com, karen@baringerlawfirm.com
Earl M. Barker     embarker@bellsouth.net, hollynf@bellsouth.net;dlhartwell@bellsouth.net
Kelly M Barnhart     kbarnhart@mskpc.com
Matthew Scott Barr     mbarr@milbank.com, lmandel@milbank.com,mcomerford@milbank.com,jbrewster@milbank.com
Paul C Bartley     bartleylaw@knology.net
Gene Barton     gbartonatty@bellsouth.net
Philip A Bates     philipbates@bellsouth.net, lucysmith@bellsouth.net
Matt E Beal     matt.beal@lowndes-law.com
Rick J Bearfield     rjbearfield@bearmc.com
Jeffrey R. Becker     vsimpson@hidayricke.com
Brian S Behar     bsb@bgglaw.net
Richard M Behr     rbehr@florida-law.com
Keith L Bell     kbell@cphlaw.com
Marc A. Ben-Ezra     mben-ezra@fcllaw.com
Jay R Bender     jbender@bradleyarant.com
Lee R Benton     lbenton@bcattys.com, cturner@bcattys.com
Leslie A Berkoff     lberkoff@moritthock.com
Richard J Bernard     rbernard@bakerlaw.com
Brendan G. Best     bbest@dykema.com
John G Bianco     jgb@trippscott.com, dst@trippscott.com
Stephenie M. Biernacki     sbiernacki@gray-robinson.com
James E Bird     jbird@pswslaw.com
Ace J Blackburn     ablackburn@cmlbro.com, crankine@cmlbro.com
David A. Blansky     dab@lhmlawfirm.com
James A. Bledsoe     jab@bslmr.com
Johnathan C Bolton     jbolton@fulbright.com
Wanda Borges     borgeslawfirm@aol.com
Chad S. Bowen     ecf@jennisbowen.com, mclift@jennisbowen.com;kkearney@jennisbowen.com;nbisignano@jennisbowen.com;agavin@jennisbowen.com
Beau Bowin     bbowin@smithhulsey.com
Michael T. Bowlus     mbowlus@fjbd.com
Wesley J Boyer     wjboyer_2000@yahoo.com
Jean Winborne Boyles     jboyles@jhvgmlaw.com
Dustin P Branch     dustin.branch@kattenlaw.com, carole.levine@kattenlaw.com,jeri.bradshaw@kattenlaw.com,kathleen.beaver@kattenlaw.com,adelle.shafer@kattenlaw.com
John S Brannon     john.brannon@tklaw.com
Meredith N Brasca     mnbrasca@aol.com
Clyde E Brazeal     ebrazeal@walstonwells.com
Wendy D Brewer     wbrewer@btlaw.com, mrilyn.strange@btlaw.com,bankruptcyindy@btlaw.com
John P Brice     lexbankruptcy@wyattfirm.com
Brian P Britt     cpizzotti@wbbwlaw.com
Keith E Broll     keithbroll@riceroselaw.com
James M Brown     mbrown@gwblawfirm.com

KLUGER, PERETZ, KAPLAN & BERLIN, P.L., 201 SO. BISCAYNE BLVD., SUITE 1700, MIAMI, FL 33131  305.379.9000
2385 NW EXECUTIVE CENTER DRIVE, SUITE 300, BOCA RATON, FL 33431  561.961.1831

Robert J Brown      lexbankruptcy@wyattfirm.com
Scott N Brown      snb@smrw.com
Andrew M. Brumby      abrumby@shutts-law.com, rhicks@shutts-law.com
W. Steven Bryant      hobankecf@lockeliddell.com
Rachel S Budke      rachel_budke@fpl.com
Jason B. Burnett      jburnett@gray-robinson.com, jconley@gray-robinson.com
Stephen D. Busey      busey@smithhulsey.com
Thomas R. Califano      thomas.califano@dlapiper.com
David P Canas      dpc@h3gm.com
L Phillip Canova      pcanova@eatel.net, canodel109@eatel.net
Stephen R Caplan      scaplan860@aol.com, melissa@stephencaplan.com
Dawn A Carapella      dacarapella@trenam.com
Rilyn A Carnahan      rcarnahan@ebcblaw.com
James S. Carr      jcarr@kelleydrye.com
Linda J. Casey      caseyl@pepperlaw.com
George B Cauthen      george.cauthen@nelsonmullins.com, georgia.vernon@nelsonmullins.com
Myers Carroll Cayer      cayer@terrellhogan.com
Michael E Cecil      courtmail@schuylaw.com
Jeffrey A Chadwick      jeffrey.chadwick@kattenlaw.com
Lee Champion      kew@psstf.com
B Summer Chandler      schandler@mckennalong.com
Stephen G Charpentier      steve@brevardlawyer.com
Robin Bryan Cheatham      robin.cheatham@arlaw.com
Michael S J Chernau      chernaum@chesterfield.gov
Charles I Cohen      ccohen@furrcohen.com
Lance Paul Cohen      cohenthurston@cs.com
Michael E Collins      mcollins@manierherod.com, mranks@manierherod.com,tpennington@manierherod.com,swilliams@manierherod.com
Neal D. Colton      NColton@Cozen.com
Contrarian Funds, LLC      alisa@contrariancapital.com
David J Cook      cookdavidj@aol.com
Kenneth D Cooper      kcooper543@aol.com
C. Timothy Corcoran      ctcorcoran@mindspring.com, asst.ctcorcoran@mindspring.com
Andre G Coudrain      agc@clcsattorneys.com
Betsy C Cox      bcox@rtlaw.com, sb1@rtlaw.com
David N Crapo      dcrapo@gibbonslaw.com
Gregory K. Crews      greg@crewslegal.com
John J Cruciani      jcruciani@blackwellsanders.com
James O Cure      jocure@cureandfrancis.net
Timothy J. Curtin      tjcurtin@varnumlaw.com
Vincent E Damian      vdamian@skdrlaw.com
Gardner F. Davis      gdavis@foley.com, bmjones@foley.com
Ronald J Davis      rdavis@rondavislaw.com
Ryan E Davis      rdavis@whww.com, rwilliams@whww.com
Heather D Dawson      hdawson@kkgpc.com, mkelley@kkgpc.com
Michael R DeMinico      mike.deminico@dennishernandez.com
Robert J Dehney      rdehney@mnat.com, mflynn@mnat.com
Caryl E. Delano      cdelano@addisondelano.com, dlesnek@addisondelano.com;litigation1@addisondelano.com
Scott A DiSalvo      sdisalvo@faziodisalvo.com
Angel R Diaz      adiaz@kirshnerandgroff.com
John P Dillman      houston_bankruptcy@publicans.com
Jeffrey R Dollinger      dollinger@scruggs-carmichael.com
Matthew M Donaldson      mdonaldson@kennedylawgroup.com
Mary Joanne Dowd      dowd.mary@arentfox.com
Christie L Dowling      cdowling@balch.com
Mark G Duncan      mduncan@dwyercambre.com
Dennis F. Dunne      ddunne@milbank.com
Michael J Durrschmidt      mdurrschmidt@hirschwest.com, tjimenez@hirschwest.com
David W. Dykhouse      dwdykhouse@pbwt.com
Andrew B. Eckstein      aeckstein@blankrome.com
Michael L. Edwards      mleclo@bellsouth.net
Henry A. Efroymson      henry.efroymson@icemiller.com

Jason H Egan     jegan@mowreylaw.com
C Craig Eller     celler@broadandcassel.com
Earle I Erman     eerman@ermanteicher.com
Elena L Escamilla     elena.l.escamilla@usdoj.gov
William L Esser     willesser@parkerpoe.com
William J. Factor     wfactor@seyfarth.com
Fair Harbor Capital, LLC     fglass@fairharborcapital.com
Anthony V Falzon     afalzon@miami-law.net
Alexandra S Fannon     silvaa@ci.richmond.va.us
Oscar B Fears     bo.fears@law.state.ga.us
David B. Ferebee     ferebeeatlaw@bellsouth.net, dbf1law@hotmail.com
Lara Roeske Fernandez     lrfernandez@trenam.com, klgerber@trenam.com
Richard L Ferrell     ferrell@taftlaw.com
Charles J. Filardi     charles@filardi-law.com
Brian T FitzGerald     fitzgeraldb@hillsboroughcounty.org, litigation@hillstax.org;fredericks@hillsboroughcounty.org;matthewsl@hillsboroughcounty.org
Deborah L Fletcher     DFletcher@KilpatrickStockton.com
J David Forsyth     jdf@sessions-law.com
Tompkins A Foster     tfoster@fosterandlindeman.com
Sally B Fox     sfox@esclaw.com
Shawn Randall Fox     sfox@mcguirewoods.com, rcox@mcguirewoods.com
Joseph D Frank     jfrank@fgllp.com, ccarpenter@fgllp.com;jkleinman@fgllp.com
Rodger J Friedline     bankruptcy@fandmlaw.com
Barry A Friedman     bky@bafmobile.com, fern@bafmobile.com
Mark J Friedman     mark.friedman@dlapiper.com
Adam Frisch     afrisch@hilawfirm.com, afrisch@hilawfirm.com
Kenneth O Fritz     fritz_ken@mail.chattanooga.gov
Mary Louise Fullington     lexbankruptcy@wyattfirm.com
Todd Mark Galante     tmg@stjohnlaw.com
J. Nathan Galbreath     ngalbreath@pattonboggs.com
Jay M Gamberg     lbernstein@gamberglaw.com
David L Gay     dgay@smithhulsey.com
Gill R Geldreich     icflorida@state.tn.us
Melody D Genson     melodydgenson@verizon.net
Charles L. Gibbs     cgibbs@papmet.com
James S Ginocchio     jim.ginocchio@hcpros.org
Gary Ginsburg     gginsburg@ngmpc.com
Robert S Gipe     jtripp@papaandgipe.com
James J. Glover     jglover@wlj.com
Eric S Golden     egolden@bakerlaw.com, mccoy@bakerlaw.com;OrlBakerDocket@bakerlaw.com
Alberto F Gomez     algomez@morsegomez.com
Priscilla W Grannis     priscilla@rjlaw.com
Danielle K Greco     danielle_greco@alnb.uscourts.gov, hball@bradleyarant.com
Ira S. Greene     isgreene@hhlaw.com
Reginald A. Greene     reginald.greene@bellsouth.com
Paige A. Greenlee     pgreenlee@hwhlaw.com
Kyle R Grubbs     kgrubbs@fbtlaw.com
Rudi R Grueneberg     rgrueneberg@rglawgroup.com
Brian F Guillot     bfguil@cox.net
Allen J Guon     aguon@shawgussis.com
Jordi Guso     jguso@bergersingerman.com, fsellers@bergersingerman.com
Jim H Guynn     jim.guynn@g-mpc.com
Matthew W Hamilton     mhamilton@amph.com
Marc L. Hamroff     mhamroff@moritthock.com
Brian T Hanlon     tc_legal_services@co.palm-beach.fl.us
David M Hansen     david.hansen@la.gov
Catherine A Harrison     charrison@millermartin.com, pjstarr@millermartin.com;gbisbee@millermartin.com
John W Harrison     johnwharrison@bellsouth.net
Patrick L. Hayden     phayden@mcguirewoods.com
Edwin W Held     eheld@hilawfirm.com
Larry D. Henin     lhenin@andersonkill.com
Neil E Herman     Nherman@morganlewis.com

Henry Hernandez     bankruptcy@lawperez.com
Kenneth D. Herron     kherron@whmh.com , jsenecal@whmh.com,poates@whmh.com
David E. Hicks     courtinfo@bcylaw.com
Terrance A Hiller     tah@kompc.com
John E Hinkel     jhinkel@fmblaw.com
Robert L Holladay     robert.holladay@youngwilliams.com
Ralph E Hood     rhood@khmllp.com
Brian D. Huben     brian.huben@kattenlaw.com
Phillip M Hudson     pmhudson@arnstein.com, rkcummings@arnstein.com
Patrick L Huffstickler     plhuffst@coxsmith.com
John B Hutton     huttonj@gtlaw.com, huttonj@gtlaw.com
Troy J Iannucci     lawyers@latourlawfirm.com
Kimberly H. Israel     , khisrael@hilawfirm.com
Kimberly H. Israel     khisrael@hilawfirm.com, khisrael@hilawfirm.com
Camille J Iurillo     ciurillo@iurillolaw.com
Cynthia C. Jackson     cjackson@smithhulsey.com
Edward P Jackson     edward@edwardpjackson.com, jo@edwardpjackson.com
Michael D Jankowski     mjankows@reinhartlaw.com
Solomon J. Jaskiel     soljas@aol.com
David S Jennis     ecf@jennisbowen.com, mclift@jennisbowen.com;kkearney@jennisbowen.com;agavin@jennisbowen.com;nbisignano@jennisbowen.com
Jason Ward Johnson     jason.johnson@lowndes-law.com, joann.anderson@lowndes-law.com
Harold D Jones     hjones@jshllp.com, rlieman@jshllp.com
Katherine H Jones     kjones@roanokecountyva.gov
Richard K. Jones     rkjones@mppkj.com
Stanley K Joynes     sjoynes@joynesknight.com
Benjamin A Kahn     bkahn@npaklaw.com, donna.roland@jpfinancial.com
Jon E Kane     jkane@mateerharbert.com, ccrumrine@mateerharbert.com
Ronald Scott Kaniuk     rkaniuklaw@aol.com
Matthew E Kaplan     mkaplan@kaplanfreedman.com
Andrew C. Kassner     kassneac@dbr.com
Amy K Kaufman     akkaufman@ag.state.oh.us
Dena C Kaufman     dckaufman@hhlaw.com, khseal@hhlaw.com,bjgrieco@hhlaw.com
Michael A Kaufman     michael@mkaufmanpa.com
Craig I Kelley     craig@kelleylawoffice.com, martha@kelleylawoffice.com
Kentucky Department of Revenue     jenniferl.howard@ky.gov
Mark S. Kessler     apksm@aol.com
Elena P. Ketchum     eketchum.ecf@srbp.com
Jocelyn Keynes     jk@stevenslee.com
Rehan N. Khawaja     khawaja@fla-bankruptcy.com
Luke A Kill     lkill@sgpc.com
Scott T Kimmel     skimmel100@aol.com, kjazz1794@comcast.net
Roy S Kobert     orlandobankruptcy@broadandcassel.com
Michael S Kogan     mkogan@ecjlaw.com, slee@ecjlaw.com
Alan W Kornberg     jgladstone@paulweiss.com
Gerard M Kouri     gmkouripa@bellsouth.net
John W Kozyak     jk@kttlaw.com, ypaz@kttlaw.com,la@kttlaw.com
Stuart A. Krause     skrause@zeklaw.com
Joyce A Kuhns     jkuhns@saul.com
Ian J Kukoff     ian.kukoff@blaxgray.com
Jeffrey Kurtzman     JKurtzma@Klehr.com
Nina M LaFleur     nina@lafleurlaw.com
Maria J LaSala     mjlasala@aol.com
Darryl S. Laddin     bkrfilings@agg.com
Thomas J Lallier     tlallier@foleymansfield.com
David M Landis     dlandis@mateerharbert.com, hubillus@mateerharbert.com
Robert P Laney     blaney@mcelweefirm.com
David W Langley     dave@flalawyer.com
David L Langston     lancelangston@earthlink.net
Gregory A. Lawrence     greg@lawyers-jacksonville.com
William Edward Lawton     Wlawton@drml-law.com
Elena Lazarou     elazarou@reedsmith.com

Robert L LeHane    rlehane@kelleydrye.com, BankruptcyCourt@KelleyDrye.com
Dennis J LeVine    courtinfo@bcylaw.com
Thomas J Leanse    thomas.leanse@kattenlaw.com,
carole.levine@kattenlaw.com;kathleen.beaver@kattenlaw.com;jeri.bradshaw@kattenlaw.com;adelle.shafer@kattenlaw.com
Thomas R Lehman    esf@tewlaw.com, trl@tewlaw.com
David E Lemke    david.lemke@wallerlaw.com,
chris.cronk@wallerlaw.com;cathy.thomas@wallerlaw.com;wallerbankruptcy@wallerlaw.com
Chris Lenhart    lenhart.chris@dorseylaw.com
Patrick T Lennon    ptl@macfar.com
Alvin R Lenoir    alvinlenoir@yahoo.com
James P S Leshaw    leshawj@gtlaw.com
Bruce Levinson    b.levinson@verizon.net
Mark A Levy    mark.levy@brinkleymcnerney.com
Joseph W Lewis    Joelewislaw@yahoo.com
Stephen Lewis    slewis@stoltzusa.com
Luisa M Linares    llinareslaw@aol.com
Alan Jay Lipkin    maosbny@willkie.com
Liquidity Solutions, Inc    lsi@liquiditysolutions.com, sfriedberg@liquiditysolutions.com;rminkoff@liquiditysolutions.com
Louis L Long    long@chesserbarr.com, johnna@chesserbarr.com
Sara E Lorber    slorber@seyfarth.com
Margaret C Lumsden    mclumsden@ulslaw.com
John B. Macdonald    john.macdonald@akerman.com
Madison Liquidity Investors, LLC    sbishop@madisonliquidity.com
Richard H Malchon    richard.malchon@ruden.com
Jeffrey S. Margolin    margolin@hugheshubbard.com
Robert M Marino    rmarino@reedsmith.com
Bradley R Markey    BRM@stmlaw.net, SMR@stmlaw.net
Michael C Markham    mikem@jpfirm.com, cathyk@jpfirm.com
Johanna E Markind    jmarkind@att.net
Lawrence J Marraffino    ljmarra@bellsouth.net
James W Martin    jmartin@simplawatlanta.com
Philip V Martino    philip.martino@dlapiper.com, christy.soberanis@dlapiper.com
Kenneth G. M. Mather    kmather@hinshawlaw.com
Marie A Mattox    marie@mattoxlaw.com, frances@mattoxlaw.com
Walter F. McArdle    wfm@spain-gillon.com
Annette Kerlin McBrayer    amcbrayer@ebglaw.com
Charles W. McBurney    cmcburney@bellsouth.net
Charles S. McCall    charles.mccall@hklaw.com
Jerrett M. McConnell    bankruptcy@fandmlaw.com
John H. McCorvey    jm1062@aol.com
C Luckey McDowell    luckey.mcdowell@bakerbotts.com
David R McFarlin    dmcfarlin@whmh.com, psmith@whmh.com,mbretana@whmh.com
Richard J McIntyre    rjmcintyre@trenam.com
Thomas H. McLain    tmclain@fishersauls.com
William S McMahon    wmcmahon@choate.com
Austin L. McMullen    amcmulle@bccb.com
Andrew D McNamee    amcnamee@swmwas.com, larrazola@swmwas.com;cgraver@swmwas.com
Marc T McNamee    mmcnamee_br@nealharwell.com
Derek F Meek    dmeek@burr.com, msolomon@burr.com;jcrawfor@burr.com
Kenneth C Meeker    ken.meeker@usdoj.gov
Richard M. Meth    rmmnybankruptcy@pitneyhardin.com
Laura D Metzger    ldmetzger@mayerbrownrowe.com
Lawrence H Meuers    lmeuers@meuerslawfirm.com,
snurenberg@meuerslawfirm.com;lcastle@meuerslawfirm.com;nbucciarelli@meuerslawfirm.com
G Christopher Meyer    cmeyer@ssd.com
Robert C Meyer    meyerrobertc@cs.com
Todd C Meyers    tmeyers@kilpatrickstockton.com
Philip E Miles    pmiles@alabamatortlaw.com
Christopher C. Miller    cmiller@mgm.com
Kathleen M. Miller    kmm@skfdelaware.com
Stephen M Miller    smiller@morrisjames.com
David F Mills    david@mastschulz.com

Mark Minuti     mminuti@saul.com
T David Mitchell     tdavidmitchell@msn.com
Joseph Thomas Moldovan     jmoldovan@morrisoncohen.com, bankruptcy@morrisoncohen.com
Richard A Montague     rmontague@wellsmoore.com
Brett S. Moore     bsmoore@pbnlaw.com
Frank H Moore     hmoore@cmbfirm.com, dbrewer@cmbfirm.com
John A Moore     jmoore@pogolaw.com
Mindy A Mora     mmora@bilzin.com, eservice@bilzin.com;lflores@bilzin.com;mfoster@bilzin.com
Lee P Morgan     lmorgan@morganlawyers.com
Deborah M Morris     deborah.m.morris@usdoj.gov
C Daniel Motsinger     cmotsinger@kdlegal.com, ispells@kdlegal.com,Roeosc@aol.com
Richard H Nash     mbarnes06@bellsouth.net
Larren M Nashelsky     lnashelsky@mofo.com
Albert F. Nasuti     anasuti@tokn.com
Bruce S. Nathan     bnathan@lowenstein.com
Bradley P Nelson     nelson@sw.com
Carole Neville     cneville@sonnenschein.com
Peter E. Nicandri     pnicandri@milamhoward.com, hdurham@milamhoward.com
James J. Niemeier     jniemeier@mnmk.com,awoodard@mnmk.com
Douglas C Noble     nobled@phelps.com, hoffmank@phelps.com
Donald A Nohrr     dnohrr@gray-robinson.com
Michael A Paasch     mpaasch@mateerharbert.com, kchurch@mateerharbert.com
Michael Palahach     mpalahach@palahachcruanes.com
Merritt A. Pardini     merritt.pardini@kmzr.com
E. Warren Parker     parker@jaxlawcenter.com, dmilford@jaxlawcenter.com
Barbra R. Parlin     nyc-bkcyecf@hklaw.com
Jimmy D Parrish     bankruptcynotice@groneklatham.com
Jay D. Passer     tbcc2@verizon.net, kathykorson@hotmail.com
Patrick P. Patangan     patrick.patangan@akerman.com
Aaron D. Patton     apatton@murrayfrank.com
David J Pedersen     djpedersen@cfl.rr.com
Armando A Perez     perezarm@bellsouth.net
Christian A Petersen     cpetersen@gunster.com
Edward J. Peterson     epeterson.ecf@srbp.com
Torrence R Phillips     torrence@hlalaw.com
David L Pollack     pollack@ballardspahr.com
Geraldine E Ponto     gponto@gibbonslaw.com
James H. Post     jpost@smithhulsey.com
Leanne McKnight Prendergast     lprendergast@smithhulsey.com
Charles S Prentace     charles.prentace@norfolk.gov
Robert E Price     rprice@replegal.com, bvoelkl@replegal.com
David C Profilet     dprofilet@the-beach.net
Peter N Pross     ppross@eckertseamans.com
Nicholas V. Pulignano     npulignano@marksgray.com, slw@marksgray.com
Paul Pysczynski     paulp@lancasterlawyers.com, debbieh@lancasterlawyers.com;ppyski@aol.com
Charles V Quinn     cquinn@dbl-law.com
Rex D. Rainach     rainach@msn.com
Charles M Rand     legal0103@aol.com, lisaatCRand@aol.com
Peter J Rathwell     prathwell@swlaw.com
Adam Ravin     aravin@skadden.com, rgray@skadden.com,jleamy@skadden.com,kward@smithhulsey.com,dturetsk@skadden.com,dkaloudi@skadden.com,jwoodfie@skadden.com,jlederer@skadden.com
Eric T. Ray     eray@balch.com
Dean A Reed     dino4897@yahoo.com
Diane G. Reed     dianegreed@sbcglobal.net
Jeffrey C. Regan     jregan@rzwlaw.com, kmoran@rzwlaw.com;bcrawford@rzwlaw.com
Russell L Reid     russell.reid@hellerehrman.com
T Dwight Reid     mistiej@aol.com
Steven J. Reisman     sreisman@cm-p.com , athau@cm-p.com
Brian G Rich     brich@bergersingerman.com, efile@bergersingerman.com;jdiaz@bergersingerman.com
Michael L Rich     mrich@dbl-law.com
Sarah Richardson     srichard@co.pinellas.fl.us

Larry B Ricke     larry.ricke@leonard.com
Harley E Riedel     hriedel.ecf@srbp.com, hriedel.ecf@srbp.com
Fred B. Ringel     fringel@pobox.com
Richard A Robinson     rrobinson@bakerlaw.com, pshivamber@bakerlaw.com;OrlBakerDocket@bakerlaw.com
John T Rogerson     jrogerson@vbwr.com, fdepaolo@vbwr.com,acroft@vbwr.com,jspanopoulos@vbwr.com
Mark S Roher     mroher@rprslaw.com, mlopez@rprslaw.com;lschiller@rprslaw.com
Adam L. Rosen     mail@srsllp.com
Avrum J. Rosen     arosen@avrumrosenlaw.com
Mitchell S Rosen     mrosen@rosenlawgroup.com, lmurrah@rosenlawgroup.com
Paul M Rosenblatt     prosenblatt@kilpatrickstockton.com
Neal M. Rosenbloom     NRosenbloom@finkgold.com
Jason A Rosenthal     Jason@therosenthallaw.com
Fox Rothschild     nybkfilings@foxrothschild.com
Edward P Rowan     erowan@lkrhmobile.com
J Casey Roy     roy@mcclainleppert.com
David S Rubin     drubin@kswb.com
Guy B Rubin     guy.rubin@rubinandrubin.com
Robert B. Rubin     brubin@burr.com
Rachel L Rubio     rrubio@mdrtlaw.com
Shelley D Rucker     srucker@millermartin.com
Frederick F Rudzik     rudzikf@dor.state.fl.us
Maura I Russell     jguerrier@dreierllp.com
Peter D. Russin     prussin@melandrussin.com, ltannenbaum@melandrussin.com
Teresa Sadutto     tsadutto@platzerlaw.com
Anthony M Salzano     asalzano@pascocountyfl.net, tosipov@pascocountyfl.net
Anthony F Sanchez     afspalaw@aol.com
Ashley E Sandage     aes@clcsattorneys.com
Al A Sarrat     asarrat@jacobssarrat.com
Michael M Schmahl     mschmahl@mcguirewoods.com
Marvin S. Schulman     mschulmanpa@aol.com
Sarah L Schultz     sschultz@akingump.com
Gregory J. Seketa     franklin.berg@4086.com
Ed S. Sell     eds@sell-melton.com
Joel M Shafferman     joel@shafferman.com
James D Shannon     jshannon@shannonlawfirm.com, sbarlow@shannonlawfirm.com
Susan H Sharp     ssharp.ecf@srbp.com
Daniel Carr Shaughnessy     lindsaylaw@bellsouth.net
Mary Kay Shaver     mkshaver@varnumlaw.com
Andrew Howard Sherman     asherman@sillscummis.com
Lynn Welter Sherman     lsherman@hwhlaw.com, lbecker@hwhlaw.com
Bradley S Shraiberg     bshraiberg@kpkb.com
R Scott Shuker     bankruptcynotice@groneklatham.com
Timothy P. Shusta     shustat@phelps.com, yosta@phelps.com
Robert J Shuttera     rshuttera@flapersonalinjury.com
Wendy M Simkulak     wmsimkulak@duanemorris.com
Wayne M Singletary     courtmail@schuylaw.com
Peter L. Slinn     plslinn@stoel.com
Thomas R. Slome     mail@srsllp.com
Aaron C Smith     asmith@lordbissell.com
Anthony J. Smits     anthony.smits@bingham.com
Richard G. Smolev     rsmolev@kayescholer.com
Walter J. Snell     snellandsnell@mindspring.com, snellandsnell@hotmail.com
Kristofor D Sodergren     bankruptcy@hsmbb.com
Marc P Solomon     msolomon@burr.com
James E Sorenson     bk@wggdlaw.com
Rhysa G South     sou06@co.henrico.va.us
Karen K Specie     specie@scruggs-carmichael.com, darden@scruggs-carmichael.com;kstinson@scruggs-carmichael.com
Arthur J Spector     aspector@bergersingerman.com
Mark D. Speed     mds@markdspeedlaw.com
Thomas St Germain     tom@weinlaw.com, christie@weinlaw.com
David N Stern     dstern@gjb-law.com, vdueppe@gjb-law.com;lpantaleon@gjb-law.com;tmessana@gjb-law.com
Don M Stichter     dstichter.ecf@srbp.com

Scott A. Stichter     sstichter.ecf@srbp.com
Dennis J Stilger      djstilger@insightbb.com
Susan F Stivers       susan.stivers@ky.gov
Ray H Stoess          raystoess@bellsouth.net
Philip D Storey       pds@aswmpa.com, MByrd@aswmpa.com
Alan C Stout          stephanie@sfk-law.com, astout@stoutlaw.com
Sabrina L. Streusand  streuss@hughesluce.com
Jerry W Sullivan      jwsullivan@lgsdalaw.com
Charles P Summerall   csummerall@bmsmlaw.com, pmarfizo@bmsmlaw.com
Stephen B. Sutton     ssutton@lathropgage.com
David L Sweat         dsweat@rueziffra.com, tponder@rueziffra.com
Douglas B Szabo       douglas.szabo@henlaw.com, maria.figueroa@henlaw.com
Joel L. Tabas         jtabas@tfsmlaw.com
Tina M Talarchyk      ttalarchyk@ssd.com, aparker@ssd.com
Gene B Tarr           gbt@btcmlaw.com
Benjamin D Tarver     questions@bankruptcy.intranets.com
Robert J Telfer       rtelfer@ctrfa.com
Richard R Thames      rrthames@stmlaw.net, blc@stmlaw.net
Janet H. Thurston     cohenthurston@cs.com
David J Tong          djt@saxongilmore.com, acuff@saxongilmore.com
Laura L. Torrado      ltorrado@bear.com
Trade-Debt.net        tmcguire@trade-debt.net
Kristen F Trainor     ktrainor@shb.com
Ronald M Tucker       rtucker@simon.com, cmartin@simon.com,rwoodruff@simon.com,,ncaldwell@simon.com,ptropepe@simon.com
Harran E Udell        hudell@forthepeople.com
United States Trustee - JAX    USTP.Region21.OR.ECF@usdoj.gov
Raymond J. Urbanik    rurbanik@munsch.com
Thomas C. Valentine   tvalentine@walterslevine.com
Marcio W. Valladares  , kristin.field@usdoj.gov
Lori V. Vaughan       lvaughan@foley.com, mgrettenberger@foley.com
Jay B Verona          jay@veronalawgroup.com, connie@veronalawgroup.com
Franklin T Walden     waldenlegal@aol.com
David H Wander        dwander@wanderlaw.com
Richard Whitney Ward  rwward@airmail.net
Michael D. Warner     bankruptcy@warnerstevens.com
Allan C Watkins       watkinslaw@worldnet.att.net
Regina Wedig          rswedig@bellsouth.net
Leslie G Weeks        lgw@helmsinglaw.com
Alan M. Weiss         alan.weiss@hklaw.com
Scott R Weiss         scott.weiss@marshallwatson.com
John W Wesley         wesleyandassociates@earthlink.net
Margaret R Westbrook  lhogewood@kennedycovington.com, cevans@kennedycovington.com;bfork@kennedycovington.com
David B. Wheeler      davidwheeler@mvalaw.com
Stephen D Wheelis     steve@wheelis-rozanski.com
Hurley Partin Whitaker    hpw@whitakerlaw.com
William Douglas White    wdw@mccarthywhite.com
Joseph C Whitelock    jowhiteloc@aol.com
Robert D Wilcox       rwilcox@wilcoxlawfirm.com
John J. Wiles         bankruptcy@evict.net
Amy Pritchard Williams    swilliams@kennedycovington.com
Steven R Wirth        swirth@kayescholer.com
Jeffrey C Wisler      jwisler@cblh.com
David A Wolf          dwolf@woodatter.com
Frank J. Wright       bankruptcy@hswgb.com
Allan E. Wulbern      awulbern@smithhulsey.com
Robert L Wunker       rwunker@rutherfordmulhall.com
Heather L Yonke       hyonke@gjb-law.com, ctarrant@gjb-law.com;hburke@gjb-law.com
JRichard Young        jry@stumplaw.com
William Knight Zewadski    z@trenam.com
Brian D Zinn          bzinn@gbclaw.com, jmoore@gbclaw.com
Scott A. Zuber        szuber@pitneyhardin.com