**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**

IN RE:                                                                                      Case: 05-03817-3F1

**WINN-DIXIE STORES, INC., ET AL,**                         Chapter 11 - Jointly Administered
    Debtor
                                                            Honorable Judge:   Jerry A. Funk

_____/

## APPLICATION FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR A POST PETITION PERSONAL INJURY CLAIM
(Petitioner: Patricia Menardy)

      NOW COMES, Patricia Menardy, by and through the undersigned attorney and files this Application for Allowance Of An Administrative Claim For A Post Petition Personal Injury Claim and moves this Honorable Court to Allow her post petition administrative claim, subject to liquidation by either consent of the parties or a court of competent jurisdiction and in support thereof states:

1. On February 21, 2005 (the "Petition Date") Winn-Dixie Stores, Inc., et al., ("the Debtors") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York.  By order dated April 13, 2005, venue of the Debtor's bankruptcy cases was transferred to this Court.

2. The Debtors are operating their properties and managing their business as debtors-in-possession pursuant to Bankruptcy Code Sections 1107 and 1108.

3. On May 28, 2006, Ms. Menardy entered Debtor's retail store #255 located at 14595 S. Military Trail, Delray Beach, FL 33445 to purchase her groceries. While in the debtor's facility, she slipped on water on the floor which was leaking from one of the freezers, as a direct result of the debtor's negligent maintenance. Subsequently, Ms. Menardy went to the emergency room at Delray Medical Center, however, they were too busy so she sought treatment at MedExpress Urgent Care in Boynton Beach and subsequent care with an orthopedic, Dr. Yehuda Fishfeld, who diagnosed her with a right shoulder impingement, with possible rotator cuff tear and olecranon bursitis.  Patricia Menardy's total medical specials to date are undetermined as she still undergoing medical treatment for her injuries and as such, a demand for settlement is premature at this time.

4. The Court has entered Orders setting out certain procedures to resolve personal injury claims.

5. On or about December 11, 2006, Ms. Menardy a Notice of Bar Dates for Filing Claims Arising Before Effective Date and Other Administrative Claims. In said notice, Ms. Menardy was directed to submit her post-petition personal injury claim by no later than January 5, 2007.

6. The personal injury claim of Ms. Menardy is not yet liquidated.

7. Damages arising from a post petition tort committed by a debtor are entitled to administrative expenses status. See Matter of Jartran, Inc., 732 F.2d 584, 587 (7th Cir. 1984); Seidle v. United States (In re Airlift), 97 B.R 664, 668 (Bankr. S.D. Fla. 1989).

8. The Court may award an administrative expense priority under section 503 (b) for the "actual, necessary costs and expenses of preserving the estate...." 11 U.S.C Section 503 (B)(1)

**WHEREFORE**, Patricia Menardy, respectfully requests that this Honorable Court enter an order:

a) Allowing her post-petition administrative claim, subject to liquidation by either consent of the parties or a court of competent jurisdiction. Upon liquidation of her post petition claim, Ms. Menardy requests the Court to enter an Order requiring the Debtors to pay the allowed administrative claim in full, as a condition of confirmation of their Chapter 11 plan.

b) The Court limit notice of this Application to the Debtors, and counsel for the Unsecured Trade Creditors Committee.

c) Grant such other and further relief as this Court deems just, equitable and proper.

December 27, 2006.
Respectfully Submitted

/s/ Alex Daszkal, Esq.
**ALEX DASZKAL**
FLA BAR #0743800
1630 West Hillsboro Blvd
Deerfield Beach, FL 33442
Phone: (954) 428-9333
Fax:    (954) 428-9338

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing was served by U.S. mail upon all on the following service list on December 27, 2006.

Smith Hulsey and Busey
Attn: James Post
225 Water Street Suite 1800
Jacksonville, FL 32202

Milbank, Tweed, Hadley & McCloy, LLP
Attn: Matthew Barr
1 Chase Manhattan Plaza
New York, NY 10005

Sedgwick Claims Management Services
Attn.: Rebecca Peters
Post Office Box 24787
Jacksonville, FL 32241-4787