3.    **MARIA M. SARRIA GONZALEZ**
**D/A:** 8-13-06
**Store Location:** Winn-Dixie #247  (1155 N.W. 11th Street, Miami, Florida 33136)

**Facts:** The Claimant was walking and slipped and fell on water.  There were no warning signs and she did not see the liquid.

**Alleged Negligence:** Improper control and maintenance of the premises, failure to exercise reasonable care thus creating and unsafe or dangerous and hazardous condition, and/or failure to remove the dangerous condition.

**Injuries:** Pain in left knee.  The Claimant is still seeking medical treatment.

**Amount of Damages:** Amount is unliquidated.

**Contact Person:**  Troy M. Sherman, Esquire
Law Offices of Laurence E. Zieper, P.A.
1506 N.E. 162nd Street
North Miami Beach, Florida 33162
T: 305.571.9711
F: 305.571.9716
E: troy@zieperlaw.com

EXHIBIT  A