2. **REBECCA ORTIZ**
   D/A: 4-15-06
   Store Location: Winn-Dixie #u/k (18300 S.W. 137th Avenue, Miami, Florida 33177)

   **Facts:** The Claimant was walking in the cereal aisle when she slipped and fell on what a store employee told her was soup. There were no warning signs and she did not see the liquid.

   **Alleged Negligence:** Improper control and maintenance of the premises, failure to exercise reasonable care thus creating and unsafe or dangerous and hazardous condition, and/or failure to remove the dangerous condition.

   **Injuries:** Meniscal tear of left knee, pain to left foot and thigh. Claimant found to have 7% permanent physical impairment.

   **Amount of Damages:** $45,500.00.

   Contact Person:   Troy M. Sherman, Esquire
                     Law Offices of Laurence E. Zieper, P.A.
                     1506 N.E. 162nd Street
                     North Miami Beach, Florida 33162
                     T: 305.571.9711
                     F: 305.571.9716
                     E: troy@zieperlaw.com

EXHIBIT A