4.   **SUSAN PFLIEGER**
     **D/A: 3-5-05**
     **Store Location:** Winn-Dixie #317  (2778 North Roosevelt, Key West,
                         Florida)

     **Facts:** The Claimant was walking in a check-out aisle toward the in-store bank when she slipped and fell on syrup.  There were no warning signs and she did not see the liquid.

     **Alleged Negligence:** Improper control and maintenance of the premises, failure to exercise reasonable care thus creating and unsafe or dangerous and hazardous condition, and/or failure to remove the dangerous condition.

     **Injuries:** Herniated lumbar discs.  The Claimant is still seeking medical treatment.

     **Amount of Damages:** Amount unliquidated.

     **Contact Person:** Troy M. Sherman, Esquire
                         Law Offices of Laurence E. Zieper, P.A.
                         1506 N.E. 162nd Street
                         North Miami Beach, Florida 33162
                         T: 305.571.9711
                         F: 305.571.9716
                         E: troy@zieperlaw.com

**EXHIBIT** _A_