5. **MARIE C. BARIENTO**
   D/A: 4-16-06
   Store Location: Winn-Dixie #u/k (1035 N.W. 6th Avenue, Fort Lauderdale, Florida 33311)

   **Facts:** The Claimant was walking when she slipped and fell on what appeared to be a melted popsicle. There were no warning signs and she did not see the liquid.

   **Alleged Negligence:** Improper control and maintenance of the premises, failure to exercise reasonable care thus creating and unsafe or dangerous and hazardous condition, and/or failure to remove the dangerous condition.

   **Injuries:** Pain to right leg, neck, and back. The Claimant is still seeking medical treatment.

   **Amount of Damages:** Amount unliquidated.

   **Contact Person:**   Troy M. Sherman, Esquire
                         Law Offices of Laurence E. Zieper, P.A.
                         1506 N.E. 162nd Street
                         North Miami Beach, Florida 33162
                         T: 305.571.9711
                         F: 305.571.9716
                         E: troy@zieperlaw.com

EXHIBIT A