## WINN-DIXIE CLAIMANTS
### INFORMATION FOR FILING AN APPLICATION

1. **MARIE CLAUDE PIERRE**
   **D/A:** 7-7-05
   **Store Location:** Winn-Dixie #0205 (N.W. 7th Ave. and N.W. 183rd St., Miami, Florida 33169)

**Facts:** The Claimant was walking in the juice aisle when she slipped and fell on a dark liquid. There were no warning signs and she did not see the liquid.

**Alleged Negligence:** Improper control and maintenance of the premises, failure to exercise reasonable care thus creating and unsafe or dangerous and hazardous condition, and/or failure to remove the dangerous condition.

**Injuries:** Meniscal tear of right knee, disc herniations at L4-5 and L5-S1. Claimant found to have 10% permanent physical impairment.

**Amount of Damages:** $55,000.00.

**Contact Person:**   Troy M. Sherman, Esquire
Law Offices of Laurence E. Zieper, P.A.
1506 N.E. 162nd Street
North Miami Beach, Florida 33162
T: 305.571.9711
F: 305.571.9716
E: troy@zieperlaw.com

EXHIBIT A