**Kimberly Lamas**

On June 18, 2006, Ms. Lamas entered the Winn-Dixie #0012 in Jacksonville, Florida. Upon leaving the store, Ms. Lamas' left foot slipped in the water that was on the floor and she fell onto her right leg and foot. Injuries include fracture of right patella and right femur, requiring surgery that further complicated her injuries. Winn Dixie knew or should have known that the water was on the floor creating a hazardous condition for invitees.

At this time a demand has not been submitted but based on our client's injuries we feel the value of the case is not yet liquidated.

Kimberly Lamas in care of Lina Fullam, Esquire, Burnetti P.A. 4899 Belfort Rd., Ste. 160, Jacksonville, FL  32256  Telephone:  904-296-9200 / FAX:  904-296-9699

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

EXHIBIT A