**Teresa Pigg**

On July 12, 2006, entered the Save Rite at 48th and Main in Jacksonville, Florida. Upon leaving the store, Ms. Pigg slipped in water on the floor and slid into a pole. Ms. Pigg attempted to grab onto the pole to prevent falling to the floor. The pole was too wide to hold onto and she ended up falling completely down to the floor. Injuries include neck, right hand, right arm, right leg, right great toe, right foot, back, loss of consciousness (closed head trauma), and miscarriage. Save Rite knew or should have know that the water was on the floor creating a hazardous condition for invitees.

At this time a demand has not been submitted but based on our client's injuries we feel the value of the case is not yet liquidated.

Teresa Pigg in care of Lina Fullam, Esquire, Burnetti P.A. 4899 Belfort Rd., Ste. 160, Jacksonville, FL 32256 Telephone: 904-296-9200 / FAX: 904-296-9699

************************************

EXHIBIT A