CCohen1039@AOL.com

4) Thomas Smith
DOA 4/1/06
Winn Dixie #0537
Jackson Plz 2419 College Ave
Jackson, AL
Slip and fall on melted ice cream. Ice cream container on floor in isle nearby, no warning signs.
Derangement of left knee, joint effusion of the left knee
Demand $85,000.00
Charles H. Cohen, P.A.
2856 East Oakland Park Blvd.
Fort Lauderdale, FL 33306
954-630-8898
954-565-8454 Fax
CCohen1039@AOL.com

EXHIBIT A