## Darlene Bell

**From:** Nancy Taylor [nancytaylor@tampabay.rr.com]
**Sent:** Thursday, December 21, 2006 4:30 PM
**To:** Darlene Bell
**Subject:** Brenda Manning

On August 1, 2006, Brenda Manning was in the Winn Dixie Store located at 5015 Gulfport Boulevard South, Gulfport, Florida (store #0642) when she slipped and fell on standing water inside the store for which she had no advance warning. She fell on her left side

EXHIBIT A

12/21/2006

# LAW OFFICES OF
# DAVID B. KESLER, P.A.

65 SIXTY FIFTH STREET SOUTH

ST. PETERSBURG, FLORIDA 33707-1387

DAVID B. KESLER
A. MARION FINKLEA

TEL. (727) 347-3109
FAX (727) 347-5129
TOLL FREE 1(800) 772-5391

November 3, 2006

Ms. Rebecca Peters
Sedgwick Claims Management Services, Inc.
Post Office Box 24787
Jacksonville, FL 32241-4787

    Re:    My client:    Brenda Manning
           Your client:    Winn-Dixie Orlando Division #12
           Carrier Name:    ACE American Insurance Company
           Policy #:    XSLG21732898
           Claim #:    A611207140-0001-01
           Incident Date:    8/01/06

Dear Ms. Peters:

    As a supplement to my correspondence to you dated 9/27/06, please allow me to submit the following.

    On 10/04/06, after receiving the positive results of the left wrist arthrogram on 9/14/06, Ms. Manning's treating orthopaedic surgeon, Dr. Jorge Rodriguez, did perform a major multi-stage operative procedure upon her. This surgery consisted of a triangular fibrocartilage complex tear resection of the left wrist, as well as the removal of loose bodies and a synovectomy.

    I would invite you to review Dr. Rodriguez's two-page operative note of 10/04/06, which described this procedure in detail. He stated: "There were lots of loose bodies in this joint, much more than we would expect, and a lot of synovitis. We went ahead and removed the loose bodies and the synovitis." Dr. Rodriguez then visually confirmed a "triangular fibrocartilage complex tear." He continued by stating: "We did do the triangular fibrocartilage complex tear resection, cleaned out the joint, and hopefully this will help with some of her discomfort of her wrist."

    On 10/12/06, Dr. Rodriguez again examined Ms. Manning and advised that "the major component of her wrist is chondromalacia and arthritis. The arthritis is caused by the trauma. This is from a fall. She fell right on to that wrist and the wrist really took a beating with this." I.e., Dr. Rodriguez clearly addresses the medical causation issues in this statement, attributing the injury and the necessity for his surgery of 10/04/06 to the trauma received by Ms. Manning in the fall of 8/01/06.

Ms. Rebecca Peters
November 3, 2006
Page Two


Dr. Rodriguez expressed concern about Ms. Manning's future medical course, stating: "I expressed to her that I really don't know if the arthroscopy is going to be the total answer for this. In fact, I don't anticipate that it is going to be the total answer for this. I anticipate that she is going to have to wear a brace that she can take off and on. Eventually the pain will get bad enough in the brace and that she will need to have further things done such as either a partial or full wrist fusion depending on the areas which are involved at that point in time."

Ms. Peters, it is clear that the catastrophic injuries sustained by Brenda Manning in the falling incident of 8/01/06 will involve major future medical expenses. To date, her medical charges total $13,348.76, as reflected by copies of her bills enclosed herein. In consideration of Dr. Jorge Rodriguez's assessment of 10/12/06, I would respectfully submit that a settlement value, at this early juncture, would be in the amount of $100,000.00. I would ask that you review this correspondence and respond within thirty (30) days, or suit will be filed. If you have any questions, please direct them to my attention.

Very truly yours,


David B. Kesler

DBK/ljc
Enclosures