**Aquilla Canady**

On April 5, 2005, at the Winn Dixie #0176, located in Jacksonville, FL, Ms. Canady slipped and fell in an area where employees were "wet" cleaning the floor with an industrial machine. Ms. Canady fell backwards onto the floor onto her right side and back; a 12 pack of Coke falling on her right hand. She sustained injuries to her back, right leg, right arm, right pinky finger, and her head. Right knee injury requires surgery. Winn Dixie knew, or should have known, that cleaning the floor in this manner, in an area broadly used by invitees, would create a hazardous condition.

This file has not been demanded. The amount for damages is not yet liquidated.

Aquilla Canady, C/O Lina M. Fullam, Esq., Burnetti, P.A., 4899 Belfort Road, Suite 160, Jacksonville, FL  32256  Telephone (904) 296-9200, Facsimile (904) 296-9699



EXHIBIT  A