Client: Wanda Blue-Mills
Date of Accident: 3/21/06
Where: Winn-Dixie at 27359 S. Dixie Hwy Naranja, FL 33032
Winn-Dixie negligently maintained its floor causing Ms. Daley to slip, fall, and injure herself; this accident has caused Ms. Daley economic and non-economic damages.
Amount Demanded: Unliquidated

EXHIBIT A