Client: Jacqueline Cure
Date of Accident: 1/1/06
Where: Winn-Dixie at US-1 & Marlin Rd in Miami, FL
Winn-Dixie negligently maintained its floor causing Ms. Daley to slip, fall, and injure herself; this accident has caused Ms. Daley economic and non-economic damages.
Amount Demanded: Unliquidated

EXHIBIT A