COFFEE GROUP

GENERAL DE SOLUBLES, S. A.
Alfonso Gómez 219 Norte
Cd. Industrial
27019 Torreón, Coah., México
www.gesol.com.mx
Apdo. Postal 970
Tel. (871) 750-60-50
Fax (871) 750-60-55

FILED
JACKSONVILLE
FLORIDA

06 DEC 27 A 11: 33

BANKRUPTCY COURT
MIDDLE DISTRICT
OF FLORIDA

Torreón Coahuila México, December 18, 2006.

UNITED STATES BANKRUPCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No.05-03817-3F1
Chapter 11
Jointly Administered

In re:

**D.J.Baker**
**Winn-Dixie Stores, Inc.**
**SKADDEN, ARPS, SLATE, MEAGHER&FLOMM.LLP**
FOUR Times Square, New York, New York 10036
Co-Counsel for Reorganized Debtors

**Stephen D.Busey**
**SMITH HULSEY & BUSEY**
225 Water Street, Suite 1800, Jacksonville, Florida 32202
Co-counsel for Reorganized Debtors.

**Clerk of the Court**
**United States Courthouse**
300. North Hogan St., Suite 3-350
Jacksonville, Florida 32202.
U.S.A.

FILING FINAL REQUEST FOR PAYMENT

The here below signer with my personality of ADMINISTRATION MANAGER from the Mexican business corporation named GENERAL DE SOLUBLES S.A. with an address for service of process the one located at 344 Río Dulce Suite El Paso Texas 79932 USA. Today by means of this letter, we attentively and respectfully appear before the file of the mentioned case at the top right margin of this letter, and particularly for the effects of a proper Consummation of the Reorganization Plan of Claims from Winn-Dixies Stores, Inc. to expound:

That in accordance to section 12.1 from the known Plan of Recognition, subject to the stipulated on paragraph 4 in name and representation of General de Solubles S.A. I come here to formalize the claim of payment for four pending invoices that shall be paid to my representative, corresponding to different purchase orders, properly supplied and invoiced, and until the day of today, not paid yet, with date of 18-02-2005 and which correspond to the following relation that indicates: number of invoice, date and amount like follows:

1

**GENERAL DE SOLUBLES, S. A.**

Alfonso Gómez 219 Norte
Cd. Industrial
27019 Torreón, Coah., México

www.gesol.com.mx
Apdo. Postal 970
Tel. (871) 750-60-50
Fax (871) 750-60-55

COFFEE GROUP

| No. Of Invoice | Date | Amount |
|---|---|---|
| A-5528 | 18-02-2005 | US.DLS 4,733.71 |
| A-5529 | 18-02-2005 | US.DLS 4,759.02 |
| A-5530 | 18-02-2005 | US.DLS 4,950.97 |
| A-5531 | 18-02-2005 | US.DLS 2,660.42 |
| A-5532 | 18-02-2005 | US.DLS 3,663.57 |
| **Total Amount of Invoices:** | | **US.DLS 20,767.69** |

Note: The total amount of invoices here quoted do not include any amount by concept of delay payments that could be appropriate and that could be granted in favour of my representative in accordance to Common Law or Trade Law from the United States of America

In the following lines I include a copy of each and every one of the invoices that are explained by themselves.



2

GENERAL DE SOLUBLES, S. A.

*Alfonso Gómez 219 Norte*
*Cd. Industrial*
*27019 Torreón, Coah., México*

*www.gesol.com.mx*
*Apdo. Postal 970*
*Tel. (871) 750-60-50*
*Fax (871) 750-60-55*

COFFEE GROUP



## GENERAL DE SOLUBLES, S. A.

*Alfonso Gómez 219 Norte*
*Cd. Industrial*
*27019 Torreón, Coah., México*

*www.gesol.com.mx*
*Apdo. Postal 970*
*Tel. (871) 750-60-50*
*Fax (871) 750-60-55*

COFFEE GROUP





COFFEE GROUP

**GENERAL DE SOLUBLES, S. A.**

*Alfonso Gómez 219 Norte*
*Cd. Industrial*
*27019 Torreón, Coah., México*
*www.gesol.com.mx*
*Apdo. Postal 970*
*Tel. (871) 750-60-50*
*Fax (871) 750-60-55*

Without any further details to add, from this Honorable Bankruptcy Court, I attentively request:

1. - To consider myself as duly presented with the personality that I here expose. Presenting in due time and proper form the present solicitude of final payment from the amounts of the invoices not paid until this moment with charge to Winn-Dixie Stores, Inc. and to favor of my representative General de Solubles S.A.

2. - In the trial opportunity please order the payment for the amount of the invoices referred in this present document and in the case that it proceeds this way the payment for the quantity or quantities by concept of delayed payment and compensatory expenses in favor of my representative according to the Common Law or Trade law in force.

Sworn to as necessary

General de Solubles.S.A.
Mr.Florencio Gil
Administration Manager.

5