**EXHIBIT A**

**RE:**         **Bonita Copeland for LeShawn Williams (Minor) vs. Winn Dixie**
_____

1. LeShawn Williams
   Date of Incident: July 3, 2006
   Place: Winn Dixie #671, 1050 58th Street North, St. Petersburg, FL 33710
   LeShawn Williams, was 9 on said date, was looking at balloons in the florist department when he fell in a puddle of water twisting his left ankle.

2. No demand has been made at this time/unliquidated.

3. David B. Kesler, Esquire, 65 65th Street South, St. Petersburg, FL 33707