**TROUTMAN, WILLIAMS, IRVIN, GREEN,
HELMS & POLICH**

PROFESSIONAL ASSOCIATION

RUSSELL TROUTMAN
JOSEPH H. WILLIAMS
PAUL B. IRVIN
ROBERT F. GREEN
ROGER D. HELMS
JOE POLICH, JR.
ROBERT N. HEMPHILL

LEGAL ASSISTANTS
VICTOR E. PETRIS
BERT FOSCHINI

PARALEGAL
RITA TAYLOR



311 WEST FAIRBANKS AVE.
WINTER PARK, FLORIDA 32789

TELEPHONE (407) 647-2277
TELEFAX (407) 628-2986
TOLL FREE 1-800-432-5106

www.troutmanwilliams.com

August 11, 2006

Gloria Davis, Claims Examiner III
Sedgwick Claims Management Services, Inc.
P.O. Box 24787
Jacksonville, FL  32241-4787

Re:  Our Client    : Dave Robb
     D/Accident    : March 4, 2005
     Your Claim No.: A511202578
     Division:     : Retail Grocery Store-Orlando Division
     Location      : Winn-Dixie #2387
                     1024 E. Highway 436, Casselberry, FL

Dear Ms. Davis:

It appears we are now in a position to amicably attempt to settle this matter. As you are aware, our client sustained severe injuries as a result of being caused to fall at the above-referenced Winn Dixie Store. Apparently, there were several grapes on the tile floor in the produce section. As Mr. Robb was walking by, he stepped on approximately two grapes which caused him to slip and strike the ground hard. An independent witness, Heather Meixsell, saw the fall and indicates it was caused by grapes existing on the floor in the produce section. Also, Ms. Meixsell indicates that Mr. Robb appeared to lose consciousness, and once regaining consciousness, complained of back and neck symptoms.

I am enclosing for your review a copy of all the medical records and bills in my file to date:

| | |
|---|---|
| Jewett Orthopaedic Clinic | $  6,412.00 |
| Florida Hospital | $  2,600.00 |
| Orlando Neurosurgery | $ 27,117.89 |
| City of Casselberry Ambulance | $    352.50 |

EXHIBIT A

Gloria Davis, Claims Examiner III
Sedgwick Claims Management Services, Inc.
August 11, 2006
Page Two

| | |
|---|---:|
| Same Day Surgicenter | $ 5,811.00 |
| Florida Radiology Associates | $ 294.00 |
| JLR Anesthesia | $ 2,050.00 |
| Florida ER Physicians | $ 572.00 |
| Orlando Regional Healthcare | $ 88,204.00 |
| Neuroskeletal Imaging | $ 2,050.00 |
| CDI | $ 771.00 |
| TOTAL: | $136,189.39 |

    On the day of the fall, our client was forced to be taken to the emergency room at Winter Park Hospital. Mr. Robb gave a history of slipping on grapes at Winn Dixie and had complaints in his back, neck, and right hip. He followed up treating at the Jewett Orthopaedic Group. He then came under the care of Donald Behrmann, M.D., Ph.d., in July 2005. Dr. Behrmann is a neurosurgeon who performed a lumbar surgery on Mr. Robb in 2002. Part of Dr. Behrmann's treatment was for Mr. Robb to undergo a series of epidural steroid injections. Since the injections did not alleviate Mr. Robb's severe symptoms, he was forced to undergo a surgical procedure with Dr. Behrmann.

    On November 3, 2005, Mr. Robb underwent a re-exploration, decompression laminectomy at L2-4, bilateral formaminotomy with pedicle screw fixation and transverse process fusion. For your review, I am enclosing a colorized x-ray of the surgical procedure indicating the pedicle screw fixation which is permanently placed in Mr. Robb's spinal canal. Also, I am enclosing a laser photograph of the surgical scar in Mr. Robb's low back, necessitated by the surgery.

    I call your attention to the correspondence dated March 17, 2006, by Dr. Behrmann. Please note that it is Dr. Behrmann's opinion that Mr. Robb's surgery was necessary and was a direct result of the fall at Winn Dixie. Clearly, Mr. Robb had a pre-existing condition, which Dr. Behrmann was fully aware of and he is in the best position to indicate whether the fall caused any new injury or aggravated his pre-existing condition. The letter indicates that prior to the fall, Mr. Robb was functioning at a normal level without any significant pain.

    You should be aware that our client is 59 years of age and has a life expectancy of approximately 25 years. Despite his prior surgery, Mr. Robb was functioning at a normal level and enjoyed many activities. In particular, he enjoyed

Gloria Davis, Claims Examiner III
Sedgwick Claims Management Services, Inc.
August 11, 2006
Page Three

playing golf at Deer Run Country Club. He had been a member of Deer Run and played several times per week prior to this fall. However, since the fall, he has only managed to play once or twice in the last year and a half. In addition to golf, our client is limited at any activities involving lifting, bending, and stretching. He also has difficulty walking long distances, and sitting or standing for even moderate periods of time. Mr. Robb is quite discouraged about having to live with the pain, discomfort, and limitations placed on his lifestyle.

In addition to the medical records following the fall, we also are providing you the following records we have been able to obtain for treatment in the last five years:

    Thomas Barnes, M.D.
    John Huhn, M.D.
    William Rogers, M.D.
    Donald Behrmann, M.D. Ph.D.
    Curtis Wagner, DPM
    Stephen R. Goll, M.D.
    Neuro Skeletal Imaging Institute
    CDI Winter Park

Additionally, per your request, I am enclosing copies of the MRI films from December, 2003, April, 2005, and October, 2005. In reviewing the MRI films, as well as the prior medical records, it is important to keep in mind that his prior treating neurosurgeon, Donald Behrmann, M.D., Ph.D., is also his subsequent treating physician. Therefore, Dr. Behrmann is in the best position to render an opinion regarding Mr. Robb's low back condition, and the need for surgery.

At this time, Mr. Robb is interested in resolving this matter and moving forward with his life. Again, he is quite discouraged about growing old with the pain, discomfort, and effects from this injury and the significant surgery he underwent. Unfortunately, health conditions such as his normally do not get better as he gets older. We feel a reasonable jury could award well in excess of $750,000.00 for Mr. Robb's past, present, and future damages. However, in a good faith attempt to settle this matter, our client is willing to accept $475,000.00 as a final settlement.

Gloria Davis, Claims Examiner III
Sedgwick Claims Management Services, Inc.
August 11, 2006
Page Four

      Please contact me within 30 days of the date of this letter. Thank you for your professional attention to this matter.

                                        Very truly yours,

                                        Joe Polich, Jr.

JP/ckp
Enclosures
cc:    Dave Robb