United States Bankruptcy Court
Middle District of Florida
Jacksonville Division
300 North Hogan Street, Suite 3-350
Jacksonville, FL 32202
(904) 301-6490

September 21, 2005

Mr. Florencio Gil, Administration Manager
General de Solubles, S.A.
Alfonso Gomez 219 Norte
Cd. Industrial
27019 Torreon, Coah, Mexico

Re:   Winn-Dixie Stores, Inc., Case No. 05-3817-3F1

Dear Mr. Gil,

The court is in receipt of the Application for Payment of Administrative Expenses filed by you on December 27, 2006.

Pursuant to Local Rule 1074-1, "Corporations, partnerships, trusts and other non-individual parties may appear and be heard only through counsel permitted to practice in the Court pursuant to Local Rule 2090-1".

Thank you,

Cathy Perkins
Case Manager