**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

WINN-DIXIE STORES, INC., et al.,            Case No.: 3-05-bk-03817 (JAF)

        Debtors.            Chapter 11

_____            Jointly Administered

**APPLICATION FOR ALLOWANCE OF AN ADMINISTRATIVE EXPENSE**
**STATUS FOR POST-PETITION CLAIM AND REQUEST FOR NOTICE**
**Florine Powell**

      Comes Now Florine Powell ("Applicant"), through the undersigned attorneys, and seeks administrative expense status for Applicant's claim against one or more of the Debtors pursuant to 11 U.S.C. § 503(b). Applicant requests the entry of an order allowing the administrative expense described below and directing the payment of such amount pursuant to Order Confirming the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Confirmation Order") and the provisions of the Plan as confirmed. In support of this Application, Applicant states as follows:

**JURISDICTION AND VENUE**

    1.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157 and 1334. Venue is proper pursuant to 28 U.S.C. § 157(b)(2).

**FACTUAL BACKGROUND**

    2.    Winn-Dixie Stores, Inc., et al. (the "Debtors") filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on or about February 21, 2005 (the "Petition Date").

3.      After the Petition Date and on or about August 06, 2005, Applicant was injured at the Winn-Dixie store No. 0728 located 14600 Palm Beach Blvd., Fort Myers, Florida in Lee County, Florida, when Applicant slipped and fell in a foreign substance on the floor within the premises of the above Winn-Dixie store.

4.      As a proximate result of the injury, Applicant has suffered severe damages totaling at least $95,000.00, which damages Applicant can support through medical records and other proof.[1]

5.      The debtor was negligent in breaching their duty to the Applicant (a business invitee) to exercise reasonable care in maintaining the premises in a reasonably safe condition or in the alternative for failing to warn the Applicant of the hazard, when through the exercise of reasonable care either knew of should have known of its existence.

### APPLICANT'S CLAIM IS ENTITLED TO ADMINISTRATIVE EXPENSE STATUS

6.      Section 503(b) of the Bankruptcy Code provides for the allowance of administrative expense status, and its attendant priority for payment, for the "actual, necessary costs and expenses of preserving the estate. 11 U.S.C. § 503(b). It is well-established that personal injury claims arising from a post-petition tort committed by the debtor are entitled to administrative expense status. *See, Reading Co. v. Brown,* 391 U.S. 471, 485 (post-petition fire damages resulting from trustee's negligence were entitled to administrative expense status); *In re Piper Aircraft Corp.,* 169 B.R. 766 (Bankr. S.D. Fla 1994).

7.      In this instance, Applicant's claim arose as a result of the business operations of one or more of the Debtors after the Petition Date but prior to the Confirmation Order. As such, Applicant's damages may not be fully liquidated at this time. Applicant's $95,000.00 claim is entitled to administrative expense status under 11 U.S.C. § 503(b), and Applicant seeks the

entry of an order awarding such status.

## REQUEST FOR FUTURE NOTICE

Applicant requests that all future pleadings and notices regarding or affecting Applicant's claim be served upon:

> Joseph G. Viacava, Esq.
> The Wilbur Smith Law Firm, PLLC
> 1415 Hendry Street
> Fort Myers, FL 33901

**WHEREFORE,** based upon the foregoing, Applicant requests that the Court enter an order granting the relief requested herein and such other relief as it deems just and proper.

Respectfully Submitted,

**ELECTRONIC SIGNATURE OF E-FILER
NAME AND ADDRESS OF
ELECTRONIC FILER**

And

Joseph G. Viacava, Esq.
The Wilbur Smith Law Firm, PLLC
1415 Hendry Street
Fort Myers, FL 33901

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2006 I filed this APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE STATUS FOR POST PETITION CLAIM AND REQUEST FOR NOTICE through CM/ECF filing system, which will cause a copy to be service on James H. Post, Esq., Counsel for the Reorganized Debtors, Matthew Barr, Esq. jpost@smithhulsey.com and John MacDonald, Esq., Counsel for the Post-Effective Date Committee, Elena L. Escamilla, Esq., counsel for the Office of the United Trustee, Elena L Escamilla, elena.l.escamilla@usdoj.gov and all other parties participating in the CM/ECF System, all served electronically.

WILBUR SMITH LAW FIRM Attorneys for the Defendant Post Office Drawer 8 Fort Myers, Florida 33902 239-334-7696 /s/ Joseph G. Viacava Joseph G. Viacava Florida Bar No. 108588

## SERVICE LIST (VIA ELECTRONIC NOTICE)

Steven M Abramowitz sabramowitz@velaw.com Albert H Adams irbylawfirm@bellsouth.net Rachel E Adams radams@sctlaw.com Adam L Alpert aalpert@bushross.com, bnkecf@bushross.com;egross@bushross.com Amroc Investments, LLC dleinwand@amrocinvestments.com Rod Anderson rod.anderson@hklaw.com, wendysue.henry@hklaw.com Melissa H Andrade mandrade@bmaklaw.com Jerald N Andry jayandry@cox.net
D. J. Baker djbaker@skadden.com Kenneth C Baker kcbaker@eastmansmith.com Charles S Ball sball@bcattys.com, dratliff@bcattys.com Helen D Ball hball@bradleyarant.com, hball@bradleyarant.com Frank E Ballard ericalpayne@insightbb.com Zachary J Bancroft zachary.bancroft@lowndes-law.com William W Banks wright.banks@law.state.ga.us Dale R Baringer dale@baringerlawfirm.com, karen@baringerlawfirm.com Earl M. Barker embarker@bellsouth.net, hollynf@bellsouth.net;dlhartwell@bellsouth.net Kelly M Barnhart kbarnhart@mskpc.com Matthew Scott Barr mbarr@milbank.com, lmandel@milbank.com,
    mcomerford@milbank.com, jbrewster@milbank.com Paul C Bartley bartleylaw@knology.net Gene Barton gbartonatty@bellsouth.net Philip A Bates philipbates@bellsouth.net, lucysmith@bellsouth.net Matt E Beal matt.beal@lowndes-law.com Rick J Bearfield rjbearfield@bearmc.com Jeffrey R. Becker vsimpson@hidayricke.com Brian S Behar bsb@bgglaw.net Richard M Behr rbehr@florida-law.com Keith L Bell kbell@cphlaw.com Marc A. Ben-Ezra mben-ezra@fcllaw.com Jay R Bender jbender@bradleyarant.com Lee R Benton lbenton@bcattys.com, cturner@bcattys.com Leslie A Berkoff lberkoff@moritthock.com Richard J Bernard rbernard@bakerlaw.com Brendan G. Best bbest@dykema.com John G Bianco jgb@trippscott.com, dst@trippscott.com Stephenie M. Biernacki sbiernacki@gray-robinson.com James E Bird jbird@pswslaw.com Ace J Blackburn ablackburn@cmlbro.com, crankine@cmlbro.com David A. Blansky dab@lhmlawfirm.com James A. Bledsoe jab@bslmr.com Johnathan C Bolton jbolton@fulbright.com Wanda Borges borgeslawfirm@aol.com
Chad S. Bowen ecf@jennisbowen.com, mclift@jennisbowen.com; kkearney@jennisbowen.com;
    nbisignano@jennisbowen.com; agavin@jen nisbowen.com Beau Bowin bbowin@smithhulsey.com Michael T. Bowlus mbowlus@fjbd.com Wesley J Boyer

wjboyer_2000@yahoo.com Jean Winborne Boyles jboyles@jhvgmlaw.com Dustin P
Branch dustin.branch@kattenlaw.com, carole.levine@kattenlaw.com,
    jeri.bradshaw@kattenlaw.com, kathleen.beaver@kattenlaw.com,
    adelle.shafer@kattenlaw.com John S Brannon john.brannon@tklaw.com
Meredith N Brasca mnbrasca@aol.com Clyde E Brazeal ebrazeal@walstonwells.com
Wendy D Brewer wbrewer@btlaw.com,
mrilyn.strange@btlaw.com,bankruptcyindy@btlaw.com John P Brice
lexbankruptcy@wyattfirm.com Brian P Britt cpizzotti@wbbwlaw.com Keith E Broll
keithbroll@riceroselaw.com James M Brown mbrown@gwblawfirm.com Robert J
Brown lexbankruptcy@wyattfirm.com Scott N Brown snb@smrw.com Andrew M.
Brumby abrumby@shutts-law.com, rhicks@shutts-law.com
W. Steven Bryant hobankecf@lockeliddell.com Rachel S Budke rachel_budke@fpl.com
Jason B. Burnett jburnett@gray-robinson.com, jconley@gray-robinson.com Stephen D.
Busey busey@smithhulsey.com Thomas R. Califano thomas.califano@dlapiper.com
David P Canas dpc@h3gm.com L Phillip Canova pcanova@eatel.net,
canodel109@eatel.net Stephen R Caplan scaplan860@aol.com,
melissa@stephencaplan.com Dawn A Carapella dacarapella@trenam.com Rilyn A
Carnahan rcarnahan@ebcblaw.com James S. Carr jcarr@kelleydrye.com Linda J. Casey
caseyl@pepperlaw.com George B Cauthen george.cauthen@nelsonmullins.com,
georgia.vernon@nelsonmullins.com Myers Carroll Cayer cayer@terrellhogan.com
Michael E Cecil courtmail@schuylaw.com Jeffrey A Chadwick
jeffrey.chadwick@kattenlaw.com Lee Champion kew@psstf.com B Summer Chandler
schandler@mckennalong.com Stephen G Charpentier steve@brevardlawyer.com Robin
Bryan Cheatham robin.cheatham@arlaw.com Michael S J Chernau
chernaum@chesterfield.gov Charles I Cohen ccohen@furrcohen.com Lance Paul Cohen
cohenthurston@cs.com Michael E Collins mcollins@manierherod.com,
mranks@manierherod.com,
    tpennington@manierherod.com,
swilliams@manierherod.com Neal D. Colton
NColton@Cozen.com
Contrarian Funds, LLC alisa@contrariancapital.com David J Cook cookdavidj@aol.com
Kenneth D Cooper kcooper543@aol.com
C. Timothy Corcoran ctcorcoran@mindspring.com, asst.ctcorcoran@mindspring.com
Andre G Coudrain agc@clcsattorneys.com Betsy C Cox bcox@rtlaw.com,
sb1@rtlaw.com David N Crapo dcrapo@gibbonslaw.com Gregory K. Crews
greg@crewslegal.com John J Cruciani jcruciani@blackwellsanders.com James O Cure
jocure@cureandfrancis.net Timothy J. Curtin tjcurtin@varnumlaw.com Vincent E
Damian vdamian@skdrlaw.com Gardner F. Davis gdavis@foley.com,
bmjones@foley.com Ronald J Davis rdavis@rondavislaw.com Ryan E Davis
rdavis@whww.com, rwilliams@whww.com Heather D Dawson hdawson@kkgpc.com,
mkelley@kkgpc.com Michael R DeMinico mike.deminico@dennishernandez.com
Robert J Dehney rdehney@mnat.com, mflynn@mnat.com Caryl E. Delano
cdelano@addisondelano.com, dlesnek@addisondelano.com;
    litigation1@addisondelano.com Scott A DiSalvo sdisalvo@faziodisalvo.com
Angel R Diaz adiaz@kirshnerandgroff.com John P Dillman
houston_bankruptcy@publicans.com Jeffrey R Dollinger dollinger@scruggs-

carmichael.com Matthew M Donaldson mdonaldson@kennedylawgroup.com Mary Joanne Dowd dowd.mary@arentfox.com Christie L Dowling cdowling@balch.com Mark G Duncan mduncan@dwyercambre.com Dennis F. Dunne ddunne@milbank.com Michael J Durrschmidt mdurrschmidt@hirschwest.com, tjimenez@hirschwest.com David W. Dykhouse dwdykhouse@pbwt.com Andrew B. Eckstein aeckstein@blankrome.com Michael L. Edwards mleclo@bellsouth.net Henry A. Efroymson henry.efroymson@icemiller.com Jason H Egan jegan@mowreylaw.com C Craig Eller celler@broadandcassel.com Earle I Erman eerman@ermanteicher.com Elena L Escamilla elena.l.escamilla@usdoj.gov  William L Esser willesser@parkerpoe.com William J. Factor wfactor@seyfarth.com Fair Harbor Capital, LLC fglass@fairharborcapital.com Anthony V Falzon afalzon@miami-law.net Alexandra S Fannon silvaa@ci.richmond.va.us Oscar B Fears bo.fears@law.state.ga.us David B. Ferebee ferebeeatlaw@bellsouth.net, dbf1law@hotmail.com Lara Roeske Fernandez lrfernandez@trenam.com, klgerber@trenam.com
Richard L Ferrell ferrell@taftlaw.com Charles J. Filardi charles@filardi-law.com Brian T FitzGerald fitzgeraldb@hillsboroughcounty.org, litigation@hillstax.org;
fredericks@hillsboroughcounty.org; matthewsl@hillsboroughcounty.org Deborah L Fletcher DFletcher@KilpatrickStockton.com J David Forsyth jdf@sessions-law.com Tompkins A Foster tfoster@fosterandlindeman.com Sally B Fox sfox@esclaw.com Shawn Randall Fox sfox@mcguirewoods.com, rcox@mcguirewoods.com Joseph D Frank jfrank@fgllp.com, ccarpenter@fgllp.com;jkleinman@fgllp.com Rodger J Friedline bankruptcy@fandmlaw.com Barry A Friedman bky@bafmobile.com, fern@bafmobile.com Mark J Friedman mark.friedman@dlapiper.com Adam Frisch afrisch@hilawfirm.com, afrisch@hilawfirm.com Kenneth O Fritz fritz_ken@mail.chattanooga.gov Mary Louise Fullington lexbankruptcy@wyattfirm.com Todd Mark Galante tmg@stjohnlaw.com
J. Nathan Galbreath ngalbreath@pattonboggs.com Jay M Gamberg lbernstein@gamberglaw.com David L Gay dgay@smithhulsey.com Gill R Geldreich icflorida@state.tn.us Melody D Genson melodydgenson@verizon.net Charles L. Gibbs cgibbs@papmet.com James S Ginocchio jim.ginocchio@hcpros.org Gary Ginsburg gginsburg@ngmpc.com Robert S Gipe jtripp@papaandgipe.com James J. Glover jglover@wlj.com Eric S Golden egolden@bakerlaw.com, mccoy@bakerlaw.com;OrlBakerDocket@bakerlaw.com Alberto F Gomez algomez@morsegomez.com Priscilla W Grannis priscilla@rjlaw.com Danielle K Greco danielle_greco@alnb.uscourts.gov, hball@bradleyarant.com Ira S. Greene isgreene@hhlaw.com Reginald A. Greene reginald.greene@bellsouth.com Paige A. Greenlee pgreenlee@hwhlaw.com Kyle R Grubbs kgrubbs@fbtlaw.com Rudi R Grueneberg rgrueneberg@rglawgroup.com Brian F Guillot bfguil@cox.net Allen J Guon aguon@shawgussis.com Jordi Guso jguso@bergersingerman.com, fsellers@bergersingerman.com Jim H Guynn jim.guynn@g-mpc.com Matthew W Hamilton mhamilton@amph.com Marc L. Hamroff mhamroff@moritthock.com Brian T Hanlon tc_legal_services@co.palm-beach.fl.us David M Hansen david.hansen@la.gov Catherine A Harrison charrison@millermartin.com, pjstarr@millermartin.com;
gbisbee@millermartin.com
John W Harrison johnwharrison@bellsouth.net
Patrick L. Hayden phayden@mcguirewoods.com

Edwin W Held eheld@hilawfirm.com
Larry D. Henin lhenin@andersonkill.com
Neil E Herman Nherman@morganlewis.com
Henry Hernandez bankruptcy@lawperez.com
Kenneth D. Herron kherron@whmh.com , jsenecal@whmh.com,poates@whmh.com
David E. Hicks courtinfo@bcylaw.com
Terrance A Hiller tah@kompc.com
John E Hinkel jhinkel@fmblaw.com
Robert L Holladay robert.holladay@youngwilliams.com
Ralph E Hood rhood@khmllp.com
Brian D. Huben brian.huben@kattenlaw.com
Phillip M Hudson pmhudson@arnstein.com, rkcummings@arnstein.com
Patrick L Huffstickler plhuffst@coxsmith.com
John B Hutton huttonj@gtlaw.com, huttonj@gtlaw.com
Troy J Iannucci lawyers@latourlawfirm.com
Kimberly H. Israel , khisrael@hilawfirm.com
Kimberly H. Israel khisrael@hilawfirm.com, khisrael@hilawfirm.com
Camille J Iurillo ciurillo@iurillolaw.com
Cynthia C. Jackson cjackson@smithhulsey.com
Edward P Jackson edward@edwardpjackson.com, jo@edwardpjackson.com
Michael D Jankowski mjankows@reinhartlaw.com
Solomon J. Jaskiel soljas@aol.com
David S Jennis ecf@jennisbowen.com, mclift@jennisbowen.com; kkearney@jennisbowen.com; agavin@jennisbowen.com; nbisignano@jennisbowen.com
Jason Ward Johnson jason.johnson@lowndes-law.com, joann.anderson@lowndes-law.com
Harold D Jones hjones@jshllp.com, rlieman@jshllp.com
Katherine H Jones kjones@roanokecountyva.gov
Richard K. Jones rkjones@mppkj.com
Stanley K Joynes sjoynes@joynesknight.com
Benjamin A Kahn bkahn@npaklaw.com, donna.roland@jpfinancial.com
Jon E Kane jkane@mateerharbert.com, ccrumrine@mateerharbert.com
Ronald Scott Kaniuk rkaniuklaw@aol.com
Matthew E Kaplan mkaplan@kaplanfreedman.com
Andrew C. Kassner kassneac@dbr.com
Amy K Kaufman akkaufman@ag.state.oh.us
Dena C Kaufman dckaufman@hhlaw.com, khseal@hhlaw.com,bjgrieco@hhlaw.com
Michael A Kaufman michael@mkaufmanpa.com
Craig I Kelley craig@kelleylawoffice.com, martha@kelleylawoffice.com
Kentucky Department of Revenue jenniferl.howard@ky.gov
Mark S. Kessler apksm@aol.com
Elena P. Ketchum eketchum.ecf@srbp.com
Jocelyn Keynes jk@stevenslee.com
Rehan N. Khawaja khawaja@fla-bankruptcy.com
Luke A Kill lkill@sgpc.com

Scott T Kimmel skimmel100@aol.com, kjazz1794@comcast.net Roy S Kobert orlandobankruptcy@broadandcassel.com Michael S Kogan mkogan@ecjlaw.com, slee@ecjlaw.com Alan W Kornberg jgladstone@paulweiss.com Gerard M Kouri gmkouripa@bellsouth.net John W Kozyak jk@kttlaw.com, ypaz@kttlaw.com,la@kttlaw.com Stuart A. Krause skrause@zeklaw.com Joyce A Kuhns jkuhns@saul.com Ian J Kukoff ian.kukoff@blaxgray.com Jeffrey Kurtzman JKurtzma@Klehr.com Nina M LaFleur nina@lafleurlaw.com Maria J LaSala mjlasala@aol.com Darryl S. Laddin bkrfilings@agg.com Thomas J Lallier tlallier@foleymansfield.com David M Landis dlandis@mateerharbert.com, hubillus@mateerharbert.com Robert P Laney blaney@mcelweefirm.com David W Langley dave@flalawyer.com David L Langston lancelangston@earthlink.net Gregory A. Lawrence greg@lawyers-jacksonville.com William Edward Lawton Wlawton@drml-law.com Elena Lazarou elazarou@reedsmith.com Robert L LeHane rlehane@kelleydrye.com, BankruptcyCourt@KelleyDrye.com Dennis J LeVine courtinfo@bcylaw.com Thomas J Leanse thomas.leanse@kattenlaw.com, carole.levine@kattenlaw.com;
   kathleen.beaver@kattenlaw.com; jeri.bradshaw@kattenlaw.com;
   adelle.shafer@kattenlaw.com Thomas R Lehman esf@tewlaw.com, trl@tewlaw.com David E Lemke david.lemke@wallerlaw.com, chris.cronk@wallerlaw.com;
   cathy.thomas@wallerlaw.com; wallerbankruptcy@wallerlaw.com Chris Lenhart lenhart.chris@dorseylaw.com Patrick T Lennon ptl@macfar.com Alvin R Lenoir alvinlenoir@yahoo.com James P S Leshaw leshawj@gtlaw.com Bruce Levinson b.levinson@verizon.net Mark A Levy mark.levy@brinkleymcnerney.com Joseph W Lewis Joelewislaw@yahoo.com Stephen Lewis slewis@stoltzusa.com Luisa M Linares llinareslaw@aol.com Alan Jay Lipkin maosbny@willkie.com Liquidity Solutions, Inc lsi@liquiditysolutions.com, sfriedberg@liquiditysolutions.com;
   rminkoff@liquiditysolutions.com Louis L Long long@chesserbarr.com, johnna@chesserbarr.com Sara E Lorber slorber@seyfarth.com Margaret C Lumsden mclumsden@ulslaw.com John B. Macdonald john.macdonald@akerman.com Madison Liquidity Investors, LLC sbishop@madisonliquidity.com
Richard H Malchon richard.malchon@ruden.com Jeffrey S. Margolin margolin@hugheshubbard.com Robert M Marino rmarino@reedsmith.com Bradley R Markey BRM@stmlaw.net, SMR@stmlaw.net Michael C Markham mikem@jpfirm.com, cathyk@jpfirm.com Johanna E Markind jmarkind@att.net Lawrence J Marraffino ljmarra@bellsouth.net James W Martin jmartin@simplawatlanta.com Philip V Martino philip.martino@dlapiper.com, christy.soberanis@dlapiper.com Kenneth G. M. Mather kmather@hinshawlaw.com Marie A Mattox marie@mattoxlaw.com, frances@mattoxlaw.com Walter F. McArdle wfm@spain-gillon.com Annette Kerlin McBrayer amcbrayer@ebglaw.com Charles W. McBurney cmcburney@bellsouth.net Charles S. McCall charles.mccall@hklaw.com Jerrett M. McConnell bankruptcy@fandmlaw.com John H. McCorvey jm1062@aol.com C Luckey McDowell luckey.mcdowell@bakerbotts.com David R McFarlin dmcfarlin@whmh.com, psmith@whmh.com,mbretana@whmh.com Richard J McIntyre rjmcintyre@trenam.com Thomas H. McLain tmclain@fishersauls.com William S McMahon wmcmahon@choate.com Austin L. McMullen amcmulle@bccb.com Andrew

D McNamee amcnamee@swmwas.com,
larrazola@swmwas.com;cgraver@swmwas.com Marc T McNamee mmcnamee_br@nealharwell.com Derek F Meek dmeek@burr.com, msolomon@burr.com;jcrawfor@burr.com Kenneth C Meeker ken.meeker@usdoj.gov Richard M. Meth rmmnybankruptcy@pitneyhardin.com Laura D Metzger ldmetzger@mayerbrownrowe.com Lawrence H Meuers lmeuers@meuerslawfirm.com, snurenberg@meuerslawfirm.com;
lcastle@meuerslawfirm.com; nbucciarelli@meuerslawfirm.com G Christopher Meyer cmeyer@ssd.com Robert C Meyer meyerrobertc@cs.com Todd C Meyers tmeyers@kilpatrickstockton.com Philip E Miles pmiles@alabamatortlaw.com Christopher C. Miller cmiller@mgm.com Kathleen M. Miller kmm@skfdelaware.com Stephen M Miller smiller@morrisjames.com David F Mills david@mastschulz.com Mark Minuti mminuti@saul.com T David Mitchell tdavidmitchell@msn.com Joseph Thomas Moldovan jmoldovan@morrisoncohen.com, bankruptcy@morrisoncohen.com Richard A Montague rmontague@wellsmoore.com Brett S. Moore bsmoore@pbnlaw.com Frank H Moore hmoore@cmbfirm.com, dbrewer@cmbfirm.com John A Moore jmoore@pogolaw.com Mindy A Mora mmora@bilzin.com, eservice@bilzin.com;
lflores@bilzin.com;mfoster@bilzin.com Lee P Morgan lmorgan@morganlawyers.com Deborah M Morris deborah.m.morris@usdoj.gov C Daniel Motsinger cmotsinger@kdlegal.com, ispells@kdlegal.com,Roeosc@aol.com Richard H Nash mbarnes06@bellsouth.net Larren M Nashelsky lnashelsky@mofo.com Albert F. Nasuti anasuti@tokn.com Bruce S. Nathan bnathan@lowenstein.com Bradley P Nelson nelson@sw.com Carole Neville cneville@sonnenschein.com Peter E. Nicandri pnicandri@milamhoward.com, hdurham@milamhoward.com James J. Niemeier jniemeier@mnmk.com,awoodard@mnmk.com Douglas C Noble nobled@phelps.com, hoffmank@phelps.com Donald A Nohrr dnohrr@gray-robinson.com Michael A Paasch mpaasch@mateerharbert.com, kchurch@mateerharbert.com Michael Palahach mpalahach@palahachcruanes.com Merritt A. Pardini merritt.pardini@kmzr.com E. Warren Parker parker@jaxlawcenter.com, dmilford@jaxlawcenter.com Barbra R. Parlin nyc-bkcyecf@hklaw.com Jimmy D Parrish bankruptcynotice@groneklatham.com Jay D. Passer tbcc2@verizon.net, kathykorson@hotmail.com Patrick P. Patangan patrick.patangan@akerman.com Aaron D. Patton apatton@murrayfrank.com David J Pedersen djpedersen@cfl.rr.com Armando A Perez perezarm@bellsouth.net Christian A Petersen cpetersen@gunster.com Edward J. Peterson epeterson.ecf@srbp.com Torrence R Phillips torrence@hlalaw.com David L Pollack pollack@ballardspahr.com Geraldine E Ponto gponto@gibbonslaw.com James H. Post jpost@smithhulsey.com Leanne McKnight Prendergast lprendergast@smithhulsey.com Charles S Prentace charles.prentace@norfolk.gov Robert E Price rprice@replegal.com, bvoelkl@replegal.com David C Profilet dprofilet@the-beach.net Peter N Pross ppross@eckertseamans.com Nicholas V. Pulignano npulignano@marksgray.com, slw@marksgray.com Paul Pysczynski paulp@lancasterlawyers.com, debbieh@lancasterlawyers.com;ppyski@aol.com Charles V Quinn cquinn@dbl-law.com Rex D. Rainach rainach@msn.com Charles M Rand legal0103@aol.com, lisaatCRand@aol.com Peter J Rathwell prathwell@swlaw.com Adam Ravin aravin@skadden.com, rgray@skadden.com, jleamy@skadden.com,

kward@smithhulsey.com, dturetsk@skadden.com, dkaloudi@skadden.com, jwoodfie@skadden.com,jlederer@skadden.com Eric T. Ray eray@balch.com Dean A Reed dino4897@yahoo.com Diane G. Reed dianegreed@sbcglobal.net Jeffrey C. Regan jregan@rzwlaw.com, kmoran@rzwlaw.com;bcrawford@rzwlaw.com Russell L Reid russell.reid@hellerehrman.com T Dwight Reid mistiej@aol.com Steven J. Reisman sreisman@cm-p.com , athau@cm-p.com Brian G Rich brich@bergersingerman.com, efile@bergersingerman.com; jdiaz@bergersingerman.com Michael L Rich mrich@dbl-law.com Sarah Richardson srichard@co.pinellas.fl.us Larry B Ricke larry.ricke@leonard.com Harley E Riedel hriedel.ecf@srbp.com, hriedel.ecf@srbp.com Fred B. Ringel fringel@pobox.com Richard A Robinson rrobinson@bakerlaw.com, pshivamber@bakerlaw.com; OrlBakerDocket@bakerlaw.com John T Rogerson jrogerson@vbwr.com, fdepaolo@vbwr.com, acroft@vbwr.com, jspanopoulos@vbwr.com Mark S Roher mroher@rprslaw.com, mlopez@rprslaw.com;lschiller@rprslaw.com Adam L. Rosen mail@srsllp.com Avrum J. Rosen arosen@avrumrosenlaw.com Mitchell S Rosen mrosen@rosenlawgroup.com, lmurrah@rosenlawgroup.com Paul M Rosenblatt prosenblatt@kilpatrickstockton.com Neal M. Rosenbloom NRosenbloom@finkgold.com Jason A Rosenthal Jason@therosenthallaw.com Fox Rothschild nybkfilings@foxrothschild.com Edward P Rowan erowan@lkrhmobile.com J Casey Roy roy@mcclainleppert.com David S Rubin drubin@kswb.com Guy B Rubin guy.rubin@rubinandrubin.com Robert B. Rubin brubin@burr.com Rachel L Rubio rrubio@mdrtlaw.com Shelley D Rucker srucker@millermartin.com Frederick F Rudzik rudzikf@dor.state.fl.us Maura I Russell jguerrier@dreierllp.com Peter D. Russin prussin@melandrussin.com, ltannenbaum@melandrussin.com Teresa Sadutto tsadutto@platzerlaw.com Anthony M Salzano asalzano@pascocountyfl.net, tosipov@pascocountyfl.net Anthony F Sanchez afspalaw@aol.com Ashley E Sandage aes@clcsattorneys.com Al A Sarrat asarrat@jacobssarrat.com Michael M Schmahl mschmahl@mcguirewoods.com Marvin S. Schulman mschulmanpa@aol.com Sarah L Schultz sschultz@akingump.com Gregory J. Seketa franklin.berg@4086.com
Ed S. Sell eds@sell-melton.com Joel M Shafferman joel@shafferman.com James D Shannon jshannon@shannonlawfirm.com, sbarlow@shannonlawfirm.com Susan H Sharp ssharp.ecf@srbp.com Daniel Carr Shaughnessy lindsaylaw@bellsouth.net Mary Kay Shaver mkshaver@varnumlaw.com Andrew Howard Sherman asherman@sillscummis.com Lynn Welter Sherman lsherman@hwhlaw.com, lbecker@hwhlaw.com Bradley S Shraiberg bshraiberg@kpkb.com R Scott Shuker bankruptcynotice@groneklatham.com Timothy P. Shusta shustat@phelps.com, yosta@phelps.com Robert J Shuttera rshuttera@flapersonalinjury.com Wendy M Simkulak wmsimkulak@duanemorris.com Wayne M Singletary courtmail@schuylaw.com Peter L. Slinn plslinn@stoel.com Thomas R. Slome mail@srsllp.com Aaron C Smith asmith@lordbissell.com Anthony J. Smits anthony.smits@bingham.com Richard G. Smolev rsmolev@kayescholer.com Walter J. Snell snellandsnell@mindspring.com, snellandsnell@hotmail.com Kristofor D Sodergren bankruptcy@hsmbb.com Marc P Solomon msolomon@burr.com James E Sorenson bk@wggdlaw.com Rhysa G South sou06@co.henrico.va.us Karen K Specie specie@scruggs-carmichael.com, darden@scruggscarmichael.com;

kstinson@scruggs-carmichael.com Arthur J Spector aspector@bergersingerman.com Mark D. Speed mds@markdspeedlaw.com Thomas St Germain tom@weinlaw.com, christie@weinlaw.com David N Stern dstern@gjb-law.com, vdueppe@gjb-law.com; lpantaleon@gjblaw.com; tmessana@gjb-law.com Don M Stichter dstichter.ecf@srbp.com Scott A. Stichter sstichter.ecf@srbp.com Dennis J Stilger djstilger@insightbb.com Susan F Stivers susan.stivers@ky.gov  Ray H Stoess raystoess@bellsouth.net Philip D Storey pds@aswmpa.com, MByrd@aswmpa.com Alan C Stout stephanie@sfk-law.com, astout@stoutlaw.com Sabrina L. Streusand streuss@hughesluce.com Jerry W Sullivan jwsullivan@lgsdalaw.com Charles P Summerall csummerall@bmsmlaw.com, pmarfizo@bmsmlaw.com Stephen B. Sutton ssutton@lathropgage.com David L Sweat dsweat@rueziffra.com, tponder@rueziffra.com Douglas B Szabo douglas.szabo@henlaw.com, maria.figueroa@henlaw.com Joel L. Tabas jtabas@tfsmlaw.com Tina M Talarchyk ttalarchyk@ssd.com, aparker@ssd.com
Gene B Tarr gbt@btcmlaw.com
Benjamin D Tarver questions@bankruptcy.intranets.com
Robert J Telfer rtelfer@ctrfa.com
Richard R Thames rrthames@stmlaw.net, blc@stmlaw.net
Janet H. Thurston cohenthurston@cs.com
David J Tong djt@saxongilmore.com, acuff@saxongilmore.com
Laura L. Torrado ltorrado@bear.com
Trade-Debt.net tmcguire@trade-debt.net
Kristen F Trainor ktrainor@shb.com
Ronald M Tucker rtucker@simon.com, cmartin@simon.com, rwoodruff@simon.com, ncaldwell@simon.com, ptropepe@simon.com
Harran E Udell hudell@forthepeople.com
United States Trustee -JAX USTP.Region21.OR.ECF@usdoj.gov
Raymond J. Urbanik rurbanik@munsch.com
Thomas C. Valentine tvalentine@walterslevine.com
Marcio W. Valladares , kristin.field@usdoj.gov
Lori V. Vaughan lvaughan@foley.com, mgrettenberger@foley.com
Jay B Verona jay@veronalawgroup.com, connie@veronalawgroup.com
Franklin T Walden waldenlegal@aol.com
David H Wander dwander@wanderlaw.com
Richard Whitney Ward rwward@airmail.net
Michael D. Warner bankruptcy@warnerstevens.com
Allan C Watkins watkinslaw@worldnet.att.net
Regina Wedig rswedig@bellsouth.net
Leslie G Weeks lgw@helmsinglaw.com
Alan M. Weiss alan.weiss@hklaw.com
Scott R Weiss scott.weiss@marshallwatson.com
John W Wesley wesleyandassociates@earthlink.net
Margaret R Westbrook lhogewood@kennedycovington.com, cevans@kennedycovington.com; bfork@kennedycovington.com
David B. Wheeler davidwheeler@mvalaw.com
Stephen D Wheelis steve@wheelis-rozanski.com

Hurley Partin Whitaker hpw@whitakerlaw.com
William Douglas White wdw@mccarthywhite.com
Joseph C Whitelock jowhiteloc@aol.com
Robert D Wilcox rwilcox@wilcoxlawfirm.com
John J. Wiles bankruptcy@evict.net
Amy Pritchard Williams swilliams@kennedycovington.com
Steven R Wirth swirth@kayescholer.com
Jeffrey C Wisler jwisler@cblh.com
David A Wolf dwolf@woodatter.com
Frank J. Wright bankruptcy@hswgb.com
Allan E. Wulbern awulbern@smithhulsey.com
Robert L Wunker rwunker@rutherfordmulhall.com
Heather L Yonke hyonke@gjb-law.com, ctarrant@gjb-law.com;hburke@gjb-law.com
    JRichard Young jry@stumplaw.com
William Knight Zewadski z@trenam.com Brian D Zinn bzinn@gbclaw.com, jmoore@gbclaw.com Scott A. Zuber szuber@pitneyhardin.com