**Bradley Winston, Esq.**
Board Certified Civil Trial Lawyer

**Alexander Clark, Esq.**

**Christopher B. Wigand, Esq.**

**Frank Delia, Esq.**

**Eliot Reifkind, Esq.**
Of Counsel



8211 W. Broward Blvd., Suite 420
Plantation, FL 33324

Telephone 954-475-9666
Fax 954-475-2279
www.winstonlaw.com

Practice Limited to
Civil Litigation

Exhibit "A"

December 18, 2006

VIA TELEFAX - VIA REGULAR U.S. MAIL

Dennis J. LeVine
Dennis LeVine & Associates, P.A.
103 So. Boulevard
Tampa, Fl 33606

Re:   Our client.............Joanne Major

Dear Mr. LeVine:

Thank you for your correspondence of 12/18/06. Please prepare the necessary application to be filed with the bankruptcy court. The following is the information you requested:

Our client, Joanne A. Major, slipped and fell at a Winn-Dixie store No. 345, located at 1019 So. Federal Highway, Deerfield Beach, Florida 33441, on 6/9/06. The matter is not in litigation. Gloria Davis, Claims Examiner III, of Sedgwick claims Management Services, Inc., is the adjuster for Winn-Dixie. Their address is P. O. Box 24787, Jacksonville, Florida 32241, telephone (904) 419-5300, telefax 904-419-5365. Claim No. A611205203-0001-01. My client sustained a severe ankle, foot and lumbar sprain, with a possible fracture of the ankle. The amount of damages is unliquidated.

Should you require additional information, please do not hesitate to contact us.

Very truly yours,

BRADLEY WINSTON
BW:k
Enc.

EXHIBIT  A

RECEIVED DEC 2 1 2006