UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In Re: ) | Case No. 05-03817-3F1 |
| WINN -DIXIE STORES, INC., <u>et al.</u>, ) | Chapter 11 |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| ) | |

## MOTION/APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM BY DIM VASTGOED NV, STORE NUMBER 903

**COMES NOW** DBR ASSET MANAGEMENT LLC, as agent for DIM VASTGOED NV, and hereby files this Application/Motion For Administrative Expense Claim against the Reorganized Debtors corresponding to a claim arising within the period between February 21, 2005 and November 21, 2006 and in support states as follows:

1. Pursuant to the Court's notice of (A) Entry of order confirming plan of reorganization, (B) Occurrence of effective date of plan, and (C) Bar dates for filing claims arising before effective date and other administrative claims and in accordance with Section 12.1 of the Plan, all requests for payment of Administrative Claims arising against Debtors in the period between February 21, 2005 and November 21, 2006, must be made by application filed with the bankruptcy Court and served upon counsel for the reorganized Debtors and the Post-Effective Date Committee no later than January 5, 2007.

2. The pending claim of DIM VASTGOED NV, falls within this claims period and is for reimbursement for CAM reconciliation, 2005 annual insurance, and 2005 annual RET in the amount of $5,584.68. A copy of the invoice is attached hereto as Exhibit A.

**WHEREFORE** DIM VASTGOED NV, requests this Motion/Application for Administrative Expense Claim corresponding to this claim be granted and that said claim be recognized as formally asserted against the Reorganized Debtors, thereby obligating said Reorganized Debtors to recognize and honor said claim.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District of Florida and I am certified in the compliance with the additional qualification to practice in this Court as set forth in Local Rule 910 (D) and (2) and that on the 27th day of December, 2006, a true copy of the foregoing has been served via U.S. Mail upon counsel for the Reorganized Debtors, James Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 and Counsel for the Post-Effective Date Committe, Matthew Barr, Milbank Tweed Hadley & McCloy LLP, Chase Manhattan Plaza, New York, New York 10005.

**NORTHWAY INVESTMENTS LLC**

BY: _____
Brian Mark
DBR Asset Management LLC, as agent
for DIM VASTGOED NV
1 Financial Plaza
Suite 2001
Fort Lauderdale, Florida 33394

# Unpaid Charges
## Winn Dixie (Store #903) (nswd)
## North-South Station

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| | Balance Forward | | | 0.00 |
| 02/28/05 | CAM Reconciliation (01/2004-12/2004) | 5,362.12 | | 5,362.12 |
| 11/17/05 | 2005 Annual Insurance Billing | 1,206.42 | | 6,568.54 |
| 11/23/05 | 2005 Annual RET Billing | 4,901.11 | | 11,469.65 |
| 09/13/06 | Credit-2005 CAM Reconciliation revised | -5,884.97 | | 5,584.68 |

| Current | 30 Days | 60 Days | 90 Days | Amount Due |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 5,584.68 | 5,584.68 |

EXHIBIT A