**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

FILED
JACKSONVILLE
FLORIDA

2006 DEC 28  A 8:56

BANKRUPTCY COURT
MIDDLE DISTRICT
OF FLORIDA

In Re: ) Case No. 05-03817-3F1
WINN-DIXIE STORES, INC., et al., ) Chapter 11
)
Reorganized Debtors. ) Jointly Administered
)

## MOTION/APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM BY NORTHWAY INVESTMENTS LLC, STORE NUMBER 343

**COMES NOW** DBR ASSET MANAGEMENT LLC, as agent for NORTHWAY INVESTMENTS LLC, and hereby files this Application/Motion For Administrative Expense Claim against the Reorganized Debtors corresponding to a claim arising within the period between February 21, 2005 and November 21, 2006 and in support states as follows:

1. Pursuant to the Court's notice of (A) Entry of order confirming plan of reorganization, (B) Occurrence of effective date of plan, and (C) Bar dates for filing claims arising before effective date and other administrative claims and in accordance with Section 12.1 of the Plan, all requests for payment of Administrative Claims arising against Debtors in the period between February 21, 2005 and November 21, 2006, must be made by application filed with the bankruptcy Court and served upon counsel for the reorganized Debtors and the Post-Effective Date Committee no later than January 5, 2007.

2. The pending claim of NORTHWAY INVESTMENTS LLC, falls within this claims period and is for reimbursement for 2006 RET reconciliation in the amount of $52,715.41. A copy of the invoice is attached hereto as Exhibit A.

**WHEREFORE** NORTHWAY INVESTMENTS LLC, requests this Motion/Application for Administrative Expense Claim corresponding to this claim be granted and that said claim be recognized as formally asserted against the Reorganized Debtors, thereby obligating said Reorganized Debtors to recognize and honor said claim.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District of Florida and I am certified in the compliance with the additional qualification to practice in this Court as set forth in Local Rule 910 (D) and (2) and that on the 21st day of December, 2006, a true copy of the foregoing has been served via U.S. Mail upon counsel for the Reorganized Debtors, James Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 and Counsel for the Post-Effective Date Committe, Matthew Barr, Milbank Tweed Hadley & McCloy LLP, Chase Manhattan Plaza, New York, New York 10005.

NORTHWAY INVESTMENTS LLC

BY: _____
Brian Mark
DBR Asset Management LLC, as agent
for NORTHWAY INVESTMENTS LLC
1 Financial Plaza
Suite 2001
Fort Lauderdale, Florida 33394

# Unpaid Charges
## Winn-Dixie Stores Leasing, LLC #343 (nscwd)
## Northway Shopping Center

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| | Balance Forward | | | 0.00 |
| 12/31/03 | A/R Beginning Balance | 262,617.58 | | 262,617.58 |
| 01/01/04 | Retail-Rent (01/04) | 13,189.80 | | 275,807.38 |
| 01/01/04 | CAM Rent (01/04) | 570.00 | | 276,377.38 |
| 01/01/04 | Security Service (01/04) | 606.40 | | 276,983.78 |
| 02/01/04 | Retail-Rent (02/04) | 20,423.50 | | 297,407.28 |
| 02/01/04 | CAM Rent (02/04) | 570.00 | | 297,977.28 |
| 02/01/04 | Security Service (02/04) | 606.40 | | 298,583.68 |
| 12/13/05 | 2005 Annual RET Billing | 6,225.56 | | 304,809.24 |
| 12/01/06 | 2006 RET Reconciliation | 52,715.41 | | 357,524.65 |
| 01/01/07 | Retail-Rent (01/07) | 20,423.50 | | 377,948.15 |
| 01/01/07 | CAM Rent (01/07) | 570.00 | | 378,518.15 |
| 01/01/07 | Security Service (01/07) | 606.40 | | 379,124.55 |

| Current | 30 Days | 60 Days | 90 Days | Amount Due |
|---|---|---|---|---|
| 52,715.41 | 0.00 | 0.00 | 304,809.24 | 379,124.55 |

EXHIBIT A