# Robert K. Yade

1. Robert K.. Yade -    27203 Paddock Drive, Brooksville, FL 34602
   DOB: 01/05/1948
   Spouse: Helen S. Yade

2. Date of Incident: 02/21/2005.
   Place: Winn Dixie #652, 31100 Cortez Boulevard, Brooksville, FL 34602.
   Since February 21, 2005, the Winn Dixie pharmacy, through it's employees and/or agents negligently dispensed multiple medications to Robert K. Yade that were contraindicated.

   As a result or Winn Dixie's negligence, Robert K. Yade suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing in nature and Robert K. Yade will suffer the losses in the future.

   As a further result, his spouse, Helen S. Yade, lost the services, society, and consortium of the Robert K. Yade.

3. No demand has been made at this time/unliquidated.

4. George C. Psetas, Esquire, 10816 U.S. 19N, Suite 105, Port Richey, FL   34668
   Email - psetas.law@ verizon.net.

EXHIBIT A