United States Bankruptcy Court
Middle District of Florida
Jacksonville Division

In re:                                              Case No. 05-03817-3F1

Winn-Dixie Stores, Inc. et al.,                     Chapter 11

Reorganized Debtors,                                Jointly Administered

## MOTION FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

Claimant, LATOYA POOLE, by and through her undersigned counsel, hereby files this Motion for Administrative Expense Claim, and in support thereof, states as follows:

1. That on June 18, 2006 LOTOYA POOLE was an invitee at Winn-Dixie Store #527.

2. While on the premises, she slipped and fell due to a negligent condition, to wit: a substantial amount of water was on the floor which was left on the floor by the floor machine

3. As a direct result of the fall, LOTOYA POOLE was caused to suffer serious injuries, pain and suffering.

4. LOTOYA POOLE has incurred substantial medical in the treatment of her injuries. To date LOTOYA POOLE has incurred medical bills in excess of $665.90 and more are expected.

5. Claimant, LOTOYA POOLE, has sustained injuries, pain, suffering and loss of enjoyment of life for which she demands compensation in the amount of $15,000.

WHEREFORE, LOTOYA POOLE hereby demands that she receives payment from WINN-DIXIE STORES, INC. for all of her medical bills incurred as a result of her injuries, as well as payment as compensation for her pain, suffering, injuries, damages and loss of enjoyment of life, as well as for all reasonable future medical expenses for said injuries. As full and final settlement of this claim, LOTOYA POOLE requests that she receive $15,000 from the debtor, WINN-DIXIE STORES, INC.

_____
Cathy B. Donohoe (DONO16)
DONOHOE & STAPLETON, L.L.C.
2781 Zelda Road
Montgomery, Alabama 36106
334-269-3355