## UNITED STATES BANKRUPTY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

**WINN-DIXIE STORES, INC., et al.,**

Debtors.[1]

**Chapter 11**

**Case No. 05-03817-3F1**

**(Jointly Administered)**

### CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.   I am of legal age and I am not a party to this action.

2.   I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.   On or about December 20, 2006 I caused copies of:

- the **Notice of Hearing; and**

- the **Debtor's Twenty-Eighth Omnibus Objection to (A) Satisfied Claims, (B) No Liability Claims, (C) No Liability Misclassified Claims, (D) Amended and Superseded Claim and (E) Overstated Claims**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service Lists attached hereto as Exhibit A through E. A copy of the served Notice and Motion as listed above is attached hereto as Exhibit F.[2]

Dated: December 28, 2006

_Cathleen M. Logan_
Kathleen M. Logan

---

[1]   In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]   Claimants were served with a copy of the Notice, Motion and only the Exhibit on which they appeared.

Code: 3U

SERVICE LIST
(EXHIBIT A – SATISFIED CLAIMS)

SERVICE LIST
(EXHIBIT A - SATISFIED CLAIMS)
Notice of Hearing; Debtor's Twenty Eighth Omnibus
Objection to (A) Satisified Claims, (B) No Liability Claims
(C) No Liability Misclassified Claims, (D) Amended and
Superseded Claims and (E) Overstated Claims

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 399664-YY<br>A DAVIS ENTERPRISE INC<br>1972 HARRY BYRD HWY<br>DARLINGTON SC 29532 | CREDITOR ID: 378303-15<br>A MARTINEZ PRODUCE CORP<br>C/O BLAXBERG GRAYSON KUKOFF & SEGAL<br>ATTN MOISES T GRAYSON ESQ<br>25 SE 2ND AVENUE SUITE 730<br>MIAMI FL 33131 | CREDITOR ID: 241307-12<br>A&W LAWN CARE<br>PO BOX 386<br>AUTAUGAVILLE, AL 36003 |
| CREDITOR ID: 241383-12<br>A1A FOODS INC A1A SALSA<br>3255 PARKER DRIVE<br>ST AUGUSTINE, FL 32084 | CREDITOR ID: 241398-12<br>AAA PARKING LOT AND<br>STREET SWEEPING INC<br>ATTN: ROGER KAUFMAN, PRES<br>PO BOX 3551<br>SARASOTA, FL 34230-3551 | CREDITOR ID: 241475-12<br>ACADIAN LANDSCAPES OF<br>LOUISIANA<br>PO BOX 2246<br>KENNER, LA 70062 |
| CREDITOR ID: 241337-12<br>AG PRO TROPICALS INC<br>8272NW 68TH ST<br>MIAMI FL 33166-2759 | CREDITOR ID: 241777-12<br>AJILON CONSULTING US<br>DEPT CH 10682<br>PALATINE, IL 60055-0682 | CREDITOR ID: 241838-12<br>ALABAMA POWER COMPANY<br>PO BOX 242<br>BIRMINGHAM, AL 35292-0242 |
| CREDITOR ID: 278846-30<br>AMERICAN FRUIT & PRODUCE<br>12805 NW 42ND AVENUE<br>OPA-LOCKA, FL 33054 | CREDITOR ID: 397266-69<br>ANTHONY'S LANDSCAPING<br>ATTN TED ANTHONY, PRESIDENT<br>6430 JEFFERSON HIGHWAY<br>HARAHAN, LA 70123 | CREDITOR ID: 399729-98<br>ASM CAPITAL LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TPK STE 302<br>WOODBURY NY 11797 |
| CREDITOR ID: 242860-12<br>AVOMEX INC<br>PO BOX 1388<br>KELLER, TX 76244-1388 | CREDITOR ID: 278847-30<br>AYCO FARMS INC<br>C/O LSQ FUNDING GROUP L C<br>PO BOX 404322<br>ATLANTA, GA 30384-4322 | CREDITOR ID: 278848-30<br>BAILEY FARMS<br>ATTN DEBORAH BAILEY, VP<br>3553 TAR RIVER RD<br>OXFORD, NC 27565 |
| CREDITOR ID: 278849-30<br>BAKER FARMS<br>3667 ELLENTON - NORMAN PARK ROAD<br>NORMAN PARK, GA 31771 | CREDITOR ID: 278850-30<br>BAY CITY PRODUCE INC<br>PO BOX 8990<br>TAMPA, FL 33674 | CREDITOR ID: 278851-30<br>BBI PRODUCE INC<br>ATTN CHRISTOPHER P SMITH<br>PO BOX 1200<br>DOVER, FL 33527 |
| CREDITOR ID: 381735-15<br>BIG EASY PARKING LOT MAINT LLC<br>ATTN LISA C JAMES, OWNER<br>PO BOX 1787<br>CHALMETTE LA 70044-1787 | CREDITOR ID: 243559-12<br>BIRDS EYE FOODS<br>C/O BANK OF AMERICA<br>PO BOX 98222<br>CHICAGO, IL 60693 | CREDITOR ID: 243885-12<br>BREAU BEAR INC<br>100 EPPLER RD<br>LAFAYETTE LA 70506-7651 |
| CREDITOR ID: 278855-30<br>BROOKS TROPICAL<br>PO BOX 900160<br>HOMESTEAD, FL 33090 | CREDITOR ID: 244128-12<br>BUCKEYE CABLING SYSTEM INC<br>PO BOX 78558<br>CHARLOTTE, NC 28271 | CREDITOR ID: 278857-30<br>BURCH EQUIPMENT LLC<br>PO BOX 399<br>685 BURCH ROAD<br>FAISON, NC 28341-0399 |
| CREDITOR ID: 278858-30<br>CARIBBEAN GOLD INC<br>7241 SW 168 STREET<br>MIAMI, FL 33157 | CREDITOR ID: 278860-30<br>CH ROBINSON WORLDWIDE INC<br>PO BOX 9121<br>MINNEAPOLIS, MN 55480-9121 | CREDITOR ID: 244968-12<br>CHAMBERS & ASSOCIATES, INC<br>ATTN DERRILL C MCLENDON, PRES<br>111 S COLUMBIA DR<br>PO BOX 1652<br>DECATUR, GA 30031-1652 |

SERVICE LIST

(EXHIBIT A - SATISFIED CLAIMS)
**Notice of Hearing; Debtor's Twenty Eighth Omnibus
Objection to (A) Satisified Claims, (B) No Liability Claims
(C) No Liability Misclassified Claims, (D) Amended and
Superseded Claims and (E) Overstated Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 278861-30<br>CHIQUITA BANANA<br>BANANA SUPPLY DIVISION<br>P O BOX 530414<br>ATLANTA, GA 30353-0414 | CREDITOR ID: 278862-30<br>CHIQUITA FRUPAC INC<br>PO BOX 8538-594<br>PHILADELPHIA, PA 19171 | CREDITOR ID: 278863-30<br>CHURCH BROTHERS PRODUCE<br>PO BOX 509<br>SALINAS, CA 93902-0509 |
| CREDITOR ID: 245390-12<br>CIC PLUS, INC<br>ATTN JEFFREY A COHEN, PRESIDENT<br>6677 N LINCOLN AVENUE, SUITE 110<br>LINCOLNWOOD, IL 60712 | CREDITOR ID: 249683-12<br>CITY OF FLORENCE UTILITIES<br>ATTN SYLVIA SHIPMAN, COLL COORD<br>PO BOX 877<br>FLORENCE, AL 35631-0877 | CREDITOR ID: 249957-12<br>CITY OF FORT PIERCE UTILITIES<br>ATTN WM S ABRAMOWICZ<br>PO BOX 3191<br>FT PIERCE, FL 34948-3191 |
| CREDITOR ID: 417046-15<br>CITY OF GREEN COVE SPRINGS, FL<br>ATTN AARON R COHEN, ESQ.<br>PO BOX 4218<br>JACKSONVILLE FL 32201 | CREDITOR ID: 240137-06<br>CITY OF LAKELAND, FL<br>C/O CITY ATTORNEY<br>ATTN TIMOTHY J MCCAUSLAND<br>228 S MASSACHUSETTS AVENUE<br>LAKELAND FL 33801-5086 | CREDITOR ID: 240137-06<br>CITY OF LAKELAND, FL<br>CITY HALL FINANCE DEPARTMENT<br>ATTN KEVIN B CROUSE, CITY TREASURER<br>228 S MASSACHUSETTS AVE<br>LAKELAND FL 33801-5086 |
| CREDITOR ID: 399629-15<br>CITY OF LEESBURG<br>C/O MCLIN & BURNSED<br>ATTN FRED A MORRISON, CITY ATTORNEY<br>PO BOX 491357<br>LEESBURG FL 34749-1357 | CREDITOR ID: 246060-12<br>CITY OF PANCHATOULA<br>ATTN:  RAMONA UMBACH<br>125 WEST HICKORY STREET<br>PONCHATOULA, LA 70454-3215 | CREDITOR ID: 246210-12<br>CITY OF TAMPA<br>POLICE - EXTRA DUTY<br>315 E KENNEDY BLVD 050C2<br>TAMPA, FL 33602 |
| CREDITOR ID: 278864-30<br>CLAYTON RAWL FARMS INC<br>747 CALKSFERRY ROAD<br>LEXINGTON, SC 29072 | CREDITOR ID: 411190-15<br>CLECO<br>ATTN GARY CARTER, DIR CUST SYS/CRED<br>STEPHEN D WHEELS ATTORNEY/AGENT<br>2030 DONAHUE FERRY ROAD<br>PINEVILLE LA 71360 | CREDITOR ID: 278865-30<br>COAST TROPICAL<br>PO BOX 530369<br>SAN DIEGO, CA 92153 |
| CREDITOR ID: 246631-12<br>COLLIER COUNTY PRODUCE INC<br>PO BOX 7309<br>NAPLES, FL 34101 | CREDITOR ID: 278866-30<br>COLLINS BROTHERS PRODUCE<br>PO BOX 1025<br>FOREST PARK, GA 30298-1025 | CREDITOR ID: 246746-12<br>COMMERCIAL SWEEPERS OF LAKE CITY<br>946 SW CANNON CREEK DRIVE<br>LAKE CITY FL 32024 |
| CREDITOR ID: 246919-12<br>CONSULTING SPECTRUM INC<br>DBA RESOURCE SPECTRUM<br>PO BOX 2195<br>GRAPEVINE, TX 76099-2195 | CREDITOR ID: 247046-12<br>COTTLE STRAWBERRY NURSERY, INC<br>ATTN RON E COTTLE, PRES<br>192 NED COTTLE LANE<br>FAISON, NC 28341 | CREDITOR ID: 318691-43<br>COUNTY OF GREENVILLE TAX COLLECTOR<br>ATTN THERESA RICH<br>301 UNIVERSITY RIDGE, SUITE 700<br>GREENVILLE SC 29601 |
| CREDITOR ID: 257728-12<br>COUNTY OF ORANGE SHERIFFS OFFICE<br>OFF DUTY SERVICES UNIT<br>2500 W COLONIAL DR<br>ORLANDO FL 32804-8005 | CREDITOR ID: 247203-12<br>CREWS & GARCIA INC<br>PO BOX 11795<br>TAMPA, FL 33680-1795 | CREDITOR ID: 408202-15<br>CRYSTAL CLEAN SWEEPING, INC<br>ATTN R RAND RAY, OWNER/PRESIDENT<br>125 E FORD STREET, SUITE B1<br>RIDGELAND MS 39157 |
| CREDITOR ID: 399675-YY<br>CUSTOMIZED PROMOTIONAL RESOURCES INC<br>13794 N W 4TH STREET<br>SUITE 201<br>SUNRISE FL 33325 | CREDITOR ID: 278869-30<br>DAVID OPPENHEIMER & COMPANY<br>PO BOX 3409<br>BUFFALO, NY 14240-3409 | CREDITOR ID: 399676-YY<br>DAVIS CONCRETE PRODUCTS INC<br>PO BOX 697<br>PHENIX CITY AL 36868-0697 |

(EXHIBIT A - SATISFIED CLAIMS)
**Notice of Hearing; Debtor's Twenty Eighth Omnibus**
**Objection to (A) Satisfied Claims, (B) No Liability Claims**
**(C) No Liability Misclassified Claims, (D) Amended and**
**Superseded Claims and (E) Overstated Claims**

**DEBTOR:**   **WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:**   **05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 407682-98<br>DEBT ACQUISITION COMPANY OF AMERICA<br>ATTN SILVIA LUKES, CLAIMS ADMIN<br>1565 HOTEL CIRCLE SOUTH STE 310<br>SAN DIEGO CA 92108 | CREDITOR ID: 381052-47<br>DEUCE MCALLISTERS CATCH 22 FOUNDATION<br>ATTN JOSSELYN MILLER<br>PO BOX 231363<br>HARAHAN, LA 70183 | CREDITOR ID: 278872-30<br>DIXIE PRODUCE & PACKAGING<br>PO BOX 54073<br>NEW ORLEANS, LA 70154-4073 |
| CREDITOR ID: 278873-30<br>DIXIE PRODUCE & PACKAGING<br>PO BOX 23647<br>NEW ORLEANS, LA 70183 | CREDITOR ID: 278871-30<br>DIXIE PRODUCE CO, INC<br>ATTN DAN BISHOP, CFO<br>PO BOX 429<br>CHATTANOOGA, TN 37401 | CREDITOR ID: 278874-30<br>DLJ PRODUCE INC<br>P O BOX 2398<br>WEST COVINA, CA 91793 |
| CREDITOR ID: 278875-30<br>DOLE FRESH FRUIT COMPANY<br>PO BOX 65797<br>CHARLOTTE, NC 28265-0797 | CREDITOR ID: 278876-30<br>DOLE FRESH VEGETABLES<br>91958 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | CREDITOR ID: 248433-12<br>DOTHAN SECURITY INC<br>ATTN: EDDIE SORRELLS<br>PO BOX 830529<br>BIRMINGHAM, AL 35283 |
| CREDITOR ID: 373583-44<br>DUPLANTIS, ALFRED<br>5064 BAYOUSIDE DR<br>CHAUVIN, LA 70344 | CREDITOR ID: 249010-12<br>ENTERGY<br>PO BOX 61009<br>NEW ORLEANS, LA 70161-1009 | CREDITOR ID: 399677-YY<br>ENVIROMENTAL RESOURCE SOLUTIONS INC<br>1597 THE GREENS WAY<br>SUITE 200<br>JACKSONVILLE BEACH FL 32250 |
| CREDITOR ID: 408404-98<br>FAIR HARBOR CAPITAL LLC<br>ATTN FRED GLASS<br>875 AVENUE OF THE AMERICAS STE 2305<br>NEW YORK NY 10001 | CREDITOR ID: 278842-30<br>FIVE BROTHERS PRODUCE INC<br>PO BOX 349168<br>HOMESTEAD, FL 33034-9168 | CREDITOR ID: 278880-30<br>FLAVOR PIC TOMATO CO INC<br>BUILDING 1<br>420 FINLEY AVE W<br>BIRMINGHAM, AL 35204 |
| CREDITOR ID: 278882-30<br>FLORIDA FRESH INTERNATIONAL INC<br>PO BOX 901348<br>HOMESTEAD, FL 33090 | CREDITOR ID: 249785-12<br>FLORIDA KEYS ELEC COOP INC<br>ATTN SHAWN P MULHOLLAND<br>91605 OVERSEAS HIGHWAY<br>PO BOX 377<br>TAVERNIER, FL 33070-0377 | CREDITOR ID: 278883-30<br>FRANCIS PRODUCE CO<br>ATTN: STEVE FRANCIS<br>3048 WHITE HORSE RD<br>GREENVILLE, SC 29611-6056 |
| CREDITOR ID: 278884-30<br>FRESH EXPRESS INC ATLANTA<br>LOCKBOX 932479<br>ATLANTA, GA 31193-2479 | CREDITOR ID: 381734-15<br>FRESH FROZEN FOODS LLC<br>ATTN LARRY M HICKS, CFO<br>PO BOX 215<br>JEFFERSON GA 30549 | CREDITOR ID: 278886-30<br>FRESH START PRODUCE SALES INC<br>5353 WEST ATLANTIC AVE<br>EXECUTIVE SQ STE 403-404<br>DELRAY BEACH, FL 33484-8166 |
| CREDITOR ID: 278887-30<br>FRESHOUSE II LLC<br>PO BOX 883<br>RIVERHEAD, NY 11901 | CREDITOR ID: 399648-15<br>FROZSUN FOODS INCORPORATED<br>C/O FROZSUN, INC<br>ATTN LEGAL DEPT, PETER GWOSDOF, ESQ<br>701 W KIMBERLY AVENUE, SUITE 210<br>PLACENTIA CA 92870 | CREDITOR ID: 250326-12<br>GATOR MAINTENANCE & SWEEPING<br>14342 NORMANDY BLVD<br>JACKSONVILLE, FL 32234 |
| CREDITOR ID: 381117-47<br>GIDDENS SECURITY CORPORATION<br>PO BOX 37459<br>JACKSONVILLE, FL 32236-7459 | CREDITOR ID: 255163-12<br>GIORGIANNI, LYNN<br>3081 ISSER LANE<br>JACKSONVILLE, FL 32257 | CREDITOR ID: 384328-47<br>GISEVIUS, ROBERT<br>70306 ABITA AVENUE<br>MANDEVILLE, LA 70471 |

SERVICE LIST
(EXHIBIT A - SATISFIED CLAIMS)
Notice of Hearing; Debtor's Twenty Eighth Omnibus
Objection to (A) Satisified Claims, (B) No Liability Claims
(C) No Liability Misclassified Claims, (D) Amended and
Superseded Claims and (E) Overstated Claims

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                    **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 250598-12<br>GIUMARRA VINEYARDS CORP<br>PO BOX 1969<br>BAKERSFIELD, CA 93303 | CREDITOR ID: 250647-12<br>GLOBAL BERRY FARMS<br>2241 TRADE CENTER WAY STE A<br>NAPLES, FL 34109 | CREDITOR ID: 250705-12<br>GOLDEN TRIANGLE SERVICES<br>309 KEITH ST<br>CHATTANOOGA TN 37406-2727 |
| CREDITOR ID: 399692-YY<br>GREEN, PETER JR<br>5401 - A SUITE 289 S<br>CHARLOTTE NC 28217 | CREDITOR ID: 384373-47<br>GREMILLION, STEPHEN J<br>306 SOUTH MARSHALL<br>BUNKIE, LA 71322 | CREDITOR ID: 278893-30<br>GULF COAST PRODUCE INC<br>PO BOX 1020<br>DOVER, FL 33527 |
| CREDITOR ID: 251105-12<br>H SMITH PACKING CORP<br>ATTN JASON BARNES, CONTROLLER<br>55 N STREET, SUITE C<br>PRESQUE ISLE, ME 04769 | CREDITOR ID: 492949-97<br>HACKBARTH DELIVERY SERVICE INC<br>ATTN: LONA WHITLOCK, ASST CONTROLLE<br>DEPT 1201<br>PO BOX 2153<br>BIRMINGHAM AL 35287 | CREDITOR ID: 251126-12<br>HACKBARTH DELIVERY SERVICE, INC<br>ATTN: SHANNON WOODS, AR MGR<br>DEPT 1201<br>PO BOX 2153<br>BIRMINGHAM, AL 35287-1201 |
| CREDITOR ID: 252787-12<br>HELGESTAD, JASON<br>4163 REDOAK LANE<br>IRONSTATION NC 28080 | CREDITOR ID: 278896-30<br>HELLER BROS<br>PO BOX 770249<br>WINTER GARDEN, FL 34777-0249 | CREDITOR ID: 278898-30<br>HINTON FARMS<br>1839 DOVER ROAD N<br>DOVER, FL 33527 |
| CREDITOR ID: 278899-30<br>HOLLAR & GREENE PRODUCE CO INC<br>PO BOX 3500<br>BOONE, NC 28607-3500 | CREDITOR ID: 381460-47<br>HORNE, DANIEL<br>2450 MEMORIAL BLVD<br>KINGSPORT, TN 37664 | CREDITOR ID: 278900-30<br>I KUNIK COMPANY<br>2000 INDUSTRIAL DRIVE<br>MCALLEN, TX 78504 |
| CREDITOR ID: 278901-30<br>IBERTRADE<br>747 THIRD AVENUE<br>36TH FLOOR<br>NEW YORK, NY 10017 | CREDITOR ID: 381141-47<br>IMPORTS UNLIMITED INC/STUART FIN COR<br>630 WOODLAND AVENUE<br>CHELTENHAM, PA 19012 | CREDITOR ID: 278902-30<br>INDIAN HILLS PRODUCE INC<br>ATTN JOHN M TOTH, PRES<br>PO BOX 120099<br>CLERMONT, FL 34712-0099 |
| CREDITOR ID: 278903-30<br>INFINITE HERBS LLC<br>ATTN: GREGO BERLIAVSKY<br>1180 E HALLANDALE BEACH BLVD, STE C<br>HALLANDALE, FL 33009 | CREDITOR ID: 252274-12<br>INTERNATIONAL SEC & INVES, INC<br>ATTN TERRY W UPCHURCH, PRES<br>988 DERBYSHIRE DRIVE<br>KISSIMMEE FL 34758 | CREDITOR ID: 252394-12<br>J&D PRODUCE<br>PO BOX 200677<br>HOUSTON, TX 77216-0677 |
| CREDITOR ID: 278905-30<br>JAC VANDENBERG INC<br>S  WESTCHESTER EXECUTIVE PARK<br>100 CORPORATE BLVD<br>YONKERS, NY 10701 | CREDITOR ID: 399680-YY<br>JAMES S FORRESTER MD PA<br>PO BOX 459<br>STANLEY NC 28164 | CREDITOR ID: 253122-12<br>JMB BROS INC<br>PO BOX 639<br>PLANT CITY, FL 33564 |
| CREDITOR ID: 253201-12<br>JOHN COPES FOOD PRODUCTS INC<br>PO BOX 7324<br>LANCASTER, PA 17604 | CREDITOR ID: 395579-15<br>JOHNNY'S QUALITY FOODS INC<br>ATTN JOSEPH J MANGANO SR, PRES<br>7837 E ST BERNARD HWY<br>ST BERNARD LA 70085 | CREDITOR ID: 278907-30<br>JOSEPH P SULLIVAN & CO<br>PO BOX 449<br>AYER, MA 01432-0449 |

**SERVICE LIST**
**(EXHIBIT A - SATISFIED CLAIMS)**
**Notice of Hearing; Debtor's Twenty Eighth Omnibus**
**Objection to (A) Satisified Claims, (B) No Liability Claims**
**(C) No Liability Misclassified Claims, (D) Amended and**
**Superseded Claims and (E) Overstated Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                           **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 253691-12<br>KEANE INC<br>PO BOX 99851<br>CHICAGO, IL 60690-7651 | CREDITOR ID: 399682-YY<br>KENTUCKY RIVER MEDICAL CENTER<br>540 JETTS DRIVE<br>JACKSON KY 41339 | CREDITOR ID: 278908-30<br>KNC PRODUCE<br>15050 SILVER SMITH CIRCLE<br>BROOKSVILLE, FL 34609 |
| CREDITOR ID: 254177-12<br>KUHN FLOWERS<br>3802 BEACH BLVD<br>JACKSONVILLE, FL 32207-4757 | CREDITOR ID: 278909-30<br>L&M COMPANIES INC<br>PO BOX 890474<br>CHARLOTTE, NC 28289-0474 | CREDITOR ID: 254283-12<br>LADYBUGS MAINTENANCE, INC<br>ATTN DOUG L TERRO, SEC/TREAS<br>PO BOX 60351<br>LAFAYETTE LA 70596-0351 |
| CREDITOR ID: 278910-30<br>LAKE PLACID GROVES LLC<br>PO BOX 1005<br>LAKE PLACID, FL 33862-1005 | CREDITOR ID: 278915-30<br>M RICHARD & SON<br>PO BOX 66<br>SUNSET, LA 70584-0066 | CREDITOR ID: 381532-47<br>MANN, TONY<br>5810 CRISPIN STREET, APT 1A<br>ROANOKE, VA 24019 |
| CREDITOR ID: 278917-30<br>MANNY LAWRENCE SALES INC<br>820 PARK ROW  PMB# 693<br>SALINAS, CA 93901-2406 | CREDITOR ID: 255408-12<br>MARBRAN USA LC<br>PO BOX 200400<br>HOUSTON, TX 77216-0400 | CREDITOR ID: 407756-15<br>MARCUS JACKSON LLC DBA<br>PINNACLE SERVICES<br>ATTN MARCUS JACKSON, OWNER<br>PO BOX 368<br>DUPLESSIS LA 70728 |
| CREDITOR ID: 278921-30<br>MARKER 29 PRODUCE<br>PO BOX 301<br>ONANCOCK, VA 23417 | CREDITOR ID: 381900-30<br>MASTRONARDI PRODUCE, INC<br>C/O SANTOS STOKES LLP<br>ATTN CRAIG A STOKES, ESQ<br>3330 OAKWELL COURT, SUITE 225<br>SAN ANTONIO TX 78218 | CREDITOR ID: 381900-30<br>MASTRONARDI PRODUCE, INC<br>ATTNFRANK MASTRONARDI, CFO<br>2100 ROAD 4 EAST<br>KINGSVILLE ON N9Y 2E5<br>CANADA |
| CREDITOR ID: 315696-36<br>MATRANA'S PRODUCE INC<br>ATTN CAMILE MATRANA JR, VP<br>201 LOUISIANA STREET<br>WESTWEGO LA 70094 | CREDITOR ID: 255913-12<br>MCMICHAELS CONSTRUCTION<br>90 ALMON RD<br>COVINGTON GA 30014-0800 | CREDITOR ID: 278924-30<br>MINERAL KING<br>246 E CALDWELL AVE<br>VISALIA, CA 93277 |
| CREDITOR ID: 384244-47<br>MISSISSIPPI POWER CO<br>ATTN JAN STUART<br>401 WEST MAIN AVE<br>LUMBERTON MS 39455 | CREDITOR ID: 278927-30<br>MONTEREY MUSHROOMS INC<br>ATTN BYRON IRMEGER, CONTROLLER<br>PO BOX 550871<br>TAMPA, FL 33655-0871 | CREDITOR ID: 399687-YY<br>MONTOUCETS AUTO REPAIR SHOP<br>125 KILCHRIST ROAD<br>CARENCRO LA 70520 |
| CREDITOR ID: 383214-15<br>MOORE SECURITY LLC<br>ATTN PHYLLIS LEWIS, GM & STAN MOORE<br>506 E LEWIS & CLARK PARKWAY, STE 3<br>CLARKSVILLE IN 47129-1730 | CREDITOR ID: 278928-30<br>MOVSOVITZ & SONS OF FLA<br>PO BOX 41565<br>JACKSONVILLE, FL 32203 | CREDITOR ID: 399688-YY<br>MR ROOTER PLUMBING<br>ATTN BARBARA ELLIOTT, OFF MGR<br>PO BOX 917<br>PINEY FLATS TN 37686 |
| CREDITOR ID: 558155-W9<br>MR ROOTER PLUMBING<br>220 OLD MOUNTVIEW RD<br>PINY FLATS TN 37678 | CREDITOR ID: 278929-30<br>N&W FARMS INC<br>GROWER & SHIPPER OF SWEET POTATOES<br>222 HWY 341 S<br>VARDAMAN, MS 38878 | CREDITOR ID: 256989-12<br>NATIONAL NEWS DIST<br>2940 4TH AVE SOUTH<br>BIRMINGHAM, AL 35233 |

**SERVICE LIST**
**(EXHIBIT A - SATISFIED CLAIMS)**
**Notice of Hearing; Debtor's Twenty Eighth Omnibus**
**Objection to (A) Satisfied Claims, (B) No Liability Claims**
**(C) No Liability Misclassified Claims, (D) Amended and**
**Superseded Claims and (E) Overstated Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 407453-15<br>NEW ORLEANS PRIVATE PATROL SVCE INC<br>C/O MIDDLEBERG RIDDLE & GIANNA<br>ATTN BARRY H GRODSKY, ESQ<br>201 ST CHARLES AVENUE, 31ST FLOOR<br>NEW ORLEANS LA 70170-3100 | CREDITOR ID: 257289-12<br>NOBLE WORLDWIDE SALES AKA<br>WM G ROE & SONS, INC.<br>PO BOX 1647<br>WINTER HAVEN, FL 33880 | CREDITOR ID: 278933-30<br>OAKSHIRE MUSHROOM SALES LLC<br>PO BOX 388<br>KENNETT SQUARE, PA 19348 |
| CREDITOR ID: 257538-12<br>OCALA ELECTRIC UTILITY<br>PO BOX 1330<br>OCALA, FL 34478-1330 | CREDITOR ID: 380965-47<br>OCCUPATIONAL SAFETY & HEALTH ADMIN LABOR<br>US DEPT OF LABOR OFFICE OF THE SOLI<br>61 FORSYTH STREET SW<br>ATLANTA, GA 30303 | CREDITOR ID: 399691-YY<br>OLYMPIA SUPPLY COMPANY<br>PO BOX 3490<br>BURBANK CA 91508 |
| CREDITOR ID: 384277-47<br>PAC MARKETING INTERNATIONAL LLC<br>P O BOX 1323<br>YAKIMA, WA 98902 | CREDITOR ID: 257894-12<br>PACIFIC SALES COMPANY<br>PO BOX 9869<br>FRESNO, CA 93794-9869 | CREDITOR ID: 411220-15<br>PARISH OF VERMILION SCH BOARD<br>C/O JAN F ROWE, ESQ<br>124 NORTH STATE STREET, SUITE 300<br>ABBEVILLE LA 70510 |
| CREDITOR ID: 258285-12<br>PENCE LAWN CARE<br>PO BOX 2847<br>ARCADIA, FL 34265 | CREDITOR ID: 278937-30<br>PERO PACKING & SALES<br>14095 STATE ROAD 7<br>DELRAY BEACH, FL 33446 | CREDITOR ID: 278938-30<br>PICTSWEET FROZEN FOODS, THE<br>PO BOX 198233<br>ATLANTA, GA 30384-8233 |
| CREDITOR ID: 399296-15<br>PIONEER GROWERS COOPERATIVE<br>C/O ADELMAN LAW OFFICES, PC<br>ATTN DAVID A ADELMAN, ESQ<br>1320 TOWER ROAD, SUITE 114<br>SCHAUMBURG IL 60173 | CREDITOR ID: 278940-30<br>POWERHOUSE PRODUCE LLC<br>ATTN JAMES BANKS, ACCOUNT MANAGER<br>PO BOX 368<br>RIVERHEAD, NY 11901 | CREDITOR ID: 258786-12<br>PRATT & WHITNEY CANADA<br>PO BOX 730011<br>DALLAS, TX 75373 |
| CREDITOR ID: 258975-12<br>PROGRESS ENERGY CAROLINAS INC<br>PO BOX 2041<br>RALEIGH, NC 27602 | CREDITOR ID: 258976-12<br>PROGRESS ENERGY FLORIDA<br>PO BOX 33199<br>ST PETERSBURG, FL 33733-8199 | CREDITOR ID: 259019-12<br>PSR PROFESSIONAL STAFFING INC<br>9755 DOGWOOD ROAD, SUITE 350<br>ROSWELL, GA 30075 |
| CREDITOR ID: 278941-30<br>RAY GILLILAND MELONS, LLC<br>ATTN ALICE GILLILAND<br>206 DEERWOOD DRIVE<br>PRATTVILLE, AL 36067 | CREDITOR ID: 259313-12<br>RCG INFORMATION TECHNOLOGY INC<br>PO BOX 4516 CHURCH ST STATION<br>NEW YORK, NY 10261-4516 | CREDITOR ID: 407577-98<br>REDROCK CAPITAL PARTNERS LLC<br>ATTN CRAIG KLEIN<br>111 S MAIN ST STE C11<br>PO BOX 9095<br>BRECKENRIDGE CO 80424 |
| CREDITOR ID: 278942-30<br>RICHTER & COMPANY INC<br>1712 EAST BOULEVARD<br>CHARLOTTE, NC 28203 | CREDITOR ID: 384413-47<br>RILEY, WARREN J<br>7 EVERGLADES DRIVE<br>NEW ORLEANS, LA 70131 | CREDITOR ID: 259154-12<br>RJ'S SWEEPER SERVICE<br>ATTN RICK BARTLEY, PRES<br>PO BOX 1131<br>CENTURY, FL 32535 |
| CREDITOR ID: 278944-30<br>ROSEMONT FARMS CORPORATION<br>C/O SANTOS STOKES LLP<br>ATTN CRAIG A STOKES, ESQ<br>3330 OAKWELL COURT, SUITE 225<br>SAN ANTONIO TX 78218 | CREDITOR ID: 278944-30<br>ROSEMONT FARMS CORPORATION<br>ATTN ROBERT NISSENFELD, CONTROLLER<br>2700 N MILITARY TRAIL, SUITE 410<br>BOCA RATON FL 33431 | CREDITOR ID: 278945-30<br>RUIZ SALES<br>ATTN AUDREY ENCISO & RICHARD RUIZ<br>PO BOX 3421<br>EDINBURG, TX 78540 |

SERVICE LIST
(EXHIBIT A - SATISFIED CLAIMS)
Notice of Hearing; Debtor's Twenty Eighth Omnibus
Objection to (A) Satisfied Claims, (B) No Liability Claims
(C) No Liability Misclassified Claims, (D) Amended and
Superseded Claims and (E) Overstated Claims

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                            **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 278946-30<br>SANTA SWEETS<br>PO BOX 1166<br>BONITA SPRINGS, FL 34133-1166 | CREDITOR ID: 278947-30<br>SAVEN CORP<br>PO BOX 1763<br>CHARLESTON, WV 25326 | CREDITOR ID: 260543-12<br>SCHOENMANN PRODUCE COMPANY<br>PO BOX 201800<br>HOUSTON, TX 77216-1800 |
| CREDITOR ID: 260566-12<br>SCI PROMOTION GROUP LLC<br>5746 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | CREDITOR ID: 278948-30<br>SEALD SWEET LLC<br>PO BOX 116689<br>ATLANTA, GA 30368-6689 | CREDITOR ID: 260740-12<br>SERVICE EQUIPMENT CO<br>ATTN: MIKE MARQUESZ<br>PO BOX 52256<br>NEW ORLEANS, LA 70152-2256 |
| CREDITOR ID: 397810-75<br>SHERWIN WILLIAMS CO<br>2416 NORTH BROAD STREET<br>SELMA, AL 36701 | CREDITOR ID: 399696-YY<br>SHOAF, SHIRLEY<br>114 YORK AVENUE<br>KANNAPOLIS NC 28083 | CREDITOR ID: 399697-YY<br>SHRED IT<br>1001 THOMAS ST<br>HAMPTON VA 23669-3034 |
| CREDITOR ID: 845-03<br>SINGING RIVER ELECTRIC POWER ASSN<br>ATTN LEE HEDEGAARD, CEO<br>11187 HIGHWAY 63 SOUTH<br>PO BOX 767<br>LUCEDALE MS 39452 | CREDITOR ID: 381333-47<br>SMITH, BUTCH<br>159 WALTER LANE<br>YAZOO CITY, MS 39194 | CREDITOR ID: 384096-47<br>SMITH, DONALD E<br>1164 ALCALA DRIVE<br>ST AUGUSTINE, FL 32086 |
| CREDITOR ID: 278949-30<br>SOL GROUP MARKETING<br>1751 SW 8TH STREET, SUITE 208<br>POMPANO BEACH, FL 33069 | CREDITOR ID: 384367-47<br>SOUTHERN INSTALLATION & SERVICES INC<br>ATTN: JERRY H BARRON<br>PMB 107<br>6223 HIGHWAY 90<br>MILTON FL 32570-1705 | CREDITOR ID: 278950-30<br>SOUTHERN SPECIALITIES<br>PO BOX 651548<br>CHARLOTTE, NC 28265-1548 |
| CREDITOR ID: 278951-30<br>SPICE WORLD INC<br>8101 PRESIDENTS DR<br>ORLANDO, FL 32809-7624 | CREDITOR ID: 406017-15<br>ST CHARLES UNITED METHODIST CHURCH<br>ATTN MARY ANNE SCHINDLER<br>1905 ORMOND BLVD<br>DESTREHAN LA 70047 | CREDITOR ID: 261645-12<br>ST CHARLES UNITED METHODIST CHURCH<br>ATTN MARY ANNE SCHINDLER<br>14034 RIVER RD<br>DESTREHAN, LA 70047 |
| CREDITOR ID: 261780-12<br>ST VINCENTS HEALTH SYSTEMS<br>2565 PARK STREET<br>JACKSONVILLE, FL 32204 | CREDITOR ID: 241808-12<br>STATE OF ALABAMA AGRICULTURE DEPT<br>FOOD SAFETY SECTION<br>PO BOX 3336<br>MONTGOMERY, AL 36109-0336 | CREDITOR ID: 241808-12<br>STATE OF ALABAMA AGRICULTURE DEPT<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: BILL PRYOR, ESQ<br>STATE HOUSE<br>11 S UNION STREET<br>MONTGOMERY AL 36130-0152 |
| CREDITOR ID: 399700-YY<br>STATESVILLE ROOFING COMPANY<br>PO DRAWER 1266<br>STATESVILLE NC 28687-1266 | CREDITOR ID: 381281-47<br>STORMWATER & ENVIRONMENTAL MAINTENANCE<br>6753 THOMASVILLE RD<br>STE 108-112<br>TALLAHASSEE, FL 32312 | CREDITOR ID: 278953-30<br>STUART FINANCIAL CORP<br>630 WOODLAND AVENUE<br>CHELTENHAM, PA 19012 |
| CREDITOR ID: 262157-12<br>SUMTER ELECTRIC CO INC<br>ATTN CHERYL A TUCKER<br>PO BOX 301<br>SUMTERVILLE, FL 33585-0301 | CREDITOR ID: 278955-30<br>SUN CITY PRODUCE CO<br>2230 SW 2ND ST<br>POMPANO BEACH FL 33069-3121 | CREDITOR ID: 262209-12<br>SUN FRESH OF FLORIDA<br>ATTN WILLIAM R COTTON, GEN MGR<br>1755 LAKESIDE AVENUE<br>ST AUGUSTINE, FL 32086 |

**(EXHIBIT A - SATISFIED CLAIMS)**
**Notice of Hearing; Debtor's Twenty Eighth Omnibus**
**Objection to (A) Satisfied Claims, (B) No Liability Claims**
**(C) No Liability Misclassified Claims, (D) Amended and**
**Superseded Claims and (E) Overstated Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 278956-30<br>SUNKIST GROWERS INC<br>PO BOX 406546<br>ATLANTA, GA 30384-6546 | CREDITOR ID: 262215-12<br>SUNNY FRESH<br>ATTN KELLY MARINARO, OWNER<br>2101 15TH AVE<br>VERO BEACH FL 32960 | CREDITOR ID: 262265-12<br>SUPERMARKET ENVIRONMENT SERVICES CO<br>ATTN: DAVID KENNEDY<br>PO BOX 667<br>KERNERSVILLE, NC 27285 |
| CREDITOR ID: 278960-30<br>TEAM PRODUCE<br>PO BOX 227578<br>MIAMI, FL 33122-7578 | CREDITOR ID: 262598-12<br>TECHKNOLOGY SOLUTIONS<br>ATTN DAVID W BROOKS<br>3948 S THIRD STREET<br>JACKSONVILLE BEACH, FL 32250-5847 | CREDITOR ID: 397804-75<br>THACKER, PAUL<br>9308 N MILITARY TRAIL<br>WEST PALM BEACH, FL 33410 |
| CREDITOR ID: 278961-30<br>TIM EDMONDSON FARM<br>PO BOX 85<br>VARDAMAN, MS 38878 | CREDITOR ID: 263259-12<br>TOTAL PARKING LOT MAINTENANCE<br>ATTN BELINDA O'NEAL-TANNER, OWNER<br>PO BOX 183<br>ALTURAS, FL 33820 | CREDITOR ID: 263291-12<br>TOWN OF CHAPIN<br>C/O DAVIS W KNIGHT PA<br>ATTN DAVID W KNIGHT, ESQ<br>PO BOX 22<br>CHAPIN SC 29036 |
| CREDITOR ID: 263291-12<br>TOWN OF CHAPIN<br>PO BOX 183<br>CHAPIN, SC 29036 | CREDITOR ID: 399395-98<br>TRADE-DEBT.NET<br>ATTN TIMOTHY MCGUIRE, MGR<br>PO BOX 1487<br>WEST BABYLON NY 11704 | CREDITOR ID: 278962-30<br>UNIFRUTTI OF AMERICA<br>3460 N DELAWARE AVENUE, SUITE 302<br>PHILADELPHIA, PA 19134 |
| CREDITOR ID: 263859-12<br>UNIVERSAL PROMOTIONS INC<br>3561 VALLEY DRIVE<br>PITTSBURGH, PA 15234 | CREDITOR ID: 263921-12<br>US FOODSERVICE<br>ATN CHARLES WALLACE<br>PO BOX 117<br>MONTGOMERY, AL 36101-0117 | CREDITOR ID: 399705-YY<br>USDA FOOD SAFETY & INSPECTION SERVICES<br>PO BOX 9001<br>ST LOUIS MO 63197-9001 |
| CREDITOR ID: 263970-12<br>UTILITIES COMMISSION OF<br>PO BOX 100<br>NEW SMYRNA BEACH, FL 32170-0100 | CREDITOR ID: 263986-12<br>VALENCIA LAWN SERVICES<br>6258 TERRY ROAD<br>JACKSON, MS 39272 | CREDITOR ID: 278963-30<br>VALLEY SHORE FARMS<br>PO BOX 862<br>MOULTRIE, GA 31776 |
| CREDITOR ID: 381018-47<br>VENTURI TECHNOLOGY PARTNERS COMSYS<br>PO BOX 60260<br>CHARLOTTE, NC 28260 | CREDITOR ID: 265138-12<br>WALDEN, YVONE<br>PO BOX 598<br>SUMMIT MS 39666 | CREDITOR ID: 952-03<br>WALTON ELECTRIC MEMBER CORP<br>ATTN JIM CAUTHEN , VP FINANCE<br>PO BOX 260<br>MONROE GA 30655 |
| CREDITOR ID: 264390-12<br>WALTON ELECTRIC MEMBER CORP<br>ATTN JIM CAUTHEN, VP FINANCE<br>PO BOX 1347<br>MONROE, GA 30655-1347 | CREDITOR ID: 264283-12<br>WE DENTMON CONSTRUCTION INC<br>11708 US 92 EAST<br>SEFFNER, FL 33584 | CREDITOR ID: 278970-30<br>WEST PAK<br>42322 AVENIDA ALVARADO<br>TEMECULA, CA 92590 |
| CREDITOR ID: 259842-12<br>WHITE, ROBIN<br>PO BOX 944<br>ORANGE BEACH AL 36561-0944 | CREDITOR ID: 397819-75<br>WHITMORE PLUMBING<br>1812 BOUNDARY STREET<br>BEAUFORT, SC 29902 | CREDITOR ID: 264864-12<br>WILLIAMS & ROWE COMPANY, INC<br>C/O MORFORD & WHITEFIELD<br>ATTN B THOMAS WHITEFIELD, ESQ<br>4040 WOODCOCK DRIVE, STE 202<br>JACKSONVILLE FL 32207 |

SERVICE LIST
(EXHIBIT A - SATISFIED CLAIMS)
Notice of Hearing; Debtor's Twenty Eighth Omnibus
Objection to (A) Satisified Claims, (B) No Liability Claims
(C) No Liability Misclassified Claims, (D) Amended and
Superseded Claims and (E) Overstated Claims

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:    05-03817-3F1**

CREDITOR ID: 264864-12
WILLIAMS & ROWE COMPANY, INC
DICKSON ASHENFELTER SLOUS ET AL
ATTN RICHARD A TANNER, ESQ
250 BELLEVUE AVENUE
UPPER MONTCLAIR NJ 07043-1394

CREDITOR ID: 264864-12
WILLIAMS & ROWE COMPANY, INC
5215 HIGHWAY AVENUE
JACKSONVILLE, FL 32254

CREDITOR ID: 278971-30
WILSON & SON SALES
2811 AIRPORT RD
PLANT CITY, FL 33563-1145

CREDITOR ID: 381775-15
WISHNATZKI, INC
ATTN GARY WISHNATZKI, PRES
100 STEARNS AVENUE
PLANT CITY FL 33563

CREDITOR ID: 278968-30
WP PRODUCE CORP
1471 NW 21ST STREET
MIAMI, FL 33142

CREDITOR ID: 278974-30
YAKIMA ROCHE FRUIT SALES LLC
PO BOX 1707
YAKIMA, WA 98907

CREDITOR ID: 384428-47
YARBROUGH CORP
ATTN: RALPH G KINMAN
3200 EMERSON ST
JACKSONVILLE, FL 32207

CREDITOR ID: 278975-30
YARBROUGH PRODUCE CO
624 16TH AVE W
BIRMINGHAM, AL 35204-1421

CREDITOR ID: 265133-12
YOUNGS LAWN MAINTENANCE
111 N PINE RIDGE DR
FOREST, MS 39074

**Total:    225**

SERVICE LIST
(EXHIBIT B – NO LIABILITY CLAIMS)

SERVICE LIST
(EXHIBIT B - NO LIABILITY CLAIMS)
Notice of Hearing; Debtor's Twenty Eighth Omnibus
Objection to (A) Satisified Claims, (B) No Liability Claims
(C) No Liability Misclassified Claims, (D) Amended and
Superseded Claims and (E) Overstated Claims

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 383985-47 | CREDITOR ID: 243183-12 | CREDITOR ID: 384089-47 |
| ATEB INC | BEA SYSTEMS INC | DELTA INVESTMENTS |
| 4501 ATLANTIC AVENUE, SUITE 110 | 7074 COLLECTION CENTER DRIVE | ATTN THOMAS L THOMPSON |
| RALEIGH, NC 27604 | CHICAGO, IL 60693 | 753 RABON ROAD |
| | | LAURENS SC 29360 |
| | | |
| CREDITOR ID: 249271-12 | CREDITOR ID: 384179-47 | CREDITOR ID: 539053-15 |
| EXCELL REFRIGERATION OF SC INC | J&J FOODS | J&J SUPERMARKETS, LLC |
| ATTN GLENN TAYLOR, PRESIDENT | ATTN JAN HARBART, PRES | C/O J&J FOODS |
| 359 RIVERCHASE WAY | PO BOX 2067 | ATTN JAN HARBART, PRES |
| LEXINGTON, SC 29072 | FT OGLETHORPE GA 30742 | 9164 LAFAYETTE RD |
| | | PO BOX 2067 |
| | | ROSSVILLE GA 30942 |
| | | |
| CREDITOR ID: 255389-12 | CREDITOR ID: 539030-15 | CREDITOR ID: 492841-98 |
| MANUGISTICS INC | PRINCIPAL LIFE INSURANCE CO | PRINCIPAL LIFE INSURANCE COMPANY |
| DEPT CH 17165 | ATTN ELAINE CONKEL, SR FIN ACCT | C/O DUANE MORRIS LLP |
| PALATINE, IL 60055-7165 | 711 HIGH STREET | ATTN MARGERY N REED, ESQ |
| | DES MOINES IA 50392 | 30 SOUTH 17TH STREET |
| | | PHILADELPHIA PA 19103 4196 |
| | | |
| CREDITOR ID: 492841-98 | CREDITOR ID: 534949-97 | CREDITOR ID: 410589-99 |
| PRINCIPAL LIFE INSURANCE COMPANY | SFP LLC | SFP, LLC |
| C/O PRINCIPAL REAL ESTATE INVESTORS | C/O PRIMAX PROPERTIES LLC | C/O HELD & ISRAEL |
| ATTN DARIN BENNIGSDORF | ATTN: STEPHEN H SEWELL, MGR | ATTN EDWIN W HELD JR, ESQ |
| 801 GRAND AVE | 1115 EAST MOREHEAD ST | 1301 RIVERPLACE BLVD, STE 1916 |
| DES MOINES IA 50392-1450 | CHARLOTTE NC 28204-2857 | JACKSONVILLE FL 32207 |
| | | |
| CREDITOR ID: 410589-99 | CREDITOR ID: 381921-15 | CREDITOR ID: 226409-09 |
| SFP, LLC | STATE OF TENNESSEE REV DEPT | VARNEDOE, TAMMY J |
| C/O KENNEDY, COVINGTON, ET AL | C/O ATTORNEY GENERAL | 346 BATTEN EXT LOT 1 |
| ATTN AMY PRITCHARD WILLIAMS, ESQ | ATTN WILBUR E HOOKS JR | DOUGLAS GA 31533 |
| HEARST TOWER, 47TH FLOOR | PO BOX 20207 | |
| 214 NORTH TRYON STREET | NASHVILLE TN 37202-0207 | |
| CHARLOTTE NC 28202 | | |

**Total:   15**

SERVICE LIST
(EXHIBIT C  – NO LIABILITY MISCLASSIFIED CLAIMS)

**SERVICE LIST**
**(EXHIBIT C - NO LIABILITY MISCLASSIFIED CLAIMS)**
**Notice of Hearing; Debtor's Twenty Eighth Omnibus**
**Objection to (A) Satisified Claims, (B) No Liability Claims**
**(C) No Liability Misclassified Claims, (D) Amended and**
**Superseded Claims and (E) Overstated Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                     **CASE:   05-03817-3F1**

CREDITOR ID: 405927-99
GOODING'S SUPERMARKETS, INC
C/O LOWNDES DROSDICK ET AL
ATTN MATT E BEAL, ESQ
215 NORTH EOLA DRIVE
PO BOX 2809
ORLANDO FL 32802-2809

CREDITOR ID: 405871-95
ZATARAINS, INC
C/O DLA PIPER RUDNICK GRAY CARY LLP
ATTN DANIEL J CARRIGAN, ESQ
1775 WIEHLE AVE, STE 400
RESTON VA 20190

CREDITOR ID: 405871-95
ZATARAINS, INC
ATTN REGINA TEMPLET
PO BOX 6190
NEW ORLEANS LA 70114

        **Total:   3**

SERVICE LIST
(EXHIBIT D  – AMENDED AND SUPERSED CLAIM)

**SERVICE LIST**
**(EXHIBIT D - AMENDED AND SUPERSEDED CLAIMS)**
**Notice of Hearing; Debtor's Twenty Eighth Omnibus**
**Objection to (A) Satisified Claims, (B) No Liability Claims**
**(C) No Liability Misclassified Claims, (D) Amended and**
**Superseded Claims and (E) Overstated Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:   05-03817-3F1**

CREDITOR ID: 381921-15
STATE OF TENNESSEE REV DEPT
C/O ATTORNEY GENERAL
ATTN WILBUR E HOOKS JR
PO BOX 20207
NASHVILLE TN 37202-0207


        **Total:   1**

SERVICE LIST
(EXHIBIT E – OVERSTATED CLAIMS)

**SERVICE LIST**
**(EXHIBIT E - OVERSTATED CLAIMS)**
**Notice of Hearing; Debtor's Twenty Eighth Omnibus**
**Objection to (A) Satisified Claims, (B) No Liability Claims**
**(C) No Liability Misclassified Claims, (D) Amended and**
**Superseded Claims and (E) Overstated Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 1149-07
BUNDY NEW ORLEANS CO LLC
C/O BENENSON CAPITAL PARTNERS LLC
ATTN LLOYD D STABINER, CFO
708 THIRD AVENUE, 28TH FLOOR
NEW YORK, NY 10017

CREDITOR ID: 1149-07
BUNDY NEW ORLEANS CO LLC
C/O HIERSCHE, HAYWARD, ET AL
ATTN JASON M KATZ, ESQ
15303 DALLAS PKWY, SUITE 700
ADDISON TX 75001

CREDITOR ID: 249602-12
FISHKING PROCESSORS INC
PO BOX 512545
LOS ANGELES, CA 90051-0545

CREDITOR ID: 1723-07
PRB INVESTMENTS,  LLC
C/O LEEFE GIBBS SULLIVAN, ET AL
ATTN JERRY W SULLIVAN, ESQ
3900 W CAUSEWAY BLVD, # 1470
METAIRIE LA 70002

CREDITOR ID: 1723-07
PRB INVESTMENTS,  LLC
ATTN PHILLIP BULLIARD
2424 EDENBORN AVENUE, SUITE 600
METAIRIE, LA 70001

CREDITOR ID: 410538-15
TEACHERS RETIREMENT SYSTEM OF THE
STATE OF KENTUCKY
C/O WYATT TARRANT & COMBS LLP
ATTN JOHN P BRICE, ESQ
250 WEST MAIN STREET, SUITE 1600
LEXINGTON KY 40507-1746

CREDITOR ID: 535044-15
ZUPPARDO REAL ESTATE CO, INC
C/O STUTSMAN THAMES & MARKEY, PA
ATTN BRADLEY R MARKEY, ESQ
50 N  LAURA STREET, SUITE 1600
JACKSONVILLE FL 32202

**Total:   7**

EXHIBIT F

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Reorganized Debtors.[1] | ) | Jointly Administered |

### NOTICE OF HEARING

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **January 24, 2007, at 9:30 a.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Debtors' Twenty-Eighth Omnibus Objection to (A) Satisfied Claims, (B) No Liability Claims, (C) No Liability Misclassified Claims, (D) Amended and Superseded Claim and (E) Overstated Claims.

Only objections filed with the Court so as to be received by **January 15, 2007** and served on D. J. Baker at djbaker@skadden.com, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, will be considered by the Bankruptcy Court at the hearing.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer.  Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated:  December 20, 2006

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By ___*s/ D. J. Baker*___
      D. J. Baker
      Sally McDonald Henry
      Rosalie Walker Gray
      Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Co-Counsel for Reorganized Debtors

SMITH HULSEY & BUSEY

By ___*s/ James H. Post*___
      Stephen D. Busey
      James H. Post
      Cynthia C. Jackson,
      Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Co-Counsel for Reorganized Debtors

Hearing Date:  January 24, 2007 at 9:30 a.m.
Obj. Deadline:  January 15, 2007 at 4:00 p.m.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors.[1] | ) | Jointly Administered |

## DEBTORS' TWENTY-EIGHTH OMNIBUS OBJECTION TO (A) SATISFIED CLAIMS, (B) NO LIABILITY CLAIMS, (C) NO LIABILITY MISCLASSIFIED CLAIMS, (D) AMENDED AND SUPERSEDED CLAIM AND (E) OVERSTATED CLAIMS

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries, reorganized debtors

and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), object

under 11 U.S.C. §§ 502 and 507 and Fed. R. Bankr. P. 3007 and 9014 (the "Objection") to the

claims listed on the attached Exhibits A through E (the "Disputed Claims") and, for the reasons

set forth below, seek entry of an order (the "Proposed Order") disallowing or reducing the

Disputed Claims.[2]  In support of this Objection, the Debtors respectfully represent as follows:

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]    By order dated September 1, 2005, this Court approved notice and service procedures regarding omnibus claim objections (the "Claim Objection Procedures Order").  This Objection is filed pursuant to the Claim Objection Procedures Order.

## BACKGROUND

A.    The Chapter 11 Filings

1.    On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 as amended (the "Bankruptcy Code").  During these cases, the Debtors operated their businesses and managed their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.    The Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (as modified, the "Chapter 11 Plan") was confirmed by order entered on November 9, 2006 and became effective on November 21, 2006.

3.    The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. Venue is proper under 28 U.S.C. §§ 1408 and 1409.  This is a core proceeding under 28 U.S.C. § 157(b)(2).

4.    The statutory predicates for the relief requested are sections 502 and 507 of the Bankruptcy Code and Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

B.    Proofs of Claim

5.    By Order dated April 28, 2005 (the "Claims Bar Date Order"), this Court set August 1, 2005 as the last date for all parties who have or assert (or believe they may have or assert) prepetition claims against one or more of the Debtors to file and serve a written proof of claim with respect to any such claim.  The bar date applicable to governmental units was August 22, 2005.  To date, over 13,600 proofs of claim (the "Proofs of Claim") have been filed against the Debtors in these cases.  Notice of the Claims Bar Date Order and the applicable bar date was

provided by mail and publication in accordance with the procedures outlined in the Claims Bar Date Order.

6.    In the ordinary course of business, the Debtors maintain books and records (the "Books and Records") that reflect, among other things, the Debtors' liabilities and the amounts owed to their creditors.  The Debtors and their advisors have reviewed the Proofs of Claim filed in these cases (including supporting documentation) and have compared the claims asserted in the Proofs of Claim with the Books and Records to determine the validity of the asserted claims.  In the process, the Debtors have identified a number of scheduled claims and Proofs of Claim that are objectionable, as more particularly described below.

## RELIEF REQUESTED

7.    By this Objection, the Debtors object to the Disputed Claims and, for the reasons described below, seek entry of the Proposed Order, pursuant to sections 502 and 507 of the Bankruptcy Code and Bankruptcy Rules 3007 and 9014, disallowing or reducing the Disputed Claims.

## BASIS FOR RELIEF

A.    Satisfied Claims

8.    As a result of their review, the Debtors have identified 221 Disputed Claims that the Books and Records reflect as satisfied by payment (the "Satisfied Claims").  The Satisfied Claims, with reasons for disallowance, are listed on Exhibit A.  The Satisfied Claims consist of: (a) scheduled claims and Proofs of Claim whose amounts have been satisfied by payment pursuant to orders of the Court authorizing such payment, as specified on Exhibit A, and (b) scheduled claims of utility providers that have been satisfied by the application of cash deposits held by the utilities.

9.     The Debtors (a) object to the Satisfied Claims listed on Exhibit A and (b) seek entry of the Proposed Order disallowing the Satisfied Claims on the ground that they have been paid.  Claimants may elect, by not timely responding to this Objection, to permit the Satisfied Claims listed on Exhibit A to be disallowed.  In the absence of a Response (as defined in paragraph 24 below), the Debtors will present to the Court the Proposed Order disallowing the Satisfied Claims.

B.     No Liability Claims

10.     As a result of their review, the Debtors have identified 11 Disputed Claims with respect to which the Books and Records reflect no amount due (the "No Liability Claims"). The No Liability Claims, with reasons for disallowance, are listed on Exhibit B.  The No Liability Claims consist of: (a) Proofs of Claim for amounts that are not reflected as liabilities on the Books and Records and (b) Proofs of Claim for which the legal bases are contested by the Debtors.

11.     The Debtors (a) object to the No Liability Claims listed on Exhibit B and (b) seek entry of the Proposed Order disallowing the No Liability Claims.  Claimants may elect, by not timely responding to this Objection, to permit the No Liability Claims listed on Exhibit B to be disallowed.  In the absence of a Response (as defined in paragraph 24 below), the Debtors will present to the Court the Proposed Order disallowing the No Liability Claims.

C.     No Liability Misclassified Claims

12.     As a result of their review, the Debtors have identified three Disputed Claims with respect to which the Books and Records reflect no amount due and that also appear to incorrectly assert priority status, in whole or part (the "No Liability Misclassified Claims"). The No Liability Misclassified Claims, with reasons for disallowance and reclassification, are listed on Exhibit C.

13.    To the extent that the No Liability Misclassified Claims are not disallowed in their entirety, the Debtors also object to the No Liability Misclassified Claims on the basis of their assertion of priority status, as set forth on Exhibit C.

14.    The Debtors (a) object to the No Liability Misclassified Claims listed on Exhibit C and (b) seek entry of the Proposed Order disallowing the No Liability Misclassified Claims.  To the extent the No Liability Misclassified Claims are not disallowed in their entirety, the Debtors will seek entry of an order reclassifying the No Liability Misclassified Claims as unsecured non-priority claims.  Claimants may elect, by not timely responding to this Objection, to permit the No Liability Misclassified Claims listed on Exhibit C to be disallowed.  In the absence of a Response (as defined in paragraph 24 below), the Debtors will present to the Court the Proposed Order disallowing the No Liability Misclassified Claims.

D.    Amended and Superseded Claim

15.    As a result of their review, the Debtors have identified one proof of claim (the "Amended Claim") that appears to have been amended and superseded by a later filed claim. The Amended Claim is listed on Exhibit D.  Adjacent to the identified Amended Claim on Exhibit D, the Debtors have identified the related later filed claim that will remain if the Court grants this Objection (the "Remaining Claim").

16.    The Remaining Claim asserts liability in a different amount against the same Debtor.  The Debtors believe that the claimant holding the Amended Claim will not be prejudiced by having its Amended Claim disallowed because its Remaining Claim will remain on the claims registry after the Amended Claim is disallowed.[3]

---

[3]    The Remaining Claim may be subject to further objections.  The Debtors reserve their rights to object to the Remaining Claim upon notice to the claimant.

17.    Accordingly, the Debtors (a) object to the Amended Claim listed on Exhibit D and (b) seek entry of the Proposed Order disallowing the Amended Claim. The claimant may elect, by not timely responding to this Objection, to permit its Amended Claim listed on Exhibit D to be disallowed. In the absence of a Response (as defined in paragraph 24 below), the Debtors will present to the Court the Proposed Order disallowing the Amended Claim.

E.    Overstated Claims

18.    As a result of their review, the Debtors have identified 5 Disputed Claims that were filed in amounts that are greater than the liabilities owed to such claimants as reflected in the Books and Records (the "Overstated Claims"). The Overstated Claims, with the specific reasons for reduction, are listed on Exhibit E.

19.    These claims fall into several categories: (a) Proofs of Claim that do not reflect accounts receivable balances due to the Debtors; (b) Proofs of Claim that include amounts that are not reflected as liabilities on the Books and Records; and (c) Proofs of Claim that include amounts for which the legal bases are contested by the Debtors.

20.    The Debtors (a) object to the Overstated Claims listed on Exhibit E and (b) seek entry of the Proposed Order reducing the Overstated Claims. Claimants may elect, by not timely responding to this Objection, to permit the Overstated Claims listed on Exhibit E to be reduced. In the absence of a Response (as defined in paragraph 24 below), the Debtors will present to the Court the Proposed Order reducing the Overstated Claims.

## SEPARATE CONTESTED MATTERS

21.    Each of the Disputed Claims and the Debtors' objections asserted above constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. The Debtors request that any order entered by the Court with respect to an objection asserted in this Objection shall be deemed a separate order with respect to each Disputed Claim.

**RESERVATION OF RIGHTS**

22.    The Debtors expressly reserve the right to amend, modify, or supplement these objections and to file additional objections to the Disputed Claims or any other claims (filed or not) which may be asserted against the Debtors.

23.    The Debtors reserve their rights with respect to potential preference and avoidance actions under chapter 5 of the Bankruptcy Code (the "Avoidance Actions") against any Claimant, and this Objection does not constitute a waiver of the Debtors' right to pursue such Avoidance Actions.

**RESPONSES TO THE OBJECTION**

A.    Filing and Service of Responses

24.    Pursuant to the Claim Objection Procedures Order, to contest an Objection a claimant must file a written response to the Objection (a "Response") with the United States Bankruptcy Court for the Middle District of Florida (the "Court"), via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202 no later than **January 15, 2007, at 4:00 p.m. (Eastern time)** (the "Response Deadline").  In addition, a copy of the Response must be served on the following party on or before the Response Deadline:

<div style="margin-left:2em">

Counsel for the Debtors:

D. J. Baker Esq.
Skadden, Arps, Slate, Meagher
& Flom LLP
Four Times Square
New York, New York 10036
(212) 735-2000 (facsimile)
djbaker@skadden.com

</div>

B.    Timely Response Required; Hearing; Replies

      25.    If a Response is properly and timely filed and served in accordance with the above procedures, the Debtors will endeavor to reach a consensual resolution with the claimant. If no consensual resolution is reached, a hearing has been noticed for **January 24, 2007, at 9:30 a.m. (Eastern Time)**, or such other date and time as parties filing responses may be notified. Only those Responses made in writing and timely filed and received will be considered by the Court at any such hearing.  The Debtors reserve the right to seek to adjourn a hearing with respect to a specific objection and any Response to such objection.

      26.    If a claimant whose claim is subject to the Objection, and who is served with the Objection, fails to file and serve a timely Response in compliance with the foregoing procedures, the Debtors will present to the Court an appropriate order disallowing or reducing the claim, without further notice to the claimant.

## NOTICE

      27.    Copies of this Objection will be served upon the claimants identified on Exhibits A through E, the United States Trustee, counsel for the Debtors' postpetition secured lender, counsel for the Creditors Committee, and, in an abundance of caution, upon the other parties in interest named on the Official Service List maintained in these cases.  The Debtors submit that no other or further notice need be given.

WHEREFORE the Debtors respectfully request that the Court (i) grant the relief requested by this Objection, (ii) enter the Proposed Order attached as Exhibit F (a) disallowing the Satisfied Claims, (b) disallowing the No Liability Claims, (c) disallowing the No Liability Misclassified Claims, (d) disallowing the Amended Claim and (e) reducing the Overstated Claims and (iii) grant such other and further relief as is just and proper.

Dated:  December 20, 2006

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By ___*s/ D. J. Baker*___
    D. J. Baker
    Sally McDonald Henry
    Rosalie Walker Gray
    Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Co-Counsel for Reorganized Debtors

SMITH HULSEY & BUSEY

By ___*s/ James H. Post*___
    Stephen D. Busey
    James H. Post
    Cynthia C. Jackson,
    Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Co-Counsel for Reorganized Debtors

### Declaration

I, David M. Young, Division Support Manager, Winn-Dixie Stores, Inc., declare under

the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the facts stated in the foregoing

Debtors' Twenty-Eighth Omnibus Objection to (A) Satisfied Claims, (B) No Liability Claims,

(C) No Liability Misclassified Claims, (D) Amended and Superseded Claim and (E) Overstated

Claims are true and correct to the best of my knowledge, information and belief.

David M. Young
Division Support Manager
Winn-Dixie Stores, Inc.

10

**EXHIBIT A**

WINN-DIXIE STORES, INC., ET AL.
TWENTY-EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - SATISFIED CLAIMS TO BE DISALLOWED

Page: 1 of 30
Date: 12/20/2006

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:  399664**<br>A DAVIS ENTERPRISE INC<br>1972 HARRY BYRD HWY<br>DARLINGTON  SC  29532 | 40001<br>**Debtor:**  WINN-DIXIE STORES, INC. | $245.31 | SATISFIED BY 6/16/05 PAYMENT OF $245.31 BY CHECK NUMBER 008058117 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |
| **Creditor Id:  378303**<br>A MARTINEZ PRODUCE CORP<br>C/O BLAXBERG GRAYSON KUKOFF & SEGAL<br>ATTN MOISES T GRAYSON ESQ<br>25 SE 2ND AVENUE SUITE 730<br>MIAMI  FL  33131 | 13<br>**Debtor:**  WINN-DIXIE STORES, INC. | $513,201.96 | SATISFIED BY AGREED ACCOUNTS PAYABLE CREDIT OF $2,902.27 AND 4/27/05 PAYMENT OF $510,299.69 BY CHECK NUMBER 00802916 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id:  241907**<br>A&W LAWN CARE<br>PO BOX 386<br>AUTAUGAVILLE, AL  36003 | 33158<br>**Debtor:**  WINN-DIXIE MONTGOMERY, INC. | $318.75 | SATISFIED BY 7/15/05 PAYMENT OF $318.75 BY CHECK NUMBER 9903249 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |
| **Creditor Id:  241383**<br>A1A FOODS INC A1A SALSA<br>3255 PARKER DRIVE<br>ST AUGUSTINE, FL  32084 | 34492<br>**Debtor:**  WINN-DIXIE PROCUREMENT, INC. | $4,340.00 | SATISFIED BY WAIVER OF $.50 AND 4/27/05 PAYMENT OF $4,339.50 BY CHECK NUMBER 008028995 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id:  241398**<br>AAA PARKING LOT AND<br>STREET SWEEPING INC<br>ATTN: ROGER KAUFMAN, PRES<br>PO BOX 3551<br>SARASOTA,  FL  34230-3551<br><br>Transferee: TRADE-DEBT.NET | 30037<br>**Debtor:**  WINN-DIXIE STORES, INC. | $2,045.00 | SATISFIED BY 8/19/05 PAYMENT OF $3,578.75 BY CHECK NUMBER 9903286 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |
| **Creditor Id:  241475**<br>ACADIAN LANDSCAPES OF<br>LOUISIANA<br>PO BOX 2246<br>KENNER, LA  70062 | 33174<br>**Debtor:**  WINN-DIXIE MONTGOMERY, INC. | $13,879.35 | SATISFIED BY 7/15/05 PAYMENT OF $13,879.35 BY CHECK NUMBER 9903262 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |
| **Creditor Id:  241337**<br>AG PRO TROPICALS INC<br>8272 NW 68TH ST<br>MIAMI  FL  33166-2759 | 34490<br>**Debtor:**  WINN-DIXIE PROCUREMENT, INC. | $2,895.75 | SATISFIED BY 4/15/05 PAYMENT OF $40,865.50 BY CHECK NUMBER 009901369 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - SATISFIED CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 241777<br>AJILON CONSULTING US<br>DEPT CH 10682<br>PALATINE, IL 60055-0682 | 30073<br>Debtor: **WINN-DIXIE STORES, INC.** | **$26,249.58** | SATISFIED BY 4/1/05 PAYMENT OF $26,249.59 BY CHECK NUMBER 9901306 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |
| Creditor Id: 241838<br>ALABAMA POWER COMPANY<br>PO BOX 242<br>BIRMINGHAM, AL 35292-0242 | 32444<br>Debtor: **WINN-DIXIE LOGISTICS, INC.** | **$6,235.68** | SATISFIED BY 6/10/05 PAYMENT OF $1,079,051 BY WIRE TRANSFER REFERENCE NUMBER 05061O-036024 PER 6/05 STIPULATION PURSUANT TO UTILITY ORDER (DOCKET NUMBER 1327). |
| Creditor Id: 278846<br>AMERICAN FRUIT & PRODUCE<br>12805 NW 42ND AVENUE<br>OPA-LOCKA, FL 33054 | 35578<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | **$1,792.50** | SATISFIED BY AGREED DEDUCTION OF $866.25 AND 5/12/05 PAYMENT OF $926.25 BY CHECK NUMBER 008038548 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| Creditor Id: 397266<br>ANTHONYS LANDSCAPING<br>ATTN TED ANTHONY, PRESIDENT<br>6430 JEFFERSON HIGHWAY<br>HARAHAN, LA 70123 | 5407<br>Debtor: **WINN-DIXIE STORES, INC.** | **$1,647.00** | SATISFIED BY 5/7/05 PAYMENT OF $1,647.00 BY CHECK NUMBER 009903284 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |
| Creditor Id: 242860<br>AVOMEX INC<br>PO BOX 1388<br>KELLER, TX. 76244-1388 | 34563<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | **$15,396.00** | SATISFIED BY 5/17/05 PAYMENT OF $15,396.00 BY CHECK NUMBER 008041706 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| Creditor Id: 278847<br>AYCO FARMS INC<br>C/O LSQ FUNDING GROUP L C<br>PO BOX 404322<br>ATLANTA, GA 30384-4322 | 35579<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | **$22,806.50** | SATISFIED BY 5/12/05 PAYMENT OF $22,806.50 BY CHECK NUMBER 008038400 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| Creditor Id: 278848<br>BAILEY FARMS<br>ATTN DEBORAH BAILEY, VP<br>3553 TAR RIVER RD<br>OXFORD, NC 27565 | 216<br>Debtor: **WINN-DIXIE STORES, INC.** | **$44,252.74** | SATISFIED BY AGREED DEDUCTION OF $1,975.97 AND 5/12/05 PAYMENT OF $42,276.77 BY CHECK NUMBER 008038284 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| Creditor Id: 278849<br>BAKER FARMS<br>3687 ELLENTON - NORMAN PARK ROAD<br>NORMAN PARK, GA 31771 | 35581<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | **$459,079.15** | SATISFIED BY WAIVER OF $26,134.75 AND 4/25/05 PAYMENT OF $432,944.40 BY CHECK NUMBER 008027001 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - SATISFIED CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 278850**<br>BAY CITY PRODUCE INC<br>PO BOX 8990<br>TAMPA, FL 33674 | 35582<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $84,846.10 | SATISFIED BY WAIVER OF $657.45 AND 4/15/05 PAYMENTS OF $72,164.65 AND $12,024 BY CHECK NUMBERS 009901371 AND 009901391, RESPECTIVELY, PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id: 278851**<br>BBI PRODUCE INC<br>ATTN CHRISTOPHER P SMITH<br>PO BOX 1200<br>DOVER, FL 33527 | 1030<br>Debtor: WINN-DIXIE STORES, INC. | $59,589.00 | SATISFIED BY 5/12/05 PAYMENT OF $59,589.00 BY CHECK NUMBER 00803612 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id: 381735**<br>BIG EASY PARKING LOT MAINT LLC<br>ATTN LISA C JAMES, OWNER<br>PO BOX 1787<br>CHALMETTE LA 70044-1787 | 51<br>Debtor: WINN-DIXIE STORES, INC. | $8,727.60 | SATISFIED BY 7/15/05 AGGREGATE PAYMENT OF $8,727.60 BY CHECK NUMBERS 009903260 AND 009903261 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |
| **Creditor Id: 243559**<br>BIRDS EYE FOODS<br>C/O BANK OF AMERICA<br>PO BOX 98222<br>CHICAGO, IL 60693 | 34610<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $298,017.67 | SATISFIED BY 4/22/05 PAYMENT OF $299,118.95 BY CHECK NUMBER 0000809802 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id: 243885**<br>BREAU BEAR INC<br>100 EPPLER RD<br>LAFAYETTE LA 70506-7851 | 33293<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $1,242.50 | SATISFIED BY 7/15/05 PAYMENT OF $1,242.50 BY CHECK NUMBER 9903269 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |
| **Creditor Id: 278855**<br>BROOKS TROPICAL<br>PO BOX 900160<br>HOMESTEAD, FL 33090 | 35585<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $24,411.00 | SATISFIED BY 5/2/05 PAYMENT OF $25,273.50 BY CHECK NUMBER 00803232 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id: 244128**<br>BUCKEYE CABLING SYSTEM INC<br>PO BOX 78558<br>CHARLOTTE, NC 28271 | 30266<br>Debtor: WINN-DIXIE STORES, INC. | $34,275.00 | SATISFIED BY 5/6/05 PAYMENT OF $34,275.00 BY CHECK NUMBER 9902977 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |
| **Creditor Id: 244128**<br>BUCKEYE CABLING SYSTEM INC<br>PO BOX 78558<br>CHARLOTTE, NC 28271 | 35977<br>Debtor: WINN-DIXIE RALEIGH, INC. | $3,150.00 | SATISFIED BY 5/6/05 PAYMENT OF $3,150.00 BY CHECK NUMBER 9902977 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-EIGHTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - SATISFIED CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 278857<br>BURCH EQUIPMENT LLC<br>PO BOX 399<br>685 BURCH ROAD<br>FAISON, NC 28341-0399 | 35896<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $57,216.00 | SATISFIED BY 4/21/05 PAYMENT OF $58,769.00 BY CHECK NUMBER 008025198 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| Creditor Id: 278858<br>CARIBBEAN GOLD INC<br>7241 SW 168 STREET<br>MIAMI, FL 33157 | 35887<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $1,360.00 | SATISFIED BY 5/12/05 PAYMENT OF $1,360.00 BY CHECK NUMBER 008038575 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| Creditor Id: 278860<br>CH ROBINSON WORLDWIDE INC<br>PO BOX 9121<br>MINNEAPOLIS, MN 55480-9121 | 35888<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $2,447,842.62 | SATISFIED BY 5/17/05 PAYMENT OF $2,446,047.15 BY CHECK NUMBER 008041586, 3/6/05 PAYMENT OF $52,323.19 BY CHECK NUMBER 009805008, AND 3/6/06 PAYMENT OF $40,997.52 BY CHECK NUMBER 008174901 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| Creditor Id: 244968<br>CHAMBERS & ASSOCIATES, INC<br>ATTN DERRILL C MCLENDON, PRES<br>111 S COLUMBIA DR<br>PO BOX 1652<br>DECATUR, GA 30031-1652 | 33349<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $121,111.40 | SATISFIED BY 3/15/05 PAYMENTS OF $65,234.40 AND $55,877.00 BY CASHIER CHECK NUMBERS 399841385 AND 399814384, RESPECTIVELY, PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |
| Creditor Id: 278861<br>CHIQUITA BANANA<br>BANANA SUPPLY DIVISION<br>P O BOX 530414<br>ATLANTA, GA 30353-0414 | 35889<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $87,424.00 | WITH CLAIM NUMBER 35590, SATISFIED BY 5/4/05 PAYMENT OF $124,293.45 AND 5/2/05 PAYMENT OF $7,505.00 BY CHECK NUMBERS 008033708 AND 008033007, RESPECTIVELY, PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| Creditor Id: 278862<br>CHIQUITA FRUPAC INC<br>PO BOX 8538-594<br>PHILADELPHIA, PA 19171 | 35890<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $33,909.25 | WITH CLAIM NUMBER 35589, SATISFIED BY 5/4/05 PAYMENT OF $124,293.45 AND 5/2/05 PAYMENT OF $7,505.00 BY CHECK NUMBERS 008033708 AND 008033007, RESPECTIVELY, PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| Creditor Id: 278863<br>CHURCH BROTHERS PRODUCE<br>PO BOX 509<br>SALINAS, CA 93902-0509 | 35891<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $374,878.44 | SATISFIED BY 4/2/05 PAYMENT OF $381,762.20 BY CHECK NUMBER 008024979 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - SATISFIED CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:  245390**<br>CIC PLUS, INC<br>ATTN JEFFREY A COHEN, PRESIDENT<br>6677 N LINCOLN AVENUE, SUITE 110<br>LINCOLNWOOD, IL  60712 | 10101<br>**Debtor:**  WINN-DIXIE STORES, INC. | $59,747.10 | SATISFIED BY 8/25/05 PAYMENT OF $15,000 BY CHECK NUMBER 8089363, 8/30/05 PAYMENT OF $15,000 BY CHECK NUMBER 8094212, 9/1/05 PAYMENT OF $15,000.00 BY CHECK NUMBER 8095186, AND 12/31/05 PAYMENT OF $14,747.10 BY CHECK NUMBER 80132519 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |
| **Creditor Id:  249683**<br>CITY OF FLORENCE UTILITIES<br>ATTN SYLVIA SHIPMAN, COLL COORD<br>PO BOX 877<br>FLORENCE, AL  35631-0877 | 5378<br>**Debtor:**  WINN-DIXIE STORES, INC. | $27,089.15 | SATISFIED BY 11/15/05 PAYMENT OF $27,089.15 BY WIRE TRANSFER REFERENCE NUMBER 05115-024657 PURSUANT TO 10/05 STIPULATION AUTHORIZED BY UTILITY ORDER (DOCKET NUMBER 1327). |
| **Creditor Id:  249957**<br>CITY OF FORT PIERCE UTILITIES<br>ATTN WM S ABRAMOWICZ<br>PO BOX 3191<br>FT PIERCE, FL  34948-3191 | 247<br>**Debtor:**  WINN-DIXIE STORES, INC. | $24,666.06 | SATISFIED BY 6/28/05 PAYMENT OF $24,897.12 BY CASHIER'S CHECK REFERENCE NUMBER 050622-023954 PER 06/05 STIPULATION PURSUANT TO UTILITY ORDER (DOCKET NUMBER 1327). |
| **Creditor Id:  417046**<br>CITY OF GREEN COVE SPRINGS, FL<br>ATTN AARON R COHEN, ESQ.<br>PO BOX 4218<br>JACKSONVILLE, FL  32201<br><br>Counsel: ATTN TIMOTHY J MCCAUSLAND | 12775<br>**Debtor:**  WINN-DIXIE STORES, INC. | $2,376.59 | SATISFIED BY 11/15/05 PAYMENT OF $24,000.00 BY WIRE TRANSFER REFERENCE NUMBER 05115-024611 PER 02/05 STIPULATION PURSUANT TO UTILITY ORDER (DOCKET NUMBER 1327). |
| **Creditor Id:  240137**<br>CITY OF LAKELAND, FL<br>CITY HALL FINANCE DEPARTMENT<br>ATTN KEVIN B CROUSE, CITY TREASURER<br>228 S MASSACHUSETTS AVE<br>LAKELAND, FL  33801-5086 | 830<br>**Debtor:**  WINN-DIXIE STORES, INC. | $2,384.50 | SATISFIED BY 7/25/05 PAYMENT OF $160,000.00 BY WIRE TRANSFER REFERENCE NUMBER 050725-053720 PER 07/05 STIPULATION PURSUANT TO UTILITY ORDER (DOCKET NUMBER 1327). |
| **Creditor Id:  399629**<br>CITY OF LEESBURG<br>C/O MCLIN & BURNSED<br>ATTN FRED A MORRISON, CITY ATTORNEY<br>PO BOX 491357<br>LEESBURG, FL  34749-1357 | 725<br>**Debtor:**  WINN-DIXIE STORES, INC. | $271.08 | SATISFIED BY 2/22/06 PAYMENT OF $16,950.46 BY CHECK NUMBER 009904695 PER STIPULATION PURSUANT TO UTILITY ORDER (DOCKET NUMBER 1327). |
| **Creditor Id:  246060**<br>CITY OF PANCHATOULA<br>ATTN:  RAMONA UMBACH<br>125 WEST HICKORY STREET<br>PONCHATOULA, LA  70454-3215 | 7499<br>**Debtor:**  WINN-DIXIE STORES, INC. | $6,710.00 | SATISFIED BY 11/15/05 PAYMENT OF $360.00 BY MONEY ORDER NUMBER 08-247190743 FOR BEER AND WINE PERMITS AND BY 1/25/06 PAYMENT OF $6,350.00 BY CHECK NUMBER 008158608 FOR CITY OCCUPATIONAL AND CHAIN STORE LICENSE TAX PURSUANT TO ORDER AUTHORIZING PAYMENT OF PREPETITION TAXES (DOCKET NUMBER 435). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - SATISFIED CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 246210**<br>CITY OF TAMPA<br>POLICE - EXTRA DUTY<br>315 E KENNEDY BLVD 050C2<br>TAMPA, FL 33602 | 30495<br>**Debtor:** WINN-DIXIE STORES, INC. | $7,658.00 | SATISFIED BY 4/8/05 PAYMENT OF $7,658.00 BY CHECK NUMBER 9901344 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |
| **Creditor Id: 278864**<br>CLAYTON RAWL FARMS INC<br>747 CALKSFERRY ROAD<br>LEXINGTON, SC 29072 | 35592<br>**Debtor:** WINN-DIXIE PROCUREMENT, INC. | $173,735.95 | SATISFIED BY 4/26/05 PAYMENT OF $179,542.95 BY CHECK NUMBER 008028361 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id: 411190**<br>CLECO<br>ATTN GARY CARTER, DIR CUST SYS/CRED<br>STEPHEN D WHEELS ATTORNEY/AGENT<br>2030 DONAHUE FERRY ROAD<br>PINEVILLE LA 71360 | 11278<br>**Debtor:** WINN-DIXIE STORES, INC. | $9,347.47 | WITH CLAIM NUMBERS 11279, 11280, 11285, 11287, 11290, AND 11292, SATISFIED BY 5/22/06 PAYMENT OF $96,762.24 BY CHECK NUMBER 9905620 PER STIPULATION PURSUANT TO UTILITY ORDER (DOCKET NUMBER 1327). |
| **Creditor Id: 411190**<br>CLECO<br>ATTN GARY CARTER, DIR CUST SYS/CRED<br>STEPHEN D WHEELS ATTORNEY/AGENT<br>2030 DONAHUE FERRY ROAD<br>PINEVILLE LA 71360 | 11279<br>**Debtor:** WINN-DIXIE STORES, INC. | $13,100.00 | WITH CLAIM NUMBERS 11278, 11280, 11285, 11287, 11290, AND 11292, SATISFIED BY 5/22/06 PAYMENT OF $96,762.24 BY CHECK NUMBER 9905620 PER STIPULATION PURSUANT TO UTILITY ORDER (DOCKET NUMBER 1327). |
| **Creditor Id: 411190**<br>CLECO<br>ATTN GARY CARTER, DIR CUST SYS/CRED<br>STEPHEN D WHEELS ATTORNEY/AGENT<br>2030 DONAHUE FERRY ROAD<br>PINEVILLE LA 71360 | 11280<br>**Debtor:** WINN-DIXIE STORES, INC. | $9,269.22 | WITH CLAIM NUMBERS 11278, 11279, 11285, 11287, 11290, AND 11292, SATISFIED BY 5/22/06 PAYMENT OF $96,762.24 BY CHECK NUMBER 9905620 PER STIPULATION PURSUANT TO UTILITY ORDER (DOCKET NUMBER 1327). |
| **Creditor Id: 411190**<br>CLECO<br>ATTN GARY CARTER, DIR CUST SYS/CRED<br>STEPHEN D WHEELS ATTORNEY/AGENT<br>2030 DONAHUE FERRY ROAD<br>PINEVILLE LA 71360 | 11285<br>**Debtor:** WINN-DIXIE STORES, INC. | $9,433.62 | WITH CLAIM NUMBERS 11278, 11279, 11280, 11287, 11290, AND 11292, SATISFIED BY 5/22/06 PAYMENT OF $96,762.24 BY CHECK NUMBER 9905620 PER STIPULATION PURSUANT TO UTILITY ORDER (DOCKET NUMBER 1327). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - SATISFIED CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 411190**<br>CLECO<br>ATTN GARY CARTER, DIR CUST SYS/CRED<br>STEPHEN D WHEELS ATTORNEY/AGENT<br>2030 DONAHUE FERRY ROAD<br>PINEVILLE LA 71360 | 11287<br>Debtor: | $7,955.21<br>WINN-DIXIE STORES, INC. | WITH CLAIM NUMBERS 11278, 11279, 11280, 11285, 11290, AND 11292. SATISFIED BY 5/22/06 PAYMENT OF $96,762.24 BY CHECK NUMBER 9905620 PER STIPULATION PURSUANT TO UTILITY ORDER (DOCKET NUMBER 1327). |
| **Creditor Id: 411190**<br>CLECO<br>ATTN GARY CARTER, DIR CUST SYS/CRED<br>STEPHEN D WHEELS ATTORNEY/AGENT<br>2030 DONAHUE FERRY ROAD<br>PINEVILLE LA 71360 | 11290<br>Debtor: | $12,526.93<br>WINN-DIXIE STORES, INC. | WITH CLAIM NUMBERS 11278, 11279, 11280, 11285, 11287, AND 11292. SATISFIED BY 5/22/06 PAYMENT OF $96,762.24 BY CHECK NUMBER 9905620 PER STIPULATION PURSUANT TO UTILITY ORDER (DOCKET NUMBER 1327). |
| **Creditor Id: 411190**<br>CLECO<br>ATTN GARY CARTER, DIR CUST SYS/CRED<br>STEPHEN D WHEELS ATTORNEY/AGENT<br>2030 DONAHUE FERRY ROAD<br>PINEVILLE LA 71360 | 11292<br>Debtor: | $22,406.23<br>WINN-DIXIE STORES, INC. | WITH CLAIM NUMBERS 11278, 11279, 11280, 11285, 11287, AND 11290. SATISFIED BY 5/22/06 PAYMENT OF $96,762.24 BY CHECK NUMBER 9905620 PER STIPULATION PURSUANT TO UTILITY ORDER (DOCKET NUMBER 1327). |
| **Creditor Id: 278865**<br>COAST TROPICAL<br>PO BOX 530369<br>SAN DIEGO, CA 92153 | 35593<br>Debtor: | $95,615.25<br>WINN-DIXIE PROCUREMENT, INC. | SATISFIED BY 5/12/05 PAYMENT OF $95,615.25 BY CHECK NUMBER 008038878 AND 7/13/05 PAYMENT OF $9,305.50 BY CHECK NUMBER 008073357 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id: 246631**<br>COLLIER COUNTY PRODUCE INC<br>PO BOX 7309<br>NAPLES, FL 34101 | 34704<br>Debtor: | $30,234.00<br>WINN-DIXIE PROCUREMENT, INC. | SATISFIED BY 5/11/05 PAYMENT OF $29,096.25 BY CHECK NUMBER 008037929, 5/27/05 PAYMENT OF $3,733.25 BY CHECK NUMBER 008047522, AND 6/8/05 PAYMENT OF $6,249.00 BY CHECK NUMBER 008052540 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id: 278866**<br>COLLINS BROTHERS PRODUCE<br>PO BOX 1025<br>FOREST PARK, GA  30298-1025 | 35594<br>Debtor: | $28,894.25<br>WINN-DIXIE PROCUREMENT, INC. | SATISFIED BY 5/12/05 PAYMENT OF $29,860.25 BY CHECK NUMBER 008038386 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id: 246746**<br>COMMERCIAL SWEEPERS OF LAKE CITY<br>946 SW CANNON CREEK DRIVE<br>LAKE CITY FL 32024 | 30556<br>Debtor: | $1,162.50<br>WINN-DIXIE STORES, INC. | SATISFIED BY 5/20/05 PAYMENT OF $1,162.50 BY CHECK NUMBER 9903174 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - SATISFIED CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 246919**<br>CONSULTING SPECTRUM INC<br>DBA RESOURCE SPECTRUM<br>PO BOX 2195<br>GRAPEVINE, TX 76099-2195 | 30568<br>Debtor: **WINN-DIXIE STORES, INC.** | $840.00 | SATISFIED BY 4/1/05 PAYMENT OF $840.00 BY CHECK NUMBER 9901324 PURSUANT TO ORDER AUTHORIZING PAYMENT OF EMPLOYEE BENEFITS AND EXPENSES (DOCKET NUMBER 430). |
| **Creditor Id: 247046**<br>COTTLE STRAWBERRY NURSERY, INC<br>ATTN RON E COTTLE, PRES<br>192 NED COTTLE LANE<br>FAISON, NC 28341 | 402<br>Debtor: **WINN-DIXIE STORES, INC.** | $53,124.25 | SATISFIED BY AGREED DEDUCTION OF $2,050 PAID 10/12/04 BY CHECK NUMBER 7555169 AND 5/6/05 PAYMENT OF $51,074.25 BY CHECK NUMBER 09903207 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id: 318691**<br>COUNTY OF GREENVILLE TAX COLLECTOR<br>ATTN THERESA RICH<br>301 UNIVERSITY RIDGE, SUITE 700<br>GREENVILLE SC 29601 | 37020<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $67,631.07 | SATISFIED BY 4/22/05 PAYMENT OF $67,631.07 BY CHECK NUMBER 9901396 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |
| **Creditor Id: 257728**<br>COUNTY OF ORANGE SHERIFFS OFFICE<br>OFF DUTY SERVICES UNIT<br>2500 W COLONIAL DR<br>ORLANDO FL 32804-8005 | 31318<br>Debtor: **WINN-DIXIE STORES, INC.** | $78.00 | SATISFIED BY 4/1/05 PAYMENT OF $246.00 BY CHECK NUMBER 9901239 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |
| **Creditor Id: 247203**<br>CREWS & GARCIA INC<br>PO BOX 11795<br>TAMPA, FL 33680-1795 | 34731<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | $24,249.50 | SATISFIED BY AGREED ACCOUNTS PAYABLE CREDIT OF $1,408.00 AND 4/15/05 PAYMENT OF $22,841.50 BY CHECK NUMBER 009901372 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id: 408202**<br>CRYSTAL CLEAN SWEEPING, INC<br>ATTN R RAND RAY, OWNER/PRESIDENT<br>125 E FORD STREET, SUITE B1<br>RIDGELAND MS 39157 | 6181<br>Debtor: **WINN-DIXIE STORES, INC.** | $6,645.87 | SATISFIED BY 7/15/05 PAYMENT OF $6,645.87 BY CHECK NUMBER 009903255 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |
| **Creditor Id: 399675**<br>CUSTOMIZED PROMOTIONAL RESOURCES INC<br>13794 N W 4TH STREET<br>SUITE 201<br>SUNRISE FL 33325 | 40012<br>Debtor: **WINN-DIXIE STORES, INC.** | $593.60 | SATISFIED BY 4/29/05 PAYMENT OF $1,187.20 BY CHECK NUMBER 9901544 PURSUANT TO ORDER GRANTING AUTHORITY TO HONOR CERTAIN CUSTOMER OBLIGATIONS (DOCKET NUMBER 431). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - SATISFIED CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 278869**<br>DAVID OPPENHEIMER & COMPANY<br>PO BOX 3409<br>BUFFALO, NY 14240-3409 | 35596<br>Debtor: | $66,172.96<br>WINN-DIXIE PROCUREMENT, INC. | SATISFIED BY AGREED DEDUCTION OF $44.54, WAIVER OF $1,836.06, AND 4/22/05 PAYMENT OF $64,292.36 BY CHECK NUMBER 008025813 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id: 399676**<br>DAVIS CONCRETE PRODUCTS INC<br>PO BOX 697<br>PHENIX CITY AL 36868-0697 | 40013<br>Debtor: | $804.00<br>WINN-DIXIE STORES, INC. | SATISFIED BY 4/15/05 PAYMENT OF $804.00 BY CHECK NUMBER 9901378 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |
| **Creditor Id: 381052**<br>DEUCE MCALLISTERS CATCH 22 FOUNDATION<br>ATTN JOSSELYN MILLER<br>PO BOX 231363<br>HARAHAN, LA 70183 | 10796<br>Debtor: | $5,000.00<br>WINN-DIXIE STORES, INC. | SATISFIED BY 9/27/05 PAYMENT OF $5,000.00 BY CHECK NUMBER 008109509 PURSUANT TO ORDER GRANTING AUTHORITY TO HONOR CERTAIN CUSTOMER OBLIGATIONS (DOCKET NUMBER 431). |
| **Creditor Id: 278872**<br>DIXIE PRODUCE & PACKAGING<br>PO BOX 54073<br>NEW ORLEANS, LA 70154-4073 | 35599<br>Debtor: | $113,810.60<br>WINN-DIXIE PROCUREMENT, INC. | WITH CLAIM NUMBER 35600, SATISFIED BY 6/24/05 PAYMENT OF $14,162.47 BY CHECK NUMBER 008063238 AND 10/6/05 PAYMENT OF $172,016.33 BY CHECK NUMBER 008113795 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id: 278873**<br>DIXIE PRODUCE & PACKAGING<br>PO BOX 23647<br>NEW ORLEANS, LA 70183 | 35600<br>Debtor: | $35,849.85<br>WINN-DIXIE PROCUREMENT, INC. | WITH CLAIM NUMBER 35599, SATISFIED BY 6/24/05 PAYMENT OF $14,162.47 BY CHECK NUMBER 008063238 AND 10/6/05 PAYMENT OF $172,016.33 BY CHECK NUMBER 008113795 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id: 278871**<br>DIXIE PRODUCE CO, INC<br>ATTN DAN BISHOP, CFO<br>PO BOX 429<br>CHATTANOOGA, TN 37401 | 4111<br>Debtor: | $3,015.50<br>WINN-DIXIE STORES, INC. | SATISFIED BY 3/2/2006 PAYMENT OF $3,015.50 BY CHECK NUMBER 009905010 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id: 278874**<br>DLJ PRODUCE INC<br>P O BOX 2398<br>WEST COVINA, CA 91793 | 35601<br>Debtor: | $1,774,506.50<br>WINN-DIXIE PROCUREMENT, INC. | SATISFIED BY 5/25/05 PAYMENT OF $1,875,058.44 BY CHECK NUMBER 008027235 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id: 278875**<br>DOLE FRESH FRUIT COMPANY<br>PO BOX 65797<br>CHARLOTTE, NC 28265-0797 | 35602<br>Debtor: | $1,472,657.39<br>WINN-DIXIE PROCUREMENT, INC. | SATISFIED BY 5/17/05 PAYMENT OF $1,578,720.33 BY CHECK NUMBER 008041235 AND 7/12/05 PAYMENT OF $215,530.72 BY CHECK NUMBER 008072372 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - SATISFIED CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 278876**<br>DOLE FRESH VEGETABLES<br>91956 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | 35603<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | $522,103.33 | SATISFIED BY 5/17/05 PAYMENT OF $363,333.54 BY CHECK NUMBER 008041613 AND 6/2/05 PAYMENT OF $186,417.25 BY CHECK NUMBER 008051084 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id: 248433**<br>DOTHAN SECURITY INC<br>ATTN: EDDIE SORRELLS<br>PO BOX 830529<br>BIRMINGHAM, AL 35283<br>Transferee: DEBT ACQUISITION COMPANY OF AMERICA | 33568<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $1,517.25 | SATISFIED BY 5/20/05 PAYMENT OF $1,517.25 BY CHECK NUMBER 9903186 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |
| **Creditor Id: 373583**<br>DUPLANTIS, ALFRED<br>5064 BAYOUSIDE DR<br>CHAUVIN, LA 70344<br>Transferee: DEBT ACQUISITION COMPANY OF AMERICA | 7420<br>Debtor: **WINN-DIXIE STORES, INC.** | $500.00 | SATISFIED BY 7/15/05 PAYMENT OF $500.00 BY CHECK NUMBER 009003265 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |
| **Creditor Id: 249010**<br>ENTERGY<br>PO BOX 61009<br>NEW ORLEANS, LA 70161-1009 | 36283<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $2,684.55 | SATISFIED BY APPLICATION OF CASH DEPOSIT HELD BY ENTERGY. |
| **Creditor Id: 399677**<br>ENVIROMENTAL RESOURCE SOLUTIONS INC<br>1597 THE GREENS WAY<br>SUITE 200<br>JACKSONVILLE BEACH  FL  32250 | 40014<br>Debtor: **WINN-DIXIE STORES, INC.** | $511.98 | SATISFIED BY 4/15/05 PAYMENT OF $511.98 BY CHECK NUMBER 9901365 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |
| **Creditor Id: 278842**<br>FIVE BROTHERS PRODUCE INC<br>PO BOX 349168<br>HOMESTEAD, FL  33034-9168 | 35574<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | $8,861.00 | SATISFIED BY 4/29/05 PAYMENT OF $9,351.97 BY CHECK NUMBER 008031594 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id: 278880**<br>FLAVOR PIC TOMATO CO INC<br>BUILDING 1<br>420 FINLEY AVE W<br>BIRMINGHAM, AL  35204 | 35606<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | $1,373,479.65 | SATISFIED BY 5/4/05 PAYMENT OF $1,400,519.32 BY CHECK NUMBER 008034079 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id: 278882**<br>FLORIDA FRESH INTERNATIONAL INC<br>PO BOX 901348<br>HOMESTEAD, FL  33090. | 35607<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | $60,253.65 | SATISFIED BY AGREED ACCOUNTS PAYABLE CREDIT OF $520.00 AND 5/4/05 PAYMENT OF $59,733.65 BY CHECK NUMBER 008033935 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - SATISFIED CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 249785**<br>FLORIDA KEYS ELEC COOP INC<br>ATTN SHAWN P MULHOLLAND<br>91605 OVERSEAS HIGHWAY<br>PO BOX 377<br>TAVERNIER, FL 33070-0377 | 628<br>Debtor: **WINN-DIXIE STORES, INC.** | $22,414.69 | SATISFIED BY 10/7/05 PAYMENT OF $59,460.16 BY WIRE TRANSFER REFERENCE NUMBER 051007-021875 PER TO 02/21/05 STIPULATION PURSUANT TO UTILITY ORDER (DOCKET NUMBER 1327). |
| **Creditor Id: 278883**<br>FRANCIS PRODUCE CO<br>ATTN: STEVE FRANCIS<br>3048 WHITE HORSE RD<br>GREENVILLE, SC 29611-6056 | 35608<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | $254,443.75 | SATISFIED BY 4/15/05 PAYMENT OF $254,433.75 BY CHECK NUMBER 009901357 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id: 278884**<br>FRESH EXPRESS INC ATLANTA<br>LOCKBOX 932479<br>ATLANTA, GA 31193-2479 | 35609<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | $1,394,258.55 | SATISFIED BY 5/27/05 PAYMENT OF $1,387,817.65 BY CHECK NUMBER 008047240 AND 7/12/05 PAYMENT OF $38,055.89 BY CHECK NUMBER 008072240 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id: 381734**<br>FRESH FROZEN FOODS LLC<br>ATTN LARRY M HICKS, CFO<br>PO BOX 215<br>JEFFERSON GA 30549 | 49<br>Debtor: **WINN-DIXIE STORES, INC.** | $17,919.00 | SATISFIED BY 4/15/05 PAYMENT OF $17,909.00 BY CHECK NUMBER 009901361 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id: 278886**<br>FRESH START PRODUCE SALES INC<br>5353 WEST ATLANTIC AVE<br>EXECUTIVE SQ STE 403-404<br>DELRAY BEACH, FL 33484-8166 | 35611<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | $648,250.99 | SATISFIED BY 5/4/05 PAYMENT OF $673,727.95 BY CHECK NUMBER 008033993 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id: 278887**<br>FRESHOUSE II LLC<br>PO BOX 883<br>RIVERHEAD, NY 11901 | 35612<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | $9,538.80 | SATISFIED BY 4/22/05 PAYMENT OF $12,950.12 BY CHECK NUMBER 008025808 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id: 399648**<br>FROZSUN FOODS INCORPORATED<br>C/O FROZSUN, INC<br>ATTN LEGAL DEPT, PETER GIWOSDOF, ESQ<br>701 W KIMBERLY AVENUE, SUITE 210<br>PLACENTIA CA 92870 | 1224<br>Debtor: **WINN-DIXIE STORES, INC.** | $116,022.07 | SATISFIED BY AGREED ACCOUNTS PAYABLE CREDIT OF $1,071.30 AND 5/17/05 PAYMENT OF $114,950.77 BY CHECK NUMBER 008041715 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-EIGHTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - SATISFIED CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 250326**<br>GATOR MAINTENANCE & SWEEPING<br>14342 NORMANDY BLVD<br>JACKSONVILLE, FL 32234 | 30827<br>**Debtor:** WINN-DIXIE STORES, INC. | $770.00 | SATISFIED BY 5/27/05 PAYMENT OF $577.50 FOR PREPETITION PORTION OF SCHEDULED AMOUNT BY CHECK NUMBER 9903196 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429) AND 5/24/05 PAYMENT OF $192.50 FOR POSTPETITION PORTION OF SCHEDULED AMOUNT (SCHEDULED IN ERROR) BY CHECK NUMBER 8045288. |
| **Creditor Id: 381117**<br>GIDDENS SECURITY CORPORATION<br>PO BOX 37459<br>JACKSONVILLE, FL 32236-7459 | 31950<br>**Debtor:** WINN-DIXIE STORES, INC. | $1,247.09 | SATISFIED BY 4/8/05 PAYMENT OF $1,247.09 BY CHECK NUMBER 9901341 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |
| **Creditor Id: 255163**<br>GIORGIANNI, LYNN<br>3081 ISSER LANE<br>JACKSONVILLE, FL 32257 | 31156<br>**Debtor:** WINN-DIXIE STORES, INC. | $4,325.00 | SATISFIED BY 3/25/05 PAYMENT OF $4,325.00 BY CHECK NUMBER 99001136 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |
| **Creditor Id: 384328**<br>GISEVIUS, ROBERT<br>70306 ABITA AVENUE<br>MANDEVILLE, LA 70471 | 34449<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $3,234.00 | SATISFIED BY 4/8/05 PAYMENT OF $3,234.00 BY CHECK NUMBER 9901351 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |
| **Creditor Id: 250598**<br>GIUMARRA VINEYARDS CORP<br>PO BOX 1969<br>BAKERSFIELD, CA 93303 | 34882<br>**Debtor:** WINN-DIXIE PROCUREMENT, INC. | $195,846.90 | SATISFIED BY 5/3/05 PAYMENT OF $198,351.18 BY CHECK NUMBER 008025464 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id: 250647**<br>GLOBAL BERRY FARMS<br>2241 TRADE CENTER WAY STE A<br>NAPLES, FL 34109 | 34884<br>**Debtor:** WINN-DIXIE PROCUREMENT, INC. | $56,615.75 | SATISFIED BY 4/21/05 PAYMENT OF $56,649.87 BY CHECK NUMBER 008025439 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id: 250705**<br>GOLDEN TRIANGLE SERVICES<br>309 KEITH ST<br>CHATTANOOGA TN 37406-2727 | 33667<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $635.00 | SATISFIED BY 7/15/05 PAYMENT OF $476.25 FOR PREPETITION PORTION OF SCHEDULED AMOUNT BY CHECK NUMBER 9903252 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429) AND 4/19/05 PAYMENT OF $158.75 FOR POSTPETITION PORTION OF SCHEDULED AMOUNT (SCHEDULED IN ERROR) BY CHECK NUMBER 8024182. |
| **Creditor Id: 399692**<br>GREEN, PETER JR<br>5401 - A SUITE 289 S<br>CHARLOTTE NC 28217 | 40029<br>**Debtor:** WINN-DIXIE STORES, INC. | $57.56 | SATISFIED BY 4/12/05 PAYMENT OF $57.56 BY CHECK NUMBER 008020159 PURSUANT TO ORDER AUTHORIZING PAYMENT OF EMPLOYEE BENEFITS AND EXPENSES (DOCKET NUMBER 430). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - SATISFIED CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 384373**<br>GREMILLION, STEPHEN J<br>306 SOUTH MARSHALL<br>BUNKIE, LA 71322 | 34455<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $675.00 | SATISFIED BY 7/15/05 PAYMENT OF $675.00 BY CHECK NUMBER 9903276 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |
| *Transferee: DEBT ACQUISITION COMPANY OF AMERICA* | | | |
| **Creditor Id: 278893**<br>GULF COAST PRODUCE INC<br>PO BOX 1020<br>DOVER, FL 33527 | 35616<br>**Debtor:** WINN-DIXIE PROCUREMENT, INC. | $223,442.10 | SATISFIED BY 4/26/05 PAYMENT OF $223,442.10 BY CHECK NUMBER 008028478 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id: 251105**<br>H SMITH PACKING CORP<br>ATTN JASON BARNES, CONTROLLER<br>55 N STREET, SUITE C<br>PRESQUE ISLE, ME 04769 | 3634<br>**Debtor:** WINN-DIXIE PROCUREMENT, INC. | $20,059.20 | SATISFIED BY 5/22/05 PAYMENT OF $20,059.20 BY CHECK NUMBER 009905619 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id: 251126**<br>HACKBARTH DELIVERY SERVICE, INC<br>ATTN: SHANNON WOODS, AR MGR<br>DEPT 1201<br>PO BOX 2153<br>BIRMINGHAM, AL 35287-1201 | 1734<br>**Debtor:** DIXIE PACKERS, INC. | $1,335.06 | SATISFIED BY 3/10/04 PAYMENT OF $1,221.31 FOR INVOICE NUMBER 69905 BY CHECK NUMBER 007167044 AND 4/2/04 PAYMENT OF $113.75 FOR INVOICE NUMBER 70391 BY CHECK NUMBER 007189811 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| *Transferee: FAIR HARBOR CAPITAL LLC* | | | |
| **Creditor Id: 252787**<br>HELGESTAD, JASON<br>4163 REDOAK LANE<br>IRONSTATION NC 28080 | 4651<br>**Debtor:** WINN-DIXIE SUPERMARKETS, INC. | $382.82 | SATISFIED BY 4/15/05 PAYMENT OF $382.82 BY CHECK NUMBER 9901388 PURSUANT TO ORDER AUTHORIZING PAYMENT OF EMPLOYEE BENEFITS AND EXPENSES (DOCKET NUMBER 430). |
| *Transferee: DEBT ACQUISITION COMPANY OF AMERICA* | | | |
| **Creditor Id: 278896**<br>HELLER BROS<br>PO BOX 770249<br>WINTER GARDEN, FL 34777-0249 | 35618<br>**Debtor:** WINN-DIXIE PROCUREMENT, INC. | $9,720.00 | SATISFIED BY 5/12/05 PAYMENT OF $9,720.00 BY CHECK NUMBER 008038667 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id: 278898**<br>HINTON FARMS<br>1839 DOVER ROAD N<br>DOVER, FL 33527 | 35619<br>**Debtor:** WINN-DIXIE PROCUREMENT, INC. | $99,210.50 | SATISFIED BY 4/21/05 PAYMENT OF $99,345.30 BY CHECK NUMBER 008025412 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - SATISFIED CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 278899<br>HOLLAR & GREENE PRODUCE CO INC<br>PO BOX 3500<br>BOONE, NC 28607-3500 | 35620<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $83,853.75 | SATISFIED BY 4/21/05 PAYMENT OF $83,978.06 BY CHECK NUMBER 008025201 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| Creditor Id: 381460<br>HORNE, DANIEL<br>2450 MEMORIAL BLVD<br>KINGSPORT, TN 37664 | 37080<br>Debtor: WINN-DIXIE RALEIGH, INC. | $108.00 | SATISFIED BY 4/8/05 PAYMENT OF $108.00 BY CHECK NUMBER 9901348 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |
| Creditor Id: 278900<br>I KUNIK COMPANY<br>2000 INDUSTRIAL DRIVE<br>MCALLEN, TX 78504 | 34487<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $17,218.50 | SATISFIED BY 4/25/05 PAYMENT OF $17,218.50 BY CHECK NUMBER 008028702 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| Creditor Id: 278901<br>IBERTRADE<br>747 THIRD AVENUE<br>36TH FLOOR<br>NEW YORK, NY 10017 | 35621<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $6,722.70 | SATISFIED BY 4/29/05 PAYMENT OF $6,497.50 BY CHECK NUMBER 008031151 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| Creditor Id: 381141<br>IMPORTS UNLIMITED INC/STUART FIN COR<br>630 WOODLAND AVENUE<br>CHELTENHAM, PA 19012 | 35710<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $1,008.00 | SATISFIED BY 5/27/05 PAYMENT OF $1,008.00 BY CHECK NUMBER 008047008 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| Creditor Id: 278902<br>INDIAN HILLS PRODUCE INC<br>ATTN JOHN M TOTH, PRES<br>PO BOX 120099<br>CLERMONT, FL 34712-0099 | 364<br>Debtor: WINN-DIXIE STORES, INC. | $166,938.20 | SATISFIED BY AGREED ACCOUNTS PAYABLE CREDIT OF $143.40 AND 5/5/05 PAYMENT OF $166,794.80 BY CHECK NUMBER 008034683 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| Creditor Id: 278903<br>INFINITE HERBS LLC<br>ATTN: GREGO BERLIAVSKY<br>1180 E HALLANDALE BEACH BLVD, STE C<br>HALLANDALE, FL 33009 | 35623<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $128,292.27 | SATISFIED BY 4/29/05 PAYMENT OF $148,274.85 BY CHECK NUMBER 008031581 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| Creditor Id: 252274<br>INTERNATIONAL SEC & INVES, INC<br>ATTN TERRY W UPCHURCH, PRES<br>988 DERBYSHIRE DRIVE<br>KISSIMMEE FL 34758 | 1198<br>Debtor: WINN-DIXIE STORES, INC. | $1,036.30 | SATISFIED BY 7/6/05 PAYMENT OF $1,036.30 BY CHECK NUMBER 009903214 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - SATISFIED CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 252394<br>J&D PRODUCE<br>PO BOX 200677<br>HOUSTON, TX 77216-0677 | 34979<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $35,929.50 | SATISFIED BY 4/21/05 PAYMENT OF $35,958.51 BY CHECK NUMBER 008025658 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| Creditor Id: 278905<br>JAC VANDENBERG INC<br>S WESTCHESTER EXECUTIVE PARK<br>100 CORPORATE BLVD<br>YONKERS, NY 10701 | 35624<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $24,392.25 | SATISFIED BY 5/5/05 PAYMENT OF $28,854.25 BY CHECK NUMBER 008034406 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| Creditor Id: 399680<br>JAMES S FORRESTER MD PA<br>PO BOX 459<br>STANLEY NC 28164 | 40017<br>Debtor: WINN-DIXIE STORES, INC. | $60.00 | SATISFIED BY 4/15/05 PAYMENT OF $60.00 BY CHECK NUMBER 9901356 PURSUANT TO ORDER AUTHORIZING PAYMENT OF EMPLOYEE BENEFITS AND EXPENSES (DOCKET NUMBER 430). |
| Creditor Id: 253122<br>JMB BROS INC<br>PO BOX 639<br>PLANT CITY, FL 33564 | 34992<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $3,380.40 | SATISFIED BY 1/26/06 PAYMENT OF $3,380.40 BY CHECK NUMBER 009904389 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| Creditor Id: 253201<br>JOHN COPES FOOD PRODUCTS INC<br>PO BOX 7324<br>LANCASTER, PA. 17604 | 34995<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $271,394.74 | SATISFIED BY 4/28/05 PAYMENT OF $271,394.74 BY CHECK NUMBER 008029585 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| Creditor Id: 395579<br>JOHNNYS QUALITY FOODS INC<br>ATTN JOSEPH J MANGANO SR, PRES<br>7837 E ST BERNARD HWY<br>ST BERNARD LA 70085 | 368<br>Debtor: WINN-DIXIE STORES, INC. | $26,915.00 | SATISFIED BY 5/5/05 PAYMENT OF $26,915.00 BY CHECK NUMBER 008034821 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| Creditor Id: 278907<br>JOSEPH P SULLIVAN & CO<br>PO BOX 449<br>AYER, MA 01432-0449 | 35626<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $68,646.75 | SATISFIED BY 5/12/05 PAYMENT OF $68,646.75 BY CHECK NUMBER 008038217 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| Creditor Id: 253691<br>KEANE INC<br>PO BOX 99851<br>CHICAGO, IL 60690-7651 | 31043<br>Debtor: WINN-DIXIE STORES, INC. | $16,380.00 | SATISFIED BY 4/1/05 PAYMENT OF $16,380.00 BY CHECK NUMBER 9901307 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - SATISFIED CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 399682**<br>KENTUCKY RIVER MEDICAL CENTER<br>540 JETTS DRIVE<br>JACKSON KY 41339 | 40019<br>Debtor: WINN-DIXIE STORES, INC. | $41.00 | SATISFIED BY 4/15/05 PAYMENT OF $41.00 BY CHECK NUMBER 9901380 PURSUANT TO ORDER AUTHORIZING PAYMENT OF EMPLOYEE BENEFITS AND EXPENSES (DOCKET NUMBER 430). |
| **Creditor Id: 278908**<br>KNC PRODUCE<br>15050 SILVER SMITH CIRCLE<br>BROOKSVILLE, FL 34609 | 31906<br>Debtor: WINN-DIXIE STORES, INC. | $45,457.50 | SATISFIED BY AGREED ACCOUNTS PAYABLE CREDIT OF $1,677.00 AND 4/15/05 PAYMENT OF $43,780.50 BY CHECK NUMBER 00990374 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id: 254177**<br>KUHN FLOWERS<br>3802 BEACH BLVD<br>JACKSONVILLE, FL 32207-4757 | 31094<br>Debtor: WINN-DIXIE STORES, INC. | $172.22 | SATISFIED BY 5/27/05 PAYMENT OF $172.22 BY CHECK NUMBER 9903204 PURSUANT TO ORDER GRANTING AUTHORITY TO HONOR CERTAIN CUSTOMER OBLIGATIONS (DOCKET NUMBER 431). |
| **Creditor Id: 278909**<br>L&M COMPANIES INC<br>PO BOX 890474<br>CHARLOTTE, NC 28289-0474 | 35627<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $921,648.85 | SATISFIED BY 5/3/05 PAYMENT OF $939,387.30 BY CHECK NUMBER 00803057 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id: 254283**<br>LADYBUGS MAINTENANCE, INC<br>ATTN DOUG L TERRO, SEC/TREAS<br>PO BOX 60351<br>LAFAYETTE LA 70596-0351 | 5422<br>Debtor: WINN-DIXIE STORES, INC. | $600.00 | SATISFIED BY 4/27/05 PAYMENT OF $600.00 BY CHECK NUMBER 009903271 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |
| **Creditor Id: 278910**<br>LAKE PLACID GROVES LLC<br>PO BOX 1005<br>LAKE PLACID, FL 33862-1005 | 35628<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $364,983.80 | SATISFIED BY 5/9/05 PAYMENT OF $408,158.80 BY CHECK NUMBER 00803M426 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id: 278915**<br>M RICHARD & SON<br>PO BOX 66<br>SUNSET, LA 70584-0066 | 35632<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $34,590.00 | SATISFIED BY AGREED ACCOUNTS PAYABLE CREDIT OF $2,150.00 AND 4/15/05 PAYMENT OF $32,440.00 BY CHECK NUMBER 009901385 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id: 381532**<br>MANN, TONY<br>5610 CRISPIN STREET, APT 1A<br>ROANOKE, VA 24019 | 32026<br>Debtor: WINN-DIXIE STORES, INC. | $74.07 | SATISFIED BY 4/28/05 PAYMENT OF $74.07 BY CHECK NUMBER 9901334 PURSUANT TO ORDER AUTHORIZING PAYMENT OF EMPLOYEE BENEFITS AND EXPENSES (DOCKET NUMBER 430). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - SATISFIED CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 278917**<br>MANNY LAWRENCE SALES INC<br>820 PARK ROW PMB# 693<br>SALINAS, CA 93901-2406 | 35634<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | $962,754.07 | SATISFIED BY AGREED ACCOUNTS PAYABLE CREDIT OF $11,263.63 AND 4/27/05 PAYMENT OF $951,490.44 BY CHECK NUMBER 008029400 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id: 255408**<br>MARBRAN USA LC<br>PO BOX 200400<br>HOUSTON, TX 77216-0400 | 35085<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | $103,780.79 | SATISFIED BY 5/17/05 PAYMENT OF $97,377.38 BY CHECK NUMBER 008041703, 3/1/06 PAYMENT OF $1,566.53 BY CHECK NUMBER 008173204, AND 3/8/06 PAYMENT OF $16,127.30 BY CHECK NUMBER 008905009 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id: 407756**<br>MARCUS JACKSON LLC DBA<br>PINNACLE SERVICES<br>ATTN MARCUS JACKSON, OWNER<br>PO BOX 366<br>DUPLESSIS LA 70728 | 5420<br>Debtor: **WINN-DIXIE STORES, INC.** | $900.00 | SATISFIED BY 7/25/05 PAYMENT OF $900.00 BY CHECK NUMBER 009903272 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |
| **Creditor Id: 278921**<br>MARKER 29 PRODUCE<br>PO BOX 301<br>ONANCOCK, VA 23417 | 35637<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | $31,371.80 | SATISFIED BY AGREED ACCOUNTS PAYABLE CREDIT OF $243.10 AND 4/21/05 PAYMENT OF $31,128.70 BY CHECK NUMBER 008025158 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id: 381900**<br>MASTRONARDI PRODUCE, INC<br>ATTN FRANK MASTRONARDI, CFO<br>2100 ROAD 4 EAST<br>KINGSVILLE ON N9Y 2E5 CANADA<br><br>Counsel: ATTN CRAIG A STOKES, ESQ | 1392<br>Debtor: **WINN-DIXIE STORES, INC.** | $508,047.60 | SATISFIED BY AGREED ACCOUNTS PAYABLE CREDIT OF $4,000.00 AND 5/17/05 PAYMENT OF $504,047.60 BY CHECK NUMBER 008041181 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id: 315696**<br>MATRANA'S PRODUCE INC<br>ATTN CAMILE MATRANA JR, VP<br>201 LOUISIANA STREET<br>WESTWEGO LA 70094 | 831<br>Debtor: **WINN-DIXIE STORES, INC.** | $84,039.90 | SATISFIED BY AGREED ACCOUNTS RECEIVABLE CREDIT OF $4,000.00 AND 5/17/05 PAYMENT OF $62,419.90 BY CHECK NUMBER 008041641 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id: 255913**<br>MCMICHAELS CONSTRUCTION<br>90 ALMON RD<br>COVINGTON GA 30014-0800 | 33881<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $8,506.00 | SATISFIED BY 3/15/05 PAYMENT OF $8,506.00 BY CASHIER'S CHECK NUMBER 399841388 ISSUED BY WACHOVIA BANK PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - SATISFIED CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 278924**<br>MINERAL KING<br>246 E CALDWELL AVE<br>VISALIA, CA 93277 | 35638<br>Debtor: | $144,430.70<br>**WINN-DIXIE PROCUREMENT, INC.** | SATISFIED BY 4/27/05 PAYMENT OF $136,639.66 BY CHECK NUMBER 008023997 AND 5/3/05 PAYMENT OF $9,552.00 BY CHECK NUMBER 008033462 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id: 384244**<br>MISSISSIPPI POWER CO<br>ATTN JAN STUART<br>401 WEST MAIN AVE<br>LUMBERTON MS 39455 | 2898<br>Debtor: | $321,417.49<br>**WINN-DIXIE STORES, INC.** | SATISFIED BY CLAIMANT'S DRAW OF $384,500.00 ON UTILITY BOND. |
| **Creditor Id: 278927**<br>MONTEREY MUSHROOMS INC<br>ATTN BYRON IRMEGER, CONTROLLER<br>PO BOX 550871<br>TAMPA, FL 33655-0871 | 1718<br>Debtor: | $1,444.00<br>**WINN-DIXIE STORES, INC.** | SATISFIED BY 5/12/05 PAYMENT OF $1,444.00 BY CHECK NUMBER 008038626 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id: 399687**<br>MONTOUCETS AUTO REPAIR SHOP<br>125 KILCHRIST ROAD<br>CARENCRO LA 70520 | 40024<br>Debtor: | $93.96<br>**WINN-DIXIE STORES, INC.** | SATISFIED PURSUANT TO 4/15/05 PAYMENT OF $93.96 BY CHECK NUMBER 9901384 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |
| **Creditor Id: 383214**<br>MOORE SECURITY LLC<br>ATTN PHYLLIS LEWIS, GM & STAN MOORE<br>506 E LEWIS & CLARK PARKWAY, STE 3<br>CLARKSVILLE IN 47129-1730 | 292<br>Debtor: | $13,935.04<br>**WINN-DIXIE SUPERMARKETS, INC.** | SATISFIED BY 3/14/05 PAYMENT OF $11,944.32 BY CHECK NUMBER 009000979 AND 3/25/05 PAYMENT OF $1,990.72 BY CHECK NUMBER 009001172 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |
| **Creditor Id: 278928**<br>MOVSOVITZ & SONS OF FLA<br>PO BOX 41585<br>JACKSONVILLE, FL 32203 | 35640<br>Debtor: | $61,482.75<br>**WINN-DIXIE PROCUREMENT, INC.** | SATISFIED BY 4/29/05 PAYMENT OF $63,590.14 BY CHECK NUMBER 008031484 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id: 399688**<br>MR ROOTER PLUMBING<br>ATTN BARBARA ELLIOTT, OFF MGR<br>PO BOX 917<br>PINEY FLATS TN 37686 | 40025<br>Debtor: | $578.00<br>**WINN-DIXIE STORES, INC.** | SATISFIED BY 4/15/05 PAYMENT OF $578.00 BY CHECK NUMBER 009001379 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |
| **Creditor Id: 278929**<br>N&W FARMS INC<br>GROWER & SHIPPER OF SWEET POTATOES<br>222 HWY 341 S<br>VARDAMAN, MS 38878 | 35641<br>Debtor: | $56,115.00<br>**WINN-DIXIE PROCUREMENT, INC.** | SATISFIED BY 4/28/05 PAYMENT OF $56,115.00 BY CHECK NUMBER 008030615 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-EIGHTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - SATISFIED CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 256989**<br>NATIONAL NEWS DIST<br>2940 4TH AVE SOUTH<br>BIRMINGHAM, AL 35233 | **33950**<br>Debtor: | $179.80<br>**WINN-DIXIE MONTGOMERY, INC.** | SATISFIED BY 4/15/05 PAYMENT OF $179.80 BY CHECK NUMBER 009901375 PURSUANT TO ORDER AUTHORIZING DEBTORS TO TURN OVER FUNDS HELD IN TRUST AND HONOR ASSIGNMENT ARRANGEMENTS (DOCKET NUMBER 438). |
| **Creditor Id: 407453**<br>NEW ORLEANS PRIVATE PATROL SVCE INC<br>C/O MIDDLEBERG RIDDLE & GIANNA<br>ATTN BARRY H GRODSKY, ESQ<br>201 ST CHARLES AVENUE, 31ST FLOOR<br>NEW ORLEANS LA 70170-3100 | **4089**<br>Debtor: | $8,841.52<br>**WINN-DIXIE SUPERMARKETS, INC.** | SATISFIED BY 2/3/06 PAYMENT OF $8,841.52 BY CHECK NUMBER 990469 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |
| **Creditor Id: 257289**<br>NOBLE WORLDWIDE SALES AKA<br>WM G ROE & SONS, INC.<br>PO BOX 1647<br>WINTER HAVEN, FL 33880 | **35178**<br>Debtor: | $6,123.60<br>**WINN-DIXIE PROCUREMENT, INC.** | SATISFIED BY 4/20/05 PAYMENT OF $6,441.61 BY CHECK NUMBER 00802477/3 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id: 279933**<br>OAKSHIRE MUSHROOM SALES LLC<br>PO BOX 388<br>KENNETT SQUARE, PA 19348 | **35644**<br>Debtor: | $510,908.19<br>**WINN-DIXIE PROCUREMENT, INC.** | SATISFIED BY 5/5/05 PAYMENT OF $546,843.73 BY CHECK NUMBER 008034432 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id: 257538**<br>OCALA ELECTRIC UTILITY<br>PO BOX 1330<br>OCALA, FL 34478-1330 | **36626**<br>Debtor: | $823.22<br>**WINN-DIXIE RALEIGH, INC.** | SATISFIED BY 6/10/05 PAYMENT OF $110,994.74 BY WIRE TRANSFER REFERENCE NUMBER 0610E3B75D2C001881 PER UNDATED STIPULATION PURSUANT TO UTILITY ORDER (DOCKET NUMBER 1327). |
| **Creditor Id: 380965**<br>OCCUPATIONAL SAFETY & HEALTH ADMIN LABOR<br>US DEPT OF LABOR OFFICE OF THE SOLI<br>61 FORSYTH STREET SW<br>ATLANTA, GA 30303 | **34346**<br>Debtor: | $52,875.00<br>**WINN-DIXIE MONTGOMERY, INC.** | SATISFIED BY 4/15/05 PAYMENT OF $52,875.00 BY CHECK NUMBER 9901359 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |
| **Creditor Id: 399691**<br>OLYMPIA SUPPLY COMPANY<br>PO BOX 3490<br>BURBANK CA 91508 | **40028**<br>Debtor: | $424.70<br>**WINN-DIXIE STORES, INC.** | SATISFIED BY AGREED DISCOUNT OF $7.58 AND 4/22/05 PAYMENT OF $417.12 BY CHECK NUMBER 9901405 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |
| **Creditor Id: 384277**<br>PAC MARKETING INTERNATIONAL LLC<br>P O BOX 1323<br>YAKIMA, WA 98902 | **35773**<br>Debtor: | $1,075,421.45<br>**WINN-DIXIE PROCUREMENT, INC.** | SATISFIED BY 5/2/05 PAYMENT OF $1,094,160.90 BY CHECK NUMBER 008032557 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - SATISFIED CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 257894<br>PACIFIC SALES COMPANY<br>PO BOX 9869<br>FRESNO, CA 93794-9869 | 35214<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $12,163.75 | SATISFIED BY 4/28/05 PAYMENT OF $55,459.09 BY CHECK NUMBER 008030990 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| Creditor Id: 411220<br>PARISH OF VERMILION SCH BOARD<br>C/O JAN F ROWE, ESQ<br>124 NORTH STATE STREET, SUITE 300<br>ABBEVILLE  LA 70510 | 11349<br>Debtor: WINN-DIXIE STORES, INC. | $907.40 | SATISFIED BY 8/1/05 PAYMENT OF $907.40 BY CHECK NUMBER 008089375 PURSUANT TO ORDER AUTHORIZING PAYMENT OF PREPETITION TAXES (DOCKET NUMBER 435). |
| Creditor Id: 258285<br>PENCE LAWN CARE<br>PO BOX 2847<br>ARCADIA, FL 34265 | 31361<br>Debtor: WINN-DIXIE STORES, INC. | $2,102.74 | SATISFIED BY 7/15/05 PAYMENT OF $2,102.74 BY CHECK NUMBER 9903245 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |
| Creditor Id: 278937<br>PERO PACKING & SALES<br>14095 STATE ROAD 7<br>DELRAY BEACH, FL 33446 | 35647<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $166,859.25 | SATISFIED BY 4/20/05 PAYMENT OF $170,452.68 BY CHECK NUMBER 008024732 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| Creditor Id: 278938<br>PICTSWEET FROZEN FOODS, THE<br>PO BOX 198233<br>ATLANTA, GA 30384-8233 | 35648<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $183,276.61 | SATISFIED BY 4/21/05 PAYMENT OF $184,974.67 BY CHECK NUMBER 008025260 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| Creditor Id: 399296<br>PIONEER GROWERS COOPERATIVE<br>C/O ADELMAN LAW OFFICES, PC<br>ATTN DAVID A ADELMAN, ESQ<br>1320 TOWER ROAD, SUITE 114<br>SCHAUMBURG IL 60173 | 450<br>Debtor: WINN-DIXIE STORES, INC. | $132,906.85 | SATISFIED BY AGREED ACCOUNTS PAYABLE CREDIT OF $5,684.30 AND 5/2/05 PAYMENT OF $127,222.55 BY CHECK NUMBER 008032355 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| Creditor Id: 278940<br>POWERHOUSE PRODUCE LLC<br>ATTN JAMES BANKS, ACCOUNT MANAGER<br>PO BOX 368<br>RIVERHEAD, NY 11901 | 35650<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $2,316,160.50 | SATISFIED BY 5/3/05 PAYMENT OF $2,386,597.57 BY CHECK NUMBER 008032994 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| Creditor Id: 258786<br>PRATT & WHITNEY CANADA<br>PO BOX 730011<br>DALLAS, TX 75373 | 31406<br>Debtor: WINN-DIXIE STORES, INC. | $9,138.47 | SATISFIED BY 9/21/05 PAYMENT OF $9,138.47 BY CHECK NUMBER 9903429 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - SATISFIED CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 258975**<br>PROGRESS ENERGY CAROLINAS INC<br>PO BOX 2041<br>RALEIGH, NC 27602 | 32884<br>Debtor: | $29,676.01<br>WINN-DIXIE LOGISTICS, INC. | SATISFIED BY APPLICATION OF CASH DEPOSIT HELD BY PROGRESS ENERGY. |
| **Creditor Id: 258975**<br>PROGRESS ENERGY CAROLINAS INC<br>PO BOX 2041<br>RALEIGH, NC 27602 | 35263<br>Debtor: | $733.82<br>WINN-DIXIE PROCUREMENT, INC. | SATISFIED BY APPLICATION OF CASH DEPOSIT HELD BY PROGRESS ENERGY. |
| **Creditor Id: 258975**<br>PROGRESS ENERGY CAROLINAS INC<br>PO BOX 2041<br>RALEIGH, NC 27602 | 36688<br>Debtor: | $154,431.89<br>WINN-DIXIE RALEIGH, INC. | SATISFIED BY APPLICATION OF CASH DEPOSIT HELD BY PROGRESS ENERGY. |
| **Creditor Id: 258976**<br>PROGRESS ENERGY FLORIDA<br>PO BOX 33199<br>ST PETERSBURG, FL 33733-8199 | 36689<br>Debtor: | $1,968.20<br>WINN-DIXIE RALEIGH, INC. | SATISFIED BY APPLICATION OF CASH DEPOSIT HELD BY PROGRESS ENERGY. |
| **Creditor Id: 259019**<br>PSR PROFESSIONAL STAFFING INC<br>9755 DOGWOOD ROAD, SUITE 350<br>ROSWELL, GA 30075 | 31432<br>Debtor: | $1,207.50<br>WINN-DIXIE STORES, INC. | SATISFIED BY 4/1/05 PAYMENT OF $1,207.50 BY CHECK NUMBER 9901214 PURSUANT TO ORDER AUTHORIZING PAYMENT OF EMPLOYEE BENEFITS AND EXPENSES (DOCKET NUMBER 430). |
| **Creditor Id: 278941**<br>RAY GILLILAND MELONS, LLC<br>ATTN ALICE GILLILAND<br>206 DEERWOOD DRIVE<br>PRATTVILLE, AL 36067 | 1380<br>Debtor: | $7,654.00<br>WINN-DIXIE STORES, INC. | SATISFIED BY AGREED ACCOUNTS PAYABLE CREDIT OF $1,050.00 AND 5/12/05 PAYMENT OF $6,604.00 BY CHECK NUMBER 008038704 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id: 259313**<br>RCG INFORMATION TECHNOLOGY INC<br>PO BOX 4516 CHURCH ST STATION<br>NEW YORK, NY 10261-4516 | 31457<br>Debtor: | $13,453.13<br>WINN-DIXIE STORES, INC. | SATISFIED BY 4/1/05 PAYMENT OF $13,453.13 BY CHECK NUMBER 9901191 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |
| **Creditor Id: 278942**<br>RICHTER & COMPANY INC<br>1712 EAST BOULEVARD<br>CHARLOTTE, NC 28203 | 35652<br>Debtor: | $67,438.45<br>WINN-DIXIE PROCUREMENT, INC. | SATISFIED BY 4/28/05 PAYMENT OF $69,096.45 BY CHECK NUMBER 008029689 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - SATISFIED CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:  384413**<br>RILEY, WARREN J<br>7 EVERGLADES DRIVE<br>NEW ORLEANS, LA 70131 | 34460<br>**Debtor:** | $12,118.15<br>**WINN-DIXIE MONTGOMERY, INC.** | SATISFIED BY 4/8/05 PAYMENT OF $12,118.15 BY CHECK NUMBER 9901350 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |
| **Creditor Id:  259154**<br>RJS SWEEPER SERVICE<br>ATTN RICK BARTLEY, PRES<br>PO BOX 1131<br>CENTURY, FL 32535<br><br>Transferee: REDROCK CAPITAL PARTNERS LLC | 4783<br>**Debtor:** | $2,747.50<br>**WINN-DIXIE MONTGOMERY, INC.** | SATISFIED BY 3/21/05 PAYMENT OF $392.50 BY CHECK NUMBER 008007522 AND 7/15/05 PAYMENT OF $2,747.50 BY CHECK NUMBER 009903242 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |
| **Creditor Id:  278944**<br>ROSEMONT FARMS CORPORATION<br>ATTN ROBERT NISSENFELD, CONTROLLER<br>2700 N MILITARY TRAIL, SUITE 410<br>BOCA RATON FL 33431<br><br>Counsel: ATTN CRAIG A STOKES, ESQ | 1390<br>**Debtor:** | $197,921.10<br>**WINN-DIXIE STORES, INC.** | SATISFIED BY AGREED ACCOUNTS PAYABLE CREDIT OF $2,724.55 AND 5/27/05 PAYMENT OF $195,196.55 BY CHECK NUMBER 008047472 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id:  278945**<br>RUIZ SALES<br>ATTN AUDREY ENCISO & RICHARD RUIZ<br>PO BOX 3421<br>EDINBURG, TX 78540 | 284<br>**Debtor:** | $43,681.73<br>**WINN-DIXIE STORES, INC.** | SATISFIED BY AGREED DEDUCTION OF $6,217.73, 4/21/05 PAYMENT OF $33,808 BY CHECK NUMBER 008025664, AND 6/2/05 PAYMENT OF $3,656.00 BY CHECK NUMBER 008051158 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id:  278946**<br>SANTA SWEETS<br>PO BOX 1166<br>BONITA SPRINGS, FL 34133-1166 | 35656<br>**Debtor:** | $11,350.00<br>**WINN-DIXIE PROCUREMENT, INC.** | SATISFIED BY 4/21/05 PAYMENT OF $11,472.93 BY CHECK NUMBER 008025440 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id:  278947**<br>SAVEN CORP<br>PO BOX 1763<br>CHARLESTON, WV 25326 | 35657<br>**Debtor:** | $545,639.00<br>**WINN-DIXIE PROCUREMENT, INC.** | SATISFIED BY 4/15/05 PAYMENT OF $545,639.00 BY CHECK NUMBER 009901355 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id:  260543**<br>SCHOENMANN PRODUCE COMPANY<br>PO BOX 201800<br>HOUSTON, TX 77216-1800 | 35339<br>**Debtor:** | $19,152.50<br>**WINN-DIXIE PROCUREMENT, INC.** | SATISFIED BY 4/20/05 PAYMENT OF $19,707.63 BY CHECK NUMBER 008024960 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id:  260566**<br>SCI PROMOTION GROUP LLC<br>5746 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | 35344<br>**Debtor:** | $561,017.63<br>**WINN-DIXIE PROCUREMENT, INC.** | SATISFIED BY 4/22/05 PAYMENT OF $613,312.47 BY CHECK NUMBER 9901402 PURSUANT TO ORDER GRANTING AUTHORITY TO HONOR CERTAIN CUSTOMER OBLIGATIONS (DOCKET NUMBER 431). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - SATISFIED CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 278948**<br>SEALD SWEET LLC<br>PO BOX 116689<br>ATLANTA, GA 30368-6689 | 35658<br>Debtor: | $212,191.70<br>WINN-DIXIE PROCUREMENT, INC. | SATISFIED BY 5/5/05 PAYMENT OF $220,259.78 BY CHECK NUMBER 008034514 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id: 260740**<br>SERVICE EQUIPMENT CO<br>ATTN: MIKE MARQUESZ<br>PO BOX 52256<br>NEW ORLEANS, LA 70152-2256 | 34131<br>Debtor: | $48,929.89<br>WINN-DIXIE MONTGOMERY, INC. | SATISFIED BY 4/1/05 PAYMENT OF $48,929.89 BY CHECK NUMBER 8020045 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |
| **Creditor Id: 397810**<br>SHERWIN WILLIAMS CO<br>2416 NORTH BROAD STREET<br>SELMA, AL 36701 | 34472<br>Debtor: | $158.64<br>WINN-DIXIE MONTGOMERY, INC. | SATISFIED BY 4/1/05 PAYMENT OF $158.64 BY CHECK NUMBER 9901287 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |
| **Creditor Id: 399896**<br>SHOAF, SHIRLEY<br>114 YORK AVENUE<br>KANNAPOLIS NC 28083 | 40033<br>Debtor: | $83.43<br>WINN-DIXIE STORES, INC. | SATISFIED BY 4/22/05 PAYMENT OF $83.43 BY CHECK NUMBER 9901447 PURSUANT TO ORDER AUTHORIZING PAYMENT OF EMPLOYEE BENEFITS AND EXPENSES (DOCKET NUMBER 430). |
| **Creditor Id: 399897**<br>SHRED IT<br>1001 THOMAS ST<br>HAMPTON VA 23669-3034 | 40034<br>Debtor: | $75.00<br>WINN-DIXIE STORES, INC. | SATISFIED BY 4/22/05 PAYMENT OF $75.00 BY CHECK NUMBER 9901393 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |
| **Creditor Id: 845**<br>SINGING RIVER ELECTRIC POWER ASSN<br>ATTN LEE HEDEGAARD, CEO<br>11187 HIGHWAY 63 SOUTH<br>PO BOX 767<br>LUCEDALE MS 39452 | 4825<br>Debtor: | $13,469.81<br>WINN-DIXIE STORES, INC. | SATISFIED BY 6/24/05 PAYMENT OF $15,000.00 BY CASHIER'S CHECK NUMBER 050817-027556 PER 2/21/05 STIPULATION PURSUANT TO UTILITY ORDER (DOCKET 1327). |
| **Creditor Id: 381333**<br>SMITH, BUTCH<br>159 WALTER LANE<br>YAZOO CITY, MS 39194 | 34388<br>Debtor: | $240.00<br>WINN-DIXIE MONTGOMERY, INC. | SATISFIED BY 4/8/05 PAYMENT OF $240.00 BY CHECK NUMBER 990149 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |
| **Creditor Id: 384096**<br>SMITH, DONALD E<br>1164 ALCALA DRIVE<br>ST AUGUSTINE, FL 32086 | 32114<br>Debtor: | $1,440.00<br>WINN-DIXIE STORES, INC. | SATISFIED BY 4/8/05 PAYMENT OF $1,440.00 BY CHECK NUMBER 9901339 PURSUANT TO ORDER AUTHORIZING PAYMENT OF EMPLOYEE BENEFITS AND EXPENSES (DOCKET NUMBER 430). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - SATISFIED CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 278949<br>SOL GROUP MARKETING<br>1751 SW 8TH STREET, SUITE 208<br>POMPANO BEACH, FL 33069 | 35659<br>**Debtor:** WINN-DIXIE PROCUREMENT, INC. | $207,224.53 | SATISFIED BY AGREED ACCOUNTS PAYABLE CREDIT OF $574.20 AND 4/28/05 PAYMENT OF $206,650.33 BY CHECK NUMBER 00803180 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| Creditor Id: 384367<br>SOUTHERN INSTALLATION & SERVICES INC<br>ATTN: JERRY H BARRON<br>PMB 107<br>6223 HIGHWAY 90<br>MILTON FL 32570-1705 | 34454<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $151,297.20 | SATISFIED BY 3/15/05 PAYMENTS OF $124,992.70 AND $26,304.50 BY CHECK NUMBERS 399841382 AND 399841383, RESPECTIVELY, PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |
| Creditor Id: 278950<br>SOUTHERN SPECIALTIES<br>PO BOX 651548<br>CHARLOTTE, NC 28265-1548 | 35660<br>**Debtor:** WINN-DIXIE PROCUREMENT, INC. | $38,672.35 | SATISFIED BY 3/5/05 PAYMENT OF $41,702.11 BY CHECK NUMBER 00803054 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| Creditor Id: 278951<br>SPICE WORLD INC<br>8101 PRESIDENTS DR<br>ORLANDO, FL 32809-7624 | 35661<br>**Debtor:** WINN-DIXIE PROCUREMENT, INC. | $225,958.60 | SATISFIED BY AGREED ACCOUNTS PAYABLE CREDIT OF $4,720.39 AND 4/22/05 PAYMENT OF $221,238.21 BY CHECK NUMBER 00802 6198 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| Creditor Id: 261645<br>ST CHARLES UNITED METHODIST CHURCH<br>ATTN MARY ANNE SCHINDLER<br>14034 RIVER RD<br>DESTREHAN, LA 70047 | 2916<br>**Debtor:** WINN-DIXIE STORES, INC. | $1,800.00 | SATISFIED BY 4/29/05 PAYMENT OF $1,800.00 BY CHECK NUMBER 9901859 PURSUANT TO ORDER GRANTING AUTHORITY TO HONOR CERTAIN CUSTOMER OBLIGATIONS (DOCKET NUMBER 431). |
| Creditor Id: 261780<br>ST VINCENTS HEALTH SYSTEMS<br>2565 PARK STREET<br>JACKSONVILLE, FL 32204 | 31618<br>**Debtor:** WINN-DIXIE STORES, INC. | $1,162.50 | SATISFIED BY 6/17/05 PAYMENT OF $1,162.50 BY CHECK NUMBER 9903213 PURSUANT TO ORDER GRANTING AUTHORITY TO HONOR CERTAIN CUSTOMER OBLIGATIONS (DOCKET NUMBER 431). |
| Creditor Id: 241808<br>STATE OF ALABAMA AGRICULTURE DEPT<br>FOOD SAFETY SECTION<br>PO BOX 3336<br>MONTGOMERY, AL 36109-0336<br><br>Counsel: ATTN: BILL PRYOR, ESQ | 33187<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $25.00 | SATISFIED BY 5/20/05 PAYMENT OF $25.00 BY CHECK NUMBER 9903188 PURSUANT TO ORDER AUTHORIZING PAYMENT OF PREPETITION TAXES (DOCKET NUMBER 435). |
| Creditor Id: 399700<br>STATESVILLE ROOFING COMPANY<br>PO DRAWER 1266<br>STATESVILLE NC 28687-1266 | 40000<br>**Debtor:** WINN-DIXIE STORES, INC. | $1,198.10 | SATISFIED BY 4/22/05 PAYMENT OF $1,198.10 BY CHECK NUMBER 9901395 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - SATISFIED CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 381281**<br>STORMWATER & ENVIRONMENTAL MAINTENANCE<br>6753 THOMASVILLE RD<br>STE 108-112<br>TALLAHASSEE, FL 32312 | 31982<br>Debtor: | $325.00<br>WINN-DIXIE STORES, INC. | SATISFIED BY 5/20/05 PAYMENT OF $325.00 BY CHECK NUMBER 9903179 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |
| **Creditor Id: 278953**<br>STUART FINANCIAL CORP<br>630 WOODLAND AVENUE<br>CHELTENHAM, PA 19012 | 35663<br>Debtor: | $11,214.00<br>WINN-DIXIE PROCUREMENT, INC. | SATISFIED BY 4/26/05 PAYMENT OF $11,214.00 BY CHECK NUMBER 008028305 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id: 262157**<br>SUMTER ELECTRIC CO INC<br>ATTN CHERYL A TUCKER<br>PO BOX 301<br>SUMTERVILLE, FL 33585-0301 | 7556<br>Debtor: | $34,559.89<br>WINN-DIXIE STORES, INC. | SATISFIED BY 1/4/06 PAYMENT OF $31,000.00 BY WIRE TRANSFER REFERENCE NUMBER 060104-00824 PER 12/05 STIPULATION PURSUANT TO UTILITY ORDER (DOCKET NUMBER 1327). |
| **Creditor Id: 278955**<br>SUN CITY PRODUCE CO<br>2230 SW 2ND ST<br>POMPANO BEACH FL 33069-3121 | 35665<br>Debtor: | $48,013.50<br>WINN-DIXIE PROCUREMENT, INC. | SATISFIED BY 5/4/05 PAYMENT OF $54,444.80 BY CHECK NUMBER 008033930 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id: 262209**<br>SUN FRESH OF FLORIDA<br>ATTN WILLIAM R COTTON, GEN MGR<br>1755 LAKESIDE AVENUE<br>ST AUGUSTINE, FL 32086 | 69<br>Debtor: | $45,132.80<br>WINN-DIXIE STORES, INC. | SATISFIED BY 5/3/05 PAYMENT OF $45,132.80 BY CHECK NUMBER 008033141 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id: 278956**<br>SUNKIST GROWERS INC<br>PO BOX 406546<br>ATLANTA, GA 30384-6546 | 35666<br>Debtor: | $504,611.33<br>WINN-DIXIE PROCUREMENT, INC. | SATISFIED BY 4/25/05 PAYMENT OF $523,114.90 BY CHECK NUMBER 008026978 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id: 262215**<br>SUNNY FRESH<br>ATTN KELLY MARINARO, OWNER<br>2101 15TH AVE<br>VERO BEACH FL 32960 | 1248<br>Debtor: | $720.00<br>WINN-DIXIE STORES, INC. | SATISFIED BY 4/28/05 PAYMENT OF $720.00 BY CHECK NUMBER 008030158 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - SATISFIED CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 262265**<br>SUPERMARKET ENVIRONMENT SERVICES CO<br>ATTN: DAVID KENNEDY<br>PO BOX 667<br>KERNERSVILLE, NC 27285<br><br>Transferee: ASM CAPITAL LP | 31662<br>Debtor: WINN-DIXIE STORES, INC. | $33,741.38 | SATISFIED BY 3/24/05 PAYMENT OF $33,741.38 BY CHECK NUMBER 8009234 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |
| **Creditor Id: 278960**<br>TEAM PRODUCE<br>PO BOX 227578<br>MIAMI, FL 33122-7578 | 35670<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $134,686.00 | SATISFIED BY 4/28/05 PAYMENT OF $139,712.80 BY CHECK NUMBER 008030204 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id: 262598**<br>TECHKNOLOGY SOLUTIONS<br>ATTN DAVID W BROOKS<br>3948 S THIRD STREET<br>JACKSONVILLE BEACH, FL 32250-5847 | 31694<br>Debtor: WINN-DIXIE STORES, INC. | $11,750.00 | SATISFIED BY 4/1/05 PAYMENT OF $11,750.00 BY CHECK NUMBER 9901236 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |
| **Creditor Id: 397804**<br>THACKER, PAUL<br>9308 N MILITARY TRAIL<br>WEST PALM BEACH, FL 33410 | 32243<br>Debtor: WINN-DIXIE STORES, INC. | $104.00 | SATISFIED BY 4/1/05 PAYMENT OF $104.00 BY CHECK NUMBER 9901243 PURSUANT TO ORDER AUTHORIZING PAYMENT OF EMPLOYEE BENEFITS AND EXPENSES (DOCKET NUMBER 430). |
| **Creditor Id: 278961**<br>TIM EDMONDSON FARM<br>PO BOX 85<br>VARDAMAN, MS 38878 | 35671<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $83,612.50 | SATISFIED BY 4/21/05 PAYMENT OF $84,148.67 BY CHECK NUMBER 008025509 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id: 263259**<br>TOTAL PARKING LOT MAINTENANCE<br>ATTN BELINDA O'NEAL-TANNER, OWNER<br>PO BOX 183<br>ALTURAS, FL 33820 | 3650<br>Debtor: WINN-DIXIE STORES, INC. | $1,085.96 | SATISFIED BY 7/15/05 PAYMENT OF $1,049.96 BY CHECK NUMBER 009903244 PER AGREEMENT DATED 4/25/05 AND 5/100/05 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |
| **Creditor Id: 263291**<br>TOWN OF CHAPIN<br>PO BOX 183<br>CHAPIN, SC 29036<br><br>Counsel: ATTN DAVID W KNIGHT, ESQ | 9627<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | SATISFIED BY 6/22/05 PAYMENT OF $208.00 BY CHECK NUMBER 008061236 AND 7/22/05 PAYMENT OF $436.00 BY CHECK NUMBER 008077704 PURSUANT TO UTILITY ORDER (DOCKET NUMBER 1327). |
| **Creditor Id: 278962**<br>UNIFRUTTI OF AMERICA<br>3460 N DELAWARE AVENUE, SUITE 302<br>PHILADELPHIA, PA 19134 | 35672<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $1,208,777.65 | SATISFIED BY 4/26/05 PAYMENT OF $1,212,475.33 BY CHECK NUMBER 008028307 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - SATISFIED CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 263859**<br>UNIVERSAL PROMOTIONS INC<br>3561 VALLEY DRIVE<br>PITTSBURGH, PA 15234 | 31798<br>Debtor: **WINN-DIXIE STORES, INC.** | $179,648.43 | SATISFIED BY 4/29/05 PAYMENT OF $179,648.43 BY CHECK NUMBER 9901450 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |
| **Creditor Id: 263921**<br>US FOODSERVICE<br>ATN CHARLES WALLACE<br>PO BOX 117<br>MONTGOMERY, AL 36101-0117 | 35506<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | $2,307.36 | SATISFIED BY RECLAMATION CLAIM PAYMENT OF $14,569.63. |
| **Creditor Id: 399705**<br>USDA FOOD SAFETY & INSPECTION SERVICES<br>PO BOX 9001<br>ST LOUIS MO 63197-9001 | 40040<br>Debtor: **WINN-DIXIE STORES, INC.** | $530.66 | SATISFIED BY 5/27/05 PAYMENT OF $530.66 BY CHECK NUMBER 8047762 PURSUANT TO ORDER AUTHORIZING PAYMENT OF PREPETITION TAXES (DOCKET NUMBER 435). |
| **Creditor Id: 263970**<br>UTILITIES COMMISSION OF<br>PO BOX 100<br>NEW SMYRNA BEACH, FL 32170-0100 | 31805<br>Debtor: **WINN-DIXIE STORES, INC.** | $31,140.89 | SATISFIED BY 10/7/05 PAYMENT OF $31,115.89 BY WIRE TRANSFER REFERENCE NUMBER 1007E3B75D2C000937 PER 9/05 STIPULATION PURSUANT TO UTILITY ORDER (DOCKET NUMBER 1327). |
| **Creditor Id: 263986**<br>VALENCIA LAWN SERVICES<br>6258 TERRY ROAD<br>JACKSON, MS 39272 | 34288<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $3,877.67 | SATISFIED BY 7/15/05 PAYMENT OF $3,877.67 BY CHECK NUMBER 9903256 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |
| **Creditor Id: 278863**<br>VALLEY SHORE FARMS<br>PO BOX 862<br>MOULTRIE, GA 31776 | 35673<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | $82,467.50 | SATISFIED BY 5/12/05 PAYMENT OF $82,467.50 BY CHECK NUMBER 00803B440 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id: 381018**<br>VENTURI TECHNOLOGY PARTNERS COMSYS<br>PO BOX 60260<br>CHARLOTTE, NC 28260 | 31926<br>Debtor: **WINN-DIXIE STORES, INC.** | $9,540.00 | SATISFIED BY 4/22/05 PAYMENT OF $9,540.00 BY CHECK NUMBER 9901394 PURSUANT TO ORDER AUTHORIZING PAYMENT OF EMPLOYEE BENEFITS AND EXPENSES (DOCKET NUMBER 430). |
| **Creditor Id: 265138**<br>WALDEN, YVONE<br>PO BOX 598<br>SUMMIT MS 39666 | 31896<br>Debtor: **WINN-DIXIE STORES, INC.** | $1,050.85 | SATISFIED BY 5/6/05 PAYMENT OF $1,050.85 BY CHECK NUMBER 9903146 PURSUANT TO ORDER GRANTING AUTHORITY TO HONOR CERTAIN CUSTOMER OBLIGATIONS (DOCKET NUMBER 431). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - SATISFIED CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 952**<br>WALTON ELECTRIC MEMBER CORP<br>ATTN JIM CAUTHEN , VP FINANCE<br>PO BOX 260<br>MONROE GA 30655 | 10775<br>Debtor: **WINN-DIXIE STORES, INC.** | $16,280.44 | WITH CLAIM NUMBER 10776, SATISFIED BY 7/24/06 PAYMENT OF $33,138.19 BY WIRE TRANSFER REFERENCE NUMBER 060724-044169 PER 7/10/06 STIPULATION PURSUANT TO UTILITY ORDER (DOCKET NUMBER 1327). |
| **Creditor Id: 264390**<br>WALTON ELECTRIC MEMBER CORP<br>ATTN JIM CAUTHEN , VP FINANCE<br>PO BOX 1347<br>MONROE, GA 30655-1347 | 10776<br>Debtor: **WINN-DIXIE STORES, INC.** | $22,660.54 | WITH CLAIM NUMBER 10775, SATISFIED BY 7/24/06 PAYMENT OF $33,138.19 BY WIRE TRANSFER REFERENCE NUMBER 060724-044169 PER 7/10/06 STIPULATION PURSUANT TO UTILITY ORDER (DOCKET NUMBER 1327). |
| **Creditor Id: 284283**<br>WE DENTMON CONSTRUCTION INC<br>11708 US 92 EAST<br>SEFFNER, FL 33584 | 31831<br>Debtor: **WINN-DIXIE STORES, INC.** | $328,326.52 | SATISFIED BY 3/15/05 PAYMENT OF $398,062.22 BY CHECK NUMBER 399841387 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |
| **Creditor Id: 278970**<br>WEST PAK<br>42322 AVENIDA ALVARADO<br>TEMECULA, CA 92590 | 35679<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | $221,033.75 | SATISFIED BY 4/20/05 PAYMENT OF $229,672.47 BY CHECK NUMBER 008024974 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id: 259842**<br>WHITE, ROBIN<br>PO BOX 944<br>ORANGE BEACH  AL  36561-0944 | 34093<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $100.00 | SATISFIED BY 4/8/05 PAYMENT OF $100.00 BY CHECK NUMBER 9901347 PURSUANT TO ORDER GRANTING AUTHORITY TO HONOR CERTAIN CUSTOMER OBLIGATIONS (DOCKET NUMBER 431). |
| **Creditor Id: 397819**<br>WHITMORE PLUMBING<br>1812 BOUNDARY STREET<br>BEAUFORT, SC  29902<br><br>Transferee: DEBT ACQUISITION COMPANY OF AMERICA | 37181<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $131.25 | SATISFIED BY 4/1/05 PAYMENT OF $131.25 BY CHECK NUMBER 9901212 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |
| **Creditor Id: 264864**<br>WILLIAMS & ROWE COMPANY, INC<br>5215 HIGHWAY AVENUE<br>JACKSONVILLE, FL 32254<br><br>Counsel: ATTN RICHARD A TANNER, ESQ | 34322<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $23,073.12 | SATISFIED BY 3/15/05 PAYMENT OF $23,073.12 BY CASHIER'S CHECK NUMBER 399841381 ISSUED BY WACHOVIA BANK PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |
| **Creditor Id: 264864**<br>WILLIAMS & ROWE COMPANY, INC<br>5215 HIGHWAY AVENUE<br>JACKSONVILLE, FL 32254<br><br>Counsel: ATTN RICHARD A TANNER, ESQ | 37203<br>Debtor: **WINN-DIXIE SUPERMARKETS, INC.** | $10,681.11 | SATISFIED BY 3/15/05 PAYMENT OF $10,681.11 BY CASHIER'S CHECK NUMBER 399841381 ISSUED BY WACHOVIA BANK PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - SATISFIED CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:  278971**<br>WILSON & SON SALES<br>2811 AIRPORT RD<br>PLANT CITY, FL  33563-1145 | 35680<br>Debtor:  **WINN-DIXIE PROCUREMENT, INC.** | $181,719.20 | SATISFIED BY 4/21/05 PAYMENT OF $193,360.20 BY CHECK NUMBER 008025414 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id:  381775**<br>WISHNATZKI, INC<br>ATTN GARY WISHNATZKI, PRES<br>100 STEARNS AVENUE<br>PLANT CITY  FL  33563 | 50<br>Debtor:  **WINN-DIXIE STORES, INC.** | $136,854.50 | SATISFIED BY AGREED ACCOUNTS PAYABLE CREDIT OF $226.40 AND 4/15/05 PAYMENT OF $136,628.10 BY CHECK NUMBER 009901370 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id:  278868**<br>WP PRODUCE CORP<br>1471 NW 21ST STREET<br>MIAMI, FL  33142 | 35677<br>Debtor:  **WINN-DIXIE PROCUREMENT, INC.** | $95,277.50 | SATISFIED BY 5/17/05 PAYMENT OF $102,727.75 BY CHECK NUMBER 008041387 AND 6/8/05 PAYMENT OF $1,517.00 BY CHECK NUMBER 008052913 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id:  278974**<br>YAKIMA ROCHE FRUIT SALES LLC<br>PO BOX 1707<br>YAKIMA, WA  98907 | 35682<br>Debtor:  **WINN-DIXIE PROCUREMENT, INC.** | $1,031,653.49 | SATISFIED BY 5/6/05 PAYMENT OF $1,093,463.42 BY CHECK NUMBER 008036068 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id:  384428**<br>YARBROUGH CORP<br>ATTN: RALPH G KINMAN<br>3200 EMERSON ST<br>JACKSONVILLE, FL  32207 | 32235<br>Debtor:  **WINN-DIXIE STORES, INC.** | $24,898.68 | WITH CLAIM NUMBER 33134 AND POSTPETITION INVOICE(S), SATISFIED BY 4/8/05 PAYMENT OF $42,228.13 BY CHECK NUMBER 009901340 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |
| **Creditor Id:  384428**<br>YARBROUGH CORP<br>ATTN: RALPH G KINMAN<br>3200 EMERSON ST<br>JACKSONVILLE, FL  32207 | 33134<br>Debtor:  **WINN-DIXIE LOGISTICS, INC.** | $8,725.83 | WITH CLAIM NUMBER 32235 AND POSTPETITION INVOICE(S), SATISFIED BY 4/8/05 PAYMENT OF $42,228.13 BY CHECK NUMBER 009901340 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DOCKET NUMBER 429). |
| **Creditor Id:  278875**<br>YARBROUGH PRODUCE CO<br>624 16TH AVE W<br>BIRMINGHAM, AL  35204-1421 | 35683<br>Debtor:  **WINN-DIXIE PROCUREMENT, INC.** | $1,240.00 | SATISFIED BY 5/12/05 PAYMENT OF $1,240.00 BY CHECK NUMBER 008038677 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - SATISFIED CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 265133<br>YOUNGS LAWN MAINTENANCE<br>111 N PINE RIDGE DR<br>FOREST, MS 39074 | 34335<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $450.00 | SATISFIED BY 7/15/05 PAYMENT OF $450.00 BY CHECK NUMBER 9903254<br>PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER<br>CLAIMS (DOCKET NUMBER 429). |

| | | |
|---|---|---|
| **Total Claims to be Disallowed:** | 221 | |
| **Total Amount to be Disallowed:** | $30,056,237.90 | Plus Unliquidated Amounts, If Any |

**EXHIBIT B**

WINN-DIXIE STORES, INC., ET AL.
TWENTY-EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 383985**<br>ATEB INC<br>4501 ATLANTIC AVENUE, SUITE 110<br>RALEIGH, NC 27604 | 32077<br>Debtor: | $7,250.00<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. WITH CLAIM NUMBER 34408, AMOUNT SCHEDULED IN ERROR AS IT FAILED TO TAKE INTO ACCOUNT DEBIT OF $9,000. |
| **Creditor Id: 383985**<br>ATEB INC<br>4501 ATLANTIC AVENUE, SUITE 110<br>RALEIGH, NC 27604 | 34408<br>Debtor: | $760.00<br>WINN-DIXIE MONTGOMERY, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. WITH CLAIM NUMBER 32077, AMOUNT SCHEDULED IN ERROR AS IT FAILED TO TAKE INTO ACCOUNT DEBIT OF $9,000. |
| **Creditor Id: 243183**<br>BEA SYSTEMS INC<br>7074 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | 30202<br>Debtor: | $29,907.30<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. AMOUNT SCHEDULED IN ERROR AS IT REFLECTS POSTPETITION INVOICE PAID 7/11/05 BY CHECK NUMBER 8072278. |
| **Creditor Id: 384089**<br>DELTA INVESTMENTS<br>ATTN THOMAS L THOMPSON<br>753 RABON ROAD<br>LAURENS, SC 29360 | 32112<br>Debtor: | $3,941.30<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. AMOUNT SCHEDULED IN ERROR. |
| **Creditor Id: 249271**<br>EXCELL REFRIGERATION OF SC INC<br>ATTN GLENN TAYLOR, PRESIDENT<br>359 RIVERCHASE WAY<br>LEXINGTON, SC 29072 | 9415<br>Debtor: | $7,203.72<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIMANT ABANDONED CLAIM IN TAX IDENTIFICATION NUMBER SOLICITATION RESPONSE. |
| **Creditor Id: 384179**<br>J&J FOODS<br>ATTN JAN HARBART, PRES<br>PO BOX 2067<br>FT OGLETHORPE, GA 30742 | 32143<br>Debtor: | $30,239.15<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. AMOUNT SCHEDULED IN ERROR. CLAIMANT HAS BEEN PAID DIRECTLY BY THE COMMONWEALTH OF KENTUCKY (HEALTH AND FAMILY SERVICES). |
| **Creditor Id: 255389**<br>MANUGISTICS INC<br>DEPT CH 17165<br>PALATINE, IL 60055-7165 | 32784<br>Debtor: | $52,114.20<br>WINN-DIXIE LOGISTICS, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. AMOUNT SCHEDULED IN ERROR AS IT REFLECTS POSTPETITION INVOICE PAID 4/20/05 BY CHECK NUMBER 8024874. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 410589**<br>SFP, LLC<br>C/O KENNEDY, COVINGTON, ET AL.<br>ATTN AMY PRITCHARD WILLIAMS, ESQ<br>HEARST TOWER, 47TH FLOOR<br>214 NORTH TRYON STREET<br>CHARLOTTE NC 28202<br><br>Transferee: PRINCIPAL LIFE INSURANCE COMPANY<br>Counsel: ATTN EDWIN W HELD JR, ESQ | 12405<br>Debtor: | $759,397.70<br>WINN-DIXIE RALEIGH, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIM NUMBER 12157 WAS FILED BY PRINCIPAL LIFE INSURANCE FOR REJECTION DAMAGES FOR THE SAME STORE. |
| **Creditor Id: 381921**<br>STATE OF TENNESSEE REV DEPT<br>C/O ATTORNEY GENERAL<br>ATTN WILBUR E HOOKS JR<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | 13642<br>Debtor: | $2,727,240.21<br>WINN-DIXIE RALEIGH, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. DEBTOR EXTENDED FILING DATE FOR 2006 RETURN UNTIL 4/15/07, PAYING EXPECTED LIABILITY OF $100. DEBTOR ALSO PAID $100 FOR MINIMUM FRANCHISE TAX DUE FOR YEAR ENDED JUNE, 2007. DEBTOR NO LONGER HAS ANY OPERATIONS OR ASSETS IN TENNESSEE SO THERE SHOULD BE NO OTHER EXCISE OR FRANCHISE TAX DUE. |
| **Creditor Id: 381921**<br>STATE OF TENNESSEE REV DEPT<br>C/O ATTORNEY GENERAL<br>ATTN WILBUR E HOOKS JR<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | 13643<br>Debtor: | $119,331.23<br>WINN-DIXIE MONTGOMERY, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. DEBTOR EXTENDED FILING DATE FOR 2006 RETURN UNTIL 4/15/07, PAYING EXPECTED LIABILITY OF $100. DEBTOR ALSO PAID $100 FOR MINIMUM FRANCHISE TAX DUE FOR YEAR ENDED JUNE, 2007. DEBTOR NO LONGER HAS ANY OPERATIONS OR ASSETS IN TENNESSEE SO THERE SHOULD BE NO OTHER EXCISE OR FRANCHISE TAX DUE. |
| **Creditor Id: 226409**<br>VARNEDOE, TAMMY J<br>346 BATTEN EXT LOT 1<br>DOUGLAS GA 31533 | 4868<br>Debtor: | $428.00<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTORS' BOOKS AND RECORDS. |

| | | | |
|---|---|---|---|
| Total Claims to be Disallowed: | 11 | | |
| Total Amount to be Disallowed: | $3,737,812.81 | Plus Unliquidated Amounts, If Any | |

# EXHIBIT C

WINN-DIXIE STORES, INC., ET AL.
TWENTY-EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 405927**<br>GOODING'S SUPERMARKETS, INC<br>C/O LOWNDES DROSDICK ET AL<br>ATTN MATT E BEAL, ESQ<br>215 NORTH EOLA DRIVE<br>PO BOX 2809<br>ORLANDO FL 32802-2809 | 8851 | $0.00 | Multiple Classes<br><br>Debtor: WINN-DIXIE STORES, INC. | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id: 405927**<br>GOODING'S SUPERMARKETS, INC<br>C/O LOWNDES DROSDICK ET AL<br>ATTN MATT E BEAL, ESQ<br>215 NORTH EOLA DRIVE<br>PO BOX 2809<br>ORLANDO FL 32802-2809 | 8852 | $0.00 | Multiple Classes<br><br>Debtor: WINN-DIXIE STORES, INC. | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id: 405871**<br>ZATARAINS, INC<br>ATTN REGINA TEMPLET<br>PO BOX 6190<br>NEW ORLEANS LA 70114<br>Counsel: ATTN DANIEL J CARRIGAN, ESQ | 10852 | $44,433.12 | Multiple Classes<br><br>Debtor: WINN-DIXIE PROCUREMENT, INC. | Unsecured<br>Non-Priority | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT NET<br>CONSUMPTION WAIVER OF $1,475.05, ACCOUNTS PAYABLE<br>CREDIT OF $10,647.96, AND RECLAMATION PAYMENTS IN<br>PROCESS TOTALING $36,553.51.  ACCORDINGLY, CLAIMANT<br>OWES DEBTOR $4,243.40. |

Total Claims to be Disallowed & Recl: 3

Total Amount to be Disallowed & Recl: $44,433.12      Plus Unliquidated Amounts, If Any

**EXHIBIT D**

WINN-DIXIE STORES, INC., ET AL.
TWENTY-EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT D - AMENDED CLAIM TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| Creditor Id: 381921 | 13645 | $700.00 | 11880 | $246.39 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| STATE OF TENNESSEE REV DEPT | | TABLE SUPPLY FOOD STORES CO., INC. | | | |
| C/O ATTORNEY GENERAL | | | | | |
| ATTN WILBUR E HOOKS JR | | | | | |
| PO BOX 20207 | | | | | |
| NASHVILLE  TN  37202-0207 | | | | | |

Total Claim to be Disallowed:        1

Total Amount to be Disallowed:      $246.39      Plus Unliquidated Amount, If Any

**EXHIBIT E**

WINN-DIXIE STORES, INC., ET AL.
TWENTY-EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT E - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 1149**<br>BUNDY NEW ORLEANS CO LLC<br>C/O BENENSON CAPITAL PARTNERS LLC<br>ATTN LLOYD D STABINER, CFO<br>708 THIRD AVENUE, 28TH FLOOR<br>NEW YORK, NY 10017<br><br>Counsel: ATTN JASON M KATZ, ESQ | **13637**<br>Debtor: | $613,244.60<br>WINN-DIXIE MONTGOMERY, INC. | $606,463.02 | REDUCED AMOUNT REFLECTS REMOVAL OF $6,781.58 FOR MATHEMATICAL ERROR. |
| **Creditor Id: 249602**<br>FISHKING PROCESSORS INC<br>PO BOX 512545<br>LOS ANGELES, CA 90051-0545 | **34834**<br>Debtor: | $13,955.59<br>WINN-DIXIE PROCUREMENT, INC. | $5,459.02 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $8,496.57. |
| **Creditor Id: 1723**<br>PRB INVESTMENTS, LLC<br>ATTN PHILLIP BULLIARD<br>2424 EDENBORN AVENUE, SUITE 600<br>METAIRIE, LA 70001<br><br>Counsel: ATTN JERRY W SULLIVAN, ESQ | **13632**<br>Debtor: | $5,115,000.00<br>WINN-DIXIE STORES, INC. | $715,000.00 | REDUCED AMOUNT REFLECTS REMOVAL OF $4,400,000 INSURANCE CLAIM FOR HURRICANE RELATED DAMAGES. |
| **Creditor Id: 410538**<br>TEACHERS RETIREMENT SYSTEM OF THE STATE OF KENTUCKY<br>C/O WYATT TARRANT & COMBS LLP<br>ATTN JOHN P BRICE, ESQ<br>250 WEST MAIN STREET, SUITE 1600<br>LEXINGTON KY 40507-1746 | **12842**<br>Debtor: | $620,187.19<br>WINN-DIXIE STORES, INC. | $470,187.00 | REDUCED AMOUNT REFLECTS REMOVAL OF $150,000.19 FOR OVERSTATED REJECTION DAMAGES. |
| **Creditor Id: 535044**<br>ZUPPARDO REAL ESTATE CO, INC<br>C/O STUTSMAN THAMES & MARKEY, PA<br>ATTN BRADLEY R MARKEY, ESQ<br>50 N LAURA STREET, SUITE 1600<br>JACKSONVILLE FL 32202 | **13634**<br>Debtor: | $619,675.00<br>WINN-DIXIE MONTGOMERY, INC. | $423,675.00 | REDUCED AMOUNT REFLECTS REMOVAL OF $196,000.00 FOR HURRICANE DAMAGES. |

Total Claims to be Reduced:          5

Total Amount to be Reduced:       $6,982,062.38 Plus Unliquidated Amounts, If Any

Total Reduced Amount:       $2,220,784.04

**EXHIBIT F**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. [1] | ) | Jointly Administered |
| | ) | |

**ORDER (A) DISALLOWING SATISFIED CLAIMS, (B) DISALLOWING
NO LIABILITY CLAIMS, (C) DISALLOWING NO LIABILITY
MISCLASSIFIED CLAIMS, (D) DISALLOWING AMENDED CLAIM
AND (E) REDUCING OVERSTATED CLAIMS, AS SET FORTH IN THE
DEBTORS' TWENTY-EIGHTH OMNIBUS CLAIMS OBJECTION**

These cases came before the Court for hearing on January 24, 2007,

upon the Twenty-Eighth Omnibus Objection (the "Objection") of Winn-Dixie Stores,

Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to

the proofs of claim listed on Exhibits A through E (the "Disputed Claims").[2] Upon

consideration, it is

ORDERED AND ADJUDGED:

1.    The Objection is sustained.

2.    The Satisfied Claims listed on Exhibit A are disallowed in

their entirety, as having been paid.

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]      All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

3.      The No Liability Claims listed on Exhibit B are disallowed in their entirety.

4.      The asserted class status alleged for each of the No Liability Misclassified Claims listed on Exhibit C is denied; and the No Liability Misclassified Claims are (a) reclassified as specified on Exhibit C under the heading "Modified Class Status," and (b) disallowed in their entirety.

5.      The Amended Claim listed on Exhibit D is disallowed in its entirety.

6.      The Overstated Claims listed on Exhibit E are reduced to the amounts set forth on Exhibit E under the heading Reduced Claim Amount and the amounts exceeding the Reduced Claim Amount are disallowed.

7.      Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order is deemed a separate Order with respect to each claim.  Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

8.      Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

2

9.      Except as otherwise agreed between the Debtors and a

particular claimant, this Order is without prejudice to the Debtors' right to file any

further objection they may have to the Disputed Claims or the Remaining Claims.

Dated this _____ day of January, 2007 in Jacksonville, Florida.


_____
Jerry A. Funk
United States Bankruptcy Judge


James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

**THE EXHIBITS TO BE ATTACHED TO THE ORDER WHEN ENTERED WILL BE THE SAME EXHIBITS THAT ARE ATTACHED TO THE OBJECTION, WITH ANY NECESSARY MODIFICATIONS TO ADDRESS RESPONSES TO THE OBJECTION**