# Helen S. Yade

1.      Helen S. Yade -        27203 Paddock Drive, Brooksville, FL 34602
                               DOB: 10/10/1954      SSN: 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
                               Spouse: Robert K. Yade

2.      Date of Incident: 02/21/2006.
        Place: Winn Dixie #652, 31100 Cortez Boulevard, Brooksville, FL 34602.
        On or about February 21, 2006, the Winn Dixie pharmacy, through it's employees and/or
        agents negligently dispensed the wrong medication to Helen S. Yade by filling the
        prescription with Robaxxin instead of Relifin.

        As a result or Winn Dixie's negligence, Helen S. Yade suffered burning muscle spasms,
        stiff muscles, mental incoherence,  bodily injury and resulting pain and suffering,
        disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life,
        expense of hospitalization, medical and nursing care and treatment, loss of earnings, and
        loss of ability to earn money and aggravation of a previously existing condition.  The
        losses are either permanent or continuing in nature and Helen S. Yade will suffer the
        losses in the future.

        As a further result, her spouse, Robert K. Yade, lost the services, society, and consortium
        of the Helen S. Yade.

3.      No demand has been made at this time/unliquidated.

4.      George C. Psetas, Esquire, 10816 U.S. 19N, Suite 105, Port Richey, FL   34668
        Email - psetas.law@ verizon.net.


EXHIBIT A