## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:                                              Case No.:  05-3817-3F1

WINN-DIXIE STORES, INC., et al.,                    Chapter 11

      Reorganized Debtors,                    Jointly Administered

_____/

### APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE
### STATUS FOR POST-PETITION CLAIM AND REQUEST FOR NOTICE
### (claimant Susan Brown)

**COMES NOW** Susan Brown ("Applicant/Claimant"), by and through her undersigned

attorneys, and seeks administrative expense status for Applicant's claim against one or more of

the Debtors pursuant to 11 U.S.C. §503(b).  Applicant requests the entry of an order allowing the

administrative expenses described below and directing the payment of such amount pursuant to

Order Confirming the Joint Plan of Reorganization of Winn-Dixie Stores, Inc., and Affiliated

Debtors (the "Confirmation Order") and the provisions of the Plan as confirmed.  In support of

the Application, Applicant states as follows:

### JURISDICTION AND VENUE

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

   Venue is proper pursuant to 28 U.S.C. § 157(b)(2).

### FACTUAL BACKGROUND

2. Winn-Dixie Stores, Inc., et al. (the "Debtors") filed their voluntary petitions for relief

   under Chapter 11 of the Bankruptcy Code on or about February 21, 2005 (the "Petition

   Date").

3. After the Petition Date and on or about April 3, 2006, Applicant was injured at the Winn-

   Dixie Store # 2348, 281 Port St. Lucie, Port Saint Lucie, Florida 34984.  As a proximate

result of the injury Applicant has suffered damages totaling at least $100,000.00, which

damages Applicant can support through medical records and other proof.

### APPLICANT'S CLAIM IS ENTITLED TO
### ADMINISTRATIVE EXPENSE STATUS

4.  Section 503(b) of the Bankruptcy Code provides for the allowance of administrative

expense status, and its attendant priority for payment, for the "actual, necessary costs and

expenses of preserving the estate…". 11 U.S.C. § 503(b).  It is well established that

personal injury claims arising from a post-petition tort committed by the debtor are

entitled to administrative expense status.  *See, Reading Co. v. Brown,* 391 U.S.471,485

(post-petition fire damages resulting from trustee's negligence were entitled to

administrative expense status); *In re Piper Aircraft Corp.,* 169 B.R. 766 (Bankr. S.D. Fla

1994).

5.  In this instance, Applicant's claim arose as a result of the business operations of one or

more of the Debtors after the Petition Date but prior to the Confirmation Order.  As such,

Applicant's claim is entitled to administrative expense status under 11 U.S.C. § 503(b),

and Applicant seeks the entry of an order awarding such status.

### APPLICANT FOR FUTURE NOTICE

Applicant requests that all future pleadings and notices regarding or affecting Applicant's

claim be served upon:

David T. Aronberg, Esquire
2160 W. Atlantic Avenue
Second Floor
Delray Beach, Florida 33445
_____
Applicant's damages may not be fully liquidated at this time.

WHEREFORE, based upon the foregoing, Applicant requests the Court enter an order granting the relief requested herein and such other relief as it deems just and proper.

Respectfully Submitted,

**LAW OFFICES OF ARONBERG & ARONBERG**
Attorneys for Applicant/Claimant
2160 West Atlantic Avenue, Second Floor
Delray Beach, Florida 33445
Telephone:    (561) 266-9191
Facsimile:    (561) 988-8100

By:    _____
      **David T. Aronberg, Esq.**
      Florida Bar No.: 075140
      **Leonard P. Haberman, Esquire**
      Florida Bar No.: 19570

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on December 21, 2006 I delivered by Certified Mail Return Receipt Requested this **APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE STATUS FOR POST PETITION CLAIM AND REQUEST FOR NOTICE** through the United States Postal Service, to the **Clerk of the Court**, United States Courthouse, 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and by U.S. Mail and Facsimile to **James H. Post, Esquire, Counsel for the Reorganized Debtors, <u>(904) 359-7708,</u>** 225 Water Street, Suite 1800, Jacksonville, Florida 32202, **Matthew Barr, Esquire and John MacDonald Esquire, Counsel for the Post-Effective Date Committee**, <u>**(212) 822-5194**</u>, 1 Chase Manhattan Plaza, New York, New York 10005.

By:    _____
      David T. Aronberg, Esquire

N:\office\clients.new\Brown.Susan(06)SF\Bankruptcy\Application for Allowance.doc