Law Office of
# GREGG PESSIN, P.A.
Attorney at Law

| | Dade Line: (305) 476-7767 | |
|---|---|---|
| Gregg Pessin, Esq.<br>E-Mail GPess1@aol.com | Facsimile No: (305) 476-5984 | 3191 Coral Way<br>Suite 1008<br>Miami, Fl 33145 |
| David E. Stone, Esq.<br>of Counsel | | |

December 22, 2006


Darleen Bell
Dennis LeVine & Associates, P.A.
103 South Blvd
Tampa, Florida 33606-1901


Re:      Winn Dixie
         Administrative Claim Bar Date: January 5, 2007

Dear Ms. Bell:

1. The Name of the Claimant is Maidoly Valenzuela.

2. She was injured on 11/17/2005 at the store located at 12107 S.W. 152nd Street, Store No: 0384 in Miami, Florida, when she slipped and fell due to water on the floor. She suffered a tear of the medial miniscus of her right knee and lumbosacral sprain.

3. The amount of damages is unliquidated.

4. All notices should be sent to the undersigned attorney. The e-mail is GPess1@aol.com.


Very truly yours,

*[signature]*

GREGG PESSIN, ESQ.
GP/vc
Enc.

EXHIBIT A

RECEIVED DEC 2 6 2006