# MEMORANDUM

**TO:**      Dennis LeVine

**FROM:**    David Benenfeld

**RE:**      Winn-Dixie Claims

**DATE:**    12/26/06

---

**Name of Claimant:** Willie Marie Spidell

**Notes of Incident:** On August 7, 2006, Willie Marie Spidell slipped and fell at Winn-Dixie No. 210 located at 3116 W. Commercial Blvd., Tamarac, FL 33309 when she slipped and fell on a wet floor that existed for a period of time that employees of Winn-Dixie knew or should have known of the condition and failed to correct it and/or warn her of the defective condition which caused her to fall. Ms. Spidell suffered with injuries to her neck, head, knees, legs, back and hip.

**Amount of Damages at This Time:** The amount of damages has not as yet been claimed and therefore, no settlement demand has yet been proposed.

**Person to Receive Notices:**
David M. Benenfeld, Esquire
Law Offices of David M. Benenfeld, P.A.
7491 W. Oakland Park Blvd., Suite 304
Lauderhill, FL 33319
(954) 677-0155 telephone
(954) 677-0773 facsimile
dbenenfeld@injurylawservice.com

EXHIBIT A