# MEMORANDUM

**TO:**     Dennis LeVine

**FROM:**   David Benenfeld

**RE:**     Winn-Dixie Claims

**DATE:**   12/26/06

---

**Name of Claimant:** Diana Price

**Notes of Incident:** On April 5, 2006, Diana Price slipped and fell on liquid on the floor at Winn-Dixie Store No. 204 located at 1035 N.W. 9th Ave., Ft. Lauderdale, FL 33311. The liquid on the floor existed for a period of time that the Winn-Dixie employees knew or should have known of its existence and failed to correct the condition and/or warn Ms. Price about the defective condition. Ms. Price suffers with left shoulder pain, low back pain as well as hip pain.

**Amount of Damages at This Time:** Amount of damages claimed has not yet been determined, and therefore, no demand has been made as yet.

**Person to Receive Notices:**
David M. Benenfeld, Esquire
Law Offices of David M. Benenfeld, P.A.
7491 W. Oakland Park Blvd., Suite 304
Lauderhill, FL 33319
(954) 677-0155 telephone
(954) 677-0773 facsimile
dbenenfeld@injurylawservice.com



EXHIBIT A