

# JAY KORETSKY, P.A.
Attorney at Law
County Square Center
21489 Northwest 2nd Avenue
Miami, Florida 33169

Broward (954) 746-4604
Dade (305) 999-0273
Fax (305) 999-0275

October 4, 2006

**Winn Dixie Supermarkets c/o**
**Sedgwick Claims Management Services Inc.**
**P.O. Box 24787**
**Jacksonville, FL 32241-4787**

**Attn: Ernestine Wilson, Claims Examiner II**

In Re: Our Client:        Grace Morrison
Date of Accident:    June 9, 2006
Your Insured:        Winn Dixie Stores
L/Accident:          Store #343 -  149th Street and 7th Avenue, Miami, Florida
Northway Shopping Center
Claim No.:           A611205180-0001-01

Dear Ms. Wilson:

This letter is in follow-up to the recorded statement provided to you by my client on September 26, 2006.

Enclosed are ER records from Parkway Regional Medical Center, orthopedic records from LeJeune Orthopedic Associates and primary care doctor records just received from Liberty Healthcare (Jodine Sejour, M.D.).  Also, enclosed is a health insurance lien just received from Humana, though it does not appear to be complete.

I have requested updated orthopedic records and hope to forward these to you with a settlement demand within the next 30-45 days.  Please do not hesitate to contact me should you wish to discuss this claim further.

Very truly yours,

JAY KORETSKY, ESQ.

JK:sak
**Enclosures**

EXHIBIT A