# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

In re:                                                                 Case No.: 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,                    Chapter 11

Debtor(s)                                                            Jointly Administered

_____/

## MOTION FOR ALLOWANCE OF ADMINISTRAVIVE EXPENSE CLAIM

Movant, Robert M. Clyatt d/b/a Law Firm of Robert M. Clyatt, pursuant to 11 U.S.C. §503, requests that this Court enter an order approving its application for allowance of administrative expense claim, and in support thereof says:

1. On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §101-1330, as amended (the "Bankruptcy Code").

2. On November 9, 2006, this Court entered an order confirming the Debtor's joint plan of reorganization (the "Plan").

3. In accordance with the terms of the Plan, the Plan became effective on November 21, 2006 (the "Effective Date").

4. Between the Petition Date and the Effective Date, the Movant rendered services in representation of the Debtors in litigation matters identified in Exhibit A attached. The aggregate amount due from the Debtors for such services is $7,505.25, as more specific set forth in Exhibit A.

5. Movant is entitled to an administrative expense claim for the services rendered to the Debtors.

WHEREFORE, Movant respectfully request the Court enter an order allowing its administrative expense claim and grant such other and further relief as is just and proper.

/s/ Robert M. Clyatt
Robert M. Clyatt, Esq.
Georgia Bar Number 170925
P.O. Box 5799
3269 N. Valdosta Rd.
Valdosta, GA 31603-5799
(229) 241-9091
(229) 245-1635 (Facsimile)

Attorney for Movant

## EXHIBIT A

| | Matter: | Amount Due: |
|---|---|---|
| 1. | Winn Dixie Stores, Inc. vs Margatet Spurlock<br>Claim No.: A011202678 (Our File # 402L019) | $306.75 |
| 2. | Winn Dixie Stores, Inc. vs Amanda Johnson, as Parent and next Friend of Brenden Johnson, a minor<br>Claim No.: A111208939 (Our File # 403L060) | $719.86 |
| 3. | Winn Dixie Stores, Inc. vs Gary King & Debbie King<br>Claim No.: A111208993 (Our File # 403L113) | $936.04 |
| 4. | Winn Dixie Stores, Inc. vs Howard & Ruth Crouch<br>Claim No.: A311211247 (Our File #403L121) | $227.50 |
| 5. | Winn Dixie Stores, Inc. vs Horace & Brenda Brown<br>Claim No.: A111216547 (Our File # 403L171) | $657.33 |
| 6. | Winn Dixie Stores, Inc vs Daniel Wise<br>Claim No.: A311207631 (Our File # 404L027) | $1.53 |
| 7. | Winn Dixie Stores, Inc. vs Leonard Travis<br>Claim No.: A411209525 (Our File # 404L100) | $593.37 |
| 8. | Winn Dixie Stores, Inc. vs Rondy & Patrice Ellis<br>Claim No.: A211216054 (Our File # 404L160) | $2,274.76 |
| 9. | Winn Dixie Stores, Inc. vs Roy Brown<br>Claim No.: A411203581-0001-01 (Our File # 404L162) | $660.78 |
| 10. | Winn Dixie Stores, Inc vs Nathan Surface<br>Claim No.: A11206966 (Our File # 405L008) | $73.00 |
| 11. | Winn Dixie Stores, Inc. vs Jackie Henderson<br>Claim No.: A311215004-0001-01 (Our File # 405L028) | $134.97 |
| 12. | Winn Dixie Stores, Inc. vs Marietta Sampson<br>Claim No.: A411206206-001-01 (Our File # 405L032) | $997.36 |
| 13 | Winn Dixie Stores, Inc vs Shirley Burks<br>Claim No.: A511212602-0001-01 (Our File # 406L040) | $322.00 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was furnished by electronic or standard mail to the parties listed below on this 29th day of December, 2006.

/s/ Robert M. Clyatt
Robert M. Clyatt, Esq

James Post, Esq.
Smith, Hulsy & Busey
225 Water St., Suite 1800
Jacksonville, FL 32202
(904) 359-7708 (Fascimile)

Matthew Barr
Milbank, Tweed, et al.
1 Chase Manhatten Plaza
New York, NY 10005
(212) 882-5194 (Fascimile)