

**STABINSKI**
**&FUNT, P.A.**
ATTORNEYS AT LAW

| Miami-Dade Office | Broward Office | www.stabinski-funt.com |
|---|---|---|
| 757 NW 27th Ave., 3rd Floor | 2860 State Road 84 | |
| Miami, FL 33125 | Building 1, Suite 103 | |
| Tel: 305-643-3100 | Ft. Lauderdale, FL 33312 | |
| Fax: 305-643-1382 | Tel: 954-583-4432 | |

Reply to Miami-Dade Office
or to nfunt@stabinski-funt.com

November 28, 2006

Stephanie Phillips
Sedgwick Claim
P.O. Box 24787
Jacksonville, Fl 32241-4787

Re: Mignora Cardoso
D/A: 10-6-05
Claim No: A511212754 0001 01 008
Your Insured: Winn Dixie Store

Dear Ms. Phillips:

On October 6, 2005, my client Mignora Cardoso, was an invitee in Winnn-Dixie Store # 0235. She slipped and fell on squashed produce on the floor. On October 12, 2005, within six (6) days of the accident I requested that Winn-Dixie preserve security videos of the area and provide me with a copy of my client's statement. Winn Dixie, per the U.S. Postal Service Return Receipt, received my request on October 14, 2005. Do you have the video? I still want a copy of any statement given by my client. My client advises a Winn Dixie employee took photographs, but after the floor in the area of the accident was swept.

The medical reports and bills are self-explanatory. My client, as a result of Winn Dixie's negligence, sustained a fracture to her patella and has been left with deformity to her knee. Her substantial lost wages and loss of earning capacity claims are well documented with the enclosed records. Per her Board Certified Orthopedic, she is a high risk candidate for degenerative arthritis in the knee and surgery. Presently she has a 10% to 15% permanent impairment of the knee that will worsen over time.

Due to the negligence of Winn Dixie and the serious nature of the injuries resulting in significant disability, impairment, medical expense, lost wages, loss of earning capacity, loss of enjoyment of life, pain and suffering, and mental anguish over a life expectancy of more than 25 years,

If you have a reasonable response to this demand, please provide same within 20 days.

Very truly yours,

STABINSKI & FUNT, P.A.

By: _____
NORMAN FUNT, ESQ.
Of Counsel

NF/lr
enc:

EXHIBIT A