# SPEAKMAN & SPEAKMAN

ATTORNEYS AT LAW
108 NORTH DEAN ROAD
AUBURN, ALABAMA 36830

MICHAEL S. SPEAKMAN
STEVEN T. SPEAKMAN

TELEPHONE (334) 821-0091
FAX (334) 821-0508

November 14, 2006

Mr. Richard J. Law
Sedgwick Claims Management Services, Inc.
P. O. Box 24787
Jacksonville, Florida 32241-4787

RE:   Our Client:   Hilda Guthrie
      Date of Incident:   August 5, 2006
      Claim Number:   A611207264
      Your Location:   Winn Dixie Store #437
                           1441 Foxrun Parkway
                           Opelika, Alabama 36801
      Division:   Montgomery 07

Dear Mr. Law:

      As you know, we represent Ms. Hilda Guthrie with regard to a fall in Winn-Dixie #0437, at 1441 Foxrun Parkway, Opelika, Alabama. Our investigation of the matter revealed that Ms. Guthrie was a customer in Winn-Dixie on August 5, 2006. She was in the produce section and slipped in a puddle of water. Ms. Guthrie immediately felt pain in her right hip, elbow, and neck. Tony Barberi, the store manager accepted responsibility, provided ice for Ms. Guthrie's injured right elbow and put up a "wet floor" sign. A letter from Mr. Barberi is enclosed.

      On August 5, 2006, Ms. Guthrie went to the emergency room at East Alabama Medical Center where she was examined, x-rayed, and diagnosed by a certified registered nurse practitioner and by Dr. Rick Ledkins. Radiological services were performed by Alabama Imaging. Ms. Guthrie was diagnosed with cervical strain, elbow abrasion, and a hip contusion. She was given prescription medications and instructed to follow up with her personal physician.

      Ms. Guthrie takes a prescribed blood thinner to treat a preexisting heart problem. As a result, she bruises easily. The bruising and soreness continued to increase, and on August 7, 2006, Ms. Guthrie followed up with Dr. Keith Fuller of East Alabama Family Practice. Dr. Fuller examined Ms. Guthrie and diagnosed her with elbow pain, hematoma, neck pain and cervical strain. Due to the excessive bruising, Dr. Fuller decreased the dosage of prescription drugs that Ms. Guthrie takes for coronary issues. He monitored Ms. Guthrie for the next four weeks, until he released her on November 7, 2006.

      On September 20, 2006, segments of Ms. Guthrie's two front teeth (#8 and 9) broke off and fell out. She reported to Dr. James L. Carroll, DDS, who examined Ms. Guthrie and

EXHIBIT A

November 14, 2006
page two

temporarily repaired the two teeth.  Dr. Carroll determined that these two teeth were fractured at the time of the fall, since there was no damage to the two teeth in the last six month appointment in July 2006.  Ms. Guthrie's two front teeth will require restoration with porcelain crowns at a cost of $1,390.00 which will be scheduled in the near future.

    Ms. Guthrie's medical bills are as follows:

| | |
|---|---:|
| East Alabama Medical Center | $ 806.49 |
| Alabama Imaging | 25.80 |
| Dr. Keith Fuller | 235.00 |
| James L. Carroll, DDS  (9/20/06 temporary repair) | 100.00 |
| James L. Carroll, DDS (porcelain crown repair) | $1,390.00 |
| TOTAL | $2,557.29 |

We have enclosed all of the medical bills and records which have been provided to us.  Our office also has hard copies of photographs showing Ms. Guthrie's bruising.  Please contact us if you would like to view the photographs.

    Ms. Guthrie has given this law firm the authority to settle her claims with your insured.  Please contact us within ten days of receipt of this letter to discuss settlement of our client's claims.

                                 Sincerely,


                                 Michael S. Speakman

MSS:kdm

Enclosure

c: Ms. Hilda Guthrie