F I L E D
JACKSONVILLE, FLORIDA

DEC 2 7 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Case: 05-03817-3F1

IN RE:

WINN DIXIE STORES, INC., ET AL,    Chapter 11 - Jointly Administered
Debtor

Honorable Judge:
Jerry A. Funk

## APPLICATION FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR A POST PETITION PERSONAL INJURY CLAIM

NOW COMES, STARLING GIBSON, pro se, and files this his Application For Allowance Of An Administrative Claim For A Post Petition Personal Injury Claim and moves this Honorable Court to Allow his post petition administrative claim, subject to liquidation by either consent of the parties or a court of competent jurisdiction and in support thereof states:

1. On February 21, 2005 (the "Petition Date") Winn-Dixie Stores, Inc. , et al., (the Debtors") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York. By order dated April 13, 2005, venue of the Debtor's bankruptcy cases was transferred to this Court

2. The Debtors are operating their properties and managing their business as debtors-in-possession pursuant to Bankruptcy Code Sections 1107 and 1108.

3. On July 2, 2005, STARLING GIBSON entered Debtor's retail store #209 located in Pembroke Pines, Florida to purchase various food items. While in debtor's facility, he slipped and fell on some a liquid substance, as a direct result of Debtor's negligent maintenance. STARLING GIBSON immediately presented to North Shore Medical Center for emergency treatment. As a direct result of his slip and fall incident at the Debtor's store, STARLING GIBSON injured various parts of his body, and as a result,

has undergone several months of treatment under the care by Orthopedic Surgeon Dr. Michael B. Whittles. As a proximate result of the injury, Applicant STARLING GIBSON has suffered severe damages totaling in excess of $100,000.00, which damages Applicant can support through medical records and other proof.

4. The Court has entered Orders setting out certain procedures to resolve personal injury claims.

5. On or about December 6, 2006, STARLING GIBSON received a Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, an (C) Bar Dates for Filing Claims Arising Before Effective Date and Other Administrative Claims. In said notice, Applicant STARLING GIBSON was directed to submit his post petition personal injury claim by no later than January 5, 2007.

6. The Personal injury claim of STARLING GIBSON is not yet liquidated.

7. Damages arising from a post petition tort committed by a debtor are entitled to administrative expense status. See *Matter of Jartran, Inc.,* 732 F.2d 584, 587 (7th Cir. 1984); *Seidle v. United States* (In re Airlift), 97 B.R. 664, 668 (Bankr. S.D. Fla.1989).

8. The Court may award an administrative expense priority under section 503(b) for the actual, necessary costs and expenses of preserving the estate..." 11 U.S.0 Section 503(B)(1).

**WHEREFORE,** STARLING GIBSON, respectfully requests that this Honorable Court enter an order:
  a) Allowing his post petition administrative claim, subject to liquidation by either consent of the parties or a court of competent jurisdiction. Upon liquidation of her post petition claim, STARLING GIBSON request the Court to enter an Order requiring the Debtors to pay the allowed administrative claim in full, as a condition of confirmation of their Chapter 11 Plan.
  b) The Court limit notice of this Application to the Debtors, and counsel for the Unsecured Trade Creditors Committee.

c) Grant such other and further relief as this Court deems just, equitable and proper.

Dated: December 23, 2006.

STARLING GIBSON
8250 N.W. 1st Place
Miami, FL 33150
Telephone: 954-961-5100
SS# 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
DOB: 1-27-1949

## REQUEST FOR FUTURE NOTICE

Applicant requests that all future pleadings and notices regarding or affecting Applicant's claim be served upon: **STARLING GIBSON, 8250 N.W. 1st Place Miami, FL 33150.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was served by U.S. Certified Mail, Return Receipt Requested, upon all on the following service list on December 23, 2006.

STARLING GIBSON

Clerk of the Court
United States Courthouse
300 N. Hogan St., Suite 3-350
Jacksonville, FL 32202
(Certified Return Receipt#7006 2150 0005 6446 5193)

Counsel for the Reorganized Debtors Committee
Smith Hulsey & Busey
James Post
225 Water Street Suite 1800
Jacksonville, Florida 32202
(Certified Return Receipt
#7006 2150 0005 6446 5186)

Counsel for the Post-Effective Date

Milbank, Tweed Hadley & McCloy, LLP
Mathew Barr
1 Chase Manhattan Plaza
New York New York 10005
(Certified Return Receipt
#7006 2150 0005 6446 5179)

3