F I L E D
JACKSONVILLE, FLORIDA

DEC 2 8 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORI

**UNITED STATE BANKRUPTCY COURT
FOR THE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

In Re:

**WINN DIXIE STORES, INC., et al.**

**Case Number: 05-03817-3F1**

**Debtors**

**Chapter 11 – Jointly Administered**

**APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE
STATUS FOR POST-PETITION CLAIM AND REQUEST FOR NOTICE**

COMES NOW, Tammy Moses and seeks administrative expense status for the Applicant's claim against one or more of the Debtors pursuant to 11 U.S.C. § 503(b). Applicant requests that entry of an order allowing the administrative expense described below and directing the payment of such amount pursuant to Order confirming the joint plan of reorganization of Winn-Dixie Stores, Inc. and affiliated debtors (the "Confirmation Order") and the provisions of the plan as confirmed. In support of this application, applicant states as follows:

JURISDICTION AND VENUE

1. The court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334. Venue is proper pursuant to 28 U.S.C. § 157(b)(2).

FACTUAL BACKGROUND

2. Winn Dixie Stores, Inc., et al. filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on or about February 21, 2005.

3. After the petition date on or about August 6, 2006, Applicant was injured at Winn-Dixie located at 4231 Macon Road, Columbus, Muscogee County, Georgia. As a proximate result of the injury, Applicant has suffered severe damages totaling at least $ 15,000.00 which damages Applicant can support through medical records and other proof.

## APPLICANT'S CLAIM IS ENTITLED TO ADMINISTRATIVE EXPENSE STATUS

4.    Section 503(b) of the Bankruptcy Code provides for the allowance of administrative expense status, and its attendant priority for payment, for the "actual, necessary costs and expenses of preserving the state…". 11 U.S.C. § 503(b).  It is well established that personal injury claims arising from a post-petition tort committed by the debtors are entitled to administrative expense status.  *See, Reading Co. v. Brown*, 391 U.S. 471, 485 (post-petition fire damages resulting from trustee's negligence were entitled administrative expense status); *In re Piper Aircraft Corp.*, 169 B.R. 766 (Bankr. S.D. Fla. 1994).

5.    In this instance, Applicant's claim arose as a result of the business operations of on or more of the debtors after the petition date but prior to the Confirmation Order.  As such, Applicant's $ 15,000.00 claim is entitled to administrative expense status under 11 U.S.C. § 503(b), and applicant seeks the entry of an order awarding such status.

### REQUEST FOR FUTURE NOTICE

Applicant request that all future pleading and notices regarding or affecting Applicant's claim be served upon her at 4230 Lamar Street, Apt. A, Columbus, Georgia 31907. WHEREFORE, based upon the foregoing, Applicant requests that the Court enter an order granting the relief requested herein and such other relief as it deems just and proper.

Respectfully Submitted,

Tammie Moses

*Tammie Moses*

Creditor

## CERTIFICATE OF SERVICE

I hereby certify that on the ___ day of _12-21-06_ 20__, I filed an Applicant for Allowance of Administrative Expense Status for Post Petition Claim and Request for Notice with the Court of Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32203, and a copy was served on James H. Post, Esq., 225 Water St., Suite 1800, Jacksonville, Florida 32202, and Mathew Barr, Esq., One Chase Manhattan Plaza, New York, NY 10005.

Tammie Moses

*Tammie Moses*

Creditor

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT Middle DISTRICT OF Florida | PROOF OF CLAIM |
|---|---|

Name of Debtor:
**WINN-DIXIE Inc.**

Case Number: **05-03817-371**

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

F I L E D
JACKSONVILLE, FLORIDA

DEC 2 8 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Name of Creditor (The person or other entity to whom the debtor owes money or property):
**Tammie Moses**

☑ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Name and address where notices should be sent:
**4230 Lamore St. Apt A**
**Columbu Ga. 31907**

Telephone number: **706-221-8487**

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor:

Check here ☐ replaces ☐ amends   a previously filed claim, dated:_____
if this claim

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☑ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
       (date)        (date)

**2. Date debt was incurred:** 8-26-06

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

Unsecured Nonpriority Claim $ **15000**

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Secured Claim**

☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other _____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**Unsecured Priority Claim**

☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.

Amount entitled to priority $_____

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)

☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:**

| $15,000 | | | 0.00 |
|---|---|---|---|
| (unsecured)* | (secured) | (priority) | (Total) |

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date **12-19-06** | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): **Tammie Moses** |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## The Medical Center, Inc.


**COLUMBUS**
**REGIONAL**
*Medical Center*

710 CENTER STREET
P.O. BOX 1040
COLUMBUS, GA. 31902-1040

MOSES .TAMMIE LAVON
Service Date:                08/06/06
Service End:
Last Statement Date:  08/20/06
Account No:    707757589

For Account Information, Please Call 706-571-1300

**Statement of Account    09/18/06**

| Transaction Date | Description | Amount |
|---|---|---|
| | PREVIOUS BALANCE | 1,078.28 |

| Estimated Insurance Due: | .00 | Total Patient Credits: | | Account Balance: | 1,078.28 |
|---|---|---|---|---|---|

FINAL NOTICE! PLEASE SEND YOUR PAYMENT IN FULL TODAY TO
AVOID FURTHER COLLECTION ACTIVITY.

---

Please detach and return with your payment

THE MEDICAL CENTER, INC.
710 CENTER STREET
P.O. BOX 1040
COLUMBUS, GA. 31902-1040

ADDRESS SERVICE REQUESTED

☐ Check box if your address or insurance information
has changed.  Please make changes on back.

| For Hospital Use Only | Account Number: **707757589** | | Please Pay this Amount **1,078.28** |
|---|---|---|---|
| | Patient Name: **MOSES ,TAMMIE LAVON** | | Due By: **09/28/06** |
| | ☐ VISA  ☐ MasterCard  ☐ DISCOVER | | ☐ AMERICAN |
| | Card Number: | CVV2 No:* | Exp. Date: |
| | Signature: | | Amount Paid: |

Make Check Payable To THE MEDICAL CENTER, INC.
* The CVV2 Number is the last 3 digits on the back of your credit card, by your signature

00016639   01         001

TAMMIE LAVON MOSES
4230 LAMORE ST APT A
COLUMBUS GA 31907-3361

THE MEDICAL CENTER CLIENT #502
P.O. BOX 1058
COLUMBUS, GA
31902-1058

PLANTATION BILLING CENTER
P O BOX 189016
PLANTATION, FL 33318-9016

**DETACH AND RETURN THIS COUPON WITH THE REVERSE SIDE COMPLETED TO PAY BY CREDIT CARD, TO PROVIDE INSURANCE INFORMATION OR FOR CHANGE OF ADDRESS.**

Credit card charges will appear as "Team Health"

| PATIENT NAME: | TAMMIE LAVON MOSES | AMT DUE: $792.00 |
|---|---|---|

PHYSICIAN SERVICES RENDERED AT: THE MEDICAL CENTER

02911012-11-7800            4693 / T21  P1
TAMMIE LAVON MOSES
4230 LAMORE ST APT A APT A
COLUMBUS GA 31907-3361

EMERGENCY PHYS  TMC            11
DEPT: A ☐  B ☐  C ☐ (check one - see reverse)
P O BOX 189016
PLANTATION, FL 33318-9016

018100029110129026011710180780070007920022

✂ - - - - - - - ✂ - - - - ↑ *Detach Here* ↑ - - - - ✂ - - - - - - - ✂

| DATE | INVOICE# | DESCRIPTION | PROVIDER | DEBITS | CREDITS |
|---|---|---|---|---|---|
| 08/06/06 | 61107706 | EMERGENCY DEPT VISIT | ROBERTS MD,FREDERICK T | $792.00 | |

**THIS IS YOUR PHYSICIAN SERVICES BILL AND IS SEPARATE FROM THE HOSPITAL BILL**

| ACCOUNT NUMBER: 02911012-11-7800 | STATEMENT DATE: 08/23/06 | TOTAL NOW DUE: $792.00 |
|---|---|---|

PLEASE REMIT BALANCE DUE.  IF YOU HAVE INSURANCE COVERAGE OR WANT TO PAY BY  CREDIT CARD, VISIT OUR WEBSITE AT WWW.TEAMHEALTH.COM OR COMPLETE THE BACK OF THIS STATEMENT OR SEND A COPY (FRONT AND BACK) OF YOUR INS CARD

For Billing Inquiries, call 1-888-952-6772 on Monday through Friday, from 8am to 8pm and Saturday from 10am to 3pm  Eastern Time.
**SEND US YOUR INFORMATION OVER THE WEB!**
You may now provide insurance information and make credit card payments at www.teamhealth.com
↓ *Detach Here* ↓

✂ - - - - - - - ✂ - - - - - - - - - - - - - - ✂ - - - - - - - ✂

# PAYMENT COUPON - RETURN WHEN PAYING BY CHECK OR MONEY ORDER

| PATIENT NAME: TAMMIE LAVON MOSES   ACCT #: 02911012-11-7800 | CHECK #: _____  AMT PAID: _____ |
|---|---|

PHYSICIAN SERVICES RENDERED AT: THE MEDICAL CENTER

**DO NOT STAPLE OR TAPE YOUR CHECK OR MONEY ORDER TO THIS COUPON**

☐ CHECK HERE FOR CHANGE OF ADDRESS

*MAKE CHECKS PAYABLE TO:*

02911012-11-7800
TAMMIE LAVON MOSES
4230 LAMORE ST APT A APT A
COLUMBUS GA 31907-3361

EMERGENCY PHYS  TMC            11
PO BOX 740022
CINCINNATI OH 45274-0022

018100029110129026011710180780070007920022