

LAW OFFICES
## JAMES O. CUNNINGHAM
PROFESSIONAL ASSOCIATION

3117 EDGEWATER DRIVE

ORLANDO, FLORIDA 32804

TELEPHONE     FAX
(407) 425-2000    (407) 843-8274

E-MAIL: jim@cunninghampilaw.com

BOARD CERTIFIED
CIVIL TRIAL LAWYER
SINCE 1984

TOLL FREE (888) 425-2004
www.cunninghampilaw.com

December 19, 2006

Dennis Levine, Esq.            VIA FACSIMILE AND REGULAR MAIL
Dennis Levine & Associates, P.A.    (813) 215-0975
Post Office Box 707
Tampa, Florida 33606

RE:    Charles Harper & Franzeina Harper a v Winn Dixie
        Date of Incident : July 1, 2005

Dear Dennis:

Thank you for taking time out of your busy schedule to speak with me concerning the above-captioned matter. This will confirm that I, on behalf of Charles Harper & Franzeina Harper, am retaining your services to represent them in the bankruptcy matter involving Winn Dixie currently pending in the United States Bankruptcy Court in the Middle District of Florida, Case Number: 05-03817-3F1.

Pursuant to your request, the following information was provided to assist you in filing all appropriate forms in the above bankruptcy so as to preserve whatever bodily injury claim and consortiums claims may arise from the above-referenced event.

1.     Claimants' Name: Charles Harper & Franzeina Harper, his wife;

2.     Statement of Facts: On July 1, 2005, Charles Harper slipped and fell in water leaking out from underneath a freezer in the frozen food section of the Winn Dixie store located at 2722 Pin Hills Road, Orlando, Orange County, Florida 32808. It is alleged that Winn-Dixie was negligent in failing to maintain its freezer in such a fashion so as to prevent water from leaking out down to the floor, failing to maintain the floor in a reasonably safe condition and negligently failing to warn Charles Harper of the slippery condition of the floor when Winn Dixie knew or should had known the condition and violation of relevant Florida Statutes. As a result of the fall, Charles Harper suffered bodily injuries including but not limited to an injury to his right lower extremity;

3.     Charles Harper has a claim for bodily injury, pain and suffering, disability,

EXHIBIT __A__ RECEIVED DEC 2 2 2006

Dennis Levine, Esq.
December 19, 2006
Page 2

---

    disfigurement, physical impairment, aggravation of pre-existing injuries or conditions, medical expenses, wage loss and all such claims are permanent or continuing in nature and Charles Harper will suffer said losses in the future. His wife, Franzeina has a claim for loss of consortium. The amount of damages is unliquidated at this time.

4.     The person designated to receive notices for claimant; Law Offices of James O. Cunningham, P.A., 3117 Edgewater Drive, Florida 32804, phone number: (407) 425-2000 and fax number (407) 843-8274, email address: jim@cunninghampilaw.com.

    Please let me know if I can furnish you with any additional information you need to perfect this claim.

Sincerely,

James O. Cunningham

JOC/ids
cc:    Suzanne Landwehrle, Esquire
       Charles Harper