**APPLICATIONS**

Client: Patricia Daley
Date of Accident: 4/16/06
Where: Winn-Dixie Store at 19167 S. Dixie Highway, Miami, FL 33157
Winn-Dixie negligently maintained its floor causing Ms. Daley to slip, fall, and injure herself; this accident has caused Ms. Daley economic and non-economic damages.
Amount Demanded: Unliquidated
I have enclosed the letter of representation we sent Winn-Dixie. This is a new case, so Winn-Dixie has yet to respond to Ms. Daley's claim. Therefore, Bankruptcy Court has not sent us a letter regarding this case.

EXHIBIT A