# MEMORANDUM

**TO:** Dennis LeVine

**FROM:** David Benenfeld

**RE:** Winn-Dixie Claims

**DATE:** 12/26/06

---

**Name of Claimant:** Rodney Bell

**Notes of Incident:** On December 12, 2005, Rodney Bell slipped and fell on water located in the Winn-Dixie store located at 1531 N.W. 40th Ave., Lauderhill, FL 33313 as there was water located on the floor in an area where employees knew or should have known of its existence and failed to warn Mr. Bell or correct the condition. Because of this, Mr. Bell suffered right knee pain, right ankle pain as well as neck pain and ultimately wound up getting a lumbar diskectomy and a lumbar fusion at L5-S1 on November 6, 2006.

**Amount of Damages at This Time:** The amount of damages has not yet been determined at this time, and therefore, no demand has been made as yet.

**Person to Receive Notices:**
David M. Benenfeld, Esquire
Law Offices of David M. Benenfeld, P.A.
7491 W. Oakland Park Blvd., Suite 304
Lauderhill, FL 33319
(954) 677-0155 telephone
(954) 677-0773 facsimile
dbenenfeld@injurylawservice.com

EXHIBIT A