## EXHIBIT A

RE:    **Rosa E. Glenn vs. Winn Dixie**

___

1. Rosa E. Glenn
   Date of Incident: May 21, 2006
   Place: Winn Dixie #706, 1305 Ariana Street, Lakeland, FL 33803
   Ms. Glenn was exiting the rice isle on her way to the vegetable stand when she slipped and fell in water on the floor.

2. No demand has been made at this time/unliquidated.

3. Dick Greco, Esquire, 201 N. Franklin Street, 7th Floor, Tampa, FL 33602