## LIABILITY

Ms. Donna Gordon was walking past the ice machine towards the cash registers, when she slipped and fell on water on the floor.

Under Florida law, Winn Dixie had a duty to maintain its premises in a reasonably safe condition and to warn persons lawfully on the premises of any danger which was known or should have been known to your insured. Winn Dixie knew or should have known that water on the floor created a hazard to Ms. Gordon. In spite of this knowledge, Winn Dixie failed to warn its patrons of the danger.

DOA - August 13, 2006

Winn Dixie
1305 Ariana St.
Lakeland FL 33803

EXHIBIT __A__