

LAW OFFICES
# JAMES O. CUNNINGHAM
PROFESSIONAL ASSOCIATION

3117 EDGEWATER DRIVE

ORLANDO, FLORIDA 32804

TELEPHONE  FAX
(407) 425-2000  (407) 843-8274

E-MAIL: jim@cunninghampilaw.com

BOARD CERTIFIED
CIVIL TRIAL LAWYER
SINCE 1984

TOLL FREE (888) 425-2004
www.cunninghampilaw.com

December 19, 2006

Dennis Levine, Esq.
Dennis Levine & Associates, P.A.
Post Office Box 707
Tampa, Florida 33606

RE:  Anderson v Winn Dixie, Inc.
Date of Accident : June 11, 2006

Dear Dennis:

Thank you for taking time out of your busy schedule to speak with me concerning the above-captioned matter. This will confirm that I, on behalf to Martha Anderson, am retaining your services to represent her in the bankruptcy matter involving Winn Dixie currently pending in the United States Bankruptcy Court in the Middle District of Florida, Case Number: 05-03817-3F1.

Pursuant to your request, the following information is provided to assist you in filing all appropriate forms with the bankruptcy court so as to preserve whatever bodily injury claims and consortiums claims may arise from the above-referenced event.

1. Claimant's Name: Martha M. Anderson;

2. Statement of Facts: Claimant slipped and fell upon water which was on the floor and sustained bodily injuries including but not limited to an injury to her right knee. The alleged negligence of Winn-Dixie includes failure to maintain the premises in a reasonably safe condition, failure to warn the claimant of the dangerous condition which was known by Winn Dixie or should had been known through the exercise of reasonable care and violation of relevant Florida Statutes. Location of Incident: This incident occurred at the Winn Dixie store located at 1200 Deltona Blvd., Deltona, Volusia County, Florida 32725;

3. Martha Anderson has a claim for bodily injuries, pain and suffering, disability, disfigurement, physical impairment, aggravation of pre-existing injuries or conditions, medical expenses, wage loss and all such claims that are permanent or continuing in nature and Martha Anderson will suffer said losses in the future. The amount of damages is unliquidated at this time.



EXHIBIT A      RECEIVED DEC 2 2 2006