**EXHIBIT A**

**RE:** **Rosario Guizzardi vs. Winn Dixie**

_____

1. Rosario Guizzardi
   Date of Incident: April 8, 2006
   Place: Winn Dixie #306, 1515 E. Hallandale Beach Blvd, Hallandale, FL 33009
   Ms. Guizzardi fell on a wet floor and sustained injury to her back and neck.

2. No demand has been made at this time/unliquidated.

3. Sagi Shaked, Esquire, 200 S.E. 1st Street, Suite 505, Miami, FL 33131