# WALD, GONZALEZ & GRAFF, P.A.

Estrella F. Gonzalez  
Robert M. Graff  
Jonathan D. Wald

One Biscayne Tower, Suite 3599  
Two South Biscayne Boulevard  
Miami, Florida 33131

Tel 305.577.7778  
Fax 305.577.9757  
rmg@wgglaw.net

December 22, 2006

**VIA FACSIMILE 813-253-0975**
**& U.S. MAIL**

Dennis, LeVine & Associates, P.A.
103 South Boulevard
Tampa, Florida 33606

  Re: Gilda Baradit vs. Winn-Dixie

Dear Mr. LeVine:

  Our firm would like to retain your services to prepare and file the appropriate Application for Ms. Baradit's personal injury claim on or before January 5, 2007 as required. The following is the requested information:

| | |
|---|---|
| Claimant: | Gilda Baradit. |
| Narrative: | Incident occurred on 9-16-06 at Winn-Dixie Market Place Deerwood Town Center, 12107 SW 152nd Street, Miami, Florida 33186. |
| | On the date of the accident the Plaintiff was in the produce section when she slipped on a puddle of water. Ms. Baradit sustained multiple fractures to the elbow and arm as well as elbow dislocation requiring surgery. |
| Damages: | Unliquidated, but not less than $900,000.00. |
| Contact: | Robert M. Graff - Wald Gonzalez & Graff<br>Contact information listed above.<br>Email: RMG@WGGLAW.NET |

EXHIBIT A

RECEIVED DEC 2 6 2006

Mr. Dennis LeVine
December 22, 2006
Page 2

CL #2370

     Also enclosed please find our firm's check in the amount of $200.00 as payment for the requested retainer.

     Should you require any additional information, please do not hesitate to contact me or my assistant, Cari.

     Thank you.

                                    Very truly yours,

                                    Robert M. Graff

RMG/cah
Encl.