# PERLINI & HERBERT, PA
## ATTORNEYS AT LAW

PLEASE RETURN CORRESPONDENCE TO:

☒
**DELRAY OFFICE**
*333 Northeast 2nd Street*
*Delray Beach, FL 33483*
*(561) 274-7475*
*Fax: (561) 274-7455*

☐
FORT LAUDERDALE OFFICE
*110 Southeast 6th Street*
*Suite 1920*
*Ft. Lauderdale, FL 33301*
*(954) 667-6767*
*Fax: (954) 667-6627*

---

July 10, 2006

**VIA CERTIFIED MAIL NO..: 7004-1160-0000-5322-6795**
Sedgwick Claims Management Services, Inc.
P.O. Box 24787
Jacksonville, FL 32241-4787
Attn: Stephanie Phillips

| RE: | Our Client: | **Irene Kalmuk** |
|---|---|---|
| | Your Insured: | **Winn Dixie Store #255, Delray Beach, FL** |
| | Date of Accident: | **November 5, 2005** |
| | Claim No.: | **A511214246** |

Dear Ms. Phillips:

I am writing this letter in behalf of my client, Irene Kalmuk, in an attempt to resolve this matter.

Irene Kalmuk suffered a left hip fracture due to the above referenced incident. Ms. Kalmuk was an in-patient at Delray Medical Center from 11/05/05 through 11/10/05.

On November 7, 2005, Ms. Kalmuk underwent an open reduction and internal fixation of left intertrochanteric hip fracture using Synthes trochanteric femoral nail. On November 10, 2005, she was discharged to Liberty Inn Rehabilitation Center where she admitted from 11/22/05 through 12/29/05 for continued rehabilitation.

EXHIBIT __A__

## LIABILITY

Please note the enclosed photographs depicting two (2) approximately four (4") inch high steel loops, one located directly to the left of the store entrance close to the building wall and the other located to the right of the store entrance close to the building wall and both protruding vertically from the sidewalk as well as one of other obstructions observed at that entranceway. The stress marks around the loops clearly indicate that these steel loops must have been installed prior to the time of pouring the sidewalk. This plus the fact that similar loops appear nowhere else in the plaza plus the denial letter from the plaza landlord of having installed said loops leads to the only reasonable conclusion that said loops were installed under your insured's instructions and directions.

It appears that the purpose of the loops was to provide for some sort of anchor by which the store doors could be secured in an open position. We note that there were other objects installed in the area including a metal strip bolted to the sidewalk located under the railing extending from an automatically opening exit door into the sidewalk for several feet. While the purpose of this object is not known to this office, it clearly created a hazard as well to customers exiting your insured's store and, we note, it has now been removed. An action we applaud.

Clearly, the position of the two loops is such that it is all but invisible to the average shopper exiting the store in order to look for a push cart which your insured normally stores outside the store on the sidewalk close to the wall and close to the front doors. It is only too foreseeable that sooner or later a customer would trip and fall over one of those obstructions while walking from the store.

Accordingly, we believe liability lies squarely, incontrovertibly and solely with your insured.

Ms. Kalmuk's medical specials include:

| | |
|---|---|
| American Medical Response | $ 418.70 |
| Delray Medical Center | $ 36,933.90 |
| Team Health | Will provide upon receipt |
| Imaging Consultants of S. Florida | $ 169.00 |
| Pathology -Dr. Albert Cohen | $ 117.44 |
| Orthopedic Surgery Associates | $ 2,017.00 |
| Liberty Rehabilitation Center | $ 17,639.21 |
| C&R Imaging | $ 800.00 |
| **TOTAL:** | **$ 58,095.25** |

As a result of the accident in question, Ms. Kalmuk has undergone extensive medical treatment.

On behalf of my client, we hereby demand $500,000.00 on behalf of your insured's bodily injury liability policy. We feel that based upon Ms. Kalmuk's pain and suffering incurred to

date, and that which she will suffer in the future, that this claim has a jury value in excess of this demand.

This demand will remain open for twenty (20) days. If not tendered within that time frame, it will be withdrawn and we will proceed to trial.

If there is additional information you may need to evaluate this claim, please do not hesitate to contact me.

Very truly yours,

Richard Perlini, Esquire

RP/mc
Enclosures

With respects to your letter requesting a recorded statement, please review the demand package liability section and reconsider your position.