FILED ...........

| | |
|---|---|
| FARA LEE | SUIT NO.: 2006-0002135  DIV.: H |
| VERSUS | 21ST JUDICIAL DISTRICT |
| | PARISH OF TANGIPAHOA |
| WINN-DIXIE MONTGOMERY, INC. | STATE OF LOUISIANA |

## PETITION FOR DAMAGES

The petition of **FARA LEE**, a resident of the full age of majority of the Parish of Tangipahoa, State of Louisiana, respectfully represents that:

**1.**

Made defendant herein is **WINN-DIXIE MONTGOMERY, INC.**, a foreign corporation domiciled in Jacksonville, Florida at 5050 Edgewood Court, Jacksonville, FL 32254, authorized to do and doing business in the State of Louisiana, which may be served through its agent of service of process, Corporation Service Company, 320 Somerulos St., Baton Rouge, LA 70802-6129.

**2.**

On or about July 6, 2005, your petitioner, FARA LEE, received personal injuries in the following manner:

Your petitioner was a customer at the Winn-Dixie Supermarket #1449 in Amite, Louisiana. As petitioner was walking through the store she stepped in a liquid substance located on the floor of one of the aisles. As your petitioner stepped into the liquid substance, her foot slipped causing her leg to twist backwards resulting in the injuries more fully described below.

**3.**

Upon information and belief, at all times pertinent herein the defendant, Winn-Dixie Montgomery, Inc., owned and operated the Winn-Dixie Supermarket Store #1449 located at 804 West Oak Street, Amite, LA.

**4.**

The above mentioned accident was in no way caused or contributed to by the petitioner, but was due solely to the negligence and/or legal fault of the defendants in the following particulars:

    A.    Negligently leaving a standing liquid in their store in such a manner where the defendant knew or should have known that serious injury could result.

EXHIBIT A

B. Failure to properly inspect their premises.

C. Allowing an unreasonably dangerous condition to exist on the premises.

D. Failure to correct a hazardous condition existing on the premises.

E. Failure to warn those lawfully upon the premises of a reasonably foreseeable risk of harm.

F. Violation of applicable Parish, State and Federal safety standards.

G. Violation of *La. Rev. Stat. Ann. sec. 9:2800.6*

H. Any other acts of negligence to be proven at trial.

5.

As a result of the above described incident your petitioner, Fara Lee, sustained severe and grievous injuries which have required numerous doctor and hospital visits including surgery. Petitioner seeks reimbursement for special damages, consisting primarily of past, present and future medical expenses. The plaintiff also seeks general damages for pain, suffering, mental anguish, inconvenience and all other compensable items of intangible damage.

**WHEREFORE PETITIONER PRAYS** that after all legal delays and due proceedings be had, there be judgment herein in favor of the petitioner, **FARA LEE**, and against the defendant, **WINN-DIXIE MONTGOMERY, INC.**, for all damages sustained, together with legal interest from the date of judicial demand until paid, and for all the costs of these proceedings and for all general and equitable relief in the premises.

Respectfully submitted:

By: _____
Brian D. Calvit (Bar No. 3805)
**Law Offices of Brian D. Calvit, L.L.C.**
7920 Wrenwood Blvd., Suite F
Baton Rouge, Louisiana 70809
(225) 926-2222

**PLEASE SERVE:**

**WINN-DIXIE MONTEGOMERY, INC.**
Through their agent for
service of process,
Corporation Service Company
320 Somerulos Street
Baton Rouge, Louisiana 70802-6129