## **EXHIBIT A**

**RE:**     **Sylvia Barr vs. Winn Dixie**

---

1. Sylvia Barr
   Date of Incident: March 13, 2005
   Place: Winn Dixie #181, 714 4th Street, Adel, GA 31620
   Mrs. Barr was injured in the above Winn Dixie store as the slipped and fell on a grape that was on the floor in the store.

2. No demand has been made at this time/unliquidated.

3. Terry R. Barnick, 300 E. 4th Street, P.O. Box 445, Adel, GA 31620