**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**

IN RE:                                                            Case: 05-03817-3F1

**WINN-DIXIE STORES, INC., ET AL,**            Chapter 11 - Jointly Administered
       Debtor

                                                           Honorable Judge:   Jerry A. Funk

_____/

**APPLICATION FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR A POST PETITION PERSONAL INJURY CLAIM**

       NOW COMES, Dorothy Syzdek, by and through the undersigned attorney and files this Application for Allowance Of An Administrative Claim For A Post Petition Personal Injury Claim and moves this Honorable Court to Allow her post petition administrative claim, subject to liquidation by either consent of the parties or a court of competent jurisdiction and in support thereof states:

1.      On February 21, 2005 (the "Petition Date") Winn-Dixie Stores, Inc., et al., ("the Debtors") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York. By order dated April 13, 2005, venue of the Debtor's bankruptcy cases was transferred to this Court.

2.      The Debtors are operating their properties and managing their business as debtors-in-possession pursuant to Bankruptcy Code Sections 1107 and 1108.

3.      On December 3, 2005, Ms. Syzdek entered Debtor's retail store #0257 located in Boynton Beach, FL to purchase her groceries. While in the debtor's facility, she slipped on some plastic wrapping material as a direct result of the debtor's negligent maintenance. Subsequently, Ms. Syzdek was transported via EMS to Bethesda Memorial Hospital. Ms. Syzdek suffered a hip fracture and lumbar fracture and underwent two surgical procedures to repair both fractures. Ms. Syzdek is still in constant pain and will require additional therapy to alleviate her pain. Dorothy Syzdek's total medical specials to date are $195,794.21, and demand for settlement has been made for $750,000.00.

4.      The Court has entered Orders setting out certain procedures to resolve personal injury claims.

5. On or about December 8, 2006, Ms. Syzdek received a Notice of Bar Dates for Filing Claims Arising Before Effective Date and Other Administrative Claims. In said notice, Ms. Syzdek was directed to submit her post petition personal injury claim by no later than January 5, 2007.

6. The personal injury claim of Ms. Syzdek is not yet liquidated.

7. Damages arising from a post petition tort committed by a debtor are entitled to administrative expenses status. See Matter of Jartran, Inc., 732 F.2d 584, 587 (7th Cir. 1984); Seidle v. United States (In re Airlift), 97 B.R 664, 668 (Bankr. S.D. Fla. 1989).

8. The Court may award an administrative expense priority under section 503 (b) for the "actual, necessary costs and expenses of preserving the estate...." 11 U.S.C Section 503 (B)(1)

**WHEREFORE**, Dorothy Syzdek, respectfully requests that this Honorable Court enter an order:

a) Allowing her post petition administrative claim, subject to liquidation by either consent of the parties or a court of competent jurisdiction. Upon liquidation of her post petition claim, Ms. Syzdek requests the Court to enter an Order requiring the Debtors to pay the allowed administrative claim in full, as a condition of confirmation of their Chapter 11 plan.

b) The Court limit notice of this Application to the Debtors, and counsel for the Unsecured Trade Creditors Committee.

c) Grant such other and further relief as this Court deems just, equitable and proper.

December 27, 2006
Respectfully Submitted

/s/ **Alex Daszkal, Esq.**
**ALEX DASZKAL**
FLA BAR #0743800
1630 West Hillsboro Blvd
Deerfield Beach, FL 33442
Phone: (954) 428-9333
Fax:    (954) 428-9338

**CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY that a copy of the foregoing was served by U.S. mail upon all on the following service list on December 27, 2006.

                                                   **/s/ Alex Daszkal, Esq.**
                                                   ALEX DASZKAL

| | |
|---|---|
| Smith Hulsey and Busey<br>Attn: James Post<br>225 Water Street Suite 1800<br>Jacksonville, FL 32202 | Milbank, Tweed, Hadley & McCloy, LLP<br>Attn: Matthew Barr<br>1 Chase Manhattan Plaza<br>New York, NY 10005 |

Sedgwick Claims Management Services, Inc.
Attention: Katelyn Brim
P.O. Box 32241-4787
Jacksonville, Florida 32241-4787