UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

---

In re:                                                : Case No.05-03817-3FI
                                                      :
WINN-DIXIE STORES, INC., et al.,                      : Chapter 11
                                                      :
                    Debtors.                          : Jointly Administered

---

## APPLICATION OF FEDERAL EXPRESS CORPORATION FOR PAYMENT OF ADMINISTRATIVE EXPENSE PRIORITY CLAIM RELATING TO CHAPTER 11 CASE

Federal Express Corporation ("FedEx"), in accordance with 11 U.S.C. Section 503 and Section 12.1 of the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated August 9, 2006, as modified by the First Modification to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated October 10, 2006 (jointly referred to as "the Plan") in the above-referenced case, hereby requests payment of administrative expenses in the amount of $8,996.12 ("FedEx Admin Claim"). The FedEx Admin Claim consists of unpaid invoices for post-petition express shipping services provided to Debtors' Estate from the original petition date of February 21, 2005 through December 22, 2006. The FedEx services provided during this period were necessary to Debtor's continued operation as a Debtor-In-Possession and provided an actual benefit to the estate.

A spreadsheet supporting the FedEx Admin Claim is attached hereto as Exhibit A. Payment of the FedEx Admin Claim should be tendered to the undersigned counsel in order to provide for proper application of the payment.

/32542/1/75398v1
03/02/06-SPT/

WHEREFORE, FedEx respectfully requests payment of administrative expenses by the Debtors in the amount of $8,996.12.

Dated: December 28, 2006

FEDERAL EXPRESS CORPORATION

BY: *William B Seligstein*
William B. Seligstein
Senior Account Representative
2005 Corporate Plaza, 2nd Floor
Memphis, TN 38132
(901) 395-3746
Facsimile (901) 395-7898

/32542/1/75398v1
03/02/06-SPT/