# DENNIS M. JANSSEN, P.A.

*Personal Injury Attorney*

1219 West Dixie Avenue · Leesburg, Florida 34748
352.326.4400 · Fax: 352.326.3966 · Citrus County: 352.726.6440
www.flapersonalinjurylaw.com · e-mail: dennis@flapersonalinjurylaw.com

December 21, 2006

**VIA E-MAIL: dennis@BCYLAW.com**

Dennis LeVine & Associates, P.A.
103 South Boulevard
Tampa, FL   33606-1901

    Re:   My Client:       Bonnie Hughes
           Date of Loss:    10/10/2005

Dear Mr. LeVine:

Please consider this our request that Dennis LeVine & Associates complete the electronic filing of the appropriate Application pertaining to the above referenced post-petition claim against Winn Dixie.

Toward that end, please find below the necessary information:

    1.   Claimant:       Bonnie Hughes

    2.   Description of Incident:   On October 10, 2005, Bonnie Hughes entered the Winn Dixie Store #2347, located at 1103 W. North Boulevard, Leesburg, FL, to have a prescription filled.  The prescription was issued by Dr. Jorge Torres and was for 20 mg of Doxycycline to be administered 2 times per day.  The Winn Dixie pharmacist filled the prescription for 200 mg to be administered 2 times per day, or 10 times the amount prescribed.  As a result, Mrs. Hughes experienced severe gastrointestinal disturbances for a significant period of time, requiring several months of medical treatment.  Additionally, she has been diagnosed with short segment Barrett's, erosive gastritis, and esophagitis.

    3.   Demand will be made in the amount of $100,000.00 in the near future.

EXHIBIT __A__

December 21, 2006
Page Two

    4.    Dennis M. Janssen, Esquire
         Dennis M. Janssen, P.A.
         1219 W. Dixie Avenue
         Leesburg, FL   34748
         Telephone:   352-326-4400
         Fax No.:       352-326-3966
         Email:            dennis@flapersonalinjurylaw.com

Once your acknowledgement of the file information is received, my firm will forward a check in the amount of $200.00 for your services.

Thank you and please feel free to contact my office should you have any questions or require additional information.

Very truly yours,


Dennis M. Janssen

DMJ:dd