## EXHIBIT A

RE:    **Lucy Jackson vs. Winn Dixie**

1. Lucy Jackson
   Date of Incident: May 5, 2005
   Place: Winn Dixie #0642, 5015 Gulfport Blvd, Gulfport, FL 33707
   Ms. Jackson was exiting the store when she fell due to a raised area of cement. Because of the raised area, her foot came to a stop and she started falling forward. She then, pulled back on the grocery cart to keep from falling forward, and that's why she fell back on her left hip and the grocery cart tumbled on her.

2. No demand has been made at this time/unliquidated.

3. David B. Kesler, Esquire, 65 65th Street South, St. Petersburg, FL 33707