**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**

IN RE: Case: 05-03817-3F1

**WINN-DIXIE STORES, INC., ET AL,** Chapter 11 - Jointly Administered
    Debtor

Honorable Judge: Jerry A. Funk

_____/

## APPLICATION FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR A POST PETITION PERSONAL INJURY CLAIM
(Petitioner: Steven Earles)

    NOW COMES, STEVEN EARLES, by and through the undersigned attorney and files this Application for Allowance Of An Administrative Claim For A Post Petition Personal Injury Claim and moves this Honorable Court to Allow his post petition administrative claim, subject to liquidation by either consent of the parties or a court of competent jurisdiction and in support thereof states:

1. On February 21, 2005 (the "Petition Date") Winn-Dixie Stores, Inc., et al., ("the Debtors") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York. By order dated April 13, 2005, venue of the Debtor's bankruptcy cases was transferred to this Court.

2. The Debtors are operating their properties and managing their business as debtors-in-possession pursuant to Bankruptcy Code Sections 1107 and 1108.

3. On November 2, 2006, Mr. Earles entered Debtor's retail store #345 located at 1019 South Federal Highway, Deerfield Beach, FL to purchase his groceries. While in the debtor's facility, he slipped on some wet substance on the floor as a direct result of the debtor's negligent maintenance. Subsequently, Mr. Earles was transported via EMS to North Broward Medical Center. Mr. Earles suffered a low back strain, left shoulder strain, and a crush injury to his right ankle and foot, and is presently undergoing orthopedic treatment to alleviate his pain. Steven Earles' total medical specials to date are unknown at this time as he is continuing treatment for his injuries, however Mr. Earles' case is worth at least $300,000.

4. The Court has entered Orders setting out certain procedures to resolve personal injury claims.

5.  On or about December 11, 2006, Mr. Earles received a Notice of Bar Dates for Filing Claims Arising Before Effective Date and Other Administrative Claims. In said notice, Mr. Earles was directed to submit his post-petition personal injury claim by no later than January 5, 2007.

6.  The personal injury claim of Mr. Earles is not yet liquidated.

7.  Damages arising from a post petition tort committed by a debtor are entitled to administrative expenses status. See Matter of Jartran, Inc., 732 F.2d 584, 587 (7th Cir. 1984); Seidle v. United States (In re Airlift), 97 B.R 664, 668 (Bankr. S.D. Fla. 1989).

8.  The Court may award an administrative expense priority under section 503 (b) for the "actual, necessary costs and expenses of preserving the estate...." 11 U.S.C Section 503 (B)(1)

**WHEREFORE**, Steven Earles, respectfully requests that this Honorable Court enter an order:

a)  Allowing his post-petition administrative claim, subject to liquidation by either consent of the parties or a court of competent jurisdiction. Upon liquidation of his post petition claim, Mr. Earles requests the Court to enter an Order requiring the Debtors to pay the allowed administrative claim in full, as a condition of confirmation of their Chapter 11 plan.

b)  The Court limit notice of this Application to the Debtors, and counsel for the Unsecured Trade Creditors Committee.

c)  Grant such other and further relief as this Court deems just, equitable and proper.

December 27, 2006.
Respectfully Submitted

                                              **/s/ Alex Daszkal, Esq.**
                                              **ALEX DASZKAL**
                                              FLA BAR #0743800
                                              1630 West Hillsboro Blvd
                                              Deerfield Beach, FL 33442
                                              Phone: (954) 428-9333
                                              Fax:   (954) 428-9338

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing was served by U.S. mail upon all on the following service list on December 27, 2006.

                              **/s/ Alex Daszkal, Esq.**
                              ALEX DASZKAL

Smith Hulsey and Busey
Attn: James Post
225 Water Street Suite 1800
Jacksonville, FL 32202

Milbank, Tweed, Hadley & McCloy, LLP
Attn: Matthew Barr
1 Chase Manhattan Plaza
New York, NY 10005

Sedgwick Claims Management Services
Attn.: Kelly Sullivan
Post Office Box 24787
Jacksonville, FL 32241-4787