**COMMENTS**
852881 - Gardner, Talvia vs. Winn-Dixie
Date Range: All

12/14/2006

Type : File Review        User: JANEYM        Date : 12/13/2006 3:25 PM

To: Dennis LeVine
From: Janey Maiello
DOA: 09/20/06
Filing of claim with Bankruptcy Court

Attorney: Mike Houtz

Client: Talvia Gardner PC #852881

Client slipped in oily substance in front of customer service counter. While trying to lift herself up she fell again. Injuries are back, knees and hips. Unknown medical bills at this time. Customer service worker saw fall & employees cleaned up mess which they stated looked to be like cooking oil.

Estimate of settlement value $100,000.00

*Should you have need of any other information please feel free to contact me at 283-0970*

*Winn Dixie #629
2630 U.S. Hwy 92 E
Lakeland, FL 33801*

**WE'RE MOVING!** While you're packing Holiday boxes, we'll be packing moving boxes. As of December 18th, our new address will be One Tampa City Center, 201 N. Franklin St., 7th Floor, Tampa, FL 33602. Please make note of it

EXHIBIT __A__

Page 1