F I L E D
JACKSONVILLE, FLORIDA

DEC 2 9 2006

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    CASE No. 05-03817-3F1

WINN DIXIE STORES, INC.                                  CHAPTER 11

## APPLICATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE FOR POST-PETITION PERSONAL INJURY CLAIM
**Christellen Smith**

Christellen Smith, submits this application to allow her post-petition personal injury claim as an administrative expense claim pursuant to Section 503 of the Bankruptcy Code, all in accordance with the terms and provisions of the Notice of (A) Entry of Order Confirming Plan of Reorganization,(B)Occurrence of Effective Date of Plan, and (C)Bar Dates for Filing Claims Arising Before Effective Date and other Administrative Claims("Notice of Bar Dates"),issued to creditors and parties in interest in this proceeding and says:

### CASE BACKGROUND

1. On February 21, 2005, Winn-Dixie Stores, Inc. together with its affiliates filed a voluntary petition for relief under Chapter 11 of Title 11, of the Bankruptcy Code in the United States Bankruptcy Court for the Middle District of Florida.

2. On November 9, 2006, the Court entered an order confirming the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors, Inc. and Affiliated Debtors ("Plan").

3. According to the Notice of Bar Dates issued to creditors in this proceeding, the plan became effective on November 21, 2006.

4. Under the provisions of Section 12.1 of the Plan, all requests for payment of an administrative Claim or any Claim arising against the debtors between the period of February 21, 2005 and November 21, 2006(other then as set forth in Section 4.1(a), 12.1, 12.2, 12.3, 12.4 or 12.5 of the Plan), must be made by application filed with the Court and served on counsel for the reorganized debtors and the Post-Effective Date Committee no later than January 5, 2007

**Background**

5. Prior to the Petition Date and on or about December 23, 2003, Applicant was injured at the Winn-Dixie Store NO. 2654 located at 10537 E. Colonial Dr. Orlando, Florida 32817 in Florida. As a proximate result of the injury, Applicant has suffered severe damages which, can and will be supported through medical records and other documents.

**Applicant's Claim is Entitled to Administrative Expense Status**

6. Section 503(b)of the Bankruptcy Code provides for the allowance of administrative expense status and its attendant priority for payment, for the "actual, necessary costs and expenses...."11U.S.C. §503(b).It is well-established that personal injury claims arising from post-petition tort committed by the debtor are entitled to administrative expense status. See, Reading Co.v.Brown, 391 U.S. 471, 485

7.     WHEREFORE, based upon the foregoing, Applicant $15,000.00 claim is entitled to administrative expense status under 11 U.S.C. § 501(b) and Applicant seeks request for payment of Administrative Claim.

By *[signature]*

Christellen Smith

Christellen Smith
PO Box 677035
Christellen Smith
(407)658-8163
(407)658-8153(Facsimile)

Certificate of Service

I hereby certify on December 29, 2006 the foregoing pleading was sent to the Clerk of the Court for uploading to the Case Management Case Filing System. A notification will be sent to as following:

Stephen D. Busey, Esq.
James Post, Esq.
Cynthia C. Jackson, Esq.
Smith Hulsey &Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904)359-7700
(904)359-7708(facsimile)
busey@smithhulsey.com
jpost@smithhulsey.com
cjackson@smithhulsey.com

John B. Macdonald, Esq.
Patrick Patangan, Esq.
Akerman,Senterfitt&Eidson,P.A.
50 North Laura Street,Suit 2500
Jacksonville, Florida 32202
(904)798-3700
(904)798-37309(facsimile)
John.macdonald@akerman.com
Patrick.patangan@akerman.com

Matthew Barr, Esq
Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley&McCloy,LLP
1Chase Plaza
NewYork, New York 10005
(212)530-5000
(212)530-5219(facsimile)
mbarr@milbank.com
ddunne@milbank.com