FILED
JACKSONVILLE, FLORIDA
DEC 2 9 2006
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Dear United States Bankruptcy Court

This letter is being sent because of the requests for payment of the Administrative Claim because of food poisting back in Aug 2006 I spoke with a lady by the name of Tania Copeland who told me to send this letter I hope this is what I need please call me if needed or send a letter on what to do (909) 220-1532 Thank you

[signature]

Case # 05-03817-3F1

This is Bankruptcy case for Winn Dixie this claims for the person that had claims for the time of Feb, 21 2005 until Nov. 21 2006