# MORGAN & MORGAN
## A PROFESSIONAL ASSOCIATION

*Attorneys At Law*

REPLY TO TAMPA

ATTORNEYS AT LAW

JAMES D. ARNOLD, JR.
RUSSELL E. ARTILLE
H. SCOTT BATES †
WILLIAM M. BAUMANN
ALEXANDER BILLIAS
T. LEE BODIE
SCOTT T. BORDERS †
GREGORY J. BOSSELER
ADAM BRUM
DONALD W. BUCKLER
NICHOLAS A. BUONICONTI, III
KEVIN J. CARDEN
KEITH M. CARTER †
MICHAEL J. CARTER
ALEXANDER M. CLEM
BRAD CULPEPPER
WILLIAM R. DANIEL
VINCENT M. D'ASSARO †
MICHAEL L. DAVIS
LOUIS A. DEFREITAS, JR.
WILLIAM FINN
GREGORIO A. FRANCIS
STEVEN C. GODDARD
MICHAEL GOETZ
DICK GRECO, JR.
JOHN G. HARNISHFEGER***
DAVID G. HENRY
EARL I. HIGGS, JR.
HERBERT H. HOFMANN II
MICHAEL K. HOUTZ
CLEMENT L. HYLAND
SUMEET KAUL
JAMES W. KEETER
JAMES J. KELLEHER
HANS KENNON
JEFFREY D. KOTTKAMP
STEPHEN J. KNOX †
BRETT J. KURLAND
ARMANDO T. LAURITANO
CLINT M. LAVENDER
CARLOS V. LEACH
JOSEPH A. LINNEHAN †
BRADLEY LUNDEEN **
JAMES T. LYNCH
W. CHARLES MELTMAR †***
TODD K. MINER
W. CLAY MITCHELL, JR.
KEITH R. MITNIK
HECTOR A. MORE*
JOHN B. MORGAN
ULTIMA D. MORGAN
HENRY P. MOWRY
DANIEL J. NEWLIN
DONNY A. OWENS
JAMES D. PACITTI
R.A. PATTERSON, III
BRANDON S. PETERS
MICHAEL A. PETERS
RONSON J. PETREE
GREGORY D. PRYSOCK †
MICHAEL T. REESE
DAVID I. RICKEY *
MARIO ROMERO
ROBERT J. SCANLAN
RANDY E. SCHIMMELPFENNIG †
JOSEPH H. SHAUGHNESSY
DANIEL W. SHEPPARD †
MICHAEL J. SMITH
DAVID A. SPAIN
GERALD SPURGIN
CRAIG R. STEVENS
MICHAEL F. SUTTON †
HARRAN E. UDELL
SCOTT J. URICCHIO
BASIL A. VALDIVIA
BRIAN C. VIGNESS †
IVAN D. VORONEC *
SCOTT M. WHITLEY †
JOHN C. WILLIS IV

HORACE R. BROADNAX
PAUL R. CALDWELL
RICHARD B. CELLER
RICHARD I. CERVILLI
ROBERT GOLDWATER **
WILLIAM P. HOWARD
J. MICHAEL PAPANTONIO
FRANK W. PIAZZA
CLAY M. TOWNSEND
OF COUNSEL

† BOARD CERTIFIED
  CIVIL TRIAL LAWYER

* BOARD CERTIFIED
  WORKERS COMPENSATION
  LAWYER

** LICENSED IN ARIZONA ONLY

*** LICENSED IN WASHINGTON, D.C. ONLY

OFFICES:

18th FLOOR
20 N. ORANGE AVENUE
POST OFFICE BOX 4979
ORLANDO
FLORIDA 32802-4979
(407) 420-1414
16th FAX: (407) 425-8171
9th FAX: (407) 841-9520
10th FAX: (407) 425-9858

SUITE 1700
101 E. KENNEDY BLVD.
TAMPA
FLORIDA 33602
(813) 223-5505
FAX: (813) 223-5402

SUITE 600
ONE UNIVERSITY PARK
12800 UNIVERSITY DRIVE
POST OFFICE BOX 9504
FT. MYERS
FLORIDA 33906-9504
(239) 433-6880
FAX (239) 433-6836

SUITE 301
815 SOUTH MAIN STREET
JACKSONVILLE
FLORIDA 32207
(904) 398-2722
FAX (904) 398-2334
www.forthepeople.com

**VIA FACSIMILE 813/253-0975**

December 14, 2006

Dennis J. LeVine, Esquire (850537)
103 South Boulevard
Tampa, FL 33601-0707

RE:   **Cynthia L. Blanchard v. Winn-Dixie**

Dear Mr. LeVine:

Ms. Blanchard was a customer at the Winn-Dixie store located at 9535 E. Fowler Avenue, Thonotosassa, FL on July 24, 2006. As she was walking past a table near the deli department she slipped in some water and fell. The manager of the store was called and directed employees to clean up the large amount of water on the floor.

As a result of her fall, Ms. Blanchard suffered multiple contusions, an aggravation to a pre-existing low back condition and a knee injury. She has treated with South Florida Baptist Hospital, Dr. Brian Henry, Dr. Jeffrey Tedder and had MRI's at Advantage Open MRI.

The medical bills to date total $9,377.00.

At this time, we are demanding $100,000.00 to settle this claim.

If you need any additional information, please contact me immediately.

Sincerely,

*Mitzi Lamour*

Mitzi K. Lamour

MKL/mkl

**EXHIBIT A**

———— For The People ————