# RONALD B. HATCHER
## Attorney at Law
34 Peachtree Street, N.W., Suite 2200
Atlanta, Georgia 30303

(404) 526-9440 (Office)
(404) 526-9936 (Facsimile)

MAILING ADDRESS:
Post Office Box 161442
Atlanta, Georgia 30321

LICENSED IN:
AL, GA, OH, D.C.

August 30, 2006

Via Priority Mail
#0305 2710 0001 6062 4531

CSC Lawyers Incorporating SVC, Inc.
150 South Perry Street
Montgomery, AL 36104

      Re:   Yolanda R. Effinger, Claimant
              Winn Dixie Store #0531
              DOI: 8/20/06

Gentlemen:

Please take notice that on August 20, 2006, Ms. Effinger slipped and failed due to a liquid substance on the floor at Winn Dixie Store #0531 in Montgomery, AL. Ms. Effinger had no opportunity to observe the substance prior to falling. She sustained several injuries and as retained me to seek compensation.

This incident happened at approximately 5:15 PM and the manager on duty was Adam Dollar. The incident was reported to Mr. Dollar but he has not contacted me or claimant since the incident.

I would appreciate your reporting this matter to Winn Dixie and its insurance company for investigation and adjustment.

Sincerely,

Ronald B. Hatcher
cc: Ms. Yolanda Effinger

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

WINN DIXIE STORES, INC.
Et al.

Case No. 05-03817-3F1
Chapter 11
Jointly Administered

## AFFIDAVIT OF YOLANDA R. EFFINGER IN SUPPORT OF CLAIM

State of Alabama
: ss
County of Dallas

I, Yolanda R. Effinger, being 43 years of age, being first duly sworn, hereby state on oath as follows:

On or about August 20, 2006 at approximately 5:00 PM, I, Yolanda R. Effinger, was on the premises of Winn Dixie Store #0531, Montgomery, AL., purchasing groceries. After paying for my groceries at registered 7, I walked approximately 3 steps to get a shopping cart for some of my purchases. Just prior to reaching the cart, I suddenly and without warning slipped and fell violently to the floor. After I fell and while on the floor, I noticed something wet on the floor next to my right hand. It was a liquid substance appearing "pinkish" in color. I later determined that this liquid was on my shoes and had caused me to fall.

Due to Winn Dixie's negligence, I sustained serious injuries to my upper back, lower back, buttocks and left knee, and also incurred loss of wages, past and future medical bills and pain and suffering.

At all times relevant I was exercising due care for my own safety and not

Page 2
Affidavit of Yolanda R. Effinger

distracted by any event, thing or person.

I had no opportunity to notice the liquid substance before I fell on it, and Winn Dixie at all times possessed actual and superior knowledge of its presence.

When I fell, my legs went from under me causing me to land on my butt, with my left leg and right arm hitting the floor.

The manager on duty was Adam Dollar and I spoke with him after I fell. Mr. Dollar told me he could not find an incident report form, but his manager, Rodney White, told him to get my name, address and phone number. Although the incident was observed by and reported to Mr. Dollar, to this date and do not know whether he prepared an incident report.

Immediately after the incident, I went to Pri-Med at 2815 East Blvd., Montgomery, AL for treatment.

My sister, Sonja Davis, 2132 Greenview Drive, Montgomery, AL 36111, witnessed the incident and took me to the doctor afterwards.

_____
Yolanda R. Effinger, claimant

Sworn to and Subscribed before
Me this 28th day of December, 2006

_____
Notary Public
Commission Expires: 12.6.2008

# PriMed

PRIMED Vaughn Road 2815 East Boulevard MONTGOMERY, AL 36116 (334) 271-4545

TAX ID: 20-0436418    New Patient    VISIT 124017

| GUARANTOR NAME AND ADDRESS | PATIENT NO. | PATIENT NAME | DOCTOR NO. | DATE |
|---|---|---|---|---|
| EFFINGER, YOLANDA R<br>2104B FOX HOLLOW AVE<br>SELMA, AL 36703 | A93782 | YOLANDA R EFFINGER | Wahid, Shaikh | 08/20/2006 |
|  | DATE OF BIRTH | TELEPHONE | INSURANCE COMPANY | POLICY NUMBER |
| COPAY $12 | 02/09/1963<br>43 | (334) 877-3615 | TRICARE REGION 3/4 | 417948083 |

| PHYSICIAN'S SERVICE | CODE | FEE |
|---|---|---|
| LIMITED-NEW PT | 99202 | $ |
| INTERMEDIATE - NEW PT | 99203 | $ |
| EXTENDED-NEW PT | 99204 | $ |
| COMPLETE H & P - NEW PT | 99205 | $ |
| BRIEF EST | 99211 | $ |
| LIMITED EST | 99212 | $ |
| INT SERV EST | 99213 | $ |
| EXT SERV EST | 99214 | $ |
| COMPREHEN EST | 99215 | $ |
| IV INFUSION MD | 90760 | $ |
| DOT PHYSICAL | 99212/DOT | $ |
| PHYSICAL |  | $ |
| OPHTHAL EXAM - NEW PT | 92002 | $ |
| OPHTHAL EXAM - EST PT | 92012 | $ |
| OTHER |  | $ |

| INJECTION/PROCEDURES | CODE | FEE |
|---|---|---|
| IMMUNIZATION ADMIN SGL | 90471 | $ |
| IMMUNIZATION ADMIN ea add | 90472 | $ |
| INJECTION ADMIN (1)(2)(3) | 90772 | $ |
| DEPOMEDROL |  | $ |
| Td | 90714 | $ |
| DEMEROL/PHENERGAN | J2180 | $ |
| DECADRON per 1mg | J1100 | $ |
| PHENERGAN UP TO 50 MG | J2550 | $ |
| ROCEPHIN per 250 mg | J0696 | $ |
| TORADOL PER 15 MG | J1885 | $ |
| KENALOG / 10 MG | J3301 | $ |
| EKG W/INTERPRETATION | 93000 | $ |
| NEBULIZER | 94640 | $ |
| AUDIOGRAM | 92551 | $ |

| LAB | CODE | FEE |
|---|---|---|
| CBC | 85025 | $ |
| COLLECTION FEE | 36415/90 | $ |
| FLU |  | $ |
| STREP | 87082 | $ |
| STREP | 87220 | $ |
| WET PREP | 87210 | $ |
| MONO | 86308 | $ |
| PREGNANCY TEST | 81025 | $ |
| STREP TEST | 87880 | $ |

ALDRICH, LEE, M.D.
BARROW, MARY, M.D.
BROBST, DONALD, M.D.    PATRICIA CAMPBELL, MD
CHAMNONG, CHAI, D.O.
FLOYD, LARRY JR., M.D.    FOLASHADE
KIRICENKOV, GEORGE, M.D.
McLEMORE, CURTIS, M.D.
MULLER, CHANDLER, D.O.
PEARMAN, DENNIS, M.D.
PODDER, UTTAM, M.D.
WAHID, SHAIKH, M.D.
WOOLDRIDGE, CHARLES, M.D.

DIAGNOSIS

PHYSICIAN'S SIGNATURE

YES    NO    CERTIFIED MEDICAL EMERGENCY   TIME IN:    TIME OUT:

|  | CODE | FEE |
|---|---|---|
| ALCOHOL (BREATH) BAT | 82075 | $ |
| URINE DIP | 81002 | $ |
| URINE MICRO | 81015 | $ |
| URINALYSIS | 81000 | $ |
| DRUG SCREEN/COLLECTION |  | $ |
| DRUG SCREEN |  | $ |
| MRO FEE |  | $ |
| RAPID FLU TEST | 87804 | $ |
| TB SKIN TEST | 86580 | $ |
| OTHER |  | $ |

| PANEL | CODE | FEE |
|---|---|---|
| BASIC METABOLIC PANEL | 80048 | $ |
| COMP. META. PANEL | 80053 | $ |
| HEPATIC FUNCTION PANEL | 80076 | $ |
| HEPATITIS PANEL | 80074 | $ |
| HIV | 86701 | $ |
| OTHER |  | $ |

| MEDS DISPENSED | CODE | FEE |
|---|---|---|
| AMOXCL |  | $ |
| BACTRIM DS | 9907009 | $ |
| DARVOCET N 100 | 9907014 | $ |
| DOXYCYCLINE 100 MG | 9907017 | $ |
| ERYTHROMYCIN 400MG | 9907018 | $ |
| FLEXERIL | 9907019 | $ |
| LODINE 300 mg #21 | 9907028 | $ |
| LORCET PLUS | 9907031 | $ |
| MEDROL DOSE PAK | 9907032 | $ |
| MOTRIN 600mg #30 | 9907033 | $ |
| NALFON | 9907035 | $ |
| NAPROSYN 375mg #20 | 9907036 | $ |
| SOMA 350 MG | 9907047 | $ |
| VICODIN |  | 9907043 | $ |
| SKELAXIN 800 MG #20 | 9907070 | $ |
| TYLENOL #3 | 9907051 | $ |
| P.O. NARCOTIC | 9907041 | $ |
| OTHER |  | $ |

| X-RAY | CODE | FEE |
|---|---|---|
| ABDOMEN SERIES | 74022 | $ |
| ANKLE | 73610 | $ |
| CLAVICLE | 73000 | $ |
| C SPINE | 72050 | $ |
| CXR | 71020 | $ |
| FACIAL | 70140 | $ |
| FINGERS/THUMB | 73140 | $ |
| FOOT | 73630 | $ |
| ELBOW | 73080 | $ |
| HAND | 73130 | $ |
| KNEE | 73564 | $ |
| RIB | 74000 | $ |
| LS SPINE | 72110 | $ |
| RADIUS/ULNA FOREARM | 73090 | $ |
| RIBS |  | $ |
| SHOULDER | 73030 | $ |
| SINUS | 70220 | $ |
| SKULL | 70260 | $ |
| TIBIA FIBULA |  | $ |
| WRIST | 73110 | $ |
| TOES | 73660 | $ |
| T-SPINE | 72070 | $ |
| WATERS | 70210 | $ |
| COMPARISON |  | $ |
| OTHER |  | $ |

| SUPPLIES | QTY | FEE |
|---|---|---|
| ARM SPLINT SHORT/LONG |  | $ |
| LEG SPLINT SHORT/LONG |  | $ |
| ACE |  | $ |
| COLLAR SOFT |  | $ |
| COLLAR-RIGID |  | $ |
| CRUTCHES |  | $ |
| BURN KIT SMALL/LARGE |  | $ |
| AIR ANKLE SUPPORT |  | $ |
| CAST SHOE |  | $ |
| EAR / EYE TRAY |  | $ |
| FINGER SPLINT |  | $ |
| ICE PACK |  | $ |
| I & D TRAY |  | $ |
| IV START SET |  | $ |
| KNEE IMMOBILIZER |  | $ |
| STERI STRIPS |  | $ |
| SUTURE SET |  | $ |
| THUMB SPICA SPLINT |  | $ |
| WOUND DRESSING SMALL |  | $ |
| WRIST/THUMB SPLINT |  | $ |
| WRIST/FOREARM SPLINT |  | $ |
| WRIST SPLINT ELASTIC |  | $ |
| SLING |  | $ |
| OTHER |  | $ |
| OTHER |  | $ |

DATE OF LAST PAYMENT

|  | PATIENT<br>BALANCE | BALANCE | BALANCE |
|---|---|---|---|
|  | $0 | $0 | $0 |

TODAY'S CHARGES

INITIAL PMT

ADDITIONAL PMT
CK / CASH / C. CARD

TOTAL DUE

RELEASE ASSIGNMENT AND RESPONSIBILITY
( ) I hereby authorize the undersigned Physician to release any information acquired in the course of my child's examination or treatment. I also authorized payment directly to the undersigned physician of the surgical and/or medical benefits. It is understood that any monies received from the insurance company over and above any indebtedness will be refunded to me when my bill is paid in full. I understand that I am financially responsible for any collection fees or court costs should my account become delinquent.

(X) _____ SIGNED _____ DATE



FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT    Middle    DISTRICT OF    Florida | PROOF OF CLAIM |

Name of Debtor: Winn Dixie Stores, Inc., et al.
Case Number: 05-03817-3F1

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
Yolanda R. Effinger

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
2104-B Fox Hollow Avenue
Selma, AL 36703

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone number: (334) 877-3615

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor: none

Check here ☐ replaces
if this claim ☐ amends    a previously filed claim, dated:____

1. **Basis for Claim**
   ☐ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☒ Personal injury/wrongful death
   ☐ Taxes
   ☐ Other ____

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last four digits of your SS #: ____
   Unpaid compensation for services performed
   from ____ to ____
   (date)    (date)

2. Date debt was incurred: 08/20/2006

3. If court judgment, date obtained:

4. **Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

   Unsecured Nonpriority Claim $ 200,000.00
   ☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

   **Unsecured Priority Claim**
   ☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
   Amount entitled to priority $ ____
   Specify the priority of the claim:
   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
   ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

   **Secured Claim**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate  ☐ Motor Vehicle  ☐ Other ____
   Value of Collateral: $ ____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $ ____

   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

5. Total Amount of Claim at Time Case Filed: $ 200,000.00    ____    ____    200,000.00
   (unsecured)    (secured)    (priority)    (Total)
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

6. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

7. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

Date: 12/28/2006
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
Yolanda R. Effinger    /s/ Yolanda R. Effinger

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.