**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et</u> <u>al.</u>, | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors.[1] | ) | Jointly Administered |

**<u>NOTICE OF ADJOURNMENT OF HEARING</u>**

PLEASE TAKE NOTICE THAT, the hearing to consider the *Application for Final Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred by the Indenture Trustee for the Winn-Dixie Notes* scheduled for January 10, 2007, at 9:30 a.m. (prevailing Eastern Time), has been adjourned to **January 24, 2007, at 9:30 a.m.**

PLEASE TAKE FURTHER NOTICE THAT, the objection deadline, previously scheduled for January 3, 2007, has been adjourned to **January 17, 2007.**

The hearing may be continued upon announcement made in open court without further notice. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed to be waived.

Appropriate Attire: You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

the Court authorizing the use of a computer.  Due to heightened security procedures, persons must present photo identification to enter the Courthouse and arrive early.

Dated: December 29, 2006

Respectfully submitted by counsel:


By   */s/ Brian G. Rich*
Brian G. Rich 038229
BERGER SINGERMAN, PA
315 South Calhoun Street, Suite 712
Tallahassee, FL  32301
Tel:  (850) 561-3010
Fax:  (850) 561-3013
E-Mail:  brich@bergersingerman.com

Arthur J. Spector 620777
BERGER SINGERMAN, PA
350 E. Las Olas Blvd., Suite 1000
Fort Lauderdale, FL 33301
Tel:  (954) 713-7511
Fax:  (954) 523-2871
Email:  aspector@bergersingerman.com

Paul Steven Singerman  378860
BERGER SINGERMAN, PA
200 South Biscayne Blvd., Suite 1000
Miami, FL  33131
Tel:  (305) 755-9500
Fax:  (305) 714-4340
E-Mail:  singerman@bergersingerman.com


Steven J. Reisman
Theresa Foudy
CURTIS, MALLET-PREVOST,
 COLT & MOSLE LLP
101 Park Avenue
New York, NY  10178-0061
Tel:  (212) 696-6000
Fax:  (212) 697-1559
E-Mail:  sreisman@cm-p.com
          tfoudy@cm-p.com