## LIABILITY

DOA - 5/13/06

Ms. Shelarye Capehart was walking down the aisle in the Winn Dixie Store located on 34th Street and 22nd Avenue in St. Petersburg, Florida, when she slipped and fell on a liquid substance on the floor.

Under Florida law, Winn Dixie had a duty to maintain its premises in a reasonably safe condition and to warn persons lawfully on the premises of any danger which was known or should have been known to your Insured.  Winn Dixie knew or should have known that water on the floor created a hazard to Ms. Gordon.  In spite of this knowledge, Winn Dixie failed to warn its patrons of the danger.

EXHIBIT __A__