# Melissa Carbone

1. Melissa Carbone -   9805 Jerome Drive, New Port Richey, FL 34654
   DOB: 05/25/1985   SSN: 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

2. Date of Incident: 9/12/2006.
   Place: Winn Dixie #0062, 12120 Moon Lake Road, New Port Richey, FL 34654.
   On or about September 12, 2006, Ms. Carbone, as a business invitee to the Winn Dixie store, slipped and fell on a foreign substance that was either known or should have been known to Winn Dixie through its employees and agents.

   As a result of the fall, Ms. Carbone injured her back. Ms. Carbone suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing in nature and Ms. Carbone will suffer the losses in the future.

3. No demand has been made at this time/unliquidated.

4. George C. Psetas, Esquire, 10816 U.S. 19N, Suite 105, Port Richey, FL  34668
   Email - psetas.law@ verizon.net.

EXHIBIT A