# Law Offices of John R. Mathias, P.A.

699 First Avenue North
St. Petersburg, Florida 33701
Telephone 727-821-1600
Fax 727-821-0714

December 22, 2006

Sedgwick Claims
Mr. Richard Law
P.O. Box 24787
Jacksonville, FL 32241

    Re:    My Client    :    Sharon Cummings
           Your Insured    :    Winn Dixie, Store 642
           Date of Accident    :    8-24-06
           Claim No    :    A611207987

Dear Mr. Law:

    Our office represents Sharon Cummings in connection with a fall at Winn Dixie, Store #642 in St. Petersburg, Florida. Please let this letter serve as Mrs. Cummings' offer to resolve this case for $12,500. This offer is based upon the following facts as they pertain to liability and damages.

    I.    **LIABILITY**

    Mrs. Cummings was exiting Winn-Dixie and after her shopping and slipped and fell on rain water. There were no mats placed near the exit of the store nor were there any cones or warning signs to caution the shoppers of this hazardous condition. We believe that Winn-Dixie knew of these hazardous conditions since it had been raining and did not take the necessary precautions to avoid this incident. This was a re-occurring problem at this store and its employees were well aware of the problem the accumulated water presented to customers exiting the store.

    II.    **DAMAGES**

    Mrs. Cummings was taken by ambulance to Bayfront Medical Center where she was treated for back and tailbone pain and released. My client then began to experience numbness from her left thigh into her left foot. I am enclosing Dr. Plantz's records for your review.

    Because of the radiating pain in her leg, an MRI of her lumbar spine was ordered. Fortunately, it did not reveal any canal or foaminal stenosis, focal herniated disk, or definate isolated nerve root involvement.

---

Board Certified in Civil Trial Law by the Florida Bar
www.mathiaslawfirm.com/ jrm@mathiaslawfirm.com

EXHIBIT A

Mrs. Cummings was employed as a CNA at the time of this accident. Following the accident, my client was advised to remain off work due to her injuries. She was paid 60% of her wages from her short term disability policy from the date of the accident until November 6, 2006 when she was able to return to work. Mrs. Cummings works 40 hours per week and makes $9.50 per hour. We estimate that my client's lost wage claim is approximately $1,370.00. This amount represents the outstanding 40% of her wages. This amount does not include any overtime that my client would have been entitled to.

At this point, Mrs. Cummings feels that she is able to perform her job duties. She does require assistance from other CNAs for any type of heavy lifting, etc. She does experience flare-ups of her back and tailbone pain, but she no longer has numbness in her thigh or foot.

She has incurred 2,804.50 in medical expenses related to this incident. She does not have any health insurance to offset these bills.

I would appreciate you reviewing this information and responding within thirty (30) days. Should you have any additional requests for information or questions concerning Mrs. Cummings' claim, please do not hesitate to contact my office.

Very truly yours,

John R. Mathias

JRM/mew
Enclosure