## LAW OFFICES OF JESSE A. LIEBERMAN, P.A.

1761 West Hillsboro Boulevard, Suite 330  
Deerfield Beach, FL 33442

**JL**

tel 954.596.9944 • fax 954.596.9960  
www.jlieberman.com

December 28, 2006

**Via Facsimile: 813-253-0975**
Dennis LeVine & Associates, P.A.

RE:         Our Client:       Evelyn Guzman
            Date of Loss:     3/30/06
            Defendant:        Winn-Dixie (Store # 259)

Dear Sir/Madame:

This correspondence serves to request your services in the matter of the above-referenced client's action against Winn-Dixie for damages sustained on or about the above date of loss.

Evelyn Guzman was shopping at Winn-Dixie store # 259, located at 1620 S Federal Highway in Boynton Beach, Florida 33435, when she slipped on a puddle of water while near the freezer section. Ms. Guzman suffered back, wrist, and right arm pain, as well as headaches. She also has a disk bulge at L5-S1. In addition, Ms. Guzman was two months pregnant at the time of the fall, which, understandably, caused significant emotional distress. Winn-Dixie was negligent in that it failed to maintain its premises in a reasonably safe condition.

Demand has not yet been made with regard to this claim. We value this case at $50,000.00.

In the event that you must contact our office regarding this matter, please do so via the contact information below:

Jesse A. Lieberman, Esquire  
1761 West Hillsboro Blvd, Suite 330  
Deerfield Beach, Florida 33442

Phone:       (954)596-9944  
Facsimile:   (954)596-9960  
Email:       jl@jlieberman.com

Thank you for your assistance in this matter. If you require additional information, please do not hesitate to contact our office.

Best regards,  
Law Offices of Jesse A. Lieberman, P.A.

*Jesse Lieberman*  
Jesse Lieberman

EXHIBIT __A__