# MEMORANDUM

**TO:** Dennis LeVine

**FROM:** David Benenfeld

**RE:** Winn-Dixie Claims

**DATE:** 12/26/06

---

**Name of Claimant:** Donna Baxter

**Notes of Incident:** On February 17, 2006, Donna Baxter suffered a slip and fall incident at Winn-Dixie No. 209 located at 701 N.W. 99th Ave., Pembroke Pines, FL 33024 when she slipped and fell due to water on the floor. It had existed there for a period of time that Winn-Dixie employees knew or should have known of its existence and because of this slip and fall incident, Donna injured her right knee and was diagnosed with right knee post-traumatic synovitis with questions of internal derangement as well as given a diagnosis of patello-femoral pain/pes, patella and IT band tendonitis pursuant to the orthopaedic, Al DeSimone, M.D.

**Amount of Damages at This Time:** No demand has been made and has not yet been determined.

**Person to Receive Notices:**
David M. Benenfeld, Esquire
Law Offices of David M. Benenfeld, P.A.
7491 W. Oakland Park Blvd., Suite 304
Lauderhill, Fl. 33319
(954) 677-0155 telephone
(954) 677-0773 facsimile
dbenenfeld@injurylawservice.com

EXHIBIT _A_