[31611] [Order Abating Motion for Relief From Stay]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Case No. 3:05-bk-03817-JAF
Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

## ORDER ABATING MOTION FOR RELIEF FROM STAY

Upon consideration of the Motion for Relief from Stay filed by Ryan Malone on December 20, 2006 , the Court finds:

1. The subject motion is a contested matter governed by Fed. R. Bank. P. 9014.

2. Movant has failed to serve the motion in the manner provided by Fed. R. Bank. P. 4001 and 7004 as required by Fed. R. Bank. P. 9014.

The Court abates the hearing of this motion until service has been made in accordance with Fed. R. Bank. P. 4001 and 7004. The stay of 11 U.S.C. §362 will continue until further Order of the Court.

Dated December 27, 2006 .

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Debtor(s)
Debtor(s)' Attorney
Creditor
L.R. 1007(d) List of 20 largest unsecured creditors
Richard M. Behr, Attorney for Movant, 81990 Overseas Highway, 3rd floor, Islamorada, FL 33036

**BAE SYSTEMS**

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: pcathy             Page 1 of 1                Date Rcvd: Dec 27, 2006
Case: 05-03817                Form ID: pdfdoc          Total Served: 3


The following entities were served by first class mail on Dec 29, 2006.
db          +Winn-Dixie Stores, Inc,   5050 Edgewood Court,   Jacksonville, FL 32254-3601
aty         +Cynthia C. Jackson,    Smith Hulsey & Busey,   225 Water Street, Suite 1800,
              Jacksonville, FL 32202-4494
            +Richard M. Behr,   81990 Overseas Highway, 3rd Floor,   Islamorada, FL 33036-3614

The following entities were served by electronic transmission.
NONE.                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 29, 2006**            **Signature:**   _Joseph Speetjens_