UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:  

CASE NO.: 05-03817-JAF

*(Jointly Administered)*

WINN DIXIE STORES, et al.

CHAPTER 11

Debtors.

_____/

## ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME FOR THE NEWPORT PARTNERS TO FILE ADMINISTRATIVE EXPENSE CLAIM(S)

This case is before the Court upon the Agreed Motion for Extension of Time for the Newport Partners to File Administrative Expense Claim(s) filed by the MORRIS TRACT CORP., a Florida corporation ("Morris"), THE WILLISTON HIGHLANDS DEVELOPMENT CORP., a Florida corporation ("Williston"), and THE MORRIS TRACT CORP., doing business as NEWPORT PARTNERS, doing business as PARTNERSHIP/NEWPORT MOTEL (the "Newport Partners")(collectively, Morris, Williston, and the Newport Partners shall be referred to herein as "Newport Partners" and/or "Defendants"). Based upon the representations of Counsel in the Agreed Motion, it is

**ORDERED** that:

1. The Agreed Motion for Extension of Time is GRANTED.

2. Defendants are given through and including fifteen (15) days after the entry of an

CASE NO.: 05-03817-JAF

Order resolving the Adversary (Adv. Pro. No. 05-00317-JAF), to file their administrative expense claim(s), if any.

DATED December 28, 2006 in Jacksonville, Florida.

THE HONORABLE JERRY A. FUNK
United States Bankruptcy Judge

Copies Furnished To:

Peter D. Russin, Esq.
Cynthia Jackson, Esq.
James Post, Esquire
Matthew Barr, Esquire
Cynthia C. Jackson, Esquire
David J. Baker, Esquire

Firm Clients\1836\1836-2\00226355.WPD.

2

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: pcathy              Page 1 of 1              Date Rcvd: Dec 28, 2006
Case: 05-03817                Form ID: pdfdoc           Total Served: 2

The following entities were served by first class mail on Dec 30, 2006.
aty         +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
              Jacksonville, FL 32202-4494
aty         +James H. Post,   Smith Hulsey & Busey,   225 Water St., Suite 1800,   Jacksonville, FL 32202-4494

The following entities were served by electronic transmission.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 30, 2006**                    **Signature:** *Joseph Speetjens*