United States Bankruptcy Court
Middle District of Florida
Jacksonville Division
300 North Hogan Street, Suite 3-350
Jacksonville, FL 32202
(904) 301-6490

September 21, 2005

Mr. Florencio Gil, Administration Manager
General de Solubles, S.A.
Alfonso Gomez 219 Norte
Cd. Industrial
27019 Torreon, Coah, Mexico

Re:    Winn-Dixie Stores, Inc., Case No. 05-3817-3F1

Dear Mr.Gil,

The court is in receipt of the Application for Payment of Administrative Expenses filed by you on December 27, 2006.

Pursuant to Local Rule 1074-1, "Corporations, partnerships, trusts and other non-individual parties may appear and be heard only through counsel permitted to practice in the Court pursuant to Local Rule 2090-1".

Thank you,

Cathy Perkins
Case Manager

**BAE SYSTEMS**

Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 113A-3        User: pcathy            Page 1 of 1              Date Rcvd: Dec 29, 2006
Case: 05-03817             Form ID: pdfdoc          Total Served: 1
```

```
The following entities were served by first class mail on Dec 31, 2006.
cr           Florencia Gil,   General de Solubles,   Alfonso Gomez 219 Norte,   Cd Industiral,
             27019 Torreon Coah,   MEXICO

The following entities were served by electronic transmission.
NONE.                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 31, 2006**              **Signature:**