**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**

IN RE:                                                                                      Case: 05-03817-3F1

**WINN-DIXIE STORES, INC., ET AL,**                           Chapter 11 - Jointly Administered
    Debtor
                                                                                                                                        Honorable Judge:   Jerry A. Funk

_____/

**APPLICATION FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR A POST PETITION PERSONAL INJURY CLAIM**
(Petitioner: William Wittenzellner)

       NOW COMES, William Wittenzellner, by and through the undersigned attorney and files this Application for Allowance Of An Administrative Claim For A Post Petition Personal Injury Claim and moves this Honorable Court to Allow his post petition administrative claim, subject to liquidation by either consent of the parties or a court of competent jurisdiction and in support thereof states:

1. On February 21, 2005 (the "Petition Date") Winn-Dixie Stores, Inc., et al., ("the Debtors") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York.  By order dated April 13, 2005, venue of the Debtor's bankruptcy cases was transferred to this Court.

2. The Debtors are operating their properties and managing their business as debtors-in-possession pursuant to Bankruptcy Code Sections 1107 and 1108.

3. On June 11, 2006, Mr. Wittenzellner entered Debtor's retail store #271 located at 1491 S. Dixie Highway, Lantana, FL to purchase his groceries.  While in the debtor's facility, he slipped and fell on dog food scattered on the floor as a direct result of the debtor's negligent maintenance.  Subsequently, Mr. Wittenzellner went to Dr. Robert Simon to obtain medical care and sustained a lumbar injury with radiation into the lower extremities bilaterally. William Wittenzellner's total medical specials to date are undetermined as he still undergoing medical treatment for his injuries; however his case is worth at least $250,000.00.

4.  The Court has entered Orders setting out certain procedures to resolve personal injury claims.

5.  On or about December 11, 2006, Mr. Wittenzellner a Notice of Bar Dates for Filing Claims Arising Before Effective Date and Other Administrative Claims. In said notice, Mr. Wittenzellner was directed to submit his post-petition personal injury claim by no later than January 5, 2007.

6.  The personal injury claim of Mr. Wittenzellner is not yet liquidated.

7.  Damages arising from a post petition tort committed by a debtor are entitled to administrative expenses status. See Matter of Jartran, Inc., 732 F.2d 584, 587 (7th Cir. 1984); Seidle v. United States (In re Airlift), 97 B.R 664, 668 (Bankr. S.D. Fla. 1989).

8.  The Court may award an administrative expense priority under section 503 (b) for the "actual, necessary costs and expenses of preserving the estate...." 11 U.S.C Section 503 (B)(1)

**WHEREFORE**, William Wittenzellner, respectfully requests that this Honorable Court enter an order:

a)  Allowing his post-petition administrative claim, subject to liquidation by either consent of the parties or a court of competent jurisdiction. Upon liquidation of his post petition claim, Mr. Wittenzellner requests the Court to enter an Order requiring the Debtors to pay the allowed administrative claim in full, as a condition of confirmation of their Chapter 11 plan.

b)  The Court limit notice of this Application to the Debtors, and counsel for the Unsecured Trade Creditors Committee.

c)  Grant such other and further relief as this Court deems just, equitable and proper.

December 27, 2006.
Respectfully Submitted

**/s/ Glenn Goldman, Esq.**
**GLENN GOLDMAN, ESQ.**
FLA BAR #768022
1630 West Hillsboro Blvd
Deerfield Beach, FL 33442
Phone: (954) 428-9333
Fax:    (954) 428-9338

**CERTIFICATE OF SERVICE**

        I HEREBY CERTIFY that a copy of the foregoing was served by U.S. mail upon all on the following service list on December 27, 2006.

| | |
|---|---|
| Smith Hulsey and Busey<br>Attn: James Post<br>225 Water Street Suite 1800<br>Jacksonville, FL 32202 | Milbank, Tweed, Hadley & McCloy, LLP<br>Attn: Matthew Barr<br>1 Chase Manhattan Plaza<br>New York, NY 10005 |

Sedgwick Claims Management Services
Attn.: Rebecca Peters
Post Office Box 24787
Jacksonville, FL 32241-4787