UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                              CASE NO.: 3:05-bk-03817-JAF

CHAPTER 11

WINN-DIXIE STORES, INC., et al.,

       Debtors.        Jointly Administered

---

REQUEST OF THE ESTATE OF H.C. PLUNKETT FOR
ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

The Estate of H.C. Plunkett ("Plunkett"), by and through its undersigned counsel, requests that the Court enter an Order for the allowance and payment of its administrative expense claim pursuant to Bankruptcy Code §§ 365(d)(3) and 503(b) and states as follows:

1. The Debtors filed voluntary petitions under chapter 11 of the Bankruptcy Code on February 21, 2005.

2. At the time the Debtors filed their chapter 11 petition, Plunkett and one of the Debtors, Winn Dixie Montgomery, Inc. (the "Debtor"), were parties to a lease agreement (the "Lease") under which Plunkett leased certain premises to the Debtor identified as Store No. 1306 (the "Premises").

3. On or about September 30, 2005, the Debtors rejected the Lease with Plunkett. As of the date the Debtors rejected the Lease with Plunkett, they owed $8,300.00 for necessary repairs to the roof of the building. A copy of the proposal received by Plunkett for the roof repairs is attached hereto as Exhibit A.

4. Bankruptcy Code § 503(b)(1)(A) requires the payment of administrative expenses, including the "actual, necessary costs and expenses of preserving the estate." The post-petition amount due under the Lease was for the benefit of the Debtors' bankruptcy estate because it was incurred in connection with the Debtors' continuing post-petition operation of their business at the Premises through the rejection date.

5. Further, Bankruptcy Code § 365(d)(3) requires a debtor in possession to timely perform the obligations of a non-residential lease of real property until such lease is assumed or rejected. Payment of the roof repairs is an obligation of the Debtors under the Lease, thus the Debtors should pay said sum forthwith.

6. Accordingly, Plunkett seeks allowance and payment of an administrative claim pursuant to Bankruptcy Code §§ 365(d) and 503(b) in the amount of $8,300.00.

2

7. Plunkett reserves the right to amend, supplement or modify this request as deemed necessary.

DATED this 2 day of January, 2007.

       HELD & ISRAEL

       By: _____
       Kimberly Held Israel, Esquire
       Florida Bar #47287
       Adam N. Frisch, Esquire
       Florida Bar #635308
       1301 Riverplace Blvd., Suite 1916
       Jacksonville, Florida 32207
       (904) 398-7038 Telephone
       (904) 398-4283 Facsimile
       afrisch@hilawfirm.com

       and

       BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
       Stephen W. Rosenblatt, Esquire
       MS Bar #5676
       17th Floor, AmSouth Plaza
       Post Office Box 22567
       (601) 948-5771 Telephone