Nov 09 05 08:37a    JESSE LANE              601-362-8808           p.2
10/04/2005 10:35 FAX 5024267787    HOLLAND ROOFING RMM LOU         @004/005



# HOLLAND ROOFING RMM OF LOUISVILLE, INC.
## ROOFING AND SHEETMETAL

3600 Chamberlain Lane, Suite 348 • Louisville, KY 40241
Telephone 502.426.7767 • Fax 502.426.7787

**REMITTANCE AND INQUIRES TO:**
7450 Industrial Road • Florence, KY 41042    Telephone 859.525.0887 • Fax 859.525.0689

• **PROPOSAL** •

| PROPOSAL SUBMITTED TO | PHONE | DATE |
|---|---|---|
| Nancy Lane Real Estate-Attn: Nancy Lane | | October 4, 2005 |
| STREET | JOB NAME | |
| 1855 Lakeland Dr. Suite G-10 | Winn Dixie | |
| CITY STATE AND ZIP | JOB LOCATION | |
| Jackson, MS 39216 | Flowood, MS | |
| ARCHITECT | DATE OF PLANS | JOB PHONE |
| N/A | N/A | N/A |

We hereby submit specifications and estimates for the following work:

## Scope Of Work:

1. Remove approximately 800 sf of damaged metal roof panel.
2. Remove approximately 200 lf of damaged edge metal.
3. Provide and install new 24 ga. galvalum metal roof panel and seal.
4. Provide and install new 24 ga. pre-finished edge metal.
5. Remove and dispose of work related debris.

## Qualifications:

1. Price includes all labor, materials, and applicable sales tax.
2. Metal roof panels to closely match existing.
3. Edge metal to closely match existing color and style.

The TERMS AND CONDITIONS contained in "Attachment A", attached hereto and made a part hereof, are hereby incorporated herein by reference.

We propose to furnish material and labor in substantial accordance with the above specification for the sum of Eight Thousand Three Hundred Dollars. ($8,300.00)

Note: This Proposal unless rescinded, shall be valid for 3 days hereafter and may be withdrawn at any time prior to receipt of its acceptance.

Authorized: Holland Roofing RMM of Louisville, Inc
Signature _Bill Armitage_

Acceptance of Proposal – The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.

Owners Signature _____

Date of Acceptance _____    Signature: _____

Exhibit "A"

Nov 09 05 08:37a     JESSE LANE                        601-362-8808              p.3
   10/05/2005 10:36 FAX 5024267767        HOLLAND ROOFING RMM LOU                  ☒005/005

## "ATTACHMENT A"

### TERMS AND CONDITIONS

1. All work to be completed in a workmanlike manner according to tolerances and deviations customary to the building/roofing industry. Any alteration or deviation from the above specifications involving extra costs will be performed only upon written change orders.
2. Holland Roofing RMM of Louisville, Inc. the Contractor, warrants that the work to be performed will be performed in a timely and workmanlike manner. Other than warranties of the manufacturer and other than the warranties specifically contained herein, Contractor make no other warranty, expressed or implied. Contractor reserves the right to use materials of equal or similar quality to those specified herein.
3. In the event Owner fails to pay contractor within 10 days after the due date, Owner agrees to pay Contractor a sum equal of 1½% per month, or portion thereof, of the amount outstanding which amount shall reimburse Contractor for the additional administrative expense thereby incurred. In addition to any and all other amounts due and payable hereunder, and in the event Contractor employs legal counsel to collect any such amounts outstanding, the Owner agrees to fully reimburse and pay Contractor for any and all reasonable costs of collection, including reasonable court costs and attorney fees.
4. Any changes or alterations from the plans or specifications herein noted which may be required by any public body or inspector, shall constitute an additional cost to Owner and shall be paid for the same as any other additional change requested by Owner. In the event Contractor hereafter discovers a hidden or unknown defect or condition which increases the cost of completing the project. Owner and Contractor shall equitably adjust the price to reimburse Contractor for the extra costs thereby incurred.
5. Once Contractor commences the work provided herein, Owner shall not interrupt or otherwise interfere with or stop Contractor. In the event Owner interferes with, stops, or otherwise delays the Contractor, the price shall be equitably increased by an amount sufficient to reimburse Contractor for any additional cost and expenses thereby incurred. Owner agrees that the direction and supervision of the working forces including subcontractors, and suppliers rest exclusively with Contractor, or its duly designated agent, and Owner agrees not to issue any instructions or to otherwise interfere with same.
6. Unless otherwise provided herein, The balance of the price shall be paid in full upon issuance by Contractor to Owner of a Certificate of Substantial Completion.
7. Unless otherwise provided herein, Contractor agrees to carry such workers compensation and public liability insurance as it customarily maintains.
8. Owner does hereby release and waive any and all claims for incidental or consequential damages arising from any cause whatsoever.
9. The Owner, by signing hereunder, represents and warrants that it is the owner of the property and that it is authorized to enter into this agreement and that Contractor is thereby permitted to enter upon the property and to perform the services anticipated hereby. By execution hereunder and delivery to Contractor, this Proposal becomes a binding contract.
10. In the event that Contractor shall be delayed, hindered in or prevented from the performance of any act required hereunder by reason of strikes, lockouts, labor troubles, inability to procure materials, failure of power, restrictive governmental laws or regulations, riots, insurrection, the act, failure to act or default of the other party, war or other reason beyond Contractor's control, then performance of such act shall be extended for a period equivalent to the period of such delay, or at the election of Contractor, if the delay is for a period longer than 20 days, Contractor may cancel the within agreement and received from Owner the reasonable costs of labor and materials rendered to the date of cancellation.