IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  **CHAPTER 11**

WINN-DIXIE STORES, INC., ASTOR PRODUCTS, INC., CRACKIN' GOOD, INC., DEEP SOUTH DISTRIBUTORS, INC., DEEP SOUTH PRODUCTS, INC., DIXIE DARLING BAKERS, INC., DIXIE-HOME STORES, INC., DIXIE PACKERS, INC., DIXIE SPIRITS, INC., DIXIE STORES, INC., ECONOMY WHOLESALE DISTRIBUTORS, INC., FOODWAY STORES, INC., KWIK CHEK SUPERMARKETS, INC., SUNBELT PRODUCTS, INC., SUNDOWN SALES, INC., SUPERIOR FOOD COMPANY, TABLE SUPPLY FOOD STORES CO, INC., WD BRAND PRESTIGE STEAKS, INC., WINN-DIXIE HANDYMAN, INC., WINN-DIXIE LOGISTICS, INC., WINN-DIXIE MONTGOMERY, INC., WINN-DIXIE PROCUREMENT, INC., WINN-DIXIE RALEIGH, INC. d/b/a SAVE RITE GROCERY WAREHOUSE, INC. a/k/a WINN-DIXIE CHARLOTTE, INC., AND WINN-DIXIE SUPERMARKETS, INC.

**CASE NOS. 05-03817-3F1
through
CASE NOS. 05-03840-3F1**
*Jointly Administered
Under Case No.
05-03817-3F1*

      Debtors.
_____/

## STATEMENT OF ISSUES ON APPEAL

Liquidity Solutions, Inc. of One University Plaza, Suite 312, Hackensack, New Jersey 07601; E&A Financing II, L.P. d/b/a Rockbridge Place (Store No. 2723, Claim No. 12219); E&A Southeast, L.P. d/b/a Ellis Isle (Store No. 2620, Claim No. 12224), d/b/a Reservoir Square Shopping Center Pump N Save (Store No. 1381, Claim No. 13254), d/b/a Edens & Avant Properties LP/Magee Shopping Center (Store No. 1360, Claim No. 12220), and d/b/a Reservoir Square Brandon MS (Store No. 1347, Claim No.

493); Shields Plaza, Inc. d/b/a E&A Southeast LP (Store No. 1912, Claim No. 12214); Woodberry Plaza (E&A), LLC (Store No. 1233, Claim No. 12222); Villa Rica Retail Properties, LLC (Store No. 2716, Claim No. 11844); Halpern Enterprises, Inc. d/b/a West Ridge, LLC (Store No. 2703, Claim No. 12077); and Bank of America, as Trustee of Betty Holland (Store No. 2732, Claim No. 11839) (collectively, the "Appellants"), pursuant to Fed. R. Bankr. P. 8006, hereby submits their Statement of Issues, and states as follows:

1.    Whether the Bankruptcy Court erred in entering the Third Order Disallowing Duplicate Different Debtor Claims, as set forth in the Debtors' Twentieth Omnibus Claims Objection.

2.    Whether the Bankruptcy Court erred in overruling the Opposition to Debtors' Twentieth Omnibus Objection to (A) Duplicative Different Debtor Claims and (B) Duplicative Liability Claims (Docket No. 11470) filed on behalf of Bank of America as Trustee of Betty Holland, E & A Financing II, LP, E & A Southeast, LP, E&A Acquisition Two, LP, F.R.O., LLC VII, Shields Plaza, Inc., Villa Rica Retail Properties, L.L.C., West Ridge, LLC, Woodbury Plaza, LLC and the objections of similarly situated creditors and appellants.

3.    Whether the Bankruptcy Court erred in overruling the Objection to Debtors' Twentieth Omnibus Objection to (A) Duplicate Different Debtor Claims and (B) Duplicate Liability Claims (Docket No. 11487) filed on behalf of Liquidity Solutions, Inc. and the objections of similarly situated creditors and appellants.

4. Whether the Bankruptcy Court erred in entering the Third Order Disallowing Duplicate Different Debtor Claims, as set forth in the Debtors' Twentieth Omnibus Claims Objection resulting in the Appellants' guarantee claims being expunged.

DATED: January 2, 2007

        Harley E. Riedel (Fla. Bar No. 183628)
        Elena Paras Ketchum (Fla. Bar No. 0129267)
        STICHTER, RIEDEL, BLAIN & PROSSER, P.A.
        110 East Madison Street, Suite 200
        Tampa, Florida 33602
        PH    (813) 229-0144
        FAX  (813) 229-1811
        hriedel@srbp.com
        eketchum@srbp.com

And

        Mark A. Kelley (Ga. Bar No. 412325)
        Heather D. Dawson (Ga. Bar No. 100169)
        KITCHENS, KELLEY, GAYNES, P.C.
        11 Piedmont Center, Suite 900
        Atlanta, Georgia 30305
        PH    (404) 467-7718
        FAX  (843) 364-0126
        mkelley@kkgpc.com
        hdawson@kkgpc.com

        /s/ Harley E. Riedel
        Harley E. Riedel
        Florida Bar No. 183628

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **STATEMENT OF THE ISSUES ON APPEAL** has been furnished by the Court's CM/ECF system and U.S. MAIL on the **2nd** day of **January, 2007** to:

Adam Ravin
D.J. Baker
Sally M. Henry
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Four Times Square
New York, New York 10036

Stephen D. Busey
Cynthia C. Jackson
SMITH HULSEY & BUSEY
225 Water Street, Suite 1800
Jacksonville, Florida 32202

In addition, all who are listed in CM/ECF for these Chapter 11 cases will be notified of the filing of this Notice of Appeal through the Court's CM/ECF system.

/s/ Harley E. Riedel
Harley E. Riedel
Florida Bar No. 183628
hriedel@srbp.com
Elena P. Ketchum
Florida Bar No. 0129267
eketchum@srbp.com

H:\User\JR\Liquidity Solutions - Winn Dixie\Appeal - Claim Objection\statement issues designation record appeal - FINAL.doc