# LAW OFFICES OF
# JOHN H. RUIZ, P.A.
### ATTORNEYS AT LAW

Jennifer Remi, Esquire
Ralip Hernandez, Esquire
Hector A. Pena, Esquire
John H. Ruiz, Esquire

**Areas of Practice:**
Wrongful Death
Personal Injury
Medical Negligence
Commercial Litigation
Insurance Litigation
Mass Tort Litigation
Class Action Litigation

"AV" Rated Law Firm

January 2, 2007

Clerk of the court
United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, FL 32202

RE:   Yara Fernandez v. Winn-Dixie Stores, Inc.

Our Client          : Yara Fernandez
Your Insured        : Winn Dixie
Claim Number        : A411214457-0001-01
Date of Accident    : 9/30/04
Bankruptcy Case No. : 05-03817-3F1

To Whom It May Concern:

Please be advised that our office has been retained to represent Yara Fernandez, in reference to her injuries sustained as a result of the above mentioned accident. Please accept this correspondence as our application for payment of the claim.

On September 30, 2004, Ms. Fernandez, was approaching the cashier when she slipped and fell on a slippery floor. As a result, Ms. Fernandez was injured.

Winn Dixie neglectfully maintained its premises in a negligent and dangerous manner. Your insured owes two (2) duties to a business invitee and that is to keep the property reasonably safe of dangerous conditions and to remedy any danger. This neglectful condition caused Ms. Fernandez to fall and sustain serious injuries.

As a result of the incident, Ms. Fernandez was injured. She was taken to Pan American Hospital. Upon her arrival she was treated by the emergency room staff, provided with pain medication, and advised to seek follow up care with her private physician. Shortly thereafter she presented to her doctor, Mario Inchausti, complaining of multiple injuries. Dr. Inchausti's initial diagnostic impression consisted of:

- Status post slip and fall
- Contusion by history of the forehead and nose
- Cervical spinal syndrome
- Thoracolumbar spinal syndrome
- Left breast contusion by history
- Right shoulder supraspinatus tendonitis of traumatic origin
- Right hip tenderness probably sprain
- Bilateral contusion of both knees rule out internal derangement

Ms. Fernandez was placed under conservative medical management. She continued her treatment for approximately 4 months, until she was discharged at MMI with a final diagnosis of:

- Status post slip and fall
- Contusion and laceration of the face
- Cervical spinal syndrome
- Thoracolumbar spinal syndrome
- Contusion and hematoma of the left breast
- Left shoulder contusion
- Left hip contusion
- Bilateral knee contusion

At that time Dr. Inchausti assigned a PPDR/BAW of 6%.

Ms. Fernandez continues to feel pain in the affected areas, which will persist into the future. Her pain has limited her ability to perform her normal and usual life activities free of pain. As a result, she has suffered and will continue to suffer into the future a great diminishment of her capacity to enjoy life.

In view of the foregoing and the permanent nature of her injuries, the clear liability of your insured, the special damages incurred of $13,215.00, anticipated future specials, and the diminishment of the quality of her life, I demand $125,000.00 to amicably settle this claim.

Sincerely,

JOHN H. RUIZ, ESQUIRE

JHR/am

**MEDICAL BILLS**

**PIP:**

| PROVIDER | AMOUNT BILLED | BALANCE OWED |
|---|---|---|
| Pan American Hospital | $661.00 | $661.00 |
| MA Emergency Associates | $279.00 | $279.00 |
| Medical Rehabilitation | $12,275.00 | $12,275.00 |




**Clerk of Courts**
11th Judicial Circuit of Florida
Miami-Dade County

## Civil / Family / Probate Justice System Docket Information

**FERNANDEZ, YARA vs WINN DIXIE SUPERMARKETS INC**
* Click on BOOK/PAGE of a particular docket to see the image if it is available *

| | | |
|---|---|---|
| **Case Number (LOCAL):** 2006-26604-CA-01 | | **Filing Date:** 12/11/2006 |
| **Case Number (STATE):** 13-2006-CA-026604-0000-01 | | **Dockets Retrieved:** 6 |
| | | **Judicial Section:** 02 |

| Date | Book/Page | Docket Entry | Comments |
|---|---|---|---|
| 12/11/06 | | CIVIL COVER | |
| 12/11/06 | | COMPLAINT | |
| 12/11/06 | | DEMAND FOR JURY TRIAL | |
| 12/11/06 | | NOTICE OF INTERROGATORY | |
| 12/11/06 | | REQUEST FOR PRODUCTION | |
| 12/11/06 | | SUMMONS ISSUED | DN01 |

BEGIN NEW SEARCH       ALL PARTIES       RETURN TO SAME SEARCH

Home | Online Services | Meet the Clerk | Contact-Us | Miami-Dade County | Privacy Policy | Disclaimer | Troubleshooting Help | Email | Civil Search Home | Login

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

YARA FERNANDEZ,

GENERAL JURISDICTION DIVISION

CASE NO.:   06-26604-CA-01

      Plaintiff,

vs.

WINN-DIXIE SUPERMARKETS, INC.,

      Defendant.
_____/

## COMPLAINT

**COMES NOW**, the Plaintiff, YARA FERNANDEZ, by and through her undersigned counsel, and hereby sues the Defendant, WINN-DIXIE SUPERMARKETS, INC. and alleges as follows:

### GENERAL ALLEGATIONS

1. This is an action for damages that exceeds Fifteen Thousand Dollars ($15,000.00), exclusive of interest and costs and is within the jurisdiction of this Court.

2. At all times material hereto, Plaintiff was/is a resident of Miami, Miami-Dade County, Florida.

3. At all times material hereto, Defendant, WINN-DIXIE SUPERMARKETS, INC. is a Florida Corporation and was authorized to conduct business in Miami-Dade County and is otherwise sui juris.

4. On or about September 30, 2004, YARA FERNANDEZ was approaching the cashier area at WINN-DIXIE SUPERMARKETS, INC. when she slipped and fell as a result of a

slippery floor. Plaintiff, YARA FERNANDEZ as a result sustained serious injuries.

5. At all times material hereto, Plaintiff has performed all conditions precedent to the institution of this action.

## COUNT I
## NEGLIGENCE AS TO WINN-DIXIE SUPERMARKETS, INC.

Plaintiff, YARA FERNANDEZ, realleges paragraphs 1 through 5 as if fully set forth herein and sues Defendant, WINN-DIXIE SUPERMARKETS, INC., for NEGLIGENCE and further alleges that:

6. On or about September 30, 2004 the Defendant, WINN-DIXIE SUPERMARKETS, INC., owned, operated, maintained and possessed the building located at 948 S.W. 67th Avenue, Miami, Florida.

7. At that time and place, Plaintiff, YARA FERNANDEZ, was lawfully on the premises and was a business invitee.

8. At all times material hereto, the Defendant owed a duty to the Plaintiff to exercise reasonable care and to keep the premises in a reasonably safe condition for the safety of invitees.

9. Defendant negligently allowed a dangerous condition at 948 S.W. 67th Avenue, Miami, Florida to be created and/or to remain when the Defendant knew or should have known that such condition existed on the ground where the Plaintiff herein fell.

10. The negligent condition was known to Defendant or had existed for a sufficient length of time so that the Defendant should have known of it and/or the Defendant should have taken precautions to warn the Plaintiff of the dangerous conditions and/or place signs of warning or caution as to prevent the ground area from becoming hazardous and unsafe.

11. The Defendant failed to warn the Plaintiff of this dangerous condition, and Plaintiff had no prior knowledge of same.

12. The Defendant failed to inspect the subject premises in a reasonable manner, and that a reasonable inspection would have revealed the defect and/or dangerous condition existed.

13. As a result, Plaintiff, YARA FERNANDEZ, suffered severe injuries, suffered pain therefrom, incurred medical expense in the treatment of the injuries, suffered physical handicap, and her working abilities have been impaired; the injuries are either permanent or continuing in nature and Plaintiff, YARA FERNANDEZ, will suffer the losses and impairment in the future.

WHEREFORE, Plaintiff, YARA FERNANDEZ, demands judgment against the Defendant, WINN-DIXIE SUPERMARKETS, INC., in excess of Fifteen Thousand Dollars ($15,000.00), together with costs allowed by law, interests and trial by jury on all issues so triable and any other relief this Court deems just and proper.

Dated this _____ day of December, 2006.

Respectfully submitted,

JOHN H. RUIZ, P.A.
5040 N.W. 7th Street, Suite 920
Miami, Florida 33126
(305) 649-0020

By:_____
   John H. Ruiz, Esquire
   Florida Bar No. 928150