# LAW OFFICES OF
# JOHN H. RUIZ, P.A.
## ATTORNEYS AT LAW

Jennifer Remi, Esquire
Ralip Hernandez, Esquire
Hector A. Pena, Esquire
John H. Ruiz, Esquire

**Areas of Practice:**
Wrongful Death
Personal Injury
Medical Negligence
Commercial Litigation
Insurance Litigation
Mass Tort Litigation
Class Action Litigation

"AV" Rated Law Firm

January 2, 2007

Clerk of the court
United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, FL  32202


RE:  Mayra Alvarado v. Winn-Dixie Stores, Inc.
    Our Client         : Mayra Alvarado
    Your Insured       : Winn Dixie
    Claim Number       : A211213169
    Bankruptcy Case No.: 05-03817-3F1
    Date of Accident   : 9/24/02

To Whom It May Concern:

   Please be advised that our office has been retained to represent Mayra Alvarado, in reference to her injuries sustained as a result of the above mentioned accident. Please accept this correspondence as our application for payment of the claim.

   On September 24, 2002, Ms. Alvarado, was a business invitee of Winn Dixie. As our client was walking through the bakery area she slipped and fell on water that was leaking from a refrigerator. As a result our client was severely injured.

   Winn Dixie neglectfully maintained its premises in a negligent and dangerous manner. Your insured owes two (2) duties to a business invitee and that is to keep the property reasonably safe of dangerous conditions and to remedy any danger. This neglectful condition caused Ms. Alvarado to fall and sustain serious injuries

      Due to the severity of my client's injuries and in an effort to resolve this matter amicably and to avoid the time and expense of litigation, I hereby make a demand of $250,000.00 as full and final settlement of this claim.

      Should you have any questions regarding this matter, please contact the undersigned.

Sincerely,

JOHN H. RUIZ, ESQUIRE

JHR/hp
Encls.




**Clerk of Courts**
11th Judicial Circuit of Florida
Miami-Dade County

## Civil / Family / Probate Justice System Docket Information

### ALVARADO, MAYRA vs WINN DIXIE SUPERMARKETS INC
* Click on BOOK/PAGE of a particular docket to see the image if it is available *

| | | |
|---|---|---|
| **Case Number (LOCAL):** | 2006-26606-CA-01 | **Filing Date:** 12/11/2006 |
| **Case Number (STATE):** | 13-2006-CA-026606-0000-01 | **Dockets Retrieved:** 6 |
| | | **Judicial Section:** 21 |

| Date | Book/Page | Docket Entry | Comments |
|---|---|---|---|
| 12/11/06 | | CIVIL COVER | |
| 12/11/06 | | COMPLAINT | |
| 12/11/06 | | DEMAND FOR JURY TRIAL | |
| 12/11/06 | | NOTICE OF INTERROGATORY | |
| 12/11/06 | | REQUEST FOR PRODUCTION | |
| 12/11/06 | | SUMMONS ISSUED | DN01 |

BEGIN NEW SEARCH    ALL PARTIES    RETURN TO SAME SEARCH

Home | Online Services | Meet the Clerk | Contact-Us | Miami-Dade County | Privacy Policy | Disclaimer | Troubleshooting
Help | Email | Civil Search Home | Login

|  |  |
|---|---|
|  | IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA |
| MAYRA ALVARADO, | GENERAL JURISDICTION DIVISION |
|  | CASE NO.:   06-26606-CA-01 |
| Plaintiff, |  |
| vs. |  |
| WINN-DIXIE SUPERMARKETS, INC., |  |
| Defendant. _____/ |  |

## COMPLAINT

**COMES NOW**, the Plaintiff, MAYRA ALVARADO, by and through her undersigned counsel, and hereby sues the Defendant, WINN-DIXIE SUPERMARKETS, INC. and alleges as follows:

## GENERAL ALLEGATIONS

1. This is an action for damages that exceeds Fifteen Thousand Dollars ($15,000.00), exclusive of interest and costs and is within the jurisdiction of this Court.

2. At all times material hereto, Plaintiff was/is a resident of Miami, Miami-Dade County, Florida.

3. At all times material hereto, Defendant, WINN-DIXIE SUPERMARKETS, INC. is a Florida Corporation and was authorized to conduct business in Miami-Dade County and is otherwise sui juris.

4. On or about September 24, 2002, MAYRA ALVARADO was walking through the bakery area at WINN-DIXIE SUPERMARKETS, INC. when she slipped and fell as a result of a

1
**JOHN H. RUIZ, P.A.**
5040 N.W. 7th Street, Suite 920, Miami, Florida 33126 (305) 649-0020

puddle of water that was leaking from a refrigerator. Plaintiff, MAYRA ALVARADO as a result sustained serious injuries.

5. At all times material hereto, Plaintiff has performed all conditions precedent to the institution of this action.

## COUNT I
### NEGLIGENCE AS TO WINN-DIXIE SUPERMARKETS, INC.

Plaintiff, MAYRA ALVARADO, realleges paragraphs 1 through 5 as if fully set forth herein and sues Defendant, WINN-DIXIE SUPERMARKETS, INC., for NEGLIGENCE and further alleges that:

6. On or about September 24, 2002 the Defendant, WINN-DIXIE SUPERMARKETS, INC., owned, operated, maintained and possessed the building located at 12107 S.W. 152 Street, Miami, Florida.

7. At that time and place, Plaintiff, MAYRA ALVARADO, was lawfully on the premises and was a business invitee.

8. At all times material hereto, the Defendant owed a duty to the Plaintiff to exercise reasonable care and to keep the premises in a reasonably safe condition for the safety of invitees.

9. Defendant negligently allowed a dangerous condition at 12107 S.W. 152 Street, Miami, Florida to be created and/or to remain when the Defendant knew or should have known that such condition existed on the ground where the Plaintiff herein fell.

10. The negligent condition was known to Defendant or had existed for a sufficient length of time so that the Defendant should have known of it and/or the Defendant should have taken precautions to warn the Plaintiff of the dangerous conditions and/or place signs of warning or caution as to prevent the ground area from becoming hazardous and unsafe.

11. The Defendant failed to warn the Plaintiff of this dangerous condition, and Plaintiff

**JOHN H. RUIZ, P.A.**
5040 N.W. 7th Street, Suite 920, Miami, Florida 33126 (305) 649-0020

had no prior knowledge of same.

12. The Defendant failed to inspect the subject premises in a reasonable manner, and that a reasonable inspection would have revealed the defect and/or dangerous condition existed.

13. As a result, Plaintiff, MAYRA ALVARADO, suffered severe injuries, suffered pain therefrom, incurred medical expense in the treatment of the injuries, suffered physical handicap, and her working abilities have been impaired; the injuries are either permanent or continuing in nature and Plaintiff, MAYRA ALVARADO, will suffer the losses and impairment in the future.

WHEREFORE, Plaintiff, MAYRA ALVARADO, demands judgment against the Defendant, WINN-DIXIE SUPERMARKETS, INC., in excess of Fifteen Thousand Dollars ($15,000.00), together with costs allowed by law, interests and trial by jury on all issues so triable and any other relief this Court deems just and proper.

Dated this _____ day of December, 2006.

Respectfully submitted,

JOHN H. RUIZ, P.A.
5040 N.W. 7th Street,
Suite 920
Miami, Florida 33126
(305) 649-0020

By:_____
John H. Ruiz, Esquire
Florida Bar No. 928150