**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al.,[1] | ) *Chapter 11* |
| | ) |
| Debtors. | ) Jointly Administered |

**RE-NOTICE OF HEARING**
*(Reschedules hearing on Application previously scheduled for January 10, 2007, and objection deadline previously scheduled for January 3, 2007)*

TO PARTIES IN INTEREST:

    PLEASE TAKE NOTICE that the hearing is re-scheduled for **January 24, 2007 at 9:30 A.M. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the *Omnibus Application for Final Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred of Professionals Retained by Members of Official Committee of Unsecured Creditors in Connection With Chapter 11 Plan Substantive Consolidation Compromise* (the "Application") filed on December 20, 2006 (Docket Number 13330), in the amounts set forth on **Schedule A** annexed hereto. Copies of the Application may be obtained by contacting the undersigned.

    Only objections filed and served on (i) Steven J. Reisman and Theresa Foudy at sreisman@cm-p.com and tfoudy@cm-p.com, Curtis, Mallet-Prevost, Colt & Mosle LLP, 101 Park Avenue, New York, NY 10178; (ii) Arthur J. Spector at aspector@bergersingerman.com, Berger Singerman, P.A., 350 E. Las Olas Boulevard, Suite 1000, Fort Lauderdale, FL 33301; (iii) Brian G. Rich at brich@bergersingerman.com, Berger Singerman, P.A., 315 South Calhoun Street, Suite 712, Tallahassee, FL 32301; (iv) Jay Borow at jborow@capstoneag.com, Capstone Advisory Group, LLC, 1065 Avenue of the Americas, Suite 1801, New York, NY 10018; (v) Mark J. Friedman, Esq., Janice L. Duban, Esq., mark.friedman@dlapiper.com and Janice.duban@dlapiper.com, DLA Piper Rudnick Gray Cary US LLP, The Marbury Building, 6225 Smith Avenue, Baltimore, MD 21209-3600; (vi) Dennis J. Drebsky, Esq., ddrebsky@nixonpeabody.com, Nixon Peabody, LLP, 437 Madison Avenue, New York, NY

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

504380-1

10022-7001; (vii) Andrew Rosenberg, Esq., Kelley A. Cornish, Esq., arosenberg@paulweiss.com and kcornish@paulweiss.com, Paul Weiss Rifkind Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019-6064; (viii) Joseph D. Frank, Esq., jfrank@fgllp.com, Frank/Gecker LLP, 325 N. LaSalle, Suite 625, Chicago, IL 60610; (vix) Timothy P. O'Connor, Imperial Capital LLC, 150 South Rodeo Drive, Suite 100, Beverly Hills, CA 90212; (x) Steven Simms, FTI Consulting, Inc., 3 Times Square, 11th Floor, New York, NY 10026; (xi) D.J. Baker at djbaker@skadden.com, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036; and (xii) Cynthia C. Jackson at cjackson@smithhulsey.com, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, so as to be received by **January 17, 2007**, will be considered by the Bankruptcy Court at the hearing. The relief requested in the Application may be granted without a hearing if no objection is timely filed.

You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pantsuit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1, cellular telephones are prohibited in the Courthouse, as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

I HEREBY CERTIFY that a true and correct copy of this Re-Notice of Hearing was served by electronic mail upon Lawrence Appel, Winn-Dixie Stores, Inc., at LarryAppel@winn-dixie.com on this 2nd day of January 2007.

I FURTHER CERTIFY that on January 2, 2007, I electronically filed this Re-Notice of Hearing with the Clerk of the Court using the ECF system, which sent electronic notification of this filing to all other parties entitled to notice.

Dated: Fort Lauderdale, Florida
January 2, 2007

Respectfully submitted,

> BERGER SINGERMAN, P.A.
> 350 E. Las Olas Boulevard, Suite 1000
> Fort Lauderdale, FL 33301
> Tel. (954) 525-9900
> Fax (954) 523-2872
>
> By:   Arthur J. Spector
>         Arthur J. Spector
>         Florida Bar No. 620777
>         aspector@bergersingerman.com

504380-1

## SCHEDULE A

| Professional | Fees and Expenses |
| --- | --- |
| FTI Consulting, Inc. (Financial Advisor to Kraft Food Global, Inc. and Pepsico, Inc. and Subsidiaries | $50,000 |
| DLA Piper Rudnick Gray Cary US LLP, Counsel to Kraft Food Global, Inc. and Pepsico, Inc. and Subsidiaries | $50,000 |
| Imperial Capital LLC (Financial Advisor to Deutsche Bank Trust Company Americas and New Plan Excel Realty Trust, Inc. | $100,000 |
| Nixon Peabody, LLP (Counsel to Deutsche Bank Trust Company Americas) | $150,000 |
| Paul Weiss Rifkind Wharton & Garrison LLP (Counsel to Capital Research & Management Company and Lonestar Partners LP) | $200,000 |
| Curtis, Mallet-Prevost, Colt & Mosle LLP (Counsel to Wilmington Trust Company) | $452,443.95 |
| Capstone Advisory Group LLC (Financial Advisor to Wilmington Trust Company) | $425,000 |
| Berger Singerman, P.A. (Local Counsel to Wilmington Trust Company) | $3,500 |
| Frank/Gecker LLP (Counsel to Pepsico, Inc. and Subsidiaries | $9,050 |
| **TOTAL** | **$1,439,993.95** |

504380-1