UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,    Case No.: 3-05-bk-03817 (JAF)

      Debtors.    Chapter 11

      Jointly Administered

**APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE
STATUS FOR POST-PETITION CLAIM AND REQUEST FOR NOTICE
(TAMMY RIVAS)**

Applicant TAMMY RIVAS seeks administrative expense status for Applicant's claim against one or more of the Debtors pursuant to 11 U.S.C. § 503(b). Applicant requests the entry of an order allowing the administrative expense described below and directing the payment of such amount pursuant to Order Confirming the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Confirmation Order") and the provisions of the Plan as confirmed. In support of this Application, Applicant states as follows:

JURISDICTION AND VENUE

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157 and 1334. Venue is proper pursuant to 28 U.S.C. § 157(b)(2).

FACTUAL BACKGROUND

2. Winn-Dixie Stores, Inc., et al. (the "Debtors") filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on or about February 21, 2005 (the "Petition Date").

3. On January 26, 2006, Applicant was injured at the Winn-Dixie store located at 18801 SW 117th Avenue, Miami, FL 33157 in Miami-Dade County, FL.

4. Negligently, Winn-Dixie had failed to repair a leaky ceiling. Water dripped from the ceiling and caused a dangerous pool of water to form in one of its food aisles. Ms. Rivas slipped and fell in this water.

5. Ms. Rivas slipped and fell in a pool of dirty water and was injured.

6. As a proximate result of the injury, Applicant suffered a bulging disk in her back and required medical care. She is permanently injured.

7. A description of Rivas claim made to Winn-Dixie along with her medical records and bills are attached. The bills are:

| | |
|---|---:|
| AMR | $ 269.90 |
| Jackson South ER Physicians | $ 420.00 |
| Jackson South | $ 2,259.26 |
| Dr. Edward Lazzarin | $ 1,650.00 |
| Star Imaging | $ 2,150.00 |
| Total Bills | $ 6,749.16 |

8. Rivas' damages for her personal injury total $45,000. During negotiations to resolve this case, Winn-Dixie offered $10,000 in response to Rivas' demand. Rivas then lowered and made her final demand for $25,000. Rivas submits that this claim should be resolved for $25,000.

APPLICANT'S CLAIM IS ENTITLED TO
<u>ADMINISTRATIVE EXPENSE STATUS</u>

9. Section 503(b) of the Bankruptcy Code provides for the allowance of administrative expense status, and its attendant priority for payment, for the "actual, necessary costs and expenses of preserving the estate. 11 U.S.C. § 503(b). It is well-established that personal injury claims arising from a post-petition tort committed by the debtor are entitled to administrative expense status. *See Reading Co. v. Brown,* 391 U.S. 471, 485 (post-petition fire

damages resulting from trustee's negligence were entitled to administrative expense status); *In re Piper Aircraft Corp.,* 169 B.R. 766 (Bankr. S.D. Fla 1994).

10. In this instance, Applicant's claim arose as a result of the business operations of one or more of the Debtors after the Petition Date but prior to the Confirmation Order. As such, Applicant's $25,000.00 claim is entitled to administrative expense status under 11 U.S.C. § 503(b), and Applicant seeks the entry of an order awarding such status.

<u>REQUEST</u> <u>FOR</u> <u>FUTURE</u> <u>NOTICE</u>

Applicant requests that all future pleadings and notices regarding or affecting Applicant's claim be served upon:

> Shannon del Prado, Esq.
> PITA & DEL PRADO
> 9350 South Dixie Hwy., Ste. 1200
> Miami, FL  33156
> Tel:  305/670-8060
> Fax: 305/670-6666
> sdelprado@pdfirm.com

WHEREFORE, based upon the foregoing, Applicant requests that the Court enter an order granting the relief requested herein and such other relief as it deems just and proper.

> Respectfully Submitted,
>
> PITA & DEL PRADO
> 9350 South Dixie Hwy., Ste. 1200
> Miami, FL  33156
> Tel:  (305)670-8060
> Fax: (305) 670-6666
> sdelprado@pdfirm.com
>
> By:_____/s/_____
>     Shannon del Prado
>     FBN:  127655

<u>CERTIFICATE</u> <u>OF</u> <u>SERVICE</u>

I CERTIFY that on December 29, 2006, I filed this APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE STATUS FOR POSTPETITION CLAIM AND REQUEST FOR NOTICE through the CM/ECF filing system, which will cause a copy to be served on James H. Post, Esq., Counsel for the Reorganized Debtors, Matthew Barr, Esq. and John MacDonald, Esq., Counsel for the Post-Effective Date Committee, Elena L. Escamilla, Esq., counsel for the Office of the United States Trustee and all other parties participating in the CM/ECF System, all served electronically.

>
> PITA & DEL PRADO
> 9350 South Dixie Hwy., Ste. 1200
> Miami, FL  33156
> Tel:  (305)670-8060
> Fax: (305) 670-6666
> sdelprado@pdfirm.com
>
> By:_____/s/_____
>          Shannon del Prado
>          FBN:  127655