```
              UNITED STATES BANKRUPTCY COURT
                MIDDLE DISTRICT OF FLORIDA
                   JACKSONVILLE DIVISION
```

In re:                                    Case No: 05-03817-3FI

Winn-Dixies, Inc., et al.,                Chapter 11

Reorganized Debtors                       Jointly Administered
_____/

<u>CLAIMANT, DENISE PARKER'S REQUEST AND APPLICATION FOR PAYMENT OF CLAIM AGAINST DEBTOR ARISING ON NOVEMBER 29,2005</u>

    COMES NOW the Claimant, DENISE PARKER, by and through her undersigned attorneys, and pursuant to this Court's Notice dated December 6, 2006, the Order Confirming Reorganization and Bar Dates for Filing Claims, hereby applies and requests payment of her claim arising on November 29, 2005, and as grounds therefor would show:

    1.   That this claim is being timely filed by or before the deadline established in the above-described Notice and Order of January 5, 2007.

    2.   That DENISE PARKER's claim remains entirely unpaid and owed since her notice by certified mail to Winn-Dixie on December 20, 2005. Prior to said date, Claimant received a letter from Sonya Holton, CSA, an employee of Winn-Dixie Risk Management, who assigned an Incident Number of #A5112146746, at the Store Location Number of #0259. After the initial correspondence from Sonya Holton, the undersigned counsel was contacted by Rebecca Peters of Sedgwick Claims Management Services, Inc.

    3.   As detailed within the attached demand letter, DENISE PARKER's claim is worth in excess of $80,000.00 and by application and requests filed herein, Claimant requests payment but does not waive any rights including those objecting to any plan of reorganization. Claimant may be contacted through her undersigned

counsel herein.

4. Claimant stands ready to provide any and all documentation and other materials or information necessary for processing and evaluation of her claim.

WHEREFORE, Claimant, DENISE PARKER, by and through her undersigned attorneys, hereby requests the Court for payment of this above-described claim which arose against the Debtor in the period between February 21, 2005, and November 21, 2006, and is hereby due for payment pursuant to the Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing Claims Arising Before Effective Date and Other Administrative Claims and other relief as may be appropriate.

The foregoing was filed via electronic filing to the Clerk of the Court, United States Courthouse, 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202 and a copy was served on December 22, 2006, upon JAMES POST, ESQUIRE, Post, Smith, Hulsey & Busey, 225 Water Street Suite 1800, Jacksonville, Florida 32202 Fax: (904) 359-7708, e-mail jpost@smithhulsey.com and MATTHEW BARR, ESQUIRE, Milbank, Tweed, Hadley & McCloy, 1 Chase Manhattan Plaza, New York, New York 10005, fax (212) 822-5194, e-mail: mbarr@milbank.com.

                                                    FAZIO, DiSALVO, CANNON, ABERS,
PODRECCA, FAZIO & CARROLL
Attorneys for DENISE PARKER
Post Office Box 14519
633 South Andrews Avenue #500
Fort Lauderdale, FL 33302
Phone: (954) 463-0585
Fax  : (954) 767-9461

By_____
    MARK B. CARROLL
    Fla. Bar # 850100