Ms. Rebecca Peters
General Liability Examiner II
Sedgwick Claims Management Services, Inc.
Post Office Box 24787
Jacksonville, Florida 32241-4787

    Re:    Claimant    :    Denise Parker
           Location        Winn-Dixie #0259
                                    1620 South Federal Highway
                                    Boynton Beach, Florida
           Claim No.    :    A511214646-0001-01
           Date of Accident    :    11/29/05
           Our File Number    :    05-1185/MBC

Dear Ms. Peters:

    We are providing you with the enclosed information in order to assist you in responding to our demand. Denise Parker had been employed for sometime at a clothing store located in Boynton Beach. She has no prior claims and did not suffer any pain in her neck or back before this unfortunate fall. Although a hurricane had hit your store several months earlier, your store had not repaired its roof and there were buckets located throughout the store with water leaks everywhere onto the floors. Perhaps your store should have closed prior to completion of repairs, but on November 29, 2005, the leaks were so bad that employees had blocked off the aisle leading to the open coolers without blocking off the other end of the coolers near your flower stand.

    I have enclosed for your benefit photographs demonstrating where the fall occurred. While there were leaks of water everywhere, it does not appear that rubber mats or other safe walking surfaces had been placed down on the slick waxed floor. After the fall, Denise immediately felt a sharp pain and reported the incident to your store manager named Jennifer. She met with another Winn-Dixie employee on December 7, 2005, and identified precisely where she had fallen. Unfortunately, on December 15, 2005, after being unable to continue her work, Denise was terminated. She suffered lost wages of $250.0 per week through the present for a total wage loss of approximately $13,000.00. Her job involved heavy lifting and storage of inventory and clothing. She will suffer future loss of earning capacity in the amount of $20,000.00.

    The day after this unfortunate fall, she reported to her physician, Eddy J. Louissant, M.D. I enclose for your benefit previous records of Dr. Louissant indicating that Denise suffered no neck or back pain prior to the fall at your store. Dr. Louissant was so concerned after hearing Denise's complaints and conducting an examination that he ordered an immediate MRI of the low back. This MRI found a right sided herniation with an annular tear which was an indicator of the recent trauma. A course of therapy was ordered in order to get

some control over the continuing muscle spasm. The initial therapy note of December 3, 2005, documents Denise's goal of doing enough therapy to be able to return to work. As previously discussed, Denise was terminated two weeks later for being unable to return to work. She continued with therapy until January 3, 2006, when, because of continuing complaints, she was referred by Dr. Louissant to the Neuro Surgeon, Douglas Martin, M.D. Dr. Martin confirmed that Denise had suffered two herniated discs. Because of her age, he could not recommend surgery due to the substantial risks involved so she has no medical treatment available to cure or correct her injuries.

Denise has no health insurance and cannot, without difficulty, obtain medical treatment for her continuing painful condition. As discussed, there are no prior records or prior claims indicating pain to Denise's low back before her fall at your store. We enclose for your benefit all the medical reports of her physicians in our possession and are demanding the sum of $80,000.00 in complete and final settlement.

We look forward to your response.

Very truly yours,

MARK B. CARROLL

MBC/caz
Enclosures