UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| Winn Dixie Stores, Inc., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

**APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE STATUS
FOR POST-PETITION CLAIM AND REQUEST FOR NOTICE**
(Marissa Stampley)

Marissa Stampley ("Applicant"), a minor, by and through her mother and next friend, Stacey

Stampley, and her attorney of record, seeks administrative expense status for Applicant's claim against

one or more of the Debtors pursuant to 11 U.S.C. § 503(b).  Applicant requests the entry of an order

allowing the administrative expense described below and directing the payments of such amount

pursuant to Order Confirming the Joint Plan of Reorganization of Winn-Dixie Stores, inc. and Affiliated

Debtors (the "Confirmation Order") and the provisions of the Plan as confirmed.  In support of such,

Applicant states as follows:

1.        On February 21, 2005 ("Petition Date"), Winn-Dixie Stores, Inc, et al (the "Debtors") filed

Voluntary Petitions under Chapter 11 of the U.S. Bankruptcy Code.

2.        The Court confirmed the Debtors' Plan of Reorganization.  The effective date of the Plan

is November 21, 2006 ("Effective Date").

3.        On June 25, 2005, between the Petition Date and the Effective Date, Applicant was

injured at a Winn-Dixie store located in Magee, Mississippi as a result of Winn-Dixie's negligence.  As a

proximate result of said negligence, Applicant suffered damages.

4.        Applicant filed suit in the Circuit Court of Simpson County, Mississippi against Winn-

Dixie on or about May 10, 2006.  Said cause of action is docketed as cause number 2006-123 and styled

"*Marissa Stampley, by and through her mother and next friend, Stacy Stampley v. Winn-Dixie Stores, Inc. and Doe Employee 1*."  See Exhibit "A" attached hereto.

5.      The Applicant's person injury claim has not yet been liquidated.  The Applicant estimates the claim against the Debtor to be in excess of $70,000.00.

6.      In addition to a broken arm, and pain and suffering, Applicant incurred medical expenses of approximately $4,669.37.

7.      Pursuant to the Plan of Reorganization confirmed by the Court, a bar date of January 5, 2007 has been set for post-petition claimants to file administrative expense claims.

8.      The Court may award an administrative expense priority under §503 of the Bankruptcy Code for the "actual, necessary costs and expenses of preserving the estate…."  11 U.S.C. §503(b)(1). Damages for injuries arising from a port-petition tort committed by a debtor are entitled to administrative expense status.  See, e.g. *Reading Co. v. Brown*, 391 U.S. 471, 485, 88 S.Ct. 1759, 20 L.Ed.2d 751 (1968)(holding that damages resulting from fire caused by receiver's negligence were administrative expenses); *In re Piper Aircraft Corp.*, 169 B.R. 766 (Bankr. S.D. Fla. 1994).

9.      As such, Applicant's claim is entitled to Administrative Expense status under 11 U.S.C. § 503(b), and Applicant seeks the entry of an order awarding such status pursuant to §12 of the Debtor's Chapter 11 Plan of Reorganization.

10.     The Applicant further respectfully requests that all future pleadings and notices regarding or related to Applicant's Application for Allowance of Administrative Expense Status for Post Petition Claim and Request for Notice be served upon:

> J. Randal Wallace, Esq.
> Boyd & Akin PLLC
> Post Office Box 1297
> Clinton, MS  39060

WHEREFORE, PREMISES CONSIDERED, the Applicant respectfully requests the Court to enter and

Order granting the relief requested, and for such further relief as the Court finds just.

Marissa Stampley, by and through her mother
and next friend, Stacey Stampley

By:     Boyd & Akin PLLC


By:     ____/s/ J. Randal Wallace, Jr.
        J. Randal Wallace, Jr. (MS Bar 99889)
        Boyd & Akin PLLC
        Post Office Box 1297
        Clinton, MS  39060
        Telephone:     (601) 925-5511
        Facsimile:     (601) 925-5533
        Email:         randywallace@boydakin.com
                Attorney for Applicant

**CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2007, I filed the foregoing APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE STATUS FOR POST-PETITION CLAIM AND REQUEST FOR NOTICE through the CM/ECF filing system, which will cause a copy to be served on all parties participating in the CM/ECF System including:

(via CM/ECF, E-Mail (jpost@smithhulsey.com),
Facsimile (904) 359-7708,  and U.S. Mail)

James H. Post, Esq.
Smith Hulsey & Busey
225 Water St., Ste. 1800
Jacksonville, FL  32202
Counsel for the Reorganized Debtors

(via CM/ECF, E-Mail (mbarr@milbank.com),
Facsimile (212) 822-5194 and U.S. Mail)

Matthew Barr, Esq.
Millbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Counsel for the Post-Effective Date Committee

I further certify that I have this day served, via United States Mail, a true and correct copy of the above and foregoing upon:

Leland S. Smith, Esq.
Wilkins, Stephens & Tipton, P.A.
Post Office Box 13429
Jackson, MS  39236
Counsel for Winn-Dixie Stores, Inc.
Cause No. 2006-123; Circuit Court of Simpson County, Mississippi

  /s/ J. Randal Wallace, Jr.
J. Randal Wallace, Jr.