**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Reorganized Debtors.[1] | ) | Jointly Administered |

**OBJECTION TO CREDITORS' CHANGE OF ADDRESS FOR DISTRIBUTION**
**(DOCKET NO. 13433)**

TO:  CONTRARIAN FUNDS, LLC
BG TURFWAY, LLC (CLAIM NO. 10028)
DPG FIVE FORKS VILLAGE, LLC (CLAIM NO. 12171)
DDR DOWNREIT, LLC (CLAIM NOS. 10070 AND 10056)
JDN REALTY CORPORATION (CLAIM NO. 10057 AND 12169)

Winn-Dixie Stores, Inc. and its reorganized affiliates hereby object to the six "change of address for distribution" letters filed as docket no. 13433 on the grounds that the requested changes of address constitute transfers of claims after the "Distribution Record Date" established under the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors. The Distribution Record Date cannot be circumvented by casting the transfers as changes of address. Accordingly, any distributions to be made on account of the claims identified in the letters will be made to the addresses contained in the claims data base as of the Distribution Record Date. The claimants and the transferee are free to make arrangements between themselves for the redelivery of the claimants' distributions.

Dated: January 2, 2007

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By  *s/ D. J. Baker* | By  *s/ James H. Post* |
| D. J. Baker | Stephen D. Busey |
| Sally McDonald Henry | James H. Post, FB#175460 |
| Rosalie Walker Gray | Cynthia C. Jackson |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida 32202 |
| (212) 735-3000 | (904) 359-7700 |
| (212) 735-2000 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | jpost@smithhulsey.com |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.