## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.

Case No.: 3-05-bk-3817 (JAF)

Chapter 11

Jointly Administered

**APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE**
**AND REQUEST FOR NOTICE**
Trinchard & Trinchard, LLC

Comes Now Trinchard & Trinchard, LLC ("Applicant"), through the undersigned

attorneys, and seeks administrative expense status for Applicant's claim against one or

more of the Debtors pursuant to 11 U.S.C. § 503(b). Applicant requests the entry of an

order allowing the administrative expense described below and directing the payment of

such amount pursuant to Order Confirming the Joint Plan of Reorganization of Winn-

Dixie Stores, Inc. and Affiliated Debtors (the "Confirmation Order") and the provisions

of the Plan as confirmed. In support of this Application, Applicant states as follows:

### JURISDICTION AND VENUE

1.       The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157

and 1334. Venue is proper pursuant to 28 U.S.C. § 157(b)(2).

### FACTUAL BACKGROUND

2.       Winn-Dixie Stores, Inc., et al. (the "Debtors") filed their voluntary

petitions for relief under Chapter 11 of the Bankruptcy Code on or about February 21,

2005 (the "Petition Date").

3.       After the Petition Date, Applicant performed legal services for Debtor

Winn-Dixie Stores, Inc. with regard to several personal injury claims filed against the

Debtor. A list of the files on which Applicant performed legal work and the amounts due

1

is attached as Exhibit "A". Applicant is an "ordinary course" professional under the Section 327(b) of the Bankruptcy Code, 11 U.S.C. Section 101, et seq. The reasonable amount of the fees incurred by the Debtor post-petition is $7,230.15, and the Applicant seeks immediate payment of that amount.

## APPLICANT'S CLAIM IS ENTITLED TO
## ADMINISTRATIVE EXPENSE STATUS

4.      Section 503(b) of the Bankruptcy Code provides for the allowance of administrative expense status, and its attendant priority for payment, for the "actual, necessary costs and expenses of preserving the estate…" 11 U.S.C. § 503(b). It is well-established that personal injury claims arising from a post-petition tort committed by the debtor are entitled to administrative expense status. *See, Reading Co. v. Brown,* 391 U.S. 471,485 (post-petition fire damages resulting from trustee's negligence were entitled to administrative expense status); *In re Piper Aircraft Corp.,* 169 B.R. 766 (Bankr. S.D. Fla 1994).

5.      In this instance, Applicant's claim arose as a result of the business operations of one or more of the Debtors after the Petition Date but prior to the Confirmation Order. As such, Applicant's claim is entitled to administrative expense status under 11 U.S.C. § 503(b), and Applicant seeks the entry of an order awarding such status.

## REQUEST FOR FUTURE NOTICE

Applicant requests that all future pleadings and notices regarding or affecting Applicant's claim be served upon:

Clare W. Trinchard, Esq.
Trinchard & Trinchard, LLC
858 Camp Street
New Orleans, LA  70130

WHEREFORE, based upon the foregoing, Applicant requests that the Court enter an

order granting the relief requested herein and such other relief as it deems just and proper.

Respectfully Submitted,        WILCOX LAW FIRM

/s/ **Robert Wilcox**
Robert D. Wilcox (FL #755168)
6817 Southpoint Parkway, Suite 1302
Jacksonville, FL 32216
Telephone: (904) 281-0700
Facsimile: (904) 513-9201

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2007 I filed this **APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE STATUS FOR POSTPETITION CLAIM AND REQUEST FOR NOTICE** through the CM/ECF filing system, which will cause a copy to be served on James H. Post, Esq., Counsel  for the Reorganized Debtors, Matthew Barr, Esq. and  John MacDonald, Esq., Counsel for the Post-Effective Date Committee,  Elena L. Escamilla,  Esq., counsel for the Office of the United States Trustee and all other parties participating in the CM/ECF System, all served electronically.

/s/ **Robert Wilcox**
Robert D. Wilcox

# EXHIBIT A

Martha Ann McZeal v. Winn-Dixie
SCMS Claim No. A-311205391-0001-01
Adjuster - Ms. Peggy Williams
**Our File No. 6.04020**
Balance owed - $46.00

Donald Files, et al v. Winn-Dixie
SCMS Claim No. A-411202761-0001-01
Adjuster - Mr. Ken Black
**Our File No. 6.04026**
Balance owed - $637.02

Alice James v. Winn-Dixie
SCMS Claim No. A-311213070-0001-01
Adjuster - Mr. C. Everett Brooks
**Our File No. 6.04047**
Balance owed - $34.50

Diane Delpit v. Winn-Dixie
SCMS Claim No. A-411205765-0001-01
Adjuster - Ms. Angela Williams
**Our File No. 6.05025**
Balance owed - $241.50

Michele Schwarz v. Winn-Dixie
SCMS Claim No. A-511204214
Adjuster - Ms. Melanie Alm
**Our File No. 6.05061**
Balance owed - $471.50

Maria Boudreaux v. Winn-Dixie
SCMS Claim No. A-411216085-0001-01
Adjuster - Ms. Kerry Ledbetter
**Our File No. 6.05062**
Balance owed - $283.00

Sandra Scott v. Winn-Dixie
SCMS Claim No. A-411216072-0001-01
Adjuster - Ms. Kerry Ledbetter
**Our File No. 6.05063**
Balance owed - $23.00

Dorothy Manson v. Winn-Dixie
SCMS Claim No. A-511210698-0001-01
Adjuster - Ms. Gloria Davis
**Our File No. 6.06001**
Balance owed - $126.50

Deliah Smith v. Winn-Dixie
SCMS Claim No. A-411211505-0001-01
Adjuster - Ms. Kerry Ledbetter
**Our File No. 6.06005**
Balance owed - $414.00

Joanna/Lloyd Naquin v. Winn-Dixie
SCMS Claim No. A-511204316-0001-01
Adjuster - Ms. Gloria Davis
**Our File No. 6.06014**
Balance owed - $1,419.62

Wendy Billiott v. Winn-Dixie
SCMS Claim No. A-511205623-0001-01
Adjuster - Ms. Stephanie Phillips
**Our File No. 6.06019**
Balance owed - $869.60

Clarice Kirkland v. Winn-Dixie
SCMS Claim No. A-5112106882-0001-01
Adjuster - Ms. Gloria Davis
**Our File No. 6.06024**
Balance owed - $419.75

Angelle McGee v. Winn-Dixie
SCMS Claim No. A-5112108691-0001-01
Adjuster - Ms. Stephanie Phillips
**Our File No. 6.06026**
Balance owed - $108.62

Teresa Porter v. Winn-Dixie
SCMS Claim No. A-A-511206932-0001-01
Adjuster - Ms. Gloria Davis
**Our File No. 6.06028**
Balance owed - $1,411.04

Glenda Guilbeau v. Winn-Dixie
SCMS Claim No. A-611205333-0001-01
Adjuster - Ms. Stephanie Phillips
**Our File No. 6.06050**
Balance owed - $391.00

Lois Guardina, et al v. Winn-Dixie
SCMS Claim No. A-511214345-0001-01
Adjuster - Ms. Gloria Davis
**Our File No. 6.06051**
Balance owed - $333.50