*Law Offices*

# GONZALEZ & HENLEY, P.L.

*Attorneys at Law*

### 324 DATURA STREET, SUITE 200 • WEST PALM BEACH, FLORIDA, 33401

TELEPHONE (561) 820-8100
FAX (561) 655-5660

EDMUND GONZALEZ, P.A.
RANDALL W. HENLEY, P.A.
HENA RODELY, P.A.
JONATHAN FLOM*
*OF COUNSEL*

8519 S. U.S. HIGHWAY ONE
PORT ST. LUCIE, FLORIDA 34952

TELEPHONE (772) 343-9292
FAX (772) 343-9973

EMAIL: Edatlaw2000@aol.com

December 26, 2006

1. Name of Claimant:        Jocelyne Pouyes

2. Description of Incident:

On October 6, 2005, Jocelyn Pouyes was a business invitee at Winn Dixie Store, Inc. in West Palm Beach, Florida. Ms. Pouyes was walking in front section of the deli department when suddenly and without warning she slipped on a foreign transitory substance. Ms. Pouyes fell on her left side of her body. As a result of this slip and fall, Ms. Pouyes suffered and sustained internal derangement in the left knee, herniated disk at L4-L5 level, herniated disk at L5-S1 level, bulging disk at L3-L4 level, and neck pain.

Winn Dixie Store
3131 Forest Hill Boulevard
West Palm Beach, Florida 33406

Winn Dixie Store, Inc. is liable for causing injuries to Ms. Pouyes. Ms. Pouyes was a business invitee and Winn Dixie Stores, Inc. owes a high standard of care. Winn Dixie Stores, Inc. is negligent because they breached the duty owed to Ms. Pouyes, as a result of leaving a foreign transitory substance on the floor and knowledge thereof. It is clear by all facts and circumstances that Winn Dixie Stores, Inc. is fully and completely responsible for the damages and injuries arising out of this slip and fall. It is equally clear that the negligence of Winn Dixie Stores, Inc. in failing to use due care was sole and proximate cause of this slip and fall, the injuries caused by the slip and fall, and damages sustained by Ms. Pouyes.

3. Amount Demanded:        $150,000.00

4. Gonzalez & Henley, P.L.         561-820-8100
   Edmund Gonzalez, Esquire        fax:   561-655-5660
   324 Datura Street               Edatlaw2000@aol.com
   Suite 200
   West Palm Beach, Florida 33401

EXHIBIT A