## Law Offices
# GONZALEZ & HENLEY, P.L.
### Attorneys at Law

**324 DATURA STREET, SUITE 200 • WEST PALM BEACH, FLORIDA, 33401**

TELEPHONE (561) 820-8100
FAX (561) 655-5660

EDMUND GONZALEZ, P.A.
RANDALL W. HENLEY, P.A.
HENA RODELY, P.A.
JONATHAN FLOM*
*OF COUNSEL*

8519 S. U.S. HIGHWAY ONE
PORT ST. LUCIE, FLORIDA 34952

TELEPHONE (772) 343-9292
FAX (772) 343-9973

EMAIL: Edatlaw2000@aol.com

December 26, 2006

1. Name of Claimant:       Ralph Diaz

2. Description of Incident:

On April 15, 2006, approximately at 6:00 p.m., Ralph Diaz was a business invitee at Winn Dixie Store, Inc. #212, in Royal Palm Beach, Florida. Mr. Diaz was walking in front section of the deli department when suddenly and without warning he slipped on a foreign transitory substance. Mr. Diaz fell on his back and also struck his head. As a result of this slip and fall, Mr. Diaz suffered and sustained Lumbar sprain/strain with herniated nucleus pulposus at L4-5 level with left lower extremity radicular symptoms, annular bulging with bony ridging at L3-4, facet reaction at L5 level bilaterally, muscle spasm, and left foot pain.

> Winn Dixie Store #212
> 1135 Royal Palm Beach Road
> Royal Palm Beach, Florida 33411

Winn Dixie Store, Inc. is liable for causing injuries to Mr. Diaz. Mr. Diaz was a business invitee and Winn Dixie Stores, Inc. owes a high standard of care. Winn Dixie Stores, Inc. is negligent because they breached the duty owed to Mr. Diaz, as a result of leaving a foreign transitory substance on the floor and knowledge thereof. It is clear by all facts and circumstances that Winn Dixie Stores, Inc. is fully and completely responsible for the damages and injuries arising out of this slip and fall. It is equally clear that the negligence of Winn Dixie Stores, Inc. in failing to use due care was sole and proximate cause of this slip and fall, the injuries caused by the slip and fall, and the damages sustained by Mr. Diaz.

3.   Amount Demanded:         $150,000.00

4.   Gonzalez & Henley, P.L.         561-820-8100
     Edmund Gonzalez, Esquire        fax:   561-655-5660
     324 Datura Street               Edatlaw2000@aol.com
     Suite 200
     West Palm Beach, Florida 33401

**EXHIBIT A**