## EXHIBIT A

RE: **Nancy Bolduc vs. Winn Dixie**

---

1. Nancy Bolduc
   Date of Incident: October 22, 2006
   Place: Winn Dixie #708, 11092 Spring Hill Drive, Spring Hill, FL 34608
   Mrs. Bolduc purchased a can of Thrifty Brand kidney beans and ate some in her salad, then went back for seconds when she found a dead rat in the can of beans.

2. No demand has been made at this time/unliquidated.

3. Adam Brum, Esquire, 201 N. Franklin Street, 7th Floor, Tampa, FL 33602