## EXHIBIT A

RE:    **Maria Marin vs. Winn Dixie**

---

1. Maria Marin
   Date of Incident: July 2, 2006
   Place: Winn Dixie #706, 1305 Ariana Street, Lakeland, FL 33803
   Ms. Marin was walking through the produce department and at the end of the row, a display of Pepsi was stacked and they rolled and fell on her left leg.

2. No demand has been made at this time/unliquidated.

3. Adam Brum, Esquire, 201 N. Franklin Street, 7th Floor, Tampa, FL 33602