## EXHIBIT A

**RE:**    **Larry Smith vs. Winn Dixie**

---

1. Larry Smith
   Date of Incident: November 22, 2006
   Place: Winn Dixie #701, 1860 Highway 60 East, Lake Wales, FL 33850
   Mr. Smith was walking through the produce department and slipped and fell on standing water.

2. No demand has been made at this time/unliquidated.

3. Adam Brum, Esquire, 201 N. Franklin Street, 7th Floor, Tampa, FL 33602