

# JAY KORETSKY, P.A.
Attorney at Law
County Square Shopping Center
21489 Northwest 2nd Avenue
Miami, Florida 33169

Broward (954) 746-4604
Dade (305) 999-0273
Fax (305) 999-0275

March 17, 2006

*file copy*

Winn Dixie Supermarkets c/o
Sedgwick Claims Management Services Inc.
P.O. Box 24787
Jacksonville, FL 32241-4787

Attn: Stephanie Phillips

In Re: Our Client:     Linda D. Greene
Date of Accident:      October 2, 2005
L/Accident:            Store #0205, Miami
                       (Miami Gardens Drive/NW 7th Avenue)
Claim No.:             A511212488-0001-01

Dear Ms. Phillips:

In follow-up to our telephone conversation of March 16, 2006, I enclose:

1.  ER records - Parkway Regional Medical Center (still awaiting bills);
2.  Miami-Dade Fire Rescue Report;
3.  Initial report/bills from Neurology Associates Group;
4.  MRI report/bill of left knee; and  — $1,850.00
5.  MRI report/bill of low back.  — $1,500.00

As you can see, Ms. Greene's most significant injury is to her left knee, which probably requires surgical treatment. I am awaiting reports from Dr. Stephen Wender/Aventura Orthopedicare Center, and will forward these to you upon receipt. At this point, Ms. Greene has stopped further treatment and I have requested updated records. These will be sent to you with a settlement demand, hopefully within the next 30 days.

Should you desire the actual MRI films, please advise as soon as possible, as I will need to obtain these.

Very truly yours,

JAY KORETSKY, ESQ.

JK:sak
Enclosures

EXHIBIT A