Katherine Dawson

DOA: 04/28/2006

Location of Accident: Winn Dixie
36019 US Hwy 27
Haines City, FL 33844
(863) 439-6047

Brief Description: Bergensons Property Service Inc., was cleaning the floors at Winn Dixie and left a strip of soap near the cash register. Winn Dixie/Bergensons failed to display signs indicating that there were wet floors. The above referenced client went to leave the store when she slipped on the soap and fell.

Injuries: right shoulder, neck

The amount of the above referenced claim in unliquidated.

Katelyn Brim is the adjuster handling this claim on behalf of Sedgwick Claims Management Services.

Her mailing address is: 8649 Bay Pine Road Building 7 Ste. 201,
Jacksonville, FL 32256
904-419-5337

Claim # A611203759

Burnetti, P.A.
John P. Berke, Esq.
211 S. Florida Ave.
Lakeland, FL 33801
863-688-8288
863-688-1978

Please contact Amanda D. with any questions at the number listed above or e-mail me at amandad@burnetti.com.

EXHIBIT A