Client   : Kathey Plantz

Date of Incident: August 02, 2006

Winn Dixie Store: Number 0207, 3435 N. Federal Highway,
                  Pompano Beach, FL 33064

Description of Incident: Client slipped and fell on a puddle
                         of water that had leaked from the
                         freezer

EXHIBIT __A__