Client Name            : Nery Rojas

Date of Accident       : 4/30/06

Winn Dixie Store Address: 948 S.W. 67 Avenue
                         Miami, Florida 33126

Description of Incident: Our client closed the freezer door and the door next to it fell on her foot.

EXHIBIT A