Client: Shelli Cabrera

Date of Accident: October 18, 2006

Winn Dixie Store: Store #0319, 30346 Old Dixie Highway,
                  Homestead, FL 33030

Description of Incident: Client slipped and fell on a puddle of water that had leaked from the freezer area

EXHIBIT A