Client Name         : Harry Grigsby

Date of Accident    : 12-03-05

Winn Dixie Store Address    : 30346 Old Dixie Highway
                              Homestead, Florida 33030

Description of Incident:  Our client slipped and fell on a puddle of grease that had spilled on the floor.

EXHIBIT  A