Tanika Borders for Jazzmine O'Neal

DOA: 9/25/2006

Location of Accident: Winn Dixie, #709
1305 Ariana St.
Lakeland, FL 33803
(863) 683-8352

Brief Description: While walking through the dairy dept she slipped and fell from water leaking from the roof on to the floor, no signs indicating that there was a leak or that there may be water on the floor from a leak.

Injuries: left leg, lower back, and left hip

The amount of the above referenced claim in unliquidated.

Yolanda Davis is the adjuster handling this claim on behalf of Sedgwick Claims Management Services.

Her mailing address is: 8649 Bay Pine Road Building 7 Ste. 201,
Jacksonville, FL 32256
(904) 419-5314 ph
(904) 419-5365 fax

Claim # A 611209058

Burnetti, P.A.
John P. Berke, Esq.
211 S. Florida Ave.
Lakeland, FL 33801
863-688-8288
863-688-1978

Please contact Amanda D. with any questions at the number listed above or e-mail me at amandad@burnetti.com.

EXHIBIT A