Connie Aquino

DOA: 11/13/06

Location of Accident: Winn Dixie, #709
　　　　　　　　　　　1305 Ariana St.
　　　　　　　　　　　Lakeland, FL 33803
　　　　　　　　　　　(863) 683-8352

Brief Description: Client stepped in a pothole in Winn Dixie parking lot and fell.

Injuries: right ankle

The amount of the above referenced claim in unliquidated.

Trquiano Powell is the adjuster handling this claim on behalf of Sedgwick Claims Management Services.

The mailing address is: PO Box 24787
　　　　　　　　　　　　Jacksonville, FL 32241-4787
　　　　　　　　　　　　(904) 419-5300 x 6439 ph
　　　　　　　　　　　　(904) 732-6446 fax

Claim # A 611210533

Burnetti, P.A.
John P. Berke, Esq.
211 S. Florida Ave.
Lakeland, FL 33801
863-688-8288
863-688-1978

Please contact Amanda D. with any questions at the number listed above or e-mail me at amandad@burnetti.com.

EXHIBIT A