UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISON

In Re:                                      CASE NO:3-05-bk-03817-3F1

**WINN DIXIE STORES, INC.,**
**Et al,**                                  CHAPTER:11

**Debtor(s).**

_____/

**APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE CLAIMS FOR**
**CERTAIN POST-PETITION PERSONAL INJURY CLAIMANTS**

**COMES NOW**, the movant, DENISE CLEMENTS, through her undersigned counsel, and pursuant to 11 U.S.C. section 503 requests this Court enter an order approving her application to have allowed administrative claims against the Estate, and to authorize payment of her claim, and would show:

1. On February 21, 2005, the Debtors filed Voluntary Petitions under Chapter 11 of the United States Bankruptcy Code.

2. The Debtors are operating their businesses and managing their property as a debtor in possession pursuant to section 1107(a) and section 1108 of the Bankruptcy Code.

3. The Court has appointed an official committee of unsecured creditors to serve in these cases.

1

4. Subsequent to the filing of the case, Movant suffered personal injuries as a result of negligence by the Debtors.

7. The personal injury claims of the Movant has not yet been liquidated.

8. This Court has entered an Order setting a bar dat to file administrative expense claims.

9. The Court may award an administrative expense priority under section 503(b) for the "actual, necessary costs and expenses of preserving the estate . . ." 11 U.S.C. section 503 (b)(1).

10. Damages arising from a post-petition tort committed by a debtor are entitled to administrative expense status. <u>Reading Co. v. Brown</u>, 391 U.S. 471, 485, 88 S. Ct. 1759, 20 L.Ed.2d 751 (1968)(holding that damages resulting from fire caused by receiver's negligence were administrative expenses).

11. The Movant respectfully requests the Court enter an Order allowing her post-petition administrative expense claim.

12. The Movant requests the Court limit notice of this Application to the Debtors, counsel for the Debtors, and counsel for the Unsecured Trade Creditors Committee.

**WHEREFORE**, Movant respectfully submits her application for allowance of her post-petition administrative claim.

Dated this 3 rd day of January, 2007 in Neptune Beach, Florida.

**THE WINTER LAW FIRM**

/s/ Sean C. Barber_____
SEAN C. BARBER, Esq.
Fla. Bar No. 0680931
310 Third Street
Neptune Beach, FL 32266
Telephone: (904) 242-0222
Facsimile: (904) 242-7051
sbarber@winterlawfirm.com
Attorney for Debtor(s)

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that copies of the attached has been provided to James Post, Esq., Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202; Matthew Bar, Esq., Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 this 3 rd day of January 2007 via electronic transmission or first class postage prepaid mail.

\_\_\_\_\_/s/Sean C. Barber_____
ATTORNEY