**LAW OFFICES OF JESSE A. LIEBERMAN, P.A.**

1761 West Hillsboro Boulevard, Suite 330                    tel 954.596.9944 • fax 954.596.9960
Deerfield Beach, FL 33442                                                                                              www.jlieberman.com

December 21, 2006

**Via Facsimile: 813-253-0975**
Dennis LeVine & Associates, P.A.

RE:    **Our Client:**    Sirley De Lira
       **Date of Loss:**  5/8/2006
       **Defendant:**     Winn-Dixie (Store # 207)

Dear Sir/Madame:

This correspondence serves to request your services in the matter of the above-referenced client's action against Winn-Dixie for damages sustained on or about the above date of loss.

Sirley Delira was shopping at Winn-Dixie store #207, located at 3435 N. Federal Hwy in Pompano Beach, Florida 33064. While shopping on the laundry aisle, Ms. Delira slipped on a wet floor and landed on her right arm. She suffered injuries in her right hand, right wrist, as well as her left knee. Winn-Dixie was negligent in that it failed to maintain its premises in a reasonably safe condition.

Demand has been made for $65,000.00 in settlement of this claim.

In the event that you must contact our office regarding this matter, please do so via the contact information below:

Jesse A. Lieberman, Esquire
1761 West Hillsboro Blvd, Suite 330
Deerfield Beach, Florida 33442

Phone:      (954)596-9944
Facsimile:  (954)596-9960
Email:      jl@jlieberman.com

Thank you for your assistance in this matter. If you require additional information, please do not hesitate to contact our office.

Best regards,
Law Offices of Jesse A. Lieberman, P.A.

*Jesse Lieberman*

EXHIBIT ___A___