HERBERT H. HOFMANN II
MICHAEL K. HOUTZ
CLEMENT L. HYLAND
SUMEET KAUL
JAMES W. KEETER
JAMES J. KELLEHER
HANS KENNON
JEFFREY D. KOTTKAMP
STEPHEN J. KNOX
BRETT J. KURLAND
ARMANDO T. LAURITANO
CLINT M. LAVENDER
CARLOS V. LEACH
JOSEPH A. LINNEHAN
BRADLEY LUNDEEN
JAMES T. LYNCH
W. CHARLES MELTON
TODD K. MINER
W. CLAY MITCHELL
KEITH R. MITNIK
HECTOR A. MORE

SUITE 301
815 SOUTH MAIN STREET
JACKSONVILLE
FLORIDA 32207
(904) 398-2722
FAX (904) 398-2334
www.forthepeople.com

Ferguson, Linda
Winn Dixie #2210, 333 E.Highland Blvd, Inverness, FL 34452
The client fell in the ladies restroom on water on the floor. We contend poor maintenance of the store. DOL 04-04-2005.
Case on demand and liability denied, however, the adjuster was going to discuss with her superiors an offer based on the medicals. Surgery was performed for a partial meniscectomy of the left medial meniscus.
$100,000 demand.

EXHIBIT A