**EXHIBIT A**

**RE:** **Keisha Freeman vs. Winn Dixie**
_____

1. Keisha Freeman
Date of Incident: July 29, 2006
Place: Winn Dixie #705, 1151 U.S. Hwy 27 North, Haines City, FL 33844
Ms. Freeman slipped and fell on cleaning fluid that was on the floor near aisle 5 of the store. An employee had a cart that was leaking cleaning fluid.

2. No demand has been made at this time/unliquidated.

3. William R. Daniel, Esq., 201 N. Franklin Street, 7th Floor, Tampa, FL 33602