## EXHIBIT A

**RE:        Joanie L. Mangum vs. Winn Dixie**
_____

1. Joanie L. Mangum
   Date of Incident: April 16, 2006
   Place: Winn Dixie #642, 5015 Gulfport Boulevard S., Gulfport, FL 33707
   Ms. Mangum fell due to water on the floor at the Winn Dixie mentioned above. As a result Ms. Mangum sustained right hand contusion with aggravation of prior injury and back pain.

2. No demand has been made at this time/unliquidated.

3. David G. Henry, Esq., 201 N. Franklin Street, 7th Floor, Tampa, FL 33602