## LIABILITY

Mrs. Barbara Howell was a patron at the Winn Dixie located at 1151 U.S. Highway 27 North in Haines City, Florida 33844 on August 8, 2006, when she slipped and fell in a clear liquid while shopping in the cleaning products aisle.

Under Florida law, Winn Dixie had a duty to maintain its premises in a reasonably safe condition and to warn persons lawfully on the premises of any danger, which was known or should have been known to your insured. Winn Dixie knew or should have known that liquid on the floor created a hazard to Mrs. Howell. In spite of this knowledge, Winn Dixie failed to warn her and other patrons of the danger.

## INJURY

As a result of this negligence, Mrs. Howell sustained injuries to her neck, low back, buttocks and left hip. We have not made a demand on this claim as Mrs. Howell is still under the care of her physician. As such, the damages amount is unliquidated.

## DESIGNATED CONTACT

Brett J. Kurland, Esquire
Morgan & Morgan, P.A.
One Tampa City Center
201 N. Franklin Street
7th Floor
Tampa, Fl 33602
Ph:   (813) 223-5505
Fax: (813-223-5402)
bkurland@forthepeople.com

EXHIBIT A