Requested Information:

1. Claimant Name: Monica Mills Andersen and John Andersen (husband)

2. On or about December 8, 2005, at approximately 8:30pm, Mrs. Andersen was shopping at Winn-Dixie store number 0607, 12975 Park Boulevard, Seminole, Florida 33776. While walking through the produce section Mrs. Andersen tripped over an open and unsecured floor mounted electrical outlet which Winn-Dixie had failed to properly maintain. As a result of Winn-Dixie's negligence in maintaining its premises Mrs. Andersen twisted her back and suffered personal injuries. Mr. Andersen has also suffered injury as a result of the incident and may submit a claim for loss of consortium resulting from his wife's injuries.

3. At this time the amount of damages have not been fixed and therefore the damages are unliquidated.

4. All notices with regard to this application may be sent to:
Christopher Haines Miles, Esq
6703 South Elemeta Street
Tampa, Florida 33616
Tel: 727-822-4100
Fax: 727-898-4270
Email: legalmeelays@aol.com or LegalMiles@gmail.com
FBN: 638293



EXHIBIT A