PERSONAL AND CONFIDENTIAL
PROTECTED BY ATTORNEY/CLIENT
PRIVILEGE AND WORK PRODUCT DOCTRINE

## Memorandum

| | |
|---|---|
| To: | Dennis LeVine & Associates |
| Case Name: | Jansen, Vickie G. vs. Winn-Dixie Store #613 d/b/a Winn-Dixie Stores, Inc. |
| File No: | 76393501 |
| From: | D. James Miles |
| Date: | December 28, 2006 |
| Re: | Winn-Dixie Stores, Inc. |

- Vickie G. Jansen
- On January 18, 2006, Vickie Jansen tripped and fell in Winn-Dixie Store # 649, 4502 E. SR-64, Bradenton, Florida 34208 near a gazebo that was being assembled. There was a piece sticking out of the gazebo and this is what she tripped and fell over. Ms. Jansen landed on her elbow and hit her breast. She has breast implants. A follow-up mammogram revealed no damage. She treated with her family doctor and has received steroid injections in her hand from Dr. Farino at Coastal Orthopedics & Sports Medicine. The injection caused discoloration and wrinkling in hand and, per client, Dr. Farino states that only time will heal the injury. Her index and ring finger pull into hand when she has spasms. Ms Jansen states that 3 employees lied and said they told her not to walk through the area where she tripped and fell. She said that no one told her not to walk through it. Elaina that works at this store was a witness. Vickie Jansen filled out report 2 days later. Winn-Dixie said they would pay her co-pay or give her a $100 gift certificate.
- $5,000.00
- John Bales Attorneys
  9700 Dr. Martin Luther King Jr. Street N., Suite 400
  St. Petersburg, FL 33702
  Telephone No:    (727) 823-9100
  Facsimile No:    (727) 579-9109
  Email:           jmiles@johnbales.com
  ATTENTION:       D. James Miles


EXHIBIT A