FILED
JACKSONVILLE
FLORIDA

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

07 JAN -3 A 9: 24

| | | |
|---|---|---|
| In re: | ) | Case No.: 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## MOTION/APPLICATION FOR ADMINISTRATIVE CLAIM

COMES NOW, KIMBERLY VISLOCKY-WHISMAN, pro se, hereby files this Application/Motion for Administrative Expense Claim against the Reorganized Debtors corresponding to a claim arising within the period between February 21, 2005 and November 21, 2006 and in support states as follows:

1. Pursuant to the Court's notice of (A) Entry of order confirming plan of reorganization, (B) Occurrence of effective date of plan, and (C) Bar dates for filing claims arising before effective date and other administrative claims and in accordance with Section 12.1 of the Plan, all requests for payment of Administrative Claims arising against Debtors in the period between February 21, 2005 and November 21, 2006, must be made by application filed with the Bankruptcy Court and served upon counsel for the Reorganized Debtors and the Post-Effective Date Committee no later than January 5, 2007.

2. The pending personal injury claim of KIMBERLY VISLOCKY-WHISMAN falls within this claims period.

3. On or about June 22, 2006, KIMBERLY VISLOCKY-WHISMAN slipped and fell and was injured in a Winn Dixie store located in the State of Florida. The fall and resulting injuries were due to the carelessness and negligence of Winn Dixie. A claim has been initiated regarding the personal injuries suffered by KIMBERY VISLOCKY-WHISMAN at that date and time against Winn Dixie. Claim #A611205714000101 has been assigned to this loss and the matter is pending at this time. The amount of the Administrative Claim is believed to be $75,000.00. There has been no suit filed in the matter and no Court Judgment obtained.

WHEREFORE, KIMBERLY VISLOCKY-WHISMAN requests this Motion/Application for Administrative Expense Claim corresponding to this personal injury claim be granted and that said claim be reorganized as formally asserted against the Reorganized Debtors, thereby obligating said Reorganized Debtors to recognize and honor said claim.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been served by facsimile and/or regular U.S. Mail upon counsel for the Reorganized Debtor, James Post, Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 and Counsel for the Post-Effective Date Committee, Matthew Barr, Milbank, Tweed, Hadley & McCloy, LLP, Chase Manhattan Plaza, New York, New York 10005 on this 29 day of ~~January, 2007.~~ December 2006.

KIMBERLY VISLOCKY-WHISMAN
Claimant
6025 Pine Needle Lane
Lake Worth, Florida 33467
(561) 577-8232 – Telephone