UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

WINN DIXIE STORES, INC.,
et al.,
    Debtors.

Case No. 3:05-bk-03817-JAF
Chapter 11 - Jointly Administered

_____/

## APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE CLAIM FOR POST-PETITION INJURY CLAIMANT

Movant, SHARON SCHUREN, by and through her undersigned counsel, and pursuant to 11 U.S.C. §503, respectfully requests this Court enter an Order approving this application for payment of administrative expense claim against the Estate, and to authorize payment of this claim (the "Application"), and in support thereof states as follows:

1. On February 21, 2005, the Debtors filed Voluntary Petitions under Chapter 11 of the U.S. Bankruptcy Code in the Southern District of New York and were transferred to this Court on April 13, 2005.

2. On November 9, 2006, this Court entered an Order confirming Debtor's Joint Plan of Reorganization (the "Confirmation Order").

3. The Confirmation Order provides that pursuant to Section 12.1 of Debtors' Joint Plan of Reorganization (the "Plan), the deadline for filing requests for payment of post-petition administrative claims is January 5, 2007 (the "Administrative Claims Bar Date").

4. On March 25, 2006, the Movant suffered personal injuries as a result of negligence by the Debtors at Store #2308, 2820 Doyle Road, Deltona, FL 32738.

5. The personal injury claim of the Movant has yet to be liquidated.

6. Thus, pursuant to the Confirmation Order and the Plan, this Application is timely.

7. The Court may award an administrative expense priority under §503(b) for the "actual, necessary costs and expenses of preserving the estate...." 11 U.S.C. §503(b)(1).

8. Damages arising from a post-petition tort committed by a debtor are entitled to administrative expense status. See e.g., Reading Co. v. Brown, 391 U.S. 471, 485, 88 S.Ct. 1759, 20L.Ed.2d 751 (1968); In re: Piper Aircraft Corp., 1169 B.R. 766 (Bkrtcy. S.D. Fla. 1994).

9. In this matter, Applicant's claim arose as a result of the business operations of the Debtors after the Petition Date but prior to the Confirmation Order. As such, Applicant's claim, believed to be in excess of $100,000.00, but unliquidated at this time, is entitled to administrative expense status under 11 U.S.C. §506(b).

10. The Movant respectfully requests the Court enter an Order allowing this post-petition administrative expense claim, subject to liquidation by either consent of the parties or a court of competent jurisdiction. Upon liquidation of this post-petition claim, the Movant requests the Court enter an order requiring the Debtors to pay the allowed administrative claim in full.

11. In accordance with the Confirmation Order and Section 12.1 of the Plan, Movant has served a copy of the Application on counsel for the Reorganized Debtors and the Post-Effective Date Committee.

REQUEST FOR FUTURE NOTICE

Applicant requests that all future pleadings and notices regarding or affecting Applicant's claim be served upon: Tompkins A. Foster, Esq., Foster, Lindeman & Klinkbeil, P.A., P.O. Box 3108, Orlando, FL 32802.

WHEREFORE, the Movant, SHARON SCHUREN, requests that this Court enter an Order (1) deeming the administrative claim asserted by the Movant as a timely assertion of an administrative claim subject to liquidation by either consent of the parties or a court of competent jurisdiction; (2) requiring the Debtors to pay the administrative expense claim immediately upon entry of an order allowing the claim; and (3) granting any such further relief as this Court deems just and proper.

CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of January, 2007, I filed the APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE STATUS FOR POST-PETITION CLAIM AND REQUEST FOR NOTICE through the CM/ECF filing system, which will cause a copy to be served on James H. Post, Esq., Counsel for the Reorganized Debtors, Matthew Barr, Esq., and John MacDonald, Esq., Counsel for the Post-Effective Date Committee, Elena L. Escamilla, Esq., Counsel for the Office of the United States Trustee and all other parties participating in the CM/ECF System, all served electronically.

Tompkins A. Foster
Florida Bar #307335
Attorney for Plaintiff
Foster, Lindeman & Klinkbeil, P.A.
P.O. Box 3108
Orlando, FL 32802-3108
(407) 422-1966