# **<u>EXHIBIT A</u>**

```
                                                                    PAGE NO : 001  CSX TRANSPORTATION
            SUMMARY OF FINANCE CHARGES        INVOICE # 16438997           06/01/06
WINN DIXIE INC                                                CREDIT TERM:  015 DAYS

ORIGIN: JANESVILLE          WI      DEST: BALDWIN              FL

FREIGHT BILL         CAR  CAR            PRICE      CHECK    CHECK      CHECK     DEPOSIT     DAYS   FINANCE
   NUMB    DATE      INIT  NUMB   STCC   AUTHORITY  NUMBER    DATE      AMOUNT      DATE      LATE   CHARGE
14962078  02/07/06   UP    454035 2033220 CSXT520   08197307 05/01/06   4,742.00   05/05/06    72    112.33
15150658  02/22/06   GVSR  747052 2033220 CSXT520   08197307 05/01/06   4,742.00   05/05/06    57     88.93

ORIGIN: JANESVILLE          WI      DEST: ORLANDO              FL

FREIGHT BILL         CAR  CAR            PRICE      CHECK    CHECK      CHECK     DEPOSIT     DAYS   FINANCE
   NUMB    DATE      INIT  NUMB   STCC   AUTHORITY  NUMBER    DATE      AMOUNT      DATE      LATE   CHARGE
14505336  01/03/06   CHTT  050407 2033220 CSXT520   08197307 05/01/06   5,014.00   05/05/06   107    176.51
14948583  02/06/06   WCOR  005043 2033220 CSXT520   08197307 05/01/06   4,944.00   05/05/06    73    118.74
14962077  02/07/06   SP    694434 2033220 CSXT520   08197307 05/01/06   4,962.00   05/05/06    72    117.54
15036961  02/13/06   BR    060025 2033220 CSXT520   08197307 05/01/06   4,962.00   05/05/06    66    107.74
15066275  02/15/06   CHTT  050487 2033220 CSXT520   08197307 05/01/06   4,962.00   05/05/06    64    104.48
15236727  03/01/06   CHTT  050528 2033220 CSXT520   08197307 05/01/06   4,962.00   05/05/06    50     81.62
15236728  03/01/06   CHTT  050325 2033220 CSXT520   08197307 05/01/06   4,962.00   05/05/06    50     81.62

ORIGIN: LODI                CA      DEST: BALDWIN              FL

FREIGHT BILL         CAR  CAR            PRICE      CHECK    CHECK      CHECK     DEPOSIT     DAYS   FINANCE
   NUMB    DATE      INIT  NUMB   STCC   AUTHORITY  NUMBER    DATE      AMOUNT      DATE      LATE   CHARGE
14948195  02/06/06   ATSF  524506 2039111 CSXT520   08197307 05/01/06   5,634.00   05/05/06    73    135.31
15150534  02/22/06   SFLC  009994 2039111 CSXT520   08197307 05/01/06   5,654.00   05/05/06    57    106.03
15841864  04/17/06   BNSF  779309 2039111 CSXT520   08197952 05/02/06   5,772.00   05/06/06     4      7.60

ORIGIN: POYNETTE            WI      DEST: POMPANO BEACH        FL

FREIGHT BILL         CAR  CAR            PRICE      CHECK    CHECK      CHECK     DEPOSIT     DAYS   FINANCE
   NUMB    DATE      INIT  NUMB   STCC   AUTHORITY  NUMBER    DATE      AMOUNT      DATE      LATE   CHARGE
15015121  02/13/06   HS    011167 2033220 CSXT520   08198357 05/03/06   4,862.00   05/09/06    70    111.97
15044518  02/14/06   HS    011088 2033220 CSXT520   08197307 05/01/06   4,862.00   05/05/06    65    103.97

ORIGIN: RIPON               WI      DEST: POMPANO BEACH        FL

FREIGHT BILL         CAR  CAR            PRICE      CHECK    CHECK      CHECK     DEPOSIT     DAYS   FINANCE
   NUMB    DATE      INIT  NUMB   STCC   AUTHORITY  NUMBER    DATE      AMOUNT      DATE      LATE   CHARGE
14247758  12/12/05   WSOR  503194 2033220 CSXT520   08197307 05/01/06   5,022.00   05/05/06   129    213.14

WINN DIXIE INC                                     PREVIOUSLY BILLED    8917.21
                                                   PREVIOUSLY RECEIVED  1566.51

PO BOX B
JACKSONVILLE    FL    32203-0297


DIRECT QUESTIONS TO:           REMIT TO:             TOTAL ITEMS       DUE DATE        AMOUNT DUE
FINANCECHARGE@CSX.COM          CSX TRANSPORTATION
                               P.O. BOX 532652            15           06/16/06         1,667.53
                               ATLANTA    GA  30353-2652
```

```
                                                                            PAGE NO : 001   CSX TRANSPORTATION
          SUMMARY OF FINANCE CHARGES         INVOICE # 16852104         07/01/06
WINN DIXIE INC                                                     CREDIT TERM:  015 DAYS

ORIGIN:  JANESVILLE            WI     DEST:  BALDWIN              FL

  FREIGHT BILL         CAR  CAR            PRICE       CHECK    CHECK       CHECK     DEPOSIT     DAYS   FINANCE
   NUMB      DATE      INIT NUMB   STCC    AUTHORITY   NUMBER   DATE        AMOUNT    DATE        LATE   CHARGE
 15670916  04/03/06    WP   065663 2033220 CSXT520     08212293 06/08/06    4,842.00  06/13/06     56     89.21
 15963084  04/26/06    MP   783013 2033220 CSXT520     08207312 05/26/06    4,775.00  06/05/06     25     39.27
 16138209  05/09/06    UP   453603 2033220 CSXT520     08212293 06/08/06    4,618.00  06/13/06     20     30.39
 16482096  06/03/06    CHTT 050414 2033220 CSXT520     08217040 06/20/06    4,618.00  06/23/06      5      7.60

ORIGIN:  JANESVILLE            WI     DEST:  ORLANDO              FL

  FREIGHT BILL         CAR  CAR            PRICE       CHECK    CHECK       CHECK     DEPOSIT     DAYS   FINANCE
   NUMB      DATE      INIT NUMB   STCC    AUTHORITY   NUMBER   DATE        AMOUNT    DATE        LATE   CHARGE
 15963082  04/26/06    SSW  023617 2033220 CSXT520     08207312 05/26/06    4,996.00  06/05/06     25     41.09
 15963083  04/26/06    SP   697399 2033220 CSXT520     08207312 05/26/06    4,996.00  06/05/06     25     41.09
 16303302  05/21/06    MP   782261 2033220 CSXT520     08217040 06/20/06    4,840.00  06/23/06     18     28.66

ORIGIN:  LODI                  CA     DEST:  BALDWIN              FL

  FREIGHT BILL         CAR  CAR            PRICE       CHECK    CHECK       CHECK     DEPOSIT     DAYS   FINANCE
   NUMB      DATE      INIT NUMB   STCC    AUTHORITY   NUMBER   DATE        AMOUNT    DATE        LATE   CHARGE
 15456086  03/17/06    BN   732774 2039111 CSXT520     08217040 06/20/06    5,772.00  06/23/06     83    157.62
 15876562  04/19/06    BNSF 779819 2039111 CSXT520     08217040 06/20/06    5,693.00  06/23/06     50     93.65
 15976777  04/27/06    BNSF 779533 2039111 CSXT520     08207312 05/26/06    5,693.00  06/05/06     24     44.95
 16047053  05/02/06    SLSF 700296 2039111 CSXT520     08217040 06/20/06    5,693.00  06/23/06     37     69.30
 16180698  05/12/06    BN   732738 2039111 CSXT520     08213070 06/09/06    5,713.00  06/14/06     18     33.83
 16255245  05/18/06    ATSF 524871 2039111 CSXT520     08217040 06/20/06    5,713.00  06/23/06     21     39.47
 16362256  05/25/06    BN   732407 2039111 CSXT520     08214326 06/13/06    5,713.00  06/16/06      7     13.16

ORIGIN:  POYNETTE              WI     DEST:  MIAMI                FL

  FREIGHT BILL         CAR  CAR            PRICE       CHECK    CHECK       CHECK     DEPOSIT     DAYS   FINANCE
   NUMB      DATE      INIT NUMB   STCC    AUTHORITY   NUMBER   DATE        AMOUNT    DATE        LATE   CHARGE
 15679979  04/04/06    HS   011073 2033220 CSXT520     08212293 06/08/06    4,963.00  06/13/06     55     89.81
 15867682  04/19/06    HS   011055 2033220 CSXT520     08217040 06/20/06    4,896.00  06/23/06     50     80.54
 15999275  05/01/06    HS   011074 2033220 CSXT520     08208700 05/31/06    4,896.00  06/05/06     20     32.22
 16190937  05/15/06    HS   011112 2033220 CSXT520     08214701 06/14/06    4,739.00  06/22/06     23     35.86
 16311414  05/22/06    HS   011100 2033220 CSXT520     08214326 06/13/06    4,739.00  06/16/06     10     15.59
 16370589  05/26/06    HS   011164 2033220 CSXT520     08214326 06/13/06    4,739.00  06/16/06      6      9.35

WINN DIXIE INC                                        PREVIOUSLY BILLED      9592.08
                                                      PREVIOUSLY RECEIVED    1566.51

PO BOX B
JACKSONVILLE           FL    32203-0297


 DIRECT QUESTIONS TO:             REMIT TO:                    TOTAL ITEMS       DUE DATE         AMOUNT DUE
 FINANCECHARGE@CSX.COM            CSX TRANSPORTATION
                                  P.O. BOX 532652                   20          07/16/06            992.66
                                  ATLANTA    GA 30353-2652
```

```
CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
P. O. BOX 44053
JACKSONVILLE FL 32231-4053                                              PAGE NO:01
                              ORIGINAL INCIDENTAL BILL

DIRECT QUESTIONS TO:              MAIL PAYMENTS TO:            DUE DATE      AMOUNT DUE
CINDY MURPHY                      CSXT N/A 015652              07/27/06        1140.00
904-279-4644                      P.O. BOX 532652
                                  ATLANTA    GA 30353-2652
FAX NUMBER: (904) 279-4663
                        INCIDENTAL BILL NO: 16978714    DATE: 07/12/06
```

| SHIPPER | | | | ORIGIN | | |
|---|---|---|---|---|---|---|
| WINN DIXIE INC | | | 5SYO4C | 028485 MIAMI, FL | | |
| 3300 NW 123RD ST | | | | | | |
| MIAMI PARK | FL 3316 | | | BILLING | WAYBILL | |
| | | | | ROAD | NUMBER | DATE |
| | | | | 712 | 096835 | 07/12/06 |

| TOTAL CARS | TOTAL DAYS | CREDIT DAYS | ALLOW DAYS | NET DEBIT DAYS | PRICE AUTHORITY |
|---|---|---|---|---|---|
| 5 | 29 | 10 | 0 | 19 | 00000 |

| DESCRIPTION OF SERVICES | DEBIT DAYS | RATE | QL | CHARGES |
|---|---|---|---|---|
| DEMURRAGE FOR JUNE, 2006 | 19 | 60.00 | DA | 1140.00 |

DEMURRAGE DESCRIPTION:
  CSXT 8100-RAILROAD CARS FOR UNLOADING

CUSTOMER KEY:  SX10330238

| | CAR | TYPE | CONTENTS | I/O | ARRIVED | NOTIFY | ORDERED | PLACED | RELEASED | CREDIT | DAYS | AL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HS | 011112 | R410 | CDFRT | | 0519 | | | 0521 | 0611 | 2 | 21 | 0 |
| EEC | 003081 | A402 | FDPREP | | 0527 | | | 0610 | 0611 | 2 | 1 | 0 |
| HS | 011100 | R410 | CDFRT | | 0527 | | | 0610 | 0611 | 2 | 1 | 0 |
| HS | 011164 | R410 | CDFRT | | 0531 | | | 0610 | 06I1 | 2 | 1 | 0 |
| HS | 011137 | R410 | CDFRT | | 0607 | | | 0614 | 0619 | 2 | 5 | 0 |

```
| RATING INFORMATION                              |
|                                                 |
| OUTBOUND   INBOUND                              |
| LOADING    UNLOADING   DAILY      PENALTY       |
| CREDITS    CREDITS     CHARGE     LEVEL CHG     |
|    1          2          60           0         |
```

```
WINN DIXIE INC
PO BOX B
JACKSONVILLE FL  32203-0297
```

PAGE NO : 001    CSX TRANSPORTATION

SUMMARY OF FINANCE CHARGES        INVOICE # 17228782        08/01/06

WINN DIXIE INC                                                                    CREDIT TERM:  015 DAYS

ORIGIN:  JANESVILLE            WI      DEST:  BALDWIN         FL

| FREIGHT BILL NUMB | DATE | CAR INIT | CAR NUMB | STCC | PRICE AUTHORITY | CHECK NUMBER | CHECK DATE | CHECK AMOUNT | DEPOSIT DATE | DAYS LATE | FINANCE CHARGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16410366 | 05/29/06 | SP | 698499 | 2033220 | CSXT520 | 08220206 | 06/28/06 | 4,618.00 | 07/03/06 | 20 | 30.39 |
| 16486448 | 06/04/06 | SP | 694814 | 2033220 | CSXT520 | 08227402 | 07/14/06 | 5,537.00 | 07/20/06 | 31 | 56.47 |
| 16687578 | 06/19/06 | MP | 782052 | 2033220 | CSXT520 | 08227402 | 07/14/06 | 5,537.00 | 07/20/06 | 16 | 29.15 |
| 16852880 | 07/01/06 | STE | 001983 | 2033220 | CSXT520 | 08227402 | 07/14/06 | 5,537.00 | 07/20/06 | 4 | 7.29 |

ORIGIN:  JANESVILLE            WI      DEST:  ORLANDO         FL

| FREIGHT BILL NUMB | DATE | CAR INIT | CAR NUMB | STCC | PRICE AUTHORITY | CHECK NUMBER | CHECK DATE | CHECK AMOUNT | DEPOSIT DATE | DAYS LATE | FINANCE CHARGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16387494 | 05/27/06 | GVSR | 768024 | 2033220 | CSXT520 | 08220206 | 06/28/06 | 4,840.00 | 07/03/06 | 22 | 35.03 |
| 16387495 | 05/27/06 | MP | 782118 | 2033220 | CSXT520 | 08220206 | 06/28/06 | 4,840.00 | 07/03/06 | 22 | 35.03 |
| 16410367 | 05/29/06 | MP | 782507 | 2033220 | CSXT520 | 08220206 | 06/28/06 | 4,840.00 | 07/03/06 | 20 | 31.85 |
| 16486449 | 06/04/06 | SSW | 024182 | 2033220 | CSXT520 | 08227402 | 07/14/06 | 5,719.00 | 07/20/06 | 31 | 58.33 |
| 16623169 | 06/14/06 | WCOR | 005046 | 2033220 | CSXT520 | 08227402 | 07/14/06 | 5,719.00 | 07/20/06 | 21 | 39.51 |
| 16687576 | 06/19/06 | STE | 002069 | 2033220 | CSXT520 | 08227402 | 07/14/06 | 5,719.00 | 07/20/06 | 16 | 30.10 |
| 16687577 | 06/19/06 | UP | 450272 | 2033220 | CSXT520 | 08227402 | 07/14/06 | 5,719.00 | 07/20/06 | 16 | 30.10 |
| 16852881 | 07/01/06 | UP | 450622 | 2033220 | CSXT520 | 08227402 | 07/14/06 | 5,719.00 | 07/20/06 | 4 | 7.53 |

ORIGIN:  LODI                  CA      DEST:  BALDWIN         FL

| FREIGHT BILL NUMB | DATE | CAR INIT | CAR NUMB | STCC | PRICE AUTHORITY | CHECK NUMBER | CHECK DATE | CHECK AMOUNT | DEPOSIT DATE | DAYS LATE | FINANCE CHARGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16687464 | 06/19/06 | BNSF | 779281 | 2039111 | CSXT520 | 08227402 | 07/14/06 | 6,713.00 | 07/20/06 | 16 | 35.34 |
| 16687465 | 06/19/06 | ATSF | 524483 | 2039111 | CSXT520 | 08227402 | 07/14/06 | 6,713.00 | 07/20/06 | 16 | 35.34 |
| 16687466 | 06/19/06 | BNSF | 779207 | 2039111 | CSXT520 | 08227402 | 07/14/06 | 6,713.00 | 07/20/06 | 16 | 35.34 |

ORIGIN:  POYNETTE              WI      DEST:  MIAMI           FL

| FREIGHT BILL NUMB | DATE | CAR INIT | CAR NUMB | STCC | PRICE AUTHORITY | CHECK NUMBER | CHECK DATE | CHECK AMOUNT | DEPOSIT DATE | DAYS LATE | FINANCE CHARGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16460431 | 06/02/06 | HS | 011137 | 2033220 | CSXT520 | 08220206 | 06/28/06 | 4,739.00 | 07/03/06 | 16 | 24.95 |
| 16839371 | 06/30/06 | SOO | 178866 | 2033220 | CSXT520 | 08227402 | 07/14/06 | 5,353.00 | 07/20/06 | 5 | 8.81 |
| 16839374 | 06/30/06 | HS | 011138 | 2033220 | CSXT520 | 08227402 | 07/14/06 | 5,353.00 | 07/20/06 | 5 | 8.81 |
| 16853218 | 07/01/06 | HS | 011160 | 2033220 | CSXT520 | 08230651 | 07/24/06 | 5,353.00 | 07/28/06 | 12 | 21.13 |
| 16861229 | 07/02/06 | HS | 011067 | 2033220 | CSXT520 | 08228103 | 07/17/06 | 5,353.00 | 07/24/06 | 7 | 12.33 |
| 16885316 | 07/04/06 | HS | 011056 | 2033220 | CSXT520 | 08229902 | 07/21/06 | 5,353.00 | 07/26/06 | 7 | 12.33 |

WINN DIXIE INC                                        PREVIOUSLY BILLED      9999.58
                                                      PREVIOUSLY RECEIVED    1566.51

PO BOX B
JACKSONVILLE        FL    32203-0297

DIRECT QUESTIONS TO:            REMIT TO:                    TOTAL ITEMS      DUE DATE        AMOUNT DUE
FINANCECHARGE@CSX.COM           CSX TRANSPORTATION
                                P.O. BOX 532652                  21           08/16/06          585.16
                                ATLANTA    GA  30353-2652

PAGE NO : 001   CSX TRANSPORTATION

SUMMARY OF FINANCE CHARGES          INVOICE # 17653027          09/01/06

WINN DIXIE INC                                              CREDIT TERM: 015 DAYS

ORIGIN: JANESVILLE            WI      DEST: BALDWIN           FL

| FREIGHT BILL NUMB | DATE | CAR INIT | CAR NUMB | STCC | PRICE AUTHORITY | CHECK NUMBER | CHECK DATE | CHECK AMOUNT | DEPOSIT DATE | DAYS LATE | FINANCE CHARGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 17031146 | 07/17/06 | UP | 450865 | 2033220 | CSXT520 | 08235213 | 08/03/06 | 5,556.00 | 08/08/06 | 7 | 12.80 |
| 17319714 | 08/08/06 | UP | 453958 | 2033220 | CSXT520 | 08243597 | 08/23/06 | 5,556.00 | 08/28/06 | 5 | 9.14 |

ORIGIN: POYNETTE             WI      DEST: BALDWIN           FL

| FREIGHT BILL NUMB | DATE | CAR INIT | CAR NUMB | STCC | PRICE AUTHORITY | CHECK NUMBER | CHECK DATE | CHECK AMOUNT | DEPOSIT DATE | DAYS LATE | FINANCE CHARGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 17101395 | 07/22/06 | HS | 011164 | 2033220 | CSXT520 | 08235651 | 08/07/06 | 4,840.00 | 08/09/06 | 3 | 4.78 |

ORIGIN: POYNETTE             WI      DEST: MIAMI             FL

| FREIGHT BILL NUMB | DATE | CAR INIT | CAR NUMB | STCC | PRICE AUTHORITY | CHECK NUMBER | CHECK DATE | CHECK AMOUNT | DEPOSIT DATE | DAYS LATE | FINANCE CHARGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 17031206 | 07/17/06 | HS | 011146 | 2033220 | CSXT520 | 08235213 | 08/03/06 | 5,371.00 | 08/08/06 | 7 | 12.37 |
| 17117915 | 07/24/06 | HS | 011131 | 2033220 | CSXT520 | 08237361 | 08/09/06 | 5,371.00 | 08/14/06 | 6 | 10.60 |
| 17175938 | 07/28/06 | HS | 011076 | 2033220 | CSXT520 | 08238422 | 08/11/06 | 5,371.00 | 08/16/06 | 4 | 7.07 |
| 17196164 | 07/29/06 | HS | 011167 | 2033220 | CSXT520 | 08238422 | 08/11/06 | 5,371.00 | 08/16/06 | 3 | 5.30 |
| 17319717 | 08/08/06 | HS | 011138 | 2033220 | CSXT520 | 08243597 | 08/23/06 | 5,371.00 | 08/28/06 | 5 | 8.84 |

ORIGIN: POYNETTE             WI      DEST: ORLANDO           FL

| FREIGHT BILL NUMB | DATE | CAR INIT | CAR NUMB | STCC | PRICE AUTHORITY | CHECK NUMBER | CHECK DATE | CHECK AMOUNT | DEPOSIT DATE | DAYS LATE | FINANCE CHARGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 17117916 | 07/24/06 | HS | 011149 | 2033220 | CSXT520 | 08237361 | 08/09/06 | 5,022.00 | 08/14/06 | 6 | 9.91 |
| 17175947 | 08/02/06 | HS | 011089 | 2033220 | CSXT520 | 08243597 | 08/23/06 | 5,371.00 | 08/28/06 | 11 | 19.44 |
| 17226668 | 08/01/06 | HS | 011158 | 2033220 | CSXT520 | 08243597 | 08/23/06 | 5,022.00 | 08/28/06 | 12 | 19.83 |

WINN DIXIE INC                                PREVIOUSLY BILLED    10464.66
                                              PREVIOUSLY RECEIVED   1566.51

PO BOX B
JACKSONVILLE        FL   32203-0297


DIRECT QUESTIONS TO:         REMIT TO:                  TOTAL ITEMS      DUE DATE       AMOUNT DUE
FINANCECHARGE@CSX.COM        CSX TRANSPORTATION
                             P.O. BOX 532652                 11         09/16/06          120.08
                             ATLANTA     GA  30353-2652

**CSX TRANSPORTATION**
CUSTOMER ACCOUNTING DEPT
P. O. BOX 44053
JACKSONVILLE FL 32231-4053

**ORIGINAL FREIGHT BILL**

PAGE NO:01

FINANCE CHARGE 12%/YEAR ON
BILLS PAID AFTER DUE DATE

| DIRECT QUESTIONS TO: | MAIL PAYMENTS TO: | DUE DATE | AMOUNT DUE |
|---|---|---|---|
| DON WALTERS | CSXT N/A 015652 | 10/01/06 | 5443.00 |
| 904-279-4926 | P.O. BOX 532652 | | |
| FAX NUMBER: (904) 279-5096 | ATLANTA    GA 30353-2652 | | |

**FREIGHT BILL NO: 17837234    DATE: 09/16/06**

| CAR | KIND | LENGTH | CAPACITY | HEIGHT | BILLING ROAD | WAYBILL NUMBER | DATE | BILL OF LADING NUMBER | DATE |
|---|---|---|---|---|---|---|---|---|---|
| HS 003724 | A402 | 50 06 | 5344 | 11 01 | 105 | 527262 | 09/09/06 | 2-T1216 | 09/09/06 |

| ROUTE | | SHIPPERS INVOICE | PRICE AUTHORITY | STCC | SHIPPING METHOD |
|---|---|---|---|---|---|
| CPRS CHGO   CSXT | | 2-T1216 | CSXT 520 | 2033220 | COLLECT |

| SHIPPER | | CONSIGNEE | |
|---|---|---|---|
| LAKESIDE FOODS INC | AVNV12 | WINN DIXIE INC | 5SY067 |
| W8070 KENT RD | | 3300 NW 123RD ST | |
| POYNETTE    WI 53955 | | 3300 NW 123RD ST | |
| | | MIAMI        FL 33167 | |

| ORIGIN | DESTINATION |
|---|---|
| 000595 POYNETTE, WI | 026650 MIAMI, FL |

| DESCRIPTION OF ARTICLES | WEIGHT | PCKGS | UNITS | RATE | QL | FREIGHT | ADVANCES | PREPAID |
|---|---|---|---|---|---|---|---|---|
| PCS | BAS 127848 | C/L | 1 | 4506.00 | PC | 4506.00 | | |
| VEGETABLES, INCLUDING | FUEL-SC | | 1 | 20.80 | PW | 937.00 | | |
| CORN, OTHER THAN CANNED | | | | | | | | |
| WHOLE KERNEL CORN, VACUUM | | | | | | | | |
| LOADED LEFT SIDE | | | | | | | | |
| | | | TOTAL CHARGES | | | 5443.00 | | |

RATE CODE: PC = PER CAR       PW = PER CENT

ORIGINAL W/B REF   712-040599-188851-09/16/06

WINN DIXIE INC
PO BOX B
JACKSONVILLE FL   32203-0297

```
CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
P. O. BOX 44053
JACKSONVILLE FL 32231-4053                                          PAGE NO:01
                              ORIGINAL FREIGHT BILL
                                                         FINANCE CHARGE 12%/YEAR ON
                                                         BILLS PAID AFTER DUE DATE
```

| DIRECT QUESTIONS TO: | MAIL PAYMENTS TO: | DUE DATE | AMOUNT DUE |
|---|---|---|---|
| DON WALTERS | CSXT N/A 015652 | 10/10/06 | 5372.00 |
| 904-279-4926 | P.O. BOX 532652 | | |
| | ATLANTA    GA 30353-2652 | | |
| FAX NUMBER: (904) 279-5096 | | | |
| | FREIGHT BILL NO: 17946838    DATE: 09/25/06 | | |

| CAR | KIND | LENGTH | CAPACITY | HEIGHT | BILLING ROAD | WAYBILL NUMBER | DATE | BILL OF LADING NUMBER | DATE |
|---|---|---|---|---|---|---|---|---|---|
| NS 450743 | A402 | 50 06 | 5344 | 11 01 | 555 | 368524 | 09/18/06 | 585838 | 09/18/06 |

| ROUTE | SHIPPERS INVOICE | PRICE AUTHORITY | STCC | SHIPPING METHOD |
|---|---|---|---|---|
| NS   JACVL   CSXT | 585838 | NS   76701 | 2099520 | COLLECT |

| SHIPPER | | CONSIGNEE | |
|---|---|---|---|
| RED GOLD INCORPORATED | 6Z7B01 | WINN DIXIE INC | 5SY067 |
| PO BOX 83 | | 3300 N W  123RD STREET | |
| 1900 S D STREET | | 3300 NW 123RD ST | |
| ELWOOD            IN 46032 | | MIAMI            FL 33167 | |

| ORIGIN | DESTINATION |
|---|---|
| 011199 ELWOOD, IN | 026650 MIAMI, FL |

| DESCRIPTION OF ARTICLES | WEIGHT PCKGS | UNITS | RATE | QL | FREIGHT | ADVANCES | PREPAID |
|---|---|---|---|---|---|---|---|
| FOODSTUFFS, TOMATO PRODS | BAS 144000 C/L | 1 | 5200.00 | PC | 5200.00 | | |
| NSSQ-76701 6 | FUEL-SC | 1 | 3.30 | PW | 172.00 | | |
| FUEL SURCHARGE    03.30% | | TOTAL CHARGES | | | 5372.00 | | |

RATE CODE: PC = PER CAR       PW = PER CENT

```
WINN DIXIE INC
PO BOX B
JACKSONVILLE FL   32203-0297
```

PAGE NO : 001  CSX TRANSPORTATION

SUMMARY OF FINANCE CHARGES            INVOICE # 18032091            09/30/06

WINN DIXIE INC                                                CREDIT TERM: 015 DAYS

ORIGIN: JANESVILLE         WI      DEST: BALDWIN          FL

| FREIGHT BILL NUMB | DATE | CAR INIT | CAR NUMB | STCC | PRICE AUTHORITY | CHECK NUMBER | CHECK DATE | CHECK AMOUNT | DEPOSIT DATE | DAYS LATE | FINANCE CHARGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 17129835 | 07/25/06 | GVSR | 750067 | 2033220 | CSXT520 | 08252529 | 09/15/06 | 5,556.00 | 09/20/06 | 42 | 76.77 |
| 17379732 | 08/12/06 | GVSR | 750085 | 2033220 | CSXT520 | 08245772 | 08/29/06 | 5,556.00 | 09/01/06 | 5 | 9.14 |
| 17708355 | 09/06/06 | SP | 699235 | 2033220 | CSXT520 | 08256425 | 09/26/06 | 5,630.00 | 09/29/06 | 8 | 14.82 |

ORIGIN: LODI               CA      DEST: BALDWIN          FL

| FREIGHT BILL NUMB | DATE | CAR INIT | CAR NUMB | STCC | PRICE AUTHORITY | CHECK NUMBER | CHECK DATE | CHECK AMOUNT | DEPOSIT DATE | DAYS LATE | FINANCE CHARGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 17016478 | 07/15/06 | BNSF | 779407 | 2039111 | CSXT520 | 08247514 | 09/01/06 | 6,736.00 | 09/08/06 | 40 | 88.65 |
| 17697063 | 09/05/06 | BNSF | 779241 | 2039111 | CSXT520 | 08254190 | 09/20/06 | 6,736.00 | 09/23/06 | 3 | 6.65 |
| 17769112 | 09/11/06 | BNSF | 778873 | 2039111 | CSXT520 | 08256425 | 09/26/06 | 6,736.00 | 09/29/06 | 3 | 6.65 |

ORIGIN: POYNETTE           WI      DEST: MIAMI            FL

| FREIGHT BILL NUMB | DATE | CAR INIT | CAR NUMB | STCC | PRICE AUTHORITY | CHECK NUMBER | CHECK DATE | CHECK AMOUNT | DEPOSIT DATE | DAYS LATE | FINANCE CHARGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 17620458 | 08/30/06 | HS | 011165 | 2033220 | CSXT520 | 08251983 | 09/14/06 | 5,371.00 | 09/18/06 | 4 | 7.07 |
| 17669596 | 09/02/06 | SOO | 178788 | 2033220 | CSXT520 | 08256425 | 09/26/06 | 5,371.00 | 09/29/06 | 12 | 21.20 |
| 17737175 | 09/08/06 | SOO | 178802 | 2033220 | CSXT520 | 08256425 | 09/26/06 | 5,443.00 | 09/29/06 | 6 | 10.74 |

ORIGIN: POYNETTE           WI      DEST: ORLANDO          FL

| FREIGHT BILL NUMB | DATE | CAR INIT | CAR NUMB | STCC | PRICE AUTHORITY | CHECK NUMBER | CHECK DATE | CHECK AMOUNT | DEPOSIT DATE | DAYS LATE | FINANCE CHARGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 17412314 | 08/15/06 | HS | 011087 | 2033220 | CSXT520 | 08246063 | 08/30/06 | 5,022.00 | 09/05/06 | 6 | 9.91 |
| 17654063 | 09/01/06 | SOO | 178762 | 2033220 | CSXT520 | 08256425 | 09/26/06 | 5,022.00 | 09/29/06 | 13 | 21.48 |
| 17695104 | 09/05/06 | SOO | 178866 | 2033220 | CSXT520 | 08254190 | 09/20/06 | 5,022.00 | 09/23/06 | 3 | 4.96 |

WINN DIXIE INC                               PREVIOUSLY BILLED    10306.70
                                             PREVIOUSLY RECEIVED   1566.51

PO BOX B
JACKSONVILLE        FL    32203-0297


DIRECT QUESTIONS TO:          REMIT TO:              TOTAL ITEMS      DUE DATE        AMOUNT DUE
FINANCECHARGE@CSX.COM         CSX TRANSPORTATION
                              P.O. BOX 532652            12           10/15/06          278.04
                              ATLANTA    GA  30353-2652

**CSX TRANSPORTATION**
**CUSTOMER ACCOUNTING DEPT**
**P. O. BOX 44053**
**JACKSONVILLE FL 32231-4053**

PAGE NO:01

## ORIGINAL FREIGHT BILL

FINANCE CHARGE 12%/YEAR ON
BILLS PAID AFTER DUE DATE

| DIRECT QUESTIONS TO: | MAIL PAYMENTS TO: | DUE DATE | AMOUNT DUE |
|---|---|---|---|
| DON WALTERS | CSXT N/A 015652 | 11/02/06 | 5356.00 |
| 904-279-4926 | P.O. BOX 532652 | | |
| | ATLANTA    GA 30353-2652 | | |
| FAX NUMBER: (904) 279-5096 | | | |

FREIGHT BILL NO: 18256386   DATE: 10/18/06

| CAR | KIND | LENGTH | CAPACITY | HEIGHT | BILLING ROAD | WAYBILL NUMBER | DATE | BILL OF LADING NUMBER | DATE |
|---|---|---|---|---|---|---|---|---|---|
| MEC 031840 | A402 | 50 06 | 5272 | 10 11 | 555 | 370331 | 10/10/06 | 833039 | 10/10/06 |

| ROUTE | | | SHIPPERS INVOICE | PRICE AUTHORITY | STCC | SHIPPING METHOD |
|---|---|---|---|---|---|---|
| NS | JACVL | CSXT | 833039 | NS  76701 | 2099520 | COLLECT |

| SHIPPER | | CONSIGNEE | |
|---|---|---|---|
| RED GOLD INCORPORATED | 6Z7B03 | WINN DIXIE INC | 5SY067 |
| 120 E OAK ST | | 3300 N W  123RD STREET | |
| 120 E OAK ST | | 3300 NW 123RD ST | |
| ORESTES       IN 46063 | | MIAMI              FL 33167 | |

| ORIGIN | DESTINATION |
|---|---|
| 011193 ORESTES, IN | 026650 MIAMI, FL |

| DESCRIPTION OF ARTICLES | WEIGHT | PCKGS | UNITS | RATE | QL | FREIGHT | ADVANCES | PREPAID |
|---|---|---|---|---|---|---|---|---|
| FOODSTUFFS, TOMATO PRODS | BAS 144000 | C/L | 1 | 5200.00 | PC | 5200.00 | | |
| | FUEL-SC | | 1 | 3.00 | PW | 156.00 | | |
| | | | TOTAL CHARGES | | | 5356.00 | | |

RATE CODE: PC = PER CAR    PW = PER CENT

---

**WINN DIXIE INC**
**PO BOX B**
**JACKSONVILLE FL   32203-0297**

```
         SUMMARY OF FINANCE CHARGES        INVOICE # 18436341              11/01/06

WINN DIXIE INC                                                    CREDIT TERM:  015 DAYS

ORIGIN:  JANESVILLE              WI     DEST: BALDWIN             FL

FREIGHT BILL         CAR   CAR             PRICE     CHECK    CHECK      CHECK   DEPOSIT     DAYS   FINANCE
  NUMB    DATE       INIT  NUMB    STCC    AUTHORITY NUMBER   DATE      AMOUNT   DATE        LATE   CHARGE
17792713  09/13/06   SP    697275  2033220 CSXT520   08257244 09/28/06  5,630.00 10/02/06      4       7.41
17855229  09/18/06   SSW   023890  2033220 CSXT520   08259519 10/03/06  5,630.00 10/06/06      3       5.56
17867791  09/19/06   GVSR  700235  2033220 CSXT520   08259844 10/04/06  5,630.00 10/07/06      3       5.56
17945519  09/25/06   GVSR  766502  2033220 CSXT520   08262057 10/10/06  5,630.00 10/16/06      6      11.11
17945521  09/25/06   UP    453699  2033220 CSXT520   08262057 10/10/06  5,630.00 10/16/06      6      11.11
17945522  09/25/06   SSW   023651  2033220 CSXT520   08264150 10/16/06  5,630.00 10/19/06      9      16.67
18047505  10/02/06   UP    450709  2033220 CSXT520   08264791 10/17/06  5,630.00 10/21/06      4       7.41
18150292  10/10/06   SP    698702  2033220 CSXT520   08267723 10/25/06  5,612.00 10/30/06      5       9.23

ORIGIN:  LODI                    CA     DEST: BALDWIN             FL

FREIGHT BILL         CAR   CAR             PRICE     CHECK    CHECK      CHECK   DEPOSIT     DAYS   FINANCE
  NUMB    DATE       INIT  NUMB    STCC    AUTHORITY NUMBER   DATE      AMOUNT   DATE        LATE   CHARGE
17687978  09/04/06   BNSF  778980  2039111 CSXT520   08261503 10/09/06  6,736.00 10/12/06     23      50.97
17978040  09/27/06   BNSF  779032  2039111 CSXT520   08262879 10/12/06  6,826.00 10/17/06      5      11.23
17978067  09/27/06   BNSF  779281  2039111 CSXT520   08262879 10/12/06  6,826.00 10/17/06      5      11.23
18050338  10/02/06   BNSF  779152  2039111 CSXT520   08264791 10/17/06  6,826.00 10/21/06      4       8.98
18109550  10/06/06   ATSF  524413  2039111 CSXT520   08266932 10/23/06  6,826.00 10/26/06      5      11.23

ORIGIN:  POYNETTE                WI     DEST: BALDWIN             FL

FREIGHT BILL         CAR   CAR             PRICE     CHECK    CHECK      CHECK   DEPOSIT     DAYS   FINANCE
  NUMB    DATE       INIT  NUMB    STCC    AUTHORITY NUMBER   DATE      AMOUNT   DATE        LATE   CHARGE
18010155  09/29/06   CP    085386  2033220 CSXT520   08264150 10/16/06  4,904.00 10/19/06      5       8.07

ORIGIN:  POYNETTE                WI     DEST: MIAMI               FL

FREIGHT BILL         CAR   CAR             PRICE     CHECK    CHECK      CHECK   DEPOSIT     DAYS   FINANCE
  NUMB    DATE       INIT  NUMB    STCC    AUTHORITY NUMBER   DATE      AMOUNT   DATE        LATE   CHARGE
17867790  09/19/06   AGR   000141  2033220 CSXT520   08267408 10/24/06  5,443.00 10/28/06     24      42.98
17934262  09/24/06   CPAA  086049  2033220 CSXT520   08264150 10/16/06  5,443.00 10/19/06     10      17.91
18124883  10/08/06   AGR   000183  2033220 CSXT520   08267408 10/24/06  5,425.00 10/28/06      5       8.92
18150293  10/10/06   EEC   002855  2033220 CSXT520   08267723 10/25/06  5,425.00 10/30/06      5       8.92

ORIGIN:  POYNETTE                WI     DEST: ORLANDO             FL

FREIGHT BILL         CAR   CAR             PRICE     CHECK    CHECK      CHECK   DEPOSIT     DAYS   FINANCE
  NUMB    DATE       INIT  NUMB    STCC    AUTHORITY NUMBER   DATE      AMOUNT   DATE        LATE   CHARGE
17855238  09/18/06   EEC   000971  2033220 CSXT520   08261503 10/09/06  5,089.00 10/12/06      9      15.07
17945520  09/25/06   SOO   016842  2033220 CSXT520   08262057 10/10/06  5,089.00 10/16/06      6      10.05
17956724  09/26/06   CP    085498  2033220 CSXT520   08266932 10/23/06  5,089.00 10/26/06     15      25.11
18060510  10/03/06   EEC   001058  2033220 CSXT520   08266932 10/23/06  5,089.00 10/26/06      8      13.39
18150307  10/10/06   CP    085302  2033220 CSXT520   08267723 10/25/06  5,072.00 10/30/06      5       8.34

ORIGIN:  RIPON                   WI     DEST: BALDWIN             FL

FREIGHT BILL         CAR   CAR             PRICE     CHECK    CHECK      CHECK   DEPOSIT     DAYS   FINANCE
  NUMB    DATE       INIT  NUMB    STCC    AUTHORITY NUMBER   DATE      AMOUNT   DATE        LATE   CHARGE
17843400  09/17/06   WSOR  503120  2033220 CSXT520   08258960 10/02/06  5,159.00 10/05/06      3       5.09
17895317  09/21/06   WSOR  503200  2033220 CSXT520   08260782 10/06/06  5,159.00 10/11/06      5       8.49
17929121  09/23/06   WSOR  503023  2033220 CSXT520   08260782 10/06/06  5,159.00 10/11/06      3       5.09
17951500  09/25/06   WSOR  503088  2033220 CSXT520   08262057 10/10/06  5,159.00 10/16/06      6      10.18
17951501  09/25/06   WSOR  503064  2033220 CSXT520   08262057 10/10/06  5,159.00 10/16/06      6      10.18
17951538  09/25/06   WSOR  503002  2033220 CSXT520   08262057 10/10/06  5,159.00 10/16/06      6      10.18
```

```
         SUMMARY OF FINANCE CHARGES           INVOICE # 18436341              11/01/06

WINN DIXIE INC                                                     CREDIT TERM:  015 DAYS

FREIGHT BILL          CAR  CAR            PRICE        CHECK    CHECK      CHECK    DEPOSIT       DAYS   FINANCE
  NUMB     DATE       INIT NUMB    STCC   AUTHORITY    NUMBER   DATE       AMOUNT   DATE          LATE   CHARGE

ORIGIN:  RIPON                   WI       DEST: MIAMI                 FL

FREIGHT BILL          CAR  CAR            PRICE        CHECK    CHECK      CHECK    DEPOSIT       DAYS   FINANCE
  NUMB     DATE       INIT NUMB    STCC   AUTHORITY    NUMBER   DATE       AMOUNT   DATE          LATE   CHARGE
17895274  09/21/06    WSOR 503093  2033220 CSXT520     08260782 10/06/06   5,653.00 10/11/06       5      9.30
17895323  09/21/06    WSOR 503083  2033220 CSXT520     08260782 10/06/06   5,653.00 10/11/06       5      9.30


ORIGIN:  RIPON                   WI       DEST: ORLANDO               FL

FREIGHT BILL          CAR  CAR            PRICE        CHECK    CHECK      CHECK    DEPOSIT       DAYS   FINANCE
  NUMB     DATE       INIT NUMB    STCC   AUTHORITY    NUMBER   DATE       AMOUNT   DATE          LATE   CHARGE
17823901  09/15/06    WSOR 503127  2033220 CSXT520     08258244 09/29/06   5,406.00 10/04/06       4      7.11
17823911  09/15/06    WSOR 503155  2033220 CSXT520     08260244 10/05/06   5,406.00 10/10/06      10     17.79


WINN DIXIE INC                                         PREVIOUSLY BILLED       10165.57
                                                       PREVIOUSLY RECEIVED      1566.51

PO BOX B
JACKSONVILLE        FL    32203-0297


DIRECT QUESTIONS TO:              REMIT TO:                   TOTAL ITEMS       DUE DATE        AMOUNT DUE
FINANCECHARGE@CSX.COM             CSX TRANSPORTATION
                                  P.O. BOX 532652                  33           11/16/06          419.17
                                  ATLANTA     GA   30353-2652
```