# **EXHIBIT B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

|   |   |   |
|---|---|---|
| In re: | ) | |
| | ) | |
| WINN-DIXIE STORES, et. al, | ) | Case No. 05-03817 |
| | ) | Chapter 11 |
| Debtors[1] | ) | Jointly Administered |
| | ) | |

**ORDER GRANTING CSX TRANSPORTATION, INC.'S SECOND
REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE**

Upon the request dated January 3, 2007 (the "Request") of CSX Transportation, Inc. ("CSX") pursuant to section 503(b) of title 11 of the United States Code (the "Bankruptcy Code"), for an order allowing CSX's postpetition claim for unpaid freight, finance and demurrage bills for rail transportation services provided to the Debtors during the period between February 21, 2005 and November 21, 2006 as an administrative expense as more fully set forth in the Request; and the Court having jurisdiction to consider the Request and the relief sought therein in accordance with 28 U.S.C. § 1334; and due notice of the Request having been provided, and it appearing that no other or further notice need be provided; and the Court having found that cause exists to allow CSX's claim as an administrative expense; and upon the Request and all the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the Request is granted in all respects; and it is further

---

[1] The debtors are Winn-Dixie Stores, Inc., Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakeries, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc. and Winn-Dixie Supermarkets, Inc.

ORDERED that any capitalized terms not defined herein shall have the meanings assigned to them in the Request; and it is further

ORDERED that in accordance with 11 U.S.C. § 503(b), CSX is hereby granted an administrative expense claim in the amount of $21,373.64, that such administrative expense is entitled to priority set forth in 11 U.S.C. § 507(a)(1), and that Debtors shall pay such administrative expense claim in accordance with the terms of the Debtors' Plan; and it is further

ORDERED that the Court shall retain jurisdiction over the implementation and enforcement of this Order.

_____
UNITED STATES BANKRUPTCY JUDGE

Dated:

\4367860.2