# Personal Injury Trial Group, LLC

A Private Law Firm             "The Attorneys That Care" ™

## FAX TRANSMITTAL SHEET

Romark Building – Suite 208
3521 W Broward Boulevard
Ft. Lauderdale, FL 33312-1020
Telephone: (954) 523-4357

**TO:**      Dennis LeVine, Esquire

**FAX #:**      (813) 253-0975

**FROM:**
- [ ] Matthew D. Bavaro, Esq.
- [ ] Marshall G. Geisser, Esq.
- [√] Suzanne Herrera, Litigation Paralegal
- [ ] Linda Majuste, Legal Secretary
- [ ] Evan Turk, Law Clerk
- [ ] Sylvia L. Gillion, Pre-Litigation Paralegal

**DATE:**      12/28/06

**RE:**      Marie Guerland Darcelin v. Winn Dixie

This fax contains ___2___ page(s), including this cover sheet.

---

**NOTES:**      In response to your 12/18/06 memorandum –

**Claimant:**      Marie Guerlande Darcelin

**Narrative:**      Claimant was walking in the Winn-Dixie store located at 1620 south Federal Highway, Boynton Beach, Florida 33436. There was water on the floor which caused her to slip and fall on her back. Store manager advised claimant that the water had accumulated on the floor due to the air conditioner. Claimant suffered injuries to her back and right hip joint.

**Damages:**      Demand was made for $50,000.00.

**Legal Counsel:**      Matthew D. Bavaro, Esquire, Personal Injury Trial Group, LLC, 3521 W Broward Boulevard, Suite 208, Fort Lauderdale, Florida 33312-1020. (954) 523-4357

EXHIBIT ___A___