**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DICSTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

WINN DIXIE STORES, INC., ET AL.,      CASE No. 05-03817-371

Debtors.      Ch 11-Jointly Administered

## APPLICATION OF CYNTHIA RHODEN FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE PRIOROITY CLAIM

Claimant Cynthia Rhoden (the "Claimant"), by and through her undersigned counsel, files this application for allowance and payment of an administrative expense priority claim and in support thereof states the following:

1. The court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to U.S.C. §157(b)(2).

2. On February 21, 2005, the Debtor commenced this bankruptcy case by filing a petition for relief under Ch 11 of the United States bankruptcy Code. The Debtors subsequently operated as a debtor-in-possession.

3. On or about July 19, 2006 Claimant was injured while shopping at Winn Dixie Store No. 509, Chelsea, Alabama. The claimant sustained injuries on account of the negligence of the Debtors in the operation of their business. Claimant was injured when Debtors employees failed to keep and maintain a clean

4. The claim of a creditor who sustains injuries as a result of the negligence of a debtor-in –possession or trustee can be afforded administrative expense priority status under Section 503(b)(1) of the United States Bankruptcy Code. See 11 USC§ 503(b)(1); Reading v Brown, 391 U.S. 471(1968)(awarding administrative expense priority status under predecessor to 11 U.S.C. ? 503(b) to claim for damage arising from

negligence of debtors receiver); Ala Surface Mining Comm'n v N. P. Mining co., Inc. 963 F2d 1449 (11th Cir. 1992)( following Reading in awarding administrative expense priority status under 11 U.S.C. ? 503(b) to claim for post-petition environmental contamination caused by Chg 11 debtor-in-possession's business operations); Piper Aircraft Corp. v Calabro, 169 B.R. 766(Bankr. S.D. Fla. 1994).

5.  The Claimant seeks to have allowed and paid administrative expense priority claim in the amount of $100,000.

REQUESTS FOR FUTURE NOTIFICATION

Claimant respectfully requests all future notices and information be sent to;

BRIAN ALLISON.
The Allison Law Firm, LLC
2105 3rd Ave North, 3rd Floor
Birmingham, AL  35203
Phone: 205.254.8580
Fax: 205.254.8584
Email: rballisonlaw@bellsouth.net


WHEREFORE, Cynthia Rhoden respectfully requests that the Court allow and award her an administrative expense priority claim in the amount of $100,000 and grant such other and further as might be deemed just, proper and equitable.

/s/ Brian Allison
BRIAN ALLISON (ALL047)
The Allison Law Firm, LLC
2105 3rd Ave North
3rd Floor
Birmingham, AL  35203
Phone: 205.254.8580
Fax: 205.254.8584


**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing Application upon:

| | |
|---|---|
| Matthew Barr | James Post |
| Milbank Tweed Hadley & McCoy LLP | Smith Hulsey & Busey |
| 1 Chase Manhattan Plaza | 225 water Street, Suite 1800 |
| New York, NY 10005 | Jacksonville, FL 32202 |

Via regular US mail on this 3rd day of January, 2007.

/s/Brian Allison
BRIAN ALLISON
The Allison Law Firm, LLC
2105 3rd Ave North
3rd Floor
Birmingham, AL  35203
Phone: 205.254.8580
Fax: 205.254.8584