Robert C. Stern
Licensed in LA in TX
rstern@killeen-law.com

# Killeen & Associates, PC

www.killeen-law.com

400 Poydras Street, Suite 1710
New Orleans, LA 70130
Telephone: 504.525.8111
Facsimile: 504.680-6080

December 29, 2006

**VIA FEDERAL EXPRESS**

Clerk of Court
U.S. Courthouse
300 N. Hogan Street
Suite 3-350
Jacksonville, FL 32202

ATTN: Winn-Dixie Stores Bankruptcy Proceeding

Re:   *In Re: Winn-Dixie Stores, Inc., et al., Reorganized Debtor*
      Case No. 05-03817-3F1, Chapter 11, Jointly Administered
      Application for Payment of Claim in Accordance With
      Notice of Entry of Order Confirming Plan of Reorganization,
      Date for Filing Claims Before Effective Date and
      Other Administrative Claims

Dear Sir or Madam:

### REQUEST FOR PAYMENT OF CLAIM "ARISING" BETWEEN FEBRUARY 1, 2005 AND NOVEMBER 21, 2006

Pursuant to Notice received December 6, 2006, the undersigned, on behalf of Allen Scott, requests payment of a contested claim resulting from litigation filed against Winn-Dixie Louisiana, Inc., and Winn-Dixie Montgomery, Inc., which was instituted on October 25, 2005, pursuant to the annexed Petition. The underlying facts giving rise to filing the claim occurred on September 29, 2005.

The annexed Proof of Claim was submitted on March 29, 2006, requesting a maximum of $50,000.00, plus attorney's fees, for this unliquidated claim.[1]

This request for payment is made in accordance with Section 12.1 of the Plan of Reorganization, and paragraph 3 of the Notice of, *inter alia*, Bar Date for Filing Claims, to the extent that the debt is deemed to have arisen at the time the litigation was filed, which is within the relevant period established by paragraph 3 of the Notice of Bar Date for Filing Claims.

---

[1] The underlying litigation, which was removed to the United States District Court for the Eastern District of Louisiana, has been administratively closed as a result of these bankruptcy proceedings. A copy of the Order signed by Judge Stanwood R. Duvall, Jr., dated August 14, 2006, is attached.

Clerk of Court
December 29, 2006
Page 2

     The request for payment is made in the maximum amount of $50,000.00, plus reasonable attorney's fees, to be computed in accordance with the Lodestar formula, and costs. However, it must be noted in candor that due to the administrative closing of this matter by the United States District Court for the Eastern District of Louisiana, it is impossible to determine the full extent of Winn-Dixie Louisiana, Inc., and/or Winn-Dixie Montgomery, Inc.

     Pursuant to Section 3 of the Notice of Bar Date for filing claims on Matthew Barr, Milbank, Bank, Tweed, Hadley & McCloy, LLP, at 1 Chase Manhattan Plaza, New York City, NY 10005, and on James Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202, both by Federal Express.

                                                         Claim respectfully submitted,

                                                         **KILLEEN & ASSOCIATES, PC**

                                                         Robert C. Stern

                                                         *Counsel for Allen Scott*

RCS/mss
Enclosures

  cc:    Mr. Matthew Barr (via Federal Express)
           Mr. James H. Post (via Federal Express)

Form B10 (Official Form 10) (04/04)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION**
Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered

Chapter 11
**PROOF OF CLAIM**

DEADLINE FOR FILING PROOFS OF CLAIM IS: APRIL 7, 2006 AT 5:00 P.M. EASTERN TIME

Name of Debtor Against Which You Assert Your Claim:
Debtor Name: __Winn Dixie Montgomery, Inc.__   Case No. __05-3837-3F1__
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):

Creditor ID: WDX-417338-BH-B3
ALLEN SCOTT
ROBERT STERN, ESQ.
ROBERT C. STERN
400 POYDRAS
~~TEXACI CEBTER~~ STE 1710  Texaco Center
NEW ORLEANS LA 70130

(504) 525-8111
Telephone No. of Creditor
(504) 680-6080
Fax No. of Creditor

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

**F I L E D**
JACKSONVILLE, FLORIDA
JAN 0 3 2007
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if): ☐ replaces address above ☐ additional address

Name: _____
Company/Firm: _____
Address: _____

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.
☒ Check box if you have never received any notices in this case.

This Space Is For Court Use Only

Account or Other Number by Which Creditor Identifies Debtor:

Check here if this claim ☐ replaces  ☐ amends   a previously filed claim, dated: _____

**1. Basis for Claim**
☐ Goods sold to debtor(s)
☐ Services performed for debtor(s)
☐ Goods purchased from debtor(s)
☐ Money loaned
☐ Personal injury/property damage
☐ Other _____

☐ Taxes
☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SSN: _____
Unpaid compensation for services performed from _____ to _____
(date)       (date)

**2. Date debt was incurred:** September 29, 2004

**3. If claim is based on a Court Judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $50,000.00 max. plus attorney's fees and unliquidated claim
   X (unsecured)   $____ (secured)   $____ (priority)   $____ (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral: $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim** $_____
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a) (3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a) (4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a) (6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507 (a) (7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a) (8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a) ( ).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

This Space Is For Court Use Only

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice: |
|---|---|
| 3/29/06 | Print: ROBERT C. STERN   Title: Attorney (La. Bar #12454)<br>Signature: /s/ Robt C. Stern |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

```
                                        FILED
                                  U.S. DISTRICT COURT
                                  EASTERN DISTRICT OF LA

                                  2006 AUG 15 PM 2:49

                                  LORETTA G. WHYTE
                                        CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ALLEN SCOTT                                CIVIL ACTION

VERSUS                                     NO: 05-6421

R. GUBORT, ET AL                           SECTION: "K"(4)

### ORDER

The Court has been advised that this action cannot proceed to trial and disposition because of the following reasons:

Defendants, Winn-Dixie Louisiana, Inc. & Winn-Dixie Montgomery, Inc. have Bankruptcy proceedings in the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division, Case No. 05-11063.

IT IS ORDERED that the Clerk of Court mark this action closed for statistical purposes, and

IT IS FURTHER ORDERED that the Court shall retain jurisdiction and that the case shall be restored to the trial docket upon motion of a party if circumstances change, so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

New Orleans, Louisiana, this 14th day of August, 2006.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

___ Fee _____
___ Process _____
 X  Dktd _____
___ CtRmDep _____
___ Doc. No _____