UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| Winn-Dixie Stores, Inc., et al. | Chapter 11 |
| Reorganized Debtors | Jointly Administered |

## APPLICATION FOR PAYMENT OF
## ADMINISTRATIVE CLAIMS/PROFESSIONAL FEE CLAIMS

COMES NOW, the law firm of Samson & Powers, PLLC, and files this Application for

Payment of Administrative Claims/Professional Fee Claims, and for its grounds states as follows:

1.

The law firm of Samson & Powers, PLLC has provided legal services to the reorganized

debtors in the following actions and seeks payment of legal fees and/or expenses incurred

between February 21, 2005 and November 21, 2006:

| | |
|---|---|
| Broome, Clovis v. Winn-Dixie Louisiana, Inc., et al. | $ 77.78 |
| Stakelum, Laurie v. Winn-Dixie Louisiana, Inc. | $275.00 |
| Sims, John v. Winn-Dixie Louisiana, Inc. | $ 27.28 |
| Chahboudagiantz, Lena v. Winn-Dixie Louisiana, Inc. | $ 25.00 |
| Walczak, Earlina v. Winn-Dixie Stores, Inc. | To Be Determined |

WHEREFORE, the law firm of Samson & Powers, PLLC respectfully requests that this

Court authorize the payment of the above administrative claims/professional fee claims.

RESPECTFULLY SUBMITTED, this the _____ day of December, 2006.

SAMSON & POWERS, PLLC

BY: _____

ROLAND F. SAMSON, III
MS BAR NO. 8764

SAMSON & POWERS, PLLC
Attorneys at Law
Post Office Box 1417
Gulfport, MS 39502
Tel: (228) 822-1109
Fax: (228) 822-2317

## CERTIFICATE OF SERVICE

I, ROLAND F. SAMSON, III, do hereby certify that I have this day mailed, by United States Mail, postage prepaid, a true and correct copy of the above and foregoing Application to the following:

James Post, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202
jpost@smithhulsey.com
　　Counsel for the Reorganized Debtors

Matthew Barr, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhatten Plaza
New York, NY 10005
mbarr@milbank.com
　　Counsel for the Post-Effective Date Committee

THIS, the 20th day of December, 2006.

_____
ROLAND F. SAMSON, III
MS BAR NO. 8764


SAMSON & POWERS, PLLC
2408 - 14th Street
Post Office Box 1417
Gulfport, Mississippi 39502-1417
Telephone: 228/822-1109
Facsimile: 228/822-2317