**Request for payment of an Administrative claim**

United States Bankruptcy Court Middle District of Florida Jacksonville Division

Case Number: **05-03817-3F1**

Name of Debtor: Winn-Dixie Stores, Inc et al.,

Name of Creditor:
**Canadian National Railway Company**
Attn. Martin Cyr
935 de la Gauchetiere Street West
Floor 4
Montreal, Quebec H3B 2M9

Basis for Claim: Services preformed between February 21, 2005 and November 21, 2006-12-29

Total Administrative Claim: **$10,375.34 USD** (see list attached)

Martin Cyr
December 29, 2006

## Winn-Dixie Stores Inc # 905520 Administrative Claim

| Patron Number | Invoice Number | Invoice Date | Due Date | Billed Amount | Paid-To-Date Amount | Outstanding Amount | Bill Of Lading Number | Waybill Number | Waybill Date | Equipment Number | Origin Station Name | Destination Station Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 905520A | 288863394 | 09/22/2006 | 10/07/2006 | 3862.17 | 0 | $ 3,862 | 1062204 | 1063701 | 158610 | 09/17/2006 | 694496 | JANESVILLE | HAMMOND |
| 905520A | 288891764 | 09/22/2006 | 10/07/2006 | 3862.17 | 0 | $ 3,862 | 1065669 | 161186 | 09/18/2006 | 747100 | JANESVILLE | HAMMOND |
| 905520X | 750894202 | 09/26/2005 | 10/11/2005 | 300 | 0 | $ 300 | | | 08/31/2005 | | HAMMOND | |
| 905520X | 750919642 | 11/03/2005 | 11/18/2005 | 1125 | 0 | $ 1,125 | | | 09/30/2005 | | HAMMOND | |
| 905520X | 750951882 | 12/27/2005 | 01/11/2006 | 150 | 0 | $ 150 | | | 11/30/2005 | | HAMMOND | |
| 905520X | 751086343 | 07/25/2006 | 08/09/2006 | 225 | 0 | $ 225 | | | 06/30/2006 | | HAMMOND | |
| 905520X | 751104820 | 08/21/2006 | 09/05/2006 | 150 | 0 | $ 150 | | | 07/31/2006 | | HAMMOND | |
| 905520X | 751136377 | 10/10/2006 | 10/25/2006 | 64 | 0 | $ 64 | | 948107 | 09/30/2006 | 700022 | HAMMOND | |
| 905520A | 751138146 | 10/10/2006 | 10/25/2006 | 120 | 80 | $ 40 | | 642379 | 09/30/2006 | 700022 | JANESVILLE | HAMMOND |
| 905520X | 751155700 | 11/06/2006 | 11/21/2006 | 72 | 0 | $ 72 | | | 10/31/2006 | 700354 | HAMMOND | HAMMOND |
| 905520X | 751167012 | 11/24/2006 | 12/09/2006 | 525 | 0 | $ 525 | | | 10/31/2006 | | HAMMOND | |
| | | | | | | **$10,375.34** | | | | | | |

CN
Revenue Management - Gestion des recettes
ISO 9001: 2000

**ORIGINAL**
PAGE: 1

# Invoice
# Facture

| | | |
|---|---|---|
| | PATRON No. • No CLIENT: | 905520 A |
| WINN-DIXIE STORES INC<br>INBOUND LOGISTICS<br>7595 CENTURION PARKWAY<br>JACKSONVILLE FL 32256 | INVOICE / FACTURE<br>MM/DD/YYYY    NO. • No<br>09/22/2006   028886394 | BILL OF LADING NUMBER<br>NUMÉRO DE CONNAISSEMENT<br>1062204 1063701 |

Please refer to this number when making remittance
Veuillez rappeler ce numéro lors de votre paiement

ROUTE • ITINÉRAIRE  UP  CHGO  CN                                    R-11

| EQUIPMENT NUMBER | WAYBILL | •FEUILLE DE ROUTE | DESTINATION HAMMOND, LA | ORIGIN •ORIGINE JANESVILLE, WI |
|---|---|---|---|---|
| N° DU MATÉRIEL | MM/DD/YYYY | No. N° | | |
| SP  694496 | 09/17/2006 | 158610 | Destination R-11 | Origin •Origine R-11 |

CUSTOMER REFERENCE No.  PURCHASE ORDER No.
N° RÉFÉRENCE CLIENT     N° BON DE COMMANDE
                        522365                Final Dest.          Prior Origin
                                              Dest. finale         Origine préc.

CONSIGNEE • DESTINATAIRE                      SHIPPER •EXPÉDITEUR
**WINN-DIXIE STORES INC**                     **SENECA FOODS CORP**

| WEIGHT •POIDS | | | | LENGTH• LONGUEUR | CAPACITY •CAPACITÉ | KIND •TYPE | | PKG • EMB. | |
|---|---|---|---|---|---|---|---|---|---|
| GROSS BRUT | TARE | ALLOWANCE TOLÉRANCE | NET | ORDERED  FURNISHED DEMANDÉE LIVRÉE | ORDERED FURNISHED DEMANDÉE LIVRÉE | ORDERED FURNISHED DEMANDÉE LIVRÉE | PAY STATUS MODE DE PAIEMENT | QTY QTÉ | TYPE |
| 00214520 | 080300 | 0 | 134220 | 50   6 | | 00139700 | R410      COLLECT | 4995 | CAS |

STCC   2033220    VEGETABLES, INCLUDING CORN, OTHER THAN CANNED WHOLE KERNEL CORN, VACUUMPACKED,
PIMENTOS OR TOMATOES, CANNED, PREPARED OR PRESERVED

| DESCRIPTION OF ARTICLE DESCRIPTION D'ARTICLE | KG | WEIGHT POIDS | RATE PRIX | FREIGHT FRAIS TRANSPORT | ADVANCE FRAIS HORS RÉPARTITION | PREPAID PORT PAYÉ |
|---|---|---|---|---|---|---|
| | | 134,220 | | | | |
| AS PER CAR | | | 1 | 3301.00 | 3301.00 | |
| FUEL SURCHARGE   PERCENTAGE OF CHARGES | | | 1 | 17.00 | 561.17 | |
| | | | | | ---------- | ------------ |
| | | | | | 3862.17 | |

AUTHORITY:UP 91387
SHIPPER'S IDENTIFYING NO FOR SHIPMENT (SID) - 10622041063701


LIST OF SEAL NUMBERS:
          12903            12909

CUBIC FEET :04782


| | | | |
|---|---|---|---|
| HST/GST No. N°TVH/TPS 10076 8779 RT0001<br>QST No.     N°TVQ    1000043156 TQ 0514<br>AUTO | STATEMENT No.<br>N° ÉTAT DE COMPTE   443370382 | PAY THIS AMOUNT IN USD FUNDS<br>MONTANT À PAYER EN DEVISES USD<br>$3,862.17 | |
| For information • Pour renseignements<br>277 FRONT STREET WEST, FLR 6<br>TORONTO, ON<br>M5V 2X7<br>VAN MIERLO,ANTONELLA<br>(416)-217-6419<br>E-MAIL: ANTONELLA.VANMIERLO@CN.CA | MAKE CHECK PAYABLE TO:<br>LIBELLER LE CHÈQUE À L'ORDRE DE:<br>CN<br>P.O. BOX 71206<br>CHICAGO, IL<br>60694-1206<br>WWW.CN.CA | DATE DUE:<br>DATE D'ÉCHÉANCE: 10/06/2006<br>PLEASE QUOTE INVOICE NUMBER /<br>VEUILLEZ RAPPELER LE N° DE FACTURE: 028886394<br>Annual Interest Charge:   % 12<br>Taux pour frais d'intérêts :   %12 | |

# CN
**Revenue Management - Gestion des recettes**
ISO 9001: 2000

**ORIGINAL**
PAGE: 1

## Invoice
## Facture

PATRON No. • Nº CLIENT: **905520 A**

WINN-DIXIE STORES INC
INBOUND LOGISTICS
7595 CENTURION PARKWAY
JACKSONVILLE  FL    32256

| INVOICE / FACTURE MM/DD/YYYY | NO. • Nº | BILL OF LADING NUMBER NUMÉRO DE CONNAISSEMENT |
|---|---|---|
| 09/22/2006 | 028891764 | 1065669 |

**Please refer to this number when making remittance**
**Veuillez rappeler ce numéro lors de votre paiement**

ROUTE • ITINÉRAIRE  **UP  CHGO  CN**              R-11

| EQUIPMENT NUMBER Nº DU MATÉRIEL | WAYBILL MM/DD/YYYY | FEUILLE DE ROUTE No. Nº | DESTINATION **HAMMOND, LA** | ORIGIN • ORIGINE **JANESVILLE, WI** |
|---|---|---|---|---|
| GVSR 747100 | 09/18/2006 | 161186 | Destination R-11 | Origin • Origine R-11 |

CUSTOMER REFERENCE No.  PURCHASE ORDER No.
Nº RÉFÉRENCE CLIENT       Nº BON DE COMMANDE
                          522370                Final Dest. / Dest. finale         Prior Origin / Origine préc.

CONSIGNEE • DESTINATAIRE                                    SHIPPER • EXPÉDITEUR
**WINN-DIXIE STORES INC**                                   **SENECA FOODS CORP**

| WEIGHT • POIDS | | | | LENGTH • LONGUEUR | | CAPACITY • CAPACITÉ | | KIND • TYPE | | PAY STATUS | PKG • EMB. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GROSS BRUT | TARE | ALLOWANCE TOLÉRANCE | NET | ORDERED DEMANDÉE | FURNISHED LIVRÉE | ORDERED DEMANDÉE | FURNISHED LIVRÉE | ORDERED DEMANDÉE | FURNISHED LIVRÉE | MODE DE PAIEMENT | QTY QTÉ | TYPE |
| 00208685 | 076900 | 0 | 131785 | 50 | 6 | | | 00143100 | | R410    COLLECT | 4760 | CAS |

STCC   2033220     VEGETABLES, INCLUDING CORN, OTHER THAN CANNED WHOLE KERNEL CORN, VACUUMPACKED,

PIMENTOS OR TOMATOES, CANNED, PREPARED OR PRESERVED

| DESCRIPTION OF ARTICLE DESCRIPTION D'ARTICLE | KG | WEIGHT POIDS | RATE PRIX | FREIGHT FRAIS TRANSPORT | ADVANCE FRAIS HORS RÉPARTITION | PREPAID PORT PAYÉ |
|---|---|---|---|---|---|---|
| | | 131,785 | | | | |
| AS PER CAR | | 1 | 3301.00 | 3301.00 | | |
| FUEL SURCHARGE   PERCENTAGE OF CHARGES | | 1 | 17.00 | 561.17 | | |
| | | | | 3862.17 | | |

AUTHORITY: UP 91387
SHIPPER'S IDENTIFYING NO FOR SHIPMENT (SID) - 1065669

LIST OF SEAL NUMBERS:
           12946              12947

CUBIC FEET :04836

---

HST/GST No. NºTVH/TPS  10076 8779 RT0001
QST No.     NºTVQ      1000043156 TQ 0514
**AUTO**

For information ● Pour renseignements
277 FRONT STREET WEST, FLR 6
TORONTO, ON
M5V 2X7
VAN MIERLO, ANTONELLA
(416)-217-6419
E-MAIL: ANTONELLA.VANMIERLO@CN.CA

STATEMENT No.
Nº ÉTAT DE COMPTE   **443370382**

MAKE CHECK PAYABLE TO:
LIBELLER LE CHÈQUE À L'ORDRE DE:
**CN**
P.O. BOX 71206
CHICAGO, IL
60694-1206
WWW.CN.CA

PAY THIS AMOUNT IN **USD** FUNDS
MONTANT À PAYER EN DEVISES **USD**
                              **$3,862.17**

DATE DUE:
DATE D'ÉCHÉANCE: 10/06/2006

PLEASE QUOTE INVOICE NUMBER /
VEUILLEZ RAPPELER LE Nº DE FACTURE: **028891764**

Annual Interest Charge:    % 12
Taux pour frais d'intérêts :    %12

CN

PAGE: 1

# Invoice
## Optional Services
DEMURRAGE

# Facture
## Services Optionnels
REDEVANCES DE STATIONNEMENT

PATRON No / Nº CLIENT  905520 X

| INVOICE / FACTURE | | CUSTOMER REFERENCE NUMBER NUMÉRO DE RÉFÉRENCE DU CLIENT |
|---|---|---|
| MM/DD/YYYY | NO. / Nº | |
| 09/26/2005 | 750894202 | |

WINN-DIXIE STORES INC
ATTN: DARYL BORDELON
3925 HWY 190 WEST
HAMMOND   LA   70401

| OS START DATE DATE DE DEBUT DU SERVICE | EQUIPMENT NUMBER Nº DU MATÉRIEL | FROM/AT DE / À | HAMMOND, LA | TO JUSQU'À | | |
|---|---|---|---|---|---|---|
| 08/01/2005 | | FROM ZTS DU ZTS | | TO ZTS AU ZTS | | |
| OS COMPLETE DATE DATE DE FIN DU SERVICE | REF. WAYBILL / FR DE REF. MM/DD/YYYY   NO. N | SHIPPER / EXPÉDITEUR | | CONSIGNEE / DESTINATAIRE | | |
| 08/31/2005 | | WINN-DIXIE STORES INC | | | | |
| GROUNDED DATE DATE DE MISE AU SOL | WEIGHT / POIDS | LENGTH / LONGUEUR | CAPACITY / CAPACITÉ | KIND / TYPE | IC-SCAC   JCT-R260 | FROM/DU SCAC  TO/AU SCAC CN |

STCC

| DESCRIPTION | QUANTITY QUANTITÉ | RATE PRIX | CHARGES FRAIS |
|---|---|---|---|
| DEMURRAGE | | | |
| SERVICE RENDERED 1 OF 1 | | | |
| PER DAY | 4.0000 | 75.00 | 300.00 |
| | | | ------------ |
| | | | 300.00 |

RATE LINE 1: TARIFF:CN 009000 ITEM US

ADDITIONAL INFORMATION

UNLOADING   - ALL

HST/GST No. / No TVH/TPS 10076 8779 RT0001
QST No. / No TVQ 1000043156 TQ 0514
OS No. / No serv. fact.  975590
AUTO
For Information  Pour renseignements

CN REPRESENTATIVE
(800) 543-9210
CHGSVSJAX@CN.CA

STATEMENT No.
No ÉTAT DE COMPTE    480397807

MAKE CHECK PAYABLE TO:
LIBELLER LE CHÈQUE À L'ORDRE DE:

CN

P.O. BOX 530164
ATLANTA, GA
30353-0164
WWW.CN.CA

PAY THIS AMOUNT IN **USD** FUNDS IF NOT ALREADY PAID
MONTANT À PAYER EN DEVISES **USD** SI NON DÉJÀ PAYÉ
$300.00

PLEASE QUOTE INVOICE NUMBER /
VEUILLEZ RAPPELER LE No DE        750894202
FACTURE:

CN

PAGE: 1

# Invoice
## Optional Services
DEMURRAGE

# Facture
## Services Optionnels
REDEVANCES DE STATIONNEMENT

PATRON No / No CLIENT   905520 X

| INVOICE / FACTURE | | CUSTOMER REFERENCE NUMBER NUMÉRO DE RÉFÉRENCE DU CLIENT |
|---|---|---|
| MM/DD/YYYY | NO. / No | |
| 11/03/2005 | 750919642 | |

WINN-DIXIE STORES INC
ATTN: DARYL BORDELON
3925 HWY 190 WEST
HAMMOND  LA   70401

| OS START DATE DATE DE DEBUT DU SERVICE | EQUIPMENT NUMBER No DU MATÉRIEL | FROM/AT DE / À | HAMMOND, LA | TO JUSQU'À |
|---|---|---|---|---|
| 09/01/2005 | | FROM ZTS DU ZTS | | TO ZTS AU ZTS |
| OS COMPLETE DATE DATE DE FIN DU SERVICE | REF. WAYBILL / FR DE REF. MM/DD/YYYY  NO. N | SHIPPER / EXPÉDITEUR | | CONSIGNEE / DESTINATAIRE |
| 09/30/2005 | | WINN-DIXIE STORES INC | | |

| GROUNDED DATE DATE DE MISE AU SOL | WEIGHT / POIDS | LENGTH / LONGUEUR | CAPACITY / CAPACITÉ | KIND / TYPE | IC-SCAC | JCT-R260 | FROM/DU SCAC  TO/AU SCAC |
|---|---|---|---|---|---|---|---|
| | | | | | | | CN |

STCC

| DESCRIPTION | QUANTITY QUANTITÉ | RATE PRIX | CHARGES FRAIS |
|---|---|---|---|
| DEMURRAGE | | | |
| SERVICE RENDERED 1 OF 1 | | | |
| PER DAY | 15.0000 | 75.00 | 1,125.00 |
| | | | ------------ |
| | | | 1,125.00 |

RATE LINE 1: TARIFF:CN 009000 ITEM US

ADDITIONAL INFORMATION

UNLOADING  - ALL

HST/GST No. / No TVH/TPS 10076 8779 RT0001
QST No. / No TVQ 1000043156 TQ 0514
OS No. / No serv. fact.     100139
AUTO
For Information  Pour renseignements

CN REPRESENTATIVE
(800) 543-9210
CHGSVSJAX@CN.CA

STATEMENT No.
No ÉTAT DE COMPTE     480409214

MAKE CHECK PAYABLE TO:
LIBELLER LE CHÈQUE À L'ORDRE DE:

CN

P.O. BOX 530164
ATLANTA, GA
30353-0164
WWW.CN.CA

PAY THIS AMOUNT IN **USD** FUNDS IF NOT ALREADY PAID
MONTANT À PAYER EN DEVISES **USD** SI NON DÉJÀ PAYÉ
$1,125.00

PLEASE QUOTE INVOICE NUMBER /
VEUILLEZ RAPPELER LE No DE
FACTURE:     750919642

# CN

PAGE: 1

## Invoice
## Optional Services
DEMURRAGE

## Facture
## Services Optionnels
REDEVANCES DE STATIONNEMENT

PATRON No / N° CLIENT  905520 X

| INVOICE / FACTURE MM/DD/YYYY | NO. / N° | CUSTOMER REFERENCE NUMBER / NUMÉRO DE RÉFÉRENCE DU CLIENT |
|---|---|---|
| 12/27/2005 | 750951882 | |

WINN-DIXIE STORES INC
ATTN: DARYL BORDELON
3925 HWY 190 WEST
HAMMOND   LA   70401

| OS START DATE / DATE DE DEBUT DU SERVICE | EQUIPMENT NUMBER / N° DU MATÉRIEL | FROM/AT DE / À | TO JUSQU'À |
|---|---|---|---|
| 11/01/2005 | | HAMMOND, LA | |
| | | FROM ZTS DU ZTS | TO ZTS AU ZTS |
| OS COMPLETE DATE / DATE DE FIN DU SERVICE | REF. WAYBILL / FR DE REF. MM/DD/YYYY   NO. N | SHIPPER / EXPÉDITEUR | CONSIGNEE / DESTINATAIRE |
| 11/30/2005 | | WINN-DIXIE STORES INC | |

| GROUNDED DATE / DATE DE MISE AU SOL | WEIGHT / POIDS | LENGTH / LONGUEUR | CAPACITY / CAPACITÉ | KIND / TYPE | IC-SCAC | JCT-R260 | FROM/DU SCAC  TO/AU SCAC |
|---|---|---|---|---|---|---|---|
| | | | | | | | CN |

STCC

| DESCRIPTION | QUANTITY QUANTITÉ | RATE PRIX | CHARGES FRAIS |
|---|---|---|---|
| DEMURRAGE | | | |
| SERVICE RENDERED 1 OF 1 | | | |
| PER DAY | 2.0000 | 75.00 | 150.00 |
| | | | ------------ |
| | | | 150.00 |

RATE LINE 1: TARIFF:CN 009000 ITEM US

ADDITIONAL INFORMATION

UNLOADING   - ALL

HST/GST No. / No TVH/TPS 10076 8779 RT0001
QST No. / No TVQ  1000043156 TQ 0514
OS No. / No serv. fact.        103376
AUTO
For Information  Pour renseignements

CN REPRESENTATIVE
(800) 543-9210
CHGSVSJAX@CN.CA

STATEMENT No.
No ÉTAT DE COMPTE        480425227

MAKE CHECK PAYABLE TO:
LIBELLER LE CHÈQUE À L'ORDRE DE:

CN

P.O. BOX 530164
ATLANTA, GA
30353-0164
WWW.CN.CA

PAY THIS AMOUNT IN **USD** FUNDS IF NOT ALREADY PAID
MONTANT À PAYER EN DEVISES **USD** SI NON DÉJÀ PAYÉ
$150.00

PLEASE QUOTE INVOICE NUMBER /
VEUILLEZ RAPPELER LE No DE      750951882
FACTURE:

CN

PAGE: 1

# Invoice
## Optional Services
EXTENDED ASSET USE (DEMURRAGE)

# Facture
## Services Optionnels
STATIONNEMENT PROLONGE

PATRON No / N° CLIENT  905520 X

| INVOICE / FACTURE | | CUSTOMER REFERENCE NUMBER / NUMÉRO DE RÉFÉRENCE DU CLIENT |
|---|---|---|
| MM/DD/YYYY | NO. / N° | |
| 07/25/2006 | 751086343 | |

WINN-DIXIE STORES INC
ATTN: GREGG MILES
3925 HWY 190 WEST
HAMMOND  LA  70401

| OS START DATE / DATE DE DEBUT DU SERVICE | EQUIPMENT NUMBER / N° DU MATÉRIEL | FROM/AT / DE / À | HAMMOND, LA | TO / JUSQU'À |
|---|---|---|---|---|
| 06/01/2006 | | FROM ZTS / DU ZTS | | TO ZTS / AU ZTS |
| OS COMPLETE DATE / DATE DE FIN DU SERVICE | REF. WAYBILL / FR DE REF. MM/DD/YYYY  NO. N | SHIPPER / EXPÉDITEUR | | CONSIGNEE / DESTINATAIRE |
| 06/30/2006 | | WINN-DIXIE STORES INC | | |

| GROUNDED DATE / DATE DE MISE AU SOL | WEIGHT / POIDS | LENGTH / LONGUEUR | CAPACITY / CAPACITÉ | KIND / TYPE | IC-SCAC | JCT-R260 | FROM/DU SCAC | TO/AU SCAC |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | CN |

STCC

| DESCRIPTION | QUANTITY / QUANTITÉ | RATE / PRIX | CHARGES / FRAIS |
|---|---|---|---|
| EXTENDED ASSET USE (DEMURRAGE) | | | |
| SERVICE RENDERED 1 OF 1 | | | |
| PER DAY | 3.0000 | 75.00 | 225.00 |
| | | | ------------ |
| | | | 225.00 |

RATE LINE 1: TARIFF:CN 009000 ITEM US

ADDITIONAL INFORMATION

UNLOADING  - ALL

HST/GST No. / No TVH/TPS  10076 8779 RT0001
QST No. / No TVQ  1000043156 TQ 0514
OS No. / No serv. fact.  1196972
AUTO
For Information  Pour renseignements

CN REPRESENTATIVE
(800) 543-9210
CHGSVSJAX@CN.CA

STATEMENT No. / No ÉTAT DE COMPTE  480493936

MAKE CHECK PAYABLE TO: / LIBELLER LE CHÈQUE À L'ORDRE DE:

CN

P.O. BOX 530164
ATLANTA, GA
30353-0164
WWW.CN.CA

PAY THIS AMOUNT IN **USD** FUNDS IF NOT ALREADY PAID
MONTANT À PAYER EN DEVISES **USD** SI NON DÉJÀ PAYÉ
$225.00

PLEASE QUOTE INVOICE NUMBER /
VEUILLEZ RAPPELER LE No DE
FACTURE:    751086343

CN

PAGE: 1

# Invoice
## Optional Services
EXTENDED ASSET USE (DEMURRAGE)

# Facture
## Services Optionnels
STATIONNEMENT PROLONGE

PATRON No / N° CLIENT   905520 X

| INVOICE / FACTURE | CUSTOMER REFERENCE NUMBER / NUMÉRO DE RÉFÉRENCE DU CLIENT |
|---|---|
| MM/DD/YYYY   NO. / N° | |
| 08/21/2006   751104820 | |

WINN-DIXIE STORES INC
ATTN: GREGG MILES
3925 HWY 190 WEST
HAMMOND  LA   70401

| OS START DATE / DATE DE DEBUT DU SERVICE | EQUIPMENT NUMBER / N° DU MATÉRIEL | FROM/AT DE / À | HAMMOND, LA | TO JUSQU'À |
|---|---|---|---|---|
| 07/01/2006 | | FROM ZTS / DU ZTS | | TO ZTS / AU ZTS |
| OS COMPLETE DATE / DATE DE FIN DU SERVICE | REF. WAYBILL / FR DE MM/DD/YYYY | REF. SHIPPER / EXPÉDITEUR NO. N | | CONSIGNEE / DESTINATAIRE |
| 07/31/2006 | | WINN-DIXIE STORES INC | | |

| GROUNDED DATE / DATE DE MISE AU SOL | WEIGHT / POIDS | LENGTH / LONGUEUR | CAPACITY / CAPACITÉ | KIND / TYPE | IC-SCAC | JCT-R260 | FROM/DU SCAC | TO/AU SCAC |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | CN |

STCC

| DESCRIPTION | QUANTITY / QUANTITÉ | RATE / PRIX | CHARGES / FRAIS |
|---|---|---|---|
| EXTENDED ASSET USE (DEMURRAGE) | | | |
| SERVICE RENDERED 1 OF 1 | | | |
| PER DAY | 2.0000 | 75.00 | 150.00 |
| | | | ------------ |
| | | | 150.00 |

RATE LINE 1: TARIFF:CN 009000 ITEM US

ADDITIONAL INFORMATION

UNLOADING  - ALL

HST/GST No. / No TVH/TPS 10076 8779 RT0001
QST No. / No TVQ  1000043156 TQ 0514
OS No. / No serv. fact.   1218310
AUTO
For Information   Pour renseignements

CN REPRESENTATIVE
(800) 543-9210
CHGSVSJAX@CN.CA

STATEMENT No.
No ÉTAT DE COMPTE    480503843

MAKE CHECK PAYABLE TO:
LIBELLER LE CHÈQUE À L'ORDRE DE:

CN

P.O. BOX 530164
ATLANTA, GA
30353-0164
WWW.CN.CA

PAY THIS AMOUNT IN **USD** FUNDS IF NOT ALREADY PAID
MONTANT À PAYER EN DEVISES **USD** SI NON DÉJÀ PAYÉ

$150.00

PLEASE QUOTE INVOICE NUMBER /
VEUILLEZ RAPPELER LE No DE
FACTURE:                          751104820

CN

PAGE: 1

# Invoice
## Optional Services
MANUAL RAILCAR EMPTY RELEASE

# Facture
## Services Optionnels
LIB. MAN. DE WAGONS VIDES

PATRON No / No CLIENT   905520 X

| INVOICE / FACTURE | | CUSTOMER REFERENCE NUMBER NUMÉRO DE RÉFÉRENCE DU CLIENT |
|---|---|---|
| MM/DD/YYYY | NO. / No | |
| 10/10/2006 | 751136377 | |

WINN-DIXIE STORES INC
ATTN: GREGG MILES
3925 HWY 190 WEST
HAMMOND   LA   70401

| OS START DATE DATE DE DEBUT DU SERVICE | EQUIPMENT NUMBER No DU MATÉRIEL | FROM/AT DE / À | HAMMOND, LA | TO JUSQU'À | HAMMOND, LA |
|---|---|---|---|---|---|
| 09/01/2006 | GVSR 700022 | FROM ZTS DU ZTS | | TO ZTS AU ZTS | |
| OS COMPLETE DATE DATE DE FIN DU SERVICE | REF. WAYBILL / FR DE REF. MM/DD/YYYY   NO. N | SHIPPER / EXPÉDITEUR | | CONSIGNEE / DESTINATAIRE | |
| 09/30/2006 | 09/19/2006  948107 | WINN-DIXIE STORES INC | | WINN-DIXIE STORES INC | |

| GROUNDED DATE DATE DE MISE AU SOL | WEIGHT / POIDS | LENGTH / LONGUEUR | CAPACITY / CAPACITÉ | KIND / TYPE | IC-SCAC | JCT-R260 | FROM/DU SCAC | TO/AU SCAC |
|---|---|---|---|---|---|---|---|---|
| | 50 | 6 | 136600 | L53 | | | CN | CN |

STCC

| DESCRIPTION | QUANTITY QUANTITÉ | RATE PRIX | CHARGES FRAIS |
|---|---|---|---|
| MANUAL RAILCAR EMPTY RELEASE | | | |
| SERVICE RENDERED 1 OF 1 | | | |
| PER UNIT | 8.0000 | 8.00 | 64.00 |
| | | | 64.00 |

RATE LINE 1: TARIFF:CN 007500 ITEM 0002400

EQUIPMENT INFORMATION

| ------CAR------ | --REF. WAYBILL--- | | QUANTITY | WEIGHT LBS | RATE UNIT |
|---|---|---|---|---|---|
| INIT  NUMBER | NUMBER | DATE | | | |
| GVSR  700022 | 948107 | 09/19/2006 | 1.0000 | 0 | 1.0000 |
| GVSR  725022 | | 09/14/2006 | 1.0000 | 0 | 1.0000 |
| GVSR  747100 | 946149 | 09/30/2006 | 1.0000 | 0 | 1.0000 |
| SP    694496 | 946148 | 09/30/2006 | 1.0000 | 0 | 1.0000 |
| SP    699717 | | 09/27/2006 | 1.0000 | 0 | 1.0000 |
| SP    850145 | | 09/27/2006 | 1.0000 | 0 | 1.0000 |
| WSOR  503042 | | 09/26/2006 | 1.0000 | 0 | 1.0000 |
| WSOR  503157 | | 09/26/2006 | 1.0000 | 0 | 1.0000 |
| | | | 8.0000 | 00 | 8.0000 |

HST/GST No. / No TVH/TPS 10076 8779 RT0001
QST No. / No TVQ  1000043156 TQ 0514
OS No. / No serv. fact.   1255757
AUTO
For Information   Pour renseignements

EBUSINESS SUPPORT
(800) 361-0198
EBUSINESS@CN.CA

STATEMENT No.
No ÉTAT DE COMPTE   480520791

MAKE CHECK PAYABLE TO:
LIBELLER LE CHÈQUE À L'ORDRE DE:

CN

P.O. BOX 530164
ATLANTA, GA
30353-0164
WWW.CN.CA

PAY THIS AMOUNT IN **USD** FUNDS IF NOT ALREADY PAID
MONTANT À PAYER EN DEVISES **USD** SI NON DÉJÀ PAYÉ
CONTINUED ON PAGE   2

PLEASE QUOTE INVOICE NUMBER /
VEUILLEZ RAPPELER LE No DE     751136377
FACTURE:



PAGE: 2

## Invoice
## Optional Services
MANUAL RAILCAR EMPTY RELEASE

## Facture
## Services Optionnels
LIB. MAN. DE WAGONS VIDES

PATRON No / N° CLIENT  905520 X

| INVOICE / FACTURE | | CUSTOMER REFERENCE NUMBER / NUMÉRO DE RÉFÉRENCE DU CLIENT |
|---|---|---|
| MM/DD/YYYY | NO. / N° | |
| 10/10/2006 | 751136377 | |

WINN-DIXIE STORES INC
ATTN: GREGG MILES
3925 HWY 190 WEST
HAMMOND  LA   70401

| OS START DATE<br>DATE DE DEBUT DU SERVICE | EQUIPMENT NUMBER<br>N° DU MATÉRIEL | FROM/AT<br>DE / À | HAMMOND, LA | | TO<br>JUSQU'À | HAMMOND, LA |
|---|---|---|---|---|---|---|
| 09/01/2006 | GVSR 700022 | FROM ZTS<br>DU ZTS | | | TO ZTS<br>AU ZTS | |
| OS COMPLETE DATE<br>DATE DE FIN DU SERVICE | REF. WAYBILL / FR DE REF.<br>MM/DD/YYYY   NO. N | SHIPPER / EXPÉDITEUR | | | CONSIGNEE / DESTINATAIRE | |
| 09/30/2006 | 09/19/2006  948107 | WINN-DIXIE STORES INC | | | WINN-DIXIE STORES INC | |

| GROUNDED DATE<br>DATE DE MISE AU SOL | WEIGHT / POIDS | LENGTH / LONGUEUR | CAPACITY / CAPACITÉ | KIND / TYPE | IC-SCAC | JCT-R260 | FROM/DU SCAC | TO/AU SCAC |
|---|---|---|---|---|---|---|---|---|
| | | 50  6 | 136600 | L53 | | | CN | CN |

STCC

| DESCRIPTION | QUANTITY<br>QUANTITÉ | RATE<br>PRIX | CHARGES<br>FRAIS |
|---|---|---|---|

```
REFERENCE INFORMATION
------CAR-----
INIT  NUMBER     DATE
GVSR  700022     2006-09-21 RELEASE TIME - 10.00.00
GVSR  725022     2006-09-13 RELEASE TIME - 14.30.00
GVSR  747100     2006-09-30 RELEASE TIME - 10.00.00
SP    694496     2006-09-30 RELEASE TIME - 10.00.00
SP    699717     2006-09-27 RELEASE TIME - 17.10.00
SP    850145     2006-09-27 RELEASE TIME - 17.10.00
WSOR  503042     2006-09-25 RELEASE TIME - 17.00.00
WSOR  503157     2006-09-25 RELEASE TIME - 17.00.00
```

HST/GST No. / No TVH/TPS 10076 8779 RT0001
QST No. / No TVQ 1000043156 TQ 0514
OS No. / No serv. fact.    1255757
AUTO
For Information   Pour renseignements

EBUSINESS SUPPORT
(800) 361-0198
EBUSINESS@CN.CA

STATEMENT No.
No ÉTAT DE COMPTE    480520791

MAKE CHECK PAYABLE TO:
LIBELLER LE CHÈQUE À L'ORDRE DE:

CN

P.O. BOX 530164
ATLANTA, GA
30353-0164
WWW.CN.CA

PAY THIS AMOUNT IN **USD** FUNDS IF NOT ALREADY PAID
MONTANT À PAYER EN DEVISES **USD** SI NON DÉJÀ PAYÉ
$64.00

PLEASE QUOTE INVOICE NUMBER /
VEUILLEZ RAPPELER LE No DE    751136377
FACTURE:

# CN

## Invoice
## Optional Services
NON-ELECTRONIC INVOICE

## Facture
## Services Optionnels
FACTURE AUTRE QU'ÉLECTRONIQUE

PATRON No / No CLIENT   905520 A

| INVOICE / FACTURE | CUSTOMER REFERENCE NUMBER / NUMÉRO DE RÉFÉRENCE DU CLIENT |
|---|---|
| MM/DD/YYYY   NO. / No | |
| 10/10/2006   751138146 | |

WINN-DIXIE STORES INC
INBOUND LOGISTICS
7595 CENTURION PARKWAY
JACKSONVILLE FL   32256

| OS START DATE / DATE DE DEBUT DU SERVICE | EQUIPMENT NUMBER / No DU MATÉRIEL | FROM/AT / DE/À | JANESVILLE, WI | TO / JUSQU'À | HAMMOND, LA |
|---|---|---|---|---|---|
| 09/01/2006 | GVSR 700022 | FROM ZTS / DU ZTS | | TO ZTS / AU ZTS | |
| OS COMPLETE DATE / DATE DE FIN DU SERVICE | REF. WAYBILL / FR DE REF. MM/DD/YYYY   NO. N | SHIPPER / EXPÉDITEUR | | CONSIGNEE / DESTINATAIRE | |
| 09/30/2006 | 09/09/2006 642379 | SENECA FOODS CORP | | WINN-DIXIE STORES INC | |

| GROUNDED DATE / DATE DE MISE AU SOL | WEIGHT / POIDS | LENGTH / LONGUEUR | CAPACITY / CAPACITÉ | KIND / TYPE | IC-SCAC | JCT-R260 | FROM/DU SCAC | TO/AU SCAC |
|---|---|---|---|---|---|---|---|---|
| | 50 | 6 | 136600 | L53 | | | UP | CN |

STCC  2033220
VEGETABLES, INCLUDING CORN, OTHER THAN CANNED WHOLE KERNEL CORN, VACUUMPACKED, PIMENTOS OR TOMATOES, CANNED, PREPARED OR PRESERVED

| DESCRIPTION | QUANTITY / QUANTITÉ | RATE / PRIX | CHARGES / FRAIS |
|---|---|---|---|
| NON-ELECTRONIC INVOICE | | | |
| SERVICE RENDERED 1 OF 2 | | | |
| PER CAR | 10.0000 | 8.00 | 80.00 |
| | | | 80.00 |

RATE LINE 1: TARIFF:CN 007500 ITEM 0002100

EQUIPMENT INFORMATION

| CAR INIT | NUMBER | REF. WAYBILL NUMBER | DATE | QUANTITY | WEIGHT LBS | RATE UNIT |
|---|---|---|---|---|---|---|
| GVSR | 700022 | 642379 | 09/09/2006 | 1.0000 | 0 | 1.0000 |
| GVSR | 725022 | 544322 | 09/02/2006 | 1.0000 | 0 | 1.0000 |
| GVSR | 747100 | 161186 | 09/18/2006 | 1.0000 | 0 | 1.0000 |
| GVSR | 766145 | 352861 | 09/29/2006 | 1.0000 | 0 | 1.0000 |
| SP | 694496 | 158610 | 09/17/2006 | 1.0000 | 0 | 1.0000 |
| SP | 699717 | 155860 | 09/16/2006 | 1.0000 | 0 | 1.0000 |
| SP | 850145 | 130750 | 09/15/2006 | 1.0000 | 0 | 1.0000 |
| SSW | 23446 | 243199 | 09/22/2006 | 1.0000 | 0 | 1.0000 |
| SSW | 23682 | 310115 | 09/27/2006 | 1.0000 | 0 | 1.0000 |
| SSW | 24141 | 155877 | 09/16/2006 | 1.0000 | 0 | 1.0000 |
| | | | | 10.0000 | 00 | 10.0000 |

HST/GST No. / No TVH/TPS 10076 8779 RT0001
QST No. / No TVQ  1000043156 TQ 0514
OS No. / No serv. fact.  1257369
AUTO
For Information  Pour renseignements

CN REPRESENTATIVE
(800) 255-1474
MANUALTRANSACTIONS@CN.CA

STATEMENT No. / No ÉTAT DE COMPTE   480520790

MAKE CHECK PAYABLE TO: / LIBELLER LE CHÈQUE À L'ORDRE DE:

CN
P.O. BOX 71206
CHICAGO, IL
60694-1206
WWW.CN.CA

PAY THIS AMOUNT IN **USD** FUNDS IF NOT ALREADY PAID
MONTANT À PAYER EN DEVISES **USD** SI NON DÉJÀ PAYÉ
CONTINUED ON PAGE   2

PLEASE QUOTE INVOICE NUMBER / VEUILLEZ RAPPELER LE No DE FACTURE:   751138146

CN

PAGE: 2

## Invoice
## Optional Services
NON-ELECTRONIC INVOICE

## Facture
## Services Optionnels
FACTURE AUTRE QU'ÉLECTRONIQUE

PATRON No / N° CLIENT  905520 A

| INVOICE / FACTURE | CUSTOMER REFERENCE NUMBER / NUMÉRO DE RÉFÉRENCE DU CLIENT |
|---|---|
| MM/DD/YYYY   NO. / N° | |
| 10/10/2006   751138146 | |

WINN-DIXIE STORES INC
INBOUND LOGISTICS
7595 CENTURION PARKWAY
JACKSONVILLE  FL   32256

| OS START DATE / DATE DE DEBUT DU SERVICE | EQUIPMENT NUMBER / N° DU MATÉRIEL | FROM/AT DE/À | JANESVILLE, WI | TO JUSQU'À | HAMMOND, LA |
|---|---|---|---|---|---|
| 09/01/2006 | GVSR 700022 | FROM ZTS DU ZTS | | TO ZTS AU ZTS | |
| OS COMPLETE DATE / DATE DE FIN DU SERVICE | REF. WAYBILL / FR DE REF. MM/DD/YYYY   NO. N | SHIPPER / EXPÉDITEUR | | CONSIGNEE / DESTINATAIRE | |
| 09/30/2006 | 09/09/2006  642379 | SENECA FOODS CORP | | WINN-DIXIE STORES INC | |

| GROUNDED DATE / DATE DE MISE AU SOL | WEIGHT / POIDS | LENGTH / LONGUEUR | CAPACITY / CAPACITÉ | KIND / TYPE | IC-SCAC | JCT-R260 | FROM/DU SCAC | TO/AU SCAC |
|---|---|---|---|---|---|---|---|---|
| | | 50  6 | 136600 | L53 | | | UP | CN |

STCC  2033220
VEGETABLES, INCLUDING CORN, OTHER THAN CANNED WHOLE KERNEL CORN, VACUUMPACKED, PIMENTOS OR TOMATOES, CANNED, PREPARED OR PRESERVED

| DESCRIPTION | QUANTITY / QUANTITÉ | RATE / PRIX | CHARGES / FRAIS |
|---|---|---|---|

REFERENCE INFORMATION
------CAR-----
```
INIT NUMBER        DATE
GVSR 700022        2006-09-11 INVOICE NBR & BOL NBR - 028782509 01058421
GVSR 725022        2006-09-05 INVOICE NBR & BOL NBR - 028725631 1053522 1053524
GVSR 747100        2006-09-21 INVOICE NBR & BOL NBR - 028891764 1065669
GVSR 766145        2006-10-02 INVOICE NBR & BOL NBR - 028981887 1068204
SP   694496        2006-09-21 INVOICE NBR & BOL NBR - 028886394 1062204 1063701
SP   699717        2006-09-19 INVOICE NBR & BOL NBR - 028867130 1062207 1062211
SP   850145        2006-09-18 INVOICE NBR & BOL NBR - 028855558 1062205
SSW  23446         2006-09-26 INVOICE NBR & BOL NBR - 028931474 1065668, 1065673
SSW  23682         2006-09-30 INVOICE NBR & BOL NBR - 028977721 1065670
SSW  24141         2006-09-24 INVOICE NBR & BOL NBR - 028911078 1062206
```

HST/GST No. / No TVH/TPS 10076 8779 RT0001
QST No. / No TVQ  1000043156 TQ 0514
OS No. / No serv. fact.  1257369
AUTO
For Information  Pour renseignements

CN REPRESENTATIVE
(800) 255-1474
MANUALTRANSACTIONS@CN.CA

STATEMENT No. / No ÉTAT DE COMPTE   480520790

MAKE CHECK PAYABLE TO:
LIBELLER LE CHÈQUE À L'ORDRE DE:

CN
P.O. BOX 71206
CHICAGO, IL
60694-1206
WWW.CN.CA

PAY THIS AMOUNT IN **USD** FUNDS IF NOT ALREADY PAID
MONTANT À PAYER EN DEVISES **USD** SI NON DÉJÀ PAYÉ
CONTINUED ON PAGE           3

PLEASE QUOTE INVOICE NUMBER /
VEUILLEZ RAPPELER LE No DE       751138146
FACTURE:

# CN

| Invoice | Facture |
|---|---|
| Optional Services | Services Optionnels |
| NON-ELECTRONIC INVOICE | FACTURE AUTRE QU'ÉLECTRONIQUE |

PATRON No / No CLIENT    905520 A

| INVOICE / FACTURE | | CUSTOMER REFERENCE NUMBER NUMÉRO DE RÉFÉRENCE DU CLIENT |
|---|---|---|
| MM/DD/YYYY | NO. / No | |
| 10/10/2006 | 751138146 | |

```
WINN-DIXIE STORES INC
INBOUND LOGISTICS
7595 CENTURION PARKWAY
JACKSONVILLE  FL   32256
```

| OS START DATE DATE DE DEBUT DU SERVICE | EQUIPMENT NUMBER No DU MATÉRIEL | FROM/AT DE / À | RIPON, WI | TO JUSQU'À | HAMMOND, LA |
|---|---|---|---|---|---|
| 09/01/2006 | WSOR 503042 | FROM ZTS DU ZTS | | TO ZTS AU ZTS | |
| OS COMPLETE DATE DATE DE FIN DU SERVICE | REF. WAYBILL / FR DE MM/DD/YYYY | REF. SHIPPER / EXPÉDITEUR NO. N | | CONSIGNEE / DESTINATAIRE | |
| 09/30/2006 | 09/13/2006 116703 | SENECA FOODS CORP | | WINN-DIXIE STORES INC | |

| GROUNDED DATE DATE DE MISE AU SOL | WEIGHT / POIDS | LENGTH / LONGUEUR | CAPACITY / CAPACITÉ | KIND / TYPE | IC-SCAC | JCT-R260 | FROM/DU SCAC | TO/AU SCAC |
|---|---|---|---|---|---|---|---|---|
| | | 52  5 | 137200 | L54 | | | WSOR | CN |

STCC  2033220

VEGETABLES, INCLUDING CORN, OTHER THAN CANNED WHOLE KERNEL CORN, VACUUMPACKED, PIMENTOS OR TOMATOES, CANNED, PREPARED OR PRESERVED

| DESCRIPTION | QUANTITY QUANTITÉ | RATE PRIX | CHARGES FRAIS |
|---|---|---|---|
| NON-ELECTRONIC INVOICE | | | |
| SERVICE RENDERED 2 OF 2 | | | |
| PER CAR | 5.0000 | 8.00 | 40.00 |
| | | | ------------ |
| | | | 40.00 |

RATE LINE 1: TARIFF:CN 007500 ITEM 0002100

EQUIPMENT INFORMATION

```
------CAR------   --REF. WAYBILL---
INIT NUMBER      NUMBER      DATE       QUANTITY   WEIGHT LBS   RATE UNIT
WSOR 503042      116703  09/13/2006       1.0000         0        1.0000
WSOR 503137      116825  09/19/2006       1.0000         0        1.0000
WSOR 503157      116704  09/13/2006       1.0000         0        1.0000
WSOR 503166      116824  09/19/2006       1.0000         0        1.0000
WSOR 503219      116891  09/21/2006       1.0000         0        1.0000
                                       -----------  -----------  -----------
                                          5.0000        00        5.0000
```

REFERENCE INFORMATION

```
------CAR-----
INIT NUMBER       DATE
WSOR 503042     2006-09-22  INVOICE NBR & BOL NBR - 028894832  1058828
WSOR 503137     2006-09-23  INVOICE NBR & BOL NBR - 028906247  1058830
WSOR 503157     2006-09-22  INVOICE NBR & BOL NBR - 028898655  1058829
```

| HST/GST No. / No TVH/TPS 10076 8779 RT0001 QST No. / No TVQ 1000043156 TQ 0514 OS No. / No serv. fact.  1257369 AUTO For Information  Pour renseignements | STATEMENT No. No ÉTAT DE COMPTE   480520790  MAKE CHECK PAYABLE TO: LIBELLER LE CHÈQUE À L'ORDRE DE:  CN  P.O. BOX 71206 CHICAGO, IL 60694-1206 WWW.CN.CA | PAY THIS AMOUNT IN **USD** FUNDS IF NOT ALREADY PAID MONTANT À PAYER EN DEVISES **USD** SI NON DÉJÀ PAYÉ CONTINUED ON PAGE    4  PLEASE QUOTE INVOICE NUMBER / VEUILLEZ RAPPELER LE No DE FACTURE:    751138146 |
|---|---|---|
| CN REPRESENTATIVE (800) 255-1474 MANUALTRANSACTIONS@CN.CA | | |

CN

PAGE: 4

**Invoice**
**Optional Services**
NON-ELECTRONIC INVOICE

**Facture**
**Services Optionnels**
FACTURE AUTRE QU'ÉLECTRONIQUE

PATRON No / No CLIENT    905520 A

| INVOICE / FACTURE | | CUSTOMER REFERENCE NUMBER NUMÉRO DE RÉFÉRENCE DU CLIENT |
|---|---|---|
| MM/DD/YYYY | NO. / No | |
| 10/10/2006 | 751138146 | |

WINN-DIXIE STORES INC
INBOUND LOGISTICS
7595 CENTURION PARKWAY
JACKSONVILLE  FL    32256

| OS START DATE DATE DE DEBUT DU SERVICE | EQUIPMENT NUMBER No DU MATÉRIEL | FROM/AT DE / À | RIPON, WI | TO JUSQU'À | HAMMOND, LA |
|---|---|---|---|---|---|
| 09/01/2006 | WSOR 503042 | FROM ZTS DU ZTS | | TO ZTS AU ZTS | |
| OS COMPLETE DATE DATE DE FIN DU SERVICE | REF. WAYBILL / FR DE MM/DD/YYYY | REF. SHIPPER / EXPÉDITEUR NO. N | | CONSIGNEE / DESTINATAIRE | |
| 09/30/2006 | 09/13/2006 116703 | SENECA FOODS CORP | | WINN-DIXIE STORES INC | |

| GROUNDED DATE DATE DE MISE AU SOL | WEIGHT / POIDS | LENGTH / LONGUEUR | CAPACITY / CAPACITÉ | KIND / TYPE | IC-SCAC | JCT-R260 | FROM/DU SCAC | TO/AU SCAC |
|---|---|---|---|---|---|---|---|---|
| | | 52  5 | 137200 | L54 | | | WSOR | CN |

STCC  2033220

VEGETABLES, INCLUDING CORN, OTHER THAN CANNED WHOLE KERNEL CORN, VACUUMPACKED, PIMENTOS OR TOMATOES, CANNED, PREPARED OR PRESERVED

DESCRIPTION                          QUANTITY/QUANTITÉ        RATE/PRIX        CHARGES/FRAIS

REFERENCE INFORMATION
------CAR-----
INIT NUMBER       DATE
WSOR 503166       2006-09-23  INVOICE NBR & BOL NBR - 028905820 1058831
WSOR 503219       2006-09-29  INVOICE NBR & BOL NBR - 028972285 1059595-1062200

HST/GST No. / No TVH/TPS 10076 8779 RT0001
QST No. / No TVQ 1000043156 TQ 0514
OS No. / No serv. fact.       1257369
AUTO
For Information  Pour renseignements

CN REPRESENTATIVE
(800) 255-1474
MANUALTRANSACTIONS@CN.CA

STATEMENT No.
No ÉTAT DE COMPTE       480520790

MAKE CHECK PAYABLE TO:
LIBELLER LE CHÈQUE À L'ORDRE DE:

CN

P.O. BOX 71206
CHICAGO, IL
60694-1206
WWW.CN.CA

PAY THIS AMOUNT IN **USD** FUNDS IF NOT ALREADY PAID
MONTANT À PAYER EN DEVISES **USD** SI NON DÉJÀ PAYÉ
                              $120.00

PLEASE QUOTE INVOICE NUMBER /
VEUILLEZ RAPPELER LE No DE       751138146
FACTURE:

CN

PAGE: 1

# Invoice
## Optional Services
MANUAL RAILCAR EMPTY RELEASE

# Facture
## Services Optionnels
LIB. MAN. DE WAGONS VIDES

PATRON No / N° CLIENT   905520 X

| INVOICE / FACTURE | CUSTOMER REFERENCE NUMBER NUMÉRO DE RÉFÉRENCE DU CLIENT |
|---|---|
| MM/DD/YYYY   NO. / N° | |
| 11/06/2006   751155700 | |

WINN-DIXIE STORES INC
ATTN: GREGG MILES
3925 HWY 190 WEST
HAMMOND   LA   70401

| OS START DATE DATE DE DEBUT DU SERVICE | EQUIPMENT NUMBER N° DU MATÉRIEL | FROM/AT DE / À    HAMMOND,  LA | TO JUSQU'À    HAMMOND,  LA |
|---|---|---|---|
| 10/01/2006 | GVSR 700354 | FROM ZTS DU ZTS | TO ZTS AU ZTS |
| OS COMPLETE DATE DATE DE FIN DU SERVICE | REF. WAYBILL / FR DE REF. MM/DD/YYYY   NO. N | SHIPPER / EXPÉDITEUR | CONSIGNEE / DESTINATAIRE |
| 10/31/2006 | 10/26/2006 | WINN-DIXIE STORES INC | WINN-DIXIE STORES INC |

| GROUNDED DATE DATE DE MISE AU SOL | WEIGHT / POIDS | LENGTH / LONGUEUR | CAPACITY / CAPACITÉ | KIND / TYPE | IC-SCAC | JCT-R260 | FROM/DU SCAC | TO/AU SCAC |
|---|---|---|---|---|---|---|---|---|
| | 50  6 | | 139000 | L53 | | | CN | CN |

STCC

| DESCRIPTION | QUANTITY QUANTITÉ | RATE PRIX | CHARGES FRAIS |
|---|---|---|---|
| MANUAL RAILCAR EMPTY RELEASE | | | |
| SERVICE RENDERED 1 OF 1 | | | |
| PER UNIT | 9.0000 | 8.00 | 72.00 |
| | | | ------- |
| | | | 72.00 |

RATE LINE 1: TARIFF:CN 007500 ITEM 0002400

EQUIPMENT INFORMATION

```
------CAR------  --REF. WAYBILL---
INIT  NUMBER    NUMBER    DATE       QUANTITY    WEIGHT LBS    RATE UNIT
GVSR  700354              10/26/2006   1.0000         0          1.0000
GVSR  766145              10/17/2006   1.0000         0          1.0000
SSW    23446              10/06/2006   1.0000         0          1.0000
SSW    23465              10/17/2006   1.0000         0          1.0000
SSW    24141              10/06/2006   1.0000         0          1.0000
UP    454297              11/01/2006   1.0000         0          1.0000
WP     65540              10/25/2006   1.0000         0          1.0000
WSOR  503137              10/03/2006   1.0000         0          1.0000
WSOR  503166              10/03/2006   1.0000         0          1.0000
                                      ---------   ---------    ---------
                                       9.0000        00          9.0000
```

HST/GST No. / No TVH/TPS 10076 8779 RT0001
QST No. / No TVQ 1000043156 TQ 0514
OS No. / No serv. fact.          1277618
AUTO
For Information  Pour renseignements

EBUSINESS SUPPORT
(800) 361-0198
EBUSINESS@CN.CA

STATEMENT No.
No ÉTAT DE COMPTE        480530405

MAKE CHECK PAYABLE TO:
LIBELLER LE CHÈQUE À L'ORDRE DE:

CN

P.O. BOX 530164
ATLANTA, GA
30353-0164
WWW.CN.CA

PAY THIS AMOUNT IN **USD** FUNDS IF NOT ALREADY PAID
MONTANT À PAYER EN DEVISES **USD** SI NON DÉJÀ PAYÉ
CONTINUED ON PAGE       2

PLEASE QUOTE INVOICE NUMBER /
VEUILLEZ RAPPELER LE No DE
FACTURE:                              751155700

# CN

| Invoice | Facture |
|---|---|
| **Optional Services** | **Services Optionnels** |
| MANUAL RAILCAR EMPTY RELEASE | LIB. MAN. DE WAGONS VIDES |

PATRON No / No CLIENT   905520 X

| INVOICE / FACTURE | | CUSTOMER REFERENCE NUMBER / NUMÉRO DE RÉFÉRENCE DU CLIENT |
|---|---|---|
| MM/DD/YYYY | NO. / No | |
| 11/06/2006 | 751155700 | |

WINN-DIXIE STORES INC
ATTN: GREGG MILES
3925 HWY 190 WEST
HAMMOND LA 70401

| OS START DATE DATE DE DEBUT DU SERVICE | EQUIPMENT NUMBER No DU MATÉRIEL | FROM/AT DE / À | HAMMOND, LA | | TO JUSQU'À | HAMMOND, LA |
|---|---|---|---|---|---|---|
| | | FROM ZTS DU ZTS | | | TO ZTS AU ZTS | |
| 10/01/2006 | GVSR 700354 | | | | CONSIGNEE / DESTINATAIRE | |
| OS COMPLETE DATE DATE DE FIN DU SERVICE | REF. WAYBILL / FR DE REF. MM/DD/YYYY NO. N | SHIPPER / EXPÉDITEUR | | | WINN-DIXIE STORES INC | |
| 10/31/2006 | 10/26/2006 | WINN-DIXIE STORES INC | | | | |

| GROUNDED DATE DATE DE MISE AU SOL | WEIGHT / POIDS | LENGTH / LONGUEUR | CAPACITY / CAPACITÉ | KIND / TYPE | IC-SCAC | JCT-R260 | FROM/DU SCAC | TO/AU SCAC |
|---|---|---|---|---|---|---|---|---|
| | | 50  6 | 139000 | L53 | | | CN | CN |

STCC

| DESCRIPTION | QUANTITY QUANTITÉ | RATE PRIX | CHARGES FRAIS |
|---|---|---|---|

```
REFERENCE INFORMATION
------CAR-----
INIT NUMBER     DATE
GVSR 700354     2006-10-26 RELEASE TIME - 18.00.00
GVSR 766145     2006-10-17 RELEASE TIME - 10.00.00
SSW  23446      2006-10-05 RELEASE TIME - 17.00.00
SSW  23465      2006-10-17 RELEASE TIME - 14.40.00
SSW  24141      2006-10-05 RELEASE TIME - 17.00.00
UP   454297     2006-10-31 RELEASE TIME - 15.10.00
WP   65540      2006-10-24 RELEASE TIME - 11.25.00
WSOR 503137     2006-10-03 RELEASE TIME - 15.00.00
WSOR 503166     2006-10-03 RELEASE TIME - 15.00.00
```

HST/GST No. / No TVH/TPS 10076 8779 RT0001
QST No. / No TVQ 1000043156 TQ 0514
OS No. / No serv. fact.   1277618
AUTO
For Information   Pour renseignements

EBUSINESS SUPPORT
(800) 361-0198
EBUSINESS@CN.CA

STATEMENT No.
No ÉTAT DE COMPTE   480530405

MAKE CHECK PAYABLE TO:
LIBELLER LE CHÈQUE À L'ORDRE DE:

CN

P.O. BOX 530164
ATLANTA, GA
30353-0164
WWW.CN.CA

PAY THIS AMOUNT IN **USD** FUNDS IF NOT ALREADY PAID
MONTANT À PAYER EN DEVISES **USD** SI NON DÉJÀ PAYÉ
$72.00

PLEASE QUOTE INVOICE NUMBER /
VEUILLEZ RAPPELER LE No DE    751155700
FACTURE:

PAGE: 1

# CN

## Invoice
## Optional Services
EXTENDED ASSET USE (DEMURRAGE)

## Facture
## Services Optionnels
STATIONNEMENT PROLONGE

PATRON No / N° CLIENT  **905520 X**

| INVOICE / FACTURE | CUSTOMER REFERENCE NUMBER / NUMÉRO DE RÉFÉRENCE DU CLIENT |
|---|---|
| MM/DD/YYYY   NO. / N° | |
| 11/24/2006   751167012 | |

WINN-DIXIE STORES INC
ATTN: GREGG MILES
3925 HWY 190 WEST
HAMMOND  LA  70401

| OS START DATE / DATE DE DEBUT DU SERVICE | EQUIPMENT NUMBER / N° DU MATÉRIEL | FROM/AT DE/À | HAMMOND, LA | TO JUSQU'À |
|---|---|---|---|---|
| 10/01/2006 | | FROM ZTS DU ZTS | | TO ZTS AU ZTS |
| OS COMPLETE DATE / DATE DE FIN DU SERVICE | REF. WAYBILL / FR DE REF. MM/DD/YYYY   NO. N | SHIPPER / EXPÉDITEUR | | CONSIGNEE / DESTINATAIRE |
| 10/31/2006 | | WINN-DIXIE STORES INC | | |

| GROUNDED DATE / DATE DE MISE AU SOL | WEIGHT / POIDS | LENGTH / LONGUEUR | CAPACITY / CAPACITÉ | KIND / TYPE | IC-SCAC | JCT-R260 | FROM/DU SCAC | TO/AU SCAC |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | CN |

STCC

| DESCRIPTION | QUANTITY QUANTITÉ | RATE PRIX | CHARGES FRAIS |
|---|---|---|---|
| EXTENDED ASSET USE (DEMURRAGE) | | | |
| SERVICE RENDERED 1 OF 1 | | | |
| PER DAY | 7.0000 | 75.00 | 525.00 |
| | | | ------------ |
| | | | 525.00 |

RATE LINE 1: TARIFF:CN 009000 ITEM US

ADDITIONAL INFORMATION

UNLOADING  - ALL

HST/GST No. / No TVH/TPS 10076 8779 RT0001
QST No. / No TVQ 1000043156 TQ 0514
OS No. / No serv. fact.       1289726
AUTO
For Information  Pour renseignements

CN REPRESENTATIVE
(800) 543-9210
CHGSVSJAX@CN.CA

STATEMENT No.
No ÉTAT DE COMPTE       **480535699**

MAKE CHECK PAYABLE TO:
LIBELLER LE CHÈQUE À L'ORDRE DE:

CN

P.O. BOX 530164
ATLANTA, GA
30353-0164
WWW.CN.CA

PAY THIS AMOUNT IN **USD** FUNDS IF NOT ALREADY PAID
MONTANT À PAYER EN DEVISES **USD** SI NON DÉJÀ PAYÉ
**$525.00**

PLEASE QUOTE INVOICE NUMBER /
VEUILLEZ RAPPELER LE No DE
FACTURE:       **751167012**