IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT
IN AND FOR MONROE COUNTY, FLORIDA

LINDA MICHAUD and
RON MICHAUD, her husband,

    Plaintiffs,

vs.

WINN-DIXIE STORES, INC.,
a Florida corporation.

    Defendant.

_____/

CIVIL DIVISION

CASE NO.: 2006-CA- **143**-K

## COMPLAINT FOR DAMAGES

COME NOW the Plaintiffs, LINDA MICHAUD and RON MICHAUD, by and through

counsel, and sue Defendant, WINN-DIXIE STORES, INC., a Florida corporation (hereinafter

"WINN-DIXIE"), and say:

## GENERAL ALLEGATIONS

1.    This is an action for bodily injury seeking money damages in excess of fifteen

thousand dollars ($15,000.00), exclusive of interest, costs, or attorneys' fees.

2.    At all times relevant, the Plaintiffs, LINDA MICHAUD and RON MICHAUD, were

and are residents of Cudjoe Key, Monroe County, Florida who are over the age of twenty-one (21)

years and, otherwise, sui juris.

3.    At all times relevant, the Defendant, WINN-DIXIE STORES, INC., was and is a "for

profit" corporation chartered and existing pursuant to the laws of the State of Florida.

4.    At all times relevant, the Defendant, WINN-DIXIE STORES, INC., actively

conducted company business throughout Monroe County, Florida and maintained a retail grocery

store (#0358), which was open to the public and located at or near 251 Key Deer Blvd, Big Pine Key,

Monroe County, Florida.

Received by Monroe County Clerk's Office

Date 12/29/06 By KW

OMPLAINT FOR DAMAGES
Michaud v. Winn-Dixie Stores, Inc.

## COUNT I – NEGLIGENCE

5.      Plaintiff, LINDA MICHAUD, realleges and incorporates herein paragraphs 1 – 4 of this Complaint as if fully set forth herein.

6.      On or about August 06, 2005, the Plaintiff, LINDA MICHAUD, was shopping as a business invitee within the Defendant's grocery store located at or near 251 Key Deer Blvd, Big Pine Key, Monroe County, Florida. Suddenly and without warning and through no fault of her own, the Plaintiff slipped and fell to the floor.

7.      The Defendant, WINN-DIXIE, owed its business invitees, including the Plaintiff, LINDA MICHAUD, a duty of reasonable care to maintain it premises in a reasonably safe condition for the safety of such business invitees on the premises. This duty included reasonable efforts to keep the premises, including the floors, free from foreign substances that might forseeably give rise to loss, injury or damage.  In addition, the Defendant, WINN-DIXIE, owed a duty to warn the Plaintiff, LINDA MICHAUD, of dangerous conditions on its premises concerning which WINN-DIXIE had, or should have had, knowledge greater than the Plaintiff, LINDA MICHAUD.

8.      The Defendant, WINN-DIXIE, breached its duty of care and was negligent in causing and/or allowing a foreign substance to exist and/or accumulate and/or remain on the floor without detecting, correcting, cleaning or eliminating the hazard and, further, without warning the Plaintiff, LINDA MICHAUD, of the dangerous defect and/or condition. Specifically, the Defendant, WINN-DIXIE, is guilty of the following acts of negligence.

a.      Negligently failing to inspect the floor where Plaintiff, LINDA MICHAUD, fell.

b.      Negligent failing to clean or otherwise correct, remove or otherwise eliminate the foreign substance from the floor.

c.      Negligently allowing foreign substance to fall and remain on the public floor for a sufficient length of time that the Defendant, WINN-DIXIE, should have detected, corrected, cleaned and/or eliminated the dangerous condition.

d.    Negligently failing to maintain its store premises in a reasonably safe condition and free from hazard or defect.

e.    Negligently failing to warn the Plaintiff, LINDA MICHAUD, of the dangerous condition despite having actual or constructive knowledge of the hazard, which was greater than that of the Plaintiff, LINDA MICHAUD.

9.    As a result of the of the above described negligence, the Plaintiff, LINDA MICHAUD, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, the expense of hospitalization, medical, nursing, therapy, and rehabilitative care and treatment, loss of earnings, loss of ability to earn money, and the aggravation of previously existing conditions and/or diseases.  These injuries and losses are all permanent and continuing in nature and the Plaintiff, LINDA MICHAUD, will continue to suffer said injuries and losses into the future.

WHEREFORE, the Plaintiff, LINDA MICHAUD, demands judgment against the Defendant, WINN-DIXIE STORES, INC., for a sum exceeding the minimum jurisdiction of this Court, plus the costs of prosecuting this action, and interest of all sums adjudged for the Plaintiff, LINDA MICHAUD, and against the Defendant.

## COUNT II – DERIVATIVE CLAIM OF RON MICHAUD

10.    The Plaintiff, RON MICHAUD, realleges and incorporates herein paragraphs 1 – 4 of this Complaint as if fully set forth herein.

11.    At all times relevant hereto, the Plaintiffs, LINDA MICHAUD and RON MICHAUD, were lawfully married and co-habiting in Cudjoe Key, Monroe County, Florida as husband and wife.

12.    As a result of the Defendant's negligence, as alleged, the Plaintiff, RON MICHAUD, has become jointly responsible for the expense of his wife's hospitalization, medical care, doctors' bills, therapy charges, medications, and other expenses related to the care and treatment of her

3

injuries. In addition, the Plaintiff, RON MICHAUD, has lost the value of her services, care, comfort,

society, companionship, and consortium. These losses are permanent and continuing in nature and

will continue into the future.

WHEREFORE, the Plaintiff, RON MICHAUD, demands judgment against the Defendant,

WINN-DIXIE STORES, INC., for a sum exceeding the minimum jurisdiction of this Court, plus the

costs of prosecuting this action, and interest of all sums adjudged for the Plaintiff, RON MICHAUD,

and against the Defendant.

## DEMAND FOR JURY TRIAL

Plaintiffs demand trial by jury as to all issues triable as of right by a jury.

Respectfully submitted,

THE LAW FIRM OF
GARCIA & SMITH, P.A.
515 Whitehead Street
Key West, FL 33040
(305) 292-1437

MANUEL E. GARCIA, ESQ.
Fla. Bar No.: 915645