| UNITED STATES BANKRUPTCY COURT Middle DISTRICT OF Florida | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Winn-Dixie Stores, Inc. et. al. | Case Number: 05-03817-3F1 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property): **Saint Juste, Edline**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
c/o John T. Kennedy Esq.
Attn Renee Delahunty
477 SE Riverside Dr. Stuart, FL 34994
Telephone number: (772) 283 8880

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor: **ID# A611208982-0001-01**

Check here ☐ replaces ☐ amends a previously filed claim, dated: _____

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☒ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)            (date)

**2. Date debt was incurred:** 9/23/2006

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim** $ 50,000.00

☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim**

☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.

Amount entitled to priority $ _____

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)

☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim**

☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other _____
Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $ 50,000.00 _____ _____ 0.00
                                                (unsecured) (secured) (priority) (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 1/3/2007 | John T. Kennedy, Esq. |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# Damages Information
St. Juste (Edline) v.Winn-Dixie

| ype | Account # | Provider | From | To | Due Date | Bill | Balance | Reconciled |
|---|---|---|---|---|---|---|---|---|
| Medical Bill | | Coral Springs Medical Center 01045 | 09/23/2006 | | | $1,797.30 | $1,797.30 | False |
| | Future care cos | | | | | $10,000.00 | $10,000.00 | False |
| Medical Bill | | Deerfield Beach Pain | 09/23/2006 | 9/26/06 | | $7,455.00 | $7,455.00 | False |
| Medical Bill | | DPM Medical Management | 09/23/2006 | | | $1,775.00 | $1,775.00 | False |
| Medical Bill | | Phoenix Emergency Meical of Browar | | | | $579.85 | $579.85 | False |

| Region: | Miami | | Location #: | 0265 |
|---|---|---|---|---|
| Department: | grocery | | Mgr. on Duty: | bill draves |
| Incident Date: | 09/23/2006 | | Incident Time: | 11:35am |
| Notified Date: | 09/23/2006 | | Reported By: | vincent |
| Store Phone: | (954) 421-4349 | | Title: | dairy clerk |

## Customer Information

| Customer Name: | edline saint juste | |
|---|---|---|
| Address: | 720 n.e. 44th street | |
| City, State Zip: | pomoano beach, fl 33064 | |
| Home Phone: | (954) 946-2821 | Work Phone: () - |
| DOB: | 09/26/1981 | Gender: Female |

## Incident

| Description: | | | |
|---|---|---|---|
| customer slipped on isle 15 on spots of juice on floor was wearing flip flops | | | |
| Witness: | | Phone Number: | ()- |
| Witness: | | Phone Number: | ()- |
| Cause of Injury: (i.e.: slip/fall, trip/fall) | | drops of juice | |
| Body Part Injured: (i.e.: knee, lower back) | | right foot | |
| Nature of Injury: (i.e.: cut, bruise | | sore | |
| If Slip/Fall, Condition of Floors | | drops of liquid | |
| Was Equipment Involved?: | | No | |
| Vendor/3rd Party Involved?: | | No | |
| Photographs Taken?: | | No | |
| Was EMS Called? | No | Customer Transported? | No |
| First Aid Given? | No | | |
| Comments of Customer: | | | |

9/23/2006

Page 2 of 2

customer slipped on drops of liquid on floor was given ice was
not sure if she was going to get checked out.

Winn Dixie #265 palms trail Plaza
1101 S. Military Dixie trail

JOHN T. KENNEDY
Florida Bar Board Certified
Civil Trial Lawyer
Certified by The National Board of
Trial Advocacy

MARIA S. ZEQUEIRA*
Trial and Immigration Attorney

RENEE DELAHUNTY
Legal Assistant

WILLIAM M. NORRIS
Legal Assistant

TIMOTHY J. THIBAULT
Certified Legal Assistant/Investigator

SHIRLEY A. WORTHINGTON
Legal Assistant

JOAN YEZEK
Certified Legal Assistant

---

*PENNSYLVANIA BAR ONLY

# THE INJURY LAW OFFICES OF JOHN T. KENNEDY P.A.

Personal Injury Attorney

---

PLEASE REPLY TO STUART OFFICE

477 S.E. Riverside Drive
Stuart, Florida 34994
(772) 283-8880
FAX (772) 221-1565

Port St. Lucie Office
Harbor Federal Building
2400 S.E. Midport Road, Suite 127
Port St. Lucie, FL 34952
(772) 335-8880

Fort Pierce Office
The Fort Pierce Hotel Building
200 S. Indian River Drive, Suite 203
Ft. Pierce, FL 34950
(772) 465-9990

Okeechobee Office
414 NW 2nd Street
Okeechobee, FL 34972
(863) 357-2224

Clewiston Office
700 W. Sugarland Highway
Clewiston, FL 33440-3026
(863) 983-9990

Jupiter Phone Number
561-748-4055

Vero Beach Phone Number
772-564-7011

Melbourne Phone Number
321-242-8600

January 3, 2007


Logan & Company, Inc.
Attn. Winn-Dixie Claim Center
546 Valley Road
Upper Montclair, New Jersey 07043

**PROOF OF CLAIM**

RE:   Our Client:           Edline St. Juste
      Your Client:          Mega Cases-Winn Dixie
      Division:             Miami 03 Store #265
      Date of Loss:         09/23/2006
      Sedgwick Claim No.:   A611208982
      Case No.              05-03817-3F1

Dear Sir/Madam:

As you know, we represent Edline St. Juste with regard to the injury, damage and loss she sustained due to a fall that occurred as a shopper in Winn Dixie Store #265 originating September 23, 2006. Our investigation confirms the fact our client was caused to slip and fall hard onto the floor when she came in contact with fluid believed to be orange drink in a common thoroughfare area. The incident was not witnessed, however, the customer service clerk, Rosalind Patignee saw the liquid on the floor, notified the store manager, and the floor was cleaned. She experienced immediate pain to her right ankle and foot. The incident was acknowledged and a report was taken by Bill Draves, the manager on duty.

follow up with specialized care.

Absent relief from pain, she sought the care of Dr. Robert Liberman, a chiropractic physician of Deerfield Beach, Florida. Her physician's diagnosis was of lumbar radiculopathy with sprain/strain, right ankle sprain/strain, bilateral shoulder sprain/strain, bilateral hip sprain/strain, left knee sprain/strain, and myofascial pain syndrome. He restricted his patient to light duty only and if asbsolutely necessary. Unfortunately, she has no major medical health insurance or collateral source to supplement payment of the past, present or future cost of care.

Dr. Liberman referred his patient for an MRI of her lumbar spine and of her right ankle. The ankel study revealed joint effusion suggesting irritation or inflammation and the lumbar study revealed protruding disks at L4/5 and L5/S1 levels.

Ms. St Juste sought the opinion of Dr. Richard Lewis, a podiatrist of Lake Worth, Florida. During the examination of his patient, Dr. Lewis determined that she had sustained traumatically induced tenosynovitis, myoplantar fascitis, enthesis, edema, possible sprain/strain of the right ankle, myosotis/myofascial pain syndrome, and an antalgic gait. He treated his patient with strapping of the right leg, ankle, and foot, medications, and injections. Her present condition continues to be guarded.

We maintain the position that liability is clear and unrefuted. There were no warnings, cones, signs or cautions posted to prevent Ms. St. Juste's fall. She continues to suffer severe pain, and her activity level is limited. Absent further embellishment considering the facts and circumstances of the loss, the injuries sustained and medical of record in support thereof, our client's past, present and future pain and suffering, medical expenses, mental anguish, continued loss of enjoyment of life as well as her out-of-pocket to date, it is our position this case holds a present day conservative presuit settlement value of $50,000.00, demanding your draft and release within thirty (30) days from receipt hereof in full and final settlement of all claims at issue. Please feel free to contact the undersigned or Renee Delahunty, my legal assistant should you have any questions or concerns regarding the same.

Sincerely,

John T. Kennedy
Enclosures

THE INJURY LAW OFFICES OF JOHN T. KENNEDY, P.A.
477 S.E. RIVERSIDE DRIVE • STUART, FLORIDA 34994 • (772) 283-8880

# SOUTHERN HEALTH ASSOCIATES
PO BOX 267751
WESTON, FL 33326
(954)724-5191

Page: 1                                                                                                                                                         1/3/2007

Patient: EDLINE SAINT-JUSTE

Diagnosis:
1. 8472    MRI LUMBAR
2. 71946   MRI JNT LWR EXTRE
3.
4.

Chart #: SAIED000
Case #: 319

Instructions: Complete the patient information portion of your own insurance claim form. Attach this bill, signed and dated, and all other bills pertaining to the claim. If you have a deductible policy, hold your claim forms until you have met your deductible. Mail directly to your insurance carrier.

| Date | Description | Procedure | Modify | DX | Units | Charge |
|---|---|---|---|---|---|---|
| 10/24/2006 | MRI LUMBAR | 72148 | | 1 | 1 | 1,799.00 |
| 10/24/2006 | MRI JNT OF LWR EXTRE | 73721 | RT | 2 | 1 | 1,799.00 |

**Provider Information**
Provider Name: BRUCE RODAN M.D.
License: ME 37878
Commercial PIN:
SSN or EIN: 20-2099396

| | |
|---|---|
| Total Charges: | $ 3598.00 |
| Total Payments: | $ 0.00 |
| Total Adjustments: | $ 0.00 |
| Total Due This Visit: | $ 3598.00 |
| Total Account Balance: | $ 3,598.00 |

Assign and Release: I hereby authorize payment of medical benefits to this physician for the services described above. I also authorize the release of any information necessary to process this claim.

Patient Signature: _____        Date: _____

RICHARD H. LEWIS, D.P.M.  
4175 S. CONGRESS AVE.  
LAKE WORTH, FL 33461  
(561)968-8055

| Statement Date | Page |
| --- | --- |
| 1/3/2007 | 1 |

EDLINE SAINT-JUSTE  
720 N.E. 44TH STREET  
POMPANO BEACH, FL 33064

| Chart Number |
| --- |
| SAIED000 |

| Date | Document | Description | Case Number | Amount |
| --- | --- | --- | --- | --- |
| | | Previous Balance | | 0.00 |
| Patient: EDLINE SAINT-JUSTE | | Chart #: SAIED000 | Case Description: ATTORNEY KENNEDY | |
| 9/30/2006 | 0609300000 | OFFICE VISIT NEW PATIENT | 2970 | 350.00 |
| 9/30/2006 | 0609300000 | TRIGGER POINT | 2970 | 185.00 |
| 9/30/2006 | 0609300000 | FOOT STRAPPING | 2970 | 65.00 |
| 10/28/2006 | 0610280000 | ESTABLISHED PATIENT VISIT | 2970 | 150.00 |
| 10/28/2006 | 0610280000 | FOOT STRAPPING | 2970 | 65.00 |
| 11/3/2006 | 0611030000 | ESTABLISHED PATIENT VISIT | 2970 | 150.00 |
| 11/3/2006 | 0611030000 | ULTRASOUND THERAPY | 2970 | 65.00 |
| 11/3/2006 | 0611030000 | FOOT STRAPPING | 2970 | 65.00 |
| 11/16/2006 | 0611160000 | ESTABLISHED PATIENT VISIT | 2970 | 150.00 |
| 11/18/2006 | 0611180000 | OFFICE VISIT 6+ | 2970 | 200.00 |
| 11/18/2006 | 0611180000 | FOOT STRAPPING | 2970 | 65.00 |
| 12/5/2006 | 0612050000 | OFFICE VISIT 6+ | 2970 | 200.00 |
| 12/5/2006 | 0612050000 | FOOT STRAPPING | 2970 | 65.00 |

| Total Charges | Total Payments | Total Adjustments | Balance Due |
| --- | --- | --- | --- |
| $1775.00 | $0.00 | $0.00 | 1,775.00 |

Transaction Journal - Transaction Detail                                      Page 1

Deerfield Beach Pain Treatment Center Inc.
Thursday, December 14, 2006

| ID | Name | Ticket | Date | Provider | POS | Diag | Code | Amount |
|---|---|---|---|---|---|---|---|---|
| SAINT-0003 | Edline Saint-Juste | 7910 | 09/26/2006 | PAYNE00( | 11 | 724.4 | 72070 | 250.00 |
| | | 7910 | 09/26/2006 | PAYNE00( | 11 | 724.4 | 72100 | 250.00 |
| | | 7910 | 09/28/2006 | PAYNE00( | 11 | 724.4 | 73030 | 175.00 |
| | | 7911 | 09/26/2006 | RML | 11 | 724.4 | 99203 | 350.00 |
| | | 7911 | 09/26/2006 | RML | 11 | 724.4 | 97012 | 75.00 |
| | | 7911 | 09/26/2006 | RML | 11 | 724.4 | 97014 | 70.00 |
| | | 7911 | 09/26/2006 | RML | 11 | 724.4 | 97124 | 70.00 |
| | | 7911 | 09/26/2006 | RML | 11 | 724.4 | 97010 | 40.00 |
| | | 7912 | 09/27/2006 | PAYNE00( | 11 | 724.4 | 97124 | 70.00 |
| | | 7912 | 09/27/2006 | PAYNE00( | 11 | 724.4 | 97014 | 70.00 |
| | | 7912 | 09/27/2006 | PAYNE00( | 11 | 724.4 | 97530 | 55.00 |
| | | 7912 | 09/27/2006 | PAYNE00( | 11 | 724.4 | 97010 | 40.00 |
| | | 7913 | 09/29/2006 | PAYNE00( | 11 | 724.4 | 97012 | 75.00 |
| | | 7913 | 09/29/2006 | PAYNE00( | 11 | 724.4 | 97124 | 70.00 |
| | | 7913 | 09/29/2006 | PAYNE00( | 11 | 724.4 | 97535 | 50.00 |
| | | 7913 | 09/29/2006 | PAYNE00( | 11 | 724.4 | 97010 | 40.00 |
| | | 7914 | 09/28/2006 | RML | 11 | 724.4 | 97012 | 75.00 |
| | | 7914 | 09/28/2006 | RML | 11 | 724.4 | 97014 | 70.00 |
| | | 7914 | 09/28/2006 | RML | 11 | 724.4 | 97124 | 70.00 |
| | | 7914 | 09/28/2006 | RML | 11 | 724.4 | 97010 | 40.00 |
| | | 7915 | 09/30/2006 | PAYNE00( | 11 | 724.4 | 97012 | 75.00 |
| | | 7915 | 09/30/2006 | PAYNE00( | 11 | 724.4 | 97014 | 70.00 |
| | | 7915 | 09/30/2006 | PAYNE00( | 11 | 724.4 | 97124 | 70.00 |
| | | 7915 | 09/30/2006 | PAYNE00( | 11 | 724.4 | 97010 | 40.00 |
| | | 7916 | 10/02/2006 | PAYNE00( | 11 | 724.4 | 97012 | 75.00 |
| | | 7916 | 10/02/2006 | PAYNE00( | 11 | 724.4 | 97014 | 70.00 |
| | | 7916 | 10/02/2006 | PAYNE00( | 11 | 724.4 | 97140 | 65.00 |
| | | 7916 | 10/02/2006 | PAYNE00( | 11 | 724.4 | 97010 | 40.00 |
| | | 7917 | 10/03/2006 | RML | 11 | 724.4 | 97012 | 75.00 |
| | | 7917 | 10/03/2006 | RML | 11 | 724.4 | 97124 | 70.00 |
| | | 7917 | 10/03/2006 | RML | 11 | 724.4 | 97530 | 55.00 |
| | | 7917 | 10/03/2006 | RML | 11 | 724.4 | 97010 | 40.00 |
| | | 7918 | 10/04/2006 | PAYNE00( | 11 | 724.4 | 97014 | 70.00 |
| | | 7918 | 10/04/2006 | PAYNE00( | 11 | 724.4 | 97124 | 70.00 |
| | | 7918 | 10/04/2006 | PAYNE00( | 11 | 724.4 | 97112 | 60.00 |
| | | 7918 | 10/04/2006 | PAYNE00( | 11 | 724.4 | 97010 | 40.00 |
| | | 7919 | 10/05/2006 | RML | 11 | 724.4 | 97012 | 75.00 |
| | | 7919 | 10/05/2006 | RML | 11 | 724.4 | 97014 | 70.00 |
| | | 7919 | 10/05/2006 | RML | 11 | 724.4 | 97124 | 70.00 |
| | | 7919 | 10/05/2006 | RML | 11 | 724.4 | 97010 | 40.00 |
| | | 7920 | 10/06/2006 | PAYNE00( | 11 | 724.4 | 97012 | 75.00 |
| | | 7920 | 10/06/2006 | PAYNE00( | 11 | 724.4 | 97014 | 70.00 |
| | | 7920 | 10/06/2006 | PAYNE00( | 11 | 724.4 | 97124 | 70.00 |
| | | 7920 | 10/06/2006 | PAYNE00( | 11 | 724.4 | 97010 | 40.00 |
| | | 7921 | 10/09/2006 | PAYNE00( | 11 | 724.4 | 97012 | 75.00 |
| | | 7921 | 10/09/2006 | PAYNE00( | 11 | 724.4 | 97014 | 70.00 |
| | | 7921 | 10/09/2006 | PAYNE00( | 11 | 724.4 | 97124 | 70.00 |
| | | 7921 | 10/09/2006 | PAYNE00( | 11 | 724.4 | 97010 | 40.00 |
| | | 7922 | 10/10/2006 | PAYNE00( | 11 | 724.4 | 97124 | 70.00 |
| | | 7922 | 10/10/2006 | PAYNE00( | 11 | 724.4 | 97024 | 70.00 |
| | | 7922 | 10/10/2006 | PAYNE00( | 11 | 724.4 | 98940 | 65.00 |
| | | 7922 | 10/10/2006 | PAYNE00( | 11 | 724.4 | 97530 | 55.00 |
| | | 7923 | 10/11/2006 | PAYNE00( | 11 | 724.4 | 97014 | 70.00 |
| | | 7923 | 10/11/2006 | PAYNE00( | 11 | 724.4 | 97140 | 65.00 |
| | | 7923 | 10/11/2006 | PAYNE00( | 11 | 724.4 | 97110 | 65.00 |
| | | 7923 | 10/11/2006 | PAYNE00( | 11 | 724.4 | 97010 | 40.00 |
| | | 7924 | 10/12/2006 | RML | 11 | 724.4 | 97012 | 75.00 |

Transaction Journal - Transaction Detail                                                                Page 2

Deerfield Beach Pain Treatment Center Inc.
Thursday, December 14, 2006

| | | | | | | |
|---|---|---|---|---|---|---|
| 7924 | 10/12/2006 | RML | 11 | 724.4 | 97124 | 70.00 |
| 7924 | 10/12/2006 | RML | 11 | 724.4 | 98940 | 65.00 |
| 7925 | 10/14/2006 | RML | 11 | 724.4 | 97012 | 75.00 |
| 7925 | 10/14/2006 | RML | 11 | 724.4 | 97014 | 70.00 |
| 7925 | 10/14/2006 | RML | 11 | 724.4 | 97124 | 70.00 |
| 7925 | 10/14/2006 | RML | 11 | 724.4 | 97010 | 40.00 |
| 7926 | 10/17/2006 | RML | 11 | 724.4 | 97012 | 75.00 |
| 7926 | 10/17/2006 | RML | 11 | 724.4 | 97014 | 70.00 |
| 7926 | 10/17/2006 | RML | 11 | 724.4 | 97124 | 70.00 |
| 7926 | 10/17/2006 | RML | 11 | 724.4 | 97530 | 55.00 |
| 7927 | 10/19/2006 | RML | 11 | 724.4 | 97012 | 75.00 |
| 7927 | 10/19/2006 | RML | 11 | 724.4 | 97014 | 70.00 |
| 7927 | 10/19/2006 | RML | 11 | 724.4 | 97124 | 70.00 |
| 7927 | 10/19/2006 | RML | 11 | 724.4 | 97010 | 40.00 |
| 7928 | 10/21/2006 | RML | 11 | 724.4 | 97012 | 75.00 |
| 7928 | 10/21/2006 | RML | 11 | 724.4 | 97014 | 70.00 |
| 7928 | 10/21/2006 | RML | 11 | 724.4 | 97124 | 70.00 |
| 7928 | 10/21/2006 | RML | 11 | 724.4 | 97010 | 40.00 |
| 7929 | 10/28/2006 | PAYNE00( | 11 | 724.4 | 97012 | 75.00 |
| 7929 | 10/28/2006 | PAYNE00( | 11 | 724.4 | 97014 | 70.00 |
| 7929 | 10/28/2006 | PAYNE00( | 11 | 724.4 | 97124 | 70.00 |
| 7929 | 10/28/2006 | PAYNE00( | 11 | 724.4 | 97010 | 40.00 |
| 7930 | 10/26/2006 | RML | 11 | 724.4 | 98941 | 90.00 |
| 7930 | 10/26/2006 | RML | 11 | 724.4 | 97124 | 70.00 |
| 7930 | 10/26/2006 | RML | 11 | 724.4 | 97140 | 65.00 |
| 7930 | 10/26/2006 | RML | 11 | 724.4 | 97010 | 40.00 |
| 7931 | 11/02/2006 | RML | 11 | 724.4 | 99213 | 180.00 |
| 7931 | 11/02/2006 | RML | 11 | 724.4 | 97012 | 75.00 |
| 7931 | 11/02/2006 | RML | 11 | 724.4 | 97124 | 70.00 |
| 7932 | 11/04/2006 | RML | 11 | 724.4 | 97012 | 75.00 |
| 7932 | 11/04/2006 | RML | 11 | 724.4 | 97124 | 70.00 |
| 7932 | 11/04/2006 | RML | 11 | 724.4 | 97530 | 55.00 |
| 7933 | 11/11/2006 | RML | 11 | 724.4 | 97012 | 75.00 |
| 7933 | 11/11/2006 | RML | 11 | 724.4 | 97014 | 70.00 |
| 7933 | 11/11/2006 | RML | 11 | 724.4 | 97124 | 70.00 |
| 7933 | 11/11/2006 | RML | 11 | 724.4 | 97010 | 40.00 |
| 7934 | 11/16/2006 | RML | 11 | 724.4 | 97012 | 75.00 |
| 7934 | 11/16/2006 | RML | 11 | 724.4 | 97014 | 70.00 |
| 7934 | 11/16/2006 | RML | 11 | 724.4 | 97124 | 70.00 |
| 7934 | 11/16/2006 | RML | 11 | 724.4 | 97010 | 40.00 |
| 7949 | 11/18/2006 | RML | 11 | 724.4 | 99243 | 400.00 |

Transaction Journal - Transaction Detail                                           Page 3

Deerfield Beach Pain Treatment Center Inc.
Thursday, December 14, 2006

## Report Summary

| | | | |
|---|---|---:|---:|
| Charges | Patient | 7455.00 | |
| | Inventory | 0.00 | |
| | Sales Tax | 0.00 | |
| | Managed Care | 0.00 | |
| | Charges Subtotal | | 7455.00 |
| Credits | Insurance | 0.00 | |
| | Patient | 0.00 | |
| | Sales Tax | 0.00 | |
| | Managed Care | 0.00 | |
| | Credits Subtotal | | 0.00 |
| Adjustments | Debit | 0.00 | |
| | Credit | 0.00 | |
| | Refunds | 0.00 | |
| | Charge Backs | 0.00 | |
| | Adjustments Subtotal | | 0.00 |
| | All Locations Total | | 7455.00 |

| Report Balance | 7455.00 |

This bill covers only the professional fee; you may also receive a separate hospital bill

Questions? Call Monday-Friday between the hours of 9:00am – 4:00 pm EST

ACCOUNT NUMBER: PCO00465038870

**PLEASE REMIT BY DUE DATE TO AVOID FURTHER BILLING.**

| PATIENT NAME | TELEPHONE NUMBER | TAX I.D. NUMBER | STATEMENT DATE |
|---|---|---|---|
| EDLINE SAINTJUSTE | 800-700-1924 | 20-0492277 | 10/07/06 |

| DATE | PROC | DIAG. | DOCTOR | DESCRIPTION | CHARGES (CREDIT) | DUE FROM PATIENT |
|---|---|---|---|---|---|---|
| 09/23/06 | 99283 | 84500 | PLOTKIN | LEVEL 3 ER EXAM* | 259.00 | 259.00 |
| 09/23/06 | 73610 | 84500 | PLOTKIN | INTERPRET X-RAY | 67.85 | 67.85 |
| 09/23/06 | 73630 | 84500 | PLOTKIN | INTERPRET X-RAY | 52.90 | 52.90 |
| 09/23/06 | 29515 | 84500 | PLOTKIN | APP LEG SPLINT * | 200.10 | 200.10 |
| | | | SERVICE AT CORAL SPRINGS MEDICAL CENTER | | | |

| ACCOUNT NUMBER | REFERRING PHYSICIAN | | TOTAL DUE |
|---|---|---|---|
| PCO00465038870 | | ** PAY THIS AMOUNT * • | 579.85 |

IMPORTANT: TO ASSURE PROPER CREDIT, DETACH AND RETURN THE STATEMENT BELOW WITH YOUR CHECK OR MONEY ORDER PAYABLE IN US CURRENCY

DIRECT BILLING QUESTIONS TO:
800-700-1924
PHOENIX EMERG MED OF BROWARD L
P.O. BOX 16000
DURHAM NC  27704-1000

DUE DATE
10/25/06

STATEMENT DATE
10/07/06

PATIENT NAME   EDLINE   SAINTJUSTE
ACCOUNT NUMBER  PCO00465038870
Amount Due    579.85    Amount Enclosed _____

Please use my credit card  [ ] VISA    [ ] Mastercard
Card No. _____ Exp. Date ____

EDLINE   SAINTJUSTE
720 NE 44TH ST
POMPANO BEACH FL   33064-4709

PHOENIX EMERG MED OF BROWARD L
PO BOX 31361
TAMPA FL   33631-3361

[ ] CHECK HERE IF NEW ADDRESS
SEE REVERSE SIDE FOR INSURANCE BILLING

PLEASE MAKE CHECK PAYABLE TO AND MAIL TO ADDRESS ABOVE
PLEASE WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK OR MONEY ORDER

9131905160315004650388700000579850

CORAL SPRINGS MEDICAL CENTER
PO BOX 932541
ATLANTA, GA 31193-2541

PATIENT NAME: EDLINE SAINTJUSTE
ACCOUNT #: 465038870
DATE OF SERVICE: 09/23/06
AMOUNT DUE: $1,797.30

October 18, 2006

EDLINE SAINTJUSTE
720 NE 44TH ST
POMPANO BEACH, FL 33064-4709

We appreciate your coming to our facility for your medical care.

Our records show that the account balance is due and owing. If you have any questions about this account, or if you would like to charge this balance to your Mastercard, Visa or American Express credit card, please call our special patient account representatives Monday through Friday, between the hours of 9:00 AM and 5:00 PM EST.

If the account balance is correct, please send your check or money order, together with the bottom portion of this letter, in the enclosed envelope as soon as possible.

CORAL SPRINGS MEDICAL CENTER
(800) 393-1196

CUSTOMER SERVICE EXT.525

062960491
01

PT NAME: EDLINE SAINTJUSTE
ACCOUNT #: 465038870
SERVICE DATE: 09/23/06
AMOUNT DUE: $1,797.30

If paying by credit card, complete the following:

☐ VISA    ☐ [MasterCard]    ☐ [Amex]

Card Number:
Amount $
Signature    Exp Date:

CORAL SPRINGS MEDICAL CENTER
PO BOX 932541
ATLANTA, GA 31193-2541