# JOSEPH PACK, ESQUIRE

Joseph Pack
Attorney at Law
MEMBER OF THE FLORIDA BAR AND
UNITED STATES DISTRICT COURT AND
ADMITTED TO THE SUPREME COURT OF
THE UNITED STATES OF AMERICA

135 S.E. Fifth Avenue, Suite 200
Delray Beach, Florida 33483
561-278-0200
FAX: 561-276-6611

November 15, 2006

Ms. Katelyn Brim
Sedgwick Claims Met Services, Inc.
P.O. Box 24787
Jacksonville, FL 32241-4787

Re:  My Client:    Betty Jones
     Claim No.:    A511213708-0001-01
     Date of Loss: 11/3/05
     Store No.:    0268

Dear Ms. Brim:

It is now some 12 months post accident and my client still continues to suffer from the injury sustained in this accident. This demand will provide you with her medical specials and document her treatment. I am hopeful that with the submission of this demand this claim may be amicably resolved without the necessity of a lawsuit.

## PERSONAL

On the date of this accident, November 3, 2005, my client was 58 years of age, was active, single, and enjoying her Florida lifestyle.

## FACTUAL OCCURRENCE

On the day of this accident, November 3, 2005, my client was on the premises of your insured, shopping. While turning into the aisle holding car and auto supplies, she slipped and fell on a sticky substance that was on the floor of the aisle and injured herself. After she went home, she tried resting at home but the pains persisted and she was forced to seek help at Boca Raton Community Hospital.

## BOCA RATON COMMUNITY HOSPITAL

She was treated at the hospital (copy of their record is enclosed).

EXHIBIT  A

## ROGER FISCHEL, M.D.

When she could no longer tolerate her pain, she sought help from Dr. Fischel. His physical examination revealed abnormal dorsolumbar ranges of motion with pain. Muscle testing of the major muscle groups of the lumbar spine was performed and found to be +5 and mildly painful. There was no weakness noted during testing of the lower extremities.

### HIS INITIAL DIAGNOSIS:

1) Internal dearrangement to the left knee.
2) Lumbar radiculitis.

On his final report, he lists her residual symptomatology:

1) Neck pain and stiffness with pain.
2) Lower back pain/stiffness with varying degrees of pain.
3) Frequent headaches.

Motion and static palpation revealed mild spasm and tenderness of the cervical paraspinal musculature with sensitivity of the C5/6 motor unit. Motion and static palpation revealed mild spasm and mild tenderness of the lumbar paraspinal musculature with mild sensitivity of the L5/S1 motor unit.

### MRI FINDINGS:

1) Multiple bulging cervical discs.
2) Generalized cervical degenerative changes.
3) Multiple herniated cervical discs.

### FINAL DIAGNOSIS:

1) Post traumatic cervical sprain/strain with radiculopathy.
2) Post traumatic lumbar sprain/strain.
3) Post traumatic Cephalgia.

Doctor opines that although she has reached a plateau her prognosis is guarded and that she will be subject to frequent exacerbations, and the likelihood of future degenerative changes. He gives her an impairment rating of eleven (11%) percent.

## ORTHOPAEDIC CENTER OF SOUTH FLORIDA

She was referred to Kenneth Jarolem, M.D. because of her continuing pain. On physical examination the doctor found:

1) Diffuse tenderness through the cervical and lumbar paraspinal musculature.

2

2) Palpable spasm in the left trapezius muscle.
3) Local tenderness at the lumbosacral junctions.
4) Low back pain.

## HIS IMPRESSION

1) Cervical disc herniation C5/6, C6-7.
2) Low back pain.
3) Disc bulge at C4-5.\

Dr. Jarolem, the orthopaedist, also oopines that she has reached a plateau and it is possible she will need further treatment and perhaps injections or surgery, and gives her a ten (10%) percent impairment rating.

## UNIVERSITY MRI

Copy of report is enclosed showing all of the positive findings.

## OUT OF POCKET MEDICAL SPECIALS

| | |
|---|---:|
| Boca Raton Community Hospital | $ 710.10 |
| Emergency Physicians | 213.00 |
| Boca Radiology Group | 72.00 |
| Dr. Roger Fischel | 8,652.00 |
| University MRI | 1,920.00 |
| Orthopaedic Center of South Florida | 650.00 |
| **TOTAL MEDICAL OUT OF POCKET** | **$12,217.10** |

## CONCLUSION

When arriving at a settlement figure on behalf of this client, the following factors were taken into consideration:

1. The fact that sole responsibility for this accident and all resulting injuries were the result of your insured who failed to use reasonable care.

2. The fact that after twelve months post accident my client still continues to suffer from the injuries sustained in this accident.

3. The age of my client on the date of this accident.

4. Last, but not least, the adverse effect this accident has had on my client's lifestyle.

3

## SETTLEMENT DEMAND

Based on the foregoing and in an effort to avoid the time and expenses inherent in litigation, my client has now instructed me to demand $35,000 plus out of pocket medical expenses.

We believe this settlement demand is more than fair and reasonable based on my client's permanent injuries and their effect on my client's life and on-going well-being. She was leading a capable life prior to this accident and now she faces limitations due to pain and stress that may well require further medical expenses.

This settlement demand shall remain open for ten (10) days from the date of your receipt of this letter.

I look forward to your prompt reply. If you have any questions regarding the written matter or if I can provide further information, please do not hesitate to contact me.

Sincerely,


Joseph Pack, Esq.

JP:sc

Enclosures