## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:                                                                                          Case No: 05-03817-3F1

**Winn-Dixie Stores, Inc, et. al.,**                                             Chapter 11

Reorganized Debtors                                                            Jointly Administered

_____/

### NOTICE OF CLAIM

COMES NOW, Claimant, Frank Bodnar, and hereby asserts his Notice of Claim against Winn-Dixie Stores, Inc. et. al. Said claim arises from Winn-Dixie Stores, Inc, et.al.'s negligence which proximately caused physical injury and resulting damages to claimant. Said claim is currently in suit in Orange County, Case No. 05-03817-3F1. Claimant seeks payment for damages totaling $750,000.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Certified Mail to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202; James Post, Hulsey & Busey, 225 Water St, Suite 1800, Jacksonville, Florida 32202; Matthew Barr, Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, New York 10005; Kurt Alexander, Rigdon, Alexander & Rigdon, LLP, 200 East Robinson St., Suite 1150, Orlando, FL 32802.

/s Michael A. Mandeville
Michael A. Mandeville , Esq. 0098574
2721 W. Fairbanks Avenue, Suite 200
Winter Park, FL 32789
Phone: 407-843-6353
Fax:  407-740-7699
Attorney for Plaintiff(s)