LAW OFFICES OF

# BADER, STILLMAN & ADLER, P.L.

6100 WEST ATLANTIC BOULEVARD

MARGATE, FLORIDA 33063

MAIN TELEPHONE 954/971-3399
TELEFAX 954/979-3101

ELIOT M. BADER, P.L.
PHILIP A. STILLMAN, P.A.
BRIAN H. ADLER, P.A.

SATELLITE OFFICES:
DELRAY BEACH
FORT PIERCE
HOLLYWOOD/NO. MIAMI BEACH
JACKSONVILLE
JUPITER/JUNO BEACH
ORLANDO
PALM BEACH GARDENS
TAMPA

REPLY TO: MARGATE

December 27, 2006

Mr. Dennis LeVine & Associates
103 South Boulevard
Tampa, FL  33606

RE: Our Client:           Maria Comacho
    Date of Accident:     11/04/05

Dear Mr. LeVine:

Ms. Comacho sustained injuries to her left shoulder, right knee, neck and back when she slipped on a blue liquid on the floor by the self check-out cashier at the Winn Dixie located at 2450 N. State Road 7, Margate, Florida. This was a matter of negligence on behalf of the employees and management of Winn Dixie inasmuch as it was a failure to maintain the premises and provide a safe and secure environment for customers.

The damages in this matter are unliquidated. Should you have any questions in this regard, please do not hesitate to contact me.

Very truly yours,

ELIOT M. BADER, ESQ

EMB; kr

Cc Maria Comacho

EXHIBIT A