UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| Winn-Dixie Stores, Inc. et al | Chapter 11 |
| Reorganized Debtors. | Jointly Administered |

### APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSES

PURSUANT TO Section 12.1 of the Plan and the Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing Claims Arising Before Effective Date and Other Administrative Claims, the Claimant/Creditor, FRANK F. WOOTEN, through counsel, hereby submits his Application for Payment of Administrative Expenses and says:

**Claimant/Creditor's Name and Address:**

Frank F. Wooten
1118 Eaton Street
Key West, Florida 33040

**Name and Address of Signatory and Person To Receive Notices:**

Ronald E. Solomon, Esq.
Manuel E. Garcia, Esq.
Laura K. Smith, Esq.
The Law Firm of Garcia & Smith, PA
515 Whitehead Street
Key West, Florida 33040
Phone: 305-292-1437
Fax:    305-295-0385
lawkw@bellsouth.net

**Basis for Claim:**

Personal injury resulting from a slip and fall that occurred July 3, 2006 at the Winn-Dixie Store (#0317) located at 2778 N. Roosevelt Boulevard, Key West, Monroe County,

Case 3:05-bk-03817-JAF   Doc 13965   Filed 01/03/07   Page 2 of 2

CASE NO.: 05-03817-3F1
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
APPLICATION FOR COMPENSATION

Florida. A copy of the Complaint for Damages is attached to this Application for Compensation.

**Date the Debt Was Incurred:**

July 3, 2006

**Summary of Claimant/Creditor's Injuries:**

Comminuted fracture of the right patella; fracture of the distal right tibia and fibula. These injuries are complicated by a prior history of severe pancreatitis, pancreatic tumor, hypertension, and diabetes.

**Total Amount of Claim:**

$1,750,000.00 (unsecured)

The undersigned certifies that she is admitted to the Bar of the United States District Court of the Southern District of Florida.

### CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing was furnished to the following by certified U. S. mail, fax, and e-mail: (1) James Post, Smith Hulsey & Busey, counsel for the Reorganized Debtors, 225 Water Street, Suite 1800, Jacksonville, FL 32202 – fax number 904-359-7708 – E-mail: jpost@smithhulsey.com; and (2) Matthew, Barr, Milbank, Tweed, Hadley & McCloy, LLP, counsel for the Post Effective Date Committee, 1 Chase Manhattan Plaza, New York, New York 10005 – fax number 212-822-5194 – E-mail: mbarr@milbank.com on this 3rd day of January, 2007.

Respectfully submitted,

THE LAW FIRM OF
GARCIA & SMITH, P.A.
515 Whitehead Street
Key West, FL 33040
Phone: (305) 292-1437
Fax:    (305) 295-0385
E-mail: lawkw@bellsouth.net

/s/ Laura K. Smith
LAURA K. SMITH, ESQ.
Fla. Bar No.: 0417394