IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT
IN AND FOR MONROE COUNTY, FLORIDA

FRANK WOOTEN,

    Plaintiff,

vs.

WINN-DIXIE STORES, INC.,
a Florida corporation.

    Defendant.
_____/

CIVIL DIVISION

CASE NO.: 2006-CA-1298-K

## COMPLAINT FOR DAMAGES

COME NOW the Plaintiff, FRANK WOOTEN, by and through counsel, and sues Defendant, WINN-DIXIE STORES, INC., a Florida corporation (hereinafter "WINN-DIXIE"), and says:

1. This is an action for bodily injury seeking money damages in excess of fifteen thousand dollars ($15,000.00), exclusive of interest, costs, or attorneys' fees.

2. At all times relevant, the Plaintiff, FRANK WOOTEN, was and is a resident of Key West, Monroe County, Florida who is over the age of twenty-one (21) years and, otherwise, sui juris.

3. At all times relevant, the Defendant, WINN-DIXIE STORES, INC., was and is a "for profit" corporation chartered and existing pursuant to the laws of the State of Florida.

4. At all times relevant, the Defendant, WINN-DIXIE STORES, INC., actively conducted company business throughout Monroe County, Florida and maintained a retail grocery store (#0317), which was open to the public and located at or near 2778 N. Roosevelt Boulevard, Key West, Monroe County, Florida.

5.  On or about July 3, 2006, the Plaintiff, FRANK WOOTEN, was shopping as a business invitee within the Defendant's grocery store located at or near 2778 N. Roosevelt Boulevard, Key West, Monroe County, Florida. Suddenly and without warning and through no fault of his own, the Plaintiff slipped and fell violently to the floor.

6.  The Defendant, WINN-DIXIE, owed its business invitees, including the Plaintiff, a duty of reasonable care to maintain it premises in a reasonably safe condition for the safety of such business invitees on the premises. This duty included reasonable efforts to keep the premises, including the floors, free from transitory foreign substances (including water) that might forseeably give rise to loss, injury or damage. In addition, the Defendant, WINN-DIXIE, owed a duty to warn the Plaintiff, of dangerous conditions on its premises concerning which WINN-DIXIE had, or should have had, knowledge greater than the Plaintiff.

7.  Defendant, WINN-DIXIE, breached its duty of care and was negligent in causing and/or allowing water and/or some other foreign substance to exist and/or accumulate and/or remain on the floor without detecting, correcting, cleaning or eliminating the hazard and, further, without warning the Plaintiff of the dangerous defect and/or condition. Specifically, the Defendant, WINN-DIXIE, is guilty of the following acts of negligence.

   a.  Negligently failing to inspect the floor where Plaintiff fell.

   b.  Negligent failing to clean or otherwise correct, remove or otherwise eliminate the water and/or transitory foreign substance from the floor.

   c.  Negligently failing to inspect and/or repair leaking freezers, coolers, or other store appliances so as to prevent the accumulation of leaking water onto floors that were open to the Defendant's business invitees.

  d.  Negligently following a mode of business operation that permitted water to leak from freezers, coolers, or other store appliances and accumulate on floors that were open to store patrons, such as the Plaintiff.

  e.  Negligently allowing water and/or a transitory foreign substance to accumulate and remain on the public floor for a sufficient length of time that the Defendant should have detected, corrected, cleaned and/or eliminated the dangerous condition.

  f.  Negligently failing to maintain its store premises in a reasonably safe condition and free from hazard or defect.

  g.  Negligently failing to warn the plaintiff of the dangerous condition despite having actual or constructive knowledge of the hazard, which was greater than that of the Plaintiff.

  8.  As a result of the of the above described negligence, Plaintiff, FRANK WOOTEN, suffered bodily injury and resulting in pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, the expense of hospitalization, medical, nursing, therapy, and rehabilitative care and treatment, loss of earnings, loss of ability to earn money, and the aggravation of previously existing conditions and/or diseases. These injuries and losses are all permanent and continuing in nature and the Plaintiff will continue to suffer said injuries and losses into the future.

WHEREFORE, the Plaintiff, FRANK WOOTEN, demands judgment against the Defendant, WINN-DIXIE STORES, INC., for a sum exceeding the minimum jurisdiction of this Court, plus the costs of prosecuting this action, and interest of all sums adjudged for the Plaintiff and against the Defendant.

<div style="text-align:right">
）MPLAINT FOR DAMAGES  
Wooten v. Winn-Dixie Stores, Inc.
</div>

## DEMAND FOR JURY TRIAL

Plaintiffs demand trial by jury as to all issues triable as of right by a jury.

<div style="margin-left:50%">

Respectfully submitted,

THE LAW FIRM OF  
GARCIA & SMITH, P.A.  
515 Whitehead Street  
Key West, FL 33040  
(305) 292-1437

_____  
RONALD E. SOLOMON, ESQ.  
Fla. Bar No.: 0121110

</div>