LAW OFFICES OF

# BADER, STILLMAN & ADLER, P.L.

6100 WEST ATLANTIC BOULEVARD
MARGATE, FLORIDA 33063

MAIN TELEPHONE 954/971-3399
TELEFAX 954/979-3101

ELIOT M. BADER, P.L.
PHILIP A. STILLMAN, P.A.
BRIAN H. ADLER, P.A.

SATELLITE OFFICES:
DELRAY BEACH
FORT PIERCE
HOLLYWOOD/NO. MIAMI BEACH
JACKSONVILLE
JUPITER/JUNO BEACH
ORLANDO
PALM BEACH GARDENS
TAMPA

REPLY TO: MARGATE

December 27, 2006

Mr. Dennis LeVine & Associates
103 South Boulevard
Tampa, FL 33606

RE: Our Client:          Willie Wright
    Date of Accident:    12/25/06

Dear Mr. LeVine:

Mr. Wright sustained injuries to his neck, lower back, and right hip when he tripped over a skateboard causing him to fall at the Winn Dixie located at 1531 NW 40th Avenue, Lauderhill, Florida, Fl 33313. This was a matter of negligence on behalf of the employees and management of Winn Dixie inasmuch as it was a failure to maintain the premises that contributed to this incident.

We have previously submitted a demand for $100,000.00 to settle this claim. Should you have any questions in this regard, please do not hesitate to contact me.

Very truly yours,

ELIOT M. BADER, ESQ

EMB; kr

C.c. Willie Wright

EXHIBIT A