KEITH R. MITNIK
HECTOR A. MORE
JOHN B. MORGAN
ULTIMA D. MORGAN
HENRY P. MOWRY
DANIEL J. NEWLIN
DONNY A. OWENS
JAMES O. PACITTI
R.A. PATTERSON, III
BRANDON S. PETERS
MICHAEL A. PETERS
RONSON J. PETREE
MICHAEL T. REESE
DAVID I. RICKEY
MARIO ROMERO
ROBERT J. SCANLAN
RANDY E. SCHIMMELPFENNIG †

Potter, Heather
WD 9822 US Highway 301 South, Riverview, FL 33569
The client tripped and fell over the rug at the front entrance. WD failed to have a properly fitting rug at the front entrance and furthermore, failed to straighten the rug for customers. DOL 12-05-2005. Case is on demand, no offers have been made, knee arthroscopy on 2-6-06. $250,000 demand

EXHIBIT A