# LAW OFFICES OF GEORGE F. RIESS & ASSOCIATES, L.L.C.
228 St. Charles Avenue, Suite 1224
New Orleans, LA   70130
Telephone: (504) 568-1962
Facsimile:  (504) 568-1965
georgeriess@riess-law.com

December 29, 2006

Clerk of Court
United States Courthouse
300 N. Hogan St., Suite 3-350
Jacksonville, Florida 32202

      Re:    United States Bankruptcy Court
               Middle District of Florida, Jacksonville Division
               In re:   Winn-Dixie Stores, Inc., et al
                      Reorganized Debtors
               Case No. 05-03817-3F1
               Chapter 11, Jointly Administered

Gentlemen:

      Please find enclosed a Motion for Payment of Administrative Expense Claim filed on behalf of Gwendolyn Miles.  We are filing this pleading to protect the interest of our client.

      Out of an abundance of caution we are forwarding this information to you via fax and E-mail to make sure that we are well within the deadline of January 5, 2007.

                                               Very truly yours,

                                               George F. Riess

GFR/pi
Enclosure
cc:    Service made by copy on James Post
cc:    Service made by copy to Application Counsel for the Post-Effective Date
        Committee delivery to Matthew, Barr, Milbank, Tweed, Hadley & McCloy, LLP

UNITED STATS BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

F I L E D
JACKSONVILLE, FLORIDA

JAN 0 3 2007

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:                                         *   Case No. 05-03817-3F1
                                               *
**Winn-Dixie Stores, Inc., et al**             *   Chapter 11
                                               *
**Reorganized Debtors**                        *   Jointly Administered
                                               *

****************************************

## MOTION FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

Plaintiff/Creditor, Gwendolyn Miles, through undersigned counsel, moves for payment of the Administrative Expense Claim represented by Gwendolyn Miles v. Winn Dixie Montgomery, Inc., No. 633-810, 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, "Division A", and in support thereof recites:

1.

On or about August 7, 2005 Ms. Miles was severely injured while shopping at a Winn Dixie store in Marrero, Louisiana, when she slipped and fell upon crushed grapes in an area of the market where there was no reason to expect such a foreign substance to be on the floor;

2.

As a result petitioner suffered and continues to suffer damages of a neurological and orthopedic nature, including neck, back, shoulders, and hip injuries for which she has been treated extensively in the past and for which extensive treatment is necessary in the future;

3.

At the time petitioner filed suit defendant, Winn Dixie Montgomery, Inc. was active and in good standing in the State of Louisiana, as evidenced by the record attached as Exhibit "B",

"Louisiana Secretary of State Detailed Record".

4.

Undersigned counsel estimates on the basis of quantum research and evaluation of like cases in Louisiana that Ms. Miles' case has a judgment value in excess of $130,000.00; Ms. Miles is amenable to negotiation of a fair settlement of her claim.

WHEREFORE, Plaintiff/Creditor prays that her motion for payment of administrative expense claim, as outlined above, be recognized by this honorable Court, that her claim not be barred or deemed waived or relinquished in any measure, and that negotiations, which had been ongoing prior to receipt of "Notice of Entry of Order Confirming Plan of Reorganization, etc" be resumed between the parties hereto.

Respectfully submitted,

_____
GEORGE F. RIESS (LA. BAR NO. 11266)
LAW OFFICES OF GEORGE F. RIESS
& ASSOCIATES, LLC
228 St. Charles Avenue, Suite 1224
New Orleans, LA 70130
Telephone: (504) 568-1962
Facsimile:  (504) 568-1965
Attorney for Plaintiff/Creditor,
Gwendolyn Miles

## ORDER

Considering the foregoing,

IT IS ORDERED that the Motion for Payment of Administrative Expense Claim of

Gwendolyn Miles be accepted and recognized, and, ultimately, honored in this proceeding.

_____
**BANKRUPTCY COURT**



# COMMERCIAL DIVISION
## Corporations Database



## Louisiana Secretary of State
### Detailed Record

Charter/Organization ID: 35845359F

Name: WINN-DIXIE MONTGOMERY, INC.

*Sec. of State gave this name as the current entity + agent*

Type Entity: Business Corporation (Non-Louisiana)

Status: Active

Annual Report Status: In Good Standing     Add Certificate of Good Standing to Shopping Cart

Last Report Filed on 12/12/2005

Mailing Address: 5050 EDGEWOOD COURT, JACKSONVILLE, FL 32254

Domicile Address: 5050 EDGEWOOD COURT, JACKSONVILLE, FL 32254

Principal Office: 5050 EDGEWOOD COURT, JACKSONVILLE, FL 32254

Principal Bus. Est. in Louisiana: 600 EDWARDS AVENUE, HARAHAN, LA 70151

Qualified: 12/29/2004

Registered Agent (Appointed 12/30/2004): CORPORATION SERVICE COMPANY, 320 SOMERULOS ST., B ROUGE, LA 70802-6129

President: JOEY MEDINA, 1550 JACKSON FERRY ROAD, MONTGOMERY, AL 36104

Vice President: MIKE ISTRE, 600 EDWARDS AVE., HARAHAN, LA 70151

Secretary/Treasurer: D. M. YOUNG, 5050 EDGEWOOD COURT, JACKSONVILLE, FL 32254

Additional officers may exist on document

Amendments on File
MERGER (01/31/2005)

New Search     View Cart



EXHIBIT
6

http://www.sos.louisiana.gov/cgibin?rqstyp=crpdtlC&rqsdta=35845359F     7/26/2006

**DIV. A**

**24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON**

**STATE OF LOUISIANA**

NUMBER: 633-810                               DIVISION " "

**GWENDOLYN MILES**

VS.

**WINN-DIXIE MONTGOMERY, INC.**

FILED: _____          _____
                                                                                    DEPUTY CLERK

## PETITION FOR DAMAGES

The petition of Gwendolyn Miles, through undersigned counsel, with respect represents:

I.

Petitioner is a person of the full age of majority who resides in Jefferson Parish, Louisiana;

II.

Defendant is a foreign corporation doing business in the State of Louisiana in Marrero, Louisiana as a grocer and vendor of food and other products, including cigarettes, and at all times material hereto had an affirmative obligation to make its premises safe and free of hazard for its customers;

III.

On or about August 7, 2005, petitioner was shopping in the Winn-Dixie store located off the Westbank Expressway in Marrero, Louisiana, when she slipped upon grapes, which had apparently been dropped and stepped on by others prior to petitioner's slip and fall;

IV.

Prior to her slip and fall petitioner had been shopping for soft drinks, then rounded a counter to purchase cigarettes and immediately prior to her slip and fall her attention was appropriately

customers would traverse in shopping for products for sale by defendant;

VI.

Petitioner has suffered grievously, including mental pain and suffering, severe physical pain and suffering, and she has special damages including lost income, cost of medical care and such other damages as will be proven at trial.

WHEREFORE, petitioner prays that defendant be duly served and cited with her petition and that after due proceedings had there be judgment in her favor for any and all damages sustained and incurred as the result of defendant's negligence and want of care.

GEORGE F. RIESS (LA. BAR NO. 11266)
LAW OFFICES OF GEORGE F. RIESS
& ASSOCIATES, L.L.C.
228 St. Charles Avenue, Suite 1224
New Orleans, LA 70130
Telephone: (504) 568-1962
Facsimile:  (504) 568-1965
Attorney for Plaintiff, Gwendolyn Miles

PLEASE SERVE:

WINN-DIXIE MONTGOMERY, INC.
through its registered agent of service
CORPORATION SERVICE COMPANY
320 Somerulos Street
Baton Rouge, LA 70802-6129



Louisiana Secretary of State

# COMMERCIAL DIVISION
## Corporations Database



### Louisiana Secretary of State
### Detailed Record

Charter/Organization ID: 35845359F

Name: WINN-DIXIE MONTGOMERY, INC.

*Sec. of State gave this name as the current entity & agent*

Type Entity: Business Corporation (Non-Louisiana)

Status: Active

Annual Report Status: In Good Standing      Add Certificate of Good Standing to Shopping Cart

Last Report Filed on 12/12/2005

Mailing Address: 5050 EDGEWOOD COURT, JACKSONVILLE, FL 32254

Domicile Address: 5050 EDGEWOOD COURT, JACKSONVILLE, FL 32254

Principal Office: 5050 EDGEWOOD COURT, JACKSONVILLE, FL 32254

Principal Bus. Est. in Louisiana: 600 EDWARDS AVENUE, HARAHAN, LA 70151

Qualified: 12/29/2004

Registered Agent (Appointed 12/30/2004): CORPORATION SERVICE COMPANY, 320 SOMERULOS ST., B ROUGE, LA 70802-6129

President: JOEY MEDINA, 1550 JACKSON FERRY ROAD, MONTGOMERY, AL 36104

Vice President: MIKE ISTRE, 600 EDWARDS AVE., HARAHAN, LA 70151

Secretary/Treasurer: D. M. YOUNG, 5050 EDGEWOOD COURT, JACKSONVILLE, FL 32254

Additional officers may exist on document

Amendments on File
MERGER (01/31/2005)

New Search      View Cart



EXHIBIT
B

http://www.sos.louisiana.gov/cgibin?rqstyp=crpdtlC&rqsdta=35845359F        7/26/2006