**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et</u> <u>al.</u>, | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF AGREED ORDER OF RESOLUTION OF (I) CLAIM NUMBER 11787 FILED BY CATAMOUNT ATLANTA, LLC, AND (II) THE ADMINISTRATIVE EXPENSE APPLICATIONS FILED BY CATAMOUNT ROCKINGHAM, LLC AND CATAMOUNT ATLANTA, LLC**

---

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

The Court will consider this matter without further notice or hearing unless a party in interest files an objection within 3 business days from the date of service of this paper. If you object to the relief requested in this paper, you must (a) file your response with the Clerk of the Bankruptcy Court in accordance with the Court's electronic filing procedures or at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and (b) serve a copy by email and fax on (i) Winn-Dixie Stores, Inc. c/o Jay Castle, Esq., 5050 Edgewood Court, Jacksonville, Florida 32254, JayCastle@winn-dixie.com, (ii) James H. Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, jpost@smithhulsey.com and (ii) Rosalie Gray, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, rgray@skadden.com.

If you file and serve a response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file a response within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates (the "Debtors") give notice of the proposed entry of the attached Agreed Order Resolving (i) Claim Number 11787 filed by Catamount Atlanta, LLC, and (ii) the Administrative Expense Applications filed by Catamount Rockingham, LLC and Catamount Atlanta, LLC.

If no objection to the proposed Agreed Order is filed and served within the time set forth above, the Court will be requested to enter the Agreed Order without further notice or hearing.

Dated: January 3, 2007

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D. J. Baker*  <br>    D. J. Baker <br>    Sally McDonald Henry <br>    Rosalie Walker Gray <br>    Adam S. Ravin | By   *s/ James H. Post*  <br>    Stephen D. Busey <br>    James H. Post <br>    Cynthia C. Jackson, <br>    Florida Bar Number 175460 |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (212) 735-2000 (facsimile) <br> djbaker@skadden.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida  32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> jpost@smithhulsey.com |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

**Certificate of Service**

I certify that a copy of this document has been furnished electronically and by facsimile to the Post-Effective Date Committee, c/o Matthew Barr, Esq. and Michael Comerford, Esq., Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, mbarr@milbank.com, mcomerford@milbank.com, this 3rd day of January, 2007.



*Adam S. Ravin*
Attorney

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 <br> ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* <br> ) |
| Reorganized Debtors.[1] | ) Jointly Administered <br> ) |

**AGREED ORDER RESOLVING (I) CLAIM NUMBER
11787 FILED BY CATAMOUNT ATLANTA, LLC, AND (II) THE
ADMINISTRATIVE EXPENSE APPLICATIONS FILED BY
CATAMOUNT ROCKINGHAM, LLC AND CATAMOUNT ATLANTA, LLC**

These causes originally came before the Court upon (a) the Twentieth Omnibus Objection to Claims (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"), (b) Catamount Rockingham, LLC's Motions for Payment of Postpetition Administrative Claims (Store 2045) filed against Winn-Dixie Raleigh, Inc. and Winn-Dixie Stores, Inc., respectively (Docket Nos. 11151 and 11152), and (c) Catamount Atlanta, LLC's Motions for Payment of Postpetition Administrative Claims (Store 2712) filed against Winn-Dixie Montgomery, Inc. and Winn-Dixie Stores, Inc., respectively (Docket Nos. 11643 and 11642) (collectively, the "Motions").[2]

Included among the several proofs of claim that were the subject of the Objection was Claim Number 11787, which relates to amounts allegedly owed under a non-residential real property lease for a store the Debtors had at one time leased in Atlanta, Georgia (Store No.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Agreed Order shall have the meaning ascribed to them in the Objection.

2712). Specifically Claim No. 11787 was filed by Catamount Atlanta, LLC, the landlord for Store No. 2712 ("Catamount Atlanta"), seeking amounts for rejection damages (under both a ground lease and building lease), CAM, taxes, insurance, security charges and attorney's fees.

Additionally, the Motions filed by Catamount Rockingham, LLC ("Catamount Rockingham") and Catamount Atlanta, respectively, sought various amounts for postpetition items including CAM, insurance, taxes and attorneys fees associated with the leases for Store No. 2045 and Store No. 2712, respectively.

Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim Number 11787 is allowed as a Class 13 Landlord Claim in the liquidated amount of $247,000;

2. The claim sought in the Motion of Catamount Atlanta (Docket No. 11643) is allowed as an Administrative Claim in the amount of $9,864.17, which is the net amount due after other payments made by the Debtors in the ordinary course of business;

3. The claim sought in the Motion of Catamount Rockingham (Docket No. 11151) is allowed as an Administrative Claim in the amount of $16,011.77;

4. The Motions filed against Winn-Dixie Stores, Inc. by Catamount Atlanta (Docket No. 11642) and Catamount Rockingham (Docket No. 11152), respectively, are denied with prejudice.

5. The Court shall retain jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this ____ day of _____, 2007 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| SMITH HULSEY & BUSEY | KRIEG DEVAULT LLP |
|---|---|
| By  /s/ James H. Post  <br>     James H. Post<br>     Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile) | By  /s/ C. Daniel Motsinger[*]  <br>     C. Daniel Motsinger<br>     Florida Bar Number 0362875<br>One Indiana Square, Suite 2800<br>Indianapolis IN 46204-2079<br>(317) 238-6280<br>(317) 636-1507 (facsimile) |
| -and- | -and- |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | HELD & ISRAEL |
| D. J. Baker<br>Sally McDonald Henry<br>Rosalie Walker Gray<br>Adam S. Ravin<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br><br>Co-Counsel for Reorganized Debtors | By  /s/ Adam N. Frisch[*]  <br>     Adam N. Frisch<br>     Florida Bar Number 635308<br><br>Kimberly Held Israel (FL 47287)<br>Adam N. Frisch (FL 635308)<br>1301 Riverplace Blvd., Suite 1916<br>Jacksonville, Florida 32207<br>(904) 398-7038<br>(904) 398-4283 (facsimile)<br><br>Co-Counsel for Catamount Atlanta, LLC and Catamount Rockingham, LLC |

[*] Counsel have authorized their electronic signature.

4