UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flsb.uscourts.gov

In Re:

WINN DIXIE STORES, INC., et al.,            Case No. 3:05-bk-03817-JAF

        Debtors.            Chapter 11 – Jointly Administered
_____/

**APPLICATION FOR ALLOWANCE OF ADMINSITRATIVE CLAIM
FOR POST-PETITION PERSONAL INJURY CLAIMANT**

    Movant, Irma Isaza (the "Movant"), by and through undersigned counsel, and pursuant to 11 U.S.C. §503, respectfully requests this Court enter an Order approving this application for payment of administrative expense claim against the Estate, and to authorize payment of this claim (the "Application"), and in support thereof states as follows:

    1.    On February 21, 2005, the Debtors filed Voluntary Petitions under Chapter 11 of the U.S. Bankruptcy Code in the Southern District of New York and were transferred to this Court on April 13, 2005.

    2.    On November 9, 2006, this Court entered an Order confirming Debtors' Joint Plan of Reorganization (the "Confirmation Order") [CP #12440].

    3.    The Confirmation Order provides that pursuant to Section 12.1 of Debtors' Joint Plan of Reorganization (the "Plan"), the deadline for filing requests for payment of post-petition administrative claims is January 5, 2007 (the "Administrative Claims Bar Date").

    4.    On 4/15/2006, the Movant suffered personal injuries as a result of negligence by the Debtors at *Store #326, 7015 University Drive, Tamarac, FL 33321*.

KLUGER, PERETZ, KAPLAN & BERLIN, P.L., 201 SO. BISCAYNE BLVD., SUITE 1700, MIAMI, FL 33131  305.379.9000
2385 NW EXECUTIVE CENTER DRIVE, SUITE 300, BOCA RATON, FL 33431  561.961.1831

{BANKRUPTCY\0110\0779/M0383395 v.1; 1/2/2007 04:20 PM}

5. The personal injury claim of the Movant has yet to be liquidated.

6. Thus, pursuant to the Confirmation Order and the Plan, this Application is timely.

7. The Court may award an administrative expense priority under §503(b) for the "actual, necessary costs and expenses of preserving the estate…." 11 U.S.C. §503(b)(1).

8. Damages arising from a post-petition tort committed by a debtor are entitled to administrative expense status.[1]

9. The Movant respectfully requests the Court enter an Order allowing this post-petition administrative expense claim, subject to liquidation by either consent of the parties or a court of competent jurisdiction. Upon liquidation of this post-petition claim, the Movant requests the Court enter an order requiring the Debtors to pay the allowed administrative claim in full.

10. In accordance with the Confirmation Order and Section 12.1 of the Plan, Movant has served a copy of the Application on counsel for the Reorganized Debtors and the Post-Effective Date Committee.

WHEREFORE, the Movant, Irma Isaza requests that this Court enter an Order (1) deeming the administrative claim asserted by the Movant as a timely assertion of an administrative claim subject to liquidation by either consent of the parties or a court of competent jurisdiction; (2) requiring the Debtors to pay the administrative expense claim

---

[1] See, e.g., *Reading Co. v. Brown*, 391 U.S. 471, 485, 88 S.Ct. 1759, 20 L.Ed.2d 751 (1968) (holding) that damages resulting from fire caused by receiver's negligence were administrative expenses); *Reading Co. v. Brown*, 391 U.S. 471, 485, 88 S.Ct. 1759, 20 L.Ed.2d 751 (1968 (holding) that damages resulting from fire caused by receiver's negligence were administrative expenses); *In re Piper Aircraft Corp.*, 1169 B.R. 766 (Bkrtcy. S.D. Fla. 1994).

KLUGER, PERETZ, KAPLAN & BERLIN, P.L., 201 SO. BISCAYNE BLVD., SUITE 1700, MIAMI, FL 33131  305.379.9000
2385 NW EXECUTIVE CENTER DRIVE, SUITE 300, BOCA RATON, FL 33431  561.961.1831

{BANKRUPTCY\0110\0779/M0383395 V.1; 1/2/2007 04:20 PM}

immediately upon entry of an order allowing the claim; and (3) granting any such further relief as this Court deems just and proper.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Electronic Notice upon each of the parties identified below this 3rd day of January, 2007.

        KLUGER, PERETZ, KAPLAN & BERLIN, P.L.
        Attorneys for the Movant
        Miami Center, Seventeenth Floor
        201 So. Biscayne Blvd.
        Miami, Florida 33131
        Telephone: (305) 379-9000
        Facsimile: (305) 379-3428

By: _____*s/Eyal Berger*_____
        D. Brett Marks, Esq.
        Fla. Bar No. 0099635
        bmarks@kpkb.com
        Eyal Berger, Esq.
        Fla. Bar No. 11069
        eberger@kpkb.com

KLUGER, PERETZ, KAPLAN & BERLIN, P.L., 201 SO. BISCAYNE BLVD., SUITE 1700, MIAMI, FL 33131  305.379.9000
2385 NW EXECUTIVE CENTER DRIVE, SUITE 300, BOCA RATON, FL 33431  561.961.1831

{BANKRUPTCY\0110\0779/M0383395 v.1; 1/2/2007 04:20 PM}

# SERVICE LIST
## (VIA ELECTRONIC NOTICE)

Steven M Abramowitz    sabramowitz@velaw.com
Albert H Adams    irbylawfirm@bellsouth.net
Rachel E Adams    radams@sctlaw.com
Adam L Alpert    aalpert@bushross.com, bnkecf@bushross.com;egross@bushross.com
Amroc Investments, LLC    dleinwand@amrocinvestments.com
Rod Anderson    rod.anderson@hklaw.com, wendysue.henry@hklaw.com
Melissa H Andrade    mandrade@bmaklaw.com
Jerald N Andry    jayandry@cox.net
D. J. Baker    djbaker@skadden.com
Kenneth C Baker    kcbaker@eastmansmith.com
Charles S Ball    sball@bcattys.com, dratliff@bcattys.com
Helen D Ball    hball@bradleyarant.com, hball@bradleyarant.com
Frank E Ballard    ericalpayne@insightbb.com
Zachary J Bancroft    zachary.bancroft@lowndes-law.com
William W Banks    wright.banks@law.state.ga.us
Dale R Baringer    dale@baringerlawfirm.com, karen@baringerlawfirm.com
Earl M. Barker    embarker@bellsouth.net, hollynf@bellsouth.net;dlhartwell@bellsouth.net
Kelly M Barnhart    kbarnhart@mskpc.com
Matthew Scott Barr    mbarr@milbank.com, lmandel@milbank.com,mcomerford@milbank.com,jbrewster@milbank.com
Paul C Bartley    bartleylaw@knology.net
Gene Barton    gbartonatty@bellsouth.net
Philip A Bates    philipbates@bellsouth.net, lucysmith@bellsouth.net
Matt E Beal    matt.beal@lowndes-law.com
Rick J Bearfield    rjbearfield@bearmc.com
Jeffrey R. Becker    vsimpson@hidayricke.com
Brian S Behar    bsb@bgglaw.net
Richard M Behr    rbehr@florida-law.com
Keith L Bell    kbell@cphlaw.com
Marc A. Ben-Ezra    mben-ezra@fcllaw.com
Jay R Bender    jbender@bradleyarant.com
Lee R Benton    lbenton@bcattys.com, cturner@bcattys.com
Leslie A Berkoff    lberkoff@moritthock.com
Richard J Bernard    rbernard@bakerlaw.com
Brendan G. Best    bbest@dykema.com
John G Bianco    jgb@trippscott.com, dst@trippscott.com
Stephenie M. Biernacki    sbiernacki@gray-robinson.com
James E Bird    jbird@pswslaw.com
Ace J Blackburn    ablackburn@cmlbro.com, crankine@cmlbro.com
David A. Blansky    dab@lhmlawfirm.com
James A. Bledsoe    jab@bslmr.com
Johnathan C Bolton    jbolton@fulbright.com
Wanda Borges    borgeslawfirm@aol.com
Chad S. Bowen    ecf@jennisbowen.com, mclift@jennisbowen.com;kkearney@jennisbowen.com;nbisignano@jennisbowen.com;agavin@jennisbowen.com
Beau Bowin    bbowin@smithhulsey.com
Michael T. Bowlus    mbowlus@fjbd.com
Wesley J Boyer    wjboyer_2000@yahoo.com
Jean Winborne Boyles    jboyles@jhvgmlaw.com
Dustin P Branch    dustin.branch@kattenlaw.com, carole.levine@kattenlaw.com,jeri.bradshaw@kattenlaw.com,kathleen.beaver@kattenlaw.com,adelle.shafer@kattenlaw.com
John S Brannon    john.brannon@tklaw.com
Meredith N Brasca    mnbrasca@aol.com
Clyde E Brazeal    ebrazeal@walstonwells.com
Wendy D Brewer    wbrewer@btlaw.com, mrilyn.strange@btlaw.com,bankruptcyindy@btlaw.com

KLUGER, PERETZ, KAPLAN & BERLIN, P.L., 201 SO. BISCAYNE BLVD., SUITE 1700, MIAMI, FL 33131  305.379.9000
2385 NW EXECUTIVE CENTER DRIVE, SUITE 300, BOCA RATON, FL 33431  561.961.1831

{BANKRUPTCY\0110\0779/M0383395 V.1; 1/2/2007 04:20 PM}

John P Brice    lexbankruptcy@wyattfirm.com
Brian P Britt    cpizzotti@wbbwlaw.com
Keith E Broll    keithbroll@riceroselaw.com
James M Brown    mbrown@gwblawfirm.com
Robert J Brown    lexbankruptcy@wyattfirm.com
Scott N Brown    snb@smrw.com
Andrew M. Brumby    abrumby@shutts-law.com, rhicks@shutts-law.com
W. Steven Bryant    hobankecf@lockeliddell.com
Rachel S Budke    rachel_budke@fpl.com
Jason B. Burnett    jburnett@gray-robinson.com, jconley@gray-robinson.com
Stephen D. Busey    busey@smithhulsey.com
Thomas R. Califano    thomas.califano@dlapiper.com
David P Canas    dpc@h3gm.com
L Phillip Canova    pcanova@eatel.net, canodel109@eatel.net
Stephen R Caplan    scaplan860@aol.com, melissa@stephencaplan.com
Dawn A Carapella    dacarapella@trenam.com
Rilyn A Carnahan    rcarnahan@ebcblaw.com
James S. Carr    jcarr@kelleydrye.com
Linda J. Casey    caseyl@pepperlaw.com
George B Cauthen    george.cauthen@nelsonmullins.com, georgia.vernon@nelsonmullins.com
Myers Carroll Cayer    cayer@terrellhogan.com
Michael E Cecil    courtmail@schuylaw.com
Jeffrey A Chadwick    jeffrey.chadwick@kattenlaw.com
Lee Champion    kew@psstf.com
B Summer Chandler    schandler@mckennalong.com
Stephen G Charpentier    steve@brevardlawyer.com
Robin Bryan Cheatham    robin.cheatham@arlaw.com
Michael S J Chernau    chernaum@chesterfield.gov
Charles I Cohen    ccohen@furrcohen.com
Lance Paul Cohen    cohenthurston@cs.com
Michael E Collins    mcollins@manierherod.com, mranks@manierherod.com,tpennington@manierherod.com,swilliams@manierherod.com
Neal D. Colton    NColton@Cozen.com
Contrarian Funds, LLC    alisa@contrariancapital.com
David J Cook    cookdavidj@aol.com
Kenneth D Cooper    kcooper543@aol.com
C. Timothy Corcoran    ctcorcoran@mindspring.com, asst.ctcorcoran@mindspring.com
Andre G Coudrain    agc@clcsattorneys.com
Betsy C Cox    bcox@rtlaw.com, sb1@rtlaw.com
David N Crapo    dcrapo@gibbonslaw.com
Gregory K. Crews    greg@crewslegal.com
John J Cruciani    jcruciani@blackwellsanders.com
James O Cure    jocure@cureandfrancis.net
Timothy J. Curtin    tjcurtin@varnumlaw.com
Vincent E Damian    vdamian@skdrlaw.com
Gardner F. Davis    gdavis@foley.com, bmjones@foley.com
Ronald J Davis    rdavis@rondavislaw.com
Ryan E Davis    rdavis@whww.com, rwilliams@whww.com
Heather D Dawson    hdawson@kkgpc.com, mkelley@kkgpc.com
Michael R DeMinico    mike.deminico@dennishernandez.com
Robert J Dehney    rdehney@mnat.com, mflynn@mnat.com
Caryl E. Delano    cdelano@addisondelano.com, dlesnek@addisondelano.com;litigation1@addisondelano.com
Scott A DiSalvo    sdisalvo@faziodisalvo.com
Angel R Diaz    adiaz@kirshnerandgroff.com
John P Dillman    houston_bankruptcy@publicans.com
Jeffrey R Dollinger    dollinger@scruggs-carmichael.com
Matthew M Donaldson    mdonaldson@kennedylawgroup.com
Mary Joanne Dowd    dowd.mary@arentfox.com
Christie L Dowling    cdowling@balch.com
Mark G Duncan    mduncan@dwyercambre.com
Dennis F. Dunne    ddunne@milbank.com
Michael J Durrschmidt    mdurrschmidt@hirschwest.com, tjimenez@hirschwest.com

KLUGER, PERETZ, KAPLAN & BERLIN, P.L., 201 SO. BISCAYNE BLVD., SUITE 1700, MIAMI, FL 33131  305.379.9000
2385 NW EXECUTIVE CENTER DRIVE, SUITE 300, BOCA RATON, FL 33431  561.961.1831

{BANKRUPTCY\0110\0779/M0383395 V.1; 1/2/2007 04:20 PM}

David W. Dykhouse    dwdykhouse@pbwt.com
Andrew B. Eckstein    aeckstein@blankrome.com
Michael L. Edwards    mleclo@bellsouth.net
Henry A. Efroymson    henry.efroymson@icemiller.com
Jason H Egan    jegan@mowreylaw.com
C Craig Eller    celler@broadandcassel.com
Earle I Erman    eerman@ermanteicher.com
Elena L Escamilla    elena.l.escamilla@usdoj.gov
William L Esser    willesser@parkerpoe.com
William J. Factor    wfactor@seyfarth.com
Fair Harbor Capital, LLC    fglass@fairharborcapital.com
Anthony V Falzon    afalzon@miami-law.net
Alexandra S Fannon    silvaa@ci.richmond.va.us
Oscar B Fears    bo.fears@law.state.ga.us
David B. Ferebee    ferebeeatlaw@bellsouth.net, dbf1law@hotmail.com
Lara Roeske Fernandez    lrfernandez@trenam.com, klgerber@trenam.com
Richard L Ferrell    ferrell@taftlaw.com
Charles J. Filardi    charles@filardi-law.com
Brian T FitzGerald    fitzgeraldb@hillsboroughcounty.org, litigation@hillstax.org;fredericks@hillsboroughcounty.org;matthewsl@hillsboroughcounty.org
Deborah L Fletcher    DFletcher@KilpatrickStockton.com
J David Forsyth    jdf@sessions-law.com
Tompkins A Foster    tfoster@fosterandlindeman.com
Sally B Fox    sfox@esclaw.com
Shawn Randall Fox    sfox@mcguirewoods.com, rcox@mcguirewoods.com
Joseph D Frank    jfrank@fgllp.com, ccarpenter@fgllp.com;jkleinman@fgllp.com
Rodger J Friedline    bankruptcy@fandmlaw.com
Barry A Friedman    bky@bafmobile.com, fern@bafmobile.com
Mark J Friedman    mark.friedman@dlapiper.com
Adam Frisch    afrisch@hilawfirm.com, afrisch@hilawfirm.com
Kenneth O Fritz    fritz_ken@mail.chattanooga.gov
Mary Louise Fullington    lexbankruptcy@wyattfirm.com
Todd Mark Galante    tmg@stjohnlaw.com
J. Nathan Galbreath    ngalbreath@pattonboggs.com
Jay M Gamberg    lbernstein@gamberglaw.com
David L Gay    dgay@smithhulsey.com
Gill R Geldreich    icflorida@state.tn.us
Melody D Genson    melodydgenson@verizon.net
Charles L. Gibbs    cgibbs@papmet.com
James S Ginocchio    jim.ginocchio@hcpros.org
Gary Ginsburg    gginsburg@ngmpc.com
Robert S Gipe    jtripp@papaandgipe.com
James J. Glover    jglover@wlj.com
Eric S Golden    egolden@bakerlaw.com, mccoy@bakerlaw.com;OrlBakerDocket@bakerlaw.com
Alberto F Gomez    algomez@morsegomez.com
Priscilla W Grannis    priscilla@rjlaw.com
Danielle K Greco    danielle_greco@alnb.uscourts.gov, hball@bradleyarant.com
Ira S. Greene    isgreene@hhlaw.com
Reginald A. Greene    reginald.greene@bellsouth.com
Paige A. Greenlee    pgreenlee@hwhlaw.com
Kyle R Grubbs    kgrubbs@fbtlaw.com
Rudi R Grueneberg    rgrueneberg@rglawgroup.com
Brian F Guillot    bfguil@cox.net
Allen J Guon    aguon@shawgussis.com
Jordi Guso    jguso@bergersingerman.com, fsellers@bergersingerman.com
Jim H Guynn    jim.guynn@g-mpc.com
Matthew W Hamilton    mhamilton@amph.com
Marc L. Hamroff    mhamroff@moritthock.com
Brian T Hanlon    tc_legal_services@co.palm-beach.fl.us
David M Hansen    david.hansen@la.gov
Catherine A Harrison    charrison@millermartin.com, pjstarr@millermartin.com;gbisbee@millermartin.com
John W Harrison    johnwharrison@bellsouth.net

Kluger, Peretz, Kaplan & Berlin, P.L., 201 So. Biscayne Blvd., Suite 1700, Miami, FL 33131   305.379.9000
2385 NW Executive Center Drive, Suite 300, Boca Raton, FL 33431   561.961.1831

{Bankruptcy\0110\0779/M0383395 v.1; 1/2/2007 04:20 PM}

Patrick L. Hayden    phayden@mcguirewoods.com
Edwin W Held    eheld@hilawfirm.com
Larry D. Henin    lhenin@andersonkill.com
Neil E Herman    Nherman@morganlewis.com
Henry Hernandez    bankruptcy@lawperez.com
Kenneth D. Herron    kherron@whmh.com , jsenecal@whmh.com,poates@whmh.com
David E. Hicks    courtinfo@bcylaw.com
Terrance A Hiller    tah@kompc.com
John E Hinkel    jhinkel@fmblaw.com
Robert L Holladay    robert.holladay@youngwilliams.com
Ralph E Hood    rhood@khmllp.com
Brian D. Huben    brian.huben@kattenlaw.com
Phillip M Hudson    pmhudson@arnstein.com, rkcummings@arnstein.com
Patrick L Huffstickler    plhuffst@coxsmith.com
John B Hutton    huttonj@gtlaw.com, huttonj@gtlaw.com
Troy J Iannucci    lawyers@latourlawfirm.com
Kimberly H. Israel    , khisrael@hilawfirm.com
Kimberly H. Israel    khisrael@hilawfirm.com, khisrael@hilawfirm.com
Camille J Iurillo    ciurillo@iurillolaw.com
Cynthia C. Jackson    cjackson@smithhulsey.com
Edward P Jackson    edward@edwardpjackson.com, jo@edwardpjackson.com
Michael D Jankowski    mjankows@reinhartlaw.com
Solomon J. Jaskiel    soljas@aol.com
David S Jennis    ecf@jennisbowen.com,
mclift@jennisbowen.com;kkearney@jennisbowen.com;agavin@jennisbowen.com;nbisignano@jennisbowen.com
Jason Ward Johnson    jason.johnson@lowndes-law.com, joann.anderson@lowndes-law.com
Harold D Jones    hjones@jshllp.com, rlieman@jshllp.com
Katherine H Jones    kjones@roanokecountyva.gov
Richard K. Jones    rkjones@mppkj.com
Stanley K Joynes    sjoynes@joynesknight.com
Benjamin A Kahn    bkahn@npaklaw.com, donna.roland@jpfinancial.com
Jon E Kane    jkane@mateerharbert.com, ccrumrine@mateerharbert.com
Ronald Scott Kaniuk    rkaniuklaw@aol.com
Matthew E Kaplan    mkaplan@kaplanfreedman.com
Andrew C. Kassner    kassneac@dbr.com
Amy K Kaufman    akkaufman@ag.state.oh.us
Dena C Kaufman    dckaufman@hhlaw.com, khseal@hhlaw.com,bjgrieco@hhlaw.com
Michael A Kaufman    michael@mkaufmanpa.com
Craig I Kelley    craig@kelleylawoffice.com, martha@kelleylawoffice.com
Kentucky Department of Revenue    jenniferl.howard@ky.gov
Mark S. Kessler    apksm@aol.com
Elena P. Ketchum    eketchum.ecf@srbp.com
Jocelyn Keynes    jk@stevenslee.com
Rehan N. Khawaja    khawaja@fla-bankruptcy.com
Luke A Kill    lkill@sgpc.com
Scott T Kimmel    skimmel100@aol.com, kjazz1794@comcast.net
Roy S Kobert    orlandobankruptcy@broadandcassel.com
Michael S Kogan    mkogan@ecjlaw.com, slee@ecjlaw.com
Alan W Kornberg    jgladstone@paulweiss.com
Gerard M Kouri    gmkouripa@bellsouth.net
John W Kozyak    jk@kttlaw.com, ypaz@kttlaw.com,la@kttlaw.com
Stuart A. Krause    skrause@zeklaw.com
Joyce A Kuhns    jkuhns@saul.com
Ian J Kukoff    ian.kukoff@blaxgray.com
Jeffrey Kurtzman    JKurtzma@Klehr.com
Nina M LaFleur    nina@lafleurlaw.com
Maria J LaSala    mjlasala@aol.com
Darryl S. Laddin    bkrfilings@agg.com
Thomas J Lallier    tlallier@foleymansfield.com
David M Landis    dlandis@mateerharbert.com, hubillus@mateerharbert.com
Robert P Laney    blaney@mcelweefirm.com
David W Langley    dave@flalawyer.com

KLUGER, PERETZ, KAPLAN & BERLIN, P.L., 201 SO. BISCAYNE BLVD., SUITE 1700, MIAMI, FL 33131  305.379.9000
2385 NW EXECUTIVE CENTER DRIVE, SUITE 300, BOCA RATON, FL 33431  561.961.1831

{BANKRUPTCY\0110\0779/M0383395 V.1; 1/2/2007 04:20 PM}

David L Langston     lancelangston@earthlink.net
Gregory A. Lawrence     greg@lawyers-jacksonville.com
William Edward Lawton     Wlawton@drml-law.com
Elena Lazarou     elazarou@reedsmith.com
Robert L LeHane     rlehane@kelleydrye.com, BankruptcyCourt@KelleyDrye.com
Dennis J LeVine     courtinfo@bcylaw.com
Thomas J Leanse     thomas.leanse@kattenlaw.com, carole.levine@kattenlaw.com;kathleen.beaver@kattenlaw.com;jeri.bradshaw@kattenlaw.com;adelle.shafer@kattenlaw.com
Thomas R Lehman     esf@tewlaw.com, trl@tewlaw.com
David E Lemke     david.lemke@wallerlaw.com, chris.cronk@wallerlaw.com;cathy.thomas@wallerlaw.com;wallerbankruptcy@wallerlaw.com
Chris Lenhart     lenhart.chris@dorseylaw.com
Patrick T Lennon     ptl@macfar.com
Alvin R Lenoir     alvinlenoir@yahoo.com
James P S Leshaw     leshawj@gtlaw.com
Bruce Levinson     b.levinson@verizon.net
Mark A Levy     mark.levy@brinkleymcnerney.com
Joseph W Lewis     Joelewislaw@yahoo.com
Stephen Lewis     slewis@stoltzusa.com
Luisa M Linares     llinareslaw@aol.com
Alan Jay Lipkin     maosbny@willkie.com
Liquidity Solutions, Inc     lsi@liquiditysolutions.com, sfriedberg@liquiditysolutions.com;rminkoff@liquiditysolutions.com
Louis L Long     long@chesserbarr.com, johnna@chesserbarr.com
Sara E Lorber     slorber@seyfarth.com
Margaret C Lumsden     mclumsden@ulslaw.com
John B. Macdonald     john.macdonald@akerman.com
Madison Liquidity Investors, LLC     sbishop@madisonliquidity.com
Richard H Malchon     richard.malchon@ruden.com
Jeffrey S. Margolin     margolin@hugheshubbard.com
Robert M Marino     rmarino@reedsmith.com
Bradley R Markey     BRM@stmlaw.net, SMR@stmlaw.net
Michael C Markham     mikem@jpfirm.com, cathyk@jpfirm.com
Johanna E Markind     jmarkind@att.net
Lawrence J Marraffino     ljmarra@bellsouth.net
James W Martin     jmartin@simplawatlanta.com
Philip V Martino     philip.martino@dlapiper.com, christy.soberanis@dlapiper.com
Kenneth G. M. Mather     kmather@hinshawlaw.com
Marie A Mattox     marie@mattoxlaw.com, frances@mattoxlaw.com
Walter F. McArdle     wfm@spain-gillon.com
Annette Kerlin McBrayer     amcbrayer@ebglaw.com
Charles W. McBurney     cmcburney@bellsouth.net
Charles S. McCall     charles.mccall@hklaw.com
Jerrett M. McConnell     bankruptcy@fandmlaw.com
John H. McCorvey     jm1062@aol.com
C Luckey McDowell     luckey.mcdowell@bakerbotts.com
David R McFarlin     dmcfarlin@whmh.com, psmith@whmh.com,mbretana@whmh.com
Richard J McIntyre     rjmcintyre@trenam.com
Thomas H. McLain     tmclain@fishersauls.com
William S McMahon     wmcmahon@choate.com
Austin L. McMullen     amcmulle@bccb.com
Andrew D McNamee     amcnamee@swmwas.com, larrazola@swmwas.com;cgraver@swmwas.com
Marc T McNamee     mmcnamee_br@nealharwell.com
Derek F Meek     dmeek@burr.com, msolomon@burr.com;jcrawfor@burr.com
Kenneth C Meeker     ken.meeker@usdoj.gov
Richard M. Meth     rmmnybankruptcy@pitneyhardin.com
Laura D Metzger     ldmetzger@mayerbrownrowe.com
Lawrence H Meuers     lmeuers@meuerslawfirm.com, snurenberg@meuerslawfirm.com;lcastle@meuerslawfirm.com;nbucciarelli@meuerslawfirm.com
G Christopher Meyer     cmeyer@ssd.com
Robert C Meyer     meyerrobertc@cs.com

KLUGER, PERETZ, KAPLAN & BERLIN, P.L., 201 SO. BISCAYNE BLVD., SUITE 1700, MIAMI, FL 33131  305.379.9000
2385 NW EXECUTIVE CENTER DRIVE, SUITE 300, BOCA RATON, FL 33431  561.961.1831

{BANKRUPTCY\0110\0779/M0383395 V.1; 1/2/2007 04:20 PM}

Todd C Meyers    tmeyers@kilpatrickstockton.com
Philip E Miles    pmiles@alabamatortlaw.com
Christopher C. Miller    cmiller@mgm.com
Kathleen M. Miller    kmm@skfdelaware.com
Stephen M Miller    smiller@morrisjames.com
David F Mills    david@mastschulz.com
Mark Minuti    mminuti@saul.com
T David Mitchell    tdavidmitchell@msn.com
Joseph Thomas Moldovan    jmoldovan@morrisoncohen.com, bankruptcy@morrisoncohen.com
Richard A Montague    rmontague@wellsmoore.com
Brett S. Moore    bsmoore@pbnlaw.com
Frank H Moore    hmoore@cmbfirm.com, dbrewer@cmbfirm.com
John A Moore    jmoore@pogolaw.com
Mindy A Mora    mmora@bilzin.com, eservice@bilzin.com;lflores@bilzin.com;mfoster@bilzin.com
Lee P Morgan    lmorgan@morganlawyers.com
Deborah M Morris    deborah.m.morris@usdoj.gov
C Daniel Motsinger    cmotsinger@kdlegal.com, ispells@kdlegal.com,Roeosc@aol.com
Richard H Nash    mbarnes06@bellsouth.net
Larren M Nashelsky    lnashelsky@mofo.com
Albert F. Nasuti    anasuti@tokn.com
Bruce S. Nathan    bnathan@lowenstein.com
Bradley P Nelson    nelson@sw.com
Carole Neville    cneville@sonnenschein.com
Peter E. Nicandri    pnicandri@milamhoward.com, hdurham@milamhoward.com
James J. Niemeier    jniemeier@mnmk.com,awoodard@mnmk.com
Douglas C Noble    nobled@phelps.com, hoffmank@phelps.com
Donald A Nohrr    dnohrr@gray-robinson.com
Michael A Paasch    mpaasch@mateerharbert.com, kchurch@mateerharbert.com
Michael Palahach    mpalahach@palahachcruanes.com
Merritt A. Pardini    merritt.pardini@kmzr.com
E. Warren Parker    parker@jaxlawcenter.com, dmilford@jaxlawcenter.com
Barbra R. Parlin    nyc-bkcyecf@hklaw.com
Jimmy D Parrish    bankruptcynotice@groneklatham.com
Jay D. Passer    tbcc2@verizon.net, kathykorson@hotmail.com
Patrick P. Patangan    patrick.patangan@akerman.com
Aaron D. Patton    apatton@murrayfrank.com
David J Pedersen    djpedersen@cfl.rr.com
Armando A Perez    perezarm@bellsouth.net
Christian A Petersen    cpetersen@gunster.com
Edward J. Peterson    epeterson.ecf@srbp.com
Torrence R Phillips    torrence@hlalaw.com
David L Pollack    pollack@ballardspahr.com
Geraldine E Ponto    gponto@gibbonslaw.com
James H. Post    jpost@smithhulsey.com
Leanne McKnight Prendergast    lprendergast@smithhulsey.com
Charles S Prentace    charles.prentace@norfolk.gov
Robert E Price    rprice@replegal.com, bvoelkl@replegal.com
David C Profilet    dprofilet@the-beach.net
Peter N Pross    ppross@eckertseamans.com
Nicholas V. Pulignano    npulignano@marksgray.com, slw@marksgray.com
Paul Pysczynski    paulp@lancasterlawyers.com, debbieh@lancasterlawyers.com;ppyski@aol.com
Charles V Quinn    cquinn@dbl-law.com
Rex D. Rainach    rainach@msn.com
Charles M Rand    legal0103@aol.com, lisaatCRand@aol.com
Peter J Rathwell    prathwell@swlaw.com
Adam Ravin    aravin@skadden.com, rgray@skadden.com,jleamy@skadden.com,kward@smithhulsey.com,dturetsk@skadden.com,dkaloudi@skadden.com,jwoodfie@skadden.com,jlederer@skadden.com
Eric T. Ray    eray@balch.com
Dean A Reed    dino4897@yahoo.com
Diane G. Reed    dianegreed@sbcglobal.net
Jeffrey C. Regan    jregan@rzwlaw.com, kmoran@rzwlaw.com;bcrawford@rzwlaw.com

KLUGER, PERETZ, KAPLAN & BERLIN, P.L., 201 SO. BISCAYNE BLVD., SUITE 1700, MIAMI, FL 33131   305.379.9000
2385 NW EXECUTIVE CENTER DRIVE, SUITE 300, BOCA RATON, FL 33431   561.961.1831

{BANKRUPTCY\0110\0779/M0383395 V.1; 1/2/2007 04:20 PM}

Russell L Reid   russell.reid@hellerehrman.com
T Dwight Reid   mistiej@aol.com
Steven J. Reisman   sreisman@cm-p.com , athau@cm-p.com
Brian G Rich   brich@bergersingerman.com, efile@bergersingerman.com;jdiaz@bergersingerman.com
Michael L Rich   mrich@dbl-law.com
Sarah Richardson   srichard@co.pinellas.fl.us
Larry B Ricke   larry.ricke@leonard.com
Harley E Riedel   hriedel.ecf@srbp.com, hriedel.ecf@srbp.com
Fred B. Ringel   fringel@pobox.com
Richard A Robinson   rrobinson@bakerlaw.com, pshivamber@bakerlaw.com;OrlBakerDocket@bakerlaw.com
John T Rogerson   jrogerson@vbwr.com, fdepaolo@vbwr.com,acroft@vbwr.com,jspanopoulos@vbwr.com
Mark S Roher   mroher@rprslaw.com, mlopez@rprslaw.com;lschiller@rprslaw.com
Adam L. Rosen   mail@srsllp.com
Avrum J. Rosen   arosen@avrumrosenlaw.com
Mitchell S Rosen   mrosen@rosenlawgroup.com, lmurrah@rosenlawgroup.com
Paul M Rosenblatt   prosenblatt@kilpatrickstockton.com
Neal M. Rosenbloom   NRosenbloom@finkgold.com
Jason A Rosenthal   Jason@therosenthallaw.com
Fox Rothschild   nybkfilings@foxrothschild.com
Edward P Rowan   erowan@lkrhmobile.com
J Casey Roy   roy@mcclainleppert.com
David S Rubin   drubin@kswb.com
Guy B Rubin   guy.rubin@rubinandrubin.com
Robert B. Rubin   brubin@burr.com
Rachel L Rubio   rrubio@mdrtlaw.com
Shelley D Rucker   srucker@millermartin.com
Frederick F Rudzik   rudzikf@dor.state.fl.us
Maura I Russell   jguerrier@dreierllp.com
Peter D. Russin   prussin@melandrussin.com, ltannenbaum@melandrussin.com
Teresa Sadutto   tsadutto@platzerlaw.com
Anthony M Salzano   asalzano@pascocountyfl.net, tosipov@pascocountyfl.net
Anthony F Sanchez   afspalaw@aol.com
Ashley E Sandage   aes@clcsattorneys.com
Al A Sarrat   asarrat@jacobssarrat.com
Michael M Schmahl   mschmahl@mcguirewoods.com
Marvin S. Schulman   mschulmanpa@aol.com
Sarah L Schultz   sschultz@akingump.com
Gregory J. Seketa   franklin.berg@4086.com
Ed S. Sell   eds@sell-melton.com
Joel M Shafferman   joel@shafferman.com
James D Shannon   jshannon@shannonlawfirm.com, sbarlow@shannonlawfirm.com
Susan H Sharp   ssharp.ecf@srbp.com
Daniel Carr Shaughnessy   lindsaylaw@bellsouth.net
Mary Kay Shaver   mkshaver@varnumlaw.com
Andrew Howard Sherman   asherman@sillscummis.com
Lynn Welter Sherman   lsherman@hwhlaw.com, lbecker@hwhlaw.com
Bradley S Shraiberg   bshraiberg@kpkb.com
R Scott Shuker   bankruptcynotice@groneklatham.com
Timothy P. Shusta   shustat@phelps.com, yosta@phelps.com
Robert J Shuttera   rshuttera@flapersonalinjury.com
Wendy M Simkulak   wmsimkulak@duanemorris.com
Wayne M Singletary   courtmail@schuylaw.com
Peter L. Slinn   plslinn@stoel.com
Thomas R. Slome   mail@srsllp.com
Aaron C Smith   asmith@lordbissell.com
Anthony J. Smits   anthony.smits@bingham.com
Richard G. Smolev   rsmolev@kayescholer.com
Walter J. Snell   snellandsnell@mindspring.com, snellandsnell@hotmail.com
Kristofor D Sodergren   bankruptcy@hsmbb.com
Marc P Solomon   msolomon@burr.com
James E Sorenson   bk@wggdlaw.com
Rhysa G South   sou06@co.henrico.va.us

KLUGER, PERETZ, KAPLAN & BERLIN, P.L., 201 SO. BISCAYNE BLVD., SUITE 1700, MIAMI, FL 33131  305.379.9000
2385 NW EXECUTIVE CENTER DRIVE, SUITE 300, BOCA RATON, FL 33431  561.961.1831

{BANKRUPTCY\0110\0779/M0383395 V.1; 1/2/2007 04:20 PM}

Karen K Specie   specie@scruggs-carmichael.com, darden@scruggs-carmichael.com;kstinson@scruggs-carmichael.com
Arthur J Spector   aspector@bergersingerman.com
Mark D. Speed   mds@markdspeedlaw.com
Thomas St Germain   tom@weinlaw.com, christie@weinlaw.com
David N Stern   dstern@gjb-law.com, vdueppe@gjb-law.com;lpantaleon@gjb-law.com;tmessana@gjb-law.com
Don M Stichter   dstichter.ecf@srbp.com
Scott A. Stichter   sstichter.ecf@srbp.com
Dennis J Stilger   djstilger@insightbb.com
Susan F Stivers   susan.stivers@ky.gov
Ray H Stoess   raystoess@bellsouth.net
Philip D Storey   pds@aswmpa.com, MByrd@aswmpa.com
Alan C Stout   stephanie@sfk-law.com, astout@stoutlaw.com
Sabrina L. Streusand   streuss@hughesluce.com
Jerry W Sullivan   jwsullivan@lgsdalaw.com
Charles P Summerall   csummerall@bmsmlaw.com, pmarfizo@bmsmlaw.com
Stephen B. Sutton   ssutton@lathropgage.com
David L Sweat   dsweat@rueziffra.com, tponder@rueziffra.com
Douglas B Szabo   douglas.szabo@henlaw.com, maria.figueroa@henlaw.com
Joel L. Tabas   jtabas@tfsmlaw.com
Tina M Talarchyk   ttalarchyk@ssd.com, aparker@ssd.com
Gene B Tarr   gbt@btcmlaw.com
Benjamin D Tarver   questions@bankruptcy.intranets.com
Robert J Telfer   rtelfer@ctrfa.com
Richard R Thames   rrthames@stmlaw.net, blc@stmlaw.net
Janet H. Thurston   cohenthurston@cs.com
David J Tong   djt@saxongilmore.com, acuff@saxongilmore.com
Laura L. Torrado   ltorrado@bear.com
Trade-Debt.net   tmcguire@trade-debt.net
Kristen F Trainor   ktrainor@shb.com
Ronald M Tucker   rtucker@simon.com, cmartin@simon.com,rwoodruff@simon.com,,ncaldwell@simon.com,ptropepe@simon.com
Harran E Udell   hudell@forthepeople.com
United States Trustee - JAX   USTP.Region21.OR.ECF@usdoj.gov
Raymond J. Urbanik   rurbanik@munsch.com
Thomas C. Valentine   tvalentine@walterslevine.com
Marcio W. Valladares   , kristin.field@usdoj.gov
Lori V. Vaughan   lvaughan@foley.com, mgrettenberger@foley.com
Jay B Verona   jay@veronalawgroup.com, connie@veronalawgroup.com
Franklin T Walden   waldenlegal@aol.com
David H Wander   dwander@wanderlaw.com
Richard Whitney Ward   rwward@airmail.net
Michael D. Warner   bankruptcy@warnerstevens.com
Allan C Watkins   watkinslaw@worldnet.att.net
Regina Wedig   rswedig@bellsouth.net
Leslie G Weeks   lgw@helmsinglaw.com
Alan M. Weiss   alan.weiss@hklaw.com
Scott R Weiss   scott.weiss@marshallwatson.com
John W Wesley   wesleyandassociates@earthlink.net
Margaret R Westbrook   lhogewood@kennedycovington.com, cevans@kennedycovington.com;bfork@kennedycovington.com
David B. Wheeler   davidwheeler@mvalaw.com
Stephen D Wheelis   steve@wheelis-rozanski.com
Hurley Partin Whitaker   hpw@whitakerlaw.com
William Douglas White   wdw@mccarthywhite.com
Joseph C Whitelock   jowhiteloc@aol.com
Robert D Wilcox   rwilcox@wilcoxlawfirm.com
John J. Wiles   bankruptcy@evict.net
Amy Pritchard Williams   swilliams@kennedycovington.com
Steven R Wirth   swirth@kayescholer.com
Jeffrey C Wisler   jwisler@cblh.com
David A Wolf   dwolf@woodatter.com

KLUGER, PERETZ, KAPLAN & BERLIN, P.L., 201 SO. BISCAYNE BLVD., SUITE 1700, MIAMI, FL 33131  305.379.9000
2385 NW EXECUTIVE CENTER DRIVE, SUITE 300, BOCA RATON, FL 33431  561.961.1831

{BANKRUPTCY\0110\0779/M0383395 V.1; 1/2/2007 04:20 PM}

Frank J. Wright    bankruptcy@hswgb.com
Allan E. Wulbern    awulbern@smithhulsey.com
Robert L Wunker    rwunker@rutherfordmulhall.com
Heather L Yonke    hyonke@gjb-law.com, ctarrant@gjb-law.com;hburke@gjb-law.com
JRichard Young    jry@stumplaw.com
William Knight Zewadski    z@trenam.com
Brian D Zinn    bzinn@gbclaw.com, jmoore@gbclaw.com

Scott A. Zuber    szuber@pitneyhardin.com

KLUGER, PERETZ, KAPLAN & BERLIN, P.L., 201 SO. BISCAYNE BLVD., SUITE 1700, MIAMI, FL 33131   305.379.9000
2385 NW EXECUTIVE CENTER DRIVE, SUITE 300, BOCA RATON, FL 33431   561.961.1831

{BANKRUPTCY\0110\0779/M0383395 V.1; 1/2/2007 04:20 PM}