**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF AGREED ORDER RESOLVING CLAIM NUMBER 12076, FILED BY
WELLS FARGO BANK NORTHWEST, NATIONAL ASSOCIATION, AS TRUSTEE
AND CLAIM NUMBER 12311 FILED BY WD HILLIARD LLC**

> NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING
>
> The Court will consider this matter without further notice or hearing unless a party in interest files an objection within 3 business days from the date of service of this paper. If you object to the relief requested in this paper, you must (a) file your response with the Clerk of the Bankruptcy Court in accordance with the Court's electronic filing procedures or at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and (b) serve a copy by email and fax on (i) Winn-Dixie Stores, Inc. c/o Jay Castle, Esq., 5050 Edgewood Court, Jacksonville, Florida 32254, JayCastle@winn-dixie.com, (ii) James H. Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, jpost@smithhulsey.com and (ii) Rosalie Gray, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, rgray@skadden.com.
>
> If you file and serve a response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file a response within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates (the "Debtors") give notice of the proposed entry of the attached Agreed Order Resolving Claim Number 12076 filed by Wells Fargo Bank Northwest, National Association, as Trustee, and Claim Number 12311 filed by WD Hilliard LLC, which claims are the subject of the Debtors' Twenty-Fourth Omnibus Objection to Claims (Docket No. 11946).

If no objection to the proposed Agreed Order is filed and served within the time set forth above, the Court will be requested to enter the Agreed Order without further notice or hearing.

Dated: January 3, 2007

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D. J. Baker*  <br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Walker Gray<br>    Adam S. Ravin | By   *s/ James H. Post*  <br>    Stephen D. Busey<br>    James H. Post<br>    Cynthia C. Jackson,<br>    Florida Bar Number 175460 |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

**Certificate of Service**

I certify that a copy of this document has been furnished electronically and by facsimile to the Post-Effective Date Committee, c/o Matthew Barr, Esq. and Michael Comerford, Esq., Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, mbarr@milbank.com, mcomerford@milbank.com, this 3rd day of January, 2007.



*Adam S. Ravin*
Attorney

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors.[1] | ) | Jointly Administered |
| | ) | |

**AGREED ORDER RESOLVING CLAIM NUMBER 12076 FILED BY WELLS FARGO BANK NORTHWEST, NATIONAL ASSOCIATION, AS TRUSTEE, AND CLAIM NUMBER 12311 FILED BY WD HILLIARD LLC**

These causes originally came before the Court for hearing upon the Twenty-Fourth Omnibus Objection to Claims (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"). Included among the several proofs of claim that were the subject of the Objection were Claim Numbers 12076 and 12311, each of which relate to amounts allegedly owed under the lease for a store the Debtors had at one time leased in Lawrenceville, Georgia ("Store No. 2715").[2] Specifically, Claim Number 12311, was filed by WD Hilliard LLC, the landlord for Store No. 2715 ("Hilliard") and Claim Number 12076 was filed by Wells Fargo Bank Northwest, National Association, as trustee for the holder of a series A note and a series B note ("Wells Fargo"), based upon the provisions of Fed. R. Bankr. Proc. 3001(e)(3) and certain Lease Collateral Documents and the Lease Guaranty (each

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Agreed Order shall have the meaning ascribed to them in the Objection.

2

as defined in Wells Fargo's November 3, 2006 response to the Objection) which Wells Fargo maintains affords it, among other things, a lien and mortgage on Store No. 2715 and the right to file a proof of claim in its own name in connection therewith.  Concurrently with the filing of Claim No. 12076 by Wells Fargo, SOF Investments L.P. and Paul Revere Life Insurance Company, as holders of the series A note and series B note, respectively, and for whose beneficial interest Wells Fargo filed Claim No. 12076, also filed substantially identical proofs of claims with respect to the lease (Claims No. 12075 and 12134, which noteholder claims were subsequently disallowed as duplicative pursuant to the Eleventh Omnibus Claim Objection Order).  Hilliard filed a response to the Objection (Docket No. 12446) (the "Hilliard Response") in which it sought to have Claim Number 12311 allowed as a general unsecured claim.

On December 5, 2006, Wells Fargo foreclosed on the mortgage related to the lease for Store No. 2715.

Based upon the consent of the parties appearing below it is

ORDERED AND ADJUDGED:

1. Claim Number 12311 is disallowed;

2. Claim Number 12076 is allowed as a Class 13 Landlord Claim in the liquidated amount of $804,154.79;

3. The Hilliard Response is overruled; and

4. The Court shall retain jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this ____ day of _____, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

2

3

Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | BILZIN SUMBERG BAENA PRICE & AXELROD LLP |
| By /s/ James H. Post<br>    James H. Post<br>    Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile) | By /s/ James C. Moon*<br>    James C. Moon<br>    Florida Bar Number 0938211<br>    Mindy A. Mora<br>    Florida Bar Number 678910<br>200 S. Biscayne Blvd., Suite 2500<br>Miami, Florida 33131<br>(305) 350-7383<br>(305) 351-2282 (facsimile) |
| -and- | -and- |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | VINSON & ELKINS, LLP |
| D. J. Baker<br>Sally McDonald Henry<br>Rosalie Walker Gray<br>Adam S. Ravin<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile) | Steven M. Abramowitz<br>Debbie E. Green<br>666 Fifth Avenue, 26th Floor<br>New York, New York 10103<br>(212) 237-0137<br>(917) 206-8100 |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Wells Fargo Bank Northwest, N.A., SOF Investments, L.P. and Paul Revere Life Insurance Company |
| | SEYFARTH SHAW LLP |
| | By: /s/ Sara E. Lorber*<br>    Sara E. Lorber<br>55 East Monroe Street, Suite 4200<br>Chicago, Illinois 60603<br>(312) 346-8000<br>(312) 269-8869 (facsimile) |
| | Counsel to WD Hilliard LLC |

*Counsel has authorized their electronic signature.