# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

F I L E D
JACKSONVILLE, FLORIDA

JAN 0 3 2007

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:                                                    /          Case No. 05-03817-3F1
                                                          /          **Case No. 05-03840-3F1**
Winn-Dixie Stores, Inc., and                              /
**Winn-Dixie Supermarkets, Inc.** et al.,                 /          Chapter 11
                                                          /
Reorganized Debtors.                                     /          Jointly Administered

---

## APPLICATION FOR PAYMENT OF A CLAIM ARISING AGAINST THE DEBTORS IN THE PERIOD BETWEEN FEBRUARY 21, 2005 AND NOVEMBER 21, 2006, PURSUANT TO 11 U.S.C. § 503(B)(1)(b)

Please accept this as my Application for payment pursuant to 11 U.S.C. § 503(B)(1)(b).

1. My name is Maxine Grandison and I reside at 8841 NW 10th Street in Pembroke Pines Florida 33024. My Telephone number is (954) 436-0557.

2. On July 25, 2006, I slipped and fell and injured myself, on a clear slippery substance in the Winn-Dixie Supermarket located at 12141 Pembroke Road, Pembroke Pines Florida. I was unable to see the substance before I fell and there were no warning signs that the area was wet.

3. As a direct result of the slip on fall, I have incurred approximately $4,027.00 in various medical expenses to date and will continue to incur medical expenses and experience pain in the future.

4. I do not have any insurance that will cover these expenses.

5. I have attached copies of the supporting documents for your review.

6. Please acknowledge receipt of this Application upon your receipt. I have enclosed a self-address and stamped envelope for your convenience.

Thank you for your time and attention to this matter.

By: _Maxine Grandison_
MAXINE GRANDISON

On __12 , 29__, ____, 200_6_, in accordance with the Notice mailed to me, dated December 6, 2006, this Application has been mailed via US mail to:


Clerk of Court
United States Courthouse
300 North Hogan St. Suite 3-350
Jacksonville FL 32202

James Post
Smith Hulsey & Busey
Co-Counsel for Reorganized Debtors
225 Water Street Suite 1800
Jacksonville FL 32202

Matthew Barr
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York New York 10005

**STATEMENT**

**RAD ASSOC OF HOLLYWOOD,PA**
9050 PINES BLVD STE 200
PEMBROKE PINES  FL  33024-6456

CHECK CREDIT CARD USING FOR PAYMENT AND FILL OUT BELOW:

☐ MasterCard   ☐ VISA   ☐ DISCOVER   ☐ AMERICAN EXPRESS

CARD NUMBER _____ PIN ____ AMOUNT ____

NAME ON CARD (PLEASE PRINT) _____ EXP. DATE ____

SIGNATURE _____

| STATEMENT DATE | ACCOUNT # | PAY THIS AMOUNT |
|---|---|---|
| 08/30/2006 | 1939236 | $32.00 |

IRS# 65-1075205   Patient: MAXINE  GRANDISON

*Please Include 3 Digit Security Code*
*on the Back of Your Card (PIN)*

AMOUNT PAID



4420 I AT 0.308 *28          04420

Maxine Grandison     1939236
1155 SW 123rd Terrace
Pembroke Pines  FL  33025-5788

MAKE CHECK PAYABLE & REMIT TO:

**RAD ASSOC OF HOLLYWOOD,PA**
9050 PINES BLVD STE 200
PEMBROKE PINES  FL  33024-6456

RADHOLL1-0120612-0004420-0713606-001-000521-#004738

⌐ PLEASE CHECK BOX IF ABOVE ADDRESS IS INCORRECT AND INDICATE CHANGES ON BACK.

◄ DETACH HERE ►   AND RETURN THIS TOP PORTION WITH YOUR PAYMENT
USING THE RETURN ENVELOPE ENCLOSED

| DATE | DOCTOR | DESCRIPTION OF SERVICE | AMOUNT |
|---|---|---|---|
| | | Any questions regarding this statement, please call | |
| 07/25/06 | AIDEYAN, UWA | KNEE 3 VIEWS | $32.00 |

The balance now due is your responsibility.  If you would
like to discuss, please contact our office today.

**AMOUNT DUE: $32.00**

Patient:  MAXINE  GRANDISON          Account Number:  1939236          Statement Date:  08/30/2006

Location: MEMORIAL HOSPITAL WEST      Referring Physician: SHORTER, ANTOINETTE

**RAD ASSOC OF HOLLYWOOD,PA**
9050 PINES BLVD STE 200
PEMBROKE PINES  FL  33024-6456

# PEMBROKE PINES FIRE/RESCUE

**== 9500 Pines Boulevard,**
**PEMBROKE PINES, FL 33024**
**(954) 435-6700**
**Federal Tax ID: 59-0908106**

Patient Name:  MAXINE GRANDISON

Insurance:

Patient Number:  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
Call Number:  2006-12575
Date Of Call:  07/25/2006
Call Time:
**Schedule:  LETR**
From Location:  12141 PEMBROKE RD
To Location:  MEMORIAL WEST HOSPITAL

**MAXINE GRANDISON**
**1155 SW 123 TERR**
**PEMBROKE PINES, FL 33025**

Reason(s)    729.5
For
Transport

| DESCRIPTION OF CHARGES | HCPC | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| BLS EMERGENCY | A0429 | 1.0 | 300.00 | 300.00 |
| ALS MILES | A0425 | 2.0 | 7.00 | 14.00 |

Total Charges    314.00

Total Credits    0.00

**PLEASE PAY THIS AMOUNT =>**    **$314.00**

---------------------------------------------------------------------------------------------------------
**^DETACH ALONG ABOVE LINE AND RETURN STUB WITH YOUR PAYMENT^**

Patient Name:  GRANDISON, MAXINE
Patient Number:  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

Call Number:  2006-12575
Call Date:  07/25/2006

**Amount Due: $314.00**
Amount
Enclosed $ _____

**60 DAYS PAST DUE.  PLEASE PAY THE AMOUNT REFLECTED IT ON THIS BILL.  YOUR PROMPT PAYMENT**
**WOULD BE APPRECIATED.**

PLANTATION BILLING CENTER
P O BOX 189016
PLANTATION, FL 33318-9016

**DETACH AND RETURN THIS COUPON WITH THE REVERSE SIDE COMPLETED TO PAY BY CREDIT CARD, TO PROVIDE INSURANCE INFORMATION OR FOR CHANGE OF ADDRESS.**

Credit card charges will appear as "Team Health"

| PATIENT NAME: MAXINE GRANDISON | AMT DUE: $376.00 |
|---|---|

**PHYSICIAN SERVICES RENDERED AT: MEMORIAL HOSPITAL WEST**

27838817-26-18300
MAXINE GRANDISON
1155 SW 123RD TER
PEMBROKE PNS FL 33025-5788

4141 / T16  P1

26
INPHYNET SOUTH BROWARD,INC.
DEPT: A ☐ B ☐ C ☐ (check one - see reverse)
P O BOX 189016
PLANTATION, FL 33318-9016

026000278388178026026010181830090003760040

↑ *Detach Here* ↑

Amount Past Due:  $376.00

10/15/2006

Account Number:    27838817-26-18300
PATIENT NAME:      MAXINE GRANDISON

Dear MAXINE GRANDISON,

We are writing in regard to an overdue balance of $376.00 for medical services provided to you at MEMORIAL HOSPITAL WEST. This is your final notice. In order to avoid having your account placed with a collection agency, please remit balance in full today or call our patient service center.

When paying by check, please be sure to return the bottom coupon in the enclosed envelope.

For your convenience, you may also pay by credit card on our website at www.teamhealth.com , or by telephone by contacting our patient services center at 1-888-952-6772. You may also mail or fax your credit card payment to us by completing the credit card information box on the reverse side of the top coupon. (FAX: 954-377-2620). To mail: detach the coupon and return it in the enclosed envelope.

Sincerely,
Patient Services

↓ *Detach Here* ↓

# PAYMENT COUPON - RETURN WHEN PAYING BY CHECK OR MONEY ORDER

| PATIENT NAME: MAXINE GRANDISON   ACCT #: 27838817-26-18300 | CHECK #: _____   AMT PAID: _____ |
|---|---|

**PHYSICIAN SERVICES RENDERED AT: MEMORIAL HOSPITAL WEST**

☐ CHECK HERE FOR CHANGE OF ADDRESS

**DO NOT STAPLE OR TAPE YOUR CHECK OR MONEY ORDER TO THIS COUPON**

*MAKE CHECKS PAYABLE TO:*

27838817-26-18300
MAXINE GRANDISON
1155 SW 123RD TER
PEMBROKE PNS FL 33025-5788

26
INPHYNET SOUTH BROWARD,INC.
PO BOX 740022
CINCINNATI OH 45274-0022



RE: Maxine Grandinson
DATE: 08/07/06

## Incident of Injury

The patient was given a comprehensive examination on 08/07/06 for the initial evaluation of injuries resulting from a Slip and Fall on 07/25/06. Patient went to hospital.

## Chief Complaint

At the time of this evaluation the patient is complaining of headaches, neck pains, upper back pains, knee pains, right mid-low back pain increased more on right side.

Review of Systems: Cervical, Dorsal, and Lumbar.

## Physical Examination

Appearance: The patient is well nourished.

Ambulation: Guarded

Vital Signs: The patient is 46 years old, 5 feet 4 inches and Weight 184 pounds.

Range of Motion is limited: Cervical: Flexion/Extension decreased, Right/Left Rotation decreased, Left/Right Lateral Flexion decreased.

Range of Motion: Thoracic: Right/Left within normal limits.

Range of Motion: Lumbar: Right/Left within normal limits.

Orthopedic Tests: Left/Right Shoulder Depressor, Right/Left Kemp's, Right/Left Straight Leg Raise, Left/Right Lateral Cervical Compressor. Valsalva's Disc Competency Test: Cervical and Dejerine's Disc Cough Sign: Cervical

Deep Tendon Reflexes: Upper Extremities: Left/Right: Within normal limits

Deep Tendon Reflexes: Lower Extremities: Left/ Right: Within normal limits.

Sensation Testing: Vibration/Position: Right/Left intact.

Sensation Testing: Wartenberg Pinwheel: Right/Left: intact.

Muscle Testing: Lower Extremities: Left/Right: within normal limits.

Muscle Testing: Upper Extremities: Right: Deltoids, Left: within normal limits.

Digital Palpation: Revealed apparent abnormal pain grade myospasm in the paravertebral musculature supporting the Cervical, Thoracic, and Lumbar musculature.



### X-Ray Analysis
A-P/ Lateral Cervical and Lumbar

Impression

1. Cervical Strain/Sprain.
2. Cervical Intervertebral Disc Syndrome
3. Cervical Radicular Neuralgia
4. Paravertebral Myofascitis.
5. Shoulder Strain/Sprain
6. Lumbar Strain/Sprain.
7. Knee Strain/Sprain

### Prognosis

Based on the initial objective findings, recommendations were made for the patient to be seen three to four times per week or as needed while in this initial intensive therapeutic stage of treatment. Treatment will be inclusive of trigger point/ neuromuscular re-education and myofascial release to the involved spinal and paraspinal regions. The prognosis for improvement is optimistic. Exercising will be postponed while in this phase of care. Additional diagnostic testing will be ordered at this time as well as Neurological and Orthopedic consultations. Limitations and restrictions will apply to any activity that the patient feels aggravates the condition. The patient will be re-evaluated in approximately 4 weeks to further determine overall progress and frequency of future care.

*Dr. Solomon Lallouz, D.C.*

APPROVED OMB-0938-0008

*Kejo Bryan*
*2519 Shadow Creek Lane*
*Elizabeth Town, KY*
*42701*

## HEALTH INSURANCE CLAIM FORM

PICA | | | PICA

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
GRANDISON   MAXINE

3. PATIENT'S BIRTH DATE  08 26 1959   SEX  M ☐  F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)
1155 SW 123 TERRACE

6. PATIENT RELATIONSHIP TO INSURED
Self ☒  Spouse ☐  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street)

CITY  PEMBROKE PINES   STATE FL

8. PATIENT STATUS
Single ☒  Married ☐  Other ☐

CITY   STATE

ZIP CODE  33025   TELEPHONE (Include Area Code) (954) 431 8852

Employed ☒  Full-Time Student ☐  Part-Time Student ☐

ZIP CODE   TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)   YES ☐  NO ☒

a. INSURED'S DATE OF BIRTH  MM DD YY   SEX M ☒  F ☐

b. OTHER INSURED'S DATE OF BIRTH  MM DD YY   SEX M ☐  F ☐

b. AUTO ACCIDENT?   YES ☐  NO ☒   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?   YES ☐  NO ☒

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES ☐  NO ☐  If yes, return to and complete items 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE   DATE 08/21/2006

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM N/A   TO N/A

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM N/A   TO N/A

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  YES ☐  NO ☒   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 723 4          3. 847 0
2. 722 0          4. 728 85

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. | A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 08072006 | 08072006 | 11 | 1 | 99204 | | 1-2-3-4 | 325 00 | 1 | | | | |
| | 08072006 | 08072006 | 11 | 1 | 72040 | | 1-2-3-4 | 120 00 | 1 | | | | |
| | 08072006 | 08072006 | 11 | 1 | 72100 | | 1-2-3-4 | 120 00 | 1 | | | | |
| 2 | 08072006 | 08072006 | 11 | 1 | 97010 | | 1-2-3-4 | 35 00 | 1 | | | | |
| | 08072006 | 08072006 | 11 | 1 | 97124 | | 1-2-3-4 | 40 00 | 1 | | | | |
| 3 | 08072006 | 08072006 | 11 | 1 | 97012 | | 1-2-3-4 | 45 00 | 1 | | | | |
| | 08082006 | 08082006 | 11 | 1 | 98941 | | 1-2-3-4 | 75 00 | 1 | | | | |
| 4 | 08082006 | 08082006 | 11 | 1 | 97010 | | 1-2-3-4 | 35 00 | 1 | | | | |
| | 08082006 | 08082006 | 11 | 1 | 97110 | | 1-2-3-4 | 45 00 | 1 | | | | |
| 5 | 08082006 | 08082006 | 11 | 1 | 97035 | | 1-2-3-4 | 45 00 | 1 | | | | |
| | 08102006 | 08102006 | 11 | 1 | 98941 | | 1-2-3-4 | 75 00 | 1 | | | | |
| 6 | | | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER  SSN EIN
65-0780703

26. PATIENT'S ACCOUNT NO.
1344  P

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) YES ☐  NO ☐

28. TOTAL CHARGE  $ 960 00

29. AMOUNT PAID  $ 0 00

30. BALANCE DUE  $ 960 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SOLOMON LALLOUZ DC
U481/04   08/21/2006
SIGNED

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
LALLOUZ HEALTH CENTER
85 NE 167 ST
N.MIAMI BCH   FL 33162
CHO006455
PIN#   GRP#
305-981-1210

FORM CMS-1500 (12-90)

APPROVED OMB-0938-0008

# HEALTH INSURANCE CLAIM FORM

PICA

**1. MEDICARE** (Medicare #)   **MEDICAID** (Medicaid #)   **CHAMPUS** (Sponsor's SSN)   **CHAMPVA** (VA File #)   **GROUP HEALTH PLAN** (SSN or ID)   **FECA BLK LUNG** (SSN)   **OTHER** (ID)

**1a. INSURED'S I.D. NUMBER** (FOR PROGRAM IN ITEM 1)

**2. PATIENT'S NAME (Last Name, First Name, Middle Initial)**
GRANDISON    MAXINE

**3. PATIENT'S BIRTH DATE** 05 28 1959   **SEX** M [ ] F [X]

**4. INSURED'S NAME (Last Name, First Name, Middle Initial)**

**5. PATIENT'S ADDRESS (No., Street)**
1155 SW 123 TERRACE

**6. PATIENT RELATIONSHIP TO INSURED**
Self [ ]   Spouse [ ]   Child [ ]   Other [ ]

**7. INSURED'S ADDRESS (No., Street)**

**CITY** PEMBROKE PINES   **STATE** FL

**8. PATIENT STATUS**
Single [X]   Married [ ]   Other [ ]

**CITY**   **STATE**

**ZIP CODE** 33025   **TELEPHONE (Include Area Code)** (954) 431 8852

Employed [ ]   Full-Time Student [ ]   Part-Time Student [ ]

**ZIP CODE**   **TELEPHONE (Include Area Code)** ( )

**9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)**

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT? (CURRENT OR PREVIOUS)** YES [ ] NO [X]

**a. INSURED'S DATE OF BIRTH** MM DD YY   **SEX** M [X] F [ ]

**b. OTHER INSURED'S DATE OF BIRTH** MM DD YY   **SEX** M [ ] F [ ]

**b. AUTO ACCIDENT?** YES [ ] NO [X]   **PLACE (State)**

**b. EMPLOYER'S NAME OR SCHOOL NAME**

**c. EMPLOYER'S NAME OR SCHOOL NAME**

**c. OTHER ACCIDENT?** YES [ ] NO [X]

**c. INSURANCE PLAN NAME OR PROGRAM NAME**

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. RESERVED FOR LOCAL USE**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**
YES [ ] NO [ ]   *If yes, return to and complete items 9 a-d.*

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE.** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE   DATE 08/22/2006

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

**14. DATE OF CURRENT:** MM DD YY ◄ **ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)**

**15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE** MM DD YY N/A

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM MM DD YY TO MM DD YY

**17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE**

**17a. I.D. NUMBER OF REFERRING PHYSICIAN**

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM MM DD YY N/A TO MM DD YY N/A

**19. RESERVED FOR LOCAL USE**

**20. OUTSIDE LAB?** YES [ ] NO [X]   $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)**
1. 723 4   3. 847 0
2. 722 0   4. 728 85

**22. MEDICAID RESUBMISSION CODE**   ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

**24.**

| A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08102006 | 08102006 | 11 | 1 | 97010 | | 1-2-3-4 | 35 00 | 1 | | | | |
| 08102006 | 08102006 | 11 | 1 | 97110 | | 1-2-3-4 | 45 00 | 1 | | | | |
| 08102006 | 08102006 | 11 | 1 | 97035 | | 1-2-3-4 | 45 00 | 1 | | | | |
| 08112006 | 08112006 | 11 | 1 | 98941 | | 1-2-3-4 | 75 00 | 1 | | | | |
| 08112006 | 08112006 | 11 | 1 | 97035 | | 1-2-3-4 | 45 00 | 1 | | | | |
| 08152006 | 08152006 | 11 | 1 | 98941 | | 1-2-3-4 | 75 00 | 1 | | | | |
| 08152006 | 08152006 | 11 | 1 | 97010 | | 1-2-3-4 | 35 00 | 1 | | | | |
| 08152006 | 08152006 | 11 | 1 | 97124 | | 1-2-3-4 | 40 00 | 1 | | | | |
| 08152006 | 08152006 | 11 | 1 | 97012 | | 1-2-3-4 | 75 00 | 1 | | | | |
| 08172006 | 08172006 | 11 | 1 | 98941 | | 1-2-3-4 | 45 00 | 1 | | | | |
| 08172006 | 08172006 | 11 | 1 | 97012 | | 1-2-3-4 | 45 00 | 1 | | | | |

**25. FEDERAL TAX I.D. NUMBER** 65-0780703   SSN [ ] EIN [ ]

**26. PATIENT'S ACCOUNT NO.** 1344 R

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back) YES [X] NO [ ]

**28. TOTAL CHARGE** $ 560 00

**29. AMOUNT PAID** $ 0 00

**30. BALANCE DUE** $ 560 00

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SOLOMON LAILOUZ D.C. U48144
SIGNED [signature] DATE 08/22/2006

**32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)**

**33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #**
LAILOUZ HEALTH CENTER
85 NE 167 ST
N.MIAMI BCH    FL 33162
CH0006455
PIN# 905 901 1210   GRP#

FORM CMS-1500 (12-90)
FORM RRB-1500

PICA ▼▼▼

APPROVED OMB-0938-0008

# HEALTH INSURANCE CLAIM FORM

PICA                                                                                                                    PICA

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | |

**2. PATIENT'S NAME (Last Name, First Name, Middle Initial)**
GRANDISON    MAXINE

**3. PATIENT'S BIRTH DATE** 04 28 1959  SEX M ☐ F ☒

**4. INSURED'S NAME (Last Name, First Name, Middle Initial)**

**5. PATIENT'S ADDRESS (No., Street)**
1155 SW 123 TERRACE

**6. PATIENT RELATIONSHIP TO INSURED**
Self ☐ Spouse ☐ Child ☐ Other ☐

**7. INSURED'S ADDRESS (No., Street)**

CITY
PEMBROKE PINES

STATE FL

**8. PATIENT STATUS**
Single ☐ Married ☐ Other ☐

CITY                        STATE

ZIP CODE
33025

TELEPHONE (Include Area Code)
(954) 431 8852

Employed ☐ Full-Time Student ☐ Part-Time Student ☐

ZIP CODE          TELEPHONE (Include Area Code)
(    )

**9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)**

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT? (CURRENT OR PREVIOUS)**
YES ☐ NO ☐

**a. INSURED'S DATE OF BIRTH** MM DD YY   SEX M ☐ F ☐

**b. OTHER INSURED'S DATE OF BIRTH** MM DD YY   SEX M ☐ F ☐

**b. AUTO ACCIDENT?** PLACE (State)
YES ☐ NO ☐

**b. EMPLOYER'S NAME OR SCHOOL NAME**

**c. EMPLOYER'S NAME OR SCHOOL NAME**

**c. OTHER ACCIDENT?**
YES ☐ NO ☐

**c. INSURANCE PLAN NAME OR PROGRAM NAME**

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. RESERVED FOR LOCAL USE**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**
YES ☐ NO ☐ **If yes,** return to and complete items 9 a-d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE.** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   SIGNATURE ON FILE          DATE   08/22/2006

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   SIGNATURE ON FILE

**14. DATE OF CURRENT:** ◄ ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) MM DD YY

**15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS.** GIVE FIRST DATE MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM MM DD YY  TO MM DD YY

**17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE**

**17a. I.D. NUMBER OF REFERRING PHYSICIAN**

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM MM DD YY  TO MM DD YY

**19. RESERVED FOR LOCAL USE**

**20. OUTSIDE LAB?** YES ☐ NO ☐  $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)**
1. 723 4          3. 847 0
2. 722 0          4. 728 85

**22. MEDICAID RESUBMISSION** CODE   ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A DATE(S) OF SERVICE | | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | To MM DD YY | | | CPT/HCPCS  MODIFIER | | | | | | | |
| 08 21 2006 | 08 21 2006 | 11 | 1 | 98941 | 1-2-3-4 | 75 00 | 1 | | | | |
| 08 21 2006 | 08 21 2006 | 11 | 1 | 97010 | 1-2-3-4 | 35 00 | 1 | | | | |
| 08 21 2006 | 08 21 2006 | 11 | 1 | 97110 | 1-2-3-4 | 45 00 | 1 | | | | |
| 08 21 2006 | 08 21 2006 | 11 | 1 | 97035 | 1-2-3-4 | 45 00 | 1 | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

**25. FEDERAL TAX I.D. NUMBER** SSN EIN
65-0780703

**26. PATIENT'S ACCOUNT NO.**
1344    R

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back)
YES ☐ NO ☐

**28. TOTAL CHARGE**
$ 200 00

**29. AMOUNT PAID**
$ 0 00

**30. BALANCE DUE**
$ 200 00

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNATURE ON FILE
U48144          08/22/2006
SIGNED          DATE

**32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)**

**33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #**
LAILOUZ HEALTH CENTER
85 NE 167 ST
N.MIAMI BCH      FL 33162
CHO006455
PIN# 305 981 1210   GRP#

FORM CMS-1500 (12-90)

APPROVED OMB-0938-0008

ATTY KEJO BRYAN
2519 SHADOW CREEK

ELIZABETH LANE, FL 42701

**CARRIER**

| | PICA | | | **HEALTH INSURANCE CLAIM FORM** | PICA | |

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |

(Medicare #)  (Medicaid #)  (Sponsor's SSN)  (VA File #)  (SSN or ID)  (SSN)  [X] (ID)

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |

GRANDISON   MAXINE

MM 08 DD 26 YY 1959  M [ ]  F [X]

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |

1155 SW 123 TERRACE

Self [ ]  Spouse [ ]  Child [ ]  Other [X]

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |

PEMBROKE PINES   FL

Single [X]  Married [ ]  Other [ ]

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (Include Area Code) |

33025   (954) 431 8852

Employed [ ]  Full-Time Student [ ]  Part-Time Student [ ]

( )

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) | a. INSURED'S DATE OF BIRTH | SEX |

YES [ ]  NO [X]

MM DD YY   M [X]  F [ ]

| b. OTHER INSURED'S DATE OF BIRTH | SEX | b. AUTO ACCIDENT? | PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |

MM DD YY   M [ ]  F [ ]

YES [ ]  NO [X]

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |

YES [X]  NO [ ]

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |

YES [ ]  NO [ ]  **If yes,** return to and complete items 9 a-d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE   DATE 08/28/2006

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

| 14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |

MM DD YY   N/A

FROM N/A   TO N/A

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |

FROM N/A   TO N/A

| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB? | $ CHARGES |

YES [ ]  NO [X]

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE) | 22. MEDICAID RESUBMISSION CODE | ORIGINAL REF. NO. |

1. 723 4      3. 847 0

2. 722 0      4. 728 85

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE | | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS   MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | To MM DD YY | | | | | | | | | | |
| 08242006 | 08242006 | 11 | 1 | 98941 | 1-2-3-4 | 75 00 | 1 | | | | |
| 08242006 | 08242006 | 11 | 1 | 97010 | 1-2-3-4 | 35 00 | 1 | | | | |
| 08242006 | 08242006 | 11 | 1 | 97124 | 1-2-3-4 | 40 00 | 1 | | | | |
| 08242006 | 08242006 | 11 | 1 | 97012 | 1-2-3-4 | 45 00 | 1 | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| 25. FEDERAL TAX I.D. NUMBER | SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|---|
| 65-0780703 | [X] | 1344   R | YES [X]  NO [ ] | $ 195 00 | $ 0 00 | $ 195 00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # |

SOLOMON LALLOUZ DC

U48744   08/28/2006

SIGNED   DATE

CH6455

LALLOUZ HEALTH CENTER
85 NE 167 ST
N.MIAMI BCH   FL 33162

PIN# CH0006455   GRP#

305-981-1210

PLEASE PRINT OR TYPE

FORM CMS-1500 (12-90)

: Name: Grandison, Maxine

# LHC

/2006

ective: Today, the patient reported she has pain in the right region of the neck and dull headaches. The patient graded the severity 7/10 1 to 10 visual analog scale with 10 being the most severe. The patient did report that she is now experiencing pain in the right region of neck and dull headaches instead of the pain in the right region of the neck previously reported. Additionally, Ms. Grandison stated the rity of her pain in the right mid back is 6/10 on a 1 to 10 visual analog scale with 10 being the most severe. Ms. Grandison did report that s now experiencing pain in the right mid back instead of the upper back pain previously reported. In addition, she also reported she has r lumbar pain bilaterally and muscle spasm on the right side. The patient graded the severity 7/10 on a 1 to 10 visual analog scale with eing the most severe. The patient did report that she is now experiencing lower lumbar pain bilaterally and muscle spasm on the right instead of the lower lumbar pain bilaterally previously reported. Furthermore, Ms. Grandison reported her pain in the right knee has not ceably changed since her previous visit.

ective: Examination of muscle tenderness and spasm revealed the following: Suboccipital . Trapezius, Levator scapulae . Quadratus borum, gluteus medius . A trigger point was revealed with pain in the trapezius, suboccipital muscle area. Evaluation of the quadratus borum, gluteus medius muscle area revealed a trigger point with pain. C2, C4 were found to be subluxated. A malalignment was revealed, T5, L3, L5, S1 . Decreased R.O.M. was revealed today in the patient's cervical region, lumbar region, knee region.

essment: Since the prior visit, Ms. Grandison has improved nearly 4% . The patient is responding positively to her treatment thus far and shown a reduction in the severity of her symptoms. The patient's phase of care is relief/repair and her prognosis is guarded.

n: A diversified adjustive technique of the cervical spinal levels the thoracic spinal levels the lumbar spinal levels today showed a normal ree of segmental movement. Therapy on the cervical region and thoracic region and right lower extremities and lumbar region today uded massage, ultrasound and trigger point therapy and a/p rom and traction to reduce pain and to reduce swelling and inflammation. Ms. ndison also continues to be instructed to use a heating pad while at home and use a cold pack while at home.

1/2006

ojective: Today, the patient reported she has pain in the right region of the neck which is increased by rotating the head left. The patient ded the severity 7/10 on a 1 to 10 visual analog scale with 10 being the most severe. The patient did report that she is now experiencing n in the right region of the neck which is increased by rotating the head left instead of the pain in the right region of the neck and dull adaches previously reported. Additionally, Ms. Grandison stated her pain in the right mid back continues to be about the same as her prior it. Furthermore, the patient stated her lower lumbar pain bilaterally and muscle spasm on the right side remains unchanged since her evious visit. Furthermore, Ms. Grandison reported her pain in the right knee is feeling about the same as her prior visit.

ojective: Examination of muscle tenderness and spasm revealed the following: Posterior cervical . Trapezius, Levator scapulae . Quadratus nborum, gluteus medius, sartorius . Palpation of the trapezius, rhomboids muscle area revealed myofascial trigger point. Palpation of the adratus lumborum, gluteus medius, sartorius muscle area revealed myofascial trigger point. C3, C6 was revealed to have a subluxation. i, T6, T11, L5, S1 was revealed to be subluxated, . Decreased R.O.M. was revealed today in the patient's cervical region, lumbar region, ee region.

ssessment: No notable progress since the previous visit was evident during today's assessment of the patient's condition.

an: A diversified adjustive technique was performed today at the cervical spinal levels the thoracic spinal levels the lumbar spinal levels with normal degree of movement. Therapy on the cervical region and thoracic region and right lower extremities and lumbar region today cluded massage, ultrasound and trigger point therapy and a/p rom and traction to reduce pain and to reduce swelling and inflammation. To crease the effectiveness of the patient's treatment, she continued today to use a heating pad while at home and use a cold pack while at ome.

/24/2006

ubjective: On today's visit, the patient reported the severity of her pain in the bilateral region of the neck is 6/10 on a 1 to 10 visual analog cale with 10 being the most severe. Ms. Grandison did report that she is now experiencing pain in the bilateral region of the neck instead of ie pain in the right region of the neck which is increased by rotating the head left previously reported. The patient also reported the severity of er stiffness in the mid back is 5/10 on a 1 to 10 visual analog scale with 10 being the most severe. Ms. Grandison did report that she is now xperiencing stiffness in the mid back instead of the pain in the right mid back previously reported. Additionally, the patient reported her lower imbar pain bilaterally and muscle spasm on the right side has not noticeably changed since her previous visit. Furthermore, the patient eported the severity of her pain in the right knee improved notably since her prior visit to 5/10.

Name: Grandison, Maxine

LHC

ctive: Examination of muscle tenderness and spasm revealed the following: Posterior cervical . Supraspinatus, trapezius . Quadratus ...orum, gluteus medius, sartorius . Palpation of the trapezius, supraspinatus muscle area revealed myofascial trigger point. A trigger ...was revealed with pain in the quadratus lumborum, gluteus medius, sartorius muscle area. C5, C7 was revealed to have a ...alignment. T6, T8, T12, L1, L4, L5 was revealed to have a malalignment. Decreased R.O.M. was revealed today in the patient's cervical ...n, lumbar region, knee region.

...essment: Since the prior visit, the patient has improved nearly 15% . The current treatment plan has reduced the intensity of the patient's ...otoms.

: The cervical spinal levels the thoracic spinal levels the lumbar spinal levels showed normal segmental movement during today's ...rsified adjustive technique. Therapy on the cervical region and thoracic region and right lower extremities and lumbar region today ...ded massage, ultrasound and trigger point therapy and a/p rom and traction to reduce pain and to reduce swelling and inflammation. Ms. ...ndison also continues to be instructed to use a heating pad while at home and use a cold pack while at home.

Name: Laurent, Organier

LHC

2006

ective: on today's visit, the patient indicated the severity of his pain in the bilateral region of the neck is 8/10 on a 1 to 10 visual analog with 10 being the most severe. The patient did report that he is now experiencing pain in the bilateral region of the neck instead of the headaches and periodic blurred vision and pain in the bilateral region of the neck previously reported. Additionally, the patient stated his across the right shoulder has not noticeably changed since his last visit. Mr. Laurent also indicated his pain in the bilateral mid back is about the same as his previous visit. Furthermore, Mr. Laurent stated his lower lumbar pain bilaterally and muscle spasm on the right is feeling about the same as his previous visit.

ctive: Examination of muscle tenderness and spasm revealed the following: Suboccipital,deltoids . Trapezius, rhomboids . Quadratus orum, gluteus medius . There is myofascial trigger point in the suboccipital, deltoids, trapezius muscle area. A trigger point was present pain in the quadratus lumborum, gluteus medius muscle area. A malalignment was revealed at C2, C5. T6, T9, T12, L4, L5 was aled to have a malalignment. Decreased R.O.M. was revealed today in the patient's cervical region, shoulder region, lumbar region.

essment: Upon evaluating Mr. Laurent's response to his treatment thus far, his condition has improved nearly 6% from his previous visit. current treatment plan has reduced the intensity of the patient's symptoms.

: A diversified adjustive technique of the cervical spinal levels the thoracic spinal levels the lumbar spinal levels today showed a normal ree of segmental motion. Therapy on the cervical region and right upper extremities and thoracic region and lumbar region today included ssage, ultrasound and hydro/cryo and a/p rom to reduce pain and to increase mobility. Mr. Laurent will also continue to use a cold pack le at home and follow specific diet recommendations.



Page 1of 2

RE: Maxine Grandinson
DATE: 08/07/06

## Incident of Injury

The patient was given a comprehensive examination on 08/07/06 for the initial evaluation of injuries resulting from a Slip and Fall on 07/25/06. Patient went to hospital.

## Chief Complaint

At the time of this evaluation the patient is complaining of headaches, neck pains, upper back pains, knee pains, right mid-low back pain increased more on right side.

Review of Systems: Cervical, Dorsal, and Lumbar.

## Physical Examination

Appearance: The patient is well nourished.

Ambulation: Guarded

Vital Signs: The patient is 46 years old, 5 feet 4 inches and Weight 184 pounds.

Range of Motion is limited: Cervical: Flexion/Extension decreased, Right/Left Rotation decreased, Left/Right Lateral Flexion decreased.

Range of Motion: Thoracic: Right/Left within normal limits.

Range of Motion: Lumbar: Right/Left within normal limits.

Orthopedic Tests: Left/Right Shoulder Depressor, Right/Left Kemp's, Right/Left Straight Leg Raise, Left/Right Lateral Cervical Compressor. Valsalva's Disc Competency Test: Cervical and Dejerine's Disc Cough Sign: Cervical

Deep Tendon Reflexes: Upper Extremities: Left/Right: Within normal limits

Deep Tendon Reflexes: Lower Extremities: Left/ Right: Within normal limits.

Sensation Testing: Vibration/Position: Right/Left intact.

Sensation Testing: Wartenberg Pinwheel: Right/Left: intact.

Muscle Testing: Lower Extremities: Left/Right: within normal limits.

Muscle Testing: Upper Extremities: Right: Deltoids, Left: within normal limits.

Digital Palpation: Revealed apparent abnormal pain grade myospasm in the paravertebral musculature supporting the Cervical, Thoracic, and Lumbar musculature.



## X-Ray Analysis
A-P/ Lateral Cervical and Lumbar

Impression

1. Cervical Strain/Sprain.
2. Cervical Intervertebral Disc Syndrome
3. Cervical Radicular Neuralgia
4. Paravertebral Myofascitis.
5. Shoulder Strain/Sprain
6. Lumbar Strain/Sprain.
7. Knee Strain/Sprain

## Prognosis
Based on the initial objective findings, recommendations were made for the patient to be seen three to four times per week or as needed while in this initial intensive therapeutic stage of treatment. Treatment will be inclusive of trigger point/ neuromuscular re-education and myofascial release to the involved spinal and paraspinal regions. The prognosis for improvement is optimistic. Exercising will be postponed while in this phase of care. Additional diagnostic testing will be ordered at this time as well as Neurological and Orthopedic consultations. Limitations and restrictions will apply to any activity that the patient feels aggravates the condition. The patient will be re-evaluated in approximately 4 weeks to further determine overall progress and frequency of future care.

*Dr. Solomon Lallouz, D.C.*

Name: Grandison, Maxine

# LHC

2006

ective: Ms. Grandison indicated today that she is having dull headaches and pain in the bilateral region of the neck. The patient estimated severity 9/10 on a 1 to 10 visual analog scale with 10 being the most severe. Additionally, Ms. Grandison reported she has upper back and pain in the right mid back. She rated the severity 9/10. In addition, she also stated she is experiencing lower lumbar pain bilaterally. Grandison graded the severity 7/10. In addition, she also indicated she is feeling pain in the right knee. Ms. Grandison rated the severity

ctive: Examination of muscle tenderness and spasm revealed the following: Suboccipital, posterior cervical . Trapezius, iliocostalis . lratus lumborum, gluteus medius, hamstrings . A trigger point was found with pain in the suboccipital, trapezius muscle area. There is ascial trigger point in the quadratus lumborum, gluteus medius, hamstrings muscle area. A misalignment was revealed at C2, C3, C7, 7, L5, S1 was revealed to have a subluxation. Decreased R.O.M. was revealed today in the patient's cervical region, lumbar region, knee n.

ssment: At this time, Ms. Grandison is in a relief/repair stage of care and has a guarded prognosis.

: Normal segmental movement was revealed from today's diversified adjustive technique of the cervical spinal levels the thoracic spinal s the lumbar spinal levels. Therapy on the cervical region and thoracic region and right lower extremities and lumbar region today ded massage, ultrasound and trigger point therapy and a/p rom and traction to reduce pain and to reduce swelling and inflammation. patient will use a heating pad while at home and use a cold pack while at home.

2006

ective: Today, the patient reported that her dull headaches and pain in the bilateral region of the neck continues to be about the same as ast visit. Additionally, Ms. Grandison reported her upper back pain and pain in the right mid back continues to be about the same as her visit. The patient also stated her lower lumbar pain bilaterally is feeling about the same as her previous visit. In addition, she also rted her pain in the right knee continues to be about the same as her prior visit.

ective: Examination of muscle tenderness and spasm revealed the following: Suboccipital . Trapezius, iliocostalis, rhomboids . Quadratus oorum, gluteus medius, hamstrings . There is myofascial trigger point in the suboccipital, trapezius, rhomboids muscle area. Evaluation e quadratus lumborum, gluteus medius, hamstrings muscle area revealed a trigger point with pain. The occipital region, C3, C4 was d to be malaligned. A misalignment was revealed, T4, T5, L3-S1 . Decreased R.O.M. was revealed today in the patient's cervical region, bar region, knee region.

essment: Today's assessment of the patient's current condition shows little progress since the prior treatment.

n: The cervical spinal levels the thoracic spinal levels the lumbar spinal levels showed normal segmental movement during today's ersified adjustive technique. Therapy on the cervical region and thoracic region and right lower extremities and lumbar region today uded massage, ultrasound and trigger point therapy and a/p rom and traction to reduce pain and to reduce swelling and inflammation. Ms. andison will also continue to use a heating pad while at home and use a cold pack while at home.

0/2006

ojective: The patient reported that on today's visit the severity of her pain in the bilateral region of the neck and stiffness in the neck is 8/10 a 1 to 10 visual analog scale with 10 being the most severe. The patient did report that she is now experiencing pain in the bilateral region he neck and stiffness in the neck instead of the dull headaches and pain in the bilateral region of the neck previously reported. In addition, e also stated her upper back pain and pain in the right mid back continues to be about the same as her last visit. Additionally, Ms. andison reported her lower lumbar pain bilaterally remains unchanged since her last visit. Ms. Grandison also indicated her pain in the nt knee remains unchanged since her previous visit.

ojective: Examination of muscle tenderness and spasm revealed the following: Posterior cervical . Trapezius, rhomboids . Quadratus nborum, gluteus medius, hamstrings . Evaluation of the posterior cervical, trapezius muscle area revealed a trigger point with pain. There myofascial trigger point in the quadratus lumborum, gluteus medius, hamstrings muscle area. A subluxation was revealed at C2, C5. T3, , L5, S1 was revealed to be subluxated, . Decreased R.O.M. was revealed today in the patient's cervical region, lumbar region, knee region.

ssessment: Overall, the patient has shown approximately a 3% improvement since her prior treatment. Treatment thus far has proved to be vorable and Ms. Grandison is responding positively with a reduction in her overall symptoms.

nt Name: Grandison, Maxine



n: The cervical spinal levels the thoracic spinal levels the lumbar spinal levels showed normal motion during today's diversified adjustive nique. Therapy on the cervical region and thoracic region and right lower extremities and lumbar region today included massage, asound and trigger point therapy and a/p rom and traction to reduce pain and to reduce swelling and inflammation. The patient also tinues to be instructed to use a heating pad while at home and use a cold pack while at home.

1/2006

jective: Ms. Grandison indicated that on today's visit she has dull headaches and pain in the right region of the neck. The patient graded severity 8/10 on a 1 to 10 visual analog scale with 10 being the most severe. The patient did report that she is now experiencing dull daches and pain in the right region of the neck instead of the pain in the bilateral region of the neck and stiffness in the neck previously orted. Additionally, Ms. Grandison reported her upper back pain and pain in the right mid back has not noticeably changed since her ious visit. In addition, she also indicated her lower lumbar pain bilaterally remains unchanged since her last visit. Ms. Grandison also ed her pain in the right knee continues to be about the same as her last visit.

ective: Examination of muscle tenderness and spasm revealed the following: Posterior cervical . Trapezius, Levator scapulae . Quadratus borum, gluteus medius, hamstrings . There is myofascial trigger point in the posterior cervical, Levator scapulae muscle area. There is fascial trigger point in the quadratus lumborum, gluteus medius, hamstrings muscle area. C3, C5, C6 was revealed to have a luxation. T4, T7, L3- S1 was revealed to be malaligned, . Decreased R.O.M. was revealed today in the patient's cervical region, lumbar on, knee region.

essment: The severity and frequency of the patient's condition remains the same as the previous visit.

n: Normal movement was indicated from today's diversified adjustive technique of the cervical spinal levels the thoracic spinal levels the bar spinal levels. Therapy on the cervical region and thoracic region and right lower extremities and lumbar region today included ssage, ultrasound and trigger point therapy and a/p rom and traction to reduce pain and to reduce swelling and inflammation. The patient o continues to be instructed to use a heating pad while at home and use a cold pack while at home.

5/2006

jective: Today, Ms. Grandison stated that the severity of her pain in the right region of the neck is 7/10 on a 1 to 10 visual analog scale with peing the most severe. Ms. Grandison did report that she is now experiencing pain in the right region of the neck instead of the dull daches and pain in the right region of the neck previously reported. In addition, she also indicated the severity of her upper back pain is 0 on a 1 to 10 visual analog scale with 10 being the most severe. The patient did report that she is now experiencing upper back pain ead of the upper back pain and pain in the right mid back previously reported. The patient also indicated her lower lumbar pain bilaterally eeling about the same as her previous visit. Furthermore, Ms. Grandison indicated her pain in the right knee remains unchanged since her visit.

ective: Examination of muscle tenderness and spasm revealed the following: Posterior cervical . Trapezius . Quadratus lumborum, eus medius . There is myofascial trigger point in the trapezius, posterior cervical muscle area. There is myofascial trigger point in the dratus lumborum, gluteus medius muscle area. C4, C5 was found to be misaligned. A subluxation was revealed, T7, T10, L3, L5 . reased R.O.M. was revealed today in the patient's cervical region, lumbar region, knee region.

essment: Since the prior visit, the patient has improved nearly 10% . The current treatment plan has reduced the severity of the patient's nptoms.

n: The cervical spinal levels the thoracic spinal levels the lumbar spinal levels showed normal movement during today's diversified ustive technique. Therapy on the cervical region and thoracic region and right lower extremities and lumbar region today included ssage, ultrasound and trigger point therapy and a/p rom and traction to reduce pain and to reduce swelling and inflammation. The patient also continue to use a heating pad while at home and use a cold pack while at home.

ATTY KEJO BRYAN
2519 SHADOW CREEK

ELIZABETH LANE, FL  42701

PICA

## HEALTH INSURANCE CLAIM FORM

PICA

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER (ID) | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | | | | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
GRANDISON   MAXINE

3. PATIENT'S BIRTH DATE  08 26 1959  SEX M [ ] F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)
1155 SW 123 TERRACE

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse [ ]  Child [ ]  Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY
PEMBROKE PINES

STATE
FL

8. PATIENT STATUS
Single [X]  Married [ ]  Other [ ]

CITY

STATE

ZIP CODE
33025

TELEPHONE (Include Area Code)
(054)431 8852

Employed [ ]  Full-Time Student [ ]  Part-Time Student [ ]

ZIP CODE

TELEPHONE (Include Area Code)
(   )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)  YES [ ]  NO [X]

a. INSURED'S DATE OF BIRTH  MM DD YY  SEX M [X]  F [ ]

b. OTHER INSURED'S DATE OF BIRTH  MM DD YY  SEX M [ ]  F [ ]

b. AUTO ACCIDENT?  YES [ ]  NO [X]  PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?  YES [X]  NO [ ]

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES [ ]  NO [ ]  If yes, return to and complete items 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE  DATE  09/05/2006

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT:  MM DD YY  ◄ ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  N/A  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM N/A  TO N/A

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM N/A  TO N/A

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  YES [ ]  NO [X]  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 723 4
2. 722 0
3. 847 0
4. 728 85

22. MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 31 2006 | 08 31 2006 | 11 | 1 | 98941 | | 1-2-3-4 | 75 00 | 1 | | | | |
| 08 31 2006 | 08 31 2006 | 11 | 1 | 97010 | | 1-2-3-4 | 35 00 | 1 | | | | |
| 08 31 2006 | 08 31 2006 | 11 | 1 | 97124 | | 1-2-3-4 | 40 00 | 1 | | | | |
| 08 31 2006 | 08 31 2006 | 11 | 1 | 97012 | | 1-2-3-4 | 45 00 | 1 | | | | |
| 09 01 2006 | 09 01 2006 | 11 | 1 | 98941 | | 1-2-3-4 | 75 00 | 1 | | | | |
| 09 01 2006 | 09 01 2006 | 11 | 1 | 97010 | | 1-2-3-4 | 35 00 | 1 | | | | |
| 09 01 2006 | 09 01 2006 | 11 | 1 | 97124 | | 1-2-3-4 | 40 00 | 1 | | | | |
| 09 01 2006 | 09 01 2006 | 11 | 1 | 97012 | | 1-2-3-4 | 45 00 | 1 | | | | |
| 09 01 2006 | 09 01 2006 | 11 | 1 | 97035 | | 1-2-3-4 | 45 00 | 1 | | | | |

25. FEDERAL TAX I.D. NUMBER  SSN EIN
65-0780703  [X]

26. PATIENT'S ACCOUNT NO.
1344   D

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES [X]  NO [ ]

28. TOTAL CHARGE
$ 435 00

29. AMOUNT PAID
$ 0 00

30. BALANCE DUE
$ 435 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SO. BOX 121222 PC
498144     09/05/2006
SIGNED  CH6455  DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
LALLOUZ HEALTH CENTER
85 NE 167 ST
N.MIAMI BCH     FL 33162
CH0006455
305-981-1210

PIN#     GRP#

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)     PLEASE PRINT OR TYPE

FORM CMS-1500 (12-90)
FORM OWCP-1500     FORM RRB-1500

APPROVED OMB-0938-0008

# LHC

8/31/2006

Subjective: Today, the patient reported that the severity of her pain in the right region of the neck is 7/10 on a 1 to 10 visual analog scale with 10 being the most severe. Ms. Grandison did report that she is now experiencing pain in the right region of the neck instead of the pain in the bilateral region of the neck previously reported. Furthermore, the patient indicated she has muscle spasm in the mid back. The patient graded the severity 5/10 on a 1 to 10 visual analog scale with 10 being the most severe. Ms. Grandison did report that she is now experiencing muscle spasm in the mid back instead of the stiffness in the mid back previously reported. Furthermore, Ms. Grandison indicated she has lower lumbar pain bilaterally. The patient graded the severity 7/10 on a 1 to 10 visual analog scale with 10 being the most severe. Ms. Grandison did report that she is now experiencing lower lumbar pain bilaterally instead of the lower lumbar pain bilaterally and muscle spasm on the right side previously reported. Furthermore, Ms. Grandison indicated her pain in the right knee has not noticeably changed since her last visit.

Objective: Examination of muscle tenderness and spasm revealed the following: Trapezius . Supraspinatus, rhomboids . Quadratus lumborum, gluteus medius, . A trigger point was found with pain in the trapezius, supraspinatus muscle area. Palpation of the quadratus lumborum, gluteus medius muscle area revealed myofascial trigger point. A misalignment was revealed at C4, C7. A malalignment was revealed, T3, T4, T9, L4, L5 . Decreased R.O.M. was revealed today in the patient's cervical region, lumbar region, knee region.

Assessment: The severity and frequency of the patient's condition remains the same as the previous visit. At this time, Ms. Grandison is in a rehabilitative stage of care and has a guarded prognosis.

Plan: A diversified adjustive technique was performed today at the cervical spinal levels the thoracic spinal levels the lumbar spinal levels with a normal degree of segmental movement. Therapy on the cervical region and thoracic region and right lower extremities and lumbar region today included massage, ultrasound and trigger point therapy and a/p rom and traction to reduce pain and to reduce swelling and inflammation. Ms. Grandison also continues to be instructed to use a heating pad while at home.

9/1/2006

Subjective: Today, the patient reported the severity of her dull headaches and stiffness in the neck is 8/10 on a 1 to 10 visual analog scale with 10 being the most severe. Ms. Grandison did report that she is now experiencing dull headaches and stiffness in the neck instead of the pain in the right region of the neck previously reported. Furthermore, the patient stated the severity of her pain in the right mid back is 6/10 on a 1 to 10 visual analog scale with 10 being the most severe. Ms. Grandison did report that she is now experiencing pain in the right mid back instead of the muscle spasm in the mid back previously reported. Furthermore, Ms. Grandison stated she has lower lumbar pain on the right side. The patient graded the severity 7/10 on a 1 to 10 visual analog scale with 10 being the most severe. Ms. Grandison did report that she is now experiencing lower lumbar pain on the right side instead of the lower lumbar pain bilaterally previously reported. Furthermore, Ms. Grandison indicated her pain in the right knee remains unchanged since her last visit.

Objective: Examination of muscle tenderness and spasm revealed the following: Suboccipital . Supraspinatus, multifidus . Quadratus lumborum, gluteus medius, , gastro. . A trigger point was found with pain in the trapezius, supraspinatus, multifidus, suboccipital muscle area. Evaluation of the quadratus lumborum, gluteus medius, hamstrings muscle area revealed a trigger point with pain. A misalignment was revealed at C2, C4. A malalignment was revealed, T4, T8, L3, L5, S1 . Decreased R.O.M. was revealed today in the patient's cervical region, lumbar region, knee region.

Assessment: No change in the patient's overall symptoms were reported today since the date of the last treatment. At this time, Ms. Grandison is in a rehabilitative stage of care and has a guarded prognosis.

Plan: A diversified adjustive technique of the cervical spinal levels the thoracic spinal levels the lumbar spinal levels today showed a normal degree of segmental motion. Therapy on the cervical region and thoracic region and right lower extremities and lumbar region today included massage, ultrasound and trigger point therapy and a/p rom and traction to reduce pain and to reduce swelling and inflammation. Ms. Grandison also continues to be instructed to use a heating pad while at home.

TEL: (305) 652-2228 FAX: (305) 652-1220
NORTH MIAMI BEACH, FLORIDA 33162
85 N.E. 167 STREET

SOLOMON Y. LALLOUZ, D.C.

Lallouz Health Center
Solomon Lallouz    85 N.E. 167 Street    North Miami Beach, FL 33162    Tel: 305-652-2228    Fax: 305-652-1220
3056522228
Fax: 3056521220

ATTY REJO BRYAN
2519 SHADOW CREEK

ELIZABETH LANE, FL  42701

APPROVED OMB-0938-0008

# HEALTH INSURANCE CLAIM FORM

PICA [ ][ ][ ]                                                                PICA [ ][ ][ ]

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | | | [X] (ID) | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
GRANDISON   MAXINE

3. PATIENT'S BIRTH DATE  08 26 1959  M [ ]  SEX  F [ ]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)
1155 SW 123 TERRACE

6. PATIENT RELATIONSHIP TO INSURED
Self [ ]  Spouse [ ]  Child [ ]  Other [X]

7. INSURED'S ADDRESS (No., Street)

CITY  PEMBROKE PINES    STATE  FL

8. PATIENT STATUS
Single [X]  Married [ ]  Other [ ]

CITY    STATE

ZIP CODE  33025   TELEPHONE (Include Area Code)  (954) 431 8852

Employed [ ]  Full-Time Student [ ]  Part-Time Student [ ]

ZIP CODE    TELEPHONE (Include Area Code)  (    )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)  YES [ ]  NO [X]

a. INSURED'S DATE OF BIRTH  MM DD YY   M [X]  SEX  F [ ]

b. OTHER INSURED'S DATE OF BIRTH  MM DD YY   M [ ]  SEX  F [ ]

b. AUTO ACCIDENT?  YES [ ]  NO [X]  PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?  YES [ ]  NO [X]

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES [ ]  NO [X]  If yes, return to and complete items 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE    DATE  09/23/2006

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT:  MM DD YY  ◄ ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  N/A  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM N/A  TO N/A

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM N/A  TO N/A

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  YES [ ]  NO [X]  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 723 4    3. 847 0
2. 722 0    4. 728 85

22. MEDICAID RESUBMISSION CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09 19 2006 | 09 19 2006 | 11 | 1 | 98941 | | 1-2-3-4 | 75 00 | 1 | | | | |
| 09 19 2006 | 09 19 2006 | 11 | 1 | 97010 | | 1-2-3-4 | 35 00 | 1 | | | | |
| 09 19 2006 | 09 19 2006 | 11 | 1 | 97124 | | 1-2-3-4 | 50 00 | 1 | | | | |
| 09 19 2006 | 09 19 2006 | 11 | 1 | 97012 | | 1-2-3-4 | 45 00 | 1 | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER  SSN [ ] EIN [X]  65-0780703

26. PATIENT'S ACCOUNT NO.  1344  D

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  YES [X]  NO [ ]

28. TOTAL CHARGE  $ 205 00

29. AMOUNT PAID  $ 0 00

30. BALANCE DUE  $ 205 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SOLOMON LALLOUZ DC
U4844    09/23/2006
SIGNED  CH16455  DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
LALLOUZ HEALTH CENTER
85 NE 167 ST
N.MIAMI BCH    FL 33162
CH0006455
PIN#    GRP#
305-981-1271

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)

PLEASE PRINT OR TYPE

FORM CMS-1500 (12-90)
FORM OWCP-1500    FORM RRB-1500

CARRIER / PATIENT AND INSURED INFORMATION / PHYSICIAN OR SUPPLIER INFORMATION

LHC

9/19/2006

Subjective: Today, the patient reported she has pain in the bilateral region of the neck. The patient graded the severity 8/10 on a 1 to 10 visual analog scale with 10 being the most severe. Ms. Grandison did report that she is now experiencing pain in the bilateral region of the neck instead of the dull headaches and stiffness in the neck previously reported. Furthermore, the patient stated she has stiffness in the mid back. The patient graded the severity 6/10 on a 1 to 10 visual analog scale with 10 being the most severe. Ms. Grandison did report that she is now experiencing stiffness in the mid back instead of the pain in the right mid back previously reported. Furthermore, Ms. Grandison stated the severity of her lower lumbar pain on the right side has increased since her prior visit to 7/10. Furthermore, Ms. Grandison indicated her pain in the right knee remains unchanged since her previous visit.

Objective: Examination of muscle tenderness and spasm revealed the following: Trapezius, Levator scapulae . Supraspinatus, multifidus, deltoids . Quadratus lumborum, gluteus medius . There is myofascial trigger point in the trapezius, Levator scapulae, deltoids muscle area. A trigger point was present with pain in the quadratus lumborum, gluteus medius, hamstrings muscle area. A malalignment was revealed at C4, C5. T4, T8, L5, S1 was revealed to have a malalignment. Decreased R.O.M. was revealed today in the patient's cervical region, lumbar region, knee region.

Assessment: An assessment of the patient's current condition as compared to their prior treatment shows no substantial improvement.

Plan: A diversified adjustive technique was performed today at the cervical spinal levels the thoracic spinal levels the lumbar spinal levels with normal degree of segmental motion. Therapy on the cervical region and thoracic region and right lower extremities and lumbar region today included massage, ultrasound and trigger point therapy and a/p rom and traction to reduce pain and to reduce swelling and inflammation. The patient also continues to be instructed to use a heating pad while at home.

**LHC**

9/19/2006

Subjective: Today, the patient reported she has  pain in the bilateral region of the neck. The patient graded the severity 8/10 on a 1 to 10 visual analog scale with 10 being the most severe. Ms. Grandison did report that she is now experiencing pain in the bilateral region of the neck instead of the dull headaches and stiffness in the neck previously reported. Furthermore, the patient stated she has  stiffness in the mid back. The patient graded the severity 6/10 on a 1 to 10 visual analog scale with 10 being the most severe. Ms. Grandison did report that she is now experiencing stiffness in the mid back instead of the pain in the right mid back previously reported. Furthermore, Ms. Grandison stated the severity of her lower lumbar pain on the right side has increased since her prior visit to 7/10. Furthermore, Ms. Grandison indicated her pain in the right knee remains unchanged since her previous visit.

Objective: Examination of muscle tenderness and spasm revealed the following: Trapezius, Levator scapulae . Supraspinatus, multifidus, deltoids . Quadratus lumborum, gluteus medius . There is myofascial trigger point in the trapezius, Levator scapulae, deltoids muscle area. A trigger point was present with pain in the quadratus lumborum, gluteus medius, hamstrings muscle area. A malalignment was revealed at C4, C5. T4, T8, L5, S1  was revealed to have a  malalignment. Decreased R.O.M. was revealed today in the patient's cervical region, lumbar region, knee region.

Assessment: An assessment of the patient's current condition as compared to their prior treatment shows no substantial improvement.

Plan: A diversified adjustive technique was performed today at the cervical spinal levels the thoracic spinal levels the lumbar spinal levels with normal degree of segmental motion. Therapy on the cervical region and thoracic region and right lower extremities and lumbar region today included massage, ultrasound and trigger point therapy and a/p rom and traction to reduce pain and to reduce swelling and inflammation. The patient also continues to be instructed to use a heating pad while at home.

PLEASE DO NOT STAPLE IN THIS AREA

ATTY KEJO BRYAN
2519 SHADOW CREEK

ELIZABETH LANE, FL 42701

APPROVED OMB-0938-0008

CARRIER

# HEALTH INSURANCE CLAIM FORM

PICA [ ] [ ]    PICA [ ] [ ]

| 1. MEDICARE (Medicare #) | MEDICAID (Medicaid #) | CHAMPUS (Sponsor's SSN) | CHAMPVA (VA File #) | GROUP HEALTH PLAN (SSN or ID) [X] | FECA BLK LUNG (SSN) | OTHER (ID) | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|

**2. PATIENT'S NAME (Last Name, First Name, Middle Initial)**
GRANDISON     MAXINE

**3. PATIENT'S BIRTH DATE**  MM 08 DD 26 YY 1959   SEX M [ ] F [X]

**4. INSURED'S NAME (Last Name, First Name, Middle Initial)**

**5. PATIENT'S ADDRESS (No., Street)**
1155 SW 123 TERRACE

**6. PATIENT RELATIONSHIP TO INSURED**
Self [ ]   Spouse [ ]   Child [ ]   Other [X]

**7. INSURED'S ADDRESS (No., Street)**

**CITY**  PEMBROKE PINES      **STATE** FL

**8. PATIENT STATUS**
Single [ ]   Married [ ]   Other [ ]

**CITY**                    **STATE**

**ZIP CODE** 33025   **TELEPHONE (Include Area Code)** (954) 431 8852

Employed [ ]   Full-Time Student [ ]   Part-Time Student [ ]

**ZIP CODE**   **TELEPHONE (INCLUDE AREA CODE)** ( )

**9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)**

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT? (CURRENT OR PREVIOUS)** YES [ ] NO [X]

**a. INSURED'S DATE OF BIRTH** MM DD YY   SEX M [X] F [ ]

**b. OTHER INSURED'S DATE OF BIRTH** MM DD YY   SEX M [ ] F [ ]

**b. AUTO ACCIDENT?** YES [ ] NO [X]   PLACE (State)

**b. EMPLOYER'S NAME OR SCHOOL NAME**

**c. EMPLOYER'S NAME OR SCHOOL NAME**

**c. OTHER ACCIDENT?** YES [X] NO [ ]

**c. INSURANCE PLAN NAME OR PROGRAM NAME**

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. RESERVED FOR LOCAL USE**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?** YES [ ] NO [ ]   *If yes, return to and complete item 9 a-d.*

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE   DATE 11/01/2006

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

**14. DATE OF CURRENT:** MM DD YY ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

**15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE** MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** MM DD YY FROM N/A TO N/A

**17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE**

**17a. I.D. NUMBER OF REFERRING PHYSICIAN**

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** MM DD YY FROM N/A TO N/A

**19. RESERVED FOR LOCAL USE**

**20. OUTSIDE LAB?** YES [ ] NO [X]   $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)**
1. 723.4      3. 847.0
2. 722.0      4. 728.85

**22. MEDICAID RESUBMISSION CODE**   ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 25 2006 | 10 25 2006 | 11 | 1 | 98941 | 1-2-3-4 | 75 00 | 1 | | | | |
| 10 25 2006 | 10 25 2006 | 11 | 1 | 97035 | 1-2-3-4 | 45 00 | 1 | | | | |
| 10 25 2006 | 10 25 2006 | 11 | 1 | 97012 | 1-2-3-4 | 45 00 | 1 | | | | |
| 10 25 2006 | 10 25 2006 | 11 | 1 | 97010 | 1-2-3-4 | 35 00 | 1 | | | | |
| 10 25 2006 | 10 25 2006 | 11 | 1 | 97124 | 1-2-3-4 | 50 00 | 1 | | | | |
| | | | | | | | | | | | |

**25. FEDERAL TAX I.D. NUMBER** 65-0780703   SSN [ ] EIN [X]

**26. PATIENT'S ACCOUNT NO.** 1344  D

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back) YES [ ] NO [ ]

**28. TOTAL CHARGE** $ 250 00

**29. AMOUNT PAID** $ 0 00

**30. BALANCE DUE** $ 250 00

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** I certify that the statements on the reverse apply to this bill and are made a part thereof.
SIGNED   DATE 11/01/2006
048140

**32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)**

**33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #**
HALLOUZ HEALTH CENTER
85 NE 167 ST
N.MIAMI BCH      FL 33162
CH0006455
PIN#   GRP#

CH6465

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   PLEASE PRINT OR TYPE   APPROVED OMB-0938-0008 FORM CMS-1500 (12-90), FORM RRB-1500. APPROVED OMB-1215-0055 FORM OWCP-1500, APPROVED OMB-0720-0001 (CHAMPUS)

PATIENT AND INSURED INFORMATION

PHYSICIAN OR SUPPLIER INFORMATION

Patient Name: Grandison, Maxine

# LHC

10/25/2006

Subjective: Today, Ms. Grandison reported the severity of her pain in the right region of the neck is 7/10 on a 1 to 10 visual analog scale with 10 being the most severe. Ms. Grandison did report that she is now experiencing pain in the right region of the neck instead of the pain in the bilateral region of the neck previously reported. In addition, she also stated she has pain in the right mid back. The patient graded the severity 6/10 on a 1 to 10 visual analog scale with 10 being the most severe. The patient did report that she is now experiencing pain in the right mid back instead of the stiffness in the mid back previously reported. Additionally, Ms. Grandison stated the severity of her lower lumbar pain on the right side and pain in the right buttock is 8/10 on a 1 to 10 visual analog scale with 10 being the most severe. The patient did report that she is now experiencing lower lumbar pain on the right side and pain in the right buttock instead of the lower lumbar pain on the right side previously reported.

Objective: Examination of muscle tenderness and spasm revealed the following: Trapezius . Rhomboids, supraspinatus . Quadratus lumborum, gluteus medius . There is myofascial trigger point in the trapezius, supraspinatus, rhomboids muscle area. A trigger point was revealed with pain in the quadratus lumborum, gluteus medius, hamstrings muscle area. C5, C7 was revealed to have a malalignment. T7, T11,L4, L5, S1 was revealed to have a subluxation. Decreased R.O.M. was revealed today in the patient's cervical region, lumbar region, knee region.

Assessment: The severity and frequency of the patient's condition remains the same as the previous visit.

Plan: A diversified adjustive technique was performed today at the cervical spinal levels the thoracic spinal levels the lumbar spinal levels with a normal degree of motion. Therapy on the cervical region and thoracic region and right lower extremities and lumbar region today included massage, ultrasound and trigger point therapy and a/p rom and traction to reduce pain and to increase mobility. To increase the effectiveness of Ms. Grandison's treatment, she continued today to use a heating pad while at home.

APPROVED OMB-0938-0008

PLEASE
DO NOT
STAPLE
IN THIS
AREA

ATTY KEJO BRYAN
2319 SHADOW CREEK

ELIZABETH LANE, FL 42701

CARRIER

# HEALTH INSURANCE CLAIM FORM

| PICA | | | | | | | PICA |
|---|---|---|---|---|---|---|---|

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| GRANDISON  MAXINE | 09 DD YY 39  M☐ F☑ | |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 1155 SW 123 TERRACE | Self☐ Spouse☐ Child☐ Other☑ | |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| PEMBROKE PINES | FL | Single☐ Married☐ Other☐ | | |

| ZIP CODE | TELEPHONE (Include Area Code) | | CITY | STATE |
|---|---|---|---|---|
| 33025 | (954) 431 8852 | Employed☐ Full-Time Student☐ Part-Time Student☐ | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) ( ) |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) YES☐ NO☐ | a. INSURED'S DATE OF BIRTH MM DD YY  M☐ F☐ |
|---|---|---|

| b. OTHER INSURED'S DATE OF BIRTH MM DD YY  SEX M☐ F☐ | b. AUTO ACCIDENT?  PLACE (State) YES☐ NO☐ | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? YES☐ NO☐ | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES☐ NO☐ If yes, return to and complete item 9 a-d. |
|---|---|---|

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE    DATE  11/14/2006

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

| 14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) MM DD YY | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY  TO MM DD YY |
|---|---|---|

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY  TO MM DD YY |
|---|---|---|

| 19. RESERVED FOR LOCAL USE | | 20. OUTSIDE LAB? YES☐ NO☐  $ CHARGES |
|---|---|---|

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 723 4    3. 847 0
2. 722 0    4. 728 85

| 22. MEDICAID RESUBMISSION CODE    ORIGINAL REF. NO. |
|---|
| 23. PRIOR AUTHORIZATION NUMBER |

| 24. A DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 11 02006 | 11 02006 | 11 | 1 | 98941 | 1-2-3-4 | 75 00 | 1 | | | | |
| 11 02006 | 11 02006 | 11 | 1 | 97035 | 1-2-3-4 | 45 00 | 1 | | | | |
| 11 02006 | 11 02006 | 11 | 1 | 97012 | 1-2-3-4 | 45 00 | 1 | | | | |
| 11 02006 | 11 02006 | 11 | 1 | 97010 | 1-2-3-4 | 35 00 | 1 | | | | |
| 11 02006 | 11 02006 | 11 | 1 | 97124 | 1-2-3-4 | 50 00 | 1 | | | | |
| | | | | | | | | | | | |

| 25. FEDERAL TAX I.D. NUMBER  SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|
| 65-0780703 | 1344  D | | $ 250 00 | $ 0 00 | $ 250 00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # |
|---|---|---|
| 148624    CH64534/2006 | | GADOUZ HEALTH CENTER 85 NE 167 ST N.MIAMI BCH    FL 3012 CH0000453 |
| SIGNED    DATE | | PIN#    GRP# |

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)  **PLEASE PRINT OR TYPE**

APPROVED OMB-0938-0008 FORM CMS-1500 (12-90), FORM RRB-1500.
APPROVED OMB-1215-0055 FORM OWCP-1500, APPROVED OMB-0720-0001 (CHAMPUS)

PATIENT AND INSURED INFORMATION ← → PHYSICIAN OR SUPPLIER INFORMATION

# LHC

11/2/2006

**Subjective:** Ms. Grandison stated that on today's visit the severity of her pain in the right region of the neck and muscle spasm in the neck is 8/10 on a 1 to 10 visual analog scale with 10 being the most severe. Ms. Grandison did report that she is now experiencing pain in the right region of the neck and muscle spasm in the neck instead of the pain in the right region of the neck previously reported. In addition, she also reported the severity of her upper back pain is 7/10 on a 1 to 10 visual analog scale with 10 being the most severe. The patient did report that she is now experiencing upper back pain instead of the pain in the right mid back previously reported. Furthermore, Ms. Grandison reported she has lower lumbar pain on the right side and pain down the right leg. The patient graded the severity 8/10 on a 1 to 10 visual analog scale with 10 being the most severe. The patient did report that she is now experiencing lower lumbar pain on the right side and pain down the right leg instead of the lower lumbar pain on the right side and pain in the right buttock previously reported.

**Objective:** Examination of muscle tenderness and spasm revealed the following: Trapezius . Rhomboids, Levator scapulae . Quadratus lumborum, gluteus medius . Palpation of the trapezius, Levator scapulae muscle area revealed myofascial trigger point. Evaluation of the quadratus lumborum, gluteus medius muscle area revealed a trigger point with pain. C3, C4, C7 was found to be misaligned. T4, T9,L4, L5, S1 was revealed to be malaligned, . Decreased R.O.M. was revealed today in the patient's cervical region, lumbar region, knee region.

**Assessment:** The severity and frequency of the patient's condition remains the same as the previous visit.

**Plan:** The cervical spinal levels the thoracic spinal levels the lumbar spinal levels showed normal motion during today's diversified adjustive technique. Therapy on the cervical region and thoracic region and right lower extremities and lumbar region today included massage, ultrasound and trigger point therapy and a/p rom and traction to reduce pain and to increase mobility. The patient also continues to be instructed to use a heating pad while at home.

APPROVED OMB-0938-0008

PLEASE DO NOT STAPLE IN THIS AREA

ATTY KEJO BRYAN
2519 SHADOW CREEK

ELIZABETH LANE, FL 42701

CARRIER

PICA

# HEALTH INSURANCE CLAIM FORM

PICA

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | |

**2. PATIENT'S NAME (Last Name, First Name, Middle Initial)**
GRANDISON    MAXINE

**3. PATIENT'S BIRTH DATE**
MM 08 DD 12 YY 1959  SEX

**4. INSURED'S NAME (Last Name, First Name, Middle Initial)**

**5. PATIENT'S ADDRESS (No., Street)**
1155 SW 123 TERRACE

**6. PATIENT RELATIONSHIP TO INSURED**
Self ☐  Spouse ☐  Child ☐  Other ☐

**7. INSURED'S ADDRESS (No., Street)**

**CITY** PEMBROKE PINES   **STATE** FL

**8. PATIENT STATUS**
Single ☐   Married ☐   Other ☐

**CITY**   **STATE**

**ZIP CODE** 33025   **TELEPHONE (Include Area Code)** (954) 431 8852

Employed ☐   Full-Time Student ☐   Part-Time Student ☐

**ZIP CODE**   **TELEPHONE (INCLUDE AREA CODE)** (   )

**9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)**

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
☐ YES  ☒ NO

**a. INSURED'S DATE OF BIRTH** MM DD YY   SEX M ☐ F ☐

**b. OTHER INSURED'S DATE OF BIRTH** MM DD YY   SEX M ☐ F ☐

b. AUTO ACCIDENT?   PLACE (State)
☐ YES  ☒ NO

**b. EMPLOYER'S NAME OR SCHOOL NAME**

**c. EMPLOYER'S NAME OR SCHOOL NAME**

c. OTHER ACCIDENT?
☐ YES  ☒ NO

**c. INSURANCE PLAN NAME OR PROGRAM NAME**

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. RESERVED FOR LOCAL USE**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**
☐ YES  ☐ NO   *If yes, return to and complete item 9 a-d.*

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE   DATE  11/07/2006

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

**14. DATE OF CURRENT:** ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

**15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE** MM DD YY   N/A

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM N/A TO N/A

**17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE**

**17a. I.D. NUMBER OF REFERRING PHYSICIAN**

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM N/A TO N/A

**19. RESERVED FOR LOCAL USE**

**20. OUTSIDE LAB?**  ☐ YES  ☐ NO   **$ CHARGES**

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)**
1. 723.4    3. 847.0
2. 722.0    4. 728.85

**22. MEDICAID RESUBMISSION CODE**   **ORIGINAL REF. NO.**

**23. PRIOR AUTHORIZATION NUMBER**

| 24. | A. DATE(S) OF SERVICE | | | | | | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS   MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | From MM | DD | YY | To MM | DD | YY | | | | | | | | | | |
| 1 | 11 | 03 | 2006 | 11 | 03 | 2006 | 11 | 1 | 98941 | 1-2-3- | 75 00 | 1 | | | | |
| 2 | 11 | 03 | 2006 | 11 | 03 | 2006 | 11 | 1 | 97035 | 1-2-3- | 45 00 | 1 | | | | |
| | 11 | 03 | 2006 | 11 | 03 | 2006 | 11 | 1 | 97012 | 1-2-3- | 45 00 | 1 | | | | |
| 3 | 11 | 03 | 2006 | 11 | 03 | 2006 | 11 | 1 | 97010 | 1-2-3- | 35 00 | 1 | | | | |
| | 11 | 03 | 2006 | 11 | 03 | 2006 | 11 | 1 | 97124 | 1-2-3- | 50 00 | 1 | | | | |
| 4 | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | |

**25. FEDERAL TAX I.D. NUMBER**  SSN ☐ EIN ☐
65-0780702

**26. PATIENT'S ACCOUNT NO.**
1344   D

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back)
☐ YES  ☐ NO

**28. TOTAL CHARGE**  $ 250 00

**29. AMOUNT PAID**  $ 0 00

**30. BALANCE DUE**  $ 250 00

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED   DATE
148144

**32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED** (If other than home or office)

**33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #**
LEIDIZ HEALTH CENTER
85 NE 167 ST
N.MIAMI BCH   FL 33162
PIN# QH0008453   GRP#

CH16453

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   **PLEASE PRINT OR TYPE**

APPROVED OMB-0938-0008 FORM CMS-1500 (12-90), FORM RRB-1500.
APPROVED OMB-1215-0055 FORM OWCP-1500, APPROVED OMB-0720-0001 (CHAMPUS)

PATIENT AND INSURED INFORMATION

PHYSICIAN OR SUPPLIER INFORMATION

LHC

11/3/2006

Subjective: Today, Ms. Grandison reported the severity of her pain in the right region of the neck improved noticeably since her prior visit to 6/10. Furthermore, Ms. Grandison stated the severity of her upper back pain is 7/10 on a 1 to 10 visual analog scale with 10 being the most severe. Ms. Grandison did report that she is now experiencing upper back pain instead of the pain in the right mid back previously reported. Additionally, Ms. Grandison stated she has lower lumbar pain on the right side and pain down the right leg. The patient graded the severity 8/10 on a 1 to 10 visual analog scale with 10 being the most severe. Ms. Grandison did report that she is now experiencing lower lumbar pain on the right side and pain down the right leg instead of the lower lumbar pain on the right side and pain in the right buttock previously reported.

Objective: Examination of muscle tenderness and spasm revealed the following: Levator scapulae . Rhomboids, iliocostalis . Quadratus lumborum, gluteus medius . Evaluation of the trapezius , rhomboids, rhomboids muscle area revealed a trigger point with pain. There is myofascial trigger point in the quadratus lumborum, gluteus medius, hamstrings muscle area. A malalignment was revealed at C5, T1, T3. T9, T10,L4, L5 was revealed to have a subluxation. Decreased R.O.M. was revealed today in the patient's cervical region, lumbar region, knee region.

Assessment: The severity and frequency of the patient's condition remains the same as the previous visit.

Plan: A diversified adjustive technique of the cervical spinal levels the thoracic spinal levels the lumbar spinal levels today showed a normal degree of segmental movement. Therapy on the cervical region and thoracic region and right lower extremities and lumbar region today included massage, ultrasound and trigger point therapy and a/p rom and traction to reduce pain and to increase mobility. To increase the effectiveness of the patient's treatment, she continued today to use a heating pad while at home.