United States Bankruptcy Court
Middle District of Florida
Jacksonville Division Motion

In re:                                                    Case No.: 05-03817-3F1

Winn Dixie Stores, Inc., et al.,                          Chapter 11

Reorganized Debtors,                                      Jointly Administered

### Motion for Payment of Administrative Expense Claim

Claimant, May Bennett, by and through her undersigned counsel, hereby files this Motion for Administrative Expense Claim, and in support thereof, states as follows:

1.    That on October 22, 2006, May Bennett was an invitee at Winn-Dixie store #194, a property that was owned, operated maintained and/or controlled by the Debtor in Jacksonville, Duval County, Florida.

2.    At that time and place, the Debtor owed a duty to maintain its premises in a reasonably safe condition and free from defects and conditions that would render it dangerous and unsafe for Ms. Bennett or others similarly situated as Ms. Bennett. The Debtor also owed a duty to warn Ms. Bennett of any dangerous and/or or unsafe conditions that would be encountered by invitees during the foreseeable use of the premises.

3.    The Debtor, by and through its agents, servants and/or employees, breached its duty owed to the Claimant by creating and/or allowing to exist a dangerous condition, to-wit: a collection of water or other foreign substance on the floor so that the Claimant fell; by failing to reasonably inspect the floors for dangerous conditions; by failing to correct the aforementioned dangerous

condition and by failing to warn or otherwise notify Claimant of the aforementioned dangerous condition.

4. As a direct and proximate result of the Debtor's negligence, the Claimant suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment and aggravation of a pre-existing condition. The injuries are either permanent or continuing in nature and the Claimant will suffer the losses and impairment in the future.

5. By way of further particulars, the Claimant suffered a torn rotator cuff of the right shoulder. Surgery has been recommended.

WHEREFORE, Claimant, May Bennett hereby makes this claim and demands that she receives payment from Winn-Dixie Stores, Inc., for all of her past and future medical bills incurred as a result of her injuries, as well as fair and reasonable compensation for her pain, suffering, injuries, damages and loss of enjoyment of life. As full and final settlement of this claim, May Bennett requests that she receive $150,000.00 from the Debtor, Winn-Dixie Stores, Inc.

s/Andrew H. Nachman
Andrew H. Nachman
Bar Number 870470
Attorney for May Bennett, Claimant
Rahaim, Watson, Dearing,
Berry and Moore, P.A.
3127 Atlantic Boulevard
Jacksonville, FL 32207
Telephone: (904) 399-8989
Fax: (904) 399-3377
E-mail: anachman@jaxlegalhelp.com

## Certificate of Service

I hereby certify that on January 3, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: James Post, Smithy Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, Fax: (904) 359-7708, E-mail: jpost@smithhulsey.com and Matthew Barr, Milbank, Tweek, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 , Fax (212) 822-5194, E-mail: mbarr@milbank.com. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the aforementioned recipients.

                                          s/Andrew H. Nachman
                                          Andrew H. Nachman
                                          Bar Number 870470
                                          Attorney for May Bennett, Claimant
                                          Rahaim, Watson, Dearing,
                                          Berry and Moore, P.A.
                                          3127 Atlantic Boulevard
                                          Jacksonville, FL 32207
                                          Telephone: (904) 399-8989
                                          Fax: (904) 399-3377
                                          E-mail: anachman@jaxlegalhelp.com