| UNITED STATES BANKRUPTCY COURT for the | MIDDLE | District of | FLORIDA | JUDGE |
|---|---|---|---|---|

UNITED STATES BANKRUPTCY COURT for the **MIDDLE** District of **FLORIDA**

In Re: **WINN DIXIE STORES, INC.**
STI#'s 20001867894
FEI#'s 59-0514290

F I L E D
JACKSONVILLE, FLORIDA

JAN 03 2007

CLERK, U.S. BANKRUPTCY COURT

JUDGE
JAF
CASE NUMBER
05-03817-3F1
CHAPTER
11
DATE OF PETITION
02/21/05

1. The undersigned, whose business address is Department of Revenue, P.O. Box 161108, Atlanta, Georgia 30321 is the agent of the Georgia Department of Revenue and is authorized to make this proof of claim on the behalf of the State of Georgia, Department of Revenue.

2. The debtor is indebted to this claimant, at the time of the filing of the petition, in the sum of     $ 136,386.00    comput
   below and/or on the attached schedule.

3. The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

4. The ground of this liability is tax due under the Revenue Code of the State of Georgia.

**A. ADMINISTRATIVE EXPENSE (taxes accrued during bankruptcy under Section 503 (b) of the Bankruptcy Code)**

| KIND OF TAX | PERIOD | TAX DUE | INTEREST TO DATE OF CLAIM | PENALTY TO DATE OF CLAIM |
|---|---|---|---|---|
| SALE TAX 20002205 | 6/05, 7/05, 9/05, 10/05 | $ 27,643.00 | $ 19,743.00 | $ 89,000.00 |

**B. SECURED CLAIMS (a lien for taxes due, was filed and recorded before petition date)**

| KIND OF TAX | FIFA NUMBER & PERIOD | RECORDED | TAX DUE | INTEREST TO DATE OF CLAIM | PENALTY TO DATE OF CLAIM |
|---|---|---|---|---|---|
| | | | | | |

**C. UNSECURED PRIORITY CLAIMS (under Section 507 (a) (8) of the Bankruptcy Code)**

| KIND OF TAX | PERIOD | TAX DUE | INTEREST TO DATE OF CLAIM | PENALTY TO DATE OF CLAIM |
|---|---|---|---|---|
| | | | | |

**D. UNSECURED GENERAL CLAIMS**

| KIND OF TAX | PERIOD | TAX DUE | INTEREST TO DATE OF CLAIM | PENALTY TO DATE OF CLAIM |
|---|---|---|---|---|
| ST | | | | |

All correspondence and payments are to be directed to:

STATE OF GEORGIA
DEPARTMENT OF REVENUE
P. O. BOX 161108
ATLANTA, GEORGIA 30321

*Acie Mc McGhee*

Digitally signed by Acie McGhee
DN: cn=Acie McGhee, c=US,
o=Georgia, DOR, ou=Bankruptcy,
email=acie.mcghee@dor.ga.gov
Date: 2006.12.27 16:57:35 -05'00'

Date 12/27/2006     Telephone No. 404-968-0410

Authorized Representative     Agent No. 084

COPY TO BE RECEPEITED AND RETURNED TO THE GEORGIA DEPARTMENT OF REVENUE

Page 1 of 1
2/21/2005

12/27/2006

**NAME:** WINN DIXIE STORES, INC.
**STI NO:** 20001867894

**CASE NUMBER:** 05-03817-3F1
**FEI NO:** 59-0514290

**PET DATE:**

| PERIOD | | TAX | PENALTY | INTEREST TO | GRAND TOTAL |
|---|---|---|---|---|---|
| NOT PAID | 6/1/2005 | $ 3,048.00 | $ 32,444.00 | $ 6,488.00 | $ 41,980.00 |
| NOT PAID | 7/27/2005 | $ 2,965.00 | $ 31,252.00 | $ 6,250.00 | $ 40,467.00 |
| NOT PAID | 9/21/2005 | $ - | $ 19,897.00 | $ 3,977.00 | $ 23,874.00 |
| NOT PAID | 10/19/2005 | $ 21,630.00 | $ 5,407.00 | $ 3,028.00 | $ 30,065.00 |
| | | $ | $ | $ | $ - |
| | | | $ | $ | $ - |
| | | | $ | $ | $ - |
| | | | $ | $ | $ - |
| | | | $ | $ | $ - |
| | | | $ | $ | $ - |
| | | | $ | $ | $ - |
| | | | $ | $ | $ - |
| | | | $ | $ | $ - |
| | | | $ | $ | $ - |
| | | | $ | $ | $ - |
| | | | $ | $ | $ - |
| | | | $ | $ | $ - |
| | | | $ | $ | $ - |
| | | | $ | $ | $ - |
| | | | $ | $ | $ - |
| **TOTAL($)** | | $ 27,643.00 | $ 89,000.00 | $ 19,743.00 | $ 136,386.00 |

SALES TAX 200002205

| UNITED STATES BANKRUPTCY COURT for the | MIDDLE | District of | FLORIDA | JUDGE |
|---|---|---|---|---|

UNITED STATES BANKRUPTCY COURT for the    **MIDDLE**    District of    **FLORIDA**

In Re: **WINN DIXIE STORES, INC.**
     **STI#'s 20001867894**
     **FEI#'s 59-0514290**

JUDGE
JAF
CASE NUMBER
05-03817-3F1
CHAPTER
11
DATE OF PETITION
02/21/05

1. The undersigned, whose business address is Department of Revenue, P.O. Box 161108, Atlanta, Georgia 30321 is the agent of the Georgia
   Department of Revenue and is authorized to make this proof of claim on the behalf of the State of Georgia, Department of Revenue.
2. The debtor is indebted to this claimant, at the time of the filing of the petition, in the sum of     $ 136,386.00   comput
   below and/or on the attached schedule.
3. The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
4. The ground of this liability is tax due under the Revenue Code of the State of Georgia.

**A. ADMINISTRATIVE EXPENSE (taxes accrued during bankruptcy under Section 503 (b) of the Bankruptcy Code)**

| KIND OF TAX | PERIOD | TAX DUE | INTEREST TO DATE OF CLAIM | PENALTY TO DATE OF CLAIM |
|---|---|---|---|---|
| SALE TAX 20002205 | 6/05, 7/05, 9/05, 10/05 | $ 27,643.00 | $ 19,743.00 | $ 89,000.00 |

**B. SECURED CLAIMS (a lien for taxes due, was filed and recorded before petition date)**

| KIND OF TAX | FIFA NUMBER & PERIOD | RECORDED | TAX DUE | INTEREST TO DATE OF CLAIM | PENALTY TO DATE OF CLAIM |
|---|---|---|---|---|---|
| | | | | | |

**C. UNSECURED PRIORITY CLAIMS (under Section 507 (a) (8) of the Bankruptcy Code)**

| KIND OF TAX | PERIOD | TAX DUE | INTEREST TO DATE OF CLAIM | PENALTY TO DATE OF CLAIM |
|---|---|---|---|---|
| | | | | |

**D. UNSECURED GENERAL CLAIMS**

| KIND OF TAX | PERIOD | TAX DUE | INTEREST TO DATE OF CLAIM | PENALTY TO DATE OF CLAIM |
|---|---|---|---|---|
| ST | | | | |

All correspondence and payments are to be directed to:

STATE OF GEORGIA
DEPARTMENT OF REVENUE
P. O. BOX 161108
ATLANTA, GEORGIA 30321

*Acie Mc McGhee*
Digitally signed by Acie McGhee
DN: cn=Acie McGhee, c=US,
o=Georgia, DOR, ou=Bankruptcy,
email=acie.mcghee@dor.ga.gov
Date: 2006.12.27 16:57:35 -05'00'

Date 12/27/2006     Telephone No. 404-968-0410

| Authorized Representative | Agent No. 084 | |
|---|---|---|

Page 1 of 1
2/21/2005

**NAME:** WINN DIXIE STORES, INC.
**STI NO:** 20001867894

**CASE NUMBER:** 05-03817-3F1
**FEI NO:** 59-0514290

**PET DATE:** 2/21/2005

| | PERIOD | TAX | PENALTY | INTEREST TO | GRAND TOTAL |
|---|---|---|---|---|---|
| NOT PAID | 6/1/2005 | $ 3,048.00 | $ 32,444.00 | $ 6,488.00 | $ 41,980.00 |
| NOT PAID | 7/27/2005 | $ 2,965.00 | $ 31,252.00 | $ 6,250.00 | $ 40,467.00 |
| NOT PAID | 9/21/2005 | $ - | $ 19,897.00 | $ 3,977.00 | $ 23,874.00 |
| NOT PAID | 10/19/2005 | $ 21,630.00 | $ 5,407.00 | $ 3,028.00 | $ 30,065.00 |
| | | $ - | $ - | $ - | $ - |
| | | | | | |
| TOTAL(S) | | $ 27,643.00 | $ 89,000.00 | $ 19,743.00 | $ 136,386.00 |

SALES TAX 200002205

12/27/2006