F I L E D
JACKSONVILLE, FLORIDA

JAN 0 3 2007

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

**Alma T. McDonald**
**119 Festival Lane**
**Lafayette, LA 70507**

RE: **Winn-Dixie Stores, Inc.**
Claim # A611208256   - Date occurred: 9/1/06   - Location # 1555
Claim # A611208656   - Date occurred: 9/13/06  - Location # 1555

**To: United States Bankruptcy Court**
Middle District of Florida
Jacksonville Division

Attn: Judge Jerry A. Funk

This is in accordance to claims filed by myself upon the above mentioned store.

    First occurrence on **9/1/06**, upon entering the Moss Street location in Lafayette, Louisiana, as I was walking and talking with my daughter, I suddenly begin to fall to the floor-my daughter reached out to keep me from falling, but she was unable to. I immediately felt pain in my knees and my arms. My daughter got a store manager to come over, who immediately said that **there had been ice on the floor**. She then wrote up a report on the situation. I did not seek medical help or remedy on this occasion.

    The Second occurrence on **9/13/06**, less than two week later, I was accompanied to the same store with my husband. He was at the self checkout counter paying for his items he wanted to purchase, I was walking toward him, he could see me falling, as well as the cashier (Kristen), but he was too far away to keep my from falling. **There sat a bag of ice that had been busted open and spilled near a checkout counter.** It appeared to have been there for several hours, because much of what was not in the bag-but on the floor had melt, but not completely. The same manager came and took a report and pictures. I immediately felt some minor pain, but as days passed I begin to feel major pain in the buttocks areas of my body. Attached is a copy of a diagnosis of Bursitis, which the physician says will occur after that type of fall.

I believe that this particular store has been **extremely negligent and irresponsible** in warning customers of the danger that existed in that store on **two occasions, in less than two week, and of the same nature**. I believe that I am entitled to damages incurred – pain and suffering, medical expenses, punitive damages, as well as, any unforeseen physical impairment that may arise from this. I seek damages in the amount of $50,000.

A copy of my medical bill has been forwarded to Winn-Dixie Risk Management at their request. They have since directed me to contact you.

Thank you for your time in this matter.

Sincerely,

*Alma T. McDonald*

Alma T. McDonald