

United States Bankruptey Court
Middle District Of Florida
Jacksonville Division

To re:
   Winn- Dixie Stores, Inc,etal
   Reorganized Debtors

Case No. 05-03817-3F1
Chapter 11
Jointly Administered

Claim For Payment

Sirs:

Enclosed please fine my request for payment of claims, arising against the Debtors between February 21, 2005 and November 21, 2006, including a claim for witch Winn- Dixie stopped payment on a pending contract. I enclose documentation of these claims:

        Invoice # 124, 2/14/05,   $ 5,091.00
        Invoice # 125, 02-01-05   $ 3,222.00
        Winn Dixie stopped payment on
        check # 007450276 for #3, 222.00
        issued on February 11,2005

In line with the Notice I received, I am filing this with the bankruptcy Court and serving copy on counsel for the Recognized Debtor and the Post- Effective Date Committee by certified mail, return receipt requested as Follows:

Clerk of the Court
United States Courthouse
300 North Hogan St.
Suite 3-350
Jacksonville, Florida 32202

Mathew Barr,Milbank, Tweed, Hadley & McClay LLP
1 Chase Manhattan Plaza
New York., New York 10005

Sincerely,

Lorance Peace Builder
11 Robertson Rd.
Taylors, S.C. 29687

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| Winn-Dixie Stores, Inc., et al.,[1] | Chapter 11 |
| Reorganized Debtors. | Jointly Administered |

### NOTICE OF (A) ENTRY OF ORDER CONFIRMING PLAN OF REORGANIZATION, (B) OCCURRENCE OF EFFECTIVE DATE OF PLAN, AND (C) BAR DATES FOR FILING CLAIMS ARISING BEFORE EFFECTIVE DATE AND OTHER ADMINISTRATIVE CLAIMS

**TO:   ALL PARTIES IN INTEREST**

**PLEASE TAKE NOTICE THAT:**

1. On November 9, 2006, the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Bankruptcy Court") entered its Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Confirmation Order"). Unless otherwise defined herein, capitalized terms used in this Notice shall have the meanings ascribed to such terms in the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated August 9, 2006, as modified by the First Modification to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated October 10, 2006 (together, the "Plan"). Copies of the Confirmation Order and the Plan may be obtained by accessing http://www.loganandco.com or http://www.flmb.uscourts.gov.

2. The conditions to consummation of the Plan set forth in Section 10.2 of the Plan were satisfied (or waived) on November 21, 2006. Thus, in accordance with the terms of the Plan, the Plan became effective on November 21, 2006 (the "Effective Date"). All references in the Plan and the Confirmation Order to the Effective Date are to November 21, 2006.

3. In accordance with Section 12.1 of the Plan, subject to the provisions of paragraph 4 below, all requests for payment of an Administrative Claim or any Claim arising against the Debtors in the period between February 21, 2005 and November 21, 2006, (other than as set forth in Section 4.1(a), 12.1, 12.2, 12.3, 12.4, or 12.5 of the Plan) must be made by application filed with the Bankruptcy Court and served on counsel for the Reorganized Debtors and the Post-Effective Date Committee **no later than January 5, 2007**, which is the date forty-five (45) days after the Effective Date. The filing of an application must be made via the Bankruptcy Court's electronic filing procedures (electronic filing is mandatory for all attorneys) or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202. The service of an application on counsel for the Reorganized Debtors must be made by delivery of a copy upon James Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, Fax: (904) 359-7708, E-mail: jpost@smithhulsey.com; and service of an application on counsel for the Post-Effective Date Committee must be made by delivery of a copy upon Matthew Barr, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Fax: (212) 822-5194, E-mail: mbarr@milbank.com. In the event that the Reorganized Debtors object to an application, the Bankruptcy Court shall determine the Allowed amount of such Administrative Claim. **Subject to the provisions of paragraph 4 below, an Administrative Claim or any Claim arising against the Debtors in the period between February 21, 2005 and November 21, 2006 that is not asserted in an application filed and served no later than January 5, 2007, shall be forever barred and deemed waived and relinquished in full, and the Reorganized Debtors shall have no obligation to pay such Claim.**

4. Notwithstanding the provisions of paragraph 3, (a) no application seeking payment of an Administrative Claim or any Claim arising between February 21, 2005 and November 21, 2006 is required with respect to an undisputed post-petition obligation which was paid or is payable by a Debtor in the ordinary course of business; *provided, however,* that in no event shall a post-petition obligation that is contingent or disputed and subject to liquidation through pending or prospective litigation, including, but not limited to, alleged obligations arising from personal injury, property damage, products liability, consumer

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

**LORANCE PEACE BUILDER**
**11 ROBERTSON RD.**
**TAYLORS, SC. 29687**



INVOICE #125
DATE: 02/01/05
PO. #

**Bill To:**

SUPER BRAND DAIRY
2819 WADE HAMPTON BLVD.
TAYLORS, SC. 29687

**Ship To:**

Pd CK
007450267  →  stoped payment on 3-3-05
Copy

**Terms**

| NET 10 DAYS | | |
|---|---|---|
| TILE REPAIRS IN MILK PRODUCTION AREA | | |
| | | |
| | | |
| | | |
| TOTAL COST LABOR, MATERIAL, INSURANCE | | $3,222.00 |

**TOTAL DUE**   $ 3,222.00

LORANCE PEACE
*Lorance Peace* (signature)





**LORANCE PEACE BUILDER**
**11 ROBERTSON RD.**
**TAYLORS, SC. 29687**



INVOICE #124
DATE: 02/14/05
PO. #

**Bill To:**

SUPER BRAND DAIRY
2819 WADE HAMPTON BLVD.
TAYLORS, SC. 29687

**Ship To:**

*copy*          *Not paid*

**Terms**

| | | | |
|---|---|---|---|
| | NET 10 DAYS | | |
| | CLEAN, PREP, PRIME, (1COAT), PAINT (ONE COAT) BAR JOIST AND CEILING, IN CASE WASH ROOM | | |
| | | | |
| | **TOTAL COST** **LABOR, MATERIAL, INSURANCE** | | **$10,182.00** |
| | 50% DUE | **SUMITTED** | **$5,091.00** |
| | DUE ON COMPLETION | | $ 5,091.00 |
| | | TOTAL DUE | $ 5,091.00 |

LORANCE PEACE
*/s/ Lorance Peace*