**DELBERT G. TALLEY**
ATTORNEY AND COUNSELOR AT LAW
P.O. BOX 2608
COVINGTON, LOUISIANA 70434-2608
TELEPHONE: 985-796-3455 FAX: 985-796-3432
E-mail: deltalley@yahoo.com
Physical Location: 82337 June Street
Folsom, LA 70437

F I L E D
JACKSONVILLE, FLORIDA

JAN 0 3 2007

CLERK, U. S. BANKRUPTCY COURT

December 29, 2006

Clerk of Court
United States District Court
Middle District of Florida
300 North Hogan St., Ste. 3-350
Jacksonville, FL 32202

RE: *Peggy Crawford vs. Winn-Dixie and Winn-Dixie Stores, Inc., et al Reorganized Debtors, Case No.: 05-03817-3F1 on the Docket of United States Bankruptcy Court, Middle District of Florida Jacksonville Division*

Dear Honorable Clerk:

Please let this letter serve as the application of claimant, Peggy Crawford for payment of her claims for payment of damages related to her personal injury of May 7, 2006, bearing incident number A611203997, at store location number 1448, Hwy. 190, Covington, Louisiana. If any additional documentation is needed to comply with the "Notice Of (A) Entry Of Order Confirming Plan Of Reorganization (B) Occurrence Of Effective Date Of Plan, and (C) Bar Dates For Filing Claims Arising Before Effective Date And Other Administrative Claims", please advise.

Yours very truly,

DELBERT G. TALLEY

DGT/clr
cc: James Post
    Matthew Barr