Case 3:05-bk-03817-JAF    Doc 13993    Filed 01/03/07    Page 1 of 3

KELLEY DRYE & WARREN LLP
James S. Carr ( JC-1603)
Robert L. LeHane* ( RL-9422)
101 Park Avenue
New York, New York  10178
Tel:  (212) 808-7800
Fax: (212) 808-7897

   -and-

HELD & ISRAEL
1301 Riverplace Blvd., Ste. 1916
Jacksonville, FL  32207-9024
Tel: (904) 398-7036
Fax:  (904) 398-4283

Attorneys for INEOS Olefins & Polymers USA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF MOTION TO ALLOW THE
FILING OF A LATE PROOF OF CLAIM**

     INEOS Olefins & Polymers USA, by and through its attorneys, Kelley Drye & Warren LLP and Held & Israel, hereby withdraws its Motion to Allow the Filing of a Late Proof of Claim, dated October 11, 2006, (D.I. 11771).

---

\*  *Admitted pro hac vice in this Court.*

Dated: New York, New York
       January 3, 2007

          KELLEY DRYE & WARREN LLP

          By: /s/ *Robert L. LeHane*
             James S. Carr (JC-603)
             Robert L. LeHane (RL-9422)
          101 Park Avenue
          New York, New York 10178
          Phone: (212) 808-7800
          Fax: (212) 808-7897

            -and -

          HELD & ISRAEL
          1301 Riverplace Blvd., Ste. 1916
          Jacksonville, FL 32207-9024
          Phone: (904) 398-7036
          Fax: (904) 398-4283

          Attorneys for INEOS Olefins & Polymers USA

**CERTIFICATE OF SERVICE**

On January 3, 2007, I caused to be served the *Notice of Withdrawal of Motion to Allow the Filing of a Late Proof of Claim,* upon the parties listed below via email, telecopier and/or United States First Class mail.

| | |
|---|---|
| David J. Baker, Esq.<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, NY  10036<br>Fax: 212-735-2000<br>djbaker@skadden.com | Cynthia C. Jackson, Esq.<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, Fl.  32201<br>Fax:  904-359-7708<br>cjackson@smithhulsey.com |
| Jonathan N. Helfat, Esq.<br>Daniel Fiorillo, Esq.<br>Otterbourg, Steindler, Houston & Rosen, P.C.<br>230 Park Avenue<br>New York, NY  10169<br>Fax:  212-682-6104 | Dennis F. Dunne, Esq.<br>Matthew Scott Barr, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY  10005<br>Fax:  212-530-5219 |

*/s/Howard Steel*
Howard S. Steel