## APPLICATION FOR PAYMENT OF CLAIM

FILED
JACKSONVILLE, FLORIDA
JAN 0 3 2007
CLERK, U. S. BANKRUPTCY COURT

CASE # 05-03817-3F1      Winn Dixie Stores Inc.

Bridget R Boaz
William E Boaz
2411 St. John Drive
Wilson, NC 27893
252-291-9344
brb0716@ecu.edu

Case # 05-08317-3F1 Winn-Dixie Stores Inc

I am filing a request for payment from Winn-Dixie Stores incorporated. I did file requests in the period between 02/21/2005-11/21/2006. I am filing this pursuant to the notice dated 12/06/2006 requesting payment of claims.

Thank you very much,

Bridget R Boaz
William E Boaz
2411 St. John Drive
Wilson NC 27893
252-291-9344
brb0716@ecu.edu