**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| Winn-Dixie Stores, Inc., et al. | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors | ) | Jointly Administered |

**MOTION TO ALLOW LATE FILED CLAIM**

COMES NOW, Tina Tommaseo, by and through the undersigned counsel, pursuant to Section 12.1 of the Plan and the Notice of December 6, 2006 of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing Claims Arising before Effective Date and Other Administrative Claims, and moves this Court to allow the attached late filed proof of claim to be filed.

**FACTUAL BACKGROUND:**

1. Tina Tommaseo has filed a lawsuit on August 14, 2006 for the wrongful death and survival actions for her two minor children, Brian Lafontaine and Charie Billiot, alleging negligence against among other defendants, Winn Dixie Montgomery, Inc. for an accident that occurred on August 21, 2005 in the 24th Judicial District Court, Parish of Jefferson, State of Louisiana, Docket Number: 634-479, Division "H" (a copy of the Petition for Damages is attached).

2. Counsel for Winn Dixie Montgomery, Inc. in the lawsuit filed in Louisiana has not raised bankruptcy as an affirmative defense.

3. Tina Tommaseo, through her undersigned counsel have only become aware of the pending bankruptcy proceedings when her counsel received the December 6, 2006

Notice of the Court.

**ARGUMENT:**

Out of an abundance of caution, Tina Tommaseo files this motion. Paragraph 3 of the December 6, 2006 Notice requires that all requests for payment of any Administrative Claim or any Claim arising against the Debtors in the period between February 21, 2006 and November 21, 2006 must be made by application filed with the Bankruptcy Court and served on the counsel for the Reorganized Debtors and Post-Effective Date Committee no later than January 5, 2007.

Tina Tommaseo's claims against Winn Dixie Montgomery, Inc. are a disputed, non-priority, non-security debt. The claims were being litigated in the State of Louisiana.

WHEREFORE, your mover, requests that the Court allow the attached late file Proof of Claim to be filed in this matter.

RESPECTFULLY SUBMITTED BY:

/s/ Craig A. Gentry
Craig A. Gentry, (LA Bar#23751)
Morris Bart, LLC
909 Poydras Street, 20th Floor
New Orleans, Louisiana 70112
Tel: 504-599-3232
Fax: 504-599-3380
E-mail: Cgentry@morrisbart.com

Attorney for Tina Tommaseo

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| Winn-Dixie Stores, Inc., et al. | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors | ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

      This is to certify that I have this 3rd day of January, 2006, served a copy of the foregoing pleading upon the following by depositing same in the U.S. mail, with adequate postage thereon addressed to and also faxed a copy to:

Counsel for the Reorganized Debtors:

James Post
Smith Hulsey & Busey
225 Water Street
Suite 1800
Jacksonville, Florida 32202

Counsel for the Post-Effective Date Committee:

Matthew Barr
Milbank, Tweed, Hadley & McCoy, LLP
1 Chase Manhattan Plaza
New York, New York 10005

                                                /s/ Craig A. Gentry
                                                Craig A. Gentry, (LA Bar#23751)
                                                Morris Bart, LLC
                                                909 Poydras Street, 20th Floor
                                                New Orleans, Louisiana 70112
                                                Tel: 504-599-3232
                                                Fax: 504-599-3380
                                                E-mail: Cgentry@morrisbart.com

                                                Attorney for Tina Tommaseo

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| Winn-Dixie Stores, Inc., et al. | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors | ) | Jointly Administered |

**ORDER ALLOWING LATE FILED CLAIM**

Upon consideration of the foregoing Motion to Allow Late Filed Claim and accompanying Proof of Claim filed by Tina Tommaseo in the above encaptioned matter, it is:

ORDERED AND ADJUDGED:

That Tina Tommaseo be allowed to file her Proof of Claim.

Dated this ___ day of _____, 2007 in Jacksonville, Florida.

_____
JUDGE, UNITED STATES BANKRUPTCY COURT