UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Reorganized Debtors.[1] | ) Jointly Administered |

### AGREED ORDER RESOLVING CLAIM NUMBERS 7699, 7701, 7704, AND 11899 FILED BY UNITED COMMERCIAL MORTGAGE CORP.

This cause originally came before the Court for hearing upon the Fifteenth, Twenty-Second and Twenty-Fourth Omnibus Objections to Claims (the "Objections") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors")[2]. Included among the several proofs of claim that were the subject of the Objections were (i) Claim Number 7699 which relates to amounts allegedly owed under a non-residential real property lease for a store the Debtors had at one time leased at 7850 Alexandra Pike in Alexandria, Kentucky (Store No. 1703), (ii) Claim Number 7701, which relates to amounts allegedly owed under a non-residential real property lease for a store the Debtors had at one time leased at 4602 Taylorsville Road in Louisville, Kentucky (Store No. 1605), (iii) Claim Number 7704 which relates to amounts allegedly owed under a non-residential real property lease for a

---

[1]  In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]  All capitalized terms not otherwise defined in this Agreed Order shall have the meaning ascribed to them in the Objections.

store the Debtors had at one time leased at 5651 Westcreek Drive in Fort Worth, Texas (Store No. 2434), and (iv) Claim Number 11899, which relates to amounts allegedly owed under a non-residential real property lease for a store the Debtors had at one time leased at 3121 Hwy 34 East in Newman, Georgia (Store No. 2709).

Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim Number 7699 is allowed as a Class 13 Landlord Claim in the liquidated amount of $836,399.62.

2. Claim Number 7701 is allowed as a Class 13 Landlord Claim in the liquidated amount of $958,721.98.

3. Claim Number 7704 is allowed as a Class 13 Landlord Claim in the liquidated amount of $845,468.93.

4. Claim Number 11899 is allowed as a Class 13 Landlord Claim in the liquidated amount of $815,173.21.

5. The balance of the foregoing claims and all other claims filed by United Commercial Mortgage Corp. are disallowed in their entirety.

6. The Court shall retain jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 3 day of January, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | HELD & ISRAEL |

By /s/ James H. Post
    James H. Post
    Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

By /s/ Adam N. Frisch*
    Adam N. Frisch
    Florida Bar Number 63508

Kimberly Held Israel (FL 47287)
Adam N. Frisch (FL 63508)
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038
(904) 398-4283 (facsimile)

Counsel to United Commercial Mortgage Corp.

-and-

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Adam S. Ravin
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Co-Counsel for Reorganized Debtors

*Counsel has authorized his electronic signature.

689025-New York Server 1A - MSW