**EXHIBIT A**

| | Matter: | Amount Due: |
|---|---|---|
| 1. | Williams, Albert v Winn-Dixie<br>CDC No 99-13038- Sec 10-F | $507.29 |
| 2. | Franklin, Josephine v Winn-Dixie<br>21st JDC No 04-004051, Div B | $ 96.69 |
| 3. | Lacoste, Deborah v Winn-Dixie<br>CDC 06-1053, Div G-11 | $1824.14 |
| 4. | Davis, Letitia v Winn Dixie<br>24th JDC 632,242 B | $1329.60 |
| 5. | Hall, Rita v Winn-Dixie<br>29th JDC 64,338-Div E | $ 669.77 |
| 6. | Chopin, Shirely v Winn-Dixie<br>29th JDC 64,464 | $2389.68 |
| 7. | Dudley, Terrence v Winn-Dixie | $1421.92 |
| | | **$ 8239.09** |