UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                          Case No. 05-03817-3F1

Winn-Dixie Stores, Inc., et al.,[1]                             Chapter 11

Reorganized Debtors.                                            Jointly Administered

## AMENDED MOTION FOR ADMINISTRATIVE EXPENSE CLAIM

**COMES NOW** the Defendant, **MYRNA UBALS,** by and through his undersigned counsel and files this Amended Motion for Administrative Expense Claim against the Reorganized Debtors corresponding to a claim arising within the period between February 21, 2005 and November 21, 2006 and in support states as follows:

1. Pursuant to the Court's notice of (A) Entry of order confirming plan of reorganization, (B) Occurrence of effective date of plan and, and (C) Bar dates for filing claims arising before effective date and other administrative claims and in accordance with Section 12.1 of the Plan, all requests for payment of Administrative Claims arising against Debtors in the period between February 21, 2005 and November 21, 2006, must be made by application filed with the bankruptcy Court and served upon counsel for the reorganized Debtors and the Post-Effective Date Committee no later than January 5, 2007.

2. The pending personal in jury claim of, MYRNA UBALS, falls within this claims period.

3. On or about 9/16/06, MYRNA UBALS, slipped, fell and was injured in a Winn Dixie store (#2220) located in Broward County, Florida. The fall and resulting injuries were

due to the carelessness and negligence of Winn Dixie. A claim # of **A611208764-0001-01** has been assigned to this loss and the matter is pending at this time. The amount of the Administrative Claim is believed to be $75,000. There has been no suit filed in the matter and no Court Judgment obtained.

**WHEREFORE, MYRNA UBALS,** requests this Motion for Administrative expense claim corresponding to this personal injury claim to be granted and that said claim be recognized as formally asserted against the Reorganized Debtors, thereby obligating said Reorganized debtors to recognize and honor said claim.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via electronic mail or regular mail this 3rd day of January, 2007 to the Reorganized Debtor, James H. Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202 and Co-Counsel for Reorganized Debtors, D.J. Baker, Skadden, ARPS, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036.

The Law Offices of Jose A. Fuentes, P.A.
& Carlos A. Velasquez, P.A.
Attorneys for Defendant
101 North Pine Island Road, Suite 201
Plantation, Florida 33324
Telephone (954)382-0533·Facsimile (954)382-0585

BY: _____ 405681
Jose A. Fuentes, Esq.
Florida Bar No.: 0592471

2