UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flsb.uscourts.gov

In Re:

WINN DIXIE STORES, INC., et al.,                    Case No. 3:05-bk-03817-JAF

            Debtors.                                Chapter 11 – Jointly Administered

_____/

**APPLICATION FOR ALLOWANCE OF ADMINSITRATIVE CLAIM
FOR POST-PETITION PERSONAL INJURY CLAIMANT**

Movant, Paula Schnackenberg (the "Movant"), by and through undersigned counsel, and pursuant to 11 U.S.C. §503, respectfully requests this Court enter an Order approving this application for payment of administrative expense claim against the Estate, and to authorize payment of this claim (the "Application"), and in support thereof states as follows:

1.      On February 21, 2005, the Debtors filed Voluntary Petitions under Chapter 11 of the U.S. Bankruptcy Code in the Southern District of New York and were transferred to this Court on April 13, 2005.

2.      On November 9, 2006, this Court entered an Order confirming Debtors' Joint Plan of Reorganization (the "Confirmation Order") [CP #12440].

3.      The Confirmation Order provides that pursuant to Section 12.1 of Debtors' Joint Plan of Reorganization (the "Plan"), the deadline for filing requests for payment of post-petition administrative claims is January 5, 2007 (the "Administrative Claims Bar Date").

4.      On 6/1/2004, the Movant suffered personal injuries as a result of negligence by the Debtors at *Store #355, 7024 Beracasa Way, Boca Raton, Fl  33433*.

5.      The personal injury claim of the Movant has yet to be liquidated.

6.      Thus, pursuant to the Confirmation Order and the Plan, this Application is timely.

Kluger, Peretz, Kaplan & Berlin, P.L., 201 So. Biscayne Blvd., Suite 1700, Miami, FL 33131  305.379.9000
2385 NW EXECUTIVE CENTER DRIVE, SUITE 300, BOCA RATON, FL 33431  561.961.1831

{Bankruptcy\0110\0779/M0383400 v.1; 1/2/2007 04:26 PM}

7.      The Court may award an administrative expense priority under §503(b) for the "actual, necessary costs and expenses of preserving the estate…." 11 U.S.C. §503(b)(1).

8.      Damages arising from a post-petition tort committed by a debtor are entitled to administrative expense status.[1]

9.      The Movant respectfully requests the Court enter an Order allowing this post-petition administrative expense claim, subject to liquidation by either consent of the parties or a court of competent jurisdiction.  Upon liquidation of this post-petition claim, the Movant requests the Court enter an order requiring the Debtors to pay the allowed administrative claim in full.

10.     In accordance with the Confirmation Order and Section 12.1 of the Plan, Movant has served a copy of the Application on counsel for the Reorganized Debtors and the Post-Effective Date Committee.

WHEREFORE, the Movant, Paula Schnackenberg requests that this Court enter an Order (1) deeming the administrative claim asserted by the Movant as a timely assertion of an administrative claim subject to liquidation by either consent of the parties or a court of competent jurisdiction; (2) requiring the Debtors to pay the administrative expense claim immediately upon entry of an order allowing the claim; and (3) granting any such further relief as this Court deems just and proper.

---

[1] See, e.g., *Reading Co. v. Brown*, 391 U.S. 471, 485, 88 S.Ct. 1759, 20 L.Ed.2d 751 (1968) (holding) that damages resulting from fire caused by receiver's negligence were administrative expenses); *Reading Co. v. Brown*, 391 U.S. 471, 485, 88 S.Ct. 1759, 20 L.Ed.2d 751 (1968 (holding) that damages resulting from fire caused by receiver's negligence were administrative expenses); *In re Piper Aircraft Corp.*, 1169 B.R. 766 (Bkrtcy. S.D. Fla. 1994).

Kluger, Peretz, Kaplan & Berlin, P.L., 201 So. Biscayne Blvd., Suite 1700, Miami, FL 33131  305.379.9000
2385 NW EXECUTIVE CENTER DRIVE, SUITE 300, BOCA RATON, FL 33431  561.961.1831

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Electronic Notice upon each of the parties identified below this 3rd day of January, 2007.

KLUGER, PERETZ, KAPLAN & BERLIN, P.L.
Attorneys for the Movant
Miami Center, Seventeenth Floor
201 So. Biscayne Blvd.
Miami, Florida 33131
Telephone: (305) 379-9000
Facsimile: (305) 379-3428

By:_____s/Eyal Berger_____
       D. Brett Marks, Esq.
       Fla. Bar No. 0099635
       bmarks@kpkb.com
       Eyal Berger, Esq.
       Fla. Bar No. 11069
       eberger@kpkb.com

Kluger, Peretz, Kaplan & Berlin, P.L., 201 So. Biscayne Blvd., Suite 1700, Miami, FL 33131  305.379.9000
2385 NW Executive Center Drive, Suite 300, Boca Raton, FL 33431  561.961.1831

{Bankruptcy\0110\0779/M0383400 v.1; 1/2/2007 04:26 PM}

## SERVICE LIST
## (VIA ELECTRONIC NOTICE)

Steven M Abramowitz    sabramowitz@velaw.com
Albert H Adams    irbylawfirm@bellsouth.net
Rachel E Adams    radams@sctlaw.com
Adam L Alpert    aalpert@bushross.com, bnkecf@bushross.com;egross@bushross.com
Amroc Investments, LLC    dleinwand@amrocinvestments.com
Rod Anderson    rod.anderson@hklaw.com, wendysue.henry@hklaw.com
Melissa H Andrade    mandrade@bmaklaw.com
Jerald N Andry    jayandry@cox.net
D. J. Baker    djbaker@skadden.com
Kenneth C Baker    kcbaker@eastmansmith.com
Charles S Ball    sball@bcattys.com, dratliff@bcattys.com
Helen D Ball    hball@bradleyarant.com, hball@bradleyarant.com
Frank E Ballard    ericalpayne@insightbb.com
Zachary J Bancroft    zachary.bancroft@lowndes-law.com
William W Banks    wright.banks@law.state.ga.us
Dale R Baringer    dale@baringerlawfirm.com, karen@baringerlawfirm.com
Earl M. Barker    embarker@bellsouth.net, hollynf@bellsouth.net;dlhartwell@bellsouth.net
Kelly M Barnhart    kbarnhart@mskpc.com
Matthew Scott Barr    mbarr@milbank.com, lmandel@milbank.com,mcomerford@milbank.com,jbrewster@milbank.com
Paul C Bartley    bartleylaw@knology.net
Gene Barton    gbartonatty@bellsouth.net
Philip A Bates    philipbates@bellsouth.net, lucysmith@bellsouth.net
Matt E Beal    matt.beal@lowndes-law.com
Rick J Bearfield    rjbearfield@bearmc.com
Jeffrey R. Becker    vsimpson@hidayricke.com
Brian S Behar    bsb@bgglaw.net
Richard M Behr    rbehr@florida-law.com
Keith L Bell    kbell@cphlaw.com
Marc A. Ben-Ezra    mben-ezra@fcllaw.com
Jay R Bender    jbender@bradleyarant.com
Lee R Benton    lbenton@bcattys.com, cturner@bcattys.com
Leslie A Berkoff    lberkoff@moritthock.com
Richard J Bernard    rbernard@bakerlaw.com
Brendan G. Best    bbest@dykema.com
John G Bianco    jgb@trippscott.com, dst@trippscott.com
Stephenie M. Biernacki    sbiernacki@gray-robinson.com
James E Bird    jbird@pswslaw.com
Ace J Blackburn    ablackburn@cmlbro.com, crankine@cmlbro.com
David A. Blansky    dab@lhmlawfirm.com
James A. Bledsoe    jab@bslmr.com
Johnathan C Bolton    jbolton@fulbright.com
Wanda Borges    borgeslawfirm@aol.com
Chad S. Bowen    ecf@jennisbowen.com,
mclift@jennisbowen.com;kkearney@jennisbowen.com;nbisignano@jennisbowen.com;agavin@jennisbowen.com
Beau Bowin    bbowin@smithhulsey.com
Michael T. Bowlus    mbowlus@fjbd.com
Wesley J Boyer    wjboyer_2000@yahoo.com
Jean Winborne Boyles    jboyles@jhvgmlaw.com
Dustin P Branch    dustin.branch@kattenlaw.com,
carole.levine@kattenlaw.com,jeri.bradshaw@kattenlaw.com,kathleen.beaver@kattenlaw.com,adelle.shafer@kattenlaw.com
John S Brannon    john.brannon@tklaw.com
Meredith N Brasca    mnbrasca@aol.com
Clyde E Brazeal    ebrazeal@walstonwells.com
Wendy D Brewer    wbrewer@btlaw.com, mrilyn.strange@btlaw.com,bankruptcyindy@btlaw.com
John P Brice    lexbankruptcy@wyattfirm.com
Brian P Britt    cpizzotti@wbbwlaw.com
Keith E Broll    keithbroll@riceroselaw.com
James M Brown    mbrown@gwblawfirm.com

Kluger, Peretz, Kaplan & Berlin, P.L., 201 So. Biscayne Blvd., Suite 1700, Miami, FL 33131  305.379.9000
2385 NW Executive Center Drive, Suite 300, Boca Raton, FL 33431  561.961.1831

Robert J Brown    lexbankruptcy@wyattfirm.com
Scott N Brown    snb@smrw.com
Andrew M. Brumby    abrumby@shutts-law.com, rhicks@shutts-law.com
W. Steven Bryant    hobankecf@lockeliddell.com
Rachel S Budke    rachel_budke@fpl.com
Jason B. Burnett    jburnett@gray-robinson.com, jconley@gray-robinson.com
Stephen D. Busey    busey@smithhulsey.com
Thomas R. Califano    thomas.califano@dlapiper.com
David P Canas    dpc@h3gm.com
L Phillip Canova    pcanova@eatel.net, canodel109@eatel.net
Stephen R Caplan    scaplan860@aol.com, melissa@stephencaplan.com
Dawn A Carapella    dacarapella@trenam.com
Rilyn A Carnahan    rcarnahan@ebcblaw.com
James S. Carr    jcarr@kelleydrye.com
Linda J. Casey    caseyl@pepperlaw.com
George B Cauthen    george.cauthen@nelsonmullins.com, georgia.vernon@nelsonmullins.com
Myers Carroll Cayer    cayer@terrellhogan.com
Michael E Cecil    courtmail@schuylaw.com
Jeffrey A Chadwick    jeffrey.chadwick@kattenlaw.com
Lee Champion    kew@psstf.com
B Summer Chandler    schandler@mckennalong.com
Stephen G Charpentier    steve@brevardlawyer.com
Robin Bryan Cheatham    robin.cheatham@arlaw.com
Michael S J Chernau    chernaum@chesterfield.gov
Charles I Cohen    ccohen@furrcohen.com
Lance Paul Cohen    cohenthurston@cs.com
Michael E Collins    mcollins@manierherod.com,
mranks@manierherod.com,tpennington@manierherod.com,swilliams@manierherod.com
Neal D. Colton    NColton@Cozen.com
Contrarian Funds, LLC    alisa@contrariancapital.com
David J Cook    cookdavidj@aol.com
Kenneth D Cooper    kcooper543@aol.com
C. Timothy Corcoran    ctcorcoran@mindspring.com, asst.ctcorcoran@mindspring.com
Andre G Coudrain    agc@clcsattorneys.com
Betsy C Cox    bcox@rtlaw.com, sb1@rtlaw.com
David N Crapo    dcrapo@gibbonslaw.com
Gregory K. Crews    greg@crewslegal.com
John J Cruciani    jcruciani@blackwellsanders.com
James O Cure    jocure@cureandfrancis.net
Timothy J. Curtin    tjcurtin@varnumlaw.com
Vincent E Damian    vdamian@skdrlaw.com
Gardner F. Davis    gdavis@foley.com, bmjones@foley.com
Ronald J Davis    rdavis@rondavislaw.com
Ryan E Davis    rdavis@whww.com, rwilliams@whww.com
Heather D Dawson    hdawson@kkgpc.com, mkelley@kkgpc.com
Michael R DeMinico    mike.deminico@dennishernandez.com
Robert J Dehney    rdehney@mnat.com, mflynn@mnat.com
Caryl E. Delano    cdelano@addisondelano.com, dlesnek@addisondelano.com;litigation1@addisondelano.com
Scott A DiSalvo    sdisalvo@faziodisalvo.com
Angel R Diaz    adiaz@kirshnerandgroff.com
John P Dillman    houston_bankruptcy@publicans.com
Jeffrey R Dollinger    dollinger@scruggs-carmichael.com
Matthew M Donaldson    mdonaldson@kennedylawgroup.com
Mary Joanne Dowd    dowd.mary@arentfox.com
Christie L Dowling    cdowling@balch.com
Mark G Duncan    mduncan@dwyercambre.com
Dennis F. Dunne    ddunne@milbank.com
Michael J Durrschmidt    mdurrschmidt@hirschwest.com, tjimenez@hirschwest.com
David W. Dykhouse    dwdykhouse@pbwt.com
Andrew B. Eckstein    aeckstein@blankrome.com
Michael L. Edwards    mleclo@bellsouth.net
Henry A. Efroymson    henry.efroymson@icemiller.com

Kluger, Peretz, Kaplan & Berlin, P.L., 201 So. Biscayne Blvd., Suite 1700, Miami, FL 33131  305.379.9000
2385 NW Executive Center Drive, Suite 300, Boca Raton, FL 33431  561.961.1831

{Bankruptcy\0110\0779/M0383400 v.1; 1/2/2007 04:26 PM}

Jason H Egan    jegan@mowreylaw.com
C Craig Eller    celler@broadandcassel.com
Earle I Erman    eerman@ermanteicher.com
Elena L Escamilla    elena.l.escamilla@usdoj.gov
William L Esser    willesser@parkerpoe.com
William J. Factor    wfactor@seyfarth.com
Fair Harbor Capital, LLC    fglass@fairharborcapital.com
Anthony V Falzon    afalzon@miami-law.net
Alexandra S Fannon    silvaa@ci.richmond.va.us
Oscar B Fears    bo.fears@law.state.ga.us
David B. Ferebee    ferebeeatlaw@bellsouth.net, dbf1law@hotmail.com
Lara Roeske Fernandez    lrfernandez@trenam.com, klgerber@trenam.com
Richard L Ferrell    ferrell@taftlaw.com
Charles J. Filardi    charles@filardi-law.com
Brian T FitzGerald    fitzgeraldb@hillsboroughcounty.org,
litigation@hillstax.org;fredericks@hillsboroughcounty.org;matthewsl@hillsboroughcounty.org
Deborah L Fletcher    DFletcher@KilpatrickStockton.com
J David Forsyth    jdf@sessions-law.com
Tompkins A Foster    tfoster@fosterandlindeman.com
Sally B Fox    sfox@esclaw.com
Shawn Randall Fox    sfox@mcguirewoods.com, rcox@mcguirewoods.com
Joseph D Frank    jfrank@fgllp.com, ccarpenter@fgllp.com;jkleinman@fgllp.com
Rodger J Friedline    bankruptcy@fandmlaw.com
Barry A Friedman    bky@bafmobile.com, fern@bafmobile.com
Mark J Friedman    mark.friedman@dlapiper.com
Adam Frisch    afrisch@hilawfirm.com, afrisch@hilawfirm.com
Kenneth O Fritz    fritz_ken@mail.chattanooga.gov
Mary Louise Fullington    lexbankruptcy@wyattfirm.com
Todd Mark Galante    tmg@stjohnlaw.com
J. Nathan Galbreath    ngalbreath@pattonboggs.com
Jay M Gamberg    lbernstein@gamberglaw.com
David L Gay    dgay@smithhulsey.com
Gill R Geldreich    icflorida@state.tn.us
Melody D Genson    melodydgenson@verizon.net
Charles L. Gibbs    cgibbs@papmet.com
James S Ginocchio    jim.ginocchio@hcpros.org
Gary Ginsburg    gginsburg@ngmpc.com
Robert S Gipe    jtripp@papaandgipe.com
James J. Glover    jglover@wlj.com
Eric S Golden    egolden@bakerlaw.com, mccoy@bakerlaw.com;OrlBakerDocket@bakerlaw.com
Alberto F Gomez    algomez@morsegomez.com
Priscilla W Grannis    priscilla@rjlaw.com
Danielle K Greco    danielle_greco@alnb.uscourts.gov, hball@bradleyarant.com
Ira S. Greene    isgreene@hhlaw.com
Reginald A. Greene    reginald.greene@bellsouth.com
Paige A. Greenlee    pgreenlee@hwhlaw.com
Kyle R Grubbs    kgrubbs@fbtlaw.com
Rudi R Grueneberg    rgrueneberg@rglawgroup.com
Brian F Guillot    bfguil@cox.net
Allen J Guon    aguon@shawgussis.com
Jordi Guso    jguso@bergersingerman.com, fsellers@bergersingerman.com
Jim H Guynn    jim.guynn@g-mpc.com
Matthew W Hamilton    mhamilton@amph.com
Marc L. Hamroff    mhamroff@moritthock.com
Brian T Hanlon    tc_legal_services@co.palm-beach.fl.us
David M Hansen    david.hansen@la.gov
Catherine A Harrison    charrison@millermartin.com, pjstarr@millermartin.com;gbisbee@millermartin.com
John W Harrison    johnwharrison@bellsouth.net
Patrick L. Hayden    phayden@mcguirewoods.com
Edwin W Held    eheld@hilawfirm.com
Larry D. Henin    lhenin@andersonkill.com
Neil E Herman    Nherman@morganlewis.com

Kluger, Peretz, Kaplan & Berlin, P.L., 201 So. Biscayne Blvd., Suite 1700, Miami, FL 33131  305.379.9000
2385 NW Executive Center Drive, Suite 300, Boca Raton, FL 33431  561.961.1831

{Bankruptcy\0110\0779/M0383400 v.1; 1/2/2007 04:26 PM}

Henry Hernandez    bankruptcy@lawperez.com
Kenneth D. Herron    kherron@whmh.com , jsenecal@whmh.com,poates@whmh.com
David E. Hicks    courtinfo@bcylaw.com
Terrance A Hiller    tah@kompc.com
John E Hinkel    jhinkel@fmblaw.com
Robert L Holladay    robert.holladay@youngwilliams.com
Ralph E Hood    rhood@khmllp.com
Brian D. Huben    brian.huben@kattenlaw.com
Phillip M Hudson    pmhudson@arnstein.com, rkcummings@arnstein.com
Patrick L Huffstickler    plhuffst@coxsmith.com
John B Hutton    huttonj@gtlaw.com, huttonj@gtlaw.com
Troy J Iannucci    lawyers@latourlawfirm.com
Kimberly H. Israel    , khisrael@hilawfirm.com
Kimberly H. Israel    khisrael@hilawfirm.com, khisrael@hilawfirm.com
Camille J Iurillo    ciurillo@iurillolaw.com
Cynthia C. Jackson    cjackson@smithhulsey.com
Edward P Jackson    edward@edwardpjackson.com, jo@edwardpjackson.com
Michael D Jankowski    mjankows@reinhartlaw.com
Solomon J. Jaskiel    soljas@aol.com
David S Jennis    ecf@jennisbowen.com,
mclift@jennisbowen.com;kkearney@jennisbowen.com;agavin@jennisbowen.com;nbisignano@jennisbowen.com
Jason Ward Johnson    jason.johnson@lowndes-law.com, joann.anderson@lowndes-law.com
Harold D Jones    hjones@jshllp.com, rlieman@jshllp.com
Katherine H Jones    kjones@roanokecountyva.gov
Richard K. Jones    rkjones@mppkj.com
Stanley K Joynes    sjoynes@joynesknight.com
Benjamin A Kahn    bkahn@npaklaw.com, donna.roland@jpfinancial.com
Jon E Kane    jkane@mateerharbert.com, ccrumrine@mateerharbert.com
Ronald Scott Kaniuk    rkaniuklaw@aol.com
Matthew E Kaplan    mkaplan@kaplanfreedman.com
Andrew C. Kassner    kassneac@dbr.com
Amy K Kaufman    akkaufman@ag.state.oh.us
Dena C Kaufman    dckaufman@hhlaw.com, khseal@hhlaw.com,bjgrieco@hhlaw.com
Michael A Kaufman    michael@mkaufmanpa.com
Craig I Kelley    craig@kelleylawoffice.com, martha@kelleylawoffice.com
Kentucky Department of Revenue    jenniferl.howard@ky.gov
Mark S. Kessler    apksm@aol.com
Elena P. Ketchum    eketchum.ecf@srbp.com
Jocelyn Keynes    jk@stevenslee.com
Rehan N. Khawaja    khawaja@fla-bankruptcy.com
Luke A Kill    lkill@sgpc.com
Scott T Kimmel    skimmel100@aol.com, kjazz1794@comcast.net
Roy S Kobert    orlandobankruptcy@broadandcassel.com
Michael S Kogan    mkogan@ecjlaw.com, slee@ecjlaw.com
Alan W Kornberg    jgladstone@paulweiss.com
Gerard M Kouri    gmkouripa@bellsouth.net
John W Kozyak    jk@kttlaw.com, ypaz@kttlaw.com,la@kttlaw.com
Stuart A. Krause    skrause@zeklaw.com
Joyce A Kuhns    jkuhns@saul.com
Ian J Kukoff    ian.kukoff@blaxgray.com
Jeffrey Kurtzman    JKurtzma@Klehr.com
Nina M LaFleur    nina@lafleurlaw.com
Maria J LaSala    mjlasala@aol.com
Darryl S. Laddin    bkrfilings@agg.com
Thomas J Lallier    tlallier@foleymansfield.com
David M Landis    dlandis@mateerharbert.com, hubillus@mateerharbert.com
Robert P Laney    blaney@mcelweefirm.com
David W Langley    dave@flalawyer.com
David L Langston    lancelangston@earthlink.net
Gregory A. Lawrence    greg@lawyers-jacksonville.com
William Edward Lawton    Wlawton@drml-law.com
Elena Lazarou    elazarou@reedsmith.com

Kluger, Peretz, Kaplan & Berlin, P.L., 201 So. Biscayne Blvd., Suite 1700, Miami, FL 33131  305.379.9000
2385 NW Executive Center Drive, Suite 300, Boca Raton, FL 33431  561.961.1831

{Bankruptcy\0110\0779/M0383400 v.1; 1/2/2007 04:26 PM}

Robert L LeHane     rlehane@kelleydrye.com, BankruptcyCourt@KelleyDrye.com
Dennis J LeVine     courtinfo@bcylaw.com
Thomas J Leanse     thomas.leanse@kattenlaw.com,
carole.levine@kattenlaw.com;kathleen.beaver@kattenlaw.com;jeri.bradshaw@kattenlaw.com;adelle.shafer@kattenlaw.com
Thomas R Lehman     esf@tewlaw.com, trl@tewlaw.com
David E Lemke     david.lemke@wallerlaw.com,
chris.cronk@wallerlaw.com;cathy.thomas@wallerlaw.com;wallerbankruptcy@wallerlaw.com
Chris Lenhart     lenhart.chris@dorseylaw.com
Patrick T Lennon     ptl@macfar.com
Alvin R Lenoir     alvinlenoir@yahoo.com
James P S Leshaw     leshawj@gtlaw.com
Bruce Levinson     b.levinson@verizon.net
Mark A Levy     mark.levy@brinkleymcnerney.com
Joseph W Lewis     Joelewislaw@yahoo.com
Stephen Lewis     slewis@stoltzusa.com
Luisa M Linares     llinareslaw@aol.com
Alan Jay Lipkin     maosbny@willkie.com
Liquidity Solutions, Inc     lsi@liquiditysolutions.com, sfriedberg@liquiditysolutions.com;rminkoff@liquiditysolutions.com
Louis L Long     long@chesserbarr.com, johnna@chesserbarr.com
Sara E Lorber     slorber@seyfarth.com
Margaret C Lumsden     mclumsden@ulslaw.com
John B. Macdonald     john.macdonald@akerman.com
Madison Liquidity Investors, LLC     sbishop@madisonliquidity.com
Richard H Malchon     richard.malchon@ruden.com
Jeffrey S. Margolin     margolin@hugheshubbard.com
Robert M Marino     rmarino@reedsmith.com
Bradley R Markey     BRM@stmlaw.net, SMR@stmlaw.net
Michael C Markham     mikem@jpfirm.com, cathyk@jpfirm.com
Johanna E Markind     jmarkind@att.net
Lawrence J Marraffino     ljmarra@bellsouth.net
James W Martin     jmartin@simplawatlanta.com
Philip V Martino     philip.martino@dlapiper.com, christy.soberanis@dlapiper.com
Kenneth G. M. Mather     kmather@hinshawlaw.com
Marie A Mattox     marie@mattoxlaw.com, frances@mattoxlaw.com
Walter F. McArdle     wfm@spain-gillon.com
Annette Kerlin McBrayer     amcbrayer@ebglaw.com
Charles W. McBurney     cmcburney@bellsouth.net
Charles S. McCall     charles.mccall@hklaw.com
Jerrett M. McConnell     bankruptcy@fandmlaw.com
John H. McCorvey     jm1062@aol.com
C Luckey McDowell     luckey.mcdowell@bakerbotts.com
David R McFarlin     dmcfarlin@whmh.com, psmith@whmh.com,mbretana@whmh.com
Richard J McIntyre     rjmcintyre@trenam.com
Thomas H. McLain     tmclain@fishersauls.com
William S McMahon     wmcmahon@choate.com
Austin L. McMullen     amcmulle@bccb.com
Andrew D McNamee     amcnamee@swmwas.com, larrazola@swmwas.com;cgraver@swmwas.com
Marc T McNamee     mmcnamee_br@nealharwell.com
Derek F Meek     dmeek@burr.com, msolomon@burr.com;jcrawfor@burr.com
Kenneth C Meeker     ken.meeker@usdoj.gov
Richard M. Meth     rmmnybankruptcy@pitneyhardin.com
Laura D Metzger     ldmetzger@mayerbrownrowe.com
Lawrence H Meuers     lmeuers@meuerslawfirm.com,
snurenberg@meuerslawfirm.com;lcastle@meuerslawfirm.com;nbucciarelli@meuerslawfirm.com
G Christopher Meyer     cmeyer@ssd.com
Robert C Meyer     meyerrobertc@cs.com
Todd C Meyers     tmeyers@kilpatrickstockton.com
Philip E Miles     pmiles@alabamatortlaw.com
Christopher C. Miller     cmiller@mgm.com
Kathleen M. Miller     kmm@skfdelaware.com
Stephen M Miller     smiller@morrisjames.com
David F Mills     david@mastschulz.com

Mark Minuti    mminuti@saul.com
T David Mitchell    tdavidmitchell@msn.com
Joseph Thomas Moldovan    jmoldovan@morrisoncohen.com, bankruptcy@morrisoncohen.com
Richard A Montague    rmontague@wellsmoore.com
Brett S. Moore    bsmoore@pbnlaw.com
Frank H Moore    hmoore@cmbfirm.com, dbrewer@cmbfirm.com
John A Moore    jmoore@pogolaw.com
Mindy A Mora    mmora@bilzin.com, eservice@bilzin.com;lflores@bilzin.com;mfoster@bilzin.com
Lee P Morgan    lmorgan@morganlawyers.com
Deborah M Morris    deborah.m.morris@usdoj.gov
C Daniel Motsinger    cmotsinger@kdlegal.com, ispells@kdlegal.com,Roeosc@aol.com
Richard H Nash    mbarnes06@bellsouth.net
Larren M Nashelsky    lnashelsky@mofo.com
Albert F. Nasuti    anasuti@tokn.com
Bruce S. Nathan    bnathan@lowenstein.com
Bradley P Nelson    nelson@sw.com
Carole Neville    cneville@sonnenschein.com
Peter E. Nicandri    pnicandri@milamhoward.com, hdurham@milamhoward.com
James J. Niemeier    jniemeier@mnmk.com,awoodard@mnmk.com
Douglas C Noble    nobled@phelps.com, hoffmank@phelps.com
Donald A Nohrr    dnohrr@gray-robinson.com
Michael A Paasch    mpaasch@mateerharbert.com, kchurch@mateerharbert.com
Michael Palahach    mpalahach@palahachcruanes.com
Merritt A. Pardini    merritt.pardini@kmzr.com
E. Warren Parker    parker@jaxlawcenter.com, dmilford@jaxlawcenter.com
Barbra R. Parlin    nyc-bkcyecf@hklaw.com
Jimmy D Parrish    bankruptcynotice@groneklatham.com
Jay D. Passer    tbcc2@verizon.net, kathykorson@hotmail.com
Patrick P. Patangan    patrick.patangan@akerman.com
Aaron D. Patton    apatton@murrayfrank.com
David J Pedersen    djpedersen@cfl.rr.com
Armando A Perez    perezarm@bellsouth.net
Christian A Petersen    cpetersen@gunster.com
Edward J. Peterson    epeterson.ecf@srbp.com
Torrence R Phillips    torrence@hlalaw.com
David L Pollack    pollack@ballardspahr.com
Geraldine E Ponto    gponto@gibbonslaw.com
James H. Post    jpost@smithhulsey.com
Leanne McKnight Prendergast    lprendergast@smithhulsey.com
Charles S Prentace    charles.prentace@norfolk.gov
Robert E Price    rprice@replegal.com, bvoelkl@replegal.com
David C Profilet    dprofilet@the-beach.net
Peter N Pross    ppross@eckertseamans.com
Nicholas V. Pulignano    npulignano@marksgray.com, slw@marksgray.com
Paul Pyscynski    paulp@lancasterlawyers.com, debbieh@lancasterlawyers.com;ppyski@aol.com
Charles V Quinn    cquinn@dbl-law.com
Rex D. Rainach    rainach@msn.com
Charles M Rand    legal0103@aol.com, lisaatCRand@aol.com
Peter J Rathwell    prathwell@swlaw.com
Adam Ravin    aravin@skadden.com,
rgray@skadden.com,jleamy@skadden.com,kward@smithhulsey.com,dturetsk@skadden.com,dkaloudi@skadden.com,jwoodfie
@skadden.com,jlederer@skadden.com.
Eric T. Ray    eray@balch.com
Dean A Reed    dino4897@yahoo.com
Diane G. Reed    dianegreed@sbcglobal.net
Jeffrey C. Regan    jregan@rzwlaw.com, kmoran@rzwlaw.com;bcrawford@rzwlaw.com
Russell L Reid    russell.reid@hellerehrman.com
T Dwight Reid    mistiej@aol.com
Steven J. Reisman    sreisman@cm-p.com , athau@cm-p.com
Brian G Rich    brich@bergersingerman.com, efile@bergersingerman.com;jdiaz@bergersingerman.com
Michael L Rich    mrich@dbl-law.com
Sarah Richardson    srichard@co.pinellas.fl.us

Kluger, Peretz, Kaplan & Berlin, P.L., 201 So. Biscayne Blvd., Suite 1700, Miami, FL 33131  305.379.9000
2385 NW EXECUTIVE CENTER DRIVE, SUITE 300, BOCA RATON, FL 33431  561.961.1831

{Bankruptcy\0110\0779/M0383400 v.1; 1/2/2007 04:26 PM}

Larry B Ricke    larry.ricke@leonard.com
Harley E Riedel    hriedel.ecf@srbp.com, hriedel.ecf@srbp.com
Fred B. Ringel    fringel@pobox.com
Richard A Robinson    rrobinson@bakerlaw.com, pshivamber@bakerlaw.com;OrlBakerDocket@bakerlaw.com
John T Rogerson    jrogerson@vbwr.com, fdepaolo@vbwr.com,acroft@vbwr.com,jspanopoulos@vbwr.com
Mark S Roher    mroher@rprslaw.com, mlopez@rprslaw.com;lschiller@rprslaw.com
Adam L. Rosen    mail@srsllp.com
Avrum J. Rosen    arosen@avrumrosenlaw.com
Mitchell S Rosen    mrosen@rosenlawgroup.com, lmurrah@rosenlawgroup.com
Paul M Rosenblatt    prosenblatt@kilpatrickstockton.com
Neal M. Rosenbloom    NRosenbloom@finkgold.com
Jason A Rosenthal    Jason@therosenthallaw.com
Fox Rothschild    nybkfilings@foxrothschild.com
Edward P Rowan    erowan@lkrhmobile.com
J Casey Roy    roy@mcclainleppert.com
David S Rubin    drubin@kswb.com
Guy B Rubin    guy.rubin@rubinandrubin.com
Robert B. Rubin    brubin@burr.com
Rachel L Rubio    rrubio@mdrtlaw.com
Shelley D Rucker    srucker@millermartin.com
Frederick F Rudzik    rudzikf@dor.state.fl.us
Maura I Russell    jguerrier@dreierllp.com
Peter D. Russin    prussin@melandrussin.com, ltannenbaum@melandrussin.com
Teresa Sadutto    tsadutto@platzerlaw.com
Anthony M Salzano    asalzano@pascocountyfl.net, tosipov@pascocountyfl.net
Anthony F Sanchez    afspalaw@aol.com
Ashley E Sandage    aes@clcsattorneys.com
Al A Sarrat    asarrat@jacobssarrat.com
Michael M Schmahl    mschmahl@mcguirewoods.com
Marvin S. Schulman    mschulmanpa@aol.com
Sarah L Schultz    sschultz@akingump.com
Gregory J. Seketa    franklin.berg@4086.com
Ed S. Sell    eds@sell-melton.com
Joel M Shafferman    joel@shafferman.com
James D Shannon    jshannon@shannonlawfirm.com, sbarlow@shannonlawfirm.com
Susan H Sharp    ssharp.ecf@srbp.com
Daniel Carr Shaughnessy    lindsaylaw@bellsouth.net
Mary Kay Shaver    mkshaver@varnumlaw.com
Andrew Howard Sherman    asherman@sillscummis.com
Lynn Welter Sherman    lsherman@hwhlaw.com, lbecker@hwhlaw.com
Bradley S Shraiberg    bshraiberg@kpkb.com
R Scott Shuker    bankruptcynotice@groneklatham.com
Timothy P. Shusta    shustat@phelps.com, yosta@phelps.com
Robert J Shuttera    rshuttera@flapersonalinjury.com
Wendy M Simkulak    wmsimkulak@duanemorris.com
Wayne M Singletary    courtmail@schuylaw.com
Peter L. Slinn    plslinn@stoel.com
Thomas R. Slome    mail@srsllp.com
Aaron C Smith    asmith@lordbissell.com
Anthony J. Smits    anthony.smits@bingham.com
Richard G. Smolev    rsmolev@kayescholer.com
Walter J. Snell    snellandsnell@mindspring.com, snellandsnell@hotmail.com
Kristofor D Sodergren    bankruptcy@hsmbb.com
Marc P Solomon    msolomon@burr.com
James E Sorenson    bk@wggdlaw.com
Rhysa G South    sou06@co.henrico.va.us
Karen K Specie    specie@scruggs-carmichael.com, darden@scruggs-carmichael.com;kstinson@scruggs-carmichael.com
Arthur J Spector    aspector@bergersingerman.com
Mark D. Speed    mds@markdspeedlaw.com
Thomas St Germain    tom@weinlaw.com, christie@weinlaw.com
David N Stern    dstern@gjb-law.com, vdueppe@gjb-law.com;lpantaleon@gjb-law.com;tmessana@gjb-law.com
Don M Stichter    dstichter.ecf@srbp.com

Kluger, Peretz, Kaplan & Berlin, P.L., 201 So. Biscayne Blvd., Suite 1700, Miami, FL 33131  305.379.9000
2385 NW EXECUTIVE CENTER DRIVE, SUITE 300, BOCA RATON, FL 33431  561.961.1831

{Bankruptcy\0110\0779/M0383400 v.1; 1/2/2007 04:26 PM}

Scott A. Stichter    sstichter.ecf@srbp.com
Dennis J Stilger    djstilger@insightbb.com
Susan F Stivers    susan.stivers@ky.gov
Ray H Stoess    raystoess@bellsouth.net
Philip D Storey    pds@aswmpa.com, MByrd@aswmpa.com
Alan C Stout    stephanie@sfk-law.com, astout@stoutlaw.com
Sabrina L. Streusand    streuss@hughesluce.com
Jerry W Sullivan    jwsullivan@lgsdalaw.com
Charles P Summerall    csummerall@bmsmlaw.com, pmarfizo@bmsmlaw.com
Stephen B. Sutton    ssutton@lathropgage.com
David L Sweat    dsweat@rueziffra.com, tponder@rueziffra.com
Douglas B Szabo    douglas.szabo@henlaw.com, maria.figueroa@henlaw.com
Joel L. Tabas    jtabas@tfsmlaw.com
Tina M Talarchyk    ttalarchyk@ssd.com, aparker@ssd.com
Gene B Tarr    gbt@btcmlaw.com
Benjamin D Tarver    questions@bankruptcy.intranets.com
Robert J Telfer    rtelfer@ctrfa.com
Richard R Thames    rrthames@stmlaw.net, blc@stmlaw.net
Janet H. Thurston    cohenthurston@cs.com
David J Tong    djt@saxongilmore.com, acuff@saxongilmore.com
Laura L. Torrado    ltorrado@bear.com
Trade-Debt.net    tmcguire@trade-debt.net
Kristen F Trainor    ktrainor@shb.com
Ronald M Tucker    rtucker@simon.com,
cmartin@simon.com,rwoodruff@simon.com,,ncaldwell@simon.com,ptropepe@simon.com
Harran E Udell    hudell@forthepeople.com
United States Trustee - JAX    USTP.Region21.OR.ECF@usdoj.gov
Raymond J. Urbanik    rurbanik@munsch.com
Thomas C. Valentine    tvalentine@walterslevine.com
Marcio W. Valladares    , kristin.field@usdoj.gov
Lori V. Vaughan    lvaughan@foley.com, mgrettenberger@foley.com
Jay B Verona    jay@veronalawgroup.com, connie@veronalawgroup.com
Franklin T Walden    waldenlegal@aol.com
David H Wander    dwander@wanderlaw.com
Richard Whitney Ward    rwward@airmail.net
Michael D. Warner    bankruptcy@warnerstevens.com
Allan C Watkins    watkinslaw@worldnet.att.net
Regina Wedig    rswedig@bellsouth.net
Leslie G Weeks    lgw@helmsinglaw.com
Alan M. Weiss    alan.weiss@hklaw.com
Scott R Weiss    scott.weiss@marshallwatson.com
John W Wesley    wesleyandassociates@earthlink.net
Margaret R Westbrook    lhogewood@kennedycovington.com, cevans@kennedycovington.com;bfork@kennedycovington.com
David B. Wheeler    davidwheeler@mvalaw.com
Stephen D Wheelis    steve@wheelis-rozanski.com
Hurley Partin Whitaker    hpw@whitakerlaw.com
William Douglas White    wdw@mccarthywhite.com
Joseph C Whitelock    jowhiteloc@aol.com
Robert D Wilcox    rwilcox@wilcoxlawfirm.com
John J. Wiles    bankruptcy@evict.net
Amy Pritchard Williams    swilliams@kennedycovington.com
Steven R Wirth    swirth@kayescholer.com
Jeffrey C Wisler    jwisler@cblh.com
David A Wolf    dwolf@woodatter.com
Frank J. Wright    bankruptcy@hswgb.com
Allan E. Wulbern    awulbern@smithhulsey.com
Robert L Wunker    rwunker@rutherfordmulhall.com
Heather L Yonke    hyonke@gjb-law.com, ctarrant@gjb-law.com;hburke@gjb-law.com
JRichard Young    jry@stumplaw.com
William Knight Zewadski    z@trenam.com
Brian D Zinn    bzinn@gbclaw.com, jmoore@gbclaw.com
Scott A. Zuber    szuber@pitneyhardin.com

Kluger, Peretz, Kaplan & Berlin, P.L., 201 So. Biscayne Blvd., Suite 1700, Miami, FL 33131  305.379.9000
2385 NW Executive Center Drive, Suite 300, Boca Raton, FL 33431  561.961.1831