UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN DIXIE STORES, INC., ET AL.,          CASE No. 05-03817-3F1

   Debtors,                                  Ch 11-Jointly Administered

## APPLICATION OF ELISHIA DURGIN FOR ALLOWANCE AND PAYMENT OF ADMINSTRATIVE EXPENSE PRIORITY CLAIM

Claimant Elishia Ann Durgin (the "Claimant"), by and through her undersigned counsel, files this application for allowance and payment of an administrative expense priority claim and in support thereof states the following:

1. The court has jurisdiction over this matter pursuant to 28 U.S.C. § 157 and 1334. Venue is proper pursuant to U.S.C. § 157(b)(2).

2. On February 21, 2005, the Debtor commended this bankruptcy case by filing a petition for relief under Ch 11 of the United States Bankruptcy Code. The Debtors subsequently operated as a debtor-in-possession.

3. On or about January 13, 2006, Claimant was injured in a motor vehicle collision with a Winn Dixie Logistics, Inc., 18-wheeler driven by Darrell A. Hawkins. The claimant sustained injuries on account of the negligence of the Debtors in the operation of their business. Claimant was injured when Debtors employee failed to follow the traffic laws of the State of Louisiana and crashed his 18-wheeler into the vehicle she was driving.

4. The claim of a creditor who sustains injuries as a result of the negligence of a debtor-in-possession or trustee can be afforded administrative expense priority statues under Section 503(b)(1) of the United States

Bankruptcy Code. See 11 U.S.C. § 503(b)(1); Reading v Brown, 391 U.S. 471 (1968) (awarding administrative expense priority status under predecessor to 11 U.S.C. § 503(b) to claim for damage arising from negligence of debtors receiver); Ala Surface Mining Comm'n v N.P. Mining Co., Inc. 963 F2d 1449 (11th Cir. 1992) (following Reading in awarding administrative expense priority status under 11 U.S.C. § 503 (b) to claim for post-petitioner environmental contamination caused by Ch 11 debtor-in-possession's business operations); Piper Aircraft Corp v Calabro, 169 B.R. 766 (Bankr. S.D. Fla. 1994).

5. Claimant, Elishia Ann Durgin, remains in treatment because of the injury sustained due to the debtor-in-possession, thus any evaluation of Elishia Ann Durgin's claim at present is likely to require modification and amplification as the damages are ongoing.

6. Notwithstanding the qualification contained in paragraph No. 5 and in no way meaning to limit same, the Claimant currently seeks to have allowed and paid administrative expense priority claim in the amount of $163,120.92.

REQUESTS FOR FUTURE NOTIFICATION

Claimant respectfully requests all future notices and information be sent to:

John Paul Charbonnet
MERCIER LAW OFFICES
3639 Ambassador Caffery Parkway
Suite 520, Box 144
Lafayette, Louisiana 70503
Phone: 337.991.9000
Fax: 337.991.9003
Email: johnpaul@mercierlaw.com; lecia@mercierlaw.com

WEHREFORE, Elishia Durgin respectfully requests that the Court allow and award her administrative expense priority claim in the amount of $163,120.92 and grant such other and further as might be deemed just, proper and equitable.

**MERCIER LAW OFFICES**
(A Professional Law Corporation)

/s/ John Paul Charbonnet
JOHN PAUL CHARBONNET (#19308)
3639 Ambassador Caffery
Suite 520, Box 144
Lafayette, Louisiana 70503
Phone:  337.991.9000
Fax:  337.991.9003

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Application on the following via overnight mail:

| | |
|---|---|
| Mr. Matthew Barr | Mr. James Post |
| Milbank Tweed Hadley & McCoy, LLP | Smith Hulsey & Busey |
| 1 Chase Manhattan Plaza | 225 Water Street, Suite 1800 |
| New York, NY 10005 | Jacksonville, FL 32202 |

/s/ John Paul Charbonnet
JOHN PAUL CHARBONNET (#19308)
3639 Ambassador Caffery
Suite 520, Box 144
Lafayette, Louisiana 70503
Phone:  337.991.9000
Fax:  337.991.9003