**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: <br><br> WINN-DIXIE STORES, INC., et al., <br><br> Debtors. | Case No.: 3-05-bk-3817 (JAF) <br><br> Chapter 11 <br><br> Jointly Administered |

**APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE**
**AND REQUEST FOR NOTICE**
*Pinson Valley, LTD*

Comes Now, Pinson Valley, LTD ("Applicant"), through the undersigned attorneys, and seeks administrative expense status for Applicant's claim against one or more of the Debtors pursuant to 11 U.S.C. § 503(b). Applicant requests the entry of an order allowing the administrative expense described below and directing the payment of such amount pursuant to Order Confirming the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Confirmation Order") and the provisions of the Plan as confirmed. In support of this Application, Applicant states as follows:

**JURISDICTION AND VENUE**

1.  The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. § 157(b)(2).

**FACTUAL BACKGROUND**

2.  Winn-Dixie Stores, Inc., et al. (the "Debtors") filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on or about February 21, 2005 (the "Petition Date").

3.  After the Petition Date, Applicant was the landlord for Winn Dixie Store #416 previously located at the Pinson Valley Shopping Center in Pinson, Alabama.

Under the Lease, Debtors Winn-Dixie Montgomery, Inc. and Winn-Dixie Stores, Inc.[1] are liable for a pro rata portion of the ad valorem taxes on the property in question. As reflected in more detail in the attached Exhibit A, Applicant is owed $7,247.90 for amounts due October 1, 2005 to February 26, 2006.

### APPLICANT'S CLAIM IS ENTITLED TO ADMINISTRATIVE EXPENSE STATUS

4.  Section 503(b) of the Bankruptcy Code provides for the allowance of administrative expense status, and its attendant priority for payment, for the "actual, necessary costs and expenses of preserving the estate…" 11 U.S.C. § 503(b). It is well-established that personal injury claims arising from a post-petition tort committed by the debtor are entitled to administrative expense status. *See, Reading Co. v. Brown,* 391 U.S. 471,485 (post-petition fire damages resulting from trustee's negligence were entitled to administrative expense status); *In re Piper Aircraft Corp.,* 169 B.R. 766 (Bankr. S.D. Fla 1994).

5.  In this instance, Applicant's claim arose as a result of the business operations of one or more of the Debtors after the Petition Date but prior to the Confirmation Order. As such, Applicant's claim is entitled to administrative expense status under 11 U.S.C. § 503(b), and Applicant seeks the entry of an order awarding such status.

---

[1] Winn-Dixie Montgomery, Inc. is the primary obligor on the Lease and Winn-Dixie Stores, Inc. is the guarantor of those obligations. Applicant seeks recovery from both.

## REQUEST FOR FUTURE NOTICE

Applicant requests that all future pleadings and notices regarding or affecting Applicant's claim be served upon:

Pinson Valley, LTD
c/o Helms Roark, Inc.
P.O. Box 1149
Montgomery, AL  36101-1149

WHEREFORE, based upon the foregoing, Applicant requests that the Court enter an order granting the relief requested herein and such other relief as it deems just and proper.

Respectfully Submitted,     WILCOX LAW FIRM

/s/ **Robert Wilcox**
Robert D. Wilcox (FL #755168)
6817 Southpoint Parkway, Suite 1302
Jacksonville, FL 32216
Telephone: (904) 281-0700
Facsimile: (904) 513-9201

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2007 I filed this **APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE STATUS FOR POSTPETITION CLAIM AND REQUEST FOR NOTICE** through the CM/ECF filing system, which will cause a copy to be served on James H. Post, Esq., Counsel for the Reorganized Debtors, Matthew Barr, Esq. and John MacDonald, Esq., Counsel for the Post-Effective Date Committee, Elena L. Escamilla, Esq., counsel for the Office of the United States Trustee and all other parties participating in the CM/ECF System, all served electronically.

/s/ **Robert Wilcox**
Robert D. Wilcox

# EXHIBIT A

# HelmsRoark

December 18, 2006

Winn-Dixie Real Estate Department
600 Edwards Avenue
Harahan, LA 70123
Attn: Jay Archambault

Re: 2006 Property Taxes
    Winn-Dixie Store #416
    Pinson Valley Shopping Center

## INVOICE

| | |
|---|---|
| Total Property Taxes: | $ 27,730.21 |
| Tenant Square Footage: | 35,000 |
| Total GLA Square Footage: | 54,300 |
| Prorata Share Percentage | 64.46% |

Prorata Taxes Due:
From: 10-1-05 To: 2-26-06
148 Days                                 **$ 7,247.90**

Please submit payment to:     Pinson Valley Shopping Center
                                       c/o Helms Roark, Inc.
                                         P.O. Box 1149
                                         Montgomery, AL 36101-1149

Helms Roark, Inc.
Real Estate Development
P.O. Box 1149 (36101)
121 Coosa Street, Suite 3
Montgomery, AL 36104
(334) 264-1102
FAX (334) 264-6681

J. T. Smallwood
Tax Collector
Room 160 Courthouse
716 Richard Arrington Jr Blvd N
Birmingham, AL 35203
(205) 325-5500
RETURN SERVICE REQUESTED

| TAX YR. | UNIT NO. |
|---------|----------|
| 2006    | 48-1383  |

PARCEL I.D.   9-31-2-8-8.000-RR-01



PAY BY 12/31/06     213.40

BILL NO.
235409

PINSON VALLEY LTD
C/O HELMS-ROARK INC
PO BOX 1149
MONTGOMERY AL 36101-1149

118723

---

J. T. Smallwood
Tax Collector
Room 160 Courthouse
Birmingham, AL 35203
(205) 325-5500

**2006 TAX NOTICE
JEFFERSON COUNTY**

PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE PAID
BIRMINGHAM, AL
PERMIT NO. 2270

| BILL NO. | UNIT NO. | | MILLAGE RATE |
|----------|----------|--|--------------|
| 06  235409 | 48-1383 | | .0501 |
| PARCEL I.D. | | CLASS | HOMESTEAD EXEMPTION |
| 9-31-2-8-8.000-RR-01 | | 2 | .00 |
| PROPERTY LOCATION: CENTER POINT RD  35126 | | | |
| LEGAL DESCRIPTION | | MARKET VALUE | |
| PT OF LOT 4 BLK 2 D L CLAYTONS | | 19,800.00 | |

SUBDIV 15/39 DESC AS FOLS: BEG
AT NE COR OF SD LOT 4 TH SW
115.2 FT TH S 94.2 FT TH E
FORWARD COPY TO YOUR MORTGAGE COMPANY IF THEY ARE
RESPONSIBLE FOR PAYMENT.  PLEASE WRITE LOAN # ON COPY.

PINSON VALLEY LTD

| NET TAX | 198.40 |
| STORM WATER FEE | 15.00 |

**RETAIN THIS STUB**

PAY BY 12/31/06     213.40

************AUTO** 3-DIGIT 361
PINSON VALLEY LTD
C/O HELMS-ROARK INC
PO BOX 1149
MONTGOMERY AL 36101-1149

---

REC'D: 10/2/06
APPROVED: GCO     (5 Tax Bills)
DATE APPR'D: 12-4-06
CHG TO: _____
PAID CK#: _____
DATE: _____

J. T. Smallwood
Tax Collector
Room 160 Courthouse
716 Richard Arrington Jr Blvd N
Birmingham, AL 35203
(205) 325-5500

RETURN SERVICE REQUESTED

| TAX YR. | UNIT NO. |
|---|---|
| 2006 | 48-1375 |

PARCEL I.D.   9-31-2-8-2.002-RR-01



PAY BY 12/31/06        24,292.46

BILL NO.
235408

PINSON VALLEY LTD
%HELMS ROARK INC
PO BOX 1149
MONTGOMERY AL 36101-1149

118722

---

J. Y. Smallwood
Tax Collector
Room 160 Courthouse
Birmingham, AL 35203
(205) 325-5500

**2006 TAX NOTICE JEFFERSON COUNTY**

PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE PAID
BIRMINGHAM, AL
PERMIT NO. 2270

| BILL NO. | | UNIT NO. | | MILLAGE RATE |
|---|---|---|---|---|
| 06 | 235408 | 48-1375 | | .0501 |
| PARCEL I.D. | | | CLASS | HOMESTEAD EXEMPTION |
| 9-31-2-8-2.002-RR-01 | | | 2 | .00 |

PROPERTY LOCATION: MAIN ST   35126

| LEGAL DESCRIPTION | MARKET VALUE |
|---|---|
| COM AT NE COR OF SE 1/4 OF NW 1/4 SEC 31 TP 15 R 1W TH W 33 FT TO W R/W OF HWY 75 TH N ALG SD R/W 224.6 FT TO POB TH SW | 2,422,900.00 |

FORWARD COPY TO YOUR MORTGAGE COMPANY IF THEY ARE RESPONSIBLE FOR PAYMENT.  PLEASE WRITE LOAN # ON COPY.

PINSON VALLEY LTD

| NET TAX | 24,277.46 |
|---|---|
| STORM WATER FEE | 15.00 |

RETAIN THIS STUB

PAY BY 12/31/06        24,292.46

************AUTO** 3-DIGIT 361
PINSON VALLEY LTD
%HELMS ROARK INC
PO BOX 1149
MONTGOMERY AL 36101-1149

---

REC'D: 10/2/06
APPROVED: _____
DATE APPR'D: _____
CHG TO: _____
PAID CK#: _____
DATE: _____

J. T. Smallwood
Tax Collector
Room 160 Courthouse
716 Richard Arrington Jr Blvd N
Birmingham, AL 35203
(205) 325-5500
RETURN SERVICE REQUESTED

| TAX YR. | UNIT NO. |
|---|---|
| 2006 | 48-1391 |

PARCEL I.D.  9-31-2-8-16.000-RR



PAY BY 12/31/06     1,335.64

BILL NO.
235410

PINSON VALLEY LTD
C/O HELMS-ROARK INC
PO BOX 1149
MONTGOMERY AL 36101-1149

118724

---

J. T. Smallwood
Tax Collector
Room 160 Courthouse
Birmingham, AL 35203
(205) 325-5500

**2006 TAX NOTICE
JEFFERSON COUNTY**

PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE PAID
BIRMINGHAM, AL
PERMIT NO. 2270

| BILL NO. | | UNIT NO. | | | MILLAGE RATE |
|---|---|---|---|---|---|
| 06 | 235410 | 48-1391 | | | .0501 |
| PARCEL I.D. | | | | CLASS | HOMESTEAD EXEMPTION |
| 9-31-2-8-16.000-RR | | | | 2 | .00 |
| PROPERTY LOCATION: CENTER POINT RD | | | 35126 | | |
| LEGAL DESCRIPTION | | | | MARKET VALUE | |
| P O B 1245 FT N & 25 FT W OF | | | | 131,800.00 | |
| SE COR NW 1/4 TH CONT W 427 FT | | | | | |
| S TH N 95 FT S TH E 427 FT S | | | | | |
| TH 595 FT S TO P O B | | | | | |
| FORWARD COPY TO YOUR MORTGAGE COMPANY IF THEY ARE | | | | | |
| RESPONSIBLE FOR PAYMENT. PLEASE WRITE LOAN # ON COPY. | | | | | |

PINSON VALLEY, LTD

| NET TAX | 1,320.64 | |
|---|---|---|
| STORM WATER FEE | 15.00 | RETAIN THIS STUB |
| PAY BY 12/31/06 | 1,335.64 | |

************AUTO** 3-DIGIT 361
PINSON VALLEY LTD
C/O HELMS-ROARK INC
PO BOX 1149
MONTGOMERY AL 36101-1149

REC'D: 10/2/06
APPROVED: _____
DATE APPR'D: _____
CHG TO: _____
PAID CK#: _____
DATE: _____

J. T. Smallwood
Tax Collector
Room 160 Courthouse
716 Richard Arrington Jr Blvd N
Birmingham, AL 35203
(205) 325-5500

RETURN SERVICE REQUESTED

| TAX YR. | UNIT NO. |
|---------|----------|
| 2006    | 48-1392  |

PARCEL I.D.   9-31-2-8-17.000-RR

PAY BY 12/31/06        1,172.31

BILL NO.
235411

PINSON VALLEY LTD
C/O HELMS-ROARK INC
PO BOX 1149
MONTGOMERY AL 36101-1149

118725

---

J. T. Smallwood
Tax Collector
Room 160 Courthouse
Birmingham, AL 35203
(205) 325-5500

**2006 TAX NOTICE**
**JEFFERSON COUNTY**

PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE PAID
BIRMINGHAM, AL
PERMIT NO. 2270

| BILL NO. | UNIT NO. | | MILLAGE RATE |
|----------|----------|---|--------------|
| 06  235411 | 48-1392 | | .0501 |

| PARCEL I.D. | CLASS | HOMESTEAD EXEMPTION |
|-------------|-------|---------------------|
| 9-31-2-8-17.000-RR | 2 | .00 |

PROPERTY LOCATION: CENTER POINT RD   35126

| LEGAL DESCRIPTION | MARKET VALUE |
|-------------------|--------------|
| P O B 1330 FT N E 25 FT W OF | 115,500.00 |
| SE COR NW 1/4 TH CONT W 417 FT | |
| TH N 42 FT S TH NE 288 FT SELY | |
| 105 FT TH E 150 FT TH S 50 FT | |

FORWARD COPY TO YOUR MORTGAGE COMPANY IF THEY ARE
RESPONSIBLE FOR PAYMENT.  PLEASE WRITE LOAN # ON COPY.

PINSON VALLEY LTD

| NET TAX | 1,157.31 |
|---------|----------|
| STORM WATER FEE | 15.00 |

**RETAIN THIS STUB**

PAY BY 12/31/06        1,172.31

************AUTO** 3-DIGIT 361
PINSON VALLEY LTD
C/O HELMS-ROARK INC
PO BOX 1149
MONTGOMERY AL 36101-1149

REC'D: 10/2/06
APPROVED: _____
DATE APPR'D: _____
CHG TO: _____
PAID CK#: _____
DATE: _____

J. T. Smallwood
Tax Collector
Room 160 Courthouse
716 Richard Arrington Jr Blvd N
Birmingham, AL 35203
(205) 325-5500
RETURN SERVICE REQUESTED

| TAX YR. | UNIT NO. |
|---------|----------|
| 2006    | 48-1393  |

PARCEL I.D.   9-31-2-8-18,000-RR



PAY BY 12/31/06              716.40

BILL NO.
235412

PINSON VALLEY LTD
%HELMS ROARK INC
PO BOX 1149
MONTGOMERY AL 36101-1149

118726

---

J. T. Smallwood
Tax Collector
Room 160 Courthouse
Birmingham, AL 35203
(205) 325-5500

**2006 TAX NOTICE**
**JEFFERSON COUNTY**

PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE PAID
BIRMINGHAM, AL
PERMIT NO. 2270

| BILL NO. | | UNIT NO. | | MILLAGE RATE |
|---|---|---|---|---|
| 06 | 235412 | 48-1393 | | .0501 |
| PARCEL I.D. | | | CLASS | HOMESTEAD EXEMPTION |
| 9-31-2-8-18,000-RR | | | 2 | .00 |
| PROPERTY LOCATION: CENTER POINT RD  35126 | | | | |
| LEGAL DESCRIPTION | | | MARKET VALUE | |
| P O B 1285 FT S S & 25 FT W OF | | | 70,000.00 | |
| NE COR NW 1/4 TH SW 179 FT S | | | | |
| TH S 105 FT S TH E 150 FT S TH | | | | |
| N 180 FT S TO P O B | | | | |
| FORWARD COPY TO YOUR MORTGAGE COMPANY IF THEY ARE | | | | |
| RESPONSIBLE FOR PAYMENT.  PLEASE WRITE LOAN # ON COPY. | | | | |

PINSON VALLEY LTD

| NET TAX | 701.40 |
|---------|--------|
| STORM WATER FEE | 15.00 |

RETAIN THIS STUB

PAY BY 12/31/06      716.40

************AUTO** 3-DIGIT 361
PINSON VALLEY LTD
%HELMS ROARK INC
PO BOX 1149
MONTGOMERY AL 36101-1149

REC'D:  10/2/06
APPROVED:
DATE APPR'D:
CHG TO:
PAID CK#:
DATE: