[Insurance Representative Name]
[Insurance Company]
January 2, 2007
Page 2

seven and five. As a result of her injuries, Ms. Brown cannot run and play with her grandchildren like she once did. She is unable to lift them like she once did. Fun activities with family members have to be avoided or Ms. Brown can only be a spectator from the sidelines. This is very frustrating for Ms. Brown, who values and loves her family very much.

## Amount of Total Claim

In light of the severity of Ms. Brown's injuries, she has authorized me to accept **$97,500** for full and final settlement of this matter.