

**Law Offices of
CHRIS JOHNS
& ASSOCIATES**
www.jaxaccidentattorney.com

4901 Atlantic Blvd.
Jacksonville, FL 32207
TEL 904.398.9893
FAX 904.398.8757
TOLL FREE 1.877.375.5510

Chris Johns, Esquire
Donald N. Metcalf, Esquire
Zachary Von Roenn, Esquire

January 3, 2007

Summary of Claim

RE:  Our Client:      Carol McCurdy
     Your Insured:    Winn Dixie
     Date of Accident: November 2, 2006
     Claim Number:    A6112101840001-01

### LIABILITY
Ms. McCurdy was an invitee on your premises and under the law landowners owe a duty of reasonable care to protect invitees from injury. The owner has a duty to maintain the premises in a safe condition and to warn invitees of latent perils. In this instance, the water was in a readily noticeable and heavily trafficked area. Thus, the fact that the danger was present for some time and it was not cleaned up is a clear case of premises liability in which Save Rite owed a duty that they breached by failing to clean up or warn of the danger.

### INJURY
On November 2, 2006 Ms. McCurdy slipped and fell at Winn Dixie from water leaking from the Coca-Cola machine. At that time, Ms. McCurdy was seven months pregnant with twins and sustained injuries to her lower back, left leg and stomach due to her fall.

### Medical Bills Due
Ms. McCurdy agreed to pay the amount of $2,326.02 to Kimberly Van Scriver, M.D. at Memorial Hospital for treatment following the fall, for bills to date. This figure is likely to increase.

### Pain and Suffering
Prior to this fall, Ms. McCurdy was an able bodied woman. Unfortunately, however, since the fall, she has been limited in what she can do and has had to alter her daily life in order to avoid exacerbation of the pain and discomfort in her back and leg.

Since the fall, Ms. McCurdy has had difficulty in providing the level of care and support to her newborn twins. Her relationship with her children will be significantly affected by this fall, as she will be limited in her ability to raise them normally.

### Amount of Total Claim
In light of the severity of Ms. McCurdy's injuries, she has authorized me to accept $200,000 for full and final settlement of this matter.

Sincerely,


Donald Metcalf
DM/msd
Enclosure

• Jacksonville • Westside • Orange Park • Middleburg • Beaches • St. Augustine •