

JOHN D. AMEEN
GARY J. DRUCKER

AMEEN & DRUCKER, P.A.
LAW OFFICES

TELEPHONE   954.340.7277
FACSIMILE   954.340.8733
TOLL-FREE   800.953.2858

3111 UNIVERSITY DRIVE
SUITE 901
CORAL SPRINGS, FLORIDA 33065

January 3, 2007

**FILED ELECTRONICALLY**
**VIA CM/ECF LIVE DATABASE**

Clerk of the Court
United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, FL 32202

RE:   IDA GROSSKOPF vs. WINN-DIXIE STORES, INC.

| | | |
|---|---|---|
| Date of Loss | : | 7/21/05 |
| Defendant | : | Winn-Dixie Stores, Inc. |
| Bankruptcy Case No. | : | 05-03817-3F1 |
| Winn-Dixie Claim # | : | A511209410-0001-01 |
| Our Client | : | Ida Grosskopf |
| Our File No. | : | 05-08-2992 |

Dear Ms. Bennett:

We represent Ida Grosskopf in the above-captioned claim against Winn-Dixie Stores, Inc.   Please accept this correspondence as our application for payment of the claim.  On July 21, 2005, our client was in the Winn-Dixie Store located at 4645-B Gun Club Road, West Palm Beach, Florida as a business invitee.  While inside the store, our client slipped in a liquid substance that was on the floor and fell.  Liability is not an issue as Winn-Dixie is required to maintain a safe shopping environment for its customers.  The liquid on the floor constituted an unreasonably dangerous condition that Winn-Dixie employees knew or should have known of.  Our client sustained permanent bodily injury in this incident. The only issue for determination is the amount of Ms. Grosskopf's damages.

As proof of Ms. Grosskopf's claim, we have attached all pertinent medical records and billing.  Ms. Grosskopf suffered a sprained back and sprained knee in this incident.  As a result, Ms. Grosskopf suffers from severe back pain and frequently loses the ability to control her left leg.  She will undergo a lumbar

myelogram on January 5, 2006 and will soon undergo a surgical procedure to put a steel rod in her back.

Medical bills in this matter are as follows:

| | | |
|---|---|---|
| 1) | Wellington Imaging Associates | $468.00 |
| 2) | Emergency Physicians Wellington | $400.00 |
| 3) | Wellington Regional Medical Center | $will provide |
| 4) | Comprehensive Care Center (Dr. Sharma) | $will provide |

**TOTAL MEDICAL BILLS (estimate)**      **$868.00**

We are of the opinion a jury would find that Ms. Grosskopf's injuries were caused by this incident given her lack of similar medical records and complaints prior to the incident. For the above and foregoing reasons, we respectfully request $750,000.00 as full and final settlement of this claim. In the interim, please feel free to contact us with questions or comments.

Very truly yours,

John D. Ameen

JDA: tj
Attachments



**Wellington Regional**
M e d i c a l   C e n t e r

10101 Forest Hill Blvd.
West Palm Beach, FL 33414

MED. REC. NO.
277314

| PT NO | PATIENT NAME | | | | | | | | | | COUNTY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 101553113 | GROSSKOPF , IDA LYNN | | | | | | | | | | 1 |

| ADDRESS | | | | | | | | | SOCIAL SECURITY NO. |
|---|---|---|---|---|---|---|---|---|---|
| 884 HARTH DRIVE | | | | | | | | | 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 |

| CITY | | STATE | ZIP | PHONE | EXT. | RM/BED |
|---|---|---|---|---|---|---|
| WEST PALM BEACH | | FL 33415-0000 | | 561-684-0292 | | |

| AGE | DOB | SEX | RACE | MS | PREVIOUS NAME | RELIGION | N/S | ISOL | INFANT AGE |
|---|---|---|---|---|---|---|---|---|---|
| 58 | 07/10/1947 | F | I | S | | CAT | | | |

| ADM DATE | TIME | SRC | PT TYPE | PRE | ACCIDENT INFO | VOLUNTARY ADM | ORGAN DNR | ISOL | INFANT AGE |
|---|---|---|---|---|---|---|---|---|---|
| 07/21/05 | 19:39 | EO | T | X H | 07/21/05 19:00 | | | | |

| PT EMPLOYER | TELEPHONE | EXT | OCCUPATION |
|---|---|---|---|
| DISABLED | - - | | DISABLED |

EMPLOYER ADDRESS

| CITY | STATE | ZIP | RETIREMENT DATE |
|---|---|---|---|
| | | | |

| NEAREST RELATIVE NAME |
|---|
| MOORE , JERRY |

| RLTN | ADDRESS |
|---|---|
| K | 176 SLEEPY HOLLOW DRIVE |

| CITY | STATE | ZIP | PHONE | EXT |
|---|---|---|---|---|
| WEST PALM BEACH | FL | 33415- | 561-683-7002 | |

| EMERGENCY CONTACT NAME |
|---|
| MOORE , JERRY |

| RLTN | ADDRESS |
|---|---|
| K | 884 HARTH DRIVE |

| CITY | STATE | ZIP | PHONE | EXT |
|---|---|---|---|---|
| WEST PALM BEACH | FL | 33415- | 561-684-0292 | |

| GUARANTOR NAME | RLTN | SOCIAL SECURITY NUMBER |
|---|---|---|
| GROSSKOPF , IDA LYNN | S | 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 |

| ADDRESS | | PHONE | EXT |
|---|---|---|---|
| 884 HARTH DRIVE | | 561-684-0292 | |

| CITY | STATE | ZIP | OCCUPATION | EXT |
|---|---|---|---|---|
| WEST PALM BEACH | FL | 33415- | DISABLED | |

| GUARANTOR EMPLOYER | PHONE | EXT |
|---|---|---|
| DISABLED | - - | |

| ADDRESS | | | | |
|---|---|---|---|---|
| | | | | |

| CITY | STATE | ZIP | FC |
|---|---|---|---|
| | | | M |

| INSURANCE NAME 1 | CODE | POLICY # | GROUP # | SUBSCRIBER | REL | AUTH # |
|---|---|---|---|---|---|---|
| MEDICARE PRT B OP | 05A3 | 560688702A | | GROSSKOPF | S | |

| INSURANCE NAME 2 | CODE | POLICY # | GROUP # | SUBSCRIBER | REL | AUTH # |
|---|---|---|---|---|---|---|
| MEDICAID MEDIGAP | | D748162080121 | | GROSSKOPF | S | |

| INSURANCE NAME 3 | CODE | POLICY # | | SUBSCRIBER | REL | AUTH # |
|---|---|---|---|---|---|---|
| | | | | | | |

| ATTENDING PHYSICIAN | ATTENDING # | REF SRC | ADM BY | PREV ADM DATE | PREVIOUS FACILITY |
|---|---|---|---|---|---|
| GORMAN LISA | 041681 | | HENDRC | | |

| ADM DIAGNOSIS | MED SVC | CODE | ALLERGIES | | SURGERY DATE |
|---|---|---|---|---|---|
| BCK AND LEG PAIN | EMR | | | | |

| ADMITTING PHYSICIAN | ADMITTING # | AUTHORIZED BY |
|---|---|---|
| GORMAN LISA | 041681 | |

| | CLINICAL COMMENT | | MODE OF ARRIVAL/ACCOMPANIED BY |
|---|---|---|---|
| | | | AMB |

| REL OF INFO | ADV DIR | LIVING WILL | LOCATION OF WILL/DIRECTIVE | FAMILY DOCTOR | | Div: |
|---|---|---|---|---|---|---|
| Y | N | N | | NO PCP NO FAMILY DR | 999987 | |

## FINAL DIAGNOSES (FIRST DIAGNOSIS PRINCIPAL UNLESS NOTED)

CODE

## PROCEDURES

## CONSULTING PHYSICIANS

DRG _____

LOS _____

| TRANS TO: | ACUTE | SNF ☐ | REHAB ☐ | HOSPICE ☐ | HOME HEALTH ☐ | HOME IV ☐ | AGAINST MED ADV ☐ | HOME ☐ |
|---|---|---|---|---|---|---|---|---|

| DISCHARGE DATE | TIME | OTHER |
|---|---|---|

| EXPIRED ☐ | TIME _____ | , <48HRS ☐ | >48HRS ☐ | CORONER ☐ | AUTOPSY | YES ☐ | NO ☐ |
|---|---|---|---|---|---|---|---|

ATTENDING PHYSICIAN SIGNATURE & DATE

RxLASER, INC. C2603-20051 (714) 986-1559 (9/00)    **CHART COPY - DO NOT REMOVE FROM CHART**

WELLINGTON MEDICAL CENTER
# PATIENT SELF DETERMINATION RECORD

PART 1. --------------------------------------------------------------------
N   Do you, the patient, have an advance directive?
N   Is the advance directive a living will?
N   Is the advance directive a durable power of attorney for healthcare?

PART 2. --------------------------------------------------------------------
Who is your appointed healthcare surrogate having your durable power of attorney for healthcare?

Name:                                    Relationship:
Address:                                 Telephone:        /    -
City                    St:        Zip:        -

Does this person know and agree to be your healthcare surrogate?
If the person neither knows nor agrees to be your healthcare surrogate, do you still wish to designate an alternate healthcare surrogate?   If so, we will have a hospital representative visit you and record your alternate healthcare proxy information.

Contact Date:   00/00/00
Representative contacted by:
PART 3. --------------------------------------------------------------------
Would you like information regarding an advance directive, since you do not have one?
PART 4. --------------------------------------------------------------------
You, the patient state you have an advance directive.
Do you have a copy with you?

Did the hospital staff person make a copy and attach it to the chart?
PART 5. --------------------------------------------------------------------
Patient wants additional information on advance directives.
You have received information regarding an advance directive?

You have been informed to advise your nurse if you want to create an advance directive while in the hospital?
PART 6. --------------------------------------------------
Since you do not have a copy of the advance directive on hand, where is the advance directive located?              Location:
Can you have a copy brought to the hospital?
If someone can bring the copy, when will it be delivered to your nursing unit?
Date copy will arrive: 00/00/00       Date copy received: 00/00/00
PART 7. ----------- Contents of Advance Directive -----------


Pt Signature: _Ida L. Grosskopf_              Date: _7/21/05_

Witness Signature: _____      Hospital Rep: HENDRC
The patient is incapable of answering the following questions because:


                                            Date: _____

Signature and Title: _____
--------------------------------------------------------------------------------
    Pt Name:  GROSSKOPF ,IDA LYNN            Pt No:     101553113
    Atn Dr:   GORMAN LISA                    Mr No:  277314

CONDITION OF ADMISSION TO WELLINGTON MEDICAL CENTER

PATIENT NAME:  GROSSKOPF ,IDA LYNN          PATIENT NUMBER:      101553113

ADM/REG DATE:  07/21/05                      MEDREC NUMBER:      277314

1. Release of Responsibility:  The hospital may disclose medical information to any person or corporation which is or may be liable under contract to the hospital or to the patient or to a family member or employer of the patient for all or part of the hospital's charge, including, but not limited to, insurance companies, or workmen's compensation carriers.

2. Personal Valuables:  It is understood and agreed that the hospital maintains a safe for the safekeeping of money and valuables and the hospital shall not be liable for the loss or damage to any money, jewelry, contact lenses, general prosthesis, eye glasses, dentures, documents, wearing apparel, radios, fans or other articles of unusual value and small compass, unless placed therein, and shall not be liable for loss or damage to any other personal property, unless deposited with the hospital for safekeeping.

3. Assignment of Individual Benefits:  In the event the undersigned is entitled to hospital benefits of any type whatsoever arising out of any policy of insurance insuring patient, said benefits are hereby assigned to Hospital for application on patient's bill, and it is agreed that the hospital may receipt for any such payment which shall discharge the said insurance company of any and all obligations under the policy to the extent of such payment, the undersigned and /or patient beign responsible for charges not covered by this assignment.

4. Financial Agreement:  The undersigned agrees, whether he signs as agent or as patient, that in consideration of the services to be rendered to the patient, he hereby individually obligates himself to pay the account of the hospital in accordance with the regular rates and terms of the hospital. . Should the account be referred to an attorney for collection, the undersigned shall pay reasonable attorney's fees and collection expense.  All delinquent accounts bear interest at the legal rate.

5. HMO Agreement:  "I am not presently enrolled in a HMO, however, if I have intentionally withheld that information and my hospitalization is denied by the HMO, I will be financially responsible for this hospitalization."

6. Independent contractors will bill separately. Physicians are independent contractors, not agents or employees of the hospital or affiliate agency. I understand and agree that each professional group or individual practitioner which renders professional services to me will bill and collect for professional services separate and apart from the hospital's or affiliate agency's billing and collections, but subject to the authorization granted by me in accordance with this agreement.

Time of signing _____, 20___, Hour_____  A.M.
                                            P.M. X_____
                                                         (PATIENT)

_____         _____
PATIENT'S LEGAL AGENT OR LEGAL              RELATIONSHIP TO PATIENT
REPRESENTATIVE

_____         _____
WITNESS                                     DATE

PATIENT AUTHORIZATION TO TREAT

PATIENT NAME:  GROSSKOPF ,IDA LYNN      PATIENT NUMBER:   101553113

ADM/REG DATE:  07/21/05               MEDREC NUMBER:   277314

I have been advised by my physician that I am suffering from a condition requiring
hospital care and I do hereby voluntarily consent to such hospital care encompassing
routine diagnostic procedures and medical care or treatment by DR._____,
his assistants, or his designees as is necessary in his judgement.

I am aware that the practice of medicine and surgery is not an exact science and I
acknowledge that no guarantees have been made to me as to the result of treatments
or examination in the hospital.  This form has been fully explained to me and I
certify that I understand its contents.

_____          _____
        WITNESS                              SIGNATURE OF PATIENT

(If patient is unable to consent or is a minor complete the following.) Patient(is a
minor _____ years of age) (is unable to consent because)_____

_____

_____          _____
        WITNESS                          PERSON AUTHORIZED TO CONSENT/
                                          RELATIONSHIP TO PATIENT

_____          _____
     NAME OF PATIENT                          DATE AND TIME

==============================================================================

AUTHORIZATION TO RELEASE MEDICAL RECORD INFORMATION

WELLINGTON MEDICAL CENTER       WEST PALM BEACH  FLORIDA
is hereby authorized to disclose all or any part of the medical record of the patient
named on this registration to such insurance companies, organizations, or agencies as
may be concerned with the payment of hospitalization cost of the patient named on
this registration.

_____          _____
     WITNESS SIGNATURE                          PATIENT SIGNATURE

_____          _____
        DATE                          PATIENT'S AGENT OR LEGAL REPRESENTATIVE

| Wellington Regional Medical Center | Patient Information | Treating Provider | Discharge Summary |
|---|---|---|---|
| Wellington Regional Medical Center 10101 Forest Hill Blvd | grosskopf, ida | Michael Armstrong PA 10101 Forest Hill Blvd Phone: 561-798-8500 | Date: 7/21/05  Time: 8:45:08 PM **Chart Copy** |

| 1) Your Discharge Instructions: | 2) Your Prescriptions: |
|---|---|
| SPRAINED BACK #Document: 713 (English) SPRAINED BACK #Document: 713 (English) KNEE IMMOBILIZER #Document: 238 (English) NARCOTIC MEDICATION #Document: 548 (English) | Percocet Oral Tablet 10-325 Milligram 1 TABLET 4 TIMES DAILY AS NEEDED # 15 TABLETS (0 Refills) |

**3) You should Follow Up with:**

| Follow Up Physician: | Follow Up Information |
|---|---|
| Center for Bone and Joint Specialists, MD 12989 Southern Blvd Suite 101 Loxahatchee FL 33470 Phone: 561-798-6600 | On 07/21/2005 this patient was treated in the Emergency Department of Wellington Regional Medical Center at 10101 Forest Hill Blvd for Refer to Discharge list above.  The patient was asked to follow up in 5 to 7 Days. |

I understand that the emergency care which I received is not intended to be complete and definitive medical care and treatment.  I acknowledge that I have been instructed to contact the above physician immediately for continued and complete medical diagnosis, care and treatment.  EKG's, X-rays, and lab studies will be reviewed by appropriate specialists and I will be notified of significant discrepancies.  I also understand that my signature authorizes this Medical Center to release all or any part of my medical record (including, if applicable, information pertaining to AIDS and/or HIV testing, mental health records, and drug and/or alcohol treatment) to the referred physician listed above.

*I have read and understand the above, received a copy of applicable instruction sheets, and will arrange for follow up care.*

| Signature | Patient/Parent/Guardian | Date/Time | Signature | Instructed by | Date/Time |
|---|---|---|---|---|---|

CONFIDENTIAL INFORMATION: The information contained in this fax is confidential.  If you have received this fax in error, please notify the sender at once and destroy this document.

Copyright ScriptRx, Inc. 2000-2005                                                                 http://www.ScriptRx.com

| ALLERGIES: | | | HT: |
| --- | --- | --- | --- |
| | | | WT: |

| DATE ORDERED | TIME | ORDERS: ANOTHER BRAND OF A GENERICALLY EQUIVALENT PRODUCT, IDENTICAL IN DOSAGE, FORM AND CONTENT OF ACTIVE INGREDIENT(S) MAY BE ADMINISTERED UNLESS CHECKED (✓) | ➡ | ✓ |

# EMERGENCY DEPARTMENT PHYSICIAN ORDERS

Room # _____     Old records:          ER     IP     EKG

| Time ordered: MD    Sec | Time ordered: MD    Sec | Time ordered: MD    Sec | |
| --- | --- | --- | --- |
| **LAB ORDERS** | Male GC /Chlamydia/WP | Shoulder L R | |
| CBC w/diff | Blood Cultures x2 | Humerus       L     R | |
| Profile A | ABG | Elbow         L     R | |
| Profile B | Type & Screen | Forearm       L     R | |
| Accucheck Glucose | Crossmatch     units | Wrist         L     R | |
| Cardiac Profile | ETOH | Hand          L     R | |
| EKG | Tox/Screen - Urine/Blood | Hip           L     R | |
| PT/INR | Dilantin | Pelvis | |
| PTT | Digoxin | Femur         L     R | |
| D. Dimer | ASA Level | Knee        ⬭L     R | |
| Amylase | Acetaminophen Level | Tib/Fib       L     R | |
| Lipase | | Ankle         L     R | |
| LFTs | **RADIOLOGY ORDERS** | Foot          L     R | |
| Retic | CXR:  2v - portable | CT Head w/ contrast | |
| Sed Rate | AAS | CT Head w/o contrast | |
| UHCG | Flat / up ABD | CT ABD/Pelvis | |
| HCG Qual | KUB | IV Contrast | |
| HCG Quant | IVP | Oral Contrast | |
| RH | C - Spine | CT Chest      Angio | |
| U/A w/ Micro / Cath | T - Spine | US Pelvis | |
| Urine C&S / Cath | L - Spine | US Gallbladder | |
| | Facial | US ABD | |
| | Mandible | VQ Scan | |
| **IV** | **O2** | **Monitor** | |

PMD Called: _____          Time called: _____

Nursing Orders: _____

1 Percocet ℞

_____

_____

_____

_____

**Physician Signature**

**Wellington Regional Medical Center**
10101 Forest Hill Boulevard
Wellington, Florida 33414

Patient Identification

## PHYSICIAN'S ORDERS

Chart Copy
Pharmacy Copy
Nurse's Copy

630-07  (05/04)

101553113
GROSSKOPF , IDA LYNN
DOB 07/10/1947   58 SX: F    EMR
MRN: 277314    ADM/REG DT:07/21/05
WELLINGTON MEDICAL CENTER

**General Adult**

| | : | AM | PM | |
|---|---|---|---|---|
| | Date/Time of Treatment | | | Room |

NAME

All elements not circled/struck/checked/annotated - were not pertinent

| Level 2, 3 - 2 to 4 body areas/organ systems | Level 4 to 5 body areas/organ systems | Level 5 - 8 or more organ systems |
|---|---|---|

**Physical Examination**

☑ Normal    (Circle) positives and provide additional documentation

☐ Physical Examination Incomplete due to critical condition of patient.

**CONS**
- ☑ Vital signs per nurse notes
- ☑ Well developed, well nourished
- ☐ No acute pain/distress
- ☐ No Odor ETOH

more below ☐

**PSYC**
- ☑ Alert and oriented to TPP
- ☑ No Abnormalities of mood or affect
- ☑ Memory (recent and remote) intact

more below ☐

**EYES**
- ☑ PERRL
- ☐ Conjunctive and lids normal
- ☑ Fundi and discs normal
- ☑ EOM normal

more below ☐

**ENT**
- ☑ Otoscopic exam of external canal and TMs normal
- ☑ Nasal mucosa, turbinates, and septum normal
- ☑ Mouth, tongue, and pharynx normal
- ☑ Pharynx without edema, exudate, or injection

**NECK**
- ☑ Neck supple
- ☐ No JVD
- ☑ No thyromegaly
- ☐ No bruits

more below ☐

**CHEST**
- ☐ No masses or tenderness
- ☐ Breasts symmetric
- ☐ No discharge

**RESP**
- ☑ Normal respiratory effort and excursion
- ☑ No rales, rhonchi or wheezes
- ☐ Normal to percussion
- ☑ Equal air entry

more below ☐

**CV**
- ☐ Normal PMI with no thrills, RSR
- ☑ No murmurs or gallops
- ☐ Normal carotids
- ☐ Normal abd aorta
- ☐ Normal femorals
- ☐ Normal pedals
- ☐ No edema or varicosities
- ☑ Normal capillary refill
- ☑ Distal pulses present

more below ☐

**CONS**
- ☑ Normal Speech
- ☑ CN II-XII intact
- ☑ DTRs normal, no pathologic reflexes
- ☑ Normal motor and sensory function

more below ☐

**GI**
- ☑ No masses, tenderness, rebound or guarding
- ☑ Normal liver, spleen, kidney
- ☑ No hernia
- ☑ Rectal, not indicated
- ☑ Rectal normal
- ☑ Hemoccult negative
- ☑ Normal bowel sounds

more below ☐

**GU**
- ☐ Genitalia normal to inspection
- ☐ No masses, tenderness or adenopathy
- ☐ Genitalia normal to palpation
- ☐ Normal cervix
- ☐ Normal bimanual
- ☐ Bladder
- ☐ Uterus
- ☐ Adnexa

more below ☐

**LYM**
- ☐ No adenopathy of neck
- ☐ No adenopathy of axillae
- ☐ No adenopathy of groin
- ☐ No adenopathy, other

more below ☐

**MUS**
- ☐ Normal to palpation
- ☐ No ligamentous injury
- ☐ No ligamentous injury
- ☐ No ligamentous injury
- ☐ No ligamentous injury
- ☐ No ligamentous injury
- ☐ Proximal and distal joint normal
- ☐ Proximal and distal joint normal
- ☐ No F.B. noted

more below ☐

**SKN**
- ☐ Normal to inspection
- ☐ Normal to palpation

more below ☐

**GCS**

Glascow Coma Scale    Initial _____ 15 _____    Repeat _____

**RESIDENT/INTERN PHYSICIAN SIGNATURE**

**CRITICAL CARE TIME MUST BE DOCUMENTED**

☐ CRITICAL CARE TIME BELOW **DOES NOT INCLUDE** TIME FOR SEPARATELY BILLED PROCEDURES.

**CRITICAL CARE**  Total time _____  30-74 ☐  minutes 75-105 minutes ☐

Documentation of Medical Decision Making process, including differential diagnosis, nature and severity of problem, risk of morbidity and mortality and other factors.

Initial Impression/Differential Diagnosis

Additional history, exam, reassessments

*[handwritten notes]*

Primary Diagnosis    *Back sprain*

Secondary Diagnosis    *Knee sprain*

Secondary Diagnosis

**PROCEDURES**

Laceration  Length _____ cm.    Layered Y / N

FB Y / N    Neuro / vas / motor intact Y / N

*DRE - Non to* *[handwritten]*

*[body diagram figures and handwritten annotations]*

| CONDITION | DISPOSITION | PRESCRIPTIONS |
|---|---|---|
| ☑ Stable  ☐ Improved | Disp. Time 2030  ☑ Disch. ☐ Admit ☐ AMA ☐ Transfer ☐ Exp.  Location | *Percocet* |

*[handwritten] RTC Ċ ortho*

**ATTENDING PHYSICIAN NOTE**  "I have personally spoken with and examined the patient, reviewed and agree with the resident's / intern's documentation, treatment plan, and disposition. I note the following additional findings & management options for the care of the patient".

Chart complete when checked ☐    Signature *[signature]*    ☐ NOTE DICTATED

**Wellington Regional Medical Center**
10101 Forest Hill Boulevard
Wellington, Florida 33414

**GENERAL HISTORY & PHYSICAL**

Patient Identification

101553113
GROSSKOPF , IDA LYNN
DOB 07/10/1947    58 SX: F    EMR
MRN: 277314    ADM/REG DT:07/21/05
WELLINGTON MEDICAL CENTER

**General Adult**

All elements not circled/struck/checked/annotated - were not pertinent

| Level 1, 2, 3 Documentation - 1 to 3 elements | Level 4 - 4 + elements or chronic or inactive conditions | Level 5 - 4 + elements or chronic or inactive conditions |
| --- | --- | --- |

**CC & History of Present Illness**

Chief Complaint — 58 F c/o back & ⃝ knee pain 2 slipping on poly on back & coc tx1v. Ambultry of scene. d/Numbness to bowel or bladder. Hx pt taken 3 yr F pain

Time seen by physician 1936
Age 58
Sex F

- ☐ Symptom/Location
- ☐ Severity/Radiation
- ☐ Modifying Factors
- ☐ Context/Mechanism of injury
- ☐ Quality
- ☐ Duration
- ☐ Timing
- ☐ Associated Signs & Sx

Pain Severity 0-1-2-3-4-5-6-7-8-9-10 (Circle One)
☐ EMS Direction

**Review of Systems**

| Level 1, 2, 3 Documentation - 1 system problem pertinent | Level 4 Documentation - 2 to 9 systems | | Level 5 Documentation - 10 + systems | |
| --- | --- | --- | --- | --- |
| ☐ All systems negative except as noted | **ENT** sore throat / nosebleeds | **GU** dysuria / dyspareunia | **PSY** change MS / agitation | suicidal / confusion |
| ☐ Unable to fully assess due to: | rhinorrhea / hoarse | frequency / irreg. menses | depression / hostile | |
| ( ) altered LOC   ( ) patient condition | throat swelling / hearing loss | flank pain / hematuria | | |
| ( ) other | **CV** chest pain / rapid ht beat | **MUS** (myalgia) / neck/backpain | **MET** fatigue / polyuria | hair change / weakness |
| ☑ all normal  strike negative  (circle positive) | LE edema / palpitations | redness / (arthralgias) | polydipsia | |
| | slow ht beat / orthopnea | inflammation / heat | heat tolerance | |
| **CON** fever / chills | **RES** SOB / prod. cough / DOE | **SKN** rash / (bruising) | **HEM** bleeding / nodes | |
| high BP / weight loss | pleuritic CP / nonprod. cough / PND | contusions / (swelling) | bruising / petechiae | |
| dizzy / weak | hemoptysis | lacerations / abrasions | | |
| **EYE** redness / discharge | **GI** nausea / diarrhea / pain | **NEU** headache / numbness | **ALL** rhinorrhea | |
| visual loss / pain | vomiting / constipation / bloating | change funct / weakness | atopic dermat | |
| blurred / vision change | melena | change LOC / paresthesias | asthma / sneezing | |
| | | change speech | | |

**Past Medical History**

| Level 1, 2, 3 Documentation - None | Level 4 Documentation - One area | Level 5 Documentation - 2 of 3 areas | ALLERGIES & MEDICATIONS |
| --- | --- | --- | --- |
| DM   HBP   CAD   GI Bleed | PM, 1 Chol | DM   HBP   CA | ☐ See Nurses Notes |
| CVA   CA   Recent Surgery | | CAD   CVA | |
| TETANUS | | Tobacco   Marital Status | ☐ See Nurses Notes |
| LMP   G___ P___ Contraception | | ETOH  Sub Abuse  Lives alone | |

**Diagnostic**

Information gathering & documentation. Testing. Documentation abnormal findings

| Lab | ☐ CBC | ☐ CHEM | X-Ray | ☑ T-Spine ✓ | EKG | ☐ 12 lead | ☐ Rhythm Strip |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | ☐ UA | ☐ Cardiac markers | | ☐ L-Spine ✓ | Rate | | Rhythm |
| | ☐ HCG | ☐ ABG | | ☑ Knee - 4 | Ischemic   Ectopic | | |
| | ☐ Amylase/Lipase | ☐ ETOH/UDS | | ☐ spine - Spondolistsis | | | |
| | ☐ PT/PTT | ☐ Culture | | L4-5. | Interpreted By: | | |
| | ☐ ESR | ☐ | | | ☐ Pulse oximetry | | |
| | ☐ Review old charts | | | | | | % |
| | ☐ Consultation  Dr | Time called | Time answered | Time arrived | Interpretation ☐ Normal  ☐ Hypoxic | | |

630-09A (Rev 04/05)   (Page 1 of 2)

# Wellington Regional Medical Center
## 10101 Forest Hill Boulevard
## Wellington, Florida 33414
**GENERAL ADULT HISTORY AND PHYSICAL**

**Patient ID**

101553113
GROSSKOPF , IDA LYNN
DOB: 07/10/1947   58 SX: F    EMR
MRN:277314      ADM/REG DT:07/21/05
WELLINGTON MEDICAL CENTER

WHITE - MEDICAL RECORDS
YELLOW - E.D. PHYSICIAN BILLING
PINK - EMERGENCY DEPT. COPY

# Wellington Regional
## Medical Center

10101 Forest Hill Blvd., West Palm Beach, FL 33414, (561) 798-8500

**EMERGENCY DEPT. NURSING RECORD**

```
101553113
GROSSKOPF , IDA LYNN
DOB: 07/10/1947    58 SX: F    EMR
MRN:277314         ADM/REG DT:07/21/05
WELLINGTON MEDICAL CENTER
```

1923

### Section 1 — Location:

| Date: 7/21/05 | Triage Time: 19:19 | Last Name: Grosskopf | First Name: IDA | Age: 58 | DOB: 7/10/47 | Sex: ☐ MALE ☑ FEMALE | Triage Category: 1  2  ③ |

| Patient Rights given to: ☑ Patient ☐ Family | Arrived From: ☐ Home ☐ MD's Office ☐ OTHER | Arrived Via: ☑ Pvt. Ambulance ☐ Walked ☐ Wheelchair  ☐ Rescue ☐ Carried | Accompanied by: ☐ Parent ☐ Police ☐ Legal Guardian  ☐ Spouse ☐ Family ☐ HRS ☑ Other _Self_ | PMD _Sharma_ |

**Chief Complaint** (Include Description, Duration & Mechanism of Injury): (L) Knee, Lower Back pain p̄ fall ⊕ loc

| Previous TX for same: | TX prior to arrival: | VA | OD 20/ | OS 20/ | OU 20/ |
| TX in triage: | | | PERL/A | | EOM |

### Section 2

| Time: | TEMP 97.5  Route: | Heart Rate: 76 | Resp Rate: 20 | Pulse Ox: 97% | BP: 119/79 | LMP | HEIGHT | WEIGHT 65 (Kg) |

**History received from:** ☐ Patient Medical Profile ☐ Family ☐ Legal Guardian ☐ Police ☐ Patient ☐ Other

Tetanus Date: UTD
Pneumovax Date: ⊖
Flu Vaccine Date: ⊖

**Allergies:** ☐ Allergy Band Applied ☐ NKA (Including Food, Medication, and Latex) _Cortizone_

**Pediatric Immunizations Complete?** ☐ Yes ☐ No

Pain scale faces: 0 no pain | 2 mild pain | 4 moderate pain | 6 severe pain | 8 very severe pain | 10 unbearable worst pain ever

**Pre-Existing Conditions/Past Medical History:**
☐ None ☐ Asthma/COPD ☐ Diabetes ☐ High BP ☐ CHF
☐ Smoker ☐ HIV ☐ Hepatitis ☐ Seizures ☐ TIA/Stroke
☐ Sickle Cell Disease ☐ Psych Hx ☐ Angina/MI ☐ TB ☐ Arrythmia
☐ CA ☐ Surgery ☐ Alcohol/Drug Abuse
☐ Other _Pressure Sore_

**PAIN ASSESSMENT:**
Do you have pain now? ☑ Yes ☐ No
Are you seeking treatment because of pain? ☑ Yes ☐ No
Pain Location: _Back_
Where does pain go (Radiate)?
When did it start? _p̄ fall_
What makes it better?
What makes it worse?
How long does it last?

**Quality**
☐ ache ☐ burning ☐ throb ☐ pressure
☐ sharp ☐ dull ☐ unable to describe
☐ other _grabbing_

**Nonverbal Signs**
☐ grimace ☑ moaning ☐ restless ☑ position
☐ crying ☐ vital-sign change
☐ other

**Current Medications Including Herbal Remedies:** ☐ NONE ☐ SEE NARRATIVE NOTE

| Name | Dose | Frequency | Last Dose |
|---|---|---|---|
| ASA | | | |
| Paxil | | | |
| Prevacid | | | |
| Senna | | | |
| Epi TDK | | | |
| Prevacid | | | |

**Patient's Pain Goal:** ☐ pain free ☐ pain reduction ☐ other

**Acceptable Level of Pain:** (0-10)

Nurse Signature

Print Name

| Discharge | Time 2050 | ☐ Left Before Triage /Med Screen | ☐ Triage/Med Screen Not Seen | AWOL /AMA Walkout | |

### Section 3

Time to TX Area: 1922   Time of Assessment:

**ABUSE SCREENING ASSESSMENT:**
Do you feel safe at home?
☐ Yes ☐ No
Has anyone physically harmed you in the last 12 months?
☐ Yes ☐ No
Explain:

Social Service/Clinical Resource Management Consult Requested?
☐ Yes ☐ No

Potential signs or symptoms of physical abuse noted?
☐ Yes ☐ No
Explain:

Nurse's Initials:

630-01A PAGE 1 OF 4 (4/04)

# Welling Regional Medical Center

10101 Forest Hill Blvd, West Palm Beach, FL 33414 • (561) 798-8500
## EMERGENCY EXPRESS CARE NURSING RECORD

1553113
GROSS..PF , IDA LYNN
DOB 07/10/1947    58 SX: F    EMR
MRN: 277314       ADM/REG DT:07/21/05
WELLINGTON MEDICAL CENTER

**Date:** _____   **Time of Assessment:** 1922

**Neurological:** ☐ N/A
☑ Within normal limits: alert, oriented to time, person, place. Follows commands. Speaks clearly. Responds to visual/auditory stimuli.
☑ Cooperative ☐ Uncooperative
☐ Listless ☐ Irritable
☐ Confused ☐ Unresponsive ☐ Tremors

**Pupils**

| | R | L |
|---|---|---|
| Pupil Size | | |
| Reaction | | |

**Circulatory:** ☐ N/A
☑ Within normal limits. Stable BP, regular pulse. No cyanosis/edema. Extremities warm to touch
Capillary Refill ☐ < 2 secs. ☐ > 2 secs
☐ Edema

**PULSES**

| | R | L |
|---|---|---|
| Radial ☐ | | |
| Pedal ☐ | | |

**Respiratory:** ☐ N/A
☑ Within normal limits: Rate 12-20 @ rest. Breathing non-labored with regular pattern
Effort ☐ Unlabored ☐ Labored
☐ Retractions ☐ Nasal Flaring ☐ Grunting
☐ Stridor ☐ Accessory Muscles
Chest Rise ☐ Symmetrical ☐ Asymmetrical
Cough ☐ Nonproductive
☐ Productive Color _____

**Breath Sounds:**
☐ Clear ☐ Diminished _____
☐ Crackles _____ ☐ Rales _____
☐ Wheezes _____ ☐ Absent _____

**Abdomen / Gastrointestinal:** ☐ N/A
☑ Within normal limits: soft abdomen No distention.
☐ Non Tender ☐ Tender _____
☐ Distended ☐ Rigid
Sounds ☐ Normal ☐ Absent
☐ Nausea ☐ Emesis x _____
☐ Diarrhea x _____ Last BM _____
Last ate _____ ☐ Constipation

**Genitourinary:** ☐ N/A
☑ Within normal limits: voids clear urine Continent. Voids without difficulty.
☐ Flank Pain ☐ Hematuria
☐ Dysuria ☐ Frequency

**Mucous Membranes:** Tears ☐ Yes ☐ No
☐ Moist ☐ Dry

**Fontanelles:**
☐ N/A ☐ Depressed
☐ Flat ☐ Bulging

**HEAD CIRCUM.**
< 2 y.o.
_____ cm

**EENT:** ☑ N/A

**Immobilization:** ☐ Cleared C-Spine
☐ Back Board
☑ C-Collar ☐ By Whom _____
MAE ☑ Yes ☐ No ☐ Time _____
CMS ☑ 4 ext ☑ Yes ☐ No

**Integumentary:** ☐ N/A
Color ☑ Normal ☐ Pale ☐ Cyanotic
☐ Moist ☐ Diaphoretic
☐ Abrasion ☐ Dry
☐ Laceration ☐ Redness
☐ Contusion ☐ Ecchymosis
☐ Burn ☐ Pain
Location _____

**Musculoskeletal:**
☐ N/A ☑ Pain
☐ Edema ☐ Deformity
☐ Limited Movement
Location ☐ knee
back pain
☐ Within normal limits: able to move all extremities, normal coordination/gait

**Psychosocial:**
☐ N/A ☐ General Appearance _____
Affect ☐ Cooperative ☐ Uncooperative
☐ Combative ☐ Anxious ☐ Crying
☐ Behavior age appropriate

**Spiritual / Cultural:**
☐ No needs at this time
☐ Special needs identified

**Educational / Learning:**
☑ No barriers identified
☐ Communication/learning barrier
☐ Action taken _____
Primary Language: _____

| TIME | BP | P | R | T | MONITOR | SP O2 | PAIN SCALE | TIME | RTE | STE | MEDICATION / DOSAGE | INT. | RESPONSE | TIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 1955 PO | | | Percocet | DPB | P | 2050 |

**IVs**

| TIME | AMT. SOLUTION | # of Attempts | SIZE | SITE | Initials |
|---|---|---|---|---|---|
| | | | | | |

Slipped & fell , arrived to hospital via ambulance. To pain (L) knee + back pain. Unable to weight bear (L) leg. X-ray done. Knee immobilized to (L) knee . Instructions received for sprained knee & sprained back. Hession walker

**Discharge**
**Date:** _____
**Time:** 2051

Topic: ☐ Medication ☑ Pain Management ☐ Home Care ☑ Follow-up
Taught to: ☑ Pt. ☐ Family ☐ Parent ☐ Other ☑ Patient asked if any further concerns
Teaching Method: ☑ Discussion ☐ Video ☐ Handout ☐ Demo knee immobilizer
Understanding: ☑ Good ☐ Fair ☐ Poor Evaluation Method: ☑ Verbal ☐ Return Demo
Discharge Mode: ☑ Ambulation ☐ Crutches ☐ Wheelchair ☐ Ambulance ☐ Assisted with Ambulation
Accompanied By: ☑ Self Parent ☐ Spouse ☐ Family ☐ Friend ☐ Police

| Admission | Time | Rm # | Stretcher Wheelchair | Report Called To: | Admitting Physician | DC Vital Signs |
| Transfer | Time | Receiving Facility | Receiving Physician: | Transportation By: | | Nurses Initials _____ |

**DISCHARGE PAIN ASSESSMENT**

| 0 No Pain | 2 Mild Pain | 4 Moderate Pain | 6 | 8 Severe Pain | 10 |

Pain Management Education ☐ Yes ☐ No
**Effectiveness of Pain Management:**
☐ Complete Relief
☑ Partial Relief
☐ No Relief

SIGNATURES: ____ Brown RN DPB

INITIALS: DPB

630-59

**Wellington Regional Medical Center**
**10101 Forest Hill Blvd., West Palm Beach, FL 33414**
**800-736-8500**

```
Patient:    GROSSKOPF, IDA LY
Patient#:   101553113                  Report #:  522203
DOB:        07/10/1947 Age:58  Sex:F   Printed:   08/22/2005 @ 08:21
Physician:  GORMAN, Lisa DO
```

---

**Transcribed Report**

---

### *12031*

CT EXTREMITY UP          FINAL RESULT

WELLINGTON REGIONAL MEDICAL CENTER
DEPARTMENT OF DIAGNOSTIC IMAGING
10101 FOREST HILL BLVD
WEST PALM BEACH, FLORIDA 33414
(561) 798-8514

RADIOLOGICAL CONSULTATION

NAME: GROSSKOPF, IDA LDOB: 07/10/1947ROOM #:  SHW

VT:     ODC                    MED REC #:  277314

ACCOUNT #:  101553113
PHY:GORMAN, LISA
ERVISIT DATE: 08/08/05

, FL          SEQ NUMBER: 00046
--------------------------------------------------------------------
--------------------------------------------------------------------
------
CT SCAN LEFT WRIST:


Thin section axial images of the left wrist were obtained using bone
algorithm technique. Reformatted sagittal and coronal images were
obtained. 3D volume rendered images of the wrist were also obtained.
Correlation was made with a recent x-ray performed 06/02/05.

There is a transverse fracture through the mid scaphoid bone with
nonunion. There is relative sclerosis of the proximal pole, suggestive of
AVN. There is approximately 2 mm distraction of the scaphoid fracture
fragments. No other fracture is noted. There is no dislocation.
Degenerative changes are noted at the first carpal metacarpal joint.
IMPRESSION:
AGE INDETERMINATE FRACTURE OF THE SCAPHOID BONE WITH NONUNION.
SCLEROSIS OF THE PROXIMAL POLE WHICH IS SUGGESTIVE OF AVN. CORRELATION
WITH MRI COULD BE PERFORMED IF POSSIBLE.

DEGENERATIVE CHANGES OF THE FIRST CARPAL METACARPAL JOINT.

```
ERIC S. GRIMM, D.O.
ESG/vl
08/08/05


ERIC GRIMM

Page 1


        -- End of Laboratory Report --
```

| [S]end Report to: | | Printer | [F]ax to phone number | Help |
|---|---|---|---|---|
| lookup... | | | [B]ack | |

## Wellington Regional Medical Center
### 10101 Forest Hill Blvd., West Palm Beach, FL 33414
### 800-736-8500

```
Patient:    GROSSKOPF, IDA LY
Patient#:   101553113                Report #:   520505
DOB:        07/10/1947 Age:58  Sex:F Printed:    08/22/2005 @ 08:21
Physician:  GORMAN, Lisa DO
```

Transcribed Report

### *12031*

```
XR KNEE 3V LT            FINAL RESULT

WELLINGTON REGIONAL MEDICAL CENTER
DEPARTMENT OF DIAGNOSTIC IMAGING
10101 FOREST HILL BLVD
WEST PALM BEACH, FLORIDA 33414
(561) 798-8514

RADIOLOGICAL CONSULTATION

NAME: GROSSKOPF, IDA LDOB: 07/10/1947ROOM #:

VT:    ER                     MED REC #:  277314

ACCOUNT #:  101553113
PHY:GORMAN, LISA
ERVISIT DATE: 07/21/05

, FL       SEQ NUMBER:  00245
----------------------------------------------------------------------
----------------------------------------------------------------------
------

LEFT KNEE: (07/21/05)


No acute fracture or dislocation is evident.  Minimal degenerative change
is evident.


MARK REYER, M.D.
MR/jbm
07/24/05

REYER MARK MD

Page 1
```

-- End of Laboratory Report --

**Wellington Regional Medical Center**
**10101 Forest Hill Blvd., West Palm Beach, FL 33414**
**800-736-8500**

```
Patient:     GROSSKOPF, IDA LY
Patient#:    101553113                    Report #:   520505
DOB:         07/10/1947 Age:58  Sex:F     Printed:    08/22/2005 @ 08:21
Physician:   GORMAN, Lisa DO
```

---

Transcribed Report

---

## 12031

```
XR L SPINE 2V TO          FINAL RESULT

WELLINGTON REGIONAL MEDICAL CENTER
DEPARTMENT OF DIAGNOSTIC IMAGING
10101 FOREST HILL BLVD
WEST PALM BEACH, FLORIDA 33414
(561) 798-8514

RADIOLOGICAL CONSULTATION

NAME:  GROSSKOPF, IDA LDOB:  07/10/1947ROOM #:

VT:     ER                      MED REC #:  277314

ACCOUNT #:  101553113
PHY:GORMAN, LISA
ERVISIT DATE:  07/21/05

, FL         SEQ NUMBER:  00244
-----------------------------------------------------------------
-----------------------------------------------------------------
------
```

LUMBAR SPINE TWO VIEWS: (07/21/05)

AP and lateral views were obtained. Bony demineralization is evident.
There is an approximately 1 cm of anterior subluxation of L4 on L5. There
is some narrowing of the L4-5 disc space. Mild degenerative changes are
evident. Incidentally noted is atherosclerosis and ectasia of the
abdominal aorta.

IMPRESSION:

1. BONY DEMINERALIZATION.
2. ANTERIOR SUBLUXATION OF L4 ON L5.
3. MILD DEGENERATIVE SPONDYLOSIS.


MARK REYER, M.D.
MR/jbm
07/24/05

REYER MARK MD

Page 1

                    -- End of Laboratory Report --

_____

| [S]end Report to:    | ____ | Printer | | [F]ax to phone number | | Help |
| lookup... | | | | [B]ack | | |

_____

**Wellington Regional Medical Center**
**10101 Forest Hill Blvd., West Palm Beach, FL 33414**
**800-736-8500**

```
Patient:    GROSSKOPF, IDA LY
Patient#:   101553113                       Report #:  520505
DOB:        07/10/1947 Age:58  Sex:F        Printed:   08/22/2005 @ 08:21
Physician:  GORMAN, Lisa DO
```

Transcribed Report

---

### *12031*

```
XR T SPINE 3V            FINAL RESULT

WELLINGTON REGIONAL MEDICAL CENTER
DEPARTMENT OF DIAGNOSTIC IMAGING
10101 FOREST HILL BLVD
WEST PALM BEACH, FLORIDA 33414
(561) 798-8514

RADIOLOGICAL CONSULTATION

NAME:  GROSSKOPF, IDA LDOB: 07/10/1947ROOM #:

VT:    ER                    MED REC #:  277314

ACCOUNT #:  101553113
PHY:GORMAN, LISA
ERVISIT DATE: 07/21/05

, FL        SEQ NUMBER:  00243
----------------------------------------------------------------
----------------------------------------------------------------
------

THORACIC SPINE TWO VIEWS:  (07/21/05)

AP and lateral views were obtained. Bony demineralization is evident. No
acute fracture or subluxation is evident.  Slight curvature is evident.
Mild degenerative changes are apparent.

IMPRESSION:

1. BONY DEMINERALIZATION.
2. MILD DEGENERATIVE SPONDYLOSIS.


MARK REYER, M.D.
MR/jbm
07/24/05


REYER MARK MD
```

WELLINGTON IMAGING ASSOCIATES
P O BOX 210097
ROYAL PALM BEACH  FL  33421
(561)204-4800 ext206


LOCATION:    WELLINGTON REGIONAL    ER    PT-0100        PAGE:    1


IDA L GROSSKOPF
884 HARTH DRIVE                          BILLING DATE: 01/05/06
WEST PALM BEACH FL 33415
                                         AMOUNT DUE :    102.00


BILL TO:  GROSSKOPF        IDA        CHART #: 000022077


| DATE | POS | PROC | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|------|-----|------|-------------|---------|---------|---------|
| | | | I GROSSKOPF | | | |
| | | | ERIC BAUMEL MD | | | |
| 01/16/04 | | 70450 | CAT SCAN, HEAD/BRAIN, W/O CONTR | 105.00 | | 105.00 |
| 01/25/04 | | | MEDICARE # 293431 Filed | | | |
| 02/19/04 | | | MEDICAID # 293432 Filed | | | |
| | | | I GROSSKOPF | | | |
| | | | ERIC BAUMEL MD | | | |
| 02/06/04 | | 70543 | MRI ORBIT/FACE/NECK W/O CNTRST | 261.00 | | 366.00 |
| 04/15/04 | | | MEDICARE # 319771 Filed | | | |
| 05/07/04 | | | MEDICAID # 319772 Filed | | | |
| 02/20/04 | | | PMT MEDICARE c# 293431 | | 36.58- | 329.42 |
| 02/20/04 | | | W/O MEDICARE c# 293431 | | 59.28- | 270.14 |
| 02/20/04 | | | Co-ins        9.14 | | | |
| 03/02/04 | | | BAD DX c# 319771 | | 0.00 | 270.14 |
| 03/30/04 | | | DENIED MEDICAID c# 319772 | | 0.00 | 270.14 |
| 03/30/04 | | | W/O MEDICAID c# 293432 | | 9.14- | 261.00 |
| 05/07/04 | | | PMT MEDICARE c# 319771 | | 90.09- | 170.91 |
| 05/07/04 | | | W/O MEDICARE c# 319771 | | 148.39- | 22.52 |
| 05/07/04 | | | Co-ins        22.52 | | | |
| 06/15/04 | | | DENIED MEDICAID c# 319772 | | 0.00 | 22.52 |
| 06/15/04 | | | W/O MEDICAID c# 319772 | | 22.52- | 0.00 |
| | | | I GROSSKOPF | | | |
| | | | JONATHAN HUBER MD | | | |
| 06/02/05 | | 73110 | X-RAY EXAM, WRIST, COMPLETE, 3+ | 22.00 | | 22.00 |
| 06/11/05 | | | MEDICARE # 973951 Filed | | | |

WELLINGTON IMAGING ASSOCIATES
P O BOX 210097
ROYAL PALM BEACH  FL  33421
(561)204-4800 ext206

LOCATION:    WELLINGTON REGIONAL    ER    PT-0100        PAGE:    2

IDA L GROSSKOPF
884 HARTH DRIVE
WEST PALM BEACH FL 33415

BILLING DATE: 01/05/06

AMOUNT DUE :    102.00

BILL TO:  GROSSKOPF        IDA        CHART #: 000022077

| DATE | POS | PROC | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|------|-----|------|-------------|---------|---------|---------|
| 06/11/05 | | | MEDICAID # 973952 Filed | | | |
| 06/26/05 | | | INJURY LIABILITY OF NO FAULc# 973951 | | 0.00 | 22.00 |
| 06/26/05 | | | DENIED MEDICAID c# 973952 | | 0.00 | 22.00 |
| | | | I GROSSKOPF | | | |
| | | | MARK REYER MD | | | |
| 07/21/05 | | 72072 | X-RAY EXAM, THORACIC SPINE, 3 V | 27.00 | | 49.00 |
| 07/21/05 | | 72100 | X-RAY EXAM LOWER SPINE, 2-3 VIE | 29.00 | | 78.00 |
| 07/21/05 | | 73562 | X-RAY EXAM, KNEE, 3+ VIEWS | 24.00 | | 102.00 |
| 07/30/05 | | | MEDICARE # 1038451 Filed | | | |
| 07/30/05 | | | MEDICAID # 1038452 Filed | | | |
| 08/16/05 | | | NO FAULT CARRIER IS LIABLE c# 1038451 | | 0.00 | 102.00 |
| 08/16/05 | | | DENIED MEDICAID c# 1038452 | | 0.00 | 102.00 |

| CURRENT/ | 30-60 DAYS/ | 60-90 DAYS/ | >90 DAYS/ | TOTAL | INS PENDING | TOTAL DUE |
|----------|-------------|-------------|-----------|-------|-------------|-----------|
| 0.00 | 0.00 | 0.00 | 102.00 | 102.00 | 0.00 | 102.00 |

WELLINGTON IMAGING ASSOCIATES
PO BOX 210097
ROYAL PALM BCH FL 33421

LOCATION :  WELLINGTON REGIO

PHONE : 561 204 4800        REFERRING DOCTOR :    GORMAN DO

# PATIENT STATEMENT

| ACCOUNT NUMBER | STATEMENT DATE |
|---|---|
| 01025692/5 | 09/15/05 |

**FOR PROPER POSTING PLEASE WRITE IN CHECK NUMBER AND AMOUNT PAID** ➡

| CHECK NUMBER | PAYMENT AMOUNT |
|---|---|
| | |

01025692-5-16300

IDA L GROSSKOPF
176 SLEEPY HOLLOW DR
WEST PALM BCH FL 33415-3122

PLEASE WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK.
MAKE PAYABLE IN U.S. DOLLARS TO:

EMERGENCY PHYS WELLINGTON
PO BOX 634702
CINCINNATI, OH 45263-4702

**PATIENT NAME:**  IDA L GROSSKOPF

TO PAY BY CREDIT CARD, COMPLETE
AND SIGN THE OTHER SIDE OF THIS STATEMENT.

**PHYSICIAN SERVICES RENDERED AT:** WELLINGTON REGIONAL MEDICAL CENTER
PAYMENTS AND INSURANCE INFORMATION MAILED SEVEN DAYS
PRIOR TO THE ABOVE STATEMENT DATE MAY NOT YET APPEAR.

| TAXPAYER ID: | 65-0622862 |
|---|---|

| BILLING INQUIRIES: | 1-888-952-6772 |
|---|---|

HOURS OF OPERATION: MONDAY - FRIDAY 8AM TO 8PM & SATURDAY 10AM TO 3PM ET
PROVIDE INSURANCE INFO OR PAY BY CREDIT CARD AT WWW.TEAMHEALTH.COM/BILLING

| DATE / INVOICE # | DX / CPT CODE | DESCRIPTION                                PROVIDER | CHARGES | PAYMENTS/CREDITS |
|---|---|---|---|---|
| 07/21/05 | 99283 | EMERGENCY DEPT VISIT - 99283 | 400.00 | |
| 53886388 | 847.9 | ARMSTRONG PA-C, MICHAEL R | | |
| 08/30/05 | | ELECTRONIC MEDICARE/RR PAYMENT | | 0.00 |
| 53886388 | | | | |
| 09/10/05 | | ELECTRONIC MEDICARE/RR PAYMENT | | 0.00 |
| 53886388 | | | | |

**PHYSICIAN CHARGES ARE NOT INCLUDED IN THE FACILITY BILL.**

| ACCOUNT NUMBER: 01025692/5 | STATEMENT DATE: 09/15/05 | **TOTAL NOW DUE** ▶ | 400.00 |
|---|---|---|---|

MXC