

# AMEEN & DRUCKER, P.A.
### LAW OFFICES

JOHN D. AMEEN
GARY J. DRUCKER

TELEPHONE  954.340.7277
FACSIMILE  954.340.8733
TOLL-FREE  800.953.2858

3111 UNIVERSITY DRIVE
SUITE 901
CORAL SPRINGS, FLORIDA 33065

January 3, 2007

**FILED ELECTRONICALLY
VIA CM/ECF LIVE DATABASE**

Clerk of the Court
United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, FL 32202

RE:    EUGENE KEIR vs. WINN-DIXIE STORES, INC.

| | | |
|---|---|---|
| Date of Loss | : | 10/31/05 |
| Defendant | : | Winn-Dixie Stores, Inc. |
| Bankruptcy Case No. | : | 05-03817-3F1 |
| Winn-Dixie Claim # | : | A511214874 |
| Our Client | : | Eugene Keir |
| Our File No. | : | 05-11-3103 |

Dear Ms. Bennett:

We represent Eugene Keir in the above-captioned claim against Winn-Dixie Stores, Inc. Please accept this correspondence as our amended application for payment of the claim. On October 31, 2005, our client was in the Winn-Dixie Store located on Federal Highway in Pompano Beach, Florida as a business invitee. While inside the store, our client slipped in a liquid substance that was on the floor and fell. Liability is not an issue as Winn-Dixie is required to maintain a safe shopping environment for its customers. The liquid on the floor constituted an unreasonably dangerous condition that Winn-Dixie employees knew or should have known of. Our client sustained permanent bodily injury in this incident. The only issue for determination is the amount of Mr. Keir's damages.

As proof of Mr. Keir's claim, we have attached all pertinent medical records and billing. Mr. Keir suffered a brain hemorrhage, concussion and laceration to his head as a direct result of this incident. Since the incident, Mr.

Keir must take Protonix, Trazodone, Zyprexa, Haloperidol, Namenda, Phenytoin and Gabapendtin for his ongoing symptoms.

Medical bills in this matter are as follows:

| | | |
|---|---|---|
| 1) | City of Pompano Beach EMS | $    540.00 |
| 2) | North Broward Medical Center | $35,073.40 |
| 3) | North Broward Radiology | $    481.00 |
| 4) | Stanger Health Care Centers | $ 1,745.00 |
| 5) | MRI Associates of America | $ 3,204.21 |
| 6) | Shahab U. Kidwai, M.D. | $will provide |

**TOTAL MEDICAL BILLS (estimate)**        **$41,043.61**

We are of the opinion a jury would find that Mr. Keir's injuries were caused by this incident given his lack of similar medical records and complaints prior to the incident.   For the above and foregoing reasons, we respectfully request $3,000,000.00 as full and final settlement of this claim.   In the interim, please feel free to contact us with questions or comments.

Very truly yours,

John D. Ameen

JDA: tj
Attachments

# STATEMENT

CITY OF POMPANO BEACH-EMS
PO BOX 551094
TAMPA, FL 33655

**RETURN SERVICE REQUESTED**

| DATE | 12/21/05 |

| ACCOUNT NUMBER | 521658-01 |

OUR TOLL FREE PHONE NUMBER IS    1-866-622-5107
PLEASE DIAL NUMBER AS SHOWN

**AMOUNT PAID $** _____

521658-01
EUGENE D KEIR
961 SE 20 AVE
#306
DEERFILED BEACH, FL 33441

002

**MAKE CHECKS PAYABLE IN U.S. DOLLARS TO:**

CITY OF POMPANO BEACH-EMS
PO BOX 551094
TAMPA, FL 33655

TO INSURE PROPER CREDIT TO YOUR ACCOUNT - PLEASE DETACH AND RETURN THIS STUB WITH YOUR CHECK

## 521658-01

PATIENT NAME:    EUGENE D KEIR          TRANSPORTED TO:  N BROWARD MED CENTER
PHONE NUMBER:

| DATE | DESCRIPTION OF SERVICE | CHARGES | PAYMENTS |
|------|------------------------|---------|----------|
| 10/31/05 | EMS TRANSPORT | 500.00 | |
| | MILEAGE CHARGE 0005.0 @ 008.00 | 40.00 | |

```
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
* For your recent ambulance transport, our records show that you have *
* heatlh insurance coverage with the following plan(s):              *
*                                                                     *
*    Primary Plan                    Secondary Plan                  *
*    VISTA HEALTH PLANS                                               *
*    P O BOX 459011                                                   *
*                                                                     *
*    SUNRISE  FL 33345                                                *
*    1845698120                                                       *
*                                                                     *
* If this information is correct, please disregard. If this information *
* is incorrect, please complete the reverse side of this form. You may *
* also update your insurance information on the internet at            *
* WWW.EMSCLAIMS.NET                                                    *
*                                                                     *
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
```

| PAY THIS AMOUNT | 540.00 |

PRINT YOUR MEDICARE NUMBER HERE _____ MEDICAID # _____

PRINT YOUR HOME PHONE NUMBER HERE _____ BUSINESS PHONE # _____

**IF YOU HAVE INSURANCE OR PARTICIPATE IN ANY PROGRAM WHICH WILL PAY FOR THESE SERVICES, PLEASE COMPLETE AND SIGN THE REVERSE SIDE OF THIS BILL AND RETURN IN THE ENCLOSED ENVELOPE.**

IF THERE IS ANY PROBLEM REGARDING PAYMENT OF THIS BILL, CONTACT OUR OFFICE AT ( 1-866-622-5107 ) WITHIN 5 DAYS TO MAKE ARRANGEMENTS. PLEASE SHOW ACCOUNT NUMBER ON ALL CHECKS.

| ACCOUNT NUMBER | 521658-01 |

## IMPORTANT YOU MUST SIGN REVERSE SIDE TO RECEIVE INSURANCE PAYMENT

# Prehospital Care Report (PCR)

City of Pompano Beach Fire Dept.

Incident Number: 0521658
Patient Name: KEIR, JEAN

## Scene

| | |
|---|---|
| Alarm Time: 10/31/2005 08:20:39 | Address: 3435 N FEDERAL Hwy |
| Number of Patients: 1 | City: PB          State: FL   Zip: 33064 |
| MCI: 99 - Not Applicable | Service Type: 01 - Scene |
| Location: 074 - Shop - Commercial | Area: 02 - Urban |
| First Arriving Unit: R24 | Paramedic Response: Yes |
| Response Mode: 04 - Emergency | |

## Patient Info

Address: UNK  UNK , UNK, FL
Apt/Suite:                 P.O. Box:          Phone:              Date of Birth: 01/19/1961 00:00:00
Age: 44 Year(s)        Estimated: No                   Social Security:              Gender: Male
Race: 1 - White                                        Ethnicity:                    Weight:
Chief Complaint: 136 - Trauma                          Onset Time: 10/31/200
Text: AND SEIZURE
Band:              Subscriber: No     DNR Order: No    On-Job: No    Medicare:        Medicaid:

## History

Provider Impression/Assessment:    38 - Trauma
Cause of Illness/Injury: 12 - Fall                              Severity: 2 - Urgent
Primary Physician: UNK
Allergies: UNK
Medications: UNK

### Human Factors

None: No    Asleep: No    Unconscious: No    Physically Disabled: No    Physically Restrained: No
Unattended Person: No    Possible Alcohol: No    Possible Drugs: No    Mentally Disabled: No
Pregnancy: -

### Signs and Symptoms

26 - Traumatic Injury

### Past Medical History

99 - Unknown

---

Incident Number: 0521658
Patient Name:  KEIR, JEAN

City of Pompano Beach Fire Dept.

## Assessment

### Accident

| | |
|---|---|
| Safety Device: | Involved In/On: |
| Involved With: | Location re: Vehicle: | Extrication Time (Min.): |

**Kinetics**
| | | |
|---|---|---|
| Thrown/Fallen: | Path: | Estimated Vehicle Speed: |
| Ejected From Vehicle: No | Condition of Winshield: | Condition of Steering: |

**Driver**
| | | |
|---|---|---|
| Name: | | |
| Address: | | City: | State: |
| Zip Code: | Phone: | Ins. Co.: |
| Policy Number: | Auto Lic.: | State: |
| Driv. Lic.: | State: |

### Other

Transporting Unit:  R24          Arrived at Patient:  10/31/2005 08:26:46
Patient Transfer:
**Odometer**
At Start:          At Scene:      50    At Destination:      55
Treatment Authorization:  01 - Protocol
**Medical Consult**
Facility:                    Method:              MCP ID:
Response Mode/Priority:   04 - Emergency
**Level of Care**
Initial:  4 - EMT-P (Paramedic)        Highest:  4 - EMP-P (Paramedic)
Originating Facility:
**Receiving Facility**
Facility:  NBMC - North Broward Med. Ctr. - 10619              Type:  06 - Hospital
Contacted:  Yes      Same as MCP:  No      Hospital Chosen By: 01 - Closest Facility (none below)
**Patient**
Disposition:   1 - FD transport to Emergency Care Facility (ECF)     Status:    2 - Remained Same

### Narrative

Author: 6569 - GRAZIOSE, GERALD
Title: KEIR, JEAN
S- PER BYSTANDERS PT FELL TO THE GROUND HITTING HIS HEAD.  THEN HAD A WITNESSED SEIZURE THAT LASTED 1-2 MIN. UNABLE TO GET GOOD HX FROM PT DUE TO HIS LOC.
O- ARRIVAL FOUND 43 YOM LYING IN A POOL OF BLOOD APROX 200cc'S WITH FHP HOLDING DIRECT PRESSURE AND C-SPINE. PT WAS IN AND OUT OF CONSCIOUSNESS WITH A GLASCOW OF 10. PT  WHEN CONSCIOUS WAS COMBATIVE. PT HAD APROX 3-4 INCH LACERATION ON THE BACK OF HIS HEAD WITH DEFORMITES TO THE SKULL. PUPILS WERE REACTIVE TO LIGHT AND EQUAL. NEG BATTLE MARKS OR DRAINGE FROM EARS, NOSE, MOUTH. SYMMETRICAL CHEST RISE RAPID AND SHALLOW BREATHS BBS EQUAL AND CLEAR, ABD SNT, PELVIC STABLE, POSTERIOR CLEAR, PT MAE WITH STRONG PERIPHERAL PULSES SKIN WARM AND MOIST
A- HEAD INJURY FROM FALL / AND SEIZURE
P- PE, C-COLLAR, BACK BOARD, HEAD BED, VS, EKG, BSL, SAO2, IV, O2,TRAUMA ALERT CALLED EMS24 NOTIFIED, TELEM TRANS TO NBH PT TURNED OVER TO ER STAFF FOR FURTHER.  WITH NO CHANGE ENROUTE

City of Pompano Beach Fire Dept.

Incident Number: 0521658
Patient Name: KEIR, JEAN

## Flowchart

| Event Time | Aid Given | Provider # | Success | Charge |
|---|---|---|---|---|
| 08:26:46 | 43 - GCS<br>Eye = 4;  Verbal = 3;  Motor = 3;  GCS = 10;  AVPU = | | No | |
| 08:27:46 | 40 - Spinal Immobilization<br>Attempts = ;  Quantity = ;  Size = ;  C-COLLAR, BACK BOARD, HEAD BED | | Yes | |
| 08:28:46 | 95 - Other BLS<br>Attempts = ;  Quantity = ;  Size = ;  trauma bandage to back of head | | Yes | |
| 08:33:46 | 03 - Assessment/Vitals<br>BP = 176/110;  Pulse = 130;  Resp. = 30+ | | Yes | |
| 08:34:46 | 12 - Cardiac Monitor - EKG - See also below<br>Rhythm = Sinus Tach;  Rate = 130;  Lead = ;  Ectopy = None | | Yes | |
| 08:35:46 | 25 - IV - Peripheral Vein<br>Solution = Lactated Ringers;  Site = r a/c;  Size = 18;  Rate = TKO | | Yes | |
| 08:36:46 | 30 - Meds - Administered/Maintained<br>Oxygen, Non-Rebreather Face Mask;  Dose = 15 LPM | | Yes | |
| 08:37:46 | 21 - Glucometer<br>SAO2 = 99;  CO2 = ;  Glucose = 111;  Temp. = | | Yes | |
| 08:44:46 | 03 - Assessment/Vitals<br>BP = 164/138;  Pulse = 132;  Resp. = 30+ | | Yes | |

Total Charges:

## Meds

| Type | Dose | Route |
|---|---|---|
| 02 - Oxygen | 15 LPM | 052 - Non-Rebreather |
| Result: | | |
| Change: | | |

## Units

| Unit ID | Dispatch Time | Enroute Time | Arrival Time | Enroute Facility | Arrive Facility | Clear Time |
|---|---|---|---|---|---|---|
| EMS24 | 08:21:43 | | | | | 08:22:54 |
| R24 | 08:21:43 | 08:24:58 | 08:26:46 | | 08:42:46 | 08:57:13 |
| E61 | 08:21:43 | | | | | 08:22:59 |

# POMPANO BEACH FIRE RESCUE
## PARAMEDIC FIELD REPORT

PB 1191

Zone 1630  Response Code 3

Alarm # 521658  (ALS)  BLS  OXYGEN  NO TRANSPORT

Date 10/31/05  Time of Call 820  Unit R24  Service ID 0622

Call Address 3435 N Federal Hwy  Mutual Aid NO

Patient Name JEAN Keir  Sex M Race W

Age 43  Date of Birth 1/19/61  Trauma Alert Y N  GCS 10

Home Address UNK

BSL 111

City ___ State ___ Zip Code ___

Phone # UNK  SS# UNK  Resident (Y) N  Employee Y (N)

Chief Complaint Seizure / Head inj  Time of Onset UNK

L. O. C.  Cx ___ Uncx ___ Altered ✓  Mech of Injury FALL

SPO2 99

Lung Sounds Clear  Equal ___ Unequal ___  Airway Patent (Y) N

Skin Condition  Normal ___ Moist ✓ Dry ___  Polaroid Y (N)

Skin Color  Normal ✓ Pale ___ Cyanotic ___ Mottled ___

Skin Temp.  Normal ✓ Cool ___ Warm ___ °F

Blood Loss  None ___ Mild ___ Moderate ___ Severe ✓ 200 cc

EKG (s) S-Tach 130  12 Lead ___

| Time | BP | | Palp | Pulse | | R Irr | Resp |
|------|-----|-----|------|-------|-----|-------|------|
| 833 | 176 | 110 | Palp | 130 | | R Irr | 30+ |
| | 164 | 138 | Palp | 132 | | R Irr | 30+ |
| | | | Palp | | | R Irr | |

Medical History UNK

PMD UNK

Prescribed Medications UNK

Allergies UNK

| Treatment Rendered | Time | Response |
|--------------------|------|----------|
| PE, C-collar, Backboard, EKG | | |
| O2, IV, BSL | | |
| | | |
| | | |

| Treatment Ordered | Time | Response |
|-------------------|------|----------|
| | | |
| | | |

Hospital Transported To NBH  ED Dr. ___

**Mileage**  End 55  Start 50  Total 5

Paramedic Name GRAZIOSE  Cert # 19802

Paramedic Signature ___

Original - Administration  Yellow - Billing  Pink - Hospital

NORTH BROWARD MEDICAL CENTER
P.O. BOX 932536
ATLANTA, GA
954 847-4315
FEI # 59-6012065

31193-2536

| PAGE NO. | 1 |

| TYPE OF BILL | DATE OF BILL | DATE OF PREV.BILL |
|---|---|---|
| FINAL INP. | 11/14/05 | |

BIRTH-DATE 01/19/61

| HOSP. NO. | 247 |

| T | S | PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS | |
|---|---|---|---|---|---|---|---|---|---|
| | | KEIR ,EUGENE | 255195875 | M | | 10/31/05 | 11/09/05 | 9 | |

| GUARANTOR NAME AND ADDRESS | EUGENE KEIR 921 SE 20 AVENUE POMPANO BEACH FL 33306 |
|---|---|

| C.O.B | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY NUMBER |
|---|---|---|---|
| 1 | VISTA HMO        T35 | | 18456981201 |
| | MAHESHWARI NARENDRA K | | |

| AMOUNT OF PAYMENT | $ |

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS.CO. NO. 1 | EST. COVERAGE INS.CO. NO. 2 | EST. COVERAGE INS.CO. NO. 3 | EST. COVERAGE INS.CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| DETAIL OF CURRENT CHARGES, PAYMENTS AND ADJUSTMENTS | | | | | | | | |
| 10/31 01 | CBC W 5 PART D | 40201858 | 176.00 | 176.00 | | | | |
| 10/31 01 | EMER SERV CRIT | 38500759 | 1130.00 | 1130.00 | | | | |
| 10/31 01 | EMER SERV CRIT | 38500759 | 1130.00 | 1130.00 | | | | |
| 10/31 03 | IV INJECTION | 38501224 | 315.00 | 315.00 | | | | |
| 10/31 02 | VENIPUNCTURE | 40808281 | 14.00 | 14.00 | | | | |
| 10/31 01 | AMMONIA | 40100164 | 55.00 | 55.00 | | | | |
| 10/31 01 | BASIC METAB PR | 40114815 | 240.00 | 240.00 | | | | |
| 10/31 01 | COMP METAB PRO | 40114831 | 357.00 | 357.00 | | | | |
| 10/31 01 | ALCOHOL | 40904859 | 132.00 | 132.00 | | | | |
| 10/31 01 | EKG 12 LEAD | 41501286 | 273.00 | 273.00 | | | | |
| 10/31 01 | CT CSPINE WO/C | 42204391 | 3184.00 | 3184.00 | | | | |
| 10/31 01 | CT 3D/MPR RECO | 42204200 | 822.00 | 822.00 | | | | |
| 10/31 01 | DIPTHERIA/TETA | 43212711 | 154.80 | 154.80 | | | | |
| 10/31 01 | LIDOCAINE 1% I | 43215787 | 31.50 | 31.50 | | | | |
| 10/31 01 | LORAZEPAM 2MG | 43216147 | 91.30 | 91.30 | | | | |
| 10/31 01 | CHLORDIAZEPOXI | 43262165 | 5.30 | 5.30 | | | | |
| 10/31 02 | CHLORDIAZEPOXI | 43262165 | 10.60 | 10.60 | | | | |
| 10/31 01 | D5W/0.45% NACL | 43280848 | 190.00 | 190.00 | | | | |
| 10/31 01 | CT BRAIN WO/CO | 42204463 | 1835.00 | 1835.00 | | | | |
| 10/31 01 | ROOM   B919 | 81430501 | 1028.00 | 1028.00 | | | | |
| 11/01 01 | P UTOXSCR TCA | 40914943 | 120.00 | 120.00 | | | | |
| 11/01 01 | P UTOXSCR BENZ | 40914951 | 120.00 | 120.00 | | | | |
| 11/01 01 | P UTOXSCR COCA | 40914960 | 120.00 | 120.00 | | | | |
| 11/01 01 | P UTOXSCR THC | 40914978 | 120.00 | 120.00 | | | | |
| 11/01 01 | P UTOXSCR AMPH | 40914986 | 120.00 | 120.00 | | | | |
| 11/01 01 | P UTOXSCR OPIA | 40914994 | 120.00 | 120.00 | | | | |
| 11/01 01 | P UTOXSCR BARB | 40915001 | 120.00 | 120.00 | | | | |
| 11/01 01 | P UTOXSCR PCP | 40915010 | 120.00 | 120.00 | | | | |
| 11/01 02 | LORAZEPAM 2MG | 43216147 | 182.60 | 182.60 | | | | |
| 11/01 01 | LORAZEPAM 2MG | 43216147 | 91.30 | 91.30 | | | | |
| 11/01 01 | POTASSIUM CHLO | 43253051 | 5.30 | 5.30 | | | | |
| 11/01 01 | LACTULOSE 30ML | 43253123 | 21.20 | 21.20 | | | | |
| 11/01 06 | CHLORDIAZEPOXI | 43262165 | 31.80 | 31.80 | | | | |

| PATIENT NUMBER | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE. | ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS STATE-MENT WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE. |

NORTH BROWARD MEDICAL CENTER
P.O. BOX 932536
ATLANTA, GA                                31193-2536
954 847-4315
FEI # 59-6012065

| TYPE OF BILL | DATE OF BILL | DATE OF PREV. BILL |
|---|---|---|
| FINAL INP. | 11/14/05 | |

PAGE NO. 2

BIRTH-DATE 01/19/61

HOSP. NO. 247

| T | S | PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS |
|---|---|---|---|---|---|---|---|---|
| | | KEIR ,EUGENE | 255195875 | M | | 10/31/05 | 11/09/05 | 9 |

| GUARANTOR NAME AND ADDRESS | C.O.B | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY NUMBER |
|---|---|---|---|---|
| EUGENE KEIR 921 SE 20 AVENUE POMPANO BEACH FL 33306 | 1 | VISTA HMO        T35 | | 18456981201 |
| | | MAHESHWARI NARENDRA K | | |

AMOUNT OF PAYMENT  $

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS.CO. NO. 1 | EST. COVERAGE INS.CO. NO. 2 | EST. COVERAGE INS.CO. NO. 3 | EST. COVERAGE INS.CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11/01 | 02 CHLORDIAZEPOXI | 43262165 | 10.60 | 10.60 | | | | |
| 11/01 | FOLIC ACID 1MG | 43265253 | 5.30 | 5.30 | | | | |
| 11/01 | 02 LORAZEPAM 1MG | 43267043 | 13.20 | 13.20 | | | | |
| 11/01 | MAGNESIUM CHLO | 43267361 | 5.30 | 5.30 | | | | |
| 11/01 | MULTIVIT + MIN | 43268431 | 5.30 | 5.30 | | | | |
| 11/01 | THIAMINE 100MG | 43272136 | 5.30 | 5.30 | | | | |
| 11/01 | D5W/0.45% NACL | 43280848 | 190.00 | 190.00 | | | | |
| 11/01 | KIT IV START | 47931444 | 67.00 | 67.00 | | | | |
| 11/01 | 02 RESTRAINT CHES | 47934478 | 54.00 | 54.00 | | | | |
| 11/01 | 02 MITT FINGER RE | 47934559 | 78.00 | 78.00 | | | | |
| 11/01 | SET, I.V.EXT | 47935334 | 70.00 | 70.00 | | | | |
| 11/01 | ROOM  B911 | 81430501 | 1028.00 | 1028.00 | | | | |
| 11/02 | MAGNESIUM SERU | 40100792 | 82.00 | 82.00 | | | | |
| 11/02 | COMP METAB PRO | 40114831 | 357.00 | 357.00 | | | | |
| 11/02 | 02 LORAZEPAM 2MG | 43216147 | 182.60 | 182.60 | | | | |
| 11/02 | 03 LACTULOSE 30ML | 43253123 | 63.60 | 63.60 | | | | |
| 11/02 | 09 CHLORDIAZEPOXI | 43262165 | 47.70 | 47.70 | | | | |
| 11/02 | 03 CHLORDIAZEPOXI | 43262165 | 15.90 | 15.90 | | | | |
| 11/02 | CLONIDINE 0.1M | 43262696 | 5.30 | 5.30 | | | | |
| 11/02 | CLONIDINE 0.1M | 43262696 | 5.30 | 5.30 | | | | |
| 11/02 | FOLIC ACID 1MG | 43265253 | 5.30 | 5.30 | | | | |
| 11/02 | 04 LORAZEPAM 1MG | 43267043 | 26.40 | 26.40 | | | | |
| 11/02 | MAGNESIUM CHLO | 43267361 | 5.30 | 5.30 | | | | |
| 11/02 | MULTIVIT + MIN | 43268431 | 5.30 | 5.30 | | | | |
| 11/02 | THIAMINE 100MG | 43272136 | 5.30 | 5.30 | | | | |
| 11/02 | 02 D5W/0.45% NACL | 43280848 | 380.00 | 380.00 | | | | |
| 11/02 | D5W/0.45% NACL | 43280848 | 190.00 | 190.00 | | | | |
| 11/02 | DIAPER ADULT L | 47928427 | 12.00 | 12.00 | | | | |
| 11/02 | ROOM  A608 | 80830505 | 1028.00 | 1028.00 | | | | |
| 11/03 | PT | 40201980 | 154.00 | 154.00 | | | | |
| 11/03 | AMMONIA | 40100164 | 55.00 | 55.00 | | | | |
| 11/03 | MAGNESIUM SERU | 40100792 | 82.00 | 82.00 | | | | |
| 11/03 | COMP METAB PRO | 40114831 | 357.00 | 357.00 | | | | |
| 11/03 | US ABDOMEN | 42105023 | 1680.00 | 1680.00 | | | | |

| PATIENT NUMBER | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE. | ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS STATE- MENT WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE. |
|---|---|---|

NOR   BROWARD MEDICAL CENTER
P.O. BOX 932536
ATLANTA, GA                          31193-2536
954 847-4315
FEI # 59-6012065

PAGE NO. 3

BIRTH-DATE 01/19/61

HOSP.NO. 247

| .TYPE OF BILL | DATE OF BILL | DATE OF PREV.BILL |
|---|---|---|
| FINAL INP. | 11/14/05 | |

| T | S | PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS | |
|---|---|---|---|---|---|---|---|---|---|
| | | KEIR ,EUGENE | 255195875 | M | | 10/31/05 | 11/09/05 | 9 | |

| GUARANTOR NAME AND ADDRESS | EUGENE KEIR 921 SE 20 AVENUE POMPANO BEACH FL 33306 |
|---|---|

| C.O.B | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY NUMBER |
|---|---|---|---|
| 1 | VISTA HMO     T35 | | 18456981201 |

MAHESHWARI NARENDRA K

AMOUNT OF PAYMENT $

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS.CO. NO. 1 | EST. COVERAGE INS.CO. NO. 2 | EST. COVERAGE INS.CO. NO. 3 | EST. COVERAGE INS.CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11/03 1 | CT 3D/MPR RECO | 42204200 | 822.00 | 822.00 | | | | |
| 11/03 1 | EEG AWAKE/DROW | 44001233 | 473.00 | 473.00 | | | | |
| 11/03 1 | LORAZEPAM 2MG | 43216147 | 91.30 | 91.30 | | | | |
| 11/03 3 | POTASSIUM CHLO | 43253051 | 15.90 | 15.90 | | | | |
| 11/03 6 | CHLORDIAZEPOXI | 43262165 | 31.80 | 31.80 | | | | |
| 11/03 3 | CHLORDIAZEPOXI | 43262165 | 15.90 | 15.90 | | | | |
| 11/03 1 | CLONIDINE 0.1M | 43262696 | 5.30 | 5.30 | | | | |
| 11/03 1 | FOLIC ACID 1MG | 43265253 | 5.30 | 5.30 | | | | |
| 11/03 1 | MAGNESIUM CHLO | 43267361 | 5.30 | 5.30 | | | | |
| 11/03 1 | THIAMINE 100MG | 43272136 | 5.30 | 5.30 | | | | |
| 11/03 1 | MRI BRAIN W/WO | 42303585 | 3454.00 | 3454.00 | | | | |
| 11/03 1 | CT BRAIN WO/CO | 42204463 | 1835.00 | 1835.00 | | | | |
| 11/03 1 | ROOM  A608 | 80830505 | 1028.00 | 1028.00 | | | | |
| 11/04 1 | AMMONIA | 40100164 | 55.00 | 55.00 | | | | |
| 11/04 1 | GAMMA GTP | 40101110 | 108.00 | 108.00 | | | | |
| 11/04 1 | COMP METAB PRO | 40114831 | 357.00 | 357.00 | | | | |
| 11/04 1 | PRO HEPATITIS | 40116885 | 637.00 | 637.00 | | | | |
| 11/04 1 | P-ALK PHOS OTH | 41109670 | 17.00 | 17.00 | | | | |
| 11/04 1 | P ALK PHOS | 41117117 | 8.00 | 8.00 | | | | |
| 11/04 4 | CHLORDIAZEPOXI | 43262165 | 21.20 | 21.20 | | | | |
| 11/04 2 | CHLORDIAZEPOXI | 43262165 | 10.60 | 10.60 | | | | |
| 11/04 1 | FOLIC ACID 1MG | 43265253 | 5.30 | 5.30 | | | | |
| 11/04 2 | POTASS BICARB/ | 43266390 | 18.60 | 18.60 | | | | |
| 11/04 1 | MAGNESIUM CHLO | 43267361 | 5.30 | 5.30 | | | | |
| 11/04 1 | MULTIVIT + MIN | 43268431 | 5.30 | 5.30 | | | | |
| 11/04 1 | THIAMINE 100MG | 43272136 | 5.30 | 5.30 | | | | |
| 11/04 1 | D5W/0.45% NACL | 43280848 | 190.00 | 190.00 | | | | |
| 11/04 1 | ROOM  A608 | 80830505 | 1028.00 | 1028.00 | | | | |
| 11/05 1 | COMP METAB PRO | 40114831 | 357.00 | 357.00 | | | | |
| 11/05 2 | PHYTONADIONE 1 | 43218557 | 72.40 | 72.40 | | | | |
| 11/05 6 | CHLORDIAZEPOXI | 43262165 | 31.80 | 31.80 | | | | |
| 11/05 2 | CHLORDIAZEPOXI | 43262165 | 10.60 | 10.60 | | | | |
| 11/05 1 | FOLIC ACID 1MG | 43265253 | 5.30 | 5.30 | | | | |
| 11/05 1 | MAGNESIUM CHLO | 43267361 | 5.30 | 5.30 | | | | |

| PATIENT NUMBER | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE. | ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS STATEMENT WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE. |
|---|---|---|

NORTH BROWARD MEDICAL CENTER
P.O. BOX 932536
ATLANTA, GA
954 847-4315
FEI # 59-6012065

31193-2536

PAGE NO. **4**

HOSP.NO. **247**

| TYPE OF BILL | DATE OF BILL | DATE OF PREV.BILL |
|---|---|---|
| FINAL INP. | 11/14/05 | |

BIRTH-DATE 01/19/61

| T | S | PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS |
|---|---|---|---|---|---|---|---|---|
| | | KEIR ,EUGENE | 255195875 | M | | 10/31/05 | 11/09/05 | 9 |

| GUARANTOR NAME AND ADDRESS | EUGENE KEIR<br>921 SE 20 AVENUE<br>POMPANO BEACH FL 33306 |
|---|---|

| C.O.B | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY NUMBER |
|---|---|---|---|
| 1 | VISTA HMO        T35 | | 18456981201 |
| | MAHESHWARI NARENDRA K | | |

AMOUNT OF PAYMENT $

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS.CO. NO. 1 | EST. COVERAGE INS.CO. NO. 2 | EST. COVERAGE INS.CO. NO. 3 | EST. COVERAGE INS.CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11/05 | 1 MULTIVIT + MIN | 43268431 | 5.30 | 5.30 | | | | |
| 11/05 | 1 THIAMINE 100MG | 43272136 | 5.30 | 5.30 | | | | |
| 11/05 | 2 D5W/0.45% NACL | 43280848 | 380.00 | 380.00 | | | | |
| 11/05 | 1 ROOM  A608 | 80830505 | 1028.00 | 1028.00 | | | | |
| 11/06 | 1 BILIRUBIN DIRE | 40100300 | 70.00 | 70.00 | | | | |
| 11/06 | 1 BILIRUBIN TOTA | 40100326 | 39.00 | 39.00 | | | | |
| 11/06 | 2 PHYTONADIONE 1 | 43218557 | 72.40 | 72.40 | | | | |
| 11/06 | 4 CHLORDIAZEPOXI | 43262165 | 21.20 | 21.20 | | | | |
| 11/06 | 2 CHLORDIAZEPOXI | 43262165 | 10.60 | 10.60 | | | | |
| 11/06 | 1 FOLIC ACID 1MG | 43265253 | 5.30 | 5.30 | | | | |
| 11/06 | 1 MAGNESIUM CHLO | 43267361 | 5.30 | 5.30 | | | | |
| 11/06 | 1 MULTIVIT + MIN | 43268431 | 5.30 | 5.30 | | | | |
| 11/06 | 1 THIAMINE 100MG | 43272136 | 5.30 | 5.30 | | | | |
| 11/06 | 2 D5W/0.45% NACL | 43280848 | 190.00 | 190.00 | | | | |
| 11/06 | 1 ROOM  A608 | 80830505 | 1028.00 | 1028.00 | | | | |
| 11/07 | 1 PT | 40201980 | 154.00 | 154.00 | | | | |
| 11/07 | 1 COMP METAB PRO | 40114831 | 357.00 | 357.00 | | | | |
| 11/07 | 2 PHYTONADIONE 1 | 43218557 | 72.40 | 72.40 | | | | |
| 11/07 | 1 CHLORDIAZEPOXI | 43262165 | 5.30 | 5.30 | | | | |
| 11/07 | 1 CHLORDIAZEPOXI | 43262165 | 5.30 | 5.30 | | | | |
| 11/07 | 1 FOLIC ACID 1MG | 43265253 | 5.30 | 5.30 | | | | |
| 11/07 | 1 MAGNESIUM CHLO | 43267361 | 5.30 | 5.30 | | | | |
| 11/07 | 1 MULTIVIT + MIN | 43268431 | 5.30 | 5.30 | | | | |
| 11/07 | 1 THIAMINE 100MG | 43272136 | 5.30 | 5.30 | | | | |
| 11/07 | 1 ROOM  A608 | 80830017 | 725.00 | 725.00 | | | | |
| 11/08 | 1 HEPATIC PROFIL | 40114807 | 181.00 | 181.00 | | | | |
| 11/08 | 2 PHYTONADIONE 1 | 43218557 | 72.40 | 72.40 | | | | |
| 11/08 | 1 CHLORDIAZEPOXI | 43262165 | 5.30 | 5.30 | | | | |
| 11/08 | 1 CHLORDIAZEPOXI | 43262165 | 5.30 | 5.30 | | | | |
| 11/08 | 1 FOLIC ACID 1MG | 43265253 | 5.30 | 5.30 | | | | |
| 11/08 | 1 MAGNESIUM CHLO | 43267361 | 5.30 | 5.30 | | | | |
| 11/08 | 1 THIAMINE 100MG | 43272136 | 5.30 | 5.30 | | | | |
| 11/08 | 1 ROOM  A608 | 80830017 | 725.00 | 725.00 | | | | |
| 11/09 | 1 CHLORDIAZEPOXI | 43262165 | 5.30 | 5.30 | | | | |

| PATIENT NUMBER | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE. | ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS STATEMENT WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE. |
|---|---|---|

NORTH BROWARD MEDICAL CENTER
P.O. BOX 932536
ATLANTA, GA
954 847-4315
FEI # 59-6012065

31193-2536

PAGE NO.: 5

BIRTH-DATE: 01/19/61

HOSP.NO.: 247

| TYPE OF BILL | DATE OF BILL | DATE OF PREV.BILL |
|---|---|---|
| FINAL INP. | 11/14/05 | |

| T | S | PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS |
|---|---|---|---|---|---|---|---|---|
| | | KEIR ,EUGENE | 255195875 | M | | 10/31/05 | 11/09/05 | 9 |

| GUARANTOR NAME AND ADDRESS | C.O.B | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY NUMBER |
|---|---|---|---|---|
| EUGENE KEIR 921 SE 20 AVENUE POMPANO BEACH FL 33306 | 1 | VISTA HMO   T35 | | 18456981201 |

MAHESHWARI NARENDRA K

AMOUNT OF PAYMENT  $

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS.CO. NO. 1 | EST. COVERAGE INS.CO. NO. 2 | EST. COVERAGE INS.CO. NO. 3 | EST. COVERAGE INS.CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11/09 01 | FOLIC ACID 1MG | 43265253 | 5.30 | 5.30 | | | | |
| 11/09 01 | MAGNESIUM CHLO | 43267361 | 5.30 | 5.30 | | | | |
| 11/09 01 | MULTIVIT + MIN | 43268431 | 5.30 | 5.30 | | | | |
| 11/09 01 | THIAMINE 100MG | 43272136 | 5.30 | 5.30 | | | | |
| 11/09 01 | KIT IV START | 47931444 | 67.00 | 67.00 | | | | |
| 11/09 01 | SET, I.V.EXT | 47935334 | 70.00 | 70.00 | | | | |
| 11/09 02 | SET, ADMIN | 47943159 | 208.00 | 208.00 | | | | |

| T O T A L S | | | 35073.40 | 35073.40 | | | | |

| PATIENT NUMBER | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE. | ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS STATE- MENT WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE. |
|---|---|---|
| 255195875 | | |

NORTH BROWARD MEDICAL CENTER
ATLANTA, GA

NOR   BROWARD MEDICAL CENTER
P.O. BOX 932536
ATLANTA, GA
954 847-4315                    31193-2536
FEI # 59-6012065

| TYPE OF BILL | DATE OF BILL | DATE OF PREV.BILL |
|---|---|---|
| FINAL | 11/14/05 | |
| INP. | | |

PAGE NO. 6

BIRTH-DATE 01/19/61

HOSP.NO. 247

| T S | PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS |
|---|---|---|---|---|---|---|---|
| | KEIR ,EUGENE | 255195875 | M | | 10/31/05 | 11/09/05 | 9 |

| GUARANTOR NAME AND ADDRESS | | C.O.B | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY NUMBER |
|---|---|---|---|---|---|
| EUGENE KEIR 921 SE 20 AVENUE POMPANO BEACH FL 33306 | | 1 | VISTA HMO       T35 | | 18456981201 |
| | | | MAHESHWARI NARENDRA K | | |

AMOUNT OF PAYMENT  $

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS.CO. NO. 1 | EST. COVERAGE INS.CO. NO. 2 | EST. COVERAGE INS.CO. NO. 3 | EST. COVERAGE INS.CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | SUMMARY OF CHARGES | | | | | | | |
| | R&C TELEMET 7DAYS@ 1028.00 | | 7196.00 | 7196.00 | | | | |
| | R&C SEMI-PR 2DAYS@ 725.00 | | 1450.00 | 1450.00 | | | | |
| | LABORATORY | | 14.00 | 14.00 | | | | |
| | PHARMACY | | 1777.40 | 1777.40 | | | | |
| | IV SOLUTIONS | | 1710.00 | 1710.00 | | | | |
| | MED-SUR SUPP | | 626.00 | 626.00 | | | | |
| | EKG/EEG | | 273.00 | 273.00 | | | | |
| | EEG | | 473.00 | 473.00 | | | | |
| | VASCULAR STUDIES | | 1680.00 | 1680.00 | | | | |
| | EMERG ROOM | | 2575.00 | 2575.00 | | | | |
| | CT SCAN | | 8498.00 | 8498.00 | | | | |
| | MRI | | 3454.00 | 3454.00 | | | | |
| | LAB/CHEMISTRY | | 4863.00 | 4863.00 | | | | |
| | LAB/HEMOTOLGY | | 484.00 | 484.00 | | | | |
| | SUB-TOTAL OF CHARGES | | 35073.40 | 35073.40 | | | | |

| T O T A L S | | | 35073.40 | 35073.40 | | | | |

| PATIENT NUMBER | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE. | ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS STATE- MENT WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE. |
|---|---|---|
| 255195875 | | |

NORTH BROWARD MEDICAL CENTER
ATLANTA, GA

NOR  BROWARD MEDICAL CENTER
P.O. BOX 932536
ATLANTA, GA
954 847-4315
FEI # 59-6012065

31193-2536

PAGE NO. 1

BIRTH-DATE 01/19/61

HOSP.NO. 247

| TYPE OF BILL | DATE OF BILL | DATE OF PREV.BILL |
|---|---|---|
| FINAL INP. | 11/14/05 | |

| T | S | PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS |
|---|---|---|---|---|---|---|---|---|
| | | KEIR ,EUGENE | 255195875 | M | | 10/31/05 | 11/09/05 | 9 |

| GUARANTOR NAME AND ADDRESS | | C.O.R | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY NUMBER |
|---|---|---|---|---|---|
| EUGENE KEIR 921 SE 20 AVENUE POMPANO BEACH FL 33306 | | 1 | VISTA HMO   T35 | | 18456981201 |
| | | | MAHESHWARI NARENDRA K | | |

AMOUNT OF PAYMENT  $

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS.CO. NO. 1 | EST. COVERAGE INS.CO. NO. 2 | EST. COVERAGE INS.CO. NO. 3 | EST. COVERAGE INS.CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | BILLING   ABSTRACT | | | | | | | |
| | DIAGNOSIS AND PROCEDURES: | | | | | | | |
| | ADMITTING DIAGNOSIS: | | | | | | | |
| | 780.39    OTHER CONVULSIONS | | | | | | | |
| | DISCHARGE/FINAL DIAGNOSIS: | | | | | | | |
| | 851.81    *OTH C LAC/CONTU W/O LOC | | | | | | | |
| | 291.81    *ALCOHOL WITHDRAWAL | | | | | | | |
| | 303.90    ALC DEP NEC & NOS-UNSPEC | | | | | | | |
| | 780.39    OTHER CONVULSIONS | | | | | | | |
| | 287.5     THROMBOCYTOPENIA NOS | | | | | | | |
| | 572.2     HEPATIC COMA | | | | | | | |
| | 873.0     OPEN WOUND OF SCALP | | | | | | | |
| | 276.8     HYPOPOTASSEMIA | | | | | | | |
| | 794.8     ABN LIVER FUNCTION STUDY | | | | | | | |
| | SURGICAL PROCEDURES: | | | | | | | |
| | 86.59     SKIN CLOSURE NEC | | | | 10/31/05 | 93149 | | |
| | | | | | | | | |
| | PHYSICIAN: | | | | | | | |
| | OPERATING: | | | | | | | |
| | 093149    GARNER LEON | | | | | | | |
| | CONSULTING: | | | | | | | |
| | 611905    ROSENZWEIG TODD | | | | | | | |
| | 147150    LAKIN CLIFFORD | | | | | | | |
| | | | | | | | | |
| | ALTERNATE CARE: | | | | | | | |
| | DISCHARGE DESTINATION: | | | | | | | |
| | AHR | | | | | | | |

| T O T A L S | | | 35073.40 35073.40 | | | | | |

PATIENT # : 255195871

PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE.

ADDITIONAL PATIENT  BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS STATE- MENT WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE.

NORTH BROWARD MEDICAL CENTER
P.O. BOX 932536
ATLANTA, GA
954 847-4315
FEI # 59-6012065

31193-2536

PAGE NO.
8

BIRTH-DATE
01/19/61

HOSP.NO.
247

| TYPE OF BILL | DATE OF BILL | DATE OF PREV.BILL |
|---|---|---|
| FINAL INP. | 11/14/05 | |

| T | S | PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS | |
|---|---|---|---|---|---|---|---|---|---|
| | | KEIR ,EUGENE | 255195875 | M | | 10/31/05 | 11/09/05 | 9 | |

| GUARANTOR NAME AND ADDRESS | C.O.B | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY NUMBER |
|---|---|---|---|---|
| EUGENE KEIR 921 SE 20 AVENUE POMPANO BEACH FL 33306 | 1 | VISTA HMO    T35 | | 18456981201 |
| | | MAHESHWARI NARENDRA K | | |

AMOUNT OF PAYMENT $

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS.CO. NO. 1 | EST. COVERAGE INS.CO. NO. 2 | EST. COVERAGE INS.CO. NO. 3 | EST. COVERAGE INS.CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|

BILLING   ABSTRACT

ADDRESSES:
    PATIENT:
        EUGENE KEIR
        921 SE 20 AVENUE
        POMPANO BEACH FL 33306

    PT. EMPLOYER:
        UNKNOWN

MR#: 605712

| PATIENT NUMBER | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE. | ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS STATEMENT WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE. |
|---|---|---|

NOR   BROWARD MEDICAL CENTER
P.O. BOX 932536
ATLANTA, GA
954 847-4315
FEI # 59-6012065

31193-2536

PAGE NO. 9

BIRTH-DATE 01/19/61

HOSP.NO. 247

| TYPE OF BILL | DATE OF BILL | DATE OF PREV.BILL |
|---|---|---|
| FINAL INP. | 11/14/05 | |

| T | S | PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS |
|---|---|---|---|---|---|---|---|---|
| | | KEIR ,EUGENE | 255195875 | M | | 10/31/05 | 11/09/05 | 9 |

| GUARANTOR NAME AND ADDRESS |
|---|
| EUGENE KEIR 921 SE 20 AVENUE POMPANO BEACH FL 33306 |

| C.O.B | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY NUMBER |
|---|---|---|---|
| 1 | VISTA HMO      T35 | | 18456981201 |
| | MAHESHWARI NARENDRA K | | |

AMOUNT OF PAYMENT   $

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS.CO. NO. 1 | EST. COVERAGE INS.CO. NO. 2 | EST. COVERAGE INS.CO. NO. 3 | EST. COVERAGE INS.CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

BILLING   ABSTRACT


CONCURRENT GROUPER USED:  MC05
DRG #:  028    MDC #:  01
DRG RATE PER CASE:     7398.87
OUTLIER VALUE:

GROUPER USED:          MC05     (T35)
DRG #:  028    MDC #:  01
DRG RATE PER CASE:     7398.87
OUTLIER VALUE:
MR#: 605712

| PATIENT NUMBER | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE. | ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS STATE-MENT WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE. | | |

DATE: 11/9/05   TIME: 1740

TO: ☑HOME   ☐ OTHER: _____

MODE OF DISCHARGE: ☑WHEELCHAIR   ☐AMBULATORY
☐ OTHER   ACCOMPANIED BY _Mother_

PERSONAL BELONGINGS RECEIVED
AT TIME OF DISCHARGE:
Valuables Slip _____
Equipment _____

## DISCHARGE ASSESSMENT

* Name of Physician Notified/Comment upon notification

A. AFEBRILE FOR LAST 48 HRS   ☑YES * ☐ NO _____
B. BLOOD PRESSURE PULSE STABLE   ☑YES * ☐ NO _____
C. WOUND HEALING   ☐ N/A ☑YES * ☐ NO _____
D. PAIN CONTROLLED   ☐ N/A ☑YES * ☐ NO _____
E. ALERT/ORIENTED   ☑YES * ☐ NO _____

## SUMMARY OF DISCHARGE INSTRUCTION

DISCHARGE MEDICATION:   NEW PRESCRIPTION RECEIVED: ☑YES * ☐NO
RESUME PRE-HOSPITAL MEDICATION PER PHYSICIAN INSTRUCTIONS   ☐ YES * ☐ NO

| NAME of MEDICATION | DOSE FREQUENCY | LAST DOSE | PURPOSE/SPECIAL INSTRUCTION |
|---|---|---|---|
| MVI I po o daily | | | Vitamin - |
| Folic Acid 1mg po daily | | | " |
| Thiamine 100 mg po daily | | | " |
| Zoloft 25 mg po o daily | | | Antidepressant |
| for 7 days then 50mg daily | | | |

DIET: ☑REGULAR   ☐ SPECIAL   ACTIVITIES: ☐ NO RESTRICTION   ☐ RESTRICTIONS (see special instruction)
SPECIAL EQUIPMENT: _____
SPECIAL INSTRUCTIONS: (List what was taught/to whom) _____
No Alcohol

CARE NOTES/MICROMEDIX PROVIDED: _For Seizures Zoloft._
"Possible Food/Drug Interactions" Pamphlet received.  Congestive Heart Failure (CHF) Education provided (on back of form).

**FOLLOW-UP APPOINTMENTS**   (PHYSICIAN/CLINIC/OTHER)   DATE/TIME,   PHONE
" with primary physician 1 week

HOME CARE: _____
OTHER: _Call primary doctor for any problems_   102705

HAVE RECEIVED AND FULLY UNDERSTAND THE IMPORTANCE OF CONTINUING CARE AS DESCRIBED

_Eugenia __ MPOT_
PATIENT/S.O. SIGNATURE

_Sma then RN_
SIGNATURE (Person Providing Discharge Instruction)

✦ North Broward
Hospital District
**DISCHARGE INSTRUCTIONS**

JEAN
ADDRESSOGRAPH

Original copy - chart   Yellow copy - patient   Pink copy - physician

906864   P-2438 - 100011 - (R) 3/2005

Medical Record Number: 605712

Facility: N B M C

*Please initial appropriate classification of information when applicable:*

\_\_\_\_ **Drug & Alcohol Treatment**
**Information and/or records**

✓ **Mental Health**
**Information and/or records**

\_\_\_\_ **HIV/AIDS**
**Information and/or records**

I understand that, under Florida Law, the classification of records checked above relating to treatment rendered to me are privileged and confidential and cannot be released to me or those designated by me or my legal guardian without an expressed and informed consent. In addition, I understand that those records will not be released to persons and agencies other than those designated by me or my personal representative or otherwise provided in Florida law.

Patient Name: _Keir_ _Eugene_ _D_ _____
                Last        First      Middle Initial    Maiden

Address: _901 SE 20th AVE #306 Deerfield bch Fl 33441-5174_
             Street              City          State    Zip Code

Birth Date: _1/19/61_   Telephone: _954 297-2857_   Social Security Number: _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_

I, _Eugene D. Keir_, authorize _Dr Kidwry MD_ to release my health
    Patient/Personal Representative Name (please circle one)        Name of Facility

information indicated below to the following party: (check one)

✓ MYSELF
\_\_\_\_ OTHER _Keir Eugene D_  _901 SE 20th AVE 306 Deerfield bch Fl 33441_
           Name                Address         City          State   Zip

For the purpose of: _for Doctor_

I authorize release of information covering treatment dates of: _10/31 - 11/9/05_

The type and amount of information to be disclosed is as follows: (include dates where appropriate):

\_\_\_\_ Entire Medical Record, excluding:\_\_\_\_
\_\_\_\_ History and Physical
\_\_\_\_ Consultations
\_\_\_\_ Discharge Summary
\_\_\_\_ Operative Report
\_\_\_\_ Pathology Report
\_\_\_\_ Physician Progress Notes
\_\_\_\_ Physician's Orders
\_\_\_\_ Physical Therapy Records
\_\_\_\_ Nurses Notes

\_\_\_\_ Laboratory Reports : from _____(date) to _____(date)
\_\_\_\_ Radiology Reports : from _____(date) to _____(date)
\_\_\_\_ Problem List
\_\_\_\_ Photos, (Circle purpose):  Media   PR   Other_____
\_\_\_\_ Media Interview
\_\_\_\_ Other, describe _____

- I understand that I have the right to withdraw my authorization at any time except to the extent that action has already been taken pursuant to this authorization. I understand that if I revoke this authorization, I must do so in writing and present my written revocation to the Medical Records Department.
- I understand that authorizing the disclosure of this health information is voluntary, I can refuse to sign, and the facilities of the NBHD will not base my treatment, payment or eligibility for benefits on whether or not I provide authorization for the requested use or disclosure. I understand that the recipient may be prohibited from disclosing substance abuse information. I understand that I may inspect or copy the information to be disclosed, as provided in CFR 164.524 (with a reasonable charge).
- I understand that information used or disclosed pursuant to this authorization may be subject to redisclosure by the recipient of the information and is no longer protected by federal confidentiality laws or the North Broward Hospital District.
- I understand that the North Broward Hospital District will release only the minimum amount of information necessary to fulfill a request.

***Unless otherwise revoked, this authorization will expire six months from the date of the signature listed below.***

_Eugene D Keir MAT_   Eugene Keir           _11/22/05_
Patient/Personal Representative Signature   Print Name              Date

_____        _____       \_\_/\_\_/\_\_
NBHD Authorized Signature              Print Name              Date

_____        _____       \_\_/\_\_/\_\_
Witness                                 Print Name              Date

ADDRESSOGRAPH

**North Broward**
**Hospital District**

## AUTHORIZATION FOR RELEASE OF CONFIDENTIAL MEDICAL INFORMATION

WHITE - MEDICAL RECORD        CANARY - PATIENTS

H-1007 - 119550 - [R] 2/2004    **900408**

NBMC PATIENT FACESHT

```
                                                         DSCH IND:
PATIENT #:      255195875   MR #:  605712      PT TYPE:  C    ROOM:  A6082
                                               PT STS:   IA   HOSP SVC:  MED
PATIENT NAME:  KEIR ,EUGENE                    ROLLOVER:      NURSE STA:  6TH
                                               AGE:     44    MARITAL STS:  S
PT SS #:  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      REL:           BIRTHDATE: 01/19/1961   SEX: M
LOC ADDR:                                 PERM ADDR:
 921 SE 20 AVENUE                          921 SE 20 AVENUE

POMPANO BEACH        FL  33306         POMPANO BEACH     FL  33306
PRIMARY EMG CONTACT#:  (954)426-6977
```

```
GUAR NAME:  KEIR ,EUGENE                  GUAR SS #:  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
GUAR ADDR:  921 SE 20 AVENUE              GUAR RELATIONSHIP:  S
            POMPANO BEACH      FL  33306   GUAR PHONE:  954-425-8353
PLAN CODE T35
PRIMARY INSURANCE: VISTA HMO COMMERCIAL    POLICY #:  18456981201
POLICY HOLDER'S NAME: KEIR ,EUGENE         GROUP #:  960404
INS. COMPANY PHONE #: 866-847-8235         IP AUTH #: 0111020500625
BILLING ADDR:  VISTA HMO COMMERCIAL        OP AUTH #:
               PO BOX 45-9011              ER AUTH #:
PLAN CODE           SUNRISE       FL  33345
SECOND INSURANCE:                          POLICY #:
POLICY HOLDER'S NAME:                      GROUP #:
INS. COMPANY PHONE #:                      IP AUTH #:
BILLING ADDR:                              OP AUTH #:
                                           ER AUTH #:
PLAN CODE
THIRD INSURANCE:
INS. COMPANY PHONE #:                      POLICY #:
BILLING ADDR:                              GROUP #:
```

```
EMPLOYER NAME: UNKNOWN                  ADDRESS:
EMPLOYER PHONE:

GUAR EMPL NAME:                         PHONE #:
GUAR EMPL ADDR:                             EXT #:
```

```
SPOUSE/NEXT OF KIN:  KEIR ,SHEILA      PHONE #:  954-426-6977
           ADDRESS:
```

```
ADMIT SOURCE: EO    TRAUMA IND:  N   PREV ADMIT DATE:
ADMIT DR.:  MAHESHWARI NARENDRA
ADMIT DR. PHONE#: 954-942-9233                 ADMIT DATE:   10/31/05
                                               DSCH DATE:
TYPE OF DELIVERY:                              INJURY DATE:  10/31/05

DX:  NEW ONSET SEIZURE

COMMENTS: PT BROUGHT IN AS A TRAUMA AND   DOWNGRADED     CONFIDENTIAL:  N
          TO A REGULAR ER PATIENT. HDX    VWD, PT NOT
                                     DSM IND:
MANAGED CARE IND:                    EPI IND:        CORP ID#: 0001142502
                                                     10:27 11/03/05 FROM K5K
3D665500
```



**North Broward Medical Center**
North Broward Hospital District
201 E. Sample Road
Deerfield Beach, FL  33064

## INPATIENT CODING SUMMARY

| Patient Name<br>KEIR, EUGENE | | Sex<br>Male | Birth Date<br>01/19/1961 | Age<br>44 | MR  Number<br>6057122 | Account Number<br>255195875 |
|---|---|---|---|---|---|---|
| Admit Date<br>10/31/05 01:00 PM | Discharge Date<br>11/09/05 05:35 PM | LOS<br>9 | Financial Class<br>HMO COMMERCIAL | | Disposition<br>Discharged home or self care | |

| Attending Physician<br>Maheshwari, Narendra K. INTMD | Coder<br>KW |
|---|---|

**MDC Code / Text**
**001 DISEASES & DISORDERS OF THE NERVOUS SYSTEM**

**DRG Code / Text**
**028  TRAUMATIC STUPOR & COMA, COMA <1 HR AGE >17 W CC**

| CMS Weight<br>1.3353 | Average LOS<br>5.90 | Geometric Mean LOS<br>4.40 | Estimated Reimbursement<br>7398.87 |
|---|---|---|---|

**Admit Diagnosis**

78039 CONVULSIONS

**Primary Diagnosis**

85181 CEREBRAL LACERATION/CONTUSION, NO OPEN INTRACRANIAL WOUND, NO UNCONSCIOUSNESS

**Secondary Diagnosis**

29181 ALCOHOL WITHDRAWAL
30390 UNSPECIFIED ALCOHOL DEPENDENCE, UNSPECIFIED USE
78039 CONVULSIONS
2875 THROMBOCYTOPENIA, UNSPECIFIED
5722 HEPATIC COMA
8730 OPEN WOUND OF SCALP, UNCOMPLICATED
2768 HYPOPOTASSEMIA
7948 NONSPECIFIC ABNORMAL RESULTS OF FUNCTION STUDY OF LIVER
E8889 UNSPECIFIED FALL

| Procedures | Provider | Date |
|---|---|---|
| 8659 CLOSURE OF SKIN AND SUBCUTANEOUS TISSUE OF OTHER SITES | Garner, Leon ERMED | 10/31/05 |

Confidential

# TRAUMA RESUSCITATION FLOW SHEET

| Patient Name: | Pre-hospital Providers |
|---|---|
| Date: 10/31/05    Age____    Sex ☐M ☐F | ☑Trauma Alert  ☐High Index  ☐Multiples  ☐Air Rescue  ☐EMS | ☐BCFR  ☑PBFR  ☐OPFR  ☐CSFR  ☐Ft. Lauderdale  ☐MARGATE ☐LHPFR ☐TAMARAC ☐DBFR ☐OTHER |
| MR#:_____    FIN#_____ | | |
| Time TA Called_____    Time Arrival 0850 | | |
| Time Helicopter Landed/EMS Arrived_____ | | |

**One Red Transport as Trauma Alert**
1 ☐Active airway assistance required
2 ☐BP≤ 90 systolic OR no radial pulse with HR≥ 120
3 ☐Multiple long bone FX sites
4 ☐2° or 3° burns ≥ 15%, BSA, amputation proximal to wrist or ankle, penetrating injury to head, neck or torso
5 ☐BMR ≤ 4 or exhibits presence of paralysis, suspicion of spinal cord injury or loss of sensation
6 ☐Paramedic judgment
7 ☐GSC ≤ 12

**Two Blue Transport as Trauma Alert**
8 ☐Sustained resp rate ≥ 30
9 ☐Sustained HR ≥ 120 w/radial pulse
10 ☐Single long bone FX site due to MVC or Fall ≥ 10 feet
11 ☐Major degloving, flap avulsion > 5in or GSW to extremities
12 ☐BMR = 5
13 ☐Ejection from vehicle (excluding open vehicles) or Deformed steering wheel
14 ☐Age 55 or older

A ☐Falls > 12ft-Adult > 6ft peds
B ☐Extrication > 15 min
C ☐Rollover
D ☐Death of occupant
E ☐Major Intrusion
F ☐Ejection from a bicycle
G ☐Pedestrian struck by vehicle
H ☐Age ≥ 55
I ☐Paramedic judgment

☐MVC ☐ASSAULT ☐FALL ☐STAB ☐GSW ☐BICYCLE ☑MCC ☐PED ☑OTHER
_Seizure + fall then standing - LOC to back of head_

☐Driver ☐Passenger  Seatbelt ☑Y ☐N  Airbag ☐Y ☐N  Helmet ☐Y ☐N

| TRAUMA SURGEON | | SERVICE | NAME | CALLED | ARRIVED |
|---|---|---|---|---|---|
| ANESTHESIOLOGIST | Innucci | 0850 | | | |
| ED PHYSICIAN | Garner | 0850 | | | |
| RESP TECH | Donna | 0850 | | | |
| X RAY TECH | Rae | 0850 | | | |

Trauma Nurse #1 G. Melissaym    RN____/____/____
Trauma Nurse #2 Dr Condenolli    RN____/____/____
Trauma Recorder J Stripp, RN    RN____/____/____

☐ AIRWAY/BVM
☐ OET/NET/COMBI/LMA/CRICO
☐ O₂_____ CO₂_____
☐ C COLLAR
☐ SPINE STABILIZATION
☐ CHEMICALLY PARALYZED UPON ARRIVAL

☐ MAST PANTS (Inflated)
☐ EXTREMITY SPLINT/TRACTION
☐ HEIMLICH VALVE  R/L
☐ CPR/DEFIBRILATE
☐ IV
☐ NEEDLE DECOMPRESSION
☐ PAIN/SEDATION MEDICATION

Health History: Etoh 6 wks ago
PREVIOUS SURGERIES: Basal Cell Carcinoma Removed
CURRENT MEDS: NKA
ALLERGIES: NKA
PREGNANT: ☐ YES ☐ NO  LMP_____
TETANUS STATUS: CURRENT ☑YES ☐NO
PMD:

1. ABRASION
2. AMPUTATION
3. AVULSION
4. BURN
5. CONTUSION/BRUISE
6. CREPITUS
7. DEFORMITY (OPEN)
8. DEFORMITY (CLOSED)
9. DISLOCATION
10. ECCHYMOSIS
11. GUNSHOT WOUND
12. HEMATOMA
13. LACERATION
14. STAB/PUNCTURE
15. TENDERNESS
16. PARALYSIS
17. SWELLING
18. OTHER

CLOTHING:
☐REMOVED
☐CUT OFF

Anterior    Posterior

PARKLAND FORMULA: 2-4cc RL X wt (kg) X % TBSA
Give first half over first_____ 50 rest over next 16 hrs
Total fluid to be given_____
Start_____ Amount to be give in first 8_____

ADDRESSOGRAPH
JEAN
HARENDR
Keir, Jean
HARENDR
605712

# TRAUMA RESUSCITATION FLOW SHEET

| | | |
|---|---|---|
| BEHAVIOR | ✓ | ☐UNCOOPERATIVE ☐COMBATIVE ☐SEDATED ☐RESTRAINTS ☐PHARMACOLOGICAL PARALYSIS ☐AGITATED |
| AIRWAY | ✓ | ☐OTHER _____ |
| BREATHING | ✓ | ☐LABORED ☐NOT BREATHING ☐ASSISTED ☐CREPITUS ☐DEVIATED TRACH ☐CYANOSIS ☐NECKVEIN DISTENTION ☐HEMOPTYSIS PNEUMOTHORAX ☐CLOSED ☐OPEN ☐TENSION ☐FLAIL CHEST |
| BREATH SOUNDS | ✓ | L ☐ABSENT ☐DECREASED ☐RALES ☐WHEEZES R ☐ABSENT ☐DECREASED ☐RALES ☐WHEEZES |
| EXTERNAL HEMORRHAGE | ✓ | LOCATION:_____ |
| CARDIAC | ✓ | RHYTHM:_____ HEART SOUNDS: ☐MUFFLED ☐MURMUR |
| PULSES | ✓ | L ☐RADIAL ☐FEMORAL ☐PEDAL ☐THREADY R ☐RADIAL ☐FEMORAL ☐PEDAL ☐THREADY |
| SKIN | | ☐PINK ☐WARM ☐PALE ☐COOL ☐MOTTLED ☐DRY ☐CYANOTIC ☐DIAPHORETIC CAPILLARY RETURN ☐NORMAL ☐DELAYED _____ SEC |
| NEURO | | GCS: EYE _____ VERBAL _____ MOTOR _____ |
| NEURO-CRANIAL | | ☐LETHARGY ☐STUPOR ☐FLEXION ☐EXTENSION |
| NEURO SPINAL CORD | | QUAD/PARAPLEGIC LEVEL:_____ HEMIPLEGIA SIDE _____ Paresis _____ |

SECONDARY SURVEY (CONTINUED)

| | | |
|---|---|---|
| PUPILS | ✓ | L ☐NON-REACTIVE ☐SLUGGISH SIZE: R ☐NON-REACTIVE ☐SLUGGISH SIZE: |
| SCALP | | ☐SOFT TISSUE Laceration ☐OPEN FRACTURE |
| FACE | ✓ | ☐PALPABLE FACIAL FRACTURES ☐MALOCCLUSION ☐SOFT TISSUE _____ |
| EARS | ✓ | DISCHARGE ☐L ☐R T.M.: L _____ R _____ |
| NECK | ✓ | ☐SOFT TISSUE ☐PENETRATING WOUND |
| CHEST | ✓ | ☐SOFT TISSUE ☐PENETRATING WOUND |
| ABDOMEN | ✓ | ☐PREV. SURG. ☐PENETRATING WOUND ☐DISTENTION ☐BELT ABRASIONS ☐EVISCERATION BOWEL SOUNDS ☐HYPO ☐ABSENT ☐TENDERNESS:_____ |
| PELVIS | ✓ | ☐UNSTABLE ☐GENITAL INJURY ☐HEMATURIA ☐RECTAL TONE WEAK/ABSENT ☐GUIAC + ☐PRIAPISM |
| BACK (log roll) | ✓ | ☐DEFORMED ☐PENETRATING ☐TENDERNESS |
| UPPER EXTREMITY | ✓ | L ☐FX OPEN/CLOSED ☐DEFORMITY R ☐FX OPEN/CLOSED ☐DEFORMITY |
| LOWER EXTREMITY | ✓ | L ☐FX OPEN/CLOSED ☐DEFORMITY R ☐FX OPEN/CLOSED ☐DEFORMITY |

GLASGOW COMA SCALE / PUPIL SIZE / PAIN ASSESSMENT SCALE

| EYE OPENING | VERBAL RESPONSE | MOTOR RESPONSE |
|---|---|---|
| 4 - SPONTANEOUS 3 - TO SPEECH 2 - TO PAIN 1 - NONE | 5 - ORIENTED 4 - CONFUSED CONV. 3 - INAPP. WORDS 2 - INCOMPREHENSIVE SOUNDS 1 - NONE | 6 - OBEYS 5 - LOCALIZES 4 - WITHDRAWS 3 - FLEX. RESPONSE 2 - EXT. RESPONSE 1 - NONE |

PUPIL SIZE  1  2  3  4  5  6

1-10 Numeric Pain Distress Scale

0 No pain ... Moderate Pain ... Worst possible pain

| TIME | BP | | PULSE | RR | TEMP | GCS | | | GCS TOTAL | CAP REFILL | SIZE/REACTION | | CAPNO-GRAPHY | PULSE OX | CARDIAC RYTHM | O2 THERAPY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | L | | | | | EYE | VERBAL | MOTOR | | | L PUPIL R | | | | | |
| 0852 | 124 | 56 | 114 | 20 | | 4 | 5 | 6 | 15 | 2 | 3/B | 3/B | N/A | 100 | ST | O₂-2LNC |
| 0857 | 121 | 90 | 120 | 20 | | 4 | 5 | 6 | 15 | 2 | 3/B | 3/B | N/A | 100 | ST | O₂-2LNC |
| 0902 | 166 | 109 | 103 | 20 | | 4 | 5 | 6 | 15 | 2 | 3/B | 3/B | N/A | 100 | ST | O₂21NC |

☐WARM BLANKET  ☐THERMOLITE  ☐WARMING LIGHT  ☐WARMED FLUIDS  ☐WARMING BLANKET

RESULTS

905

| | | |
|---|---|---|
| C-SPINE CLEARED ☐COLLAR OFF TIME: 915 | | |
| OFF BACKBOARD TIME: 9.00 | | |
| ENDOTRACH ☐ORAL ☐NASAL SIZE:_____ | ☐PCXR | |
| ☐CRICOTHYROIDOTOMY | | |
| ☐CHEST TUBE SIZE L R | ☐PCXR | |
| ☐CHEST TUBE SIZE L R | ☐PCXR | |
| ☐PERICARDIOCENTESIS | | |
| ☐PERITONEAL LAVAGE | HEME +/− | |
| ☐FOLEY SIZE | HEME +/− | |
| ☐NGT SIZE | HEME +/− | |
| CENTRAL LINE ☐SC ☐IJ ☐FEM L R | ☐PCXR | |
| ULTRASOUND | | |
| SPINT TYPE EXTREMITY PRE CMS POST CMS BY | | |
| DRESSING LOCATION POST CMS BY | | |

NAME  Keri Jean    MR# 605712    DATE  10/31

# TRAUMA RESUSCITATION FLOW SHEET

| | | |
|---|---|---|
| ☐ C-SPINE SERIES | ☐ | ☐ TRAUMA PANEL |
| ☐ CHEST | ☐ | ☐ TRIAGE PROFILE |
| ☐ PELVIS | ☐ | ☑ CBC  900 |
| ☐ | ☐ | ☑ CMP  900 |
| ☐ | ☐ | ☐ Type & Cross |
| ☐ | ☐ | # of units_____ |
| ☐ | ☐ | ☐ Urine Dip Stick |
| ☐ | ☐ | ☐ PT/PTT |
| ☐ | ☐ | ☐ Drug Screen |
| ☐ | ☐ | ☐ BHCG |
| ☒ CT of Head 915 | ☐ | ☐ ABG |
| ☒ CT of Spine ct | ☐ | ☐ EKG |
| ☐ CT of | ☐ | ☑ ETOH  900 |
| ☐ CT of | ☐ | |

\* CCM: Critical Care Monitoring

| Time | Fluid | Vol. | Rate | RN Initials | Total Infused/Remaining | Time | Product | RN Initials | Total Infused/Remaining |
|---|---|---|---|---|---|---|---|---|---|
| 930 | 0.9NS | 500 | 500 | JM | 500 | | | | |
| 900 | 0.9 | 1000 | | JM | 1000 | | | | |
| | | | | TOTAL IN | 1500 | | | | Total Infused |

| Time | Fluid | Vol. | Rate | RN Initials | Total Infused/Remaining | Time | Product | RN Initials | Total Infused/Remaining |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | TOTAL IN | | | | | Total Infused |

| Time | Fluid | Vol. | Rate | RN Initials | Total Infused/Remaining | Time | Product | RN Initials | Total Infused/Remaining |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | TOTAL IN | | | | | Total Infused |

| Time | Fluid | Vol. | Rate | RN Initials | Total Infused/Remaining | Time | Product | RN Initials | Total Infused/Remaining |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | TOTAL IN | 1500 | | | | Total Infused |

TOTAL IN CRYSTALLOIDS  1500    TOTAL BLOOD IN

| TIME | PAIN SCALE | RT/ SITE | MEDICATION/DOSE | INT | R | Pain Scale | TIME |
|---|---|---|---|---|---|---|---|
| 900 | 8 | RA | Ativan 1g | JM | I | | 930 |
| 930 | 8 | RA | Ativan 1g | JM | | | |

**IV FLUIDS** 1500
BLOOD_____
ATS_____
BLOOD_____
PERIT. LAVAGE_____
ORAL_____
OTHER_____ 1500
TOTAL_____

**URINE** 600
GASTRIC_____
PERIT. LAVAGE_____
CHEST_____
OTHER_____
TOTAL_____ 600

INJECTION SITE
1 RT DELT   3 RT GLUT   5 RT THIGH
2 LT DELT   4 LT GLUT   6 LT THIGH

(R) RESPONSE KEY: I - IMPROVED
W - WORSE
S - SAME

**VENT SETTINGS**

| TIME | TV | RR | FIO₂ | PEEP |
|---|---|---|---|---|
| | | | | |

NAME  Kevin Jean    MR# 605712    DATE 10/31

## TRAUMA RESUSCITATION FLOW SHEET

| TIME | BP | HR | CARDIAC RHYTHM | RESP RATE | O2 AMT | O2 SAT | END TIDAL CO2 | R | L | LUE / LLE | RUE / RLE | EYE | VERBAL | MOTOR | GCS SCORE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 915 | 155/98 | 98 | SR | 20 | 2L | 100 | NA | 3/3 | 3/3 | 5/5 | 5/5 | 4 | 5 | 6 | 15 | pt awake, alert fully oriented post seizure, 6cm lac to back of head after fall. pt is downgraded from trauma alert status —— Shelisan |

| TIME | BP | PULSE | RESP | TEMP | EYE | GCS VERBAL | MOTOR | GCS TOTAL | LIMB POWER LUE / LLE | LIMB POWER RUE / RLE | CAP REFILL | PUPILS L  R | Pulse OX | END TIDAL CO2 | CARDIAC RYTHM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 915 | 155/98 | 110 | 21 | 98.7 | 4 | 5 | 6 | 15 | 5/5 | 5/5 | 2 | 3/3/3 | 100 | NA | SR |

**DISPOSITION**

TIME: 915  ADMIT _____ REPORT TO: _____ 919

OR  REPORT TIME: _____

TRANSFER TO: _____

EXPIRED

DISCHARGED   _Lahiri_

☑ RADIOLOGY VIEWED BY PHYSICIAN DR _____

☑ LAB RESULTS PRINTED AND ATTACHED TO FLOWSHEET

FAMILY/SO _____ PHONE: _____

CLOTHING: ☐ CUT OFF  ☑ WITH PATIENT  ☐ TO SECURITY  ☐ HOME/FAMILY

VALUABLE: ☐ CUT OFF  ☑ WITH PATIENT  ☐ TO SECURITY  ☐ HOME/FAMILY

NAME  _Keir, Jean_   MR#  605712   DATE  10/31

**49**

## Seizure

DATE _10/31/05_ TIME: _1050_ ROOM: _17_ ___ EMS Arrival

HISTORIAN: __patient __paramedic __translator __other____

AGE _44_ (M) F _____

__History limited by _____

### HPI

**chief complaint:** seizure (x1) x2 x3  multiple
hx of seizure disorder

**duration / occurred:** (just prior to arrival)

**witnessed?** __no (_yes_), by: _1~ A Grocery_

_store witnessed sz x1. pt._
_was out + tremoring upon arrival_
_denies any hx of sz. states drank_

**character of seizure(s):**

(lost consciousness)
QUALITY: unresponsive
completely partially unknown
did not regain between seizures

__motor activity
QUALITY: generalized____
"shaking all over"____
shaking in one area:____

other:_____

__bowel incontinence____
__urinary incontinence____
__stopped breathing____
__lost pulse____
__unknown____

**location of injury:** (head) neck  nose  lip  mouth  bit tongue
chest  abdomen  back  RUE  RLE  LUE  LLE  none

**severity:** __mild __moderate __severe____

**preceding symptoms / cause of seizure:** __none
__missed recent doses of seizure meds____
__changed medication or dosage____
__recent alcohol intake____
__sleep deprivation____
__recent illness / see ROS____

__Recently seen / treated by doctor____
__Treatment / Rx____

---

**number and duration:**

__unknown duration / number

__single isolated seizure
duration:____

__repeated seizures
TIMING: x2 x3 x4____
multiple____

__status epilepticus

__continued on arrival in ED

**post-ictal symptoms:**
__none
(confusion)
__lost power/feeling
LOCATION: arm / leg  R / L
__speech difficulty
__visual disturbance
__headache

---

### ROS
__ROS below otherwise negative

**NEURO**
__headache____
__recent head injury____

**CVS / PULMONARY**
__chest pain____
__palpitations____
__cough____
sputum____
__trouble breathing____

_2 cups glasses of_
_wine every day but_
_quit 6 wks ago. admits to a_
_few glasses of wine last pm_

□ Agree w/ nurse's note for PFSH / ROS

**CONST**
__fever____
**EYES / ENT**
__trouble with vision____
__sore throat____

**GI / GU**
__abdominal pain____
__nausea / vomiting____
__diarrhea____
__black / bloody stools____
__painful / frequent urination____

**SKIN / LYMPH / MS**
__skin rash____
__joint pain____
__swollen glands____

### PAST HISTORY   □ Tetanus UTD
__prior records reviewed:____
__previous seizure / seizure disorder____
recent onset / long-standing / since-childhood____
occasional / frequent / none for years  last seizure:____
2° to:  idiopathic / head injury / prior stroke / ethanol abuse / cancer
craniotomy / cystercercosis / unsure
__stroke____
__craniotomy____

__+HIV / AIDS
__brain tumor / cancer____
known mets____
__heart disease____
__high blood pressure____
__diabetes  insulin / oral / diet____
__psychiatric disorder____

__other____

Surgeries/Procedures:____

**Medications** __none __see list – confirmed
__phenytoin____
__phenobarbital____
__carbamazepine____
__valproic acid____

**Allergies** __NKDA
__see list – confirmed

### SOCIAL HISTORY
alcohol (recent / heavy / occasional) _sees alcohol_ drugs
__lives alone __lives in nursing home (lives at home)
__occupation____

### FAMILY HISTORY____
_active, sep_

Patient Identification / Addressograph
_605-712_

☆ North Broward Hospital District

**EMERGENCY PHYSICIAN RECORD**

version January 2005

## PHYSICAL EXAM

☑ Agree w/ vital ___ Other ___
Pulse Ox    time ___    96 %    _RA    O₂ L/min
Interpretation: ___ normal ___ abnormal    Dx ___
Exam limited by ___

### CONSTITUTIONAL
✓ no acute distress

___ mild / moderate / severe distress
___ convulsing / confused (post-ictal)
___ scleral icterus / pale conjunctivae
___ post-surgical pupillary defect (R / L)
___ nasal septal hematoma
___ tongue abrasion / laceration

### HEENT
___ normocephalic,
✓ atraumatic
___ PERRL
✓ nml ENT inspection
___ no apparent trauma

___ TM obscured by cerumen (R / L)
___ tenderness / swelling / ecchymosis
___ hemotympanum
___ cerv. lymphadenopathy ( R / L )
___ meningismus
___ vertebral tenderness
___ carotid bruit

### NECK / BACK
___ neck supple
___ non-tender

### RESPIRATORY
✓ no resp. distress
✓ breath sounds nml

___ rales
___ rhonchi
___ wheezing

### CVS
✓ regular rate, rhythm
✓ heart sounds nml

___ tachycardia / bradycardia
___ irregularly irregular rhythm
___ extrasystoles ( occasional / frequent )
___ murmur    grade ___/6    sys / dias
___ decreased pulse(s)

### GI / ABDOMEN
✓ non-tender
✓ no organomegaly

___ tenderness
___ hepatomegaly / splenomegaly.

### SKIN
✓ color nml, no rash
✓ warm, dry

___ cyanosis / diaphoresis / pallor
___ skin rash

### MUSCULOSKELETAL / EXTREMITIES
✓ non-tender
✓ normal ROM
✓ no pedal edema

___ pedal edema
___ tenderness

OBSERVED SEIZURE ACTIVITY IN ED ___ duration ___
___ focal / generalized    awake / unresponsive
___ head turned R / L    eyes deviated R / L

### NEURO
higher functions
✓ awake and alert
✓ oriented x3

___ lethargic
___ disoriented to time / place / person
___ GCS _15
___ aphasic    expressive / receptive
___ slow / confused / combative

cranial nerves-
___ normal as tested
___ PERRL

___ facial droop   ( R / L )
___ tongue deviation ( to R / L )
___ abnormal accommodation
___ pupils unequal
___ R pupil ___ mm  L pupil ___ mm
___ EOM palsy / anisocoria
___ abnml fundi  papilledema / hemorrhages

cerebellar-

___ abnml Romberg / gait / finger-nose test

sensorimotor-
✓ no motor deficit
✓ no sensory deficit
✓ reflexes nml,
   symmetrical

___ weakness / sensory loss

___ sensory deficit

___ hyperreflexia / hyporeflexia
___ abnormal reflexes / Babinski

### PSYCH
✓ mood / affect nml

___ depressed affect
___ anxious

Seizure-49

## LABS & XRAYS  EtOH <10

| CBC normal | | CO₂ 29 |
| --- | --- | --- |
| nml except | | Anion Gap 20 |
| WBC 7.2 | segs ___ normal | Gluc 124 |
| | bands ___ nml except | BUN 7 |
| Hgb 14.0 | lymphs ___ | Na 140 |
| Hct 42.3 | | K 3.9 |
| Platelets 99 | | Cl 161 |

| Drug Levels | Toxicology | |
| --- | --- | --- |
| phenytoin ___ | normal | Aspirin ___ ETOH ___ |
| phenobarb ___ | neg except | Triage™ urine ___ |
| carbamazepine ___ | acetamin. ___ | drug screen ___ |
| valproic acid ___ | | |

Rhythm ECG ( 1 - 3 Lead ) ___ NSR ___ abnml ___ Time: ___

### 12 Lead ECG    Time: ___
Rate _100
✓ NSR    ___ tachycardia / bradycardia / atrial fibrillation
✓ nml QRS    ___ wide QRS  LBBB  RBBB  IVCD
___ nml intervals    ___ heart block   1° 2° 3°
___ nml ST /T    ___ non-specific ST < T abnormalities
                   ___ ST elevation / ST depression / T-wave inversion
PRIOR ECG- ___ unchngd ___ unavail. ___ changed: ___
☑ Interp contemporaneously by me ☐ I agree w/ confirm computer reading

### CT SCAN   Head   Chest   Abdomen
☑ nml    ___ interp. by me ___ discussed with radiologist
___ reviewed by me

### CXR    PA/LAT    AP port.    # of views ___
___ nml heart size    ___ under-penetrated / over-penetrated / rotated
___ nml lung markings    ___ decr. lung markings c/w COPD
___ nml great vessels    ___ density c/w pleural effusion
   and mediastinum    ___ cardiomegaly
___ NAD    ___ incr. lung markings / infiltrate
PRIOR XRAY- ___ unchngd ___ unavail. ___ changed: ___
☐ interp contemporaneously by me    ☐ discussed w/ Radiologist
☐ interp by Radiologist    ☐ personally reviewed by me

### ED COURSE:
Time ___    ___ re-examined    ___ unchanged    ___ improved

Eval. By Dr. Larkin Non Diagnosis
(Trauma Alert) - Wound closure by Dr. Larkin

Crit Care ___ min (excluding separately billable procedures)
___ Discussed with Dr. Mahashwari    Time 18 ___
patient will be seen in:   office / ED / hospital    Rx given ___
___ Counseled patient / family  regarding:    Prior records ordered ___
___ lab results ___ diagnosis ___ need for follow-up ___
☐ EMTALA EMC present  ☐ EMTALA EMC absent
☐ Stable for discharge / out patient follow up

## CLINICAL IMPRESSION:
                              Status Epilepticus
Seizure
New-Onset / Epileptic
Thrombocytopenia
Follow up with Dr. ___
DISPOSITION- ☐ discharge ☑ admit    ☐ transfer
Time ___    ☐ placed in obs. (See obs template) ☐ Left AMA
CONDITION- ☐ unchanged ☑ improved ☐ stable ___

ARNP / PA ___    Time ___
PHYSICIAN ___    Time ___
PHYSICIAN- ___
☐ T Complete ☐ T Sheet Add-On ___    ☐ Copy PMD ☐ Dictated

Patient Identification / Addressograph

# PERMANENT PART OF MEDICAL RECORD
# DO NOT REMOVE FROM CHART

At the North Broward Hospital District we recognize that patients have rights and responsibilities. This form will help us understand which decisions you may have made about your care before today.

**PATIENT RIGHTS**
- ☑ I have received the hospital's information regarding patient Bill of Rights and Responsibilities.

**ADVANCE DIRECTIVE INFORMATION**
- ☑ I have received the hospital's information about advance directives.
- ☐ I elect not to receive the hospital's information about advance directives.

**LIVING WILL**
- ☑ I have a Living Will   ☐ Copy Attached   ☐ Copy not Available - advised to provide copy to nurse on unit
- ☐ I do not have a Living Will

**STATE/YELLOW DO NOT RESUSCITATE FORM**
- ☐ I have a State/YELLOW DO NOT RESUSCITATE FORM   ☐ Copy Attached   ☐ Copy not available
  advised to provide copy to nurse on unit
- ☐ I do not have a State/YELLOW DO NOT RESUSCITATE FORM

Signature of patient ___X___ *Verbal Consent* Date _10/31/05_

**Or**

Name of person giving information _____ Date _____

**Or**

☑ PATIENT UNABLE TO PROVIDE INFORMATION OR SIGNATURE AT TIME OF REGISTRATION.

Witness to signature/Hospital Representative _____ Date 10/3/05

**IF YOU WOULD LIKE MORE INFORMATION ON ANY OF THESE TOPICS PLEASE ASK YOUR NURSE.**



**North Broward Hospital District**

**ADVANCE DIRECTIVE/PATIENT RIGHTS**

100011 - (R) 2/2003   900198

ADDRESSOGRAPH

255195875
KEIR                    JEAN        10/31/05
605712          44
                                    E M D
01/19/1961                          NBMC

| | | |
|---|---|---|
| **Name:** | **KEIR, JEAN** | **Room:** 9TH-B919-2 |
| **MR #:** | **000605712** | **Hos Svc:** MED |
| **Acct. #:** | 000255195875 | **Adm. Date:** 10/31/2005 |
| **Dict. Dr:** | NARENDRA K. MAHESHWARI, MD | |
| **Dict. Resident:** | | |
| **Dictated By:** | | |

North Broward Medical Center

**CHIEF COMPLAINT:**  Having witnessed seizure.

**HISTORY OF PRESENT ILLNESS:**  Mr. Keir is a 44-year-old white male brought to the emergency room when the patient had a witnessed seizure with loss of consciousness.  Denied any bowel or urine incontinence.  Having confusion and having laceration of the head.

**PAST MEDICAL HISTORY:**  Significant for basal cell carcinoma.

**PAST SURGICAL HISTORY:**  Surgery for basal cell carcinoma.

**ALLERGIES:**  None.

**MEDICATIONS:**  None.

**SOCIAL HISTORY:**  Denies smoking, alcohol and denies any drug abuse.

**FAMILY HISTORY:**  Noncontributory.

**REVIEW OF SYSTEMS:**

CONSTITUTIONAL:  Weak.

RESPIRATORY:  Not short of breath.

CARDIAC:  No chest pain.

GI:  No nausea or vomiting.

NEUROLOGICAL:  Seizures.

**PHYSICAL EXAMINATION**

**North Broward Medical Center**

**History and Physical**

**Page 1 of 2**

**ORIGINAL**

**Name:** KEIR, JEAN                    **Patient Location:** 9TH-B919-2
**MR #:** 000605712

GENERAL: A well-developed male, not in acute distress at present.

VITAL SIGNS: On admission, pulse 100, blood pressure 155/98.

HEENT: The forehead is with bandage.

NECK: Supple. No JVD. No bruit. No lymphadenopathy. No thyromegaly.

LUNGS: Clear to auscultation and percussion. No wheezes, no rales.

CARDIOVASCULAR: Normal S1 and S2. Tachycardic.

ABDOMEN: Soft. Positive bowel sounds. No hepatosplenomegaly. Nontender.

EXTREMITIES: No cyanosis, clubbing or edema.

NEUROLOGIC: Alert. No focal deficits.

RECTAL: Deferred at present.

**LABORATORY DATA:** CBC within normal limits. SMA-7 within normal limits. Glucose 124.

**IMPRESSION AND PLAN:**
   Seizures, alcohol related. Admit to Neuro Telemetry and monitor closely. Neurological checkups, seizure precautions. Continue multivitamin, thiamine and folic acid. Will consult neurologist. Strongly advised the patient to quit alcohol.

NARENDRA K. MAHESHWARI, MD

NM:rxs
D: 10/31/2005  3:51 P/Job: 000262634
T: 10/31/2005  6:23 P /Doc: 1195741

cc:   NARENDRA K. MAHESHWARI, MD

Date Charted: 11/1/05
Time Charted: 2 22 pm

**North Broward Medical Center**          **History and Physical**

Page 2 of 2

**ORIGINAL**

Notified:

Office ☐                Date:

Answering Service ☐    Initials:

Physician ☐

---

| From: Attending Physician | To: Consulting Physician | Date Ordered |
|---|---|---|

Reason for Consult:

Date Seen: 10/31/05    *[handwritten]* Full Consult Orders

*[handwritten clinical notes]*

Imp: ① New onset seizure likely
2° EtOH withdrawal

② CHT — no evidence of neurologic
deficit

③ Tremulousness — likely 2° EtOH use
will r consult + tox screen as well.

Plan: *[illegible]* Rehab *[illegible]* Opiate
cons, NH4 level
*[illegible]*

*[signature]*

103005    *[signature]*    91922

Signature of Consulting M.D.

**North Broward Hospital District**
**CONSULTATION**

ADDRESSOGRAPH

P-5700 · 1/100 · (R) 5/98    920577

| | | | |
|---|---|---|---|
| **Name:** | **KEIR, EUGENE** | **Room:** | **6TH-A608-2** |
| **MR #:** | 000605712 | **Hos Svc:** | MED |
| **Acct. #:** | 000255195875 | **Adm. Date:** | 10/31/2005 |
| **Dict. Dr:** | TODD A. ROSENZWEIG, MD | **Consult:** | 10/31/2005 |
| **Resident:** | | | |
| **Ref. Dr:** | NARENDRA K. MAHESHWARI, MD | | |
| **Dictated By:** | | | |

North Broward Medical Center

**REASON FOR CONSULTATION:**
NEUROLOGIC CONSULTATION REGARDING NEW ONSET SEIZURE.

**HISTORY OF PRESENT ILLNESS:** This is a 44-year-old white male who denies any significant previous medical history. He does admit to drinking four beers per day. He states he did have an increased amount of beer on Saturday and Sunday, but did not have any drinks since early afternoon yesterday. Today he apparently was in the grocery store where he had a witnessed seizure, suffering a laceration to the back of his head. Initially by EMS he was postictal, confused and tremulous and in the emergency room he gradually became more coherent and interactive with no cognitive deficits, but has remained very tremulous. He denies any previous history of seizures. He denies any lateralized weakness, numbness, visual changes, gait difficulty or language difficulty. He denies any benzodiazepine use or any other drug use.

**PAST MEDICAL HISTORY:** As above.

**CURRENT MEDICATIONS:** None.

**ALLERGIES: No known drug allergies.**

**SOCIAL HISTORY:** The patient denies smoking. Alcohol use as above.

**FAMILY HISTORY:** Noncontributory.

**REVIEW OF SYSTEMS:**

CONSTITUTIONAL: Denies any fever or chills.

HEENT: No visual changes, sore throat or congestion.

CARDIOVASCULAR: No chest pain or palpitations.

**North Broward Medical Center**

**Consultation Report**

**Page 1 of 3**

**ORIGINAL**

| | |
|---|---|
| **Name:**   KEIR, EUGENE | **Patient Location:** 6TH-A608-2 |
| **MR #:**   000605712 | |

**RESPIRATORY:**   No shortness of breath or cough.

**GASTROINTESTINAL:**   No nausea, vomiting or diarrhea.

**GENITOURINARY:**   No burning or frequency.

**MUSCULOSKELETAL:**   No joint aches or muscle aches.

**NEUROLOGIC:**   As above.

**PHYSICAL EXAMINATION:**   On examination today.

**HEENT:**   Laceration to the back of his scalp, which has been stapled and bandaged, therefore I was unable to visualize it.

**NECK:**   Supple.  No bruits.

**LUNGS:**   Clear to auscultation.

**CARDIOVASCULAR:**   Regular rate and rhythm.

**EXTREMITIES:**   No clubbing, cyanosis or edema.

**NEUROLOGICAL EXAMINATION:**

**MENTAL STATUS:**   The patient was wake, alert, and oriented x3.  No significant cognitive deficits.

**CRANIAL NERVES:**   Cranial nerves II through XII were intact.

**MOTOR:**   Motor was 5/5 throughout with normal bulk and tone.

**SENSORY:**   Intact to primary modalities.

**COORDINATION:**   Significant for marked tremulousness, but no ataxia to finger-to-nose-to-finger, rapid alternating movements, heel-knee-shin, as well as postural tremors.

**GAIT:**   Gait was narrow-based, slightly unsteady, markedly tremulous.

**North Broward Medical Center**                              **Consultation Report**

**ORIGINAL**

**Name:**    KEIR, EUGENE          **Patient Location:** 6TH-A608-2
**MR #:**    000605712

**REFLEXES:** Deep tendon reflexes were normoactive symmetrically. Plantar responses were downgoing bilaterally.

**LABORATORY DATA:** CBC and chemistries – within normal limits with the exception of a slight decrease in his platelets at 99 and a slight increase in the glucose at 124. Alcohol level was less than 10.

**IMAGING:** CT of the head without contrast, as well as CT of the cervical spine were both normal.

**IMPRESSION:**
1. New onset seizure, appears most likely due to alcohol withdrawal as he is showing signs of alcohol withdrawal at this time with significant tremulousness. I suspect his alcohol intake is significantly higher than what he is professing. However, I will do further workup to rule out any underlying structural lesions to account for seizures including an MRI of the brain and an electroencephalogram. I will also do a complete metabolic workup to rule out any other possibilities for his tremulousness.
2. Closed head trauma. No evidence of neurologic injury.

**PLAN:**
1. Librium taper.
2. Thiamine and folate.
3. Check electroencephalogram, as well as an MRI of the brain without contrast.
4. Urine tox screen.
5. Complete metabolic profile and ammonia level.

Thank you very much for this consultation.

_____
TODD A. ROSENZWEIG, MD            

TAR:exh
D: 10/31/2005  4:22 P/Job: 000262664
T: 11/07/2005  1:05 P  /Doc: 1200144

cc:    NARENDRA K. MAHESHWARI, MD
       TODD A. ROSENZWEIG, MD

**North Broward Medical Center**              **Consultation Report**

                                                      **Page 3 of 3**

**ORIGINAL**

Notified:

Office ☐          Date:

Answering Service ☐    Initials:

Physician ☐

| From: Attending Physician | To: Consulting Physician Lakin | Date Ordered |
|---|---|---|

Reason for Consult: Scalp lac, seizures (no prior Hx)

Date Seen: 10-31-05

44 y.o. wm in grocery store, who reportedly had a seizure, then fell sustaining laceration posterior scalp according to police first responder who questioned bystanders who saw event. Pt was not seizing when police arrived. I was asked to see pt who was made stat trauma alert, was awake & stable, seen by medical doctor. I was going to OR with pt c ruptured spleen who was unstable. CT scan of brain and c-spine showed ono injury. PE 4 cm stellate laceration closed with staples. Pt to be seen by medicine, recommend cardiology and neurology w/u.

Will see pt back in Trauma Clinic Monday 7 days for staple removal.

Thank you,

103005          919-2

Signature of Consulting M.D.

North Broward Hospital District
CONSULTATION

ADDRESSOGRAPH

P-5700 - 1/100 - (R) 5/98          920577

Notified:

Office ☑ @1534.    Date: 11/3/05

Answering Service ☐    Initials: [initials]

Physician ☐

954-783-7199.

| From: Attending Physician | To: Consulting Physician | Date Ordered |
|---|---|---|
| Dr. Maheshwari | Dr. Foltz | 10/3/05 |

**Reason for Consult:** New onset hemorrage Lt frontal lobe

**Date Seen:**

Spoke c̄ pt

Says He works for Dr on Stuff as

a Physical Therapist

Denies HA — Also not fully

Aware of his reason for ADM.

Qunilly A + P

Reviewd CT'S 10-31/05 + today

Pt non focal but ↓ Awareness

↑ very poor insight

CT may be blood but also

Meningioma EN — Plaquee c̄ Per MRI
as out pt

**Signature of Consulting M.D.**

Paul M Foltz

ADDRESSOGRAPH

North Broward Hospital District
**CONSULTATION**

P-5700 · 1/100 · (R) 5/98    920577

**Name:**    KEIR, EUGENE                    **Patient Location:** 6TH-A608-2
**MR #:**    000605712

ABDOMEN: Bowel sounds present, nontender. No rebounding, guarding or masses.

EXTREMITIES: No clubbing, cyanosis, or edema.

**IMPRESSION:**
1.    Alcohol withdrawal syndrome.
2.    Possible alcohol withdrawal seizure.
3.    Elevated liver function tests with a mixed picture with elevation of alkaline phosphatase, as well as serum glutamic oxaloacetic transaminase greater than serum glutamic pyruvic transaminase, suggestive of liver disease.

**SUGGESTIONS:**
1.    Alkaline phosphatase isoenzymes and gamma-glutamyl transpeptidase.
2.    Ultrasound of the liver.
3.    Hepatitis profile.
4.    Alcohol abstinence.
5.    Alcoholic Anonymous referral.
6.    Neurologic follow-up.
7.    Further evaluation pending the results of the above.

_____
HAROLD H. ROSEN, MD

HR:al2
D: 11/03/2005  2:41 P/Job: 000265813
T: 11/09/2005  9:27 A /Doc: 1201708

cc:    NARENDRA K. MAHESHWARI, MD
       HAROLD H. ROSEN, MD

**North Broward Medical Center**                    **Consultation Report**

                                                    **Page 2 of 2**

**ORIGINAL**



### DEPARTMENTS OF LABORATORY SERVICES AND PULMONARY SERVICES

201 EAST SAMPLE ROAD
DEERFIELD BEACH, FLORIDA 33064

**WILLIAM D. WILLIAMS, M.D. (Laboratory)**
**STEVEN M. SHAPIRO, M.D. (Pulmonary)**
(954) 786-6400  CLIA: 10D0278979  CAP: 1497901

## HEMATOLOGY

DATE:   31OCT05
TIME:   0858

| | | | UNITS | RANGE |
|---|---|---|---|---|
| CBC | | | | |
| WBC | 7.27 | | X10^3 | (4.00-11.00) |
| RBC | 4.10 L | | X10^6 | (4.30-5.80) |
| HEMOGLOBIN | 14.0 | | G/DL | (13.0-17.3) |
| HEMATOCRIT | 42.3 | | % | (38.0-52.0) |
| MCV | 103.0 H | | FL | (78.0-100.0) |
| MCH | 34.2 H | | PG | (26.0-34.0) |
| MCHC | 33.2 | | G/DL | (31.0-37.0) |
| PLATELET | 99 L | | X10^3 | (140-400) |
| MPV | 9.1 | | FL | (7.4-12.4) |
| RDW | 12.6 | | % | (10.8-14.2) |
| NEUT % | 55.5 | | % | (37.0-80.0) |
| LYMPH % | 26.1 | | % | (20.0-45.0) |
| MONO % | 15.9 H | | % | (1.0-13.0) |
| EOS % | 1.5 | | % | (0.0-6.0) |
| BASO % | 1.0 | | % | (0.0-2.0) |
| NEUT ABS | 4.03 | | X10^3 | (1.80-7.70) |
| LYMPH ABS | 1.89 | | X10^3 | (1.00-4.80) |
| MONO ABS | 1.16 H | | X10^3 | (.10-1.00) |
| EOS ABS | .11 | | X10^3 | (.00-.70) |
| BASO ABS | .08 | | X10^3 | (.00-.30) |

## COAGULATION

| | PT | PT INR |
|---|---|---|
| RANGE: | (10.5-13.2) | |
| UNITS: | SEC | |
| 07NOV05  0420 | 14.5 H | 1.48 |
| 03NOV05  1640 | 15.6 H | 1.69 |

PT INR Therapeutic Ranges
   2.0 - 3.0 Standard oral anticoagulant therapy
   2.5 - 3.5 High Dose oral anticoagulant therapy

LEGEND:
L = LOW, H = HIGH

| | |
|---|---|
| ADMIT DATE: 31OCT05    DISCHARGE DATE: 09NOV05 | DOB:  19JAN61   PATIENT: KEIR, EUGENE |
| PATIENT TYPE: I    MEDICAL SERVICE: MED | SEX: M    ROOM: A608-2 |
| ADMIT DR: MAHESHWARI NARENDRA K | |
| | MR #:  (0002)605712 |
| | FIN #:  000255195875 |
| | LOCATION: |

HEMO    COAG



# DEPARTMENTS OF LABORATORY SERVICES AND PULMONARY SERVICES

201 EAST SAMPLE ROAD
DEERFIELD BEACH, FLORIDA 33064

**WILLIAM D. WILLIAMS, M.D. (Laboratory)**

**STEVEN M. SHAPIRO, M.D. (Pulmonary)**

(954) 786-6400   CLIA: 10D0278979   CAP: 1497901

**North Broward Medical Center**

## CHEMISTRY

| DATE: | 08NOV05 | 07NOV05 | 06NOV05 | 05NOV05 | 04NOV05 | UNITS | RANGE |
|---|---|---|---|---|---|---|---|
| TIME: | 0530 | 0420 | 0430 | 0630 | 0750 | | |
| SODIUM | | 141 | | 140 | 139 | MMOL/L | (137-145) |
| POTASSIUM | | 4.0 | | 3.8 | 3.2 L | MMOL/L | (3.6-5.0) |
| CHLORIDE | | 109 H | | 108 H | 107 | MMOL/L | (98-107) |
| CO2 | | 22 | | 23 | 22 | MMOL/L | (22-31) |
| GLUCOSE | | 84 | | 96 | 98 | MG/DL | (70-110) |
| BUN | | 10 | | 12 | 14 | MG/DL | (9-21) |
| CREATININE | | 0.6 L | | 0.6 L | 0.6 L | MG/DL | (0.8-1.5) |
| CALCIUM | | 9.2 | | 9.1 | 9.4 | MG/DL | (8.4-10.2) |
| TOTAL PROTEIN | 6.6 L | 6.6 | | 6.3 L | 6.5 L | G/DL | (6.3-8.2) |
| ALBUMIN | 3.2 L | 3.3 L | | 3.1 L | 3.2 L | G/DL | (3.9-5.0) |
| A/G RATIO | 1.0 | 1.0 | | 1.0 | 1.0 | | (1.0-2.0) |
| ALK PHOS | 207 H | 199 H | | 194 H | 197 H | U/L | (38-126) |
| GGT | | | | | 2259 H | U/L | (8-78) |
| AST | 110 H | 97 H | | 73 H | 87 H | U/L | (5-40) |
| ALT | 89 H | 71 H | | 61 H | 68 H | U/L | (7-56) |
| BILI TOTAL | 2.1 H | 2.8 H | 2.9 H | 3.0 H | 4.0 H | MG/DL | (0.2-1.3) |
| ANION GAP | | 9 | | 9 | 10 | | (5-14) |
| BILI DIRECT | 1.3 H | | 1.5 H | | | MG/DL | (0.0-0.4) |

| DATE: | 04NOV05 | 03NOV05 | 02NOV05 | 31OCT05 | 31OCT05 | UNITS | RANGE |
|---|---|---|---|---|---|---|---|
| TIME: | 0700 | 0547 | 1150 | 1915 | 0858 | | |
| SODIUM | | 146 H | 146 H | 139 | 140 | MMOL/L | (137-145) |
| POTASSIUM | | 3.3 L | 3.6 | 3.7 | 3.9 | MMOL/L | (3.6-5.0) |
| CHLORIDE | | 113 H | 111 H | 104 | 101 | MMOL/L | (98-107) |
| CO2 | | 21 L | 20 L | 24 | 19 L | MMOL/L | (22-31) |
| GLUCOSE | | 112 H | 117 H | 181 H | 124 H | MG/DL | (70-110) |
| BUN | | 12 | 7 L | 9 | 7 L | MG/DL | (9-21) |
| CREATININE | | 0.6 L | 0.5 L | 0.6 L | 0.6 L | MG/DL | (0.8-1.5) |
| CALCIUM | | 9.5 | 10.3 H | 9.2 | 9.8 | MG/DL | (8.4-10.2) |
| TOTAL PROTEIN | | 6.9 | 8.0 | 7.0 | | G/DL | (6.3-8.2) |
| ALBUMIN | | 3.5 L | 4.2 | 3.6 L | | G/DL | (3.9-5.0) |
| A/G RATIO | | 1.1 | 1.1 | 1.1 | | | (1.0-2.0) |
| ALK PHOS | | 211 H | 250 H | 247 H | | U/L | (38-126) |
| AST | | 115 H | 148 H | 158 H | | U/L | (5-40) |
| ALT | | 76 H | 86 H | 80 H | | U/L | (7-56) |
| BILI TOTAL | | 3.1 H | 3.4 H | 2.7 H | | MG/DL | (0.2-1.3) |

**LEGEND:**
L = LOW, H = HIGH

| | | |
|---|---|---|
| ADMIT DATE: 31OCT05 | DISCHARGE DATE: 09NOV05 | DOB: 19JAN61   PATIENT: KEIR, EUGENE |
| PATIENT TYPE: I | MEDICAL SERVICE: MED | SEX: M   ROOM: A608-2 |
| ADMIT DR: MAHESHWARI NARENDRA K | | |
| | | MR #: (0002)605712 |
| | | FIN #: 000255195875 |
| | | LOCATION: |



## DEPARTMENTS OF LABORATORY SERVICES AND PULMONARY SERVICES

201 EAST SAMPLE ROAD
DEERFIELD BEACH, FLORIDA 33064

**North Broward Medical Center**

WILLIAM D. WILLIAMS, M.D. (Laboratory)
STEVEN M. SHAPIRO, M.D. (Pulmonary)
(954) 786-6400   CLIA: 10D0278979   CAP: 1497901

## CHEMISTRY

| | DATE: | 04NOV05 | 03NOV05 | 02NOV05 | 31OCT05 | 31OCT05 | UNITS | RANGE |
|---|---|---|---|---|---|---|---|---|
| | TIME: | 0700 | 0547 | 1150 | 1915 | 0858 | | |
| ANION GAP | | | 11 | 15 H | 11 | 20 H | | (5-14) |
| MAGNESIUM | | | 1.8 | | 1.8 | | MG/DL | (1.7-2.2) |
| AMMONIA | | 58 H | 117 H | | 64 H | | UMOL/L | (9-33) |

| | DATE: | 04NOV05 | | | | | UNITS | RANGE |
|---|---|---|---|---|---|---|---|---|
| | TIME: | 0740 | | | | | | |
| ALK PHOS ISOENZYMES | | | | | | | | |
| ALKALINE PHOSPHATASE SERUM | | 198 H | | | | | IU/L | (25-150) |
| LIVER FRACTION | | 77 f | | | | | % | (26-86) |
| | 04NOV05 0740 | | **Please note reference interval change** | | | | | |
| BONE FRACTION | | 21 f | | | | | % | (11-68) |
| | 04NOV05 0740 | | **Please note reference interval change** | | | | | |
| INTESTINAL FRAC | | 2 f | | | | | % | (0-16) |
| | 04NOV05 0740 | | **Please note reference interval change** | | | | | |

## TOXICOLOGY / THERAPEUTIC DRUGS

### URINE TOX PANEL

| | | AMPHETAMINES | METHAMPHETAMINE | BARBITURATES | BENZODIAZEPINE | COCAINE |
|---|---|---|---|---|---|---|
| | RANGE: | (NEGATIVE) | (NEGATIVE) | (NEGATIVE) | (NEGATIVE) | (NEGATIVE) |
| 01NOV05 | 0620 | NEGATIVE | NEGATIVE | NEGATIVE | POSITIVE * | NEGATIVE |

| | | OPIATES | PCP | CANNABINOIDS | TCA |
|---|---|---|---|---|---|
| | RANGE: | (NEGATIVE) | (NEGATIVE) | (NEGATIVE) | (NEGATIVE) |
| 01NOV05 | 0620 | NEGATIVE | NEGATIVE | POSITIVE * | NEGATIVE |

**LEGEND:**
H = HIGH,  * = ABNORMAL,  f = FOOTNOTE

ADMIT DATE: 31OCT05    DISCHARGE DATE: 09NOV05
PATIENT TYPE: I    MEDICAL SERVICE: MED
ADMIT DR:  MAHESHWARI NARENDRA K

DOB: 19JAN61  PATIENT: KEIR, EUGENE
SEX: M    ROOM: A608-2

MR #:  (0002)605712
FIN #:  000255195875

LOCATION:

**DISCHARGE SUMMARY**
**DO NOT DISCARD**

CHEM



**DEPARTMENTS OF LABORATORY SERVICES AND PULMONARY SERVICES**

201 EAST SAMPLE ROAD
DEERFIELD BEACH, FLORIDA 33064

*WILLIAM D. WILLIAMS, M.D. (Laboratory)*
*STEVEN M. SHAPIRO, M.D. (Pulmonary)*
(954) 786-6400   CLIA: 10D0278979   CAP: 1497901

**North Broward Medical Center**

## TOXICOLOGY / THERAPEUTIC DRUGS

| LIMITS OF DET | DRUG/CLASS | LIMITS OF DETECTION |
|---|---|---|
| | Amphetamines: | 1000 ng/mL |
| | Methamphetamines: | 1000 ng/mL |
| | Barbiturates: | 300 ng/mL |
| | Benzodiazepine: | 300 ng/mL |
| | Cocaine: | 300 ng/mL |
| | Opiates: | 300 ng/mL |
| | PCP: | 25 ng/mL |
| | THC (Cannabinoids) | 50 ng/mL |
| | TCA: | 1000 ng/mL |

This is a screening test only:
If indicated, a confirmatory "Comprehensive Drug Panel" should be
obtained to provide a definitive result.

### BLOOD VOLATILE SCREEN

| | ALCOHOL |
|---|---|
| UNITS: | MG/DL |
| 31OCT05  0900 | < 10 |
| ALCOHOL (ETHANOL)   Reference Range= Negative | |

The sensitivity of the method performed does not detect levels of alcohol
(ethanol) less than 10 mg/dL, which is considered clinically equivalent to
negative.

## VIROLOGY

DATE: 04NOV05
TIME: 0750

UNITS    RANGE

### HEPATITIS ASSAYS

| | | | | RANGE |
|---|---|---|---|---|
| HEP B SURF AG | NEGATIVE | | | (NEGATIVE) |
| HEP B CORE IGM | NEGATIVE | | | (NEGATIVE) |
| HEP A IGM | NONREAC | | | (NEGATIVE) |
| HEP C AB | NONREAC | | | (NEGATIVE) |

| ADMIT DATE: 31OCT05 | DISCHARGE DATE: 09NOV05 | DOB: 19JAN61 | PATIENT: KEIR, EUGENE |
|---|---|---|---|
| PATIENT TYPE: I | MEDICAL SERVICE: MED | SEX: M | ROOM: A608-2 |
| ADMIT DR: MAHESHWARI NARENDRA K | | MR #: (0002)605712 | |
| | | FIN #: 000255195875 | |
| | | LOCATION: | |

**DISCHARGE SUMMARY**
**DO NOT DISCARD**

TOXO                    VIRUS



## DEPARTMENTS OF LABORATORY SERVICES AND PULMONARY SERVICES

**North Broward Medical Center**

201 EAST SAMPLE ROAD
DEERFIELD BEACH, FLORIDA 33064

WILLIAM D. WILLIAMS, M.D. (Laboratory)
STEVEN M. SHAPIRO, M.D. (Pulmonary)
(954) 786-6400  CLIA: 1OD0278979  CAP: 1497901

## PERFORMING LABORATORY

PROCEDURES LISTED BELOW WERE PERFORMED BY A REFERRAL LABORATORY

LABCORP BURLINGTON 1447 YORK CT BURLINGTON NC      27215-2230
04NOV05  0740  ALKISO  (ALKALINE PHOSPHATASE SERUM, LIVER FRACTION, BONE FRACTION, INTESTINAL FRAC)

Broward General Medical Center, 1600 S. Andrews Ave., Ft. Lauderdale, FL 33316
04NOV05  0750  PRO HEP  (HEP B SURF AG)

Broward General Medical Center, 1600 S. Andrews Ave., Ft. Lauderdale, FL 33316
04NOV05  0750  PRO HEP  (HEP C AB, HEP A IGM)

Broward General Medical Center, 1600 S. Andrews Ave., Ft. Lauderdale, FL 33316
04NOV05  0750  PRO HEP  (HEP B CORE IGM)

---

ADMIT DATE: 31OCT05     DISCHARGE DATE: 09NOV05
PATIENT TYPE: I          MEDICAL SERVICE: MED
ADMIT DR:  MAHESHWARI NARENDRA K

DOB:  19JAN61   PATIENT:  KEIR, EUGENE
SEX:  M          ROOM:  A608-2

MR #:   (0002)605712
FIN #:  000255195875

LOCATION:

Printed 11NOV05 0029

DISCHARGE SUMMARY
DO NOT DISCARD

Page: 5  End of Report



**North Broward
Medical Center**
NORTH BROWARD
HOSPITAL DISTRICT

# DEPARTMENT OF RADIOLOGY AND MEDICAL IMAGING

*201 E. Sample Road*
*Deerfield Beach, FL 33064*
**(954)786-6450**

ADMITTING DIAGNOSIS: NEW ONSET SEIZURE .

| CT SCAN |
| --- |

| **Accession #:** | **Exam:** | | |
| --- | --- | --- | --- |
| CT-05-0074853 | CT BRAIN W/O CONTRAST | **Ordering Physician:**<br>ROSENZWEIG MD, TODD A | **Exam Date/Time:**<br>11/03/2005 2:05:24 PM |

Reason for Exam
NEW ONSET SEIZURES

CT BRAIN WITHOUT CONTRAST

CLINICAL HISTORY: NEW ONSET SEIZURE

TECHNIQUE

Multiple images were obtained from the skull base to the vertex without intravenous contrast.

Comparison is made to head CT 10/31/05.

FINDINGS

Evaluation of the brain demonstrates interval development of a 1.9 cm focus of high attenuation in the inferior lateral left frontal lobe adjacent to the petrous ridge.  This likely represents an area of hemorrhagic contusion.

There is no subdural collection, mass, or focal territorial infarction.

The patient's nurse was directly notified of this finding and Dr. Rosensweig will be called.

IMPRESSION

INTERVAL DEVELOPMENT OF 1.9 CM FOCAL HEMORRHAGE IN THE INFERIOR LATERAL LEFT FRONTAL LOBE.

| | | | |
| --- | --- | --- | --- |
| *ADMIT DATE: 10/31/2005* | *DISCHARGE DATE:* | *DOB: 01/19/1961 PATIENT:  KEIR, EUGENE* | |
| *PATIENT TYPE: IP* | *MEDICAL SERVICE: MED* | *SEX:  M         ROOM: A608 - 2* | |
| | | *MR#:  605712* | |
| *ADMIT DR:  NARENDRA K MAHESHWARI, MD* | | *FIN#:  255195875* | |
| *ORDER DR: TODD A ROSENZWEIG, MD* | | *LOCATION:  N 6* | |
| | | *CORP ID: 1142502* | |

| **RADIOLOGY FINAL**<br>**DO NOT DISCARD** |
| --- |



**North Broward Medical Center**
NORTH BROWARD
HOSPITAL DISTRICT

# DEPARTMENT OF RADIOLOGY AND MEDICAL IMAGING

201 E. Sample Road
Deerfield Beach, FL 33064
**(954)786-6450**

ADMITTING DIAGNOSIS:  NEW ONSET SEIZURE .

## CT SCAN

| | | | |
|---|---|---|---|
| **Accession #:**<br>CT-05-0074853 | **Exam:**<br>CT BRAIN W/O CONTRAST | **Ordering Physician:**<br>ROSENZWEIG MD, TODD A | **Exam Date/Time:**<br>11/03/2005 2:05:24 PM |

## REPORT TRANSMITTED TO N6 11/3/2005 3:12 PM

ERICKSON MD, JOEL
(Electronic Signature)

Tech:  COLLINS, JAMES

Trans D/T:  11.03.05 3:12 pm
******FINAL******

---

| | |
|---|---|
| *ADMIT DATE: 10/31/2005*     *DISCHARGE DATE:* | *DOB: 01/19/1961 PATIENT:*  **KEIR, EUGENE** |
| *PATIENT TYPE: IP*     *MEDICAL SERVICE:  MED* | *SEX:  M*     ROOM:  **A608 - 2** |
| *ADMIT DR:  NARENDRA K MAHESHWARI, MD* | MR#:  **605712** |
| *ORDER DR: TODD A ROSENZWEIG, MD* | FIN#:  255195875 |
| | *LOCATION:  N 6* |
| | *CORP ID: 1142502* |

**RADIOLOGY FINAL**
**DO NOT DISCARD**



**North Broward
Medical Center**
NORTH BROWARD
HOSPITAL DISTRICT

# DEPARTMENT OF RADIOLOGY AND MEDICAL IMAGING

*201 E. Sample Road*
*Deerfield Beach, FL 33064*
***(954)786-6450***

---

ADMITTING DIAGNOSIS: NEW ONSET SEIZURE .

| MRI |
|---|

| **Accession #:** | **Exam:** | | **Ordering Physician:** | **Exam Date/Time:** |
|---|---|---|---|---|
| MR-05-0021446 | MRI BRAIN W/WO CONTRAST | | ROSENZWEIG MD, TODD A | 11/03/2005 10:15:00 PM |

Reason for Exam
SEIZURE DISORDER

## MRI OF THE BRAIN WITH AND WITHOUT CONTRAST:

CLINICAL HISTORY: SEIZURE.

Prior CT scan of 11/3/05 showed a new focal hemorrhage in the inferior lateral left frontal lobe.
This is better seen actually on CT than MRI. MRI shows slightly increased signal in an area
which does not enhance.

Ventricles and cortical sulci are mildly prominent. No extraaxial fluid collection is noted.
Defusion imaging shows no abnormal areas of restricted defusion.

IMPRESSION:

ASIDE FROM AN AREA OF HEMORRHAGE LEFT FRONTAL REGION BETTER SEEN

---

| | | |
|---|---|---|
| ADMIT DATE: 10/31/2005 | DISCHARGE DATE: | DOB: 01/19/1961 PATIENT: KEIR, EUGENE |
| PATIENT TYPE: IP | MEDICAL SERVICE: MED | SEX: M   ROOM: A608 - 2 |
| | | MR#: 605712 |
| ADMIT DR: NARENDRA K MAHESHWARI, MD | | FIN#: 255195875 |
| ORDER DR: TODD A ROSENZWEIG, MD | | LOCATION: N 6 |
| | | CORP ID: 1142502 |

**RADIOLOGY FINAL
DO NOT DISCARD**

# DEPARTMENT OF RADIOLOGY AND MEDICAL IMAGING

**North Broward Medical Center**
**NORTH BROWARD HOSPITAL DISTRICT**

201 E. Sample Road
Deerfield Beach, FL 33064
**(954)786-6450**

---

ADMITTING DIAGNOSIS: NEW ONSET SEIZURE .

| **MRI** |
|---|

| Accession #: | Exam: | Ordering Physician: | Exam Date/Time: |
|---|---|---|---|
| MR-05-0021446 | MRI BRAIN W/WO CONTRAST | ROSENZWEIG MD, TODD A | 11/03/2005 10:15:00 PM |

## BY CT, NO OTHER ABNORMALITY IS NOTED.


FORTGANG MD, KENNETH C
(Electronic Signature)

Tech: SOESTER, BARRY
Trans: SBB
Trans D/T: 11.04.05 11:04 a
******FINAL******

---

| | |
|---|---|
| ADMIT DATE: 10/31/2005 | DISCHARGE DATE: |
| PATIENT TYPE: IP | MEDICAL SERVICE: MED |

ADMIT DR: NARENDRA K MAHESHWARI, MD
ORDER DR: TODD A ROSENZWEIG, MD

DOB: 01/19/1961 PATIENT: KEIR, EUGENE
SEX: M    ROOM: A608 - 2
MR#: 605712
FIN#: 255195875
LOCATION: N 6
CORP ID: 1142502

**RADIOLOGY FINAL**
**DO NOT DISCARD**



# DEPARTMENT OF RADIOLOGY AND MEDICAL IMAGING

**North Broward Medical Center**
NORTH BROWARD HOSPITAL DISTRICT

201 E. Sample Road
Deerfield Beach, FL 33064
**(954)786-6450**

---

ADMITTING DIAGNOSIS:  NEW ONSET SEIZURE .

## ULTRASOUND

| Accession #: | Exam: | Ordering Physician: | Exam Date/Time: |
|---|---|---|---|
| US-05-0066972 | US ABDOMEN LIMITED | MAHESHWARI MD, NARENDRA K | 11/03/2005 2:29:45 PM |

Reason for Exam
ABD PAIN

## LIMITED ABDOMINAL ULTRASOUND (LIVER, GALLBLADDER, BILIARY TREE AND PANCREAS):

CLINICAL HISTORY:  ABDOMINAL PAIN AND ELEVATED LFT'S.

Slight diffuse increased echogenicity of the liver parenchyma probably related with fatty infiltration of the liver.

Nondilated intrahepatic biliary ducts.

Contracted gallbladder with slightly thickened gallbladder wall.  CBD measures 3 mms. which is within normal limits.

Moderate hepatomegaly.

Sonographic texture, size and shape of the head, body and tail of the pancreas unremarkable.

IMPRESSION:

FATTY INFILTRATION OF THE LIVER.

MODERATE HEPATOMEGALY.

CONTRACTED GALLBLADDER.

---

| | | |
|---|---|---|
| ADMIT DATE: 10/31/2005 | DISCHARGE DATE: | DOB: 01/19/1961 PATIENT:  KEIR, EUGENE |
| PATIENT TYPE: IP | MEDICAL SERVICE: MED | SEX:  M      ROOM:  A608 - 2 |
| | | MR#:  605712 |
| ADMIT DR: NARENDRA K MAHESHWARI, MD | | FIN#:  255195875 |
| ORDER DR: NARENDRA K MAHESHWARI, MD | | LOCATION:  N 6 |
| | | CORP ID: 1142502 |

**RADIOLOGY FINAL
DO NOT DISCARD**



**North Broward Medical Center**
NORTH BROWARD
HOSPITAL DISTRICT

# DEPARTMENT OF RADIOLOGY AND MEDICAL IMAGING

201 E. Sample Road
Deerfield Beach, FL 33064
**(954)786-6450**

---

ADMITTING DIAGNOSIS:  NEW ONSET SEIZURE .

| **ULTRASOUND** |
|:---:|

| **Accession #:** US-05-0066972 | **Exam:** US ABDOMEN LIMITED | **Ordering Physician:** MAHESHWARI MD, NARENDRA K | **Exam Date/Time:** 11/03/2005 2:29:45 PM |

PATIENT ATE 2 HOURS AGO

UNREMARKABLE PANCREAS.


              MUHLETALER MD, CARLOS A
              (Electronic Signature)

Tech:  NOEL, PIERRE
Trans:  SBB
Trans D/T:  11.04.05 10:02 a
              ******FINAL******

---

| | | |
|---|---|---|
| ADMIT DATE: 10/31/2005 | DISCHARGE DATE: | DOB: 01/19/1961 PATIENT:  **KEIR, EUGENE** |
| PATIENT TYPE: IP | MEDICAL SERVICE: MED | SEX:  M     ROOM:  **A608 - 2** |
| | | MR#:  **605712** |
| ADMIT DR:  NARENDRA K MAHESHWARI, MD | | FIN#:  255195875 |
| ORDER DR: NARENDRA K MAHESHWARI, MD | | LOCATION:  **N 6** |
| | | CORP ID: 1142502 |

**RADIOLOGY FINAL
DO NOT DISCARD**



# DEPARTMENT OF RADIOLOGY AND MEDICAL IMAGING

**North Broward Medical Center**
NORTH BROWARD
HOSPITAL DISTRICT

201 E. Sample Road
Deerfield Beach, FL 33064
**(954)786-6450**

ADMITTING DIAGNOSIS:  NEW ONSET SEIZURE .

## CT SCAN

**Accession #:**
CT-05-0074085

**Exam:**
CT BRAIN W/O CONTRAST

**Ordering Physician:**
GARNER DO, LEON M

**Exam Date/Time:**
10/31/2005 10:00:00 AM

**Reason for Exam**
seizure

## NON CONTRAST CT SCAN OF THE BRAIN STAT ER:

CLINICAL HISTORY:  TRAUMA. SEIZURES.

Routine transaxial images of the brain were obtained without IV contrast material.

Occipital scalp hematoma.

Moderate diffuse symmetrical cortical brain atrophy.

No shifting of the midline structures, subarachnoid bleeding, subdural hematoma or intracerebral bleed.

Bony structures of the cranial base and calvaria unremarkable in these transaxial views.

MUHLETALER MD, CARLOS A
(Electronic Signature)

Tech:  COLLINS, JAMES
Trans:  SBB
Trans D/T:  10.31.05 10:40 a

******FINAL******

---

ADMIT DATE: 10/31/2005
PATIENT TYPE: IP

DISCHARGE DATE:
MEDICAL SERVICE: MED

ADMIT DR:  NARENDRA K MAHESHWARI, MD
ORDER DR: LEON M GARNER, DO

DOB: 01/19/1961 PATIENT:  KEIR, JEAN
SEX:  M        ROOM:  B911 - 2
              MR#:  605712
              FIN#:  255195875
              LOCATION:  N 9

CORP ID: 1753948

# DEPARTMENT OF RADIOLOGY AND MEDICAL IMAGING

**North Broward
Medical Center**
NORTH BROWARD
HOSPITAL DISTRICT

*201 E. Sample Road
Deerfield Beach, FL 33064*
**(954)786-6450**

ADMITTING DIAGNOSIS:  NEW ONSET SEIZURE .

| CT SCAN |
|---|

**Accession #:**
CT-05-0074086

**Exam:**
CT CERVICAL SPINE W/O CONTRAST

**Ordering Physician:**
GARNER DO, LEON M

**Exam Date/Time:**
10/31/2005 10:00:00 AM

**Reason for Exam**
seizure

## CT SCAN OF THE CERVICAL SPINE WITH CORONAL AND SAGITTAL RECONSTRUCTION IMAGES:

CLINICAL HISTORY: SEIZURE.

Routine images of the cervical spine were extended from the base of the skull through the thoracic inlet at 3 mm. intervals. Coronal and sagittal reconstruction images were reviewed.

Spinal canal well preserved. Vertebrobasilar junction and odontoid process unremarkable. No acute fracture or dislocations. Alignment of the cervical vertebral bodies well maintained.

REPORT TRANSMITTED TO THE ER ON 10/31/05 AT 10:43 A.M.

MUHLETALER MD, CARLOS A
(Electronic Signature)

Tech:  COLLINS, JAMES
Trans:  SBB
Trans D/T:  10.31.05 10:43 a
******FINAL******

---

| | |
|---|---|
| ADMIT DATE: 10/31/2005 | DISCHARGE DATE: |
| PATIENT TYPE: IP | MEDICAL SERVICE: MED |
| ADMIT DR:  NARENDRA K MAHESHWARI, MD | |
| ORDER DR: LEON M GARNER, DO | |

DOB: 01/19/1961 PATIENT:  KEIR, JEAN
SEX:  M    ROOM:  B911 - 2
MR#:  605712
FIN#:  255195875
LOCATION:  N 9

CORP ID: 1753948

**RADIOLOGY FINAL
DO NOT DISCARD**
NBMC Radiology Inpatient Final

Printed:  11/01/05  9:04 AM

Page: 1 of 1



**North Broward Medical Center**

## NEUROLOGICAL INSTITUTE
201 EAST SAMPLE ROAD
DEERFIELD BEACH, FLORIDA 33064
**(954) 786-7395**

| NEURODIAGNOSTIC LAB |
|---|

ADMITTING DIAGNOSIS:  NEW ONSET SEIZURE

| PROCEDURE | ACCESSION NUMBER | ORDERED DATE |
|---|---|---|
| NE EEG | 05-307-3133 | 03NOV05 |

This EEG is performed on this 44-year-old patient with new onset seizures.

The rhythmic activity is seen with a variable posterior beta frequency of 20-30 cycles per second alternating with periods of what appeared to be drowsiness with appropriate background slowing.  There were no areas in which focal asymmetry was recorded. There were no bursts of high amplitude slow waves or the appearance of spike or spike and wave type discharges.

IMPRESSION:

NORMAL EEG IN A PATIENT WHO EXHIBITED DROWSINESS BUT NO EVIDENCE OF ANY ELECTROCONVULSIVE ACTIVITY.

Dictating Physician:  Paul A. Flaten M.D.

PXF:DDP
Trs:11/04/05

Marc A. Swerdloff, M.D.
(Electronic Signature)
11/11/05

| | | |
|---|---|---|
| ADMIT DATE: 31OCT05    DISCHARGE DATE:  09NOV05 | DOB:  19JAN61 | PATIENT:  KEIR, EUGENE |
| PATIENT TYPE:  I    MEDICAL SERVICE:  MED | SEX:  M | ROOM:  A608-2 |
| ADMIT DR:  MAHESHWARI NARENDRA K | | |
| ORDER DR:  ROSENZWEIG, TODD | | MR #:  (0002)605712 |
| | | FIN #:  000255195875 |
| | | LOCATION: |

FINAL REPORT
DO NOT DISCARD

North Broward
Radiology    Acct 262481

**Account Financial Ledger**

| Posted | Provider | Voucher | Name | Description | Amount | Balance |
|---|---|---|---|---|---|---|
| 10/31/05 | CM | | Keir, Eugene | Ct Head or Brain w/out contrast (70450, 10/31/05) | 214.00 | 214.00 |
| 10/31/05 | CM | | Keir, Eugene | Ct C-Spine w/o Contrast (72125, 10/31/05) | 267.00 | 481.00 |

Page 1 of 1. Printed 11/30/05 at 09:25:11.

*mailed 11-14-05*

## Shahab U. Kidwai, M.D.

NEUROLOGY (DIPLOMATE AMERICAN BOARD OF NEUROLOGY & PSYCHIATRY
EEG (CERTIFIED BY AMERICAN BOARD OF CLINICAL NEUROPHYSIOLOGY)
EMG (DIPLOMATE AMERICAN BOARD OF ELECTRODIAGNOSTIC MEDICINE)
CLINICAL NEUROPHYSIOLOGY (EX. DIPLOMATE AMERICAN BOARD OF NEUROLOGY &
PSYCHIATRY)

2000 N. FEDERAL HWY
SUITE 203
POMPANO BEACH, FL 33062
TELEPHONE: (954) 783-0222
FAX: (954) 786-8628

## CONSULTATION REPORT

**PATIENT NAME:**             Keir, Eugene
**DATE OF EVALUATION:**       11/14/2005

### HISTORY OF PRESENT ILLNESS:

This 44-year-old white male was referred to me by Dr. Mollozo for neurological consultation.
The patient states that about three weeks ago during the hurricane, he went to Winn-Dixie
to get some supplies and he fell there and hit his head and next thing he remembers being
in the hospital and he was in the intensive care unit for three to four days and he was told
that he has hematoma and concussion. He had MRI scans and CAT scans done and he was
then released and now his only complain is that he feels weak all over and tired. He denies
any significant difficulty with memory. He gets occasional headache. He has no difficulty
with vision or sleep. He denies any dizziness except occasionally in the morning. He denies
any heart disease, hypertension, diabetes, alcohol abuse, or any other medical problem. He
is not taking any medication except aspirin and in the past, he was on lisinopril. I do not
have any records from the hospital available today.

### NEUROLOGICAL EXAMINATION:

Today showed that he is alert and oriented times three with slightly impaired memory with
normal speech. All cranial nerves are normal. Motor system examination shows normal
strength in all major muscles. Deep tendon reflexes are traces and symmetrical. Both
plantars are downgoing. Pinprick sensation and vibration is normal. Coordination
examination is normal. Romberg is negative. Tandem station is steady. His gait is normal.
Neck is supple and no carotid bruit was heard. Range of motion of the cervical and lumbar
spine was normal. There is no evidence of any hematoma, scarring, or injury to the scalp.

### IMPRESSION:

Most likely, the patient has closed-head injury with mild post concussion syndrome causing
generalized weakness and some memory impairment.

### RECOMMENDATION:

Reports especially MRI of the brain from the hospital should be sent to my office and I gave
him samples of Lexapro 10 mg once a day, and I will see him for followup in two weeks and
we will make further recommendation based on his response to these medication and the
hospital records review.

---

3715781_00_37_Keir_Eugene__Consultation_21_.doc

Keir, Eugene
Page 2 of 2

Thank you very much for referring the patient to me for neurological evaluation.


_____

**Shahab Kidwai, M.D.**
**SUK**/SG/KP

*Dictated but verified, subject to dictation/transcription variance*

*MGiloci 11-29-05*

## Shahab U. Kidwai, M.D.

NEUROLOGY (DIPLOMATE AMERICAN BOARD OF NEUROLOGY & PSYCHIATRY)
EEG (CERTIFIED BY AMERICAN BOARD OF CLINICAL NEUROPHYSIOLOGY)
EMG (DIPLOMATE AMERICAN BOARD OF ELECTRODIAGNOSTIC MEDICINE)
CLINICAL NEUROPHYSIOLOGY (EX. DIPLOMATE AMERICAN BOARD OF NEUROLOGY & PSYCHIATRY)

2000 N. FEDERAL HWY
SUITE 203
POMPANO BEACH, FL 33062
TELEPHONE: (954) 783-0222
FAX: (954) 786-8628

### FOLLOWUP REPORT

**PATIENT NAME:**    Keir, Eugene
**DATE OF REPORT:**    11/28/05

The patient returns today for followup and states that he is feeling slightly better. He is taking Lexapro 10 mg once a day and has no side effect from that medicine. Hospital records were sent to me and I reviewed them, and according to them, he apparently had one alcohol withdrawal seizure in the grocery store and after that he fell and sustained head injury and left lower frontal lobe hemorrhage was discovered in the hospital. His EEG was negative for any seizure activity. CT scan and the MRI scans were positive for the left frontal lobe injury. He also had abnormal liver functions because of the chronic alcohol abuse. The patient has not been drinking since then. He was not given any seizure medications. He has been under stress also because of the damage to his house from the hurricane and is trying to get some help from the FEMA. I am going to repeat his MRI scan with and without contrast to assess for the left frontal lobe injury and also I am going to repeat an EEG also sleep deprivation to see if it shows any epileptiform activity. I advised him about the law in Florida that he cannot drive for six months after a seizure. I am going to increase the Lexapro to one and a half tablet of 10 mg to see if it helps him any further. I will see him for followup after the MRI scan and the EEG.

**Shahab U. Kidwai, M.D.**

SUK/KP/SG

es Medical Practice Services    Phone: 954-771-827   77-595-8851    Email: support@ymps.com    Dat  2006 12/24/2005 4:33:54 AM    1/1

*MAILED 12/27*

## Shahab U. Kidwai, M.D.

NEUROLOGY (DIPLOMATE AMERICAN BOARD OF NEUROLOGY & PSYCHIATRY
EEG (CERTIFIED BY AMERICAN BOARD OF CLINICAL NEUROPHYSIOLOGY)
EMG (DIPLOMATE AMERICAN BOARD OF ELECTRODIAGNOSTIC MEDICINE)
CLINICAL NEUROPHYSIOLOGY (EX. DIPLOMATE AMERICAN BOARD OF NEUROLOGY &
PSYCHIATRY)

2000 N. FEDERAL HWY
SUITE 203
POMPANO BEACH, FL 33062
TELEPHONE: (954) 783-0222
FAX: (954) 786-8628

### FOLLOWUP REPORT

**PATIENT NAME:**         Keir, Eugene
**DATE OF REPORT:**       12/23/2005

The patient returns today for followup and states he is beginning to get better but he still has some headache and difficulty in focusing with his eyes, some concentration difficulty, and some balance problem. On my examination, however, he has negative Romberg sign and he was able to stand on tandem without any unsteadiness and his gait was normal. Range of motion of the cervical spine was normal. He had followup MRI scan with and without contrast and that was normal. His EEG was also normal. He therefore has these symptoms which is residual from the closed head injury and with times that should improve. He has been taking Lexapro 10 mg at night and I am increasing it to 20 mg and I am hoping that with this double dose, he will all get better because part of his problem was also stress and depression. I will see him for followup in one month and I told him to stay away from alcohol because with normal EEG and no history of seizures before, he most likely had alcohol-related seizure, as it was mentioned in the hospital record and he is not taking a seizure medication. He does not need one as long as he stays away from alcohol. He does not have any seizure.

*P. Kidwai*

_____
**Shahab U. Kidwai, M.D.**

SUK/SG/KP

Phone: 954-771-8223 / 877-595-8851    l: support@smartmd.com    Date: 09/2009 3/14/2007  16/30

## Shahab U. Kidwai, M.D.

NEUROLOGY (DIPLOMATE AMERICAN BOARD OF NEUROLOGY & PSYCHIATRY
EEG (CERTIFIED BY AMERICAN BOARD OF CLINICAL NEUROPHYSIOLOGY)
EMG (DIPLOMATE AMERICAN BOARD OF ELECTRODIAGNOSTIC MEDICINE)
CLINICAL NEUROPHYSIOLOGY (EX. DIPLOMATE AMERICAN BOARD OF NEUROLOGY &
PSYCHIATRY)

2000 N. FEDERAL HWY
SUITE 203
POMPANO BEACH, FL 33062
TELEPHONE: (954) 783-0222
FAX: (954) 786-8628

**FOLLOWUP REPORT**

**PATIENT NAME:**      Keir, Eugene
**DATE OF REPORT:**    03/13/06

The patient returns today for followup and states that he is doing alright.  He is not taking
any medication and he wants to go back to his work as physical therapist.  I received the
reports of the followup MRI scan without and with contrast and it showed minimal T2-bright
signal intensities that was from the head injuries but no acute hemorrhage or any other
lesion.  EEG was also normal without showing any epileptiform activity.  He has been stable
clinically and he is not taking any medications and is very anxious to go to work because he
is having financial problems and I am therefore clearing him for work full-time as a physical
therapist.  He will see me for followup as needed.


**Shahab U. Kidwai, M.D.**

SUK/KP/SG



SmartMD   Phone: 954-752-8825 / 877-353-8851   mail: support@smartmd.com   Date: DS2003 3/4/20    30:02 AM   1/1

### Shahab U. Kidwai, M.D.
NEUROLOGY (DIPLOMATE AMERICAN BOARD OF NEUROLOGY & PSYCHIATRY
EEG (CERTIFIED BY AMERICAN BOARD OF CLINICAL NEUROPHYSIOLOGY)
EMG (DIPLOMATE AMERICAN BOARD OF ELECTRODIAGNOSTIC MEDICINE)
CLINICAL NEUROPHYSIOLOGY (EX. DIPLOMATE AMERICAN BOARD OF NEUROLOGY &
PSYCHIATRY)

2000 N. FEDERAL HWY
SUITE 203
POMPANO BEACH, FL 33062
TELEPHONE: (954) 783-0222
FAX: (954) 786-8628

## FOLLOWUP REPORT

**PATIENT NAME:**       Keir, Eugene
**DATE OF REPORT:**     03/03/2006

The patient returns today for followup and stated that he is doing all right.  He has no symptom now and he is not taking Lexapro and he wants to go back to his work as physical therapist and he has been driving also without any problem.  He told me that he had followup MRI and EEG done, but I do not have those reports available today, therefore, I told him to bring those reports and I will see him for followup.  If they are stable, I will clear him for work.

**Shahab U. Kidwai, M.D.**

SUK/SG/KP

## Shahab U. Kidwai, M.D.
### NEUROLOGY, EEG, EMG, CLINICAL NEUROPHYSIOLOGY
2000 N. Federal Hwy #203
Pompano Beach, FL 33062
Ph. (954) 783-0222 • Fax (954) 786-8628

PATIENT'S NAME: _Eugene Keir_

DATE: _3-13-06_

ADDRESS: _____

℞  pt incleared for would
full time as physical
therapist neurologically

No. of Refills ☐     Signature: _S. Kidwai_

Generic ☐            DEA # _____

REORDER # 82 04721-30

---

**RECEIPT**

DATE _3/13/06_      No. _14817_

FROM _Keir_       $_40_

_____ DOLLARS

○ FOR RENT
○ FOR _Copay # 1247_

| ACCT. | | ○ CASH | |
|-------|--|--------|--|
| PAID | | ☑ CHECK | SHAHAB U. KIDWAI, M.D., P.A. 2000 N. FEDERAL HWY, #203 |
| DUE | | ○ MONEY ORDER | POMPANO BEACH, FL 33062 |

1152

Stanger Health Care Centers
601 N Congress Ave #417
Delray Beach, FL  33445
(561) 272-1582


ITEMIZED STATMENT OF CHARGES

Doctor: Wayne E Tobin MD                    Date: 12/11/06

Attorney: Ameen & Drucker, PA              Patient: Eugene Keir
          3111 University Drive Ste 608    Injury: 11/03/05
          Coral Springs, FL  33065         Acct #: 32308
          (954)340-7277


| DATE | CODE | DESCRIPTION | CHARGE |
|------|------|-------------|--------|
| 12/01/05 | 99204 | Complex Consulation L4 | 400.00 |
| 12/01/05 | 99082 | Transportation Of Patient | 40.00 |
| 12/06/05 | 95812 | EEG Testing Awake | 500.00 |

Page Total:   940.00

Total Charges: $  940.00

Stanger Health Care Centers
601 N Congress Ave #417
Delray Beach, FL  33445
(561) 272-1582


ITEMIZED STATMENT OF CHARGES

Doctor: Jay M. Weinstein, PHD                    Date: 12/11/06

Attorney: Ameen & Drucker, PA                    Patient: Eugene Keir
          3111 University Drive Ste 608          Injury: 11/03/05
          Coral Springs, FL  33065               Acct #: 32322
          (954)340-7277


| DATE | CODE | DESCRIPTION | CHARGE |
|------|------|-------------|--------|
| 12/01/05 | 90801 | Diagnostic Interview Eval | 300.00 |
| 12/08/05 | 96100 | Psychotherapy Testing Per Hour | 225.00 |
| 12/08/05 | 99082 | Transportation Of Patient | 40.00 |
| 12/16/05 | 90806 | Psychotherapy II | 200.00 |
| 12/16/05 | 99082 | Transportation Of Patient | 40.00 |

Page Total:  805.00


Total Charges: $  805.00





## SHCC



### Centers for Neurology and Pain Management

**CLINICAL DIVISIONS**

Neurology
Physiatry
(Physical Medicine)
Psychology
(Pain/Stress Management)
Chiropractic
Neurodiagnostics

**MEDICAL STAFF**

Wayne E. Tobin, M.D.
    Medical Director
Neurology
Diplomate, American Board of
Psychiatry & Neurology
Board Certified in
Electromyography, (EMG)
    Specializes In:
        Pain Management
        Headaches
        Botox
        EEG
        EMG / NCS
        Evoked Potentials

**PSYCHOLOGY STAFF**

Jay M. Weinstein, PH.D.
Clinical Neuropsychology

**PHYSICAL THERAPY AND
CHIROPRACTIC STAFF**

Jeffrey L. Stanger, D.C.
    Director

    Divisions
    SHCC DBA APCC
    Injury & Headache
    Treatment Centers

### INITIAL NEUROLOGICAL EVALUATION

**NAME:**            **KEIR, EUGENE**

**DATE:**            12/01/05

**DATE OF ACCIDENT:**    11/03/05

**HISTORY OF PRESENT ILLNESS:** The patient is 44 years old and was injured on 11/03/05. There is some discrepancy as to what happened at the time of injury. He states that he was in the Winn Dixie store. He slipped on some fluid, hit his head, and was taken to the hospital where he was in intensive care for several days. He was found to have a left frontal hematoma less than an inch in diameter. Subsequently, he has improved but is left with a number of symptoms including recurrent headache, pain in the legs especially the left with weakness, confusion, and insomnia.

The medical records tell a different story. He was treated for a withdrawal seizure probably related to alcohol. He was placed on Librium. He had a number of blood studies showing that the liver was not functioning well. He was actually jaundiced by the criteria. His bilirubin was 4 but it came down. His alkaline phosphatase was also elevated. The patient was seen by a neurologist and had an EEG, which showed no abnormality at the end of his hospitalization. His toxic screen showed cannabis and benzodiazepine but there was no alcohol suggesting that this was a withdrawal seizure.

**Divisions: SHCC DBA APCC, Injury and Headache Treatment Centers**

- 601 N. Congress Avenue • Delray Beach, Florida 33445 • (561) 498-4300 • Fax (561) 498-4539
- 8197-3 North University Drive • Tamarac, Florida 33321 • (954) 720-2800 • Fax (954) 720-6547
- 350 North University Drive • Pembroke Pines, Florida 33024 • (954) 438-9889 • Fax (954) 438-9572
- 931 Village Boulevard • Suite 903 • West Palm Beach, FL 33409 • (561) 640-9090 • Fax (561) 640-9145

KEIR, EUGENE
12/01/05
Page 2

However, the patient states that he is not an alcoholic and drinks no more than four beers a day.

**REVIEW OF SYSTEMS:**   Shows that he has sleep changes, poor memory, decreased vision, tinnitus, and recurrent dizziness.

**FAMILY HISTORY:**   He is divorced.   There is hypertension in the family.

**SOCIAL HISTORY:**   He is a nonsmoker.   He admits to drinking alcohol as stated above.   He has finished college.   He works as a physical therapist.

**EXAMINATION:**
**MENTAL STATUS:**   He is alert and cooperative.   A formal neurologic mental status was not done but he does not have any aphasia and his fund of knowledge is normal.
**CRANIAL NERVES:**   Extraocular movements are full.   The pupils are widely dilated but responsive.   There is no nystagmus. Facial movements and sensation are intact.   Auditory acuity is intact.
**MOTOR STATUS:**   He walks with a stiff-legged broad-based gait. The reflexes are present and active.   There are no abnormal reflexes.
**SENSORY:**   Pin is decreased over the left leg in a non-neurologic manner.   Vibration is intact.
**MECHANICAL:**   Straight leg raising is negative.   Neck movements are slightly restricted.   There is a tremor of the outstretched hands.

**IMPRESSION:**   The history and records are in some disagreement. They are most consistent with withdrawal seizures but alternate explanations are possible.   Without objective evidence, it is going to be difficult to be sure which is which.   I believe that we need to have further testing.   The patient was seen by Dr. Shahab Kidwai who I presume is a practicing neurologist who has scheduled an EEG and an MRI.   In addition, the patient should have a full psychological battery and I will schedule that.

*Wayne E Tobin*
WAYNE E. TOBIN, M.D., F.A.C.P.
WET/dg/220.556
D: 12/01/05   T: 12/01/05

  

### Centers for Neurology and Pain Management

#### ELECTROENCEPHALOGRAM REPORT

**NAME OF PATIENT:**    KEIR, EUGENE

**DATE:**        12/06/05

**STUDIES:**  The record is performed on an awake and cooperative patient.  Most of the record consists of low voltage fast activity with little well developed alpha activity.  There is excess beta at 20 to 30 microvolts.  Photic stimulation does not provoke any abnormality.  There is no abnormal sharp wave activity.

**IMPRESSION:**  The EEG is within normal limits for a patient taking sedative medication.

*Wayne E Tobin*

WAYNE TOBIN, M.D., F.A.C.P.
WT/dg/220.596
D: 12/07/05  T: 12/07/05

**Divisions: SHCC DBA APCC, Injury and Headache Treatment Centers**

• 601 N. Congress Avenue • Delray Beach, Florida 33445 • (561) 498-4300 • Fax (561) 498-4539
• 8197-3 North University Drive • Tamarac, Florida 33321 • (954) 720-2800 • Fax (954) 720-6547
• 350 North University Drive • Pembroke Pines, Florida 33024 • (954) 438-9889 • Fax (954) 438-9572
• 931 Village Boulevard • Suite 903 • West Palm Beach, FL 33409 • (561) 640-9090 • Fax (561) 640-9145





## Centers for Neurology and Pain Management

### CLINICAL DIVISIONS

Neurology
Physiatry
(Physical Medicine)
Psychology
(Pain/Stress Management)
Chiropractic
Neurodiagnostics

### MEDICAL STAFF

Wayne E. Tobin, M.D.
   Medical Director
Neurology
Diplomate, American Board of
Psychiatry & Neurology
Board Certified in
Electromyography, (EMG)
   Specializes In:
      Pain Management
      Headaches
      Botox
      EEG
      EMG / NCS
      Evoked Potentials

### PSYCHOLOGY STAFF

Jay M. Weinstein, PH.D.
Clinical Neuropsychology

### PHYSICAL THERAPY AND CHIROPRACTIC STAFF

Jeffrey L. Stanger, D.C.
   Director

   Divisions
SHCC DBA APCC
Injury & Headache
Treatment Centers

## INITIAL DIAGNOSTIC INTERVIEW

**NAME OF PATIENT:**          KEIR, EUGENE

**DATE OF EVALUATION:**      12/01/05

**REASON FOR REFERRAL:**   The client is complaining of headaches and concentration and memory problems.

**BACKGROUND INFORMATION:**   The client had an accident in October of this year.   The client fell down, which resulted in a concussion.

**BEHAVIORAL OBSERVATION:**   The client is a male, 44 years old.   The client ambulates with some difficulty.   His eye contact is good. His grooming and hygiene are within normal limits.   His speech is normal and productive. His affect is full range.   His mood is sad. Rapport is established.   The client presents with no signs of a psychotic or thought disorder.   The client reports no history of emotional problems and no history of psychiatric or psychological intervention.

**TEST RESULTS:**   The client was oriented times four.   His short-term memory appeared impaired.   His attention and immediate recall appeared borderline.   His concentration and working memory appeared impaired.   His general fund of knowledge was within normal limits. His ability to perform simple calculations was within normal limits.   His deductive reasoning and social judgment were within normal limits.

### Divisions: SHCC DBA APCC, Injury and Headache Treatment Centers

• 601 N. Congress Avenue • Delray Beach, Florida 33445 • (561) 498-4300 • Fax (561) 498-4539
• 8197-3 North University Drive • Tamarac, Florida 33321 • (954) 720-2800 • Fax (954) 720-6547
• 350 North University Drive • Pembroke Pines, Florida 33024 • (954) 438-9889 • Fax (954) 438-9572
• 931 Village Boulevard • Suite 903 • West Palm Beach, FL 33409 • (561) 640-9090 • Fax (561) 640-9145

KEIR, EUGENE
12/01/05
Page 2

**DIAGNOSTIC IMPRESSION:**    Postconcussion syndrome.

**RECOMMENDATIONS:**    Followup for neuropsychological testing and psychotherapy.


ELIZABETH TAMEZ                    JAY M. WEINSTEIN, Ph.D.
Psychotherapist                   Licensed Clinical Psychologist
                                  PY#0003266
                                  Supervising Neuropsychologist

ET/dg/500.30







## Centers for Neurology and Pain Management

### PSYCHOTHERAPY SESSION

**NAME OF PATIENT:**     KEIR, EUGENE

**DATE OF SESSION:**     12/08/05

**REASON FOR SESSION:**  Followup.

**BEHAVIORAL OBSERVATION:**  The client appears worried and overwhelmed.  The client reports experiencing memory and concentration problems and difficulty to be balanced physically.

**INTERVENTION:**  Intervention was focused on support through psychotherapy and the recommendation is to rest and add time for waiting and going to work due to the concentration and memory problems.

**NEXT SESSION PLANS:**  Continue with psychotherapy.


ELIZABETH TAMEZ
Psychotherapist

JAY M. WEINSTEIN, Ph.D.
Licensed Clinical Psychologist
PY#0003266
Supervising Neuropsychologist

ET/dg/500.34

### Divisions: SHCC DBA APCC, Injury and Headache Treatment Centers

• 601 N. Congress Avenue • Delray Beach, Florida 33445 • (561) 498-4300 • Fax (561) 498-4539
• 8197-3 North University Drive • Tamarac, Florida 33321 • (954) 720-2800 • Fax (954) 720-6547
• 350 North University Drive • Pembroke Pines, Florida 33024 • (954) 438-9889 • Fax (954) 438-9572
• 931 Village Boulevard • Suite 903 • West Palm Beach, FL 33409 • (561) 640-9090 • Fax (561) 640-9145





# SHCC

## Centers for Neurology and Pain Management

### PSYCHOTHERAPY SESSION

NAME OF PATIENT:    KEIR, EUGENE

DATE OF SESSION:    12/16/05

REASON FOR SESSION:    Followup.

BEHAVIORAL OBSERVATION:    The client appears overwhelmed and worried. The client reports experiencing some pain and headaches but his main concern is his concentration and memory problems. The client expressed the desire to work due to some financial difficulties.

INTERVENTION:    Intervention was focused on support through psychotherapy. The recommendation is to rest and be out of work due to the memory and concentration impairment. The client responded positively to the session.

NEXT SESSION PLANS:    Continue with psychotherapy.


ELIZABETH TAMEZ
Psychotherapist

JAY M. WEINSTEIN, Ph.D.
Licensed Clinical Psychologist
PY#0003266
Supervising Neuropsychologist

ET/dg/500.58/59

## Divisions: SHCC DBA APCC, Injury and Headache Treatment Centers

• 601 N. Congress Avenue • Delray Beach, Florida 33445 • (561) 498-4300 • Fax (561) 498-4539
• 8197-3 North University Drive • Tamarac, Florida 33321 • (954) 720-2800 • Fax (954) 720-6547
• 350 North University Drive • Pembroke Pines, Florida 33024 • (954) 438-9889 • Fax (954) 438-9572
• 931 Village Boulevard • Suite 903 • West Palm Beach, FL 33409 • (561) 640-9090 • Fax (561) 640-9145

MRI ASSOCIATES OF AMERICA, LLC
601 N. CONGRESS AVE STE 311
DELRAY BEACH, FL 33445
(561) 921-0922

| ACCOUNT NUMBER | 155 |
| GUARANTOR NAME | EUGENE KEIR |
| STATEMENT DATE | 12/10/05 |
| PLEASE PAY | 3204.21 |
| AMOUNT ENCLOSED | $ |

DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT

## * PATIENT STATEMENT *

Page 1

EUGENE KEIR
961 SE 20 AVENUE
DEERFIELD BEACH, FL 33441

MRI ASSOCIATES OF AMERICA, LLC
601 N. CONGRESS AVE STE 311
DELRAY BEACH, FL 33445
(561) 921-0922

| DATE | DESCRIPTION | AMOUNT | INSURANCE | PATIENT |
|------|-------------|--------|-----------|---------|
| | FOR BILLING QUESTIONS, PLEASE CALL (954)755-1395 OR FAX TO (954)755-1399. ALL MAJOR CREDIT CARDS ARE ACCEPTED. | | | |
| | **SERVICES FOR: EUGENE KEIR** REFERRED BY: SHAHAB KIDWAI | | | |
| 12/06/05 | BRAIN W/WO GAD | 3204.21 | | 3204.21 |

| PLEASE PAY |
|------------|
| 3204.21 |

### PATIENT BALANCE SUMMARY

| STATEMENT DATE | | CHARGES | PAYMENTS | ADJUSTMENTS | BALANCE |
|----------------|--|---------|----------|-------------|---------|
| 12/10/05 | | 3204.21 | 0.00 | 0.00 | 3204.21 |

IF YOU HAVE AN ATTORNEY PRESENT OR MEDICAL INSURANCE PLEASE CALL 954-755-1395, TO UPDATE OUR RECORDS.



ASSOCIATES OF AMERICA, LLC

*Corporate Headquarters*
**Delray Beach Office**
601 N. Congress Ave, Suite 311
Delray Beach, FL 33445
Office: 561-921-0922
Fax:    561-921-0923

**Coral Springs Office**
2055 N. University Drive
Coral Springs, FL 33071
Office:  954-825-0988
Fax:  954-825-0989

**PATIENT:   KEIR, Eugene**
**DOB:    01-19-1961**
**REF. PHYSICIAN:   Dr. Kidwai**
**DATE OF STUDY:    12-06-2005**

## MRI BRAIN WITH AND WITHOUT GADOLINIUM

**HISTORY:**    Imbalance since fall on 10-31-05.

**TECHNIQUE:** A variety of pulse sequences were obtained in the axial, parasagittal and coronal planes to emphasize T1- and T2-weighted imaging parameters.  Images were obtained prior to and following administration of gadolinium.

**FINDINGS:** Comparison is made with a report from previous outside MRI of the brain dated November of 2005.

The ventricular system is midline without evidence of shift, herniation or hydrocephalus.  No intra- or extra-axial collections are seen.  No space-occupying lesions are noted.

Mild generalized involutional changes are present.

No territorial infarctions are seen.

Orbital contents are unremarkable in appearance.

There is normal aeration of the paranasal sinuses.

The seventh-eighth nerve complexes are symmetric in appearance. There is no evidence of mass lesion involving either cerebellopontine angle.

Sellar and posterior fossa contents are unremarkable in appearance.

**PAGE 2**
**KEIR, Eugene**
**MRI BRAIN WO/W GADOLINIUM**
**12-06-2005**

Normal signal is demonstrated within the visualized brainstem and spinal cord.  There is no evidence of tonsillar ectopia.

There is no abnormal enhancement following administration of gadolinium.

**IMPRESSION:**

Mild generalized involutional changes.

Otherwise unremarkable pre and postcontrast MRI of the brain.

**Ronald I. Landau, M.D.**
Diplomate, American Board of Radiology
Fellowship Trained in MRI
RIL/ka

*Delray*

*N Broward MC*

**LANDAU**
RADIOLOGY, LLC

*Corporate Offices:*
*601 N. Congress Ave., Suite 311*
*Delray Beach, FL 33445*
*Phone: 561-921-0922  Fax: 561-921-0923*

*LOP*

## MRI SCREENING SHEET

PATIENT NAME *Eugene Keir*  SEX (M) ✓ (F)  DOB *1 / 19 / 61*  WEIGHT *182* Pounds

S.S. # *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* REFERRING PHYSICIAN *Kidwai*  EXAM *Brn w/wo*
*F# (954) 786-8828*

Are you Pregnant? YES ____ NO ✓

Have you ever worked in a metal or machine shop? YES ✓ NO ____

Have you ever been struck in the eyes with metal shavings? YES ____ NO ✓

Do you have a pacemaker? YES ____ NO ✓

Previous MRI study? YES ✓ DETAILS ____ *NBM /* _____ NO ____

Have you had surgery other than dental surgery? YES ✓ DETAILS *Ca Mohs procedure* NO ____

The following items can interfere with MR imaging and some can be hazardous to your safety.

Please check if you have any of these items:
____ Pacemaker
____ Aneurysm clips
____ Aortic clips
____ Carotid clips
____ Neurostimulators (tens-unit)
____ Heart valve
____ Insulin pumps
____ Cardiac Stent
____ Electrodes
____ Hearing aids
____ Inner ear prosthesis
____ IUD
____ Penile implant
____ Joint replacements
____ Fractured bones treated with metal rods,
     metal plates, pins, screws, nails or clips
____ Harrington rods
____ Shrapnel/Bullet fragments

____ Dentures/Partials
____ Metal slivers in the eyes
✓ Tattoos/tattooed eyeliner
____ Body Piercing
____ Metal mesh
____ Prosthesis
____ Wire sutures
____ Implants of any kind
     (describe below)

**PATIENT SIGNATURE** *Eugene Keir*   Date *12-6-05*

*This section to be completed by Technologist performing scans*
**Patient History:**                                   **Technologist:**

*S/P FALL INJURY 10/31/05. BALANCE/MULTIPLE Z'S.*

*Shahab U. Kidwai, M.D.*
NEUROLOGY, EEG, EMG, CLINICAL NEUROPHYSIOLOGY
2000 N. Federal Hwy #203
Pompano Beach, FL 33062
Ph (954) 783-0222 • Fax (954) 786-8628

PATIENT'S NAME: _Eugene Keith_

DATE: _11-28-05_

ADDRESS: _____

Rx

F/u EEG

3rd. h/o of one seizure
1 month ago

No. of Refils ☐        Signature: _S. Kidwai_

Generic ☐        DEA #

REORDER # 824-21

**Aggrenox**
aspirin/extended-release dipyridamole
25 mg/200 mg capsules

✳ Call beth
for
referal
954 759-7500
Vista Cobra.

---

*Shahab U. Kidwai, M.D.*
NEUROLOGY, EEG, EMG, CLINICAL NEUROPHYSIOLOGY
2000 N. Federal Hwy #203
Pompano Beach, FL 33062
Ph (954) 783-0222 • Fax (954) 786-8628

PATIENT'S NAME: _Eugene Keith_

DATE: _11-28-05_

ADDRESS: _____

Rx

F/u MRI brain w/
and w/o contrast
s/p recent H. Inj. c
(c) prenatal hematoma

No. of Refils ☐        Signature: _S. Kidwai_

Generic ☐        DEA #

REORDER # 824-21-30

(954) 942-9233
FAX (954) 942-9234

*Narendra K. Maheshwari M.D., P.A.*

2323 N.E. 26th AVE.
SUITE 101
POMPANO BEACH, FL 33062