UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF WITHDRAWAL OF APPLICATION FOR ALLOWANCE AND PAYMENT OF PRIORITY ADMINISTRATIVE EXPENSE CLAIM OF THE SCHREIBER CO.- BELLEVIEW ASSOCIATES, LTD.**

The Schreiber Co.-Belleview Associates, LTD. ("Schreiber"), by its undersigned counsel, respectfully withdraws its Application for Allowance and Payment of Priority Administrative Expense Claim, and Proposed Order for same, filed on December 19, 2006, at Docket Nos. 13244 -13245, respectively.

Dated: January 4, 2007          ECKERT SEAMANS CHERIN & MELLOTT, LLC

By: /s/ Peter N. Pross
Peter N. Pross, Esq. (PA Bar # 36890)
Harry A. Readshaw, Esq. (PA Bar #204287)
US Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA  15219

(412) 566-6000
(412) 566-6099 (Facsimile)

*Counsel for The Schreiber Co.-Belleview Associates, LTD.*

{J1052514.DOC}

## **CERTIFICATE OF SERVICE**

I, Harry A. Readshaw, hereby certify that, on January 4, 2007, I caused a true and correct copy of the foregoing *Application for Allowance and Payment of Priority Administrative Expense Claim of The Schreiber Co.-Belleview Associates, LTD.* to be served on the parties listed below via First Class mail, postage prepaid.

James Post, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202

Matthew Barr, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005

_/s/ Harry A. Readshaw_
Harry A. Readshaw