UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


FILED
JACKSONVILLE, FLORIDA
JAN 0 3 2007
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:                                         :    Case No. 05-03817-3F1
                                               :
Winn-Dixie Stores, Inc., et al.,               :    Chapter 11
                                               :
Reorganized Debtors.                           :    Jointly Administered

**APPLICATION FOR PAYMENT OF AN ADMINISTRATIVE CLAIM
OR A CLAIM AGAINST THE DEBTORS**

NOW COMES, PAMELA DANIEL, one of the creditors in the above styled case, and files this her Application for Payment of an Administrative Claim or her individual claim for damages and injuries sustained in an accident on the 17th day of June, 2004.

Petitioner requests that payment be made according to the Plan.

Respectfully submitted,

BY: _____
Pamela Daniel

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have on this date served a copy of the foregoing Application for Payment of an Administrative Claim by depositing the same in the United States Mail in an envelope marked with the below address and bearing sufficient first-class postage to ensure delivery thereof to:

James Post, Esq.
Smith Hulsey & Busey
225 Water St.
Suite 1800
Jacksonville, FL 32202

Matthew Barr, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005

This 28th day of December.

Pamela Daniel
104 South Main St.
Jonesboro, GA 30236