UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

Winn-Dixie Stores, Inc., et.al.

Reorganized Debtors
_____/

/ Case No.: 05-03817-3F1
/
/ Chapter 11
/
/
/ Jointly Administered

## NOTICE OF FILING APPLICATION FOR PAYMENT OF ADMINISTRATIVE CLAIM

COMES NOW, BEVERLY HELFONT, by and through the undersigned counsel, hereby submits this Notice of Filing Application for Payment of Administrative Claim, and as grounds thereof states as follows:

1. On or about March 7, 2006, BEVERLY HELFONT, was a lawful patron upon the premises of Winn Dixie Store No. 0202, located at 13841 Wellington Trace, West Palm Beach, Florida.

2. At all times material hereto, WINN-DIXIE, owed a duty to the Plaintiff to keep said premises in a reasonably safe condition, as well as, to warn the public of any dangerous conditions of which it knew or should have known.

3. WINN-DIXIE, by and through its agents, failed to ensure that the premises, specifically the floors located by the ice coolers, were properly maintained in an adequate and safe manner and free of slippery liquid substances, so as to protect BEVERLY HELFONT from dangerous and hazardous conditions while on said premises.

4. WINN-DIXIE, by and through its agents, knew or should have known, with the exercise of reasonable care, that a dangerous and hazardous condition existed and that injury to others was a probable consequence of its failure to maintain the premises in a safe manner.

5. That as a direct and proximate result of the negligence of WINN-DIXIE, which resulted in MRS. HELFONT's fall, BEVERLY HELFONT was seriously and severely injured in and about her body, and was thereby rendered sick, sore, lame and otherwise disabled, or, in the

alternative, the injuries aforesaid thereby caused or contributed to cause an aggravation of a previous existing defect or infirmity; and as a direct result thereof, the Plaintiff, BEVERLY HELFONT, has in the past and will in the future suffer great pain and anguish of body and mind and the injuries so complained of here are permanent in nature.

6. That as a further direct and proximate result of the negligence of WINN-DIXIE, BEVERLY HELFONT has in the past undergone painful and extensive medical care and treatment and has in the past incurred and will in the future incur medical expenses.

7. BEVERLY HLEFONT had made a demand for payment in the amount of Fifty Thousand Dollars ($50,000.00) prior to the Court Order being entered.

8. Pursuant to Court Order, dated December 6, 2006, the undersigned hereby files this Application for Payment of Administrative Claim, on behalf BEVERLY HELFONT.

WHEREFORE, BEVERLY HELFONT, by and through the undersigned counsel, respectfully requests that this Court grant this Motion against the Defendant, WINN-DIXIE, and award all damages, costs and any other relief that this Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. mail and facsimile to: James Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, (904) 359-7708 and Matthew Barr, Milbank, Tweed, Hadley & McCoy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, (212) 822-5194, this 2nd day of January, 2007.

By _____
JASON T. CORSOVER, ESQ.
Attorney for Beverly Helfont
Law Office of Jason T. Corsover, P.A.
950 S. Pine Island Road, Suite 121
Plantation, Florida 33324
Tel: (954) 727-8285
Fax: (954) 915-0160
Florida Bar No: 0189472