**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors | ) | Jointly Administered |

### APPLICATION OF HAMILTON COUNTY, TENNESSEE, FOR PAYMENT OF ADMINISTRATIVE CLAIM

Comes now Hamilton County, Tennessee, by counsel, and submits this application for payment of administrative claim for unpaid personal property taxes for the year 2005, prorated for the period commencing with the filing of the petition on February 21, 2005, and ending at the estimated date of final sale of the debtor's assets located in Hamilton County, Tennessee which are subject to the tax lien and claim of movant. Movant has a secured claim No. 12950 in this case which is being contested by the debtor, for the entire year 2005 taxes.

Attached hereto is a schedule showing unpaid 2005 personal property taxes, principal amount only for administrative claim purposes, and the prorated share estimated by movant (.5260) based on movant's estimate of the actual sale date of the assets. This administrative expense claim is in the amount of $8,117.13 for which this request is being made. It should be noted that the movant is uncertain as to the termination date of debtor's presence in this county and the date on which the assets subject to lien were sold and disposed of, which would be the end date for calculation of this administrative expense claim. Movant believes that prorating the annual taxes for the post-petition period until the debtor's assets were disposed of is the appropriate measure of its administrative expense claim.

Movant files this claim in addition to and not in substitution of its secured claim in this proceeding which is pending, but acknowledges that payment of this administrative expense claim will be a credit against its secured claim.

WHEREFORE, movant prays the Court to enter an Order directing the debtor to pay this administrative expense claim with a credit to the movant's other pending secured claims herein.

    Respectfully submitted,

    SPEARS, MOORE, REBMAN & WILLIAMS, P.C.

    By: /s/Scott N. Brown, Jr.
        Scott N. Brown, Jr., Tenn. Bar No. 1212
        Attorneys for Hamilton County, Tennessee
801 Broad Street, Sixth Floor
P.O. Box 1749
Chattanooga, TN 37401-1749
Telephone - (423) 756-7000
snb@smrw.com

**CERTIFICATE OF SERVICE**

The original of the foregoing was filed with the United States
Bankruptcy Court, Middle District of Florida, Jacksonville
Division, by electronic filing procedure on January 4, 2007,
and copies of the same were served on counsel by e-mailing, and
by regular mail, on January 4, 2007:

James Post, Esq.
Smith, Hulsey & Busey
225 Water Street, Ste. 1800
Jacksonville, FL 32202

(also to jpost@smithhulsey.com)

Matthew Barr, Esq.
Milbank, Tweed, Hadley &
 McCloy, LLP
One Chase Manhatten Plaza
New York, NY 10005

(also mbarr@milbank.com)

This 4th day of January, 2007.

SPEARS, MOORE, REBMAN & WILLIAMS, P.C.

BY: /s/Scott N. Brown, Jr.

F:\Library\users\CLIENTS\124898\0012\ReqPymtAdmClaim snb sg 1-3-07.wpd

**HAMILTON COUNTY, TENNESSEE**
**ADMINISTRATIVE EXPENSE CLAIM**
**January 4, 2007**
**(See Claim 12950)**

| **Store No.** | **Address** | **Bill No.** | **2005 Tax** |
|---|---|---|---|
| 1940 | 5450 Hwy 153 | 74870 | 3,815.00 |
| 1935 | 9408 Apison Pike | 147012 | 4,585.00 |
| 1933 | 11150 Dayton Pike | 144779 | 3,963.00 |
| 1936 | 8644 E. Brainerd Road | 74868 | 3,068.00 |
| Total unpaid principal 2005 personalty taxes: | | | 15,431.00 |
| Estimated expense period, February 21, 2005 - August 31, 2005    192 days/365 days = | | | x .5260 |
| Administrative Expense Claim: | | | $8,117.13 |

F:\Library\users\CLIENTS\124898\0012\ReqPymtAdmClaim snb sg 1-3-07.wpd