# HAMILTON COUNTY, TENNESSEE
## ADMINISTRATIVE EXPENSE CLAIM
January 4, 2007
(See Claim 12950)

| Store No. | Address | Bill No. | 2005 Tax |
|---|---|---|---|
| 1940 | 5450 Hwy 153 | 74870 | 3,815.00 |
| 1935 | 9408 Apison Pike | 147012 | 4,585.00 |
| 1933 | 11150 Dayton Pike | 144779 | 3,963.00 |
| 1936 | 8644 E. Brainerd Road | 74868 | 3,068.00 |
| Total unpaid principal 2005 personalty taxes: | | | 15,431.00 |
| Estimated expense period, February 21, 2005 - August 31, 2005  192 days/365 days = | | | x .5260 |
| Administrative Expense Claim: | | | $8,117.13 |

F:\Library\users\CLIENTS\124898\0012\ReqPymtAdmClaim snb sg 1-3-07.wpd

## Hamilton County
## Property Management - Trustee Access

Current User: **LCRANE**

| Home | Search | Reports | View | Special | Logout |

Reports menu: Daily / Monthly / Annual / Special Details / Yearly Totals / Payment Change Log

### Tax Bill Details

Return to Property Master

**Functions**

[ Make Payment ] [ Post Transaction ] [ Post Overpay ] [ Partial Payment ]
[ Toggle BackTax ] [ Toggle Tax Relief ] [ Toggle Bankruptcy ] [ Delete Pickup ]

### •Bankruptcy•

**Taxbill Details**

**Property Address:**
5450 HWY 153

**Year: 2005  #74870**

Reprint ORIGINAL Bill
Reprint CURRENT Bill
Detailed Tranaction Report
Print Simple ORIGINAL Bill
Print Simple CURRENT Bill

**Mailing Address**

WINN DIXIE #1940
ATTN PROPERTY TAX DEPT
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254-369

**Other Information**

| Type of Bill | Personalty Property |
|---|---|
| Assr Pickup # | |
| Status | Active |
| Exempt Code | None |
| Appraisal | $439,411.00 |
| Original Assmnt | $131,823.00 |
| Current Assmnt | $131,823.00 |
| Assmnt % | 98.00% |
| Rates: | |
| County | 2.8940 % |
| Municipal | 0.0000 % |
| Total | 2.8940 % |

**Legal Description**

1.
2.
3.
4. 100P C 001.10

| Mortgage Code | District | Map No. | GP | Ctl Map | Parcel |
|---|---|---|---|---|---|
| | Chattanooga (1) | PER | | | 1013802 |

**Total Due:  $3,815.00**

🔲 Show Details

### Current Transactions

| Type | Amount | Asmt Adj | Payment |
|---|---|---|---|
| Tax Billing | $3,815.00 | | |

Trustee Web v 0.98.8

http://app.hamiltontn.gov/trusteeclerk/main.aspx?m=310&pmuid=6496&tbuid=925722    9/30/2005

# Hamilton County
# Property Management - Trustee Access

Current User:
LCRANE

| Home | Search | Reports | View | Special | Logout |

## Tax Bill Details

Return to Property Master Details

### Functions

[Make Payment] [Post Transaction] [Post Overpay] [Partial Payment]
[Toggle BackTax] [Toggle Tax Relief] [Toggle Bankruptcy] [Delete Pickup]

### •Bankruptcy•

**Taxbill Details**

Property Address:
9408 APISON PIKE

Year: 2005  #147012
Reprint ORIGINAL Bill
Reprint CURRENT Bill
Detailed Tranaction Report
Print Simple ORIGINAL Bill
Print Simple CURRENT Bill

| Mailing Address |
|---|
| WINN DIXIE #1935<br>ATTN PROPERTY TAX DEPT<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254-369 |

| Other Information | |
|---|---|
| Type of Bill | Personalty Property |
| Assr Pickup # | |
| Status | Active |
| Exempt Code | None |
| Appraisal | $397,361.00 |
| Original Assmnt | $119,208.00 |
| Current Assmnt | $119,208.00 |
| Assmnt % | 98.00% |
| Rates: | |
| County | 2.8940 % |
| Municipal | 0.9520 % |
| Total | 3.8460 % |

| Legal Description |
|---|
| 1.<br>2.<br>3.<br>4.  140 188.15 |

| Mortgage Code | District | Map No. | GP | Ctl Map | Parcel |
|---|---|---|---|---|---|
| | Collegedale (2C) | PER | | | 1015081 |

**Total Due:  $4,585.00**

☐ Show Details

### Current Transactions

| Type | Amount | Asmt Adj | Payment |
|---|---|---|---|
| Tax Billing | $4,585.00 | | |

Trustee Web v 0.98.8

# Hamilton County
# Property Management - Trustee Access

Current User: LCRANE

| Home | Search | Reports | View | Special | Logout |

## Tax Bill Details

Return to Property Master Details

### Functions

[ Make Payment ]  [ Post Transaction ]  [ Post Overpay ]  [ Partial Payment ]
[ Toggle BackTax ]  [ Toggle Tax Relief ]  [ Toggle Bankruptcy ]  [ Delete Pickup ]

### •Bankruptcy•

**Taxbill Details**

Property Address:
11150 DAYTON PIKE

Year: 2005  #144779

Reprint ORIGINAL Bill
Reprint CURRENT Bill
Detailed Tranaction Report
Print Simple ORIGINAL Bill
Print Simple CURRENT Bill

**Mailing Address**

WINN DIXIE #1933
ATTN PROPERTY TAX DEPT
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254-369

**Legal Description**
1.
2.
3.
4. 048L F 011

**Other Information**

| Type of Bill | Personalty Property |
|---|---|
| Assr Pickup # | |
| Status | Active |
| Exempt Code | None |
| Appraisal | $359,592.00 |
| Original Assmnt | $107,878.00 |
| Current Assmnt | $107,878.00 |
| Assmnt % | 98.00% |
| Rates: | |
| County | 2.8940 % |
| Municipal | 0.7800 % |
| Total | 3.6740 % |

| Mortgage Code | District | Map No. | GP | Ctl Map | Parcel |
|---|---|---|---|---|---|
| | Soddy Daisy (3SD) | PER | | | 1015082 |

**Total Due:  $3,963.00**

☐ Show Details

## Current Transactions

| Type | Amount | Asmt Adj | Payment |
|---|---|---|---|
| Tax Billing | $3,963.00 | | |

Trustee Web v 0.98.8

# Hamilton County
# Property Management - Trustee Access

Current User: **LCRANE**

| Home | Search | Reports | View | Special | Logout |

- Daily
- Monthly
- Annual
- Special Totals
- Yearly Totals
- Payment Change Log

## Tax Bill Details

Return to Property Master Details

### Functions

[ Make Payment ]  [ Post Transaction ]  [ Post Overpay ]  [ Partial Payment ]

[ Toggle BackTax ]  [ Toggle Tax Relief ]  [ Toggle Bankruptcy ]  [ Delete Pickup ]

## •Bankruptcy•

### Taxbill Details

**Property Address:**
8644 EAST BRAINERD RD

**Year: 2005  #74868**

Reprint ORIGINAL Bill
Reprint CURRENT Bill
Detailed Tranaction Report
Print Simple ORIGINAL Bill
Print Simple CURRENT Bill

| Mailing Address |
|---|
| WINN DIXIE #1936<br>ATTN PROPERTY TAX DEPT<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254-369 |

| Other Information | |
|---|---|
| Type of Bill | Personalty Property |
| Assr Pickup # | |
| Status | Active |
| Exempt Code | None |
| Appraisal | $353,372.00 |
| Original Assmnt | $106,012.00 |
| Current Assmnt | $106,012.00 |
| Assmnt % | 98.00% |
| Rates: | |
| County | 2.8940 % |
| Municipal | 0.0000 % |
| Total | 2.8940 % |

| Legal Description |
|---|
| 1.<br>2.<br>3.<br>4.  171B C 014 |

| Mortgage Code | District | Map No. | GP | Ctl Map | Parcel |
|---|---|---|---|---|---|
| | Chattanooga (1) | PER | | | 1016143 |

**Total Due: $3,068.00**

☐ Show Details

## Current Transactions

| Type | Amount | Asmt Adj | Payment |
|---|---|---|---|
| Tax Billing | $3,068.00 | | |

Trustee Web v 0.98.8

http://app.hamiltontn.gov/trusteeclerk/main.aspx?m=310&pmuid=7683&tbuid=925720          9/30/2005

Pct # 101643
101508

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| Winn-Dixie Stores, Inc., et al.,[1] | Chapter 11 |
| Reorganized Debtors. | Jointly Administered |

**NOTICE OF (A) ENTRY OF ORDER CONFIRMING PLAN OF REORGANIZATION, (B) OCCURRENCE OF EFFECTIVE DATE OF PLAN, AND (C) BAR DATES FOR FILING CLAIMS ARISING BEFORE EFFECTIVE DATE AND OTHER ADMINISTRATIVE CLAIMS**

TO: ALL PARTIES IN INTEREST

PLEASE TAKE NOTICE THAT:

1. On November 9, 2006, the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Bankruptcy Court") entered its Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Confirmation Order"). Unless otherwise defined herein, capitalized terms used in this Notice shall have the meanings ascribed to such terms in the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated August 9, 2006, as modified by the First Modification to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated October 10, 2006 (together, the "Plan"). Copies of the Confirmation Order and the Plan may be obtained by accessing http://www.loganandco.com or http://www.flmb.uscourts.gov.

2. The conditions to consummation of the Plan set forth in Section 10.2 of the Plan were satisfied (or waived) on November 21, 2006. Thus, in accordance with the terms of the Plan, the Plan became effective on November 21, 2006 (the "Effective Date"). All references in the Plan and the Confirmation Order to the Effective Date are to November 21, 2006.

3. In accordance with Section 12.1 of the Plan, subject to the provisions of paragraph 4 below, all requests for payment of an Administrative Claim or any Claim arising against the Debtors in the period between February 21, 2005 and November 21, 2006, (other than as set forth in Section 4.1(a), 12.1, 12.2, 12.3, 12.4, or 12.5 of the Plan) must be made by application filed with the Bankruptcy Court and served on counsel for the Reorganized Debtors and the Post-Effective Date Committee no later than January 5, 2007, which is the date forty-five (45) days after the Effective Date. The filing of an application must be made via the Bankruptcy Court's electronic filing procedures (electronic filing is mandatory for all attorneys) or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202. The service of an application on counsel for the Reorganized Debtors must be made by delivery of a copy upon James Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, Fax: (904) 359-7708, E-mail: jpost@smithhulsey.com; and service of an application on counsel for the Post-Effective Date Committee must be made by delivery of a copy upon Matthew Barr, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Fax: (212) 822-5194, E-mail: mbarr@milbank.com. In the event that the Reorganized Debtors object to an application, the Bankruptcy Court shall determine the Allowed amount of such Administrative Claim. **Subject to the provisions of paragraph 4 below, an Administrative Claim or any Claim arising against the Debtors in the period between February 21, 2005 and November 21, 2006 that is not asserted in an application filed and served no later than January 5, 2007, shall be forever barred and deemed waived and relinquished in full, and the Reorganized Debtors shall have no obligation to pay such Claim.**

4. Notwithstanding the provisions of paragraph 3, (a) no application seeking payment of an Administrative Claim or any Claim arising between February 21, 2005 and November 21, 2006 is required with respect to an undisputed post-petition obligation which was paid or is payable by a Debtor in the ordinary course of business; *provided, however,* that in no event shall a post-petition obligation that is contingent or disputed and subject to liquidation through pending or prospective litigation, including, but not limited to, alleged obligations arising from personal injury, property damage, products liability, consumer

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

complaints, employment law (excluding claims arising under workers' compensation law), secondary payor liability, or any other disputed legal or equitable claim based on tort, statute, contract, equity, or common law, be considered to be an obligation which is payable in the ordinary course of business; and (b) no application is required with respect to Cure owing under an executory contract or unexpired lease if the amount of Cure is fixed or proposed to be fixed by order of the Bankruptcy Court pursuant to a motion to assume and fix the amount of Cure filed by the Debtors and a timely objection asserting an increased amount of Cure filed by the non-Debtor party to the subject contract or lease.

5. In accordance with Section 12.2(a) of the Plan, all final requests for payment of Professional Fee Claims pursuant to Sections 327, 328, 330, 331, 503(b), or 1103 of the Bankruptcy Code must be made by application filed with the Bankruptcy Court and served on the Reorganized Debtors, their counsel, counsel to the Creditors Committee or the Post-Effective Date Committee, the fee examiner, and other necessary parties-in-interest **no later than January 22, 2007**, which date is sixty (60) days after the Effective Date, unless otherwise ordered by the Bankruptcy Court. No hearing shall be held on an application for a Professional Fee Claim until the fee examiner has completed and filed a report with respect to the Professional Fee Claim. Objections to such applications must be filed and served on the Reorganized Debtors, their counsel, and the requesting Professional or other entity on or before the date that is thirty (30) days (or such longer period as may be allowed by order of the Bankruptcy Court) after the later of (i) the date on which the applicable application was served or (ii) the date on which the fee examiner's report with respect to the applicable Professional Fee Claim was filed.

Dated: December 6, 2006

| | |
|---|---|
| D. J. Baker | Stephen D. Busey |
| Sally McDonald Henry, Rosalie Walker Gray, Adam S. Ravin | James H. Post, Cynthia C. Jackson, Leanne Prendergast |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| Four Times Square, New York, New York 10036 | 225 Water Street, Suite 1800, Jacksonville, Florida 32202 |
| | |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |