UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Main Case No: 3-05-BK-3817 |
| | ) | Case No: 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors | ) | Jointly Administered |
| | ) | |

**APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE
EXPENSE STATUS FOR POST-PETITION CLAIM AND REQUEST FOR NOTICE**

Comes Now, REGINA BYRD, ("Applicant") by and through her undersigned counsel, seeks administrative expense status for Applicant's claim against one or more of the Debtors pursuant to 11 U.S.C. Section 503(b). Applicant requests the entry of an order allowing the administrative expense described below and directing the payment of such amount pursuant to Order Confirming the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. And Affiliate Debtors (the "Confirmation Order") and the provisions of the Plan as confirmed. In support of this Application, Applicant states as follows:

**JURISDICTION AND VENUE**

1.  The Court has jurisdiction over this matter pursuant to 28 U.S. C. sections 157 and 1334. Venue is proper pursuant to 28 U.S. C. Section 157 (b)(2).

**FACTUAL BACKGROUND**

2.  Winn-Dixie Stores, Inc., et al., (the "Debtors") filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on or about February 21, 2005 (the "Petition Date").

3. After the Petition Date and on or about May 15, 2006, the Applicant, REGINA BYRD, was injured when she slipped and fell at a Winn-Dixe Store located at 2009 South U.S. 1, Fort Pierce, Florida as a proximate result of the negligence of the Winn-Dixie entity operating the store in not keeping the floors reasonably safe or otherwise not maintaining the premises in a safe condition. As a result of the injury, Applicant, REGINA BYRD, has suffered damages totaling at least $30,000.00, which Applicant can support through medical records and other proof. Applicant's damages may not be fully liquidated at this time.

### APPLICANT'S CLAIM IS ENTITLED TO ADMINISTRATIVE EXPENSE STATUS

4. Section 503 (b) of the Bankruptcy Code provides for the allowance of administrative expense status, and its attendant priority for payment, for the "actual, necessary costs and expenses of preserving the estate ..." 11 U.S.C. section 503(b). It is well-established that personal injury claims arising from a post-petition tort committed by the debtor are entitled to administrative expense status. *Seem, Reading Co. V. Brown*, 391 U. S 471, 485 (post-petition fire damages resulting from trustee's negligence were entitled to administrative expense status); *In re Piper Aircraft Corp.,* 169 B.R. 766 (Bankr. S.D. Fla 1994).

5. In this instance, Applicant's claim arose as a result of the business operations of one or more of the Debtors after the Petition Date but prior to the confirmation Order. As such, Applicant's claim is entitled to administrative expense status under 11 U.S.C. section 503 (b), and Applicant seeks the entry of an order awarding such status.

### REQUEST FOR FUTURE NOTICE

Applicant requests that all future pleadings and notices regarding or affecting Applicant's claim be served upon:

Gloria H. Seidule, Esquire

Seidule & Webber
729 S. Federal Highway
Suite 210
Stuart, Florida 34994

WHEREFORE, based upon the foregoing, Applicant requests that the Court enter an order granting the relief requested herein and such other relief as it deems just and proper.

|  |  |
|---|---|
| Respectfully submitted, | **/s/ Gloria Seidule** |
|  | Gloria Seidule, Esquire |
|  | Florida Bar No: 716960 |
|  | Seidule & Webber |
|  | A Partnership of P.A.s |
|  | 729 S. Federal Highway, Suite 210 |
|  | Stuart, Florida 34994 |
|  | (772) 287-1220 |
|  | (772)287-5880 Facsimile |
|  | gloria@verdictfortheinjured.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U. S. Mail to D. J. Baker, Sally, McDonald Henry, Rosalie Walker Gray, Adam S. Ravin, Skadden, Arps, Slate, Meagher & Flom, LLP,, Co-Counsel for Re-organized Debtor, Four Times Square, New York, New York 10036 and Stephen D. Busey, James H. Post, Cynthia C. Jackson, Leanne Prendergast, Smith Hulsey & Busey, Co-Counsel for Re-organized Debtor, 225 Walter Street, Suite 1800, Jacksonville, Florida 32202, this _____ day of January, 2007

                                                            **/s/ Gloria Seidule**
                                                            Gloria Seidule.

/mar