UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

IN RE:                                                                        Case: 05-03817-3F1

WINN-DIXIE STORES, INC., ET AL,           Chapter 11 – Jointly Administered
Debtor
                                                                                  Honorable Judge:  Jerry A. Funk

_____/

### APPLICATION FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR A POST PETITION PERSONAL INJURY CLAIM
(Petitioner: Doris Lee Autry)

NOW COMES, Doris Lee Autry, by and through the undersigned attorney and files this Application for Allowance Of An Administrative Claim For A Post Petition Personal Injury Claim and moves this Honorable Court to Allow her post petition administrative claim, subject to liquidation by either consent of the parties or a court of competent jurisdiction and in support thereof states:

1. On February 21, 2005 (the "Petition Date") Winn-Dixie Stores, Inc., et al., ("the Debtors") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York. By order dated April 13, 2005, venue of the Debtor's bankruptcy cases was transferred to this Court.

2. The Debtors are operating their properties and managing their business as debtors-in-possession pursuant to Bankruptcy Code Sections 1107 and 1108.

3. On or about July 12, 2005, Ms. Doris Lee Autry entered Debtor's retail store #2213 located at 4417 NW Blitchton Road, Ocala, Florida to purchase her groceries. While in the debtor's facility, she tripped on a partially overturned rubber mat on the floor which was located by the produce stand. This mat was overturned as a direct result of the debtor's negligence. Upon tripping over this mat, the petitioner felt numbness in her bilateral knees, numbness in her right ring finger, and pain in her right lower back area.  On the same day, Ms. Autry went to West Marion Hospital where she underwent x-rays. She was then advised to follow up with her private provider.  The Petitioner underwent a course of physical therapy for several months.  She eventually underwent an MRI of the left knee and, upon review by orthopedic surgeon, Dr. Joseph Locker, surgery was been recommended.  However, my client is unable to afford surgery at this time.  Accordingly, she continues with her symptoms of pain

and is still in need of medical treatment. Ms. Autry's claim is worth in excess of $50,000.00.

4. The Court has entered Orders setting out certain procedures to resolve personal injury claims.

5. On or about December 11, 2006, Ms. Autry received a Notice of Bar Dates for Filing Claims Arising Before Effective Date and Other Administrative Claims. In said notice, Ms. Autry was directed to submit her post-petition personal injury claim by no later than January 5, 2007
   The personal injury claim of Ms. Autry is not yet liquidated.

6.

   Damages arising from a post petition tort committed by a debtor are entitled to

7.

   administrative expenses status. See Matter of Jartran, Inc., 732 F.2d 584, 587 (7t1 Cir. 1984); Seidle v. United States (In re Airlift), 97 B.R 664, 668 (Bankr. S.D. Fla. 1989).
   The Court may award an administrative expense priority under section 503 (b)

8.

   for the "actual, necessary costs and expenses of preserving the estate...." 11 U.S.0 Section 503 (B)(1).

**WHEREFORE,** Doris Lee Autry, respectfully requests that this Honorable Court enter an order:

   Allowing her post-petition administrative claim, subject to liquidation by either

a)

   consent of the parties or a court of competent jurisdiction. Upon liquidation of her post petition claim, Ms. Autry requests the Court to enter an Order requiring the Debtors to pay the allowed administrative claim in full, as a condition of confirmation of their Chapter 11 plan.
   The Court limit notice of this Application to the Debtors, and counsel for the

b)

   Unsecured Trade Creditors Committee.
   Grant such other and further relief as this Court deems just, equitable and proper.

c)

January 4, 2007

Respectfully Submitted

   /s/  Jorge Luis Colón, Esq.

Jorge Luis Colon, Esq.
Attorney for Petitioner
Fla. Bar No. 574521
Jorge Luis Colón, P.A.
P.O. Box 1419
Ocala, Florida 34478-1419
352-351-1650

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing was served by U.S. mail upon all on the following service list on December 27, 2006.

| | |
|---|---|
| Smith Hulsey and Busey<br>Attn: James Post<br>225 Water Street Suite 1800<br>Jacksonville, FL 32202 | Milbank, Tweed, Hadley & McCloy, LLP<br>Attn: Matthew Barr<br>1 Chase Manhattan Plaza<br>New York, NY 10005 |

Sedgwick Claims Management Services
Attn.: Rebecca Peters

Post Office Box 24787
Jacksonville, FL 32241-4787