F I L E D
JACKSONVILLE, FLORIDA

JAN 0 3 2007

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                        Case No. 05-03817-3F1

Winn-Dixie Stores, Inc., et al.,              Chapter 11

Reorganized Debtors.                          Jointly Administered

## MOTION FOR REQUEST FOR PAYMENT OF ADMINISTRATIVE CLAIM

Now into court, through undersigned counsel, comes Colleen Rudd, who is a plaintiff against one of the re-organized debtors, namely Winn-Dixie Montgomery, Inc., in a personal injury lawsuit entitled, **Colleen Rudd versus Winn-Dixie Stores, Inc. d/b/a Winn-Dixie Store Number 1588, Southern Cleaning Service, Inc. and Elliott's Janitorial,** located in the 29th Judicial District Court for the Parish of St. Charles, State of Louisiana, Civil Action Number 00064595, Division C.

That undersigned received notice to file a request for payment, pursuant to the above captioned bankruptcy litigation, and based upon same, undersigned moves that Colleen Rudd, and all her rights and claims contained in her litigation against debtor be placed in line for recognition and payment.

Respectfully submitted:

_____
CURTIS C. KRONLAGE, T.A. (14425)
KRONLAGE & KRONLAGE, APLC
717 St. Charles Avenue
New Orleans, Louisiana  70130
Telephone: 504/581-2400
Counsel for Plaintiff

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| Winn-Dixie Stores, Inc., et al., | Chapter 11 |
| Reorganized Debtors. | Jointly Administered |

O R D E R

Considering the foregoing:

**IT IS HEREBY ORDERED** that creditor, Colleen Rudd's, REQUEST FOR PAYMENT OF ADMINISTRATIVE CLAIM, is hereby granted.

This ____ day of _____, 2007.

_____
J U D G E

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have on this 27th day of December, 2006, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____
CURTIS C. KRONLAGE