UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                          CASE NO.: 3:05-bk-03817-JAF

                                CHAPTER 11

WINN-DIXIE STORES, INC., et al.,

    Debtors.    Jointly Administered

_____

REQUEST OF PHOENIX JR., INC. FOR ALLOWANCE
AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

Phoenix Jr., Inc. ("Phoenix"), by and through its undersigned counsel, requests that the Court enter an Order for the allowance and payment of its administrative expense claim pursuant to Bankruptcy Code §§ 365(d)(3) and 503(b) and states as follows:

1. The Debtors filed voluntary petitions under chapter 11 of the Bankruptcy Code on February 21, 2005.

2. At the time the Debtors filed their chapter 11 petition, Phoenix and one of the Debtors, Winn Dixie Stores, Inc. (the "Debtor"), were parties to a lease agreement (the "Lease") under which Phoenix leased certain premises to the Debtor identified as Store No. 605 (the "Premises").

3. On or about September 30, 2006, the Debtors rejected the Lease with Phoenix. As of the date the Debtors rejected the Lease with Phoenix, they owed

$80,990.93 for 2006 real estate taxes. A copy of the 2006 real estate tax bill is attached hereto as Exhibit A.

4. Bankruptcy Code § 503(b)(1)(A) requires the payment of administrative expenses, including the "actual, necessary costs and expenses of preserving the estate." The post-petition charges under the Lease were for the benefit of the Debtors' bankruptcy estate because the charges were incurred in connection with the Debtors' continuing post-petition operation of their business at the Premises through the rejection date.

5. Further, Bankruptcy Code § 365(d)(3) requires a debtor in possession to timely perform the obligations of a non-residential lease of real property until such lease is assumed or rejected. Payment of the 2006 real estate taxes is an obligation of the Debtors under the Lease, thus the Debtors should pay said sum forthwith.

6. Accordingly, Phoenix seeks allowance and payment of an administrative claim pursuant to Bankruptcy Code §§ 365(d) and 503(b) in the amount of $80,990.93.

7. Phoenix reserves the right to amend, supplement or modify this request as deemed necessary.

DATED this 4 day of January, 2007.

HELD & ISRAEL

By: _____
Kimberly Held Israel, Esquire
Florida Bar #47287
Adam N. Frisch, Esquire
Florida Bar #635308
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile
afrisch@hilawfirm.com