NOTICE OF AD VALOREM TAXES & NON-AD VALOREM ASSESSMENTS

PLEASE DETACH AND KEEP FOR YOUR RECORDS
SEE REVERSE SIDE FOR INSTRUCTIONS

## AD VALOREM TAXES

PINELLAS COUNTY TAX COLLECTOR
www.taxcollect.com

2006 REAL ESTATE TAX NOTICE/RECEIPT FOR PINELLAS COUNTY   RE   94122-9
PAY IN U.S. FUNDS TO *DIANE NELSON, TAX COLLECTOR* • P.O. BOX 10832 • CLEARWATER, FL 33757-8832 • (727) 562-3262

| IF POSTMARKED BY: | NOV. 30 | DEC. 31 | JAN. 31 | FEB. 28 | MAR. 31 |
|---|---|---|---|---|---|
| | 107,987.90 | 109,112.78 | 110,237.65 | 111,362.53 | 112,487.40 |

| MISC CODE | ESCROW | MILLAGE CODE | MILLAGE RATE |
|---|---|---|---|
| | | LA | 20.8310 |

| ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE |
|---|---|---|
| 5,400,000 | 0 | 5,400,000 |

| TAXING AUTHORITY | MILLAGE RATE | TAXES LEVIED |
|---|---|---|
| COUNTY-AGGREGATE | 6.1000 | 32,940.00 |
| SCHOOL-STATE LAW | 5.0460 | 27,248.40 |
| SCHOOL-LOCAL BD. | 3.1640 | 17,085.60 |
| CITY | 4.2758 | 23,089.32 |
| SW FLA WTR MGMT. | .4220 | 2,278.80 |
| PINELLAS ANCLOTE | .4000 | 2,160.00 |
| PIN. CO. PLN. CNCL. | .0195 | 105.30 |
| JUV. WELFARE BD. | .7963 | 4,300.02 |
| SUNCST. TR. AUTH. | .6074 | 3,279.96 |

PARCEL NO: 35/29/15/98332/000/0010
SITE ADDR: 1199    EAST BAY DR

PHOENIX JR INC

PO BOX 3211
CLEARWATER FL 33767-8211

TAXPAYER COPY

## NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | RATE | AMOUNT |
|---|---|---|
| | | |

⬇ DETACH HERE ⬇

NOTICE OF AD VALOREM TAXES & NON-AD VALOREM ASSESSMENTS

2006 REAL ESTATE TAX NOTICE/RECEIPT FOR PINELLAS COUNTY   RE   94122-9
PAY IN U.S. FUNDS TO *DIANE NELSON, TAX COLLECTOR* • P.O. BOX 10832 • CLEARWATER, FL 33757-8832 • (727) 562-3262

| IF POSTMARKED BY: | NOV. 30 | DEC. 31 | JAN. 31 | FEB. 28 | MAR. 31 |
|---|---|---|---|---|---|
| | 107,987.90 | 109,112.78 | 110,237.65 | 111,362.53 | 112,487.40 |

| MISC CODE | ESCROW | MILLAGE CODE | MILLAGE RATE |
|---|---|---|---|
| | | LA | 20.8310 |

| ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE |
|---|---|---|
| 5,400,000 | 0 | 5,400,000 |

SITE ADDR: 1199    EAST BAY DR
PARCEL NO: 35/29/15/98332/000/0010

PHOENIX JR INC

PO BOX 3211
CLEARWATER FL 33767-8211

PLAT 120 PAGE 033 - 034
WINN DIXIE MARKETPLACE
LOT 1 LESS THAT PT DESC
BEG SE COR OF LOT 1 TH
   ETC, AS PER TAX ROLL

RETURN WITH PAYMENT

Exhibit "A"

DUPLICATE    SS    12/13/06         PAID 11-30-06 55-138474    107987.90