UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

IN RE:      *    CASE NO. 05-03817-3F1
     WINN-DIXIE STORES, INC., ET AL    *
    *    CHAPTER 11
REORGANIZED DEBTORS    *
    *    JOINTLY ADMINISTERED

*************************************

## APPLICATION FOR COMPENSATION FOR PERSONAL INJURY

NOW INTO COURT, through undersigned counsel, comes Linda C. Lewis, a person of the full age of majority and domiciled in the Parish of Jefferson, State of Louisiana, who respectfully represents:

I.

On August 5, 2006 Linda C. Lewis was patronizing the Winn-Dixie Store located at 5901 Airline Highway in Metairie, Louisiana.

II.

As Ms. Lewis was walking to the checkout counter she slipped and fell on water near the ice cooler. The location of the incident was within view of several cashiers and the water on the floor appeared to have been present for a considerable time prior to Ms. Lewis' fall. Further, the source of the water appeared to have been the ice cooler.

III.

Ms. Lewis made a report of the incident and an employee wiped up the water and then took a photograph of the area.

IV.

As a result of this fall Linda C. Lewis sustained injuries which required emergency room treatment on the date of the injury and ongoing treatment with a physician since then. Injuries include muscle strains, contusions, and possible an intervertebral disc injury. Medical bills to date are approximately $3,000.00.

V.

Linda C. Lewis avers Winn-Dixie is liable to applicant under Louisiana law including the merchant statute for damages in connection with this incident.

VI.

Linda C. Lewis seeks and is entitled to allowance of her claim for personal injury as an administrative claim of Winn-Dixie.

WHEREFORE, Linda C. Lewis prays that this application be deemed good and sufficient and that her claim for damages be allowed as an administrative claim.

Respectfully submitted,

JAMES B. GUEST, Bar No. 6405
Attorney At Law
1900 32nd Street
Kenner, Louisiana 70065
Telephone: (504) 466-8266

**CERTIFICATE OF SERVICE**
I hereby certify that a copy of the foregoing has been served upon all counsel of record by mailing same to each by U.S. Mail, postage pre-paid, this ___ day of Jan. 20___

JAMES B. GUEST