J:\Firm\LIT\MOTION\jamarco.phv.wpd

# IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| WINN DIXIE STORES, INC., et al., | ) |
| | ) Case No. 05-03817-3F1 |
| Debtors. | ) |
| | ) |

## MOTION FOR ADMISSION PRO HAC VICE

COME NOW the Petitioners, Solomon J. Jaskiel and Jeffrey M. Rosenberg, and show the Court as follows:

1. Petitioners are admitted to practice before the Courts of the State of New York and the Unites States District Courts for the Southern and Eastern Districts of New York, in good standing.

2. Petitioner Jeffrey M. Rosenberg is also a member in good standing of the bars of the State of New Jersey and the United States District Court for the District of New Jersey.

3. Petitioners certify that there are no disciplinary proceedings pending against either of them in any jurisdiction.

4. Petitioners state that they are willing to abide by the local rules of the United States Bankruptcy Court for the Middle District of Florida.

5. Petitioners will represent Tallahassee 99-FL, LLC, a creditor of Winn-Dixie Stores, Inc., in the within matter.

6. Petitioners' contact information is as follows:

    Solomon J. Jaskiel, Esq.
    Jeffrey M. Rosenberg, Esq.
    Klein & Solomon, LLP
    275 Madison Avenue, 11th Floor
    New York, New York 10016
    (212) 661-9400 (Tel.)
    (212) 661-6606 (Fax)
    jeff@kleinsolomon.com

7. Petitioners request that the requirement for local counsel be waived pursuant to Local Rule 2090-1.

Dated: January 2, 2007

**KLEIN & SOLOMON, LLP**

By: /s/ Solomon J. Jaskiel

By: /s/ Jeffrey M. Rosenberg
    Attorneys for Tallahassee 99-FL, LLC
    275 Madison Avenue, 11th Floor
    New York, New York 10016
    Tel: (212) 661-9400
    Fax: (212) 661-6607
    jeff@kleinsolomon.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2007 I filed the within **MOTION FOR ADMISSION PRO HAC VICE** through the CM/ECF filing system, which will cause a copy to be served upon James H. Post, Esq., counsel for the reorganized debtors, Matthew Barr, Esq. and John MacDonald, Esq., Counsel for the Post-Effective Date Committee, Elena L. Escamilla, Esq., counsel for the office of the U.S. Trustee and all other parties participating in the CM/ECF system, all served electronically.

                              /s/ Jeffrey M. Rosenberg
                              Jeffrey M. Rosenberg