LAW OFFICES

# CORIROSSI & BENNETT

GROVE PLAZA - SECOND FLOOR

2900 MIDDLE STREET

COCONUT GROVE, FLORIDA 33133

**ROBERT G. CORIROSSI, P.A.**
- BOARD CERTIFIED
  CIVIL TRIAL LAWYER
- AV RATED
- ADMITTED TO FLORIDA
  AND COLORADO BARS

TELEPHONE (305) 441-9000

FAX (305) 441-1991

**SCOTT B. BENNETT, P.A.**
- MEMBER OF STATE AND FEDERAL
  TRIAL BAR
- AV RATED

## CERTIFIED MAIL
## RETURN RECEIPT REQUESTED

F I L E D
JACKSONVILLE, FLORIDA

JAN 0 3 2007

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

December 27, 2006

Clerk of the Court
United States Courthouse
300 North Hogan Street, Suite 3-350
Jacksonville, Florida   32202

In Re:  Winn Dixie Stores, Inc., et al          Case No. 05-03817-3F1
        Reorganized Debtors                      Chapter 11
        _____/

        Our Client      :     Loretta Johson
        D/Accident      :     6/14/06
        Our File No.    :     5092

Dear Sir or Madam:

In accordance with Section 12.1 of the Joint Plan of Reorganization of Winn Dixie Stores, Inc. and Affiliated Debtors, please consider this an application for the claim of Loretta Johnson against the Debtors, which arose on June 14, 2006, a date within the period between February 21, 2005 and November 21, 2006.

Loretta Johnson was injured in a slip and fall accident that occurred at the Winn Dixie Store located at 3401 N.W. 18th Avenue, Miami Dade County, Florida.

Attached you will find records from Cedars Medical Center and Dr. Maury Fox in support of this claim.

The total amount of the claim is Forty Five Thousand ($45,000.00) Dollars.

Please advise if there is any additional information you require.

Sincerely

ROBERT G. CORIROSSI
RGC/sp

| | | | | 3 PATIENT CONTROL NO | 4 TYPE OF BILL |
|---|---|---|---|---|---|
| ALLGITA | | | | 44946903 | 131 |

| 5 FED TAX NO | 6 STATEMENT COVERS PERIOD FROM / THROUGH | 7 COV D | 8 N-C D | 9 C-I D | 10 L-R D | 11 |
|---|---|---|---|---|---|---|
| 1146 | 061506 061506 | | | | | |

752461479

12 PATIENT NAME: JOHNSON LORETTA

13 PATIENT ADDRESS: 5200 NW 26 AVENUE MIAMI FL 33142

| 14 BIRTHDATE | 15 SEX | 16 MS | 17 DATE ADMISSION 18 HR | 19 TYPE | 20 SRC | 21 D HR | 22 STAT | 23 MEDICAL RECORD NO | CONDITION CODES 24 25 26 27 28 29 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|
| 11071951 | F | | 061506 07 1 | 16 | 01 | | 01 | 000000313589 | | |

| 32 OCCURRENCE CODE/DATE | 33 OCCURRENCE CODE/DATE | 34 OCCURRENCE CODE/DATE | 35 OCCURRENCE CODE/DATE | 36 OCCURRENCE SPAN FROM / THROUGH | 37 |
|---|---|---|---|---|---|
| a 01 061506 | | | | | A |
| b | | | | | B C |

38 JOHNSON LORETTA
5200 NW 26 AVENUE
APT 21
MIAMI FL 33142

| 39 CODE | VALUE CODES AMOUNT | 40 CODE | VALUE CODES AMOUNT | 41 CODE | VALUE CODES AMOUNT |
|---|---|---|---|---|---|
| a 45 | 6 00 | | | | |
| b | | | | | |
| c | | | | | |
| d | | | | | |

| 42 REV CD | 43 DESCRIPTION | 44 HCPCS / RATES | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 1 | 0250 INJ KETOROLAC TROMETHAM | J1885 | 061506 | 4 | 152 00 | | |
| 2 | 0274 KNEE ORTHOSIS IMMOBILIZ | L1830 | 061506 | 1 | 280 00 | | |
| 3 | 0320 X-RAY EXAM OF KNEE | 73560 | 061506 | 1 | 397 00 | | |
| 4 | 0450 EMERGENCY DEPT VISIT | 99282 | 061506 | 1 | 255 00 | | |
| | 0001 TOTAL CHARGES | | | | 1084 00 | | |

| 50 PAYER | 51 PROVIDER NO | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST AMOUNT DUE | 56 |
|---|---|---|---|---|---|---|
| A PHN | 010036600 | Y | Y | | 1084 00 | |
| B | | | | | | |
| C | | | | | | |

**DUE FROM PATIENT** ▶

| 58 INSURED'S NAME | 59 P.REL | 60 CERT. - SSN - HIC - ID NO | 61 GROUP NAME | 62 INSURANCE GROUP NO |
|---|---|---|---|---|
| A JOHNSON LORETTA | 18 | 1862694028 | UNEMPLOYED | 999999 |
| B | | | | |
| C | | | | |

| 63 TREATMENT AUTHORIZATION CODES | 64 ESC | 65 EMPLOYER NAME | 66 EMPLOYER LOCATION |
|---|---|---|---|
| A 151472GEMR | 3 | UNEMPLOYED | |
| B | | | |
| C | | | |

| 67 PRIN. DIAG CD | 68 CODE | 69 CODE | 70 CODE | OTHER DIAG CODES 71 72 73 74 75 | 76 ADM DIAG CD | 77 E-CODE | 78 |
|---|---|---|---|---|---|---|---|
| 71711 | V5080 | 4019 | | | 92411 | E8889 | |

| 80 PRINCIPAL PROCEDURE CODE/DATE | 81 OTHER PROCEDURE CODE/DATE | OTHER PROCEDURE CODE/DATE | OTHER PROCEDURE CODE/DATE | 82 ATTENDING PHYS. ID ME0093799 |
|---|---|---|---|---|
| a OTHER PROCEDURE CODE/DATE | OTHER PROCEDURE CODE/DATE | OTHER PROCEDURE CODE/DATE | | 149244 SANDHU JASWINDER |

83 OTHER PHYS. ID

OTHER PHYS. ID

84 REMARKS: PHN
a 1801 NW 9 AVENUE
b 700
c MIAMI FL 33136

| 85 PROVIDER REPRESENTATIVE | 86 DATE |
|---|---|
| X RAMON DELAGARZA | 062106 |

I CERTIFY THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF

UB-92 HCFA-1450   A8301 (07/98)   OCR/ORI

PATIENT NO.                    ATLANTA, GA 30384-3029
PATIENT:                       800-523-5768
JOHNSON LORETTA

                                                    ADMITTED      DISCHARGED
                                                    06/15/06      06/15/06

BILL TO:
    JOHNSON LORETTA                EMERGENCY                      FC=09
    5200 NW 26 AVENUE              ADMIT THRU DISCHARGE CLAIM
    APT 21
    MIAMI           FL      33142

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 250-PHARMACY | | | | | | | | |
| 061506 | 15B259 | 0712 | | 200248 | E J1885 | 1 | KETOR TROMETH/15 MG | 38.00 |
| 061506 | 15B259 | 0712 | | 200248 | E J1885 | 1 | KETOR TROMETH/15 MG | 38.00 |
| 061506 | 15B259 | 0712 | | 200248 | E J1885 | 1 | KETOR TROMETH/15 MG | 38.00 |
| 061506 | 15B259 | 0712 | | 200248 | E J1885 | 1 | KETOR TROMETH/15 MG | 38.00 |
| 061506 | 15B259 | 0712 | | 202613 | B 409379601 | 1 | KETOROLAC 60MG INJ | .00 |
| | | | | | | | SUBTOTAL: | 152.00 |
| 274-PROTH-ORTH DEV | | | | | | | | |
| 061506 | 16B439 | 0718 | | 101305 | L1830 | 1 | KNEE IMMOBILIZER UNIV. | 280.00 |
| | | | | | | | SUBTOTAL: | 280.00 |
| 320-DX XRAY | | | | | | | | |
| 061506 | 15B260 | 0723 | | 728067 | 73560 | 1 | XR KNEE 1 OR 2 V | 397.00 |
| | | | | | | | SUBTOTAL: | 397.00 |
| 450-EMERG ROOM | | | | | | | | |
| 061506 | 16B358 | 0730 | | 780003 | 99282 | 1 | EMER DEPT LEVEL 2 | 255.00 |
| | | | | | | | SUBTOTAL: | 255.00 |

                              TOTAL ANCILLARY CHARGES        1084.00

                                  TOTAL CHARGES             1084.00
                                       PAYMENTS                 .00
                                    ADJUSTMENTS                 .00
                                       BALANCE             1084.00

A FOR PROFIT, TAX PAYING HOSPITAL LICENSED BY      R
THE STATE OF FLORIDA IRS ID #75-2461475

PATIENT NO.
GUARANTOR NO.
PATIENT:
JOHNSON LORETTA

ATLANTA, GA 30384-3029
800-523-5768

06 20 06

ADMITTED        DISCHARGED
06/15/06        06/15/06

DEPARTMENTAL CHARGE SUMMARY

| DEPT | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 0712 | PHARMACY | 152.00 |
| 0718 | MEDICAL SERVICES | 280.00 |
| 0728 | RADIOLOGY - DIAGNOSTIC | 397.00 |
| 0780 | EMERGENCY SERVICES | 255.00 |

TOTAL CHARGES:     1,084.00
TOTAL PAYMENTS:          .00
TOTAL ADJUST:            .00

 

| Patient | Unit# | Service/Location | Status | Date | Account # |
|---|---|---|---|---|---|
| **JOHNSON,LORETTA** | E0313589 | CEDARS EMERGENCY ROO REG ER | | 06/15/06 | E44946903 |

## P A T I E N T

Soc Sec No    DOB         Age    Sex  MS   Race  Religion
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   11/07/51    54     F    S    B     Baptist
Address: 5200 NW 26 AVENUE APT 21
         MIAMI, FL 33142
Home Ph: 786 444-5507        County:
Email:

## P A T I E N T   E M P L O Y E R
UNEMPLOYED
NA
NA,XX 00000
Work Phone: 305 999-9999
Occupation: U

## G U A R A N T O R

JOHNSON,LORETTA         ,SS#: 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
Address:
5200 NW 26 AVENUE APT 21   MIAMI,FL 33142
Home Ph: 786 444-5507       County:
Relationship to Patient: Same as P

## G U A R A N T O R   E M P L O Y E R
UNEMPLOYED
NA
NA,XX 00000
Work Phone: 305 999-9999
Occupation: U

## P E R S O N   T O   N O T I F Y
JACKSON,EVELYN

MIAMI,FL 00000
Hm: 305 333-0814    Wk:
Rel to Patient: Friend/Other

## N E X T   O F   K I N
JACKSON,EVELYN

MIAMI,FL 00000
Hm: 305 333-0814    Wk:
Rel to Patient: Friend/Other

## T E M P O R A R Y   A D D R E S S

Ph:              Thru:
Note:

## I N S U R A N C E #1
MEDICAID PSN CONSULTEC
1801 NW 9 AVENUE
MIAMI, FL 33136
Phone 305 575-3650
Contact

Policy # 1862694028
Coverage #
Subscriber JOHNSON,LORETTA
Rel to Pt  Same as Patient (Self)
Eff.      to          Rel Y Assign Y
Group 999999 - UNEMPLOYED

## A U T H O R I Z A T I O N
Treat/Precert  Not Required
Ins Verif      20060615
Pro Review     Not Required
Ins. Name - MEDICAID PSN CONSULTEC
Ins. Mnemonic - MCDPSN

## I N S U R A N C E #2

Phone
Contact

Policy #
Coverage #
Subscriber
Rel to Pt
Eff.      to          Rel   Assign
Group

## A U T H O R I Z A T I O N
Treat/Precert
Ins Verif
Pro Review
Ins. Name -
Ins. Mnemonic -

## I N S U R A N C E #3

Phone
Contact

Policy #
Coverage #
Subscriber
Rel to Pt
Eff.      to          Rel   Assign
Group

## A U T H O R I Z A T I O N
Treat/Precert
Ins Verif
Pro review
Ins. Name -
Ins. Mnemonic -

## O C C U R R E N C E S
Code Type                    Date      Time
11   Date Onset of Symptoms  06/15/06

## C O N D I T I O N S
Code Type

## S P A N   C O D E S
Code   From      Thru
Code   From      Thru
Special Program

Last Hospitalization

Admission Comment
NO PCP PER PATIENT

Financial Class
03

## P H Y S I C I A N S

Attending Physician        Admitting Physician        Emergency Room Physician
                                                      Sandhu,Jaswinder           305 325 5464
Prim Care Physician        Family Physician           Other Physician
NO,PCP PER PATIENT

## A D M I S S I O N / R E G I S T R A T I O N
Date      Time Source           Rm/Bed Arrival  Principal Admitting Diagnosis/Reason for Visit   Admitted By
06/15/06 0756 Physician Referral  /    WI       INJURY RIGHT KNEE                                Ortiz,Jean-Paul

**Cedars Medical Center**
**1400 NW 12th Avenue, Miami, FL 33136  (305) 325-5511**

REGISTRATION FORM IN PROCESS

Printed 06/15/06 0844 By 1RSJP01783

Unit#   

**JOHNSON,LORETTA**

Cedars Medical Patient Care *Live*
ER Triage & Developmental/Screenings

Age/Sex: 54 F
Unit #: E03:3589
Admitted:
Status: PRE ER

Attending:
Account #: E44946903
Location: CEPS
Room/Bed:

| Type | Allergy - Severity/Comments | Updated Dt/Tm Verified Dt/Tm |
|---|---|---|
| MEDICATION | No Known Drug Allergies | 06/15/06 0756 06/15/06 0758 |
| FOOD | No Known Food Allergies | 06/15/06 0756 06/15/06 0758 |
| CONTRAST MEDIA | No Known Contrast Allergies | 06/15/06 0756 06/15/06 0758 |
| OTHER | No Known Other Allergies | 06/15/06 0756 06/15/06 0758 |

Comprehensive Triage                    06/15/06 0758 MAR

Subjective Assessment: AS PER PT* I FELT DOWN IN THE SUPERMARKET AND INJURY MY
RIGHT KNEE. YESTERDAY

Objective Assessment: NO SWELLING. NO REDNESS. NO HEMATOMA. DENIES LOC

Chief Complaint: General Medicine          TB/SARS Screening: Y
                                            Fingerstick Blood Sugar (Mg/Dl):
Temp Source: Oral   Height - Feet: 5
    Temp: 97.0         Inches: 3
    Pulse: 95     Weight - Lbs: 170
    Resp: 18          Cm: 160 020
    SpO2: 98          O2: 170
    BP: 157/70        Kg: 77.112

Patient's Pain Scale: Verbal 1-10 scale
Pain Intensity/Level: 6
Pain Location: RIGHT KNEE

Mode of Arrival: Ambulatory/Walk-in
EMT Transport:
Accompanied By: Self
Last Tetanus: > 5 Years
Medications and Treatments Prior to Arrival:
DENIES

<Home Meds(Dose/Frequency/Last Dose)>:
LISINOPRIL 40 MG ORALLY DAILY

Social History
Support Systems Available

                PMD:

Previous Medical History: Hypertension

---

Comprehensive Triage                    06/15/06 0758 MAR

List Previous Surgeries: DENIES

OB/GYN History:
    LMP: N/A
    Pregnant: No
    EDC:
    Gravida: 3
    Para: 3
    AB: 0
6 Weeks Postpartum:

Patient's Height/Weight Within Normal Range for Age:
Head Circumference in cm (if Under 2 yrs. Age):
    Fontanelles:
    Immunizations Current:
    Recent Immunizations:

Exposure to Communicable Diseases:

                Attends Day Care:

            Triage Level: 4
            Triage Date: 06/15/06
            Triage Time: 0756

========= TB SCREENING =========
Productive Cough Lasting > 2 Weeks:    No
    Fever or Night Sweats:             No
    Cough Producing Bloody Sputum:     No
    Unexplained Weight Loss:           No
Chronic Fatigue w/ Any One of Above:  No
Any Known Hx of Tuberculosis (TB):    No
Mask Placed on Patient or Were
    Airborn Precautions Instituted:   No

Have You Traveled Outside the U.S. within the Last 2 Weeks *And* Are You
    Experiencing any Flu Like Symptoms:    No

========= EDM: Screenings/Developmental =========

Tobacco Use Now or in Previous 12 Months: Yes
    Smoking Cessation Counseling Done: Y
    Alcohol Use: No
Frequency of Alcohol Use:
    Last Alcoholic Berverage & How Much:

## NEURO / VASC / TENDON

- __ awake and alert
- __ sensation intact
- __ motor intact
- __ no vascular compromise
- __ oriented x3
- __ CN's nml as tested

- __ lethargic
- __ sensory / motor deficit
- __ disoriented to person/place/time
- __ pallor / cool skin / abnml cap refill
- __ pulse deficit
- __ facial droop/EOM palsy/anisocoria
- __ deficit in tendon function
- __ weakness/sensory loss
- __ depressed affect
- __ anxious

### PSYCH
- __ mood/affect nml

### SKIN
- __ warm, dry
- __ diaphoretic / cool / cyanotic

### HEAD / ENT
- __ normocephalic, atraumatic
- __ ENT nml inspection

- __ tenderness
- __ swelling / ecchymosis
- __ TM obscured by cerumen (R/L)

### NECK / BACK
- __ nml inspection
- __ non-tender

- __ tenderness
- __ swelling / ecchymosis

### CHEST
- __ no resp. distress
- __ non-tender
- __ breath snds nml

- __ tenderness
- __ swelling / ecchymosis

### GI / ABDOMEN
- __ non-tender
- __ no organomegaly

- __ tenderness / guarding

### XRAYS    R / L   ankle  tib-fib  knee  femur  hip   # of views
- __ no fracture
- __ nml joint
- __ nml alignment
- __ nml soft tissue
- __ nml
- __ NAD

- __ fracture
- __ dislocation
- __ DJD
- __ soft-tissue swelling
- __ fat pad sign
- __ effusion

PRIOR XRAY- __ unchngd __ unavail. __ changed:
- ☐ interp contemporaneously by me    ☐ discussed w/ Radiologist
- ☐ interp by Radiologist    ☐ personally reviewed by me

### PROCEDURE NOTES:
KNEE-
- __ arthrocentesis done after betadine prep; ____ cc of __ serous __ serosanguinous __ bloody fluid removed

LEG / KNEE / ANKLE-
- __ ace wrap / tape    __ boot orthosis    __ crutches    __ post-op shoe
- __ splint  Long Leg   Short Leg - static   Short Leg - dynamic   Knee Immobilizer
- __ applied by ED Physician / Tech / Nurse

- __ examined post splint / strapping application
- __ NV intact    __ alignment good

### WOUND DESCRIPTION / REPAIR
- length ____ cm  location ____
- NVT __ intact __ see NVT exam  (front side)
- depth/shape/contamination
- __ superficial    __ linear    __ stellate    __ contused tissue
- __ SQ    __ irregular    __ nail avulsed
- __ muscle    __ flap
- __ clean    __ contaminated  minimally / moderately / *heavily with ____

Lower Extremity Injury   11

---

### ANESTHESIA    __ LET / TAC    __ local    __ digital / metacarpal block
__ lidoc  1% 2%  epi / bicarb    __ marcaine .25% .5% epi

### WOUND PREP
- __ Hibiclens / Shur-Clens / Betadine / wnd clnsr
- __ irrigated / washed with saline    __ debrided
  minimal / mod. / *extensive    minimal / *mod. / *extensive
- __ wound explored    __ undermined
- __ foreign material removed    minimal / mod. / *extensive
  partially  completely    __ wound margins revised
- __ multiple flaps aligned

### WOUND REPAIR
Wound closed with: __ wound adhesive   steri-strips ____
| | | | |
|---|---|---|---|
| SKIN- | # ____ ____ -0 | nylon / prolene / staples ____ | |
| | __ interrupted __ running __ simple __ mattress ( h / v ) | | |
| *SQ | # ____ ____ -0 | vicryl | |
| | __ interrupted __ running __ simple __ mattress ( h / v ) | | |
| OTHER | # ____ ____ -0 | material ____ | |
| | __ interrupted __ running __ simple __ mattress ( h / v ) | | |

*may indicate intermediate repair   *may indicate intermediate or complex repair

### ED COURSE: Time_____   re-examined __ unchanged __ improved

_Knee ranch he_
_+ crutes_

- __ Discussed with Dr. _____    Time ____
- patient will be seen in: office / ED / hospital
- __ Counseled patient / family regarding:    Rx given  _Vicodin_
- lab results   diagnosis   need for follow-up
- ☐ EMTALA EMC present    ☐ EMTALA EMC absent
- ☐ Stable for discharge / out patient follow up

### CLINICAL IMPRESSION:        Fall    Alleged Assault
- (Contusion)    (R) L    hip    thigh    leg
- Hematoma    (knee)    ankle    foot
- Sprain
- Laceration

- Fracture    R / L    tibia  distal / shaft / proximal
- Dislocation    fibula  distal / shaft / proximal
  - bimalleolar   trimalleolar
  - talus  calcaneus
  - navicular  metatarsal  toe: ____

Internal Derangement of Knee    R / L

- Follow up with Dr. ____
- DISPOSITION-    ☑ discharge ☐ admit ____    ☐ transfer ____
- Time____    ☐ placed in obs. (See obs template) ☐ Left AMA
- CONDITION-    ☐ unchanged ☐ improved ☐ stable

- ARNP / PA- ____
- PHYSICIAN- ____    Time ____
- PHYSICIAN- ____    Time ____
- ☐ T Complete ☐ T Sheet Add-On ____    ☐ Copy PMD ☐ Dictated

JOHNSON, LORETTA
E44946903    PRE ER
06/15/06    Sandhu, Jaswinder
DOB: 11/07/51  54    F  MR# F0313589
Cedars Medical Center  Miami, FL

© 1996-2002 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

**11    Cedars Medical Center**
# EMERGENCY PHYSICIAN RECORD
## Lower Extremity Injury

DATE: 6/15  TIME: 11:2  ROOM: (7)  __EMS Arrival

HISTORIAN: __patient __paramedic __translator __other____
AGE  57  M /(F)
__History limited by ____

## HPI    chief complaint / location of injury:

(Injury to)(right)/ left
    foot   ankle   leg   knee   thigh   hip

| duration / occurred: | where occurred: |
|---|---|
| __just prior to arrival | __home          __school |
| __today                 | __neighbor's    __park |
| √yesterday   15:30      | __work          __street |
| days PTA                | ours. |

context: __fell __twisted __direct blow __incised __burn

severity: __mild __moderate __severe
Pain Scale: ( 1-10 )

☐ Agree w/ nurse's note for PFSH / ROS

## ROS
☐ ROS below otherwise negative
\tingling / numbness distally   __suspected FB ( skin lac )
\swelling / bruising   __painful / unable to bear weight
\head / neck / other injuries

## PAST HISTORY   ☐ Prior records ordered / reviewed ☐ Tetanus UTD
__peptic   __prior injury
__Other
Meds- __none / see list   DM, HTN
Allergies- __NKDA / see list

## PHYSICAL EXAM
## CONSTITUTIONAL
☐ Agree w/ vital signs   Other
__Exam limited by
Distress: √NAD __mild __moderate __severe
## MUSCULOSKELETAL / EXTREMITIES
FOOT
__nml inspection   __see diagram
__non-tender      __tenderness   soft-tissue / bony
                  __swelling / ecchymosis
                  __deformity

ANKLE
__nml inspection   __see diagram
__non-tender      __tenderness   soft-tissue / bony
__nml ROM         __swelling / ecchymosis
                  __limited ROM
                  __laxity of ligaments ( ant. Drawer )
                  __deformity

LEG
__nml inspection   __see diagram
__non-tender      __tenderness   soft-tissue / bony
                  __swelling / ecchymosis
                  __limited ROM

KNEE
__nml inspection   __see diagram
__non-tender      __tenderness   soft-tissue / bony
__nml ROM         __ecchymosis
                  __joint effusion / swelling
                  __limited ROM
                  __deformity

__stable          Ligaments-
                  __pain / laxity on anterior drawer
                  __pain / laxity on posterior drawer
                  __pain / laxity on medial stress
                  __pain / laxity on lateral stress

THIGH & HIP
√nml inspection   __tenderness   soft-tissue / bony
                  __swelling / ecchymosis
                  __limited hip ROM
                  __hip pain on leg movement ( R / L )

sev

GAIT
__normal   √limited by pain / unable to bear weight
           __antalgic gait
           __gait not tested due to pain

JOHNSON, LORETTA
E44946903      PRE ER
06/15/06   Sandhu, Jaswinder
DOB: 11/07/51  54    F   MR# E0313589
Cedars Medical Center  Miami, FL

Version October 2002

| ◆ **Cedars Medical Center** | Patient Information | Treating Provider | Discharge Summary |
|---|---|---|---|
| Cedars Medical Center<br>1400 NW 12th Avenue | JOHNSON, LORETTA<br>5200 NW 26 AVENUE APT<br>21<br>Phone: 786 444-5507<br>Acct: E44946903<br>Reg: E0313589 | Jaswinder Sandhu MD<br>1400 NW 12th Avenue<br><br>Phone: 305-325-5464 | Date: 6/15/06 Time: 12:51:57 PM<br><br>**Chart Copy** |

| 1) Your Discharge Instructions: | 2) Your Prescriptions: |
|---|---|
| KNEE IMMOBILIZER #Document: 238 (English)<br>SPRAINED KNEE #Document: 380 (English)<br>CRUTCH INSTRUCTIONS #Document: 95 (English)<br>NARCOTIC MEDICATION #Document: 548 (English) | Vicodin Oral Tablet 5-500 Milligram 1 TABLET EVERY 4 TO 6 HOURS AS NEEDED # 28 TABLETS (0 Refills) |

### 3) You should Follow Up with:

| Follow Up Physician: | Follow Up Information |
|---|---|
| YOUR REGULAR PHYSICIAN,<br><br><br>Phone:<br>Fax: | On 06/15/2006 this patient was treated in the Emergency Department of Cedars Medical Center at 1400 NW 12th Avenue for Refer to Discharge list above. The patient was asked to follow up 2 Days. |

## PLEASE READ THIS SECTION

THE PHYSICIAN NAME PROVIDED ON YOUR DISCHARGE SUMMARY IS PROVIDED AS A COURTESY TO YOU AS A PLACE TO START TO LOCATE A PHYSICIAN. IF YOU DO NOT ALREADY HAVE A PHYSICIAN. THE PHYSICIAN NAMED IS UNDER NO OBLIGATION TO SEE YOU, AND PAYMENT MAY BE EXPECTED. YOU CAN FOLLOW-UP WITH ANY PHYSICIAN OF YOUR CHOICE. THERE ARE COMMUNITY HEALTH SERVICES THAT MAY BE AVAILABLE TO YOU IN YOUR AREA IF YOU DO NOT HAVE A PHYSICIAN, INCLUDING THE JACKSON MEMORIAL HEALTH CARE SYSTEM. IF YOUR CONDITION WORSENS, RETURN TO THE NEAREST EMERGENCY DEPARTMENT.

*I have read and understand the above, received a copy of applicable instruction sheets, and will arrange for follow up care.*

| _Loretta Johnson_ | | | _(signature)_ | | |
|---|---|---|---|---|---|
| Signature | Patient/Parent/Guardian | Date/Time | Signature | Instructed by | Date/Time |

CONFIDENTIAL INFORMATION: The information contained in this fax is confidential. If you have received this fax in error, please notify the sender at once and destroy this document.

Patient Name: JOHNSON, LORETTA
Unit No: E0313589

Exams: 001086160 KNEE RIGHT AP & LAT

RIGHT KNEE:

DATE:    6/15/06

FINDINGS:

THERE ARE CHANGES OF DEGENERATIVE OSTEOARTHRITIS WITH NARROWING
OF THE MEDIAL COMPARTMENT.

THERE APPEARS TO BE CHONDROCALCINOSIS ALONG THE LATERAL COMPARTMENT,
MINIMAL NARROWING OF THE FEMOROPATELLAR COMPARTMENT AND OSSIFICATION
OF THE MIDDLE COLLATERAL LIGAMENT OF THE MEDIAL CONDYLAR AREA WHICH
MAY REPRESENT POST TRAUMATIC CALCIFICATION OF SO-CALLED
PELLEGRINI-STEIDA SYNDROME.

THERE ARE NO ACUTE FRACTURES OR DISLOCATIONS OR INTRA-ARTICULAR
LOOSE BODIES IDENTIFIED.


    ** Electronically Signed by JORGE SOWERS MD on 06/16/2006 at 1338 **
               Reported by: JORGE J. SOWERS, M.D.
               Signed by:   SOWERS,JORGE MD


CC:

Dictated Date/Time: 06/16/2006 (0000)
Technologist: ANAIBI MOLINA, RT; JOHANNA HORTA GONZALEZ RT
Transcribed Date/Time: 06/16/2006 (1009)
Transcriptionist: CRAD:GLH
Electronic Signature Date/Time: 06/16/2006 (1338)
Printed Date/Time: 07/09/2006 (1759)    Batch No: N/A

PAGE 1              Signed Report Printed From PCI

**CEDARS ER RADIOLOGY**          Name: JOHNSON,LORETTA
**1400 N.W. 12TH AVENUE**        Phys: CSANJS - Sandhu,Jaswinder
**MIAMI, FLORIDA 33136**         DOB: 11/07/1951 Age: 54      Sex: F
                                 Acct No: E44946903 Loc: CERS
**Phone #: 305-325-5464**        Exam Date: 06/15/2006 Status: DEP ER
                                 Radiology No: 00013467

 

| Patient | Unit# | Service/Location | Status | Date | Account # |
|---|---|---|---|---|---|
| JOHNSON, LORETTA | E0313589 | CEDARS EMERGENCY ROO REG ER | | 06/15/06 | E44946903 |

## PATIENT

| | | | | | |
|---|---|---|---|---|---|
| Soc Sec No | DOB | Age | Sex | MS | Race | Religion |
| 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 | 11/07/51 | 54 | F | S | B | Baptist |

Address: 5200 NW 26 AVENUE APT 21
MIAMI, FL 33142
Home Ph: 786 444-5507    County:
Email:

## PATIENT EMPLOYER

UNEMPLOYED
NA
NA,XX 00000
Work Phone: 305 999-9999
Occupation: U

## GUARANTOR

JOHNSON, LORETTA    · SS#: 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
Address:
5200 NW 26 AVENUE APT 21    MIAMI, FL 33142
Home Ph: 786 444-5507    County:
Relationship to Patient: Same as P

## GUARANTOR EMPLOYER

UNEMPLOYED
NA
NA,XX 00000
Work Phone: 305 999-9999
Occupation: U

## PERSON TO NOTIFY     NEXT OF KIN

JACKSON, EVELYN

MIAMI, FL 00000
Hm: 305 333-0814    Wk:
Rel to Patient: Friend/Other

JACKSON, EVELYN

MIAMI, FL 00000
Hm: 305 333-0814    Wk:
Rel to Patient: Friend/Other

## TEMPORARY ADDRESS

Ph:    Thru:
Note:

## INSURANCE#1

MEDICAID PSN CONSULTEC
1801 NW 9 AVENUE
MIAMI, FL 33136
Phone 305 575-3650
Contact

Policy # 1862694028
Coverage #
Subscriber JOHNSON, LORETTA
Rel to Pt Same as Patient (Self)
Eff.    to    Rel Y Assign Y
Group 999999 - UNEMPLOYED

### AUTHORIZATION

Treat/Precert Not Required
Ins Verif    20060615
Pro Review    Not Required
Ins. Name - MEDICAID PSN CONSULTEC
Ins. Mnemonic - MCDPSN

## INSURANCE#2

Phone
Contact

Policy #
Coverage #
Subscriber
Rel to Pt
Eff.    to    Rel    Assign
Group

### AUTHORIZATION

Treat/Precert
Ins Verif
Pro Review
Ins. Name -
Ins. Mnemonic -

## INSURANCE#3

Phone
Contact

Policy #
Coverage #
Subscriber
Rel to Pt
Eff.    to    Rel    Assign
Group

### AUTHORIZATION

Treat/Precert
Ins Verif
Pro review
Ins. Name ·
Ins. Mnemonic -

## OCCURRENCES

Code Type
11   Date Onset of Symptoms

Date    Time
06/15/06

## CONDITIONS

Code Type



## SPAN CODES

Code    From    Thru
Code    From    Thru
Special Program

Last Hospitalization

Admission Comment
NO PCP PER PATIENT

Financial Class
03

## PHYSICIANS

Attending Physician

Prim Care Physician
NO PCP PER PATIENT

Admitting Physician

Family Physician

Emergency Room Physician
Sandhu, Jaswinder    305 325-5464
Other Physician

## ADMISSION/REGISTRATION

| Date | Time | Source | Rm/Bed | Arrival | Principal Admitting Diagnosis/Reason for Visit | Admitted By |
|---|---|---|---|---|---|---|
| 06/15/06 | 0756 | Physician Referral | / | WI | INJURY RIGHT KNEE | Ortiz, Jean-Paul |

**Cedars Medical Center**
1400 NW 12th Avenue, Miami, FL 33136  (305) 325-5511

REGISTRATION FORM IN PROCESS

Printed 06/15/06 0844 By 1RSJPO1783

Unit#

## EMERGENCY DEPARTMENT ORDER SHEET

Date: _____     **ALLERGIES:** _____

| TIME | E R PROTOCOL | TIME | LABS | TIME | RADIOLOGY |
|------|--------------|------|------|------|-----------|
| | ☐ Chest Pain | | ☐ BP-7 | | ☐ Chest X-Ray AP/Lateral |
| | ☐ Abdominal Pain | | ☐ CBC with Differential | | ☐ Chest X-Ray Portable |
| | ☐ CVA/Syncope | | ☐ PT/PTT/INR | | ☐ Abdomen Series |
| | ☐ CHF | | ☐ UA  ☐ C&S | | ☐ Cervical Spine |
| | ☐ Sepsis | | ☐ Cardiac Enzymes | | ☐ Lumbar Spine |
| | ☐ GI Bleed | | ☐ LFT's | | ☐ Thoracic Spine |
| | ☐ Renal Colic | | ☐ Amylase/Lipase | | ☐ Extremity |
| | ☐ COPD/Asthma | | ☐ Magnesium | | ☐ Soft Tissue/Neck |
| | ☐ Pneumonia | | ☐ Acetone | | ☐ |
| | ☐ Hip Fracture | | ☐ Urine Pregnancy | | ☐ CT Brain No Contrast |
| | ☐ Medical Clearance | | ☐ Blood Pregnancy | | ☐ CT Brain With Contrast |
| | ☐ Urinary Tract Infection | | ☐ BHCG | | ☐ Renal CT |
| | ☐ Sickle Cell | | ☐ Blood Cultures x 2 | | ☐ CT Abdomen/Pelvis |
| | ☐ Overdose | | ☐ BNP | | ☐ Oral/Intravenous Contrast |
| | | | ☐ Dilantin Level | | ☐ Oral Contrast Only |
| | ☐ EKG | | ☐ Tegretol Level | | ☐ Intravenous Contrast Only |
| | ☐ Cardiac Monitor | | ☐ Theophylline Level | | ☐ Rectal Contrast |
| | ☐ Pulse Oximetry | | ☐ Type & Screen | | ☐ Chest CT No Contrast |
| | | | ☐ Type & Cross ____ units | | ☐ Chest CT With Contrast |
| | ☐ Albuterol Nebulizer x ____ | | ☐ Ammonia Level | | ☐ Appendicitis CT |
| | ☐ Atrovent Nebulizer x ____ | | ☐ Digoxin Level | | |
| | ☐ Xopenex Nebulizer x ____ | | ☐ Depakote Level | | ☐ Ultrasound |
| | ☐ ABG | | ☐ D-Dimer | | |
| | | | ☐ Sed Rate | | ☐ Venous Doppler Extremity |
| | ☐ Ventilator Mode: ____ | | ☐ Aspirin/Tylenol Level | | |
| | FIO₂ ____ Rate ____ TV ____ PEEP ____ | | ☐ Urine Toxicology | | ☐ VQ Scan |
| | ☐ BIPAP | | ☐ | | ☐ |
| | FIO₂ ____ IPAP ____ EPAP ____ | | ☐ | | ☐ |

*FIO₂ rendered as $FIO_2$*

## MEDICATIONS / ORDERS

| TIME | | TIME | | TIME | |
|------|--|------|--|------|--|
| | *toradol 60mg IM* | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

☐ Call Physician to Admit    Physician
☐ Discharge                  Signature: _____

P.A.

JOHNSON, LORETTA
E44946903          PRE ER
06/15/06   Sandhu,Jaswinder
DOB:11/07/51  54    F   rm# E0313589
Cedars Medical Cente Miami, FL

### ❖ Cedars Medical Center
### Miami, Florida
### EMERGENCY DEPARTMENT ORDER SHEET

FORM 600-0265 (REV 01/25/2006)   WHITE - CHART   CANARY - ER RECORD   PINK - ER PHYSICIAN

© 1996-2002 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

**11** | **Cedars Medical Center**
**EMERGENCY PHYSICIAN RECORD**
**Lower Extremity Injury**

DATE: 6/15  TIME: 11:3  ROOM: 7  __EMS Arrival

HISTORIAN: _patient __paramedic __translator __other ___
AGE __57__ M /F
__History limited by ___

**HPI** **chief complaint / location of injury:**
Injury to right / left
foot  ankle  leg  knee  thigh  hip

**duration / occurred:**
__just prior to arrival
__today
√yesterday  15:20
___ days PTA

**where occurred:**
__home  __school
__neighbor's  __park
__work  __street
oveys.

**context:** __fell __twisted __direct blow __incised __burn___

**severity:** __mild __moderate __severe ___
Pain Scale: ( 1-10 )

□ Agree w/ nurse's note for PFSH / ROS

**ROS**
□ ROS below otherwise negative
\tingling / numbness distally ___suspected FB ( skin lac )___
\swelling / bruising __painful / unable to bear weight
\head / neck / other injuries ___

**PAST HISTORY** __Prior records ordered / reviewed □ Tetanus UTD
__peptic __prior injury___
__Other ___
Meds- __none / see list  D14, HTN
Allergies- __NKDA / see list ___

**PHYSICAL EXAM**
**CONSTITUTIONAL**
□ Agree w/ vital signs  Other ___
__Exam limited by ___
Distress: √NAD __mild __moderate __severe ___
**MUSCULOSKELETAL / EXTREMITIES**
**FOOT** ___see diagram___
__nml inspection  __tenderness  soft-tissue / bony
__non-tender  __swelling / ecchymosis___
  __deformity___

**ANKLE** ___see diagram___
__nml inspection  __tenderness  soft-tissue / bony
__non-tender  __swelling / ecchymosis___
__nml ROM  __limited ROM___
  __laxity of ligaments ( ant. Drawer )___
  __deformity___

**LEG** ___see diagram___
__nml inspection  __tenderness  soft-tissue / bony
__non-tender  __swelling / ecchymosis___
  __limited ROM___

**KNEE** ___see diagram___
__nml inspection  __tenderness  soft-tissue / bony
__non-tender  __ecchymosis___
__nml ROM  __joint effusion / swelling___
  __limited ROM___
  __deformity___

__stable  *Ligaments-*
  __pain / laxity on anterior drawer___
  __pain / laxity on posterior drawer___
  __pain / laxity on medial stress___
  __pain / laxity on lateral stress___

**THIGH & HIP** ___see diagram___
√nml inspection  __tenderness  soft-tissue / bony
  __swelling / ecchymosis___
  __limited hip ROM___
  __hip pain on leg movement ( R / L )___



**GAIT** √limited by pain / unable to bear weight___
__normal  __antalgic gait___
  __gait not tested due to pain___

JOHNSON, LORETTA
E44946903       PRE ER
06/15/06   54   Sandhu,Jaswinder
DOB:11/07/51   54      F   MR# E0313589
Cedars Medical Center   Miami, FL

## NEURO / VASC / TENDON

- __ awake and alert
- __ sensation intact
- __ motor intact
- __ no vascular compromise
- __ oriented x3
- __ CN's nml as tested

- __ lethargic
- __ sensory / motor deficit
- __ disoriented to person/place/time
- __ pallor / cool skin / abnml cap refill
- __ pulse deficit
- __ facial droop/EOM palsy/anisocoria
- __ deficit in tendon function
- __ weakness/sensory loss
- __ depressed affect

## PSYCH
- __ mood/affect nml
- __ anxious

## SKIN
- __ warm, dry
- __ diaphoretic / cool / cyanotic

## HEAD / ENT
- __ normocephalic, atraumatic
- __ ENT nml inspection
- __ tenderness
- __ swelling / ecchymosis
- __ TM obscured by cerumen (R/L)

## NECK / BACK
- __ nml inspection
- __ non-tender
- __ tenderness
- __ swelling / ecchymosis

## CHEST
- __ no resp. distress
- __ non-tender
- __ breath snds nml
- __ tenderness
- __ swelling / ecchymosis

## GI / ABDOMEN
- __ non-tender
- __ no organomegaly
- __ tenderness / guarding

## XRAYS:  R / L  ankle  tib-fib  knee  femur  hip  # of views
- __ no fracture
- __ nml joint
- __ nml alignment
- __ nml soft tissue
- __ nml
- __ NAD
- __ fracture
- __ dislocation
- __ DJD
- __ soft-tissue swelling
- __ fat pad sign
- __ effusion

PRIOR XRAY- __unchngd __unavail. __changed:_____
- ☐ interp contemporaneously by me   ☐ discussed w/ Radiologist
- ☐ interp by Radiologist   ☐ personally reviewed by me

## PROCEDURE NOTES:
*KNEE-*
- __ arthrocentesis done after betadine prep; _____ cc
  of __ serous __ serosanguinous __ bloody fluid removed

*LEG / KNEE / ANKLE-*
- __ ace wrap / tape   __ boot orthosis   __ crutches   __ post-op shoe
- __ splint  Long Leg   Short Leg - static   Short Leg - dynamic   Knee Immobilizer
- __ applied by ED Physician / Tech / Nurse

- __ examined post splint / strapping application
- __ NV intact   __ alignment good

## WOUND DESCRIPTION / REPAIR
length_____cm  location_____
NVT __ intact   __ see NVT exam (front side)
depth/shape/contamination
- __ superficial   __ linear   __ stellate   __ contused tissue
- *SQ   __ irregular   __ nail avulsed
- __ muscle   __ flap
- __ clean   __ contaminated  minimally / moderately / *heavily with_____

## ANESTHESIA   __ LET / TAC   __ local   __ digital / metacarpal block
__ lidoc  1%  2%  epi / bicarb   __ marcaine  .25%  .5%  epi
## WOUND PREP
- __ Hibiclens / Shur-Clens / Betadine / wnd clnsr
- __ irrigated / washed with saline
- __ minimal / mod. / *extensive
- __ wound explored
- __ foreign material removed   partially  completely
- __ *debrided
- __ minimal / mod. / *extensive
- __ undermined
- __ minimal / mod. / *extensive
- __ *wound margins revised
- __ *multiple flaps aligned

## WOUND REPAIR
Wound closed with: __wound adhesive   steri-strips_____

| | | | | | |
|---|---|---|---|---|---|
| SKIN- | #____ | -0  nylon / prolene / staples | | | |
| | __interrupted | __running | __simple | __mattress ( h / v ) | |
| *SQ | #____ | -0  vicryl | | | |
| | __interrupted | __running | __simple | __mattress ( h / v ) | |
| OTHER | #____ | -0  material | | | |
| | __interrupted | __running | __simple | __mattress ( h / v ) | |

*may indicate intermediate repair  *may indicate intermediate or complex repair

## ED COURSE: Time_____  __re-examined  __unchanged  __improved

*Knee iamshier + coufen* (handwritten)

- __ Discussed with Dr._____   Time_____
- *patient will be seen in:* office / ED / hospital
- __ Counseled patient / family regarding:   Rx given  Vicodin
- *lab results  diagnosis  need for follow-up*
- ☐ EMTALA EMC present   ☐ EMTALA EMC absent
- ☑ Stable for discharge / out patient follow up

## CLINICAL IMPRESSION:   *Fall    Alleged Assault*
Contusion   (R) L   hip   thigh   leg
Hematoma   knee   ankle   foot
Sprain
Laceration

Fracture   R / L   tibia  distal / shaft / proximal
Dislocation   fibula  distal / shaft / proximal
   bimalleolar   trimalleolar
   talus   calcaneus
   navicular   metatarsal   toe:_____

Internal Derangement of Knee   R / L

Follow up with Dr._____
DISPOSITION- ☑ discharge ☐ admit   ☐ transfer
Time_____ ☐ placed in obs. (See obs template) ☐ Left AMA
CONDITION- ☐ unchanged ☐ improved ☐ stable

ARNP / PA-_____

PHYSICIAN-_____   Time_____

PHYSICIAN-_____   Time_____
☐ T Complete   ☐ T Sheet Add-On _____   ☐ Copy PMD ☐ Dictated

JOHNSON, LORETTA
E44946903    PRE ER
06/15/06  Sandhu, Jaswinder
DOB:11/07/51  54    F  MR# E0313589
Cedars Medical Center  Miami, FL

**Allergies:** _CR100_

| Psychosocial | How do you learn best? | Learning Needs/Barriers | Speech | Support System | Ideations |
|---|---|---|---|---|---|
| | ☐ Reading | ☐ Language | ☐ Normal | ☐ Lives Alone | ☐ None |
| | ☐ Listening | ☐ Hearing | ☐ Abnormal | ☐ Family/Sign. Other | ☐ Harmful to Self |
| | ☐ Video | ☐ Vision | Language Barrier | ☐ Other: | ☐ Harmful to Others |
| | ☐ Demonstration | ☐ None | ☐ Yes  ☐ No | | |
| | | ☐ Other: | | | |

**Notifications**

Is anyone hurting or threatening you or your children? ☐ No ☐ Resources Given
- ☐ **Police Notification** as required by State Law. Report #
- ☐ Child Protective Services    ☐ Rabies Case Report
- ☐ Sexual Assault Services    ☐ Infection Control Nurse
- ☐ Adult Protective Services   ☐ Other

| Time Called | Contact Person | Person Calling |
|---|---|---|
| Time Called | Contact Person | Person Calling |

**Pain Intensity Scale** (Refer to Pain Assessment below)

0  1  2  3  4  5  6  7  8  9  10
No Pain    Mild    Discomfort    Distressing    Horrible    Excruciating

| Time | Temp. | BP | HR | RR | SpO2 | O2 Delivery | GCS | Rhythm | Pain Scale | Nurses' Interventions/Evaluations | Init. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8:00 | 98.0 | 157/105 | 95 | 20 | 98 | R/F | 15 | | 8 | _(illegible handwriting)_ | |
| 1200 | | 149/76 | 80 | 20 | | | | | | | |

**IV Infusions / Medications** - The effects of medications are monitored, including responses to the first dose that is new to the patient. Adverse reactions are documented in the medical record.

| Time | Medications/Solutions | Dosage | Route | Initials | Time | Response | Initials |
|---|---|---|---|---|---|---|---|
| 1130 | Torodol | 600 y | IM | ✓ | | | |

| | Time | Amt. | | GI Amt. | GU Amt. | Pain Assessment |
|---|---|---|---|---|---|---|
| PO Intake | | | Output | | | Location of Pain |
| | | | | | | Duration of Pain |
| | | | | | | Character of Pain |
| | Total | | Total | | | What makes pain worse |
| Initials | | Signature/Title | | | | What makes pain better |
| | | | | | | Stated pain goal (on 1-10 scale) |
| | | | | | | PATIENT IDENTIFICATION: |

**ED Nursing Flow Sheet**
T3121   (Rev. 08/05)        Page 2 of 2

JOHNSON, LORETTA
E44946903        PRE ER
06/15/06     Sandhu, Jaswinder
DOB:11/07/51  54       F  MR# E0313589
Cedars Medical Cente Miami, FL

CHART

Date: 8/15/06

| | Time: | | | |
|---|---|---|---|---|
| **Airway & Breathing** | | | | |
| Respirations / Breath Sounds | Airway Patent | | | |
| | Trachea Midline | | | |
| | Stridor | | | |
| | Crepitus | | | |
| | Drooling | | | |
| | Comments: | | | |
| | Spontaneous | | | |
| | Regular | | | |
| | Irregular | | | |
| | Labored | | | |
| | Retractions | | | |
| | Paradoxical | | | |
| | Clear | R/L | R/L | R/L |
| | Diminished | R/L | R/L | R/L |
| | Absent | R/L | R/L | R/L |
| | Wheezes/Rhonchi | R/L | R/L | R/L |
| | Crackles | R/L | R/L | R/L |
| | Cough | Yes | No | |
| | Sputum | Yes | No | |
| | Comments: | | | |

| **Cardiovascular Circulation** | | | | |
|---|---|---|---|---|
| Palpated Pulse | Absent | R/L | R/L | R/L |
| | Radial | R/L | R/L | R/L |
| | Pedal | R/L | R/L | R/L |
| | Regular | | | |
| | Irregular | | | |
| | Cap. Refill (normal 2 sec.) | | | |
| | Rhythm | | | |
| Heart Sounds/Monitor | Strong | | | |
| | Distant | | | |
| | Murmur | | | |
| | Comments: | | | |
| Skin | Natural | | | |
| | Pale | | | |
| | Dusky | | | |
| | Cyanotic | | | |
| | Moist | | | |
| | Dry | | | |
| | Warm | | | |
| | Hot | | | |
| | Cold | | | |
| External Bleeding: | Yes | No | | |
| Comments: | | | | |
| Edema: | Yes | No | | |
| Comments: | | | | |

| | Time: | | | |
|---|---|---|---|---|
| **Neurological** | | | | |
| L.O.C. | Alert/Oriented | | | |
| | Disoriented to Person/Place/Time/Event | | | |
| | Responds to: Verbal command / Pain | | | |
| | Medicated | | | |
| | Unresponsive | | | |
| Speech | Clear | | | |
| | Inappropriate Words | | | |
| | Garbled | | | |
| | Absent | | | |

Pupils  ● ● ● ● ● ● ● ●
1  2  3  4  5  6  7  8

Pupil Rxn: B-Brisk  S-Sluggish  N-Non-Reactive

| | | R/L | R/L | R/L |
|---|---|---|---|---|
| | Size | | | |
| | Reaction | | | |
| | Eyes Closed by Swelling | | | |
| Arms | Normal Power | R/L | R/L | R/L |
| | Mild Weakness | R/L | R/L | R/L |
| | Severe Weakness | R/L | R/L | R/L |
| | Abnormal Flexion | R/L | R/L | R/L |
| | Abnormal Extension | R/L | R/L | R/L |
| | No Response | R/L | R/L | R/L |
| Legs | Normal Power | R/L | R/L | R/L |
| | Mild Weakness | R/L | R/L | R/L |
| | Severe Weakness | R/L | R/L | R/L |
| | Abnormal Flexion | R/L | R/L | R/L |
| | Abnormal Extension | R/L | R/L | R/L |
| | No Response | R/L | R/L | R/L |

Gait: UTA  Steady  Unsteady
Sensation:    Intact Bil
                    Deficit
Comments: RT 12 ury pain

| **Pediatrics/Infant** | | | |
|---|---|---|---|
| | Growth & devel. age approp. | Yes | No |
| | Head Circumference: N/A | in/cm | |
| Fontanels | Flat | | |
| | Bulging | | |
| | Sunken | | |
| Cry Qlty. | Strong/Normal | | |
| | Whimpering | | |
| | Moaning/High Pitch | | |
| Activity | Playful | | |
| | Fussy | | |
| | Quiet | | |
| | Comments: | | |

| **Head/Neck** | | | |
|---|---|---|---|
| Eye | Dizziness  Headache  Pain | | |
| | Comments: | | |
| | Drainage: Clear  Yellow  Bloody | | |
| | Reddened  Swollen  Pain  Teary | | |
| | Blurred Vision  Foreign Body  Photophobia | | |
| Ear | Comments: | | |
| | Drainage: Clear  Yellow  Bloody | | |
| | Pain  Foreign Body | | |
| | Other: | | |
| Nose | Drainage: Clear  Yellow  Bloody | | |
| | Bleeding  Foreign Body | | |
| Throat | Pain  Swelling  Diff. Swallowing | | |
| | Injury: | | |

| **Chest** | | Location |
|---|---|---|
| Pain | Yes | No |
| Tenderness | Yes | No |
| Deformity | Yes | No |
| Wound | Yes | No |
| Ecchymosis | Yes | No |

| **Abdomen** | | |
|---|---|---|
| Soft  Distended  Rigid | | |
| Contusion  Ecchymosis | | |
| Comments: | | |

| **Gastrointestinal** | | |
|---|---|---|
| | Time: | |
| Bowel Sounds | +/- +/- | |
| Spontaneous Pain | Pain w/Palpitation | |
| RUQ  LUQ | RUQ  LUQ | |
| RLQ  LLQ | RLQ  LLQ | |
| Nausea Vomiting - #: | Character: | |
| Anorexia  Constipation  LNBM: | | |
| Diarrhea #: | Character: | |

| **GU** | |
|---|---|
| N/A  Incontinent  Frequency | |
| Retention  Hematuria  Urgency | |
| Dysuria | |
| Comments: | |

| **Post./Back** | |
|---|---|
| N/A  Pain  Tenderness | |
| Deformity  Wound | |
| Contusion  Ecchymosis | |
| Comments: | |

| **Wound/Injury / Extremities** | |
|---|---|
| Ecchymosis  Location: | |
| Swelling  Location: | |
| Deformity  Location: | |
| Burn  Type:  Location: | |
| Laceration  Length:  Location: | |
| Contusion  Location: | |
| Foreign Body  Location: | |
| Comments: | |

| **OB/GYN** | |
|---|---|
| N/A  FHT:  Gest: | |
| Vag. Bleeding  No. pads per hour: | |
| Discharge  Describe: | |

| **Other** | |
|---|---|
| Fall Risk: Yes  No | |
| RT Knee pain | |

Initial Assessment Completed by _____   Time ____   PATIENT IDENTIFICATION

| Signature/Title | Time |
|---|---|
| | |
| | |
| | |
| | |

JOHNSON, LORETTA
E44946903          PRE ER
06/15/06   Sandhu, Jaswinder
DOB:11/07/51   54        F  MR# E0313589
Cedars Medical Cente Miami, FL

**ED Nursing Flow Sheet**
T3121  (Rev. 08/05)          Page 1 of 2

CHART

# ◆ Cedars Medical Center

Cedars Medical Center
1400 NW 12th Avenue

| Patient Information | Treating Provider | Discharge Summary |
|---|---|---|
| JOHNSON, LORETTA<br>5200 NW 26 AVENUE APT 21<br>Phone: 786 444-5507<br>Acct: E44946903<br>Reg: E0313589 | Jaswinder Sandhu MD<br>1400 NW 12th Avenue<br><br>Phone: 305-325-5464 | Date: 6/15/06  Time: 12:51:57 PM<br><br>**Chart Copy** |

| 1) Your Discharge Instructions: | 2) Your Prescriptions: |
|---|---|
| KNEE IMMOBILIZER #Document: 238 (English)<br>SPRAINED KNEE #Document: 380 (English)<br>CRUTCH INSTRUCTIONS #Document: 95 (English)<br>NARCOTIC MEDICATION #Document: 548 (English) | Vicodin Oral Tablet 5-500 Milligram 1 TABLET EVERY 4 TO 6 HOURS AS NEEDED # 28 TABLETS (0 Refills) |

**3) You should Follow Up with:**

| Follow Up Physician: | Follow Up Information |
|---|---|
| YOUR REGULAR PHYSICIAN,<br><br><br>Phone:<br>Fax: | On 06/15/2006 this patient was treated in the Emergency Department of Cedars Medical Center at 1400 NW 12th Avenue for Refer to Discharge list above. The patient was asked to follow up 2 Days. |

## PLEASE READ THIS SECTION

THE PHYSICIAN NAME PROVIDED ON YOUR DISCHARGE SUMMARY IS PROVIDED AS A COURTESY TO YOU AS A PLACE TO START TO LOCATE A PHYSICIAN  IF YOU DO NOT ALREADY HAVE A PHYSICIAN.  THE PHYSICIAN NAMED IS UNDER NO OBLIGATION TO SEE YOU, AND PAYMENT MAY BE EXPECTED.  YOU CAN FOLLOW-UP WITH ANY PHYSICIAN OF YOUR CHOICE.  THERE ARE COMMUNITY HEALTH SERVICES THAT MAY BE AVAILABLE TO YOU IN YOUR AREA IF YOU DO NOT HAVE A PHYSICIAN, INCLUDING THE JACKSON MEMORIAL HEALTH CARE SYSTEM.  IF YOUR CONDITION WORSENS, RETURN TO THE NEAREST EMERGENCY DEPARTMENT.

*I have read and understand the above, received a copy of applicable instruction sheets, and will arrange for follow up care.*

| Signature | Patient/Parent/Guardian | Date/Time | Signature | Instructed by | Date/Time |
|---|---|---|---|---|---|

CONFIDENTIAL INFORMATION: The information contained in this fax is confidential.  If you have received this fax in error, please notify the sender at once and destroy this document.

Copyright ScriptRx, Inc. 2000-2005

http://www.ScriptRx.com



| | Patient Information | Treating Provider | Discharge Instructions |
|---|---|---|---|
| ❖ **Cedars Medical Center**<br><br>Cedars Medical Center<br>1400 NW 12th Avenue | JOHNSON, LORETTA<br>5200 NW 26 AVENUE APT 21<br>MIAMI, FL 33142<br>Phone: 786-444-5507 | Jaswinder Sandhu MD<br>1400 NW 12th Avenue<br><br>Phone: 305-325-5464 | Date: 6/15/06 Time: 12:51:54 PM<br><br>**Chart Copy**<br><br>Page: 1 of 2 |

| Patient Discharge Instructions | Document: 238 | Last Update: 05/02/2002 |
|---|---|---|

## KNEE IMMOBILIZER

Your doctor has given you a knee immobilizer. This is used to treat ligament and cartilage injuries, muscle strains, and minor dislocations or fractures. It keeps the knee supported in a slightly bent position and prevents the knee from swinging side to side. Often crutches are needed with a knee immobilizer splint to prevent weight bearing on the injured leg. Knee injuries usually take 4 to 6 weeks to heal.

**Follow These Instructions Carefully:**
1. Stay off the injured leg as much as possible.
2. Make an ice pack (icd cubes in a plastic bag, wrapped in a towel) and apply over the injured area for 20 minutes every 1 to 2 hours the first day. You should continute with ice packs 3-4 times a day for the next two days. Continue the use of the ice packs for relief of pain and swelling as needed.
3. You may take Tylenol (acetanminophen) or ibuprofen (Advil, Motrin) for pain, unless another pain medicine was prescribed.
4. If crutches or a walker have been recommended, do not bear full weight on the injured leg until you can do so without pain. Check with your doctor before returning to sports or full work duties.
5. You may open the splint to apply ice.
6. You may remove the splint to bathe and sleep, unless told otherwise.

**Follow Up** with your doctor within 1 to 2 weeks or as advised.
NOTE: if X-rays were taken, a radiologist will review them. You will be notified of any new findings that may affect your care.

**Return to this facility immediately** or contact your doctor if you begin to have any of the following:
- Toes or foot becomes swollen, cold, blue, numb or tingly
- Pain or swelling increases
- Warmth or redness appears over the knee

**Follow These Instructions Carefully:**
1. Unless told otherwise, the knee brace should be worn whenever you are out of bed. Wear it in bed while asleep for the first few nights or until the pain starts to go away.
2. You can open the Velcro brace to dress, bathe and apply ice packs as directed.

**Return to this Facility Immediately** or Contact Your Doctor if You Begin To Have Any of the Following:
- Worsening pain in the knee.
- Weakness or numbness or tingling in the foot
- Increasing swelling, redness or warmth of the knee joint

| Discharge Instructions Special Notes |
|---|

*I UNDERSTAND THAT THE EMERGENCY CARE WHICH I RECEIVED AT CEDARS HOSPITAL MAY NOT ENCOMPASS COMPLETE MEDICAL CARE AND TREATMENT FOR MY MEDICAL CONDITION. UNDER EMTALA LAW, CEDARS EMERGENCY DEPARTMENT IS RESPONSIBLE FOR THE STABALIZATION OF AN ACUTE MEDICAL CONDITION. ONCE YOUR EMERGENCY MEDICAL CONDITION IS STABALIZED YOU ARE RESPONSIBLE FOR FINDING AND FOLLLOWING-UP WITH A PHYSICIAN TO COMPLETE YOUR CARE.*

PHYSICIANS ASSOCIATES, P. A.
606 WEST FLAGLER STREET
MIAMI, FLORIDA 33130
305 545 9292

## DISABILITY CERTIFICATE

DATE   6-14-06

TO WHOM IT MAY CONCERN:

THIS IS TO CERTIFY THAT   Johnson, Loretta

D.O.B. 11-7-51        HAS BEEN UNDER   MY PROFESSIONAL CARE

AND WAS TOTALLY INCAPACITATED FROM   _____

TO   _____ .

DUE TO   patient needs to be
evaluated for her
(R) knee to r/o internal derangement
of (R) knee . at Cedars Medical
Center

PLEASE CALL IF THERE ARE ANY QUESTIONS.

VERY TRULY YOURS,

## GENERAL CLINICAL DATA

| | | |
|---|---|---|
| NAME Johnson Loretta | AGE | SEX F S.M D.W |
| ADDRESS | PHONE | DATE |
| SPONSOR ADDRESS | | |
| OCCUPATION 331 | REFERRED BY | ACKNOWLEDGED |

| | |
|---|---|
| 06-14-06 | $BP = \frac{150}{90}$  p - 88  R - 20 . |
| MA | T - 98.6 |
| (L) | slip and fall at grocery, fell at 12:30 pm, now pain in L knee, was cross and L knee region pain was closed and will first aid but it did not cut up leg |
| PMH.<br>HBP - 5 years<br>DM - 11 years | |
| 6/22/06 | Wt 179 #  Ht 5'3"  BP 150/90  T98  P80 |

LORETTA      JOHNSON      113260      6-14-2006

CHIEF COMPLAINT: The patient is an adult female who presents to the clinic today for evaluation and treatment of injuries sustained when she fell at Winn-Dixie Supermarket hurting her right knee. The patient denies any chest pain, shortness of breath, or other complaints.

PHYSICAL EXAMINATION: The patient's vital signs are stable. However, her blood pressure is markedly elevated at 150/90. HEENT: Head is normal. Ears, nose, and throat are within normal limits. Eyes show the pupils to be equal, react to light and accommodation. Extraocular movement intact. NECK: Supple. NEUROLOGIC: Cranial nerves III - XII are grossly within normal limits. HEART: Regular rate and rhythm. CHEST: Clear to auscultation and percussion bilaterally. ABDOMEN: Soft, no masses, and no tenderness. EXTREMITIES: Examination of her right knee shows pain, tenderness, swelling, and marked limitation of motion. MUSCULOSKELETAL EXAM: The patient is also complaining of pain in her low back.

IMPRESSION: 1. Right knee pain.

TREATMENT PLAN:
1. The patient will be sent for MRI of the right knee.
2. We will continue to follow this patient closely.

MSF:wHo                          M/S. Fox, D.O.

LORETTA        JOHNSON        113260          6-22-2006

CHIEF COMPLAINT: The patient is an adult female who presents to the clinic today for evaluation and treatment of injuries sustained to her right knee as the result of a fall at Winn-Dixie Supermarket. This injury occurred on 6-14-2006. The patient went over to Cedars Medical Center where she had x-rays done, and the physician's placed a knee brace on her right leg. The patient was given some Percocet, which she thinks is making her too sleepy. The patient denies any other complaints.

PHYSICAL EXAMINATION: The patient's vital signs are stable. HEENT: Head is normal. Ears, nose, and throat are within normal limits. Eyes show the pupils to be equal, react to light and accommodation. Extraocular movement intact. NECK: Supple. NEUROLOGIC: Cranial nerves III - XII are grossly within normal limits. HEART: Regular rate and rhythm. CHEST: Clear to auscultation and percussion bilaterally. ABDOMEN: Soft, no masses, and no tenderness. EXTREMITIES: The patient presents to the office with knee brace on the right leg.

IMPRESSION: 1. Internal derangement of the right knee, secondary to a fall at Winn-Dixie Supermarket.

TREATMENT PLAN:
1. The patient is being switched from the Percocet to Naprosyn as directed. The patient was told of all GI upset risks and possible complications associated with the medication, and advised to take medication with food.
2. We will continue her under observation.


MSF:wHo                          M.S. Fox, D.O.

LORETTA      JOHNSON      113268      9-18-2006

CHIEF COMPLAINT: The patient is an adult female who presents to the clinic today for evaluation and treatment of injuries sustained of a slip-and-fall at WinnDixie Supermarket. The patient continues to complain of pain in the right knee and right upper leg, and with difficulty in walking. The patient denies any chest pain, shortness of breath, or other complaints.

PHYSICAL EXAMINATION: The patient's vital signs are stable. HEENT: Head is normal. Ears, nose, and throat are within normal limits. Eyes show the pupils to be equal, react to light and accommodation. Extraocular movement intact. NECK: Supple. NEUROLOGIC: Cranial nerves III - XII are grossly within normal limits. HEART: Regular rate and rhythm. CHEST: Clear to auscultation and percussion bilaterally. ABDOMEN: Soft, no masses, and no tenderness. EXTREMITIES: No edema. The patient has some difficulty with range of motion.

IMPRESSION: 1. Internal Derrangement of knee
2. Sprain RT knee

TREATMENT PLAN:
1. The patient is to continue with the analgesics, anti-inflammatory and Clinoril as directed. All risks and precautions associated with the above medication were explained in detail to the patient.
2. We will continue her under observation. The patient is to follow-up in one week, or sooner as necessary.

MSF:wHo                          M.S. Fox, D.O.

LORETTA        JOHNSON        113860        11-2-2006

CHIEF COMPLAINT: The patient is an adult female who presents to the clinic today for evaluation and treatment of continuing pain in her right knee and with difficulty in sleeping. The patient denies any chest pain, shortness of breath, or other complaints.

PHYSICAL EXAMINATION: The patient's vital signs are stable. HEENT: Head is normal. Ears, nose, and throat are within normal limits. Eyes show the pupils to be equal, react to light and accommodation. Extraocular movement intact. NECK: Supple. NEUROLOGIC: Cranial nerves III - XII are grossly within normal limits. HEART: Regular rate and rhythm. CHEST: Clear to auscultation and percussion bilaterally. ABDOMEN: Soft, no masses, and no tenderness. EXTREMITIES: Examination of the right knee shows continuation of the pain, tenderness and swelling.

IMPRESSION: 1. Right knee pain.

TREATMENT PLAN:
1. The patient was given a refill prescription for Naprosyn 375 mg one tab p.o. q. day, to be taken with food. All risks and precautions associated with the above medication were explained in detail to the patient.
2. She will also continue with physiotherapy as directed.
3. The patient is to follow-up in one month, or return sooner as necessary.

MSF:wHo                                M. S. Fox, D.O.