**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | Case No. 3-05-bk-3817-JAF |
| Winn-Dixie Stores, Inc., et al., | Chapter 11 |
| Reorganized Debtors | Jointly Administered |

**MOTION FOR ADMINISTRATIVE EXPENSE CLAIM FOR POST-PETITION PERSONAL INJURY CLAIMANT AND REQUEST FOR NOTICE**

**COMES NOW, HARRIET DAVIS,** by and through her undersigned attorney, files this Motion for Administrative Expense Claim against the Reorganized Debtors corresponding to a claim arising with the period between February 21, 2005 and November 21, 2006 and in support states as follows:

1. Pursuant to the Court's notice of (A) Entry of order confirming plan of reorganization, (B) Occurrence of effective date of plan, and (C) Bar dates for filing claims arising before effective date and other administrative claims and in accordance with Section 12.1 of the Plan, all requests for payment of Administrative Claims arising against Debtors in the period between February 21, 2005 and November 21, 2006, must be made by application filed with the Bankruptcy Court and served upon counsel for the reorganized Debtors and the Post-Effective Date Committee no later than January 5, 2007.

2. The pending personal injury claim of **HARRIET DAVIS**, falls within this claims period.

3. On or about October 1, 2005, **HARRIET DAVIS**, slipped, fell and was injured in a Winn Dixie store located at 3435 North Federal Highway, Pompano Beach, Florida. The fall and resulting injuries were due to the carelessness and negligence of Winn Dixie. A claim # of A511212522-0001-01 has been assigned to this loss and the matter is pending at this time. The amount of the Administrative Claim is believed to be $70,000; there has been no suit filed in the matter and no Court Judgment obtained.

4. Movant requests that all future pleadings and notices regarding or affecting Movant's claim be served upon:

> **THE LAW OFFICES OF HENRY LAFFER**
> **8927 HYPOLUXO ROAD**
> **SUITE A-5**
> **LAKE WORTH, FLORIDA 33467**

**WHEREFORE, HARRIET DAVIS**, requests this Motion for Administrative expense claim corresponding to this personal injury claim to be granted and that said claim be recognized as formally asserted against the Reorganized Debtors, thereby obligating said Reorganized debtors to recognize and honor said claim. Further, that the Court grant any such further relief as it deems just and proper.

> **LAW OFFICES OF HENRY LAFFER**
> Attorney for the Movant
> 8927 Hypoluxo Road
> Suite A-5
> Lake Worth, Florida 33467
> Telephone: (561) 963-3663
> Facsimile: (561) 963-3604
>
> By:  *s/ Henry Laffer*
> **HENRY LAFFER, ESQ.**
> Fla. Bar No. 0142790
> hlaffer@lafferslaw.com

## **CERTIFICATE OF SERIVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via regular mail this 4th day of January, 2007 to the Reorganized Debtor, James H. Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 and Co-Counsel for Reorganized Debtors, D. J. Baker, Skadden, ARPS, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036.

                                             s/ *Henry Laffer*
                                             **HENRY LAFFER, ESQ.**