UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.

Case No.: 3-05-bk-3817 (JAF)

Chapter 11

Jointly Administered

## APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSE AND REQUEST FOR NOTICE

**COMES NOW**, DELLA BROWN ("Applicant"), by and through her undersigned attorney, and seeks administrative expense status for Applicant's claim against one or more of the Debtors pursuant to 11 U.S.C. § 503(b). Applicant requests the entry of an order allowing the administrative expense described below and directing the payment of such amount pursuant to Order Confirming the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Confirmation Order") and the provisions of the Plan as confirmed. In support of this Application, Applicant states as follows:

### JURISDICTION AND VENUE

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C.§ 157 (b)(2).

### FACTUAL BACKGROUND

2. Winn-Dixie Stores, Inc., et al. ("the Debtors") filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on or about February 21, 2005 ("the Petition Date").

3. Prior to the Petition Date and on or about February 23, 2004, Applicant was injured at Winn Dixie Store, Store Number 262 in Vicksburg, Mississippi due to the failure of Winn Dixie to maintain the premises in a safe condition, specifically by allowing a foreign liquid substance to remain on the floor. Upon information and belief, the responsible Debtor is Winn-Dixie Stores, Inc. As a proximate result of the injury, Applicant has suffered damages totaling in excess of $400,000.00, which damages Applicant can support through medical records and other proof.

4. Prior to the Petition Date and on or about July 18, 2005, Applicant initially filed timely Proof of Claim against the Debtors.

## REQUEST FOR FUTURE NOTICE

Applicant requests that all future pleadings and notices regarding or affecting Applicant's claim be served upon:

Toni W. Terrett
Attorney at Law
1014 Walnut Street, Suite A
Vicksburg, MS 39183

WHEREFORE, based on the foregoing, Applicant requests that the Court enter an order granting the relief requested herein and such other relief as it deems just and proper.

Respectfully submitted,
/s/ Toni Walker Terrett
TONI WALKER TERRETT
ATTORNEY AT LAW
1014 Walnut Street, Suite A
Vicksburg, MS 39183
Telephone: (601) 636-1109
Facsimile: (601) 636-8554

**CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2007 I filed this **APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSE AND REQUEST FOR NOTICE** through the CM/ECF filing system, which will cause a copy to be served on James H. Post, Esq., Counsel for the Reorganized Debtors, Matthew Barr, Esq. and John MacDonald, Esq., Counsel for the Post-Effective Date Committee, Elena L. Escamilla, Esq., counsel for the Office of the United States Trustee and all other parties participating in the CM/ECF System, all served electronically.

/s/**Toni Walker Terrett**
**Toni Walker Terrett**