# Jackson South Community Hospital

9333 SW 152nd St   Miami,  FL 33157
305-251-2500

## Discharge Instructions

RIVAS, TAMMY

MR#:

Physician providing care: **Catherine Romero D.O.**

Thursday, Jan 26 2006

## What your problem is thought to be:

### Back Pain, Lower

Lower back pain is a general term for describing pain coming from the lower back area.  The common causes of lower back pain include lumbosacral strain, muscle spasms, sciatica, herniated discs, etc.  X-rays are not capable of showing or ruling out many of these conditions.  X-rays may not even be necessary on the initial evaluation.  CT and MRI are better for determining the cause of severe back pain, but are usually reserved for patients that do not improve with medications.  An orthopedic surgeon is a physician that specializes in the diagnosis and treatment of conditions of the back.

### What you need to do:

Take medications as directed by the physician.  Back pain may take several days of medication to completely relax muscles or reduce inflammation.  Rest until feeling better.  Follow the specific verbal instructions of the treating physician regarding your lower back pain.  Follow-up with the appropriate referral physician or clinic as listed on this discharge instruction.

### What you need to avoid:

Avoid alcohol or driving while taking muscle relaxants.  Avoid movements or activities that aggravate pain.

### Precautions:

Return immediately for worsening pain, numbness or weakness in legs, difficulty voiding or defecating, or other concerns.  Return immediately if your symptoms change or worsen.

*An Emergency Department visit is not capable of addressing all the unique aspects of an individual's healthcare; it is intended to address immediate and life-threatening concerns. Emergency Department visits do not take the place of routine physical examinations or follow-up examinations by a private physician. In addition, medical problems may not be apparent, diagnosed, or treated prior to being released from the emergency department.*

## Medication(s) Prescribed:

**No medication prescribed**

*All medications should be taken as directed. Finish all prescriptions as instructed even if you feel better. Every medication may cause side effects. If an adverse effect occurs, notify your physician, pharmacist, or return to the Emergency Department. If you were given medications that may cause drowsiness, please limit your activity involving driving, moving machinery or other activities requiring concentration. Alcohol may interfere with the medications prescribed. Follow the instructions and precautions provided by the pharmacy filling your prescription(s).*

## Imaging Studies Performed:

*X-rays do not always show injury or disease. Fractures may not be revealed on the initial x-ray. If the problem persists or worsens, contact your physician, the follow-up physician, or return to the Emergency Department. Your initial x-ray reading is often a preliminary interpretation, done by an emergency physician to expedite your care. A radiologist reviews all x-rays within 24 hours. If there is a difference from the preliminary reading, you will be informed.*

## Follow-up:

CHI Clinic                    ()
10300 S. W. 216th Street
Miami, Florida 33190,
305-253-5100

*Call the office the first available business day to schedule a follow-up appointment to be seen within 3 TO 5 DAYS.  Be sure to tell the scheduling office that this is an Emergency Department referral.*

I acknowledge that I have been provided a discharge instruction that details the current problem, recommended treatment and follow-up care.  I understand the verbal and written instructions provided and have no further questions.  I acknowledge the receipt of all personal belongings and valuables in their entirety back to me, my family or my friends.

---------------------------------------------------          ---------------------------------------------------
Patient / Representative (Relationship)                              Staff Signature

Original — DO NOT
Remove From Chart

## REGISTRATION FORM

JACKSON SOUTH COMMUNITY HOSPITAL
9333 SW 152ND STREET, MIAMI FL 33157 (305) 251-2500

| RIVAS, TAMMY | Loc | Bed # | Arrival Mode | Adm Date | Adm Time | Med Rec # |
|---|---|---|---|---|---|---|
| Account No: D82577156 | ER | | AMBULANCE | 01/26/06 | 1553 | D042560 |

**PATIENT INFORMATION**

Soc Sec No    DOB    Age/Sex    MS    Race    Religion
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    12/21/57    48  F    M    H    JEHOVAH WITNESS
Address:    12648 SW 210 STREET
MIAMI, FL 33177-5778
Home Ph.    786-293-8186    County:

**NEXT OF KIN**
RIVAS, MAXIMO
12648 SW 210 STREET
MIAMI, FL 33177-5778
786-293-8186    Work Phone:305-821-1133
Relationship: HUSBAND

**PERSON TO NOTIFY**
RIVAS, MAXIMO    Relationshiop: HUSBAND
12648 SW 210 STREET
MIAMI, FL 33177-5778
Home: 786-293-8186 Work:305-821-1133

**EMPLOYER**
UNEMPLOYED
UNEMPLOYED
UNEMPLOYED, UN 00000
000-000-0000

| **INSURANCE INFO** | **POLICY#** | **AUTH#** | **SUBSCRIBER** |
|---|---|---|---|
| SELF PAY | 050702510 | | RIVAS, TAMMY |

Reason for Visit:S/P SLIP FALL/BACK PAIN
Admission Comment:                                    Family Md:

| Time | Orders | Time/RN |
|---|---|---|
| 1630 | Tramadol 2po | 1630 90 |

[ ]Medical Records
[ ]Profile:_____    [ ]UA
[ ]CBC    [ ]Amylase
[ ]BMP    [ ]Lipase
[ ]CMP    [ ]Tylenol
[ ]PT/PTT    [ ]Type & S
[ ]C&S_____    [ ]TXM
[ ]    [ ]ABG
[ ]Strep Screen    [ ]HCQG
[ ]S Preg    [ ]CSCR
[ ]UDS    [ ]Digoxin
[ ]ASA    [ ]Tegretol
[ ]Acetone    [ ]Theo
[ ]ECG    [ ]Dilantin
[ ]Ct Plain:_____
[ ]Ct With:_____
[ ]Ultrasoud:_____
[ ]Nuclear:_____
[ ]Other Lab:_____
[ ]Chest Port [ ]2 Chest    [ ]Facial
[ ]Abd    [ ]Port C-Spine    [ ]Nasal
[ ]KUB    [ ]Sinus
[x]Spine  ⊗  T (L) S    [ ]Mandible
[ ]Shoulder  R  L    [ ]Clavicle
[ ]Humerus  R  L    [ ]AC Joint
[ ]Elbow  R  L    [ ]Other
[ ]Forearm  R  L
[ ]Wrist  R  L
[ ]Hand  R  L
[ ]Fingers  R  L
[ ]Pelvis
[ ]Hip  R  L
[ ]Femur  R  L
[ ]Knee  R  L
[ ]Tib/Fib  R  L
[ ]Ankle  R  L
[ ]Foot  R  L
[ ]Toes  R  L
[ ]Ribs  R  L

Consult:

Final Diagnosis:

Discharge Disp:
  Admit: [ ]    Condition on D/C:
  D/C: [ ]    Good [ ]  Poor [ ]  Expired [ ]
  Other: [ ]    Fair [ ]  Critical [ ]

Nurse's Signature:

ER Physician's Signature:

Time to TX Area: 1625    Time Seen: 1630    Time MD Dispo:_____    Time Out:
Entered By: ADM-HS

**NAME:** _Tammy Rivas_  **X:** ☐M ☐F  **DOB/AGE:** _12/21/57_  **EN** **DATE:** _1/26/06_ **TIME:** _1533_

**ENTRY:** ☐ECC ☐UCC ☐Other: _____ **REFERRED FROM:** _____ **ACUITY:** _Stable_ ☑Resus

**REFERRED TO:** ☐EXPRESS ☐MER ☐SER ☐UCC ☐PER ☐Other: _____ **RETURN TO:** _____

## SECTION I: PATIENT'S ARRIVAL

**ARRIVAL MODE:** ☐Walking ☑Stretcher ☐Wheelchair ☐Carried ☐Stroller ☐Other: _____
**TRANSPORTED BY:** AGENCY: _BML_ UNIT#: _105_ ALARM#: _____ POLICE CASE#: _____
**ACCOMPANIED BY:** ☐Alone ☑Family/Friend ☐Sitter ☐Police ☐Baker Act/Ex Parte ☐Other: _____
**PLACEMENT:** ☐Stretcher ☐Wheelchair ☐Chair
**PRIMARY LANGUAGE SPOKEN:** ☐English ☑Spanish ☐Creole ☐Other: _____ **CONTACT Name:** _____
**INTERPRETER USED:** ☐ Hospital ☐Other: _____ **Phone No.** _____

## SECTION II: CHIEF COMPLAINT(S)

**REASON FOR VISIT:** _C/o back pain_
**ADDITIONAL DATA:** _____

## SECTION III: MEDS & ALLERGIES

☐NONE ☐**MEDS:** Rx, OTC, Herbs: _____

☐NKA ☐**ALLERGIES:** _PCN_

## SECTION IV: HISTORY

☐NONE **INJURY:** DATE: _1/26/06_ TIME: _1500_ **Does Mechanism match injury?** ☑Yes ☐No
☐Altercation ☐GSW ☐SW ☑Burn ☐Fall ☐Standing Height: _____ Ft. ☐Unknown ☐OTHER: _____
☐MCC ☐MVC: ☐Passenger: ☐Front ☐Back ☐Bicyclist: ☐Helmet ☐Pedestrian: _____
☐NONE **RESTRAINTS:** ☑Unknown ☐Lap ☐Shoulder ☐Airbag ☐Child seat: ☐Front ☐Back
☐NONE **PMH:** ☐Unknown ☐Cardiac ☐HTN ☐DM ☐Vascular ☐CVA ☐Seizures
☐Asthma/COPD ☐Sickle Cell ☐A.I.D.S ☐TB ☐Renal Disease ☐Liver disease ☐Psychiatric
☐Premature ☐Other: _____
☐NONE **SUBSTANCE USE:** ☐Smoking ☐Alcohol: Last drink: _____ ☐Drugs: _____ Last Used: _____
MMCP EXP: ☐Yes ☐No   **Immunizations up to date?** ☐Yes ☐No
☐NONE **PSH:** _C-section, gallbladder appendectomy_

## SECTION V: PREHOSPITAL MANAGEMENT

☐NONE ☐C-Collar ☐IV: _____ ☐Dressing/Splint: _____
☐Backboard ☐O₂: _____ ☐MEDS: ☐ NTG ☐ ASA ☐Narcan ☐D50 ☐Other: _____

## SECTION VI: INITIAL INTERVENTIONS

☐NONE ☐C-Collar ☐Ice Applied: _____ ☐Dressing/Splint: _____
☐Backboard ☐Elevation: _____ ☐Precautions Initiated: ☐Airborne ☐Seizure ☐Restraints ☐Contact
EKG: ☐Notified Time: _____ Reviewed By: _____ Time: _____ Action: _____

**WEIGHT:** _____ Kg

## SECTION VII: VITAL SIGNS

| Date | Time | Initials | Temp | Pulse | Resp | BP | Pain | FHT | O₂ Sat | O₂ | EKG Rhythm | FS | UA Dip |
|------|------|----------|------|-------|------|-----|------|-----|--------|-----|------------|-----|--------|
| 1/26 | 1533 | | 97.0 | 110 | 18 | 169/91 | 10/10 | | | | | | |
| | 1540 | | 97.8 | 80 | 18 | 140/80 | 5/10 | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

D825771156

Signature/Title | Initials | Signature/Title | Initials | Signature/Title | Initials

01/26/06
DOB 12/21/57

JACKSON SOUTH COMMUNITY HOSP
MIAMI, FL 33157

C-537   EMERGENCY SERVICES NURSING FLOWSHEET   Page 1 of 3   Rev. 10/00

## Section VIII: Assessment

| | | ARRIVAL IN REFERRED TREATMENT AREA: | Date: |
|---|---|---|---|
| | Date: 1/26/0 | | |
| **AGE SPECIFIC** | Time: 7:8 . | TIME: | Time: |
| **SYSTEM NORM** | Area: /NUM | LOCATION: | Area: |

| | | | WNL | WNL | WNL | WNL |
|---|---|---|---|---|---|---|
| ☐WNL: No H/A, loss or change in consciousness. Eyes: Midline, w/o extra movement. PEARL. Speech: fluent Motor: moves all extremities w/o extra movement/weakness. Gait: Steady w/o assist / Device. Sensation: w/o Change. GCS > 13. | ☐NA ☐C ☐Dizzy ☐AMS ☐Memory Loss ☐Loss of Consciousness ☐H/A: 1/10 ☐Nystagmus Pupils: R: ___ L: ___ ☐Deviated: ___ ☐Speech: Clear   Motor: ☐Strength: UE:R__L__ LE:R__L__ ☐Paralysis: ☐Tremor: ☐Unsteady Gait ☐Seizure: ☐Nuchal Rigidity Sensory: ☐Diminished: ☐Numbness ☐Tingling: GCS: Score: Verbal: 5. Oriented x 3 Motor: 6. Obeys command Eyes open: 4. Confused 5. Pushes hand away 4. Spontaneously 3. Words out of place 4. Pulls away 3. Verbal Command 2. Incomprehensible sound 3. Decorticate 2. Pain 1. None 1. None 2. Decerebrate 1. None | | ☐WNL ☐NC ☐NA ☐C | ☐WNL ☐NC ☐NA ☐C | ☐WNL ☐NC ☐NA ☐C | ☐WNL ☐NC ☐NA ☐C |
| Fontanels flat, not irritable. | Fontanels: ☐ Fussy ☐ Irritable Cry: ☐ Weak ☐ Shrill | | | | | |
| ☐WNL: Eyes:Vision Intact w/o photophobia, drainage, edema, ptosis. Sclera: white. Ears: Intact hearing MM:Intact, pink, moist, w/o exudate, edema, deformity. Lymph Nodes: normal | ☐NA ☐C Eye: ☐Photophobia ☐Racoon's ☐R ☐L ☐Ptosis ☐Edema ☐Vision: Conjunctiva: ☐Red ☐Pale Sclera: ☐Red ☐Yellow Ears: ☐R ☐L ☐Pain ☐Pulling ☐FB ☐Drainage: ☐Edema ☐Hearing Loss ☐Battle's sign Mouth: ☐M M Dry ☐Malocclusion ☐Tooth: ☐Exudate: Pharynx: ☐No Gag ☐Red ☐Edema ☐Uvula deviated ☐Exudate: ☐Tonsils: ☐Voice hoarse Nose: ☐Deformity ☐FB ☐Drainage: Lymph Nodes: | ☐WNL ☐NC ☐NA ☐C | ☐WNL ☐NC ☐NA ☐C | ☐WNL ☐NC ☐NA ☐C | ☐WNL ☐NC ☐NA ☐C |
| ☐WNL: No tubes, wt. loss, night sweats. Sputum clear Resp: symmetrical, normal rate, unlabored. BBS: Clear,w/o abnormal sounds | ☐NA ☐C ☐Tube: ☐Cough ☐Sputum: ☐Night Sweats ☐SOB ☐Barrel Chest Resp: ☐Tachy ☐Brady ☐Asymmetrical ☐Stridor ☐Retractions: ☐Nasal Flaring ☐Grunting ☐Crepitus: Breath Sounds: R: ☐Ant ☐Post Breath Sounds: L: ☐Ant ☐Post | ☐WNL ☐NC ☐NA ☐C | ☐WNL ☐NC ☐NA ☐C | ☐WNL ☐NC ☐NA ☐C | ☐WNL ☐NC ☐NA ☐C |
| ☐WNL: No palpitations, syncope, murmur, chest pain, SOB, edema. Pulse: regular rate & rhythm, +2 Periperal P. Refill ≤ 2 sec. | ☐NA ☐C ☐Palpitations ☐Syncope Chest: ☐Pressure: ☐Pain: ☐Radiates: ☐Reproducible ☐DOE ☐Orthopnea ☐JVD Edema: ☐Bilateral ☐Unilateral ☐Pitting Pulse: ☐Irreg. ☐Tachy ☐Brady ☐UE: ☐LE: ☐Murmur Cap. Refill: BP: ☐High ☐Low | ☐WNL ☐NC ☐NA ☐C | ☐WNL ☐NC ☐NA ☐C | ☐WNL ☐NC ☐NA ☐C | ☐WNL ☐NC ☐NA ☐C |
| ☐WNL: No N/V/, diarrhea, constipation, bleeding. Abd.: soft, nontender, w/o guarding, rebound, Distention, pain, masses. Bo. sounds: normal | ☐NA ☐C ☐Anorexia ☐Wt. Loss: ☐N ☐V: ☐Stool: Pain: ☐Constant ☐Intermittent ☐Sharp ☐Burning ☐Ache Location: ☐Diffuse ☐Radiates: ☐Mass: ☐Tube/Ostomy: ☐CVA Tender: Bo.Sounds: ☐None ☐Hypo ☐Hyper Abd.: ☐Distended ☐Firm ☐+ Psoas ☐+ Murphy ☐+ McBurney ☐Tender ☐Guarding ☐Rebound: | ☐WNL ☐NC ☐NA ☐C | ☐WNL ☐NC ☐NA ☐C | ☐WNL ☐NC ☐NA ☐C | ☐WNL ☐NC ☐NA ☐C |
| ☐WNL: No discharge, bldg. Urine clear, No pain, tenderness, or distention. Ext. genitalia: normal | ☐NA ☐C LMP: Vaginal: ☐Bleeding ☐Discharge: Frequency:☐Increased ☐Decreased ☐No voiding ☐Dysuria ☐Hematuria Bladder: ☐Distended ☐Incontinent Catheter: Penile: ☐Bleeding ☐Discharge ☐Priapism Scrotum: | ☐WNL ☐NC ☐NA ☐C | ☐WNL ☐NC ☐NA ☐C | ☐WNL ☐NC ☐NA ☐C | ☐WNL ☐NC ☐NA ☐C |
| ☐WNL: No pain, deformity, edema. Pulse 2+, cap. refill ≤ 2 sec. Bears wt. CMS intact. | ☐NA ☐C ☐Pain: ☐Deformity: ☐Edema ☐Point tender: ☐Myalgia ☐+Pelvic Pressure ☐Cap. Refill > 2 sec Pulse: ☐Decrease ☐Doppler: Movement: ☐Decrease ☐None Wt. Bearing: ☐Decrease ☐None Sensation: ☐None ☐Parestheia: | ☐WNL ☐NC ☐NA ☐C | ☐WNL ☐NC ☐NA ☐C | ☐WNL ☐NC ☐NA ☐C | ☐WNL ☐NC ☐NA ☐C |
| ☐WNL: Skin: warm, dry intact. Color: elastic Last Turgor: Tetanus:☐>5 ☐<5 ☐Unk | ☐NA ☐C Turgor: ☐Poor Skin: ☐Cool ☐Clammy ☐Hot ☐Moist Color: ☐Cyanosis ☐Jaundice ☐Pale ☐VAD: ☐Thrill: Bruising/Disruption/Mass: | ☐WNL ☐NC ☐N/A ☐C | ☐WNL ☐NC ☐N/A ☐C | ☐WNL ☐NC ☐N/A ☐C | ☐WNL ☐NC ☐N/A ☐C |
| ☐WNL: Normal speech, mood, affect, thought processes, appearance. | ☐NA ☐C Affect: ☐No eye contact ☐Flat ☐Uncooperative ☐Hostile ☐Anxious Thoughts: ☐Disorganized Threat: ☐Self ☐Others / Hallucinations: ☐Audio ☐Visual ☐Disheveled Appearance | ☐WNL ☐NC ☐N/A | ☐WNL ☐NC ☐N/A | ☐WNL ☐NC ☐N/A | ☐WNL ☐NC ☐N/A |
| RN Signature: | | RN Initials: | | | | |

WNL: Within Normal Limits
NA: Not assessed
NC: No change from previous assessment
C: Change, see Comments Section

**JACKSON MEMORIAL HOSPITAL**
Miami, Florida 33136-1094

C-537   EMERGENCY SERVICES NURSING FLOWSHEET   Page 2 of 3

CORDOBA,ROBERT

JACKSON SOUTH COMMUNITY HOSP
MIAMI, FL 33157

## SECTION IX: MEDICATIONS

| Date | Time | Initials | Route | Med/Dose | Site | Date | Time | Initials | Route | Med/Dose | Site |
|------|------|----------|-------|----------|------|------|------|----------|-------|----------|------|
| 01/08 | 1730 | RD | PO | Tramadol 1 | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

Document Response to Medications in the comments and observations below.  Document pain levels in the pain scale column on page 1.

## SECTION X: CONTINUOUS INTRAVENOUS DRIPS

| Date | Time | Initials | No. | Site | Medication/ Amount/ Solution | Rate | Total |
|------|------|----------|-----|------|------------------------------|------|-------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## INTAKE — SECTION XI: INTAKE AND OUTPUT — OUTPUT

| Date | Time | Initials | No. | Amount / Solution Added / Rate | Site | Size | Absorb | Total | Date | Time | Initials | Type/Route | Amt | Total |
|------|------|----------|-----|-------------------------------|------|------|--------|-------|------|------|----------|------------|-----|-------|
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

If patient is receiving blood/blood products, consent  has been obtained      ☐Yes   ☐No

## XII: COMMENTS/OBSERVATIONS/PROCEDURES

ANTICIPATED DISCHARGE PLAN:  Preferred method of learning: ☐Reading  ☐Listening  ☐Watching

| Date | Time | |
|------|------|---|
| | | If you are discharged, how will you get home? ☐Private    ☐Public:              ☐Other: |
| | | Action Plan: ☐Family Notified:    ☐Social Services Notified:              ☐Other: |
| 01/08 | 1700 | Pt. A+O X 3 breath. Dr. responsible c/o back pain, no low... |
| | | care c back soft and c... |
| | 1800 | backboard removed at EDP ordered after x-ray results Pt stated... VSS — RD |
| | 1920 | Rd'g from Dr. Espinosa w. Pt walking for disp — RD |
| | | |
| | | |

PATIENT DISPOSITION:  DISPOSITION LEVEL/LEVEL of CARE:☐ E  ☐ I⁴  ☐ III  ☐ IV  ☐ V  ☐ Critical Care
REPORT☐Called ☐Faxed TO:              Time:              TRANS REQUEST TIME:              TRANSPORT by:☐RN ☐MD ☐Other:

082577156

| Signature/Title | Initials | Signature/Title | Initials | Signature/Title | Initials |
|-----------------|----------|-----------------|----------|-----------------|----------|
| [signature] RD | | | | | |

CORDOBA, ROBERT

JACKSON SOUTH COMMUNITY HOSP
MIAMI, F  33157

**JACKSON MEMORIAL HOSPITAL**
Miami, Florida 33136-1094

C-537     EMERGENCY SERVICES NURSING FLOWSHEET        Page 3 of 3

# Jackson South Community Hospital
9333 SW 152nd St   Miami, FL 33157 / 305-251-2500

MRN: D042560

Name: RIVAS, TAMMY     Age: 48   Sex: O M  ⦿ F

T:      P:      BP:    /      R:

WT: O lbs O kg   Pulse Ox:      Room:          Prov: DR.CORDOBA        #

CC: BACK PAIN S/P SLIP AND FALL               Time seen by Prov: 1630

MODE OF ARRIVAL: ⦿ POV O Ambulance O Immobilized   PREHOSPITAL ORDERS: O No O Yes

**HPI** SOURCE: ⦿ Patient O Family Member O Friend O EMS                  ⦿ Nurse's Notes Reviewed
LOCATION OF COMPLAINT: O L O R O Cervical O Thoracic O Lumbar O Sacral    Radiating to:
QUALITY: ⦿ Sharp O Dull O Throbbing O Burning
SEVERITY: O Mild O Moderate O Severe 1 2 3 4 5 6 7 8 9 ⑩            DURATION:
TIMING: Began PTA 1 2 3 4 5 6 7 8 8-12 12-18 hrs. ago;  1 2 3 4 5 6 7 ___ days ago
   O Gradual Onset / O Sudden Onset   O Intermittent in Nature / O Continuous in Nature   ⦿ Currently Present / O Absent
CONTEXT:  O MVC  O Trauma  O LP  O Exercise  O Unknown   Fall:
DURATION OF SYMPTOMS:   Minutes   Hours   Days   Weeks                LMP
MODIFYING FACTORS: Aggravated By: O Nothing O Movement       Relieved By: O Nothing O Lying
ASSOC. SIGNS & SYMPTOMS: O None  O Inability to Void / Defecate  O Paresthesias  O Dysuria  O Fever

   O Unable to obtain additional information from patient   Reason :

**ROS**                    O All Other Systems Reviewed And Negative (unless written or circled)
CONST:  Wt. Loss  Night Sweats        GI:  Abdominal Pain            PSYCH:    Depression
EYES:                                 GU:  Burning   Frequency       ENDO:
ENT:                                  MS:  Difficulty Ambulating     HEME/LYMPH:
CV:  Chest Pain                       SKIN:  Rash                    ALL/IMMUN:
RESP:  Cough   SOB                    NEURO:  Focal Deficit   HA     OTHER:

**PMH** ADULT ILLNESS: O None  O Cancer  O Chronic Back Pain
SURGERY: O None O Discectomy O Laminectomy  O Fusion  C-Section, Cholecystectomy, Appy.
IMMUNIZATIONS: O UTD O Tet>5YRS   ALLERGIES: O NKDA O PCN O Sulfa
MEDICATIONS: O See Nurse's Note:

**FH**  O Negative

**SH** OCCUPATION:                    HABITS: Tobacco  Y N H/O   ETOH  Y N H/O   Illicit Drugs  Y N H/O

**PE** CONSTITUTIONAL: VITAL SIGNS: O Normal O Abnormal   APPEARANCE: O Well O Ill O Poor Hygiene/Grooming
PSYCHIATRIC:            O Appropriate O Inappropriate O Combative O Anxious O Sad
SKIN:  O Normal O Rash
EYES:  O Normal
ENT:  O Normal
CV:  O Normal O Murmur O Diminished Pulses
RESP:  O Normal
GI:  O Normal O Tender O Bruit O Pulsatile Mass
GU:  O Normal O Discharge
MS (includes neck and back): O Normal O ↓ ROM O Straight Leg Raise O CVA Tenderness
      Warmth          Erythema          Lacerations          Swelling          Tenderness          Bruising



      Bruising          Tenderness          Swelling          Lacerations          Erythema          Warmth

© Copyright 1999-2004 The Poseidon Group, Inc
                    ED RECORD
                    BACK - FEMALE

**Jackson South Community Hospital**

RIVAS, TAMMY

---

HEME/LYMPH:    ☐ Normal
NEURO:    ☐ Normal
- Cranial Nerves:    ☑ CNI - XII Intact    ☐ Abnormal
- Motor:    R.L.E    /5              0 = No Movement                      3 = Movement Against Gravity
          L.L.E    /5              1 = A Twitch                        4 = Movement Against Mild Resistance
                                   2 = Movement Without Gravity         5 = Movement Against Heavy Resistance
- Sensory:    See diagram of Dermatomes Body (Front and Back) on Preceding Page    ☐ Normal  ☐ Abnormal
- Reflexes:    • DTRS:
              Biceps C5 _____    Patella L4 _____    0   Absent            +++    Hyperactive
              Brachioradialis C6 _____  Achilles S1 _____   +   Diminished but Present   ++++   Hyperactive With Clonus
              Triceps C7                              ++   Normal
              • Cremastic Reflex L1-L2 / Anal Reflex L1-L2:    ☐ Present  ☐ Absent
- Signs of Meningeal Irritation:    ☐ Present  ☐ Absent

---

## Medical Decision Making   ☐ Discussed With Family  ☐ Old Chart Requested   FINDINGS:
DDX:    Lumbosacral Strain    Herniated Disc    Sciatica    Drug - Seeking    Renal Colic    Metastatic CA    Epidural Abscess
                              Fx    AAA    Discitis    Muscle Spasm    Perforated Appendicitis
LABS PERFORMED:                        ☐ Labs Essentially Normal Unless Noted Below
☐ CBC:   WBC   Hg   Hct   Plts _____                    ☐ UCG  ( + - )  ☐ CA _____    ☐ PHOS
☐ CHEMISTRIES: Na   K   C1   HCO₃   BUN   Cr   Glu                                         ☐ SED RATE
☐ URINALYSIS:  pH   SG   Protein   Glu   WBCs   RBCs   Bacteria
X-RAY  ☐ C/T/L SPINE:  ☐ Normal
☑ SACRUM/COCCYX:  ☑ Normal
☐ CT        :  ☐ Normal                              ☑ Preliminary /  ☐ Read By Radiologist
ADDITIONAL PROCEDURES (Done by Physician):  Other: _____      ☐ See Procedure Note   ☐ See Addendum
RE-EVALUATION  TIME:                ☐ Improved  ☐ Worsened  ☐ No Change

_Nle_
_Trans D/pe_

CRITICAL CARE:   I have spent _____ minutes in the direct care of this critically ill patient, excluding procedure time.
CONSULTATION DR. _____  @ _____  Returned @ _____  ; DR. _____  @ _____  Returned @ _____
    To See @  ☐ ED  ☐ Hospital  ☐ Office   Rec.

Impression(s)    _Brl c pain_                _Cont/Sra_

---

## Disposition   Time: _____   ☐ AMA  ☐ LWT  ☐ DOA  ☐ ED Death   CONDITION @ D/C: ☐ Improved  ☐ Stable ☐ _____
DISCHARGE:  ☐ Alone  ☐ With Family  ☐ With Friend  ☐ Ambulance
   PRESCRIPTIONS: _____
   D/C INSTR:  ☐ Return as needed
   FOLLOW-UP: ☐ PMD  ☐ Orthopedic Surgeon  ☐ Neurosurgeon _____   ☐ Tomorrow  ☐ 1-2 Days  ☑ 3-5 Days  ☐ 7-10 Days  ☐ PRN
   ☐ I have instructed the patient not to drive or operate equipment after taking / receiving medication(s). The patient has verbalized understanding.
ADMIT:  ☐ Observation Unit  ☐ Floor  ☐ Telemetry  ☐ ICU  ☐ OR
TRANSFER TO: _____                          ☐ Stable  ☐ Unstable
   ACCEPTING PHYSICIAN: DR. _____           Called @ _____  Accepted @ _____
           ☐ I have personally interviewed and/or examined the patient and agree with the plan of care.
PA / ARNP: _____    PHYSICIAN'S SIGNATURE: _____

ED RECORD
BACK - FEMALE

# Jackson South Community Hospital

9333 SW 152nd St   Miami, FL 33157

305-251-2500

## Discharge Instructions

Thursday, Jan 26 2006

RIVAS, TAMMY

MR#:

Physician providing care: **Catherine Romero D.O.**

## What your problem is thought to be:

### Back Pain, Lower

Lower back pain is a general term for describing pain coming from the lower back area. The common causes of lower back pain include lumbosacral strain, muscle spasms, sciatica, herniated discs, etc. X-rays are not capable of showing or ruling out many of these conditions. X-rays may not even be necessary on the initial evaluation. CT and MRI are better for determining the cause of severe back pain, but are usually reserved for patients that do not improve with medications. An orthopedic surgeon is a physician that specializes in the diagnosis and treatment of conditions of the back.

### What you need to do:

Take medications as directed by the physician. Back pain may take several days of medication to completely relax muscles or reduce inflammation. Rest until feeling better. Follow the specific verbal instructions of the treating physician regarding your lower back pain. Follow-up with the appropriate referral physician or clinic as listed on this discharge instruction.

### What you need to avoid:

Avoid alcohol or driving while taking muscle relaxants. Avoid movements or activities that aggravate pain.

### Precautions:

Return immediately for worsening pain, numbness or weakness in legs, difficulty voiding or defecating, or other concerns. Return immediately if your symptoms change or worsen.

*An Emergency Department visit is not capable of addressing all the unique aspects of an individual's healthcare; it is intended to address immediate and life-threatening concerns. Emergency Department visits do not take the place of routine physical examinations or follow-up examinations by a private physician. In addition, medical problems may not be apparent, diagnosed, or treated prior to being released from the emergency department.*

## Medication(s) Prescribed:

### No medication prescribed

*All medications should be taken as directed. Finish all prescriptions as instructed even if you feel better. Every medication may cause side effects. If an adverse effect occurs, notify your physician, pharmacist, or return to the Emergency Department. If you were given medications that may cause drowsiness, please limit your activity involving driving, moving machinery or other activities requiring concentration. Alcohol may interfere with the medications prescribed. Follow the instructions and precautions provided by the pharmacy filling your prescription(s).*

## Imaging Studies Performed:

*X-rays do not always show injury or disease. Fractures may not be revealed on the initial x-ray. If the problem persists or worsens, contact your physician, the follow-up physician, or return to the Emergency Department. Your initial x-ray reading is often a preliminary interpretation, done by an emergency physician to expedite your care. A radiologist reviews all x-rays within 24 hours. If there is a difference from the preliminary reading, you will be informed.*

## Follow-up:

CHI Clinic                                                ()
10300 S. W. 216th Street
Miami, Florida 33190,
305-253-5100

*Call the office the first available business day to schedule a follow-up appointment to be seen within 3 TO 5 DAYS.  Be sure to tell the scheduling office that this is an Emergency Department referral.*

I acknowledge that I have been provided a discharge instruction that details the current problem, recommended treatment and follow-up care.  I understand the verbal and written instructions provided and have no further questions.  I acknowledge the receipt of all personal belongings and valuables in their entirety back to me, my family or my friends.

X _____                    _____

Patient / Representative (Relationship)                    Staff Signature

## Jackson South Community Hospital ER/Minor Care Charge Sheet

| | | | | | |
|---|---|---|---|---|---|
| **Pre-Hosp** | IV<br>1 | Splint/lmb<br>1 | Intub.<br>3 | Meds/Dsg<br>1 | Thumper<br>4 |
| **How Arrived** | WC/Assist<br>1 | Stretcher<br>2 | Confused<br>2 | Uncoop<br>2 | Combative<br>4 | Unresponsive<br>4 |
| **Diagnostics** | Urine<br>2 | Stool<br>3 | IV Stick/Blood Draw<br>3 | Xray/CT<br>2    3 | Port Xray<br>3 | Culture<br>2 |
| | Glucometer<br>2 | EKG<br>3 | Rythm Strips(3 on chart)<br>2 | | One-Time O2 Sat<br>2 |
| **Vaccines** | DT IM<br>2 | Tet Tox IM<br>2 | | | |
| **Injections** | IV/IM/SQ<br>2X | Sedation IV/IM<br>3X____ | Antibiotics IV<br>4 | | |
| **Other Meds/IV Fluids** | PO/PR/Top/.Opth<br>1X | Per ET/NGT<br>3 | IVF Non-med<br>3 | Med Infusion<br>4 | Titrate Med<br>5 | Blood Admin<br>6 |

**Ortho** (List ALL areas)
Dx:    Sprain of: _____    Ace Wrap Applied to: _____
                                               3
       Fracture of: _____    OCL Applied to: _____
                                               4
                                       Immobilizer Applied to: _____
                                               3
       Dislocation of: _____    Cast Applied to: _____
                                               3
                                       Crutch Training
                                               2

| | | | | | |
|---|---|---|---|---|---|
| **ENT** | Removal FB Ear<br>2 | Removal FB Eye<br>2 | Rmv FB Nasal/Phrynx<br>4 | Rmv Impacted Ear Wax<br>3 | Cntrl of Nosebld<br>4 |
| | NGT Insert<br>4 | Eye Exam<br>3 | | | |
| **Surgical** | Cyst/Abcess I&D<br>3 | Debride Skin<br>3 | Drain Blood From Under Nail<br>2 | | |
| **Laceration Repair:** | Simple Superficial<br>3 | Intermediate<br>4 | Complex<br>5 | Plastics/Hand Surgeon<br>6 | |
| | Wound Irrigation<br>2 | Wound Care<br>2 | Bandage/Dressing<br>2 | OR Prep<br>3 | |
| **GU** | Insert Cath<br>4 | Irrigation of Bladder<br>5 | Emerg D&C in ER<br>6 | GYN Exam<br>2 | Rape Exam<br>5 |
| **Resp/O2** | Nasal Cannula<br>2 | Mask<br>3 | Transport on O2<br>2 | Suction<br>2 | Continuous POx<br>2 |
| **Critical Patient** | Chst Tube/Drnage<br>6 | Emergency Airway<br>6 | CVP<br>5 | Gastric Lavage<br>5 | Ewald Tube<br>6 | Cardiovert<br>6 |
| | External Pacer<br>5 | Internal Pacer<br>6 | Thrombolytics<br>6 | Chricothyrotomy<br>6 | CPR<br>5 | LP<br>5 |
| **Miscellaneous** | Incont<br>2 | Restrain<br>4 | Papoose<br>2 | Feed<br>2 | Isolation<br>3 |
| | Admit<br>3 | Transfer<br>5 | Expired<br>5 | Baker Act<br>5 | DCF Notify<br>4 |

**TOTAL:**    _____

| | |
|---|---|
| Level 0 | LWT |
| Med Scrning Only | MD SCRN |
| Revisit | ERRV |
| Brief | 1 to 3 |
| Limited | 4 to 8 |
| Intermediate | 9 to 13 |
| Extended | 14 to 18 |
| Comprehensive | 19 PLUS |
| Critical Care | Nurse Spent >30 Minutes at bedside at one time with Critical patient<br>and patient admitted to CCS or Transferred to a Higher Level of Care |

/    D82577156
RIVAS,TAMMY
U#:042560 F 48        01/26/06
                      DOB 12/21/57
CORDOBA,ROBERT

JACKSON SOUTH COMMUNITY HOSP
MIAMI, FL 33157

JACKSON SOUTH COMM HOSP
9333 S.W. 152nd Street
Miami, Florida 33157

Phone #: (305)256-5040
  Fax #: (305) 256-5043

Name: RIVAS,TAMMY
Phys: CORDOBA,ROBERT
DOB: 12/21/1957    Age: 48        Sex: F
Acct: D82577156   Loc: ER
Exam Date: 01/26/2006 Status: DEP ER
Radiology No: 050702510
Unit No: D042560


        Exams: 000516401 PORTABLE C-SPINE ONE VIEW

PORTABLE CERVICAL SPINE LATERAL, 1/26/06        1657:

INDICATION:        FALL, PAIN

TWO LATERAL FILMS ARE SUBMITTED ONE A NEUTRAL LATERAL IMAGES FROM C1
TO C6. THE SWIMMER LATERAL VIEW IMAGES C7. THERE IS NO FRACTURE
SUGGESTED. NO ALTERED ALIGNMENT. DISC SPACE HEIGHTS RELATIVELY
PRESERVED. NO SPINAL CANAL STENOSIS, AND THE PREVERTEBRAL SOFT TISSUES
ARE NOT SWOLLEN.

CONCLUSION:

NO FRACTURE.


** Electronically Signed by DR. DAN SECKINGER on 01/27/2006 at 1641 **
            Reported by: DANIEL SECKINGER III, M.D.
            Signed by:   SECKINGER,DR. DAN


CC: CORDOBA,ROBERT

Technologist: JOSEPH HERNANDEZ
Transcribed Date/Time: 01/27/2006 (1046)
Transcriptionist: RAD-YV
Printed Date/Time: 01/27/2006 (2018)    Batch No: 2063

PAGE 1                Chart Copy

**JACKSON SOUTH COMM HOSP**
**9333 S.W. 152nd Street**
**Miami, Florida 33157**

**Phone #: (305)256-5040**
  **Fax #: (305) 256-5043**

Name: RIVAS,TAMMY
Phys: CORDOBA,ROBERT
DOB: 12/21/1957   Age: 48      Sex: F
Acct: D82577156   Loc: ER
Exam Date: 01/26/2006 Status: DEP ER
Radiology No: 050702510
Unit No: D042560

Exams: 000516402 SPINE, LUMBAR (COMPLETE)

LUMBAR SPINE SERIES, 1/26/06  1821 HR:

INDICATION:    FALL, PAIN

FILMS CONSIST AP, LATERAL, LATERAL SPOT AND RIGHT AND LEFT OBLIQUES.

BONE MINERAL DENSITY GOOD FOR AGE. THERE IS NO FRACTURE OR ALTERATION
IN ALIGNMENT. PEDICLES ARE INTACT. DISC SPACE HEIGHT IS PRESERVED. NO
PLAIN FILM SUGGESTION OF A SPINAL CANAL STENOSIS.

CONCLUSION:

LUMBAR SPINE UNREMARKABLE FOR AGE WITH NO FRACTURE OR ALTERATION IN
ALIGNMENT.

** Electronically Signed by DR. DAN SECKINGER on 01/27/2006 at 1641 **
            Reported by: DANIEL SECKINGER III, M.D.
            Signed by:   SECKINGER,DR. DAN

CC: CORDOBA,ROBERT

Technologist: JOSEPH HERNANDEZ
Transcribed Date/Time: 01/27/2006 (1058)
Transcriptionist: RAD-YV
Printed Date/Time: 01/27/2006 (2018)   Batch No: 2063

PAGE 1              Chart Copy

**JACKSON SOUTH COMM HOSP**
**9333 S.W. 152nd Street**
**Miami, Florida 33157**

**Phone #: (305)256-5040**
 **Fax #: (305) 256-5043**

Name: RIVAS,TAMMY
Phys: CORDOBA,ROBERT
DOB: 12/21/1957   Age: 48      Sex: F
Acct: D82577156   Loc: ER
Exam Date: 01/26/2006 Status: DEP ER
Radiology No: 050702510
Unit No: D042560

Exams: 000516403 SPINE, CERVICAL COMPLETE

CERVICAL SPINE SERIES, 1/26/06      1821 HR:

INDICATION:    FALL, PAIN

FILMS AP, OPEN MOUTH, LATERAL AND RIGHT AND LEFT
OBLIQUES.

THE BONES ARE WELL MINERALIZED. NO FRACTURE OR ALTERED ALIGNMENT. DISC
SPACE HEIGHTS PRESERVED. NO SPINAL CANAL STENOSIS. THE OBLIQUE VIEWS
SHOW NO SUBSTANTIAL FORAMINAL NARROWING. DISC SPACE HEIGHTS NORMAL.
NO PREVERTEBRAL SWELLING.

CONCLUSION:

CERVICAL SPINE NORMAL FOR AGE WITH NO FRACTURE OR ALTERED
ALIGNMENT.

** Electronically Signed by DR. DAN SECKINGER on 01/27/2006 at 1641 **
            Reported by: DANIEL SECKINGER III, M.D.
            Signed by:   SECKINGER,DR. DAN

CC: CORDOBA,ROBERT

Technologist: JOSEPH HERNANDEZ
Transcribed Date/Time: 01/27/2006 (1058)
Transcriptionist: RAD-YV
Printed Date/Time: 01/27/2006 (2018)    Batch No: 2063

PAGE 1                Chart Copy

**LL CHARGES/PAYMENTS**     I T E M I Z E D   S T A T E M E N T

DATE: 12/05/2006

CLAIM:

IRS#: 364511970

PATIENT: TAMMY RIVAS 114378
12648 SW 210 ST
MIAMI FL, 33177
SS#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        POL#
DATE/INJ:    GRP#

EMPLOYER:

STAR IMAGING
9335 SW 68 ST
MIAMI , FL., 33173

TC:

DIAGNOSIS:
724.5 BACKACHE NOS

FC: PER-INJURY
DATE OF LAST BILL:

| DATE | CPT | DESCRIPTION | * POS TOS | # | AMOUNT |
|------|-----|-------------|-----------|---|--------|
| 08/16/2006 | 72148 | MAGNETIC RESONANCE LUMBAR SPINE W/OUT | 11 · C4 | 1 | 2,150.00 |

| | TOTAL: $ | 2,150.00 |
|--|--|--|
| PROVIDER: STAR IMAGING #HCC5274 | BALANCE 12/05/2006: $ | 2,150.00 |

PA/PK/CC/IN=Csh/Check/CC/Ins. paymnt; CR/DE=Credit/Debit; IA=Ins adj; *=Ins Pd



STAR
IMAGING
Light years ahead

| | |
|---|---|
| **PATIENT:** | **RIVAS, TAMMY** |
| **CHART NUMBER:** | **SI3741** |
| **DATE OF BIRTH:** | **8/16/2006** |
| **DATE OF TEST:** | **12/21/1957** |
| **REFERRING PHYSICIAN:** | **Edward Lazzarin, MD** |
| **REASON (TECHNOLOGIST NOTES):** | **Low back pain with a burning sensation.** |

## MRI OF THE LUMBAR SPINE WITHOUT CONTRAST

**TECHNIQUE:**       Standard MRI protocol was used.

**FINDINGS:**   The vertebral bodies are in anatomical alignment in the sagittal plane.
There are no compression fractures present. Mild disc desiccation and disc space
narrowing is present at L4-5. The conus medullaris is present at T11 and ends normally.

L1-2, L2-3, L3-4: No disc herniations or other ventral extradural defects are present.
The facet joints and neural foramina are within normal limits. No central or foraminal
stenosis is present.

L4-5:    A disc bulge indents the ventral thecal sac and extends into the neural foramina
producing moderate right and mild left-sided foraminal narrowing.

L5-S1: No disc herniations or other ventral extradural defects are present. The facet
joints and neural foramina are within normal limits. No central or foraminal stenosis is
present.

**IMPRESSION:**
Disc bulge at L4-5 as described above.


::\::

Brian J. Murphy, M.D.
444/477
D:  08/16/2006 03:36:00 PM
T:  8/17/2006
File # 444068G3296SV

Edward Lazzarin, M.D.Pa
427 Biltmore Way Suite 102
Coral Gables, FL 33134-5771
(305)446-5288



| Statement Date |
| --- |
| 9/1/2006 |

| Page |
| --- |
| 1 |

TAMMY RIVAS
12648 SW 210 ST.
MIAMI, FL 33177

| Chart Number |
| --- |
| RIVTA000 |

| Date | Document | Description | Case Number | Amount |
| --- | --- | --- | --- | --- |
| | | | Previous Balance: | 0.00 |
| Patient: TAMMY RIVAS | | Chart #: RIVTA000 | | |
| Case Description: 02/17/06 | | Last Payment Received: | Amount:      0.00 | |
| 2/17/2006 | 0602220000 | Office outpatient visit  new | 13469 | 600.00 |
| 2/17/2006 | 0602220000 | X ray exam of lower spine | 13469 | 250.00 |
| Patient: TAMMY RIVAS | | Chart #: RIVTA000 | | |
| Case Description: 03/14/06 | | Last Payment Received: | Amount:      0.00 | |
| 3/14/2006 | 0603140000 | Office outpatient visit  est | 13614 | 200.00 |
| Patient: TAMMY RIVAS | | Chart #: RIVTA000 | | |
| Case Description: 04/27/06 | | Last Payment Received: | Amount:      0.00 | |
| 4/27/2006 | 0605020000 | Office outpatient visit  est | 14001 | 200.00 |
| Patient: TAMMY RIVAS | | Chart #: RIVTA000 | | |
| Case Description: 08/15/06 | | Last Payment Received: | Amount:      0.00 | |
| 8/15/2006 | 0608150000 | Office outpatient visit  est | 14635 | 200.00 |
| Patient: TAMMY RIVAS | | Chart #: RIVTA000 | | |
| Case Description: 08/24/06 | | Last Payment Received: | Amount:      0.00 | |
| 8/24/2006 | 0608240000 | Office outpatient visit  est | 14718 | 200.00 |

| Past Due 30 Days | Past Due 60 Days | Past Due 90 Days | Balance Due |
| --- | --- | --- | --- |
| 0.00 | 0.00 | 1,250.00 | 1,650.00 |

**EDWARD LAZZARIN, M.D.**
**ORTHOPAEDIC SURGEON**
**427 BILTMORE WAY**
**SUITE 102**
**CORAL GABLES, FL. 33134-5771**
**305/446-5288**

## ORTHOPEDIC EVALUATION

Date:              August 24, 2006

Patient:           Tammy Rivas

### SUBJECTIVE

The patient's lumbosacral spine MRI findings have been discussed
with her and her mother.  The situation remains as before with pain
when she bends over, does her housework, and with sexual activity.

### PHYSICAL EXAMINATION

She still has significant paralumbar muscle tightness.

### IMPRESSION

Her situation has plateau'd.   I explained to her that she may
intermittent lumbar radiculopathy.

### PLAN

1.   At this time she is not a candidate for surgery or an epidural
     block but if she does not improve she will be a candidate for
     an epidural block.
2.   At this time I recommend a great increase in her activities of
     daily living and take anti-inflammatory medication as needed
     for exacerbations.

Respectfully submitted,


_____
Edward Lazzarin, M.D.
Orthopaedic Surgeon



**STAR**
**IMAGING**
Light years ahead

**PATIENT:**                          **RIVAS, TAMMY**
**CHART NUMBER:**            **SI3741**
**DATE OF BIRTH:**             **8/16/2006**
**DATE OF TEST:**               **12/21/1957**
**REFERRING PHYSICIAN:**   **Edward Lazzarin, MD**
**REASON (TECHNOLOGIST NOTES):**  **Low back pain with a burning sensation.**

## MRI OF THE LUMBAR SPINE WITHOUT CONTRAST

**TECHNIQUE:**      Standard MRI protocol was used.

**FINDINGS:**   The vertebral bodies are in anatomical alignment in the sagittal plane.
There are no compression fractures present. Mild disc desiccation and disc space
narrowing is present at L4-5. The conus medullaris is present at T11 and ends normally.

L1-2, L2-3, L3-4: No disc herniations or other ventral extradural defects are present.
The facet joints and neural foramina are within normal limits. No central or foraminal
stenosis is present.

L4-5:   A disc bulge indents the ventral thecal sac and extends into the neural foramina
producing moderate right and mild left-sided foraminal narrowing.

L5-S1:   No disc herniations or other ventral extradural defects are present. The facet
joints and neural foramina are within normal limits. No central or foraminal stenosis is
present.

**IMPRESSION:**
Disc bulge at L4-5 as described above.


::\::


Brian J. Murphy, M.D.
444/477
D: 08/16/2006 03:36:00 PM
T: 8/17/2006
File # 444068G3296SV

EDWARD LAZZARIN, M.D.
ORTHOPAEDIC SURGEON
427 BILTMORE WAY
SUITE 102
CORAL GABLES, FL. 33134-5771
305/446-5288

### ORTHOPEDIC EVALUATION

Date:           August 15, 2006

Patient:        Tammy Rivas

### SUBJECTIVE

The patient still has difficulty and states that she has not been able to perform all her functions as she did before. Whereas in the past she sometimes would help clean other people's homes, she is now having difficulty cleaning her own and in fact, has had to hire someone occasionally. Bending over causes a great deal of pain. She has not been able to wear her high heeled shoes and has to wear much lower heels.

### PLAN

We discussed the need for non-steroidal anti-inflammatory medication on an intermittent basis and change of her activities of daily living.

Respectfully submitted,


Edward Lazzarin, M.D.
Orthopaedic Surgeon

**EDWARD LAZZARIN, M.D.**
**ORTHOPAEDIC SURGEON**
**427 BILTMORE WAY**
**SUITE 102**
**CORAL GABLES, FL. 33134-5771**
**305/446-5288**

## ORTHOPEDIC EVALUATION

Date:                April 27, 2006

Patient:            Tammy Rivas

### SUBJECTIVE

The patient is doing about the same as before. She states that in a seven day week she has two very good days and this is the result of resting and not pushing herself. If she tries to do cleaning and other physical activities, she will have two very bad days. She has several intermediate days when following increased activities and she starts having severe pain. She has to stop working and rest. It takes a while for the pain to settle down. She still takes anti-inflammatory medication regularly. She still has the symptomatology of pain going down her legs.

### PHYSICAL EXAMINATION

The patient is still very tight on palpation of the paralumbar musculature. She has mild tenderness on palpation of the left and right posterior superior iliac spines. She is very tender on palpation at the midline of the lumbosacral junction.

### PLAN

1.    The patient was advised that the best course would be to rest more to avoid the painful days as the result of exertion and we will see if this makes a difference.
2.    We discussed an MRI but she is nervous about this.

Respectfully submitted,


_____
Edward Lazzarin, M.D.
Orthopaedic Surgeon

**EDWARD LAZZARIN, M.D.**
**ORTHOPAEDIC SURGEON**
**427 BILTMORE WAY**
**SUITE 102**
**CORAL GABLES, FL. 33134-5771**
**305/446-5288**

## ORTHOPEDIC EVALUATION

**Date:**          March 14, 2006

**Patient:**        Tammy Rivas

### SUBJECTIVE

The patient took the two medications that I prescribed for her.
She found that one of them made her very sleepy and she thought
this might be Relafen.  I explained to her that more likely than
not it was Skelaxin.  The patient stated that another one made her
feel much better which may have been the Relafen.  However, the
Relafen was $90 and she could barely afford it.

### REVIEW OF RECORDS:

The patient brought in x-rays today that were taken on her visit to
emergency room.   I compared these with the x-rays we took.
Apparently there is a very slight subluxation at L4 and L5 with
anterolisthesis, perhaps 1 mm. but no more than 2 mm.  X-rays taken
in my office on her last visit demonstrated what appears to be 3 or
4 mm. which is a definite increase as compared to before.  I am not
sure if this represents a change as a result of progression from
the accident injury or perhaps muscle tension.

### PLAN

1.   In view of the above, I will have her hold off on the Skelaxin
as it might be making her sleepy.  I originally recommended
Relafen but since she has financial concerns, we will try
Advil 800 mg. p.o. b.i.d. initially on a regular basis.  If
this does not help, then we will go back to the Relafen.
2.   If she does not improve, we will consider an MRI or further
x-rays and work-up.

Respectfully submitted,


Edward Lazzarin, M.D.
Orthopaedic Surgeon

EDWARD LAZZARIN, M.D.
ORTHOPAEDIC SURGERY
427 BILTMORE WAY
SUITE 102
CORAL GABLES, FL. 33134-5771
305/446-5288

## INITIAL ORTHOPEDIC EVALUATION

Date:        February 17, 2006

Patient:     Tammy Rivas
D/A:         1/26/06

### HISTORY

The patient is a 40-some year old lady who sustained a slip and fall accident at a Winn Dixie store on January 26, 2006. As I understand it, there was some water on the floor which came a leak from the roof that was dripping on the ceiling and then onto the floor. The slip and fall accident resulted in a great deal of lower back pain. She was in such pain that I believe she was taken by Fire Rescue or an ambulance to the Jackson South Hospital Emergency Room. X-rays were taken there of her lumbosacral spine which she stated were reportedly negative for fractures or dislocations but I do not have those reports. She was given medication which she is to call in later today. She has the prescription at home and she believes that only one medication was given. Since then she has been complaining about lower back pain with pain radiating occasionally into her lower extremities, sometimes on the left sometimes on the right. Most of the pain is in the posterior aspect of the thighs but sometimes anteriorly.

According to the patient, the pain is worse when she sits and leans forward, and a little better when she walks.

### PHYSICAL EXAMINATION

The patient is very tender on palpation over the left posterior superior iliac spine with moderate tenderness on palpation in the mid-lumbosacral junction. There is some tenderness in the right posterior superior iliac spine but more so on the left. Neuro-muscular status appears to be intact. There is significant paralumbar muscle tightness.

### TESTING RESULTS

X-rays taken here today revealed no fractures or dislocations of the lumbar spine but she does have a significant amount of

Page Two
Re:  Tammy Rivas
2/17/06


TESTS Con't.

straightening of the normal lordosis going into the thoracic spine.
Additionally the L4 vertebral body is somewhat anteriorly displaced
relative to L5 for perhaps 4 mm.

## IMPRESSION

1.    Severe lumbar sprain with muscle spasms resulting in the loss
      of the normal lumbar lordosis.
2.    Anterolisthesis of L4 on L5.

## PLAN

1.    I explained to her that I would like to see the x-rays taken
      at Jackson South and she will try to find them.
2.    The patient will call later with the medication she was on and
      will stop it as it has not been working much.  I am not even
      sure what class of medication it was.  Pending this, we will
      call in some other medication for her.
3.    At this time I explained to her that I am not sure if the
      anterolisthesis is chronic and longstanding or acute.
4.    I will review her x-rays and change the medication.
5.    I will re-evaluate the patient in about two weeks.  If she has
      any neurological signs or worsening of pain she is to call
      before then.  I will see how she responds to the medication.

## ADDENDUM

The patient call in the medication which appears to be Transdol
(?).  I will have her try a course of Skelaxin 800 p.o. t.i.d.,
Relafen as an anti-inflammatory medication and Vicodin as an
analgesic if necessary.  These were called into her pharmacy.

Respectfully submitted,




Edward Lazzarin, M.D.
Orthopaedic Surgeon

0875*0043792359
JACKSON SOUTH COMMUNITY ER PHYSICIANS
P.O. BOX 48305
JACKSONVILLE FL 32247-8305

Return Service Requested

Place of Service: JACKSON SOUTH COMMUNITY HOSP

GOT5DDA1DXIFA11S08.DD1475

TAMMY RIVAS
12648 SW 210TH ST
MIAMI FL 33177-5778

| PATIENT NAME | |
|---|---|
| TAMMY RIVAS | |
| ACCOUNT NUMBER | STATEMENT DATE |
| 0875*0043792359 | 02/10/2006 |

| AMOUNT DUE | AMOUNT PAID |
|---|---|
| **420.00** | |

JACKSON SOUTH COMMUNITY ER PHYSICIANS
PO BOX 918986
ORLANDO FL 32891-8986



---

PLEASE DETACH AND RETURN TOP PORTION WITH PAYMENT

---

Page 1 of 1

| Date | Doctor | Code | Description | Amount |
|---|---|---|---|---|
| 01/26/2006 | ROBERT H CORDOBA, MD | 99283 | EMERGENCY DEPARTMENT VISIT | 420.00 |

**ACCESS/CHANGE YOUR ACCOUNT VIA THE INTERNET ANYTIME!!!**
Visit us at http://www.peryourhealth.com and enter your account
number of 227-43792359 and password E2998A

---

| ACCOUNT NUMBER | DATE OF STATEMENT | PAYMENTS AFTER THIS DATE WILL APPEAR ON YOUR NEXT STATEMENT | BALANCE | AMOUNT DUE |
|---|---|---|---|---|
| 0875*0043792359 | 02/10/2006 | | | **420.00** |

PATIENT NAME

TAMMY RIVAS

BILLING QUESTIONS:LOCAL 1(800)-877-7564
OUT OF AREA: 1(800)-877-7564 CUSTOMER SERVICE
MON-FRI 8:00 AM THRU 5:45 PM EST

*IF YOU HAVE INSURANCE OR
PARTICIPATE IN ANY PROGRAM
WHICH WILL PAY FOR THESE
MEDICAL SERVICES  PLEASE
COMPLETE AND SIGN THE REVERSE
SIDE OF THIS STATEMENT AND
RETURN IN THE ENCLOSED
ENVELOPE.  OTHERWISE  PLEASE
SEND YOUR PAYMENT TODAY.
THANK YOU.*

Tax Id  591713947
Place of Service: JACKSON SOUTH COMMUNITY HOSP

MAKE CHECKS PAYABLE TO:

JACKSON SOUTH COMMUNITY ER PHYSICIANS
PO BOX 918986
ORLANDO FL 32891-8986
(800)-877-7564

194751

**LATE NOTICE**

CSCOLL   s,154

www.amr-inc.com

**American Medical Response-Dade**
7255 N.W. 19th Street
Miami, Florida  33126

ACCOUNT NUMBER:   000766473

TAMMY RIVAS
12648 SW 210 STREET
MIAMI FL  33177-5778

| | |
|---|---|
| TRIP # | 901-62853219-00 |
| PATIENT NAME | TAMMY RIVAS |
| DATE OF SERVICE | 01/26/2006 |
| AMOUNT DUE | 269.90 |

ACCT #  000766473

DUE DATE  05/02/2006

**REMIT PAYMENT TO:**

RANDLE EASTERN AMB SERVICE INC
PO BOX 406606
ATLANTA, GA 30384-6606

PLEASE CHARGE MY: ☐VISA ☐MASTERCARD ☐DISCOVER ☐AMEX

ACCOUNT ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐   EXPIRATION DATE ☐☐☐☐

SIGNATURE _____   PLEASE ENTER AMOUNT PAID:   $_____

*PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT*

| PATIENT NAME | ACCOUNT NO. | TRIP NO. | INVOICE DATE |
|---|---|---|---|
| TAMMY RIVAS | 000766473-0000 | 901-62853219-00 | 04/17/2006 |

| DATE OF SERVICE | SERVICE FROM | SERVICE TO |
|---|---|---|
| 01/26/2006 | 18801 SW 117 AV | JACKSON SOUTH HOSPITAL |

**IMPORTANT MESSAGES**

YOUR ACCOUNT IS NOW PAST DUE. YOUR IMMEDIATE RESPONSE IS NECESSARY TO CEASE
FURTHER COLLECTION ACTIVITY. PLEASE REMIT PAYMENT TODAY OR CALL OUR CUSTOMER
SERVICE DEPARTMENT AT 888-245-9411 IF YOU HAVE ANY QUESTIONS. THANK YOU.

| CODE | DESCRIPTION | UNITS | UNIT CHARGE | | TOTAL CHARGE |
|---|---|---|---|---|---|
| 1251 | BLS EMERGENCY RATE | 1 | 230.00 | | 230.00 |
| 2201 | BLS EMER MILEAGE | 5 | 7.50 | | 37.50 |
| 3050 | BIO-HAZARD EQUIPMENT | 1 | 2.40 | | 2.40 |

A M R 0 2 F L 4

| **TOTAL CHARGES DUE** | 269.90 |
|---|---|

**SEE REVERSE SIDE FOR INSURANCE INFORMATION**

Send billing inquiries to:  AMERICAN MEDICAL RESPONSE-DADE
7255 N. W. 19TH STREET ● MIAMI, FLORIDA 33126

Phone Number: (305) 499-4697      Keep this portion for your records.
Phone Number:(305) 499-4696

LAW OFFICES

# PITA & DEL PRADO

PROFESSIONAL ASSOCIATION

9350 SOUTH DIXIE HIGHWAY
SUITE 1200
MIAMI, FLORIDA 33156

_____

TELEPHONE (305) 670-8060
FACSIMILE  (305) 670-6666

September 24, 2006

Ms. Felicia Holland
Sedgwick
P.O. Box 24787
Jacksonville, FL  32241-4787

|      | RE: | Your Client    | : | Tammy Rivas |
|------|-----|----------------|---|-------------|
|      |     | Your Claim No. | : | A61120080-0001-01 |
|      |     | D/ Accident    | : | 1/26/06 |
|      |     | Location       | : | Winn Dixie |
|      |     |                |   | 18801 SW 117th Avenue |
|      |     |                |   | Miami, FL  33157 |

Dear Ms. Holland:

As you know, our firm represents Tammy Rivas for injuries sustained when she slipped and fell at Winn Dixie on January 26, 2006.

Ms. Rivas' accident occurred at approximately one o'clock in the afternoon.  She was shopping in the produce area with her mother when she slipped and fell on dirty water.  After Ms. Rivas fell, she realized there was water dripping from the ceiling that created a pool of water on the floor.  Ms. Rivas called for help while she was still on the floor.  Antonia, the cashier at the register closest to where Ms. Rivas fell, summoned the manager on duty.  It was the manager who called fire rescue.  He also photographed the stained ceiling from where the water was dripping.

Ms. Rivas was examined by fire rescue at the scene and taken to the emergency room at Jackson South.  She complained of severe back pain.  Ms. Rivas was given a prescription for pain and told to follow up with an orthopedist.

Ms. Rivas came under the care of orthopedist Dr. Edward Lazzarin on 2/17/06.  She continued to have pain in her lower back which was radiating into her lower extremities.  Dr. Lazzarin performed a physical exam and ordered x-rays.  The x-rays revealed significant straightening in Ms. Rivas' upper back and neck.  Additionally, her L4 vertebrae was somewhat displaced, explaining her lower back pain.  Dr. Lazzarin diagnosed Ms. Rivas with severe lumbar

sprain and anterolisthesis of L4 on L5. Dr. Lazzarin called in medication for pain. He also requested that Ms. Rivas obtain her ER x-rays and return in one month.

Ms. Rivas saw Dr. Lazzarin again on 3/14/06. After comparing the films taken in the hospital to the ones taken in Dr. Lazzarin's office, he determined that the displaced vertebrae at L4 was either due to a progression from the injury or muscle tension. Dr. Lazzarin adjusted Ms. Rivas' medication and instructed her to return in one month.

On April 27, 2006, Ms. Rivas was evaluated again. She was having good days and bad days. Increased activity caused her severe pain, causing her to stop and rest. She continued to take the anti-inflammatory medication. Dr. Lazzarin's physical exam revealed that Ms. Rivas' paralumbar musculature was still very tight. Dr. Lazzarin advised her to rest and avoid over exertion. He requested an MRI, but Ms. Rivas was apprehensive about the procedure.

Ms. Rivas returned to see Dr. Lazzarin in August. She still had difficulty performing daily functions. Bending over and wearing any type of shoe with a heel caused her pain. Due to her continued symptoms, she decided to undergo an MRI.

Ms. Rivas' MRI revealed a bulge in the lumbar spine. She met with Dr. Lazzarin on 8/24/06 to review these findings. He advised Ms. Rivas that if the pain in her back did not improve, she would be a candidate for an epidural block. Dr. Lazzarin recommended she increase her daily activities and take anti-inflammatories, as necessary for exacerbations.

Ms. Rivas is a hair dresser by trade. She sees clients in her home. Following the accident, she has been limited in the number of clients she can see. She cannot wear high healed shoes. Ms. Rivas has pain and exacerbations when she attempts to undertake everyday activities that she used to take for granted, such as housecleaning.

In an effort to treat the injuries sustained in this accident, Ms. Rivas incurred the following medical expenses:

| | | |
|---|---|---|
| AMR | $ | 269.90 |
| Jackson South ER Physicians | $ | 420.00 |
| Jackson South | $ | 2,259.26 |
| Dr. Edward Lazzarin | $ | 1,650.00 |
| Star Imaging | $ | 2,150.00 |
| Total | $ | 6,749.16 |

Please call me once you have had the opportunity to review the enclosed.

Thank you,

NOT SIGNED

Shannon del Prado

SDP/cf
Enc.

CSCOLL

```
                              901-62853219-00      000766473
                              TAMMY RIVAS
                              01/26/2006
     ACCOUNT NUMBER:   000766473          .00         09/20/2006


     TAMMY RIVAS
     12648 SW 210 STREET
     MIAMI, FL 33177              RANDLE EASTERN AMB SERVICE INC
                                 PO BOX 406606
                                 ATLANTA, GA 30384-6606
```

TAMMY RIVAS                  000766473-0000  901-62853219-00   09/05/2006


01/26/2006 18801 SW 117 AV              JACKSON SOUTH HOSPITAL

| 1251 | BLS EMERGENCY RATE | 1 | 230.00 | 230.00 |
|------|--------------------|---|--------|--------|
| 2201 | BLS EMER MILEAGE | 5 | 7.50 | 37.50 |
| 3050 | BIO-HAZARD EQUIPMENT | 1 | 2.40 | 2.40 |
| | *** ADJUSTMENTS *** | | 269.90- | |

.00

FED TAX ID: 590737717

**AMR — AMERICAN MEDICAL RESPONSE**

Business Unit: 285329

Date: 01.26.06

| | | |
|---|---|---|
| Name | Winnie Dixie (location) | Room / Patient's Residence |
| | Jacksonville South | 144143 |

First Name: TOMMY
Last Name: Rivas

Address: 12648 Steer 210 St  APT
Miami, Fla 33177
SS#: 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
Primary Phone: 786 269 3886
Secondary Phone: 122 937

Sex: M

DOB: 2 20 80  DL 5796 0

Employer Name: Not Employed

Mechanism of Injury / Indicators (checkboxes)

Ins. Name: No Insurance

Special Billing Code: 34

Motor Vehicle Data / Multiple Patient Transport, Patient ___ of ___ total

**CERTIFICATE OF MEDICAL NECESSITY**

Disoriented:
Bed confined:
Medical condition that required transfer by stretcher: Back pain
Restraints needed because of physical condition:
Other condition that required transport by ambulance: V/S monitored

Driver's Name Printed: Delgado  ID#
Attendant's Name Printed: Bonilla  ID# 4564
Attendant's Signature

**Part 1**

# Master Signature Statement
## Patient Authorization and Payment Agreement

I hereby state that I have received services from American Medical Response (AMR) and that I am responsible for payment of the same, except where otherwise provided by law. I request that payment of authorized Medicare or other insurance benefits be made either to me or on my behalf to AMR for any ambulance services and supplies furnished to me by AMR. I authorize any holder or medical information about me to release to the Centers for Medicare and Medicaid Services (CMS) or any other third party payer and its agents and Carriers, as well as AMR, any information or documentation in their possession needed to determine these benefits or the benefits payable for related services, now or in the future. I have been notified by AMR that prior authorization may be required for this transport. If prior authorization was not obtained, I assume all responsibility for any charges not paid by my insurance carrier(s). A copy of this authorization may be used in place of the original.

I (or my guardian) authorize any holder of medical or other information about me (or the patient) to release to the Social Security Administration, Health Care Financing Administration, it's intermediaries, carriers, private insurance companies, applicable Managed Care Providers and American Medical Response, Inc. and it's subsidiaries (in fulfillment of patient release requirement set forth in section 395.3025, Florida Statutes), any information needed for this or a related Medicare, Managed Care, or other request payment of medical insurance benefits either to myself or to the party that accepts assignment below. By signing this statement, I am agreeing to pay for the services listed, even if Medicare, my Managed Care Provider, or another third party payer determines that according to its guidelines, the services are not reasonable or medically necessary. Should this account be referred to collections, I the undersigned will be responsible for all associated fees and collection costs.

In addition, I acknowledge that I was provided with, or a reasonable attempt was made to provide me with, a copy of American Medical Response's Notice of Privacy Practices and my rights in accordance with the Health Insurance Portability and Accountability Act of 1996, also known as (HIPAA)

Name (print) _____         _____
                                               Signature of Beneficiary[1]

**Part 2**

## Patient Unable to Sign

Patient _____ is unable to sign because _____
The following representative's signature on behalf of the patient does not constitute acknowledgement of financial responsibility for the services rendered to the patient.

Date: _____  By: _____    _____
                      Signature of Patient Representative    Relationship to Patient

                      _____
                      Address or, for Facility Personnel, Name of Facility

**Part 3**

## Patient Unable to Sign/No Representative Available

Patient _____ is unable to sign because _____
No patient representative is available/willing to sign on behalf of the patient. The following signature does not constitute acknowledgement of financial responsibility for the services rendered to the patient.

Date: _____  By: _____
                      Signature/Title of Medical Transport Personnel/
                      Name of AMR Operations Site

[1] If Patient signs with a mark (X), the signature, relationship to patient and address of a witness must be provided in the space below the signature line.

| 4001 | Adenocard | 4012 | Lidodrip | 3012 | Burn Kit | 5005 | IV Fluids |
|------|-----------|------|----------|------|----------|------|-----------|
| 4002 | Albuterol | 4013 | Mag Sulfate | 5003 | Cardiac Pacer | 3026 | IV Set |
| | Amiodarone | | Medications | 3013 | Cervical Collar | 3035 | Limb Restraint |
| 3009 | Ammonia Inhaler | 4014 | Morphine | 3014 | Cold Packs | 3028 | Misc. Disp. Items |
| 4026 | Atropine | 4015 | Narcan | 3022 | Combi Tube | 3030 | Neonate Equip. |
| | Baby Aspirin | 4016 | Labetalol | 3016 | Defib Pads | 3032 | OB Supplies |
| 4029 | Benadryl | 4017 | Nitroglycerin | 5001 | EKG Monitor | 3033 | OPA/NPA |
| 4003 | Calcium Chl. | 4018 | Procainamide | 3017 | Emesis Basin | 3034 | Pacing Pads |
| | Cardizem | | Sodium Bicarb | 3020 | Endo Lock | 5002 | Pulse Oximeter |
| 4004 | Dextrose 50 | 4019 | Thiamine | 5007 | ET Tube | 3036 | Rescue Blanket |
| 4005 | Dopamine | 4020 | Valium | 3024 | Intubation | 3037 | Spinal Immobil. |
| 4006 | Epi 1:1000 | 4022 | Bag Valve Mask | 3025 | Irrigation | 3038 | Suction Supplies |
| 4007 | Epi 1:10,000 | 4023 | Vasopressor | | Inverter | 3029 | Trauma Dress |
| 4008 | Glucagon | 4024 | Oral Glucose | | Isolation Kit | 3040 | Vein Guard |
| 4009 | Haldol | 4025 | Versed | 5001 | IV Pump | 5004 | Ventilator |
| 4010 | Lasix | 4026 | Ativan | | IV Pump Cass. | 3011 | Vent Circuit |
| 4011 | Lido Bolus | 3010 | Succinylcholine | | | | |

**O₂ Therapy:** NRBM, NC, BVM, Mask, LPM, Vent, Other

**Other:** CID, Splint, EKG, Defib, Cardio

**IV Therapy:** NS, LR, D₅W, Other, Med

**IV Site:** AC, EJ, Hand, IO, Ext Fem, Other

**Injury Site & Type**

144143

**Glasgow Coma Scale**

| Eyes | Verbal | Motor |
|------|--------|-------|
| To Voice (3) | Oriented (5) | Obey (6) |
| To Spch (3) | Confused (4) | Localize (5) |
| To Pain (2) | Inapprop. (3) | Withdraw (4) |
| None (1) | Garbled (2) | Flexion (3) |
| | None (1) | Extension (2) |
| | | None (1) |

**/5**

| TIME | P | R | B/P | Rhythm | SₐO₂ | TIME | TREATMENT / RESPONSE |
|------|---|---|-----|--------|------|------|----------------------|
| PCN 89 | 76 | 140/70 | | | 98 | | |
| 4:30 | 70 | 18 | 140/70 | | 99 | | |
| | | | / | | | | |
| | | | / | | | | |
| | | | / | | | | |
| | | | / | | | | |

**ALLERGIES:** None Known ○  PCN

**CURRENT MEDS:** None ☒  Unknown ○

**MEDS (Cont.):**

**OTHER HX:** C-Section, Gallbladder

**CC / RFA** (Chief Complaint / Reason for Admit): Back Pain

**RFT** (Reason for Transport (inter-facilities Only)): Tx treatment

**History:** ASTHMA, CANCER, CARDIAC, DIAB, HTN, OBS, PSYCH, HIV, SEIZURES, COPD, DIABETES, CVA, SUBSTANCE ABUSE, OTHER

**NARRATIVE:** 47 y/o female found on a backboard and c-collar o/c or fl/off. Pt c/o back pain due to a slip and fall accident with ⊕ LOC - SOB - CP. - abd pain. Pt denies any ls & extremities Pt transported and delivered to Jackson South's Medical. No change in Pt status while en route. Pt monitored all route.

Physician's Name:

Physician's Office Phone #:

Reviewer's Initials:

Driver Signature:

Attendant Signature:

2nd Attendant Signature:

| 7812 | Abdominal Cell | 4280 | Cardiac-CHF | 4589 | Hypotension | 2989 | Psych-Psychosis |
|------|----------------|------|-------------|------|-------------|------|------------------|
| 7909 | Abnormal Labs | 4279 | Cardiac-Dysrhythmia | 7824 | Jaundice | 5849 | Renal Failure-Dialysis |
| 9953 | Allergic Reaction | 4373 | Cerebral Aneurysm | 20890 | Leukemia | 7991 | Respiratory Arrest |
| 3310 | Alzheimer's Disease | 5715 | Cirrhosis | 7807 | Malaise / Fatigue | 5199 | Respiratory Disease |
| 28260 | Anemia-Sickle Cell | 72781 | Contractures | 2639 | Malnutrition | 486 | Respiratory-Pneumonia |
| 2859 | Anemia-Specify | 7999 | Death | 3320 | Meningitis | 34510 | Seizure |
| V582 | Anemia-Transfusion | 25090 | Diabetes | 72885 | Muscle Spasm | 7802 | Syncope |
| 7843 | Aphasia | 9956 | Edema-Infection | 78702 | Nausea | 3331 | Tremor |
| 76510 | Birth-Premature | 7824 | Edema-Specify | 78900 | Pain-Abd. | 7882 | Urinary-Retention |
| 5640 | Bowel-Constipation | 3483 | Encephalopathy | 7809 | Pain-Specify | 5990 | Urinary Tract Infection |
| 5589 | Bowel-Gastroenteritis | 50500 | ETOH-Specify | 3510 | Palsy-Bell's | 4539 | Venous-Thrombosis |
| 56039 | Bowel-Impaction | 7806 | Fever | 3439 | Palsy-Cerebral | 07999 | Viral Infection |
| 7810 | Bowel-Invol. Mvmt. | 6089 | Genitourinary-Dis. | 34290 | Paralysis-Hemi | 78703 | Vomiting |
| 5609 | Bowel-Obstruction | V551 | G-Tube Change | 3449 | Paralysis-Para / Quad | 5780 | Vomiting-Blood |
| 2349 | Cancer-Specify | 5780 | Hematemesis | 30000 | Psych-Anxiety | 7807 | Weakness / Malaise |
| 4292 | Cardiac-ASCVD | 4019 | Hypertension | 311 | Psych-Depression | 7070 | Wound-Decubitus Ulcer |

**INTUBATION CONFIRMATION**

TUBE SIZE ____    ROUTE : ORAL / NASAL

VISUALIZE PASSING VOCAL CORDS Y / N  TIME __:__

EDD CHECK  INITIAL Y / N __:__    Y / N __:__
TIMES Y / N __:__

EPIGASTRIC SOUNDS  INITIAL Y / N __:__    Y / N __:__
TIMES Y / N __:__

LUNG SOUNDS  INITIAL Y / N __:__    Y / N __:__
TIMES Y / N __:__

CO2 DETECTOR  INITIAL COLOR CHANGE Y / N __:__    Y / N __:__
TIMES Y / N __:__

ALL INTUBATIONS MUST BE RE-CONFIRMED EVERY 3-5 MINUTES OR UPON ANY PATIENT MOVEMENT. TIMES MUST BE DOCUMENTED.