# EXHIBIT A

| Matter: | Amount Due: |
|---|---|

1. <u>Jean Quirk v. Winn-Dixie Stores, Inc.</u>    $153.89
   Monroe County Circuit Case No. CAP-1-286

2. <u>Cyril Bullard. v. Winn-Dixie Stores, Inc.</u>    $37.50
   Miami-Dade Circuit Case No. 01-30553 CA 01

Date: 12/12/2006

**Tabs3 Detail Work-In-Process Report**
GAEBE, MULLEN, ANTONELLI, ESCO & DIMATTEO

Page: 1

Primary Timekeeper: 12 STEPHEN N. MONTALTO

**Client: 1507.33429Q WINN-DIXIE STORES, INC.**                         WINN-DIXIE STORE         Contact: MELANIE ALM
**QUIRK/JEAN v. WINN-DIXIE STORES, INC.**                                                        Office: 904-419-6713
SEDGWICK CLAIMS MANAGEMENT SERVICES                                                              Fax: 904-419-5390
P.O. BOX 24787
JACKSONVILLE FL 32241-4787

| | | | | | | |
|---|---|---|---|---|---|---|
| Primary Timekeeper: | 12 SNM | Category: | 49 SLIP AND FALL - DEFENSE | | CLAIM # 9911205427 | |
| Secondary Timekeeper: | 12 SNM | Draft Template: | 00000023 | Rate Code: 1 | DATE OF LOSS 4/10/99 | |
| Originating Timekeeper: | 12 SNM | Final Template: | 00000023 | Date Opened: | 01/25/2006 | |
| Previous Balance: | 380.92 | | | | | |

| Date | Tmkr | H P | B C | Tcode | Ref # | Rate | Units | Hours Worked | Hours to Bill | Write-Up/ Down Hrs | Amount | Write-Up/ Down Amt | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Fees** | | | | | | | | | | | | | |
| 10/19/2006 | 12 SNM | | | 157 | 1 | 125.00 | | 0.30 | 0.30 | | 37.50 | | TELEPHONE CONFERENCE WITH CO-DEFENDANT RE: STATUS AND MEDIATION |
| 10/19/2006 | 12 SNM | | | 157 | 2 | 125.00 | | 0.20 | 0.20 | | 25.00 | | TELEPHONE CONFERENCE WITH TANA COPELAND RE: MEDIATION DATE |
| 10/19/2006 | 12 SNM | | | 320 | 3 | 125.00 | | 0.20 | 0.20 | | 25.00 | | PREPARE EMAIL TO CO-DEFENDANT RE: MEDIATION DATE |
| 10/23/2006 | 12 SNM | | | 359 | 4 | 125.00 | | 0.30 | 0.30 | | 37.50 | | RECEIPT AND REVIEW EMAIL AND RESPONSE TO CO-DEFENDANT |
| 10/27/2006 | 12 SNM | | | 359 | 5 | 125.00 | | 0.20 | 0.20 | | 25.00 | | RECEIPT AND REVIEW EMAIL AND RESPONSE RE: MEDIATION |
| Billable Total: | | | | 12 STEPHEN N. MONTALTO | | | | 1.20 | 1.20 | | 150.00 | | |
| **Total Billable Fees** | | | | | | | | 1.20 | 1.20 | | 150.00 | | |
| **Expenses** | | | | | | | | | | | | | |
| 09/12/2006 | 12 SNM | | | 215 | 1 | 0.250 | 6.00 | | | | 1.50 | | Photocopying, 6 pp @ $.25 each |
| 09/13/2006 | 12 SNM | | | 217 | 2 | | | | | | 0.39 | | Postage, @ flat amount $.39 |
| 10/10/2006 | 12 SNM | | | 215 | 3 | 0.250 | 8.00 | | | | 2.00 | | Photocopying, 8 pp @ $.25 each |
| **Total Billable Expenses** | | | | | | | | | | | 3.89 | | |
| **Payments** | | | | | | | | | | | | | |
| 10/11/2006 | | | | 900 | 6 | Apply to: 253 | | | | | -375.00 | | THANK YOU FOR YOUR FEE PAYMENT. |
| 10/11/2006 | | | | 990 | 7 | Apply to: 253 | | | | | -5.92 | | THANK YOU FOR YOUR EXPENSE PAYMENT. |
| **Total Billable Payments** | | | | | | | | | | | -380.92 | | |

**RECAP**

| | | | | | |
|---|---|---|---|---|---|
| Fees: | 150.00 | | | | |
| Expenses: | 3.89 | Previous Balance: | 380.92 | | |
| Advances: | 0.00 | Payments/Credits: | -380.92 | | |
| Total WIP: | 153.89 | Balance Due: | 0.00 | Total: | 153.89 |

| A/R: | 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |



Date: 12/12/2006

**Tabs3 Detail Work-In-Process Report**
GAEBE, MULLEN, ANTONELLI, ESCO & DIMATTEO

Page: 2

Primary Timekeeper: 12 STEPHEN N. MONTALTO

Client: **1507.33430Q** WINN-DIXIE STORES, INC.  WINN-DIXIE STORE
**BULLARD/CYRIL v. WINN-DIXIE STORES**
SEDGWICK CLAIMS MANAGEMENT SERVICES
P.O. BOX 24787
JACKSONVILLE FL 32241-4787

Contact: C. EVERETT BROOKS
Office: 904-419-5344
Fax: 904-419-5390

| | | | | | |
|---|---|---|---|---|---|
| Primary Timekeeper: | 12 SNM | Category: | 49 SLIP AND FALL - DEFENSE | | CLAIM # 8111254821 |
| Secondary Timekeeper: | 12 SNM | Draft Template: | 00000023 | Rate Code: 1 | DATE OF LOSS 1/2/98 |
| Originating Timekeeper: | 12 SNM | Final Template: | 00000023 | Date Opened: 01/25/2006 | |
| Previous Balance: | 131.89 | | | | |

| Date | Tmkr | H B P C | Tcode | Ref # | Rate | Units | Hours Worked | Hours to Bill | Write-Up/ Down Hrs | Amount | Write-Up/ Down Amt | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Fees** | | | | | | | | | | | | |
| 09/26/2006 | 12 SNM | | 157 | 1 | 125.00 | | 0.30 | 0.30 | | 37.50 | | TELEPHONE CONFERENCE WITH PLAINTIFF'S ATTORNEY RE: SETTLEMENT |
| Billable Total: | | | 12 STEPHEN N. MONTALTO | | | | 0.30 | 0.30 | | 37.50 | | |
| **Total Billable Fees** | | | | | | | 0.30 | 0.30 | | 37.50 | | |
| **Payments** | | | | | | | | | | | | |
| 10/06/2006 | | | 900 | | 5Apply to: 253 | | | | | -125.00 | | THANK YOU FOR YOUR FEE PAYMENT. |
| 10/06/2006 | | | 990 | | 6Apply to: 253 | | | | | -6.89 | | THANK YOU FOR YOUR EXPENSE PAYMENT. |
| **Total Billable Payments** | | | | | | | | | | -131.89 | | |

**RECAP**

| | | | | | |
|---|---|---|---|---|---|
| Fees: | 37.50 | Previous Balance: | 131.89 | | |
| Expenses: | 0.00 | Payments/Credits: | -131.89 | | |
| Advances: | 0.00 | | | | |
| Total WIP: | 37.50 | Balance Due: | 0.00 | Total: | 37.50 |

| A/R: | 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |


DEFENDANT'S EXHIBIT A