UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKONSVILLE DIVISION

In re:

WINN DIXIE STORES, INC., et al.          Case No.: 3:05-bk-03817-JAF

Debtor.                                   Chapter 11

_____/

APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE CLAIM
FOR CERTAIN POST-PETITION PERSONAL INJURY CLAIMANT

COMES NOW the applicant, Anna Roomsburg (hereinafter "Applicant"), by and through the undersigned counsel, and pursuant to 11 U.S.C. § 503, requests this Court enter an order appvoing her application to have allowed administrative claim against the Estate, and to authorize p ayment of her cliam, and would show:

1. On February 21, 2005, the Debtors filed voluntary petitions under Chapter 11 of the U.S. Bankruptcy Code.

2. On May 12, 2006, Anna Roomsburg suffered a personal injury to her body, incurred medical expenses as a result thereof, and has pain and suffering from an accident that occurred at a Winn Dixie store. It is asserted the Debtor is responsible for the accident and injury and damages. The store accident location is, upon information and belief, at the Winn Dixie located at 1021 Lockwood Boulevard in Oviedo, Florida. A cliam is current pending through Debtor's third party administrator, Sedgwick Claims Management Services, Inc. with claim number A611204202-0001-01.

3. The Debtors are operating their businesses and managing their property as debtor in possession pursuant to § 1107(a) and §1108 of the Bankruptcy Code. The Court has appointed an official committee of unsecured creditors to serve in these cases. The Cour thas entered Orders setting out certain procedures to resolve personal injury claims.

4. Subsequent to the filing of the case, the Applicant suffered personal injuries as a result of negligence by the Debtors. The Applicant asserts the right to assert administrative expense claims due to the post-petition occurrence of their claims.

5. The personal injury claims of the Applicants have not yet been liquidated. Nonetheless, the value of the claim may be in excess of $100,000.00.

6. The Court has entered an Order setting a bar date to file administrative expense claims.

7. The Court may award an administrative expense priority under §503(b)(1). Damages arising from a post-petition tort committed by a debtor are entitled to administrative expense status.

WHEREFORE, the Applicant respectfully requests the Court enter an Order allowing her post-petition administrative expense claims, subject to liquidation by either conset of the parties or a court of competent jurisdiction. Upon liquidation of her post-petition claims, the Applicant requests the Court enter an Order requiring the Debtors, as a condition of

confirmation of their Chapter 11 plan, to pay the allowed administrative claims in full.

Dated this 4 day of January, 2007.

_____
RENA FAZIO, ATTORNEY AT LAW
P.O. Box 3033
Winter Park, FL 32790-3003
Telephone: (407) 628-2800
Telecopy: (407) 628-2801
Fla. Bar No.: 381640

I hereby certify that a true and correct copy of the foregoing was furnished by electronic or standard U.S. Mail, to the parties listed below on this 4 day of January, 2007 to the

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699

James H. Post, Esquire
225 Water Street, Suite 1800
Jacksonville, FL 32202

United States Trustee
135 W. Central Blvd, Suite 620
Orlando, FL 32801

Matthew Barr, Esquire
One Chase Manhattan Plaza
New York, NY 10005

_____
RENA FAZIO, ATTORNEY AT LAW

## RENA FAZIO
*Attorney at Law*

Post Office Box 3003　　　　　　　　　　　　　　　　　　Telephone: 407/628-2800
Winter Park, FL 32790-3003　　　　　　　　　　　　　　Facsimile:  407/628-2801

June 6, 2006

VIA FAX & US MAIL:
Ms. Stephanie Phillips
Sedgewick Claims Management Services
P.O. Box 24787
Jacksonville, FL 32241-4787

      RE:　ANNA ROOMSBURG
　　　　　　WINN-DIXIE SUPERMARKET
　　　　　　STORE NUMBER 2271
　　　　　　1021 Lockwood Blvd.
　　　　　　OVIEDO, FLORIDA   32765

　　　　　　DATE OF LOSS: MAY 12, 2006

Dear Ms. Phillips:

    I represent Anna Roomsburg. Mrs. Roomsburg was involved in a slip and fall accident at the above referenced Winn-Dixie Supermarket on May 12, 2006. As a result of this slip and fall accident, Mrs. Roomsburg sustained injuries to her hip, back, neck, and wrist, and has incurred medical and related incidental bills that are not finalized at this time. I am in the process of obtaining her medical records to date, and as soon as I have procured them, I will forward them to your office for your evaluation.

    Please furnish your insurance information with policy limits, as well as any pertinent bankruptcy information for Winn-Dixie, to my office.

    If there are any questions, I may be reached at 407/628-2800.

    Once again, thank you for returning my telephone call, and I look forward to working with you to resolve this matter.

　　　　　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　　　　　Rena Fazio

cc: Mrs. Roomsburg
904/419-5365

# Sedgwick

**Sedgwick Claims Management Services Inc**
P.O. Box 24787   Jacksonville, FL 32241-4787
Telephone 904-419-5300   Facsimile (904)419-5365

June 12, 2006

Rena Fazio, Esq.
Rena Fazio Attorney at Law
PO Box 3003
Winter Park, FL   32790-3003

RE:   Claimant:         Anna Roomsburg
      Date of Injury:   05/12/2006
      Location:         Winn Dixie # 2271 Oviedo, FL 32765
      Claim Number:     A611204202-0001-01

Dear Rena Fazio, Esq.:

Sedgwick Claims Management Services, Inc. is the third-party administrator for Winn-Dixie Stores, Inc. In response to your request for coverage disclosure, I provide the following:

      Insured:          Winn-Dixie Stores, Inc.
      Carrier Name:     ACE American Insurance Company
      Policy Number:    XSLG20587519
      Policy Dates:     7-1-05 thru 6-30-06
      Retention:        $2,000,000.00
      Policy limits:    $3,500,000.00

I am the examiner handling this claim. Please provide a status as to Anna Roomsburg's treatment and medical progress with medical records and bills to date. I will need your client to complete the enclosed Medical and/or Wage Authorization form and return it to me.

**Winn Dixie requires that I obtain your client's recorded statement before we make any decisions determining liability.** Please contact the undersigned to arrange a convenient date and time to secure this information. <u>I take statements between the hours of 7:30 AM and 2:30 PM EST.</u> Should you fail to provide this information our liability decisions will be based solely upon the limited information available to us.

If you have any questions feel free to contact me directly at (904)419-4726.

Sincerely,

*Stephanie*

Stephanie Phillips
Claims Examiner II

encl.

**Obtaining the medical & wage information is for the purpose of evaluating this claim and does not assume liability on Winn-Dixie or Sedgwick Claims Management Services, Inc. to pay or reimburse any expenses incurred as a result of this incident.**