UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

CASE NO.: 3-05-bk-3817 (JAF)

Chapter 11

Jointly Administered

### APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE STATUS FOR POST-PETITION CLAIM AND REQUEST FOR NOTICE
### (Kelley, Kronenberg, Gilmartin, Fichtel & Wander, P.A.)

Kelley, Kronenberg, Gilmartin, Fichtel & Wander, P.A. ("Applicant"), by and through the undersigned attorneys, seeks administrative expense status for Applicant's claim against one or more of the Debtors pursuant to 11 U.S.C. § 503(b). Applicant requests the entry of an order allowing the administrative expense described below and directing the payment of such amount pursuant to Order Confirming the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Confirmation Order") and the provisions of the Plan as confirmed. In support of this Application, Applicant states as follows:

### JURISDICTION AND VENUE

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § § 157 and 1334. Venue is proper pursuant to 28 U.S.C. § 157(b)(2).

### FACTUAL BACKGROUND

2. Winn-Dixie Stores, Inc., et al. (the "Debtors") filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on or about February 21, 2005 (the "Petition Date").

3. On November 9, 2006, the United States Bankruptcy Court for the

Middle District of Florida, Jacksonville Division entered its Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. And Affiliated Debtors (the "Confirmation Order").

4.      After the Petition Date, your Applicant, Kelley, Kronenberg, Gilmartin, Fichtel & Wander, P.A., provided legal services to the Debtor, Winn-Dixie Stores, Inc., in the defense of personal injury claims brought against the Debtor (the "Legal Services").

5.      Legal Services were performed by the Applicant, Kelley, Kronenberg, Gilmartin, Fichtel & Wander, P.A., during the period between October 3, 2006 and November 21, 2006 which remain unpaid in the amount of $7,669.50 for attorney's fees and $834.81 for costs incurred in the course of the Legal Services rendered on behalf of the Debtor, Winn-Dixie Stores, Inc., which fees and costs applicant can support through invoices and other proof.

## APPLICANT'S CLAIM IS ENTITLED TO ADMINISTRATIVE EXPENSE STATUS

6.      Section 503(b) of the Bankruptcy Code provides for the allowance of administrative expense status, and its attendant priority for payment, for the "actual, necessary costs and expenses of preserving the estate..." 11 U.S.C. § 503(b). Legal fees and costs incurred in the defense of claims against the Debtor arising from post-petition torts alleged to have committed by the Debtor are entitled to administrative expense status.

7.      In this instance, Applicant's claim arose as a result of the business operations of the Debtor, Winn-Dixie Stores, Inc. after the Petition Date but prior to the Confirmation Order. As such, Applicant's claim is entitled to administrative expense status under 11 U.S.C.§ 503(b) and Applicant seeks the entry of an order to awarding such status.

## REQUEST FOR FUTURE NOTICE

Applicant requests that all future pleadings and notices regarding or affecting Applicant's claim be served upon:

John R. Buchholz
Kelley, Kronenberg, Gilmartin, Fichtel & Wander, P.A.
15600 NW 67th Avenue, Suite 204
Miami Lakes, Fl 33014

WHEREFORE, based upon the foregoing, Applicant requests that the Court enter an order granting the relief requested herein and such other relief as it deems just and proper.

Respectfully Submitted,

KELLEY, KRONENBERG, GILMARTIN, FICHTEL & WANDER, P.A.

**/s/ John R. Buchholz**
John R. Buchholz (FL # 606472)
Kelley, Kronenberg, Gilmartin, Fichtel & Wander, P.A.
15600 NW 67th Avenue, Suite 204
Miami Lakes, Fl 33014
Telephone: (305) 774-7058
Facsimile: (305) 774-6632

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 4, 2007 I filed this **APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE STATUS FOR POST-PETITION CLAIM AND REQUEST FOR NOTICE** through the CM/ECF filing system, which will cause a copy to be served on James H. Post, Esq., Counsel for the Reorganized Debtors, Matthew Barr, Esq. and John MacDonald, Esq., Counsel for the Post-Effective Date Committee, Elena L.

Escamilla, Esq., Counsel for the Office of the United States Trustee and all other parties participating in the CM/ECF System, all served electronically.

**/s/ John R. Buchholz**
John R. Buchholz
