**UNITED STATES BANKRUPTCY COURT
DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

In Re:

WINN DIXIE STORES, INC., et al.         Case No.  3:05-bk-03817-3F1

       Debtors.                                Chapter 11 – Jointly Administered

_____/

**APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE CLAIMS
FOR CERTAIN POST-PETITION PERSONAL INJURY CLAIMANTS**

    COMES NOW the Movant, Emma Pearce, by undersigned counsel, and pursuant to 11 U.S.C. §503 requests this Court enter an Order approving her application to allow an administrative claim against the Estate, and to authorize payment of this claim, and would show:

1. On February 21, 2005, the Debtors filed Voluntary Petitions under Chapter 11 of the U.S. Bankruptcy Code.

2. The Debtors are operating their businesses and managing their property as a debtor in possession pursuant to §1107(a) and 1108 of the Bankruptcy Code.

3. The Court has appointed an official committee of unsecured creditors to serve in these cases.

4. The Movant has been advised that she is not required to file a Proof of Claim to preserve her claim.

5. On July 15, 2005, the Movant suffered a personal injury as a result of negligence by the Debtors.

6. The personal injury claim of the Movant has not yet been liquidated.

7. The Court has, or shortly will, enter an Order setting a bar date to file administrative expense claims.

8. The Court may award an administrative expense priority under §503(b) for the "actual, necessary costs and expenses of preserving the estate …." 11 U.S.C. §503(b)(1).

9. Damages arising from a post-petition tort committed by a debtor are entitled to administrative expense status.

10. The Movant respectfully requests the Court enter an Order allowing her post-petition administrative expense claim, subject to liquidation by either consent of the parties or a court of competent jurisdiction. Upon liquidation of their post-petition claims, the Movant requests the Court enter an Order requiring the Debtors, as a condition of confirmation of their Chapter 11 Plan, to pay the allowed administrative claim in full.

11. The Movant requests the Court limit notice of this Application to counsel for the Debtors and counsel for the Unsecured Trade Creditors Committee.

/s/   Robert M. Perry
Robert M. Perry, Esquire
Florida Bar No. 814903
2790 NW 43rd Street, Suite 200
Gainesville, FL 32606
(352) 373-4141
(352) 372-0770 (facsimile)
Attorney for Movant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by e-mail and U.S. Mail to the parties listed below on this  4th  day of January, 2007.

/s/   Robert M. Perry
Robert M. Perry, Esquire

| | |
|---|---|
| James H. Post, Esquire | Matthew Barr, Esquire |
| Smith, Hulsey & Busey | Milbank, Tweed, Hadley & McCloy, LLP |
| 225 Water Street, Suite 1800 | 1 Chase Manhattan Plaza |
| Jacksonville, FL 32202 | New York, NY 10005 |