

Law Offices of
**CHRIS JOHNS
& ASSOCIATES**
www.jaxaccidentattorney.com

4901 Atlantic Blvd.
Jacksonville, FL 32207
TEL 904.398.9893
FAX 904.398.8757
TOLL FREE 1.877.375.5510

Chris Johns, Esquire
Donald N. Metcalf, Esquire
Zachary Von Roenn, Esquire

January 2, 2007

Summary of Claim

RE:  Our Client:        Deborah Brown
     Date of Incident:  September 17, 2005

## LIABILITY

Ms. Brown was an invitee of Save-A-Lot and under the law landowners owe a duty of reasonable care to protect invitees from injury. The owner has a duty to maintain the premises in a safe condition and to warn invitees of latent perils. In this instance, the water was in a readily noticeable and heavily trafficked area. Thus, the fact that the danger was present for some time and it was not cleaned up is a clear case of premises liability in which Save Rite owed a duty that they breached by failing to clean up or warn of the danger.

## INJURY

Ms. Brown was shopping at Save-A-Lot when she slipped on a large amount of water and injured left knee, bruised her wrist and her shin. After the fall, she experienced neck, middle back and bilateral wrist, left knee and left ankle pain.

### Medical Bills Due

| PROVIDER | TOTAL | Health Ins. | PT | OUTSTANDING |
|---|---|---|---|---|
| Physicians Medical Center | $5,069.00 | $0.00 | $0.00 | $5,069.00 |
| Baptist Occupational Health | $ 420.00 | $0.00 | $0.00 | $420.00 |
| Imaging Center at Forbes St. | $1,072.52 | $0.00 | $0.00 | $1,072.52 |
| **TOTAL** | **$6,561.52** | **$0.00** | **$0.00** | **$6,561.52** |

### Pain and Suffering

Prior to this fall, Ms. Brown was an able bodied woman who enjoyed volunteering at church and spending time with her friends and family. Unfortunately, however, since the fall, she has been significantly limited in what she can do and has had to alter her entire way of thinking in order to avoid exacerbation of the pain and discomfort in her knee and back.

Since the fall, simple daily tasks and activities have proven very difficult for Ms. Brown to accomplish. Since Ms. Brown lives on the second floor of her apartment complex, she experiences a lot of difficulty maneuvering up and down the steps to her own home. Due to this fall, she has to be conscious of every step she takes because of her injuries. She takes caution walking, doing chores around her home, running errands around town, and even when she takes a shower. This is very frustrating for Ms. Brown because she never had to think twice about performing these types of activities.

Ms. Brown is very upset about the effect this fall had on her volunteer activities. Before this fall, Ms. Brown was able to volunteer at her church where she took an active part in the Hurricane Katrina relief efforts that her congregation was organizing. After the fall, she was unable to continue her volunteer work in the same capacity. She never knew that this fall would impact so many aspects of her life.

Furthermore, the impact that this fall has had on the interaction Ms. Brown is able to have with her friends and family is most frustrating. Ms. Brown is the proud grandmother of two young grandchildren, ages