UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

WINN DIXIE STORES, INC., et al.,        Case No. 3-05-bk-3817

    Debtors.                              Chapter 11

                                                                Jointly Administered

_____/

**APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE CLAIM
FOR POST-PETITION PERSONAL INJURY CLAIM**

Movant, Elouise Green (hereinafter the "Movant"), by and through the undersigned attorney, and pursuant to 11 U.S.C. 503, hereby files this application for allowance of administrative claim against the Reorganization Debtors (hereinafter the "Debtors"), corresponding to a personal injury claim arising within the period between February 21, 2005, and November 21, 2006. Movant respectfully requests this Court enter an Order approving this application against the Debtors, and to authorize payment of this claim. In support thereof, Movant states the following:

1. On February 21, 2005, the Debtors filed Voluntary Petitions under Chapter 11 of the U.S. Bankruptcy Code in the Southern District of New York which were transferred to this Court on April 13, 2005.

2. On November 9, 2006, this Court entered an Order confirming Debtors' Joint Plan of Reorganization (the "Confirmation Order") [CP#12440].

3. The Confirmation Order provides that pursuant to Section 12.1 of Debtors' Joint Plan of Reorganization (the "Plan"), the deadline for filing requests for payment of post-petition administrative claims is January 5, 2007 (the "Administrative Claims Bar Date").

4. On or around September 23, 2006, the Movant suffered personal injuries in a slip-and-fall accident which was caused by the Debtors negligence at the Winn Dixie store located at or around 2054 South Byron Butler Parkway, Perry, FL 32347.

5. The personal injury claim of the Movant has not yet been liquidated. The amount of this administrative claim is still undetermined as Movant is still treating for her injuries. There has been no suit filed in this matter and no court judgment has been obtained.

6. Pursuant to the Confirmation Order and Plan, this Application is timely and is intended to comply with the requirements of the Order and Plan.

7. This Court may award an administrative expense priority under 11 U.S.C. 503(b) for the "actual, necessary costs and expenses of preserving the estate...."

8. Damages arising from a post-petition tort committed by a debtor are entitled to administrative expense status.

9. The Movant respectfully requests this Court enter an Order allowing this post-petition administrative expense claim, subject to liquidation by either consent of the parties or a court of competent jurisdiction. Upon liquidation of this post-petition claim, the Movant requests this Court enter an Order requiring the Debtors to pay the allowed administrative claim in full.

10. In accordance with the Confirmation Order and Section 12.1 of the Plan, Movant has served a copy of the application on counsel for the Debtors and the Post-Effective Date Committee.

WHEREFORE, the Movant, Elouise Green, respectfully requests that this Court enter an Order 1) deeming the administrative claim asserted by the Movant as a timely assertion of an administrative claim subject to liquidation by either consent of the parties or a court of competent jurisdiction; 2) requiring the Debtors to pay the administrative expense claim in full upon entry of an order allowing the claim; and 3) granting any such further relief as this Court deems just and proper.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail, in a sealed envelope, with postage prepaid, in an official depository of the U.S. Postal Service, upon each of the parties identified below on this the 4th day of January, 2007.

James Post
(Counsel for the Reorganized Debtors)
Smith Hulsey & Busey
225 Water Street
Suite 1800
Jacksonville, FL 32202
Fax: 904-359-7708

Matthew Barr
(Counsel for the Post-Effective Date Committee)
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005
Fax: 212-822-5194

s/Stephen M. Fernandez
Stephen M. Fernandez, Esq.
FL Bar Number: 723673
Anderson & Associates, P.A.
1584 Metropolitan Blvd.
Tallahassee, FL 32308
Phone: (850) 894-3000
Facsimile: (850) 894-9664