Law Offices of
**CHRIS JOHNS**
**& ASSOCIATES**
www.jaxaccidentattorney.com

4901 Atlantic Blvd.
Jacksonville, FL 32207
TEL 904.398.9893
FAX 904.398.8757
TOLL FREE 1.877.375.5510

Chris Johns, Esquire
Donald N. Metcalf, Esquire
Zachary Von Roenn, Esquire

January 2, 2007

## Summary of Claim

RE:  Our Client:      Christina McCormick
     Your Insured:    Winn Dixie
     Date of Accident: February 27, 2005
     Claim Number:    A511202378-0001-01

### LIABILITY

Ms. McCormick was an invitee on your premises and under the law landowners owe a duty of reasonable care to protect invitees from injury. The owner has a duty to maintain the premises in a safe condition and to warn invitees of latent perils. In this instance, the water was in a readily noticeable and heavily trafficked area. Thus, the fact that the danger was present for some time and it was not cleaned up is a clear case of premises liability in which Winn Dixie owed a duty that they breached by failing to clean up or warn of the danger.

### INJURY

While walking through the aisles in Winn Dixie, Ms. McCormick looked over her shoulder to speak with her friend and slipped on the unmarked wet floor, falling backwards and striking her head on the wet floor. She injured the left side of her back, left shoulder, left ear and head.

### Medical Bills Due

Ms. McCormick incurred medical bills in from Baptist Medical Center for treatment following the fall, which are undetermined at this time. This figure is likely to increase.

### Pain and Suffering

Prior to this fall, Ms. McCormick was an able bodied woman. Unfortunately, however, since the fall, she has been limited in what she can do and has had to alter her daily life in order to avoid exacerbation of the pain and discomfort in her back and shoulder.

### Amount of Total Claim

In light of the severity of Ms. McCormick's injuries, she has authorized me to accept $75,000 for full and final settlement of this matter.

Sincerely,


Donald Metcalf
DM/msd
Enclosure