WHEREFORE, based upon the foregoing, Applicant requests that the Court enter an order granting the relief requested herein and such other relief as it deems just and proper.

Respectfully Submitted,

*(signature)*

JOHN A. SUNNER, ESQUIRE
SUNNER & SUNNER
Florida Bar No. 254312
150 West Warren Avenue
Post Office Box 520771
Longwood, Florida 32752-0771
Telephone: (407) 831-8522
Facsimile: (407) 831-5356
E-mail: sunnerr@cfl.rr.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 4, 2007 I filed this **APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE STATUS FOR POSTPETITION CLAIM AND REQUEST FOR NOTICE** through the CM/ECF filing system, which will cause a copy to be served on James H. Post, Esq., Counsel for the Reorganized Debtors, Matthew Barr, Esq., and John MacDonald, Esq., Counsel for the Post-Effective Date Committee, Elena L. Escamilla, Esq., Counsel for the Office of the United States Trustee all other parties participating in the CM/ECF System, all served electronically. Also, I have faxed copies to James Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, Fax: (904) 359-7708, and Matthew Barr, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Fax: (212) 822-5194.

*(signature)*

JOHN A. SUNNER, ESQUIRE