**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| Winn-Dixie Stores, Inc., et al.[1], | Chapter 11 |
| Reorganized Debtors. | Jointly Administered |

**APPLICATION AND REQUEST FOR PAYMENT**
**OF ADMINISTRATIVE CLAIM BY ADORNO & YOSS LLP**

Adorno & Yoss, LLP ("A&Y") hereby requests payment of administrative expense, and pursuant to Order of Court dated December 6, 2006, respectfully states:

1.  On or about November 9, 2006, this Court entered its Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors.

2.  At the inception of this case, A&Y was authorized and retained to continue to represent the Debtor in the ordinary course in connection with self-insured personal injury liability claims and workers compensation claims. Payments have been made to A&Y over the course of this case in the ordinary course.

3.  Pursuant to Order of this Court dated December 6, 2006, all administrative claimants are required to file an application for payment of outstanding administrative claims resulting from services rendered or costs incurred on behalf of the reorganized debtors between February 21, 2005 and November 21, 2006.

4.  Between February 21, 2005 and November 21, 2006, A&Y rendered services and incurred costs which remain unpaid, in the total amount of $12,079.76. A breakdown of the

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc.,, Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., SD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

unpaid administrative claim for services rendered and costs incurred during this period by matter is attached hereto as Exhibit "A."

5. Accordingly, pursuant to Order of this Court dated December 6, 2006, request is hereby made for payment of administrative claim in this case to A&Y in the amount of $12,079.76.

WHEREFORE, payment of administrative claim is hereby requested in accordance with the Order of this Court dated December 6, 2006, in the total amount of $12,079.76, and any other and further relief as this Court deems appropriate in the premises.

**ADORNO & YOSS LLP**

By: s/ Geoffrey S Aaronson
Geoffrey S. Aaronson
Florida Bar Number: 349623
2525 Ponce de Leon Blvd., Suite 400
Miami, Florida 33134
Phone: (305) 460-1000
Fax: (305) 460-1422
gaaronson@adorno.com

**CERTIFICATE OF SERVICE**

A copy of the foregoing Application and Request for Payment of Administrative Claim by Adorno & Yoss LLP was served on JAMES POST, ESQ., Smith Hulsey & Busey, via e-mail at jpost@smithhulsey.com and MATTHEW BARR, ESQ., Milbank, Tweed, Hadley & McClly LLP, via e-mail at mbarr@milbank.com, this 4 day of January, 2007.

s/ Geoffrey S Aaronson
Geoffrey S Aaronson

{M1579105_1}

2

ADORNO & YOSS LLP
2525 PONCE DE LEON BLVD. • SUITE 400 • MIAMI, FLORIDA 33134 • TELEPHONE 305-460-1000 • TELEFAX 305-460-1422