| | | Winn Dixie - Liability Matters - 009526 | | |
|---|---|---|---|---|
| Bill Date | Bill # | WD Claim # | Matter Name | Services Rendered and Costs Accrued Between 2/22/05 & 11/20/06 |
| 02/22/05 | 361825 | A111202958 | adv. Hector Asprea / Tina Mapps | 25.00 |
| 02/22/05 | 361875 | A311204967-0001-01 | adv. Yvette Thomas | 90.45 |
| 02/26/05 | 313288 | A311211191-0001-01 | adv. Odalys Ramos | 24.00 |
| 02/26/05 | 313286 | A211202714-0001-01 | adv. Daisy Padron | 24.00 |
| 02/28/05 | 313307 | A311217116-0001-01 | adv. Walter Willams | 57.11 |
| 06/09/05 | 325652 | A311217116-0001-01 | adv. Walter Willams | 37.50 |
| 06/10/05 | 325815 | A211212127-0001-01 | adv. Cassandra McDowell | 62.50 |
| 04/08/06 | 361956 | A011212207-0001-01 | adv. Leticia Navas | 113.67 |
| 04/08/06 | 361962 | A411202985-0001-01 | adv. Yvonne Young | 75.00 |
| 08/07/06 | 377219 | A511213649-0001-01 | adv. Kimberly Hartrum | 1,174.81 |
| 09/08/06 | 382663 | A611200729-0001-01 | adv. Olive Smith | 16.25 |
| 12/07/06 | 394182 | A411204413-0001-01 | adv. Miriam Garcia | 112.50 |
| 12/07/06 | 394184 | A211212127-0001-01 | adv. Cassandra McDowell | 75.00 |
| 12/07/06 | 394185 | A311213492-0001-01 | adv. Amada Altamar | 487.50 |
| 12/07/06 | 394186 | A411206643-0001-01 | adv. Jorge Cotto | 25.00 |
| 12/07/06 | 394172 | A511213649-0001-01 | adv. Kimberly Hartrum | 476.08 |
| 12/07/06 | 394173 | A511207354-0001-01 | adv. Michelle Vega | 824.68 |
| 12/07/06 | 394174 | A511215008 | adv. Carol Prichard | 1,333.27 |
| 12/07/06 | 394177 | A611200729-0001-01 | adv. Olive Smith | 374.15 |
| 12/07/06 | 394178 | A511209431-0001-01 | adv. Janice Lee Jackson | 94.80 |
| 12/07/06 | 394179 | A511212649-0001-01 | adv. Joel Goldfinger | 584.83 |
| 12/07/06 | 394180 | A611200967 | adv. Maria J. Diaz | 1,171.74 |
| 12/11/06 | 395353 | A511211134-0001-01 | adv. Cherry Cotton | 310.00 |
| 12/11/06 | 395354 | A511213831-0001-01 | adv. Luella Page | 520.20 |
| | | | Total | **$8,090.04** |

| Bill Date | Bill # | WD Claim # | Matter Name | Services Rendered and Costs Accrued Between 2/22/05 & 11/20/06 |
|---|---|---|---|---|
| Winn Dixie - Worker's Comp (013339) | | | | |
| 8/7/2006 | 377217 | A511208730 | Linda Rechin | 473.88 |
| 9/8/2006 | 382602 | A511204750 & A511202035 | Regulo Loredo | 268.78 |
| 9/8/2006 | 382605 | A511202627 | Argelio Garcia v. Winn-Dixie | 1,510.93 |
| 9/8/2006 | 382610 | A511208730 | Linda Rechin | 222.43 |
| 10/10/2006 | 386848 | 06-016121KSP | Osly Mendez v. Winn-Dixie | 37.50 |
| 12/7/2006 | 394193 | A311211806 | Gordon Eskridge vs. Winn-Dixie | 77.00 |
| 12/11/2006 | 395386 | A311212149 | Luis Vargas v. Winn Dixie | 150.00 |
| 12/11/2006 | 395388 | A411215526 | John Dubour v. Winn-Dixie | 958.80 |
| 12/11/2006 | 395389 | A511202627 | Argelio Garcia v. Winn-Dixie | 290.40 |
| | | | Total | $3,989.72 |