UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NUMBER: 05-03817-3F1
Jointly Administered

IN RE: CHAPTER 11

WINN DIXIE STORES, INC., et al

Debtor,

_____

### REQUEST FOR PAYMENT OF ADMINISTRATIVE CLAIM(S)

SARRIA ENTERPRISES, INC. (Store # 237), SARRIA HOLDINGS, INC. (Store # 270), SARRIA HOLDINGS II, INC. (Store # 330), SARRIA HOLDINGS, IV, INC. (Store # 302) (hereinafter collectively "Sarria"), hereby files its Request for Payment of Administrative Claim(s) with respect to the period of time from February 21, 2005 to November 21, 2006 (the "period"). For the period; with respect to Store # 237, there is due ad owing the sum of $60,348.00, plus attorneys fees; for Store # 270, there is due and owing the sum of $15,162.00; in addition, there remains unpaid taxes for the year 2003 and 2004 due as rent for which demand was made and for which no payment was received, for Store # 330, there is due and owing the sum of $70,485.00; for Store # 302, there is due and owing $81,597.00.

This Request for Payment of Administrative Claim(s) is without prejudice to any and all previously filed claims or adjourned claims filed in Sarria.

IN RE: WINN DIXIE STORES, INC.
CASE NUMBER:  05-03817-3F1

## CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY** that a true and correct copy of the above and foregoing has been served via electronic notice if registered in the Electronic Case Filing System, otherwise by U.S. Mail on this 4th day of January, 2007 to: James Post, Smith Hulsey & Busey, counsel for reorganized debtor, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 (Facsimile:  904-359-7708; e-mail: jpost@smithhulsey.com, Matthew Barr, Milibank, Tweed, Hadley & McCloy LLP, counsel for Post-Effective Date Committee, 1 Chase Manhattan Plaza, New York, NY 10005 (Facsimile:  212-822-5194; e-mail: mbarr@milbank.com).

        BURGER & FARMER, P.L.
        1601 Forum Place, Suite 404
        West Palm Beach, FL 33401
        Telephone Number: (561) 689-1663
        Facsimile Number: (561) 689-1707

        /s/ Alan M. Burger
        Alan M. Burger, Esq.
        Florida Bar Number: 833290