**UNITED STATS BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | * | Case No. 05-03817-3F1 |
| | * | |
| **Winn-Dixie Stores, Inc., et al** | * | Chapter 11 |
| | * | |
| **Reorganized Debtors** | * | Jointly Administered |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

Plaintiff/Creditor, Gwendolyn Miles, through undersigned counsel, moves for payment of the Administrative Expense Claim represented by Gwendolyn Miles v. Winn Dixie Montgomery, Inc., No. 633-810, 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, "Division A", and in support thereof recites:

1.

On or about August 7, 2005 Ms. Miles was severely injured while shopping at a Winn Dixie store in Marrero, Louisiana, when she slipped and fell upon crushed grapes in an area of the market where there was no reason to expect such a foreign substance to be on the floor;

2.

As a result petitioner suffered and continues to suffer damages of a neurological and orthopedic nature, including neck, back, shoulders, and hip injuries for which she has been treated extensively in the past and for which extensive treatment is necessary in the future;

3.

At the time petitioner filed suit defendant, Winn Dixie Montgomery, Inc. was active and in good standing in the State of Louisiana, as evidenced by the record attached as Exhibit "B",

"Louisiana Secretary of State Detailed Record".

4.

Undersigned counsel estimates on the basis of quantum research and evaluation of like cases in Louisiana that Ms. Miles' case has a judgment value in excess of $130,000.00; Ms. Miles is amenable to negotiation of a fair settlement of her claim.

WHEREFORE, Plaintiff/Creditor prays that her motion for payment of administrative expense claim, as outlined above, be recognized by this honorable Court, that her claim not be barred or deemed waived or relinquished in any measure, and that negotiations, which had been ongoing prior to receipt of "Notice of Entry of Order Confirming Plan of Reorganization, etc" be resumed between the parties hereto.

           Respectfully submitted,

           S/ George F. Riess
           **GEORGE F. RIESS (LA. BAR NO. 11266)**
           **LAW OFFICES OF GEORGE F. RIESS**
           **& ASSOCIATES, LLC**
           **228 St. Charles Avenue, Suite 1224**
           **New Orleans, LA 70130**
           **Telephone: (504) 568-1962**
           **Facsimile:  (504) 568-1965**
           **Attorney for Plaintiff/Creditor,**
           **Gwendolyn Miles**

**O R D E R**

Considering the foregoing,

IT IS ORDERED that the Motion for Payment of Administrative Expense Claim of

Gwendolyn Miles be accepted and recognized, and, ultimately, honored in this proceeding.

_____
**BANKRUPTCY COURT**