UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:                                              Chapter 11

WINN-DIXIE STORES, INC.,             Case No.: 3:05-bk-03817-JAF

      Debtor.                             Jointly Administered
_____/

## NOTICE OF APPEARANCE

**COMES NOW**, Buddy D. Ford, P.A., on behalf of Claimant, Brien Hernandez, in the above-styled action, hereby enters this Notice of Appearance and respectfully requests copies of all pleadings and other papers hereafter filed in these proceedings and pursuant to FRBP 2002(g), further requests that the Clerk place the name and address of the undersigned in the Court file.

**I HEREBY CERTIFY** that on this 4th day of January, 2007, a true and correct copy of the foregoing Application has been furnished by CM/ECF Electronic Mail and regular U.S. Mail to:

**JAMES POST, ESQ.**, Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202;

**MATTHEW BARR, ESQ.**, Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, New York 10005;

**ROBERT W. WALKLEY, ESQ.**, Walkley & Walkley, PA, Post Office Box 2348, Tampa, Florida 33601; and

**LOGAN & COMPANY**, Winn Dixie Claim Center, 546 Valley Road, Upper Montclair, NJ 07043 via overnight mail

                                                              Respectfully Submitted,

                                                              BUDDY D. FORD, P.A.,

                                                              _____
                                                              BUDDY D. FORD, ESQUIRE
                                                              Florida Bar No: 0654711
                                                              Buddy@tampaesq.com
                                                              ANNE CAVANAUGH JONES, ESQUIRE
                                                              Florida Bar No.0081922
                                                              Anne@tampaesq.com
                                                              115 N. MacDill Avenue
                                                              Tampa, FL 33609
                                                              Telephone: (813) 877-4669
                                                              Facsimile: (813) 877-5543
                                                              Attorney for Claimant