UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC.

   Debtor.
_____/

Chapter 11

Case No.: 05-03817-3F1

**APPLICATION OF CHARLENE WILSON AND TRACIE
HOLDER FOR PAYMENT OF ADMINISTRATIVE EXPENSE**

CHARLENE WILSON and TRACIE HOLDER hereby make this application for the payment of expenses related to the administration of the estate in these proceedings.

CHARLENE WILSON and TRACIE HOLDER request payment of administrative expenses due to personal injuries received by CHARLENE WILSON on April 8, 2006, from a fall that occurred while shopping in Debtor's facility. The demand for settlement was requested at $176,657.00. CHARLENE WILSON and TRACIE HOLDER request payment of the personal injury claim, including, but not limited to, pain and suffering; lost wages, past, present and future; loss of consortium; medical expenses, past, present and future; and any/all other claims pertinent to this matter.

WHEREFORE, CHARLENE WILSON and TRACIE HOLDER request that this Court, after notice and any requested hearing, allow as administrative expenses in these proceedings the personal injury claim, including, but not limited to, pain and suffering;

lost wages, past, present and future; loss of consortium; medical expenses, past, present and future; and any/all other claims pertinent to this matter.

/s/ *Edward J. Peterson, III*
Robert P. DiStefano (FBN 437761)
ROBERT P. DISTEFANO, P.A.
7471 W. Oakland Park Boulevard, Suite 106
Fort Lauderdale, Florida  33319
(954) 572-8000 – Phone
(954) 572-7895 – Fax
 and
Edward J. Peterson, III (FBN 0014612)
STICHTER, RIEDEL, BLAIN & PROSSER, P.A.
110 East Madison Street, Suite 200
Tampa, Florida  33602
epeterson@srbp.com
(813) 229-0144 – Phone
(813) 229-1811 – Fax

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by the Court's CM/ECF electronic mail system on this 4th day of January 2007, to:

James H. Post, Esquire
Smith, Hulsey & Busey
Post Office Box 53315
Jacksonville, Florida  32201-3315

D.J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, New York  10036

Office of the United States Trustee
135 West Central Boulevard, Suite 620
Orlando, Florida  32801

/s/ *Edward J. Peterson, III*
Attorney

H:\User\EJP\charlene wilson.doc