**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re: Winn Dixie Stores, Inc.. <u>et al.</u>   Chapter 11

Case No. 3:05-bk-03817- JAF

Debtors.   Jointly Administered

**<u>STATE OF OHIO, BUREAU OF WORKERS' COMPENSATION'S REQUEST FOR PAYMENT OF CHAPTER 11 ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. §503 (b)</u>**

Pursuant to 11 U.S.C. § 503 (b)(1)(B)(i) and § 507(a)(1), the State of Ohio Bureau of Workers' Compensation ("BWC"), hereby requests payment of a Chapter 11 administrative expense claim to be paid in the amount of $1,028,489.44 (see documentation of claim attached as Exhibit A)

1. Debtors Winn Dixie Stores, Inc., et al. filed a petition for relief in the United States Bankruptcy Court, Middle District of Florida under Chapter 11 of the United States Bankruptcy Code on February 21, 2005.

2. This court has jurisdiction over the subject matter of this application pursuant to 28 U.S.C. §1334(b). This matter is a core proceeding pursuant to 28 U.S.C. §157(b)(1), (b)(2)(A).

3. Taxes arising post petition are necessary for the operation of Debtor's business and should be granted administrative expense priority. See, e.g., <u>In re Hillsborough Holdings Corp.</u>, 156 B.R. 318 (Bankr. M.D. Fla. 1993); <u>In re Fairchild Aircraft Corp.</u>, 124 B.R. 488 (Bankr. W.D. Tex. 1991).

7. BWC is entitled to have its claim paid as an administrative expense pursuant

1

to 11 U.S.C. §§ 503(b)(1)(B)(i) and 507(a)(1).

Wherefore, BWC requests that its administrative claim be allowed in the amount of $1,028,489.44.

>Respectfully submitted,
>
>JIM PETRO (0022096)
>Attorney General of Ohio
>/s/ Amy K. Kaufman _____
>Amy K. Kaufman (0073837)
>Assistant Attorney General
>Collections Enforcement
>150 East Gay Street, 21st Floor
>Columbus, Ohio 43215
>Telephone(614)728-4324; Facsimile (614) 752-9070
>akkaufman@ag.state.oh.us

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by electronic mail through the U.S. Bankruptcy Court's ecf system on the 4th of January, 2007upon the following parties and all other parties entitled to notice:

Elena L. Escamilla
United States Trustee—JAX
135 W. Central Blvd, Suite 620
Orlando, Florida 32801

James Post, Esq.
Smith Hulsey & Busey
225 S. Water Street Suite 1800
Jacksonville, FL 32202

Matthew Barr, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

>/s/ Amy K. Kaufman_____
>Amy K. Kaufman (OH 0073837)

3