# ADMINISTRATIVE EXPENSE CLAIM

## United States Bankruptcy Court

**MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)** Case Number: 05-03817

In re:  
**WINN-DIXIE CHARLOTTE INC**

Judge:  
Chapter: **11**

| | |
|---|---|
| Name and Address Where Notices Should Be Sent to Creditor<br><br>Ohio Bureau of Workers' Compensation<br>Law Section Bankruptcy Unit<br>30 W. Spring St.<br>P.O. Box 15567<br>Columbus, OH 43215-0567<br>Telephone No. (614) 466-6600<br>Fax No. (614) 466-9384 | [ ] Check box if you are aware that any one else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>[ ] Check box if you never received any notices from the bankruptcy court in this case.<br><br>[ ] Check box if this address differs from the address on the envelope sent to you by the court. |

THIS SPACE IS FOR COURT USE ONLY

**ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:**
Risk Number: 20004311

Check here if this claim [ ] amends or [ ] replaces a previously filed claim dated

**1. BASIS FOR CLAIM**

[X] Taxes

[ ] This claim is founded upon the debtor's statutory obligation to pay the cost of Workers' Compensation Claim No. _____ pursuant to Ohio Revised Code Section 4123.75 which became due.

[ ] This claim is founded upon the debtor's obligation to reimburse the Bureau for an amount of compensation which he was overpaid, which became due on.

[x] This claim is founded upon the debtor's statutory obligation to pay workers' compensation premiums pursuant to Ohio Revised Code Section 4123.35, which became due 2/21/05.

[ ] Other

**2. DATE DEBT WAS INCURRED:** 2/21/05

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. CLASSIFICATION OF CLAIM**

[ ] SECURED CLAIM  $ _____

[ ] UNSECURED PRIORITY CLAIM
Attach evidence of perfection of security interest for taxes or penalties of governmental units - 11 U.S.C. 507(a)(8)

Brief description of Collateral:
[ ] Real Estate and All Personal Property
[ ] Other
Amount of arrearages and other charges included in secured claim above, if any $ _____

[X] Administrative Expense Claim $1,028,489.44

[ ] UNSECURED NON PRIORITY CLAIM

**5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:**

$1,028,489.44  
Administrative Expense

$1,028,489.44  
Total

[ ] Check this box if claim includes preparation charges in addition to the principal amount of the claim.

**6. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

**7. SUPPORTING DOCUMENTATION:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the document is voluminous, attach a summary.

**8. TIME-STAMPED COPY:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this claim.

THIS SPACE IS FOR COURT USE ONLY

SIGN AND PRINT THE NAME AND TITLE OF ANY PERSON AUTHORIZED TO FILE THIS CLAIM.

Date: 12/20/2006

*Larry Rhodebeck* (signature)

LARRY RHODEBECK, BWC ATTORNEY

Policy Number: 20004311
Business Name: Winn-Dixie Stores Inc

| Policy | Date | Code | Description | Amount | Paid | WCIS Stat | From | To | Class | Payroll | Rate | PRseq# | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20004311 | 7/17/2003 | 2103 | Administrative Cos | 2,479.01 | 2,479.01 | B | 1/1/2003 | 6/30/2003 | ACF | 15,435.93 | 0.1606 | 4880443 | |
| 20004311 | 1/21/2003 | 2103 | Administrative Cos | 2,479.01 | 2,479.01 | B | 7/1/2002 | 12/31/2002 | ACF | 15,435.94 | 0.1606 | 4570288 | |
| 20004311 | 7/19/2002 | 2103 | Administrative Cos | 9,476.21 | 9,476.21 | B | 1/1/2002 | 6/30/2002 | ACF | 68,817.80 | 0.1377 | 4262991 | |
| 20004311 | 1/23/2002 | 2103 | Administrative Cos | 11,624.15 | 11,624.15 | B | 7/1/2001 | 12/31/2001 | ACF | 84,416.46 | 0.1377 | 3959109 | |
| 20004311 | 7/16/2001 | 2103 | Administrative Cos | 12,468.07 | 12,468.07 | B | 1/1/2001 | 6/30/2001 | ACF | 113,346.11 | 0.11 | 3651523 | |
| 20004311 | 1/12/2001 | 2103 | Administrative Cos | 12,468.08 | 12,468.08 | B | 7/1/2000 | 12/31/2000 | ACF | 113,346.12 | 0.11 | 3350150 | |
| 20004311 | 11/27/2000 | 2203 | Administrative Cos | 249.68 | 249.68 | B | | 11/27/2000 | | | | 3048191 | |
| 20004311 | 7/27/2000 | 2103 | Administrative Cos | 10,923.93 | 10,923.93 | B | 1/1/2000 | 6/30/2000 | ACF | 100,496.12 | 0.1087 | 2741880 | |
| 20004311 | 1/21/2000 | 2103 | Administrative Cos | 10,923.93 | 10,923.93 | B | 7/1/1999 | 12/31/1999 | ACF | 100,496.13 | 0.1087 | 2425723 | |
| 20004311 | 7/20/1999 | 2103 | Administrative Cos | 15,509.96 | 15,509.96 | B | 1/1/1999 | 6/30/1999 | ACF | 142,685.95 | 0.1087 | 2011376 | |
| 20004311 | 1/15/1999 | 2103 | Administrative Cos | 15,509.97 | 15,509.97 | B | 7/1/1998 | 12/31/1998 | ACF | 142,685.96 | 0.1087 | 1196947 | |
| 20004311 | 7/21/1998 | 2103 | Administrative Cos | 9,829.59 | 9,829.59 | B | 1/1/1998 | 6/30/1998 | ACF | 90,428.64 | 0.1087 | 901970 | |
| 20004311 | 1/16/1998 | 2103 | Administrative Cos | 9,829.60 | 9,829.60 | B | 7/1/1997 | 12/31/1997 | ACF | 90,428.65 | 0.1087 | 600909 | |
| 20004311 | 7/30/1997 | 2103 | Administrative Cos | 8,500.10 | 8,500.10 | B | 1/1/1997 | 6/30/1997 | ACF | 92,795.86 | 0.0916 | 289139 | |
| 20004311 | 2/7/1997 | 2103 | Administrative Cos | 8,500.10 | 8,500.10 | B | 7/1/1996 | 12/31/1996 | ACF | 92,795.87 | 0.0916 | | 20,110.20 |
| | | | | 140,771.39 | | | | | | | | | |
| 20004311 | 7/14/2006 | 2123 | BWC Administrative | 780.72 | 780.72 | B | 1/1/2006 | 6/30/2006 | ACBWC | 9,882.53 | 0.079 | 6800971 | |
| 20004311 | 1/12/2006 | 2123 | BWC Administrative | 780.72 | 780.72 | B | 7/1/2005 | 12/31/2005 | ACBWC | 9,882.53 | 0.079 | 6482165 | |
| 20004311 | 7/15/2005 | 2123 | BWC Administrative | 1,590.06 | 1,590.06 | B | 1/1/2005 | 6/30/2005 | ACBWC | 20,127.43 | 0.079 | 6155380 | |
| 20004311 | 1/14/2005 | 2123 | BWC Administrative | 1,590.07 | 1,590.07 | B | 7/1/2004 | 12/31/2004 | ACBWC | 20,127.44 | 0.079 | 5832959 | |
| 20004311 | 7/14/2004 | 2123 | BWC Administrative | 1,732.80 | 1,732.80 | B | 1/1/2004 | 6/30/2004 | ACBWC | 21,525.45 | 0.0805 | 5513395 | |
| 20004311 | 1/28/2004 | 2123 | BWC Administrative | 1,732.80 | 1,732.80 | B | 7/1/2003 | 12/31/2003 | ACBWC | 21,525.46 | 0.0805 | 5198267 | 2,735.72 |
| | | | | 8,207.17 | | | | | | | | | |
| 20004311 | 7/21/1998 | 2106 | Debt Reduction | 2,251.67 | 2,251.67 | B | 1/1/1998 | 6/30/1998 | DEBTR | 90,428.64 | 0.0249 | 1196947 | |
| 20004311 | 1/16/1998 | 2106 | Debt Reduction | 2,251.68 | 2,251.68 | B | 7/1/1997 | 12/31/1997 | DEBTR | 90,428.65 | 0.0249 | 901970 | |
| 20004311 | 7/30/1997 | 2106 | Debt Reduction | 2,162.14 | 2,162.14 | B | 1/1/1997 | 6/30/1997 | DEBTR | 92,795.86 | 0.0233 | 600909 | |
| 20004311 | 2/7/1997 | 2106 | Debt Reduction | 2,162.15 | 2,162.15 | B | 7/1/1996 | 12/31/1996 | DEBTR | 92,795.87 | 0.0233 | 289139 | 4,413.82 |
| | | | | 8,827.64 | | | | | | | | | |
| 20004311 | 7/14/2006 | 2112 | Guaranty Fund Gene | 1,333.15 | 1,333.15 | B | 1/1/2006 | 6/30/2006 | GRTYF | 9,882.53 | 0.1349 | 6800971 | |
| 20004311 | 1/12/2006 | 2112 | Guaranty Fund Gene | 1,333.16 | 1,333.16 | B | 7/1/2005 | 12/31/2005 | GRTYF | 9,882.53 | 0.1349 | 6482165 | |
| 20004311 | 7/15/2005 | 2112 | Guaranty Fund Gene | 2,817.84 | 2,817.84 | B | 1/1/2005 | 6/30/2005 | GRTYF | 20,127.43 | 0.14 | 6155380 | |
| 20004311 | 1/14/2005 | 2112 | Guaranty Fund Gene | 2,817.84 | 2,817.84 | B | 7/1/2004 | 12/31/2004 | GRTYF | 20,127.44 | 0.14 | 5832959 | |
| 20004311 | 7/14/2004 | 2112 | Guaranty Fund Gene | 1,500.32 | 1,500.32 | B | 1/1/2004 | 6/30/2004 | GRTYF | 21,525.45 | 0.0697 | 5513395 | |
| 20004311 | 1/28/2004 | 2112 | Guaranty Fund Gene | 1,500.33 | 1,500.33 | B | 7/1/2003 | 12/31/2003 | GRTYF | 21,525.46 | 0.0697 | 5198267 | |
| 20004311 | 4/16/1999 | 2101 | Guaranty Fund New | 95,719.89 | 95,719.89 | B | | 4/16/1999 | | | | | |
| 20004311 | 6/8/1998 | 2101 | Guaranty Fund New | 95,719.89 | 95,719.89 | B | | 6/8/1998 | | | | | |
| 20004311 | 9/19/1997 | 2101 | Guaranty Fund New | 95,719.89 | 95,719.89 | B | | 9/19/1997 | | | | | 66,324.96 |
| | | | | 298,462.31 | | | | | | | | | |
| 20004311 | 7/14/2006 | 2124 | IC Administrative | 658.17 | 658.17 | B | 1/1/2006 | 6/30/2006 | ACIC | 9,882.53 | 0.0666 | 6800971 | |
| 20004311 | 1/12/2006 | 2124 | IC Administrative | 658.18 | 658.18 | B | 7/1/2005 | 12/31/2005 | ACIC | 9,882.53 | 0.0666 | 6482165 | |
| 20004311 | 7/15/2005 | 2124 | IC Administrative | 1,340.48 | 1,340.48 | B | 1/1/2005 | 6/30/2005 | ACIC | 20,127.43 | 0.0666 | 6155380 | |
| 20004311 | 1/14/2005 | 2124 | IC Administrative | 1,340.49 | 1,340.49 | B | 7/1/2004 | 12/31/2004 | ACIC | 20,127.44 | 0.0666 | 5832959 | |
| 20004311 | 7/14/2004 | 2124 | IC Administrative | 1,913.61 | 1,913.61 | B | 1/1/2004 | 6/30/2004 | ACIC | 21,525.45 | 0.0889 | 5513395 | |
| 20004311 | 1/28/2004 | 2124 | IC Administrative | 1,913.62 | 1,913.62 | B | 7/1/2003 | 12/31/2003 | ACIC | 21,525.46 | 0.0889 | 5198267 | 2,608.18 |
| | | | | 7,824.55 | | | | | | | | | |
| 20004311 | 7/14/2006 | 2102 | Mandatory Surplus | 697.7 | 697.7 | B | 1/1/2006 | 6/30/2006 | SURPF | 9,882.53 | 0.0706 | 6800971 | |

| Policy | Date | Code | Description | Amount | Paid | WCIS Stat | From | To | Class | Payroll | Rate | PRSeq# | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20004311 | 1/12/2006 | 2102 | Mandatory Surplus | 697.71 | 697.71 | B | 7/1/2005 | 12/31/2005 | SURPF | 9,882.53 | 0.0706 | 6482165 | |
| 20004311 | 7/15/2005 | 2102 | Mandatory Surplus | 905.73 | 905.73 | B | 1/1/2005 | 6/30/2005 | SURPF | 20,127.43 | 0.045 | 6155380 | |
| 20004311 | 1/14/2005 | 2102 | Mandatory Surplus | 905.74 | 905.74 | B | 7/1/2004 | 12/31/2004 | SURPF | 20,127.44 | 0.045 | 5832959 | |
| 20004311 | 7/14/2004 | 2102 | Mandatory Surplus | 1,130.08 | 1,130.08 | B | 1/1/2004 | 6/30/2004 | SURPF | 21,525.45 | 0.0525 | 5513395 | |
| 20004311 | 1/28/2004 | 2102 | Mandatory Surplus | 1,130.09 | 1,130.09 | B | 7/1/2003 | 12/31/2003 | SURPF | 21,525.46 | 0.0525 | 5198267 | |
| 20004311 | 7/17/2003 | 2102 | Mandatory Surplus | 640.59 | 640.59 | B | 1/1/2003 | 6/30/2003 | SURPF | 15,435.93 | 0.0415 | 4880443 | |
| 20004311 | 1/21/2003 | 2102 | Mandatory Surplus | 640.59 | 640.59 | B | 7/1/2002 | 12/31/2002 | SURPF | 15,435.94 | 0.0415 | 4570288 | |
| 20004311 | 7/19/2002 | 2102 | Mandatory Surplus | 2,855.93 | 2,855.93 | B | 1/1/2002 | 6/30/2002 | SURPF | 68,817.80 | 0.0415 | 4262991 | |
| 20004311 | 1/23/2002 | 2102 | Mandatory Surplus | 3,503.29 | 3,503.29 | B | 7/1/2001 | 12/31/2001 | SURPF | 84,416.46 | 0.0415 | 3959109 | |
| 20004311 | 7/16/2001 | 2102 | Mandatory Surplus | 3,287.03 | 3,287.03 | B | 1/1/2001 | 6/30/2001 | SURPF | 113,346.11 | 0.029 | 3651523 | |
| 20004311 | 1/12/2001 | 2102 | Mandatory Surplus | 3,287.04 | 3,287.04 | B | 7/1/2000 | 12/31/2000 | SURPF | 113,346.12 | 0.029 | 3350150 | |
| 20004311 | 11/27/2000 | 2202 | Mandatory Surplus | 75.8 | 75.8 | B | | 11/27/2000 | | | | | | |
| 20004311 | 7/27/2000 | 2102 | Mandatory Surplus | 3,316.37 | 3,316.37 | B | 1/1/2000 | 6/30/2000 | SURPF | 100,496.12 | 0.033 | 3048191 | |
| 20004311 | 1/21/2000 | 2102 | Mandatory Surplus | 3,316.37 | 3,316.37 | B | 7/1/1999 | 12/31/1999 | SURPF | 100,496.13 | 0.033 | 2741880 | |
| 20004311 | 7/20/1999 | 2102 | Mandatory Surplus | 6,135.49 | 6,135.49 | B | 1/1/1999 | 6/30/1999 | SURPF | 142,685.95 | 0.043 | 2425723 | |
| 20004311 | 1/15/1999 | 2102 | Mandatory Surplus | 6,135.50 | 6,135.50 | B | 7/1/1998 | 12/31/1998 | SURPF | 142,685.95 | 0.043 | 2011376 | |
| 20004311 | 7/21/1998 | 2102 | Mandatory Surplus | 4,168.76 | 4,168.76 | B | 1/1/1998 | 6/30/1998 | SURPF | 90,428.64 | 0.0461 | 1196947 | |
| 20004311 | 1/16/1998 | 2102 | Mandatory Surplus | 4,168.76 | 4,168.76 | B | 7/1/1997 | 12/31/1997 | SURPF | 90,428.65 | 0.0441 | 901970 | |
| 20004311 | 7/30/1997 | 2102 | Mandatory Surplus | 4,092.30 | 4,092.30 | B | 1/1/1997 | 6/30/1997 | SURPF | 92,795.86 | 0.0441 | 600909 | |
| 20004311 | 2/7/1997 | 2102 | Mandatory Surplus | 4,092.30 | 4,092.30 | B | 7/1/1996 | 12/31/1996 | SURPF | 92,795.87 | 0.0441 | 289139 | |
| | | | | 55,183.17 | 11,377.44 | | | | | | | | 5,518.32 |
| 20004311 | 7/14/2006 | 2105 | Safety And Hygiene | 96.85 | 96.85 | B | 1/1/2006 | 6/30/2006 | SANDH | 9,882.53 | 0.0098 | 6800971 | |
| 20004311 | 1/12/2006 | 2105 | Safety And Hygiene | 96.85 | 96.85 | B | 7/1/2005 | 12/31/2005 | SANDH | 9,882.53 | 0.0098 | 6482165 | |
| 20004311 | 7/15/2005 | 2105 | Safety And Hygiene | 197.25 | 197.25 | B | 1/1/2005 | 6/30/2005 | SANDH | 20,127.43 | 0.0098 | 6155380 | |
| 20004311 | 1/14/2005 | 2105 | Safety And Hygiene | 197.25 | 197.25 | B | 7/1/2004 | 12/31/2004 | SANDH | 20,127.44 | 0.0098 | 5832959 | |
| 20004311 | 7/14/2004 | 2105 | Safety And Hygiene | 210.95 | 210.95 | B | 1/1/2004 | 6/30/2004 | SANDH | 21,525.45 | 0.0098 | 5513395 | |
| 20004311 | 1/28/2004 | 2105 | Safety And Hygiene | 210.95 | 210.95 | B | 7/1/2003 | 12/31/2003 | SANDH | 21,525.46 | 0.0098 | 5198267 | |
| 20004311 | 7/17/2003 | 2105 | Safety And Hygiene | 151.27 | 151.27 | B | 1/1/2003 | 6/30/2003 | SANDH | 15,435.93 | 0.0098 | 4880443 | |
| 20004311 | 1/21/2003 | 2105 | Safety And Hygiene | 151.27 | 151.27 | B | 7/1/2002 | 12/31/2002 | SANDH | 15,435.94 | 0.0098 | 4570288 | |
| 20004311 | 7/19/2002 | 2105 | Safety And Hygiene | 564.3 | 564.3 | B | 1/1/2002 | 6/30/2002 | SANDH | 68,817.80 | 0.0082 | 4262991 | |
| 20004311 | 1/23/2002 | 2105 | Safety And Hygiene | 692.22 | 692.22 | B | 7/1/2001 | 12/31/2001 | SANDH | 84,416.46 | 0.0082 | 3959109 | |
| 20004311 | 7/16/2001 | 2105 | Safety And Hygiene | 1,020.11 | 1,020.11 | B | 1/1/2001 | 6/30/2001 | SANDH | 113,346.11 | 0.009 | 3651523 | |
| 20004311 | 1/12/2001 | 2105 | Safety And Hygiene | 1,020.12 | 1,020.12 | B | 7/1/2000 | 12/31/2000 | SANDH | 113,346.12 | 0.009 | 3350150 | |
| 20004311 | 11/27/2000 | 2205 | Safety And Hygiene | 18.38 | 18.38 | B | | 11/27/2000 | | | | | | |
| 20004311 | 7/27/2000 | 2105 | Safety And Hygiene | 803.97 | 803.97 | B | 1/1/2000 | 6/30/2000 | SANDH | 100,496.12 | 0.008 | 3048191 | |
| 20004311 | 1/21/2000 | 2105 | Safety And Hygiene | 803.97 | 803.97 | B | 7/1/1999 | 12/31/1999 | SANDH | 100,496.13 | 0.008 | 2741880 | |
| 20004311 | 7/20/1999 | 2105 | Safety And Hygiene | 1,170.02 | 1,170.02 | B | 1/1/1999 | 6/30/1999 | SANDH | 142,685.95 | 0.0082 | 2425723 | |
| 20004311 | 1/15/1999 | 2105 | Safety And Hygiene | 1,170.03 | 1,170.03 | B | 7/1/1998 | 12/31/1998 | SANDH | 142,685.95 | 0.0082 | 2011376 | |
| 20004311 | 7/21/1998 | 2105 | Safety And Hygiene | 723.43 | 723.43 | B | 1/1/1998 | 6/30/1998 | SANDH | 90,428.64 | 0.008 | 1196947 | |
| 20004311 | 1/16/1998 | 2105 | Safety And Hygiene | 723.43 | 723.43 | B | 7/1/1997 | 12/31/1997 | SANDH | 90,428.65 | 0.008 | 901970 | |
| 20004311 | 7/30/1997 | 2105 | Safety And Hygiene | 677.41 | 677.41 | B | 1/1/1997 | 6/30/1997 | SANDH | 92,795.86 | 0.0073 | 600909 | |
| 20004311 | 2/7/1997 | 2105 | Safety And Hygiene | 677.41 | 677.41 | B | 7/1/1996 | 12/31/1996 | SANDH | 92,795.87 | 0.0073 | 289139 | |
| | | | | 11,377.44 | | | | | | | | | 1,137.74 |
| | | | | | | | | | | | | | $ 102,848.94 |
| | | | | | | | | | | | | | $ 1,028,489.44 |

Ohio Administrative Code Rule 4123-17-32(G) declining balance factor 10 years