# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

IN RE:                                              Chapter 11

WINN-DIXIE STORES, INC.,                            Case No.: 3:05-bk-03817-JAF

     Debtor.                                       Jointly Administered

_____/

## APPLICATION FOR ALLOWANCE
## OF CLAIM ARISING APRIL 4, 2006

     **COMES NOW**, BRIEN HERNANDEZ (the "Claimant"), by and through her undersigned attorney, and files this her Application For Allowance Of Claim Arising April 4, 2006, and pursuant to the Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing Claims Arising Before Effective Date and Other Administrative Claims entered in this case, and states as follows:

     1.    Debtor filed for protection under Chapter 11 of the Bankruptcy Code on or about February 21, 2005 (the "Petition Date") and on or about November 9, 2006, the Bankruptcy Court entered an Order confirming the joint Plan of Reorganization of Winn-Dixie Stores, Inc. and affiliated Debtors.

     2.    Pursuant to the Administrative Orders, any claim arising against the Debtors in the period between February 21, 2005 and November 21, 2006, must be made by application filed with the Bankruptcy Court and served on counsel for the reorganized Debtors no later than January 5, 2007, which is the date forty-five (45) days after the Effective Date of the Plan.

     3.    This claim arose on April 4, 2006. Accordingly, this Application is made pursuant to procedures established by notice of Order Confirming Plan dated December 6, 2006.

     4.    The claim arose as a result of an accident at Winn-Dixie at Skipper Palms, 2540 Bearss Avenue, Tampa, Florida 33612, resulting in substantial injuries to the Claimant in the estimated amount of no less than One Hundred Thousand Dollars ($100,000.00). A copy of the proposed Proof of Claim is attached hereto as **Exhibit "A"** and incorporated herein by reference.

     **WHEREFORE**, BRIEN HERNANDEZ, the Claimant, respectfully requests this Honorable Court approve the Application for Allowance of Claim Arising as a result of personal injuries on April 4, 2006; and for such other and further relief as this Court shall deem appropriate.

**I HEREBY CERTIFY** that on this _4th_ day of January, 2007, a true and correct copy of the foregoing Application has been furnished by CM/ECF Electronic Mail and regular U.S. Mail to:

**JAMES POST, ESQ.**, Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 (and via facsimile: 904-359-7708 and e-mail: jpost@smithhulsey.com);

**MATTHEW BARR, ESQ.**, Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (and via facsimile: 212-822-5194, and e-mail: mbarr@milbank.com); and

**ROBERT W. WALKLEY, ESQ.**, Walkley & Walkley, PA, Post Office Box 2348, Tampa, Florida 33601 (and via facsimile: 813-254-5665)

**LOGAN & COMPANY**, Winn Dixie Claim Center, 546 Valley Road, Upper Montclair, NJ 07043 via overnight mail

Respectfully Submitted,

BUDDY D. FORD, P.A.,

_____

BUDDY D. FORD, ESQUIRE
Florida Bar No: 0654711
Buddy@tampaesq.com
ANNE CAVANAUGH JONES, ESQUIRE
Florida Bar No.0081922
Anne@tampaesq.com
115 N. MacDill Avenue
Tampa, FL  33609
Telephone: (813) 877-4669
Facsimile: (813) 877-5543
Attorney for Debtor

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT | Middle | DISTRICT OF | Florida | PROOF OF CLAIM |
|---|---|---|---|---|

| Name of Debtor<br>Winn Dixie Stores, Inc. | Case Number<br>**3-05-bk-3817** |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

Brien Hernandez

Name and address where notices should be sent:
c/o Robert W. Walkley, Esq.
PO Box 2348
Tampa, FL 33601
Telephone number: (813) 254-5665

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor:

Check here ☐ replaces
if this claim ☐ amends    a previously filed claim, dated:_____

**1.    Basis for Claim**
☐ Goods sold
☐ Services performed
☐ Money loaned
☒ Personal injury/wrongful death
☐ Taxes
☐ Other

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of your SS #: _____
Unpaid compensation for services performed

from _____ to_____
         (date)                        (date)

**2.    Date debt was incurred:**
                    04/04/2006

**3.    If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

Unsecured Nonpriority Claim $    100,000.00

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim**

☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.

Amount entitled to priority   $_____

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)

☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim**

☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other_____

Value of Collateral:   $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any:  $_____

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5.    Total Amount of Claim at Time Case Filed:**

| $ 100,000.00 | | | 100,000.00 |
|---|---|---|---|
| (unsecured) | (secured) | (priority) | (Total) |

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6.    Credits:**    The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

**7.    Supporting Documents:**  *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8.    Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

EXHIBIT
A

| Date<br>01/03/2007 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br><br>Buddy D. Ford, Esq. |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

POST OFFICE BOX 2346
Tampa, FL 33601
Telephone: 813-254-5600
Fax: 813-254-5665



**WALKLEY &**
**WALKLEY P. A.**

# fax

| | | | |
|---|---|---|---|
| **To:** | Buddy Ford | **Number of pages:** | 3 |
| **From:** | Robert W. Walkley | **Fax number:** | 877-5543 |
| **Date:** | 12/18/2006 | | |
| **Re:** | Claim in Bankruptcy—Jacksonville Division | | |

---

Claimant:         Brien Hernandez

SS#:              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

DOB:              10/01/87

Date of Accident:   4/01/06

Location of Accident:   Winn Dixie at Skipper Palms, 2540 Bearss Avenue, Tampa,
                        Fl, 33612

Claim #:          A611202758-0001-01

Injuries:         Chronic left knee arthralgia from contusion/sprain of the lateral
                  Collateral ligament and possible tear of the lateral meniscus

Value of Claim:   $100,000.00

*per Rifel no lawsuit* If you need anything please advise.  Thank you.

*no lawsuit filed.*

1

*Exh. A*

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ᵣₑᵈ C/14/06

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| Winn-Dixie Stores, Inc., et al.,[1] | Chapter 11 |
| Reorganized Debtors. | Jointly Administered |

NOTICE OF (A) ENTRY OF ORDER CONFIRMING PLAN OF REORGANIZATION,
(B) OCCURRENCE OF EFFECTIVE DATE OF PLAN, AND (C) BAR DATES FOR FILING CLAIMS
ARISING BEFORE EFFECTIVE DATE AND OTHER ADMINISTRATIVE CLAIMS

TO:   ALL PARTIES IN INTEREST

PLEASE TAKE NOTICE THAT:

1.     On November 9, 2006, the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Bankruptcy Court") entered its Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Confirmation Order"). Unless otherwise defined herein, capitalized terms used in this Notice shall have the meanings ascribed to such terms in the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated August 9, 2006, as modified by the First Modification to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated October 10, 2006 (together, the "Plan"). Copies of the Confirmation Order and the Plan may be obtained by accessing http://www.loganandco.com or http://www.flmb.uscourts.gov.

2.     The conditions to consummation of the Plan set forth in Section 10.2 of the Plan were satisfied (or waived) on November 21, 2006. Thus, in accordance with the terms of the Plan, the Plan became effective on November 21, 2006 (the "Effective Date"). All references in the Plan and the Confirmation Order to the Effective Date are to November 21, 2006.

3.     In accordance with Section 12.1 of the Plan, subject to the provisions of paragraph 4 below, all requests for payment of an Administrative Claim or any Claim arising against the Debtors in the period between February 21, 2005 and November 21, 2006, (other than as set forth in Section 4.1(a), 12.1, 12.2, 12.3, 12.4, or 12.5 of the Plan) must be made by application filed with the Bankruptcy Court and served on counsel for the Reorganized Debtors and the Post-Effective Date Committee **no later than January 5, 2007**, which is the date forty-five (45) days after the Effective Date. The filing of an application must be made via the Bankruptcy Court's electronic filing procedures (electronic filing is mandatory for all attorneys) or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202. The service of an application on counsel for the Reorganized Debtors must be made by delivery of a copy upon James Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, Fax: (904) 359-7708, E-mail: jpost@smithhulsey.com; and service of an application on counsel for the Post-Effective Date Committee must be made by delivery of a copy upon Matthew Barr, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Fax: (212) 822-5194, E-mail: mbarr@milbank.com. In the event that the Reorganized Debtors object to an application, the Bankruptcy Court shall determine the Allowed amount of such Administrative Claim. **Subject to the provisions of paragraph 4 below, an Administrative Claim or any Claim arising against the Debtors in the period between February 21, 2005 and November 21, 2006 that is not asserted in an application filed and served no later than January 5, 2007, shall be forever barred and deemed waived and relinquished in full, and the Reorganized Debtors shall have no obligation to pay such Claim.**

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

4.      Notwithstanding the provisions of paragraph 1(a) no application seeking payment of an Administrative Claim or any Claim arising between February 21, 2005 and November 21, 2006 is required with respect to an undisputed post-petition obligation which was paid or is payable by a Debtor in the ordinary course of business; *provided, however,* that in no event shall a post-petition obligation that is contingent or disputed and subject to liquidation through pending or prospective litigation, including, but not limited to, alleged obligations arising from personal injury, property damage, products liability, consumer complaints, employment law (excluding claims arising under workers' compensation law), secondary payor liability, or any other disputed legal or equitable claim based on tort, statute, contract, equity, or common law, be considered to be an obligation which is payable in the ordinary course of business; and (b) no application is required with respect to Cure owing under an executory contract or unexpired lease if the amount of Cure is fixed or proposed to be fixed by order of the Bankruptcy Court pursuant to a motion to assume and fix the amount of Cure filed by the Debtors and a timely objection asserting an increased amount of Cure filed by the non-Debtor party to the subject contract or lease.

5.      In accordance with Section 12.2(a) of the Plan, all final requests for payment of Professional Fee Claims pursuant to Sections 327, 328, 330, 331, 503(b), or 1103 of the Bankruptcy Code must be made by application filed with the Bankruptcy Court and served on the Reorganized Debtors, their counsel, counsel to the Creditors Committee or the Post-Effective Date Committee, the fee examiner, and other necessary parties-in-interest **no later than January 22, 2007,** which date is sixty (60) days after the Effective Date, unless otherwise ordered by the Bankruptcy Court. No hearing shall be held on an application for a Professional Fee Claim until the fee examiner has completed and filed a report with respect to the Professional Fee Claim. Objections to such applications must be filed and served on the Reorganized Debtors, their counsel, and the requesting Professional or other entity on or before the date that is thirty (30) days (or such longer period as may be allowed by order of the Bankruptcy Court) after the later of (i) the date on which the applicable application was served or (ii) the date on which the fee examiner's report with respect to the applicable Professional Fee Claim was filed.

Dated:  December 6, 2006

D. J. Baker
Sally McDonald Henry, Rosalie Walker Gray, Adam S. Ravin
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square, New York, New York 10036

Co-Counsel for Reorganized Debtors

Stephen D. Busey
James H. Post, Cynthia C. Jackson, Leanne Prendergast
SMITH HULSEY & BUSEY
225 Water Street, Suite 1800, Jacksonville, Florida 32202

Co-Counsel for Reorganized Debtors

# IF YOU HAVE QUESTIONS CONCERNING THIS NOTICE, PLEASE CONTACT:

## TANA COPELAND
## LEGAL ASSISTANT
## SMITH HULSEY & BUSEY
## PHONE: 904-359-7850
## EMAIL: tcopeland@smithhulsey.com

WDX-538191-EF-BA

ID Number: A611202758-0001-01

HERNANDEZ, BRIEN
C/O ROBERT W WALKLEY
WALKLEY AND WALKLEY ATTORNEY AT LAW
633 MARMORA AVE
TAMPA FL 33606