UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,      Case No.: 3-05-bk-3817 (JAF)

    Debtors.      Chapter 11

_____      Jointly Administered

### VERONICA GRANT'S APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE STATUS FOR POST-PETITION CLAIM AND REQUEST FOR NOTICE

Comes Now, VERONICA GRANT ("Applicant"), through the undersigned attorney, and seeks administrative expense status for Applicant's claim against one or more of the Debtors pursuant to 11 U.S.C. Section 503(b). Applicant requests the entry of an order allowing the administrative expense described below and directing the payment of such amount pursuant to Order Confirming the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Confirmation Order") and the provisions of the Plan as confirmed. In support of this Application, Applicant states as follows:

### JURISDICTION AND VENUE

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. Section 157 and 1334. Venue is proper pursuant to 28 U.S.C. Section 157(b)(2).

### FACTUAL BACKGROUND

2. Winn-Dixie Stores, Inc. Et al. (The "Debtors") filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on or about February 21, 2005 (the "Petition Date").

3. After the Petition date and on or about August 15, 2006, Applicant was injured at the Winn-Dixie store No. 2288 located at 2960 Curry Ford Road, Orlando (in Orange County), Florida 32806. As a proximate result of the injury, Applicant has suffered