**WHEREFORE,** based upon the foregoing, Applicant requests that the Court enter an order granting the relief requested herein and such other relief as it deems just and proper.

Respectfully Submitted,

JOHN A. SUNNER, ESQUIRE
SUNNER & SUNNER
Florida Bar No. 254312
150 West Warren Avenue
Post Office Box 520771
Longwood, Florida 32752-0771
Telephone: (407) 831-8522
Facsimile: (407) 831-5356
E-mail: sunnerr@cfl.rr.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 4, 2007 I filed this **APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE STATUS FOR POSTPETITION CLAIM AND REQUEST FOR NOTICE** through the CM/ECF filing system, which will cause a copy to be served on James H. Post, Esq., Counsel for the Reorganized Debtors, Matthew Barr, Esq., and John MacDonald, Esq., Counsel for the Post-Effective Date Committee, Elena L. Escamilla, Esq., Counsel for the Office of the United States Trustee all other parties participating in the CM/ECF System, all served electronically. Also, I have faxed copies to James Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, Fax: (904) 359-7708, and Matthew Barr, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Fax: (212) 822-5194.

JOHN A. SUNNER, ESQUIRE