UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:                                                    Case No. 05-03817-3F1

Winn-Dixie Stores, Inc., et al                            Chapter 11

Reorganized Debtors                                       Jointly Administered

## MOTION FOR ADMISSION PRO HAC VICE

The application, of Fletcher & Roy, L.L.C. respectfully requests this Honorable Court, pursuant to applicable Florida law, to admit attorney Ralph L. Fletcher to practice pro hac vice before the United States Bankruptcy Court, Middle District of Florida, Jacksonville Division. It is requested that said Applicant be allowed to participate in all proceedings on behalf of Deana Willis, both in and out of court, in the above-entitled action pending in this Court. In so moving, the undersigned represents as follows:

1.

I am a member in good standing of the Bar of the State of Louisiana having been admitted in 1985.

2.

Applicant is a member in good standing of the Bars of the State of Louisiana, the U.S. District Courts for the Eastern and Middle Districts of the State of Louisiana, and the United States Court of Appeals for the 5th Circuit.

3.

I know of no fact which would call into question the intergrity or character of Applicant.

4.

To my knowledge, Applicant has never been denied admission or disciplined by any court. To my knowledge, no member of the firm of Fletcher & Roy, L.L.C. has ever been denied admission or disciplined by any court.

5.

Applicant has been directly involved in this matter now before this Court, is knowledgeable regarding the same, and is necessary for the successful and efficient prosecution of this action.

In support of this Application, the Applicant has filed the required affidavit.

WHEREFORE, I respectfully pray that this Honorable Court grant this Motion for Admission Pro Hac Vice as to Ralph L. Fletcher, Fletcher & Roy, L.L.C. and further pray that I am excused from further proceedings in this matter, except as I otherwise elect.

Respectfully Submitted:

FLETCHER & ROY, L.L.C.
660 Government Street
Baton Rouge, Louisiana 70802
(225)343-2876

By:_____
          Ralph L. Fletcher, 16917

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:                                                                                  Case No. 05-03817-3F1

Winn-Dixie Stores, Inc., et al                                              Chapter 11

Reorganized Debtors                                                        Jointly Administered

## AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Ralph L. Fletcher, being duly sworn, hereby depose and say:

1.

I am over the age of eighteen (18) and believe in the obligation of an oath.

2.

This Affidavit is submitted in support of the Motion for Admission Pro Hac Vice in the above-captioned action.

3.

I am a member in good standing of the Bars of the State of Louisiana, the U.S. District Courts for the Eastern and Middle Districts of the State of Louisiana, and The United States Court of Appeals for the 5th Circuit.

4.

To my knowledge, there are no disciplinary proceedings against me as a member of such Bars and I am eligible to practice before all courts to which I have been admitted.

5.

I have been directly involved in the mater now before the Court and I am knowledgeable regarding the same. Based on the foregoing, I believe that my services are necessary for the successful and efficient prosecution of this bankruptcy action.

                                                                                              _____
                                                                                              RALPH L. FLETCHER

SWORN TO AND SUBSCRIBED before me, this _____ day of December, 2006 in Baton Rouge, Louisiana.

NOTARY PUBLIC