**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| **In re:** } | |
| } | Case No. 05-03817-3F1 |
| Winn-Dixie Stores, Inc., et. al.,[1] } | |
| } | Chapter 11 |
| **Reorganized Debtors.** } | |
| _____ } | Jointly Administered |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the **Application for Allowance of Administrative Expense Status for Post-Petition Claim and Request for Notice** was electronically filed with the U.S. Bankruptcy Court on December 19, 2006, and **sent by U.S. Mail and via facsimile to: counsel for the Reorganized Debtors James Post, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202, Fax (904) 359-7708, and counsel for the Post-Effective Date Committee Matthew Barr, Esq., Milbank. Tweed, Hadley & McCoy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, Fax ( 212) 822-5194 this 4th day of January, 2007**, and that the Bankruptcy Notification Center will furnish a copy of this document via electronic notification or U.S. Mail. *Note: For verification of the date of service by Bankruptcy Noticing Center, please check the docket entry for the BNC Certificate of Mailing related to this document.*

/s/ Lawrence J. Marraffino
*Attorney for Claimant Thelma Carter*
LAWRENCE J. MARRAFFINO 438390
LAWRENCE J. MARRAFFINO, P.A.
3312 W. UNIVERSITY AVENUE
GAINESVILLE, FL 32607
Telephone: 352 376-0102