UNITED STATES BANKRUPTCY COUNT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                           CASE NO: 05-3817-JAF

                                                 (Jointly administered)

WINN DIXIE STORES, ET Al

                                                 CHAPTER 11
        Debtors.

_____/

## APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE CLAIM
## FOR POST PETITION PERSONAL INJURY CLAIMANT

Movant, Edline Saint Juste ("the Movant"), by and through undersigned counsel, and pursuant to 11 U.S. C.  503, respectfully request this Court enter an Order approving this application of payment of administrative expense claim against the Estate, and to authorize payment of this claim (the "Application"), and in support thereof states as follows:

1. On February 21, 2005, the Debtors filed voluntary Petitions under Chapter 11 of the U.S. Bankruptcy Code in the Southern District of New York and were transferred to this Court on April 13, 2005.

2. On November 9, 2006, this Court entered an Order confirming Debtors' Joint Plan of Reorganization (the "Confirmation Order") [CP #12440].

3. The Confirmation Order provides that pursuant to section 12,.1 of Debtors' Joint Plan of Reorganization (the "Plan"), the deadline for filing request for payment of post-petition administrative claims is

January 5, 2007 (the Administrative Claims Bar Date").

4. On or about September 23, 2006 the Movant suffered personal injuries as a result of negligence by the Debtors at the Winn Dixie Store located at 1101 S. Military Trail, Palm Beach County, Florida.

5. The personal injury claim of the Movant has yet to be liquidated.

6. Pursuant to the Confirmation Order and the Plan, this Application is timely.

7. The Court may award an administrative expense priority under 503(b) for the "actual, necessary costs and expenses of preserving the estate.." 11 U.S.C. 503(b)(1).

8. Damages arising from a post petition tort committed by a debtor are entitled to administrative expense status.

9. The Movant respectfully request the Court enter an Order allowing this post petition administrative expense claim, subject to liquidation by either consent of the parties or a court of competent jurisdiction. The Movant also request that any order entered granting this Motion also direct the Debtors to pay the allowed liquidated administrative expense claim in full within ten (10) days of any final, non appealable order liquidating this post petition administrative expense claim.

10. In accordance with the Confirmation Order and Section 12.1 of the Plan, Movant has served a copy of the Application on counsel for the reorganized Debtors and the Post Effective Date Committee.

**WHEREFORE**, Movant, Edline Saint Juste, request this Court enter an Order (1) deeming the administrative expense claim asserted by the Movant as a timely assertion of an administrative expense claim subject to liquidation by either consent of the parties or a court of competent jurisdiction; (2) requiring the Debtors to pay the allowed liquidated administrative expense claim in full within (10) days of any final, non appealable order liquidating this post petition administrative expense claim, and (3) granting such further relief as this Court deems just and proper.

<u>CERTIFICATE OF SERVICE</u>

I **HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished electronically upon all parties where indicated and via U.S. Regular mail on all parties listed below on the 4th day of January, 2007.

James Post, Esq.
Smith Husely & Busey
225 Water Street, Suite 1800
Jacksonville, Fl 32201
jpost@smithhulsey.com

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Fl 32201
cjackson@smithhulsey.com

John B. MacDonald
Laura Street, Suite 2500
Jacksonville, Fl 32202

Elena L. Escamilla Esq, U.S. Trustee
135 W. Central Blvd, Suite 620
Orlando, Fl 32801

Matthew Barr, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005
Mbarr@milbank.com

David J. Baker, Esq.
Skadeen Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036
Djbaker@skadden.com

Winn- Dixie Stores, Inc.
5050 Edgewood Street
Jacksonville, Fl 32254

Logan & Company, Inc.
Attn. Winn-Dixie Claim Center
546 Valley Road
Upper Montclair, New Jersey 07043