UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE: WINN DIXIE STORES, INC.,      Case No. 3:05-bk-03817-3F1
ET AL.,
            Debtors.      Chapter 11, Jointly Administered
_____/

### APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE CLAIM FOR CERTAIN POST-PETITION PERSONAL INJURY CLAIMANT

COMES NOW the Movant, ROSE M. STAGGERS (hereinafter "Movant") by and through her undersigned counsel, and pursuant to 11 U.S.C. Sec. 503, requests this Court enter an Order approving her application to have allowed administrative claim against the Estate, and to authorize payment of her claim, and would show:

1. On February 21, 2005, the Debtors filed Voluntary Petitions under Chapter 11 of the U.S. Bankruptcy Code.

2. <u>On March 4, 2006, Movant Rose M. Staggers suffered a personal injury to her body, incurred medical expenses as a result thereof and has pain and suffering from an accident that occurred at a Winn Dixie store. It is asserted the Debtor is responsible for the accident and injury and damages. The store accident location is, upon information and belief, at Winn Dixie #642, 5015 Gulfport Blvd. South, Gulfport, Florida 33707. A claim is currently pending through Debtor's third party administrator, Sedgewick Claims Management Services, with claim number A611201895.</u>

3. The Debtors are operating their businesses and managing their property as a debtor in possession pursuant to Sec. 1107(a) and Sec. 1108 of the Bankruptcy Code. The Court has appointed an official committee of unsecured creditors to serve in these cases. The Court has entered Orders setting out certain procedures to

resolve personal injury claims.

4. Subsequent to the filing of the case, the Movant suffered personal injuries as a result of negligence by the Debtors. The Movant asserts the right to assert administrative expense claims due to the post-petition occurrence of her claim.

5. The personal injury claim of the Movant has not yet been liquidated. Nonetheless, the value of the claim may be in excess of $100,000.00.

6. The Court has entered an Order setting a bar date to file administrative expense claims.

7. The Court may award an administrative expense priority under Sec. 503(b) for the "actual, necessary costs and expenses of preserving the estate...." 11 U.S.C,. Sec.503(b)(1). Damages arising from a post-petition tort committed by a debtor are entitled to administrative expense status.

WHEREFORE, the Movant respectfully requests the Court to enter an Order allowing her post-petition administrative expense claim, subject to liquidation by either consent of the parties or a court of competent jurisdiction. Upon liquidation of her post-petition claim, the Movant requests the Court enter an Order requiring the Debtors, as a condition of confirmation of their Chapter 11 Plan ,

to pay the allowed administrative claim in full.

_____
JOHN E. KASSOS, ESQUIRE
JOHN E. KASSOS, P.A.
2200 49TH Street North
St. Petersburg, FL 33710
Tel: (727) 327-1993
Fax: (727) 327-3155
JEKPA@aol.com
Fla. Bar No. 205591
Attorney for Movant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by regular U.S. Mail and/or electronic means to the parties listed below on this 4 day of January, 2007.

Winn-Dixie Stores, Inc.
5050 Edgewood court
Jacksonville, FL 32254-3699

Stephen D. Busey, Esq.
James H. Post, Esq.
Smith, Hulsey & Busey
Co-Counsel for Reorganized Debtors
225 Water St., Suite 1800
Jacksonville, FL 32202

Elena L. Escamilla, Esq.
U.S. Trustee
135 W. Central Blvd., Suite 620
Orlando, FL 32801

D.J. Baker, Esq.
Skadden Arps Slate Meagher & Flom, LLP
Counsel for Reorganized Debtors
Four Times Square
New York, NY 10036

Dennis F. Dunne, Esq.
Mathew Barr, Esq.
Milbank, Tweed, Hadley & McCloy LLP
Counsel for Post-Effective Date Committee
One Chase Manhattan Plaza
New York, NY 10005

John B. MacDonald, Esq.
Akerman Senterfitt
Co-Counsel for Post-Effective Date Committee
50 North Laura Street, Ste. 2500
Jacksonville, FL 32202

                                                 _____
                                                 JOHN E. KASSOS, ESQUIRE
                                                 JOHN E. KASSOS, P.A.
                                                 2200 49TH Street North
                                                 St. Petersburg, FL 33710
                                                 Tel: (727) 327-1993
                                                 Fax: (727) 327-3155
                                                 JEKPA@aol.com
                                                 Fla. Bar No. 205591
                                                 Attorney for Movant