**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| **In re:** | **Case No. 3-05-bk-3817** |
| **Winn-Dixie Stores, Inc.** | **Chapter 11** |
| **Reorganized debtors.** | **Jointly Administered** |
| | **The Honorable Jerry A. Funk** |

## MOTION TO APPEAR PRO HAC VICE

NOW INTO COURT, comes P. DAVID CAROLLO, an Attorney at Law practicing and residing in St. Tammany Parish, Louisiana and has been admitted to the practice of law in the state of Louisiana since October 7, 1977 and has Louisiana Bar Roll Number 3931, and who respectfully represents to this honorable court:

1.

That the Law Office of P. David Carollo has been representing one MINNIE L. WALKER in regard to a tort action against Winn-Dixie Stores, Inc. since January 2006. Counsel only recently received notification of a Chapter 11 filing by Winn-Dixie Stores, Inc. This filing will prohibit the normal filing of a tort action in a Louisiana court against Winn-Dixie Stores, Inc.

2.

P. David Carollo is 57 years of age born on November 23, 1949 and is a graduate of Loyola University School of Law in New Orleans, Louisiana. As previously indicated he was admitted to practice law in the State of Louisiana on October 7, 1977.

3.

There are no disciplinary action pending against P. David Carollo in the state of Louisiana or any other state and he is in good standing with the Louisiana State Bar Association.

4.

P. David Carollo is admitted to practice in all Louisiana courts and has been admitted to practice in the United States District Court for the Eastern District of Louisiana as well as United States Tax Court, the United States Court of Claims and also the United States Court of Appeal for the Fifth Circuit for the United States of America.

5.

It is requested that P. David Carollo be allowed to be admitted pro hac vice in these proceedings in the Middle District of Florida concerning the claim of one Minnie L. Walker.

WHEREFORE, P. David Carollo prays that he be allowed to practice before this honorable court in regard to this one matter on behalf of Minnie L. Walker.

/s/ P. David Carollo

---

P. DAVID CAROLLO
Attorney for Minnie L. Walker
735 Old Spanish Trail
Slidell, LA 70458
(985) 643-8223
Louisiana Bar No. 3931

File 8-06

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| **In re:** | **Case No. 3-05-bk-3817** |
| **Winn-Dixie Stores, Inc.** | **Chapter 11** |
| **Reorganized debtors.** | **Jointly Administered** |
| | **The Honorable Jerry A. Funk** |

## CERTIFICATE OF SERVICE

I certify that a copy of the Motion to Appear Pro Hac Vice and Order has been sent to the counsel for the Reorganized Debtors by faxing same to James Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, Fax (904) 359-7708; and also upon counsel for the Post-Effective Date Committee by faxing same to Matthew Barr, Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Fax (212) 822-5194 on this 4th day of January, 2006.

/s/ P. David Carollo

P. DAVID CAROLLO, Attorney at Law
LA Bar No. 3931