UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:     CASE NO.: 3:05-bk-03817-JAF

CHAPTER 11

WINN-DIXIE STORES, INC., et al.,

   Debtors.   Jointly Administered

---

REQUEST OF UNITED CONCORDIA COMPANIES, INC. FOR
ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

United Concordia Companies, Inc. ("United"), by and through its undersigned counsel, requests that the Court enter an Order for the allowance and payment of its administrative expense claim pursuant to Bankruptcy Code § 503(b) and states as follows:

1. The Debtors filed voluntary petitions under chapter 11 of the Bankruptcy Code on February 21, 2005.

2. United is a dental insurer of the Debtors. In the month of November, 2006, the Debtors did not pay United the entire balance of invoice No. 013831484. The balance of said invoice is $144,337.64, and it remains unpaid. A copy of the invoice as well as other supporting documentation is attached hereto as Exhibit A.

3. Bankruptcy Code § 503(b) provides for the allowance of administrative expense status for the "actual, necessary costs and expenses of preserving the estate. . ."

11 U.S.C. § 503(b). The post-petition amount owed to United was for the benefit of the Debtors' bankruptcy estate because it was incurred in connection with the Debtors' continuing post-petition operation of their business. As such, United's claim is entitled to administrative expense status under 11 U.S.C. § 503(b).

4. Accordingly, United seeks allowance and payment of an administrative claim pursuant to Bankruptcy Code § 503(b) in the amount of $144,337.64.

5. United reserves the right to amend, supplement or modify this request as deemed necessary.

WHEREFORE, United requests that the Court enter an order (i) granting the relief requested herein; and (ii) providing such other relief as it deems just and proper.

DATED this 4 day of January, 2007.

HELD & ISRAEL

By: _____
Kimberly Held Israel, Esquire
Florida Bar #47287
Adam N. Frisch, Esquire
Florida Bar #635308
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile
afrisch@hilawfirm.com