# UNITED CONCORDIA
America's Premier Dental Insurer

013831484

Page    1

Recipient : 000016472   WINN DIXIE STORES INC

Prep Date: 10/26/2006   Invoice Number: 013831484            Due Date: 11/15/2006

| Concordia Flex Summary: | Current 11/01/2006-11/30/2006 | Adjustments 01/01/2006-10/31/2006 | Total Billed Amt |
|---|---|---|---|
| Individual Male (1) | 8,221.20 | 198.90 | 8,420.10 |
| Individual Female (2) | 10,806.90 | 198.90CR | 10,608.00 |
| Two Adults (3) | 13,328.00 | 119.00CR | 13,209.00 |
| Family (4) | 29,723.13 | 114.54CR | 29,608.59 |
| Parent and Child (7) | 6,564.60 | 93.78CR | 6,470.82 |
| Parent and Children (9) | 7,127.28 | 93.78CR | 7,033.50 |
| Total | 75,771.11 | 421.10CR | 75,350.01 |

| Dental PPP/PPO Summary: | Current 11/01/2006-11/30/2006 | Adjustments 01/01/2006-10/31/2006 | Total Billed Amt |
|---|---|---|---|
| Individual Male (1) | 68,974.10 | 243.10CR | 68,731.00 |
| Individual Female (2) | 66,675.70 | 950.30CR | 65,725.40 |
| Two Adults (3) | 82,883.50 | 357.00CR | 82,526.50 |
| Family (4) | 157,320.69 | 1,374.48CR | 155,946.21 |
| Parent and Child (7) | 34,745.49 | 750.24CR | 33,995.25 |
| Parent and Children (9) | 40,372.29 | 281.34 | 40,653.63 |
| Total | 450,971.77 | 3,393.78CR | 447,577.99 |

Outstanding Balance:   $1,058,372.84

Total Amount Due:   $1,581,300.84

# UNITED CONCORDIA
America's Premier Dental Insurer
4401 Deer Path Rd
Harrisburg PA 17110

!322543601509!
WINN DIXIE STORES INC
MICHELLE COTION
5050 EDGEWOOD COURT
JACKSONVILLE, FL   32254-3601

013831484

0000002812

Exhibit "A"

# UNITED CONCORDIA
America's Premier Dental Insurer

013831484

Page     2

Recipient : 000016472   WINN DIXIE STORES INC

Prep Date: 10/26/2006   Invoice Number: 013831484           Due Date: 11/15/2006

```
┌─────────────────────────────────┐ ┌──────────────────────┐ ┌──────────────────────────────┐
│ Questions? Call 888-320-3316    │ │ Please pay total     │ │ Make check payable to:       │
│ and reference your recipient    │ │ amount due on or     │ │                              │
│ number located at the top of    │ │ before               │ │ United Concordia             │
│ this invoice.                   │ │ 11/15/2006.          │ │ P.O. Box 827377              │
│ Please fax enrollment           │ │                      │ │ Philadelphia, PA 19182-7377  │
│ changes to 800-329-9093.        │ │                      │ │                              │
│ Do not submit changes with      │ │                      │ │                              │
│ your payment.                   │ │                      │ │                              │
└─────────────────────────────────┘ └──────────────────────┘ └──────────────────────────────┘
```

PLEASE SEND PAYMENT AND REMITTANCE SLIP IN THE ENCLOSED ENVELOPE TO
ENSURE TIMELY PROCESSING. PLEASE DO NOT REMIT TO THE HARRISBURG ADDRESS.
FOR ENROLLMENT FORMS, VISIT OUR WEBSITE AT WWW.UCCI.COM.

This is your copy. Keep this for your records.

0000002813

Carrier : UCIC         United Concordia Insurance Company
Customer: 000016472        Winn Dixie Stores Inc
Group :
Pay Loc :
Unapplied Cash:        $0.00  Open Receivable Amount:    $1,205,369.63

More: +

| Sel | Invoice Number | Rec St. | Billing Period | Receivable Amount | |
|---|---|---|---|---|---|
| | 013920817 | OPN | 2007-01-01 - 2007-01-31 | 542,345.63 | |
| | 013875842 | OPN | 2006-12-01 - 2006-12-31 | 518,686.36 | |
| | 013831484 | CAP | 2006-11-01 - 2006-11-30 | 144,337.64 | Claim = Balance remaining of November and prior months. |
| | 013784023 | RCN | 2006-10-01 - 2006-10-31 | 0.00 | |
| | 013732523 | RCN | 2006-09-01 - 2006-09-30 | 0.00 | |
| | 013681684 | RCN | 2006-08-01 - 2006-08-31 | 0.00 | |
| | 013629776 | RCN | 2006-07-01 - 2006-07-31 | 0.00 | |
| | 013576964 | RCN | 2006-06-01 - 2006-06-30 | 0.00 | |