UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 05-03817-3F1 |
|     WINN-DIXIE STORES, INC., ET AL | * | |
| | * | CHAPTER 11 |
| REORGANIZED DEBTORS | * | |
| | * | JOINTLY ADMINISTERED |

*********************************************

## CERTIFICATION OF MAILING

I hereby certify that a copy of the Application for Compensation for Personal Injury in the above entitled and numbered proceeding has been served upon James Post, Esq. and Matthew Barr, Esq. by mailing same to each by U.S. Mail, postage pre-paid, on the  2nd  day of   January   , 2007.

/s/ *James B. Guest*

**JAMES B. GUEST**, Bar No. 6405
Attorney At Law
1900 32nd Street
Kenner, Louisiana 70065
Telephone:  (504) 466-8266