# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| **In re:** | **Case No. 3-05-bk-3817** |
| **Winn-Dixie Stores, Inc.** | **Chapter 11** |
| **Reorganized debtors.** | **Jointly Administered** |
| | **The Honorable Jerry A. Funk** |

## APPLICATION FOR ADMINISTRATIVE EXPENSE

NOW coming before this honorable United States Bankruptcy Court is MINNIE L. WALKER, a person of the full age of majority and a resident of and domiciled in the state of Louisiana, and appearing herein through her counsel, P. DAVID CAROLLO, an Attorney at Law practicing and residing in the state of Louisiana and duly admitted to practice law in the state of Louisiana, who respectfully represents to this honorable court:

1.

WINN-DIXIE STORES, INC., has filed a Chapter 11 bankruptcy proceeding on February 21, 2005 originally in the Southern District of New York, and the matter was ultimately transferred to the Middle District of Florida, Jacksonville Division, by an order dated April 13, 2005.

2.

Minnie L. Walker filed a claim against Winn-Dixie Stores, Inc. as a result of a tort action in regard to an injury that she sustained beginning on December 23, 2005 as a result of actions of employees of Winn-Dixie Stores, Inc. in Louisiana.

3.

This is an administrative claim arising against the debtor that commenced during the period between February 21, 2005 and November 21, 2006. That the Winn-Dixie store in question is known as Winn-Dixie Stores, Inc. - Winn-Dixie located at 2985 Gause Boulevard, Slidell, Louisiana 70461.

4.

The action that Minnie L. Walker has against Winn-Dixie Stores, Inc. has been explained to the appropriate adjuster for Winn-Dixie Stores, Inc. on several occasions and there was ongoing communications about a resolution of this matter. However, upon receipt of a bankruptcy notice in this matter, all further communications have stopped. As such, Minnie L. Walker files this application for an administrative expense.

5.

Minnie L. Walker was a patron of the Winn-Dixie store at the location previously indicated on December 23, 2005. Winn-Dixie Stores, Inc. operates a pharmacy in that location and provides customers with prescriptive drugs. The said Minnie L. Walker had a prescription that was filled by Winn-Dixie Stores, Inc. on December 23, 2005. The prescription was simply the wrong medication. As a result, Minnie L. Walker was hospitalized for several days in intensive care and underwent treatment after being released from the hospital for this "incorrect" drug prescription.

6.

Minnie L. Walker has accumulated medical bills in this matter totaling $43,175.71. That is the claim amount that she is asserting as well as the sum of $20,000.00 for general tortious damages, or a total of $63,175.71.

WHEREFORE, Minnie L. Walker prays through her counsel of record herein, P. David Carollo, that she be allowed to file this Application for Administrative Expense with this honorable court in regard to injuries that she sustained at a Winn-Dixie store on December 23, 2005 in the state of Louisiana.  Attached hereto and made a part hereof is the appropriate notification of all appropriate individuals/agencies.

/s/ P. David Carollo

P. DAVID CAROLLO
Attorney for Minnie L. Walker
735 Old Spanish Trail
Slidell, LA 70458
(985) 643-8223
(985) 643-8338 - fax
*pdavidcarollo@hotmail.com*
Louisiana Bar No. 3931

File 8-06

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 3-05-bk-3817 |
| **Winn-Dixie Stores, Inc.** | Chapter 11 |
| **Reorganized debtors.** | Jointly Administered |
| | The Honorable Jerry A. Funk |

## CERTIFICATE OF SERVICE

I certify that a copy of the Application for Administrative Expense has been sent to the counsel for the Reorganized Debtors by faxing same to James Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, Fax (904) 359-7708; and also upon counsel for the Post-Effective Date Committee by faxing same to Matthew Barr, Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Fax (212) 822-5194 on this 4th day of January, 2006.

/s/ P. David Carollo

P. DAVID CAROLLO, Attorney at Law
LA Bar No. 3931