January 31, 2005

Jane Dewitte, Area Prop Mgr
Winn Dixie Stores, Inc. #203
Jacksonville/Miami Division
5050 Edgewood Court
Jacksonville, FL 32254

**RE: 308 E Dania Beach BLVD**

### Notice of Common Area Maintenance Charges

Your pro rata share of applicable Operating Expenses for 2004 is as follows:

|  | R.E. Tax | Insurance | CAM |
|---|---|---|---|
| Current Year - 2004 | $113,551.21 * | | |
| Base Year-1982 | $78,021.41 | | |
| Total | $35,529.80 | $0.00 | $0.00 |
| Pro-Rata Share (per lease) | 42.54% | | |
| **Total Amount Due** | **$15,114.38** | | |

*$113,551.21 is based on the Ad Valorem Taxes of:
$116,222.20 less $4,648.89 *(4 % for November Discount)* = $111,573.31
Plus
$2,060.32 less $82.42 *( 4 % for November Discount)* = $1,977.90

These charges have been posted to your account and are reflected on the enclosed statement.

Please remit payment to Sormi, Inc., on or before February 1, 2005.
Any unpaid balance after the due date will bear late fees and interest charges according to the provisions in your lease.

Should you have any questions, please do not hesitate to contact our office.

Sincerely,
DACAR MANAGEMENT, LLC

Ava M. Bennett
Accounting Department

winndix4


EXHIBIT Composite "A"

# BROWARD COUNTY, FLORIDA — NOTICE OF AD VALOREM TAXES AND NON AD VALOREM ASSESSMENTS

| PROPERTY IDENTIFICATION NO. | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 10234-27-00600 | | 84,380 | | 84,380 | 0443 |

DANIA GOLF COURSE 32-17 B
PT DESC AS COMM AT NW COR OF
SAID PLAT, S ALG W/BNDRY 23.07, E
SEE ADDITIONAL LEGAL ON TAX ROLL

SORMI INC
336 E DANIA BEACH BLVD
DANIA FL                 33004

PAY YOUR TAXES ONLINE AT:
http://broward.org/revenue
PAYMENTS MUST BE MADE IN U.S. FUNDS.

## AD VALOREM TAXES

| TAXING AUTHORITY | MILLAGE RATE | SENIOR VALUE | SENIOR TAXABLE VALUE | TAXES LEVIED |
|---|---|---|---|---|
| BROWARD CNTY GEN FND | 6.1905 | | | 522.35 |
| CAPITAL PROJECTS | .2926 | | | 24.69 |
| 1986 BONDS | .1042 | | | 8.79 |
| LIBRARIES BONDS | .0544 | | | 4.59 |
| PARKS/LAND BONDS | .1659 | | | 14.00 |
| 2001 BONDS | .1117 | | | 9.43 |
| 2003 BONDS | .1037 | | | 8.75 |
| SCHOOL BRD GEN FUND | 6.0140 | | | 507.46 |
| CAPITAL OUTLAY | 2.0000 | | | 168.76 |
| DEBT SERVICE | .2555 | | | 21.56 |
| SFWMD DISTRICT | .2840 | | | 23.96 |
| OKEECHOBEE BASIN | .3130 | | | 26.41 |
| EVERGLADES C.P. | .1000 | | | 8.44 |
| S BRWD HOSPITAL OPER | 1.5761 | | | 132.99 |
| CHILDREN SVS COUNCIL | .4231 | | | 35.70 |
| DANIA BEACH | 6.3900 | | | 539.19 |
| FL INLAND NAVIGATION | .0385 | | | 3.25 |

TOTAL MILLAGE 24.4172          AD VALOREM TAXES          2,060.32

## NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | AMOUNT |
|---|---|
| DANIA FIRE | 33.28 |
| DANIA STORM WATER | 16.10 |

POSTED NOV 22 2004

NON-AD VALOREM ASSESSMENTS          49.38

| COMBINED TAXES AND ASSESSMENTS | 2,109.70 | PAY ONLY ONE AMOUNT | SEE REVERSE SIDE FOR IMPORTANT INFORMATION |
|---|---|---|---|

| If Paid By Please Pay | NOV 30 2004 | DEC 31 2004 | JAN 31 2005 | FEB 28 2005 | MAR 31 2005 |
|---|---|---|---|---|---|
| | 2,025.31 | 2,046.41 | 2,067.51 | 2,088.60 | 2,109.70 |

**** TWO THOUSAND TWENTY FIVE AND 31/100 DOLLARS

11/23/04          $2,025.31***

TO THE ORDER OF

Broward County Revenue Collector
Government Center Annex
115 S. Andrews Avenue
Ft. Lauderdale, FL   33301

**NON-NEGOTIABLE**

SFMS01034-1          TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 905-893-5005          H83SMV9910900.M99SF034323
SAFEGUARD. LITHO USA  SFSL1  CK7S08111L

# BROWARD COUNTY, FLORIDA — NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

| PROPERTY IDENTIFICATION NO. | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 10234-27-00500 | | 4,759,850 | | 4,759,850 | 0443 |

PAY YOUR TAXES ONLINE AT:
http://broward.org/revenue
PAYMENTS MUST BE MADE IN U.S. FUNDS.

DANIA GOLF COURSE 32-17 B
PT DESC AS COMM AT NW COR OF
SAID PLAT,S 23.07,E 175 TO POB
SEE ADDITIONAL LEGAL ON TAX ROLL

SORMI INC
336 E DANIA BEACH BLVD
DANIA FL                     33004

## AD VALOREM TAXES

| TAXING AUTHORITY | MILLAGE RATE | SENIOR VALUE | SENIOR TAXABLE VALUE | TAXES LEVIED |
|---|---|---|---|---|
| BROWARD CNTY GEN FND | 6.1905 | | | 29,465.85 |
| CAPITAL PROJECTS | .2926 | | | 1,392.73 |
| 1986 BONDS | .1042 | | | 495.98 |
| LIBRARIES BONDS | .0544 | | | 258.94 |
| PARKS/LAND BONDS | .1659 | | | 789.66 |
| 2001 BONDS | .1117 | | | 531.68 |
| 2003 BONDS | .1037 | | | 493.58 |
| SCHOOL BRD GEN FUND | 6.0140 | | | 28,625.74 |
| CAPITAL OUTLAY | 2.0000 | | | 9,519.70 |
| DEBT SERVICE | .2555 | | | 1,216.14 |
| SFWMD DISTRICT | .2840 | | | 1,351.80 |
| OKEECHOBEE BASIN | .3130 | | | 1,489.84 |
| EVERGLADES C.P. | .1000 | | | 475.98 |
| S BRWD HOSPITAL OPER | 1.5761 | | | 7,502.00 |
| CHILDREN SVS COUNCIL | .4231 | | | 2,013.89 |
| DANIA BEACH | 6.3900 | | | 30,415.44 |
| FL INLAND NAVIGATION | .0385 | | | 183.25 |
| TOTAL MILLAGE | 24.4172 | | AD VALOREM TAXES | 116,222.20 |

## NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | AMOUNT |
|---|---|
| DANIA FIRE | 16,653.00 |
| DANIA STORM WATER | 6,739.00 |
| NON-AD VALOREM ASSESSMENTS | 23,392.00 |

POSTED NOV 22 2004

| COMBINED TAXES AND ASSESSMENTS | 139,614.20 | PAY ONLY ONE AMOUNT | SEE REVERSE SIDE FOR IMPORTANT INFORMATION |
|---|---|---|---|

| If Paid By Please Pay | NOV 30 2004 | DEC 31 2004 | JAN 31 2005 | FEB 28 2005 | MAR 31 2005 |
|---|---|---|---|---|---|
| | 134,029.63 | 135,425.77 | 136,821.92 | 138,218.06 | 139,614.20 |

---

\*\*\*\* ONE HUNDRED THIRTY FOUR THOUSAND TWENTY NINE AND 63/100 DOLLARS

11/23/04          $134,029.63*

TO THE ORDER OF

Broward County Revenue Collector
Government Center Annex
115 S. Andrews Avenue
Ft. Lauderdale, FL  33301

**NON-NEGOTIABLE**

January 31, 2005

Jane Dewitte, Area Prop Mgr
Winn Dixie Stores, Inc. #203
Jacksonville/Miami Division
5050 Edgewood Court
Jacksonville, FL 32254

**RE: 1055 W. Hallandale Beach BLVD**

<u>Notice of Common Area Maintenance Charges</u>

Your pro rata share of applicable Operating Expenses for 2004 is as follows:

|  | R.E. Tax | CAM |
|---|---|---|
| Current year - 2004 | $132,696.89 * | $5,000.04  CAM is $416.67/Mo. |
| Pro-Rata Share (per lease) | 41.30% |  |
| Total Amount Due | $54,803.82 |  |
| Less Amount Paid |  | ($5,000.04) Less Amount Paid |
| **Grand Total Due** | **$54,803.82** ✓ | $0.00 |

*$132,696.89 is based on Ad Valorem Taxes of:
$118,746.09 less $4,749.85 *( 4% for November Discount )* = $113,996.24
Plus
$19,479.85 less $779.20 *(4% for November Discount)* = $18,700.65

These charges have been posted to your account and are reflected on the enclosed statement.

Please remit payment to Comke, Inc., on or before February 1, 2005.
any unpaid balance after the due date will bear late fees and interest charges according
to the provisions in your lease

Should you have any questions, please do not hesitate to contact our office.

Sincerely,
DACAR MANAGEMENT, LLC


Ava M. Bennett
Accounting Department

winndix2

17496

REGINA INC.
OPERATING ACCOUNT
336 E. DANIA BEACH BLVD.
DANIA, FL 33004

CITIBANK F.S.B.
255 E. Dania Beach Blvd.   Dania, FL 33004
Branch #520

63-476/670

| | | |
|---|---|---|
| PAY | **** NINETEEN THOUSAND FOUR HUNDRED SIXTY ONE AND 63/100 DOLLARS | |
| TO THE ORDER OF | DATE 11/23/04 | AMOUNT $19,461.63** |

Broward County Revenue Collector
Government Center Annex
115 S. Andrews Avenue
Ft. Lauderdale, FL  33301


AUTHORIZED SIGNATURE

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK TOUCH OR PRESS HERE RED IMAGE DISAPPEARS WITH HEAT

| 0016480 | | 2004 REAL ESTATE | | | 772582.0000 |
|---|---|---|---|---|---|
| BROWARD COUNTY, FLORIDA | | NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS | | | |
| PROPERTY IDENTIFICATION NO. | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
| 11-28-00-01320 | | 792,740 | | 792,740 | 2553 |

PAY YOUR TAXES ONLINE AT:
http://broward.org/revenue
PAYMENTS MUST BE MADE IN U.S.
FUNDS.

28-51-42
PARCEL OF LAND IN NE1/4 OF SW1/4
OF NW1/4 BEG AT PT ON S R/W OF
SEE ADDITIONAL LEGAL ON TAX ROLL

COMKE INC
336 E DANIA BEACH BLVD
DANIA FL                    33004

### AD VALOREM TAXES

| TAXING AUTHORITY | MILLAGE RATE | SENIOR VALUE | SENIOR TAXABLE VALUE | TAXES LEVIED |
|---|---|---|---|---|
| BROWARD CNTY GEN FND | 6.1905 | | | 4,907.45 |
| CAPITAL PROJECTS | .2926 | | | 231.96 |
| 1986 BONDS | .1042 | | | 82.60 |
| LIBRARIES BONDS | .0544 | | | 43.13 |
| PARKS/LAND BONDS | .1659 | | | 131.52 |
| 2001 BONDS | .1117 | | | 88.55 |
| 2003 BONDS | .1037 | | | 82.20 |
| SCHOOL BRD GEN FUND | 6.0140 | | | 4,767.54 |
| CAPITAL OUTLAY | 2.0000 | | | 1,585.48 |
| DEBT SERVICE | .2555 | | | 202.55 |
| SFWMD DISTRICT | .2840 | | | 225.14 |
| OKEECHOBEE BASIN | .3130 | | | 248.13 |
| EVERGLADES C.P. | .1000 | | | 79.27 |
| S BRWD HOSPITAL OPER | 1.5761 | | | 1,249.44 |
| CHILDREN SVS COUNCIL | .4231 | | | 335.41 |
| HALLANDALE BEACH | 6.5456 | | | 5,188.96 |
| FL INLAND NAVIGATION | .0385 | | | 30.52 |
| TOTAL MILLAGE 24.5728 | | | AD VALOREM TAXES | 19,479.85 |

### NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | AMOUNT |
|---|---|
| HALLANDALE BCH FIRE PROTECTION | 792.68 |
| | |
| NON-AD VALOREM ASSESSMENTS | 792.68 |


POSTED NOV 22 2004

| COMBINED TAXES AND ASSESSMENTS | 20,272.53 | PAY ONLY ONE AMOUNT | SEE REVERSE SIDE FOR IMPORTANT INFORMATION |
|---|---|---|---|
| If Paid By Please Pay | NOV 30 2004 19,461.63 | DEC 31 2004 19,664.35 | JAN 31 2005 19,867.08 | FEB 28 2005 20,069.80 | MAR 31 2005 20,272.53 |

| BROWARD COUNTY, FLORIDA | | NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS | | | |
|---|---|---|---|---|---|
| PROPERTY IDENTIFICATION NO. | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
| 11228-00-01300 | | 4,832,420 | | 4,832,420 | 2553 |

```
                                  28-51-42
                                  E3/4 OF N1/2 OF SW1/4 OF NW1/4,
PAY YOUR TAXES ONLINE AT:         E OF ST RD 9 R/W LESS N 50 FOR
http://broward.org/revenue        SEE ADDITIONAL LEGAL ON TAX ROLL
PAYMENTS MUST BE MADE IN U.S.
FUNDS.                            COMKE INC
                                  336 E DANIA BEACH BLVD
                                  DANIA FL                33004
```

## AD VALOREM TAXES

| TAXING AUTHORITY | MILLAGE RATE | SENIOR VALUE | SENIOR TAXABLE VALUE | TAXES LEVIED |
|---|---|---|---|---|
| BROWARD CNTY GEN FND | 6.1905 | | | 29,915.09 |
| CAPITAL PROJECTS | .2926 | | | 1,413.97 |
| 1986 BONDS | .1042 | | | 503.54 |
| LIBRARIES BONDS | .0544 | | | 262.88 |
| PARKS/LAND BONDS | .1659 | | | 801.70 |
| 2001 BONDS | .1117 | | | 539.78 |
| 2003 BONDS | .1037 | | | 501.12 |
| SCHOOL BRD GEN FUND | 6.0140 | | | 29,062.17 |
| CAPITAL OUTLAY | 2.0000 | | | 9,664.84 |
| DEBT SERVICE | .2555 | | | 1,234.68 |
| SFWMD DISTRICT | .2840 | | | 1,372.41 |
| OKEECHOBEE BASIN | .3130 | | | 1,512.55 |
| EVERGLADES C.P. | .1000 | | | 483.24 |
| S BRWD HOSPITAL OPER | 1.5761 | | | 7,616.38 |
| CHILDREN SVS COUNCIL | .4231 | | | 2,044.60 |
| HALLANDALE BEACH | 6.5456 | | | 31,631.09 |
| FL INLAND NAVIGATION | .0385 | | | 186.05 |
| TOTAL MILLAGE | 24.5728 | | AD VALOREM TAXES | 118,746.09 |

## NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | AMOUNT |
|---|---|
| HALLANDALE BCH FIRE PROTECTION | 26,742.52 |
| NON-AD VALOREM ASSESSMENTS | 26,742.52 |


POSTED NOV 22 2004

| COMBINED TAXES AND ASSESSMENTS | 145,488.61 | PAY ONLY ONE AMOUNT | SEE REVERSE SIDE FOR IMPORTANT INFORMATION |
|---|---|---|---|

| If Paid By Please Pay | NOV 30 2004 139,669.07 | DEC 31 2004 141,123.95 | JAN 31 2005 142,578.84 | FEB 28 2005 144,033.72 | MAR 31 2005 145,488.61 |
|---|---|---|---|---|---|

```
     **** ONE HUNDRED THIRTY NINE THOUSAND SIX HUNDRED SIXTY NINE AND 07/100 DOLLARS

TO THE
ORDER OF                                          11/23/04         $139,669.07*

         Broward County Revenue Collector
         Government Center Annex
         115 S. Andrews Avenue
         Ft. Lauderdale, FL   33301            NON-NEGOTIABLE
```