January 6, 2006

Jane Dewitte, Area Prop Mgr
Winn Dixie Stores, Inc. #203
Jacksonville/Miami Division
5050 Edgewood Court
Jacksonville, FL 32254

**RE: 308 E Dania Beach BLVD**

### Notice of Common Area Maintenance Charges

Your pro rata share of applicable Operating Expenses for 2005 is as follows:

|  | R.E. Tax | Insurance | CAM |
|---|---|---|---|
| Current Year - 2005 | $119,238.08 * | | |
| Base Year-1982 | $78,021.41 | | |
| Total | $41,216.67 | $0.00 | $0.00 |
| Pro-Rata Share (per lease) | 42.54% | | |
| **Total Amount Due** | **$17,533.57** | | |

*$119,238.08 is based on the Ad Valorem Taxes of:
$121,504.05 less $4,860.17 *(4 % for November Discount)* = $116,643.88
Plus
$2,702.30 less $108.10 *( 4 % for November Discount)* = $2,594.20

These charges have been posted to your account and are reflected on the enclosed statement.

Please remit payment to Sormi, Inc., on or before January 31, 2006.
Any unpaid balance after the due date will bear late fees and interest charges according to the provisions in your lease.

Should you have any questions, please do not hesitate to contact our office.

Sincerely,
DACAR MANAGEMENT, LLC

Zenaida Garcia
Accounting Department

winndix4


EXHIBIT Composite 11 B a

**REGINA INC.**
**OPERATING ACCOUNT**
336 E. DANIA BEACH BLVD.
DANIA, FL 33004

CITIBANK F.S. Branch #520
255 E. Dania Beach Blvd.  Dania, FL 33004

63-476/670

18987

| PAY TO THE ORDER OF | **** ONE HUNDRED THIRTY SEVEN THOUSAND SEVEN HUNDRED EIGHTEEN AND 77/100 DOLLARS | | |
|---|---|---|---|
| | | DATE 12/14/05 | AMOUNT $137,718.77* |

Broward County Revenue Collector
Government Center Annex
115 S. Andrews Avenue
Ft. Lauderdale, FL  33301

AUTHORIZED SIGNATURE

---

**0021192**          2005          REAL ESTATE          **608679.0000**
BROWARD COUNTY, FLORIDA          NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

| PROPERTY IDENTIFICATION NO. | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 10234-27-00500 | | 5,058,390 | | 5058,390 | 0443 |

PAY YOUR TAXES ONLINE AT:
http://www.broward.org/revenue
PAYMENTS MUST BE MADE IN U.S. FUNDS.

DANIA GOLF COURSE 32-17 B
PT DESC AS COMM AT NW COR OF
SAID PLAT,S 23.07,E 175 TO POB
SEE ADDITIONAL LEGAL ON TAX ROLL

SORMI INC
336 E DANIA BEACH BLVD
DANIA BEACH FL           33004

### AD VALOREM TAXES

| TAXING AUTHORITY | MILLAGE RATE | SENIOR VALUE | SENIOR TAXABLE VALUE | TAXES LEVIED |
|---|---|---|---|---|
| BRWD CNTY OPERATING | 5.9838 | | | 30,268.41 |
| CAPITAL PROJECTS | .3104 | | | 1,570.12 |
| DEBT SERVICE | .4888 | | | 2,472.53 |
| SCHOOL BRD GEN FUND | 5.8410 | | | 29,546.06 |
| CAPITAL OUTLAY | 2.0000 | | | 10,116.78 |
| DEBT SERVICE | .2213 | | | 1,119.42 |
| SFWMD DISTRICT | .2840 | | | 1,436.58 |
| OKEECHOBEE BASIN | .3130 | | | 1,583.28 |
| EVERGLADES C.P. | .1000 | | | 505.84 |
| S BRWD HOSPITAL OPER | 1.4500 | | | 7,334.67 |
| CHILDREN SVS COUNCIL | .4231 | | | 2,140.20 |
| DANIA BEACH | 6.3900 | | | 32,323.11 |
| DEBT SERVICE | .1764 | | | 892.30 |
| FL INLAND NAVIGATION | .0385 | | | 194.75 |

TOTAL MILLAGE  24.0203          AD VALOREM TAXES          **121,504.05**

### NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | AMOUNT |
|---|---|
| DANIA FIRE | 15,214.00 |
| DANIA STORM WATER | 6,739.00 |

NON-AD VALOREM ASSESSMENTS          **21,953.00**

COMBINED TAXES AND ASSESSMENTS          143,457.05          PAY ONLY ONE AMOUNT          SEE REVERSE SIDE FOR IMPORTANT INFORMATION

| If Paid By Please Pay | NOV 30 2005 137,718.77 | DEC 31 2005 139,153.34 | JAN 31 2006 140,587.91 | FEB 28 2006 142,022.48 | MAR 31 2006 143,457.05 |
|---|---|---|---|---|---|

18988

**REGINA INC.**
**OPERATING ACCOUNT**
336 E. DANIA BEACH BLVD.
DANIA, FL 33004

CITIBANK F.S.b. Branch #520
255 E. Dania Beach Blvd.   Dania, FL 33004

63-476/670

PAY   **** TWO THOUSAND SIX HUNDRED THIRTY SEVEN AND 62/100 DOLLARS

TO THE ORDER OF

DATE 12/14/05     AMOUNT $2,637.62***

Broward County Revenue Collector
Government Center Annex
115 S. Andrews Avenue
Ft. Lauderdale, FL   33301


AUTHORIZED SIGNATURE

---

| 0021193 | | 2005 | REAL ESTATE | | 608680.0000 |
|---|---|---|---|---|---|
| BROWARD COUNTY, FLORIDA | | | NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS | | |
| PROPERTY IDENTIFICATION NO. | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
| 10234-27-00600 | | 112,500 | | 112,500 | 0443 |

PAY YOUR TAXES ONLINE AT:
http://www.broward.org/revenue
PAYMENTS MUST BE MADE IN U.S. FUNDS.

DANIA GOLF COURSE 32-17 B
PT DESC AS COMM AT NW COR OF
SAID PLAT,S ALG W/BNDRY 23.07,E
SEE ADDITIONAL LEGAL ON TAX ROLL

SORMI INC
336 E DANIA BEACH BLVD
DANIA BEACH FL       33004

### AD VALOREM TAXES

| TAXING AUTHORITY | MILLAGE RATE | SENIOR VALUE | SENIOR TAXABLE VALUE | TAXES LEVIED |
|---|---|---|---|---|
| BRWD CNTY OPERATING | 5.9838 | | | 673.18 |
| CAPITAL PROJECTS | .3104 | | | 34.92 |
| DEBT SERVICE | .4888 | | | 54.99 |
| SCHOOL BRD GEN FUND | 5.8410 | | | 657.11 |
| CAPITAL OUTLAY | 2.0000 | | | 225.00 |
| DEBT SERVICE | .2213 | | | 24.90 |
| SFWMD DISTRICT | .2840 | | | 31.95 |
| OKEECHOBEE BASIN | .3130 | | | 35.21 |
| EVERGLADES C.P. | .1000 | | | 11.25 |
| S BRWD HOSPITAL OPER | 1.4500 | | | 163.13 |
| CHILDREN SVS COUNCIL | .4231 | | | 47.60 |
| DANIA BEACH | 6.3900 | | | 718.88 |
| DEBT SERVICE | .1764 | | | 19.85 |
| FL INLAND NAVIGATION | .0385 | | | 4.33 |
| TOTAL MILLAGE | 24.0203 | | AD VALOREM TAXES | 2,702.30 |

### NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | AMOUNT |
|---|---|
| DANIA FIRE | 29.12 |
| DANIA STORM WATER | 16.10 |
| NON-AD VALOREM ASSESSMENTS | 45.22 |

POSTED DEC 13 2005

| COMBINED TAXES AND ASSESSMENTS | 2,747.52 | PAY ONLY ONE AMOUNT | SEE REVERSE SIDE FOR IMPORTANT INFORMATION |
|---|---|---|---|

| If Paid By Please Pay | NOV 30 2005 2,637.62 | DEC 31 2005 2,665.09 | JAN 31 2006 2,692.57 | FEB 28 2006 2,720.04 | MAR 31 2006 2,747.52 |

# DACAR MANAGEMENT LLC.

January 6, 2006

Winn Dixie Stores, Inc. #203
Jacksonville/Miami Division
1141 S.W. 12th Avenue
Pompano Beach, Florida 33069

**RE: 1055 W. Hallandale Beach BLVD**

### Notice of Common Area Maintenance Charges

Your pro rata share of applicable Operating Expenses for 2005 is as follows:

|  | R.E. Tax | CAM |  |
|---|---|---|---|
| Current year - 2005 | $135,512.49 * | $5,000.04 | CAM is $416.67/Mo. |
| Pro-Rata Share (per lease) | 41.30% | | |
| Total Amount Due | $55,966.66 | | |
| Less Amount Paid | | ($5,000.04) | Less Amount Paid |
| **Grand Total Due** | **$55,966.66** | $0.00 | |

*$135,512.49 is based on Ad Valorem Taxes of:
$121,815.94 less $4,872.64 *( 4% for November Discount )* = $116,943.30
Plus
$19,342.91 less $773.72 *(4% for November Discount)* = $18,569.19

These charges have been posted to your account and are reflected on the enclosed statement.

Please remit payment to Comke, Inc., on or before January 31, 2006.
any unpaid balance after the due date will bear late fees and interest charges according
to the provisions in your lease

Should you have any questions, please do not hesitate to contact our office.

Sincerely,
DACAR MANAGEMENT, LLC

Zenaida Garcia
Accounting Department

winndix2

336 East Dania Beach Blvd., Dania, Fl. 33004
Tel: (954) 927-4885 • Fax: (954) 927-4187

18970

REGISA INC  
OPERATING ACCOUNT  
336 E. DANIA BEACH BLVD.  
DANIA, FL 33004

CITIBANK FSB  
255 E. Dania Beach Blvd.  Dania, FL 33004  
ch #520  
63-476/670

PAY  **** NINETEEN THOUSAND THREE HUNDRED THIRTY AND 17/100 DOLLARS

TO THE ORDER OF

DATE 12/14/05    AMOUNT $19,330.17**

Broward County Revenue Collector  
Government Center Annex  
115 S. Andrews Avenue  
Ft. Lauderdale, FL  33301


AUTHORIZED SIGNATURE

---

0020220     2005    REAL ESTATE    793285.0000  
BROWARD COUNTY, FLORIDA    NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

| PROPERTY IDENTIFICATION NO. | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 11228-00-01320 | | 814,860 | | 814,860 | 2553 |

PAY YOUR TAXES ONLINE AT:  
http://www.broward.org/revenue  
PAYMENTS MUST BE MADE IN U.S. FUNDS.

28-51-42  
PARCEL OF LAND IN NE1/4 OF SW1/4  
OF NW1/4 BEG AT PT ON S R/W OF  
SEE ADDITIONAL LEGAL ON TAX ROLL

COMKE INC  
336 E DANIA BEACH BLVD  
DANIA FL    33004

### AD VALOREM TAXES

| TAXING AUTHORITY | MILLAGE RATE | SENIOR VALUE | SENIOR TAXABLE VALUE | TAXES LEVIED |
|---|---|---|---|---|
| BRWD CNTY OPERATING | 5.9838 | | | 4,875.95 |
| CAPITAL PROJECTS | .3104 | | | 252.93 |
| DEBT SERVICE | .4888 | | | 398.31 |
| SCHOOL BRD GEN FUND | 5.8410 | | | 4,759.60 |
| CAPITAL OUTLAY | 2.0000 | | | 1,629.72 |
| DEBT SERVICE | .2213 | | | 180.33 |
| SFWMD DISTRICT | .2840 | | | 231.42 |
| OKEECHOBEE BASIN | .3130 | | | 255.05 |
| EVERGLADES C.P. | .1000 | | | 81.49 |
| S BRWD HOSPITAL OPER | 1.4500 | | | 1,181.55 |
| CHILDREN SVS COUNCIL | .4231 | | | 344.77 |
| HALLANDALE BEACH | 6.2838 | | | 5,120.42 |
| FL INLAND NAVIGATION | .0385 | | | 31.37 |

TOTAL MILLAGE 23.7377    AD VALOREM TAXES    19,342.91

### NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | AMOUNT |
|---|---|
| HALLANDALE BCH FIRE PROTECTION | 792.68 |

POSTED DEC 13 2005

NON-AD VALOREM ASSESSMENTS    792.68

| COMBINED TAXES AND ASSESSMENTS | 20,135.59 | PAY ONLY ONE AMOUNT | SEE REVERSE SIDE FOR IMPORTANT INFORMATION |
|---|---|---|---|

| If Paid By Please Pay | NOV 30 2005 19,330.17 | DEC 31 2005 19,531.52 | JAN 31 2006 19,732.88 | FEB 28 2006 19,934.23 | MAR 31 2006 20,135.59 |

18971

**REGINA INC.**
**OPERATING ACCOUNT**
336 E. DANIA BEACH BLVD.
DANIA, FL 33004



255 E. Dania Beach Blvd. Dania, FL 33004

63-476/670

| PAY | **** ONE HUNDRED FORTY TWO THOUSAND SIX HUNDRED SIXTEEN AND 12/100 DOLLARS | DATE | AMOUNT |
|---|---|---|---|
| TO THE ORDER OF | Broward County Revenue Collector<br>Government Center Annex<br>115 S. Andrews Avenue<br>Ft. Lauderdale, FL 33301 | 12/14/05 | $142,616.12* |

AUTHORIZED SIGNATURE

| 0020219 | | 2005 | REAL ESTATE | | 793284.0000 |
|---|---|---|---|---|---|
| BROWARD COUNTY, FLORIDA | | | NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS | | |
| PROPERTY IDENTIFICATION NO. | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
| 11228-00-01300 | | 5,131,750 | | 5131,750 | 2553 |

PAY YOUR TAXES ONLINE AT:
http://www.broward.org/revenue
PAYMENTS MUST BE MADE IN U.S. FUNDS.

28-51-42
E3/4 OF N1/2 OF SW1/4 OF NW1/4,
E OF ST RD 9 R/W LESS N 50 FOR
SEE ADDITIONAL LEGAL ON TAX ROLL

COMKE INC
336 E DANIA BEACH BLVD
DANIA FL                    33004

### AD VALOREM TAXES

| TAXING AUTHORITY | MILLAGE RATE | SENIOR VALUE | SENIOR TAXABLE VALUE | TAXES LEVIED |
|---|---|---|---|---|
| BRWD CNTY OPERATING | 5.9838 | | | 30,707.37 |
| CAPITAL PROJECTS | .3104 | | | 1,592.90 |
| DEBT SERVICE | .4888 | | | 2,508.39 |
| SCHOOL BRD GEN FUND | 5.8410 | | | 29,974.55 |
| CAPITAL OUTLAY | 2.0000 | | | 10,263.50 |
| DEBT SERVICE | .2213 | | | 1,135.66 |
| SFWMD DISTRICT | .2840 | | | 1,457.42 |
| OKEECHOBEE BASIN | .3130 | | | 1,606.24 |
| EVERGLADES C.P. | .1000 | | | 513.17 |
| S BRWD HOSPITAL OPER | 1.4500 | | | 7,441.04 |
| CHILDREN SVS COUNCIL | .4231 | | | 2,171.24 |
| HALLANDALE BEACH | 6.2838 | | | 32,246.89 |
| FL INLAND NAVIGATION | .0385 | | | 197.57 |

TOTAL MILLAGE  23.7377          AD VALOREM TAXES   121,815.94

### NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | AMOUNT |
|---|---|
| HALLANDALE BCH FIRE PROTECTION | 26,742.52 |
| NON-AD VALOREM ASSESSMENTS | 26,742.52 |

POSTED DEC 13 2005

| COMBINED TAXES AND ASSESSMENTS | 148,558.46 | PAY ONLY ONE AMOUNT | SEE REVERSE SIDE FOR IMPORTANT INFORMATION |
|---|---|---|---|

| If Paid By Please Pay | NOV 30 2005 | DEC 31 2005 | JAN 31 2006 | FEB 28 2006 | MAR 31 2006 |
|---|---|---|---|---|---|
| | 142,616.12 | 144,101.71 | 145,587.29 | 147,072.88 | 148,558.46 |