## STATEMENT OF ACCOUNT

This is a statement of UNPAID BILLS for services rendered beginning February 21, 2005, through November 20, 2006, for Client No. 2030. Please put these in line for payment.

| Client/Matter # | Invoice # | Invoice Date | Balance Due |
|---|---|---|---|
| 2030.128 | 30006 | 10/31/06 | 52.50 |
| 2030.167 | 30007 | 10/31/06 | 152.50 |
| 2030.180 | 30008 | 10/31/06 | 3,296.79 |
|  | 30208 | 11/20/06 | 655.77 |
|  |  |  | 3,952.56 |
| 2030.181 | 29846 | 10/31/06 | 25.00 |
| 2030.187 | 30009 | 10/31/06 | 108.50 |
| 2030.195 | 28273 | 01/31/06 | 251.60 |
| 2030.196 | 30010 | 10/31/06 | 121.52 |
|  | 30209 | 11/20/06 | 21.20 |
|  |  |  | 142.72 |
| 2030.208 | 30210 | 11/20/06 | 54.30 |
| 2030.220 | 30011 | 10/31/06 | 43.86 |
| 2030.222 | 30016 | 10/31/06 | 91.85 |
| 2030.223 | 30017 | 10/31/06 | 172.42 |
| 2030.229 | 28160 | 12/31/05 | 0.77 |
| 2030.232 | 27489 | 10/13/05 | 976.60 |
|  | 30211 | 11/20/06 | 52.50 |
|  |  |  | 1,029.10 |
| 2030.233 | 30018 | 10/31/06 | 3,490.21 |
|  | 30212 | 11/20/06 | 52.70 |
|  |  |  | 3,542.91 |

| Client/Matter # | Invoice # | Invoice Date | Balance Due |
|---|---|---|---|
| 2030.234 | 28540 | 03/31/06 | 75.83 |
|  | 29568 | 08/31/06 | 186.45 |
|  | 30019 | 10/31/06 | 42.00 |
|  | 30213 | 11/20/06 | <u>21.00</u> |
|  |  |  | 325.28 |
| 2030.236 | 30020 | 10/31/06 | 1,066.24 |
|  | 30214 | 11/20/06 | <u>1,521.45</u> |
|  |  |  | 2,587.69 |
| 2030.239 | 29852 | 10/31/06 | 1,697.43 |
|  | 30198 | 11/20/06 | <u>820.23</u> |
|  |  |  | 2,517.66 |
| 2030.240 | 29853 | 10/31/06 | 1,132.54 |
|  | 30199 | 11/20/06 | <u>6.00</u> |
|  |  |  | 1,138.54 |
| 2030.242 | 29995 | 10/31/06 | 12.50 |
| 2030.244 | 29837 | 10/31/06 | 1,242.54 |
|  | 30200 | 11/20/06 | <u>87.70</u> |
|  |  |  | 1,330.24 |
| 2030.245 | 29854 | 10/31/06 | 631.72 |
|  | 30201 | 11/20/06 | <u>660.74</u> |
|  |  |  | 1,292.46 |
| 2030.246 | 29717 | 08/31/06 | 710.85 |
|  | 30013 | 10/31/06 | 67.98 |
|  | 30202 | 11/20/06 | <u>182.50</u> |
|  |  |  | 961.33 |
| 2030.247 | 29855 | 10/31/06 | 868.24 |
|  | 30203 | 11/20/06 | <u>78.10</u> |
|  |  |  | 946.34 |
| 2030.248 | 29996 | 10/31/06 | 178.89 |
|  | 30204 | 11/20/06 | <u>278.00</u> |
|  |  |  | 456.89 |

| Client/Matter # | Invoice # | Invoice Date | Balance Due |
|---|---|---|---|
| 2030.249 | 30014 | 10/31/06 | 401.55 |
| 2030.250 | 29838 | 10/31/06 | 1,489.35 |
| | 30215 | 11/20/06 | 476.40 |
| | | | 1,965.75 |
| 2030.251 | 30021 | 10/31/06 | 936.56 |
| | 30205 | 11/20/06 | 200.70 |
| | | | 1,137.26 |
| 2030.252 | 30206 | 11/20/06 | 178.50 |
| **GRAND TOTAL** | | | **$24,872.58** |