**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| Winn-Dixie Stores, Inc., et al. | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors | ) | Jointly Administered |

**REQUEST AND APPLICATION FOR ALLOWANCE AND PAYMENT OF AN ADMINISTRATIVE CLAIM OR A CLAIM ARISING AGAINST DEBTORS IN THE PERIOD BETWEEN FEBRUARY 21, 2005 AND NOVEMBER 21, 2006**

Applicant, Tina Tommaseo, through the undersigned attorney, hereby files the application and requests payment or allowance of payment for her claim arising against Debtors in the period between February 21, 2005 and November 21, 2006 as set forth in the attached Proof of Claim, pursuant to the Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing Claims Arising before Effective Date and Other Administrative Claims.

**FACTUAL BACKGROUND:**

1. Tina Tommaseo has filed a lawsuit on August 14, 2006 for the wrongful death and survival actions for her two minor children, Brian Lafontaine and Charie Billiot, alleging negligence against among other defendants, Winn Dixie Montgomery, Inc. for an accident that occurred on August 21, 2005 in the 24th Judicial District Court, Parish of Jefferson, State of Louisiana, Docket Number: 634-479, Division "H".

2. Counsel for Winn Dixie Montgomery, Inc. in the lawsuit filed in Louisiana has not raised bankruptcy as an affirmative defense.

3. Tina Tommaseo, through her undersigned counsel have only become aware of the

pending bankruptcy proceedings when her counsel received the December 6, 2006 Notice of the Court.

In the event applicant's claims should be considered an administrative expense under 11 U.S.C. section 503 (b) or requires an application for payment, applicant requests payment or the allowance of payment for her claim arising against Debtor, Winn Dixie Montgomery, Inc. in the period between February 21, 2005 and November 21, 2006 as indicated in the attached Proof of Claim.

WHEREFORE, Applicant requests that the Court grant the relief requested herein and provide any other relief as appropriate.

RESPECTFULLY SUBMITTED BY:

/s/ Craig A. Gentry
Craig A. Gentry, (LA Bar#23751)
Morris Bart, LLC
909 Poydras Street, 20th Floor
New Orleans, Louisiana 70112
Tel: 504-599-3232
Fax: 504-599-3380
E-mail: Cgentry@morrisbart.com

Attorney for Tina Tommaseo

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| Winn-Dixie Stores, Inc., et al. | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors | ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

This is to certify that I have this 4th day of January, 2007, served a copy of the foregoing pleading upon the following by depositing same in the U.S. mail, with adequate postage thereon addressed to and also faxed a copy to:

Counsel for the Reorganized Debtors:

James Post
Smith Hulsey & Busey
225 Water Street
Suite 1800
Jacksonville, Florida 32202

Counsel for the Post-Effective Date Committee:

Matthew Barr
Milbank, Tweed, Hadley & McCoy, LLP
1 Chase Manhattan Plaza
New York, New York 10005

/s/ Craig A. Gentry
Craig A. Gentry, (LA Bar#23751)
Morris Bart, LLC
909 Poydras Street, 20th Floor
New Orleans, Louisiana 70112
Tel: 504-599-3232
Fax: 504-599-3380
E-mail: Cgentry@morrisbart.com

Attorney for Tina Tommaseo