**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| IN RE: <br><br> WINN-DIXIE STORES, INC., et al., <br><br> Reorganized Debtors. | Case No. 05-03817-3F1 <br> Chapter 11 <br><br> Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF PAPERS**

Please take notice that Robert Abney Fricks, hereby enters his appearance as attorney for and on behalf of RETREAT VILLAGE MANAGEMENT CO, LLC in the above-captioned matter and pursuant to Bankruptcy Rule 2002, requests that his name be added to the mailing list maintained by the Clerk in the above case and that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon:

> Robert Abney Fricks
> The Fricks Firm, P.C.
> 239-B Smithville Church Road
> Warner Robins, Georgia  31088

Please take further notice that the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, notices of any orders, pleadings, motions, applications, demands, hearings or memoranda and/or briefs in support thereof, or any other document brought before the court with respect to these proceedings.

Respectfully submitted, this 4th day of January, 2007.

/s/ Robert Abney Fricks
_____
ROBERT ABNEY FRICKS
Georgia Bar No. 277135
Attorney for Retreat Village Management, LLC

THE FRICKS FIRM, P.C.
239-B Smithville Church Road
Warner Robins, Georgia  31088
Telephone (478) 953-2312
Facsimile (478) 953-2313
e-mail: firm@fricksfirm.com

**CERTIFICATE OF TRANSMITTAL**

      This is to certify that I am over the age of eighteen (18) years and that I have this day served the foregoing Notice of Appearance and Request for Service of Papers upon counsel for the reorganized debtors, James Post, Esq., Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 and Counsel for the Post-Effective Date Committee, Matthew Barr, Milbank, Tweed, Hadley & McCloy, LLP, Chase Manhattan Plaza, New York, NY 10005, electronically and via United States Mail, properly addressed and with sufficient postage affixed thereto to ensure delivery.

      This 4th day of January, 2007.

      /s/ Robert Abney Fricks
      _____
      ROBERT ABNEY FRICKS
      Georgia Bar No. 277135
      Attorney for Retreat Village Management, LLC

THE FRICKS FIRM, P.C.
239-B Smithville Church Road
Warner Robins, Georgia 31088
Telephone (478) 953-2312
Facsimile (478) 953-2313
e-mail: firm@fricksfirm.com