**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| IN RE: | |
| WINN-DIXIE STORES, INC., et al., | Case No. 05-03817-3F1 |
| Reorganized Debtors. | Chapter 11 |
| | Jointly Administered |

**APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM**
**BY RETREAT VILLAGE MANAGEMENT CO., LLC**

COMES NOW, Retreat Village Management Co., LLC ("RVMC"), a creditor and Lessor under an unexpired lease and by and through counsel, files its Application for Administrative Expense Claim, respectfully showing as follows:

1. Pursuant to the "Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing Claims Before The Effective Date And Other Administrative Claims," RVMC, as holder of an administrative claim in this case arising between February 21, 2005 and November 21, 2006, files this Application for Administrative Claim.

2. RVMC is the lessor of Winn-Dixie Store No. 19 located at 220 Retreat Road, St. Simons Island, Georgia.

3. The referenced Store No. 19 accrued taxes post-petition which should be paid as an Administrative Claim and in conjunction with the reorganized debtor's assumption of the lease with respect to said Store No. 19.

4. Specifically, the claim for taxes paid by RVMC with respect to Winn-Dixie Store No. 19 totals $48,179.50.

5. While debtor has tendered in conjunction with its assumption of the lease with RVMC the sum of $3,303.93, the $48,179.50 remains unpaid and should be allowed and paid as administrative expense in accordance with the above-referenced Court Order.

6. Overall, debtor remains delinquent $24,256.42 for Year 2004 taxes and $23,923.08 for Year 2006 taxes.

7. Debtor represented that it would cure these amounts upon confirmation and assumption of the lease with RVMC, but has tendered only the unpaid portion of the 2005 taxes.

WHEREFORE, RVMC respectfully requests that its Application for Administrative Expense Claim be allowed and that the claim be formally asserted against the Reorganized Debtor, requiring it to pay the claim or reject the lease with RVMC.

Respectfully submitted, this 4th day of January, 2007.

/s/ Robert Abney Fricks

_____
ROBERT ABNEY FRICKS
Georgia Bar No. 277135
Attorney for Retreat Village
Management Co., LLC

THE FRICKS FIRM, P.C.
239-B Smithville Church Road
Warner Robins, Georgia  31088
Telephone (478) 953-2312
Facsimile (478) 953-2313
e-mail: firm@fricksfirm.com

## CERTIFICATE OF TRANSMITTAL

This is to certify that I am over the age of eighteen (18) years and that I have this day served the foregoing Application for Administrative Expense upon: James Post, Esq., Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 Fax (904) 359-7708, E-mail: jpost@smithhulsey.com; and counsel for the Post-Effective Date Committee, Matthew Barr, Esq., Milbank, Tweed, Hadley & McCloy, LLP, Chase Manhattan Plaza, New York, NY 10005, Fax: (212) 822-5194, E-mail: Mbarr@milbank.com

This 4th day of January, 2007.

/s/ Robert Abney Fricks
_____
ROBERT ABNEY FRICKS
Georgia Bar No. 277135
Attorney for Retreat Village
Management Co, LLC

THE FRICKS FIRM, P.C.
239-B Smithville Church Road
Warner Robins, Georgia  31088
Telephone (478) 953-2312
Facsimile (478) 953-2313
e-mail: firm@fricksfirm.com