UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE  DIVISION

IN RE:                                                          Case No.:  05-03817-3F1
                                                                Chapter 11
WINN-DIXIE STORES, INC., et al.,                                Jointly Administered

          Debtor.
_____/

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

COMES NOW, MARSHALL G. REISSMAN, of the Law Offices of Marshall G. Reissman, 5150 Central Avenue, St. Petersburg, FL 33707 and hereby gives notice of his appearance as counsel for the Claimant, Patricia Jones.

Pursuant to 2002(a), (b), (c) and  ( i ) and 3017(a), F.R.B.P., the  undersigned does hereby request that the Clerk of this Court, and all other parties-in-interest in this proceeding, provide notice of, and where applicable, service of, any and all motions, applications, orders, pleadings, plans of reorganization, disclosure statements, notices or other communication made in any manner.  The undersigned further requests that the Clerk add him to the matrix in this case.

The filing of this Notice of Appearance should not be construed as, or interpreted as, a waiver of any and all defenses, jurisdictional or otherwise, that may exist in favor of Patricia Jones, nor should the filing of such Notice of Appearance be deemed to be ( i ) a consent to the equity jurisdiction of this Court; (ii) an acknowledgement that any specific adversary proceeding or contested matter is either core or non-core; (iii) an acknowledgement or consent to the entry by this Court of a final judgment in any non-

core adversary proceeding or contested matter; and (iv) or a waiver of any right to jury trial proceeding that has been or will be instituted during the course of the case.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished either electronically or by regular U.S. Mail to:  James Post, Esq., Smith, Husley & Busey, 225 Water St., Ste 1800, Jacksonville, FL 32202; Matthew Barr, Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, NY 1005; and Kenneth C Meeker, United States Trustee,135 West Central Boulevard, Ste. 620, Orlando, FL 32801 on this 4th day of January, 2007.

LAW OFFICES OF
MARSHALL G. REISSMAN

/s/  Marshall G. Reissman
Marshall G. Reissman, Esquire
Attorney for Claimant
5150 Central Avenue
St. Petersburg, FL  33707
Telephone:  (727) 322-1999
Facsimile:  (727) 327-7999
FBN:  0310085