UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                              Case No.: 05-03817-3F1
                                                       Chapter 11

WINN-DIXIE STORES, INC., et al.,          Jointly Administered

        Reorganized Debtors.
_____/

**APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSE**

COMES NOW, the Claimant, Patricia Jones, by and through undersigned counsel, and respectfully represents:

1.      The Reorganized Debtors (hereafter Winn Dixie) filed for relief under Chapter 11 of the United States Code on February 21, 2005.

2.      On or about October 9, 2005 Winn Dixie was the operator and in possession of a building used as a grocery store in Orange County, Florida.

3.      On or about October 9, 2005 Claimant, Patricia Jones, went on the property to purchase items from the store.

4.      Winn Dixie negligently maintained the floor by failing to notify its customers of a wet floor which had just been mopped so that Claimant fell on the property.

5.      The negligent condition was known to Winn Dixie or had existed for a sufficient length of time so that Winn Dixie should have known of it.

6.      As a result claimant was injured in and about her body and extremities, suffered pain therefrom, incurred medical expense in the treatment of the injuries, and

suffered physical handicap, and her working ability was impaired; the injuries are permanent in nature and claimant will suffer the losses and impairment in the future.

7.  The Claimant is demanding payment of $444,452.50. A copy of the Initial Medical Care, Past Due Medical Bills and the Demand for Settlement is attached hereto as Exhibit "A".

WHEREFORE, the Claimant moves this Honorable Court to enter an order requiring Winn Dixie to pay the administrative claim due in the amount of $444,452.50.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished either electronically or by regular U.S. Mail to: James Post, Esq., Smith, Husley & Busey, 225 Water St., Ste 1800, Jacksonville, FL 32202; Matthew Barr, Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, NY 1005; and Kenneth C Meeker, United States Trustee,135 West Central Boulevard, Ste. 620, Orlando, FL 32801 on this 5th day of January, 2007.

LAW OFFICES OF
MARSHALL G. REISSMAN

/s/ Marshall G. Reissman
Marshall G. Reissman, Esquire
Attorney for Claimant
5150 Central Avenue
St. Petersburg, FL  33707
Telephone:  (727) 322-1999
Facsimile:  (727) 327-7999
FBN:  0310085