## INITIAL MEDICAL CARE

My client presented to the office of Dr. Ibem Borges, M.D. who, after treating my client on a continuing basis, arrived at the following pertinent medical/legal findings:

1. Final diagnoses of all accident related injuries:

   a. Cervical sprain/strain.
   b. Thoracic sprain/strain.
   c. Lumbosacral sprain/strain.
   d. Right knee sprain/strain.
   e. Right radicular leg.
   f. L4-L5 disc bulge.
   g. L5-S1 disc bulge and spondylosis.
   h. L4-L5 and L5-S1 neural foraminal stenosis.
   i. Cervical radiculopathy.

## MRI

Due to the serious nature of the accident related injuries, my client underwent an MRI stuies, which revealed the following:

### Cervical MRI:

1. Moderate size posterocentral and right central disc protrusion with extrusion noted at the C3-4 level. Mild to moderate central canal stenosis.

2. Moderate spondylosis noted within the mid cervical spine with disc space narrowing and anterior hypertrophic spurring noted at the C4-5, C5-6 and C6-7 levels. More prominent disc space narrowing is noted at the C5-6 level.

3. At the C5-6 and C6-7 levels mild posterior broad-based spondylitic bulge is noted producing ventral thecal sac flattening with mild central canal stenosis.

### Lumbar MRI:

1. L4-l5 level demonstrates loss of disc hydration. Posterolateral disc bulge in combination with facet arthropathy produces bilateral neural foramen stenosis most stenotic on the right.

2. L5-S1 level demonstrates loss of disc hydration with disc bulge and spondylosis effacing ventral epidural fat in combination with facet arthropathy producing stenosis of medial aspects of bilateral neural foramina.

# Exhibit "A"

## NEUROSURGEON

Due to unresolved symptoms, my client was referred to Dr. Phillip St. Louis, M.D. for a surgical evaluation. After evaluating my client, the following pertinent medical findings were made:

1. Final diagnoses of all accident related injuries:

    a.  Right L4-L5 lumbar herniated nucleus pulposus.

2. **Surgery performed: Right L4-L5 lumbar microdiskectomy**

## PAST MEDICAL BILLS

The medical expenses incurred thus far are as follows:

| PROVIDER | TOTAL | PAID | UNPAID |
|---|---|---|---|
| Masters Medical Center | $6,390.00 | $0.00 | $6,390.00 |
| Advanced Family Open MRI | $1,216.63 | $0.00 | $1,216.63 |
| Associates in Neurosurgery | $3,187.26 | $2,462.44 | $724.82 |
| Florida Hospital | $31,392.02 | $28,692.31 | $2,699.71 |
| Mid Florida Hospital Specialists | $265.09 | $122.05 | $143.04 |
| Florida Radiology | $225.00 | $202.61 | $22.39 |
| JLR Anesthesia | $1,776.50 | $1,543.38 | $233.12 |
| **TOTALS** | **$44,452.50** | **$33,022.79** | **$11,429.71** |

My client's health insurance carrier has paid some accident-related medical bills and will be entitled to a lien against any settlement.

## EFFECT ON ACTIVITIES OF DAILY LIVING

Although the injuries from this accident have detrimentally affected numerous aspects of my client's life, we have chosen not to generate an all-encompassing list of these adverse effects. Of course, many of the lifestyle changes are documented in the attached medical records. As you know, the interpersonal impact which this matter has visited upon my client will be fully developed via depositions and live trial testimony in the event litigation is pursued.

## DEMAND FOR SETTLEMENT

Based upon the clear liability, the well-documented objective medical findings, and impact upon my client's life, **please consider this my demand for you to tender $444,452.50. Please respond to this demand within thirty (30) days.** Thank you for your assistance.

Sincerely,

Howard S. Merricks
Merricks, Hale & Swope, P.A.
HSM/tlt

Enclosures
cc: Patricia Jones

