UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

WINN-DIXIE STORES, INC., et al.

Reorganized Debtors.
_____/

Case No.: 05-03817-3F1
Chapter 11

Jointly Administered

### FILING OF CLAIM BY NANCY CAROL HAMON (ID#: A611205524-0001-01)

TO: ALL PARTIES IN INTEREST

PLEASE TAKE NOTICE THAT:

    NANCY CAROL HAMON, by and through her undersigned counsel hereby timely files her Claim in response to a Notice dated December 6, 2006.

    NANCY CAROL HAMON files this Claim without waiving her right to proceed directly against the Trustee in Bankruptcy for WINN DIXIE STORES, INC. in the Monroe County Circuit Court.

    A copy of NANCY CAROL HAMON's claim arising out of the ordinary course of business of tortfeasor, WINN DIXIE STORES, INC., is attached as Exhibit "A" to this Notice of Claim and incorporated by reference herein.

    I HEREBY CERTIFY that the foregoing has been provided via Federal Express or other overnight service to the Clerk of the Court, United States Courthouse, 300 North Hogan Street, Suite 3-350, Jacksonville, FL 32202 on January 2, 2007 for timely delivery to the Clerk of the Bankruptcy Court on or prior to January 5, 2007; and copies were provided by fax and e-mail on January 2, 2007 to Stephen D. Busey, James H. Post, Cynthia C. Jackson, Leanne Predergast (Co-counsel for Reorganized Debtors), at Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202, Fax: (904) 359-7708, e-mail: jpost@smithhulsey.com; by fax and e-mail on January 2, 2007 to Matthew Barr (Counsel for Post Effective Date Committee), Milbank, Tweed Hadley

& McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Fax: (212) 822-5194, e-mail: mbarr@milbank.com; and by U.S. Mail on January 2, 2007 to: D.J. Baker, Sally McDonald Henry, Rosalie Walker Gray, Adam S. Ravin (Co-counsel for Reorganized Debtors), at Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036.

McLUSKEY & McDONALD, P.A.
Attorneys for NANCY CAROL HAMON
The Barrister Building
8821 S.W. 69th Court
Miami, FL 33156
Telephone: (305) 662-6160
Facsimile: (305) 662-6164

By: _____
J. Lane Middleton, Esq.
Florida Bar No. 284769