**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 3-05-BK-3817 |
| | ) | |
| Winn-Dixie Stores, Inc., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |

**MOTION/APPLICATION FOR POST-PETITION CLAIM ALLOWANCE OF ADMINISTRATIVE EXPENSE STATUS AND REQUEST FOR NOTICE**
Michelle Vega

COMES NOW, MICHELLE VEGA, through her mother and natural guardian, MORAISA VEGA ("Applicant") and by and through her undersigned counsel, and pursuant to this court's plan/order/notice, files this, her Motion/Application for Post-Petition Claim Allowance of Administrative Expense Status and Request for Notice against one or more of the Debtors pursuant to 11 U.S.C. § 503(b). Applicant respectfully submits the instant Application in response to and to be in compliance with the December 6, 2006 Notice of Order Confirming Plan of Reorganization, et seq. and allow for the administrative expense described below and further direct payment of appropriate amount(s) pursuant to the above noted order, all prior applicable orders and plan provisions. Applicant/Plaintiff would submit the following in support of the instant Application:

1. That MICHELLE VEGA, born April 12, 1990, whose address is 2825 S.W. 7th Avenue Miami, Florida 33129, makes this Motion/Application for Post-Petition Claim Allowance of Administrative Expense Status and Request for Notice.

## VENUE AND JURISDICTION

2.   Pursuant to 28 U.S.C. § 157(b)(2) venue is proper.  Pursuant to 28 U.S.C. §§ 157 and 1334 this Court has Jurisdiction over this matter.

## FACTUAL BACKGROUND

3.   On or about February 21, 2005 (the "Petition Date"), Winn-Dixie Stores, Inc., et al. (the "Debtors") filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.

4.   That on or about June 12, 2005, after the Petition Date, MICHELLE VEGA was injured as a result of the negligence of Winn-Dixie Stores, Inc., et al. at store number 252 located at 1525 Coral Way, Miami, Florida.  At that time and place, MICHELLE VEGA, went onto said premises as a business invitee and thereupon was caused to slip and fall on a liquid because of the Debtor's, Winn-Dixie Stores, Inc., negligent acts, which included, but are not limited to, negligently allowing said liquid to remain in an area where an invitee such as MICHELLE VEGA could slip and fall on it. She suffered a herniated disk and/or aggravation of a pre-existing herniated disk as well as other injuries.

5.   That, in the aforementioned incident, MICHELLE VEGA suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, aggravation and/or acceleration of pre-existing condition(s), loss of capacity for the enjoyment of life, expense of hospitalization, medical care and treatment, loss of earnings, and/or the loss of ability to earn money in the past and in the future.  The losses are either permanent or continuing in nature and the Plaintiff will suffer the losses in the future.

6. That the medical bills sustained by MICHELLE VEGA'S to date are as follows:

| | |
|---|---|
| Kenneth Hodor, M.D.<br>20295 N.E. 29th Place, Suite 300<br>Aventura, FL 33180 | $1,200.00 |
| Miami Children's Hospital<br>3100 S.W. 62nd Avenue<br>Miami, FL 33155 | $2,060.00 |
| Miami-Dade County<br>Fire Rescue Department<br>9300 N.W. 41st Street<br>Miami, FL 33178 | $420.00 |

7. That the monetary amount of pain and suffering sustained by MICHELLE VEGA in the past and future is undetermined at this time.

8. That the amount of lost earnings in the past and future is undetermined at this time as well.

### ENTITLEMENT TO ADMINISTRATIVE EXPENSE STATUS

9. Allowance is provided, under Section 503(b) of the Bankruptcy Code, for administrative expense status, and its attendant priority for payment, for the "actual necessary costs and expenses of preserving the estate…" 11 U.S.C. § 503(b). The instant Application is being filed in response to the December 6, 2006 Order in order to preserve all of the rights of Michelle Vega who was injured in a personal injury cause that occurred on February 21, 2005, i.e. it is a post-petition tort committed by the Debtors, Winn-Dixie Stores, Inc. et al. Applicant requests that administrative expense status be granted in her accident/cause of action that occurred on February 21, 2005 or any appropriate status that should be assigned. See: Reading Co. v. Brown, 391 U.S. 471, 485.

10. The instant cause arose as a result of the negligence of the Debtors herein on February 21, 2005. Said date is after the petition date but prior to the Order of Confirmation. Considering said time sequence Applicant is properly entitled to administrative expense status in accordance with 11 U.S.C. § 503(b). It is that status that applicant respectfully requests be given to her. Applicant would further ask that and order be issued granting her administrative expense status.

## FUTURE NOTICE REQUEST

Request is made by Applicant that all future notices and pleadings regarding or affecting Applicant's claim be served upon the undersigned counsel for the Applicant.

WHEREFORE, MICHELLE VEGA, through her mother and natural guardian, MORAISA VEGA and by and through her undersigned counsel, and pursuant to this court's plan/order/notice, files this, her Motion/Application for Post-Petition Claim Allowance of Administrative Expense Status and Request for Notice against one or more of the Debtors pursuant to 11 U.S.C. § 503(b). Applicant requests that the Court enter an order granting the relief requested and such other further equitable and legal relief as this Court may deem appropriate.

## CERTIFICATE OF SERVICE

That a true and correct copy of the foregoing is being filed electronically (through the CM/ECF filing system, and by delivering a copy of same to James H. Post, Esq. *(Co-Counsel for the Reorganized Debtors)* Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202 via facsimile [(212) 822-5194, US Mail and email at jpost@smithhulsey.com; and via U.S. Mail to D.J. Baker, Esq. *(Co-Counsel for the Reorganized Debtors)*, Skaden, Arps, Slate, Meagher, & Flom, LLP, Four Times Square

New York, New York 10036 and all other parties participating in the CM/ECF System this <u>4TH</u> day of <u>January</u>, 2007.

                                              JEROME H. WOLFSON
                                              Attorney for the Applicant
                                              3399 SW 3rd Avenue
                                              Miami, FL 33145

                                              (305) 285-1115 Phone
                                              (305) 285-1608 Fax


By: <u>/s/ **Jerome H. Wolfson**</u>
                          JEROME H. WOLFSON
                          FL BAR #: 089355