**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No 3-05-03817-3F1 |
| | ) | |
| Winn-Dixie Stores, Inc., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |

_____

**REQUEST BY UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES FOR PAYMENT OF ADMINISTRATIVE EXPENSE ARISING AGAINST THE DEBTORS BETWEEN FEBRUARY 21, 2005 AND NOVEMBER 21, 2006**

Pursuant to 11 U.S.C. § 503(a) and (b), the United States Department of Health and Human Services ("DHHS") submits this request for payment of administrative expense in the amount of $931.67, for obligations incurred by the Debtors in the postpetition period. As described in detail in the attached declaration, this request for payment comprises obligations arising under the Medicare statute, 42 U.S.C. § 1395 et seq.

The amount of DHHS' request for payment may be subject to change as additional obligations come to light.  DHHS reserves the right to amend this request for payment of administrative expense.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General
Civil Division

PAUL I. PEREZ
United States Attorney

MARCIO W. VALLADARES
Assistant United States Attorney
United States Courthouse
300 North Hogan Street, Suite 700
Jacksonville, Florida 32202-4270
Tel: (904) 301-6324/6300
Fax: (904) 301-6363/6310
Email: Marcio.Valladares@usdoj.gov

Dated: January 5, 2007

/s/ *Kyle A. Forsyth*
J. CHRISTOPHER KOHN
RUTH A. HARVEY
KYLE A. FORSYTH
Attorneys, Civil Division
U.S. Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-0452
Fax: (202) 514-9163
Email: Kyle.Forsyth@usdoj.gov

Attorneys for the United States

<u>CERTIFICATE OF SERVICE</u>

      I certify that on January 5, 2007, this document and its attachment were filed through the Court's CM/ECF system, and that copies of the same have been delivered via electronic mail to James H. Post, co-counsel for the Reorganized Debtors, at jpost@smithhulsey.com, and to Matthew Barr, counsel for the Post-Effective Date Committee, at mbarr@milbank.com.

      /s/ *Kyle A. Forsyth*
KYLE A. FORSYTH
Trial Attorney, Civil Division
U.S. Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-0452
Fax: (202) 514-9163
Email: Kyle.Forsyth@usdoj.gov