## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**In re:**                                                      **Case No.: 05-03817-3F1**

Winn-Dixie Stores, Inc., et. al.,                              Chapter 11

     Reorganized Debtors.              Jointly Administered

_____/

### APPLICATION OF CLAIMANT SONYA BARNS FOR AN
### ADMINISTRATIVE CLAIM FOR INJURIES SUSTAINED ON SEPTEMBER 18, 2006

  Sonya Barnes, claimant, by and through her undersigned attorneys, hereby respectfully

applies to the Court for an administrative claim pursuant to paragraph 3 of the Notice of (A) Entry

Of Order Confirming Plan of Reorganization (B) Occurrence of Effective Date of Plan, And ( C) Bar

Dates for Filing Claims Arising Before Effective Date and Other Administrative Claims and as

grounds for this Application would say as follows:

  1.  In accordance with Section 12.1 of Debtors' Plan of Reorganization applicant will

be allowed an administrative claim for any claim arising between February 21, 2005 and November

21, 2006.

  2.  Claimant, Sonya Barnes was injured in a slip and fall accident in a Save Rite store

at 3201 West Colonial Drive, Orlando, Florida 32804, on September 18, 2006.

  3.  The Claimant sustained injuries to her wrist, back, neck and leg. She was treated at

Health Central Hospital Emergency Room on September 19, 2006. A copy of her emergency room

records are attached hereto as Exhibit "A" and incorporated by reference

  4.  The Claimant is still undergoing treatment but her injuries are detailed by her physician

in a letter to her attorney dated December 19, 2006 and attached hereto as Exhibit "B" and

incorporated into this pleading by reference.

5.      The Claimant has incurred medical bills for her treatment to date. A copy of medical

bills are attached as a composite Exhibit "C" and incorporated into this pleading by reference.

5.      The Claimant hereby asserts a claim for  $25,000 for damages sustained for her

injuries.

        **WHEREFORE,** Claimant as Applicant prays this Court accept this application in

the amount of $25,000 as an administrative claim pursuant to Section 12.1 of Debtors' Plan of

Reorganization.


/s/ Ray A. Barber
Ray A. Barber, Esq.
Florida Bar No: 698814
Ray A. Barber, P.A.
224 Annie Street
Orlando, FL 32806
Telephone No: (407) 841-3900
Fax No: (407) 841-6282
E-mail: rab501190@aol.com
Attorney for Claimant

/s/ James H. Monroe
James H. Monroe
James H. Monroe, P.A.
Florida Bar No.  311995
P.O. Box 540163
Orlando, FL  32854-0163
Telephone No: (407) 872-7447
Facsimile No.:  (407) 246-0008
E-mail: jamesmonroe@jamesmonroepa.com
Attorney for Claimant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Application with Exhibits has been sent by U.S. Mail Delivery, electronic transmission, facsimile transmission and e-mail this 5th day of January, 2007 to James Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32302, Fax No: (904) 359-7708, E-Mail: jpost@smithhulsey.com and Matthew Barr, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, E-mail: mbarr@milbank.com.

/s/ Ray A. Barber
Ray A. Barber, Attorney for Claimant

# EXHIBIT A



**Health Central**
Ocoee, FL 34761

| ACCOUNT NUMBER | REG.DATE/TIME | | F.C. | PT. TYPE | SERVICE | ARRIVAL MODE | INITIALS | UNIT NO. |
|---|---|---|---|---|---|---|---|---|
| 06262-00375 | 09/19/06 | 1650 | M | ER | ERS | PERSONAL TRA | ABR | 205556 |

**P A T I E N T**

| | | | |
|---|---|---|---|
| NAME **BARNES,SONYA** | | DATE OF BIRTH **06/07/80** | AGE **26Y** |
| SOC. SEC. NO. **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** | | SEX **F** | M.S. **S** |
| ADDRESS **703 S IVEY LANE** | | | APT NO. **APT F** |
| CITY **ORLANDO** | STATE **FL** ZIP CODE **32811** | TELEPHONE NO. **(407)454-6855** | |
| EMPLOYER | | EMPLOYER TELEPHONE | |
| EMPLOYER ADDRESS | CITY | STATE ZIP CODE | |

**G U A R A N T O R**

| | | |
|---|---|---|
| NAME **BARNES,SONYA** | RELATION **SELF** | |
| SOC. SEC. NO. **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** | | |
| ADDRESS **703 S IVEY LANE** | | APT NO. **APT F** |
| CITY **ORLANDO** | STATE **FL** ZIP CODE **32811** | TELEPHONE NO. **(407)454-6855** |
| EMPLOYER | EMPLOYER TELEPHONE | |
| EMPLOYER ADDRESS | CITY | STATE ZIP CODE |

**I N S U R A N C E**

| | |
|---|---|
| INSURANCE 1 **AMERIGROUP CORP** | INSURANCE 2 **AMERIGROUP CORP PRO FEES** |
| POLICY NO. **70716824100** | POLICY NO. **70716824100** |
| GROUP NO. | GROUP NO. |
| GROUP NAME | GROUP NAME |
| INSURED'S NAME **BARNES,SONYA** | INSURED'S NAME **BARNES,SONYA** |
| CLAIMS ADDRESS | CLAIMS ADDRESS |
| **PO BOX 61010** **VIRGINIA BEACH VA 23466-1010** | **PO BOX 61010** **VIRGINIA BEACH VA 23466-1010** |

**M I S C**

| | | |
|---|---|---|
| PREVIOUS ADMIT NAME **BARNES,SONYA** | **10/17/04** DATE | |
| ACCIDENT RELATED **NO** | DATE | TIME |
| NOTIFIED ☐ POLICE ☐ SHERIFF ☐ PARENTS ☐ ANIMAL CONTROL ☐ HWY PATROL ☐ OTHER | | |
| NEXT OF KIN NAME: **BARNES,KIMBERLY** | NEXT OF KIN PHONE: **(407)302-3304** | |

| | |
|---|---|
| EMERGENCY PHYSICIAN | **EMERGENCY,DOCTOR** |
| PRIMARY CARE PHYSICIAN | **DR. ANA MANCHERY** |
| CHIEF COMPLAINT | **BACK PAIN** |


0626200375

**EMERGENCY RECORD**

PRINTED BY: CRYSTALJ
DATE    9/27/2006


**1FACE**

HC8241-003 Rev. 2/05

# Health Central
Ocoee, FL 34761

| | | | Room: |
|---|---|---|---|
| Time in Room | Time seen by M.D. 1715 | Chief Complaint _Fell_ | PMD: |

**HPI:** _[handwritten] Pt 26 → 0 yolds old fell_
_fell yesterday on cap_
_pt to me by amb LPF_
_Neg. Also c tenr pp_

**TIMING OF SXS**
Onset: ☑ Acute ☐ Gradual
Duration: ☐ min ☐ hrs ☑ days ☐ wks ☐ mos ☐ yrs

**CONTEXT/SETTING**
Sxs Provoked by: _fell_
Sxs Relieved by: ___
Associated Sxs: _Back_

**SEVERITY OF SXS OR PAIN**
Mild   Mod   Severe
0 1 2 3 **4** 5 6 7 8 9 10

**PAIN A FEATURE**  ☐ No ☑ Yes
Location _lumbar_
Radiation ___

**QUALITY:** ☐ Pressure ☐ Aching
☐ Sharp ☐ Tight ☐ Squeezing
☐ Dull ☐ Stabbing ☐ Burning
☐ Crampy ☐ Other ___
☐ Old Records Reviewed: EKG/CXR
Key Findings: ___

**Allergies:** ☑ See NN

**Medications:** ☑ See NN
☑ Nurses Notes Reviewed

**Review of Systems: Positive**   [ ☑ All systems negative except as noted ]

**Unable to fully assess PMH/ROS/FH due to:**
[ ] Altered LOC/Mentation [ ] Patient condition

**GEN:** ☐ Weight Loss ☐ Fevers ☐ Anorexia ☐ Weakness ☐ Dizziness
**EYES:** ☐ Discharge ☐ Pain ☐ Redness ☐ Vision Change
**ENT:** ☐ Earache ☐ Sore Throat ☐ Rhinorrhea ☐ Hearing Loss
**HEME:** ☐ Bruising ☐ Abn Bleed ☐ Swollen Nodes
**RESP:** ☐ SOB ☐ Cough ☐ Wheezing ☐ Sputum ☐ Hemoptysis
**CV:** ☐ CP ☐ Palpitations ☐ Edema ☐ PND ☐ Orthopnea ☐ Diaphoresis
**GI:** ☐ Abd Pain ☐ Diarrhea ☑ N ☐ V ☐ GI Bleed
**OTHER:**

**GU:** ☐ Dysuria ☐ Frequency ☐ Hematuria
**MUSC-SK:** ☐ Pain ☐ Swelling ☐ Deformity
**NEURO/CNS:** ☐ Focal Weakness ☐ Numbness ☐ Impaired Gait
**REPROD:** Vag. Bleeding Pregnancy (EDC___)G___P___A___
**SKIN:** ☐ Rash ☐ Petechiae ☐ Bruising ☐ Edema
**PSYCH:** ☐ Depression ☐ Anxiety ☐ Hallucinations
☐ Suicidal ☐ Agitation ☐ Altered Behavior

**PMH:** IDDM/NIDDM   COPD   Asthma   GI Bleeding   PVD
MI   CHF   CAD   HTN   CVA   CA ___   Seizures   HIV
Pacer   Angioplasty   Stent   Renal Insuf   Dialysis ___   Ves. CABG
Other ___

**PSH:** Hyst.   Cholecyst.   Appy.   Other ___

**FH:** Diabetes   HTN   CA   CAD   CVA   Asthma   Anemia
Other: ___

**SH:** Tobacco ___ ppd/Quit: None since ___ Previous: ___
Alcohol occ/daily, ___ oz. None since ___ Previous: ___
Illicit drug use ___ Hx of Domestic Violence ☐ Yes ☐ No
Lives: Local Area   O.O.T.   Family   Alone   Nursing Home

| PHYSICIAN ORDERS | TIME ENTERED | COMP. | RESULTS AND INTERPRETATION | TIME. ORD | PHYSICIAN ORDERS | Dose | Route | Time Given | Init. |
|---|---|---|---|---|---|---|---|---|---|
| CBC: w/diff - w/o diff | | | | | Neb: Albut./Atrovent | | | | |
| BMP/CMP | | | | | Saline lock | | | | |
| CPK/Troponin | | | | | IV | | | | |
| UA/C&S | | | | | Toradol IV/IM | | | | |
| HCG: quant/qual | | | | | Phenergan IV/IM | | | | |
| UA Dip/UCG | | | | | Morphine/Dilaudid IV/IM | | | | |
| Amylase/lipase | | | | | NTG SL/drip/paste | | | | |
| Aspirin/Tylenol | | | | | G.I. Cocktail | | | | |
| ETOH / UDS | | | | | DT Toxoid 0.5ml | | | | |
| PT/PTT | | | | | *Accucheck | | | | |
| PT/PTT with Coumadin | | | | | Foley / NG Tube | | | | |
| BC x | | | | | Pulse Ox | | | | |
| ABG | | | | | | | | | |
| Abd series | | | | | Restraints Protocol for Patient Safety | | | | |
| C-spine | | | | | Monitor | | | | |
| CXR:Port / 2-view | | | | | Magnesium Protocol | | | | |
| CT/US: | | | | | Potassium Protocol | | | | |
| US | | | | | | | | | |
| EKG Interpretation | | Rate: | Rhythm: | | | | | | |

Pulse Ox: ☐ WNL ☐ Hypoxic
Restraints Protocol: ☐ Yes ☐ No

Physician Signature: _[signature]_

*Glucose Normal Range: 71-113

**Emergency Physician Record**
Page 1 of 2

0626200375

QER   06262-00375   205556
BARNES,SONYA   F
06/07/80   26Y
EMERGENCY,DOCTOR   06/07/06

PRINTED BY: CRYSTALJ
DATE   9/27/2006
09/19/06

2ERPHY

6231-004 Rev. 8/06
Date Printed: 09/19/2006 16:51:12



**Health Central**
Ocoee, FL 34761

| Physical Exam | Vital Signs Noted | ☑ Yes | Allergies Noted | ☑ Yes | Additional Documentation |
|---|---|---|---|---|---|
| Gen | ☐ Alert ☐ NAD ☑ Not Toxic Appearing | | | | |
| Skin | ☐ No Rash ☐ No Petechiae or ecchymosis | | | | |
| Eyes | ☐ PERL ☐ EOMI ☑ Fundi normal ☐ Anicteric | | | | |
| ENMT | ☐ TM's normal ☑ Throat normal,no exudates ☑ Nose WNL | | | | |
| Neck | ☐ Supple ☐ No mass or adenopathy ☑ No bruit or JVD | | | | |
| Chest | ☑ CTA bilaterally ☐ Resp.effort is normal / symmetric | | | | |
| CV | ☐ RRR ☑ w/o murmur ☐ Normal pulses ☐ No rub/gallop | | | | |
| ABD | ☐ Soft ☑ Nontender ☑ No rebound or guarding ☑ No masses | | | | |
| | ☐ Bowel Sounds Normal ☐ No organomegoly | | | | |
| Back/Spine* | ☐ Nontender ☐ No CVA tenderness | | | | |
| | ☐ No spasm ☑ Negative straight leg raise | | | | |
| EXT | ☐ No CC or E ☑ Full ROM ☐ Neurovasc.intact | | | | |
| | ☐ Normal capillary refill ☐ Normal pulses | | | | |
| Neurologic | ☐ Ox4 ☑ Cranial II - XII intact | | | | |
| | ☐ Motor 5/5 ☑ DTR's normal | | | | |
| Psychiatric | ☐ Judgement normal ☐ Not suicidal/homicidal | | | | |
| Pelvic Exam: | ☐ No vag discharge ☐ No CMT ☐ No masses ☐ Os closed | | | | |
| Genitalia | ☐ No hernias ☐ No discharge ☐ No Ulcers ☐ Testicular WNL | | | | |
| Rectal: | ☐ Guaiac Neg ☐ No hemorrhoids ☐ Normal tone | | | | |

Initial Impressions / Differential Diagnoses:

Procedure:

| | CRITICAL |
|---|---|
| Lacerations: | CARE |
| Wound cleaned: Anesthesia: | TIME |
| Wound exploration: ☐ No F.b. ☐ No tendon lac. | |
| Wound closure: Skin Sub Q Fascia | |

Course in ER/Response to Intervention:

| Primary Diagnosis | _Back Pain_ | Secondary Diagnosis | |
| Secondary Diagnosis | | Secondary Diagnosis | |

| Consult: | | Called | Answered | Results | |
|---|---|---|---|---|---|
| Doctor: | | | | | |
| Doctor: | | | | | |

| Discharge Summary: | Discharge Instructions: |
|---|---|
| Discharge to: ☐ Home ☐ N.H. ☐ Other _____ | ☐ Sheet given: |
| Admitted: Doctor _____ Rm # _____ | ☐ Discussed: |
| Transferred: Facility _____ | |
| Doctor _____ | ☐ Rx given: |
| Condition on discharge: ☐ Stable ☐ Fair ☐ Critical ☐ Expired | Provider Signature |

0826200375

**Emergency Physician Record**

Page 2 of 2

OER        06262-00375        205556
BARNES,SONYA                    F
06/07/80   26Y
EMERGENCY,DOCTOR
PRINTED BY: CRYSTALJ
DATE        9/27/2006
09/19/06

2ERPHY

6231-004 Rev. 8/06
Date Printed: 09/19/2006  16:51:12



**Health Central**
Ocoee, FL 34761

## Welcome to the Health Central Emergency Department

### 3-Step Emergency Check-in Process

**1.**

Please let us know NOW if you are having:

- Chest Discomfort
- Shortness Of Breath
- Signs Of Stroke
- In Labor
- Uncontrolled Bleeding
- Chemical Splash In The Eye

If you have special needs or require assistance, (i.e., hearing or visual impaired, interpreter, etc.) please let a team member know and we will be happy to assist you.

**2.**

If you are to be seen by the Emergency Department physician please complete the following information to help us better serve you. (Print clearly)

Date: 9-19-06  Time of Arrival: 4:45   ss#: 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

Patient's Name: Sonya Barnes

Date of Birth: 6-7-80  Age: 26  Male: _____  Female: ✓

Reason For Visit: Hipp and Pain Lower Back

(R) Side pain ⟶ Bottom area Leg pain.

**3.**

Please give form to a team member or place in the yellow box. The triage personnel will know that you are here and the reason for your visit. They will call you for evaluation as soon as possible.

**Points of Consideration:**

- Circumstances constantly change in the Emergency Department so it is not possible to determine your wait time.
- For the safety and privacy of all, please limit visitors to one per patient. Minor children may have two visitors.
- Please turn off cellular phones when in the Treatment Area.
- Please notify the triage nurse of any change in your condition.
- Our goal is to provide the safest and highest quality treatment and care for you and your loved one. If you have any concerns during your visit, please ask to speak with the Charge Nurse.

QER      205556        06262-00375
BARNES,SONYA                E
06/07/80  26Y      EMERGENCY ADDRBY:  CRYSTALJ
                   DATE      9/27/2006



1ERRCRD

HC6231-007 Rev. 12/05



**Health Central**
Ocoee, FL 34761

Urine Dipstick

Specific Gravity:_____
45 seconds

PH:_____
60 seconds

Leukocytes:_____
120 seconds

Nitrates:    Negative         Positive
60 seconds

Protein:_____
60 seconds

Glucose:_____
30 seconds

Ketones:_____
40 seconds

Urobilinogen:_____
60 seconds

Bilirubin:_____
30 seconds

```
ID:------------------
      09-19-06  4:14PM

CLARITY: ------------
COLOR: YELLOW
GLU  NEGATIVE
BIL  NEGATIVE
KET* TRACE
SG   >=1.030
BLO  NEGATIVE
pH   6.0
PRO  NEGATIVE
URO  1.0 E.U./dL
NIT  NEGATIVE
LEU  NEGATIVE
```

Blood:    50    100    150    ~~200~~    250+
60 seconds

UCG pregnancy test:    ( Negative )              Positive

Date: _9/19/06_____          Time: _1720_____

Print Name/Initials: _Manny ZAYAS, RN_____



**URINE DIPSTICK RESULTS**




BY: CRYSTALJ
9/27/2006

```
OER        205556
BARNES,SONYA      F
06/07/80  26Y   EMERGENCY,DOCTOR
      Patient ID
```

1ERRCRD

HC8231-018 4/05
Date Printed: 06/16/2006  07:29:28

HEALTH CENTRAL
100 WEST COLONIAL DR.
OCOEE, FL. 34761
(407)296-1000

PT NAME:   BARNES,SONYA
MR#: A205556
ACCT#: A0626200375
CK-IN#:   826184

DOB: 06/07/80    26Y
LOC: DIS - ER
ADM PHY: TORRES,ANDRES J
EXAM DATE: 09/19/06 1727

Dr. RAYMOND J COLOM
10000 W COLONIAL DRIVE
OCOEE FL 34761

| Chk-in # | Order | Exam |
|----------|-------|------|
| 826184 | 0001 | 7205    SPINE LUMBAR 2 OR 3 VIEWS |
| | | Ord Diag: ;BACK PAIN |

LUMBAR SPINE, TWO OR THREE VIEWS

DATE:  09/19/2006.

HISTORY:  Fall, back pain.

FINDINGS:  The lumbar vertebral body heights and intervertebral disc
heights are grossly maintained.  There is no obvious fracture or
subluxation.

Psoas margins are intact.

IMPRESSION:   Negative lumbar spine.  No fracture or subluxation.

JOB #:  407258

DD        : 9/19/06 1803
Report    : 09/20 1056

                    /READ BY/ PAUL T WADINA
                    /Released By/ Neil W Baron
ARC
09/20/06 1056

Health Central
RADIOLOGY CONSULTATION                    BARNES,SONYA

   FINAL                                  Page  1

              PRINTED BY: CRYSTALJ
              DATE     9/27/2006

F.T


**Health Central**
Ocoee, FL 34761

| Patient Name Barnes, Sonya | Date 9-19-04 | Time 1650 | DOB 6/7/80 | Age 26 | Weight 107 (kg) | Height | Private Doctor Dr. Mrs Manchen | ☐ None |

**Acuity Level:**
☐ Level I Resuscitation    ☐ Level II Emergent    ☐ Level III Urgent
☑ Level IV Semi-Urgent    ☐ Level V Non-Urgent

**Triaged to:**
☑ Waiting room    Time _____
☑ Treatment Area  Time 1713  Room # 4  Init. MM
☐ Labor & Delivery Time _____
☐ Other _____
☐ LWT Time _____  Comments _____

**Intervention in Triage:** ☐ NA    *Accu ✓ _____
☐ Acetametaphin    Amt. _____ Time _____
☐ Ibuprofen    Amt. _____ Time _____
☐ Bandage    Location _____ ☐ Ice
☐ C-Collar    ☐ Splint    Location _____
☐ Advised no food or drink    ☐ Explanation of delay

**Advanced Triage Directives Initiated:** ☐ Yes  ☐ No
LABS:    Time Ordered: _____
☐ Dip UA    ☐ UCG
☐ CBC
☐ BMP    ☐ CMP
☐ PT/PTT    Extra Tubes in Lab    ☐ Yes ☐ No
☐ Type & Screen
☐ Blood Culture to Hold
☐ Chest Pain Routine Set
Drawn By: _____
Site and # of Attempts: _____

Xrays:    Time Ordered: _____
Specify Extremity    ☐ Left    ☐ Right
☐ Finger _____    ☐ Foot _____
☐ Hand _____    ☐ Ankle _____
☐ Wrist _____    ☐ Tib/Fib _____
☐ Forearm _____    ☐ Knee _____
Specify Other: _____

**Repeat Vital Signs:**    Time: _____
T _____ ☐ Oral  ☐ Rectal   P _____  R _____  B/P _____  O2 Sat. _____
Reassessment: _____
_____
_____

**Acuity Level Change:**   I   II   III   (IV)   V
Robins Herman RN   RH
PRINT NAME / TITLE    INITIALS

| Mode of Arrival | ☐ Carried | ☐ Ambulatory | ☐ Ambulance |
| | ☐ Wheel chair | ☐ Stretcher  Unit # |

**Treatment prior to arrival (if applicable)** ☐ NA
☐ O2 @ _____ lpm via NC  V-Mask  NRB
☐ Intubated  Size _____ @ _____ cm
☐ B-Board  ☐ C-Collar  ☐ Ice  ☐ Splint
Meds: _____

| | ☐ IV _____ ga. |
| | Site _____ |
| | Sol. _____ |
| | Amt. Infused _____ |
| | Accu √ _____ |

**Chief Complaint** Slip & fell in Super market

**Assessment (Objective Findings):** Pt. c/o lower back
pain radiating down R leg.

**Vital Signs:** 98.1 ☐ Oral ☐ Rectal  P 81  R 20  B/P 114/74  O2 Sat. 99%

**Allergies:** See List
**Medications & OTC:** See List

**PAIN ASSESSMENT**
Do you have any ongoing pain problems?    ☐ Yes ☑ No
Do you have pain now?    ☑ Yes ☐ No
Quality: ☐ Ache  ☐ Dull  ☑ Sharp
☐ Throbbing  ☐ Heaviness  ☐ Burning
Pain Severity: _8_ /10  Onset X 24 hours
☐ Intermittent  ☐ Variable  ☑ Continuous  ☐ Chronic
☐ Consolable
☑ Verbalizes Pain

**Medical Information:**    ☐ Unable to obtain    ☐ Denies
Tetanus: ☐ UTD  ☐ Not UTD  Immunizations: ☑ UTD  ☐ Not UTD
☐ Smoker _____ ppd  ☐ Substance Abuse  ☐ Dialysis
☐ HTN  ☐ HF  ☐ Heart Disease _____  ☐ CABG x
☐ CVA  ☐ Diabetes  ☐ Asthma  ☐ COPD  ☐ Angina
☐ CA _____  ☐ Seizures ☐ Liver ☐ Kidney
LMP 9/9/06  Gravida 5  Para 6  AB _____  EDC _____
Other: _____
Recent Admission / Treatment from Hospital  ☐ Yes ☐ No
Reason: _____
Pertinent Surg. History: _____

**Domestic Violence High Risk Screening** (if "Yes", refer to Nursing Supervisor <24 hrs.)
☐ Unable to Obtain
1.) STRESS/SAFETY: Should I be concerned for your safety? ☐ Yes ☑ No
2.) AFRAID/ABUSE: Are there any personal situations that you have
   been in that you have felt afraid?    ☐ Yes ☑ No
3.) FRIENDS/FAMILY: Does someone need to be aware that you have
   been threatened/hurt?    ☐ Yes ☑ No
4.) EMERG. PLAN: Do you need help in locating a safe place? ☐ Yes ☑ No

*Glucose Normal Range: 71-113

**TRIAGE ASSESSMENT RECORD**

Page 1

OER    205556    06262-00375
BARNES,SONYA    F
06/07/80  26Y    EMERGENCY DOCTOR


PRINTED BY: CRYSTALJ
9/27/2006

**2PTASSM**

HC6231-005 Rev.8/06
Date Printed:  08/11/2006  11:39:53

**Health Central**
Ocoee, FL 34761

## SAFETY
- Side Rails: ☐ Up X_____ ☐ Call Light in Reach
- Bed: ☐ High ☑ Low ☐ Blood Bank Band Applied
- ☐ Sitting in chair ☐ Allergy band applied ☐ Name Band Applied

## SKIN
- ☐ Warm ☐ Cool ☐ Cold ☐ Diaphoretic ☑ Dry
- ☐ Pale ☐ Cyanotic ☐ Jaundiced ☐ Flushed
- Edema ☐ Absent ☐ Present ☐ Skin Intact ☐ Wound
- Location:_____

## EYES
- ☑ N/A ☐ Foreign Body ☐ Visual Disturbance ☐ Contact Lenses
- Visual Acuity: L_____ R_____ ☐ Drainage

## ENT
- ☐ N/A ☑ No Problems Noted
- ☐ Foreign Body Location_____
- ☐ Bleeding ☐ Drainage_____

## CARDIOVASCULAR
- ☑ N/A Cardiac Monitor ☐ No ☐ Yes Rhythm_____
- Pulses  1. Absent  2. Weak  3. Normal  4. Bounding
- Radial L___ R___ ☐ Denies Pain  Pain_____/10
- Femoral L___ R___  Location_____
- Pedal L___ R___ ☐ Sharp ☐ Stabbing
- ☐ Heaviness ☐ Pressure
- JVD ☐ Present ☐ Absent  Cath x_____ yr._____
- Capillary Refill_____/ seconds CABG x_____ yr._____

## NEUROLOGICAL
- ☐ N/A

| 1. EYE OPENING | | 2. VERBAL RESPONSE | | 3. MOTOR RESPONSE | |
|---|---|---|---|---|---|
| Spontaneous | 4 | Oriented | 5 | Obedient | 6 |
| To Voice | 3 | Confused | 4 | Purposeful | 5 |
| To Pain | 2 | Inappropriate | 3 | Withdrawal | 4 |
| None | 1 | Incomprehensible | 2 | Flexion | 3 |
| | | None | 1 | Extension | 2 |
| | | | | None | 1 |

GCS **15**

●2 ●3 ●4 ●5 ●6 ●7 ●8 ●9

- Pupil Size: Left_____ Right_____ ☐ Brisk ☐ Slow
- Evidence of: ☐ Drowziness ☐ Restlessness ☐ Confused
- ☐ Uncooperative ☐ Combative
- Presence of: (circle)  Face ☐ Symmetrical
- ☐ Weakness ☐ Asymmetrical
- ☐ Numbness  LA | RA  Speech ☐ Coherent
- ☐ Tingling  LL | RL ☐ Slurred
- ☐ Posturing ☐ Aphasic

## RESPIRATORY
- ☐ N/A ☑ Normal Effort ☐ Shallow ☐ Tachypnic ☐ SOB
- ☐ Retractions ☐ Accessory Muscle Usage
- Breath Sounds: ☐ Clear All Lobes ☑ Symmetrical / ☐ Asymmetrical
- Diminished_____ Absent_____
- Wheezing_____ Rales_____
- ☐ Productive Cough ☐ Non-Productive Cough
- Sputum Color_____
- Airway Self Maintained_____ Trach Size_____
- Intubated Size_____ at lipline_____
- O2 @_____ L/pm via_____ O2 Sat._____%

## ABDOMEN
- ☑ N/A ☐ Soft ☐ Rigid ☐ Distended ☐ Obese
- ☐ Gaurding ☐ Rebound ☐ Last BM_____
- Bowel Sounds: ☐ Present ☐ Absent ☐ Hyperactive
- ☐ Emesis X_____/24 Hrs. Color_____
- ☐ Diarrhea X_____/24 Hrs. Color_____
- ☐ Pain_____/10 Location  RUQ  RLQ  LUQ  LLQ
- Appetite: ☐ Good ☐ Fair ☐ Poor

## GU
- ☑ N/A ☐ No Problems Noted
- ☐ Frequency ☐ Urgency ☐ Retention Last Prostate exam_____
- ☐ Hematuria ☐ Burning ☐ Dysuria  Last Breast exam_____
- # of wet diapers_____/24 hrs. Last Pap Smear_____

## EXTREMITY
- ☑ N/A  Distal to Injury:_____
- Skin ☐ Warm ☐ Hot ☐ Cool ☐ Pink ☐ Cyanotic
- Sensory ☐ Normal ☐ Numbness ☐ Tingling
- Pulses ☐ Strong ☐ Weak ☐ Absent
- ROM ☐ Full ☐ Limited ☐ None
- ☐ Deformity:_____ Pain_____/10
- ☐ Elevated ☐ Ice Applied

## PSYCHOSOCIAL
- ☑ Calm ☐ Anxious ☐ Inappropiate ☐ Combative
- Affect ☑ Expressive ☐ Flat ☐ Lethergic
- ☐ Cooperative ☐ Uncooperative
- ☐ Hallucinations ☐ Visual ☐ Auditory
- Primary Language_____ Religion_____
- Cultural Needs_____
- Person Providing Information: ☐ Patient ☐ Paramedic ☐ Family
- Code Status: ☐ Full Code ☐ DNR
- Emerg. Contact:_____ Phone:_____

## INTERVENTION/TREATMENT
| Time | Initials | |
|---|---|---|
| _____ | _____ | Foley Size_____ Amt._____ |
| _____ | _____ | NG Size_____ Amt._____ |

- ☐ Placement Verified_____ Color_____
- ☐ EKG Complete
- ☐ External Pacer Capture_____ Rate_____
- ☐ Chest Tube  Size_____ Location_____
- ☐ Central Line  Size_____ Location_____
- ☐ Splint Applied_____
- ☐ Neurovascular Intact After Splint

## I.V.
- _____ IV Site_____ Size_____
- Time_____ Initials_____
- # of Attempts_____ Labs collected ☐ Yes ☐ No
- _____ IV Site_____ Size_____
- Time_____ Initials_____
- # of Attempts_____ Labs collected ☐ Yes ☐ No

- Care Map Initiated ☐ Yes ☐ No  Type_____
- Nursing Referral Form Initiated ☐ Yes ☐ N/A
- Pain Assessment Form Initiated ☐ Yes ☐ N/A

_Mary Barnes, RN_   9/19   1715

PRINT NAME/TITLE        INITIALS        DATE        TIME

||||||| 0626200375 ||||||

**E. R. PATIENT ASSESSMENT RECORD**

Page 2

QER   06262-00375   205556
BARNES,SONYA                    F
06/07/80   26Y
EMERGENCY,DOCTOR

PRINTED BY: CRYSTALJ
DATE  9/27/2006
05/19/06

**2PTASSM**

HC231-005 Rev. 3/06
Date Printed: 09/19/2006  16:51:12

**Health Central**
OCOEE, FL 34761

| Time: | Temp | P | R | BP | O2 | Intake | Output | Time: | Medication / Dose / IV Fluids | Route | Initials | Effect |
|-------|------|---|---|----|----|--------|--------|-------|-------------------------------|-------|----------|--------|
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |

**Time:**                                                                 **Nurses Notes**

1715 C/o ↓ back pain, s/p slip & fall yesterday in supermarket — N
1819 X-ray ⊖ pt D/c'd home c̄ rx for pain meds —

Notes cont. ☐ Yes ☐ No

| Date | Time | Location of Pain | Pain Rating Sed. Score | Non-Pharmacologic | Med | Dose | Mode | O2 Sats. | RR | Init. | Time | Evaluation of Interventions Response / Comments | Side Effects | Pain Rating Sed. Score | Init. |
|------|------|------------------|------------------------|-------------------|-----|------|------|----------|----|----|------|------------------------------------------------|--------------|------------------------|-------|
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

**Nonpharmacologic Interventions**

C - Cold
D - Distraction
E - Environmental Control
Ex - Exercise
H - Heat
I - Imagery
M - Massage
Mu - Music
P - Positioning
R - Relaxation
T - TENS

**Mode of Administration**

PCA    SQ
IV     PO
IM     Patch

**Side Effects**

N/V - Nausea/Vomiting
R - Resp. Depression
P - Pruritis
R - Rash
UR - Urinary Retention
C- Confused
A- Agitated

**EDUCATION DOCUMENTATION**

(Circle numbers taught) ☐ Patient ☐ Family

1. Unit/Hospital Routine  2. IV's/Meds  3. Equipment  4. Safety
5. Procedures / Treatments  6. Infection Control  7. Other_____

☐ 1 on 1 Instruction          ☐ Printed Material
☐ States Understanding        ☐ Needs Reinforcement

☐NA    **OUTSIDE AGENCIES NOTIFIED**

Law enforcement notified: ☐Yes ☐No    Agency_____
Animal control notified: ☐Yes ☐No
Child Protective Services: ☐Yes ☐No
Rape Crisis: ☐Yes ☐No
Community Referral: ☐Yes ☐No

INIT.          PRINT NAME & TITLE


**DISCHARGE SUMMARY**

D/C Instructions taught to: ☑Patient ☐Parent ☐Family ☐Other
Teaching method: ☑Discussion ☐Demonstration ☐Handout
Understanding: ☑Good ☐Fair ☐Poor
Evaluation method: ☑Verbal ☐Return demonstration
Discharged to: ☑Home ☐NSG Home ☐Morgue ☐Other
Driver present: ☑Yes ☐No ☐NA
Discharged by: ☑Walk ☐W/C ☐Carried ☐Stretcher
IV D/C'd: ☐Yes ☐No ☑NA ☐Redness/Swelling
☐Catheter intact ☐See notes
Follow up Doctor / Instructions Reinforced ☑Yes ☐No ☐NA

☐ **TRANSFER**    ☐ **ADMIT**    ☐ **DEATH**

Report called to: _____    Unit_____
Transported via: ☐Stretcher ☐Wheelchair ☐Ambulance
Accompanied by: ☐Nurse ☐Paramedic ☐Tech
Transfer form complete: ☐Yes ☐No ☐NA
Documentation sent: ☐XR Films ☐Medical Records
☐Original Baker Act Form
ME Case: ☐Yes ☐No    Private MD Notified: ☐Yes ☐No
Will Sign Death Certificate: ☐Yes ☐No
Translife Notified: ☐Yes ☐No    Death Packet Complete: ☐Yes ☐No

**E. R. PATIENT ASSESSMENT RECORD**

Page 3

0626200375

| OER | 06262-00375 | 205556 |
|-----|-------------|--------|
| BARNES,SONYA | | F |
| 06/07/80  26Y | | |
| EMERGENCY,DOCTOR | | |

PRINTED BY: CRYSTALJ
DATE  9/27/2006
09/19/06

2PTASSM

HC 6231-005 Rev.3/06
Date Printed: 09/19/2006 16:51:12

| **Health Central**<br><br>Health Central<br>10000 West Colonial Drive | **Patient Information**<br>Sonya Barnes | **Treating Provider**<br>William Reynolds PA-C  RX<br>0531<br>10000 West Colonial Drive<br><br>Phone: 407-296-1000 | **Discharge Summary**<br>Date: 9/19/06  Time: 6:15:34 PM<br><br>**Chart Copy** |
|---|---|---|---|

| **1) Your Discharge Instructions:**<br>MUSCLE STRAIN #Document: 270 (English) | **2) Your Prescriptions:**<br>Ultracet Oral Tablet 37.5-325 Milligram 1-2 TABLETS EVERY 4 TO 6 HOURS AS NEEDED # 20 TABLETS (0 Refills)<br>Motrin Oral Tablet 600 Milligram 1 TABLET 3 TIMES DAILY # 30 TABLETS (0 Refills) |
|---|---|

**3) You should Follow Up with:**

I understand that the emergency care which I received is not intended to be complete and definitive medical care and treatment. I acknowledge that I have been instructed to contact the above physician immediately for continued and complete medical diagnosis, care and treatment. EKG's, X-rays, and lab studies will be reviewed by appropriate specialists and I will be notified of significant discrepancies. I also understand that my signature authorizes this Medical Center to release all or any part of my medical record (including, if applicable, information pertaining to AIDS and/or HIV testing, mental health records, and drug and/or alcohol treatment) to the referred physician listed above.

```
QER       205556        08262-00375
BARNES,SONYA              F
06/07/80  26Y     EMERGENCY,DOCTOR
```

*I have read and understand the above, received a copy of applicable instruction sheets, and will arrange for follow up care.*

| Signature | Patient/Parent/Guardian | Date/Time | Signature | Instructed by | Date/Time |
|---|---|---|---|---|---|

PRINTED BY: CRYSTAL

CONFIDENTIAL INFORMATION: The information contained in this fax is confidential. If you have received this fax in error, please notify the sender at once and destroy this document.

Copyright ScriptRx, Inc. 2000-2005                                          http://www.ScriptRx.com

# EXHIBIT B



# DR. VINCENT PREZIOSI
### ———— CHIROPRACTIC PHYSICIAN ————

December 19, 2006

Ray Barber, Esquire
224 Annie Street
Orlando, Florida 32806

Re:   BARNES, Sonya
      D/I:   September 18, 2006

Dear Mr. Barber:

## HISTORY

The above captioned patient was initially seen in my office on September 25, 2006, for injuries sustained in a slip-and-fall occurring on September 18, 2006.  The patient stated that, while walking through Save Rite in Orlando, Florida, she slipped on some liquid on the floor and fell on her right hip/buttock, creating injuries to the mid and lower back as well as the right hand and arm.  The patient was later taken to Health Central Hospital, where she was treated in the emergency room with treatment to include examination, x-rays and medication.

The patient eventually sought treatment in my office with complaints at the time of consultation to include reoccurring mid to lower back pain and stiffness, constant right hip/leg pain and right arm/hand pain and cramping.  The patient is employed by Windoor, Inc. and has been out of work since the onset of injury.

## PAST MEDICAL HISTORY

Past medical history includes prior neck and back strain injuries as the result of a work-related incident occurring on September 11, 2006, for which she treated medically with good results and no residual problems. She stated that she has been relatively healthy and active, working full time without complication and performing daily activities without difficulty, previous to this most recent slip-and-fall occurring on September 18, 2006.

## INITIAL EXAMINATION

VITALS:  Blood pressure 114/67, pulse 79, weight 202 pounds, height 5'5", age 26.

Dorsolumbar range of motion testing demonstrated some degree of pain and stiffness on extension, right lateral flexion and right rotation.  Positive orthopedic tests included Linder's

Ray Barber, Esquire                                                December 19, 2006
Re:    BARNES, Sonya                                               Page Two

## INITIAL EXAMINATION (continued)

and right Faber Patrick's.  Neurological testing was within normal limits on pinwheel sensitivity testing and deep tendon reflexes were equal and active for the lower extremities. Diffuse mild to moderate spasm was palpable along the bilateral L4-5 motor units, worse on the right. Right SI joint tenderness was also noted into the right buttock. Examination of the right lower extremity revealed point tenderness along the calf muscle, general in nature.

Examination of the right shoulder revealed point tenderness along the superior/posterior aspect, with increased pain on abduction only and no limitation.

Examination of the right hand revealed point tenderness along the anterior aspect, with no loss of range of motion in the wrist or fingers.

Mild tenderness was noted along the posterior aspect of the right knee with no palpable swelling.

## RADIOGRAPHIC EVALUATION

Radiographs previously taken at Health Central Hospital were negative for fractures or gross osseous pathologies.

## FINAL CLINICAL IMPRESSIONS

1.    CHRONIC DORSOLUMBAR STRAIN/SPRAIN.
2.    CHRONIC RIGHT WRIST STRAIN/SPRAIN.
3.    LUMBAR DISC SYNDROME.

## TREATMENT

Management of this patient has been conservative in nature with treatment concentrating on mild mobilization techniques, traction and physical therapy to the mid and lower back as well as the right wrist.  She was instructed on stretching exercises to perform at home, the proper use of ice/heat  and restrictions to follow, to include avoiding excessive use of the right hand/wrist as well as frequent bending and stooping.  She was provided with a right wrist splint and it was recommended that she undergo massage therapy in this office for reduction of spasm, as part of her overall treatment program.    The patient was eventually referred to Dr. James Shea, physiatrist, to assist in medically managing her condition.  It was also recommended that she undergo an MRI of the lumbar spine.

Ray Barber, Esquire
Re:   BARNES, Sonya

December 19, 2006
Page Three

## PROGNOSIS/DISCUSSION

It is my professional opinion, at this time, that the symptoms subjectively presented by this patient and the objective findings, demonstrated by clinical observation, are in direct relation to the patient's slip-and-fall accident occurring on September 18, 2006. I feel this patient has had adequate healing time as well as appropriate chiropractic/medical management to date and residual problems exist. She can expect to have exacerbations in the future as well as an accelerated degree of degeneration, particularly along the lower lumbar motor units, as a result of the trauma sustained on September 18, 2006.

On Ms. Barnes' last evaluation, which was performed on November 20, 2006, she continued with mid and lower back pain and stiffness as well as right wrist pain and weakness and occasional neck pain. Positive orthopedic tests included Cervical Compression and Linder's. Hyperextension and flexion of the dorsolumbar spine were particularly sensitive. It was also recommended that she maintain flexibility exercises at home with the use of ice/heat and follow restrictions as previously outlined.

It is my impression that Ms. Barnes has reached maximum medical improvement as of December 16, 2006. Based on continued objective and orthopedic findings, in accordance with the AMA Guides for Evaluating Permanent Impairment, Fifth Edition, this patient has been assigned a six percent (6%) permanent, partial impairment to the body as a whole as a result of the traumatic injury occurring on September 18, 2006. This impairment rating takes into consideration the persistent musculoligamentous instabilities throughout the dorsolumbar spine with associated palpable spasm and range of motion stiffness. It also considers the right wrist strain/sprain. I would defer to Dr. James Shea, the treating physiatrist, for more specific impairments relating to his specialty.

Ms. Barnes has been instructed to follow restrictions in the future to include avoiding repetitive lifting with the right upper extremity as well as frequent bending and stooping. Unfortunately, I can no longer provide any further correction from a chiropractic standpoint and all future treatment will be palliative in nature only.

It is imperative that she followup with the treating medical specialists as instructed. I anticipate future chiropractic/medical expenses to be the range of at least $500 to $1,000 annually to provide additional relief of her symptoms when necessary.

The patient will continue utilizing her wrist support as necessary, maintain flexibility exercises on a regular basis (to include Williams for the lower back) with the use of ice/heat when necessary and follow restrictions as outlined. The only other recommendation I would make at this time is to consider referral to an orthopedic consult

Ray Barber, Esquire                                    December 19, 2006
Re:    BARNES, Sonya                                          Page Four

## PROGNOSIS/DISCUSSION

relating to the right wrist and lumbar spine should her condition degenerate to any degree in the future.  An MRI of the lumbar spine to rule out underlying disc syndrome, which is strongly suspected, could also be considered.

Ms. Barnes is being released from corrective chiropractic care to be followed on a p.r.n. basis from this point forward.  The patient will follow up medically at this time.

The opinions expressed in this report are to the best of my knowledge and within reasonable medical probability.  If I can provide any further information regarding Ms. Sonya Barnes,  please feel free to contact me.

Sincerely,

Vincent A. Preziosi, D.C.

VAP/cjc

# EXHIBIT C

RECEIVED SEP 2 8 2006

# Health Central

10000 West Colonial Drive
Ocoee, Florida 34761  Ph: (407) 296-1000

**DATE**
09/26/06

| PATIENT: | ACCOUNT NUMBER | DATE ADMITTED | DATE DISCHARGED | PAGE NO. |
|---|---|---|---|---|
| BARNES,SONYA | 06262-00375 | 09/19/06 | 09/19/06 | 001 |

3    D1

**ATTENTION:**
SONYA BARNES
703 S IVEY LANE
APT F
ORLANDO        L 32811

**ITEMIZED STATEMENT
OF ACCOUNT**

| BILL DATE | PATIENT TYPE |
|---|---|
| 09/26/06 | ER |

**INSURANCE**
200120 AMERIGROUP CO ?
200201 AMERIGROUP CO ? PRO FEES

| POSTING DATE | ORDER NO. | ITE NO. | DESCRIPTION | QTY. | ITEM PRICE | TOTAL CHARGES |
|---|---|---|---|---|---|---|
| 09/19/06 | 1 | 7 100 | SPINE LUMBOSACRAL 2 OR 3 | 1 | 522.00 | 522.00 |
|  |  |  | TOTAL Diagnostic,Radiology |  |  | 522.00 |
| 09/20/06 | 2 | 9 282 | LEVEL 2 - BASIC | 1 | 234.00 | 234.00 |
|  |  |  | TOTAL Emergency Room |  |  | 234.00 |
| 09/19/06 | 1 | 998 | STAT SUPPLY CHARGE | 1 | 0.00 | 0.00 |
|  |  |  | TOTAL MED-SURG SUPP/INCDNT RAD |  |  | 0.00 |
|  |  |  | TOTAL CHARGES |  |  | 756.00 |
|  |  |  | TOTAL PAYMENTS/ADJUSTMENTS |  |  | 0.00 |
|  |  |  | ESTIMATED PATIENT BALANCE DUE |  |  | 0.00 |

**NOTE:** Amounts indicated to be paid by third parties are estimated by the hospital, however, the patient and/or
responsible party have personally guaranteed payment and are responsible for the total charges on this statement.
For questions regarding this statement, please call 407-296-1180

| UNPAID BALANCE | 756.00 |
|---|---|

**PREZIOSI WEST/EAST ORL. CHIRO.CLINIC,PA.**
**823 PAUL ST.**
**ORLANDO, FL 32808**
**(407)293-1259**

Account:  W1024                                                                         Page  1
Patient:  SONYA  BARNES
          703 S. IVEY LN
          APT A
          ORLANDO, FL 32811

          Home:(407)454-6855
          Work: (407)481-8400

| Date | Code | Description | Diagnosis | Debit | Credit | Balance |
|------|------|-------------|-----------|-------|--------|---------|
| 09/25/06 | 99203 | COMPLETE HISTORY/EXAM | 847.0 | 200.00 | | 200.00 |
| 09/25/06 | 97010 | HOT PACK IN OFFICE | 847.0 | 40.00 | | 240.00 |
| 09/27/06 | 98941 | MANIPULATION OF 3-4 BODY PART | 847.0 | 80.00 | | 320.00 |
| 09/27/06 | 97014 | ELECTRICAL STIMULATION | 847.0 | 40.00 | | 360.00 |
| 09/27/06 | 97010 | HOT PACK IN OFFICE | 847.0 | 40.00 | | 400.00 |
| 09/27/06 | 97035 | ULTRASOUND | 847.0 | 40.00 | | 440.00 |
| 10/02/06 | 98941 | MANIPULATION OF 3-4 BODY PART | 847.0 | 80.00 | | 520.00 |
| 10/02/06 | 97014 | ELECTRICAL STIMULATION | 847.0 | 40.00 | | 560.00 |
| 10/02/06 | 97010 | HOT PACK IN OFFICE | 847.0 | 40.00 | | 600.00 |
| 10/02/06 | 97035 | ULTRASOUND | 847.0 | 40.00 | | 640.00 |
| 10/05/06 | 98941 | MANIPULATION OF 3-4 BODY PART | 847.0 | 80.00 | | 720.00 |
| 10/05/06 | 97035 | ULTRASOUND | 847.0 | 40.00 | | 760.00 |
| 10/05/06 | 97014 | ELECTRICAL STIMULATION | 847.0 | 40.00 | | 800.00 |
| 10/05/06 | 97010 | HOT PACK IN OFFICE | 847.0 | 40.00 | | 840.00 |
| 10/09/06 | 98941 | MANIPULATION OF 3-4 BODY PART | 847.0 | 80.00 | | 920.00 |
| 10/09/06 | 97014 | ELECTRICAL STIMULATION | 847.0 | 40.00 | | 960.00 |
| 10/09/06 | 97010 | HOT PACK IN OFFICE | 847.0 | 40.00 | | 1,000.00 |
| 10/09/06 | 97035 | ULTRASOUND | 847.0 | 40.00 | | 1,040.00 |
| 10/12/06 | 98941 | MANIPULATION OF 3-4 BODY PART | 847.0 | 80.00 | | 1,120.00 |
| 10/12/06 | 97014 | ELECTRICAL STIMULATION | 847.0 | 40.00 | | 1,160.00 |
| 10/12/06 | 97010 | HOT PACK IN OFFICE | 847.0 | 40.00 | | 1,200.00 |
| 10/12/06 | 97035 | ULTRASOUND | 847.0 | 40.00 | | 1,240.00 |
| 10/23/06 | 98941 | MANIPULATION OF 3-4 BODY PART | 847.0 | 80.00 | | 1,320.00 |
| 10/23/06 | 97014 | ELECTRICAL STIMULATION | 847.0 | 40.00 | | 1,360.00 |
| 10/23/06 | 97010 | HOT PACK IN OFFICE | 847.0 | 40.00 | | 1,400.00 |
| 10/23/06 | 97035 | ULTRASOUND | 847.0 | 40.00 | | 1,440.00 |
| 10/30/06 | 97012 | MECHANICAL TRACTION | 847.0 | 40.00 | | 1,480.00 |
| 10/30/06 | 97010 | HOT PACK IN OFFICE | 847.0 | 40.00 | | 1,520.00 |
| 10/30/06 | 98941 | MANIPULATION OF 3-4 BODY PART | 847.0 | 80.00 | | 1,600.00 |
| 11/09/06 | 98941 | MANIPULATION OF 3-4 BODY PART | 847.0 | 80.00 | | 1,680.00 |
| 11/09/06 | 97014 | ELECTRICAL STIMULATION | 847.0 | 40.00 | | 1,720.00 |
| 11/09/06 | 97010 | HOT PACK IN OFFICE · | 847.0 | 40.00 | | 1,760.00 |
| 11/09/06 | 97035 | ULTRASOUND | 847.0 | 40.00 | | 1,800.00 |
| 11/20/06 | 97014 | ELECTRICAL STIMULATION | 847.0 | 40.00 | | 1,840.00 |
| 11/20/06 | 97010 | HOT PACK IN OFFICE | 847.0 | 40.00 | | 1,880.00 |
| 11/20/06 | 98941 | MANIPULATION OF 3-4 BODY PART | 847.0 | 80.00 | | 1,960.00 |
| 11/20/06 | 97035 | ULTRASOUND | 847.0 | 40.00 | | 2,000.00 |

|  |  |  | | 2000.00 | 0.00 | 2000.00 |