**EXHIBIT B**

# HATCHELL LANDSCAPE, INC.

2811 Flanders Road, PO Box 12866
Florence, SC 29504
843-662-2643 fx 843-661-2867 ei#570623344
email-hatchelland@aol.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/1/2005 | 12637 |

**BILL TO**
Carolina Supply House
Marshall Schofield
PO Box 13559
Florence, SC 29504

**SHIP TO**
Winn Dixie
Florence, SC

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|---|---|---|---|---|---|---|
| | | | 5/1/2005 | | | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| | invoice | Grounds maintenance for May | 500.00 | 500.00 |

Thank you for your business.

**Total** $500.00

DEC-22-2006 10:04    843 662 2411                                    P.03

# Southco
933 Broad Street
Camden, S.C. 29020
803/432-4030

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/1/2005 | 33062 |

**BILL TO**

Freedom Square
P. O. Box 13559
Florence, S. C. 29504

| REP | P.O. NUMBER | TERMS |
|---|---|---|
|  |  | Due on receipt |

| ITEM | DESCRIPTION | AMOUNT |
|---|---|---|
| Sweeping | Vacuum sweep parking area, blow sidewalks.<br><br>CHARGES REFLECT THIS MONTHS SERVICE | 334.40 |

Thank you for your business...

**Total** $334.40

# Southco

933 Broad Street
Camden, S.C. 29020
803/432-4030

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/1/2005 | 32791 |

**BILL TO**

Freedom Square
P. O. Box 13559
Florence, S. C. 29504

| REP | P.O. NUMBER | TERMS |
|---|---|---|
|  |  | Due on receipt |

| ITEM | DESCRIPTION | AMOUNT |
|---|---|---|
| Sweeping | Vacuum sweep parking area, blow sidewalks. **CHARGES REFLECT THIS MONTHS SERVICE** | 334.40 |

Thank you for your business...

**Total** $334.40



# HATCHELL LANDSCAPE, INC.
PO Box 12866, 2811 Flanders Rd,
Florence, SC 29504
843-662-2643 fx 843-661-2867 ei#570623344
email- hatchelllandscape@sc.rr.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 3/1/2005 | 12438 |

**BILL TO**
Carolina Supply House
Marshall Schofield
PO Box 13559
Florence, SC 29504

**SHIP TO**
Winn Dixie
Florence, SC

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|---|---|---|---|---|---|---|
| | | | 3/1/2005 | | | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| | invoice | Grounds maintenance for March | 500.00 | 500.00 |

Thank you for your business.

**Total**  $500.00

# Southco

933 Broad Street
Camden, S.C. 29020
803/432-4030

# Invoice

| DATE | INVOICE # |
|---|---|
| 3/1/2005 | 32554 |

**BILL TO**

Freedom Square
P. O. Box 13559
Florence, S. C. 29504

| REP | P.O. NUMBER | TERMS |
|---|---|---|
|  |  | Due on receipt |

| ITEM | DESCRIPTION | AMOUNT |
|---|---|---|
| Sweeping | Vacuum sweep parking area, blow sidewalks. **CHARGES REFLECT THIS MONTHS SERVICE** | 334.40 |

Thank you for your business...

**Total** $334.40

DEC-22-2006  10:05        843 662 2411                                                    P.09



# HATCHELL LANDSCAPE, INC.
PO Box 12866, 2811 Flanders Rd.
Florence, SC  29504
843-662-2643  fx 843-661-2867  ei#570623344
email-hatchellland@aol.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/1/2005 | 12542 |

**BILL TO**
Carolina Supply House
Marshall Schofield
PO Box 13559
Florence, SC  29504

**SHIP TO**
Winn Dixie
Florence, SC

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|---|---|---|---|---|---|---|
|  |  |  | 4/1/2005 |  |  |  |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 1 | invoice | Grounds maintenance for April | 500.00 | 500.00 |

Thank you for your business.

**Total**   $500.00

TOTAL P.09

Message | Page 1 of 1

# Marshall C. Schofield

**From:** Marshall C. Schofield
**Sent:** Wednesday, August 23, 2006 9:37 AM
**To:** James T. Schofield
**Cc:** Marshall C. Schofield
**Subject:** Emailing: tax-inq

---

Date: Aug 23, 2006          Florence County Taxes Inquiry          Time: 09:55

[Back to Treasurers Page]        Real Property Tax Records
                                        Inquiry

## Real Property

Notice # 05072199 Name: CAROLINA ENTERPRISES INC
Map: 90093 Block: 01 Parcel: 001
District: 110
Address:

PO BOX 13559
FLORENCE SC 295040000
Lot Desc: WINN DIXIE / EASEMENT
Homestead Exemption/%: 0.00 / 0%
School Exemption: 0.00
Prepay Code:

**Dates**
Post: 11/07/05
Paid: 01/17/06
Abate: --/--/--
Refund: --/--/--
Py.Rev: --/--/--
Old Py Date: --/--/--

**Tax Detail**

| | |
|---|---|
| City Tax | 11382.97 |
| + County Tax | 47232.05 |
| - City Prop. Tax Credit | 7606.06 |
| - County Prop. Tax Credit | 6157.82 |
| - HS/SE Exemption | 0.00 |
| = Total Tax | 44851.14 |
| + Tax Penalty | 0.00 |
| + Cost | 0.00 |
| = Tax Due | 44851.14 |
| + Solid Waste Fee | 0.00 |
| = Total Due | **44851.14** |

Tax Paid

| Ratio | Acres | Lots | Land Value | # Bldgs | Bldgs Value |
|---|---|---|---|---|---|
| Res. 4% | 0 | 0 | 0 | 0 | 0 |
| Farm 4% | 0 | 0 | 0 | 0 | 0 |
| Other 6% | 0 | 1 | 800000 | 2 | 2655728 |

[Year] [Current] [2004] [2003] [2002] [Delinquent] [New Search] [View Property Card] [Property History]

8/23/2006

Message | Page 1 of 1

# Marshall C. Schofield

**From:** Marshall C. Schofield
**Sent:** Wednesday, August 23, 2006 9:38 AM
**To:** James T. Schofield
**Cc:** Marshall C. Schofield
**Subject:** Emailing: tax-inq

---

Date: Aug 23, 2006     **Florence County Taxes Inquiry**     Time: 09:57

[Back to Treasurers Page]     Real Property Tax Records Inquiry

## Real Property

Notice # 05072201   Name: CAROLINA ENTERPRISES INC
Map: 90093 Block: 01 Parcel: 013
District: 110
Address:

PO BOX 13559
FLORENCE SC 295040000
Lot Desc: S IRBY ST LOT B
Homestead Exemption/%: 0.00 / 0%
School Exemption: 0.00
Prepay Code:

**Dates**
Post: 11/07/05
Paid: 01/17/06
Abate: --/--/--
Refund: --/--/--
Py.Rev: --/--/--
Old Py Date: --/--/--

**Tax Detail**

| | |
|---|---|
| City Tax | 822.95 |
| + County Tax | 3414.72 |
| - City Prop. Tax Credit | 549.70 |
| - County Prop. Tax Credit | 445.04 |
| - HS/SE Exemption | 0.00 |
| = Total Tax | 3242.93 |
| + Tax Penalty | 0.00 |
| + Cost | 0.00 |
| = Tax Due | 3242.93 |
| + Solid Waste Fee | 0.00 |
| = Total Due | **3242.93** |

Tax Paid

| Ratio | Acres | Lots | Land Value | # Bldgs | Bldgs Value |
|---|---|---|---|---|---|
| Res. 4% | 0 | 0 | 0 | 0 | 0 |
| Farm 4% | 0 | 0 | 0 | 0 | 0 |
| Other 6% | 0 | 1 | 100000 | 1 | 149752 |

[Year] [Current] [2004] [2003] [2002] [Delinquent] [New Search] [View Property Card] [Property History]

8/23/2006

## Marshall C. Schofield

**From:** Marshall C. Schofield
**Sent:** Wednesday, August 23, 2006 9:42 AM
**To:** James T. Schofield
**Cc:** Marshall C. Schofield
**Subject:** Emailing: tax-inq

---

Date: Aug 23, 2006          **Florence County Taxes Inquiry**          Time: 10:01

[Back to Treasurers Page]          Real Property Tax Records Inquiry

### Real Property

Notice # 05072196 Name: CAROLINA ENTERPRISES INC
Map: 90080 Block: 01 Parcel: 008
District: 130
Address:

PO BOX 13559
FLORENCE SC 295040000
Lot Desc: CONYERS AVE
Homestead Exemption/%: 0.00 / 0%
School Exemption: 0.00
Prepay Code:

**Dates**
Post: 11/07/05
Paid: 01/17/06
Abate: --/--/--
Refund: --/--/--
Py.Rev: --/--/--
Old Py Date: --/--/--

**Tax Detail**

| | |
|---|---|
| City Tax | 0.00 |
| + County Tax | 107.87 |
| - City Prop. Tax Credit | 0.00 |
| - County Prop. Tax Credit | 13.36 |
| - HS/SE Exemption | 0.00 |
| = Total Tax | 94.51 |
| + Tax Penalty | 0.00 |
| + Cost | 0.00 |
| = Tax Due | 94.51 |
| + Solid Waste Fee | 0.00 |
| = Total Due | **94.51** |

Tax Paid

| Ratio | Acres | Lots | Land Value | # Bldgs | Bldgs Value |
|---|---|---|---|---|---|
| Res. 4% | 0 | 0 | 0 | 0 | 0 |
| Farm 4% | 0 | 0 | 0 | 0 | 0 |
| Other 6% | 0 | 1 | 7500 | 0 | 0 |

| Year | Current | 2004 | 2003 | 2002 | Delinquent | New Search | View Property Card | Property History |

Message | Page 1 of 1

## Marshall C. Schofield

| | |
|---|---|
| **From:** | Marshall C. Schofield |
| **Sent:** | Wednesday, August 23, 2006 9:43 AM |
| **To:** | James T. Schofield |
| **Cc:** | Marshall C. Schofield |
| **Subject:** | Emailing: tax-inq |

---

Date: Aug 23, 2006     **Florence County Taxes Inquiry**     Time: 10:02

[Back to Treasurers Page]     Real Property Tax Records Inquiry

### Real Property

Notice # 05072202 Name: CAROLINA ENTERPRISES INC
Map: 90093 Block: 01 Parcel: 014
District: 130
Address:

PO BOX 13559
FLORENCE SC 295040000
Lot Desc: WAKEFIELD
Homestead Exemption/%: 0.00 / 0%
School Exemption: 0.00
Prepay Code:

**Dates**

| |
|---|
| Post: 11/07/05 |
| Paid: 01/17/06 |
| Abate: --/--/-- |
| Refund: --/--/-- |
| Py.Rev: --/--/-- |
| Old Py Date: --/--/-- |

**Tax Detail**

| | |
|---|---:|
| City Tax | 0.00 |
| + County Tax | 143.82 |
| - City Prop. Tax Credit | 0.00 |
| - County Prop. Tax Credit | 17.82 |
| - HS/SE Exemption | 0.00 |
| = Total Tax | 126.00 |
| + Tax Penalty | 0.00 |
| + Cost | 0.00 |
| = Tax Due | 126.00 |
| + Solid Waste Fee | 0.00 |
| = Total Due | **126.00** |

Tax Paid

| Ratio | Acres | Lots | Land Value | # Bldgs | Bldgs Value |
|---|---|---|---|---|---|
| Res. 4% | 0 | 0 | 0 | 0 | 0 |
| Farm 4% | 0 | 0 | 0 | 0 | 0 |
| Other 6% | 0 | 1 | 10000 | 0 | 0 |

[Year] [Current] [2004] [2003] [2002] [Delinquent] [New Search] [View Property Card] [Property History]

8/23/2006

OPTIPLAN-AGENT BILL     39 R 00 05   R
                        AC00007229


**STATE AUTO**®
Insurance Companies

## STATE AUTO PROPERTY AND CASUALTY INSURANCE COMPANY

### PREFERRED BUSINESS POLICY COMMON DECLARATIONS

POLICY NUMBER  PBP 0076921 10         RENEWAL OF  PBP 0076921 09
                                             RENEWAL

NAMED INSURED AND ADDRESS             AGENCY NAME, ADDRESS AND TELEPHONE NUMBER

  CAROLINA ENTERPRISES INC              FRED JONES COMPANY INC
  PO BOX 13559                          PO BOX 6675
  FLORENCE, SC                          FLORENCE, SC           *Freedom*
  29504                                 29502                   *Park*
                                        PHONE: 843-662-9401
  BRANCH: SOUTHERN REGION               AGENCY NUMBER: 0007229

POLICY PERIOD:     FROM: MAY 27, 2004 TO: MAY 27, 2005 AT
      12:01 AM  , STANDARD TIME, AT YOUR MAILING ADDRESS SHOWN ABOVE.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS
POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

---

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS OR POLICIES FOR WHICH
A PREMIUM IS INDICATED.  THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

**COVERAGE PARTS:**                                            **PREMIUM**

COMMERCIAL PROPERTY COVERAGE                                   $15,141.00
COMMERCIAL GENERAL LIABILITY COVERAGE                            2,077.00

                              TOTAL ADVANCE PREMIUM:           $17,218.00
                            * PREMIUM AT INCEPTION:            $17,218.00


FORMS AND ENDORSEMENTS APPLICABLE TO THIS POLICY:
   PBP 15    1/99        IL 02 49  8/99        IL 09 35  4/98



COUNTERSIGNED  8/2/04          BY  (signature)  OT I 8/2/04
                                      (AUTHORIZED REPRESENTATIVE)