IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: | * |
| WINN DIXIE STORES, INC. | * |
| DEBTOR | Case No. 3:05-bk-3817 |
| | * (Chapter 11) |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**APPLICATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE (RECLAMATION) CLAIM**

Country Garden Silks, Inc., by its undersigned counsel, applies for allowance and payment of its claim for reclamation of goods delivered between February 10 and 18, 2005 as an administrative claim pursuant to 11 U.S.C. §546(c)(2)(A). A copy of the demand for reclamation served upon Debtor's counsel on March 5, 2005, including merchandise detail, is attached hereto as Exhibit A.

/s/ Wendell Finner
Wendell Finner, Florida Bar No. 93882
234 9th Avenue South
Jacksonville Beach, Florida 32250-6537
(904) 242-7070
(904) 242-7054 fax
*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that the foregoing was sent via the electronic case filing service and by electronic mail to James Post, Esquire, jpost@smithhulsey.com and Matthew Barr, Esquire, mbarr@milbank.com this 5th day of January, 2007.

/s/ Wendell Finner

# WENDELL FINNER
## LAW OFFICES

Admitted in Florida, Maryland, Virginia, and the District of Columbia

Of Counsel to Leitess, Leitess & Friedberg, P.C.
Baltimore, MD • Alexandria, VA

*By telecopy to (917) 777-2150;* <u>4</u> *pages.*

March 5, 2005

D.J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY  10036-6522

*Re: Winn-Dixie Stores, Inc., no. 05-11063;*
*Reclamation demand of Country Garden Silks*

Dear Mr. Baker:

I have the pleasure of representing Country Garden Silks, a vendor of artificial plants and flowers to Winn-Dixie Stores, Inc.  Between February 10 and 18, 2005, Country Garden Silks delivered to Winn-Dixie $1,557.00 worth of product invoiced as further identified on the attached Winn-Dixie DDI reports which follow by telecopy.

Pursuant to 11 U.S.C. §546(c) and Fla. Stat. §672.702(2), Country Garden Silks demands return of those products which were delivered to Winn-Dixie in the period from February 10, 2005 through the commencement of the above-referenced case and invoiced on Country Garden Silks invoices nos. 1403, 1409, 1419, 1424, 1427, 1430, 1432, 1434, 1436 and 1438.  I assume that Winn-Dixie has ready access to the invoice detail including product identification on its vendor system, but will provide the complete invoices upon request.

I have reviewed your §546(g) motion.  Please send me any order which the Court enters on that motion, together with a Reclamation Statement related to Country Garden Silks' demand.  Please contact me if Winn-Dixie desires further information.  Thank you for your help.

Very truly yours,
/s Wendell Finner

Wendell Finner

206A 15th Avenue South
Jacksonville Beach, Florida  32250-6324

Phone: (904) 242-7070
Fax:    (904) 242-7054
Email:  wendell@csi.com

EXHIBIT A

```
DD210RB    JACKSONVILLE DIVISION  W/E 02-16-05
REPORTING DIVISION: JACKSONVILLE              DIRECT DELIVERY INVOICES BY VENDOR       DATE 02-17-05
VENDOR - 81299                                         VENDOR PAYMENT REPORT
COUNTRY GARDEN SILKS
KAY HIGHSMITH
PO BOX 802                              NOTE... THE ONLY INVOICE ITEM DETAILS PRINTED ARE THOSE ITEMS
NAHUNTA, GA 31553                                THE ORIGINAL EXTENDED COST DOES NOT EQUAL THE PAY EXTE

W/D
CODE  PACK SIZE   DESCRIPTION      ITEM      --------- ORIGINAL ---------    ----------- PAY -----------
                                   UPC      QTY    COST     EXTENSION       QTY    COST    EXTENSION

LOCATION- 0022   INVOICE- 000001419  DATE- 02-10-05            60.00                        60.00
                 LOCATION -    0022 - TOTALS:                  60.00                        60.00
                 VENDOR -     81299 - TOTALS:                  60.00                        60.00
```

```
DD210RB      JACKSONVILLE DIVISION   W/E 02-23-05     DIRECT DELIVERY INVOICES BY VENDOR     DATE 02-24-05
REPORTING DIVISION:  JACKSONVILLE                         VENDOR PAYMENT REPORT
VENDOR - 81299
COUNTRY GARDEN SILKS
KAY HIGHSMITH                                    NOTE... THE ONLY INVOICE ITEM DETAILS PRINTED ARE THOSE ITEMS
PO BOX 802                                               THE ORIGINAL EXTENDED COST DOES NOT EQUAL THE PAY EXTE
NAHUNTA, GA 31553
```

| W/D CODE | PACK SIZE | DESCRIPTION | ITEM UPC | ORIGINAL QTY | ORIGINAL COST | ORIGINAL EXTENSION | PAY QTY | PAY COST | PAY EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| LOCATION- 0010 | | INVOICE- 000001424 | DATE- 02-17-05 | | | 327.00 | | | 327.00 |
| | | LOCATION - | 0010 - TOTALS: | | | 327.00 | | | 327.00 |
| LOCATION- 0055 | | INVOICE- 000001409 | DATE- 02-17-05 | | | 226.00 | | | 226.00 |
| | | LOCATION - | 0055 - TOTALS: | | | 226.00 | | | 226.00 |
| LOCATION- 0057 | | INVOICE- 000001438 | DATE- 02-18-05 | | | 204.00 | | | 204.00 |
| | | LOCATION - | 0057 - TOTALS: | | | 204.00 | | | 204.00 |
| LOCATION- 0097 | | INVOICE- 000001427 | DATE- 02-18-05 | | | 174.00 | | | 174.00 |
| | | LOCATION - | 0097 - TOTALS: | | | 174.00 | | | 174.00 |
| LOCATION- 0101 | | INVOICE- 000001403 | DATE- 02-18-05 | | | 145.00 | | | 145.00 |
| | | LOCATION - | 0101 - TOTALS: | | | 145.00 | | | 145.00 |
| LOCATION- 0147 | | INVOICE- 000001430 | DATE- 02-17-05 | | | 90.00 | | | 90.00 |
| | | LOCATION - | 0147 - TOTALS: | | | 90.00 | | | 90.00 |
| LOCATION- 0169 | | INVOICE- 000001436 | DATE- 02-18-05 | | | 87.00 | | | 87.00 |
| | | LOCATION - | 0169 - TOTALS: | | | 87.00 | | | 87.00 |
| LOCATION- 0173 | | INVOICE- 000001432 | DATE- 02-18-05 | | | 136.00 | | | 136.00 |
| | | LOCATION - | 0173 - TOTALS: | | | 136.00 | | | 136.00 |

```
DD210RB    JACKSONVILLE DIVISION   W/E 02-23-05    DIRECT DELIVERY INVOICES BY VENDOR      DATE 02-24-05
REPORTING DIVISION:  JACKSONVILLE                   VENDOR PAYMENT REPORT
VENDOR - 81299
COUNTRY GARDEN SILKS
KAY HIGHSMITH                                NOTE... THE ONLY INVOICE ITEM DETAILS PRINTED ARE THOSE ITEMS
PO BOX 802                                           THE ORIGINAL EXTENDED COST DOES NOT EQUAL THE PAY EXTE
NAHUNTA, GA 31553

  W/D                              ITEM   -------- ORIGINAL --------         ---------- PAY ----------
  CODE PACK SIZE    DESCRIPTION    UPC     QTY    COST    EXTENSION       QTY    COST    EXTENSION

LOCATION- 0181   INVOICE- 000001434   DATE- 02-18-05              108.00                          108.00

              LOCATION -      0181 - TOTALS:                     108.00                          108.00

              VENDOR -       81299 - TOTALS:                   1,497.00                        1,497.00
```