

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

WINN-DIXIE STORES INC., et al.,    Case No. 05-03817-3F1

Debtors.    Chapter 11

---

**REQUEST FOR PAYMENT OF AN ADMINISTRATIVE EXPENSE BY THE
ESCAMBIA COUNTY TAX COLLECTOR FOR
2006 AD VALOREM TAXES**

COMES NOW, Janet Holley, duly appointed Tax Collector in and for Escambia County, State of Florida, and files this Request for Payment of An Administrative Expense, and in support thereof further says:

1.  The Debtor was at the time of the filing of the Petition initiating this case the owner of certain tangible personal property subject to taxes owed to the Tax Collector of Escambia County, State of Florida, for the calendar year 2005.

2.  Since the institution of these proceedings in 2005, the 2006 ad valorem personal property taxes have become due for the 2006 calendar year as follows:

a. In the amount of $91,419.93, plus interest at eighteen percent (18%) per annum, for the 2006 ad valorem tangible personal property taxes on Account Number 001065800, 001065900, 001066200, 001066300, 001066400, 001066410, 001066411, 001085474, 002006447 and 002010368. Copies of the 2006 tax bills showing the March, 2006 amounts due are attached hereto as Exhibit "A".

3. The tangible personal property taxes for the 2006 calendar year are administrative expenses under 11 U.S.C. Section 503(b)(1)(B), in that they are taxes incurred by the estate and not a tax of the kind specified in 11 U.S.C. Section 507(a)(7), that is, they are not taxes assessed before the commencement of the bankruptcy case and last payable without penalty after one year before the date of the filing of the petition.

4. Pursuant to 11 U.S.C. Section 503(a), and the applicable Rules of Bankruptcy Procedure, the applicant respectfully requests payment of this administrative expense.

WHEREFORE, the applicant prays that the Court will enter an order authorizing and directing the payment of the aforesaid administrative expense and order such other relief as may be appropriate under the circumstances.

*[signature]*
JANET HOLLEY
ESCAMBIA COUNTY TAX COLLECTOR
213 Palafox Place
Post Office Box 1312
Pensacola, FL 32591
(850) 438-6500

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Request For Payment Of An Administrative Expense By The Escambia County Tax Collector for 2006 Ad Valorem Taxes has been furnished to Counsel For The Reorganized Debtors; James Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 and to Counsel for The Post-Effective Date Committee; Matthew Barr, Milbank, Tweed, Hadley & McCoy LLP, 1 Chase Manhatten Plaza, New York, New York 10005, by regular United States mail, postage prepaid this 3rd day of January, 2007.

*[signature]*
JANET HOLLEY

**JANET HOLLEY, CFC**
ESCAMBIA COUNTY TAX COLLECTOR

NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

| ACCOUNT NUMBER | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 00-1065-800 | | 714,620 | | 714,620 | 16 |

PERSONAL PROPERTY 2006    155279.0000

WINN DIXIE MONTGOMERY INC
STORE #504
PROPERTY TAX DEPT
5050 EDGEWOOD COURT
JACKSONVILLE FL 32203-0297

007135 9TH

OFFICE
(850) 438-6500

TTY
FOR THE
HEARING
IMPAIRED
(850) 472-0031

BK BANKRUPTCY

### AD VALOREM TAXES

| TAXING AUTHORITY | | MILLAGE RATE (DOLLARS PER $1,000 OF TAXABLE VALUE) | | TAXES LEVIED |
|---|---|---|---|---|
| CCO | COUNTY OF ESCAMBIA | 8.7560 | 714,620 | 6,257.21 |
| SSC | SCHOOL BOARD OF ESCAMBI | 7.8940 | 714,620 | 5,641.21 |
| WWT | N.W. FLORIDA WATER MANA( | 0.0500 | 714,620 | 35.73 |
| ICT | CITY OF PENSACOLA | 4.9500 | 714,620 | 3,537.37 |

TOTAL MILLAGE  21.6500    AD VALOREM TAXES    15,471.52

RETAIN THIS
PORTION
FOR
YOUR
RECORDS

### NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | RATE | AMOUNT |
|---|---|---|

NON-AD VALOREM ASSESSMENTS

PLEASE
PAY ONLY
ONE
AMOUNT
SHOWN IN
YELLOW
SHADED
AREA

| COMBINED TAXES AND ASSESSMENTS | 15,471.52 | PAY ONLY ONE AMOUNT | See reverse side for Important Information |
|---|---|---|---|

| If Paid By Please Pay | Dec 31 2006 15,007.37 | Jan 31 2007 15,162.09 | Feb 28 2007 15,316.80 | Mar 31 2007 15,471.52 |
|---|---|---|---|---|

AMOUNT
DUE
IF PAID
BY

**JANET HOLLEY, CFC**
ESCAMBIA COUNTY TAX COLLECTOR

NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

| ACCOUNT NUMBER | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 00-1065-800 | | 714,620 | | 714,620 | 16 |

PERSONAL PROPERTY 2006    155279.0000

WINN DIXIE MONTGOMERY INC
STORE #504
PROPERTY TAX DEPT
5050 EDGEWOOD COURT
JACKSONVILLE FL 32203-0297

007135 9TH

BK BANKRUPTCY

PAY IN U.S. FUNDS TO ESCAMBIA COUNTY TAX COLLECTOR • P.O. BOX 1312 • PENSACOLA, FL 32591-1312

(850) 438-6500

| If Paid By Please Pay | Dec 31 2006 15,007.37 | Jan 31 2007 15,162.09 | Feb 28 2007 15,316.80 | Mar 31 2007 15,471.52 |
|---|---|---|---|---|

RETURN WITH
PAYMENT

0000000000  0001547152  000000155279 0000  0002  0

**JANET HOLLEY, CFC**
ESCAMBIA COUNTY TAX COLLECTOR

NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

| ACCOUNT NUMBER | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 00-1065-900 | | 683,600 | | 683,600 | 06 |

PERSONAL PROPERTY 2006  155280.0000

WINN DIXIE MONTGOMERY INC
STORE #495
PROPERTY TAX DEPT
5050 EDGEWOOD COURT
JACKSONVILLE FL 32203-0297

005975 MOBILE

BK BANKRUPTCY

OFFICE
(850) 438-6500

TTY
FOR THE
HEARING
IMPAIRED
(850) 472-0031

### AD VALOREM TAXES

| TAXING AUTHORITY | | MILLAGE RATE (DOLLARS PER $1,000 OF TAXABLE VALUE) | | TAXES LEVIED |
|---|---|---|---|---|
| CCO | COUNTY OF ESCAMBIA | 8.7560 | 683,600 | 5,985.60 |
| SSC | SCHOOL BOARD OF ESCAMBI | 7.8940 | 683,600 | 5,396.34 |
| WWT | N.W. FLORIDA WATER MANA( | 0.0500 | 683,600 | 34.18 |
| CMS | M.S.T.U. - SHERIFF | 0.7470 | 683,600 | 510.65 |

| TOTAL MILLAGE | 17.4470 | AD VALOREM TAXES | 11,926.77 |
|---|---|---|---|

RETAIN THIS
PORTION
FOR
YOUR
RECORDS

### NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | RATE | AMOUNT |
|---|---|---|
| | | |

NON-AD VALOREM ASSESSMENTS

PLEASE
PAY ONLY
ONE
AMOUNT
SHOWN IN
YELLOW
SHADED
AREA

| COMBINED TAXES AND ASSESSMENTS | 11,926.77 | PAY ONLY ONE AMOUNT | See reverse side for Important Information |
|---|---|---|---|

| If Paid By Please Pay | Dec 31 2006 11,568.97 | Jan 31 2007 11,688.23 | Feb 28 2007 11,807.50 | Mar 31 2007 11,926.77 | |
|---|---|---|---|---|---|

◄ AMOUNT DUE IF PAID BY

**JANET HOLLEY, CFC**
ESCAMBIA COUNTY TAX COLLECTOR

NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

| ACCOUNT NUMBER | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 00-1065-900 | | 683,600 | | 683,600 | 06 |

PERSONAL PROPERTY 2006  155280.0000

WINN DIXIE MONTGOMERY INC
STORE #495
PROPERTY TAX DEPT
5050 EDGEWOOD COURT
JACKSONVILLE FL 32203-0297

005975 MOBILE

BK BANKRUPTCY

PAY IN U.S. FUNDS TO ESCAMBIA COUNTY TAX COLLECTOR • P.O. BOX 1312 • PENSACOLA, FL 32591-1312        (850) 438-6500

| If Paid By Please Pay | Dec 31 2006 11,568.97 | Jan 31 2007 11,688.23 | Feb 28 2007 11,807.50 | Mar 31 2007 11,926.77 | |
|---|---|---|---|---|---|

RETURN WITH PAYMENT

0000000000  0001192677  0000001552800000  0002  4

**JANET HOLLEY, CFC**
ESCAMBIA COUNTY TAX COLLECTOR

NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

| ACCOUNT NUMBER | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 00-1066-200 | | 433,220 | | 433,220 | 16 |

PERSONAL PROPERTY 2006    155281.0000

WINN DIXIE MONTGOMERY INC
STORE #556
PROPERTY TAX DEPT
5050 EDGEWOOD COURT
JACKSONVILLE FL 32254-3699

004751 BAYOU

BK BANKRUPTCY

OFFICE
(850) 438-6500

TTY
FOR THE
HEARING
IMPAIRED
(850) 472-0031

## AD VALOREM TAXES

| TAXING AUTHORITY | | MILLAGE RATE (DOLLARS PER $1,000 OF TAXABLE VALUE) | | TAXES LEVIED |
|---|---|---|---|---|
| CCO | COUNTY OF ESCAMBIA | 8.7560 | 433,220 | 3,793.27 |
| SSC | SCHOOL BOARD OF ESCAMBI | 7.8940 | 433,220 | 3,419.84 |
| WWT | N.W. FLORIDA WATER MANA( | 0.0500 | 433,220 | 21.66 |
| ICT | CITY OF PENSACOLA | 4.9500 | 433,220 | 2,144.44 |

| TOTAL MILLAGE | 21.6500 | AD VALOREM TAXES | 9,379.21 |
|---|---|---|---|

RETAIN THIS
PORTION
FOR
YOUR
RECORDS

## NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | RATE | AMOUNT |
|---|---|---|
| | | |

NON-AD VALOREM ASSESSMENTS

PLEASE
PAY ONLY
ONE
AMOUNT
SHOWN IN
YELLOW
SHADED
AREA

| COMBINED TAXES AND ASSESSMENTS | 9,379.21 | PAY ONLY ONE AMOUNT | See reverse side for Important Information |
|---|---|---|---|

| If Paid By Please Pay | Dec 31 2006 9,097.83 | Jan 31 2007 9,191.63 | Feb 28 2007 9,285.42 | Mar 31 2007 9,379.21 | |
|---|---|---|---|---|---|

◄ AMOUNT DUE IF PAID BY

**JANET HOLLEY, CFC**
ESCAMBIA COUNTY TAX COLLECTOR

NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

| ACCOUNT NUMBER | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 00-1066-200 | | 433,220 | | 433,220 | 16 |

PERSONAL PROPERTY 2006    155281.0000

WINN DIXIE MONTGOMERY INC
STORE #556
PROPERTY TAX DEPT
5050 EDGEWOOD COURT
JACKSONVILLE FL 32254-3699

004751 BAYOU

BK BANKRUPTCY

PAY IN U.S. FUNDS TO ESCAMBIA COUNTY TAX COLLECTOR • P.O. BOX 1312 • PENSACOLA, FL 32591-1312    (850) 438-6500

| If Paid By Please Pay | Dec 31 2006 9,097.83 | Jan 31 2007 9,191.63 | Feb 28 2007 9,285.42 | Mar 31 2007 9,379.21 | |
|---|---|---|---|---|---|

RETURN WITH PAYMENT

0000000000    0000937921    0000001552810000    0002    0

**JANET HOLLEY, CFC**
ESCAMBIA COUNTY TAX COLLECTOR

NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

| ACCOUNT NUMBER | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 00-1066-300 | | 557,770 | | 557,770 | 06 |

PERSONAL PROPERTY 2006   155282.0000

WINN DIXIE MONTGOMERY INC
STORE #565
PROPERTY TAX DEPT
5050 EDGEWOOD COURT
JACKSONVILLE FL 32254-3699

000400 NAVY

OFFICE
(850) 438-6500

TTY
FOR THE
HEARING
IMPAIRED
(850) 472-0031

BK BANKRUPTCY

### AD VALOREM TAXES

| TAXING AUTHORITY | | MILLAGE RATE (DOLLARS PER $1,000 OF TAXABLE VALUE) | | TAXES LEVIED |
|---|---|---|---|---|
| CCO | COUNTY OF ESCAMBIA | 8.7560 | 557,770 | 4,883.83 |
| SSC | SCHOOL BOARD OF ESCAMBI | 7.8940 | 557,770 | 4,403.04 |
| WWT | N.W. FLORIDA WATER MANA( | 0.0500 | 557,770 | 27.89 |
| CMS | M.S.T.U. - SHERIFF | 0.7470 | 557,770 | 416.65 |

| TOTAL MILLAGE | 17.4470 | AD VALOREM TAXES | 9,731.41 |
|---|---|---|---|

RETAIN THIS
PORTION
FOR
YOUR
RECORDS

### NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | RATE | AMOUNT |
|---|---|---|
| | | |

NON-AD VALOREM ASSESSMENTS

PLEASE
PAY ONLY
ONE
AMOUNT
SHOWN IN
YELLOW
SHADED
AREA

| COMBINED TAXES AND ASSESSMENTS | 9,731.41 | PAY ONLY ONE AMOUNT | See reverse side for Important Information |
|---|---|---|---|

| If Paid By Please Pay | Dec 31 2006 9,439.47 | Jan 31 2007 9,536.78 | Feb 28 2007 9,634.10 | Mar 31 2007 9,731.41 | |
|---|---|---|---|---|---|

AMOUNT
DUE
IF PAID
BY

**JANET HOLLEY, CFC**
ESCAMBIA COUNTY TAX COLLECTOR

NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

| ACCOUNT NUMBER | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 00-1066-300 | | 557,770 | | 557,770 | 06 |

PERSONAL PROPERTY 2006   155282.0000

WINN DIXIE MONTGOMERY INC
STORE #565
PROPERTY TAX DEPT
5050 EDGEWOOD COURT
JACKSONVILLE FL 32254-3699

000400 NAVY

BK BANKRUPTCY

PAY IN U.S. FUNDS TO ESCAMBIA COUNTY TAX COLLECTOR • P.O. BOX 1312 • PENSACOLA, FL 32591-1312

(850) 438-6500

| If Paid By Please Pay | Dec 31 2006 9,439.47 | Jan 31 2007 9,536.78 | Feb 28 2007 9,634.10 | Mar 31 2007 9,731.41 | |
|---|---|---|---|---|---|

RETURN WITH
PAYMENT

0000000000  0000973141  000000155282 0000  0002  6

**JANET HOLLEY, CFC**
ESCAMBIA COUNTY TAX COLLECTOR

NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

| ACCOUNT NUMBER | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 00-1066-400 | | 713,580 | | 713,580 | 06 |

PERSONAL PROPERTY 2006    155598.0000

WINN DIXIE MONTGOMERY INC
STORE #506
PROPERTY TAX DEPT
5050 EDGEWOOD COURT
JACKSONVILLE FL 32203-0297

000312 NINE MILE

OFFICE
(850) 438-6500

TTY
FOR THE
HEARING
IMPAIRED
(850) 472-0031

BK BANKRUPTCY

### AD VALOREM TAXES

| TAXING AUTHORITY | | MILLAGE RATE (DOLLARS PER $1,000 OF TAXABLE VALUE) | | TAXES LEVIED |
|---|---|---|---|---|
| CCO | COUNTY OF ESCAMBIA | 8.7560 | 713,580 | 6,248.11 |
| SSC | SCHOOL BOARD OF ESCAMBI | 7.8940 | 713,580 | 5,633.00 |
| WWT | N.W. FLORIDA WATER MANA( | 0.0500 | 713,580 | 35.68 |
| CMS | M.S.T.U. - SHERIFF | 0.7470 | 713,580 | 533.04 |

TOTAL MILLAGE  17.4470    AD VALOREM TAXES    12,449.83

RETAIN THIS
PORTION
FOR
YOUR
RECORDS

### NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | RATE | AMOUNT |
|---|---|---|
| | | |

NON-AD VALOREM ASSESSMENTS

PLEASE
PAY ONLY
ONE
AMOUNT
SHOWN IN
YELLOW
SHADED
AREA

| COMBINED TAXES AND ASSESSMENTS | 12,449.83 | PAY ONLY ONE AMOUNT | See reverse side for Important Information |
|---|---|---|---|

| If Paid By Please Pay | Dec 31 2006 12,076.34 | Jan 31 2007 12,200.83 | Feb 28 2007 12,325.33 | Mar 31 2007 12,449.83 | |
|---|---|---|---|---|---|

◄ AMOUNT DUE IF PAID BY

**JANET HOLLEY, CFC**
ESCAMBIA COUNTY TAX COLLECTOR

NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

| ACCOUNT NUMBER | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 00-1066-400 | | 713,580 | | 713,580 | 06 |

PERSONAL PROPERTY 2006    155598.0000

WINN DIXIE MONTGOMERY INC
STORE #506
PROPERTY TAX DEPT
5050 EDGEWOOD COURT
JACKSONVILLE FL 32203-0297

000312 NINE MILE

BK BANKRUPTCY

PAY IN U.S. FUNDS TO ESCAMBIA COUNTY TAX COLLECTOR • P.O. BOX 1312 • PENSACOLA, FL 32591-1312    (850) 438-6500

| If Paid By Please Pay | Dec 31 2006 12,076.34 | Jan 31 2007 12,200.83 | Feb 28 2007 12,325.33 | Mar 31 2007 12,449.83 | |
|---|---|---|---|---|---|

RETURN WITH PAYMENT

0000000000  0001244983  0000001555980000  0002  0

**JANET HOLLEY, CFC**
ESCAMBIA COUNTY TAX COLLECTOR

NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

| ACCOUNT NUMBER | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 00-1066-410 | | 628,410 | | 628,410 | 06 |

PERSONAL PROPERTY 2006    155599.0000

WINN DIXIE MONTGOMERY INC
STORE #493
PROPERTY TAX DEPT
5050 EDGEWOOD COURT
JACKSONVILLE FL 32254-3699

013019 SORRENTO

OFFICE
(850) 438-6500

TTY
FOR THE
HEARING
IMPAIRED
(850) 472-0031

BK BANKRUPTCY

## AD VALOREM TAXES

| TAXING AUTHORITY | | MILLAGE RATE (DOLLARS PER $1,000 OF TAXABLE VALUE) | | TAXES LEVIED |
|---|---|---|---|---|
| CCO | COUNTY OF ESCAMBIA | 8.7560 | 628,410 | 5,502.36 |
| SSC | SCHOOL BOARD OF ESCAMBI | 7.8940 | 628,410 | 4,960.67 |
| WWT | N.W. FLORIDA WATER MANA( | 0.0500 | 628,410 | 31.42 |
| CMS | M.S.T.U. - SHERIFF | 0.7470 | 628,410 | 469.42 |

| TOTAL MILLAGE | 17.4470 | AD VALOREM TAXES | 10,963.87 |

RETAIN THIS
PORTION
FOR
YOUR
RECORDS

## NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | RATE | AMOUNT |
|---|---|---|

NON-AD VALOREM ASSESSMENTS

PLEASE
PAY ONLY
ONE
AMOUNT
SHOWN IN
YELLOW
SHADED
AREA

| COMBINED TAXES AND ASSESSMENTS | 10,963.87 | PAY ONLY ONE AMOUNT | See reverse side for Important Information |
|---|---|---|---|

| If Paid By Please Pay | Dec 31 2006 10,634.95 | Jan 31 2007 10,744.59 | Feb 28 2007 10,854.23 | Mar 31 2007 10,963.87 | |

◄ AMOUNT DUE IF PAID BY

**JANET HOLLEY, CFC**
ESCAMBIA COUNTY TAX COLLECTOR

NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

| ACCOUNT NUMBER | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 00-1066-410 | | 628,410 | | 628,410 | 06 |

PERSONAL PROPERTY 2006    155599.0000

WINN DIXIE MONTGOMERY INC
STORE #493
PROPERTY TAX DEPT
5050 EDGEWOOD COURT
JACKSONVILLE FL 32254-3699

013019 SORRENTO

BK BANKRUPTCY

PAY IN U.S. FUNDS TO ESCAMBIA COUNTY TAX COLLECTOR • P.O. BOX 1312 • PENSACOLA, FL 32591-1312          (850) 438-6500

| If Paid By Please Pay | Dec 31 2006 10,634.95 | Jan 31 2007 10,744.59 | Feb 28 2007 10,854.23 | Mar 31 2007 10,963.87 | |

RETURN WITH PAYMENT

0000000000  0001096387  0000001555990000  0002  0

JANET HOLLEY, CFC
ESCAMBIA COUNTY TAX COLLECTOR

**NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS**

| ACCOUNT NUMBER | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 00-1066-411 | | 467,050 | | 467,050 | 06 |

PERSONAL PROPERTY 2006   155600.0000

WINN DIXIE MONTGOMERY INC
STORE #498
PROPERTY TAX DEPT
5050 EDGEWOOD COURT
JACKSONVILLE FL 32254-3699

000155 HIGHWAY 29

OFFICE
(850) 438-6500

TTY
FOR THE
HEARING
IMPAIRED
(850) 472-0031

BK BANKRUPTCY

### AD VALOREM TAXES

| TAXING AUTHORITY | | MILLAGE RATE (DOLLARS PER $1,000 OF TAXABLE VALUE) | | TAXES LEVIED |
|---|---|---|---|---|
| CCO | COUNTY OF ESCAMBIA | 8.7560 | 467,050 | 4,089.49 |
| SSC | SCHOOL BOARD OF ESCAMBI | 7.8940 | 467,050 | 3,686.89 |
| WWT | N.W. FLORIDA WATER MANA( | 0.0500 | 467,050 | 23.35 |
| CMS | M.S.T.U. - SHERIFF | 0.7470 | 467,050 | 348.89 |

| TOTAL MILLAGE | 17.4470 | AD VALOREM TAXES | 8,148.62 |
|---|---|---|---|

RETAIN THIS
PORTION
FOR
YOUR
RECORDS

### NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | RATE | AMOUNT |
|---|---|---|
| | | |

NON-AD VALOREM ASSESSMENTS

PLEASE
PAY ONLY
ONE
AMOUNT
SHOWN IN
YELLOW
SHADED
AREA

| COMBINED TAXES AND ASSESSMENTS | 8,148.62 | PAY ONLY ONE AMOUNT | See reverse side for Important information |
|---|---|---|---|

| If Paid By Please Pay | Dec 31 2006 7,904.16 | Jan 31 2007 7,985.65 | Feb 28 2007 8,067.13 | Mar 31 2007 8,148.62 | |
|---|---|---|---|---|---|

◀ AMOUNT DUE IF PAID BY

---

**JANET HOLLEY, CFC**
ESCAMBIA COUNTY TAX COLLECTOR

NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

| ACCOUNT NUMBER | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 00-1066-411 | | 467,050 | | 467,050 | 06 |

PERSONAL PROPERTY 2006   155600.0000

WINN DIXIE MONTGOMERY INC
STORE #498
PROPERTY TAX DEPT
5050 EDGEWOOD COURT
JACKSONVILLE FL 32254-3699

000155 HIGHWAY 29

BK BANKRUPTCY

PAY IN U.S. FUNDS TO ESCAMBIA COUNTY TAX COLLECTOR • P.O. BOX 1312 • PENSACOLA, FL 32591-1312    (850) 438-6500

| If Paid By Please Pay | Dec 31 2006 7,904.16 | Jan 31 2007 7,985.65 | Feb 28 2007 8,067.13 | Mar 31 2007 8,148.62 | |
|---|---|---|---|---|---|

RETURN WITH PAYMENT

0000000000  0000814862  0000001556000000  0002  8

**JANET HOLLEY, CFC**
ESCAMBIA COUNTY TAX COLLECTOR

NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

| ACCOUNT NUMBER | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 00-1085-474 | | 671,080 | | 671,080 | 06 |

PERSONAL PROPERTY 2006 — 163046.0000

WINN DIXIE MONTGOMERY INC
STORE #535
PROPERTY TAX DEPT
5050 EDGEWOOD COURT
JACKSONVILLE FL 32254-3699

000050 BLUE ANGEL

OFFICE
(850) 438-6500

TTY
FOR THE
HEARING
IMPAIRED
(850) 472-0031

BK BANKRUPTCY

### AD VALOREM TAXES

| TAXING AUTHORITY | | MILLAGE RATE (DOLLARS PER $1,000 OF TAXABLE VALUE) | | TAXES LEVIED |
|---|---|---|---|---|
| CCO | COUNTY OF ESCAMBIA | 8.7560 | 671,080 | 5,875.98 |
| SSC | SCHOOL BOARD OF ESCAMBI | 7.8940 | 671,080 | 5,297.51 |
| WWT | N.W. FLORIDA WATER MANA( | 0.0500 | 671,080 | 33.55 |
| CMS | M.S.T.U. - SHERIFF | 0.7470 | 671,080 | 501.30 |

| TOTAL MILLAGE | 17.4470 | AD VALOREM TAXES | 11,708.34 |
|---|---|---|---|

RETAIN THIS
PORTION
FOR
YOUR
RECORDS

### NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | RATE | AMOUNT |
|---|---|---|
| | | |

NON-AD VALOREM ASSESSMENTS

PLEASE
PAY ONLY
ONE
AMOUNT
SHOWN IN
YELLOW
SHADED
AREA

| COMBINED TAXES AND ASSESSMENTS | 11,708.34 | PAY ONLY ONE AMOUNT | See reverse side for Important Information |
|---|---|---|---|
| If Paid By Please Pay | Dec 31 2006 11,357.09 | Jan 31 2007 11,474.17 | Feb 28 2007 11,591.26 | Mar 31 2007 11,708.34 |

◄ AMOUNT DUE IF PAID BY

**JANET HOLLEY, CFC**
ESCAMBIA COUNTY TAX COLLECTOR

NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

| ACCOUNT NUMBER | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 00-1085-474 | | 671,080 | | 671,080 | 06 |

PERSONAL PROPERTY 2006 — 163046.0000

WINN DIXIE MONTGOMERY INC
STORE #535
PROPERTY TAX DEPT
5050 EDGEWOOD COURT
JACKSONVILLE FL 32254-3699

000050 BLUE ANGEL

BK BANKRUPTCY

PAY IN U.S. FUNDS TO ESCAMBIA COUNTY TAX COLLECTOR • P.O. BOX 1312 • PENSACOLA, FL 32591-1312      (850) 438-6500

| If Paid By Please Pay | Dec 31 2006 11,357.09 | Jan 31 2007 11,474.17 | Feb 28 2007 11,591.26 | Mar 31 2007 11,708.34 | |
|---|---|---|---|---|---|

RETURN WITH PAYMENT

0000000000  0001170834  0000001630460000  0002  6

**JANET HOLLEY, CFC**
ESCAMBIA COUNTY TAX COLLECTOR

NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

| ACCOUNT NUMBER | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 00-2006-447 | | 17,060 | | 17,060 | 06 |

PERSONAL PROPERTY 2006   162574.0000

WINN DIXIE LIQUORS #515
WINN DIXIE SUPERMARKETS INC                005975 MOBILE
P O BOX 2209
JACKSONVILLE FL 32203-2209

OFFICE
(850) 438-6500

TTY
FOR THE
HEARING
IMPAIRED
(850) 472-0031

BK BANKRUPTCY

### AD VALOREM TAXES

| TAXING AUTHORITY | | MILLAGE RATE (DOLLARS PER $1,000 OF TAXABLE VALUE) | | TAXES LEVIED |
|---|---|---|---|---|
| CCO | COUNTY OF ESCAMBIA | 8.7560 | 17,060 | 149.38 |
| SSC | SCHOOL BOARD OF ESCAMBI | 7.8940 | 17,060 | 134.67 |
| WWT | N.W. FLORIDA WATER MANA( | 0.0500 | 17,060 | 0.85 |
| CMS | M.S.T.U. - SHERIFF | 0.7470 | 17,060 | 12.74 |

| TOTAL MILLAGE | 17.4470 | AD VALOREM TAXES | 297.64 |
|---|---|---|---|

### NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | RATE | AMOUNT |
|---|---|---|

NON-AD VALOREM ASSESSMENTS

RETAIN THIS PORTION FOR YOUR RECORDS

PLEASE PAY ONLY ONE AMOUNT SHOWN IN YELLOW SHADED AREA

| COMBINED TAXES AND ASSESSMENTS | 297.64 | PAY ONLY ONE AMOUNT | See reverse side for Important Information |
|---|---|---|---|

| If Paid By Please Pay | Dec 31 2006 288.71 | Jan 31 2007 291.69 | Feb 28 2007 294.66 | Mar 31 2007 297.64 | |
|---|---|---|---|---|---|

◄ AMOUNT DUE IF PAID BY

**JANET HOLLEY, CFC**
ESCAMBIA COUNTY TAX COLLECTOR

NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

| ACCOUNT NUMBER | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 00-2006-447 | | 17,060 | | 17,060 | 06 |

PERSONAL PROPERTY 2006   162574.0000

WINN DIXIE LIQUORS #515
WINN DIXIE SUPERMARKETS INC                005975 MOBILE
P O BOX 2209
JACKSONVILLE FL 32203-2209

BK BANKRUPTCY

PAY IN U.S. FUNDS TO ESCAMBIA COUNTY TAX COLLECTOR • P.O. BOX 1312 • PENSACOLA, FL 32591-1312          (850) 438-6500

| If Paid By Please Pay | Dec 31 2006 288.71 | Jan 31 2007 291.69 | Feb 28 2007 294.66 | Mar 31 2007 297.64 | |
|---|---|---|---|---|---|

RETURN WITH PAYMENT

0000000000  0000029764  000000162574 0000  0002  2

**JANET HOLLEY, CFC**
ESCAMBIA COUNTY TAX COLLECTOR

NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

| ACCOUNT NUMBER | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 00-2010-368 | | 76,960 | | 76,960 | 06 |

PERSONAL PROPERTY 2006    163366.0000

WINN DIXIE LIQUORS #493
LIQUOR STORE #493
PROPERTY TAX DEPT
5050 EDGEWOOD COURT
JACKSONVILLE FL 32254-3699

013019 SORRENTO

BK BANKRUPTCY

OFFICE
(850) 438-6500

TTY
FOR THE
HEARING
IMPAIRED
(850) 472-0031

## AD VALOREM TAXES

| TAXING AUTHORITY | | MILLAGE RATE (DOLLARS PER $1,000 OF TAXABLE VALUE) | | TAXES LEVIED |
|---|---|---|---|---|
| CCO | COUNTY OF ESCAMBIA | 8.7560 | 76,960 | 673.86 |
| SSC | SCHOOL BOARD OF ESCAMBI | 7.8940 | 76,960 | 607.52 |
| WWT | N.W. FLORIDA WATER MANA( | 0.0500 | 76,960 | 3.85 |
| CMS | M.S.T.U. - SHERIFF | 0.7470 | 76,960 | 57.49 |

| TOTAL MILLAGE | 17.4470 | AD VALOREM TAXES | 1,342.72 |
|---|---|---|---|

RETAIN THIS
PORTION
FOR
YOUR
RECORDS

## NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | RATE | AMOUNT |
|---|---|---|
| | | |

NON-AD VALOREM ASSESSMENTS

PLEASE
PAY ONLY
ONE
AMOUNT
SHOWN IN
YELLOW
SHADED
AREA

| COMBINED TAXES AND ASSESSMENTS | 1,342.72 | PAY ONLY ONE AMOUNT | See reverse side for Important Information |
|---|---|---|---|

| If Paid By Please Pay | Dec 31 2006 1,302.44 | Jan 31 2007 1,315.87 | Feb 28 2007 1,329.29 | Mar 31 2007 1,342.72 | AMOUNT DUE IF PAID BY ◄ |

---

**JANET HOLLEY, CFC**
ESCAMBIA COUNTY TAX COLLECTOR

NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

| ACCOUNT NUMBER | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 00-2010-368 | | 76,960 | | 76,960 | 06 |

PERSONAL PROPERTY 2006    163366.0000

WINN DIXIE LIQUORS #493
LIQUOR STORE #493
PROPERTY TAX DEPT
5050 EDGEWOOD COURT
JACKSONVILLE FL 32254-3699

013019 SORRENTO

BK BANKRUPTCY

PAY IN U.S. FUNDS TO ESCAMBIA COUNTY TAX COLLECTOR • P.O. BOX 1312 • PENSACOLA, FL 32591-1312      (850) 438-6500

| If Paid By Please Pay | Dec 31 2006 1,302.44 | Jan 31 2007 1,315.87 | Feb 28 2007 1,329.29 | Mar 31 2007 1,342.72 | RETURN WITH PAYMENT |

0000000000  0000134272  000000163660000  0002  0

# Janet Holley, CFC



ESCAMBIA COUNTY TAX COLLECTOR
P O Box 1312, PENSACOLA, FLORIDA 32591
PHONE: 850-438-6500   ectc@co.escambia.fl.us
WEB: www.escambiataxcollector.com
TTY (850) 472-0031 (for the hearing impaired)

January 3, 2007

United States Bankruptcy Court
Middle District of Florida
Jacksonville Division/US Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, FL  32202

RE:   Winn-Dixie Stores, Inc.
      Case No. 05-03817-3F1

Dear Sir/Madam;

We enclose an Administrative Expense Claim form to be filed in the referenced bankruptcy case. Also enclosed is a photocopy of the Administrative Expense Claim and we request that you return same to us with the filing information stamped thereon. Please return in the self-addressed, postage-paid envelope.

Thank you for your assistance in this matter.

Sincerely,

Glenda Mahuron
Deputy Tax Collector

/gm
enclosure

*"Where service is a matter of pride."*