# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 05-03817-3FI |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors. | ) | Jointly Administered |

FILED
JACKSONVILLE
FLORIDA

2007 JAN -4  A 9: 39

## APPLICATION SEEKING PAYMENT OR
## ADMINISTRATIVE CLAIM ARISING AGAINST DEBTOR
## FOR THE PERIOD BETWEEN FEBRUARY 21, 2005 AND NOVEMBER 21, 2006

1. New Iberia Associates is the Landlord of Winn-Dixie Store #1456 located in New Iberia, LA (the "Landlord").

2. In the Original Proof of Claim filed by the Landlord, Common Area Maintenance, Real Estate Taxes, and Insurance for the period January 1, 2005 through February 21, 2005 (the "fifty-two day Pre-Petition period") had to be estimated, as the actual amounts due could not yet been determined as they are not billed at the end of each calendar year.

The 2005 "estimated" amounts were not allowed on the Cure Claim. The actual 2005 additional rent charges were billed to Tenant in the amount of $65,404.59 on January 26, 2006 based on a calendar year. A total amount of $50,666.61 was remitted on May 12, 2006 and May 22, 2006, leaving a balance due in the amount of $14,737.98 for calendar year 2005.

As this Lease has been accepted and Winn Dixie continues to occupy and operate, all past due rents and additional charges must be made current.

3.  The Landlord makes the claim of $14,737.98 against the Debtor which represents the amount of Real Estates Taxes per the attached.

## Notice

A true copy of the within Application has been provided to:

SMITH HULSEY & BUSEY
James H. Post
225 Water Street, Suite 1800
Jacksonville Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
Co-Attorneys for Debtors

MILBANK, TWEED, HADLEY & McCLOY LLP
Matthew Barr
1 Chase Manhattan Plaza
New York, NY 10005
(212) 822-5194 (facsimile)

Dated: January 3, 2007

**LANDLORD:**

NEW IBERIA ASSOCIATES

By: La Sala Management, Inc. (General Partner)

By:
Anthony J. La Sala, President
1410 Valley Road
Wayne, New Jersey 07470
(973) 696-7499
(973) 696-1428 (facsimile)

**LANDLORD'S PROPERTY MANAGER:**

AFI MANAGEMENT

By:
Ronnie Leahy

Sworn + Subscribed to
Before me this 3rd Day of
January, 2007

GEORGIANNA GRASSO
A NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES MAY 25, 2010

WINN DIXIE #1456
NEW IBERIA LA

| | |
|---|---|
| 2005 CAM / REAL ESTATE TAX / INSURANCE BILLED 1/26/2006 | 65,404.59 |
| 2005 PAID 5/12/2006   CK# 8200870 | (27,472.06) |
| 2005 PAID 5/22/2006   CK# 8203534 | (23,194.55) |
| BALANCE DUE | **14,737.98** |

------------------------------------------------------------------------------------------------

# AFI MANAGEMENT

1410 VALLEY ROAD
WAYNE, NEW JERSEY 07470

(973) 694-8861 • FAX (973) 694-3697

January 26, 2006

Winn Dixie Louisiana, Inc.
Real Estate Manager
P.O. Box 51059
New Orleans, LA 70151-1059

      Re:    2005 Expense Reimbursement
               Winn Dixie # 1456
               New Iberia, LA

Dear Tenant:

      Pursuant to the terms of your Lease Agreement, you are required to pay your pro-rata share of 2005 expenses. Please be advised that the following calculation represents your balance due:

| | |
|---|---|
| Real Estate Taxes: | $ 50,837.82 |
| Common Area Maintenance: | $ 51,319.97 |
| Insurance: | $ 20,773.00 |
| Total Expenses: | $122,930.79 |
| Tenant Prorata Share: | x   53.2044% |
| Total Amount Due: | $ 65,404.59 |
| Less Amount Previously Billed: | (        0.00) |
| **Total Balance Due:** | **$ 65,404.59** |

      Please remit **$65,404.59** made payable to AFI Management. If you have any further questions, please contact our office.

Very truly yours,

Ronnie Leahy
For New Iberia Associates

| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION<br>**Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered** | Chapter 11<br>**PROOF OF CLAIM** | **DEADLINE FOR FILING PROOFS OF<br>CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M.<br>EASTERN TIME** |
|---|---|---|

Name of Debtor Against Which You Assert Your Claim:

Debtor Name: **WINN DIXIE STORES INC**   Case No. **05-03817-3F1**
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

**A. Name and Address of Creditor** (The person or other entity to whom the debtor owes money or property):

[barcode]   20152850 ✱

**✱✱ WDX-1009-B2-07**
**AFI MANAGEMENT**   ✱ Same Claim As
**NEW IBERIA ASSOCIATES**   - 20256253
**1410 VALLEY ROAD**   - 19948490
**WAYNE, NJ 07470**   - 19954218

Same As **WDX 315925 B2 41**
✱✱ **WDX 241335 B1 12**
**WDX 315716 B1 40**

Telephone No. of Creditor **973-694-8861**

Fax No. of Creditor **973-694-3697**

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

**B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if):** ☐ replaces address above ☐ additional address

Name: _____

Company/Firm: _____

Address: _____
_____
_____

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.
☐ Check box if you have never received any notices in this case.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

Account or Other Number by Which Creditor Identifies Debtor:
**WINN DIXIE #1456**

Check here if this claim ☐ replaces ☐ amends   a previously filed claim, dated: _____

**1. Basis for Claim**
- ☐ Goods sold to debtor(s)
- ☐ Services performed for debtor(s)
- ☐ Goods purchased from debtor(s)
- ☐ Money loaned
- ☐ Personal injury/property damage
- ☐ Other _____
- ☐ Taxes
- ☐ Severance agreement
- ☐ Refund
- ☒ Real property lease
- ☐ Personal property lease
- ☐ Other contract _____
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SSN: _____
  Unpaid compensation for services performed from
  _____ to _____
  (date)         (date)

**2. Date debt was incurred:** CAM + INSURANCE
**2004 REAL ESTATE TAX, BILLED 1/18/05** 2/2/05 **CAM** TO

**3. If claim is based on a Court Judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:**

$ **68,252.37** (unsecured)   $_____ (secured)   $_____ (priority)   $ **68,252.37** (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief description of Collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other _____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim** $ **68,252.37**
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $_____
Specify the priority of the claim:
- ☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a) (3).
- ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a) (4).
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a) (6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507 (a) (7).
- ☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a) (8).
- ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a) ( ).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space Is For Court Use Only

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice: |
|---|---|
| **7-25-05** | Print: **ANTHONY J. LASALA**   Title: **LANDLORD - GENERAL PARTNER**<br>Signature: _[signature]_ |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION<br><br>**Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered** | Chapter 11<br>**PROOF OF CLAIM** | **DEADLINE FOR FILING PROOFS OF CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M. EASTERN TIME** |

Name of Debtor Against Which You Assert Your Claim:

Debtor Name: **WINN DIXIE LOUISIANA INC**    Case No. _____
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):

20256253

WDX-315925-B2-41
A F I MANAGEMENT
NEW IBERIA ASSOCIATES
1410 VALLEY ROAD
ATTN: ANTHONY LASALA
WAYNE,, NJ 07470

Telephone No. of Creditor _____

Fax No. of Creditor _____

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if): ☐ replaces address above ☐ additional address

Name: _____

Company/Firm: _____

Address: _____
_____
_____

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.
☐ Check box if you have never received any notices in this case.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, **EXCEPT AS FOLLOWS:** If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

Account or Other Number by Which Creditor Identifies Debtor: _____

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____

**1. Basis for Claim**
☐ Goods sold to debtor(s)
☐ Services performed for debtor(s)
☐ Goods purchased from debtor(s)
☐ Money loaned
☐ Personal injury/property damage
☐ Other _____

☐ Taxes
☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SSN: _____
Unpaid compensation for services performed from
_____ to _____
(date)        (date)

**2. Date debt was incurred:**

**3. If claim is based on a Court Judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:**

$_____ (unsecured)  $_____ (secured)  $_____ (priority)  $_____ (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief description of Collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other _____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim $_____**
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a) (3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a) (4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a) (6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507 (a) (7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a) (8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a) ( ).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space Is For Court Use Only

Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice:

Print: _____    Title: _____

Signature: _____

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

| UNITED STATES BANKRUPTCY COURT **MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION** **Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered** | Chapter 11 **PROOF OF CLAIM** | **DEADLINE FOR FILING PROOFS OF CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M. EASTERN TIME** |

| Name of Debtor Against Which You Assert Your Claim: Debtor Name: _____  Case No. _____ (See List of Names and Case Numbers on Reverse Side) | Your claim is scheduled as follows: • **Debtor** Winn-Dixie Stores, Inc. **Classification** Unsecured Non-Priority Claim **Scheduled Amount** $23,752.62 |

**NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.**

**A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):**

‖‖‖‖‖‖‖‖‖‖‖‖  19948490
Creditor Id: WDX-241335-B1-12
AFI MANAGEMENT
NEW IBERIA ASSOCIATES
1410 VALLEY ROAD
WAYNE, NJ 07470

Telephone No. of Creditor

Fax No. of Creditor

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

**B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if): ☐ replaces address above ☐ additional address**

Name: _____

Company/Firm: _____

Address: _____

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.
☐ Check box if you have never received any notices in this case.

Account or Other Number by Which Creditor Identifies Debtor: _____

Check here if this claim
☐ replaces ☐ amends     a previously filed claim, dated: _____

**1. Basis for Claim**
☐ Goods sold to debtor(s)
☐ Services performed for debtor(s)
☐ Goods purchased from debtor(s)
☐ Money loaned
☐ Personal injury/property damage
☐ Other _____

☐ Taxes
☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SSN: _____
Unpaid compensation for services performed from
_____ to _____
(date)    (date)

**2. Date debt was incurred:**

**3. If claim is based on a Court Judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:**
$_____ $_____ $_____ $_____
(unsecured)　(secured)　(priority)　(Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief description of Collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other _____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim $_____**
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a) (3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a) (4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a) (6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507 (a) (7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a) (8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a) (__).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**9. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space Is For Court Use Only

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice: Print: _____  Title: _____ Signature: _____ |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

| UNITED STATES BANKRUPTCY COURT<br>**MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION**<br><br>**Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered** | Chapter 11<br>**PROOF OF CLAIM** | **DEADLINE FOR FILING PROOFS OF CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M. EASTERN TIME** |
| --- | --- | --- |

**Name of Debtor Against Which You Assert Your Claim:**

Debtor Name: _____    Case No. _____
(See List of Names and Case Numbers on Reverse Side)

Your claim is scheduled as follows:

- **Debtor**
Winn-Dixie Stores, Inc.
**Classification**
Unsecured Non-Priority Claim
**Scheduled Amount**
$.00
Disputed Contingent Unliquidated

**NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.**

**A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):**

|||[barcode] 19954218|
Creditor Id: WDX-315716-B1-40
AFI MANAGEMENT
NEW IBERIA ASSOCIATES
1410 VALLEY ROAD
WAYNE, NJ 07470

Telephone No. of Creditor _____

Fax No. of Creditor _____

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

**B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if):** ☐ replaces address above ☐ additional address

Name:_____

Company/Firm:_____

Address:_____

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.

☐ Check box if you have never received any notices in this case.

Account or Other Number by Which Creditor Identifies Debtor:

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____

**1. Basis for Claim**
☐ Goods sold to debtor(s)
☐ Services performed for debtor(s)
☐ Goods purchased from debtor(s)
☐ Money loaned
☐ Personal injury/property damage
☐ Other _____

☐ Taxes
☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SSN:_____
Unpaid compensation for services performed from
_____ to _____
(date)                      (date)

**2. Date debt was incurred:**

**3. If claim is based on a Court Judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:**

$_____    $_____    $_____    $_____
(unsecured)          (secured)          (priority)          (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim $_____**
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a) (3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a) (4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a) (6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507 (a) (7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a) (8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a) (  ).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**9. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space Is For Court Use Only

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice:<br><br>Print:_____    Title:_____<br><br>Signature:_____ |
| --- | --- |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# AFI MANAGEMENT

1410 VALLEY ROAD
WAYNE, NEW JERSEY 07470

(973) 694-8861 • FAX (973) 694-3697

January 18, 2005

Winn Dixie Louisiana, Inc.
Real Estate Manager
P.O. Box 51059
New Orleans, LA 70151-1059

Re:    2004 Expense Reimbursement
Winn Dixie # 1456
New Iberia, LA

Dear Tenant:

Pursuant to the terms of your Lease Agreement, you are required to pay your pro-rata share of 2004 expenses.  Please be advised that the following calculation represents your balance due:

| | | |
|---|---|---|
| Real Estate Taxes: | $ 49,870.29 | 26,533.19 |
| Common Area Maintenance: | $ 43,471.52 | 23,128.76 |
| Insurance: | $ 18,552.00 | 9,870.48 |
| Total Expenses: | $111,893.81 | |
| Tenant Prorata Share: | x  53.2044% | |
| Total Amount Due: | $ 59,532.43 | |
| Less Amount Previously Billed: | ( 0.00) | |
| **Total Balance Due:** | **$ 59,532.43** | *PAID 11/27/06 # 8270306* |

Please remit **$59,532.43** made payable to AFI Management. If you have any further questions, please contact our office.

Very truly yours,

*Ronnie Leahy*

Ronnie Leahy
For New Iberia Associates

User: MANAGER                        Occupant Ledger                  Page:    1

Unit Reference Number : 600-0171      Occupant Type : Current
Property Name        : NEW IBERIA ASSOCIATES       ID:          8508701000393
|------------------------------------------------------------------------------|
Company Name    : WINN DIXIE #1456           Phone Number :
Address 1       : TOWN & COUNTRY             Unit Number   : 0171
Address 2       : NEW IBERIA, LA
City, State Zip :

                            Chronological History

--------  ----  ------------------------------  ---------------  ---------------
  Date    Code        Description                   Amount           Balance
--------  ----  ------------------------------  ---------------  ---------------

| Date | Code | Description | Amount | Balance |
|---|---|---|---|---|
| 1/01/05 | RNT | MONTHLY RENT | 30,030.00 | 30,030.00 |
| 1/06/05 | RNT | Pymt. Batch 500 Check 7415784 | (30,030.00) | 0.00 |
| 1/18/05 | INS | 2004 INSURANCE | 9,870.48 | 9,870.48 |
| 1/18/05 | TAX | 2004 REAL ESTATE TAXES | 23,128.76 | 32,999.24 |
| 1/18/05 | CAM | 2004 COMMON AREA MAINTENANCE | 26,533.19 | 59,532.43 |
| 2/01/05 | RNT | MONTHLY RENT | 30,030.00 | 89,562.43 |
| 2/07/05 | RNT | Pymt. Batch 529 Check 7439594 | (30,030.00) | 59,532.43 |
| 2/21/05 | CAM | 2005 EST CAM ADJ 1/1/05-2/21/ | 3,780.07 | 63,312.50 |
| 2/21/05 | INS | 2005 EST INS ADJ 1/1/05-2/21/ | 1,644.82 | 64,957.32 |
| 2/21/05 | TAX | 2005 EST TAX ADJ 1/1/05-2/21/ | 3,295.06 | 68,252.38 |
| 3/01/05 | RNT | MONTHLY RENT | 30,030.00 | 98,282.38 |
| 3/07/05 | RNT | Pymt. Batch 561 Check 8000399 | (30,030.00) | 68,252.38 |
| 4/01/05 | RNT | MONTHLY RENT | 30,030.00 | 98,282.38 |
| 4/07/05 | RNT | Pymt. Batch 589 Check 8012925 | (30,030.00) | 68,252.38 |
| 5/01/05 | RNT | MONTHLY RENT | 30,030.00 | 98,282.38 |
| 5/06/05 | RNT | Pymt. Batch 615 Check 8029506 | (30,030.00) | 68,252.38 |
| 6/01/05 | RNT | MONTHLY RENT | 30,030.00 | 98,282.38 |
| 6/06/05 | RNT | Pymt. Batch 646 Check 8048013 | (30,030.00) | 68,252.38 |
| 7/01/05 | RNT | MONTHLY RENT | 30,030.00 | 98,282.38 |
| 7/08/05 | RNT | Pymt. Batch 673 Check 8065556 | (30,030.00) | 68,252.38 |

WINN DIXIE #1456
NEW IBERIA LA

PAST DUE:

| 2004 | |
| --- | --- |
| COMMON AREA MAINTENANCE | $26,533.19 |
| REAL ESTATE TAX | $23,128.76 |
| INSURANCE | $9,870.48 |
| TOTAL PAST DUE | $59,532.43 |

**ESTIMATED EXPENSES DUE THROUGH 2/21/05**

| | |
| --- | --- |
| COMMON AREA MAINTENANCE ( based on 2004) | $3,780.07 |
| REAL ESTATE TAX   ( based on 2004) | $3,295.06 |
| INSURANCE  (2005) | $1,644.82 |
| TOTAL ESTIMATE DUE THROUGH 2/21/05 | $8,719.95 |

**TOTAL 2004 & ESTIMATED 2005 TO 2/21/05**          $68,252.38

**NEW IBERIA ASSOCIATES**
1410 Valley Road
Wayne, NJ  07470
(973) 696-7499
Fax (973) 696-1428

FILED
JACKSONVILLE
FLORIDA

2007 JAN -4  A  9: 39

U S BANKRUPTCY COURT
MIDDLE DISTRICT
OF FLORIDA

**VIA FEDERAL EXPRESS**

January 2, 2007

Clerk of the Court
United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, FL  32202

      Re:    Winn-Dixie Stores, Inc., et al.
             Case No. 05-03817-3F1
             New Iberia Associates ("Landlord") of Winn-Dixie Store #1456

Dear Sir or Madam:

      Enclosed please find Application Seeking Payment or Administrative Claim Arising Against Debtor for the Period between February 21, 2005 and November 21, 2006.  Kindly return proof of filing in the enclosed envelope.

Very truly yours,

Anthony J. La Sala

AJL/gg
Encl.

cc:  Smith Hulsey & Busey         Milbank, Tweed, Hadley & McCloy
     Attn:  James H. Post         Attn:  Matthew Barr
     225 Water Street, Suite 180  1 Chase Manhattan Plaza
     Jacksonville Florida  32202  New York, NY  10005
     Via Fax:  904-359-7708      Via Fax: 212-822-5194
     & Regular Mail            & Regular Mail