UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
JACKSONVILLE
FLORIDA

2007 JAN -4  A 9: 34

U S BANKRUPTCY COURT
MIDDLE DISTRICT
OF FLORIDA

In re:                                      )   Case No. 05-03817-3FI

WINN-DIXIE STORES, INC., et al.,            )   Chapter 11

Debtors.                                    )   Jointly Administered

APPLICATION SEEKING PAYMENT OR
ADMINISTRATIVE CLAIM ARISING AGAINST DEBTOR
FOR THE PERIOD BETWEEN FEBRUARY 21, 2005 AND NOVEMBER 21, 2006

1. Hammonton Partners is the Landlord of Winn-Dixie Store #1490 located in Crowley, LA (the "Landlord").

2. In the original Proof of Claim filed by the Landlord, the Real Estate Taxes, Common Area Maintenance, and Insurance for the period January 1, 2005 through February 21, 2005 (the "fifty-two day Pre-Petition period") had to be estimated, as the actual figures that are billed at year end had not yet been determined.

This "estimate" was not allowed in the Cure Claim for the 2004 year billed. When the actual 2005 Real Estate Taxes, Common Area Maintenance, and Insurance were determined and billed on January 23, 2006, again this amount was not remitted as Pre-Petition.

As this Lease has been accepted by Winn Dixie, and Debtor continues to occupy and operate, all past due rents and additional charges must be made current.

3. The Landlord makes the claim of $7,032.17 against the Debtor which represents the amount of Common Area Maintenance ("CAM"), Real Estates Taxes and Insurance per the attached.

### Notice

A true copy of the within Application has been provided to:

SMITH HULSEY & BUSEY
James H. Post
225 Water Street, Suite 1800
Jacksonville Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
Co-Attorneys for Debtors

MILBANK, TWEED, HADLEY & McCLOY LLP
Matthew Barr
1 Chase Manhattan Plaza
New York, NY 10005
(212) 822-5194 (facsimile)

Dated: January 3, 2007

**LANDLORD:**

HAMMONTON PARTNERS

By: La Sala Management, Inc. (General Partner)

By: _____
Anthony J. La Sala, President
1410 Valley Road
Wayne, New Jersey 07470
(973) 696-7499
(973) 696-1428 (facsimile)

**LANDLORD'S PROPERTY MANAGER:**

AFI MANAGEMENT

By: _____
Ronnie Leahy

Sworn + Subscribed to
Before me this 3rd day
of January, 2007

_____
Georgianna Grasso

GEORGIANNA GRASSO
A NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES MAY 25, 2010

WINN DIXIE #1490
CROWLEY LA

| | |
|---|---:|
| 2005 CAM / REAL ESTATE TAX / INSURANCE BILLED 1/23/2006 | 49,360.34 |
| 2005 PAID 3/20/2006   CK# 8171933 | (24,755.16) |
| 2005 PAID 4/7/2006   CK# 8182775 | (16,181.72) |
| 2005 PAID 11/1/2006   CK# 8267680 | (1,391.29) |
| BALANCE DUE | 7,032.17 |

## AFI MANAGEMENT

1410 VALLEY ROAD
WAYNE, NEW JERSEY 07470

January 23, 2006                    (973) 694-8861 • FAX (973) 694-3697

Ms. Jay Thompson
Winn Dixie # 1490
P.O. Box 51059
New Orleans, LA 70151-1059

      Re:   Winn Dixie # 1490
              2005 Expense Reimbursement
              Crowley Village, Crowley, LA

Dear Tenant:

      Pursuant to the terms of your Lease Agreement, you are required to pay your pro-rata share of 2005 expenses. The following calculations represent your balance due:

| | |
|---|---|
| Grounds & Land Maintenance: | $27,506.00 |
| Parking Lot Electric: | $ 7,770.13 |
| Sprinkler: | $    180.00 |
| Misc. Repairs & Maint.: | $    550.00 |
| Parking Lot Repairs: | $ 2,825.00 |
| **Total Common Area Maintenance:** | $38,831.13 |
| **Real Estate Taxes:** | $40,950.67 |
| **Insurance:** | $27,337.00 |
| **Total Expenses:** | $107,118.80 |
| **Tenant Prorata Share** | x   46.08% |
| **Total:** | $49,360.34 |

      Please remit **$49,360.34** to AFI Management. If you have any questions regarding the above, please do not hesitate to contact our office

Very truly yours,

Ronnie Leahy
For Hammonton Associates

| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION<br>Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered | Chapter 11<br>PROOF OF CLAIM | DEADLINE FOR FILING PROOFS OF<br>CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M.<br>EASTERN TIME |
|---|---|---|

Name of Debtor Against Which You Assert Your Claim:

Debtor Name: **WINN DIXIE STORES INC**   Case No. **05-03817-3F1**
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):

** WDX-251190-B2-12
HAMMONTON PARTNERS
C/O AFI MANAGEMENT
1410 VALLEY ROAD
WAYNE, NJ 07470

* 20240530
*SAME AS CLAIM
#19948304
#19955568

** SAME AS:
WDX-383961-B1-47
WDX-2289-B1-07

Telephone No. of Creditor: **973-694-8861**
Fax No. of Creditor: **973-694-3697**

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if): ☐ replaces address above ☐ additional address
Name:____
Company/Firm:____
Address:____

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.
☐ Check box if you have never received any notices in this case.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

Account or Other Number by Which Creditor Identifies Debtor:
**WINN DIXIE #1490**

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated:____

**1. Basis for Claim**
- ☐ Goods sold to debtor(s)
- ☐ Services performed for debtor(s)
- ☐ Goods purchased from debtor(s)
- ☐ Money loaned
- ☐ Personal injury/property damage
- ☐ Other____
- ☐ Taxes
- ☐ Severance agreement
- ☐ Refund
- ☒ Real property lease
- ☐ Personal property lease
- ☐ Other contract____
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SSN:____
  Unpaid compensation for services performed from ____ to ____
  (date)        (date)

**2. Date debt was incurred:** 2004 CAM/TAX/INS BILLED 1/18/05 + 2005 CAM TAX INS TO APRIL

**3. If claim is based on a Court Judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:**
$**66,354.76**  $____  $____  $**66,354.76**
(unsecured)   (secured)   (priority)   (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other____
Value of Collateral: $____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $____

**6. Unsecured Nonpriority Claim** $**66,354.76**
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a) (3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a) (4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a) (6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507 (a) (7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a) (8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a) ( ).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space Is For Court Use Only

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice: |
|---|---|
| 7-25-05 | Print: **ANTHONY J. LoSAPIO**  Title: **LANDLORD - GENERAL PARTNER**<br>Signature: _____ |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Form B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered | Chapter 11 PROOF OF CLAIM | DEADLINE FOR FILING PROOFS OF CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M. EASTERN TIME |

Name of Debtor Against Which You Assert Your Claim:

Debtor Name:_____  Case No. _____
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):

|||||||||||| 19955568
Creditor Id: WDX-383961-B1-47
AFI MANAGEMENT
CROWLEY ASSOCIATES
1410 VALLEY ROAD
WAYNE, NJ 07470

Telephone No. of Creditor

Fax No. of Creditor

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

Your claim is scheduled as follows:
  Debtor
Winn-Dixie Montgomery, Inc.
Classification
Unsecured Non-Priority Claim
Scheduled Amount
$39,306.54  *

CAM + INSURANCE ONLY

DOES NOT INCLUDE REAL ESTATE TAXES

B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if): ☐ replaces address above  ☐ additional address
Name:_____
Company/Firm:_____
Address:_____
_____

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.
☐ Check box if you have never received any notices in this case.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

Account or Other Number by Which Creditor Identifies Debtor:

Check here if this claim ☐ replaces ☐ amends  a previously filed claim, dated:

1. Basis for Claim
☐ Goods sold to debtor(s)
☐ Services performed for debtor(s)
☐ Goods purchased from debtor(s)
☐ Money loaned
☐ Personal injury/property damage
☐ Other _____
☐ Taxes
☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract _____
☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SSN:_____
Unpaid compensation for services performed from
_____ to _____
(date)      (date)

2. Date debt was incurred:

3. If claim is based on a Court Judgment, date obtained:

4. Total Amount of Claim at Time Case Filed:
$_____   $_____   $_____   $_____
(unsecured)   (secured)    (priority)    (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. Secured Claim.
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief description of Collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other _____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

6. Unsecured Nonpriority Claim $_____
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. Unsecured Priority Claim.
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a) (3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a) (4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a) (6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507 (a) (7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a) (8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a) ( ).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
9. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space Is For Court Use Only

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice:  Print:_____ Title:_____  Signature:_____ |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Form B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION<br>Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered | Chapter 11<br>PROOF OF CLAIM | DEADLINE FOR FILING PROOFS OF<br>CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M.<br>EASTERN TIME |
|---|---|---|

Name of Debtor Against Which You Assert Your Claim:

Debtor Name:_____ Case No. _____
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

Your claim is scheduled as follows:

- Debtor
Winn-Dixie Stores, Inc.
Classification
Unsecured Non-Priority Claim
Scheduled Amount
$.00
Disputed Contingent Unliquidated

A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):

|||||||||| 19948304
Creditor Id: WDX-2289-B1-07
HAMMONTON PARTNERS
1410 VALLEY ROAD
WAYNE, NJ 07470

Telephone No. of Creditor _____

Fax No. of Creditor _____

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if): ☐ replaces address above ☐ additional address
Name:_____
Company/Firm:_____
Address:_____
_____

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.
☐ Check box if you have never received any notices in this case.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

Account or Other Number by Which Creditor Identifies Debtor:

Check here if this claim
☐ replaces ☐ amends    a previously filed claim, dated:_____

**1. Basis for Claim**
☐ Goods sold to debtor(s)
☐ Services performed for debtor(s)
☐ Goods purchased from debtor(s)
☐ Money loaned
☐ Personal injury/property damage
☐ Other _____

☐ Taxes
☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SSN:_____
Unpaid compensation for services performed from
_____ to _____
(date)           (date)

**2. Date debt was incurred:**

**3. If claim is based on a Court Judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:**
$_____ $_____ $_____ $_____
(unsecured)     (secured)       (priority)      (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim $_____**
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a) (3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a) (4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a) (6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507 (a) (7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a) (8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a) ( ).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space Is For Court Use Only

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice:<br><br>Print:_____ Title:_____<br><br>Signature:_____ | |
|---|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# AFI MANAGEMENT

1410 VALLEY ROAD
WAYNE, NEW JERSEY 07470

(973) 694-8861 • FAX (973) 694-3697

January 18, 2005

Ms. Jay Thompson
Winn Dixie # 1490
P.O. Box 51059
New Orleans, LA 70151-1059

      Re:    Winn Dixie # 1490
              2004 Expense Reimbursement
              Crowley Village, Crowley, LA

Dear Tenant:

      Pursuant to the terms of your Lease Agreement, you are required to pay your pro-rata share of 2004 expenses. The following calculations represent your balance due:

| | |
|---|---|
| Grounds & Land Maintenance: | $35,593.08 |
| Parking Lot Electric: | $ 7,140.07 |
| Misc. Repairs & Maint.: | $ 922.47 |
| Parking Lot Repairs: | $18,280.00 |
| **Total Common Area Maintenance:** | $61,935.62 |
| **Real Estate Taxes:** | $40,246.41 |
| **Insurance:** | $23,365.00 |
| **Total Expenses:** | $125,547.03 |
| **Tenant Prorata Share** | x 46.08% |
| **Total:** | $57,852.07 |

      Please remit $57,852.07 to AFI Management. If you have any questions regarding the above, please do not hesitate to contact our office

Very truly yours,

Ronnie Leahy
For Hammonton Associates

WINN DIXIE #1490
CROWLEY LA

PAST DUE:

| 2004 | |
|---|---|
| COMMON AREA MAINTENANCE | $28,539.93 |
| REAL ESTATE TAX | $18,545.55 |
| INSURANCE | $10,766.59 |
| **TOTAL PAST DUE** | **$57,852.07** |

**ESTIMATED EXPENSES DUE THROUGH 2/21/05**

| | |
|---|---|
| COMMON AREA MAINTENANCE (based on 2004) | $4,065.96 |
| REAL ESTATE TAX (based on 2004) | $2,642.11 |
| INSURANCE (2005) | $1,794.63 |
| **TOTAL ESTIMATE DUE THROUGH 2/21/05** | **$8,502.69** |

**TOTAL 2004 & ESTIMATED 2005 TO 2/21/05**          $66,354.76

```
                                    AFI MANAGEMENT
User: MANAGER                       Occupant Ledger                      Page:     1

Unit Reference Number : 510-0141    Occupant Type : Current
Property Name         : AFI MANAGEMENT                  ID:    .  8508701000429
|----------------------------------------------------------------------------------|
Company Name   : WINN DIXIE #1490           Phone Number :
Address 1      : CROWLEY VILLAGE            Unit Number  : 0141
Address 2      : CROWLEY LA
City, State Zip :
```

## Chronological History

| Date | Code | Description | Amount | Balance |
|---|---|---|---|---|
| 1/01/05 | RNT | MONTHLY RENT | 30,030.00 | 30,030.00 |
| 1/06/05 | RNT | Pymt. Batch 500 Check 7415783 | (30,030.00) | 0.00 |
| 1/18/05 | CAM | 2004 COMMON AREA MAINT | 28,539.93 | 28,539.93 |
| 1/18/05 | INS | 2004 INSURANCE | 10,766.59 | 39,306.52 |
| 1/18/05 | TAX | 2004 REAL ESTATE TAXES | 18,545.55 | 57,852.07 |
| 2/01/05 | RNT | MONTHLY RENT | 30,030.00 | 87,882.07 |
| 2/07/05 | RNT | Pymt. Batch 529 Check 7439593 | (30,030.00) | 57,852.07 |
| 2/21/05 | INS | 2005 EST INS 1/1/05 - 2/21/05 | 1,794.63 | 59,646.70 |
| 2/21/05 | CAM | 2005 EST CAM 1/1/05-2/21/05 | 4,065.96 | 63,712.66 |
| 2/21/05 | TAX | 2005 EST R E TAX 1/1/05-2/21/ | 2,642.11 | 66,354.77 |
| 3/01/05 | RNT | MONTHLY RENT | 30,030.00 | 96,384.77 |
| 3/07/05 | RNT | Pymt. Batch 561 Check 8000401 | (30,030.00) | 66,354.77 |
| 4/01/05 | RNT | MONTHLY RENT | 30,030.00 | 96,384.77 |
| 4/07/05 | RNT | Pymt. Batch 589 Check 8012924 | (30,030.00) | 66,354.77 |
| 5/01/05 | RNT | MONTHLY RENT | 30,030.00 | 96,384.77 |
| 5/06/05 | RNT | Pymt. Batch 615 Check 8029505 | (30,030.00) | 66,354.77 |
| 6/01/05 | RNT | MONTHLY RENT | 30,030.00 | 96,384.77 |
| 6/06/05 | RNT | Pymt. Batch 646 Check 8048012 | (30,030.00) | 66,354.77 |
| 7/01/05 | RNT | MONTHLY RENT | 30,030.00 | 96,384.77 |
| 7/08/05 | RNT | Pymt. Batch 673 Check 8065558 | (30,030.00) | 66,354.77 |

**HAMMONTON PARTNERS**
1410 Valley Road
Wayne, NJ 07470
(973) 696-7499
Fax (973) 696-1428

FILED
JACKSONVILLE
FLORIDA

2007 JAN -4  A 9: 34

US BANKRUPTCY COURT
MIDDLE DISTRICT
OF FLORIDA

**VIA FEDERAL EXPRESS**

January 2, 2007

Clerk of the Court
United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, FL  32202

    Re:   Winn-Dixie Stores, Inc., et al.
           Case No. 05-03817-3F1
           Hammonton Partners ("Landlord") of Winn-Dixie Store #1490

Dear Sir or Madam:

    Enclosed please find Application Seeking Payment or Administrative Claim Arising Against Debtor for the Period between February 21, 2005 and November 21, 2006. Kindly return proof of filing in the enclosed envelope.

                                Very truly yours,

                                Anthony J. La Sala

AJL/gg
Encl.

```
cc:  Smith Hulsey & Busey            Milbank, Tweed, Hadley & McCloy
     Attn:  James H. Post            Attn:  Matthew Barr
     225 Water Street, Suite 180     1 Chase Manhattan Plaza
     Jacksonville Florida 32202      New York, NY  10005
     Via Fax:  904-359-7708          Via Fax:  212-822-5194
     & Regular Mail                  & Regular Mail
```