**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**APPLICATION SEEKING PAYMENT OR**
**ADMINISTRATIVE CLAIM ARISING AGAINST DEBTOR**
**FOR THE PERIOD BETWEEN FEBRUARY 21, 2005 AND NOVEMBER 21, 2006**

1. Southeast Partners is the Landlord of Winn-Dixie Store #647 located in Seffner, FL (the "Landlord").

2. In the Original Proof of Claim filed by the Landlord, the real estate taxes for the period January 1, 2005 through February 21, 2005 (the "fifty-two day Pre-Petition period") had to be estimated, as the actual taxes that are paid by Landlord, and billed to Tenant at year end, had not yet been determined, as they are not billed until November of each calendar year.

The actual 2005 taxes were billed to Tenant on February 3, 2006. On April 3, 2006 and November 27, 2006 (combined), only the "estimated" taxes were paid in the amount of $27,011.42, not the actual taxes billed in the amount of $28,398.00, leaving a balance due in the amount of $1,386.58 for calendar year 2005.

As this Lease has been accepted and Winn Dixie and Debtor continues to occupy and operate, all past due rents and additional charges must be made current.

3. The Landlord makes the claim of $1,386.58 against the Debtor which represents the amount of Real Estates Taxes per the attached.

## Notice

A true copy of the within Application has been provided to:

SMITH HULSEY & BUSEY
James H. Post
225 Water Street, Suite 1800
Jacksonville Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
Co-Attorneys for Debtors

MILBANK, TWEED, HADLEY & McCLOY LLP
Matthew Barr
1 Chase Manhattan Plaza
New York, NY  10005
(212) 822-5194 (facsimile)

Dated: January 3, 2007

**LANDLORD:**

SOUTHEAST PARTNERS

By:  La Sala Management, Inc. (General Partner)

By: _____
Anthony J. La Sala, President
1410 Valley Road
Wayne, New Jersey  07470
(973) 696-7499
(973) 696-1428 (facsimile)

**LANDLORD'S PROPERTY MANAGER:**

AFI MANAGEMENT

By: _____
Ronnie Leahy

Sworn + Subscribed to
before me this 3rd Day
of January, 2007

_____
GEORGIANNA GRASSO
A NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES MAY 25, 2010

WINN DIXIE #647
SEFFNER FL

| | |
|---|---:|
| 2005 REAL ESTATE TAXES BILLED 2/3/2006 | 28,398.00 |
| 2005 PAID 4/3/06 CK# 8182776 | (23,474.85) |
| 2005 PAID 11/27/06  CK #8278848 (in part) | (3,536.57) |
| BALANCE DUE | **1,386.58** |

# AFI MANAGEMENT
1410 VALLEY ROAD
WAYNE, NEW JERSEY 07470

(973) 694-8861 • FAX (973) 694-3697

February 3, 2006

Winn Dixie Stores, Inc.
Attn: Area Property Manager
1141 SW 12th Ave
Pompano Beach, Florida 33069

Attn:   Real Estate Manager

Re:   Winn Dixie # 647
      2005 Real Estate Taxes
      North Grove Plaza

Dear Tenant:

Pursuant to the terms of your Lease Agreement, you are required to pay your pro-rata share of real estate taxes over a base year. The following calculation represents your balance due for 2005 taxes:

| | |
|---|---|
| 2005 Real Estate Tax: | $77,340.32 |
| Less Base Year: | ( 19,838.31 ) |
| Net Taxes: | $57,502.01 |
| Tenant Pro-Rata Share: | x 49.3861% |
| **Total Amount Due:** | **$28,398.00** |

Please remit the balance due in the amount of **$28,398.00**. For your convenience, I have enclosed a copy of the tax receipt. If you have any further questions, please do not hesitate to contact our office.

Very truly yours,

Ronnie Leahy
For Southeast Partners

| UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered | Chapter 11 PROOF OF CLAIM | DEADLINE FOR FILING PROOFS OF CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M. EASTERN TIME |
|---|---|---|

Name of Debtor Against Which You Assert Your Claim:

Debtor Name: **WINN DIXIE STORES INC**     Case No. **05-03817-3F1**
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):

WDX-2568-B2-07     20153421
SOUTHEAST PARTNERS
1410 VALLEY ROAD
WAYNE, NJ 07470

Telephone No. of Creditor: **973-694-8861**
Fax No. of Creditor: **973-694-3697**

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if): ☐ replaces address above  ☐ additional address

Name: _____
Company/Firm: _____
Address: _____

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.
☐ Check box if you have never received any notices in this case.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

Account or Other Number by Which Creditor Identifies Debtor: **WINN DIXIE # 647**

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____

**1. Basis for Claim**
- ☐ Goods sold to debtor(s)
- ☐ Services performed for debtor(s)
- ☐ Goods purchased from debtor(s)
- ☐ Money loaned
- ☐ Personal injury/property damage
- ☐ Other _____
- ☐ Taxes
- ☐ Severance agreement
- ☐ Refund
- ☑ Real property lease
- ☐ Personal property lease
- ☐ Other contract _____
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SSN: _____
  Unpaid compensation for services performed from _____ to _____ (date) (date)

**2. Date debt was incurred:** 2004 REAL ESTATE TAX BILLED 2/4/05 · 2005 TAXES CALCULATED TO 2/21/05

**3. If claim is based on a Court Judgment, date obtained:** _____

**4. Total Amount of Claim at Time Case Filed:**
$ **28,360.57** (unsecured)    $ _____ (secured)    $ _____ (priority)    $ **28,360.57** (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief description of Collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other _____

Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**6. Unsecured Nonpriority Claim $ 28,360.57**
☑ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $ _____
Specify the priority of the claim:
- ☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a) (3).
- ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a) (4).
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a) (6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507 (a) (7).
- ☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a) (8).
- ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a) ( ).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space Is For Court Use Only

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice: |
|---|---|
| 7-25-05 | Print: **ANTHONY J. LA SALA**    Title: **LANDLORD GENERAL PARTNER** Signature: /s/ A.J. La Sala |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# AFI MANAGEMENT

1410 VALLEY ROAD
WAYNE, NEW JERSEY 07470

(973) 694-8861 • FAX (973) 694-3697

Febuary 4, 2005

Winn Dixie Stores, Inc.
Attn: Area Property Manager
1141 SW 12th Ave
Pompano Beach, Florida 33069

Attn:   Real Estate Manager

    Re:   Winn Dixie # 647
           2004 Real Estate Taxes
           North Grove Plaza

Dear Tenant:

    Pursuant to the terms of your Lease Agreement, you are required to pay your pro-rata share of real estate taxes over a base year. The following calculation represents your balance due for 2004 taxes:

| | |
|---|---|
| 2004 Real Estate Tax: | $70,103.45 |
| Less Base Year: | ( 19,838.31 ) |
| Net Taxes: | $50,265.14 |
| Tenant Pro-Rata Share: | x 49.3861% |
| **Total Amount Due:** | **$24,824.00** |

    Please remit the balance due in the amount of **$24,824.00**. For your convenience, I have enclosed a copy of the tax receipt. If you have any further questions, please do not hesitate to contact our office.

Very truly yours,

*Ronnie Leahy*
Ronnie Leahy
For Southeast Partners

WINN DIXIE #647
SEFFNER FL

PAST DUE:

| 2004 | |
|---|---|
| COMMON AREA MAINTENANCE | $0.00 |
| REAL ESTATE TAX | $24,824.00 |
| INSURANCE | $0.00 |
| **TOTAL PAST DUE** | **$24,824.00** |

**ESTIMATED EXPENSES DUE THROUGH 2/21/05**

| | |
|---|---|
| COMMON AREA MAINTENANCE | $0.00 |
| REAL ESTATE TAX   ( based on 2004) | $3,536.57 |
| INSURANCE | $0.00 |
| **TOTAL ESTIMATE DUE THROUGH 2/21/05** | **$3,536.57** |

**TOTAL 2004 & ESTIMATED 2005 TO 2/21/05**        **$28,360.57**

```
                                    AFI MANAGEMENT
User: MANAGER                        Occupant Ledger                          Page:     1
Unit Reference Number : 650-0181            Occupant Type : Current
Property Name         : SOUTHEAST PARTNERS C/O AFI      ID:         8508701000135
|---------------------------------------------------------------------------------|
Company Name   : WINN-DIXIE #647           Phone Number : (813) 236-3700
Address 1      : NORTH GROVE PLAZA         Unit Number  : 0181
Address 2      : SEFFNER, FL
City, State Zip :
```

## Chronological History

| Date | Code | Description | Amount | Balance |
|---|---|---|---:|---:|
| 1/01/05 | RNT | MONTHLY RENT | 6,400.00 | 6,400.00 |
| 1/01/05 | CAM | COMMON AREA MAINTENANCE | 213.33 | 6,613.33 |
| 1/06/05 | CAM | Pymt. Batch 500 Check 7415784 | (6,613.33) | 0.00 |
| 2/01/05 | RNT | MONTHLY RENT | 6,400.00 | 6,400.00 |
| 2/01/05 | CAM | COMMON AREA MAINTENANCE | 213.33 | 6,613.33 |
| 2/04/05 | TAX | 2004 REAL ESTATE TAX | 24,824.00 | 31,437.33 |
| 2/07/05 | CAM | Pymt. Batch 529 Check 7439594 | (6,613.33) | 24,824.00 |
| 2/21/05 | TAX | 2005 EST R E TAX 1/1/05-2/21/ | 3,536.57 | 28,360.57 |
| 3/01/05 | RNT | MONTHLY RENT | 6,400.00 | 34,760.57 |
| 3/01/05 | CAM | COMMON AREA MAINTENANCE | 213.33 | 34,973.90 |
| 3/07/05 | CAM | Pymt. Batch 561 Check 8000399 | (6,613.33) | 28,360.57 |
| 4/01/05 | RNT | MONTHLY RENT | 6,400.00 | 34,760.57 |
| 4/01/05 | CAM | COMMON AREA MAINTENANCE | 213.33 | 34,973.90 |
| 4/07/05 | CAM | Pymt. Batch 589 Check 8012925 | (6,613.33) | 28,360.57 |
| 5/01/05 | RNT | MONTHLY RENT | 6,400.00 | 34,760.57 |
| 5/01/05 | CAM | COMMON AREA MAINTENANCE | 213.33 | 34,973.90 |
| 5/06/05 | CAM | Pymt. Batch 615 Check 8029506 | (6,613.33) | 28,360.57 |
| 6/01/05 | RNT | MONTHLY RENT | 6,400.00 | 34,760.57 |
| 6/01/05 | CAM | COMMON AREA MAINTENANCE | 213.33 | 34,973.90 |
| 6/06/05 | CAM | Pymt. Batch 646 Check 8048013 | (6,613.33) | 28,360.57 |
| 7/01/05 | RNT | MONTHLY RENT | 6,400.00 | 34,760.57 |
| 7/01/05 | CAM | COMMON AREA MAINTENANCE | 213.33 | 34,973.90 |
| 7/08/05 | CAM | Pymt. Batch 673 Check 8065556 | (6,613.33) | 28,360.57 |

**SOUTHEAST PARTNERS**
1410 Valley Road
Wayne, NJ 07470
(973) 696-7499
Fax (973) 696-1428



**VIA FEDERAL EXPRESS**

January 2, 2007

Clerk of the Court
United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, FL 32202

    Re:   Winn-Dixie Stores, Inc., et al.
           Case No. 05-03817-3F1
           Southeast Partners ("Landlord") of Winn-Dixie Store #647

Dear Sir or Madam:

    Enclosed please find Application Seeking Payment or Administrative Claim Arising Against Debtor for the Period between February 21, 2005 and November 21, 2006. Kindly return proof of filing in the enclosed envelope.

                                Very truly yours,

                                Anthony J. La Sala

AJL/gg
Encl.

cc:  Smith Hulsey & Busey           Milbank, Tweed, Hadley & McCloy
     Attn: James H. Post             Attn: Matthew Barr
     225 Water Street, Suite 180    1 Chase Manhattan Plaza
     Jacksonville Florida 32202     New York, NY 10005
     Via Fax: 904-359-7708          Via Fax: 212-822-5194
     & Regular Mail                  & Regular Mail