## Bogdanowicz, Mark

**From:** Bryan Gaston [bgaston@XROADSLLC.COM]
**Sent:** Wednesday, December 06, 2006 11:43 AM
**To:** Bogdanowicz, Mark
**Cc:** KimberlyNeil@winn-dixie.com; Cynthia C. Jackson
**Subject:** WD Store 2270

Mark:

Good speaking with you this morning. This is to summarize our agreement on resolution of the pre-petition cure for assumption of the lease for the store referenced above. WD originally proposed a cure of $0. You on behalf of the LL filed an objection asserting a cure of $122,564. After the objection was filed but before the effective date of WD's POR WD agreed at least $95,576 was owed as cure. This amount was paid on 11-21-06. We have now agreed that WD will pay an additional $14,000 bringing the full (and final) pre-petition cure amount to $109,576. WD will be filing a notice of compromise to document our agreement. Please let myself or Cindy Jackson know if you have any questions.

Regards,

Bryan

**Bryan M. Gaston**
**XRoads Solutions Group, LLC**
**Two Allen Center**
**1200 Smith Street, 16th Floor**
**Houston, TX 77002**
**(713) 759-6906 Phone**
**(949) 567-1566 E-Fax**
**(773) 576-9083 Cell**
**www.xroadsllc.com**

This email message and any attached documents may contain information that is confidential and/or privileged. The information is intended to be for the use of the individual or entity named above. Any review, reliance, use or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient of this transmission, please notify the sender immediately and delete all copies of this transmission.

**Exhibit B**

1/4/2007