**KRG WATERFORD LAKES, LLC**
**January 1 - November 21, 2006**
**Winn Dixie Stores, Inc. #2270**

| | Expenses | Pro-rata Share | % of Year Occupied | Tenant Share | Monthly Estimates Invoiced | Balance |
|---|---|---|---|---|---|---|
| Cleaning | 6,620.24 | | | | | |
| Repairs & Maintenance | 33,638.24 | | | | | |
| Utilities | 23,769.78 | | | | | |
| Road & Grounds | 70,211.12 | | | | | |
| Security | - | | | | | |
| HVAC | - | | | | | |
| General & Administrative | - | | | | | |
| Depreciation | - | | | | | |
| Management Fee | - | | | | | |
| Insurance (if included in cam) | - | | | | | |
| Admin Fee | - | | | | | |
| **Operating Expenses** | | 134,239.38 x | 66.33% x | 100% = | 89,040.98 - 88,793.00 = | 247.98 |
| **Insurance** | | 33,590.00 x | 66.33% x | 100% = | 22,280.25 - - = | 22,280.25 |
| **Real Estate Taxes** | | 123,176.00 x | 66.33% x | 100% = | 81,702.64 - - = | 81,702.64 |

TOTAL DUE  $104,230.87

pays direct   Sales Tax

Grand Total  $104,230.87

**Exhibit C**