**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ROWENA SAMAI,                                          Case No.: 05-03817-3F1

    Plaintiff,                                         Chapter 11
vs.                                                             Jointly Administered

WINN-DIXIE STORES, INC., et al

    Defendant.
_____/

### Application for Payment of Administrative Claims

1. On or about April 6, 2005, Rowena Samai, who is a resident of Broward County, Florida visited a Winn Dixie Store located in Broward County, Florida.

2. While shopping at the Winn Dixie Store, a freezer door fell down on top of the back of her head causing her to fall to the floor.

3. As a result of the lack of maintenance and/or negligence of the employees and/or agents of Winn Dixie Stores, Ms. Samai suffered severe injuries, resulting in extensive medical bills, aggravation of a pre-existing condition, a permanent injury, extensive rehabilitation, and permanent physical injury.

4. Ms. Samai has incurred a large amount of medical bills due to her lengthy stay at the rehabilitation center directly following this incident, and at this point in time the Plaintiff asks for $150,000.00 to fully resolve the claim against Winn Dixie Stores.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered this 5th day of January, 2007 to James Post, Esq., Smith, Hulsey & Busey, 225 Water St., Suite 1800, Jacksonville, FL 32202 and Matthew Barr, Esq., Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, NY 10005.

                                          **FENSTER AND FAERBER, P.A.**
                                          Attorney for Plaintiff
                                          8751 West Broward Blvd., Suite 307
                                          Plantation, FL  33324
                                          Tel: (954) 473-1500

                          BY: _____
                                          SCOTT D. SOBOL
                                          Florida Bar No.: 654051

Also Served via Facsimile
James Post, Esq. – 904-359-7708
Matthew Bar, Esq. – 212-822-5194