UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
JACKSONVILLE
FLORIDA

2007 JAN -4  A 9: 30

In re:                                                    Case No. 3-05-BK-3817

U S BANKRUPTCY COURT
MIDDLE DISTRICT
OF FLORIDA

Winn-Dixie Stores, Inc. et al                            Chapter 11

Reorganized Debtors                                       Jointly Administered

## ADMINISTRATIVE EXPENSE CLAIM

1.  On or about September 14, 2005, the plaintiff, **VIRGIE O'CONNER**, was

    shopping at Winn-Dixie Store #1453 in Baton Rouge, Louisiana.

2.  While shopping in Winn-Dixie Store #1453, plaintiff, **VIRGIE O'CONNER**,

    who was near a check out aisle, slipped in spilled lotion causing injury to the right

    side of her body, more specifically her right knee.

3.  As a result of this accident, plaintiff, **VIRGIE O'CONNER** sustained damages in

    the amount of forty thousand ($40,000) dollars, which is inclusive of pain and

    suffering, medical expenses, mental anguish, and any other damages to be proven

    at trial on the matter.

4.  The defendant, Winn-Dixie Stores, Inc., et al is responsible to the plaintiff,

    **VIRGIE O'CONNER,** because they did so carelessly, negligently, and

    recklessly maintain Winn-Dixie Store #1453, in such a manner as to create a

    dangerous and hazardous condition, such dangerous condition created an

    unreasonable risk of harm to the plaintiff.  In the exercise of reasonable care and

    due diligence, the defendant should have known existed in sufficient time prior to

    this incident to have warned or cautioned the plaintiff and/or to have corrected

    and/or remedied such condition and the defendants carelessly and negligently

failed to do so.  These acts and/or omissions of the defendants directly and

proximately resulted in injuries and damages to the plaintiff.

WHEREFORE, the plaintiff, **VIRGIE O'CONNER**, prays that after due

Proceedings are had that Judgment be rendered in favor of the plaintiff, **VIRGIE**

**O'CONNER**, and against the defendants for an amount of forty thousand ($40,000) for

pain and suffering, medical expenses, mental anguish and any other damages that may be

proven at trial and for the cost of these proceedings.

**RESPECTFULLY SUBMITTED:**

**VIRGIE O'CONNER**
**1142 Columbus Dunn Drive**
**Baton Rouge, Louisiana 70802**
**Telephone: (225) 924-6626**

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:                                          Case No. 3-05-BK-3817

Winn-Dixie Stores, Inc. et al                   Chapter 11

Reorganized Debtors                             Jointly Administered

### ORDER

**CONSIDERING THE FOREGOING** Administrative Claims Expense request against the above named debtor:

**IT IS ORDERED** that the Administrative Claims Expense request in the amount of forty thousand ($40,000) dollars for pain and suffering, medical, expenses, mental anguish, and any other damages that may be proven at trial on the matter, along with cost for these proceedings is granted.

**DONE AND SIGNED** this _____ day of _____ 2007.


_____
**BANKRUPTCY JUDGE,**
**FLORIDA MIDDLE DISTRICT**