**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| Winn-Dixie Stores, Inc., et al. | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors | ) | Jointly Administered |

**APPLICATION AND REQUEST FOR ALLOWANCE AND PAYMENT OF AN ADMINISTRATIVE CLAIM AND/OR A CLAIM ARISING AGAINST DEBTORS IN THE PERIOD BETWEEN FEBRUARY 21, 2005 AND NOVEMBER 21, 2006**

Applicant, Tina Tommaseo, through the undersigned attorney, hereby files this application, requests payment or allowance of payment, and seeks administrative expense status if appropriate for her claim arising against Debtors in the period between February 21, 2005 and November 21, 2006, pursuant to the Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing Claims Arising before Effective Date and Other Administrative Claims. This application amends any previous application or proof of claim filed for applicant's same claim.

**FACTUAL BACKGROUND:**

1. On February 21, 2005, the debtors filed Voluntary Petitions under Chapter 11 of the United States Bankruptcy Code.

2. The Court confirmed the Debtors' Plan of Reorganization. The effective date of the Plan is November 21, 2006.

**APPLICANT'S CLAIM:**

1. Applicant, Tina Tommaseo, has filed a lawsuit on August 14, 2006 for the wrongful death and survival actions for her two minor children, Brian Lafontaine and Charie

      Billiot, alleging negligence against several defendants including, Winn Dixie Montgomery, Inc. for an accident that occurred on August 21, 2005 in the 24th Judicial District Court, Parish of Jefferson, State of Louisiana, Docket Number: 634-479, Division "H".

2. The applicant's claim has not yet been liquidated.

3. The claims may be covered under a policy or policies of liability insurance carried by Winn Dixie Montgomery, Inc.

4. Pursuant to the Plan of Reorganization confirmed by this Court, a bar date of January 5, 2007 has been set for post-petition claimants to file expense claims.

5. Counsel for Winn Dixie Montgomery, Inc. in the lawsuit filed in Louisiana has not raised bankruptcy as an affirmative defense.

6. Tina Tommaseo, through her undersigned counsel have only become aware of the pending bankruptcy proceedings when her counsel received the December 6, 2006 Notice of the Court.

In the event applicant's claims should be considered an administrative expense under 11 U.S.C. section 503 (b) or requires an application for payment, applicant requests payment or the allowance of payment for her claims arising against Debtor, Winn Dixie Montgomery, Inc. in the period between February 21, 2005 and November 21, 2006 in the amount of $500,000.00. Upon Liquidation of the Applicant's post-petition claims (either through settlement or judgment), the Applicant requests the Court to enter an Order requiring Debtor to pay the allowed administrative claim or claim in the period between February 21, 2005 and November 21, 2006.

WHEREFORE, Applicant requests that the Court grant the relief requested herein and

provide any other relief as appropriate.

RESPECTFULLY SUBMITTED BY:

/s/ Craig A. Gentry
Craig A. Gentry, (LA Bar#23751)
Morris Bart, LLC
909 Poydras Street, 20th Floor
New Orleans, Louisiana 70112
Tel: 504-599-3232
Fax: 504-599-3380
E-mail: Cgentry@morrisbart.com

Attorney for Tina Tommaseo

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| Winn-Dixie Stores, Inc., et al. | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors | ) | Jointly Administered |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this 5th day of January, 2007, served a copy of the foregoing pleading upon the following by depositing same in the U.S. mail, with adequate postage thereon addressed to and also faxed a copy to:

Counsel for the Reorganized Debtors:

James Post
Smith Hulsey & Busey
225 Water Street
Suite 1800
Jacksonville, Florida 32202

Counsel for the Post-Effective Date Committee:

Matthew Barr
Milbank, Tweed, Hadley & McCoy, LLP
1 Chase Manhattan Plaza
New York, New York 10005

    /s/ Craig A. Gentry
Craig A. Gentry, (LA Bar#23751)
Morris Bart, LLC
909 Poydras Street, 20th Floor
New Orleans, Louisiana 70112
Tel: 504-599-3232
Fax: 504-599-3380
E-mail: Cgentry@morrisbart.com

Attorney for Tina Tommaseo