UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 3-05-BK-03817-3F1 |
| Winn-Dixie Stores, Inc., et al., | Chapter 11 |
| Reorganized Debtors | Jointly Administered |

APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE CLAIM
FOR POST PETITION FOR PERSONAL INJURY CLIENT

**NOW INTO COURT**, through the undersigned comes plaintiff, Letitia Davis, to make a claim for her accident on June 14, 2005, described below:

On or about Monday, June 14, 2005, at approximately 4:30p.m., plaintiff, Letitia Davis, went to Winn – Dixie located on Jefferson Hwy. in River Ridge, Louisiana, in the Parish of Jefferson. Plaintiff was at the deli counter purchasing sliced turkey and had to wait for twenty minutes. When the plaintiff received the sliced turkey she walked off the commercial rug in front of the deli counter and slipped because the rug was wet and the floor next to the rug was wet. She later found out that the carpet was wet because they had hosed off the floor and forgot to sweep all of the water to the drain. The water had moved to the front and soaked the commercial rug that was placed in front of the deli. The manager then took pictures of the soaked commercial rug.

The above described accident is the subject of litigation in the 24th Judicial District Court for the Parish of Jefferson, No. 362-242, Div. B titled Letitia Davis vs. Winn-Dixie Louisiana, Inc.

This claim is for $24,799.80 on behalf of the plaintiff, Letitia Davis.

Respectfully submitted,

**WEBRE LAW FIRM, A.P.L.C.**

_____
**GERALD P. WEBRE (La. Bar No. 15096)**
Attorneys for Letita Davis
3408 Clearview Pkwy.
Metairie, LA 70006
Telephone: (504) 888-0622
Facsimile:  (504) 887-9157

**AND**

_____
**BIRCH MCDONOUGH (La. Bar No. 8230)**
**ATTORNEY AT LAW**
3408 Clearview Pkwy.
Metairie, LA 70006
Telephone: (504) 888-0622
Facsimile:  (504) 887-9157