## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

## MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM

Movant, **Shell, Fleming, Davis & Menge**, pursuant to 11 U.S.C. §503, requests

that this Court enter an order approving its application for allowance of administrative

expense claim, and in support thereof says:

1.      On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary

petitions for reorganization relief under chapter 11 of title 11 of the United States Code,

11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code").

2.      On November 9, 2006, this Court entered an order confirming the

Debtors' joint plan of reorganization (the "Plan").

3.      In accordance with the terms of the Plan, the Plan became effective on

November 21, 2006 (the "Effective Date").

4.      Between the Petition Date and the Effective Date, the Movant rendered

services in representation of the Debtors in litigation matters identified in Exhibit A

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

attached. The aggregate amount due from the Debtors for such services is **$6,621.03**, as more specifically set forth in Exhibit A.

    5.    Movant is entitled to an administrative expense claim for the services rendered to the Debtors.

    WHEREFORE, Movant respectfully request the Court enter an order allowing its administrative expense claim and grant such other and further relief as is just and proper.

    Respectfully submitted this 5th day of January, 2007.

SHELL, FLEMING, DAVIS & MENGE

*/s/ Robert C. Palmer, III*
ROBERT C. PALMER, III
Florida Bar No. 316776
Seville Tower, 9th Floor
226 Palafox Place (32502)
Post Office Box 1831
Pensacola, Florida 32591-1831
(850) 434-2411
(850) 435-1074 - Fax

## EXHIBIT A

| Matter: | | Amount |
|---|---|---|
| 1. | Gallo v. Winn-Dixie (File #Y18-00040) | $ 33.00 |
| 2. | Vestal v. Winn-Dixie (File #Y18-00050) | $299.00 |
| 3. | Stillons v. Winn-Dixie (File #Y18-00051) | $275.00 |
| 4. | Gargone v. Winn-Dixie (File #Y18-00056) | $522.12 |
| 5. | Bell v. Winn-Dixie (File #Y18-00063) | $ 99.50 |
| 6. | Miller v. Winn-Dixie (File #Y18-00064) | $335.00 |
| 7. | Strange v. Winn-Dixie (File #18-00067) | $196.00 |
| 8. | Richards v. Winn-Dixie (File #Y18-00069) | $ 39.50 |
| 9. | Knabb v. Winn-Dixie (File #Y18-00070) | $ 19.50 |
| 10. | Watson v Winn-Dixie (File #Y18-00073) | $4,742.41 |
| 11. | Brown v. Winn-Dixie (File#Y18-00074) | $ 60.00 |
| | **TOTAL:** | **$6,621.03** |

<u>CERTIFICATE OF SERVICE</u>

I certify that a copy of the foregoing was furnished by mail, postage-prepaid, to the parties listed below this **5th day of January, 2007:**

WINN-DIXIE STORES, INC.
5050 Edgewood Court
Jacksonville, Florida 32254-3699
Attn: General Counsel
Telephone: (904) 783-5000
Facsimile: (904) 783-5651

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
Attn: D.J. Baker, Esq.
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

SMITH HULSEY & BUSEY
225 Water Street, Suite 1800
Jacksonville, Florida 32202
Attn: James Post, Esq.
Telephone: (904) 359-7700
Facsimile: (904) 359-7708

MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis Dunne, Esq. and
      Matthew S. Barr, Esq.
Telephone: (212) 530-5000
Facsimile; (212) 530-5219

                    _/s/ Robert C. Palmer, III_____
                    ROBERT C. PALMER, III

**SHELL, FLEMING, DAVIS & MENGE, P.A.**
**ATTORNEYS AT LAW**
**POST OFFICE BOX 1831**
**PENSACOLA, FL  32591-1831**
**TAX ID NO. 59-1409547**

PAGE: 1
12/28/2006

SEDGWICK CLAIM MANAGEMENT SERVICES
P. O. BOX 24787
JACKSONVILLE  FL  32241-4787

CLIENT ID:      Y18-00040
STATEMENT NO:          17

VS. LEDA GALLO
CLAIM NO.:9911200175                                                          **PREBILL**
STORE NO.:487; DIVISION 07
DATE OF LOSS: 1-01-99

*THIS IS A PREBILL.  <u>DO NOT MAIL TO CLIENT.</u>  IF THERE ARE NO CHANGES, PLEASE*
*INDICATE "OK" OR MAKE APPROPRIATE CHANGES AND RETURN TO BILLING FOR FINAL*
*STATEMENT GENERATION.*

**PREVIOUS BALANCE**                                                          $276.00

### PROFESSIONAL SERVICES RENDERED

|            |      |                                                            | HOURS |       |
|------------|------|------------------------------------------------------------|-------|-------|
| 09/28/2006 | RCP  | TELEPHONE CONFERENCE WITH  S. BROOKS; REVIEW OF FILE.       | 0.30  | 33.00 |
|            |      | FOR CURRENT SERVICES RENDERED                              | 0.30  | 33.00 |

#### WORK SUMMARY

| TIMEKEEPER           | TITLE   | HOURS | RATE     | TOTAL   |
|----------------------|---------|-------|----------|---------|
| ROBERT C. PALMER, III | PARTNER | 0.30  | $110.00  | $33.00  |

TOTAL CURRENT WORK                                                            33.00

**BALANCE DUE**                                                              $309.00

**SHELL, FLEMING, DAVIS & MENGE, P.A.**
**ATTORNEYS AT LAW**
**POST OFFICE BOX 1831**
**PENSACOLA, FL   32591-1831**
**TAX ID NO. 59-1409547**

PAGE: 1
12/28/2006

SEDGWICK CLAIM MANAGEMENT SERVICES
P. O. BOX 24787
JACKSONVILLE  FL  32241-4787

CLIENT ID:          Y18-00050
STATEMENT NO:              10

VESTAL V. WINN-DIXIE
CLAIM NO. A011214548
CLAIMANT: SHAWN VESTAL
STORE NO. 493  DIVISION: 07

**PREBILL**

*THIS IS A PREBILL.  <u>DO NOT MAIL TO CLIENT.</u>  IF THERE ARE NO CHANGES, PLEASE INDICATE "OK" OR MAKE APPROPRIATE CHANGES AND RETURN TO BILLING FOR FINAL STATEMENT GENERATION.*

### PROFESSIONAL SERVICES RENDERED

|  |  | HOURS |  |
|---|---|---|---|
| **02/21/2005** | | | |
| KRK | TELEPHONE CALL FROM/TO OCCUPATIONAL MEDICINE REGARDING SUBPOENA FOR PLAINTIFF'S RECORDS. | 0.20 | 12.00 |
| KRK | ORGANIZE PLAINTIFF'S WORKER'S COMPENSATION FILE WHICH INCLUDES MEDICAL RECORDS, PRESCRIPTION RECORDS, SETTLEMENT DOCUMENTS, AND SURVEILLANCE REPORTS. | 1.50 | 90.00 |
| **02/22/2005** | | | |
| KRK | TELEPHONE CALL TO PLAINTIFF'S COUNSEL CANCELING DEPOSITIONS OF DAVID MCCLAIN AND DRS. DABEZIES AND DECAMPOS. | 0.20 | 12.00 |
| KRK | TELEPHONE CALL TO DR. JULIET DECAMPOS CANCELING HER DEPOSITION. | 0.10 | 6.00 |
| KRK | TELEPHONE CALL TO DR. JEAN DABEZIES CANCELING HIS DEPOSITION. | 0.10 | 6.00 |
| KRK | PREPARE SUGGESTION OF BANKRUPTCY AND NOTICE OF AUTOMATIC STAY. | 0.20 | 12.00 |
| KRK | CORRESPONDENCE TO DR. DABEZIES CONFIRMING CANCELLATION OF DEPOSITION. | 0.10 | 6.00 |
| KRK | CORRESPONDENCE TO DR. DECAMPOS CONFIRMING CANCELLATION OF DEPOSITION AND REGARDING REFUNDING PRE-PAYMENT FOR DEPOSITION. | 0.20 | 12.00 |
| **02/23/2005** | | | |
| KRK | TELEPHONE CALL FROM DR. DABEZIES' OFFICE REGARDING CANCELLATION OF DEPOSITION. | 0.10 | 6.00 |
| KRK | TELEPHONE CALL FROM BAPTIST OCCUPATIONAL HEALTH REGARDING RECORDS ORDERED FROM STORAGE. | 0.10 | 6.00 |
| **02/25/2005** | | | |
| RCP | RECEIPT AND REVIEW PLAINTIFF'S REQUEST FOR COPIES TO | | |

VESTAL V. WINN-DIXIE
CLAIM NO. A011214548
CLAIMANT: SHAWN VESTAL
STORE NO. 493  DIVISION: 07

|  |  | HOURS |  |
|---|---|---|---|
|  | DEFENDANT OF CRAIG COLLIER, M.D. | 0.10 | 11.00 |
| 03/09/2005 |  |  |  |
| RCP | RECEIPT AND REVIEW CORRESPONDENCE FROM BILL ROGNER REGARDING FILE DESTROYED AND NO RECORDS. | 0.10 | 11.00 |
| 03/21/2005 |  |  |  |
| MJD | RECEIPT AND REVIEW OF CORRESPONDENCE FROM BAPTIST HEALTH CARE REGARDING THE MEDICAL RECORDS WE REQUESTED. | 0.10 | 6.50 |
| 03/30/2005 |  |  |  |
| MJD | REVIEW MEDICAL RECORDS RECEIVED FROM OCCUPATIONAL MEDICINE CLINIC. | 0.90 | 58.50 |
| 04/10/2006 |  |  |  |
| RCP | RECEIVED AND REVIEWED CORRESPONDENCE FROM GLORIA DAVIS REGARDING MEDIATION REQUEST. | 0.20 | 22.00 |
|  | FOR CURRENT SERVICES RENDERED | 4.20 | 277.00 |

### WORK SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | TOTAL |
|---|---|---|---|---|
| KATHY KIDD | PARALEGAL | 2.80 | $60.00 | $168.00 |
| ROBERT C. PALMER, III | PARTNER | 0.40 | 110.00 | 44.00 |
| MARY DALTO | PARALEGAL | 1.00 | 65.00 | 65.00 |

### ADVANCES

| 03/22/2005 | MEDICAL REPORT - BAPTIST HEALTH CARE | 12.00 |
|---|---|---|
| 03/23/2005 | OTHER - CHOICEPOINT PUBLIC RECORDS, INC. ONLINE SEARCHES | 10.00 |
|  | TOTAL ADVANCES | 22.00 |
|  | TOTAL CURRENT WORK | 299.00 |
|  | **BALANCE DUE** | $299.00 |

**SHELL, FLEMING, DAVIS & MENGE, P.A.**
**ATTORNEYS AT LAW**
**POST OFFICE BOX 1831**
**PENSACOLA, FL  32591-1831**
**TAX ID NO. 59-1409547**

|  | PAGE: 1 |
|---|---|
|  | 12/28/2006 |

SEDGWICK CLAIM MANAGEMENT SERVICES        CLIENT ID:       Y18-00051
P. O. BOX 24787                           STATEMENT NO:              11
JACKSONVILLE  FL  32241-4787

V. STILLONS
CLAIM # A111200150                                              **PREBILL**
DATE OF LOSS: 1-1-2001

*THIS IS A PREBILL.  <u>DO NOT MAIL TO CLIENT</u>.  IF THERE ARE NO CHANGES, PLEASE INDICATE "OK" OR MAKE APPROPRIATE CHANGES AND RETURN TO BILLING FOR FINAL STATEMENT GENERATION.*

### PROFESSIONAL SERVICES RENDERED

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 03/01/2005 |  |  |  |  |
| RCP | RECEIPT AND REVIEW EXECUTED ORDER OF DISMISSAL FROM JUDGE MICHAEL JONES. |  | 0.10 | 11.00 |
|  | FOR CURRENT SERVICES RENDERED |  | 0.10 | 11.00 |

WORK SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | TOTAL |
|---|---|---|---|---|
| ROBERT C. PALMER, III | PARTNER | 0.10 | $110.00 | $11.00 |

### ADVANCES

| 03/23/2005 | OTHER - CHOICEPOINT PUBLIC RECORDS, INC. ONLINE SEARCHES | 20.00 |
|---|---|---|
| 04/05/2005 | OTHER - CRAWFORD & COMPANY APPEARANCE OF SCOTT DREKE AT 1-18-05 MEDIATION | 244.00 |
|  | TOTAL ADVANCES | 264.00 |
|  | TOTAL CURRENT WORK | 275.00 |
|  | **BALANCE DUE** | **$275.00** |

**SHELL, FLEMING, DAVIS & MENGE, P.A.**
**ATTORNEYS AT LAW**
**POST OFFICE BOX 1831**
**PENSACOLA, FL  32591-1831**
**TAX ID NO. 59-1409547**

PAGE: 1
12/28/2006

SEDGWICK CLAIM MANAGEMENT SERVICES
P. O. BOX 24787
JACKSONVILLE  FL  32241-4787

CLIENT ID:          Y18-00056
STATEMENT NO:              7

GARGONE V. WINN-DIXIE
CLAIM NO. A111200574
STORE NO. 556 DIVISION: 07
DATE OF LOSS 1/12/2001

**PREBILL**

*THIS IS A PREBILL.  <u>DO NOT MAIL TO CLIENT.</u>  IF THERE ARE NO CHANGES, PLEASE INDICATE "OK" OR MAKE APPROPRIATE CHANGES AND RETURN TO BILLING FOR FINAL STATEMENT GENERATION.*

## PROFESSIONAL SERVICES RENDERED

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 02/21/2005 | | | | |
| | RCP | RECEIPT AND REVIEW COPY OF CORRESPONDENCE TO JUDGE TERRELL FROM TODD LADOUCEUR WITH PROPOSED FINAL JUDGMENT. | 0.20 | 22.00 |
| | KRK | FINALIZE POST TRIAL REPORT TO JACKIE EIKNER. | 0.30 | 18.00 |
| 02/22/2005 | | | | |
| | KRK | PREPARE SUGGESTION OF BANKRUPTCY AND NOTICE OF AUTOMATIC STAY. | 0.20 | 12.00 |
| 03/08/2005 | | | | |
| | RCP | RECEIPT AND REVIEW CORRESPONDENCE FROM TODD LADOUCEUR REGARDING WINN-DIXIE'S BANKRUPTCY. | 0.10 | 11.00 |
| 03/09/2005 | | | | |
| | RCP | RECEIPT AND REVIEW CORRESPONDENCE FROM TODD LADOUCEUR REGARDING BANKRUPTCY CLAIM AND BANKRUPTCY TRUSTEE. | 0.20 | 22.00 |
| 03/17/2005 | | | | |
| | MJD | TELEPHONE CALL FROM PLAINTIFF'S COUNSEL REGARDING THE TRUSTEE FOR WINN-DIXIE. | 0.10 | 6.50 |
| 03/28/2005 | | | | |
| | MJD | TELEPHONE CALL TO REPRESENTATIVE AT WINN-DIXIE REGARDING THE NAME OF THE TRUSTEE. | 0.10 | 6.50 |
| | MJD | TELEPHONE CALL TO PLAINTIFF'S COUNSEL REGARDING SAME. | 0.10 | 6.50 |
| 08/09/2006 | | | | |
| | MJD | RECEIVED AND REVIEWED MEDICARE'S CLAIM TO DATE. | 0.10 | 6.50 |
| | RCP | RECEIVED AND REVIEWED LETER FROM FIRST COAST SERVICE | | |

PAGE: 2
12/28/2006
CLIENT ID:          Y18-00056
STATEMENT NO:              7

GARGONE V. WINN-DIXIE
CLAIM NO. A111200574
STORE NO. 556 DIVISION: 07
DATE OF LOSS 1/12/2001

|                                          | HOURS |        |
|------------------------------------------|-------|--------|
| OPTIONS REGARDING GARGONE'S MEDICARE CLAIM | 0.10  | 11.00  |
| FOR CURRENT SERVICES RENDERED            | 1.50  | 122.00 |

### WORK SUMMARY

| TIMEKEEPER            | TITLE     | HOURS | RATE    | TOTAL   |
|-----------------------|-----------|-------|---------|---------|
| KATHY KIDD            | PARALEGAL | 0.50  | $60.00  | $30.00  |
| ROBERT C. PALMER, III | PARTNER   | 0.60  | 110.00  | 66.00   |
| MARY DALTO            | PARALEGAL | 0.40  | 65.00   | 26.00   |

### EXPENSES

| 02/21/2005 | COPYING EXPENSES - TODD LADOUCEUR | 82.62 |
|------------|-----------------------------------|-------|
|            | TOTAL EXPENSES                    | 82.62 |

### ADVANCES

| 02/25/2005 | COURT REPORTER COSTS - WIERZBICKI & STEPHENSON | 317.50 |
|------------|------------------------------------------------|--------|
|            | TOTAL ADVANCES                                 | 317.50 |
|            | TOTAL CURRENT WORK                             | 522.12 |

**BALANCE DUE**                                                   $522.12

**SHELL, FLEMING, DAVIS & MENGE, P.A.**
**ATTORNEYS AT LAW**
**POST OFFICE BOX 1831**
**PENSACOLA, FL  32591-1831**
**TAX ID NO. 59-1409547**

|  |  |
|---|---|
|  | PAGE: 1 |
|  | 12/28/2006 |
| SEDGWICK CLAIM MANAGEMENT SERVICES | CLIENT ID:     Y18-00063 |
| P. O. BOX 24787 | STATEMENT NO:     3 |
| JACKSONVILLE  FL  32241-4787 |  |

BELL V WINN-DIXIE
ESCAMBIA COUNTY COURT                                                **PREBILL**
CASE NO. 2004 CA 000586

*THIS IS A PREBILL. <u>DO NOT MAIL TO CLIENT</u>. IF THERE ARE NO CHANGES, PLEASE INDICATE "OK" OR MAKE APPROPRIATE CHANGES AND RETURN TO BILLING FOR FINAL STATEMENT GENERATION.*

### PROFESSIONAL SERVICES RENDERED

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 02/22/2005 |  |  |  |  |
| | KRK | PREPARE SUGGESTION OF BANKRUPTCY AND NOTICE OF AUTOMATIC STAY. | 0.20 | 12.00 |
| 02/23/2005 |  |  |  |  |
| | RCP | RECEIPT AND REVIEW CORRESPONDENCE FROM WIERZBICKI & STEPHENSON WITH ORIGINAL EXECUTED ERRATA SHEETS FOR DEPOSITIONS OF ROBERT AND CELESTE BELL. | 0.20 | 22.00 |
| 04/18/2005 |  |  |  |  |
| | MJD | RECEIPT AND REVIEW OF CORRESPONDENCE AND PLAINTIFFS' 2002 FAXES FROM THE IRS. | 0.50 | 32.50 |
| 03/06/2006 |  |  |  |  |
| | RCP | CORRESPONDENCE FROM ANGELA WILLIAMS TO PLAINTIFF'S ATTORNEY, RAY KINSEY REGARDING SETTLEMENT OF CLAIM FOR $37,500.00. | 0.30 | 33.00 |
| | | FOR CURRENT SERVICES RENDERED | 1.20 | 99.50 |

#### WORK SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | TOTAL |
|---|---|---|---|---|
| KATHY KIDD | PARALEGAL | 0.20 | $60.00 | $12.00 |
| ROBERT C. PALMER, III | PARTNER | 0.50 | 110.00 | 55.00 |
| MARY DALTO | PARALEGAL | 0.50 | 65.00 | 32.50 |
| | TOTAL CURRENT WORK | | | 99.50 |

**BALANCE DUE**                                                              $99.50

## SHELL, FLEMING, DAVIS & MENGE, P.A.
### ATTORNEYS AT LAW
### POST OFFICE BOX 1831
### PENSACOLA, FL   32591-1831
### TAX ID NO. 59-1409547

| | |
|---|---|
| | PAGE: 1 |
| | 12/28/2006 |
| SEDGWICK CLAIM MANAGEMENT SERVICES | CLIENT ID:   Y18-00064 |
| P. O. BOX 24787 | STATEMENT NO:   4 |
| JACKSONVILLE  FL  32241-4787 | |

MILLER V. WINN-DIXIE MONTGOMERY, INC.          **PREBILL**
CASE NO:  2004 CA 000644
ESCAMBIA COUNTY

*THIS IS A PREBILL. <u>DO NOT MAIL TO CLIENT</u>. IF THERE ARE NO CHANGES, PLEASE INDICATE "OK" OR MAKE APPROPRIATE CHANGES AND RETURN TO BILLING FOR FINAL STATEMENT GENERATION.*

### PROFESSIONAL SERVICES RENDERED

| | | | HOURS | |
|---|---|---|---|---|
| 02/23/2005 | | | | |
| | KRK | TELEPHONE CALL FROM/TO JANET HOWARD REGARDING SETTLEMENT FUNDS. | 0.20 | 12.00 |
| 03/09/2005 | | | | |
| | RCP | TELEPHONE CALL FROM PLAINTIFF'S ATTORNEY, QUIN BAKER. | 0.20 | 22.00 |
| 04/12/2005 | | | | |
| | RCP | RECEIPT AND REVIEW PLAINTIFF'S NOTICE OF FILING OF B10 PROOF OF CLAIM FORM. | 0.20 | 22.00 |
| 06/22/2005 | | | | |
| | RCP | RECEIPT AND REVIEW NOTICE OF FILING B10 PROOF OF CLAIM FROM PLAINTIFF'S ATTORNEY. | 0.10 | 11.00 |
| 10/25/2005 | | | | |
| | RCP | CORRESPONDENCE FROM ANGELA WILLIAMS REGARDING WINN DIXIE'S RESPONSE TO PROOF OF CLAIM QUESTIONNAIRE SUBMITTED BY QUINN BAKER. | 0.20 | 22.00 |
| 03/10/2006 | | | | |
| | MJD | LETTER TO OPPOSING COUNSEL REGARDING STIPULATION AND ORDER FOR DISMISSAL. | 0.20 | 13.00 |
| 04/20/2006 | | | | |
| | MJD | PREPARATION OF DOCKET REQUEST AND REVIEW OF ENTRIES TO CONFIRM DISMISSAL BY THE COURT. | 0.20 | 13.00 |
| | | FOR CURRENT SERVICES RENDERED | 1.30 | 115.00 |

PAGE: 2
12/28/2006
CLIENT ID:          Y18-00064
STATEMENT NO:                4

MILLER V. WINN-DIXIE MONTGOMERY, INC.
CASE NO: 2004 CA 000644
ESCAMBIA COUNTY

## WORK SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | TOTAL |
|---|---|---|---|---|
| KATHY KIDD | PARALEGAL | 0.20 | $60.00 | $12.00 |
| ROBERT C. PALMER, III | PARTNER | 0.70 | 110.00 | 77.00 |
| MARY DALTO | PARALEGAL | 0.40 | 65.00 | 26.00 |

## ADVANCES

| | | |
|---|---|---|
| 04/05/2005 | OTHER - CRAWFORD & COMPANY APPEARANCE OF SCOTT DREKE AT 1-18-05 MEDIATION | 220.00 |
| | TOTAL ADVANCES | 220.00 |
| | TOTAL CURRENT WORK | 335.00 |
| | **BALANCE DUE** | $335.00 |

**SHELL, FLEMING, DAVIS & MENGE, P.A.**
**ATTORNEYS AT LAW**
**POST OFFICE BOX 1831**
**PENSACOLA, FL   32591-1831**
**TAX ID NO. 59-1409547**

PAGE: 1
12/28/2006

SEDGWICK CLAIM MANAGEMENT SERVICES
P. O. BOX 24787
JACKSONVILLE  FL  32241-4787

CLIENT ID:        Y18-00067
STATEMENT NO:        4

STRANGE V WINN-DIXIE MONTGOMERY, INC.

**PREBILL**

***THIS IS A PREBILL.  <u>DO NOT MAIL TO CLIENT</u>.  IF THERE ARE NO CHANGES, PLEASE INDICATE "OK" OR MAKE APPROPRIATE CHANGES AND RETURN TO BILLING FOR FINAL STATEMENT GENERATION.***

**PREVIOUS BALANCE**                                                      $3,649.19

### PROFESSIONAL SERVICES RENDERED

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 10/03/2005 |  |  |  |  |
| | MJD | RECEIPT/REVIEW OF PLAINTIFF'S NOTICE OF FILING ORIGINAL RETURNS OF SERVICE UPON WINN-DIXIE STORE, INC, WINN-DIXIE MONTGOMERY, INC. AND WINN-DIXIE SUPERMARKETS, INC.; RESPONSE LETTER TO OPPOSING COUNSEL REGARDING SAME. | 0.30 | 19.50 |
| 05/09/2006 |  |  |  |  |
| | MJD | REVIEW OF FILE DUE TO THE STAY BEING LIFTED AND MEDIATION THIS FALL;  ASCERTAIN ADDITIONAL DISCOVERY TO BE DONE AND MEDICAL RECORDS TO BE OBTAINED. | 2.00 | 130.00 |
| 05/15/2006 |  |  |  |  |
| | MJD | PREPARATION AND DRAFTING OF MEDICAL AUTHORIZATIONS TO OBTAIN UP-DATED MEDICAL RECORDS; LETTER TO OPPOSING COUNSEL REGARDING SAME. | 0.50 | 32.50 |
| 08/22/2006 |  |  |  |  |
| | MJD | PREPARATION OF CASE STATUS MEMO. | 0.10 | 6.50 |
| 09/06/2006 |  |  |  |  |
| | WJ | REVIEW CASE STATUS; MAKE LIST OF WORK TO BE COMPLETED. | 0.10 | 7.50 |
| | | FOR CURRENT SERVICES RENDERED | 3.00 | 196.00 |

#### WORK SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | TOTAL |
|---|---|---|---|---|
| WANDA JENKINS | PARALEGAL | 0.10 | $75.00 | $7.50 |
| MARY DALTO | PARALEGAL | 2.90 | 65.00 | 188.50 |

PAGE: 2
12/28/2006
CLIENT ID:    Y18-00067
STATEMENT NO:    4

STRANGE V WINN-DIXIE MONTGOMERY, INC.


TOTAL CURRENT WORK                                                    196.00

**BALANCE DUE**                                                    $3,845.19

**SHELL, FLEMING, DAVIS & MENGE, P.A.**
**ATTORNEYS AT LAW**
**POST OFFICE BOX 1831**
**PENSACOLA, FL  32591-1831**
**TAX ID NO. 59-1409547**

| | |
|---|---|
| | PAGE: 1 |
| | 12/28/2006 |
| SEDGWICK CLAIM MANAGEMENT SERVICES | CLIENT ID:   Y18-00069 |
| P. O. BOX 24787 | STATEMENT NO:   1 |
| JACKSONVILLE  FL  32241-4787 | |

RICHARDS V WINN-DIXIE STORES
CLAIM # A411207116-0001-01

**PREBILL**

*THIS IS A PREBILL.  DO NOT MAIL TO CLIENT.  IF THERE ARE NO CHANGES, PLEASE INDICATE "OK" OR MAKE APPROPRIATE CHANGES AND RETURN TO BILLING FOR FINAL STATEMENT GENERATION.*

## PROFESSIONAL SERVICES RENDERED

| | | | HOURS | |
|---|---|---|---|---|
| 02/22/2005 | | | | |
| | KRK | PREPARE SUGGESTION OF BANKRUPTCY AND NOTICE OF AUTOMATIC STAY. | 0.20 | 11.00 |
| 06/21/2006 | | | | |
| | MJD | RECEIVED AND REVIEWED CORRESPONDENCE FROM OPPOSING COUNSEL REGARDING SCHEDULING MEDIATION. | 0.10 | 6.50 |
| 06/27/2006 | | | | |
| | RCP | RECEIVED AND REVIEWED CORRESPONDENCE FROM PLAINTIFF'S ATTORNEY, SCOTT STONE REGARDING MEDIATION. | 0.20 | 22.00 |
| | | FOR CURRENT SERVICES RENDERED | 0.50 | 39.50 |

### WORK SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | TOTAL |
|---|---|---|---|---|
| KATHY KIDD | PARALEGAL | 0.20 | $55.00 | $11.00 |
| ROBERT C. PALMER, III | PARTNER | 0.20 | 110.00 | 22.00 |
| MARY DALTO | PARALEGAL | 0.10 | 65.00 | 6.50 |

| | | |
|---|---|---|
| **TOTAL CURRENT WORK** | | 39.50 |
| **BALANCE DUE** | | $39.50 |

**SHELL, FLEMING, DAVIS & MENGE, P.A.**
**ATTORNEYS AT LAW**
**POST OFFICE BOX 1831**
**PENSACOLA, FL   32591-1831**
**TAX ID NO. 59-1409547**

|  |  |
|---|---|
|  | PAGE: 1 |
|  | 12/28/2006 |
| SEDGWICK CLAIM MANAGEMENT SERVICES | CLIENT ID:        Y18-00070 |
| P. O. BOX 24787 | STATEMENT NO:           1 |
| JACKSONVILLE  FL  32241-4787 |  |

KNABB V WINN-DIXIE MONTGOMERY, INC.
CLAIM #A211209168-0001-01                                                **PREBILL**

*THIS IS A PREBILL.  <u>DO NOT MAIL TO CLIENT</u>.  IF THERE ARE NO CHANGES, PLEASE INDICATE "OK" OR MAKE APPROPRIATE CHANGES AND RETURN TO BILLING FOR FINAL STATEMENT GENERATION.*

## PROFESSIONAL SERVICES RENDERED

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 03/10/2005 |  |  |  |  |
| MJD | PREPARATION AND DRAFTING OF OUR ENTRY OF APPEARANCE; CORRESPONDENCE TO CLERK OF THE COURT. |  | 0.30 | 19.50 |
|  | FOR CURRENT SERVICES RENDERED |  | 0.30 | 19.50 |

### WORK SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | TOTAL |
|---|---|---|---|---|
| MARY DALTO | PARALEGAL | 0.30 | $65.00 | $19.50 |

TOTAL CURRENT WORK                                                                 19.50

**BALANCE DUE**                                                                    $19.50

**SHELL, FLEMING, DAVIS & MENGE, P.A.**
**ATTORNEYS AT LAW**
**POST OFFICE BOX 1831**
**PENSACOLA, FL  32591-1831**
**TAX ID NO. 59-1409547**

|  |  |
|---|---|
| | PAGE: 1 |
| | 12/28/2006 |
| GARY FURMAN | |
| SENIOR CLAIMS EXAMINER | CLIENT ID:          Y18-00073 |
| WINN-DIXIE STORES, INC. | STATEMENT NO:          5 |
| POST OFFICE BOX B | |
| JACKSONVILLE  FL 32203-0297 | |

ADV. CATHERINE WATSON

**PREBILL**

*THIS IS A PREBILL.  <u>DO NOT MAIL TO CLIENT.</u>  IF THERE ARE NO CHANGES, PLEASE INDICATE "OK" OR MAKE APPROPRIATE CHANGES AND RETURN TO BILLING FOR FINAL STATEMENT GENERATION.*

### PROFESSIONAL SERVICES RENDERED

| | | HOURS | |
|---|---|---|---|
| 02/16/2006 | | | |
| RCP | CORRESPONDENCE FROM DAN STEWART REGARDING _____. | 0.30 | 45.00 |
| 02/20/2006 | | | |
| MJD | PREPARATION AND DRAFTING OF PROPOSED SUBPOENAS TO BAPTIST HOSPITAL, SACRED HEART HEALTH SYSTEM, SANTA ROSA MEDICAL CENTER, BERRYHILL MEDICAL PLAZA AND WEST FLORIDA HOSPITAL; PREPARATION AND DRAFTING OF A NOTICE OF INTENT FOR SAME. | 1.20 | 90.00 |
| 02/28/2006 | | | |
| MJD | RECEIPT/REVIEW OF PLAINTIFF'S ANSWERS TO OUR INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS. | 0.60 | 45.00 |
| 03/02/2006 | | | |
| MJD | PREPARATION AND DRAFTING OF RESPONSES TO PLAINTIFF'S FIRST INTERROGATORIES WITH THE INFORMATION AVAILABLE TO DATE. | 1.50 | 112.50 |
| 03/03/2006 | | | |
| MJD | RECEIPT/REVIEW OF PLAINTIFF'S REQUEST FOR COPIES OF SUBPOENAED MEDICAL RECORDS. | 0.10 | 7.50 |
| 03/13/2006 | | | |
| MJD | ADMINISTRATION, GENERAL PREPARATION AND DRAFTING OF A CERTIFICATE OF NON-OBJECTION FOR PROPOSED SUBPOENAS. | | NO CHARGE |
| MJD | ADMINISTRATION, GENERAL PREPARATION AND DRAFTING OF HAND DELIVERED AND CERTIFIED LETTERS TO BAPTIST HOSPITAL, SACRED HEART HEALTH SYSTEM, SANTA ROSA | | |

GARY FURMAN

ADV. CATHERINE WATSON

|  |  | HOURS |  |
|---|---|---|---|
|  | MEDICAL CENTER, BERRYHILL MEDICAL PLAZA AND WEST FLORIDA HOSPITAL, WITH SUBPOENAS. |  | NO CHARGE |
| **03/15/2006** |  |  |  |
| HC | DELIVER 3 SUBPOENAS. | 1.50 | 67.50 |
| **03/27/2006** |  |  |  |
| MJD | RECEIPT/REVIEW OF CORRESPONDENCE FROM SACRED HEART HOSPITAL IN RESPONSE TO OUR SUBPOENA. | 0.10 | 7.50 |
| **04/03/2006** |  |  |  |
| MJD | RECEIPT/REVIEW OF CORRESPONDENCE FROM BEST CORPORATION REGARDING MEDICAL RECORDS FROM SANTA ROSA MEDICAL CENTER. | 0.10 | 7.50 |
| **04/04/2006** |  |  |  |
| MJD | TELEPHONE CALL FROM OPPOSING COUNSEL REGARDING PLAINTIFF'S STATEMENTS; RETRIEVAL OF SAME AND REDACTION OF OTHER CLAIM INFORMATION PRIOR TO THE FAXING OF SAME. | 0.40 | 30.00 |
| **04/12/2006** |  |  |  |
| MJD | REVIEW OF ALL MEDICAL RECORDS TO DATE; SUMMARY PREPARED. | 1.50 | 112.50 |
| MJD | PREPARATION AND DRAFTING OF DETAILED INITIAL CASE ANALYSIS FOR CLIENT. | 3.20 | 240.00 |
| **04/18/2006** |  |  |  |
| MJD | RECEIPT/REVIEW OF CORRESPONDENCE FROM THE RECORDS CUSTODIAN AT SANTA ROSA MEDICAL CENTER. | 0.10 | 7.50 |
| MJD | TELEPHONE CALL TO PRO-LEGAL REGARDING COPIES OF VOLUMINOUS RECORDS FOR OPPOSING COUNSEL. | 0.10 | 7.50 |
| **04/20/2006** |  |  |  |
| MJD | LETTER TO OPPOSING COUNSEL REGARDING RECORDS FROM BAPTIST HOSPITAL AND SANTA ROSA MEDICAL CENTER. | 0.20 | 15.00 |
| MJD | INDEXING IN CHRONOLOGICAL ORDER, VOLUMINOUS MEDICAL RECORDS FROM SANTA ROSA MEDICAL CENTER. | 0.70 | 52.50 |
| **04/21/2006** |  |  |  |
| MJD | TELEPHONE CALL TO PRO-LEGAL REGARDING COPIES OF VOLUMINOUS RECORDS RECEIVED FROM SACRED HEART HOSPITAL. | 0.10 | 7.50 |
| MJD | IN-DEPTH REVIEW AND SUMMARY PREPARED OF VOLUMINOUS MEDICAL RECORDS FROM SANTA ROSA MEDICAL CENTER. | 3.50 | 262.50 |
| RCP | RECEIVED, REVIEWED AND EDITED INITIAL CASE EVALUATION. | 0.80 | 120.00 |
| **04/24/2006** |  |  |  |
| MJD | RECEIPT/REVIEW OF CORRESPONDENCE FROM WEST FLORIDA HOSPITAL. | 0.10 | 7.50 |
| MJD | TELEPHONE CALL TO PRO-LEGAL REGARDING COPIES FOR OPPOSING COUNSEL. | 0.10 | 7.50 |

GARY FURMAN

12/28/2006

CLIENT ID: Y18-00073

STATEMENT NO: 5

ADV. CATHERINE WATSON

| | | | HOURS | |
|---|---|---|---|---|
| **04/25/2006** | | | | |
| | MJD | RECEIPT AND IN-DEPTH REVIEW OF VOLUMINOUS RECORDS FROM SACRED HEART HOSPITAL; SUMMARY PREPARED. | 1.90 | 142.50 |
| **04/26/2006** | | | | |
| | MJD | LETTER TO OPPOSING COUNSEL REGARDING RECORDS RECEIVED FROM SACRED HEART HOSPITAL AND WEST FLORIDA HOSPITAL AND THE REASONABLE COST OF SAME. | 0.20 | 15.00 |
| | MJD | RECEIPT/REVIEW OF AND PLACED IN CHRONOLOGICAL ORDER, VOLUMINOUS MEDICAL RECORDS FROM WEST FLORIDA HOSPITAL; IN-DEPTH REVIEW OF RECORDS AND SUMMARY PREPARED. | 3.10 | 232.50 |
| **04/27/2006** | | | | |
| | MJD | RECEIPT/REVIEW OF CORRESPONDENCE FROM OPPOSING COUNSEL REGARDING RECORDS FROM SANTA ROSA MEDICAL CENTER. | 0.10 | 7.50 |
| | MJD | RESPONSE LETTER REGARDING SAME. | 0.20 | 15.00 |
| | MJD | REVIEW OF PLAINTIFF'S INTERROGATORY RESPONSES; INTERNET AND STANDARD SEARCHES FOR INFORMATION AND LOCATIONS OF NUMEROUS NAMED TREATING PROVIDERS; DOCKET SEARCH OF PLAINTIFF. | 1.20 | 90.00 |
| | MJD | PREPARATION AND DRAFTING OF A NOTICE OF INTENT FOR PROPOSED SUBPOENAS TO PETER SZYMONIAK, M.D., STEVEN SCHANG, JR., M.D., SANTA ROSA ORTHOPAEDICS AND JOHN LEE, M.D. | 0.20 | 15.00 |
| | MJD | PREPARATION AND DRAFTING OF SUBPOENAS DUCES TECUM FOR SAME. | 0.40 | 30.00 |
| **05/01/2006** | | | | |
| | MJD | RECEIPT/REVIEW OF CORRESPONDENCE FROM OPPOSING COUNSEL REGARDING THE MEDICAL RECORDS FROM WEST FLORIDA HOSPITAL AND SACRED HEART HOSPITAL. | 0.10 | 7.50 |
| | MJD | LETTER TO OPPOSING COUNSEL WITH COPIES OF WEST FLORIDA HOSPITAL AND SCARED HEART HOSPITAL RECORDS. | 0.20 | 15.00 |
| **05/02/2006** | | | | |
| | MJD | REVIEW OF LEE GOLDEN'S RECORDED STATEMENT; TELEPHONE CALL TO LEE GOLDEN REGARDING CASE STATUS AND SITE VISIT. | 0.40 | 30.00 |
| **05/05/2006** | | | | |
| | MJD | RETRIEVAL AND PREPARATION OF DOCUMENTS FOR RCP'S SITE VISIT TO WINN-DIXIE STORE WHERE THE INCIDENT OCCURRED. | 0.30 | 22.50 |
| | MJD | RECEIVED AND REVIEWED PLAINTIFF'S REQUEST FOR COPIES OF MEDICAL RECORDS RECENTLY SUBPOENAED. | 0.10 | 7.50 |
| **05/08/2006** | | | | |
| | MJD | TELEPHONE CALL TO LEE GOLDEN REGARDING TODAY'S MEETING WITH RCP AND THE RESCHEDULING OF SAME DUE THE STORE MANAGER'S ILLNESS. | 0.10 | 7.50 |

GARY FURMAN

ADV. CATHERINE WATSON

| | | | HOURS | |
|---|---|---|---|---|
| 05/15/2006 | | | | |
| | MJD | PREPARATION AND DRAFTING OF A CERTIFICATE OF NON-OBJECTION FOR PROPOSED SUBPOENAES. | 0.20 | 15.00 |
| | MJD | PREPARATION AND DRAFTING OF CERTIFIED LETTERS WITH SUBPOENAS TO DR. PETER SZYMONIAK, DR. STEVEN SCHANG, JR., SANTA ROSA ORTHOPAEDICS AND DR. JOHN LEE. | 0.90 | 67.50 |
| 05/17/2006 | | | | |
| | RCP | TRAVEL TO CANTONMENT; MEETING WITH STORE MANAGER AND ASSISTANT MANAGER. | 1.50 | 225.00 |
| 05/22/2006 | | | | |
| | MJD | RECEIVED AND REVIEWED FAXED CORRESPONDENCE FROM OPPOSING COUNSEL REGARDING RECORD STATUS FROM BERRYHILL MEDICAL PLAZA. | 0.10 | 7.50 |
| 05/23/2006 | | | | |
| | MJD | PREPARATION OF RECORDS RECEIVED FROM DR. JOHN LEE AND SANTA ROSA ORTHOPAEDICS TO OPPOSING COUNSEL; LETTER TO OPPOSING COUNSEL. | 0.60 | 45.00 |
| 05/24/2006 | | | | |
| | MJD | PREPARATION OF LARGE AMOUNT OF RECORDS FROM DR. PETER SZMONIAK AND DR. STEVEN SCHANG FOR OPPOSING COUNSEL; LETTER TO SAME. | 0.80 | 60.00 |
| 05/26/2006 | | | | |
| | MJD | RECEIPT AND INDEXING IN CHRONOLOGICAL ORDER, RECORDS RECEIVED FROM DR. JOHN LEE. | 0.60 | 45.00 |
| | MJD | IN-DEPTH REVIEW AND SUMMARY OF VOLUMINOUS RECORDS FROM DR. JOHN LEE. | 2.10 | 157.50 |
| 06/02/2006 | | | | |
| | MJD | TELEPHONE CALL TO BERRYHILL MEDICAL PLAZA REGARDING RECORDS REQUEST ON PLAINTIFF. | 0.10 | 7.50 |
| 06/09/2006 | | | | |
| | MJD | TELEPHONE CALL FROM DR. VERNALIS; FAXING OF THE SUBPOENA TO SAME. | 0.20 | 15.00 |
| 06/28/2006 | | | | |
| | MJD | RECEIVED AND REVIEWED FAXED CORRESPONDENCE FROM OPPOSING COUNSEL REGARDING STATUS OF RECORDS FROM BERRYHILL MEDICAL; ADDITIONAL FOLLOW-UP TELEPHONE CALL TO BERRYHILL MEDICAL REGARDING SAME; RETURN TELEPHONE CALL TO OPPOSING COUNSEL REGARDING STATUS. | 0.30 | 22.50 |
| | MJD | RECEIVED AND REVIEWED FAXED PREPAYMENT INFORMATION FOR MEDICAL RECORDS. | 0.10 | 7.50 |
| 06/29/2006 | | | | |
| | MJD | REVIEW OF RECORDS FROM SANTA ROSA ORTHOPAEDICS; DETAILED SUMMARY PREPARED. | 2.50 | 187.50 |

ADV. CATHERINE WATSON

|  | | HOURS | |
|---|---|---|---|
| **06/30/2006** | | | |
| MJD | REVIEW AND DETAILED SUMMARY PREPARED OF RECORDS RECEIVED FROM DR. PETER SZYMONIAK. | 2.10 | 157.50 |
| MJD | INDEXING IN CHRONOLOGICAL ORDER, VOLUMINOUS MEDICAL RECORDS RECEIVED FROM STEVEN SCHANG, M.D. | 0.70 | 52.50 |
| **07/03/2006** | | | |
| MJD | REVIEW VOLUMINOUS MEDICAL RECORDS FROM CARDIOLOGY CONSULTANTS; SUMMARY PREPARED | 2.20 | 165.00 |
| **07/17/2006** | | | |
| RCP | RECEIVED AND REVIEWED MEDICAL RECORDS FROM DR. VERNALI. | 0.10 | 15.00 |
| **07/26/2006** | | | |
| MJD | RECEIVED AND REVIEWED FAX FROM OPPOSING COUNSEL REGARDING THE MEDICAL RECORDS OF DR. VERNALI; TELEPHONE CALL TO OPPOSING COUNSEL REGARDING SAME; PREPARATION OF THE RECORDS AND LETTER TO OPPOSING COUNSEL. | 0.60 | 45.00 |
| RCP | RECEIVED AND REVIEWED LETTER FROM DAN STEWART REGARDING COPIES OF RECORDS FROM BERRYHILL MEDICAL PLAZA. | 0.10 | 15.00 |
| **07/28/2006** | | | |
| MJD | | 1.40 | 105.00 |
| **08/18/2006** | | | |
| MJD | PREPARE CASE STATUS MEMO. | 0.30 | 22.50 |
| **09/06/2006** | | | |
| WJ | REVIEW CASE STATUS;  MAKE LIST OF WORK TO BE COMPLETED. | 0.10 | 7.50 |
| RCP | RECEIVED AND REVIEWED LETTER FROM SEDGWICK CLAIMS REQUESTING STATUS REPORT. | 0.10 | 15.00 |
| | FOR CURRENT SERVICES RENDERED | 42.40 | 3,352.50 |
| | TOTAL NON-BILLABLE HOURS | 1.20 | |

## WORK SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | TOTAL |
|---|---|---|---|---|
| HARGIS CAMPBELL | PARALEGAL | 1.50 | $45.00 | $67.50 |
| ROBERT C. PALMER, III | PARTNER | 2.90 | 150.00 | 435.00 |
| WANDA JENKINS | PARALEGAL | 0.10 | 75.00 | 7.50 |
| MARY DALTO | PARALEGAL | 37.90 | 75.00 | 2,842.50 |

## EXPENSES

| 03/15/2006 | TRAVEL EXPENSES - DELIVER THREE SUBPOENAS. | 8.90 |
|---|---|---|
| 03/28/2006 | COPYING EXPENSES - CHARTONE, INC. | 356.65 |
| 04/03/2006 | COPYING EXPENSES - BEST CORPORATION | 388.91 |

GARY FURMAN

CLIENT ID:    Y18-00073
STATEMENT NO:    5

ADV. CATHERINE WATSON

| | | |
|---|---|---:|
| 04/06/2006 | COPYING EXPENSES - CHARTONE, INC. | 441.65 |
| 05/19/2006 | COPYING EXPENSES - SANTA ROSA ORTHOPAEDICS | 23.00 |
| | TOTAL EXPENSES | 1,219.11 |

### ADVANCES

| | | |
|---|---|---:|
| 04/13/2006 | FEDERAL EXPRESS - FEDERAL EXPRESS | 5.60 |
| 05/24/2006 | MEDICAL REPORT - CARDIOLOGY CONSULTANTS | 61.50 |
| 05/26/2006 | MEDICAL REPORT - BERRYHILL ORTHOPAEDICS | 51.70 |
| 06/16/2006 | MEDICAL REPORT - BERRYHILL MEDICAL, PL | 52.00 |
| | TOTAL ADVANCES | 170.80 |
| | TOTAL CURRENT WORK | 4,742.41 |

**BALANCE DUE**                                                        $4,742.41

**SHELL, FLEMING, DAVIS & MENGE, P.A.**
**ATTORNEYS AT LAW**
**POST OFFICE BOX 1831**
**PENSACOLA, FL  32591-1831**
**TAX ID NO. 59-1409547**

PAGE: 1
12/28/2006

GARY FURMAN
SENIOR CLAIMS EXAMINER                                CLIENT ID:        Y18-00074
WINN-DIXIE STORES, INC.                                STATEMENT NO:            1
POST OFFICE BOX B
JACKSONVILLE  FL  32203-0297

ADV. EVERETT BROWN

**PREBILL**

*THIS IS A PREBILL. __DO NOT MAIL TO CLIENT__. IF THERE ARE NO CHANGES, PLEASE INDICATE "OK" OR MAKE APPROPRIATE CHANGES AND RETURN TO BILLING FOR FINAL STATEMENT GENERATION.*

### PROFESSIONAL SERVICES RENDERED

|  |  | HOURS |  |
|---|---|---|---|
| 09/26/2006 |  |  |  |
| RCP | TELEPHONE CALL FROM PLAINTIFF'S ATTORNEY, ARTIE MCGRAW. | 0.20 | 30.00 |
| 09/27/2006 |  |  |  |
| RCP | RECEIVED TELEPHONE CALL FROM ARTIE MCGRAW. | 0.20 | 30.00 |
|  | FOR CURRENT SERVICES RENDERED | 0.40 | 60.00 |

### WORK SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | TOTAL |
|---|---|---|---|---|
| ROBERT C. PALMER, III | PARTNER | 0.40 | $150.00 | $60.00 |

TOTAL CURRENT WORK                                                60.00

**BALANCE DUE**                                                    $60.00