Winn Dixie — Case No. 05 03817-3F1

Administrative Expense Claim

I was injured going into the Winn Dixie Store #407 on 4-13-2006, injuring left leg.

Striking leg against shopping cart guard, which had been knocked out of place from carts banging into it.

The injury to my leg has resulted in a long on-going rehabilitation with expenses to almost $4,000.00. I believe this to be a permanent injury. It affects my driving the car, the lawn mower. It limits my walking and climbing.

I have had ultra sound therapy, electric therapy, physical therapy and numerous pain medications.

If we were going to court to claim negligence, I would seek at least $50,000.00 for complications and injury — pain and suffering, for almost a year.

I am still recieving medical treatment.

Jack L Gresham
14766 Hwy 11 S
Fosters, AL 35463
SS No. 305 56 5930
(205) 752-7053