**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| Winn-Dixie Stores, Inc., et al. | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors | ) | Jointly Administered |

**MOTION FOR ADMISSION PRO HAC VICE**

COMES NOW, petitioner, Craig A. Gentry, and shows the Court as follows:

1. Petitioner is admitted to practice before the Courts of the State of Louisiana and Mississippi and the United States District Courts for the Eastern and Middle District of Louisiana, in good standing.

2. Petitioner certifies that there are no disciplinary proceedings pending against him in any jurisdiction.

3. Petitioner certifies that he is willing to abide by the locale rules of the United States Bankruptcy Court of the Middle District of Florida.

4. Petitioner represents a creditor, Tina Tommaseo, in the above captioned matter.

5. Petitioner's contact information is as follows:

    Craig A. Gentry, (LA Bar#23751)
    Morris Bart, LLC
    909 Poydras Street, 20th Floor
    New Orleans, Louisiana 70112
    Tel: 504-599-3232
    Fax: 504-599-3380
    E-mail: Cgentry@morrisbart.com

6. Petitioner is filing an Application and Request for Allowance and Payment of an Administrative Claim And/or a Claim Arising Against Debtors in the Period Between

February 21, 2005 and November 21, 2006, and files this motion for admission pro hac vice for this purpose out of an abundance of caution.

7. Petitioner requests that the requirement for local counsel be waived pursuant to Local Rule 2090-1.

Dated: January 5, 2007.

                RESPECTFULLY SUBMITTED BY:

/s/ Craig A. Gentry
Craig A. Gentry, (LA Bar#23751)
Morris Bart, LLC
909 Poydras Street, 20th Floor
New Orleans, Louisiana 70112
Tel: 504-599-3232
Fax: 504-599-3380
E-mail: Cgentry@morrisbart.com

Attorney for Tina Tommaseo

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| Winn-Dixie Stores, Inc., et al. | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

This is to certify that I have this 5th day of January, 2007, served a copy of the foregoing pleading upon the following by depositing same in the U.S. mail, with adequate postage thereon addressed to and also faxed a copy to:

Counsel for the Reorganized Debtors:

James Post
Smith Hulsey & Busey
225 Water Street
Suite 1800
Jacksonville, Florida 32202

Counsel for the Post-Effective Date Committee:

Matthew Barr
Milbank, Tweed, Hadley & McCoy, LLP
1 Chase Manhattan Plaza
New York, New York 10005

/s/ Craig A. Gentry
Craig A. Gentry, (LA Bar#23751)
Morris Bart, LLC
909 Poydras Street, 20th Floor
New Orleans, Louisiana 70112
Tel: 504-599-3232
Fax: 504-599-3380
E-mail: Cgentry@morrisbart.com

Attorney for Tina Tommaseo

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| Winn-Dixie Stores, Inc., et al. | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors | ) | Jointly Administered |

**ORDER ALLOWING ADMISSION PRO HAC VICE**

Upon consideration of the foregoing Motion for Admission Pro Hac Vice filed by Petitioner, Craig A. Gentry, for creditor, Tina Tommaseo in the above captioned matter, it is:

ORDERED AND ADJUDGED:

That Craig A. Gentry be admitted Pro Hac Vice for the purposes of filing an Application and Request for Allowance and Payment of an Administrative Claim And/or a Claim Arising Against Debtors in the Period Between February 21, 2005 and November 21, 2006.

That the requirement for local counsel be waived pursuant to Local Rule 2090-1.

Dated this ___ day of _____, 2007 in Jacksonville, Florida.

_____
JUDGE, UNITED STATES BANKRUPTCY COURT