F I L E D
JACKSONVILLE, FLORIDA

JAN 0 4 2007

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATE BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOSEPH HEINLEIN  AVRIL

CASE NO. 05-03817-3f 1

V.

12/29/06

Chapter 11
Jointly administered

WINN-DIXIE STORE, INC., ET AL.,

-----------------------------------------------------------------------------------------------

**THIS IS A MOTION FOR A LAWSUIT AGAINGS WINN-DIXIE IN THE
AMOUNT OF ($ 50,000) FOR A FALSE ARREST CASE  THAT TOKE PLACE
IN  WINN-DIXIE. I MADE A CLAIM BUT THEY DENIED ME. THEREFOR, I
RECEIVE A LETTER FROM WINN-DIXIE THAT THEY FILE FOR CHAPTER
11 THAT IS THE REASON I AM WRITING THIS MOTION OF AN APPEAL
BEFORE THE DO DATE.**

       **On November 24, 2005, I went  to winn-Dixie to send a money transfer
at the western union counter to Haiti.** The money  that I sent it was for my election
because I was running for mayor in a city that call **(Carrefour)** located in haiti. When I
get to the counter, I took the form an I file it out to give it the lady in the counter, I send
**(900.00 dollars)** the fees was  **($81.00 dollar )**all together equal to **($981.00 dollar with
the fees)** I give her a **($1000.00 dollar cash)** in**(10 hundred dollar bill)**. She verifies all
my money one by one, and then she printed me a receipt I went home. An hour later, I
receive a phone call from somebody at winn-dixie said to come back because they think
out of the thousand dollar)**($200.00 dollar) of it was fake.** When I return to winn-dixie,
they show me the fake money. I said to the manager one of your employer verify all my
money in front of me, they were okay she give me my receipt then I went home. While I
was talking to the manager in the front counter, the Boynton police department came
behind put me in handcuffs. I ask officer for what reason I going to jail; he said winn-
dixie made a call to the police department an said that you give them two fake hundred-
dollar bills. Therefore, the police officer takes me doing to the station to take my
fingerprints. An hour later, the county officer takes me to county jail for no reason. I
spent 12 hours in there; they make me feel like I was an animal. My mother had paid $
3,000 dollars to bail me out. I was working as an armed security officer my gun license
was suspended for at least 3 month. I had 3 kids to feed an a fiancé an paid for my rent I
had a hard time trying to get another job because my record was under investigation till
everything was okay. I paid an attorney $3, 500.00 dollar to represent me, for my
criminal cases. I was charge with (felony 3 degree and petit theft) I was going to some
depression I could not support my family because I work with a firearm they were cancel.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| Winn-Dixie Stores, Inc., et al.,[1] | Chapter 11 |
| Reorganized Debtors. | Jointly Administered |

### NOTICE OF (A) ENTRY OF ORDER CONFIRMING PLAN OF REORGANIZATION, (B) OCCURRENCE OF EFFECTIVE DATE OF PLAN, AND (C) BAR DATES FOR FILING CLAIMS ARISING BEFORE EFFECTIVE DATE AND OTHER ADMINISTRATIVE CLAIMS

**TO:    ALL PARTIES IN INTEREST**

**PLEASE TAKE NOTICE THAT:**

1.    On November 9, 2006, the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Bankruptcy Court") entered its Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Confirmation Order"). Unless otherwise defined herein, capitalized terms used in this Notice shall have the meanings ascribed to such terms in the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated August 9, 2006, as modified by the First Modification to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated October 10, 2006 (together, the "Plan"). Copies of the Confirmation Order and the Plan may be obtained by accessing http://www.loganandco.com or http://www.flmb.uscourts.gov.

2.    The conditions to consummation of the Plan set forth in Section 10.2 of the Plan were satisfied (or waived) on November 21, 2006. Thus, in accordance with the terms of the Plan, the Plan became effective on November 21, 2006 (the "Effective Date"). All references in the Plan and the Confirmation Order to the Effective Date are to November 21, 2006.

3.    In accordance with Section 12.1 of the Plan, subject to the provisions of paragraph 4 below, all requests for payment of an Administrative Claim or any Claim arising against the Debtors in the period between February 21, 2005 and November 21, 2006, (other than as set forth in Section 4.1(a), 12.1, 12.2, 12.3, 12.4, or 12.5 of the Plan) must be made by application filed with the Bankruptcy Court and served on counsel for the Reorganized Debtors and the Post-Effective Date Committee **no later than January 5, 2007,** which is the date forty-five (45) days after the Effective Date. The filing of an application must be made via the Bankruptcy Court's electronic filing procedures (electronic filing is mandatory for all attorneys) or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202. The service of an application on counsel for the Reorganized Debtors must be made by delivery of a copy upon James Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, Fax: (904) 359-7708, E-mail: jpost@smithhulsey.com; and service of an application on counsel for the Post-Effective Date Committee must be made by delivery of a copy upon Matthew Barr, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Fax: (212) 822-5194, E-mail: mbarr@milbank.com. In the event that the Reorganized Debtors object to an application, the Bankruptcy Court shall determine the Allowed amount of such Administrative Claim. **Subject to the provisions of paragraph 4 below, an Administrative Claim or any Claim arising against the Debtors in the period between February 21, 2005 and November 21, 2006 that is not asserted in an application filed and served no later than January 5, 2007, shall be forever barred and deemed waived and relinquished in full, and the Reorganized Debtors shall have no obligation to pay such Claim.**

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.







*Att: Melanie Alm*

## AUTHORIZATION FOR REPRESENTATION AND ATTORNEY FEE AGREEMENT

Dear Mr. Avril:

You have retained the undersigned Attorney to act as your attorney and represent you in the matter of:

### Count I: Uttering a Forged Bill

### Count II: Petit Theft

1.     I acknowledge that $1,500.00 will be paid upon the signing of this agreement as a retainer, which is to be credited against your total fee. **YOU AGREE THAT NO PART OF THIS RETAINER IS TO BE REFUNDED TO YOU ONCE WORK ON YOUR MATTER HAS BEGUN.**

2.     You will pay a refundable cost deposit of $0.00** which will be applied to all Court costs and all out of pocket expenses.  Examples of costs include, but are not limited to, court reporter attendance at depositions and hearings, transcripts from depositions, long distance telephone calls, photocopies, facsimiles, postage, out of county travel expenses (including to and from courthouse), and subpoena and witness fees.  In addition to attorney fees, unless your matter is accepted on a contingency basis, you will be responsible for the payment of all costs and payment of out of pocket expenses of any nature whatsoever which are incurred on your behalf.  You may be asked to provide additional cost monies as needed.  If you fail to provide adequate cost monies it may materially hamper the effectiveness of your representation.  You must understand that adequate cost money must be on deposit to cover you necessary expenses.  It is understood and agreed that the firm may consult with and hire other personnel, attorneys, legal assistant, secretaries, clerks, investigators, etc. **\*\* Deposit for depositions is estimate only and client agrees to pay any additional fees for same directly upon presentation of invoices for deposition services.**

3.     You agree to pay a reasonable fee for the services rendered to you. The fee for services is based either on N/A% of the final recovery, an hourly rate of  $N/A per our attorney time, or flat fee of **\*\*\*$3,500.00.**  The retainer will be credited against the fee.  The reasonable fee shall cover and include all time spent in representing you, including (without limitation) time spent for telephone conferences, office conferences (excluding initial visit), travel to and from office locations, drafting pleadings and other documents, legal research time spent in settlement negotiations, and attendance of all court matters. **\*\*\* Balance of Flat Fee to be paid as follows:  $1000.00 due on or before October 30, 2005 and remaining balance of $1000.00 to be paid on or before November 30, 2005.**

*Att: Melanie Alm*

4.     You understand that there have been no guarantees made regarding the disposition of any phase of your case.  All expressions, which relate to the possible outcome of your case, are based strictly on opinion. Likewise, it is impossible to determine in advance the amount of time needed to complete your case.  The total fees and costs to be expended in your case cannot be anticipated, and no assurances of what those fees and costs will ultimately be can be given to you.  Every effort shall be made to keep your fees and costs to a minimum, but without jeopardizing your cause of action.

5.     All bills for services rendered and costs incurred shall be payable by you within 10 days of the date on the billing statement.  These statements will be rendered monthly and based upon the hourly rate as quoted herein.  If the billing statement remains unpaid 30 days after the date thereof, then interest will be charged on all sums due and payable at the rate of 1.5% per month until said unpaid balance has been paid in full.

6.     As permitted by law, an award of attorney fees and/or costs may be sought from the opposing party.   The payment of such fees shall not be determinative of the amount owed by you.  You are primarily liable for the payment of all actual fees and costs.  Any amount received or recovered on your behalf will be automatically credited to your account, and you shall direct such award to be payable to the firm's trust account.

You will remain liable for any unpaid balance due.   You acknowledge that pursuit of an award of attorney's fees is an additional service to you. Any time required to collect the amount due to you from the opposing party will be chargeable to you, and if permitted by law to the opposing party.

If the Court may award an attorney's fee to the undersigned attorney, or to you as prevailing party, pursuant to an applicable statute, rule or any other legal authority, then the undersigned attorney shall be entitled to receive the greater of either the court awarded fee or the fee stipulated above.

7.     Representation of you in this matter might be withdrawn at the unilateral decision of the undersigned, if you do not make payment as required by this agreement, if you misrepresent, fail to disclose material facts, fail to follow advise as given.  If suit must be filed for collection of any sums due under this agreement, then you shall pay reasonable attorney fees together with Court costs for collections of such unpaid amounts.  In addition, should you fail to timely pay for services rendered, you acknowledge that an attorney's equitable charging lien might be placed against any proceeds, any real or personal property received, retained, preserved, or that you may have interest in this matter, or any other matter in which an attorneys lien might be placed on your file and property in the firm's possession should be circumstances permit.

8.     You understand your representation is limited to this action only

*ATT: Melanie Alm*

and continues only through settlement or final judgment.    If appellate proceedings or other post-judgment proceedings are instituted, further fee and retainer agreements might need to be made, pursuant to this attorney's sole discretion.    If you do not receive continued representation after final judgment and collection activities, or an initial undertaking is completed (as set out in attached addendum), then, unless written arrangements to the contrary are made, all the provisions of this agreement shall apply and each of us shall be bound by the terms hereof.

9.    This agreement contains the entire understanding between us, and may not be modified or varied unless in writing.

All of the foregoing may seem unnecessarily lengthy and detailed to you, but our relationship will be more agreeable if we have a complete understanding of the financial arrangements between us.

You understand that the undersigned does not have the authority to represent you and will not represent you until such time as this document is executed by yourself and the undersigned, and you have provided the above referenced retainer payment.

This is a legally binding contract.    Before signing please read it carefully and be sure you understand all if its contents.    If there is anything you do not understand, make sure you do not execute this agreement.    Please do not hesitate to have this agreement reviewed by another attorney of your choice.

**READ, APPROVED AND ACCEPTED** this *29* of *September*, 2005.

_____
JOSEPH AVRIL, CLIENT

**RALPH A. HAGANS, Esquire**

_____
**ATTORNEY**

**STATE OF FLORIDA**
**DEPARTMENT OF AGRICULTURE AND CONSUMER SERVICES**

DEPARTMENT OF AGRICULTURE AND
CONSUMER SERVICES, DIVISION
OF LICENSING,

      PETITIONER,

V.

JOSEPH H. AVRIL,

      RESPONDENT.

CASE NO.: CW2005-1933
W 2113450

_____/

### RECOMMENDED ORDER

Pursuant to notice, an informal hearing was held in this case on December 15, 2005, in West Palm Beach, Florida, before Brian McCormack, a duly designated hearing officer of the Department of Agriculture and Consumer Services, Division of Licensing.

### APPEARANCES

For Respondent:      Joseph H. Avril
                       Post Office Box 3374
                       Lantana, FL  33465

### STATEMENT OF THE ISSUES

Whether the Division has jurisdiction to, and should suspend Respondent's Concealed Weapon and Firearm License pursuant to Section 790.06(3), Florida Statutes.

### PRELIMINARY STATEMENT

By Notice of Suspension dated October 13, 2005, the Department of Agriculture and Consumer Services, Division of Licensing, notified Respondent of intended action pursuant to

Section 790.06, Florida Statutes.  The Respondent timely requested a hearing; this matter was referred for hearing, and this proceeding followed.

Respondent testified on his own behalf without counsel.  Respondent's Exhibit(s) No. 1 was admitted in evidence.

## FINDINGS OF FACT

1.    Respondent holds a Concealed Weapon or Firearm License issued pursuant to Section 790.06, Florida Statutes.

2.    On or about September 24, 2005, in Palm Beach County, Florida, Respondent was arrested for or formally charged with Fraud Uttering A False Instrument.

## CONCLUSIONS OF LAW

1.    The Division of Licensing has jurisdiction over this matter pursuant to Chapter 790, Florida Statutes, and Section 120.57(2), Florida Statutes.

2.    The Notice of Suspension issued in this case cites Section 790.06(3), Florida Statutes, as grounds for suspension of Respondent's license.

3.    Section 790.06(3), Florida Statutes, provides, in pertinent part, that the Department shall suspend a license if the licensee is arrested or formally charged with a crime that would disqualify such person from having a license under Section 790.06, Florida Statutes, until final disposition of the case.

4.    The Department has provided clear and convincing evidence that Respondent was arrested or formally charged with Fraud Uttering A False Instrument.

5.    Respondent has submitted evidence that establishes that the charge has been disposed of by the court.  The disposition of the charge makes the Respondent eligible for licensure pursuant to Section 790.06(10), Florida Statutes.

## RECOMMENDATION

Based on the foregoing Findings of Fact and Conclusions of Law, it is recommended that the Department of Agriculture and Consumer Services, Division of Licensing, dismiss the suspension of Respondent's license.

DONE AND ENTERED this 15th day of December, 2005 in West Palm Beach, Florida.

Brian McCormack
Hearing Officer
Department of Agriculture and Consumer
Services, Division of Licensing

Copies Furnished to:

W. H. "Buddy" Bevis, Director
Department of Agriculture and Consumer
Services, Division of Licensing
Post Office Box 3168
Tallahassee, Florida 32315-3168

Joseph H. Avril
Post Office Box 3374
Lantana, FL  33465

RO-NOS02D



**Peyi a pa dwe peri, Jenes repons la nan men n. An n vote Avril pou soley la ka briye tout bon nan komin Kafou.**

Se Kle a. Se you obligasyon ou Pa Gen lòt Chwa



Att: Melanie Alm



RASSEMBLEMENT DES DEMOCRATES NATIONAUX PROGRESSISTES D'HAITI

DEMOCRATIE NATIONAL PROGRESSISTE

nom A__L

prénom JOSEPH

ensemble, ensemble, ensemble, jusqu'à la victoire finale

ATT. MELANIE ALM



Adresse  joseohavrile aol.com

TEL. (509)-250-6795/ 526-5...

DEC. 2005
valable jusqu'au 30 decembre

0-010101

JUIL20

Date d'émission

Signature du Titulaire

AC# 896526

# STATE OF FLORIDA
## DEPARTMENT OF HEALTH
### DIVISION OF MEDICAL QUALITY ASSURANCE

| DATE | LICENSE/CERTIFICATE NO. | EXPIRATION DATE |
|------|------------------------|-----------------|
| 11/05/2005 | CNA 46457 | 12/31/2007 |

THE **CERTIFIED NURSING ASSISTANT**
NAMED BELOW HAS MET ALL REQUIREMENTS OF THE LAWS AND RULES FOR
NURSING ASSISTANT CERTIFICATION AND IS LISTED ON THE CERTIFIED
NURSING ASSISTANT REGISTRY IN THE STATE OF FLORIDA.

**JOSEPH H AVRIL**
**ATTN: MOISE GERATRIC CENTER**
**4847 FRED GLADSTON**
**WEST PALM BEACH, FL  33417**

JEB BUSH
GOVERNOR

M. Rony François, M.D., M.S.P.H., Ph.D.
SECRETARY

DISPLAY IF REQUIRED BY LAW

*Att: Melanie Alm*

STATE OF FLORIDA
DEPARTMENT OF AGRICULTURE AND CONSUMER SERVICES

DEPARTMENT OF AGRICULTURE AND
CONSUMER SERVICES, DIVISION
OF LICENSING,

      PETITIONER,

V.                                    CASE NO.:  CW2005-1933
                                                         W 2113450

JOSEPH H. AVRIL,

      RESPONDENT.

_____/

### NOTICE OF INFORMAL HEARING

     A hearing will be scheduled and held in this case before an agency hearing officer of the Division of Licensing.

On:             Thursday, December 15, 2005, at 9:30 AM

At:              West Palm Beach Regional Office
                 The Forum, Tower A, Suite 100
                 1675 Palm Beach Lakes Boulevard
                 West Palm Beach, Florida   33401

Issue:         As set forth in the Notice of Suspension

Authority:     Section 120.57(2), Florida Statutes and Rule 28-106,
                 Florida Administrative Code

     The parties have the right to testify, call witnesses, and to be represented by counsel in accordance with Rule 28-106.106, Florida Administrative Code.  The parties must arrange to have witnesses present and shall bring any documents they wish to present.

     Should unforeseen circumstances prevent your attendance at the scheduled date and time, you are required to notify the undersigned, in writing, at least three days in advance of the hearing Continuances will be granted only for good cause shown based upon unforeseen occurrences.

     You have the option of submitting a written statement instead of appearing at the hearing. The statement, along with any supporting documentation, must be received by the undersigned prior to the time of the hearing.

*HH MELANIE HM*

# Boynton Beach Police Department
## Property Exchange Receipt

**CASE NUMBER**

05-19938

Page 1 of 1

| ☒ PRISONERS PROPERTY | ☐ STOLEN/RECOVERED | ☐ FOUND PROPERTY | ☐ OTHER PROPERTY |
|---|---|---|---|

| DATE | TIME | TYPE CASE | LOCATION |
|---|---|---|---|
| 09/24/05 | 1535 Hrs | Prison Prop'o 911 | 4770 N. Congress Ave. |

DISCOVERED BY: Re. Lieberman 815   ADDRESS: 4770 N. Congress Ave.   PHONE: 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

NAME ☐ Owner ☒ Prisoner: April Joseph   ADDRESS: 1108 West Gardner St. Lantana FL 33462   PHONE: 561-741-4177

| ITEM # | QUANTITY | VALUE | NARRATIVE/DESCRIPTION |
|---|---|---|---|
| 1 | US Currency | $1,035.26 | US Currency $1,035.26¢ |
| 2 | Miscellaneous | 0 | 41 DL / Misc. Cards w/ Cards |
| 3 | 1 | 0 | Sprint Cell Cell Phone |
| 4 | 1 | 0 | Set of Keys |
| 5 | 1 | 0 | Citizen Quartz Gold N Color Watch |
| 6 | 1 | 0 | Gold N Color Chain w/ Pendant |
| 7 | 1 | 0 | Gold N Color Bracelet |
| | | | |
| | | | |
| | | TOTAL | |

**I HEREBY ACKNOWLEDGE THAT THE ABOVE LIST REPRESENTS ALL:**

**SECTION 1       PROPERTY TAKEN FROM:**

PRINT NAME April Joseph H.         DATE/TIME 09/24/05/1536   SIGNATURE _____   9/24/

TITLE _____   AGENCY _____

HOLDING CELL # _____   BOOKING DATE/TIME _____   BOOKING # BH# 71508

**SECTION 2       PROPERTY RELEASED TO:**

ITEM # _____  PRINT NAME _____  DATE/TIME 09/24/05  SIGNATURE _____

_____  TITLE _____  AGENCY _____

ITEM # _____  PRINT NAME _____  DATE/TIME _____  SIGNATURE _____

_____  TITLE _____  AGENCY _____

ITEM # _____  PRINT NAME _____  DATE/TIME _____  SIGNATURE _____

_____  TITLE _____  AGENCY _____

**SECTION 3**

OFFICER NAME(PRINT) Re. Lieberman   ID# 815   DATE 09/24/05

SIGNATURE Re. Lieberman #815

## PALM BEACH COUNTY SHERIFF'S OFFICE
## DEPARTMENT OF CORRECTIONS
### NOTICE OF ARRAIGNMENT

I, _____Avril, Joseph_____ understand that I must appear on

_____10-28-05_____ at the Palm Beach County Courthouse

located at:

- ❏ 3228 Gun Club Road, West Palm Beach, FL
- ❏ 205 North Dixie Highway, West Palm Beach, FL (Clerk of Court Information Desk (Lobby))
- ❏ 200 West Atlantic Ave., Delray Beach, FL
- ❏ 3188 PGA Blvd., Palm Beach Gardens, FL
- ❏ 38844 State Road 80, Belle Glade, FL
- ❏ (Other) _____

At: _____0845_____ ☑A.M. ❏ P.M.,  for arraignment on Criminal Charges pending against me. I also understand that if I fail to appear a warrant will be issued for my arrest.

_____09-25-05_____
Date

_____760 5 0118029_____
Booking Number

_____
Defendant's Signature

_____ 7436
Release Desk - Deputy Signature        I.D. #

Att: Melanie Alm

Att Alm

**WHITE - BOND/BOOKING CARD**        **YELLOW - DEFENDANT**

PBSO #0349  REV. 3/99

**BAIL BOND PREMIUM RECEIPT**

| | | |
|---|---|---|
| **A G E N C Y** | McDERMOTT BAIL BONDS, INC.<br>328 BANYAN BLVD., SUITE F<br>WEST PALM BEACH, FL 33401 | Premium Receipt No. **P-FL-№** 594654<br>Receipt Date: 9/24/05.<br>**NON-REFUNDABLE** |

1. RECEIVED FROM: _Marie Jean-Louis_ _____ ($ _300, 00_
2. The Sum of: _Three Hundred_ _____
3. ( ✓ ) Cash    ( _____ ) Check / Credit Card    ( _____ ) Money Order - PREMIUM ON BOND(S) FOR
4. Defendant: _Joseph Avril_    Bond Amt. $ _3000, 68_
5. P/A #: _____    Court: _Cir/county_
6. Charged with: _Cari - Theft_
7. Collateral Receipt No. C- _FL 205574_    issued. (ENTER RECEIPT # OR "NONE").

Amt. Due $ _300, 00_ . . . . .
Amt. Paid _300, 00_
Bal. Due $ _0_

X _Marie Jean Louis_
Received By: - _Jerry Mendes_
In behalf of Agent for:
LEXINGTON NATIONAL INSURANCE CORPORATION
214 East Lexington Street, Baltimore, MD 21202

** NON-PAYMENT OF PREMIUM IS A BREACH OF BOND TERMS AND CONDITIONS!    SEE REVERSE SIDE

WHITE - PAYER'S COPY · YELLOW - AGENT COPY FOR RECEIPT FILE · PINK - AGENT COPY FOR DEFT FILE · GOLDENROD - SURETY COPY · GREEN - GA COPY

Att Melanie Alm



Florida Department of Agriculture and Consumer Services
CHARLES H. BRONSON, Commissioner
The Capitol • Tallahassee, FL 32399-0800

Please Respond to:
Division of Licensing
Post Office Box 3168
Tallahassee, FL 32315-3168
(850) 245-5491

CERTIFIED MAIL

Joseph H. Avril
Post Office Box 3374
Lantana, Florida 33465

RE: CW2005-1933
    W 2113450

Dear Mr. Avril:

### NOTICE OF SUSPENSION

You are hereby notified that, pursuant to Section 790.06(3), Florida Statutes, the Florida Department of Agriculture and Consumer Services, Division of Licensing (Division) has suspended your Concealed Weapon or Firearm License based upon the following:

On or about September 24, 2005, in Palm Beach County, Florida, you were arrested for or formally charged with fraud uttering a false instrument.

You must return the license to the Division immediately. Pursuant to section 790.01, Florida Statutes, the carrying of a concealed weapon or firearm with a suspended license is a crime punishable as provided in sections 775.082, 775.083, and 775.084, Florida Statutes.

The suspension will be in effect until you provide the Division with written proof that you were acquitted or that the disposition of the charges does not affect your eligibility for licensure. Should the disposition of the charges affect your eligibility for licensure, pursuant to Section 790.06, Florida Statutes, the Division will issue an administrative complaint, which may result in the revocation of your license.

In accordance with Section 120.57, Florida Statutes, you may request a formal or informal hearing by completing the enclosed Election of Rights form and filing it with the Division within 21 days of receipt of this notice. If you request a formal hearing, you must also send a statement of the material facts alleged in this notice that you dispute.



Fresh
Florida.

**F l o r i d a   A g r i c u l t u r e   a n d   F o r e s t   P r o d u c t s**
$ 5 3   B i l l i o n   f o r   F l o r i d a ' s   E c o n o m y

Page Two

**Failure to file the Election of Rights form with the Division of Licensing within 21 days of receipt of this notice shall be considered a waiver of your right to a hearing and shall result in this notice becoming final agency action 21 days from receipt.**

If this notice becomes final agency action, you may appeal to an appellate court by filing a notice of appeal pursuant to Florida Rule of Appellate Procedure 9.110 within 30 days of final agency action.

If you have any questions regarding this notice, please contact the Legal Support Section at (850) 245-5491.

Dated this 13th day of October 2005.

W. H. "Buddy" Bevis, Director
Division of Licensing

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Suspension has been sent by return receipt mail this 13th day of October 2005 to Joseph H. Avril, Post Office Box 3374, Lantana, Florida 33465.

Michael T. McGuckin
Assistant General Counsel
Department of Agriculture and Consumer
Services, Division of Licensing
Post Office Box 3168
Tallahassee, FL 32315-3168
(850) 245-5491

NOS02



Fresh
from
Florida.

**Florida Agriculture and Forest Products**
$53 Billion for Florida's Economy

Bethesda Memorial Hospital
2815 S. Seacrest Boulevard
Boynton Beach, FL 33435
561-737-7733

NAME Joseph Avril                 DATE 9/28/05
ADDRESS

Rx    Xanax 0.25mg

      Sb 1 tab po tid  prn

      # 01 (hulun)

☐ DO NOT DRINK, DRIVE OR
  OPERATE HEAVY MACHINERY
  WHILE TAKING MEDICATION

☐ DO NOT TAKE ON
  EMPTY STOMACH

REFILL _____  TIMES   DEA _____

DR. _____  Dr. Angel Feliciano, MD

---

Bethesda Memorial Hospital
2815 S. Seacrest Boulevard
Boynton Beach, FL 33435
561-737-7733

NAME _____  DATE _____
ADDRESS

Rx

☐ DO NOT DRINK, DRIVE OR
  OPERATE HEAVY MACHINERY
  WHILE TAKING MEDICATION

☐ DO NOT TAKE ON
  EMPTY STOMACH

REFILL _____  TIMES   DEA _____

DR. _____

---

## INSTRUCTION SHEET(S) GIVEN (Micromedex)

| | | |
|---|---|---|
| ☐Head Injury/Headache | ☐Sprains/Bruises/Fractures | ☐Wound Care |
| ☐Allergic Reaction | ☐Chest pain | ☐Kidney Stones | ☐S.T.D./Pregnancy | ☐Diet |
| ☐Abdominal Pain | ☐Diabetes | ☐Nose Bleed | ☐Gastroenteritis | ☐_____ |
| ☐Asthma/Bronchitis/Croup | ☐Eye Care | ☐Otitis Media/Otitis Externa | ☐URI/Pneumonia | ☐_____ |
| ☐Back/Neck Care | ☐Fever-Child | ☐Rib Injury | ☐UTI/Pyelonephritis | ☐_____ |
| | | ☐Sore Throat/Tooth | ☐High Blood Pressure | ☐_____ |

## INSTRUCTION TO PATIENT   REPORT ANY CHANGES OR CONCERNS TO YOUR PHYSICIAN OR THE EMERGENCY ROOM.

DIAGNOSIS: Dx: Anxiety

medications as ordered
follow-up w/primary
doctor

AVRIL , JOSEPH

ED PHYSICIAN                         09/27/05
   DOB:  04-05-1980
M     25   1005410871        105477327

☐Verbalizes understanding    ☐Interpreter used

## REFERRED TO:   Dr. Hoyle        PHONE: 732-8500

▸ MAKE APPOINTMENT IN_____DAYS. IF YOU HAVE ANY TROUBLE GETTING AN APPOINTMENT WITHIN THE PERIOD INDICATED, PLEASE CALL US FOR
  INSTRUCTIONS.

● IF NO IMPROVEMENT IN_____HOURS / DAYS, OR IF YOUR CONDITION WORSENS, OR IF ANY NEW SYMPTOMS ARISE, CALL YOUR PRIVATE
  PHYSICIAN OR RETURN TO THE EMERGENCY DEPARTMENT FOR A RECHECK.

## PATIENTS SIGNATURE

I UNDERSTAND THAT THE EMERGENCY CARE WHICH I HAVE RECEIVED IS NOT INTENDED TO BE COMPLETE AND DEFINITIVE MEDICAL CARE AND TREATMENT. I ACKNOWLEDGE THAT I HAVE BEEN INSTRUCTED TO CONTACT
THE ABOVE PHYSICIAN IMMEDIATELY.FOR CONTINUED AND COMPLETE MEDICAL DIAGNOSIS, CARE AND TREATMENT. EKG'S, X-RAYS, AND LAB STUDIES WILL BE REVIEWED BY APPROPRIATE SPECIALISTS AND THE PATIENT
WILL BE NOTIFIED OF SIGNIFICANT DISCREPANCIES. I WILL CALL THE EMERGENCY DEPT. WITHIN 48 HOURS FOR THE RESULTS.
I ALSO UNDERSTAND THAT MY SIGNATURE AUTHORIZES BETHESDA MEMORIAL HOSPITAL TO RELEASE ALL OR ANY PART OF MY MEDICAL RECORD (INCLUDING, IF APPLICABLE, INFORMATION PERTAINING TO AIDS AND/OR
HIV TESTING, MENTAL HEALTH RECORDS, AND DRUG AND/OR ALCOHOL TREATMENT) TO THE REFERRED PHYSICIAN/PHYSICIANS LISTED ABOVE.

I HAVE READ AND UNDERSTAND THE ABOVE, RECEIVED A COPY OF THIS FORM, AND APPLICABLE INSTRUCTION SHEETS, AND WILL ARRANGE FOR FOLLOW-UP CARE.

X _____                          _____  DISCHARGE TIME  0040
☐PATIENT  ☐PARENT  ☐GUARDIAN  ☐OTHER    DISCHARGE NURSE SIGNATURE       DATE  9/28/05

## WORK / SCHOOL STATEMENT

_____ was seen by Dr. _____ at _____ on __/__/__

☐MAY RETURN TO WORK / SCHOOL WITHOUT RESTRICTIONS.          ☐MUST BE REEVALUATED BY FAMILY / OCCUPATIONAL PHYSICIAN
                                                              BEFORE RETURNING TO WORK / SCHOOL

☐MAY RETURN TO RESTRICTED DUTIES FOR _____ DAYS.       ☐NO ATHLETICS / PHYSICAL EDUCATION:_____ DAYS.
RESTRICTIONS:_____                                ☐_____
                                                            WAS HERE WITH RELATIVE / CHILD

☐WILL REQUIRE TIME OFF WORK / SCHOOL ESTIMATED TIME_____ DAYS. _____ M.D.

Form 1209C  02/01

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA
CRIMINAL DIVISION

OFC. ROBERT KELLMAN, 815
BOYNTON BEACH POLICE DEPARTMENT
Agency case number 05-49938

CASE NO. 05CF012399A99
Booking No. 2005048929

STATE OF FLORIDA

vs.

JOSEPH HENLEIN AVRIL, B/M, 04/05/1980
_____/

## NO FILE FOR:

1)    UTTERING A FORGERY
2)    PETIT THEFT

Based on the evidence presented the State cannot prove beyond a reasonable doubt.

BARRY E. KRISCHER, STATE ATTORNEY

DATE: November 4, 2005

By: _Cheryl Caracuzzo_
CHERYL A. CARACUZZO
Assistant State Attorney
FL. BAR NO. 0088692

CAC/ds

**CLERK AND SHERIFF TO RESCIND NO CONTACT ORDER**

PALM BEACH COUNTY, STATE OF FLORIDA
I hereby certify that the foregoing
is a true copy of the record in my office.
This ___ Day of _December_ 20__
SHARON R. BOCK, CLERK
Clerk Circuit Court
BY _____
DEPUTY CLERK

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA
CRIMINAL DIVISION

OFC. ROBERT KELLMAN, 815
BOYNTON BEACH POLICE DEPARTMENT
Agency case number 05-49938

CASE NO. 05CF012399A99
Booking No. 2005048929

STATE OF FLORIDA

vs.

JOSEPH HENLEIN AVRIL, B/M, 04/05/1980

*Petitioner's Exhibit #1*

NO FILE FOR:

1)    UTTERING A FORGERY
2)    PETIT THEFT

Based on the evidence presented the State cannot prove beyond a reasonable doubt.

BARRY E. KRISCHER, STATE ATTORNEY

DATE: November 4, 2005

By: _Cheryl Caracuzzo_
CHERYL A. CARACUZZO
Assistant State Attorney
FL. BAR NO. 0088692

CAC/ds

**CLERK AND SHERIFF TO RESCIND NO CONTACT ORDER**

PALM BEACH COUNTY, STATE OF FLORIDA
I hereby certify that the foregoing
is a true copy of the record in my office.

This _12th_ Day of _December_ 20_05_
SHARON R. BOCK, CLERK
Of Circuit Court

BY _____
DEPUTY CLERK

# WESTERN UNION

www.westernunion.com

## To Send Money / Para enviar dinero
*Para enviar dinero*

PLEASE PRINT / Por favor escriba

### WESTERN UNION® GOLD OR PREFERRED CARD NUMBER
*Número de la tarjeta Gold o Preferred de Western Union.*

2 5 9 3 4 7 4 7 5

---

### ① RECEIVER INFORMATION
*INFORMACIÓN DEL DESTINATARIO*

**Sending money to / Para enviar dinero a:**
☐ USA
☐ International (excludes Mexico) / Internacional (no incluye a México)

**Country name:** / *Nombre del país:* Haiti

$ 900

**Receiver** / *Destinatario* — Gislaine / Jevoly
First Name/Nombre — Last Name/Apellido paterno — Name/Apellido materno

**When sending $1,000 or more, you must provide identification and additional information.**
*Cuando envíe $1,000 ó más, usted tiene que proveer identificación e información adicional.*

**Expected payout location** / *Localidad donde se espera el pago* — Haiti
City/Ciudad — State/Estado — Country/País

---

### ② SENDER INFORMATION
*INFORMACIÓN DEL REMITENTE*

**Sender's name** / *Nombre del remitente* — Joseph / Jevoly
First Name/Nombre — Last Name/Apellido paterno — Last Name/Apellido materno

**Sender's telephone** / *Teléfono del remitente* — (561) 719-

**Sender's address** / *Dirección del remitente* — 104 Center St 3303
City/Ciudad — State/Estado — Zip/Código postal

*CUSTOMER COPY*
*COPIA DEL CLIENTE*

---

### ③ OPTIONAL FEATURES
*CARACTERÍSTICAS OPCIONALES*

If sending less than $1,000 and the receiver does not have identification, complete the Test question and answer. (The maximum amount that can be picked up without I.D. is subject to change without notice.)
*Si el envío es menos de $1,000 y el destinatario no cuenta con una identificación, favor de anotar la pregunta de prueba y la respuesta. (La cantidad máxima que puede recogerse sin I.D. está sujeta a cambios sin previo aviso.)*

**Test question (limit 4 words)** / *Pregunta de Comprobación (límite 4 palabras):*

**Question** / *Pregunta*

**Answer** / *Respuesta*

These optional services are available at an additional cost. Check services desired:
*Estos servicios opcionales están disponibles a un costo adicional. Marque el servicio que desee:*

☐ **Include this message** / *Envíe este mensaje con el dinero*

☐ **Deliver check to the following address (selected international locations only):** / *Entregue el cheque a la dirección siguiente (solamente en selectas localidades de agentes internacionales)*

☐ **Please call my receiver** / *Llame por favor a mi destinatario*

---

### ④ CUSTOMER SIGNATURE

©2004 Western Union Holdings, Inc. All Rights Reserved. Todos los Derechos Reservados.

"IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE ATTACHED PAGES FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. • IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER PICKS UP THE MONEY. • CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE ATTACHED PAGES. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

*"ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA EN LAS PÁGINAS ANEXAS MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. • SI LA TASA DE CAMBIO DE SU TRANSACCIÓN SE DETERMINÓ EN EL MOMENTO EN QUE ENVIÓ EL DINERO, EN SU RECIBO APARECEN LA MONEDA QUE DEBE PAGARSE Y LA TASA DE CAMBIO. DE NO SER ASÍ, LA TASA DE CAMBIO SE ESTABLECERÁ CUANDO EL DESTINATARIO RECIBA EL DINERO. • ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA SELECCIONADO SE ESTABLECEN EN LAS PÁGINAS ANEXAS. AL FIRMAR ESTE RECIBO, USTED ACEPTA DICHOS TÉRMINOS Y CONDICIONES.*

**FIRMA DEL CLIENTE** X _____

---

### AGENT USE ONLY
*Sólo para uso del Agente*

**Money transfer control number** / *Número de control de transferencia*

**Operator number** / *Número de operador*

**Date** / *Fecha* — 7-24-06

**Sent time** / *Hora de envío* — 2:15

**I.D. type** / *Tipo de identificación*

**Number** / *Número* — 810

**Date of birth** / *Fecha de nacimiento*

**Occupation** / *Ocupación*

**I.D. issuing state** / *Estado en que se expidió la identificación*

**I.D. issuing country** / *País que se expidió la identificación*

**2nd I.D. Type** / *2° tipo de identificación*

**2nd I.D. Number** / *2° Número*

**Amount** / *Cantidad* — $ 900.00

**Charge** / *Cargo* — $ 81.00

**Message charge** / *Cargo por el mensaje* — $

**Telephone or delivery charge** / *Cargo por entrega a domicilio o llamada telefónica* — $

**Tax** / *Impuesto* — $

**Total amount collected** / *Cantidad total cobrada* — $

**Rate of exchange** / *Tipo de cambio*

**Amount to be paid** / *Cantidad a pagar* — $ 981.00

DFMTOSNDB07/04

PORTANT CONSUMER FRAUD ALERT. SEE REVERSE SIDE FOR DETAILS. AVISO IMPORTANTE SOBRE FRAUDE AL CONSUMIDOR. VEA EL REVERSO PARA DETALLES.

Case 3:05-bk-03817-JAF Doc 14535 Filed 01/04/07 Page 24 of 24

**Customer Receipt / Recibo del Cliente**

WESTERN UNION

WINN-DIXIE #256
4770 N CONGRESS AVE
BOYNTON BEACH FL 33426

Oper ID: 810 Money Transfer Send
09/24/05  Envio de Dinero
216P EDT  MTCN: 460-114-3670

Sender/Remitente: JOSEPH AVRIL
Receiver/Destinatario: GYSLAINE JEUDY

Available In/Disponible en: HAITI USD
Payout amount/Cantidad de pago: 900.00 US DOLLAR
Exchange Rate/Tipo de cambio: 1.0000000

Western Union Card Number / Numero de Tarjeta: 254347475
Total WU Card Points/Total puntos en tarjeta WU        : 170
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 15

Amount/Cantidad:      $   900.00
Charge(s)/Cargos:
Service/Servicio:          81.00
Total/Total:          $   981.00

GREAT NEWS! Take $5 OFF one Western Union Money Transfer. Valid only for
US person to person transfer payable same day at US Agent. One discount per
transfer. No cash value. Agent-Use code J0839-112077763. Expires 10/31/05
*************************************************************
CHECK YOUR REWARD POINTS ABOVE! Accumulate Points & redeem for $5, $15, or
$30 service fee reductions, gift cards & more. Call 877-984-0469 to redeem

Customer Signature /
Firma del Cliente

Agent Signature /
Firma del Agente

"IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY.
PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. "ADEMAS DE LOS CARGOS POR EL SERVICIO DE
TRANSFERENCIA, WESTERN UNION TAMBIEN GANA DINERO CUANDO CAMBIA SUS DOLARES A MONEDA EXTRANJERA. POR FAVOR VEA EL
REVERSO MAS INFORMACION SOBRE EL CAMBIO DE MONEDA." CERTAIN TERMS GOVERNING THIS TRANSACTION ARE ON THE REVERSE
SIDE. BY SIGNING THIS RECEIPT, YOU AGREE TO THOSE TERMS. IF LISTED ABOVE, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE
RATE FOR YOUR TRANSACTION WERE DETERMINED AT THE TIME OF THIS SEND. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE
RECEIVER RECEIVES THE FUNDS. "ALGUNOS TERMINOS QUE RIGEN ESTA TRANSACCION SE ESTABLECEN AL REVERSO. AL FIRMAR ESTE
RECIBO USTED ACEPTA DICHOS TERMINOS Y CONDICIONES ADEMAS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA. SI APARECEN
ARRIBA, LA MONEDA DE PAGO Y LA TASA DE CAMBIO DE SU TRANSACCION FUERON DETERMINADOS AL MOMENTO DEL ENVIO. SI NO, LA
TASA DE CAMBIO SE ESTABLECERA CUANDO EL DESTINATARIO RECIBA EL DINERO.

CONGRATULATIONS! YOU EARNED 5 (INT'L) OR 20 (US) MINUTES OF PHONE
TIME! To use your phone time until your Card arrives, dial
1-888-628-8862 and enter your personal Gold Card PIN: 840655741843