UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,                    Case No. 3:05-bk-3817-(JAF)

        Debtors.                                                          Chapter 11

_____/            Jointly Administered

### APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE CLAIM
### FOR POST-PETITION PERSONAL INJURY CLAIMANT

COMES NOW the Movant, **Mable Huot**, (hereinafter "Movant") by and through the undersigned counsel, and pursuant to 11 U.S.C. §503 (b), respectfully requests this Court enter an Order approving this application for payment of administrative expense claim, and to authorize payment of her claim pursuant to Order Confirming the Joint Plan of Reorganization of Winn-Dixie Stores, Inc., and Affiliated Debtors, (hereinafter "Debtors") and the provision of the Plan as confirmed. In support thereof Movant states as follows:

### JURISDICTION AND VENUE

1.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. § 157 (b) (2).

### FACTUAL BACKGROUND

2.    On or about February 21, 2005, the Debtors filed voluntary petitions under Chapter 11 of the United States Bankruptcy Code.

3.    On November 9, 2006, this Court entered an Order confirming Debtors' Joint Plan of Reorganization (hereinafter "Confirmation Order") [CP #12440].

4. The Confirmation Order provides that, pursuant to Section 12.1 of Debtors' Joint Plan of Reorganization (hereinafter "Plan"), the deadline for filing requests for payment of post petition administrative claims is January 5, 2007 (the Administrative Claims Bar Date").

5. On or about November 12, 2006, Movant suffered personal injuries at the Winn-Dixie store located on Highway 59 in Foley, Alabama. As a proximate result of the negligence of one or more of the Debtors, Movant has suffered injuries resulting in pain and suffering, medical expenses, and other damages.

6. Movant's personal injury claim has not been liquidated. Nevertheless, the value of the claim may be in excess of $150,000.00.

7. Thus pursuant to the Confirmation Order and the Plan, this Application is timely.

### MOVANT'S CLAIM IS ENTITLED TO ADMINISTRATIVE EXPENSE STATUS

8. The Court may award an administrative expense priority under § 503 (b) for the "actual, necessary costs and expenses of preserving the estate…" 11 U.S.C. § 503 (b) (1).

9. Damages arising from a post-petition tort committed by a debtor are entitled to administrative expense status.[1]

10. In the present case, the Movant's claim arose as a result of the business operations of one or more of the debtors after the petition date and before the Confirmation order. As such, the Movant respectfully requests the Court enter an Order awarding her administrative expense status under 11 U.S.C. § 503 (b).

### REQUEST FOR FUTURE NOTICE

---

[1] See, e.g., *Reading Co. v. Brown,* 391 U.S. 471, 485, 88 S.Ct. 1759, 20 L.Ed.2d 751 (1968) (holding) that damages resulting from fire caused by receiver's negligence were administrative expenses); *Reading Co. v. Brown,* 391 U.S. 471, 485, 88 S.Ct. 1759, 20 L.Ed.2d 751 (1968 (holding) that damages resulting from fire caused by trustee's negligence were entitled to administrative expense status); *In re Piper Aircraft Corp.,* 1169 B.R. 766 (Bkrtcy. S.D. Fla. 1994).

Movant requests that all future pleadings and notices regarding or affecting Movant's claim be served upon:

>c/o Amanda N. Powers
>Maloney-Strohmeyer LLP
>601 Church Street
>Mobile, AL 36602

WHEREFORE, based upon the above, Movant, **Mable Huot**, requests that this Court enter an Order granting relief requested in this Application and such other relief as it deems just and proper.

Respectfully Submitted,

>**Maloney-Strohmeyer LLP**
>
>**/s/ Amanda N. Powers**
>FL BAR NO:  0011643
>601 Church Street
>Mobile, AL 36602
>Telephone:  (251) 433-4440
>Facsimile:   (251) 433-5636

## CERTIFICATE OF SERVICE

I hereby certify that on January \_\_\_\_\_, 2007, I filed this **APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE STATUS FOR POST-PETITION CLAIM AND REQUEST FOR NOTICE** through the CM-ECF filing system, which will cause a copy to be served upon parties listed below and all other parties participating in the CM/ECF System, all served electronically.

Stephen D. Busey, Esq.
James Post, Esq.
Cynthia Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
busey@smithhulsey.com

Jennis & Bowen, P.L.
400 North Ashley Drive, Suite 2540
Tampa, Florida 33602
(813) 229-1700
(813) 229-1707 (facsimile)
ecf@jennisbowen.com

Adam Ravin, Esq.
D.J. Baker, Esq.
Skadden, Arps, Slate, Meagher
& Flom, LLP
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
aravin@skadden.com
dbaker@skadden.com

Karol K. Denniston, Esq.
Paul, Hastings, Janofsky & Waler, LLP
600 Peachtree Street, Suite 2400
Atlanta, Georgia 30308
(404) 815-2347
(404) 685-5347 (facsimile)

John B. Macdonald, Esq.
Patrick Patangan, Esq.
Akerman, Senterfitt & Eidson, P.A.
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202
(904) 798-3700
(904) 798-3730 (facsimile)
john.macdonald@akerman.com
patrick.patangan@akerman.com

Elana L. Escamilla, Esq.
Assistant United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
(407) 648-6465
(407) 648-6323 (facsimile)
elana.l.escamilla@usdoj.gov

Matthew Barr, Esq.
Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Plaza
New York, New York 10005
(212) 530-5000
(212) 530-5219 (facsimile)
mbarr@milbank.com
ddunne@milbank.com

/s/ Amanda N. Powers
Amanda N. Powers