FILED
JACKSONVILLE, FLORIDA

JAN 0 4 2007

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| WINN-DIXIE STORES, INC., ET AL., | Case No. 05-03817-3F1 |
| Reorganized Debtors. | Chapter 11 |

## APPLICATION FOR PAYMENT

NOW COMES, EDDIE L. LINDSEY, an Administrative Claimant as the claimant has a claim which arose between February 21, 2005 and November 21, 2006, and would show:

1. Claimants claim is based upon a personal injury for a slip and fall at Winn-Dixie in Panama City, Florida on May 26, 2006.

2. Claimant was assigned the following claim number by Winn-Dixie, to wit: Winn-Dixie claim no. H611204659.

3. Claimant has incurred unreimbursed medical expenses as noted in the attached Proof of Claim which is attached hereto and incorporated herein by reference.

4. Claimant is entitled to payment as follows:

   Claim amount:             $5,000.00 minimum total claim

   Medical bills incurred:   $2,283.75

   Balance between medicals and amount of claim is for pain and suffering.

5. Copies of medical bills are attached to the attached proof of claim.

WHEREFORE, the undersigned prays the Court will order the Debtor to pay the claimants claim for damages and personal injuries and will award such other relief as is just

Lindsey Application for payment of Administrative Claim
Page 1 of 2



under the circumstances.

    Respectfully submitted this 3rd day of January, 2007.

*Eddie L. Lindsey*
Eddie L. Lindsey, Pro Se
936 McKenzie Ave.
Panama City, FL 32401
Home: (850)785-5115
Work: (850) 872-4789

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing was mailed by U. S. Mail postage prepaid to James Post, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202 and Matthew Barr, Esq., Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, NY 10005 this 3rd day of January, 2007.

*Eddie L. Lindsey*
Eddie L. Lindsey, Pro Se

FORM B10 (Official Form 10) (04/05)
Case 3:05-bk-03817-JAF    Doc 14342-1    Filed 01/04/07    Page 3 of 18

| United States Bankruptcy Court - Middle District of Florida | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor: **Winn-Dixie Stores, Inc., et. al.** | Case Number: **05-03817-3F1** | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
**Eddie L. Lindsey**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
**Eddie L. Lindsey**
**936 McKenzie Ave.**
**Panama City, FL 32401**

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone number:

This Space is for Court Use Only

Account or other number by which creditor identifies debtor:

Check here if this claim ☐ replaces ☐ amends a previously filed claim dated:_____

### 1. Basis for Claim
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☒ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other_____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)        (date)

### 2. Date debt was incurred: 5/2006

### 3. If court judgment, date obtained:

### 4. Total Amount of Claim at Time Case Filed: $ 5,000.00 _____ _____ 5,000.00
(unsecured)    (secured)    (priority)    (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

### 5. Secured Claim.
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in the secured claim, if any: $_____

### 6. Unsecured Nonpriority Claim $ 5,000.00
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority.

### 7. Unsecured Priority Claim.
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.

This Space is for Court Use Only

### 8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

### 9. Supporting Documents: *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

### 10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| **December 30, 2006** | *Eddie L. Lindsey* (signature) |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WINN-DIXIE STORES, INC., ET AL.,                   Case No. 05-03817-3F1

    Reorganized Debtors.                              Chapter 11

_____\

SUMMARY OF CLAIM

Personal Injury for a slip and fall at Winn-Dixie in Panama City, Florida on May 26, 2006.

Winn-Dixie claim no. H611204659.

Claim amount:                $5,000.00 minimum
Medical bills incurred:       $2,283.75
Balance between medicals and amount of claim is for pain and suffering.

Copies of medical bills are attached.

# BAY MEDICAL CENTER
615 N. Bonita Avenue, Panama City, Florida 32401

**PATIENT INSTRUCTIONS**

| PATIENT # | PATIENT NAME | PATIENT PHONE # | DATE OF BIRTH | AGE |
|---|---|---|---|---|
| 6146-00658 | LINDSEY, EDDIE L | (850) 785-5115 | 07/12/41 | 64Y |

| SEX | MS | OCCUPATION | EMPLOYER | EMERG PHYSICIAN | RR | ED |
|---|---|---|---|---|---|---|
| M | D | FOOD SERVICE | BAY CTY SCHOOL BOARD | GEERTZ, CHRISTOPHER E | | |

| VISIT DATE | ADMIT TIME | DISCHARGE DATE & TIME | PRIVATE PHYSICIAN | M.R. UNIT NUMBER |
|---|---|---|---|---|
| 5/26/06 | 18:07 | | FLYNN, WILLIAM J | 384730 |

DISCHARGE DIAGNOSIS: multiple contusions / Knee Sprain

ALLERGIES: ASPH/SULFON

## AFTER-CARE INSTRUCTIONS TO THE PATIENT

NOTE: The examination and treatment you have received in the Emergency Department has been rendered on an emergency basis only, and is not intended to be a substitute for or an effort to provide complete medical care. It is impossible to recognize and treat all potential elements of patient injury or illness in a single Emergency Department visit. It is important that you be rechecked, and that you report any new or remaining problems at that time. **Follow up with the Doctor named below. Meanwhile, FOLLOW THE INSTRUCTIONS BELOW.**

WORK NOTE: ☐ no absences authorized  ☐ and is able to return to work / school on _____  ☐ restrictions  ☐ light work  ☐ _____
Physical education: ☐ may take  ☐ limited  ☐ may not take  ☐ other: _____
MEDICATIONS PRESCRIBED: ☒ Continue all current prescriptions.
Change _____ to _____
D/C _____

LINDSEY, EDDIE L
07/12/41  64Y
06146-00658    EDS
05/26/06

LINDSEY, EDDIE L
07/12/41  64Y
06146-00658    EDS
05/26/06

Lab work done. If results are abnormal, you will be contacted.
Please call 747-6000 in _____ days to obtain the results of your test(s): _____
EKG and/or ☐ X-Rays were taken. All EKG and x-ray interpretations made by the Emergency Department physician are subject to review by another physician. If indicated by this review, you (and/or in certain cases your physician) will be contacted.

### INSTRUCTION SHEETS GIVEN

| | | | | |
|---|---|---|---|---|
| Abdominal Pain * | ☐ Child with Fever * | ☐ Fractures | ☐ Otitis Media | ☐ Threatened Miscarriage |
| Animal Bites | ☐ Communicable Illness | ☐ Headache | ☐ PID | ☐ URI |
| Assault Victims | ☒ Contusion | ☐ Head Injury | ☐ PIP | ☐ UTI |
| Burns | ☐ DDS | ☐ Kidney Stone | ☐ Rx Info | ☐ Wound Care |
| Cervical Strain | ☐ Diet for N/V/D | ☐ Low Back Pain | ☐ Seizure | ☐ _____ |
| Chest Pain * | ☒ Eye Care | ☐ Nose Bleed | ☐ Sprains | ☐ _____ |

Discharge Condition: ☒ Good  ☐ Fair  ☐ Poor
Return to the E.D. BETWEEN 6 A.M. AND 9 A.M. for follow-up care in _____ day(s).
CALL Dr. Flynn _____ (phone # (163-2555) ASAP to schedule a visit in 4 days for follow-up care. EL (initial)

I give permission to release my Emergency Department Medical Records to Dr. _____
I acknowledge receipt of the instructions indicated above. I understand that I have had emergency treatment only, and that I may be released before all of my medical problems are known or treated. I will arrange for follow-up care as indicated above. I understand that if my condition worsens or new symptoms appear, I should contact my private physician (or the physician named above) immediately. If I am unable to reach this physician, I understand that I should promptly contact the Bay Medical Center Emergency Department at 747-6000. EL (initial)
I acknowledge that all of my private property and personal possessions have been returned to me at the time of discharge: EL (initial)   785-5115

I also understand that the BMC ED personnel may need to contact me to communicate important information or further instructions following my outpatient discharge. I can be reached at the following phone number: _____

_Eddie L Lindsey_          _Arlin Brown_          _[signature]_
PATIENT / RESPONSIBLE PERSON SIGNATURE      NURSE      PHYSICIAN

CALLBACKS: ☐ MD  ☐ NURSE  ☐ PT

FAX REFERRAL: DR. _____        PATIENT

# BAY MEDICAL CENTER

## AUTHORIZATION FOR TREATMENT AND CONDITIONS OF ADMISSION

Patient Name: __Lindsey, Eddie___  Patient Number: __001416-00658__

Date of Service: __5-24-06__  Physician: _____

1. **MEDICAL AND SURGICAL CONSENT:** I, the undersigned, suffering from a condition requiring hospital and medical care, consent to the rendering of such care, which may include diagnostic procedures and such medical treatment as my attending physician(s) or other of the hospital's medical staff consider to be necessary. I understand that the practice of medicine and surgery is not an exact science and that diagnosis and treatment may involve risk of injury, or even death. I acknowledge that no guarantees have been made to me as to the result of examination or treatment in this hospital. I also understand that many of the physicians on the staff of this hospital are not employees or agents of the hospital, but rather, are independent contractors who have been granted the privilege of using its facilities for the care and treatment of their patients. Some of the physicians, physician assistants, nurse practitioners, and other physician extenders who provide care and treatment at Bay Medical Center are agents of Bay Medical Center, a Florida Special District, and any liability that may arise from their care or treatment is limited as provided by law. Further, I realize that among those who attend patients at this hospital are medical, nursing, and other health care personnel in training who, unless requested otherwise, may be present during patient care as a part of their education.

2. **RELEASE OF INFORMATION:** I authorize Bay Medical Center and any physicians examining and/or treating me to release to any third party payer, or any auditing firm or agency contracted by a third party payer, any information and records concerning medical, psychiatric/psychological, alcohol/drug abuse, AIDS/ARC, or HIV diagnosis and treatment either during inpatient or outpatient treatment for its use in connection with determining a claim for payment for such treatment and/or diagnosis. Bay Medical Center is authorized to release information from a medical record to any other health care facility to which I may be transferred.

3. **ASSIGNMENT OF INSURANCE BENEFITS:** In consideration of hospital and medical services rendered or to be rendered to the patient, I assign to Bay Medical Center and all treating physicians and groups all my rights, title, and interest in benefits due from any and all third party sources, including, but not limited to, public assistance programs, Medicare, Medicaid, insurance, and health maintenance organizations. I authorize payment to be made directly to the hospital and treating physicians and groups, of any and all sums of money otherwise payable to me from any and all third party sources. I understand that I am financially responsible for payment of any charges in the event that payment from other sources is insufficient to meet total hospital or professional charges. I understand that I am financially obligated to pay the provider for all charges not covered by this assignment and that the hospital has the right to demand payment in full form me at any time prior to payment from any source. The hospital in no way guarantees that hospital and medical services rendered will be covered by any third party sources. I also understand that any dispute as to the amount paid and/or third party rejection is strictly between the patient or the undersigned and the third party payer including but not limited to matters of pre-certification, pre-authorization or any other provision of the patient's benefits agreement.

4. **PERSONAL VALUABLES:** I understand and agree that Bay Medical Center maintains a safe for the safekeeping of money and valuables and shall not be liable for the loss or damage of any money, jewelry, glasses, dentures, documents, clothing or other articles, unless placed in the safe. Bay medical Center shall not be liable for loss or damage of any personal property unless deposited with the hospital for safekeeping.

The undersigned attests that he or she has received, read, and understood copies of both the front and back sides of this Conditions of Admission, and whether signing as patient, patient's agent, representative, or guarantor, agrees to be bound by the conditions set forth on both sides. The undersigned acknowledges that he or she has received, read, and understood the "Patient's Bill of Rights".

ADMISSION CONTINUED ON REVERSE

__Lindsey__  __5-26-06__  _____
Patient or Representative  Date  Relationship

__[signature]__  __5-26-06__
Representative or other Witness  Date

If covered by Tricare, I acknowledge that I have received "An Important Message from Tricare" _____
If covered by Medicare, I acknowledge that I have received "An Important Message from Medicare" _____

FORM # 81009 (Rev. 0)

# BAY MEDICAL CENTER
## CLAIM OF LIEN

STATE OF FLORIDA
COUNTY OF BAY

BEFORE ME, Personally appeared Joan St. John, who, being first duly cautioned and sworn, deposes and says:

1. That she is the Executive Officer or Agent of Bay Medical Center (Hospital), and is duly qualified to execute this instrument according to **Bay County Ordinance #83.01**, commonly known as the Bay County Hospital Lien Ordinance.

2. That the account number(s), name and address of the patient (as it appears from the records of the Hospital) is: 06146-00658, EDDIE L LINDSEY, 936 MCKENZIE AV, PANAMA CITY, FL 32401

3. That the name and location of the Hospital is Bay Medical Center, 615 N. Bonita Avenue, Panama City, Fl 32401.

4. That the Hospital claims a lien as a result of the Hospital care, treatment and maintenance rendered to the patient from the following date(s): 05/26/2006 THROUGH 05/26/2006 in the amount of $1,440.54.

5. That, to the best knowledge of the person signing the claim of lien, the names and addresses of all persons, firms or corporations claimed by the patient or his legal representative, to be liable on account of such illness or injuries is set forth as follows:

LINDSEY,EDDIE L
936 MCKENZIE AV
PANAMA CITY, FL 32401

BAY MEDICAL CENTER

BY: _Joan St. John_
Joan St. John, Legal Collections Specialist

STATE OF FLORIDA
COUNTY OF BAY

Sworn to and subscribed before me this 2ND day of JUNE, 2006, by Joan St. John, Legal Collections Specialist, Bay Medical Center, who is personally known to me.

_Signature of Notary Public_

Kim Thomas
Commission # DD335147
Expires September 28, 2008
Bonded Troy Fain - Insurance, Inc. 800-335-7019



## BAY MEDICAL CENTER

## EXPLANATION OF CLAIM OF LIEN

THE ATTACHED DOCUMENT IS FOR YOUR INFORMATION AND NO ACTION IS REQUIRED ON YOUR PART UNLESS YOU HAVE INSURANCE INFORMATION THAT WE DO NOT HAVE. A CLAIM HAS ALREADY BEEN SENT TO THE INSURANCE COMPANY LISTED ON THE CLAIM OF LIEN.

THIS LIEN WILL NOT ATTACH TO ANY REAL PROPERTY WHICH YOU MAY OWN, AND WILL NOT AFFECT YOUR CREDIT RATING.

A Claim of Lien is recorded in the Public Records of Bay County, Florida. Bay County Ordinance No. 83-01 provides that Bay Medical Center may place a lien upon insurance benefits that may be payable as a result of an accident by recording the Claim of Lien. The Claim of Lien places a lien against any recovery you may receive from a third party lawsuit. If you are represented by an attorney, please share a copy with him/her.

In most cases, the hospital and the insurance company will settle the matter between themselves. However there are situations where the hospital attorney must become involved in communication with the insurance company. Please advise Bay Medical Center in the event that the insurance company makes payment to you so that we can release the lien.

Once the Claim of Lien has been satisfied, Bay Medical Center will record a Release of Lien and provide a copy to you upon your request.

If you have any questions regarding this Claim of Lien, please contact the Legal Collections Department at Bay Medical Center. (850)747-6274.

IF YOU DID NOT GIVE BMC ALL OF YOUR INSURANCE INFORMATION AT THE TIME OF REGISTRATION, PLEASE CALL 850-747-6274 SO THAT WE CAN FILE ALL INSURANCE FOR YOU. THIS INCLUDES ANY AUTOMOBILE INSURANCE, HEALTH INSURANCE, OR GOVERNMENT INSURANCE THAT YOU MAY HAVE.

## IF YOUR AUTOMOBILE INSURANCE IS NOT LISTED ON THE LIEN, PLEASE CALL BAY MEDICAL CENTER IMMEDIATELY.

| | ☐ MASTERCARD | ☐ VISA | ☐ Discover | ☐ Amex |
|---|---|---|---|---|
| FORWARDING SERVICE REQUESTED | PAY THIS AMOUNT | $ 324.00 | AMOUNT ENCLOSED | $ |

### MAIL PAYMENT TO:

BAY MEDICAL ER PHYSICIANS
PO BOX 11407
BIRMINGHAM AL 35246-0895

### ADDRESSEE:

EDDIE L LINDSEY
936 MCKENZIE AV
PANAMA CITY FL 32401-2956

236

**STATEMENT OF ACCOUNT**   PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

Please check box if above addressee is incorrect or insurance information has changed, and indicate change(s) on reverse side.

| DATE | DOCTOR | PATIENT | CODE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| 05/26/06 | GEERTZ | EDDIE L | 99284 | EMER DEPT VISIT E&M | 324.00 | 324.00 |

We do not have insurance information for your account. If you
have insurance or would like to make payment arrangements, Please
call 888.313.5258 and we will gladly file your claim or set up a
payment plan. This statement represents Physician services
provided during your visit to Bay Medical Emergency Department.
***"Y" IN INS COLUMN = INSURANCE FILED,"*" AFTER BALANCE = PENDING INSURANCE***

| MAKE CHECKS PAYABLE TO: | BAY MEDICAL ER PHYSICIANS | | | | |
|---|---|---|---|---|---|
| PROVIDER/ PRACTICE NAME  BAY MEDICAL ER PHYSICIANS | | | | FOR BILLING INQUIRIES, CALL | 888.313.5258 |
| *AN ASTERISK APPEARS ON CHARGES FILED FOR INSURANCE | ACCOUNT NUMBER  P0614600658 LINDSEY,EDDIE L | DATE OF LAST PAYMENT | INSURANCE PENDING  0.00 | PAYMENT DUE DATE | 08/02/06 |
| 07/18/06 STATEMENT DATE | 0.00 CURRENT | 324.00 OVER 30 DAYS | 0.00 OVER 60 DAYS | 0.00 OVER 90 DAYS | 0.00 OVER 120 DAYS | 324.00 PLEASE PAY THIS AMOUNT |

TRANSACTIONS AFTER THE CLOSING DATE WILL APPEAR ON YOUR NEXT STATEMENT

| | MASTERCARD | VISA | Discover | Am. Express |
|---|---|---|---|---|
| PAY THIS AMOUNT $ | 324.00 | | AMOUNT ENCLOSED $ | |

**MAIL PAYMENT TO:**

BAY MEDICAL ER PHYSICIANS
PO BOX 11407
BIRMINGHAM AL 35246-0895

**ADDRESSEE:**

EDDIE L LINDSEY
936 MCKENZIE AV
PANAMA CITY FL 32401-2956

532

☐ Please check box if above addressee is incorrect or insurance information has changed, and indicate change(s) on reverse side.

**STATEMENT OF ACCOUNT**   PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | DOCTOR | PATIENT | CODE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| 05/26/06 | GEERTZ | EDDIE L | 99284 | EMER DEPT VISIT E&M | 324.00 | 324.00 |

We do not have insurance information for your account. If you have insurance or would like to make payment arrangements, Please call 888.313.5258 and we will gladly file your claim or set up a payment plan. This statement represents Physician services provided during your visit to Bay Medical Emergency Department.
***"Y" IN INS COLUMN = INSURANCE FILED,"*" AFTER BALANCE = PENDING INSURANCE***

| MAKE CHECKS PAYABLE TO: | BAY MEDICAL ER PHYSICIANS | | | | | |
|---|---|---|---|---|---|---|
| PROVIDER/ PRACTICE NAME | BAY MEDICAL ER PHYSICIANS | | | | FOR BILLING INQUIRIES, CALL | 888.313.5258 |
| * AN ASTERISK APPEARS ON CHARGES FILED FOR INSURANCE | ACCOUNT NUMBER | P0614600658 LINDSEY,EDDIE L | DATE OF LAST PAYMENT | INSURANCE PENDING | 0.00 | PAYMENT DUE DATE 06/29/06 |
| 06/14/06 STATEMENT DATE | 324.00 CURRENT | 0.00 OVER 30 DAYS | 0.00 OVER 60 DAYS | 0.00 OVER 90 DAYS | 0.00 OVER 120 DAYS | 324.00 PLEASE PAY THIS AMOUNT |

TRANSACTIONS AFTER THE CLOSING DATE WILL APPEAR ON YOUR NEXT STATEMENT

Payable To:
**Medcore Inc.**
P.O. Box 9817
Mobile AL 36691

AUG 04 2006

Service To: EDDIE L LINDSEY
Service Date: 05/26/06
Clients:
ARISTOI

4135470 - 300
EDDIE L LINDSEY
936 MCKENZIE AVE
PANAMA CITY FL 32401-2956

Client Acct#: P0614600658
Our Acct #: 4135470
Balance: $324.00

Dear Eddie L Lindsey:

Your delinquent account with ARISTOI has been placed with this office for collection of the balance in full.

*** **Important Consumer Notice** ***

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgement and mail you a copy of such judgement or verification. If you notify this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

---

**Please tear along the fold and return this portion with your payment.**

Service To: EDDIE L LINDSEY
Service Date: 05/26/06
Clients:
ARISTOI

Client Acct#: P0614600658
Our Acct #: 4135470
Balance: $324.00

| IF PAYING BY VISA, MASTERCARD, AMERICAN EXPRESS OR DISCOVER, FILL OUT BELOW |
|---|
| ☐ VISA  ☐ MASTERCARD  ☐ AMER. EXP.  ☐ DISCOVER |
| CARD NUMBER | AMOUNT |
| SIGNATURE | EXPIRATION DATE |

4135470 - 300
EDDIE L LINDSEY
936 MCKENZIE AVE
PANAMA CITY FL 32401-2956

ARISTOI
P O BOX 9817
MOBILE AL 36691

300

1263-293



**Laboratory Invoice**
For services not included in your physician's bill.

Invoice Number    4079894374
Lab Code    TAM

00107488 0004120 4079894374 R    13863
EDDIE L LINDSEY
936 MCKENZIE AVE
PANAMA CITY, FL 32401-2956

**Important Notice**
THE BALANCE DUE REPRESENTS YOUR COPAY OR DEDUCTIBLE AS INDICATED BY BCBS OF FLORIDA. THE CHARGES RESULTED FROM LABORATORY TESTING ORDERED BY YOUR DOCTOR AND PERFORMED BY QUEST DIAGNOSTICS. THESE CHARGES WERE NOT INCLUDED IN YOUR DOCTOR'S BILL AND REPRESENT YOUR FINANCIAL RESPONSIBILITY. WE APPRECIATE YOUR PROMPT PAYMENT. THANK YOU FOR USING QUEST DIAGNOSTICS.

| LABORATORY SERVICE | CPT CODE / DATE RECEIVED | AMOUNT |
|---|---|---|
| CHOLESTEROL | 82465 | $7.50 |
| LIPOPROTEIN, DIRECT; HDL | 83718 | $12.50 |
| SED RATE, AUTOMATED | 85652 | $6.00 |
| TRIGLYCERIDES | 84478 | $10.00 |
| URIC ACID (SR) | 84550 | $33.70 |
| VENIPUNCTURE | 36415 | $5.00 |
| COMPREHEN METABOLIC PANEL | 80053 | $24.99 |
| PAID BY INSURANCE | 09/08/06 | $24.83 - |
| DISALLOWANCE | 09/09/06 | $68.65 - |

Patient Name    EDDIE L LINDSEY
Date of Service    August 1, 2006
Amount Due    $6.21
Payment Due Date    09/30/2006
Responsible Party    EDDIE L LINDSEY
Requested by:    D62120FLYNN, WILLIAM J
Invoice Date    September 9, 2006

If you have Medicare, Railroad Medicare or Medicaid as your primary or secondary insurance, please send us the information - see reverse side

For billing inquiries or to pay by phone:
Please have your invoice available for reference.
Weekdays 8AM - 6PM
1-800-488-8890
Fax: 1-800-601-6608
Or visit our website at
www.questdiagnostics.com
Se Habla Español 9AM-6PM Tiempo del Este

**PATIENT AMOUNT DUE    $6.21**

ICD-9 Codes: V58.69 272.4
Tax ID # 38-2084239
Sevices Performed by: QUEST DIAGNOSTICS TAMPA TAMPA, FL
Sevices Performed by: QUEST DIAGNOSTICS PANAMA CITY PANAMA CITY, FL

The CPT codes provided are based on AMA guidelines and without regard to specific payor requirements.

▼ Please fold and tear payment coupon along perforation and remit with payment in the envelope provided ▼



## Payment Coupon

Please make check payable to: Quest Diagnostics. Please include invoice number on your check. Quest Diagnostics also accepts MasterCard, Visa & American Express. Please complete credit card information on reverse or visit our website at
www.questdiagnostics.com

| Amount Due | $6.21 | |
|---|---|---|
| Payment Due Date | 09/30/2006 | |
| Invoice Number 4079894374 | | Lab Code TAM |
| Patient Name    EDDIE L LINDSEY | | |
| Amount Enclosed | | |

6 08

MAIL PAYMENTS ONLY TO:

QUEST DIAGNOSTICS INCORPORATED
PO BOX 41652
PHILADELPHIA PA 19101-1652

☐ Check here if address has changed. Indicate change on back.
Quest Diagnostics reserves the right to assign this receivable to any of its affiliates.

01TAM5801407989437400000621909091324191013589000007

Radiology Associates, PA
P.O. Box 1770
Panama City FL 32402

Office Hours: 8:00 am - 5:00 pm
Phone: 850/747-4900  IRS# 59-1567316

| CARD NUMBER | AMOUNT |
| --- | --- |
| NAME ON CARD (PLEASE PRINT) | EXP. DATE |
| SIGNATURE | |

| STATEMENT DATE | ACCOUNT # | PAY THIS AMOUNT |
| --- | --- | --- |
| 06/07/2006 | B614600658 | $53.00 |

Patient: LINDSEY EDDIE L

AMOUNT PAID

*7 **AUTO**SCH 5-DIGIT 32401      00288

Eddie L Lindsey
936 McKenzie Avenue
Panama City  FL  32401-2956

MAKE CHECK PAYABLE & REMIT TO:

Bay Radiology Associates, PA
P.O. Box 1770
Panama City  FL  32402

BAYRAD01-0116314-0000288-0674070-001-001373-#000970

DETACH HERE  AND RETURN THIS TOP PORTION WITH YOUR PAYMENT
USING THE RETURN ENVELOPE ENCLOSED

PLEASE CHECK BOX IF ABOVE ADDRESS IS INCORRECT AND INDICATE CHANGES ON BACK.

| DATE | CODE | DIAGNOSIS | DESCRIPTION OF SERVICES | BALANCE |
| --- | --- | --- | --- | --- |
| /26/06 | 73500 | 959.6 | HIP UNILATERAL   ONE VIEW | $26.00 |
| /6/06 | 73560 | 959.7 | KNEE AP AND LATERAL VIEW | $27.00 |

PAYMENT IS DUE UPON RECEIPT OF THIS BILL.  IF YOU HAVE INSURANCE AND IT HAS
NOT BEEN FILED, IT IS YOUR RESPONSIBILITY TO NOTIFY OUR BILLING OFFICE
850-747-4900.         ......THANKS.......

**BALANCE DUE: $53.00**



| EDDIE L | Account Number: B614600658 | Statement Date: 06/07/2006 |
| --- | --- | --- |
| of Service | Referring Physician | Performing Physician |
| L CENTER | CHRISTOPHER GEERTZ MD | AVERY BRINKLEY MD |

Bay Radiology Associates, PA
P.O. Box 1770
Panama City  FL  32402

001-0116314-0000288-0674070-001-001373-#000970

Phone: 850/747-4900  IRS# 59-1567316

FORWARDING SERVICE REQUESTED

| | | VISA | | Discover | | Am. Express |
|---|---|---|---|---|---|---|
| PAY THIS AMOUNT | $ | 324.00 | | AMOUNT ENCLOSED | $ | |

**MAIL PAYMENT TO:**

BAY MEDICAL ER PHYSICIANS
PO BOX 11407
BIRMINGHAM AL 35246-0895

**ADDRESSEE:**

EDDIE L LINDSEY
936 MCKENZIE AV
PANAMA CITY FL 32401-2956

532

☐ Please check box if above addressee is incorrect or insurance information has changed, and indicate change(s) on reverse side.

**STATEMENT OF ACCOUNT**

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | DOCTOR | PATIENT | CODE | DESCRIPTION | AMOUNT | BALANCE |
|------|--------|---------|------|-------------|--------|---------|
| 05/26/06 | GEERTZ | EDDIE L | 99284 | EMER DEPT VISIT E&M | 324.00 | 324.00 |

We do not have insurance information for your account. If you have insurance or would like to make payment arrangements, Please call 888.313.5258 and we will gladly file your claim or set up a payment plan. This statement represents Physician services provided during your visit to Bay Medical Emergency Department.
***"Y" IN INS COLUMN = INSURANCE FILED,"x" AFTER BALANCE = PENDING INSURANCE***

**MAKE CHECKS PAYABLE TO:** BAY MEDICAL ER PHYSICIANS

| PROVIDER/ PRACTICE NAME | BAY MEDICAL ER PHYSICIANS | | | | FOR BILLING INQUIRIES, CALL | 888.313.5258 |
|---|---|---|---|---|---|---|
| *AN ASTERISK APPEARS ON CHARGES FILED FOR INSURANCE | ACCOUNT NUMBER P0614600658 LINDSEY,EDDIE L | DATE OF LAST PAYMENT | | INSURANCE PENDING | 0.00 | PAYMENT DUE DATE 06/29/06 |
| 06/14/06 STATEMENT DATE | 324.00 CURRENT | 0.00 OVER 30 DAYS | 0.00 OVER 60 DAYS | 0.00 OVER 90 DAYS | 0.00 OVER 120 DAYS | 324.00 PLEASE PAY THIS AMOUNT |

TRANSACTIONS AFTER THE CLOSING DATE WILL APPEAR ON YOUR NEXT STATEMENT

```
DATE: 06/07/06                    2211 HARRISON AVENUE                        151629
TIME:  2:30                       Panama City, FL 32405
PATIENT NO: 6389.0                                                         William J Flynn
PATIENT:  EDDIE L LINDSEY
INSURANCE BC/BS (BAY CO SCHOOL
```

Don't fill ins.
~~Pat~~ sending bill to WinDixie

$20.00 CO-PAY

| DESCRIPTION | CPT | FEE | DESCRIPTION | CPT | FEE | DESCRIPTION | CPT | FEE |
|---|---|---|---|---|---|---|---|---|
| | | | COLLECTIONS | | | | | |
| OV,NEW,LEVEL ONE | 99201 | | OV,F/U,LEVEL ONE | 99211 | | CONSULT,LEVEL ONE,OFC | 99241 | |
| OV,NEW,LEVEL TWO | 99202 | | OV,F/U,LEVEL TWO | 99212 | 50.00 | CONSULT,LEVEL TWO,OFC | 99242 | |
| OV,NEW,LEVEL THREE | 99203 | | OV,F/U,LEVEL THREE | 99213 | | CONSULT,LEVEL 3 ER/OFFICE | 99243 | |
| OV,NEW,LEVEL FOUR | 99204 | | OV,F/U,LEVEL FOUR | 99214 | | CONSULT,LEVEL FOUR, OFC. | 99244 | |
| OV,NEW,LEVEL FIVE | 99205 | | OV,F/U,LEVEL FIVE | 99215 | | CONSULT,LEVEL FIVE,OFC | 99245 | |

**PROCEDURES AND LAB**

| DESCRIPTION | CPT | FEE | DESCRIPTION | CPT | FEE | DESCRIPTION | CPT | FEE |
|---|---|---|---|---|---|---|---|---|
| ADMINISTRATION OF INJECTION I | 90782 | | VITAMIN B-12 INJECTION | J3420 | | FASTING BLOOD SUGAR (CRE) | 82962 | |
| DEXAMETHASONE SOD PHOS 4 MGM | J1100 | | PHENERGAN INJECTABLE UP TO 5 | J2550 | | VENIPUNCTURE | G0001 | |
| ADMINISTRATION OF FLU VACC | G0008 | | IMITREX (SUMATRIPTAN SUCCINAT | J3030 | | VENIPUNCTURE/FINGERSTICK | 36415 | |
| USE 90658 | 90659 | | INSULIN | J1815 | | GLUCOSE/FINGERSTICK | 82948 | |
| ADMINISTRATION OF PNEUMOVAC | G0009 | | EAR IRRIGATION 1 OR 2 EARS | 69210 | | PRO TIME | 85610 | |
| PNEUMOVAX | 90732 | | INHALATION TREATMENT | 94640 | | MICRAL/URINE | 82044 | |
| ADMINISTRATON OF HEP B | 90721 | | PULSE OXIMETRY | 94760 | | ANOSCOPY | 46600 | |
| HEPATITIS B VACCINE ADM (CARE | G0010 | | SPIROMETRY | 94010 | | PREVENTIVE CARE 12-17 YEARS | 99394 | |
| HEPATITIS B VACCINE (3 DOSE S | 90740 | | EKG | 93000 | | PREVENTIVE HEALTH EXAM 18-39 | 99395 | |
| HEPATITIS A ADULT DOSE I.M. | 90632 | | UA DIP ONLY | 81002 | | PREVENTIVE HEALTH EXAM 40-64 | 99396 | |

$500.00 DEDUCTI

| | | | | | | |
|---|---|---|---|---|---|---|
| LLERGY/ALLERGIC | 995.3 | BENIGN ESSENTIAL HYPERTENSION | 401.1 | ANEMIA, PERNICIOUS | 281.0 | |
| LLERGIC RHINITIS CAUSE UNSPECIFIED | 477.9 | CARDIOMYOPATHY | 425.4 | MACROCYTIC ANEMIA | 281.9 | |
| 12 DEFICIENCY | 266.2 | CHEST PAIN | 786.50 | GOITER | 240.0 | |
| STHMA, UNSPECIFIED | 493.90 | ANGINA | 413.9 | HYPOTHYROIDISM | 244.9 | |
| HEST WALL PAIN (PAINFUL RESP) | 786.52 | CORONARY ATHEROSCLEROSIS OF UNSPECI | 414.00 | HYPERTHYROIDISM | 242.90 | |
| OPD WITHOUT MENTION OF ACUTE EXACE | 491.20 | HYPERTENSION | 401.9 | WEIGHT GAIN | 783.1 | |
| D WITH ACUTE EXACERBATION | 491.21 | IHD | 414.9 | LOSS WEIGHT | 783.21 | |
| NEA | 786.09 | HYPERLIPIDEMIA | 272.4 | LOW BACK PAIN | 724.2 | |
| 'ESS OF BREATH | 786.05 | PALPITATIONS | 785.1 | (OSTEOARTHRITIS) | 715.90 | |
| ITIS/SORE THROAT | 462 | PHLEBITIS/LEG-DEEP (VESSELS) | 451.19 | OSTEOPOROSIS | 733.00 | |
| \ | 486 | PHLEBITIS/THROMBOPHLEBITIS | 451 | INFLAMMATORY ARTHRITIS | 714.9 | |
| | 472.0 | PULMONARY EMBOLISM | 415.19 | COLITIS/GASTROENTERITIS,UNSPECTIFIE | 558.9 | |
| GITIS WITHOUT MENTION OF | 464.00 | PERIPHERAL EDEMA | 782.3 | CROHNS DS. | 555.9 | |
| UTE UNSPECIFIED | 461.9 | DIABETES MELLITUS W/O MENTION OF CO | 250.00 | IRRITABLE BOWEL SYNDROME/SPASTIC BO | 564.1 | |
| | 465.9 | DIABETES W/O COMPLICATION NOT UNCON | 250.01 | PEPTIC ULCER DISEASE | 533.90 | |
| TION | 427.31 | PERIPHERAL NEUROPATHY | 356.9 | REFLUX/ESOPHAGEAL | 530.81 | |
| IN | 786.59 | ANEMIA,UNSPECIFIED | 285.9 | FATIGUE/MALAISE | 780.79 | |
| | | | | B12 DEFICIENCY | 266.2 | |

CE   PAYMENT CASH      (PAYMENT CHECK  50.00)

August & labs

```
DATE: 05/31/06                    2211 HARRISON AVENUE                       151420
TIME: 3:45                        Panama City, FL 32405
PATIENT NO: 6389.0                                                      William J Flynn
PATIENT:    EDDIE L LINDSEY
INSURANCE BC/BS (BAY CO SCHOOL
```

Don't file ins on this visit

$20.00 CO-PAY

| DESCRIPTION | CPT | FEE | DESCRIPTION | CPT | FEE | DESCRIPTION | CPT | FEE |
|---|---|---|---|---|---|---|---|---|
| | | | | COLLECTIONS | | | | |
| OV,NEW,LEVEL ONE | 99201 | | OV,F/U,LEVEL ONE | 99211 | | CONSULT,LEVEL ONE,OFC | 99241 | |
| OV,NEW,LEVEL TWO | 99202 | | OV,F/U,LEVEL TWO | 99212 | | CONSULT,LEVEL TWO,OFC | 99242 | |
| OV,NEW,LEVEL THREE | 99203 | | OV,F/U,LEVEL THREE ✓ | 99213 | 22.00 | CONSULT,LEVEL 3 ER/OFFICE | 99243 | |
| OV,NEW,LEVEL FOUR | 99204 | | OV,F/U,LEVEL FOUR | 99214 | | CONSULT,LEVEL FOUR, OFC. | 99244 | |
| OV,NEW,LEVEL FIVE | 99205 | | OV,F/U,LEVEL FIVE | 99215 | | CONSULT,LEVEL FIVE,OFC | 99245 | |

PROCEDURES AND LAB

| DESCRIPTION | CPT | FEE | DESCRIPTION | CPT | FEE | DESCRIPTION | CPT | FEE |
|---|---|---|---|---|---|---|---|---|
| ADMINISTRATION OF INJECTION I ✓ | 90782 | 14.00 | VITAMIN B-12 INJECTION | J3420 | | FASTING BLOOD SUGAR (CRE) | 82962 | |
| DEXAMETHASONE SOD PHOS 4 MGM ✓ | J1100 | 17.00 | PHENERGAN INJECTABLE UP TO 5 | J2550 | | VENIPUNCTURE | G0001 | |
| ADMINISTRATION OF FLU VACC | G0008 | | IMITREX (SUMATRIPTAN SUCCINAT | J3030 | | VENIPUNCTURE/FINGERSTICK | 36415 | |
| USE 90658 | 90659 | | INSULIN | J1815 | | GLUCOSE/FINGERSTICK | 82948 | |
| ADMINISTRATION OF PNEUMOVAC | G0009 | | EAR IRRIGATION 1 OR 2 EARS | 69210 | | PRO TIME | 85610 | |
| PNEUMOVAX | 90732 | | INHALATION TREATMENT | 94640 | | MICRAL/URINE | 82044 | |
| ADMINISTRATON OF HEP B | 90721 | | PULSE OXIMETRY | 94760 | | ANOSCOPY | 46600 | |
| HEPATITIS B VACCINE ADM (CARE | G0010 | | SPIROMETRY | 94010 | | PREVENTIVE CARE 12-17 YEARS | 99394 | |
| HEPATITIS B VACCINE (3 DOSE S | 90740 | | EKG | 93000 | | PREVENTIVE HEALTH EXAM 18-39 | 99395 | |
| HEPATITIS A ADULT DOSE I.M. | 90632 | | UA DIP ONLY | 81002 | | PREVENTIVE HEALTH EXAM 40-64 | 99396 | |

$500.00 DEDUCTI

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ALLERGY/ALLERGIC | 995.3 | BENIGN ESSENTIAL HYPERTENSION | 401.1 | ANEMIA, PERNICIOUS | 281.0 | | |
| ALLERGIC RHINITIS CAUSE UNSPECIFIED | 477.9 | CARDIOMYOPATHY | 425.4 | MACROCYTIC ANEMIA | 281.9 | | |
| B12 DEFICIENCY | 266.2 | CHEST PAIN | 786.50 | GOITER | 240.0 | | |
| ASTHMA, UNSPECIFIED | 493.90 | ANGINA | 413.9 | HYPOTHYROIDISM | 244.9 | | |
| CHEST WALL PAIN (PAINFUL RESP) | 786.52 | CORONARY ATHEROSCLEROSIS OF UNSPECI | 414.00 | HYPERTHYROIDISM | 242.90 | | |
| COPD WITHOUT MENTION OF ACUTE EXACE | 491.20 | HYPERTENSION | 401.9 | WEIGHT GAIN | 783.1 | | |
| COPD WITH ACUTE EXACERBATION | 491.21 | IHD | 414.9 | LOSS WEIGHT | 783.21 | | |
| DYSPNEA | 786.09 | HYPERLIPIDEMIA | 272.4 | LOW BACK PAIN | 724.2 | | |
| SHORTNESS OF BREATH | 786.05 | PALPITATIONS | 785.1 | OSTEOARTHRITIS | 715.90 | | |
| PHARYNGITIS/SORE THROAT | 462 | PHLEBITIS/LEG-DEEP (VESSELS) | 451.19 | OSTEOPOROSIS | 733.00 | | |
| PNEUMONIA | 486 | PHLEBITIS/THROMBOPHLEBITIS | 451 | INFLAMMATORY ARTHRITIS | 714.9 | | |
| RHINITIS | 472.0 | PULMONARY EMBOLISM | 415.19 | COLITIS/GASTROENTERITIS,UNSPECTIFIE | 558.9 | | |
| ACUTE LARYNGITIS WITHOUT MENTION OF | 464.00 | PERIPHERAL EDEMA | 782.3 | CROHNS DS. | 555.9 | | |
| SINUSITIS, ACUTE UNSPECIFIED | 461.9 | DIABETES MELLITUS W/O MENTION OF CO | 250.00 | IRRITABLE BOWEL SYNDROME/SPASTIC BO | 564.1 | | |
| URI | 465.9 | DIABETES W/O COMPLICATION NOT UNCON | 250.01 | PEPTIC ULCER DISEASE | 533.90 | | |
| ATRIAL FIBRILLATION | 427.31 | PERIPHERAL NEUROPATHY | 356.9 | REFLUX/ESOPHAGEAL | 530.81 | | |
| ATYPICAL CHEST PAIN | 786.59 | ANEMIA, UNSPECIFIED | 285.9 | FATIGUE/MALAISE | 780.79 | | |
| | | | | B12 DEFICIENCY | 266.2 | | |

PATIENT BALANCE    PAYMENT CASH    PAYMENT CHECK

.00                                 (86.00)    bursitis shoulder

FOLLOW UP: _____              f/u N/wk


**BAY MEDICAL CENTER**
615 N. BONITA AVENUE • PANAMA CITY, FL 32401

13684-0856

| | CARD NUMBER | AMOUNT |
|---|---|---|
| MASTERCARD  DISCOVER | SIGNATURE | EXP. DATE |

| STATEMENT DATE | PAY THIS AMOUNT | ACCT. # |
|---|---|---|
| 06/02/06 | $1,440.54 | 0614600658 |

SHOW AMOUNT PAID HERE  $

652084A

RETURN SERVICE REQUESTED

E-mail your questions regarding your account to:
CustomerService@BayMedical.org
Or call (850) 747-6076 or 800-305-9237

0101

━━━━━ ADDRESSEE: ━━━━━

EDDIE L LINDSEY
936 MCKENZIE AV
PANAMA CITY, FL 32401-2956

━━━━━ REMIT TO: ━━━━━

BAY MEDICAL CENTER
615 N. BONITA AVE.
PANAMA CITY, FL 32401

13684-0856*1TI0ZYLV4000488

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| ACCT.# | PATIENT NAME/DESCRIPTION | DATE OF SERVICE | TYPE OF SERVICE | PRIMARY INSURANCE |
|---|---|---|---|---|

STATEMENT ONLY REFLECTS ACCOUNT ACTIVITY SINCE LAST STATEMENT.
PLEASE RETAIN FOR YOUR RECORDS.

| 0614600658 | EDDIE L LINDSEY | 05/26/06 | EMERGENCY ROOM | NONE |
| | Billed Balance | | | 1,440.54 |
| | Account Balance | | | 1,440.54 |
| | Estimated Insurance Liability | | | 0.00 |
| | Patient Responsibility | | | 1,440.54 |

Payment for emergency room care is due at the time of service. If you were unable to pay at the time of service, payment is due now. If your payment was mailed in the past few days, please accept our thanks. If you have questions, or would like to discuss payment arrangements, please call 850-747-6076. Thank you for allowing Bay Medical Center to serve your health care needs.

PAY ONLINE AT BAYMEDICAL.ORG CLICK ON PATIENT ACCOUNTS

Contact us by phone from 8:00am - 5:00pm Monday-Friday at 850-747-6076 or 800-305-9237 or contact us anytime at CustomerService@BAYMEDICAL.ORG

| TOTAL AMOUNT DUE |
|---|
| 1,440.54 |

13684-0856*1TI0ZYLV4000488         1TI18PNUQ:1.1

Eddie Lindsey
136 McKenzie
Panama City, Fl 32401

Att:
Melanie Martin
Win Dixie
P O Box B
Jacksonville Fl
32213

Claim # H611204659

Prescription #:            6852171
Prescription For:          LINDSEY; EDDIE
Pharmacist's Name:         FRAN FORD
Pharmacy Phone:            (850)769-2267
This drug expires:         06/01/2007

RETAIL PRICE:    $9.97
DRUG NAME:   PREDNISONE 5MG    TAB MUTU