# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

        Debtors.

Case No.: 3-05-bk-3817 (JAF)

Chapter 11

Jointly Administered

## APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE AND REQUEST FOR NOTICE
### *American Star Plastics, Inc.*

Comes Now, American Star Plastics, Inc. ("Applicant"), through the undersigned attorneys, and seeks administrative expense status for Applicant's claim against one or more of the Debtors pursuant to 11 U.S.C. § 503(b). Applicant requests the entry of an order allowing the administrative expense described below and directing the payment of such amount pursuant to Order Confirming the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Confirmation Order") and the provisions of the Plan as confirmed. In support of this Application, Applicant states as follows:

## JURISDICTION AND VENUE

1.     The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. § 157(b)(2).

## FACTUAL BACKGROUND

2.     Winn-Dixie Stores, Inc., et al. (the "Debtors") filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on or about February 21, 2005 (the "Petition Date").

3.     After the Petition Date, Applicant sold plastic containers, cups, straws and related items with a value of $6,951.38 to Debtor Winn-Dixie Stores, Inc. and Applicant

has not been paid. Applicant seeks immediate payment of $6,951.38. Copies of the invoices and related documents are attached as Exhibit A.

## APPLICANT'S CLAIM IS ENTITLED TO
## ADMINISTRATIVE EXPENSE STATUS

4.        Section 503(b) of the Bankruptcy Code provides for the allowance of administrative expense status, and its attendant priority for payment, for the "actual, necessary costs and expenses of preserving the estate…" 11 U.S.C. § 503(b). It is well-established that claims arising from goods are entitled to such priority. In this instance, Applicant's claim arose as a result of the business operations of one or more of the Debtors after the Petition Date but prior to the Confirmation Order. As such, Applicant's claim is entitled to administrative expense status under 11 U.S.C. § 503(b), and Applicant seeks the entry of an order awarding such status.

## REQUEST FOR FUTURE NOTICE

Applicant requests that all future pleadings and notices regarding or affecting Applicant's claim be served upon:


Claudia Carbonnell
American Star Plastics, Inc.
440 West 20th Street
Hialeah, FL 33010

WHEREFORE, based upon the foregoing, Applicant requests that the Court enter an order granting the relief requested herein and such other relief as it deems just and proper.

Respectfully Submitted,                    WILCOX LAW FIRM


/s/ **Robert Wilcox**
Robert D. Wilcox (FL #755168)
6817 Southpoint Parkway, Suite 1302
Jacksonville, FL 32216
Telephone: (904) 281-0700
Facsimile: (904) 513-9201

## <u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on January 5, 2007 I filed this **APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE STATUS FOR POSTPETITION CLAIM AND REQUEST FOR NOTICE** through the CM/ECF filing system, which will cause a copy to be served on James H. Post, Esq., Counsel for the Reorganized Debtors, Matthew Barr, Esq. and  John MacDonald, Esq., Counsel for the Post-Effective Date Committee,  Elena L. Escamilla,  Esq., counsel for the Office of the United States Trustee and all other parties participating in the CM/ECF System, all served electronically.


<u>/s/</u> **Robert Wilcox**
Robert D. Wilcox

# EXHIBIT A

### ***Gaunt, Pratt, Radford, Methe, and Rockenbach P.A.***

Workers Compensation Defense:

|  | | |
|---|---|---|
| Billed | $ 3,755.00 | |
| Unbilled | $ 3,456.45 (approximate) | |
| Subtotal | | $ 7,211.75 |

Personal Injury Defense:

|  | | |
|---|---|---|
| Billed | $ 6,189.40 | |
| Unbilled | $ 3,482.07 (approximate) | |
| Subtotal | | $ 9,671.47 |
| Total | | $16,883.22 |

EXHIBIT A

EAST CONTINENTAL SUPPLIES                                    12/27/2006
Outstanding Transaction Report
Transaction Date(s) between 01/01/2005 and 11/21/2006

Page 1 of 1

| Customer | Transaction | Date | Days | Total | Payments | Adjustments | Balance |
|---|---|---|---|---|---|---|---|
| WINN DIXIE 231 (733) | | | | | | | |
| | Invoice - 47987 | 12/08/2005 | 384 | 108.90 | 0.00 | 0.00 | 108.90 |
| | | | | 108.90 | 0.00 | 0.00 | 108.90 |
| Transactions: 1 | | | | 108.90 | 0.00 | 0.00 | 108.90 |

Please note that this report does not reflect unposted payments or credits.

AR1002

```
DD411 _V-2.17   LOCATION  231  DSD INVOICE  DATE 12-09-2005  TIME 09:42  PG   1
                                WINN-DIXIE, 231
          FINAL                 5850 N W 183RD ST
        VENDOR COPY             HIALEAH   , FL                 FL 33015-0000
```
----------------------------------------------------------------------------------
```
INVOICE-    47987  VENDOR-68600-AMERICAN STAR PLASTICS       WD-CONTROL-46855-3
```
----------------------------------------------------------------------------------

*** CHARGE ***

| CASE QTY | TICKET/UPC NUMBER | DESCRIPTION | PACK | SIZE | COST CHG. | CASE COST | COST/ EXT. |
|---|---|---|---|---|---|---|---|
| 2 | 4-90000-13431 | ALUM CONTAINER 50 | 1 | 1 1/2 | | 54.4500 | |
| | | | | | | 108.90 | |

**** FINAL TOTALS ****

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2 | | | | | | 108.90 | |

```
CALCULATED ADF FEE -      .00      TOTAL INCLUDING WD ADF -      108.90
VENDOR KEYED ADF FEE -    .00      TOTAL INCLUDING VENDOR ADF -  108.90
```

PLEASE BE ADVISED THAT WE CONSIDER INFORMATION CONCERNING OUR PURCHASES FROM
YOUR COMPANY TO BE PROPRIETARY AND CONFIDENTIAL.  UNDER NO CIRCUMSTANCES SHOULD
IT BE SHARED, EITHER IN WHOLE OR IN PART, WITH ANY THIRD PARTY WITHOUT OUR
EXPRESS WRITTEN CONSENT.

```
***************
*    FINAL     *
* VENDOR COPY *
***************
```

LOCATION MGR...........................

VENDOR................................

EAST CONTINENTAL SUPPLIES                                              12/30/2006
Outstanding Transaction Report
Transaction Date(s) between 01/01/2004 and 11/21/2006

Page 1 of 1

| Customer | Transaction | Date | Days | Total | Payments | Adjustments | Balance |
|----------|-------------|------|------|-------|----------|-------------|---------|
| WINN DIXIE 286 (613) | | | | | | | |
| | Invoice - 39152 | 12/27/2004 | 733 | 175.00 | 0.00 | 0.00 | 175.00 |
| | Invoice - 40229 | 02/09/2005 | 689 | 195.06 | 0.00 | 0.00 | 195.06 |
| | | | | 370.06 | 0.00 | 0.00 | 370.06 |
| Transactions: 2 | | | | 370.06 | 0.00 | 0.00 | 370.06 |

Please note that this report does not reflect unposted payments or credits.

AR1002

EAST CONTINENTAL SUPPLIES
EAST COAST PAPER
440 WEST 20 ST
HIALEAH, FLORIDA  33010
305-887-0158  Fax: 305-887-0186

Invoice #: 40229
Page: 1
02/09/2005

Ship To:
WINN DIXIE 286
948 SW 67 AVENUE
MIAMI, FL  33144

Bill To:
WINN DIXIE 286
948 SW 67 AVENUE
MIAMI, FL  33144

Phone:
Cust PO:  *Vendor # 68600*
Reference:

Terms:
Ship Via: OUR TRUCK

Salesperson: HOUSE

| Stock Code | Description | Taxable | Quantity | Price | Extended |
|---|---|---|---|---|---|
| 3/4 SOUFFLE CUP | 3/4 OZ SOUFFLE CUP 5000CT 14316 | Y | 2.00 | 18.25 | 36.50 |
| 3J6 | 6J6 FOAM CUP 1M 50134 | Y | 2.00 | 11.95 | 23.90 |
| 3JL | LID VENTED TRANS FOR 6JL 1M 50720 | Y | 2.00 | 7.99 | 15.98 |
| 3J8 | 8 OZ FOAM CUP 1M 51080 | Y | 2.00 | 13.10 | 26.20 |
| 3JL | LID VENTED TRANS FOR 8J8 1M 51081 | Y | 2.00 | 7.99 | 15.98 |
| BAG-BREAD-CUBAN | BREAD BAG CUBAN PAPER PRINTED 1M 51828 | Y | 3.00 | 25.50 | 76.50 |

SubTotal: 195.06

Tax: 0.00
Shipping: 0.00
Total: 195.06
Paid: 0.00
Balance: 195.06

Title to all goods listed herin to remain in the name of East Continental Supplies, LLC until fully paid for. No claims allowed unless made within 5 days of reciept of goods. Interest on delinquent accounts will be charged at the highest rate allowed by the law in the State of Florida. Purchaser agrees to pay all expenses, including legal expense, court costs and attorney's fee paid by seller in endeavoring to collect this invoice. Returned goods will not be acceptable without seller's written authorization.

EAST CONTINENTAL SUPPLIES
Outstanding Transaction Report
Transaction Date(s) between 01/01/2005 and 11/21/2006

12/27/200

Page 1 of 1

| Customer | Transaction | Date | Days | | Total | Payments | Adjustments | | Balance |
|---|---|---|---|---|---|---|---|---|---|
| WINN DIXIE 242 (636) | | | | | | | | | |
| | Invoice - 39360 | 01/05/2005 | 721 | | 158.20 | 0.00 | 0.00 | | 158.20 |
| | Invoice - 39707 | 01/19/2005 | 707 | | 228.04 | 0.00 | 0.00 | | 228.04 |
| | Invoice - 40416 | 02/16/2005 | 679 | | 200.19 | 0.00 | 0.00 | | 200.19 |
| | | | | | 586.43 | 0.00 | 0.00 | | 586.43 |
| Transactions: 3 | | | | | | | | | |
| | | | | | 586.43 | 0.00 | 0.00 | | 586.43 |

Please note that this report does not reflect unposted payments or credits.

AR1002

```
DD411  V 2.15    LOCATION  242  DSD INVOICE  DATE 01-06-2005  TIME 10:03  PG    1
                                WINN-DIXIE,  242
          FINAL                 1201 E 10TH AVE
          VENDOR COPY           HIALEAH     ,FL                FL 33010-0000
```
--------------------------------------------------------------------------------
```
  INVOICE-   39360  VENDOR-68600-AMERICAN STAR PLASTICS     WD-CONTROL-47422-1
```
--------------------------------------------------------------------------------

**\*\*\* CHARGE \*\*\***

| CASE QTY | TICKET/UPC NUMBER | DESCRIPTION | PACK | SIZE | COST CHG. | CASE COST | COST/ COST EXT. |
|---|---|---|---|---|---|---|---|
| 2 | 4-90000-08153 | STYRO SOUP CONTAI | 1 | 16 OZ | | 15.5000 | |
| | | | | | | | 31.00 |
| 2 | 4-90000-08017 | SPRESS COFFE CUP | 1 | 1 OZ | | 18.2500 | |
| | | | | | | | 36.50 |
| 2 | 4-90000-07945 | STYRO FOAM 8OZ 10 | 1 | 8 OZ | | 12.1500 | |
| | | | | | | | 24.30 |
| 2 | 4-90000-07946 | LIDS 8 OZ 1000 | 1 | 8 OZ | | 7.5000 | |
| | | | | | | | 15.00 |
| 1 | 4-90000-08070 | DISPEN NAPKIN 100 | 1 | 1 EA | | 26.9000 | |
| | | | | | | | 26.90 |
| 2 | 4-90000-08026 | PAPER PLATE 9 IN | 1 | 1000 | | 12.3500 | |
| | | | | | | | 24.70 |

```
                              **** FINAL TOTALS ****
    11                                                        158.40
```

```
  CALCULATED ADF FEE -       .00      TOTAL INCLUDING WD ADF -      158.40
VENDOR KEYED ADF FEE -       .00    TOTAL INCLUDING VENDOR ADF -    158.40
```

PLEASE BE ADVISED THAT WE CONSIDER INFORMATION CONCERNING OUR PURCHASES FROM
YOUR COMPANY TO BE PROPRIETARY AND CONFIDENTIAL.  UNDER NO CIRCUMSTANCES SHOULD
IT BE SHARED, EITHER IN WHOLE OR IN PART, WITH ANY THIRD PARTY WITHOUT OUR
EXPRESS WRITTEN CONSENT.

LOCATION MGR.............

```
***************
*    FINAL     *
* VENDOR COPY *
***************
```

VENDOR..................................

```
V 2.15    LOCATION   242  DSD INVOICE  DATE 01-20-2005   TIME 11:53  PG    1
                          WINN-DIXIE,  242
      FINAL               1201 E 10TH AVE
      VENDOR COPY         HIALEAH    , FL                    FL 33010-0000
```
--------------------------------------------------------------------------------
```
 INVOICE-    39707  VENDOR-68600-AMERICAN STAR PLASTICS      WD-CONTROL-47804-0
```
--------------------------------------------------------------------------------

*** CHARGE ***

| CASE QTY | TICKET/UPC NUMBER | DESCRIPTION | PACK | SIZE | COST CHG. | CASE COST/ COST EXT. |
|---|---|---|---|---|---|---|
| 1 | 4-90000-08068 | HOT DOG PAPER 8 I | 1 | 3000 | | 24.9500 |
| | | | | | | 24.95 |
| 1 | 4-90000-07919 | STYRO CUPS 1000 | 1 | 4 OZ | | 10.9500 |
| | | | | | | 10.95 |
| 1 | 4-90000-07945 | STYRO FOAM 8OZ 10 | 1 | 8 OZ | | 12.1500 |
| | | | | | | 12.15 |
| 1 | 4-90000-08070 | DISPEN NAPKIN 100 | 1 | 1 EA | | 26.9000 |
| | | | | | | 26.90 |
| 1 | 4-90000-08018 | CONE CUPS 5000 | 1 | EACH | | 33.9500 |
| | | | | | | 33.95 |
| 1 | 4-90000-07948 | PLASTIC SPOON 100 | 1 | EACH | | 7.7500 |
| | | | | | | 7.75 |

```
                            **** FINAL TOTALS ****
    6                                                       116.65
```

```
 CALCULATED ADF FEE -      .00       TOTAL INCLUDING WD ADF -     116.65
VENDOR KEYED ADF FEE -      .         TOTAL INCLUDING VENDOR ADF -  116.65
```

PLEASE BE ADVISED THAT WE CONSIDER INFORMATION CONCERNING OUR PURCHASES FROM
YOUR COMPANY TO BE PROPRIETARY AND CONFIDENTIAL.  UNDER NO CIRCUMSTANCES SHOULD
IT BE SHARED, EITHER IN WHOLE OR IN PART, WITH ANY THIRD PARTY WITHOUT OUR
EXPRESS WRITTEN CONSENT.

```
***************
*    FINAL     *
* VENDOR COPY *
***************
```

LOCATION MGR........

VENDOR................................

```
                        ....TION  242  DSD INVOICE  DATE 02-17-2005  TIME 08:33  PG    1
                 AL           WINN-DIXIE,  242
          ....DOR COPY        1201 E 10TH AVE
                              HIALEAH   , FL                      FL 33010-0000
INVOICE-    40416  VENDOR-68600-AMERICAN STAR PLASTICS          WD-CONTROL-48578-9
```

*** CHARGE ***

| CASE QTY | TICKET/UPC NUMBER | DESCRIPTION | PACK | SIZE | COST CHG. | CASE COST/ COST EXT. |
|---|---|---|---|---|---|---|
|    | 4-90000-08018 | CONE CUPS 5000 | 1 EACH | | | 34.9500 |
| 1  | 4-90000-13437 | STYRO FOAM CUP 10 | 1 16OZ | | | .00 27.5000 |
| 2  | 4-90000-13439 | COFFEE CUP 500 | 1 12OZ | | | 27.50 18.2500 |
| 1  | 4-90000-07919 | STYRO CUPS 1000 | 1 4 OZ | | | 36.50 11.9500 |
| 2  | 4-90000-07945 | STYRO FOAM 8OZ 10 | 1 8 OZ | | | 11.95 13.1100 |
| 1  | 4-90000-07946 | LIDS 8 OZ 1000 | 1 8 OZ | | | 26.20 7.9900 |
| 1  | 4-90000-08016 | CUBAN BREAD PAPER | 1 EACH | | | 7.99 25.5000 |
| 1  | 4-90000-08070 | DISPEN NAPKIN 100 | 1 1 EA | | | 25.50 27.5000 |
| 3  | 4-90000-08026 | PAPER PLATE 9 IN | 1 1000 | | | 27.50 12.3500 |
| 12 | | **** FINAL TOTALS **** | | | | 37.05 |

```
                                                                      200.19
```

```
CALCULATED ADF FEE -        .00      TOTAL INCLUDING WD ADF -       200.19
VENDOR KEYED ADF FEE -        .       TOTAL INCLUDING VENDOR ADF -   200.19
```

PLEASE BE ADVISED THAT WE CONSIDER INFORMATION CONCERNING OUR PURCHASES FROM
YOUR COMPANY TO BE PROPRIETARY AND CONFIDENTIAL.  UNDER NO CIRCUMSTANCES SHOULD
IT BE SHARED, EITHER IN WHOLE OR IN PART, WITH ANY THIRD PARTY WITHOUT OUR
EXPRESS WRITTEN CONSENT.

LOCATION MGR............

```
***************
*    FINAL     *
* VENDOR COPY *
***************
```

VENDOR................................

EAST CONTINENTAL SUPPLIES
Outstanding Transaction Report
Transaction Date(s) between 01/01/2004 and 11/21/2006

12/30/2006

Page 1 of 1

| Customer | Transaction | Date | Days | | Total | Payments | Adjustments | Balance |
|---|---|---|---|---|---|---|---|---|
| WINN DIXIE 254 (614) | | | | | | | | |
| | Invoice - 39171 | 12/27/2004 | 733 | | 247.30 | 0.00 | 0.00 | 247.30 |
| | Invoice - 39731 | 01/20/2005 | 709 | | 110.45 | 0.00 | 0.00 | 110.45 |
| | Invoice - 40160 | 02/07/2005 | 691 | | 124.37 | 0.00 | 0.00 | 124.37 |
| | | | | | 482.12 | 0.00 | 0.00 | 482.12 |
| Transactions: 3 | | | | | | | | |
| | | | | | 482.12 | 0.00 | 0.00 | 482.12 |

Please note that this report does not reflect unposted payments or credits.

AR1002

```
V 2.15   LOCATION  254  DSD INVOICE  DATE 01-24-2005  TIME 10:41  PG    1
                         WINN-DIXIE   254
         FINAL            11241 SW 40 ST
     STORE COPY          MIAMI      , FL                    FL 33165-0000
```

INVOICE-   39731  VENDOR-68600-AMERICAN STAR PLASTICS      WD-CONTROL-23877-4

\*\*\* CHARGE \*\*\*

| CASE QTY | TICKET/UPC NUMBER | DESCRIPTION | PACK | SIZE | COST CHG | CASE COST/ COST EXT. | RETAIL |
|---|---|---|---|---|---|---|---|
| 2 | 4-90000-13439  COFFEE CUP 500 | 1 | 12OZ | | 18.2500 | 0.00 |
| | WD-14316 | | | | | 36.50 | |
| 2 | 4-90000-07919  STYRO CUPS 1000 | 1 | 4 OZ | | 10.9500 | 0.00 |
| | WD-50134 | | | | | 21.90 | |
| 2 | 4-90000-07940  LIDS 4 OZ 1000 | 1 | 4 OZ | | 7.5000 | 0.00 |
| | WD-50720 | | | | | 15.00 | |
| 3 | 4-90000-08026  PAPER PLATE 9 IN | 1 | 1000 | | 12.3500 | 0.00 |
| | WD-52323 | | | | | 37.05 | |
| | | \*\*\*\* FINAL TOTALS \*\*\*\* | | | | | |
| 9 | | | | | | 110.45 | |

```
  CALCULATED ADF FEE -      .89        TOTAL INCLUDING WD ADF -        110.45
VENDOR KEYED ADF FEE -                 TOTAL INCLUDING VENDOR ADF -    110.45
```

PLEASE BE ADVISED THAT WE CONSIDER INFORMATION CONCERNING OUR PURCHASES FROM
YOUR COMPANY TO BE PROPRIETARY AND CONFIDENTIAL.  UNDER NO CIRCUMSTANCES SHOULD
IT BE SHARED, EITHER IN WHOLE OR IN PART, WITH ANY THIRD PARTY WITHOUT OUR
EXPRESS WRITTEN CONSENT.

LOCATION MGR...............................

```
**************
*  FINAL     *
* STORE COPY *
**************
```
VENDOR......................................

```
          15   LOCATION  254  DSD INVOICE  DATE 02-18-2005  TIME 09:22  PG    1
                              WINN-DIXIE,  254
          FINAL                11241 SW 40 ST
          VENDOR COPY          MIAMI      FL                FL 33165-0000
```

```
INVOICE-   40160  VENDOR-68600-AMERICAN STAR PLASTICS      WD-CONTROL-24622-3
```

**\*\*\* CHARGE \*\*\***

| CASE QTY | TICKET/UPC NUMBER | DESCRIPTION | PACK | SIZE | COST CHG. | CASE COST/ COST EXT. |
|---|---|---|---|---|---|---|
| 3 | 4-90000-07915 | STYRO CUPS 1000 | 1 4 | OZ | | 11.9500 |
| | | | | | | 35.85 |
| 3 | 4-90000-07940 | LIDS 4 OZ 1000 | 1 4 | OZ | | 7.9900 |
| | | | | | | 23.97 |
| 1 | 4-90000-08070 | DISPEN NAPKIN 100 | 1 1 | EA | | 27.5000 |
| | | | | | | 27.50 |
| 3 | 4-90000-08026 | PAPER PLATE 9 IN | 1 | 1000 | | 12.3500 |
| | | | | | | 37.05 |

```
                        **** FINAL TOTALS ****
   10                                                      124.37
```

```
CALCULATED ADF FEE -      .00      TOTAL INCLUDING WD ADF -      124.37
VENDOR KEYED ADF FEE -             TOTAL INCLUDING VENDOR ADF -  124.37
```

PLEASE BE ADVISED THAT WE CONSIDER INFORMATION CONCERNING OUR PURCHASES FROM
YOUR COMPANY TO BE PROPRIETARY AND CONFIDENTIAL.  UNDER NO CIRCUMSTANCES SHOULD
IT BE SHARED, EITHER IN WHOLE OR IN PART, WITH ANY THIRD PARTY WITHOUT OUR
EXPRESS WRITTEN CONSENT.

LOCATION MGR......

```
***************
*   FINAL     *
* VENDOR COPY *
***************
```

VENDOR......

EAST CONTINENTAL SUPPLIES                                12/30/2006
Outstanding Transaction Report
Transaction Date(s) between 01/01/2004 and 11/21/2006

Page 1 of 1

| Customer | Transaction | Date | Days | Total | Payments | Adjustments | Balance |
|---|---|---|---|---|---|---|---|
| WINN DIXIE 251 (603) | | | | | | | |
| | Invoice - 39067 | 12/21/2004 | 739 | 52.30 | 0.00 | 0.00 | 52.30 |
| | Invoice - 39526 | 01/12/2005 | 717 | 312.65 | 0.00 | 0.00 | 312.65 |
| | Invoice - 40417 | 02/16/2005 | 682 | 221.38 | 0.00 | 0.00 | 221.38 |
| | | | | 586.33 | 0.00 | 0.00 | 586.33 |
| Transactions: 3 | | | | 586.33 | 0.00 | 0.00 | 586.33 |

Please note that this report does not reflect unposted payments or credits.

AR1002

```
DD411  V 2.15   LOCATION  251  DSD INVOICE  DATE 01-14-2005  TIME 11:33  PG   1
                               WINN-DIXIE,  251
         FINAL                 3275 SW 22ND ST
         VENDOR COPY           MIAMI      , FL              FL 33145-0000
-------------------------------------------------------------------------------
   INVOICE-   39526  VENDOR-68600-AMERICAN STAR PLASTICS    WD-CONTROL-50545-3
-------------------------------------------------------------------------------
```

*** CHARGE ***

| CASE QTY | TICKET/UPC NUMBER | DESCRIPTION | PACK | SIZE | COST CHG. | CASE COST/ COST EXT. |
|---|---|---|---|---|---|---|
| 3 | 4-90000-06580 | JUMBO STRAW RED W | 24 | 500 C | | 19.1500 |
| | | | | | | 57.45 |
| 2 | 4-90000-08153 | STYRO SOUP CONTAI | 1 | 16 OZ | | 15.5000 |
| | | | | | | 31.00 |
| 3 | 4-90000-08017 | SPRESS COFFE CUP | 1 | 1 OZ | | 18.2500 |
| | | | | | | 54.75 |
| 2 | 4-90000-07919 | STYRO CUPS 1000 | 1 | 4 OZ | | 10.9500 |
| | | | | | | 21.90 |
| 2 | 4-90000-07945 | STYRO FOAM 8OZ 10 | 1 | 8 OZ | | 12.1500 |
| | | | | | | 24.30 |
| 1 | 4-90000-07946 | LIDS 8 OZ 1000 | 1 | 8 OZ | | 7.5000 |
| | | | | | | 7.50 |
| 3 | 4-90000-08016 | CUBAN BREAD PAPER | 1 | EACH | | 25.5000 |
| | | | | | | 76.50 |
| 1 | 4-90000-08070 | DISPEN NAPKIN 100 | 1 | 1 EA | | 26.9000 |
| | | | | | | 26.90 |
| 1 | 4-90000-08026 | PAPER PLATE 9 IN | 1 | 1000 | | 12.3500 |
| | | | | | | 12.35 |

```
                          **** FINAL TOTALS ****
    18                                                    312.65

   CALCULATED ADF FEE -      .00      TOTAL INCLUDING WD ADF -    312.65
VENDOR KEYED ADF FEE -       .        TOTAL INCLUDING VENDOR ADF - 312.65
```

PLEASE BE ADVISED THAT WE CONSIDER INFORMATION CONCERNING OUR PURCHASES FROM
YOUR COMPANY TO BE PROPRIETARY AND CONFIDENTIAL. UNDER NO CIRCUMSTANCES SHOULD
IT BE SHARED, EITHER IN WHOLE OR IN PART, WITH ANY THIRD PARTY WITHOUT OUR
EXPRESS WRITTEN CONSENT.

```
***************
*   FINAL     *
* VENDOR COPY *
***************
```

LOCATION MGR..........$\mathcal{CM}$..................

VENDOR.................................

```
              LOCATION  251  DSD INVOICE  DATE 02-17-2005   TIME 11:45  PG    1
                             WINN-DIXIE,  251
       FINAL                 3275 SW 22ND ST
       VENDOR COPY           MIAMI      , FL                    FL 33145-0000
```
----------------------------------------------------------------------
```
 INVOICE-    40417  VENDOR-68600-AMERICAN STAR PLASTICS      WD-CONTROL-51484-4
```
----------------------------------------------------------------------

*** CHARGE ***

| CASE QTY | TICKET/UPC NUMBER | DESCRIPTION | PACK | SIZE | COST CHG. | CASE COST COST EXT. |
|---|---|---|---|---|---|---|
| 2 | 4-90000-07919 | STYRO CUPS 1000 | 1 | 4 OZ | | 11.9500 |
| | | | | | | 23.90 |
| 2 | 4-90000-07940 | LIDS 4 OZ 1000 | 1 | 4 OZ | | 7.9900 |
| | | | | | | 15.98 |
| 2 | 4-90000-07945 | STYRO FOAM 8OZ 10 | 1 | 8 OZ | | 13.1000 |
| | | | | | | 26.20 |
| 4 | 4-90000-07948 | PLASTIC SPOON 100 | 1 | EACH | | 7.7500 |
| | | | | | | 31.00 |
| 1 | 4-90000-08070 | DISPEN NAPKIN 100 | 1 | 1 EA | | 27.5000 |
| | | | | | | 27.50 |
| 2 | 4-90000-08026 | PAPER PLATE 9 IN | 1 | 1000 | | 12.3500 |
| | | | | | | 24.70 |
| 1 | 4-90000-13439 | COFFEE CUP 500 | 1 | 12OZ | | 18.2500 |
| | | | | | | 18.25 |
| 1 | 4-90000-07946 | LIDS 8 OZ 1000 | 1 | 8 OZ | | 7.9900 |
| | | | | | | 7.99 |
| 1 | 4-90000-13435 | #4 WHITE PAPER BA | 1 | 1EA | | 6.9000 |
| | | | | | | 6.90 |
| 1 | 4-90000-13436 | #8 WHITE PAPER BA | 1 | 1EA | | 9.7500 |
| | | | | | | 9.75 |
| 1 | 4-90000-13425 | STYRO FOAM CUP 50 | 1 | 12OZ | | 18.9500 |
| | | | | | | 18.95 |

```
                         **** FINAL TOTALS ****
   18                                                  211.12
```

```
 CALCULATED ADF FEE -        .00       TOTAL INCLUDING WD ADF -     211.12
 VENDOR KEYED ADF FEE -      .        TOTAL INCLUDING VENDOR ADF -  211.12
```

PLEASE BE ADVISED THAT WE CONSIDER INFORMATION CONCERNING OUR PURCHASES FROM
YOUR COMPANY TO BE PROPRIETARY AND CONFIDENTIAL.  UNDER NO CIRCUMSTANCES SHOULD
IT BE SHARED, EITHER IN WHOLE OR IN PART, WITH ANY THIRD PARTY WITHOUT OUR
EXPRESS WRITTEN CONSENT.

```
***************
*    FINAL     *
* VENDOR COPY *
***************
```

LOCATION MGR......

VENDOR..

**EAST CONTINENTAL SUPPLIES**                                    12/30/2006
Outstanding Transaction Report
Transaction Date(s) between 01/01/2004 and 11/21/2006

Page 1 of 1

| Customer | Transaction | Date | Days | Total | Payments | Adjustments | Balance |
|---|---|---|---|---|---|---|---|
| WINN DIXIE 247 (649) | | | | | | | |
| | Invoice - 39598 | 01/14/2005 | 715 | 102.00 | 0.00 | 0.00 | 102.00 |
| | | | | 102.00 | 0.00 | 0.00 | 102.00 |
| Transactions: 1 | | | | 102.00 | 0.00 | 0.00 | 102.00 |

Please note that this report does not reflect unposted payments or credits.

AR1002

EAST CONTINENTAL SUPPLIES   *AKA American Star*

EAST COAST PAPER
440 WEST 20 ST
HIALEAH, FLORIDA 33010
305-887-0158  Fax: 305-887-0186

Invoice #:   39595
Page:   1

01/14/2005

**Ship To:**
WINN DIXIE 247
1155 NW 11 STREET
MIAMI, FL 33136

**Bill To:**
WINN DIXIE 247
1155 NW 11 STREET
MIAMI, FL 33136

Phone:
Cust PO:   Vendut 6831000
Reference:

Terms: 30 DAYS
Ship Via: OUR TRUCK

Salesperson: YADIRA

| Stock Code | Description | Taxable | Quantity | Price | Extended |
|---|---|---|---|---|---|
| BAG-BREAD-CUBAN | BREAD BAG CUBAN PAPER PRINTED 1M | Y | 4.00 | 25.50 | 102.00 |

(51826)

WINN DIXIE MARKET PLACE
1155 N.W. 11th STREET
MIAMI, FL 33136

247

| | |
|---|---|
| SubTotal: | 102.00 |
| Tax: | 0.00 |
| Shipping: | 0.00 |
| Total: | 102.00 |
| Paid: | 0.00 |
| Balance: | 102.00 |

Title to all goods listed herein to remain in the name of East Continental Supplies, LLC until fully paid for. No claims allowed unless made within 5 days of receipt of goods. Interest on delinquent accounts will be charged at the highest rate allowed by the law in the State of Florida. Purchaser agrees to pay all expenses, including legal expense, court costs and attorney's fee paid by seller in endeavoring to collect this invoice. Returned goods will not be acceptable without seller's written authorization.

EAST CONTINENTAL SUPPLIES                                          12/30/2006
Outstanding Transaction Report
Transaction Date(s) between 01/01/2004 and 11/21/2006

Page 1 of 1

| Customer | Transaction | Date | Days | Total | Payments | Adjustments | Balance |
|---|---|---|---|---|---|---|---|
| WINN DIXIE 243 (604) | | | | | | | |
| | Invoice - 39068 | 12/21/2004 | 739 | 95.25 | 0.00 | 0.00 | 95.25 |
| | Invoice - 39552 | 01/12/2005 | 717 | 202.60 | 0.00 | 0.00 | 202.60 |
| | Invoice - 40269 | 02/10/2005 | 688 | 225.39 | 0.00 | 0.00 | 225.39 |
| | | | | 523.24 | 0.00 | 0.00 | 523.24 |
| Transactions: 3 | | | | 523.24 | 0.00 | 0.00 | 523.24 |

Please note that this report does not reflect unposted payments or credits.

AR1002

DD411 V 2.15    LOCATION  243   DSD INVOICE  DATE 01-14-2005   TIME 10:25  PG    1
                                WINN-DIXIE,  243
         FINAL                  541 W 49TH STREET
      VENDOR COPY               HIALEAH   ,FL                    FL 33012-0000
----------------------------------------------------------------------------
INVOICE-    39552  VENDOR-68600-AMERICAN STAR PLASTICS      WD-CONTROL-44303-6
----------------------------------------------------------------------------

*** CHARGE ***

| CASE QTY | TICKET/UPC NUMBER | DESCRIPTION | PACK | SIZE | COST CHG. | CASE COST | COST/ EXT. |
|---|---|---|---|---|---|---|---|
| 1 | 4-90000-06580 | JUMBO STRAW RED W | 24 | 500 C | | 19.1500 | |
| | | | | | | | 19.15 |
| 2 | 4-90000-07945 | STYRO FOAM 8OZ 10 | 1 | 8 OZ | | 12.1500 | |
| | | | | | | | 24.30 |
| 1 | 4-90000-07947 | LIDS 16 OZ/32 OZ | 1 | 16OZ | | 12.9500 | |
| | | | | | | | 12.95 |
| 1 | 4-90000-08017 | SPRESS COFFE CUP | 1 | 1 OZ | | 18.2500 | |
| | | | | | | | 18.25 |
| 1 | 4-90000-07919 | STYRO CUPS 1000 | 1 | 4 OZ | | 10.9500 | |
| | | | | | | | 10.95 |
| 2 | 4-90000-07940 | LIDS 4 OZ 1000 | 1 | 4 OZ | | 7.5000 | |
| | | | | | | | 15.00 |
| 4 | 4-90000-08016 | CUBAN BREAD PAPER | 1 | EACH | | 25.5000 | |
| | | | | | | | 102.00 |

                          **** FINAL TOTALS ****
    12                                                         202.60

CALCULATED ADF FEE -       .00        TOTAL INCLUDING WD ADF -      202.60
VENDOR KEYED ADF FEE -      .         TOTAL INCLUDING VENDOR ADF -  202.60

PLEASE BE ADVISED THAT WE CONSIDER INFORMATION CONCERNING OUR PURCHASES FROM
YOUR COMPANY TO BE PROPRIETARY AND CONFIDENTIAL.  UNDER NO CIRCUMSTANCES SHOULD
IT BE SHARED, EITHER IN WHOLE OR IN PART, WITH ANY THIRD PARTY WITHOUT OUR
EXPRESS WRITTEN CONSENT.


                                    LOCATION MGR..................................
***************
*    FINAL     *
* VENDOR COPY *
***************

                                    VENDOR.......................................

V 2.15   LOCATION  243  DSD INVOICE  DATE 02-14-2005  TIME 08:50  PG
            FINAL              WINN-DIXIE,  243
        VENDOR COPY            541 W 49TH STREET
                               HIALEAH   , FL
------------------------------------------------------------------------
INVOICE-    40269  VENDOR-68600-AMERICAN STAR PLASTICS      FL 33012-0000
------------------------------------------------------------------------
                                                        WD-CONTROL-45157-5

*** CHARGE ***

| CASE QTY | TICKET/UPC NUMBER | DESCRIPTION | PACK | SIZE | COST CHG. | CASE COST/ COST EXT. |
|---|---|---|---|---|---|---|
| 1 | 4-90000-13431 | ALUM CONTAINER 50 | 1 | 1 1/2 | 49.5000 | 49.50 |
| 2 | 4-90000-13439 | COFFEE CUP 500 | 1 | 12OZ | 18.2500 | 36.50 |
| 1 | 4-90000-07919 | STYRO CUPS 1000 | 1 | 4 OZ | 11.9500 | 11.95 |
| 1 | 4-90000-07940 | LIDS 4 OZ 1000 | 1 | 4 OZ | 7.9900 | 7.99 |
| 1 | 4-90000-07945 | STYRO FOAM 8OZ 10 | 1 | 8 OZ | 13.1000 | 13.10 |
| 2 | 4-90000-08016 | CUBAN BREAD PAPER | 1 | EACH | 25.5000 | 51.00 |
| 1 | 4-90000-08070 | DISPEN NAPKIN 100 | 1 | 1 EA | 27.5000 | 27.50 |
| 1 | 4-90000-08026 | PAPER PLATE 9 IN | 1 | 1000 | 12.3500 | 12.35 |
| 2 | 4-90000-07948 | PLASTIC SPOON 100 | 1 | EACH | 7.7500 | 15.50 |
| 12 | | **** FINAL TOTALS **** | | | | 225.39 |

CALCULATED ADF FEE -
VENDOR KEYED ADF FEE -        .00
                             .          TOTAL INCLUDING WD ADF -     225.39
                                        TOTAL INCLUDING VENDOR ADF -  225.39
PLEASE BE ADVISED THAT WE CONSIDER INFORMATION CONCERNING OUR PURCHASES FROM
YOUR COMPANY TO BE PROPRIETARY AND CONFIDENTIAL.  UNDER NO CIRCUMSTANCES SHOULD
IT BE SHARED, EITHER IN WHOLE OR IN PART, WITH ANY THIRD PARTY WITHOUT OUR
EXPRESS WRITTEN CONSENT.

***************
*    FINAL    *          LOCATION MGR..........
* VENDOR COPY *
***************

                              VENDOR..........................

EAST CONTINENTAL SUPPLIES                                          12/30/2006
Outstanding Transaction Report
Transaction Date(s) between 01/01/2004 and 11/21/2006

Page 1 of 1

| Customer | Transaction | Date | Days | Total | Payments | Adjustments | Balance |
|---|---|---|---|---|---|---|---|
| WINN DIXIE 292, RECEIVING OPEN WEDNESDAY FROM 6AM-10PM (690) | | | | | | | |
| | Invoice - 40421 | 02/16/2005 | 682 | 74.09 | 0.00 | 0.00 | 74.09 |
| | | | | 74.09 | 0.00 | 0.00 | 74.09 |
| Transactions: 1 | | | | 74.09 | 0.00 | 0.00 | 74.09 |

Please note that this report does not reflect unposted payments or credits.

AR1002

EAST CONTINENTAL SUPPLIES                                    12/30/2006
Outstanding Transaction Report
Transaction Date(s) between 01/01/2004 and 11/21/2006

Page 1 of 1

| Customer | Transaction | Date | Days | Total | Payments | Adjustments | Balance |
|---|---|---|---|---|---|---|---|
| WINN DIXIE 318 (615) | | | | | | | |
| | Invoice - 39162 | 12/27/2004 | 733 | 156.80 | 0.00 | 0.00 | 156.80 |
| | Invoice - 39763 | 01/21/2005 | 708 | 101.25 | 0.00 | 0.00 | 101.25 |
| | Invoice - 40313 | 02/11/2005 | 687 | 59.28 | 0.00 | 0.00 | 59.28 |
| | | | | 317.33 | 0.00 | 0.00 | 317.33 |
| Transactions: 3 | | | | 317.33 | 0.00 | 0.00 | 317.33 |

Please note that this report does not reflect unposted payments or credits.

AR1002

```
DD411   V 2.15   LOCATION  318  DSD INVOICE  DATE 12-28-2004   TIME 13:06  PG    1
                                 WINN-DIXIE,  318
          FINAL                  604 CRANDON BLVD
       VENDOR COPY               KEY BISCAYN,FL                      FL 33149-0000
```
--------------------------------------------------------------------------------
```
 INVOICE-    39162  VENDOR-68600-AMERICAN STAR PLASTICS    WD-CONTROL-56992-1
```
--------------------------------------------------------------------------------

**\*\*\* CHARGE \*\*\***

| CASE QTY | TICKET/UPC NUMBER | DESCRIPTION | PACK | SIZE | COST CHG. | CASE COST | COST/ EXT. |
|---|---|---|---|---|---|---|---|
| 1 | 4-90000-08017 | SPRESS COFFE CUP | 1 1 | OZ | | 18.2500 | |
| | | | | | | | 18.25 |
| 1 | 4-90000-07945 | STYRO FOAM 8OZ 10 | 1 8 | OZ | | 12.1500 | |
| | | | | | | | 12.15 |
| 1 | 4-90000-08070 | DISPEN NAPKIN 100 | 1 1 | EA | | 26.9000 | |
| | | | | | | | 26.90 |
| 1 | 4-90000-08026 | PAPER PLATE 9 IN | 1 | 1000 | | 12.3500 | |
| | | | | | | | 12.35 |
| 5 | 4-90000-07919 | STYRO CUPS 1000 | 1 4 | OZ | | 10.9500 | |
| | | | | | | | 54.75 |
| 2 | 4-90000-07940 | LIDS 4 OZ 1000 | 1 4 | OZ | | 7.5000 | |
| | | | | | | | 15.00 |
| 1 | 4-90000-07946 | LIDS 8 OZ 1000 | 1 8 | OZ | | 7.5000 | |
| | | | | | | | 7.50 |

```
                            **** FINAL TOTALS ****
    12                                                    146.90
```

```
 CALCULATED ADF FEE -       .00       TOTAL INCLUDING WD ADF -      146.90
VENDOR KEYED ADF FEE -       .        TOTAL INCLUDING VENDOR ADF -  146.90
```

PLEASE BE ADVISED THAT WE CONSIDER INFORMATION CONCERNING OUR PURCHASES FROM
YOUR COMPANY TO BE PROPRIETARY AND CONFIDENTIAL.  UNDER NO CIRCUMSTANCES SHOULD
IT BE SHARED, EITHER IN WHOLE OR IN PART, WITH ANY THIRD PARTY WITHOUT OUR
EXPRESS WRITTEN CONSENT.

```
                                LOCATION MGR...............................
 ***************
 *    FINAL     *
 * VENDOR COPY *
 ***************
                                    VENDOR................................
```

```
V 2.15    LOCATION  318   DSD INVOICE  DATE 02-17-2005   TIME 12:53  PG    1
                          WINN-DIXIE,  318
        FINAL             604 CRANDON BLVD
        VENDOR COPY       KEY BISCAYN,FL                       FL 33149-0000
```

INVOICE-    40313  VENDOR-68600-AMERICAN STAR PLASTICS       WD-CONTROL-58487-0

*** CHARGE ***

| CASE QTY | TICKET/UPC NUMBER | DESCRIPTION | PACK | SIZE | COST CHG. | CASE COST/ COST EXT. |
|---|---|---|---|---|---|---|
| 1 | 4-90000-13439 | COFFEE CUP 500 | 1 | 12OZ | | 18.2500 |
| | 4-90000-13438 | #16 LIDS FOR FOAM | 1 | 16OZ | | 18.25 11.9500 |
| 1 | 4-90000-07919 | STYRO CUPS 1000 | 1 | 4 OZ | | .00 11.9500 |
| 1 | 4-90000-07940 | LIDS 4 OZ 1000 | 1 | 4 OZ | | 11.95 7.9900 |
| 1 | 4-90000-07945 | STYRO FOAM 8OZ 10 | 1 | 8 OZ | | 7.99 13.1000 |
| 1 | 4-90000-07946 | LIDS 8 OZ 1000 | 1 | 8 OZ | | 13.10 7.9900 |
| | | | | | | 7.99 |

```
                        **** FINAL TOTALS ****
   5
                                                              59.28

   CALCULATED ADF FEE -       .00      TOTAL INCLUDING WD ADF -      59.28
   VENDOR KEYED ADF FEE -        .        TOTAL INCLUDING VENDOR ADF -    59.28
```

PLEASE BE ADVISED THAT WE CONSIDER INFORMATION CONCERNING OUR PURCHASES FROM
YOUR COMPANY TO BE PROPRIETARY AND CONFIDENTIAL.  UNDER NO CIRCUMSTANCES SHOULD
IT BE SHARED, EITHER IN WHOLE OR IN PART, WITH ANY THIRD PARTY WITHOUT OUR
EXPRESS WRITTEN CONSENT.

LOCATION MGR...............

```
***************
*    FINAL    *
* VENDOR COPY *
***************
```

VENDOR......

EAST CONTINENTAL SUPPLIES                                    12/30/2006
Outstanding Transaction Report
Transaction Date(s) between 01/01/2005 and 11/21/2006

Page 1 of 1

| Customer | Transaction | Date | Days | Total | Payments | Adjustments | Balance |
|---|---|---|---|---|---|---|---|
| WINN DIXIE 240 (635) | | | | | | | |
| | Invoice - 39359 | 01/05/2005 | 724 | 170.05 | 0.00 | 0.00 | 170.05 |
| | Invoice - 39631 | 01/17/2005 | 712 | 41.75 | 0.00 | 0.00 | 41.75 |
| | Invoice - 40019 | 02/01/2005 | 697 | 127.88 | 0.00 | 0.00 | 127.88 |
| | Invoice - 40128 | 02/04/2005 | 694 | 764.90 | 0.00 | 0.00 | 764.90 |
| | Invoice - 40129 | 02/04/2005 | 694 | 764.58 | 0.00 | 0.00 | 764.58 |
| | Invoice - 40356 | 02/14/2005 | 684 | 70.29 | 0.00 | 0.00 | 70.29 |
| | | | | 1,939.45 | 0.00 | 0.00 | 1,939.45 |
| Transactions: 6 | | | | 1,939.45 | 0.00 | 0.00 | 1,939.45 |

Please note that this report does not reflect unposted payments or credits.

AR1002

```
DD411  V 2.15   LOCATION  240  DSD INVOICE  DATE 01-06-2005  TIME 09:24  PG   1
                               WINN-DIXIE,  240
          FINAL                3890 W 18TH AVE
         VENDOR COPY           HIALEAH    ,FL                    FL 33012-0000
------------------------------------------------------------------------------
  INVOICE-   39359  VENDOR-68600-AMERICAN STAR PLASTICS      WD-CONTROL-66881-4
------------------------------------------------------------------------------
```

*** CHARGE ***

| CASE QTY | TICKET/UPC NUMBER | DESCRIPTION | PACK | SIZE | COST CHG. | CASE COST | COST/ EXT. |
|---|---|---|---|---|---|---|---|
| 3 | 4-90000-07919 | STYRO CUPS 1000 | 1 | 4 OZ | | 10.9500 | |
| | | | | | | | 32.85 |
| 2 | 4-90000-08018 | CONE CUPS 5000 | 1 | EACH | | 33.9500 | |
| | | | | | | | 67.90 |
| 2 | 4-90000-08070 | DISPEN NAPKIN 100 | 1 | 1 EA | | 26.9000 | |
| | | | | | | | 53.80 |
| 2 | 4-90000-07948 | PLASTIC SPOON 100 | 1 | EACH | | 7.7500 | |
| | | | | | | | 15.50 |

```
                              **** FINAL TOTALS ****

     9                                                          170.05

  CALCULATED ADF FEE -       .00        TOTAL INCLUDING WD ADF -     170.05
  VENDOR KEYED ADF FEE -      .          TOTAL INCLUDING VENDOR ADF -  170.05
```

PLEASE BE ADVISED THAT WE CONSIDER INFORMATION CONCERNING OUR PURCHASES FROM
YOUR COMPANY TO BE PROPRIETARY AND CONFIDENTIAL.  UNDER NO CIRCUMSTANCES SHOULD
IT BE SHARED, EITHER IN WHOLE OR IN PART, WITH ANY THIRD PARTY WITHOUT OUR
EXPRESS WRITTEN CONSENT.

                                  LOCATION MGR............................
***************
*    FINAL     *
* VENDOR COPY *
***************
                                     VENDOR................................

```
      V 2.15    LOCATION   240   DSD INVOICE   DATE 01-18-2005   TIME 12:43   PG    1
                                 WINN-DIXIE, 240
           FINAL                 3890 W 18TH AVE
         VENDOR COPY             HIALEAH    , FL
                                                              FL 33012-0000
  INVOICE-    39631   VENDOR-68600-AMERICAN STAR PLASTICS        WD-CONTROL-67176-8
```

*** CHARGE ***

| CASE QTY | TICKET/UPC NUMBER | DESCRIPTION | PACK | SIZE | COST CHG. | CASE COST | COST/ EXT. |
|---|---|---|---|---|---|---|---|
| 2 | 4-90000-07919 | STYRO CUPS 1000 | 1 | 4 OZ | | 10.9500 | |
| 1 | 4-90000-07946 | LIDS 8 OZ 1000 | 1 | 8 OZ | | 21.90 7.5000 | |
| 1 | 4-90000-08026 | PAPER PLATE 9 IN | 1 | 1000 | | 7.50 12.3500 | |
| | | **** FINAL TOTALS **** | | | | 12.35 | |
| 4 | | | | | | 41.75 | |

```
  CALCULATED ADF FEE -        .00        TOTAL INCLUDING WD ADF -        41.75
 VENDOR KEYED ADF FEE -       .         TOTAL INCLUDING VENDOR ADF -     41.75
```

PLEASE BE ADVISED THAT WE CONSIDER INFORMATION CONCERNING OUR PURCHASES FROM
YOUR COMPANY TO BE PROPRIETARY AND CONFIDENTIAL.  UNDER NO CIRCUMSTANCES SHOULD
IT BE SHARED, EITHER IN WHOLE OR IN PART, WITH ANY THIRD PARTY WITHOUT OUR
EXPRESS WRITTEN CONSENT.

LOCATION MGR.........

```
***************
*    FINAL    *
* VENDOR COPY *
***************
```

VENDOR................................

DD4II V 2.15 LOCATION 240 DSD INVOICE DATE 02-04-2005 TIME 10:14 PG 1
WINN-DIXIE, 240
FINAL 3890 W 18TH AVE
VENDOR COPY HIALEAH ,FL FL 33012-0000
------------------------------------------------------------------------
INVOICE- 40019 VENDOR-68600-AMERICAN STAR PLASTICS WD-CONTROL-67591-8
------------------------------------------------------------------------

*** CHARGE ***

| CASE QTY | TICKET/UPC NUMBER | DESCRIPTION | PACK | SIZE | COST CHG. | CASE COST | COST/ EXT. |
|------|----------------|----------------|------|-------|------|---------|---------|
| 2 | 4-90000-13439 | COFFEE CUP 500 | 1 | 12OZ | | 18.2500 | 36.50 |
| 1 | 4-90000-07919 | STYRO CUPS 1000 | 1 | 4 OZ | | 11.9500 | 11.95 |
| 1 | 4-90000-07945 | STYRO FOAM 8OZ 10 | 1 | 8 OZ | | 13.1000 | 13.10 |
| 2 | 4-90000-07940 | LIDS 4 OZ 1000 | 1 | 4 OZ | | 7.9900 | 15.98 |
| 1 | 4-90000-08070 | DISPEN NAPKIN 100 | 1 | 1 EA | | 27.5000 | 27.50 |
| 1 | 4-90000-13426 | FOAM CUP #12 LIDS | 1 | 12OZ | | 10.5000 | 10.50 |
| 1 | 4-90000-08026 | PAPER PLATE 9 IN | 1 | 1000 | | 12.3500 | 12.35 |

**** FINAL TOTALS ****

9                                                          127.88

CALCULATED ADF FEE - .00 TOTAL INCLUDING WD ADF - 127.88
VENDOR KEYED ADF FEE - . TOTAL INCLUDING VENDOR ADF - 127.88

PLEASE BE ADVISED THAT WE CONSIDER INFORMATION CONCERNING OUR PURCHASES FROM
YOUR COMPANY TO BE PROPRIETARY AND CONFIDENTIAL. UNDER NO CIRCUMSTANCES SHOULD
IT BE SHARED, EITHER IN WHOLE OR IN PART, WITH ANY THIRD PARTY WITHOUT OUR
EXPRESS WRITTEN CONSENT.

LOCATION MGR...................................

```
***************
*   FINAL     *
* VENDOR COPY *
***************
```

VENDOR.................................

```
111  V.2.15    LOCATION  240  DSD INVOICE  DATE 02-04-2005  TIME 10:18  PG   1
           FINAL                WINN-DIXIE,  240
           VENDOR COPY          3890 W 18TH AVE
                                HIALEAH     ,FL              FL 33012-0000
---------------------------------------------------------------------------------
INVOICE-   40129  VENDOR-68600-AMERICAN STAR PLASTICS    WD-CONTROL-67592-6
---------------------------------------------------------------------------------

* CHARGE ***

CASE    TICKET/UPC                                          COST CASE COST/
QTY     NUMBER          DESCRIPTION      PACK   SIZE        CHG. COST EXT.

 2    4-90000-13431  ALUM CONTAINER 50   1 1 1/2            49.5000
                                                            99.00
 1    4-90000-13425  STYRO FOAM CUP 50   1 120Z            18.9500
                                                            18.95
 1    4-90000-13426  FOAM CUP #12 LIDS   1 120Z            10.5000
                                                            10.50
 1    4-90000-13437  STYRO FOAM CUP 10   1 160Z            27.5000
                                                            27.50
 1    4-90000-08153  STYRO SOUP CONTAI   1 16 OZ           12.9500
                                                            12.95
 2    4-90000-13439  COFFEE CUP 500      1 120Z            18.2500
                                                            36.50
 1    4-90000-07919  STYRO CUPS 1000     1 4 OZ            11.9500
                                                            11.95
 1    4-90000-07940  LIDS 4 OZ 1000      1 4 OZ             7.9900
                                                            7.99
 1    4-90000-07945  STYRO FOAM 80Z 10   1 8 OZ            13.1000
                                                            13.10
 1    4-90000-07946  LIDS 8 OZ 1000      1 8 OZ             7.9900
                                                            7.99
 5    4-90000-08016  CUBAN BREAD PAPER   1 EACH            25.5000
                                                           127.50
 2    4-90000-08018  CONE CUPS 5000      1 EACH            34.9500
                                                            69.90
 1    4-90000-08068  HOT DOG PAPER 8 I   1 3000            28.7500
                                                            28.75
 1    4-90000-07947  LIDS 16 OZ/32 OZ    1 160Z            16.5000
                                                            16.50
 2    4-90000-08070  DISPEN NAPKIN 100   1 1 EA            27.5000
                                                            55.00
 3    4-90000-08026  PAPER PLATE 9 IN    1 1000            12.3500
                                                            37.05
 1    4-90000-13428  PLASTIC CONT. 500   1 160Z            27.5000
                                                            27.50
 1    4-90000-13429  PLASTIC CONT. 500   1 320Z            44.9500
                                                            44.95
 1    4-90000-13427  PLASTIC CONTAINER   1 8OZ             21.2500
                                                            21.25
 3    4-90000-13430  LIDS FOR CONTAINE   1 320Z            18.5000
                                                            55.50
 1    4-90000-07948  PLASTIC SPOON 100   1 EACH             7.7500
                                                            7.75
 1    4-90000-06580  JUMBO STRAW RED W  24 500 C           26.5000
                                                            26.50
```

```
----5    LOCATION  240  DSD INVOICE  DATE 02-17-2005  TIME 09:16  PG    1
           FINAL                WINN-DIXIE,  240
           VENDOR COPY          3890 W 18TH AVE
                                HIALEAH     ,FL              FL 33012-0000
---------------------------------------------------------------------------------
INVOICE-   40356  VENDOR-68600-AMERICAN STAR PLASTICS    WD-CONTROL-67866-4
---------------------------------------------------------------------------------

*** CHARGE ***

CASE    TICKET/UPC                                          COST CASE COST/
QTY     NUMBER          DESCRIPTION      PACK   SIZE        CHG. COST EXT.

 1    4-90000-07919  STYRO CUPS 1000     1 4 OZ            11.9500
                                                            11.95
 1    4-90000-08070  DISPEN NAPKIN 100   1 1 EA            27.5000
                                                            27.50
 1    4-90000-07946  LIDS 8 OZ 1000      1 8 OZ             7.9900
                                                            7.99
 1    4-90000-08026  PAPER PLATE 9 IN    1 1000            12.3500
                                                            12.35
 1    4-90000-13426  FOAM CUP #12 LIDS   1 120Z            10.5000
                                                            10.50
 5                              **** FINAL TOTALS ****     70.29

    CALCULATED ADF FEE -       .00     TOTAL INCLUDING WD ADF -      70.29
VENDOR KEYED ADF FEE -        .        TOTAL INCLUDING VENDOR ADF -  70.29
```

PLEASE BE ADVISED THAT WE CONSIDER INFORMATION CONCERNING OUR PURCHASES FROM
YOUR COMPANY TO BE PROPRIETARY AND CONFIDENTIAL.  UNDER NO CIRCUMSTANCES SHOULD
IT BE SHARED, EITHER IN WHOLE OR IN PART, WITH ANY THIRD PARTY WITHOUT OUR
EXPRESS WRITTEN CONSENT.

```
    ***************
    *   FINAL     *          LOCATION MGR.......................
    * VENDOR COPY *
    ***************
                             VENDOR............................
```

EAST CONTINENTAL SUPPLIES                                         12/27/2006
Outstanding Transaction Report
Transaction Date(s) between 02/21/2005 and 11/21/2006

Page 1 of 1

| Customer | Transaction | Date | Days | Total | Payments | Adjustments | Balance |
|----------|-------------|------|------|-------|----------|-------------|---------|
| WINN DIXIE 250, RECEIVING OPEN MON,TUES,THUR,FRIDAY, SAT (1071) | | | | | | | |
| | Invoice - 56712 | 11/20/2006 | 37 | 109.48 | 0.00 | 0.00 | 109.48 |
| | | | | 109.48 | 0.00 | 0.00 | 109.48 |
| Transactions: 1 | | | | 109.48 | 0.00 | 0.00 | 109.48 |

Please note that this report does not reflect unposted payments or credits.

AR1002

```
DD412  V %I%   LOCATION  250  DSD INVOICE  DATE 12-08-2006  TIME 11:22  PG    1
                                  WINN-DIXIE,  250
          FINAL                   17101 MIRAMAR PKWY
       VENDOR COPY                MIRAMAR    , FL              FL 33027-0000
-------------------------------------------------------------------------------
 INVOICE-   56712  VENDOR-68600-AMERICAN STAR PLASTICS    WD-CONTROL-29490-0
-------------------------------------------------------------------------------
```

*** CHARGE ***

| CASE QTY | TICKET/UPC NUMBER | DESCRIPTION | PACK | SIZE | COST CHG. | CASE COST/ COST EXT. |
|---|---|---|---|---|---|---|
|   | 4-90000-13425 | STYRO FOAM CUP 50 | 1 | 12OZ | | 22.7800 |
| 1 | 4-90000-07919 | STYRO CUPS 1000 | 1 | 4 OZ | | .00 / 15.4600 |
| 1 | 4-90000-07945 | STYRO FOAM 8OZ 10 | 1 | 8 OZ | | 15.46 / 16.3300 |
| 1 | 4-90000-07940 | LIDS 4 OZ 1000 | 1 | 4 OZ | | 16.33 / 9.3200 |
| 1 | 4-90000-07946 | LIDS 8 OZ 1000 | 1 | 8 OZ | | 9.32 / 9.7200 |
| 2 | 4-90000-08026 | PAPER PLATE 9 IN | 1 | 1000 | | 9.72 / 14.7500 |
| 1 | 4-90000-08070 | DISPEN NAPKIN 100 | 1 | 1 EA | | 29.50 / 29.1500 |
| | | | | | | 29.15 |

```
                           **** FINAL TOTALS ****
      7                                                      109.48
```

```
 CALCULATED ADF FEE -      .00       TOTAL INCLUDING WD ADF -      109.48
VENDOR KEYED ADF FEE -     .00       TOTAL INCLUDING VENDOR ADF -  109.48
```

**PLEASE BE ADVISED THAT WE CONSIDER INFORMATION CONCERNING OUR PURCHASES FROM YOUR COMPANY TO BE PROPRIETARY AND CONFIDENTIAL. UNDER NO CIRCUMSTANCES SHOULD IT BE SHARED, EITHER IN WHOLE OR IN PART, WITH ANY THIRD PARTY WITHOUT OUR EXPRESS WRITTEN CONSENT.**

*** INVOICE TYPE: SCAN ONLY

```
    ***************
    *    FINAL     *          LOCATION MGR........................................
    * VENDOR COPY *
    ***************
                              VENDOR...........................................
```

EAST CONTINENTAL SUPPLIES
Outstanding Transaction Report
Transaction Date(s) between 01/01/2005 and 11/21/2006

12/27/200

Page 1 of 1

| Customer | Transaction | Date | Days | Total | Payments | Adjustments | Balanc |
|---|---|---|---|---|---|---|---|
| WINN DIXIE 267 (677) | | | | | | | |
| | Invoice - 40235 | 02/09/2005 | 686 | 191.71 | 0.00 | 0.00 | 191.7 |
| | | | | 191.71 | 0.00 | 0.00 | 191.7 |
| Transactions: 1 | | | | | | | |
| | | | | 191.71 | 0.00 | 0.00 | 191.7 |

Please note that this report does not reflect unposted payments or credits.

R1002



**EAST CONTINENTAL SUPPLIES**
**EAST COAST PAPER**
440 WEST 20 ST
HIALEAH, FLORIDA 33010
305-887-0158 Fax: 305-887-0186

02/09/2005
Invoice #: 40235
Page: 1

Ship To:
WINN DIXIE 267
5585 OVERSEAS HIGHWAY
MARATHON, FL

Bill To:
WINN DIXIE 267
5585 OVERSEAS HIGHWAY
MARATHON, FL

Phone: 786-262-4052

Cust PO:
Reference:

Terms: 30 DAYS
Ship Via: OUR TRUCK

Salesperson: YADIRA

| Stock Code | Description | Taxable | Quantity | Price | Extended |
|---|---|---|---|---|---|
| 12J12 | 12 OZ STYRO CUP 1M 12397 | Y | 2.00 | 18.95 | 37.90 |
| 12JL | LID VENTED TRANS FOR 12J12 1M 12427 | Y | 2.00 | 10.50 | 21.00 |
| 4J4 | 4 OZ STYRO CUP 1M 50134 | Y | 2.00 | 11.95 | 23.90 |
| 4JL | LID VENTED TRANS FOR 4J4 CUP 1M 50720 | Y | 2.00 | 7.99 | 15.98 |
| 8J8 | 8 OZ FOAM CUP 1M 51080 | Y | 2.00 | 13.10 | 26.20 |
| 8JL | LID VENTED TRANS FOR 8J8 1M 51081 | Y | 2.00 | 7.99 | 15.98 |
| BAG 2#WHT IND | BAG 2# WHITE 500 14301 | Y | 1.00 | 5.50 | 5.50 |
| NPK TFOLD SCA-10K | T-FOLD SCA MAINSTREET WHT NAPKIN 1PLY 7.25X13.5 40/250 53782 | Y | 1.00 | 27.50 | 27.50 |
| STIRR STX 5" RW | 5" COCKTAIL STIRRER PLASTIC 1M 14292 | Y | 1.00 | 8.00 | 8.00 |
| SUGAR-2M INDV | SUGAR INDIVIDUALS 2000/1 OZ 14304 | Y | 1.00 | 9.75 | 9.75 |



2-10-05

SubTotal: 191.71

Tax: 0.00
Shipping: 0.00
Total: 191.71
Paid: 0.00
Balance: 191.71

Title to all goods listed herin to remain in the name of East Continental Supplies, LLC until fully paid for. No claims allowed unless made within 5 days of reciept of goods. Interest on delinquent accounts will be charged at the highest rate allowed by the law in the State of Florida. Purchaser agrees to pay all expenses, including legal expense, court costs and attorney's fee paid by seller in endeavoring to collect this invoice. Returned goods will not be acceptable. without seller's written authorization.

EAST CONTINENTAL SUPPLIES                                    12/27/2006
Outstanding Transaction Report
Transaction Date(s) between 01/01/2005 and 11/21/2006

Page 1 of 1

| Customer | Transaction | Date | Days | Total | Payments | Adjustments | Balance |
|---|---|---|---|---|---|---|---|
| WINN DIXIE 328 (675) | | | | | | | |
| | Invoice - 40233 | 02/09/2005 | 686 | 191.71 | 0.00 | 0.00 | 191.71 |
| | | | | 191.71 | 0.00 | 0.00 | 191.71 |
| Transactions: 1 | | | | 191.71 | 0.00 | 0.00 | 191.71 |

Please note that this report does not reflect unposted payments or credits.

AR1002

```
V 2.15    LOCATION  328  DSD INVOICE  DATE 02-10-2005  TIME 12:58  PG    1
                         WINN-DIXIE,  328
          FINAL          U.S.1
          VENDOR COPY    TAVERNIER  ,FL              FL 33070-0000
---------------------------------------------------------------------------
INVOICE-   40233  VENDOR-68600-AMERICAN STAR PLASTICS    WD-CONTROL-46651-6
---------------------------------------------------------------------------
```

*** CHARGE ***

| CASE QTY | TICKET/UPC NUMBER | DESCRIPTION | PACK | SIZE | COST CHG. | CASE COST | COST/ EXT. |
|---|---|---|---|---|---|---|---|
| 2 | 4-90000-13425 | STYRO FOAM CUP 50 | 1 | 12OZ | | 18.9500 | |
| 2 | 4-90000-13426 | FOAM CUP #12 LIDS | 1 | 12OZ | | 37.90 10.5000 | |
| 2 | 4-90000-13438 | #16 LIDS FOR FOAM | 1 | 16OZ | | 21.00 11.9500 | |
| 2 | 4-90000-07945 | STYRO FOAM 8OZ 10 | 1 | 8 OZ | | 23.90 13.1000 | |
| 2 | 4-90000-07946 | LIDS 8 OZ 1000 | 1 | 8 OZ | | 26.20 7.9900 | |
| 1 | 4-90000-13434 | #2 WHITE PAPER BA | 1 | 1EA | | 15.98 5.5000 | |
| 1 | 4-90000-13437 | STYRO FOAM CUP 10 | 1 | 16OZ | | 5.50 27.5000 | |
| 1 | 4-90000-13432 | 5" PLASTIC COFFEE | 1 | 1EA | | 27.50 8.0000 | |
| 1 | 4-90000-13436 | #8 WHITE PAPER BA | 1 | 1EA | | 8.00 9.7500 | |
| 2 | 4-90000-07940 | LIDS 4 OZ 1000 | 1 | 4 OZ | | 9.75 7.9900 | |

```
                         **** FINAL TOTALS ****          15.98
   16
                                                         191.71
```

```
CALCULATED ADF FEE -      .00      TOTAL INCLUDING WD ADF -
VENDOR KEYED ADF FEE -      .       TOTAL INCLUDING VENDOR ADF -   191.71
```

PLEASE BE ADVISED THAT WE CONSIDER INFORMATION CONCERNING OUR PURCHASES FROM
YOUR COMPANY TO BE PROPRIETARY AND CONFIDENTIAL.  UNDER NO CIRCUMSTANCES SHOULD
IT BE SHARED, EITHER IN WHOLE OR IN PART, WITH ANY THIRD PARTY WITHOUT OUR
EXPRESS WRITTEN CONSENT.

```
***************                LOCATION MGR......................................
*    FINAL    *
* VENDOR COPY *
***************
                               VENDOR..........................................
```

EAST CONTINENTAL SUPPLIES  12/27/2006
Outstanding Transaction Report
Transaction Date(s) between 01/01/2005 and 11/21/2006

Page 1 of 1

| Customer | Transaction | Date | Days | Total | Payments | Adjustments | Balance |
|---|---|---|---|---|---|---|---|
| WINN DIXIE 361 (678) | | | | | | | |
| | Invoice - 40272 | 02/10/2005 | 685 | 159.42 | 0.00 | 0.00 | 159.42 |
| | | | | 159.42 | 0.00 | 0.00 | 159.42 |
| Transactions: 1 | | | | 159.42 | 0.00 | 0.00 | 159.42 |

Please note that this report does not reflect unposted payments or credits.

AR1002

DD411 V 2.15    LOCATION  361  DSD INVOICE  DATE 02-14-2005   TIME 11:49  PG    1
                           WINN-DIXIE,  361
          FINAL            15050 SW 72ND ST
          VENDOR COPY      MIAMI    ,FL                        FL 33193-0000
------------------------------------------------------------------------------------
   INVOICE-   40272  VENDOR-68600-AMERICAN STAR PLASTICS    WD-CONTROL-61192-1
------------------------------------------------------------------------------------

*** CHARGE ***

| CASE QTY | TICKET/UPC NUMBER | DESCRIPTION | PACK | SIZE | COST CHG. | CASE COST/ COST EXT. |
|---|---|---|---|---|---|---|
| 1 | 4-90000-13439 | COFFEE CUP 500 | 1 | 12OZ | | 18.2500 18.25 |
| 2 | 4-90000-07919 | STYRO CUPS 1000 | 1 | 4 OZ | | 11.9500 23.90 |
| 2 | 4-90000-07940 | LIDS 4 OZ 1000 | 1 | 4 OZ | | 7.9900 15.98 |
| 1 | 4-90000-07945 | STYRO FOAM 8OZ 10 | 1 | 8 OZ | | 13.1000 13.10 |
| 1 | 4-90000-07946 | LIDS 8 OZ 1000 | 1 | 8 OZ | | 7.9900 7.99 |
| 1 | 4-90000-08070 | DISPEN NAPKIN 100 | 1 | 1 EA | | 27.5000 27.50 |
| 1 | 4-90000-13425 | STYRO FOAM CUP 50 | 1 | 12OZ | | 18.9500 18.95 |
| 1 | 4-90000-13426 | FOAM CUP #12 LIDS | 1 | 12OZ | | 10.5000 10.50 |
| 1 | 4-90000-13434 | #2 WHITE PAPER BA | 1 | 1EA | | 5.5000 5.50 |
| 1 | 4-90000-13432 | 5" PLASTIC COFFEE | 1 | 1EA | | 8.0000 8.00 |
| 1 | 4-90000-13436 | #8 WHITE PAPER BA | 1 | 1EA | | 9.7500 9.75 |

                         **** FINAL TOTALS ****

   13                                                         159.42

   CALCULATED ADF FEE -      .00      TOTAL INCLUDING WD ADF -      159.42
   VENDOR KEYED ADF FEE -      .      TOTAL INCLUDING VENDOR ADF -  159.42

PLEASE BE ADVISED THAT WE CONSIDER INFORMATION CONCERNING OUR PURCHASES FROM
YOUR COMPANY TO BE PROPRIETARY AND CONFIDENTIAL.   UNDER NO CIRCUMSTANCES SHOULD
IT BE SHARED, EITHER IN WHOLE OR IN PART, WITH ANY THIRD PARTY WITHOUT OUR
EXPRESS WRITTEN CONSENT.

                                    LOCATION MGR.........................................

***************
*    FINAL    *
* VENDOR COPY *
***************
                                    VENDOR....................................

**EAST CONTINENTAL SUPPLIES**
Outstanding Transaction Report
Transaction Date(s) between 01/01/2005 and 11/21/2006

12/27/200

Page 1 of 1

| Customer | Transaction | Date | Days | Total | Payments | Adjustments | Balanc |
|----------|-------------|------|------|-------|----------|-------------|--------|
| WINN DIXIE 387 (687) | | | | | | | |
| | Invoice - 40320 | 02/11/2005 | 684 | 191.71 | 0.00 | 0.00 | 191.7 |
| | | | | 191.71 | 0.00 | 0.00 | 191.7' |
| Transactions: 1 | | | | | | | |
| | | | | 191.71 | 0.00 | 0.00 | 191.7' |

Please note that this report does not reflect unposted payments or credits.

AR1002

```
                            387   DSD INVOICE  DATE 02-18-2005   TIME 11:11  PG    1
                            WINN-DIXIE,  387
                            18801 SW 117TH AVE
                            MIAMI      ,FL                        FL 33157-0000
          ----------------------------------------------------------------------
          40320  VENDOR-68600-AMERICAN STAR PLASTICS          WD-CONTROL-27479-5
          ----------------------------------------------------------------------
```

CHARGE ***

| CASE QTY | TICKET/UPC NUMBER | DESCRIPTION | PACK | SIZE | COST CHG. | CASE COST/ COST EXT. |
|---|---|---|---|---|---|---|
| 2 | 4-90000-07919 | STYRO CUPS 1000 | 1 4 | OZ | | 11.9500 |
| | | | | | | 23.90 |
| 2 | 4-90000-07940 | LIDS 4 OZ 1000 | 1 4 | OZ | | 7.9900 |
| | | | | | | 15.98 |
| 2 | 4-90000-07945 | STYRO FOAM 8OZ 10 | 1 8 | OZ | | 13.1000 |
| | | | | | | 26.20 |
| 1 | 4-90000-08070 | DISPEN NAPKIN 100 | 1 1 | EA | | 27.5000 |
| | | | | | | 27.50 |
| | | **** FINAL TOTALS **** | | | | 27.50 |
| 7 | | | | | | 93.58 |

```
CALCULATED ADF FEE -       .00        TOTAL INCLUDING WD ADF -      93.58
VENDOR KEYED ADF FEE -      .         TOTAL INCLUDING VENDOR ADF -  93.58
```

PLEASE BE ADVISED THAT WE CONSIDER INFORMATION CONCERNING OUR PURCHASES FROM
YOUR COMPANY TO BE PROPRIETARY AND CONFIDENTIAL.  UNDER NO CIRCUMSTANCES SHOULD
IT BE SHARED, EITHER IN WHOLE OR IN PART, WITH ANY THIRD PARTY WITHOUT OUR
EXPRESS WRITTEN CONSENT.

LOCATION MGR...............................

```
***************
*   FINAL     *
* VENDOR COPY *
***************
```

VENDOR...................................

EAST CONTINENTAL SUPPLIES
Outstanding Transaction Report
Transaction Date(s) between 01/01/2005 and 11/21/2006

12/27/200

Page 1 of 1

| Customer | Transaction | Date | Days | Total | Payments | Adjustments | Balanc |
|---|---|---|---|---|---|---|---|
| WINN DIXIE 388 (676) | | | | | | | |
| | Invoice - 40234 | 02/09/2005 | 686 | 191.71 | 0.00 | 0.00 | 191.7 |
| | | | | 191.71 | 0.00 | 0.00 | 191.7 |
| Transactions: 1 | | | | | | | |
| | | | | 191.71 | 0.00 | 0.00 | 191.7 |

Please note that this report does not reflect unposted payments or credits.

AR1002

```
2.15    LOCATION   3     DSD INVOICE  DATE 02-14-05   TIME 13:11  PG   1
                   WINN-DIXIE,  388
        FINAL              18300 S W 137TH AV
        VENDOR COPY        MIAMI      , FL                  FL 33177-0000
-----------------------------------------------------------------------------
INVOICE-   40234  VENDOR-68600-AMERICAN STAR PLASTICS     WD-CONTROL-83020-8
-----------------------------------------------------------------------------
```

*** CHARGE ***

| CASE QTY | TICKET/UPC NUMBER | DESCRIPTION | PACK | SIZE | COST CHG. | CASE COST/ COST EXT. |
|---|---|---|---|---|---|---|
| 2 | 4-90000-13425 | STYRO FOAM CUP 50 | 1 | 12OZ | | 18.9500 |
| 2 | 4-90000-13426 | FOAM CUP #12 LIDS | 1 | 12OZ | | 37.90 10.5000 |
| 2 | 4-90000-07919 | STYRO CUPS 1000 | 1 | 4 OZ | | 21.00 11.9500 |
| 2 | 4-90000-07940 | LIDS 4 OZ 1000 | 1 | 4 OZ | | 23.90 7.9900 |
| 2 | 4-90000-07945 | STYRO FOAM 8OZ 10 | 1 | 8 OZ | | 15.98 13.1000 |
| 2 | 4-90000-07946 | LIDS 8 OZ 1000 | 1 | 8 OZ | | 26.20 7.9900 |
| 1 | 4-90000-13434 | #2 WHITE PAPER BA | 1 | 1EA | | 15.98 5.5000 |
| 1 | 4-90000-08070 | DISPEN NAPKIN 100 | 1 | 1 EA | | 5.50 27.5000 |
| 1 | 4-90000-13432 | 5" PLASTIC COFFEE | 1 | 1EA | | 27.50 8.0000 |
| 1 | 4-90000-13436 | #8 WHITE PAPER BA | 1 | 1EA | | 8.00 9.7500 |

```
                         **** FINAL TOTALS ****            9.75
  16
                                                          191.71
```

```
CALCULATED ADF FEE -        .00       TOTAL INCLUDING WD ADF -      191.71
VENDOR KEYED ADF FEE -        .        TOTAL INCLUDING VENDOR ADF -  191.71
```

PLEASE BE ADVISED THAT WE CONSIDER INFORMATION CONCERNING OUR PURCHASES FROM YOUR COMPANY TO BE PROPRIETARY AND CONFIDENTIAL. UNDER NO CIRCUMSTANCES SHOULD IT BE SHARED, EITHER IN WHOLE OR IN PART, WITH ANY THIRD PARTY WITHOUT OUR EXPRESS WRITTEN CONSENT.

LOCATION MGR........

```
***************
*   FINAL     *
* VENDOR COPY *
***************
```

VENDOR...

EAST CONTINENTAL SUPPLIES
Outstanding Transaction Report
Transaction Date(s) between 01/01/2005 and 11/21/2006

12/30/200

Page 1 of 1

| Customer | Transaction | Date | Days | Total | Payments | Adjustments | Balance |
|---|---|---|---|---|---|---|---|
| WINN DIXIE 366 (583) | | | | | | | |
| | Invoice - 39630 | 01/17/2005 | 712 | 127.50 | 0.00 | 0.00 | 127.50 |
| | | | | 127.50 | 0.00 | 0.00 | 127.50 |
| Transactions: 1 | | | | | | | |
| | | | | 127.50 | 0.00 | 0.00 | 127.50 |

Please note that this report does not reflect unposted payments or credits.

AR1002

EAST CONTINENTAL SUPPLIES
Outstanding Transaction Report                                    12/30/200
Transaction Date(s) between 01/01/2004 and 11/21/2006

Page 1 of 1

| Customer | Transaction | Date | Days | Total | Payments | Adjustments | Balanc |
|---|---|---|---|---|---|---|---|
| WINN DIXIE 283 (620) | | | | | | | |
| | Invoice - 39213 | 12/29/2004 | 731 | 201.55 | 0.00 | 0.00 | 201.55 |
| | Invoice - 39362 | 01/05/2005 | 724 | 51.00 | 0.00 | 0.00 | 51.00 |
| | Invoice - 39896 | 01/26/2005 | 703 | 120.90 | 0.00 | 0.00 | 120.90 |
| | Invoice - 39962 | 01/29/2005 | 700 | 69.90 | 0.00 | 0.00 | 69.90 |
| | Invoice - 40018 | 02/01/2005 | 697 | 84.30 | 0.00 | 0.00 | 84.30 |
| | | | | 527.65 | 0.00 | 0.00 | 527.65 |
| Transactions: 5 | | | | | | | |
| | | | | 527.65 | 0.00 | 0.00 | 527.65 |

Please note that this report does not reflect unposted payments or credits.

JD411   V 2.15       LOCATION  283  DSD  INVOICE   DATE  12-30-2004   TIME  10:04   PG   1
WINN-DIXIE,  283
FINAL                     8855 CORAL WAY
VENDOR COPY               MIAMI            FL
FL 33165-0000
----------------------------------------------------------------------------------
INVOICE-    39213   VENDOR-68600-AMERICAN STAR PLASTICS      WD-CONTROL-16848-4
----------------------------------------------------------------------------------

** CHARGE ***

| CASE QTY | TICKET/UPC NUMBER | DESCRIPTION | PACK | SIZE | COST CHG. | CASE COST/ COST EXT. |
|---|---|---|---|---|---|---|
| 1 | 4-90000-07947 | LIDS 16 OZ/32 OZ | 1 | 16OZ | | 12.9500 |
| 2 | 4-90000-08017 | SPRESS COFFE CUP | 1 | 1 OZ | | 12.95 18.2500 |
| 3 | 4-90000-07919 | STYRO CUPS 1000 | 1 | 4 OZ | | 36.50 10.9500 |
| 2 | 4-90000-07940 | LIDS 4 OZ 1000 | 1 | 4 OZ | | 32.85 7.5000 |
| 2 | 4-90000-07945 | STYRO FOAM 8OZ 10 | 1 | 8 OZ | | 15.00 12.1500 |
| 2 | 4-90000-08153 | STYRO SOUP CONTAI | 1 | 16 OZ | | 24.30 15.5000 |
| 2 | 4-90000-07946 | LIDS 8 OZ 1000 | 1 | 8 OZ | | 31.00 7.5000 |
| 1 | 4-90000-08018 | CONE CUPS 5000 | 1 | EACH | | 15.00 33.9500 |
| | | | | | | 33.95 |
| 15 | | **** FINAL TOTALS **** | | | | 201.55 |

CALCULATED ADF FEE -         .00        TOTAL INCLUDING WD ADF -      201.55
VENDOR KEYED ADF FEE -                  TOTAL INCLUDING VENDOR ADF -  201.55

EASE BE ADVISED THAT WE CONSIDER INFORMATION CONCERNING OUR PURCHASES FROM
UR COMPANY TO BE PROPRIETARY AND CONFIDENTIAL.  UNDER NO CIRCUMSTANCES SHOULD
BE SHARED, EITHER IN WHOLE OR IN PART, WITH ANY THIRD PARTY WITHOUT OUR
PRESS WRITTEN CONSENT.

LOCATION MGR..............................

***************
*    FINAL     *
* VENDOR COPY *
***************

VENDOR.....................................

DD411 V 2.15      LOCATION   283   DSD INVOICE  DATE 01-06-2005   TIME 10:45  PG     1
          FINAL                    WINN-DIXIE,  283
          VENDOR COPY              8855 CORAL WAY
                                   MIAMI       , FL                   FL 33165-0000
------------------------------------------------------------------------------------
INVOICE-    39362   VENDOR-68600-AMERICAN STAR PLASTICS        WD-CONTROL-17021-7
------------------------------------------------------------------------------------

*** CHARGE ***

| CASE QTY | TICKET/UPC NUMBER | DESCRIPTION | PACK | SIZE | COST CHG. | CASE COST/ COST EXT. |
|---|---|---|---|---|---|---|
| 2 | 4-90000-08016 | CUBAN BREAD PAPER | 1 | EACH | | 25.5000 |
| | | | | | | 51.00 |
| 2 | | **** FINAL TOTALS **** | | | | 51.00 |

CALCULATED ADF FEE -        .00      TOTAL INCLUDING WD ADF -         51.00
VENDOR KEYED ADF FEE -      .00      TOTAL INCLUDING VENDOR ADF -     51.00

PLEASE BE ADVISED THAT WE CONSIDER INFORMATION CONCERNING OUR PURCHASES FROM
YOUR COMPANY TO BE PROPRIETARY AND CONFIDENTIAL.  UNDER NO CIRCUMSTANCES SHOULD
IT BE SHARED, EITHER IN WHOLE OR IN PART, WITH ANY THIRD PARTY WITHOUT OUR
EXPRESS WRITTEN CONSENT.


***************            LOCATION MGR..........
*    FINAL      *
*  VENDOR COPY  *
***************
                                   VENDOR............

DB411  V 2.15   LOCATION  283   DSD INVOICE  DATE 01-27-2005  TIME 09:15  PG    1
                              WINN-DIXIE,  283
          FINAL               8855 CORAL WAY
       VENDOR COPY            MIAMI      , FL
-------------------------------------------------------------   FL 33165-0000
 INVOICE-    39896  VENDOR-68600-AMERICAN STAR PLASTICS       WD-CONTROL-17632-1
-------------------------------------------------------------------------------

*** CHARGE ***

| CASE QTY | TICKET/UPC NUMBER | DESCRIPTION | PACK | SIZE | COST CHG. | CASE COST/ COST EXT. |
|---|---|---|---|---|---|---|
| 2 | 4-90000-08018 | CONE CUPS 5000 | 1 | EACH | | 33.9500 |
| | | | | | | 67.90 |
| 2 | | **** FINAL TOTALS **** | | | | 67.90 |

CALCULATED ADF FEE -        .00      TOTAL INCLUDING WD ADF -      67.90
VENDOR KEYED ADF FEE -      .        TOTAL INCLUDING VENDOR ADF -  67.90

PLEASE BE ADVISED THAT WE CONSIDER INFORMATION CONCERNING OUR PURCHASES FROM
YOUR COMPANY TO BE PROPRIETARY AND CONFIDENTIAL.  UNDER NO CIRCUMSTANCES SHOULD
IT BE SHARED, EITHER IN WHOLE OR IN PART, WITH ANY THIRD PARTY WITHOUT OUR
EXPRESS WRITTEN CONSENT.

LOCATION MGR.................................

***************
*   FINAL     *
* VENDOR COPY *
***************

VENDOR...................................

```
DD411  V 2.15    LOCATION  283  DSD INVOICE  DATE 01-31-2005  TIME 08:27  PG    1
                                WINN-DIXIE,  283
        FINAL                   8855 CORAL WAY
      VENDOR COPY               MIAMI      , FL
-------------------------------------------------------                FL 33165-0000
  INVOICE-   39962  VENDOR-68600-AMERICAN STAR PLASTICS     WD-CONTROL-17740-2
-------------------------------------------------------------------------------------
```

*** CHARGE ***

```
  CASE     TICKET/UPC                                    COST  CASE COST/
   QTY      NUMBER       DESCRIPTION    PACK    SIZE      CHG.  COST EXT.

     2    4-90000-08018 CONE CUPS 5000      1 EACH
                                                              34.9500
                        **** FINAL TOTALS ****             69.90
     2
                                                          69.90
```

```
  CALCULATED ADF FEE -          .00        TOTAL INCLUDING WD ADF -      69.90
VENDOR KEYED ADF FEE -          .          TOTAL INCLUDING VENDOR ADF - 69.90
```

PLEASE BE ADVISED THAT WE CONSIDER INFORMATION CONCERNING OUR PURCHASES FROM
YOUR COMPANY TO BE PROPRIETARY AND CONFIDENTIAL.  UNDER NO CIRCUMSTANCES SHOULD
IT BE SHARED, EITHER IN WHOLE OR IN PART, WITH ANY THIRD PARTY WITHOUT OUR
EXPRESS WRITTEN CONSENT.

```
***************
*    FINAL    *
* VENDOR COPY *
***************
```

LOCATION MGR..............

VENDOR................................

2.15 LOCATION 283 DSD INVOICE DATE 02-03-2005 TIME 10:33 PG 1
FINAL WINN-DIXIE, 283
VENDOR COPY 8855 CORAL WAY
MIAMI , FL
FL 33165-0000

INVOICE- 40018 VENDOR-68600-AMERICAN STAR PLASTICS WD-CONTROL-17842-6

*** CHARGE ***

| CASE QTY | TICKET/UPC NUMBER | DESCRIPTION | PACK | SIZE | COST CHG. | CASE COST | COST/ EXT. |
|---|---|---|---|---|---|---|---|
| 1 | 4-90000-07919 | STYRO CUPS 1000 | 1 4 OZ | | | 11.9500 | |
| 1 | 4-90000-07945 | STYRO FOAM 8OZ 10 | 1 8 OZ | | | 11.95 13.1000 | |
| 1 | 4-90000-13436 | #8 WHITE PAPER BA | 1 1EA | | | 13.10 9.7500 | |
| 1 | 4-90000-13431 | ALUM CONTAINER 50 | 1 1 1/2 | | | 9.75 49.5000 | |
| 4 | | **** FINAL TOTALS **** | | | | 49.50 | |
| | | | | | | 84.30 | |

CALCULATED ADF FEE - .00 TOTAL INCLUDING WD ADF - 84.30
VENDOR KEYED ADF FEE - . TOTAL INCLUDING VENDOR ADF - 84.30

PLEASE BE ADVISED THAT WE CONSIDER INFORMATION CONCERNING OUR PURCHASES FROM
YOUR COMPANY TO BE PROPRIETARY AND CONFIDENTIAL. UNDER NO CIRCUMSTANCES SHOULD
IT BE SHARED, EITHER IN WHOLE OR IN PART, WITH ANY THIRD PARTY WITHOUT OUR
EXPRESS WRITTEN CONSENT.

LOCATION MGR.............................

***************
* FINAL *
* VENDOR COPY *
***************

VENDOR.................................

EAST CONTINENTAL SUPPLIES
Outstanding Transaction Report
Transaction Date(s) between 01/01/2005 and 11/21/2006

Page 1 of 1                                                                                                              12/27/200

| Customer | Transaction | Date | Days | Total | Payments | Adjustments | Balanc |
|---|---|---|---|---|---|---|---|
| WINN DIXIE 287 (679) | | | | | | | |
| | Invoice - 40248 | 02/09/2005 ✓ | 686 | 191.71 | 0.00 | 0.00 | 191.7 |
| | | | | 191.71 | 0.00 | 0.00 | 191.7 |
| Transactions: 1 | | | | | | | |
| | | | | 191.71 | 0.00 | 0.00 | 191.7 |

Please note that this report does not reflect unposted payments or credits.

R1002

```
        V 2.15   LOCATION  287   DSD INVOICE  DATE 02-  -2005  TIME 12:27  PG    1
                                  WINN-DIXIE,  287
        FINAL                     14655 SW 104TH ST
        STORE  COPY               MIAMI       , FL
--------------------------------------------------------------------        FL 33186-0000
  INVOICE-    40248  VENDOR-68600-AMERICAN STAR PLASTICS
-----------------------------------------------------------------------        WD-CONTROL-79615-1

*** CHARGE ***
```

| CASE QTY | TICKET/UPC NUMBER | DESCRIPTION | PACK | SIZE | COST CHG. | CASE COST/ COST EXT. | RETAIL |
|---|---|---|---|---|---|---|---|
| 2 | 4-90000-13425 WD-12397 | STYRO FOAM CUP 50 | 1 | 12OZ | | 18.9500 37.90 | 0.00 |
| 2 | 4-90000-13426 WD-12427 | FOAM CUP #12 LIDS | 1 | 12OZ | | 10.5000 21.00 | 0.00 |
| 2 | 4-90000-07919 WD-50134 | STYRO CUPS 1000 | 1 | 4 OZ | | 11.9500 23.90 | 0.00 |
| 2 | 4-90000-07940 WD-50720 | LIDS 4 OZ 1000 | 1 | 4 OZ | | 7.9900 15.98 | 0.00 |
| 2 | 4-90000-07945 WD-51080 | STYRO FOAM 8OZ 10 | 1 | 8 OZ | | 13.1000 26.20 | 0.00 |
| 2 | 4-90000-07946 WD-51081 | LIDS 8 OZ 1000 | 1 | 8 OZ | | 7.9900 15.98 | 0.00 |
| 1 | 4-90000-13434 WD-14301 | #2 WHITE PAPER BA | 1 | 1EA | | 5.5000 5.50 | 0.00 |
| 1 | 4-90000-08070 WD-53782 | DISPEN NAPKIN 100 | 1 | 1 EA | | 27.5000 27.50 | 0.00 |
| 1 | 4-90000-13432 WD-14292 | 5" PLASTIC COFFEE | 1 | 1EA | | 8.0000 8.00 | 0.00 |
| 1 | 4-90000-13436 WD-14304 | #8 WHITE PAPER BA | 1 | 1EA | | 9.7500 9.75 | 0.00 |

```
  16                    **** FINAL TOTALS ****

                                                          191.71

 CALCULATED ADF FEE -
 VENDOR KEYED ADF FEE -          .00      TOTAL INCLUDING WD ADF -        191.71
                                          TOTAL INCLUDING VENDOR ADF -    191.71
```

PLEASE BE ADVISED THAT WE CONSIDER INFORMATION CONCERNING OUR PURCHASES FROM
YOUR COMPANY TO BE PROPRIETARY AND CONFIDENTIAL.  UNDER NO CIRCUMSTANCES SHOULD
IT BE SHARED, EITHER IN WHOLE OR IN PART, WITH ANY THIRD PARTY WITHOUT OUR
EXPRESS WRITTEN CONSENT.

LOCATION MGR. . . . . . . . . . . . . . . . . . . . . . . . . . .

***************
*    FINAL    *
*  STORE COPY *
***************

VENDOR. . . . . . . . . . . . . . . . . . . . . . . . . . .