## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| **In re:** | **Case No. 3-05-bk-3817** |
| **WINN DIXIE STORES, INC., et. al.** | **Chapter 11** |
| **Debtor.** / | **Jointly Administered** |

### SHOPPES OF LIBERTY CITY, LLC'S NOTICE OF WITHDRAWAL OF ITS' OBJECTION TO MOTION TO ASSUME LEASE FOR LOCATION 214

Landlord, Shoppes of Liberty City, LLC (Landlord), through undersigned counsel, hereby notifies the Court and all interested parties that its' objection to assumption of the lease for Location 214 that it filed on July 18, 2006 [D.E. 9330] is withdrawn.

Respectfully submitted,

BLAXBERG, GRAYSON, KUKOFF
& SEGAL, P.A.
Counsel for Shoppes of Liberty City, LLC
Suite 730, Ingraham Building
25 Southeast Second Avenue
Miami, Florida 33131
Phone: (305) 381-7979
Facsimile: (305) 371-6816
ian.kukoff@blaxgray.com

 /s/ Ian J. Kukoff
Ian J. Kukoff, Esq.
Florida Bar No.: 827126

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing was served via facsimile U.S. Mail and e-mail to the following:

Cynthia Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202
904-359-7700
cjackson@smithhulsey.com

DJ Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036
212-735-3000
djbaker@skadden.com

/s/ Ian J. Kukoff