JUDY H. HASSELL
*Chief Deputy*

*Telephone (205) 481-4131*

*Fax Transmissions*
*Only*
*(205) 481-4207*



BESSEMER DIVISION
*P.O. Box 1190*
*Bessemer, Alabama 35021-1190*

## GROVER DUNN
### ASSISTANT TAX COLLECTOR – JEFFERSON COUNTY

January 2, 2007


Logan & Company Inc
ATTN: Winn Dixie Claim Center
546 Valley Rd
Upper Montclair NJ 07043

### ADMINISTRATIVE EXPENSE

I would like to file an Administrative Expense for 2006 ad valorem taxes for the following account:

    Debtor:  Winn Dixie Montgomery Inc.
    Bankruptcy Case No:  05-03837-3F1
    Parcel ID: 90-37-501638.02-PP
    Unit #64-0
    2006 File No. 309489
    Date Incurred:  October 1, 2005


    Net Tax: $1,640.73


*[signed] Grover Dunn*
GROVER DUNN
ASSISTANT TAX COLLECTOR
BESSEMER DIVISION
PO BOX 1190
BESSEMER AL  35021-1190
TELEPHONE:  205-481-4131

```
                    J.T. SMALLWOOD TAX COLLECTOR
                   GROVER DUNN, ASST. TAX COLLECTOR
              P.O.BOX 1190 - BESSEMER,ALABAMA 35021-1190
                        PHONE: 205-481-4131
            TAX INQUIRY FOR TAX YEAR 2006   MARKET VALUE:            0
                         DATE: 01/03/07     ASSESSED VALUE:      27300
UNIT NBR:   64-0                            TOTAL H/E:             .00
PARCEL:     90-37-501638.020-PP             TOTAL NET TAX:     1640.73
FILE NBR:                      309489       FOREST/LIENS:         .00
CLASS:  2                                   STORM WATER:          .00
                                            FIRE DUES:            .00
                                            FEES/INTEREST:        .00
WINN DIXIE MONTGOMERY INC                   TOT AMT DUE:      1640.73
PO BOX B                                    AMOUNT PAID:          .00
JACKSONVILLE FL      32203-0297             DATE PAID:       00/00/00

WINN DIXIE #550
                                            PROCESS DATE:    12/18/06
000104 RIVER SQUARE     PZ                  BATCH NBR:       TELLER:
SITE:NO SITE ADDR GIVEN                     BALANCE DUE:      1640.73
ORIG: LIT-02006 BR-05-03837-3F1 2005 PP UNPD /2006 CLM FILED
AMM:

  MORTGAGE NBR            COMPANY                              000000
        *309489X*
        *309489X*
```