**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re

**WINN DIXIE STORES, INC., ET AL.**[1]

**REORGANIZED DEBTORS**

**CASE NO. 05-03817-3F1**

**CHAPTER 11**

**JOINTLY ADMINISTERED**

---

**AMENDED CERTIFICATE OF SERVICE REGARDING APPLICATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE FOR POST-PETITION PERSONAL INJURY CLAIM**

I HEREBY CERTIFY THAT ON DECEMBER 22, 2006, I FILED AN APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE STATUS FOR POSTPETITION CLAIM AND REQUEST FOR NOTICE (DOCKET #13424 ON BEHALF OF HERMAN HATAU AND MARGIE HATAU) THROUGH THE CM/ECF FILING SYSTEM WHICH CAUSED A COPY TO BE SERVED ON JAMES POST, ESQUIRE, COUNSEL FOR THE REORGANIZED DEBTORS, MATTHEW BARR, ESQUIRE AND JOHN MACDONALD, ESQUIRE, COUNSEL FOR THE POST-EFFECTIVE DATE COMMITTEE, ELENA L. ESCAMILLA, ESQUIRE, COUNSEL FOR THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL OTHER PARTIES PARTICIPATING IN THE CM/ECF SYSTEM, ALL SERVED ELECTRONICALLY.

/S GREGORY K. CREWS
GREGORY K. CREWS
300 WEST ADAMS ST., SUITE 200
JACKSONVILLE, FLORIDA 32202
PHONE: (904) 354-1750
FLORIDA BAR NO. 172772
ATTORNEYS FOR APPLICANT

---

[1] In addition to Winn-Dixie Stores, Inc, the following entities also filed voluntary petitions for relief and are debtors in these related cases: Astro Products, Inc., Kracklin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie-Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie-Packers, Inc., Dixie-Spirits, Inc., Dixie-Stores, Inc., Economy Wholesale, Distributors, Inc., Food Way Stores, Inc., Kwik Check, Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Logistics, Inc, Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.