UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

In re:                                          Chapter 11

WINN-DIXIE STORES, INC., et. al.                Case Nos.  05-03817-3F1

                                                Jointly Administered

                    Debtors.
_____/

### ADMINISTRATIVE CLAIMANT HILLANDALE, LLC'S APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

COMES NOW Hillandale, LLC ("Hillandale"), by and through its undersigned attorneys, and hereby submits this its Application for Payment of Administrative Expense Claim against one or more of the Debtors pursuant to 11 U.S.C. § 503(b).  As support for this Application Hillandale states as follows:

### JURISDICTION AND VENUE

1.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  Venue is proper pursuant to 28 U.S.C. § 157(b)(2).

### FACTUAL BACKGROUND

2.      During the period February 22, 2005 through November 21, 2006 (hereinafter the "Administration Period") Hillandale supplied Debtor Winn Dixie Stores, Inc. with goods sold on open account consisting of eggs sold to Debtor Winn Dixie Stores, Inc. for resale in the ordinary course of Winn Dixie Stores, Inc.'s business.  Copies of Hillandale's open invoices for the goods sold to Debtor Winn Dixie Stores, Inc. on open account during the Administration Period are

1

attached hereto as **COMPOSITE EXHIBIT A**. A summary of the Debtor Winn Dixie Stores, Inc.'s open invoices and/or credits due Debtor Winn Dixie Stores, Inc. with respect thereto is attached hereto as **EXHIBIT B**.

3.      After application of all payments made by Debtor Winn Dixie Stores, Inc. and all credits to which Debtor Winn Dixie Stores, Inc. is entitled, the total outstanding amount owing to Hillandale for goods supplied to Debtor Winn Dixie Stores, Inc. during the Administration Period is $4,582.45, which sum is currently due and payable.

## APPLICANT'S CLAIM IS ENTITED TO ADMINISTRATIVE EXPENSE STATUS

4.      Section 503(b) of the Bankruptcy Code provides for the allowance of administrative expense status, and its attendant priority for payment, for the "actual, necessary costs and expenses of preserving the estate…" 11 U.S.C. § 503(b).

5.      The goods supplied to the Debtor Winn Dixie Stores, Inc. as aforesaid have assisted and facilitated the continuation of the Debtor Winn Dixie Stores, Inc.'s continued business operation during the administration of this bankruptcy proceeding and have been of benefit to the bankruptcy estate generally.

## REQUEST FOR FUTURE NOTICE

6.      Applicant respectfully requests that all future pleadings and notices regarding or affecting Applicant's claim be served upon:

> Richard K. Jones, Esq.
> Moseley, Prichard, Parrish, Knight & Jones
> 501 W. Bay Street
> Jacksonville, Florida 32202
> e-mail: rkjones@mppkj.com

WHEREFORE Hillandale respectfully requests that entry of an Order determining that Hillandale's claim in the amount of $4,582.45 for the goods supplied to Debtor Winn Dixie Stores, Inc. during the Administration Period is entitled to administrative expense status and priority and directing payment of such claim in accordance with the Debtor's Plan of Reorganization.

DATED: January 5, 2007.

Respectfully submitted,

MOSELEY, PRICHARD, PARRISH, KNIGHT & JONES

/s Eric L. Hearn
Richard K. Jones
Florida Bar No.: 351008
e-mail: rkjones@mppkj.com
Eric L. Hearn
Florida Bar No. 0094269
e-mail: elhearn@mppkj.com
501 West Bay Street
Jacksonville, Florida 32202
Telephone:  (904) 356-1306
Facsimile :   (904) 354-0194

Attorneys for Administrative Claimant Hillandale

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 5, 2007, I electronically filed the foregoing (and exhibits) with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel for parties.  I further certify that I mailed the foregoing document (with exhibits) and the notice of electronic filing to: James Post, Esq., Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, counsel for the Reorganized Debtor, and on Matthey Barr, Esq., Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, New York 10005, counsel for the Post-Effective Date Committee, by U.S. Mail this 5th day of January, 2007.

/s Eric L. Hearn
Eric L. Hearn, Attorney

4

**COMPOSITE EXHIBIT A**

**INVOICES**

HILLANDALE, LLC
P O BOX 2109
LAKE CITY, FL 32056-2109

Invoice:   0-29289
DATE: 1: /19/2005

320017
WINN-DIXIE STORES, INC.          WINN DIXIE STORES INC 017
JACKSONVILLE
P.O. BOX 40595                    15500 WEST BEAVER ST
JACKSONVILLE, FL . 32203-0595    BALDWIN, FL . 32234

TERMS: DUE IN 14 DAYS    REF #1: 386885           REF #2:
Shipped From:        QUINCY DIVISION         850 856-5196
Seller Animal Husbandry Certified # 200

| Qnty | Type | Product/UPC - Description | Units | Price | Extended |
|------|------|---------------------------|-------|-------|----------|
| 180.0 | BSKT | 11322312 JBO WINN DIXIE GR A 12 | 2160.00 | .7450 | 1609.20 |
| 120.0 | BSKT | 12322315 XL WINN DIXIE GR A 15 | 1800.00 | .7450 | 1341.00 |
| 480.0 | BSKT | 12324315 XL 1.5 DZ WINN DIXIE GR A | 7200.00 | .7450 | 5364.00 |
| 60.0 | BSKT | 13322315 LG WINN DIXIE GR A 15 | 900.00 | .7400 | 666.00 |
| 270.0 | CASE | 13323125 LG 2.5 DZ WINN DIXIE GR A | 6750.00 | .7400 | 4995.00 |
| 60.0 | BSKT | 13326315 LG .5 DZ WINN DIXIE GR A | 900.00 | .7400 | 666.00 |
| 60.0 | BSKT | 14322315 MED WINN DIXIE GR A | 900.00 | .5700 | 513.00 |
| 25.0 | EACH | 69000515 CHEP BLUE PALLETS | 25.00 | .0000 | .00 |

| 1255.0 | | Total Amount This Invoice: | 20635.00 | $ | 15154.20 |

01026767

*handwritten:* 1/10/06 Pd   13,954.80
Bal Due 1,199.40

┌─────────────────────────────────┐
│   ***** PLEASE NOTE *****        │
│---------------------------------│
│ EXPIRATION DATES FOR ALL         │
│ PRODUCT "MUST" BE LISTED ON      │
│ SHIPPING DOC OR ATTACHED SHEET   │
│ RECEIVING SIGNATURE REQUIRED     │
└─────────────────────────────────┘

Please Remit to:        P O BOX 2109, LAKE CITY, FL 32056-2109
     Please Reference Invoice Number On Payment.   Thank You.

"SAFE FOOD HANDLING INSTRUCIONS:  To prevent illness from
bacteria, keep eggs refrigerated,  cook eggs until yolks
are firm,  and cook foods containing eggs thoroughly."

01/04/2007  13:02    3863971130              HILLANDALE LC OFFICE                    PAGE  03

01/04/2007  12:18    8508565840              HILLANDALE QUINCY                       PAGE  01/01


HILLANDALE, LLC
P O BOX 2109
LAKE CITY, FL 32056-2109

60-29289
DOC#  60-29289
DATE: 12/19/2005

328017
WINN-DIXIE STORES, INC.                    WINN DIXIE STORES INC 217
JACKSONVILLE
P.O. BOX 40509                             15500 WEST BEAVER ST
JACKSONVILLE, FL   32203-0599              BALDWIN, FL . 30234

SEAL# 21356

TERMS:  DUE IN  14 DAYS     REF #1: 386885          REF #2:
Shipped From:        QUINCY DIVISION               850 356-5196
Seller Animal Husbandry Certified # 200

| Qnty | Type | Product/UPC - Description | Units | Price | Extended |
|------|------|--------------------------|-------|-------|----------|
| 180.0 | BSKT | 11373312 JBO WINN DIXIE GR A 12 | 2150.00 | | |
| 120.0 | BSKT | 11313315 XL WINN DIXIE GR A 15 | 1800.00 | | |
| 480.0 | BSKT | 12314315 XL 2.5 DZ WINN DIXIE GR A | 7200.00 | | |
| 60.0 | BSKT | 13313315 LG WINN DIXIE GR A 15 | 900.00 | | |
| 270.0 | CASE | 13323225 LG 2.5 DZ WINN DIXIE GR A | 6700.00 | | |
| 60.0 | BSKT | 13326315 LG .5 DZ WINN DIXIE GR A | 900.00 | | |
| 60.0 | BSKT | 14322315 MED WINN DIXIE GR A | 900.00 | | |
| 25.0 | EACH | 69000515 CHEP BLUE PALLETS | 25.00 | | |

| 1355.0 | Total Amount This Document: | 20605.00 | $ |

01026767

***** PLEASE NOTE *****

EXPIRATION DATES FOR ALL
PRODUCT "MUST" BE LISTED ON
SHIPPING DOC OR ATTACHED SHEET
RECEIVING SIGNATURE REQUIRED

Please Remit to:        P O BOX 2109, LAKE CITY, FL 32056-2109
Please Reference Document Number On Payment.    Thank You.


"SAFE FOOD HANDLING INSTRUCTIONS: To prevent illness from
bacteria, keep eggs refrigerated, cook eggs until yolks
are firm, and cook foods containing eggs thoroughly."

BROCKS TRUCKING

HILLANDALE, LLC
P O BOX 2109
LAKE CITY, FL 32056-2109

Invoice: 60-29290
DATE: 12/17/2005

320017
WINN-DIXIE STORES, INC.
JACKSONVILLE
P.O. BOX 40595
JACKSONVILLE, FL . 32203-0595

WINN DIXIE STORES INC 017

15500 WEST BEAVER ST
BALDWIN, FL . 32234

TERMS:  DUE IN 14 DAYS       REF #1: 386884
Shipped From:          QUINCY DIVISION                    REF #2:
Seller Animal Husbandry Certified # 200              850 856-5196

| Qnty | Type | Product/UPC  - Description | Units | Price | Extended |
|------|------|---------------------------|-------|-------|----------|
| 180.0 | BSKT | 11322312 JBO WINN DIXIE GR A 12 | 2160.00 | .7450 | 1609.20 |
| 180.0 | BSKT | 12322315 XL WINN DIXIE GR A 15 | 2700.00 | .7450 | 2011.50 |
| 480.0 | BSKT | 12324315 XL 1.5 DZ WINN DIXIE GR A | 7200.00 | .7450 | 5364.00 |
| 120.0 | BSKT | 13322315 LG WINN DIXIE GR A 15 | 1800.00 | .7400 | 1332.00 |
| 150.0 | CASE | 13323125 LG 2.5 DZ WINN DIXIE GR A | 3750.00 | .7400 | 2775.00 |
| 60.0 | BSKT | 13324315 LG 1.5 DZ WINN DIXIE GR A | 900.00 | .7400 | 666.00 |
| 60.0 | BSKT | 13326315 LG .5 DZ WINN DIXIE GR A | 900.00 | .7400 | 666.00 |
| 120.0 | BSKT | 14322315 MED WINN DIXIE GR A | 1800.00 | .5700 | 1026.00 |
| 25.0 | EACH | 69000515 CHEP BLUE PALLETS | 25.00 | .0000 | .00 |

| 1375.0 | Total Amount This Invoice: | 21235.00 | $ 15449.70 |

01026767                    Pd $ 13650.60

Baldwin  1799.10

```
*****  PLEASE  NOTE  *****
-------------------------------
EXPIRATION DATES FOR ALL
PRODUCT "MUST" BE LISTED ON
SHIPPING DOC OR ATTACHED SHEET
RECEIVING SIGNATURE REQUIRED
```

Please Remit to:          P O BOX 2109, LAKE CITY, FL 32056-2109
Please Reference Invoice Number On Payment.   Thank You.

"SAFE FOOD HANDLING INSTRUCIONS:  To prevent illness from
bacteria, keep eggs refrigerated,  cook eggs until yolks
are firm,  and cook foods containing eggs thoroughly."

01/03/2007  07:50  3863971241          HILLANDALE              PAGE  11/14
01/03/2007  14:48  8508565840          HILLANDALE QUINCY       PAGE  05/05

**HILLANDALE, LLC**
**P O BOX 2109**
**LAKE CITY, FL 32056-2109**

DOC#   60-29290
DATE: 12/17/200_

320017
WINN-DIXIE STORES, INC.
JACKSONVILLE
P.O. BOX 40595
JACKSONVILLE, FL . 32203-0595

WINN DIXIE STORES INC 017

15500 WEST BEAVER ST
BALDWIN, FL . 32234

TERMS:  DUE IN 14 DAYS      REF #1: 386884
Shipped From:       QUINCY DIVISION
Seller Animal Husbandry Certified # 200

REF #2:
850 856-5196

| Qnty | Type | Product/UPC - Description | Units | Price | Extended |
|------|------|---------------------------|-------|-------|----------|
| 180.0 | BSKT | 11322312 JBO WINN DIXIE GR A 12 | 2160.00 | | |
| 180.0 | BSKT | 12322315 XL WINN DIXIE GR A 15 | 2700.00 | | |
| 480.0 | BSKT | 12324315 XL 1.5 DZ WINN DIXIE GR A | 7200.00 | | |
| 120.0 | BSKT | 13322315 LG WINN DIXIE GR A 15 | 1800.00 | | |
| 150.0 | CASE | 13323125 LG 2.5 DZ WINN DIXIE GR A | 3750.00 | | |
| 60.0 | BSKT | 13324315 LG 1.5 DZ WINN DIXIE GR A | 900.00 | | |
| 60.0 | BSKT | 13326315 LG .5 DZ WINN DIXIE GR A | 900.00 | | |
| 120.0 | BSKT | 14322315 MED WINN DIXIE GR A | 1800.00 | | |
| 25.0 | EACH | 69000515 CHEP BLUE PALLETS | 25.00 | | |

| 1375.0 | Total Amount This Document: | 21235.00 | $ |

01026767

***** PLEASE NOTE *****
EXPIRATION DATES FOR ALL
PRODUCT "MUST" BE LISTED ON
SHIPPING DOC OR ATTACHED SHEET
RECEIVING SIGNATURE REQUIRED

Please Remit to:      P O BOX 2109, LAKE CITY, FL 32056-2109
Please Reference Document Number On Payment.   Thank You.

"SAFE FOOD HANDLING INSTRUCIONS:  To prevent illness from
bacteria, keep eggs refrigerated,  cook eggs until yolks
are firm,  and cook foods containing eggs thoroughly."

01/03/2007  07:50  3863971241          HILLANDALE              PAGE  12/14
01/03/2007  14:48  8508565840          HILLANDALE QUINCY       PAGE  02/05

HILLANDALE, LLC
P O BOX 2109
LAKE CITY, FL 32056-2109

Invoice: 60-29291
DATE: 12/15/2005

320017
WINN-DIXIE STORES, INC.                WINN DIXIE STORES INC 017
JACKSONVILLE
P.O. BOX 40595                         15500 WEST BEAVER ST
JACKSONVILLE, FL . 32203-0595         BALDWIN, FL . 32234

TERMS: DUE IN 14 DAYS    REF #1: 386883
Shipped From:           QUINCY DIVISION         REF #2:
Seller Animal Husbandry Certified # 200        850 856-5196

| Qnty | Type | Product/UPC  -  Description | Units | Price | Extended |
|------|------|----------------------------|-------|-------|----------|
| 60.0 | BSKT | 11322312 JBO WINN DIXIE GR A 12 | 720.00 | .7450 | 536.40 |
| 120.0 | BSKT | 12322315 XL WINN DIXIE GR A 15 | 1800.00 | .7450 | 1341.00 |
| 420.0 | BSKT | 12324315 XL 1.5 DZ WINN DIXIE GR A | 6300.00 | .7450 | 4693.50 |
| 360.0 | CASE | 13323125 LG 2.5 DZ WINN DIXIE GR A | 9000.00 | .7400 | 6660.00 |
| 180.0 | BSKT | 14322315 MED WINN DIXIE GR A | 2700.00 | .5700 | 1539.00 |
| 25.0 | EACH | 69000515 CHEP BLUE PALLETS | 25.00 | .0000 | .00 |

| 1165.0 | | Total Amount This Invoice: | 20545.00 | $ | 14769.90 |

01026767

_Pd $13675.50_          _Baldue   1094.40_

***** PLEASE NOTE *****
----------------------------------------
EXPIRATION DATES FOR ALL
PRODUCT "MUST" BE LISTED ON
SHIPPING DOC OR ATTACHED SHEET
RECEIVING SIGNATURE REQUIRED

Please Remit to:        P O BOX 2109, LAKE CITY, FL 32056-2109
                  Please Reference Invoice Number On Payment.    Thank You.

"SAFE FOOD HANDLING INSTRUCIONS:  To prevent illness from
bacteria, keep eggs refrigerated.  cook eggs until yolks
are firm,  and cook foods containing eggs thoroughly."

01/03/2007  07:50   3863971241        HILLANDALE              PAGE  13/14
01/03/2007  14:48   8508565840        HILLANDALE QUINCY       PAGE  03/05

HILLANDALE, LLC
P O BOX 2109
LAKE CITY, FL 32056-2109

DOC#  60-29291
DATE: 12/15/2005

320017
WINN-DIXIE STORES, INC.                    WINN DIXIE STORES INC 017
JACKSONVILLE
P.O. BOX 40595                             15500 WEST BEAVER ST
JACKSONVILLE, FL . 32203-0595             BALDWIN, FL . 32234

TERMS:  DUE IN 14 DAYS      REF #1: 386883
Shipped From:        QUINCY DIVISION          REF #2:
Seller Animal Husbandry Certified # 200       850 856-5196

21394

| Qnty | Type | Product/UPC - Description | Units | Price | Extended |
|------|------|--------------------------|-------|-------|----------|
| 60.0 | BSKT | 11322312 JBO WINN DIXIE GR A 12 | 720.00 | | |
| 120.0 | BSKT | 12322315 XL WINN DIXIE GR A 15 | 1800.00 | | |
| 420.0 | BSKT | 12324315 XL 1.5 DZ WINN DIXIE GR A | 6300.00 | | |
| 360.0 | CASE | 13323125 LG 2.5 DZ WINN DIXIE GR A | 9000.00 | | |
| 180.0 | BSKT | 14322315 MED WINN DIXIE GR A | 2700.00 | | |
| 25.0 | EACH | 69000515 CHEP BLUE PALLETS | 25.00 | | |
| 1165.0 | | Total Amount This Document: | 20545.00 | | $ |

01026767

FAXED

***** PLEASE NOTE *****
--------------------------------
EXPIRATION DATES FOR ALL
PRODUCT "MUST" BE LISTED ON
SHIPPING DOC OR ATTACHED SHEET
RECEIVING SIGNATURE REQUIRED

Please Remit to:        P O BOX 2109, LAKE CITY, FL 32056-2109
Please Reference Document Number On Payment.   Thank You.

"SAFE FOOD HANDLING INSTRUCIONS:  To prevent illness from
bacteria, keep eggs refrigerated,  cook eggs until yolks
are firm,  and cook foods containing eggs thoroughly."

01/03/2007  07:50   3863971241                    HILLANDALE                      PAGE  14/14
01/03/2007  16:38    4079576690              HILLANDALE C. CREEK                   PAGE  08
08/26/2005  13:37    386-397-1130           HILLANDALE LC OFFICE                   PAGE  03

## Check Date: 24.Aug.2005

| Division | Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Check No. 008094855 Paid Amount |
|---|---|---|---|---|---|---|
| WDCPO | 02-24207 | 11.Aug.2005 | 00018034 | 9,471.60 | 0.00 | 9,471.60 |
| WDCPO | 02-24220 | 13.Aug.2005 | 00018033 | 9,393.40 | 0.00 | 9,393.40 |
| WDCPO | 08-1135 | 31.Jul.2005 | 00018025 | 450.00 | 0.00 | 450.00 |
| WDCPO | 60-28292 | 09.Aug.2005 | 00018030 | 11,011.05 | 0.00 | 11,011.05 |
| WDCPO | 60-28326 | 11.Aug.2005 | 00018029 | 9,192.00 | 0.00 | 9,192.00 |
| WDCPO | 60-28327 | 13.Aug.2005 | 00018028 | 9,886.80 | 0.00 | 9,886.80 |
| WDCPO | 60-28328 | 13.Aug.2005 | 00018026 | 9,675.00 | 0.00 | 9,675.00 |
| WDCPO | 60-28329 | 15.Aug.2005 | 00018051 | 9,918.90 | 0.00 | 9,918.90 |
| WDCPO | 60-28330 | 16.Aug.2005 | 00018052 | 9,675.00 | 0.00 | 9,675.00 |
| WDCPO | 80-4177 | 15.Aug.2005 | 00018032 | 9,075.00 | 0.00 | 9,075.00 |
| WDCPO | 80-4182 | 16.Aug.2005 | 00018031 | 9,261.30 | 0.00 | 9,261.30 |
| WDCPO | 80-4183 | 16.Aug.2005 | 00018027 | 9,801.30 | 0.00 | 9,801.30 |
| WDCPO | 80-4190 | 18.Aug.2005 | 00018053 | 10,327.80 | 0.00 | 10,327.80 |
| WDCPO | 80-4191 | 18.Aug.2005 | 00018050 | 9,469.50 | 0.00 | 9,469.50 |
| WDCPO | 80-4192 | 18.Aug.2005 | 00018054 | 9,675.00 | 0.00 | 9,675.00 |
| WDCPO | 80-4193 | 18.Aug.2005 | 00018047 | 9,910.80 | 0.00 | 9,910.80 |
| WDCPO | 80-4194 | 18.Aug.2005 | 00018048 | 10,063.20 | 0.00 | 10,063.20 |
| WDCPO | 80-4195 | 19.Aug.2005 | 00018049 | 9,570.90 | 0.00 | 9,570.90 |
| WDCPO | 80-4196 | 19.Aug.2005 | 00018055 | 9,675.00 | 0.00 | 9,675.00 |
| WDCPO | 80-4197 | 20.Aug.2005 | 00018046 | 5,175.00 | 0.00 | 5,175.00 |

| Vendor Number 0000769219 | | Name HILLANDALE FARMS | | | | |
|---|---|---|---|---|---|---|
| Check Number | Date | | | Total Amount | Total Discounts Discount Taken | Total Paid Amount |
| 008094855 | 24.Aug.2005 | | | $181,278.55 | $0.00 | $191,180.93 |

01/03/2007  07:50   3863971241                    HILLANDALE                    PAGE  08/14
01/03/2007  08:16   8508565840              HILLANDALE QUINCY                    PAGE  02/03

HILLANDALE, LLC
P O BOX 2109
LAKE CITY, FL 32056-2109

320017                                                          Invoice: 60-31516
WINN-DIXIE STORES, INC.                                          DATE: 10/16/2006
JACKSONVILLE                                    WINN DIXIE STORES INC 017
P.O. BOX 40595
JACKSONVILLE, FL . 32203-0595                   15500 WEST BEAVER ST
                                                BALDWIN, FL . 32234
TERMS:  DUE IN  14 DAYS       REF #1: 573793
Shipped From:            QUINCY DIVISION                REF #2: 20061010
Seller Animal Husbandry Certified # 200         850 856-5196

| Qnty | Type | Product/UPC - Description | Units | Price | Extended |
|------|------|--------------------------|-------|-------|----------|
| 120.0 | BSKT | 11322312 JBO WINN DIXIE GR A 12 | 1440.00 | .6850 | 986.40 |
| 60.0 | BSKT | 12322315 XL WINN DIXIE GR A 15 | 900.00 | .6250 | 562.50 |
| 300.0 | BSKT | 12324315 XL 1.5 DZ WINN DIXIE GR A | 4500.00 | .6250 | 2812.50 |
| 120.0 | BSKT | 13322315 LG WINN DIXIE GR A 15 | 1800.00 | .5850 | 1053.00 |
| 150.0 | CASE | 13323125 LG 2.5 DZ WINN DIXIE GR A | 3750.00 | .5850 | 2193.75 |
| 480.0 | BSKT | 13324315 LG 1.5 DZ WINN DIXIE GR A | 7200.00 | .5850 | 4212.00 |
| 60.0 | BSKT | 14322315 MED WINN DIXIE GR A | 900.00 | .5250 | 472.50 |
| 60.0 | BSKT | 23322315 BRN LG WINN DIXIE | 900.00 | .8150 | 733.50 |
| 25.0 | EACH | 69000515 CHEP BLUE PALLETS | 25.00 | .0000 | .00 |

| 1375.0 | Total Amount This Invoice: | 21415.00 | $ 13026.15 |

01026767                        Pd. #12,532.95

*No indication why*

***** PLEASE NOTE *****

EXPIRATION DATES FOR ALL
PRODUCT "MUST" BE LISTED ON
SHIPPING DOC OR ATTACHED SHEET
RECEIVING SIGNATURE REQUIRED

Baldwin          493.20

Please Remit to:       P O BOX 2109, LAKE CITY, FL 32056-2109
Please Reference Invoice Number On Payment.        Thank You.

"SAFE FOOD HANDLING INSTRUCIONS:  To prevent illness from
bacteria, keep eggs refrigerated,  cook eggs until yolks
are firm,  and cook foods containing eggs thoroughly."

01/03/2007  07:50   3863971241                    HILLANDALE              PAGE  09/14
01/03/2007  08:16   8508856940             HILLANDALE QUINCY              PAGE  03/03

HILLANDALE, LLC
P O BOX 2109
LAKE CITY, FL 32056-2109

320017                                                      DOC#  60-3151(
WINN-DIXIE STORES, INC.                                     DATE: 10/16/20(
JACKSONVILLE
P.O. BOX 40595                              WINN DIXIE STORES INC 017
JACKSONVILLE, FL . 32203-0595
                                           15500 WEST BEAVER ST
TERMS:  DUE IN  14 DAYS      REF #1: 573793   BALDWIN, FL , 32234
Shipped From:            QUINCY DIVISION          REF #2: 20061010
Seller Animal Husbandry Certified # 200          850 856-5196

_deal/ 26384_

| Qnty | Type | Product/UPC - Description | Units | Price | Extended |
|---|---|---|---|---|---|
| 120.0 | BSKT | 11322312 JBO WINN DIXIE GR A 12 | 1440.00 | | |
| 60.0 | BSKT | 12322315 XL WINN DIXIE GR A 15 | 900.00 | | |
| 300.0 | BSKT | 12324315 XL 1.5 DZ WINN DIXIE GR A | 4500.00 | | |
| 120.0 | BSKT | 13322315 LG WINN DIXIE GR A 15 | 1800.00 | | |
| 150.0 | CASE | 13323125 LG 2.5 DZ WINN DIXIE GR A | 3750.00 | | |
| 480.0 | BSKT | 13324315 LG 1.5 DZ WINN DIXIE GR A | 7200.00 | | |
| 60.0 | BSKT | 14322315 MED WINN DIXIE GR A | 900.00 | | |
| 60.0 | BSKT | 23322315 BRN LG WINN DIXIE | 900.00 | | |
| 25.0 | EACH | 69000515 CHEP BLUE PALLETS | 25.00 | | |

1,375.0          Total Amount This Document:        21415.00        $

01026767

***** PLEASE NOTE *****

EXPIRATION DATES FOR ALL
PRODUCT "MUST" BE LISTED ON
SHIPPING DOC OR ATTACHED SHEET
RECEIVING SIGNATURE REQUIRED

Please Remit to:        P O BOX 2109, LAKE CITY, FL 32056-2109
        Please Reference Document Number On Payment.        Thank You.

"SAFE FOOD HANDLING INSTRUCIONS:  To prevent illness from
bacteria, keep eggs refrigerated,  cook eggs until yolks
are firm,  and cook foods containing eggs thoroughly."

01/04/2007  12:44    3063971130              HILLANDALE LC OFFICE              PAGE  02
01/04/2007  11:09    8508565840              HILLANDALE QUINCY                 PAGE  01/02

HILLANDALE, LLC
P O BOX 2109
LAKE CITY, FL 32056-2109

Invoice:  60-30860
DATE:  07/15/200

320017
WINN-DIXIE STORES, INC.                      WINN DIXIE STORES INC 017
JACKSONVILLE
P.O. BOX 40595
JACKSONVILLE, FL . 32203-0595                15500 WEST BEAVER ST
                                             BALDWIN, FL . 32234

TERMS:  DUE IN 14 DAYS   REF #1: 518260        REF #2: 20060711
Shipped From:          QUINCY DIVISION       850 856-5196
Seller Animal Husbandry Certified # 200

| Qnty | Type | Product/UPC  -  Description | Units | Price | Extended |
|-------|------|------------------------------|---------|--------|----------|
| 180.0 | BSKT | 11322312 JBO WINN DIXIE GR A 12 | 2160.00 | .6350 | 1371.60 |
| 120.0 | BSKT | 12322315 XL WINN DIXIE GR A 15 | 1800.00 | .4750 | 855.00 |
| 360.0 | BSKT | 12324315 XL 1.5 DZ WINN DIXIE GR A | 5400.00 | .4750 | 2565.00 |
| 210.0 | CASE | 13323125 LG 2.5 DZ WINN DIXIE GR A | 5250.00 | .4250 | 2231.25 |
| 120.0 | BSKT | 13324315 LG 1.5 DZ WINN DIXIE GR A | 1800.00 | .4250 | 765.00 |
| 60.0 | BSKT | 13326315 LG .5 DZ WINN DIXIE GR A | 900.00 | .4250 | 382.50 |
| 120.0 | BSKT | 14322315 MED WINN DIXIE GR A | 1800.00 | .3750 | 675.00 |
| 120.0 | BSKT | 23322315 BRN LG WINN DIXIE | 1800.00 | .4550 | 819.00 |
| 25.0 | EACH | 69000515 CHEP BLUE PALLETS | 25.00 | .0100 | .25 |

| 1315.0 | | Total Amount This Invoice: | 20935.00 | $ | 9664.60 |

01026767

***** PLEASE NOTE *****
------------------------------------
EXPIRATION DATES FOR ALL
PRODUCT "MUST" BE LISTED ON
SHIPPING DOC OR ATTACHED SHEET
RECEIVING SIGNATURE REQUIRED

Please Remit to:          P O BOX 2109, LAKE CITY, FL 32056-2109
Please Reference Invoice Number On Payment.   Thank You.

"SAFE FOOD HANDLING INSTRUCIONS:  To prevent illness from
bacteria, keep eggs refrigerated,  cook eggs until yolks
are firm,  and cook foods containing eggs thoroughly."

HILLANDALE, INC.
P O BOX 2109
LAKE CITY, FL 32056-2109

DOC# 60-30860
DATE: 07/15/2006

320017
WINN-DIXIE STORES, INC.
JACKSONVILLE
P.O. BOX 40595
JACKSONVILLE, FL . 32203-0595

WINN DIXIE STORES INC 017

15500 WEST BEAVER ST
BALDWIN, FL . 32234

TERMS: DUE IN 14 DAYS        REF #1: 518260
Shipped from:                QUINCY DIVISION
Seller Animal Husbandry Certified # 200

REF #2: 20060711

850 856-5196

| Qnty | Type | Product/UPC - Description | Units | Price | Extended |
|------|------|---------------------------|-------|-------|----------|
| 180.0 | BSKT | 11322312 JBO WINN DIXIE GR A 12 | 2160.00 | | |
| 120.0 | BSKT | 12322315 XL WINN DIXIE GR A 15 | 1800.00 | | |
| 360.0 | BSKT | 12324315 XL 1.5 DZ WINN DIXIE GR A | 5400.00 | | |
| 210.0 | CASE | 13323125 LG 2.5 DZ WINN DIXIE GR A | 5250.00 | | |
| 120.0 | BSKT | 13324315 LG 1.5 DZ WINN DIXIE GR A | 1800.00 | | |
| 60.0 | BSKT | 13326315 LG .5 DZ WINN DIXIE GR A | 900.00 | | |
| 120.0 | BSKT | 14322315 MED WINN DIXIE GR A | 1800.00 | | |
| 120.0 | BSKT | 23322315 BRN LG WINN DIXIE | 1800.00 | | |
| 25.0 | EACH | 69000515 CHEP BLUE PALLETS | 25.00 | | |

| 1315.0 | Total Amount This Document: | 20935.00 | $ |

01026767

***** PLEASE NOTE *****

EXPIRATION DATES FOR ALL
PRODUCT "MUST" BE LISTED ON
SHIPPING DOC OR ATTACHED SHEET
RECEIVING SIGNATURE REQUIRED

Please Remit to:        P O BOX 2109, LAKE CITY, FL 32056-2109
                Please Reference Document Number On Payment.    Thank You.

"SAFE FOOD HANDLING INSTRUCIONS: To prevent illness from
bacteria, keep eggs refrigerated,  cook eggs until yolks
are firm,  and cook foods containing eggs thoroughly."

01/04/2007  12:44    3863971130                 HILLANDALE LC OFFICE              PAGE  04
01/04/2007  10:57    8508565840                 HILLANDALE QUINCY                 PAGE  02/05

### HILLANDALE, LLC
### P O BOX 2109
### LAKE CITY, FL 32056-2109

Cr.Memo:  60-308600
DATE: 07/19/2006

320017
WINN-DIXIE STORES, INC.                         WINN DIXIE STORES INC 017
JACKSONVILLE
P.O. BOX 40595                                  15500 WEST BEAVER ST
JACKSONVILLE, FL .  32203-0595                  BALDWIN, FL .  32234

TERMS:  DUE IN  14 DAYS    REF #1: PO #                  REF #2:
Shipped From:         QUINCY DIVISION           850 356-5196
Seller Animal Husbandry Certified # 200

| Qnty | Type | Product/UPC  -  Description | Units | Price | Extended |
|------|------|----------------------------|-------|-------|----------|
|      | EACH | 69000515 CHEP BLUE PALLETS |       | .0000 | .25 |
| .0   |      | Total Amount This Cr.Memo: | .00   | $     | .25 |

01026767

```
*****  PLEASE  NOTE  *****
-----------------------------------
EXPIRATION DATES FOR ALL
PRODUCT 'MUST' BE LISTED ON
SHIPPING DOC OR ATTACHED SHEET
RECEIVING SIGNATURE REQUIRED
```

* * * C R E D I T    M E M O * * *

"SAFE FOOD HANDLING INSTRUCIONS:  To prevent illness from
bacteria, keep eggs refrigerated,  cook eggs until yolks
are firm,  and cook foods containing eggs thoroughly."

01/03/2007   07:50    3863971241              HILLANDALE                    PAGE   02/14
01/03/2007   16:30    4079076690              HILLANDALE C. CREEK           PAGE   04

                        HILLANDALE, LLC
                         P O BOX 2109
                      LAKE CITY, FL 32056-2109

                                                    Invoice:  02-25700
                                                    DATE: 07/06/2006
320037
DEEP SOUTH PRODUCTS                      WINN DIXIE STORES INC 037
EGG DIVISION
3304 SYDNEY ROAD                         3300 N W 123RD STREET
PLANT CITY, FL . 33567                   MIAMI, FL . 33167

TERMS:  DUE IN 14 DAYS    REF #1: 513776         REF #2: 20060706
Shipped From:    HILLANDALE - CANOE CREEK        407 892-9849
Seller Animal Husbandry Certified # 200

| Qnty | Type | Product/UPC - Description | Units | Price | Extended |
|---|---|---|---|---|---|
| 480.0 | BSKT | 12324315 XL 1.5 DOZ WINN DIXIE GR | 7200.00 | .4850 | 3492.00 |
| 420.0 | BSKT | 13322315 LG WINN DIXIE  GR A 15 | 6300.00 | .4250 | 2677.50 |
| 180.0 | CASE | 13323125 LG 2.5 DZ WINN DIXIE GR A | 4500.00 | .4250 | 1912.50 |
| 60.0 | BSKT | 13326315 LG .5 WINN DIXIE GR A | 900.00 | .4250 | 382.50 |
| 120.0 | BSKT | 14322315 MED WINN DIXIE GR A | 1800.00 | .3750 | 675.00 |
| 60.0 | BSKT | 23322315 BRN LG WINN DIXIE GR A | 900.00 | .4550 | 409.50 |
| 25.0 | EACH | 69000515 CHEP BLUE PALLETS | 25.00 | .0000 | .00 |
| 1345.0 | | Total Amount This Invoice: | 21625.00 | $ | 9549.00 |

Please Remit to:      P O BOX 2109, LAKE CITY, FL 32056-2109
       Please Reference Invoice Number On Payment.    Thank You.

                        c/m (25700 )            <72.00>
                        WD payment              <9479.40>
                        credit balance          <2+0>

                                          Mailed: 07/12/2006

"SAFE FOOD HANDLING INSTRUCTIONS:  To prevent illness from
bacteria,  keep eggs refrigerated,  cook eggs until yolks
are firm,  and cook foods containing eggs thoroughly."

01/03/2007  07:50   3863971241            HILLANDALE                    PAGE  03/14
01/03/2007  16:30   4079576690            HILLANDALE C. CREEK           PAGE  03

**HILLANDALE, LLC**
**P O BOX 2109**
**LAKE CITY, FL 32056-2109**

DOC#  02-25700
DATE:  07/06/2006

320037
DEEP SOUTH PRODUCTS
EGG DIVISION
3304 SYDNEY ROAD
PLANT CITY, FL . 33567

WINN DIXIE STORES INC 037

3300 N W 123RD STREET
MIAMI, FL . 33167

TERMS:  DUE IN  14 DAYS      REF #1: 513776PO#          REF #2:
Shipped From:        HILLANDALE - CANOE CREEK       407 892-9849
Seller Animal Husbandry Certified # 200

| Qnty | Type | Product/UPC  -  Description | Units | Price | Extended |
|------|------|---------------------------|-------|-------|----------|
| 480.0 | BSKT | 12324315 XL 1.5 DOZ WINN DIXIE GR | 7200.00 | ✓ | |
| 420.0 | BSKT | 13322315 LG WINN DIXIE  GR A 15 | 6300.00 | ✓ | |
| 180.0 | CASE | 13323125 LG 2.5 DZ WINN DIXIE GR A | 4500.00 | ✓ | |
| 60.0 | BSKT | 13326315 LG .5 WINN DIXIE GR A | 900.00 | ✓ | |
| 120.0 | BSKT | 14322315 MED WINN DIXIE GR A | 1800.00 | ✓ | |
| 60.0 | BSKT | 23322315 BRN LG WINN DIXIE GR A | 900.00 | ✓ | |
| 1320.0 | | Total Amount This Document: | 21600.00 | $ | |

SIGNATURE_____ TIME IN____        CHEP PALLETS
                                          IN____   OUT____
DATE _____ TIME OUT___        REGULAR PALLETS
                                          IN____   OUT____

Please Remit to:        P O BOX 2109, LAKE CITY, FL 32056-2109
          Please Reference Document Number On Payment.   Thank You.

S# 0640   A. JONES   1320 RECEIVED
          7/06/06
          W/O MIAMI

"SAFE FOOD HANDLING INSTRUCTIONS:  To prevent illness from
bacteria,  keep eggs refrigerated,  cook eggs until yolks
are firm,  and cook foods containing eggs thoroughly."

1'd

**Check Date: 20.Jul.2006**

| Division | Invoice Number | Invoice Date | Voucher ID | Gross Amount | Check No. 008229441 | |
|---|---|---|---|---|---|---|
| | | | | | Discount Available | Paid Amount |
| WDP03 | 25700 | 06.Jul.2006 | 00539447 | 9,549.00 | 0.00 | 9,549.00 |
| WDP03 | 25700DD | 06.Jul.2006 | 00539448 | -59.00 | 0.00 | -59.00 |
| WDP12 | 5415 | 06.Jul.2006 | 00357618 | 8,670.00 | 0.00 | 8,670.00 |
| WDP12 | 5418 | 06.Jul.2006 | 00357615 | 9,900.00 | 0.00 | 9,900.00 |
| WDP12 | 5419 | 06.Jul.2006 | 00357614 | 10,147.50 | 0.00 | 10,147.50 |
| WDP01 | 5423 | 06.Jul.2006 | 00357561 | 9,509.40 | 0.00 | 9,509.40 |
| WDP03 | 5424 | 06.Jul.2006 | 00538897 | 9,562.50 | 0.00 | 9,562.50 |
| WDP03 | 5425 | 06.Jul.2006 | 00538893 | 10,072.35 | 0.00 | 10,072.35 |

32003 7

CC- 7/24/06 - L #19 - $9879.40
6LK- 7/24/06 - L #19 - $5786.75

| Vendor Number | | Name | | Total Discounts | | |
|---|---|---|---|---|---|---|
| 0000269219 | | HILLANDALE FARMS | | 0.00 | | |
| Check Number | Date | | Total Amount | Discounts Taken | | Total Paid Amount |
| 008229441 | 20.Jul.2006 | | $67,341.15 | $0.00 | | $67,341.15 |

01/03/2007  07:50    3863971241                    HILLANDALE                    PAGE  05/14
01/03/2007  16:30    4079576690                    HILLANDALE C. CREEK            PAGE  07

## *Hillandale, LLC*
# REQUEST FOR CREDIT MEMO

| LOCATION NUMBER | 02 | LOCATION NAME | Canoe Creek | DATE | 8/11/2006 |

| CUSTOMER NUMBER | 320037 | CUSTOMER NAME | Winn Dixie Stores Inc 037(Miami) |

| ORIGINAL INVOICE # | 25700 | INVOICE DATE | 7/6/2006 | REQUEST # | 02-06-020 |

| PRODUCT | INVOICE LINE # | CHANGE IN QUANTITY (DOZ) | | | CHANGE IN PRICE | | REQUESTED CREDIT |
| | | ORIGINAL QUANTITY | NEW QUANTITY | CHANGE IN QUANTITY | ORIGINAL LINE PRICE | NEW LINE PRICE | |
| | | REASON FOR REQUESTED CREDIT (Required for all Request Lines) | | | | | |
| Extra Large 1.5 doz | 2 | 7200 | 7200 | 7200 | 0.485 | 476.00 | 72.00 |
| Priced at .485 per doz should be .475 per doz | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| TOTAL REQUESTED CREDIT | | | | | | | 72.00 |

| CREDIT REQUESTED BY | Delores Mejia | CONTACT | 407-892-9849 |

| REQUEST REVIEWED BY | *Leslie Jackson* | DATE | 08-11-06 |

| REQUEST APPROVED BY | | DATE | |

FAXED

AUG  2006

CORP CREDIT ORDER OF SHEET

CREDIT MEMO ISSUED

DATE CREDIT ISSUED

THIS REQUEST FORM MUST BE COMPLETED FOR ALL CREDIT REQUEST, REGARDLESS OF AMOUNT. COMPLETED FORMS SHOULD BE REVIEWED/SIGNED BY THE LOCATION GENERAL MANAGER AND THE FORM FAXED TO THE CORPORATE OFFICE.

## ATTACH SUPPORTING DOCUMENTATION FOR ALL REQUEST

HILLANDALE FARMS INC
P O BOX 2109
LAKE CITY, FL 32056-2109

Invoice:  02-24220
DATE: 08/13/2005

320127
DEEP SOUTH PRODUCTS                      WINN DIXIE STORES INC 127
EGG DIVISION
3304 SYDNEY ROAD                         4401 SEABOARD ROAD
PLANT CITY, FL .  33567                  ORLANDO, FL .  32808

TERMS:  DUE IN  14 DAYS     REF #1: 298223PO#        REF #2:
Shipped From:        CANOE CREEK DIVISION        407 892-9849

| Qnty | Type | Product/UPC  -  Description | Units | Price | Extended |
|------|------|----------------------------|-------|-------|----------|
| 60.0 | BSKT | 11322312 JBO WINN DIXIE  GR A 12 | 720.00 | .7200 | 518.40 |
| 60.0 | BSKT | 12322315 XL WINN DIXIE  GR A 15 | 900.00 | .5200 | 468.00 |
| 180.0 | BSKT | 12324315 XL 1.5 DOZ WINN DIXIE GR | 2700.00 | .5200 | 1404.00 |
| 720.0 | BSKT | 13322315 LG WINN DIXIE  GR A 15 | 10800.00 | .4300 | 4644.00 |
| 60.0 | CASE | 13323125 LG 2.5 DZ WINN DIXIE GR A | 1500.00 | .4300 | 645.00 |
| 180.0 | BSKT | 13324315 LG 1.5 DZ WINN DIXIE GR A | 2700.00 | .4300 | 1161.00 |
| 60.0 | CASE | 14113125 MED F\P HILL GR A 25 | 1500.00 | .2300 | 345.00 |
| 60.0 | BSKT | 14322315 MED WINN DIXIE GR A | 900.00 | .2300 | 207.00 |
| 25.0 | EACH | 69000515 CHEP BLUE PALLETS | 25.00 | .0000 | .00 |

| 1405.0 | Total Amount This Invoice: | 21745.00 | $ | 9392.40 |
|--------|----------------------------|----------|---|---------|

Please Remit to:      P O BOX 2109, LAKE CITY, FL 32056-2109
Please Reference Invoice Number On Payment.    Thank You.

*W D payment*   ⟨9393.40⟩
*Credit balance*   ⟨1.00⟩

*Mailed . 08-15-2005*

"SAFE FOOD HANDLING INSTRUCTIONS:  To prevent illness from
bacteria,  keep eggs refrigerated,  cook eggs until yolks
are firm,  and cook foods containing eggs thoroughly."

01/03/2007  07:50  3863971241                   HILLANDALE                    PAGE  07/14
01/03/2007  16:30   4079676690     HILLANDALE C. CREEK                         PAGE  10

HILLANDALE FARMS INC
P O BOX 2109
LAKE CITY, FL 32056-2109

                                                    DOC#   02-24220
                                                    DATE:  08/13/2005

320127
DEEP SOUTH PRODUCTS                        WINN DIXIE STORES INC 127
EGG DIVISION
3304 SYDNEY ROAD                           4401 SEABOARD ROAD
PLANT CITY, FL . 33567                     ORLANDO, FL . 32808

TERMS:  DUE IN  14 DAYS      REF #1: 298223PO#
Shipped From:        CANOE CREEK DIVISION          REF #2:
                                                   407 892-9849

| Qnty | Type | Product/UPC  -  Description | Units | Price | Extended |
|------|------|---------------------------|-------|-------|----------|
| 60.0 | BSKT | 11322312 JBO WINN DIXIE  GR A 12 | 720.00 | | |
| 60.0 | BSKT | 12322315 XL WINN DIXIE  GR A 15 | 900.00 | | |
| 180.0 | BSKT | 12324315 XL 1.5 DOZ WINN DIXIE GR | 2700.00 | | |
| 720.0 | BSKT | 13322315 LG WINN DIXIE  GR A 15 | 10800.00 | | |
| 60.0 | CASE | 13323125 LG 2.5 DZ WINN DIXIE GR A | 1500.00 | | |
| 180.0 | BSKT | 13324315 LG 1.5 DZ WINN DIXIE GR A | 2700.00 | | |
| 60.0 | CASE | 14113125 MED F\P HILL GR A 25 | 1500.00 | | |
| 60.0 | BSKT | 14322315 MED WINN DIXIE GR A | 900.00 | | |

| 1380.0 | | Total Amount This Document: | 21720.00 | $ | |

SIGNATURE _____    TIME IN____          CHEP PALLETS
                                            IN____  OUT____
DATE  8/13/05              TIME OUT____       REGULAR PALLETS
                                            IN____  OUT____

Please Remit to:      P O BOX 2109, LAKE CITY, FL 32056-2109
          Please Reference Document Number On Payment.   Thank You.

        *Revd Subject To Count.*

                                          *Mailed 08-15-2005*

"SAFE FOOD HANDLING INSTRUCTIONS:  To prevent illness from
bacteria, keep eggs refrigerated, cook eggs until yolks
are firm, and cook foods containing eggs thoroughly."

# EXHIBIT B

## WINN DIXIE STORES, INC.

## OPEN INVOICES

| Invoice Number/Credit Memo Number | Date of Invoice | Amount Invoiced | Amount Paid/Credited | Amount Due |
|---|---|---|---|---|
| 60-029289 | 12/19/2005 | $15,154.20 | $13,954.80 | $1,199.40 |
| 60-29290 | 12/17/2005 | $15,449.70 | $13,650.60 | $1,799.10 |
| 60-29291 | 12/15/2005 | $14,769.90 | $13,675.50 | $1,094.40 |
| 60-31516 | 10/16/2006 | $13,026.15 | $12,532.95 | $493.20 |
| 60-308600 | 07/19/2006 | | | ($0.25) |
| 02-25700 | 07/06/2006 | | | ($2.40) |
| 02-24220 | 08/13/2005 | | | ($1.00) |
| | | | | $4,582.45 |