**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | Case No. 05-bk-03817-3F1 (JAF) |
| Winn-Dixie Stores, Inc., *et al.*[1], | CHAPTER 11 |
| Reorganized Debtors. | Jointly Administered |

# APPLICATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE FOR POST-PETITION PERSONAL INJURY CLAIM AND REQUEST FOR NOTICE

**COMES NOW MARY FRANCES YOUNG** ("Applicant"), through the undersigned attorney, and submits this application for allowance and payment of her post-petition personal injury claim as an administrative expense claim pursuant to 11 U.S.C. § 503(b). Applicant requests the entry of an order allowing the administrative expense described below and directing the payment of such amount pursuant to Order confirming the joint Plan of reorganization of Winn-Dixie Stores, Inc., and Affiliated Debtors (the" Confirmation Order") and the provisions of the Plan as confirmed. In support of this application, Applicant states as follows:

## CASE BACKGROUND

1.    Winn-Dixie Stores, Inc., et al. ("the Debtors") filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on or about February 21, 2005 (the "Petition Date").

---

[1] In addition to Winn-Dixie Stores, Inc, the following entities also filed voluntary petitions for relief and are debtors in related cases: Astro Products, Inc., Kracklin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie-Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie-Packers, Inc., Dixie-Spirits, Inc., Dixie-Stores, Inc., Economy Wholesale Distributors, Inc., Food Way Stores, Inc., Kwik Check, Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Co., Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

2. The Court entered an order confirming the Joint Plan of Reorganization of Winn-Dixie Stores, Inc., and Affiliated Debtors ("the Plan") on November 9, 2006.

3. The Plan became effective on November 21, 2006 (the "Confirmation Date"), according to the Notice of Bar Dates issued to creditors in this proceeding. The Court has issued an order setting a bar date to file administrative expense claims.

4. The provisions of Section 12.1 of the Plan require that all requests for payment of an administrative claim or any other claim arising against the Debtors between the Petition Date (February 21, 2005) and the Confirmation Date (November 21, 2006) must be made by application filed with the Court, and served upon counsel for the Debtors and counsel for the Post-Effective Date Committee.

**JURISDICTION AND VENUE – OBJECTION RESERVED**

5. Application for allowance of administrative expense with this Court is proper pursuant to 11 U.S.C. § 503(b).

6. Notwithstanding this application, Applicant does not consent to the jurisdiction of the Bankruptcy Court for the adjudication of the post-petition claim described herein. Applicant reserves objection to jurisdiction by this Court to adjudicate, determine, classify, estimate, or liquidate Applicant's claim after the Confirmation Date.

7. Applicant's claim is an unliquidated claim for personal injuries under 28 U.S.C. § 157(b)(2)(B). The liquidation of Applicant's claim against the estate for distribution is not a Core Proceeding under Title 11. Jurisdiction and venue are governed by 28 U.S.C. § 157(b)(5).

**FACTUAL BACKGROUND**

8.     After the Petition Date and on or about July 30, 2005, Applicant was injured at the Winn-Dixie store location #0851, which was located at 6024 Falls of Neuse Road, Raleigh, Wake County, North Carolina, 27609.  As a proximate result of the injury, Applicant suffered damages for significant, disabling, and permanent injuries.  Applicant asserts a claim to recover not less than $200,000.00, and has made demand upon Debtors.  Applicant's claim and damages are unliquidated at this time, but can be supported through documentary records and other proof.

**APPLICANT'S CLAIM IS ENTITLED TO ADMINISTRATIVE EXPENSE STATUS**

9.     Section 503(b) of the Bankruptcy Code provides for the allowance of administrative expense status and its attendant priority for payment for the "actual, necessary costs and expenses of preserving the estate . . . ." 11 U.S.C. § 503(b). Personal injury claims arising from a post-petition tort committed by the Debtors are entitled to administrative expense status.  *See, e.g., Reading Co. v. Brown,* 391 U.S. 471, 485 (post-petition damages resulting from negligence were entitled to administrative expense status); *In re Piper Aircraft Corp.*, 169 B.R. 766 (Bankr. S.D. Fla. 1994); *Matter of Jartran, Inc.,* 732 F.2d 584, 587 (7th Cir. 1984); *Siedle v. United States (In re Airlift),* 97 B.R. 664, 668 (Bankr. S.D. Fla 1989).

10.    Applicant's claim arose as a result of the business operations (which benefited one or more of the Debtors) after the Petition Date but prior to the Confirmation Order.   These business operations and negligent conduct caused Applicant's injuries during the course of the Debtors' post-petition business.  As such Applicant's claim is entitled to administrative expense status under 11 U.S.C. § 503(b)

3

and Applicant seeks entry of an order awarding such status, subject to liquidation by either consent of the parties or a court of competent jurisdiction. Upon liquidation of her claim, Applicant requests the Court enter an order requiring the Debtors to pay Applicant's allowed Administrative Claim in full as a condition of the Confirmation Plan.

## REQUEST FOR FUTURE NOTICE

11. Applicant requests the Court limit notice of this Application to the Counsel for the Debtors and Counsel for the Post-Effective Date Committee. Applicant further requests that all future pleadings, notices, and papers regarding or affecting Applicant's claim or this Application be served upon:

> ZAYTOUN & MILLER, PLLC
> ***ATTN:  SHILOH DAUM***
> P.O. Box 307
> Raleigh, NC 27603-0307
> Phone: (919) 832-6690
> Fax:  (919) 831-4793
> Electronic mail:  sdaum@zaytoun-miller.com

**WHEREFORE,** Applicant requests that the Court enter an Order granting the relief requested herein and such other relief as it deems just and proper.

Respectfully submitted, this, the 5th day of January, 2007,

> **Mary Frances Young**
> Applicant, by and through Counsel
> **ZAYTOUN & MILLER, PLLC**
>
> /s/ Robert E. Zaytoun
> Robert E. Zaytoun
> N.C. Bar No. 6942
> Fla. Bar No. 246123
> P.O. Box 307
> Raleigh, NC 27603-0307
> Phone: (919) 832-6690
> Fax:  (919) 831-4793

## **CERTIFICATE OF SERVICE**

This is to certify that the undersigned has this date served the foregoing **Application For Allowance And Payment Of Administrative Expense For Post-Petition Personal Injury Claim And Request For Notice** in the above-entitled action upon the parties appearing below, (1) by depositing a copy postage prepaid in the U.S. Mail, (2) via facsimile, and (3) via electronic delivery addressed as follows:

    Counsel for the Reorganized Debtors
    James Post, Esq.
    Smith Hulsey & Busey
    225 Water Street, Suite 1800
    Jacksonville, Florida 32202
    Fax: (904) 359-7708
    E-mail: jpost@smithhulsey.com

    Counsel for the Post-Effective Date Committee
    Matthew Barr, Esq.
    Milbank, Tweed, Hadley & McCloy, LLP
    1 Chase Manhattan Plaza
    New York, New York 10005
    Fax: (212) 822-5194
    E-mail:  mbarr@milbank.com

This, the 5th day of January, 2007.

                            /s/ Robert E. Zaytoun
                            Robert E. Zaytoun
                            N.C. Bar No. 6942
                            Fla. Bar No. 246123
                            P.O. Box 307
                            Raleigh, NC 27603-0307
                            Phone: (919) 832-6690
                            Fax:  (919) 831-4793