UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

WINN-DIXIE STORES, INC., et al.

Debtor.

CASE NO: 3:05-bk-03817-JAF
Chapter 11

Jointly Administered

## APPLICATION FOR ADMINISTATIVE CLAIM OR IN THE ALTERNATIVE, MOTION TO ALLOW LATE FILED CLAIM

COMES now the Jacksonville Transportation Authority ("JTA"), by and through their undersigned counsel, and pursuant to the Order entered by this Court of December 6, 2006, which set bar dates for filing claims arising before the effective date and other administrative claims, and applies for an administrative expense claim, or in the alternative to allow a late filed claim. In support thereof, JTA would show unto the Court as follows:

1. JTA entered into a special consignment arrangement with the debtor for sale of JTA's one day and four day transit passes for the Superbowl held in February 2005. A copy of the Transit Pass Marketing Agreement is attached hereto as Movant's Exhibit 1.

2. The Debtor presently owes JTA the sum of $125,640.00 for unpaid consignment sales. A copy of the recap is attached hereto as Movant's Exhibit 2.

3. Upon information and belief, this debt owed to JTA was neither scheduled in the debtor's initial bankruptcy filing or by any subsequent amendments.

4. JTA has received two proof of claim forms showing scheduled debt of $6,142.70 and $2,204.00. These amounts would have been owed to JTA as part of the debtor's marketing of non-superbowl special transit passes.

5. JTA, while aware of Winn Dixie's pending bankruptcy, but only recently learned that the debtor intended to treat the consignment sales as a pre-petition debt and intended to make no payment on this claim.

WHEREFORE, JTA requests that this Court allow an administrative expense in the amount of $125,640.00 for funds collected by the debtor on consigned passes, or in

the alternative that the Court consider this Application an informal claim and determine it to be timely.

Aaron R. Cohen
PO Box 4218
Jacksonville, FL 32201
(904) 389-7277 / (904) 389-7273 fax
Florida Bar No. 558230
Attorney for Movant

I CERTIFY that a copy of this motion was furnished via United States Mail, postage prepaid this 5 day of January 2007 to the following: James Post, Esquire, Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202; Matthew Barr, Esquire, Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, New York 10005; by CM/ECF notice to the Office of the U.S. Trustee, James Post, Esquire at jpost@smithhulsey.com ; Matthew Barr, Esquire at mbarr@milbank.com ; and by facsimile to James Post, Esquire at 904-359-7708 and Matthew Bar, Esquire at 212-822-5194.

/s/ Aaron R. Cohen

Aaron R. Cohen