**WINN DIXIE-SUPER BOWL PASS CONSIGNMENT**

| | | |
|---|---|---|
| 50,400 | PASSES ISSUED-VALUED AT | $ 324,000.00 |
| 27,660 | PASSES RETURNED-VALUED AT | $ (198,360.00) |
| 22,740 | PASSES SOLD-VALUED AT | $ 125,640.00 |

"MOVANT'S EXHIBIT 2"