Robert C. Stern
Licensed in LA in TX
rstern@killeen-law.com

# Killeen & Associates, PC

www.killeen-law.com

400 Poydras Street, Suite 1710
New Orleans, LA 70130
Telephone: 504.525.8111
Facsimile: 504.680-6080

December 29, 2006

**VIA FEDERAL EXPRESS**

Clerk of Court
U.S. Courthouse
300 N. Hogan Street
Suite 3-350
Jacksonville, FL 32202

ATTN: Winn-Dixie Stores Bankruptcy Proceeding

Re: *In Re: Winn-Dixie Stores, Inc., et al., Reorganized Debtor*
Case No. 05-03817-3F1, Chapter 11, Jointly Administered
Application for Payment of Claim in Accordance With
Notice of Entry of Order Confirming Plan of Reorganization,
Date for Filing Claims Before Effective Date and
Other Administrative Claims

Dear Sir or Madam:

## REQUEST FOR PAYMENT OF CLAIM "ARISING" BETWEEN FEBRUARY 1, 2005 AND NOVEMBER 21, 2006

Pursuant to Notice received December 6, 2006, the undersigned, on behalf of Allen Scott, requests payment of a contested claim resulting from litigation filed against Winn-Dixie Louisiana, Inc., and Winn-Dixie Montgomery, Inc., which was instituted on October 25, 2005, pursuant to the annexed Petition. The underlying facts giving rise to filing the claim occurred on September 29, 2005.

The annexed Proof of Claim was submitted on March 29, 2006, requesting a maximum of $50,000.00, plus attorney's fees, for this unliquidated claim.[1]

This request for payment is made in accordance with Section 12.1 of the Plan of Reorganization, and paragraph 3 of the Notice of, *inter alia*, Bar Date for Filing Claims, to the extent that the debt is deemed to have arisen at the time the litigation was filed, which is within the relevant period established by paragraph 3 of the Notice of Bar Date for Filing Claims.

---

[1] The underlying litigation, which was removed to the United States District Court for the Eastern District of Louisiana, has been administratively closed as a result of these bankruptcy proceedings. A copy of the Order signed by Judge Stanwood R. Duvall, Jr., dated August 14, 2006, is attached.

Clerk of Court
December 29, 2006
Page 2

     The request for payment is made in the maximum amount of $50,000.00, plus reasonable attorney's fees, to be computed in accordance with the Lodestar formula, and costs. However, it must be noted in candor that due to the administrative closing of this matter by the United States District Court for the Eastern District of Louisiana, it is impossible to determine the full extent of Winn-Dixie Louisiana, Inc., and/or Winn-Dixie Montgomery, Inc.

     Pursuant to Section 3 of the Notice of Bar Date for filing claims on Matthew Barr, Milbank, Bank, Tweed, Hadley & McCloy, LLP, at 1 Chase Manhattan Plaza, New York City, NY 10005, and on James Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202, both by Federal Express.

                                                        Claim respectfully submitted,

                                                        KILLEEN & ASSOCIATES, PC

                                                        Robert C. Stern

                                                        *Counsel for Allen Scott*

RCS/mss
Enclosures

cc:   Mr. Matthew Barr (via Federal Express)
       Mr. James H. Post (via Federal Express)