# McConnaughhay, Duffy, Coonrod, Pope & Weaver, P.A.

P. O. Drawer 229
1709 Hermitage Boulevard, Suite 200
Tallahassee, FL 32302-0229
Federal ID 59-1952362

October 24, 2006

|  |  |
|---|---|
| Sedgwick Claims Management Services, Inc.<br>Attn: Howard Roth<br>P. O. Box 24787<br>Jacksonville, FL 32241 | Billed Through    09/30/2006<br>Invoice Number   89001   MEI<br>File Number        000022  23698 |

Claim No:    A411208035
Claimant:    Diane Watkins
Employer:    Winn Dixie Stores
D/A:         05/27/2004

**FOR PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/03/2006 | MEI | Receipt and analysis of correspondence from claimant's attorney re alleged unpaid medical bill | 0.10 hrs | 115 /hr | 11.50 |
| 07/03/2006 | MEI | Receipt and analysis of copies of medical records from Dr. Tenholder | 0.10 hrs | 115 /hr | 11.50 |
| 07/03/2006 | MEI | Correspondence to H. Rothwell re visits with Dr. Tenholder and alleged nonpayment of medical bill | 0.20 hrs | 115 /hr | 23.00 |
| 07/06/2006 | MEI | Analyze file re claimant's recent surgery and indemnity status | 0.20 hrs | 115 /hr | 23.00 |
| 07/06/2006 | MEI | Correspondence to H. Rothwell re update from surgeon re recent surgery | 0.20 hrs | 115 /hr | 23.00 |
| 07/26/2006 | MEI | Receipt and analysis of copy of correspondence from H. Rothwell to medical provider re billing statement | 0.10 hrs | 115 /hr | 11.50 |
| 07/26/2006 | MEI | Receipt and analysis of correspondence from claimant's attorney re unpaid bills | 0.10 hrs | 115 /hr | 11.50 |
| 07/26/2006 | MEI | Correspondence to H. Rothwell re unpaid bills claimed by claimant's attorney | 0.20 hrs | 115 /hr | 23.00 |
| 07/26/2006 | MEI | Correspondence to claimant's attorney re billing statement from Emerald Coast and Fort Walton Beach Medical Center | 0.20 hrs | 115 /hr | 23.00 |
| 08/23/2006 | MEI | Receipt and analysis of correspondence from claimant's attorney re voluntary dismissal of Petition for Benefits | 0.10 hrs | 115 /hr | 11.50 |
| 08/23/2006 | MEI | Analyze file re any unresolved issues and claimant's employment status | 0.20 hrs | 115 /hr | 23.00 |
| 08/23/2006 | MEI | Correspondence to H. Rothwell re voluntary dismissal and pending issues | 0.20 hrs | 115 /hr | 23.00 |
| 09/06/2006 | MEI | Receipt and analysis of copy of recent MRI from H. Rothwell | 0.10 hrs | 115 /hr | 11.50 |
| 09/06/2006 | MEI | Analyze file re history of shoulder complaints | 0.10 hrs | 115 /hr | 11.50 |
| 09/06/2006 | MEI | Correspondence to H. Rothwell re recent shoulder MRI and work status | 0.20 hrs | 115 /hr | 23.00 |
| 09/06/2006 | MEI | Preparation of Notice of Intent to subpoena updated records from Dr. Kronlage | 0.10 hrs | 115 /hr | 11.50 |
| 09/06/2006 | MEI | Drafting and editing of proposed subpoena updated medical reports from Dr. Kronlage | 0.10 hrs | 115 /hr | 11.50 |
| 09/18/2006 | MEI | Receipt and analysis of correspondence from claimant's attorney regarding hospital bills. | 0.10 hrs | 115 /hr | 11.50 |

Sedgwick Claims Management Services, Inc.                                           Page           2
File Number    000022    23698

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/18/2006 | MEI | Correspondence to H. Rothwell regarding alleged unpaid hospital bill and claimant's recovery from surgery. | 0.20 hrs | 115 /hr | 23.00 |
| 09/26/2006 | MEI | Receipt and analysis of correspondence from SDS regarding subpoena for medical records of Dr. Kronlage. | 0.10 hrs | 115 /hr | 11.50 |
| 09/26/2006 | MEI | Correspondence to SDS regarding subpoena for medical records of Dr. Kronlage and need for complete response. | 0.20 hrs | 115 /hr | 23.00 |

**Total fees for this matter**                                     **3.10 hrs**                  **$356.50**

**DISBURSEMENTS**

Copy charges (41 @ .20)                                                                   8.20
SDS; Copy Medical records check #116517                                                  19.95

**Total disbursements for this matter**                                                 **$28.15**

**BILLING SUMMARY**

Mary E. Ingley                                       3.10 hrs    115.00 /hr    $356.50

**TOTAL FEES**                                       **3.10 hrs**               **$356.50**

**TOTAL DISBURSEMENTS**                                                          **$28.15**
**TOTAL CHARGES FOR THIS BILL**                                                  **$384.65**

Payment due within thirty (30) days

*[Handwritten annotations:]*
Amt Paid 348.65
Balance Due 36.00
Check # 1220a0916

NOV 02 2006

# McConnaughhay, Duffy, Coonrod, Pope & Weaver, P.A.
P. O. Drawer 229
1709 Hermitage Boulevard, Suite 200
Tallahassee, FL 32302-0229
Federal ID 59-1952362

December 21, 2006

| | |
|---|---|
| Billed Through | 11/21/2006 |
| Invoice Number | 91973    MEI |
| File Number | 000022    23698 |

Sedgwick Claims Management Services, Inc.
Attn: Howard Roth
P. O. Box 24787
Jacksonville, FL 32241

Claim No:      A411208035
Claimant:      Diane Watkins
Employer:     Winn Dixie Stores
D/A:             05/27/2004

**FOR PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/12/2006 | MEI | Telephone conference with H. Rothwell regarding claimant's continued entitlement to temporary total disability. | 0.10 hrs | 115 /hr | 11.50 |
| 10/16/2006 | MEI | Analyze medical reports and DWC filings regarding indemnity paid and due. | 0.30 hrs | 115 /hr | 34.50 |
| 10/16/2006 | MEI | Correspondence to Dr. Kronlage regarding Maximum Medical Improvement, future permanent impairment and work restrictions. | 0.20 hrs | 115 /hr | 23.00 |
| 10/16/2006 | MEI | Drafting and editing of questionnaire regarding Maximum Medical Improvement, future permanent impairment and work restrictions. | 0.10 hrs | 115 /hr | 11.50 |
| 10/16/2006 | MEI | Correspondence to H. Rothwell regarding claimant's entitlement to indemnity benefits. | 0.30 hrs | 115 /hr | 34.50 |
| 10/26/2006 | MEI | Receipt and analysis of message from H. Rothwell regarding indemnity issues. | 0.10 hrs | 115 /hr | 11.50 |
| 10/26/2006 | MEI | E-mail correspondence to H. Rothwell regarding indemnity issues. | 0.10 hrs | 115 /hr | 11.50 |
| 11/01/2006 | MEI | Telephone conference with H. Rothwell regarding potential for settlement. | 0.10 hrs | 115 /hr | 11.50 |
| 11/01/2006 | MEI | Correspondence to H. Rothwell regarding settlement authority and last demand. | 0.20 hrs | 115 /hr | 23.00 |
| 11/01/2006 | MEI | Telephone conference with claimant's attorney's assistant regarding settlement. | 0.10 hrs | 115 /hr | 11.50 |
| 11/01/2006 | MEI | Receipt and review of medical records from Dr. Kronlage. | 0.30 hrs | 115 /hr | 34.50 |
| 11/01/2006 | MEI | Preparation of memorandum to file regarding updated records from Dr. Kronlage. | 0.20 hrs | 115 /hr | 23.00 |
| 11/01/2006 | MEI | Correspondence to claimant's attorney regarding increase in settlement offer. | 0.20 hrs | 115 /hr | 23.00 |
| 11/03/2006 | MEI | Telephone conference with H. Rothwell re potential settlement | 0.20 hrs | 115 /hr | 23.00 |
| 11/06/2006 | MEI | Telephone conference with claimant's attorney's assistant regarding recent offer to settle. | 0.20 hrs | 115 /hr | 23.00 |
| 11/06/2006 | MEI | E-mail correspondence to H. Rothwell regarding settlement negotiations. | 0.10 hrs | 115 /hr | 11.50 |
| 11/13/2006 | MEI | Receipt and analysis of correspondence from SDS regarding correspondence to Dr. Kronlage. | 0.10 hrs | 115 /hr | 11.50 |
| 11/13/2006 | MEI | Correspondence to Dr. Kronlage regarding future medical care and final permanent | 0.20 hrs | 115 /hr | 23.00 |

Sedgwick Claims Management Services, Inc.                                                Page        2
File Number    000022    23698

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | impairment. | | | |
| 11/13/2006 | MEI | Telephone conference with H. Rothwell regarding terms of any settlement. | 0.10 hrs | 115 /hr | 11.50 |
| 11/14/2006 | MEI | Telephone conferenced twice with claimant's attorney regarding settlement. | 0.30 hrs | 115 /hr | 34.50 |
| 11/14/2006 | MEI | E-mail correspondence to H. Rothwell regarding settlement negotiations. | 0.10 hrs | 115 /hr | 11.50 |
| 11/15/2006 | MEI | Receipt and analysis of e-mail correspondence from H. Rothwell regarding settlement negotiations. | 0.10 hrs | 115 /hr | 11.50 |
| 11/15/2006 | MEI | Correspondence to Clerk of Court regarding support issues. | 0.10 hrs | 115 /hr | 11.50 |
| 11/15/2006 | MEI | Correspondence to Department of Revenue regarding support issues. | 0.10 hrs | 115 /hr | 11.50 |
| 11/15/2006 | MEI | Drafting and editing of proposed Workers' Compensation release agreement. | 0.40 hrs | 115 /hr | 46.00 |
| 11/15/2006 | MEI | Drafting and editing of claimant's affidavit regarding terms of settlement. | 0.30 hrs | 115 /hr | 34.50 |
| 11/15/2006 | MEI | Drafting and editing of support affidavit. | 0.10 hrs | 115 /hr | 11.50 |
| 11/15/2006 | MEI | Drafting and editing of Motion for Approval of Attorney's Fees/costs. | 0.10 hrs | 115 /hr | 11.50 |
| 11/15/2006 | MEI | Drafting and editing of proposed order approving attorney's fees/costs. | 0.10 hrs | 115 /hr | 11.50 |
| 11/15/2006 | MEI | Correspondence to claimant's attorney regarding specific terms of settlement offer. | 0.20 hrs | 115 /hr | 23.00 |
| 11/15/2006 | MEI | Correspondence to SDS regarding medical records from Dr. Kronlage. | 0.10 hrs | 115 /hr | 11.50 |
| 11/15/2006 | MEI | E-mail correspondence to H. Rothwell regarding terms of tentative settlement. | 0.10 hrs | 115 /hr | 11.50 |
| 11/16/2006 | MEI | Telephone conference with claimant's attorney regarding terms of settlement. | 0.20 hrs | 115 /hr | 23.00 |
| 11/16/2006 | MEI | Correspondence to claimant's attorney regarding terms of settlement. | 0.20 hrs | 115 /hr | 23.00 |
| 11/16/2006 | MEI | Correspondence to H. Rothwell regarding final negotiated settlement. | 0.10 hrs | 115 /hr | 11.50 |
| 11/17/2006 | MEI | Telephone calls to H. Rothwell regarding settlement issues (two calls). | 0.10 hrs | 115 /hr | 11.50 |
| 11/17/2006 | MEI | Receipt and analysis of copy of DWC-4 from H. Rothwell. | 0.10 hrs | 115 /hr | 11.50 |
| 11/17/2006 | MEI | Correspondence to SDS regarding payment of invoice. | 0.10 hrs | 115 /hr | 11.50 |

|  | **Total fees for this matter** | **6.10 hrs** | | **$701.50** |
|---|---|---|---|---|

**DISBURSEMENTS**

| | |
|---|---|
| Copy charges (17 @ .20) | 3.40 |
| Vendor SDS; Copy of Medical records check # 117775 | 4.45 |
| Long distance telephone charges | 1.50 |
| **Total disbursements for this matter** | **$9.35** |

Sedgwick Claims Management Services, Inc.                                Page          3
File Number     000022        23698

---

**BILLING SUMMARY**

| | | | |
|---|---|---|---|
| Mary E. Ingley | 6.10 hrs | 115.00 /hr | $701.50 |
| **TOTAL FEES** | **6.10 hrs** | | **$701.50** |
| **TOTAL DISBURSEMENTS** | | | $9.35 |
| **TOTAL CHARGES FOR THIS BILL** | | | $710.85 |

Payment due within thirty (30) days

# McConnaughhay, Duffy, Coonrod, Pope & Weaver, P.A.

P. O. Drawer 229
1709 Hermitage Boulevard, Suite 200
Tallahassee, FL 32302-0229
Federal ID 59-1952362

December 21, 2006

|  |  |
|---|---|
| Billed Through | 11/21/2006 |
| Invoice Number | 91971  BDM |
| File Number | 000022  19087 |

Sedgwick Claims Management Services, Inc.
Attn: Gloria Davis
P. O. Box 24787
Jacksonville, FL 32241

Re: Claim No.: A111212108-0001-01
Plaintiff: Rose Richardson and Waldo Richardson
Defendant: Winn Dixie Stores, Inc.
D/A   : 08/31/01

**FOR PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/19/2006 | KAG | Telephone conference concerning mediation plans for pending bankruptcy plan. | 0.40 hrs | 75 /hr | 30.00 |

| | | |
|---|---|---|
| **Total fees for this matter** | **0.40 hrs** | **$30.00** |

**DISBURSEMENTS**

| | |
|---|---|
| Copy charges (31 @ .20) | 6.20 |
| **Total disbursements for this matter** | **$6.20** |

**BILLING SUMMARY**

| | | | |
|---|---|---|---|
| Kenneth A. Glaspey | 0.40 hrs | 75.00 /hr | $30.00 |
| **TOTAL FEES** | **0.40 hrs** | | **$30.00** |
| **TOTAL DISBURSEMENTS** | | | **$6.20** |
| **TOTAL CHARGES FOR THIS BILL** | | | **$36.20** |

Payment due within thirty (30) days

# McConnaughhay, Duffy, Coonrod, Pope & Weaver, P.A.
P. O. Drawer 229
1709 Hermitage Boulevard, Suite 200
Tallahassee, FL 32302-0229
Federal ID 59-1952362

December 21, 2006

|  |  |
|---|---|
| | Billed Through 11/21/2006 |
| Sedgwick Claims Management Services, Inc. | Invoice Number 91972    JFD |
| Attn: Melanie Alm | File Number 000022   23677 |
| P. O. Box 24787 | |
| Jacksonville, FL 32241 | |

Claim No:    A111201297
Plaintiff:    Carl Forehand
Defendant:   Winn Dixie Stores, Inc., Store No.: 0184
D/Loss:      1/29/2001

**DISBURSEMENTS**

| | |
|---|---:|
| Vendor ACTION LEGAL COPY SERVICE; Photocopies of files received from Matt Minno, Esquire check # 108564 | 44.13 |
| Vendor ACTION LEGAL COPY SERVICE; Photocopies of files received from Matt Minno, Esquire check # 108564 | 11.03 |
| **Total disbursements for this matter** | **$55.16** |
| **TOTAL DISBURSEMENTS** | **$55.16** |
| **TOTAL CHARGES FOR THIS BILL** | **$55.16** |

Payment due within thirty (30) days

## McConnaughhay, Duffy, Coonrod, Pope & Weaver, P.A.

P. O. Drawer 229
1709 Hermitage Boulevard, Suite 200
Tallahassee, FL 32302-0229
Federal ID 59-1952362

January 4, 2007

|  |  |
|---|---|
| Billed Through | 11/21/2006 |
| Invoice Number | 92190     JFD |
| File Number | 000022    23676 |

Sedgwick Claims Management Services, Inc.
Attn: C. Everett Brooks
P. O. Box 24787
Jacksonville, FL 32241

Claim No:    A111213799
Plaintiff:   Bobbie Fountain
Defendant:   Winn Dixie Stores, Inc., Store No. 0086
D/Loss:      9/1/2001

**FOR PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/19/2005 | BSD | Telephone call with Everett Brooks of Sedgwick regarding dismissal potential. | 0.30 hrs | 125 /hr | 37.50 |
| 10/25/2005 | DLA | Review case file and draft letter to opposing counsel regarding complaint filed in violation of automatic stay. | 0.20 hrs | 75 /hr | 15.00 |
| 10/26/2005 | JFD | Prepare letter to D. Carlton Enfinger advising complaint filed against the Debtors in violation of the automatic stay and is void; that actions have subjected attorney and his client to sanctions and costs under applicable law; demand dismissal of complaint on or before November 2, 2005. | 0.30 hrs | 125 /hr | 37.50 |
| 10/27/2005 | JFD | Receive and review letter from D. Carlton Enfinger in response to our letter advising their Complaint filed in violation of the automatic stay. | 0.40 hrs | 125 /hr | 50.00 |
| 01/04/2006 | JFD | Prepare letter to attorney Enfinger regarding his correspondence (mis-dated as October 27, 2005). | 0.20 hrs | 125 /hr | 25.00 |
| 03/14/2006 | JFD | Receive $1,000.00 check payable to D. Carlton Enfinger, PA and Bobbie Fountain from Sedgwick. | 0.10 hrs | 125 /hr | 12.50 |
| 06/09/2006 | JFD | Review, execute and send letter to E. Brooks re: voided check. | 0.10 hrs | 125 /hr | 12.50 |
| 07/06/2006 | JFD | Prepare General Release re: settlement. | 0.50 hrs | 125 /hr | 62.50 |
| 07/06/2006 | JFD | Prepare Joint Stipulation for Dismissal With Prejudice. | 0.20 hrs | 125 /hr | 25.00 |
| 07/06/2006 | JFD | Prepare proposed Order of Dismissal. | 0.10 hrs | 125 /hr | 12.50 |
| 07/07/2006 | JFD | Prepare, make changes to, execute and send letter to Attorney Enfinger re: enclosing General Release, Joint Stipulation for Dismissal With Prejudice, proposed Order of Dismissal. | 0.20 hrs | 125 /hr | 25.00 |
| 10/13/2006 | JFD | Prepare and send letter to Attorney Enfinger, re: status of execution of General Release and Joint Stipulation for Dismissal With Prejudice. | 0.20 hrs | 125 /hr | 25.00 |
| 10/20/2006 | JFD | Prepare and send letter to Everett Brooks re: expiration of settlement check, reasons for delay and request for re-issuance of same. | 0.20 hrs | 125 /hr | 25.00 |
| | | **Total fees for this matter** | **3.00 hrs** | | **$365.00** |

Sedgwick Claims Management Services, Inc.                                    Page         2
File Number    000022        23676

---

**DISBURSEMENTS**

| | |
|---|---|
| Copy charges (27 @ .20) | 5.40 |
| Vendor ACTION LEGAL COPY SERVICE - photocopies of files received from Matt Minno, Esquire, check #108564 | 11.03 |
| Vendor ACTION LEGAL COPY SERVICE; Photocopies of files received from Matt Minno, Esquire check # 108564 | 44.13 |
| **Total disbursements for this matter** | **$60.56** |

**BILLING SUMMARY**

| | | | |
|---|---|---|---|
| Brian S. Duffy | 0.30 hrs | 125.00 /hr | $37.50 |
| Debra L. Arant | 0.20 hrs | 75.00 /hr | $15.00 |
| Jeff F. Dodson | 2.50 hrs | 125.00 /hr | $312.50 |
| **TOTAL FEES** | **3.00 hrs** | | **$365.00** |
| **TOTAL DISBURSEMENTS** | | | **$60.56** |
| **TOTAL CHARGES FOR THIS BILL** | | | **$425.56** |

Payment due within thirty (30) days