JUDY H. HASSELL
*Chief Deputy*

Telephone (205) 481-4131

*Fax Transmissions
Only*
*(205) 481-4207*



BESSEMER DIVISION
P.O. Box 1190
Bessemer, Alabama 35021-1190

## GROVER DUNN
### ASSISTANT TAX COLLECTOR – JEFFERSON COUNTY

January 2, 2007

Logan & Company Inc
ATTN: Winn Dixie Claim Center
546 Valley Rd
Upper Montclair NJ 07043

### ADMINISTRATIVE EXPENSE

I would like to file an Administrative Expense for 2006 ad valorem taxes for the following account:

    Debtor:  Winn Dixie Montgomery Inc.
    Bankruptcy Case No:  05-03837-3F1
    Parcel ID: 90-37-501638.01-PP
    Unit #52-0
    2006 File No. 309488
    Date Incurred:  October 1, 2005

    Net Tax:  $ 2,004.04

*Grover Dunn*
GROVER DUNN
ASSISTANT TAX COLLECTOR
BESSEMER DIVISION
PO BOX 1190
BESSEMER AL  35021-1190
TELEPHONE:  205-481-4131

```
                    J.T. SMALLWOOD TAX COLLECTOR
                   GROVER DUNN, ASST. TAX COLLECTOR
               P.O.BOX 1190 - BESSEMER,ALABAMA 35021-1190
                         PHONE: 205-481-4131
              TAX INQUIRY FOR TAX YEAR 2006   MARKET VALUE:            0
                         DATE: 01/03/07       ASSESSED VALUE:      34935
UNIT NBR:  52-0                               TOTAL H/E:            .00
PARCEL:    90-37-501638.010-PP                TOTAL NET TAX:     2400.04
FILE NBR:                    309488           FOREST/LIENS:         .00
CLASS:  2                                     STORM WATER:          .00
                                              FIRE DUES:            .00
                                              FEES/INTEREST:        .00
WINN DIXIE MONTGOMERY INC                     TOT AMT DUE:       2400.04
PO BOX B                                      AMOUNT PAID:          .00
JACKSONVILLE FL       32203-0297              DATE PAID:       00/00/00

WINN DIXIE #595
                                              PROCESS DATE:    12/18/06
002910 MORGAN           RD                    BATCH NBR:       TELLER:
SITE:NO SITE ADDR GIVEN                       BALANCE DUE:       2400.04
ORIG: LIT-02006 BR-05-03837-3F1 2005 PP UNPD /2006 CLM FILED
AMM:


  MORTGAGE NBR         COMPANY
         *309488W*                                             000000
         *309488W*
```