FILED
JACKSONVILLE
FLORIDA

2007 JAN -5  A 9: 44

January 4, 2007

U S BANKRUPTCY COURT
MIDDLE DISTRICT
OF FLORIDA

## Motion of Administration Expenses

Clerk of the Court
United States Courthouse
300 North Hogan Street Suite 3-350
Jacksonville, FL 32202

Re:   Claimant:           Torrie L. Kerr
      Date of Injury:     06/10/05
      Claim Number:       A511207256-0001-01

To Whom It May Concern:

      On June 10, 2005, I was shopping at the Winn-Dixie location at 2675 South Military Trail, West Palm Beach, FL Store# 0221. Curtis & I went last minute shopping before a schedule out a town trip to a funeral. When we were inside the store shopping an incident occurred at the time of the incident the store manager and an employee eye witness the incident. With the injuries I received after this incident I experienced a lot of pain and suffering I would like to prosue my case. Since this incident occurred, I've pay out of pocket for everything. I feel it's time for Winn Dixie to take responsibility and paid the rest of my medical needs and attentions for my recovery. And reimburse me as they agreed to for missed time from work and all my out of pocket expenses.

Sincerely,

*Torrie Kerr* (signature)

Torrie Kerr
Claimant



June 14, 2005


Torrie Kell
4908 Saratoga Road
West Palm Beach, FL 33415


Re:  Customer Name:    Torrie Kell
     Date of Incident:  06/10/2005
     Incident Number:   A511207256
     Location:          #0221

Dear Ms. Kell:

We have been notified of the above-mentioned incident regarding your recent concern with one of our stores. However, we have not been able to reach you by telephone. Please call me toll free at 1/866-202-2126 at your earliest convenience.

I do look forward to speaking with you.

Sincerely,

Katelyn Brim, CSA
Winn-Dixie Risk Management
katelynbrim@winn-dixie.com



# Sedgwick

Sedgwick Claims Management Services Inc
P.O. Box 24787,   Jacksonville, FL 32241-4787
Telephone: (888)784-3470   Facsimile: (904)419-5365

*[handwritten note: 8-4-05 Sent to Billing]*

July 19, 2005

Medical Records
MED EXPRESS Urgent Care
1021 SR 7
Royal Palm Beach, Florida 33411

Physician: Gregg Nezowity, M.D.

Re:   Claimant:            Torrie L. Kerr
      Social Security #:   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
      Account #:
      Date of Injury:      06/10/2005
      Claim Number:        A511207256-0001-01

Dear Sirs:

We have been advised that you treated or are treating Torrie L. Kerr for injuries sustained as the result of an incident at a Winn Dixie Store.

Enclosed please find a signed medical authorization.

Please send me:
1. A copy of your bill.
2. Copies of reports and the chart notes relating to this accident.
3. If this patient has been discharged from your care please let me know.
4. If you are still treating this patient, please let me know your prognosis and the anticipated length of treatment.

If there is a charge for this information, please send that bill (which includes your **Federal Tax I.D. #**) along with the above and we will promptly remit. Thank you for your assistance in this matter.

Sincerely,

Rebecca Peters
General Liability Examiner II

Encl.   Medical authorization

**Obtaining medical and/or wage information is for the purpose of evaluating your claim and does not infer liability on Winn Dixie or obligate Winn Dixie/Sedgwick Claims Management Services, Inc. to pay or reimburse any expenses incurred as a result of this incident.**

## AUTHORIZATION FOR RELEASE OF INFORMATION

I authorize the use or disclosure of my individually identifiable health information, as described below, for purposes of administering my claim or request for reasonable accommodation. I understand that the information I authorize to be used or disclosed possibly may be redisclosed in accordance with the terms of this Authorization by the recipient and may no longer be protected by federal privacy regulations.

1. **What Information is covered by this Authorization.** This authorization applies to all medical, psychological, and/or psychiatric information, records and reports, including information regarding pre-existing conditions (a) that are in existence while this authorization is valid (see Item 3) and (b) that are related to the following, **Please check all that apply:**

   - [ ] my request for reasonable accommodation;
   - [ ] my workers' compensation claim;
   - [ ] my claim for disability benefits;
   - [x] my claim for bodily injury;
   - [ ] my claim for personal injury; or
   - [ ] my claim for dental benefits.

   My claim or request for reasonable accommodation involves the following condition: _Hip Contusion, Back injury, knee sprain & internal derangement, Nkp [illegible] [illegible] (corrected ligm)_

   Information to be disclosed may include, but is not limited to, medical history, chart notes, prescriptions, diagnostic test results, x-ray reports, and records received from other health providers. If directly related to my claimed condition, this information may include the following, **Please check yes or no and initial:**

   | | YES | NO | Initial here |
   |---|---|---|---|
   | HIV test results, HIV or AIDS information. | [ ] | [x] | T.K. |
   | Psychiatric information. | [ ] | [x] | T.K. |
   | Information related to drug or alcohol abuse. | [ ] | [x] | T.K. |

2. **Who is covered by this Authorization.**

   A. Any person or facility that attends, treats or examines me, including but not limited to _____ _____ (specific name, if needed) is to make this information available to Sedgwick Claims Management Services, Inc. ("Sedgwick CMS") or its representative; and

   B. When relevant to my claim, Sedgwick CMS may re-disclose (without further authorization) this information to any of the following, (a) Any person or facility that attends, treats or examines me; (b) Any person or facility that impacts determination of my claim or that coordinates my benefits, including without limitation the employer to the extent permitted by state or federal law; or (c) The Social Security Administration or a social security or vocational rehabilitation vendor. **The name of persons, facilities or parties to which HIV information will be provided must be specifically listed:** _____.

3. **How Long this Authorization is Valid.** This authorization is valid during the pendency of my claim, unless a different period is required under state law.

4. **Revocation of this Authorization.** Unless otherwise provided by state law, I understand that I may revoke this authorization at any time by notifying, in writing, Sedgwick Claims Management Services, Inc. at P.O. Box 24787 Jacksonville, FL 32241-4787. I also understand that the revocation will not have any effect on any actions taken before they received the revocation.

5. **Refusal To Sign.** This Authorization is necessary for the processing of my claim or request for reasonable accommodation. Failure to sign this Authorization may impair or impede the processing of my claim or request for reasonable accommodation. I understand my treatment provider will not condition treatment, payment, enrollment or eligibility on the refusal to sign this authorization.

I understand that I have the right to request and receive a copy of this authorization. I understand that I have the right to inspect the disclosed information at any time. A photocopy of this authorization shall be valid and is to be accepted with the same effect as the original.

| Torrie L. Kerr | _[signature]_ | 7-6-05 |
|---|---|---|
| Name of Patient | Signature of Patient or Patient's Representative* | Date |
| 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 | 4908 Saratoga Rd West Palm Beach, FL 33415 | 10-13-05 |
| Patient's Social Security Number | Patient's Address | First Day Absent |
| *Please complete if signed by the patient's representative: | Printed name of Patient's Representative | Relationship to Patient |

Sedgwick CMS 06/26/03                          ©Sedgwick Claims Management Services, Inc.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| Winn-Dixie Stores, Inc., et al.,[1] | Chapter 11 |
| Reorganized Debtors. | Jointly Administered |

## NOTICE OF (A) ENTRY OF ORDER CONFIRMING PLAN OF REORGANIZATION, (B) OCCURRENCE OF EFFECTIVE DATE OF PLAN, AND (C) BAR DATES FOR FILING CLAIMS ARISING BEFORE EFFECTIVE DATE AND OTHER ADMINISTRATIVE CLAIMS

TO:   ALL PARTIES IN INTEREST

PLEASE TAKE NOTICE THAT:

1.   On November 9, 2006, the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Bankruptcy Court") entered its Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Confirmation Order"). Unless otherwise defined herein, capitalized terms used in this Notice shall have the meanings ascribed to such terms in the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated August 9, 2006, as modified by the First Modification to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated October 10, 2006 (together, the "Plan"). Copies of the Confirmation Order and the Plan may be obtained by accessing http://www.loganandco.com or http://www.flmb.uscourts.gov.

2.   The conditions to consummation of the Plan set forth in Section 10.2 of the Plan were satisfied (or waived) on November 21, 2006. Thus, in accordance with the terms of the Plan, the Plan became effective on November 21, 2006 (the "Effective Date"). All references in the Plan and the Confirmation Order to the Effective Date are to November 21, 2006.

3.   In accordance with Section 12.1 of the Plan, subject to the provisions of paragraph 4 below, all requests for payment of an Administrative Claim or any Claim arising against the Debtors in the period between February 21, 2005 and November 21, 2006, (other than as set forth in Section 4.1(a), 12.1, 12.2, 12.3, 12.4, or 12.5 of the Plan) must be made by application filed with the Bankruptcy Court and served on counsel for the Reorganized Debtors and the Post-Effective Date Committee **no later than January 5, 2007**, which is the date forty-five (45) days after the Effective Date. The filing of an application must be made via the Bankruptcy Court's electronic filing procedures (electronic filing is mandatory for all attorneys) or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202. The service of an application on counsel for the Reorganized Debtors must be made by delivery of a copy upon James Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, Fax: (904) 359-7708, E-mail: jpost@smithhulsey.com; and service of an application on counsel for the Post-Effective Date Committee must be made by delivery of a copy upon Matthew Barr, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Fax: (212) 822-5194, E-mail: mbarr@milbank.com. In the event that the Reorganized Debtors object to an application, the Bankruptcy Court shall determine the Allowed amount of such Administrative Claim. **Subject to the provisions of paragraph 4 below, an Administrative Claim or any Claim arising against the Debtors in the period between February 21, 2005 and November 21, 2006 that is not asserted in an application filed and served no later than January 5, 2007, shall be forever barred and deemed waived and relinquished in full, and the Reorganized Debtors shall have no obligation to pay such Claim.**

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.