IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINN DIXIE STORES, INC., *et al.*, | ) | Case No. 05-03817 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

REQUEST FOR PAYMENT OF OUTSTANDING CURE AMOUNTS AND
ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

TO THE HONORABLE JERRY A. FUNK,
UNITED STATES BANKRUPTCY JUDGE:

DDR MDT Carillon Place, LLC, the landlord, by and through their attorneys, Kelley Drye & Warren LLP, hereby requests payment of outstanding cure amounts and allowance and payment of administrative expense claim in the amount of $43,274.62 due and owing under a lease of nonresidential real property located at Carillon Place, Naples, Florida.

Documentation supporting this claim is annexed hereto as Exhibit A.

Dated: New York, New York
January 5, 2006

KELLEY DRYE & WARREN LLC

By: */s/ Robert L. LeHane*

James S. Carr (JC 1603)
Robert L. LeHane (RL 9404)
101 Park Avenue
New York, New York 10178
Tel: 212-808-7800
Fax: 212-808-7897

COUNSEL TO DDR MDT CARILLON PLACE, LLC

# EXHIBIT A

FORM B10 (Official Form 10)(9/97)

UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA

Name of Debtor Winn-Dixie Stores, Inc.

Case Number: 05-03817-3F1

Name of Creditor (The person or entity to whom the debtor owes money or property): Community Centers One, LLC

Name and address where notices should be sent:
c/o Eric C. Cotton, Asst. General Counsel
Developers Diversified Realty
3300 Enterprise Parkway
P.O. Box 228042
Beachwood, OH 44122

Telephone number: 216-755-5500

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
X Check box if this address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:
#940000-940001

Check here ☐ replaces
if this claim amends a previously filed claim, dated: __________

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- x **Other RENT DUE – UNEXPIRED SHOPPING CENTER LEASE**

☐ Retiree benefits, as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Your SS#: __________ _____ __________
Unpaid compensation for services performed
from ______________ (date) to ______________ (date)

**2. Date debt was incurred:** VARIOUS

**3. If court judgment, date obtained:** N/A

4. Total Amount of Claim at Time Case Filed: **$8,154.45**

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate ☐ Motor Vehicle
☐ Other ______________

Value of Collateral: ____________________

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ ______________

**6. Unsecured Priority Claim.**
Check this box if you have an unsecured priority claim
Amount entitled to priority $
Specify the priority of the claim:
- ☐ Wages, salaries or commissions (up to $4000)* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 USC § 507(a)(3).
- ☐ Contributions to an employee benefit plan - 11 USC § 507(a)(4).
- ☐ Up to $1800* of deposits toward purchase, lease or rental of property or services for personal, family or household use - 11 USC § 507(a)(6).
- ☐ Alimony, maintenance or support owed to a spouse, former spouse or child - 11 USC § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 USC § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 USC § 507(a)(____).

** Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and a copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

RECEIVED
LOGAN & COMPANY, INC.
AS AGENT
2005 JUL 28 PM 1:00
U.S. BANKRUPTCY COURT
MIDDLE DISTRICT
OF FLORIDA

Date 007/21/05

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

Eric C. Cotton, Asst. General Counsel.

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 USC §§ 152 and 3571

Schedule "A" to Proof of Claim of
Community Centers One, LLC
Carillon Place

**1. UNSECURED CLAIM [§502]**

| | |
|---|---|
| Rentals and other charges due up to the petition date (8/6/2003) per itemized statement attached as Exhibit A. | $8,154.45 |
| **TOTAL UNSECURED CLAIM** | $ 8,154.45 |

CLAIMANT RESERVES THE RIGHT TO AMEND THIS CLAIM.

Winn-Dixie Stores, Inc.
Tenant ID #940000-940001
Carillon Place
Naples, Florida
Chapter 11: Filed 2/21/2005
Landlord: Community Centers One, LLC
Date Lease Expires: 4/6/2014
Property sold to DDR MDT Carillon Place, LLC on 11/23/2003

**Pre-Petition owed to Community Centers One, LLC for period through November 22, 2003**

| Date | Water/Sewer | Florida Tax | Common Area Maintenance, Prior Year | Insurance, Prior Year | Total |
|---|---|---|---|---|---|
| 6/17/2003 | $ 238.43 | $ - | $ - | $ - | $ 238.43 |
| 11/25/2003 | $ - | $ 11.60 | $ - | $ - | $ 11.60 |
| 3/2/2004 | $ - | $ - | $ 5,774.88 | $ 2,129.54 | $ 7,904.42 |
| **Total** | **$ 238.43** | **$ 11.60** | **$ 5,774.88** | **$ 2,129.54** | **$ 8,154.45** |

| Claim | |
|---|---|
| **Pre-Petition** | **$ 8,154.45** |

FORM B10 (Official Form 10)(9/97)

UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA

Name of Debtor Winn-Dixie Stores, Inc.

Case Number: 05-03817-3F1

Name of Creditor (The person or entity to whom the debtor owes money or property):
DDR MDT Carillon Place, LLC

Name and address where notices should be sent:
c/o Eric C. Cotton, Asst. General Counsel
Developers Diversified Realty
3300 Enterprise Parkway
P.O. Box 228042
Beachwood, OH 44122

Telephone number: 216-755-5500

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
X Check box if this address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:
#184940-940001

Check here ☐ replaces
if this claim amends a previously filed claim, dated: __________

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- x **Other RENT DUE – UNEXPIRED SHOPPING CENTER LEASE**

- ☐ Retiree benefits, as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)

Your SS#: __________ _____ __________
Unpaid compensation for services performed
from ______________ to ______________
(date) (date)

**2. Date debt was incurred:** VARIOUS

**3. If court judgment, date obtained:** N/A

4. Total Amount of Claim at Time Case Filed: **$28,656.77**

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate ☐ Motor Vehicle
☐ Other ______________

Value of Collateral: ____________________

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ ______________

**6. Unsecured Priority Claim.**
Check this box if you have an unsecured priority claim
Amount entitled to priority $
Specify the priority of the claim:
- ☐ Wages, salaries or commissions (up to $4000)* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 USC § 507(a)(3).
- ☐ Contributions to an employee benefit plan - 11 USC § 507(a)(4).
- ☐ Up to $1800* of deposits toward purchase, lease or rental of property or services for personal, family or household use - 11 USC § 507(a)(6).
- ☐ Alimony, maintenance or support owed to a spouse, former spouse or child - 11 USC § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 USC § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 USC § 507(a)(____).

** Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and a copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

RECEIVED
LOGAN & COMPANY, INC.
AS AGENT
2005 JUL 28 PM 1:01
U.S. BANKRUPTCY COURT
MIDDLE DISTRICT
OF FLORIDA

Date 7/21/2005

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

Eric C. Cotton, Asst. General Counsel.

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 USC §§ 152 and 3571

FORM B10 (Official Form 10)(9/97)

PHL_A #1843367 v1

10073

Schedule "A" to Proof of Claim of
DDR MDT Carillon Place, LLC
Carillon Place

**1. UNSECURED CLAIM [§502]**

| | |
|---|---|
| Rentals and other charges due up to the petition date (2/21/2005) per itemized statement attached as Exhibit A. | $28,656.77 |
| **TOTAL UNSECURED CLAIM** | $28,656.77 |

CLAIMANT RESERVES THE RIGHT TO AMEND THIS CLAIM.

Winn-Dixie Stores, Inc.
Tenant ID #184940-940001
Carillon Place
Naples, Florida
Chapter 11: Filed 2/21/2005
Landlord: DDR MDT Carillon Place, LLC
Date Lease Expires: 4/6/2014

Pre-Petition

| Date | Water/Sewer | Quarterly CAM billings | Common Area Maintance, Prior Year | Insurance, Prior Year | Total |
|---|---|---|---|---|---|
| 3/4/2004 | $ - | $ - | $ (2,628.44) | $ 2,234.09 | $ (394.35) |
| 10/8/2004 | $ - | $ (1,844.79) | $ - | $ - | $ (1,844.79) |
| 2/14/2005 | $ 214.35 | $ - | $ - | $ - | $ 214.35 |
| 3/16/2005 | $ 132.19 | $ - | $ - | $ - | $ 132.19 |
| 6/24/2005 | $ - | $ 8,309.59 | $ - | $ - | $ 8,309.59 |
| 7/15/2005 | $ - | $ - | $ 4,389.51 | $ 17,850.27 | $ 22,239.78 |
| **Total** | **$ 346.54** | **$ 6,464.80** | **$ 1,761.07** | **$ 20,084.36** | **$ 28,656.77** |

| Claim | |
|---|---|
| Pre-Petition | **$ 28,656.77** |

**United States Bankruptcy Court**
**Middle District of Florida**

**Administrative Expense Claim**

THIS SPACE IS FOR COURT USE ONLY

Debtor against which claim is asserted:
Winn-Dixie Stores, Inc.

Case Name and Number 05-03817-3F1

Chapter 11,

**NOTE**: This form should not be used to make a claim in connection with a request for payment for goods or services provided to the Debtors prior to the commencement of the case. This Administrative Expense Claim (Supplemental Bar Date) form is to be used solely in connection with a request for payment of an administrative expense arising after commencement of the case pursuant to 11 U.S.C. § 503.

Name of Creditor
*(The person or other entity to whom the debtor owes money or property)*

DDR MDT Carillon Place, LLC

c/o Eric C. Cotton, Asst. General Counsel
Developers Diversified Realty
3300 Enterprise Parkway
P.O. Box 228042
Beachwood, OH 44122

Telephone number: 216-755-5500

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement given particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☒ Check box if the address differs from the address on the envelope sent to you by the court.

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: 184940-940001

Check here if this claim: ☐ replaces ☐ amends a previously filed claim, dated:______

1. BASIS FOR CLAIM
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ personal injury/wrongful death
☐ Taxes
☒ Other (Described briefly) Add'l Rent Due –Shopping Center Lease

Retiree benefits as defined in 11 U.S.C. § 1114(a)

Wages, salaries, and compensation (Fill out below)
Your social security number ____________
Unpaid compensation for services performed
from ____________ to ____________
(date) (date)

2. DATE DEBT WAS INCURRED Various

3. IF COURT JUDGMENT, DATE OBTAINED: n/a

4. TOTAL AMOUNT OF ADMINISTRATIVE CLAIM: **$6,463.40**
Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized of all additional charges.

5. Brief Description of Claim (attach any additional information):

See attached

6. **CREDITS AND SETOFFS**: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amount that claimant owes to debtor.

7. **SUPPORTING DOCUMENTS**: *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Any attachment must be 8-1/2" by 11".

8. **DATE-STAMPED COPY**: To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

RECEIVED
LOGAN & COMPANY, INC.
AS AGENT
2005 JUL 28 PM 1:01
U.S. BANKRUPTCY COURT
MIDDLE DISTRICT
OF FLORIDA

Date 07/21/05

Signed and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)

Eric C. Cotton, Asst. General Counsel

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 52 and 3571.

Schedule "A" to Administrative Proof of Claim of
DDR MDT Carillon Place, LLC
Carillon Place

**ADMINISTRATIVE CLAIM [§503]**

| | |
|---|---|
| Rentals and other charges from the date of filing to the present date as per itemized statement attached as Exhibit A. | $6,463.40 |
| **TOTAL ADMINISTRATIVE CLAIM** | $6,463.40 |

CLAIMANT RESERVES THE RIGHT TO AMEND THIS CLAIM.

Winn-Dixie Stores, Inc.
Tenant ID #184940-940001
Carillon Place
Naples, Florida
Chapter 11: Filed 2/21/2005
Landlord: DDR MDT Carillon Place, LLC
Date Lease Expires: 4/6/2014

Administrative Claim

| Date | Water/Sewer | Quarterly CAM | Total |
|---|---|---|---|
| 7/8/2005 | $ 109.00 | $ 6,354.40 | **$ 6,463.40** |