IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINN DIXIE STORES, INC., *et al.*, | ) | Case No. 05-03817 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

REQUEST FOR PAYMENT OF OUTSTANDING CURE AMOUNTS AND
ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

TO THE HONORABLE JERRY A. FUNK,
UNITED STATES BANKRUPTCY JUDGE:

RMC Property Group,  the landlord, by and through their attorneys, Kelley Drye

& Warren LLP, hereby requests payment of outstanding cure amounts and allowance and

payment of administrative expense claim in the amount of $949.58 due and owing under

a lease of nonresidential real property located at 9535 E. Fowler Avenue, Thonotosassa,

Florida.

Documentation supporting this claim is annexed hereto as Exhibit A.

Dated: New York, New York
        January 5, 2006                    KELLEY DRYE & WARREN LLC

                                           By: */s/ Robert L. LeHane*
                                               James S. Carr (JC 1603)
                                               Robert L. LeHane (RL 9404)
                                            101 Park Avenue
                                            New York, New York 10178
                                            Tel:  212-808-7800
                                            Fax:  212-808-7897

                                           COUNSEL TO RMC PROPERTY GROUP

EXHIBIT A

Alliance Data Multifamily Services - Account Details                          Page 1 of 1



Tuesday, December 12, 2006        You are now logged in as WINN DIXIE #777, C/O CASS INDO!

**Account Information**

Account Number:        0208095350.00
Account Status:        Active
Service Address:       9535 E FOWLER AVE

**Mailing Address**

WINN DIXIE #777, C/O CASS INDO
PO Box 182590
Columbus, OH

| Pay Your Bill Online | Account Transactions | Billing History |

**Utility Balance Information**

| Billing Period | Balance |
| --- | --- |
| Current | $112.90 |
| 0 - 30 Days | $88.06 |
| 31 - 60 Days | $106.56 |
| 61 - 90 Days | $99.27 |
| 91 and Over | $542.79 |
| Total Balance | $949.58 |

**Forms and Other Documents**

Conservation Tips
Auto Debit Application

**Payment Mailing Address**

Send Payment to:
Alliance Data
PO Box 628329
Orlando, FL 32862-8329

**Other Actions**

| Change Password |
| Contact |

**Additional Account Information**

Your last utility bill had new charges of $102.90 on Wednesday, November 15, 2006.
Click Here for an Electronic Copy of that Bill

**Other Balance Notes**

Your year-to-date utilities charges are $34,063.81
Your year-to-date penalty charges are $190.00
Your last penalty charge was $0.00

ADS Homepage
© 2006 Alliance Data Multifamily Services | 5901 Benjamin Center Drive, Suite 110 | Tampa, FL 33613
For Customer Service and Billing Inquiries, Please Call: (800) 466 - 6668

Alliance Data Multifamily Services - Utility Account Invoice                                    Page 1 of 2

Payment Due: 12/15/2006
Account #:    0208095350.00

PO Box 628329
Orlando, FL 32862 - 8329

**Billing Period:** 10/17/2006   thru  11/15/2006
WINN DIXIE #777, C/O CASS INDO
PO Box 182590
Columbus, OH 43218-2590

11/15/2006
0208095350.00

**Customer Care:** Monday through Friday 8AM - 5PM E:
**National #:** 1(800) 466 - 6668
**Hillsborough & Pinellas:** (813) 884 - 6017
When calling, please have account number available.

**Service Address:**
9535 E FOWLER AVE

| Prev Read | Curr Read | Usage | Description of Service | Transaction Date | Amount |
|-----------|-----------|-------|------------------------|------------------|--------|

Total Amount Due:   $949.58

## Bill Comments

### THIS BILL IS DUE UPON RECEIPT
Please do not send cash, and remember to include your account number on your check.

## Conservation Tips

1. Toilets are the biggest source of water waste. If you suspect a leak, put some food coloring into your tank to into the bowl.
2. Check faucets for leaks. Just a slow drip can waste 15 to 20 gallons per day.
3. Please promptly report any sources of water waste to your property management personnel.
4. Only do full loads of dishes or laundry to conserve water and electricity.
5. To conserve electricity, lower the thermostat on your water tank while away for extended periods.

## PAYMENT INFORMATION
DO NOT SEND CASH
To ensure proper credit, please include the account number on your check. Please return the bottom portion of your bill in the envelope provided, or mail to:
Alliance Data Multifamily Services
PO Box 628329

## METER READINGS
Meters are read on a monthly basis. Meter read c usages are listed on your bill. Most of our meters indicator, such as a small triangle that turns wher being used. Should this dial turn or numbers adva water is being used, it may indicate a leak. Pleas property office and report this immediately.

http://www.cbsi.cc/BillHistoryDetails.aspx                                                12/12/2006

Alliance Data Multifamily Services - Utility Account Invoice                           Page 2 of 2

Orlando, FL 32862-8329

Please allow 5 days for mail.

Please direct all correspondence to:
Alliance Data Multifamily Services
5901 Benjamin Center Drive, Suite 110.
Tampa, FL 33634-5241

## TELEPHONE NUMBERS
For billing inquiries: 1-800-466-6668
Hillsborough & Pinellas (813)884-6017
Fax# (813)886-5949

Para nuestros clientes en espanol por favor llamar al
1-800-466-6668

When calling, please have account number available.

## DELINQUENT ACCOUNT INFORMATION
Past due accounts are reported to your property management
monthly.
Bills are due upon receipt. A late payment fee may be
assessed if payment is not received by the due date specified
on the front of the bill.
Returned checks will be charged a $29.00 fee.

## IF YOUR BILL SEEMS HIGH

1. Be sure to look over your bill and check th
   o Make sure the previous balance is
     overlooked.
   o How many days are in the billing cy
   o Is there a deposit included?
2. Immediately have your property maintenar
   check for possible leaks.
3. If, after reviewing the above steps, you wo
   have your meter inspected, Alliance Data
   happy to provide this service. Please reme
   there is less than a 1% meter error. If the
   to be operating correctly, you will be charg
   fee.

## MOVE OUT
Do not call and report when you are moving out as this
only accepted from your property management.

Alliance Data Multifamily Services - Utility Transactions                                    Page 1 of 4

## Utility Transactions

Account #:        0208095350.00

| Details | Transaction Date | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|
| Details | 11/24/2006 | 6377656 | Utility Levy | $102.90 | $949.58 |
| Details | 11/17/2006 | 18886 | Penalties | $10.00 | $846.68 |
| Details | 11/09/2006 | 2391653 | Cash Receipt | ($78.06) | $836.68 |
| Details | 10/24/2006 | 6230787 | Utility Levy | $78.06 | $914.74 |
| Details | 10/19/2006 | 18460 | Penalties | $10.00 | $836.68 |
| Details | 10/12/2006 | 2344034 | Cash Receipt | ($7.29) | $826.68 |
| Details | 09/26/2006 | 6083320 | Utility Levy | $96.56 | $833.97 |
| Details | 09/18/2006 | 18017 | Penalties | $10.00 | $737.41 |
| Details | 09/12/2006 | 2305896 | Cash Receipt | ($89.27) | $727.41 |
| Details | 08/23/2006 | 5965871 | Utility Levy | $89.27 | $816.68 |
| Details | 08/18/2006 | 17567 | Penalties | $10.00 | $727.41 |
| Details | 08/11/2006 | 2263826 | Cash Receipt | ($236.47) | $717.41 |
| Details | 07/27/2006 | 5805831 | Utility Levy | $90.24 | $953.88 |
| Details | 07/21/2006 | 83620 | Void | ($10.00) | $863.64 |
| Details | 07/21/2006 | 17121 | Penalties | $10.00 | $873.64 |
| Details | 07/21/2006 | 17126 | Penalties | $10.00 | $863.64 |
| Details | 07/18/2006 | 2233066 | Cash Receipt | ($89.27) | $853.64 |
| Details | 06/27/2006 | 5689225 | Utility Levy | $89.27 | $942.91 |
| Details | 06/26/2006 | 16766 | Penalties | $10.00 | $853.64 |
| Details | 06/20/2006 | 2192848 | Cash Receipt | ($167.19) | $843.64 |
| Details | 05/31/2006 | 5519283 | Utility Levy | $167.19 | $1,010.83 |
| Details | 05/19/2006 | 16226 | Penalties | $10.00 | $843.64 |
| Details | 05/12/2006 | 2141010 | Cash Receipt | ($410.69) | $833.64 |
| Details | 04/25/2006 | 5371085 | Utility Levy | $410.69 | $1,244.33 |
| Details | 04/18/2006 | 15765 | Penalties | $10.00 | $833.64 |
| Details | 04/10/2006 | 2096677 | Cash Receipt | ($771.07) | $823.64 |
| Details | 03/22/2006 | 5231151 | Utility Levy | $771.07 | $1,594.71 |
| Details | 03/21/2006 | 15342 | Penalties | $10.00 | $823.64 |
| Details | 03/14/2006 | 2058556 | Cash Receipt | ($542.17) | $813.64 |
| Details | 02/23/2006 | 5111978 | Utility Levy | $542.17 | $1,355.81 |
| Details | 02/20/2006 | 14920 | Penalties | $10.00 | $813.64 |
| Details | 02/14/2006 | 2015808 | Cash Receipt | ($985.04) | $803.64 |
| Details | 01/27/2006 | 5013311 | Utility Levy | $985.04 | $1,788.68 |
| Details | 01/17/2006 | 14601 | Penalties | $10.00 | $803.64 |
| Details | 01/10/2006 | 1964547 | Cash Receipt | ($566.22) | $793.64 |
| Details | 12/21/2005 | 4853240 | Utility Levy | $566.22 | $1,359.86 |
| Details | 12/20/2005 | 14189 | Penalties | $10.00 | $793.64 |
| Details | 12/15/2005 | 1931697 | Cash Receipt | ($517.52) | $783.64 |
| Details | 12/02/2005 | 13944 | Penalties | $10.00 | $1,301.16 |
| Details | 12/02/2005 | 4772962 | Utility Levy | $517.52 | $1,291.16 |

Alliance Data Multifamily Services - Utility Transactions                                   Page 2 of 4

| | | | | | |
|---|---|---|---|---|---|
| Details | 11/15/2005 | 1888233 | Cash Receipt | ($829.20) | $773.64 |
| Details | 10/26/2005 | 4605721 | Utility Levy | $829.20 | $1,602.84 |
| Details | 10/19/2005 | 13344 | Penalties | $10.00 | $773.64 |
| Details | 10/13/2005 | 1841388 | Cash Receipt | ($736.92) | $763.64 |
| Details | 09/23/2005 | 4475479 | Utility Levy | $726.92 | $1,500.56 |
| Details | 09/16/2005 | 12942 | Penalties | $10.00 | $773.64 |
| Details | 09/12/2005 | 1796457 | Cash Receipt | ($561.60) | $763.64 |
| Details | 08/26/2005 | 4336491 | Utility Levy | $551.60 | $1,325.24 |
| Details | 08/18/2005 | 12554 | Penalties | $10.00 | $773.64 |
| Details | 08/11/2005 | 1752396 | Cash Receipt | ($624.92) | $763.64 |
| Details | 07/26/2005 | 4221415 | Utility Levy | $614.92 | $1,388.56 |
| Details | 07/19/2005 | 12171 | Penalties | $10.00 | $773.64 |
| Details | 07/13/2005 | 1712143 | Cash Receipt | ($624.66) | $763.64 |
| Details | 06/24/2005 | 4095090 | Utility Levy | $624.66 | $1,388.30 |
| Details | 06/20/2005 | 11795 | Penalties | $10.00 | $763.64 |
| Details | 06/14/2005 | 1673223 | Cash Receipt | ($658.74) | $753.64 |
| Details | 05/26/2005 | 3985010 | Utility Levy | $658.74 | $1,412.38 |
| Details | 05/12/2005 | 1627414 | Cash Receipt | ($892.50) | $753.64 |
| Details | 04/25/2005 | 3856795 | Utility Levy | $892.50 | $1,646.14 |
| Details | 04/13/2005 | 1584917 | Cash Receipt | ($909.62) | $753.64 |
| Details | 03/23/2005 | 3728455 | Utility Levy | $1,067.82 | $1,663.26 |
| Details | 02/25/2005 | 3619209 | Utility Levy | $595.44 | $595.44 |
| Details | 02/11/2005 | 1494730 | Cash Receipt | ($711.39) | $0.00 |
| Details | 02/11/2005 | 1494729 | Cash Receipt | ($210.05) | $711.39 |
| Details | 01/26/2005 | 3493794 | Utility Levy | $921.44 | $921.44 |
| Details | 01/20/2005 | 1459834 | Cash Receipt | ($607.04) | $0.00 |
| Details | 01/20/2005 | 1459835 | Cash Receipt | ($182.92) | $607.04 |
| Details | 01/06/2005 | 1438700 | Cash Receipt | ($148.75) | $789.96 |
| Details | 01/06/2005 | 1438701 | Cash Receipt | ($475.63) | $938.71 |
| Details | 01/05/2005 | 3417489 | Utility Levy | $789.96 | $1,414.34 |
| Details | 12/22/2004 | 3362488 | Utility Levy | $624.38 | $624.38 |
| Details | 12/14/2004 | 1408125 | Cash Receipt | ($436.98) | $0.00 |
| Details | 12/14/2004 | 1408126 | Cash Receipt | ($138.70) | $436.98 |
| Details | 11/24/2004 | 54982 | Void | ($575.68) | $575.68 |
| Details | 10/19/2004 | 3163226 | Utility Levy | $575.68 | $1,151.36 |
| Details | 10/19/2004 | 3262782 | Utility Levy | $575.68 | $575.68 |
| Details | 10/13/2004 | 1320013 | Cash Receipt | ($134.68) | $0.00 |
| Details | 10/13/2004 | 1320014 | Cash Receipt | ($421.52) | $134.68 |
| Details | 09/28/2004 | 3037020 | Utility Levy | $556.20 | $556.20 |
| Details | 09/15/2004 | 1283756 | Cash Receipt | ($144.73) | $0.00 |
| Details | 09/15/2004 | 1283757 | Cash Receipt | ($460.17) | $144.73 |
| Details | 08/31/2004 | 2941418 | Utility Levy | $604.90 | $604.90 |
| Details | 08/18/2004 | 1247949 | Cash Receipt | ($843.52) | $0.00 |
| Details | 08/02/2004 | 2851233 | Utility Levy | $843.52 | $843.52 |
| Details | 07/14/2004 | 1199934 | Cash Receipt | ($586.39) | $0.00 |
| Details | 06/25/2004 | 2726165 | Utility Levy | $586.39 | $586.39 |

Alliance Data Multifamily Services - Utility Transactions                                        Page 3 of 4

| Details | 06/15/2004 | 1162739 | Cash Receipt | ($779.23) | $0.00 |
|---|---|---|---|---|---|
| Details | 06/01/2004 | 2652311 | Utility Levy | $779.23 | $779.23 |
| Details | 05/13/2004 | 1120863 | Cash Receipt | ($1,340.26) | $0.00 |
| Details | 04/19/2004 | 2524464 | Utility Levy | $1,340.26 | $1,340.26 |
| Details | 04/13/2004 | 1078299 | Cash Receipt | ($470.35) | $0.00 |
| Details | 04/13/2004 | 1078298 | Cash Receipt | ($1,712.43) | $470.35 |
| Details | 03/18/2004 | 2407810 | Utility Levy | $2,182.78 | $2,182.78 |
| Details | 03/17/2004 | 1035096 | Cash Receipt | ($784.83) | $0.00 |
| Details | 03/17/2004 | 1035097 | Cash Receipt | ($229.15) | $784.83 |
| Details | 02/17/2004 | 2314525 | Utility Levy | $1,013.98 | $1,013.98 |
| Details | 02/12/2004 | 985154 | Cash Receipt | ($143.72) | $0.00 |
| Details | 02/12/2004 | 985155 | Cash Receipt | ($332.99) | $143.72 |
| Details | 01/19/2004 | 2202893 | Utility Levy | $476.71 | $476.71 |
| Details | 01/09/2004 | 937121 | Cash Receipt | ($461.16) | $0.00 |
| Details | 12/16/2003 | 2105000 | Utility Levy | $461.16 | $461.16 |
| Details | 12/12/2003 | 898523 | Cash Receipt | ($583.56) | $0.00 |
| Details | 11/18/2003 | 2005334 | Utility Levy | $583.56 | $583.56 |
| Details | 11/13/2003 | 858188 | Cash Receipt | ($690.66) | $0.00 |
| Details | 10/17/2003 | 1898100 | Utility Levy | $690.66 | $690.66 |
| Details | 10/14/2003 | 813750 | Cash Receipt | ($438.21) | $0.00 |
| Details | 09/18/2003 | 1790488 | Utility Levy | $438.21 | $438.21 |
| Details | 09/11/2003 | 772090 | Cash Receipt | ($338.63) | $0.00 |
| Details | 09/11/2003 | 772091 | Cash Receipt | ($145.48) | $338.63 |
| Details | 08/19/2003 | 1682978 | Utility Levy | $484.11 | $484.11 |
| Details | 08/13/2003 | 734218 | Cash Receipt | ($698.31) | $0.00 |
| Details | 07/18/2003 | 1537903 | Utility Levy | $698.31 | $698.31 |
| Details | 07/14/2003 | 692710 | Cash Receipt | ($493.73) | $0.00 |
| Details | 07/14/2003 | 692709 | Cash Receipt | ($20.98) | $493.73 |
| Details | 06/19/2003 | 1484340 | Utility Levy | $514.71 | $514.71 |
| Details | 06/12/2003 | 653012 | Cash Receipt | ($411.43) | $0.00 |
| Details | 05/20/2003 | 1365398 | Utility Levy | $411.43 | $411.43 |
| Details | 05/06/2003 | 600281 | Cash Receipt | ($358.37) | $0.00 |
| Details | 05/06/2003 | 600282 | Cash Receipt | ($152.52) | $358.37 |
| Details | 04/09/2003 | 1265650 | Utility Levy | $510.89 | $510.89 |
| Details | 04/01/2003 | 551189 | Cash Receipt | ($379.24) | $0.00 |
| Details | 04/01/2003 | 551190 | Cash Receipt | ($159.95) | $379.24 |
| Details | 03/10/2003 | 1135723 | Utility Levy | $539.19 | $539.19 |
| Details | 03/07/2003 | 518436 | Cash Receipt | ($189.49) | $0.00 |
| Details | 03/07/2003 | 518437 | Cash Receipt | ($471.73) | $189.49 |
| Details | 02/10/2003 | 1045925 | Utility Levy | $661.22 | $661.22 |
| Details | 02/04/2003 | 472285 | Cash Receipt | ($132.22) | $0.00 |
| Details | 02/04/2003 | 472286 | Cash Receipt | ($311.56) | $132.22 |
| Details | 01/09/2003 | 942838 | Utility Levy | $443.78 | $443.78 |
| Details | 01/06/2003 | 431185 | Cash Receipt | ($470.56) | $0.00 |
| Details | 12/10/2002 | 845750 | Utility Levy | $470.56 | $470.56 |
| Details | 12/05/2002 | 389015 | Cash Receipt | ($533.29) | $0.00 |

Alliance Data Multifamily Services - Utility Transactions                              Page 4 of 4

| Details | 11/11/2002 | 753620 | Utility Levy | $533.29 | $533.29 |
|---------|-----------|--------|--------------|---------|---------|
| Details | 11/05/2002 | 349233 | Cash Receipt | ($443.01) | $0.00 |
| Details | 10/09/2002 | 312142 | Cash Receipt | ($750.54) | $443.01 |
| Details | 10/08/2002 | 643594 | Utility Levy | $443.01 | $1,193.55 |
| Details | 09/10/2002 | 560232 | Utility Levy | $750.54 | $750.54 |
| Details | 09/04/2002 | 254600 | Cash Receipt | ($679.40) | $0.00 |
| Details | 08/09/2002 | 449470 | Utility Levy | $679.40 | $679.40 |
| Details | 08/07/2002 | 219619 | Cash Receipt | ($586.07) | $0.00 |
| Details | 07/10/2002 | 353572 | Utility Levy | $586.07 | $586.07 |
| Details | 07/08/2002 | 164876 | Cash Receipt | ($412.51) | $0.00 |
| Details | 07/08/2002 | 164885 | Cash Receipt | ($168.20) | $412.51 |
| Details | 06/11/2002 | 236092 | Utility Levy | $580.71 | $580.71 |
| Details | 06/06/2002 | 108114 | Cash Receipt | ($416.24) | $0.00 |
| Details | 05/16/2002 | 75373 | Cash Receipt | ($803.33) | $416.24 |
| Details | 05/09/2002 | 134683 | Utility Levy | $416.24 | $1,219.57 |
| Details | 04/11/2002 | 55463 | Utility Levy | $803.33 | $803.33 |
| Details | 04/09/2002 | 24374 | Cash Receipt | ($395.03) | $0.00 |
| Details | 04/09/2002 | 24375 | Cash Receipt | ($161.96) | $395.03 |
| Details | 04/06/2002 | 25190 | Balance Forward | $556.99 | $556.99 |

Note: you can only see details for your utility levy transactions.
Back to Account main

ADS Homepage
© 2006 Alliance Data Multifamily Services | 5901 Benjamin Center Drive, Suite 110 | Tampa, FL 33613
For Customer Service and Billing Inquiries, Please Call: (800) 466 - 6668