**T&D Trucking**
**PO Box 673**
**Douglas, Ga 31534**

F I L E D
JACKSONVILLE, FLORIDA
JAN 0 4 2007
CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

**United States Bankruptcy Court**
**Middle District of Florida**
**Jacksonville Division**

**January 3, 2007**

**Driver had an accident with a Winn Dixie Truck. Winn Dixie called me and asked for me to send a copy of the repairs for they could pay the bill. I received this notice in the mail. Kelly Sullivan with Winn Dixie was the one that called my office. I am submitting a copy of the bill to the courts. If you need any more information please feel free to give me a call @ 877-852-2513.**

**Thank you,**

**Ruby Davis**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| Winn-Dixie Stores, Inc., et al.,[1] | Chapter 11 |
| Reorganized Debtors. | Jointly Administered |

**NOTICE OF (A) ENTRY OF ORDER CONFIRMING PLAN OF REORGANIZATION, (B) OCCURRENCE OF EFFECTIVE DATE OF PLAN, AND (C) BAR DATES FOR FILING CLAIMS ARISING BEFORE EFFECTIVE DATE AND OTHER ADMINISTRATIVE CLAIMS**

**TO:   ALL PARTIES IN INTEREST**

**PLEASE TAKE NOTICE THAT:**

1.   On November 9, 2006, the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Bankruptcy Court") entered its Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Confirmation Order"). Unless otherwise defined herein, capitalized terms used in this Notice shall have the meanings ascribed to such terms in the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated August 9, 2006, as modified by the First Modification to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated October 10, 2006 (together, the "Plan"). Copies of the Confirmation Order and the Plan may be obtained by accessing http://www.loganandco.com or http://www.flmb.uscourts.gov.

2.   The conditions to consummation of the Plan set forth in Section 10.2 of the Plan were satisfied (or waived) on November 21, 2006. Thus, in accordance with the terms of the Plan, the Plan became effective on November 21, 2006 (the "Effective Date"). All references in the Plan and the Confirmation Order to the Effective Date are to November 21, 2006.

3.   In accordance with Section 12.1 of the Plan, subject to the provisions of paragraph 4 below, all requests for payment of an Administrative Claim or any Claim arising against the Debtors in the period between February 21, 2005 and November 21, 2006, (other than as set forth in Section 4.1(a), 12.1, 12.2, 12.3, 12.4, or 12.5 of the Plan) must be made by application filed with the Bankruptcy Court and served on counsel for the Reorganized Debtors and the Post-Effective Date Committee **no later than January 5, 2007**, which is the date forty-five (45) days after the Effective Date. The filing of an application must be made via the Bankruptcy Court's electronic filing procedures (electronic filing is mandatory for all attorneys) or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202. The service of an application on counsel for the Reorganized Debtors must be made by delivery of a copy upon James Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, Fax: (904) 359-7708, E-mail: jpost@smithhulsey.com; and service of an application on counsel for the Post-Effective Date Committee must be made by delivery of a copy upon Matthew Barr, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Fax: (212) 822-5194, E-mail: mbarr@milbank.com. In the event that the Reorganized Debtors object to an application, the Bankruptcy Court shall determine the Allowed amount of such Administrative Claim. **Subject to the provisions of paragraph 4 below, an Administrative Claim or any Claim arising against the Debtors in the period between February 21, 2005 and November 21, 2006 that is not asserted in an application filed and served no later than January 5, 2007, shall be forever barred and deemed waived and relinquished in full, and the Reorganized Debtors shall have no obligation to pay such Claim.**

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

BILLY DAVIS - owner

# NORTH PERIMETER TRUCK PLAZA

Route 6, Box 24-D · Douglas, Georgia 31533 · (912) 384-7744

Nº 006715

| NAME | Winn Dixie | | | | |
|---|---|---|---|---|---|
| | | | DATE | 12-11-06 | |
| | | | ENG. HRS. | | |
| | TERMS | PHONE WHEN READY | CUSTOMER'S ORDER NO. | | |
| ADDRESS | | | | | |
| CITY | Merritt A-6110877 STATE | | LICENSE NUMBER | SPEEDOMETER | |
| YEAR | TYPE OR MODEL | MOTOR NO. | SERIAL NUMBER | ORDER WRITTEN BY | |

## REPAIR ORDER — LABOR INSTRUCTIONS

| | | $ | |
|---|---|---|---|
| 1 | Alternator motor Arm 7th long | 135 | 63 |
| 1 | motor Arm Motor | 200 | 00 |
| 1 | Wiring harness for motor Arm | 36 | 00 |
| 1 | Rotating motor with light | 232 | 19 |
| 1 | Stator light | 75 | 69 |

Driver Davis Jones

4 X 50.00

| | | | |
|---|---|---|---|
| TOTAL LABOR | | 300 | 00 |
| TIRES | | 200 | 00 |
| PARTS | | 742 | 51 |
| A.T. FLUID, OIL, GREASE | | | |
| TELEPHONE @ | | | |
| WRECKER SERVICE | | | |
| OUTSIDE WORK @ | | | |
| STATE TAX | | 51 | 98 |
| TOTAL AMOUNT | | 1294 | 49 |

GEAR OIL @
QTS A.T. FLUID @
QTS OIL @
LBS GREASE @
TOTAL A.T. FLUID · OIL · GREASE

### TIRES

| QUAN | NUMBER | DESCRIPTION | PER | PRICE |
|---|---|---|---|---|
| PARTS | | | | |

I hereby authorize the above repair work to be done along with necessary materials. You and your employees may operate above vehicle for purposes of testing, inspection or delivery at my risk. An express mechanic's lien is acknowledged on above vehicle to secure the amount of repairs thereto. You will not be held responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft, accident or any other cause beyond your control.

Authorized By _____