**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re | Chapter 11 |
| **WINN-DIXIE STORES, INC.,** | |
| et al., | Case No. 3:05-03817-JAF |
| Debtors | Jointly Administered |

**APPLICATION OF TERESA SCOTT FOR ALLOWANCE OF**
**ADMINISTRATIVE CLAIM (POST -PETITION PERSONAL INJURY CLAIM)**

COMES NOW, Teresa Scott ("Applicant"), through the undersigned Attorney, and seeks administrative expense status for Applicant's claim against one or more of the Debtors pursuant to 11 U.S.C. § 503(b). Applicant requests the entry of an order allowing the administrative expense described below and directing the payment of such amount pursuant to Order Confirming the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Confirmation Order") and provisions of the Plan as confirmed. In support of this Application, Applicant states as follows:

**JURISDICTION AND VENUE**

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. § 157 (b)(2).

**FACTUAL BACKGROUND**

2. On February 21, 2005 the Debtors filed Voluntary Petitions under Chapter 11 of the U. S. Bankruptcy Code ("Petition Date").

3. The Court confirmed the Debtors' Plan of Reorganization. The effective date of the Plan is November 21, 2006 ("Effective Date")

**APPLICANT'S CLAIM IS ENTITLED TO**
**ADMINISTRATIVE EXPENSE STATUS**

4. On or about May 6, 2006, a time between the Petition Date and the Effective Date, the Applicant was injured at a Winn Dixie store, in Columbus, Georgia, as a result of Winn Dixie's negligence. As a direct result of the negligence, Applicant suffered damages. Applicant can support these damages through medical reports and other proof.

5. The Applicant's injury and damages resulted from the ordinary business operations of the Debtors between the Petition Date and the Effective Date of the Debtor's Plan of Reorganization.

6. The Applicant's personal injury claim has not yet been liquidated.

7. Pursuant to the Plan of Reorganization confirmed by the Court, a bar date of January 5, 2007 has been set for post-petition claimants to file administrative expense claims.

8. The Court may award an administrative expense priority under §503(b) of the Bankruptcy Code for the "actual, necessary costs and expenses of preserving the estate …."11 U.S.C. § 503(b)(1). Damages for injuries arising from a post-petition tort committed by a debtor are entitled to administrative expense status. *See, Reading Co. v. Brown*, 391 U.S. 471,485 (post-petition fire damages resulting from trustee's negligence were entitled to administrative expense status); *In re Piper Aircraft Corp.*, 169 B.R. 766 (Bank. S.D. Fla. 1994).

9. Pursuant to 11 U.S.C. § 503(b)(1), the Applicant respectfully requests the Court enter an Order allowing the post-petition claim as an administrative expense claim in the amount of $25,000.00. Upon Liquidation of the Applicant's post-petition claims (either through settlement by the parties or a judgment entered by a court of competent jurisdiction), the Applicant requests the Court enter an Order requiring the Debtor to pay the allowed administrative claim in full.

## REQUESTS FOR FUTURE NOTIFICATION

10. The Applicant requests that all future pleadings and notices regarding or relating to this Applicant's Application or claim be served upon:

> Alfonza Whitaker
> Attorney for Teresa Scott
> Ga. Bar No.: 141906

WHEREFORE, the Applicant respectfully requests the Court enter an Order approving the Application and granting an administrative expense priority claim in the amount of $25,000.00 and grant such other further relief the Court deems just, proper and equitable.

> Alfonza Whitaker
> Attorney for Teresa Scott
> Ga. Bar No.: 141906
> Whitaker & Whitaker, P.C.
> 644 Broadway
> Columbus, GA 31901

## CERTIFICATE OF SERVICE

I hereby certify that I have served the within and foregoing Application for Allowance of Administrative Expense, by electronically filing the foregoing using the CM/ECF system, upon:

Matthew Barr  
Milbank Tweed Hadley & McCoy LLP  
1 Chase Manhattan Plaza  
New York, NY 10005

James Post  
Smith Hulsey & Busey  
225 water Street, Suite 1800  
Jacksonville, FL 32202

This 4th day of January, 2007.

/S/Alfonza Whitaker_____

Alfonza Whitaker  
Attorney for Teresa Scott  
Ga. Bar No.: 141906

Whitaker & Whitaker, P.C.  
644 Broadway  
Columbus, GA 31901  
(706) 507-3100: Telephone  
(706) 507-3117: Fax