F I L E D
JACKSONVILLE, FLORIDA

JAN 0 4 2007

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No.: 05-03817-3F1

Winn-Dixie Stores, Inc., et al.  Chapter 11

Reorganized Debtors.  Jointly Administered

### APPLICATION PURSUANT TO NOTICE OF (A) ENTRY OF ORDER CONFIRMING PLAN OF REORGANIZATION, (B) OCCURRENCE OF EFFECTIVE DATE OF PLAN, AND ( C ) BAR DATES FOR FILING CLAIMS ARISING BEFORE EFFECTIVE DATE AND OTHER ADMINISTRATIVE CLAIMS

Please be advised that the undersigned, Nadine Merrill, hereby applies for payment of a claim against the Debtors as set forth as follows:

**Nature of Claim:**
Personal injuries sustained at the Winn-Dixie store previously located at 18840 North Highway 441, Mount Dora, Florida 32757.

**Date of Claim:**
June 3, 2005

**Amount of Claim:**
Not yet determined.

*Nadine Merrill*
Nadine Merrill
24250 Wolf Branch Road
Sorrento, FL 32776

Dated: January 3rd, 2007
I.D. Number: A511207020-0001-01

Copies provided by mail and fax on January 3rd, 2007 to the following:

James Post
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202 and

Matthew Barr
Milbank, Tweed, Hadley & McLoy, LLP
1 Chase Manhattan Plaza
New York, New York 10005