# ADMINISTRATIVE EXPENSE FORM

Name of Debtor Against Which You Assert Your Claim:

**WINN-DIXIE STORES, INC.**

**Case No. 05-03817-3F1**

Name and Address of Creditor:

**Bird Brain, Inc.**
**52 East Cross Street**
**Ypsilanti, MI 48198**

Telephone No. of Creditor: (734) 483-4536

Fax No. of Creditor: (734) 483-9677

Account Number(s) by Which Creditor Identifies Debtor:

25457, 25482, 25490, 25544, 25549, 25562, 25569, 25656, 25602, 25561

Basis for Claim:

Goods sold to debtor(s)

Date debt was incurred: 5/19/2006

Total Amount of Unsecured Claim: $1,390.00

DATE: 1/3/2007

PRINT: Emily St. Clair

SIGNATURE: Emily St. Clair

TITLE: Accounts Receivable Clerk

ext. 17 email: emily@birdbrain.com

Encl: Invoice copies
Notice copy

FILED
JACKSONVILLE
FLORIDA
2007 JAN -4 P 2:58
US BANKRUPTCY COURT
MIDDLE DISTRICT
OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Winn-Dixie Stores, Inc., et al.,[1]

Reorganized Debtors.

Case No. 05-03817-3F1

Chapter 11

Jointly Administered

**NOTICE OF (A) ENTRY OF ORDER CONFIRMING PLAN OF REORGANIZATION, (B) OCCURRENCE OF EFFECTIVE DATE OF PLAN, AND (C) BAR DATES FOR FILING CLAIMS ARISING BEFORE EFFECTIVE DATE AND OTHER ADMINISTRATIVE CLAIMS**

**TO: ALL PARTIES IN INTEREST**

**PLEASE TAKE NOTICE THAT:**

1. On November 9, 2006, the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Bankruptcy Court") entered its Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Confirmation Order"). Unless otherwise defined herein, capitalized terms used in this Notice shall have the meanings ascribed to such terms in the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated August 9, 2006, as modified by the First Modification to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated October 10, 2006 (together, the "Plan"). Copies of the Confirmation Order and the Plan may be obtained by accessing http://www.loganandco.com or http://www.flmb.uscourts.gov.

2. The conditions to consummation of the Plan set forth in Section 10.2 of the Plan were satisfied (or waived) on November 21, 2006. Thus, in accordance with the terms of the Plan, the Plan became effective on November 21, 2006 (the "Effective Date"). All references in the Plan and the Confirmation Order to the Effective Date are to November 21, 2006.

3. In accordance with Section 12.1 of the Plan, subject to the provisions of paragraph 4 below, all requests for payment of an Administrative Claim or any Claim arising against the Debtors in the period between February 21, 2005 and November 21, 2006, (other than as set forth in Section 4.1(a), 12.1, 12.2, 12.3, 12.4, or 12.5 of the Plan) must be made by application filed with the Bankruptcy Court and served on counsel for the Reorganized Debtors and the Post-Effective Date Committee **no later than January 5, 2007,** which is the date forty-five (45) days after the Effective Date. The filing of an application must be made via the Bankruptcy Court's electronic filing procedures (electronic filing is mandatory for all attorneys) or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202. The service of an application on counsel for the Reorganized Debtors must be made by delivery of a copy upon James Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, Fax: (904) 359-7708, E-mail: jpost@smithhulsey.com, and service of an application on counsel for the Post-Effective Date Committee must be made by delivery of a copy upon Matthew Barr, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Fax: (212) 822-5194, E-mail: mbarr@milbank.com. In the event that the Reorganized Debtors object to an application, the Bankruptcy Court shall determine the Allowed amount of such Administrative Claim. **Subject to the provisions of paragraph 4 below, an Administrative Claim or any Claim arising against the Debtors in the period between February 21, 2005 and November 21, 2006 that is not asserted in an application filed and served no later than January 5, 2007, shall be forever barred and deemed waived and relinquished in full, and the Reorganized Debtors shall have no obligation to pay such Claim.**

4. Notwithstanding the provisions of paragraph 3, (a) no application seeking payment of an Administrative Claim or any Claim arising between February 21, 2005 and November 21, 2006 is required with respect to an undisputed post-petition obligation which was paid or is payable by a Debtor in the ordinary course of business; *provided, however*, that in no event shall a post-petition obligation that is contingent or disputed and subject to liquidation through pending or prospective litigation, including, but not limited to, alleged obligations arising from personal injury, property damage, products liability, consumer

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.




Beautiful Designs for Your Home & Garden
52 E. Cross Street
Ypsilanti, MI 48198
fax.734.483.9677
734.483.4536

INVOICE NO.: 00225141

CUSTOMER NO.: 25561

SOLD TO:

WINN DIXIE 1353
851 BROWNSWITCH ROAD
SLIDELL, LA 70458

SHIP TO:

WINN DIXIE 1353
851 BROWNSWITCH ROAD
SLIDELL, LA 70458

| DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 04/18/06 | U.P.S GRND N | PREPAID | 30 Net 30 days |

| PURCHASE ORDER NUMBER | ORDER DATE | SALES PERSON | OUR ORDER NUMBER |
|---|---|---|---|
| NJ-62136-A | 04/11/06 | TRI TRI-VENTURE MKTG | 91999 |

| QUANTITY ORDERED | QUANTITY SHIPPED | B.O. | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | ASST 3015 | LOLA & FRIENDS SHIPPER | 152.00 | 152.00 |
| 0 | 0 | 0 | SHIP INFO | UPS Tracking Number | 0.00 | 0.00 |
| 1ZR931V10340101029 | | | | | | |

PLEASE PAY FROM THIS INVOICE.
INTEREST WILL BE ADDED 30 DAYS FROM DATE OF INVOICE.

| | | |
|---|---|---|
| SUBTOTAL | : | 152.00 |
| TOTAL | : | 152.00 |
| PLEASE REMIT THIS AMOUNT | : | 152.00 |

17

00225182

25602

WINN DIXIE 0751
1602 LAKE TRAFFORD ROAD
IMMOKALEE, FL 34142

WINN DIXIE 0751
1602 LAKE TRAFFORD ROAD
IMMOKALEE, FL 34142

| | | Res? | | |
|---|---|---|---|---|
| 04/18/06 | U.P.S GRND | N | PREPAID | 30 Net 30 days |

MJ-62136-A 04/11/06 TRI TRI-VENTURE MKTG 92040

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | ASST 3015 | LOLA & FRIENDS SHIPPER | 152.00 | 152.00 |
| 0 | 0 | 0 | SHIP INFO | UPS Tracking Number | 0.00 | 0.00 |

1ZR931V10340542375

PLEASE PAY FROM THIS INVOICE.
INTEREST WILL BE ADDED 30 DAYS FROM DATE OF INVOICE.

| | |
|---|---|
| SUBTOTAL : | 152.00 |
| TOTAL : | 152.00 |
| PLEASE REMIT THIS AMOUNT : | 152.00 |

INVOICE

Bird Brain, Inc.
52 East Cross
Ypsilanti, MI 48198
(734) 483-4536
(734) 483-9677 Fax

00225237

25656

WINN DIXIE 0570
1235 SOUTH MCKENZIE STREET
FOLEY, AL 36535

WINN DIXIE 0570
1235 SOUTH MCKENZIE STREET
FOLEY, AL 36535

| | | Res? | | |
|---|---|---|---|---|
| 04/18/06 | U.P.S GRND | N | PREPAID | 30 Net 30 days |

MJ-62136-A 04/11/06 TRI TRI-VENTURE MKTG 92094

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | ASST 3015 | LOLA & FRIENDS SHIPPER | 152.00 | 152.00 |
| 0 | 0 | 0 | SHIP INFO | UPS Tracking Number | 0.00 | 0.00 |

1ZR931V10340905394

PLEASE PAY FROM THIS INVOICE.
INTEREST WILL BE ADDED 30 DAYS FROM DATE OF INVOICE.

| | |
|---|---|
| SUBTOTAL : | 152.00 |
| TOTAL : | 152.00 |
| **PLEASE REMIT THIS AMOUNT :** | 152.00 |



09

BirdBrain™

Beautiful Designs for Your Home & Garden
52 E. Cross Street
Ypsilanti, MI 48198
fax.734.483.9677
734.483.4536

INVOICE NO.: 00225150

CUSTOMER NO.: 25569

SOLD TO:

WINN DIXIE 0304
1531 NW 40TH AVENUE
LAUDERHILL, FL 33313

SHIP TO:

WINN DIXIE 0304
1531 NW 40TH AVENUE
LAUDERHILL, FL 33313

| DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 04/18/06 | U.P.S GRND N | PREPAID | 30 Net 30 days |

| PURCHASE ORDER NUMBER | ORDER DATE | SALES PERSON | OUR ORDER NUMBER |
|---|---|---|---|
| MJ-62136-A | 04/11/06 | TRI TRI-VENTURE MKTG | 92008 |

| QUANTITY ORDERED | QUANTITY SHIPPED | B.O. | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | ASST 3015 | LOLA & FRIENDS SHIPPER | 152.00 | 152.00 |
| 0 | 0 | 0 | SHIP INFO | UPS Tracking Number | 0.00 | 0.00 |
| 1ZR931V10340443768 | | | | | | |

PLEASE PAY FROM THIS INVOICE.
INTEREST WILL BE ADDED 30 DAYS FROM DATE OF INVOICE.

| | | |
|---|---|---|
| SUBTOTAL | : | 152.00 |
| TOTAL | : | 152.00 |
| PLEASE REMIT THIS AMOUNT | : | 152.00 |



09

BirdBrain™

Beautiful Designs for Your Home & Garden
52 E. Cross Street
Ypsilanti, MI 48198
fax.734.483.9677
734.483.4536

INVOICE NO.: 00225142

CUSTOMER NO.: 25562

SOLD TO:

WINN DIXIE 0295
1225 WEST 45TH ST
MANGONIA PARK, FL 33407

SHIP TO:

WINN DIXIE 0295
1225 WEST 45TH ST
MANGONIA PARK, FL 33407

| DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 04/18/06 | U.P.S GRND N | PREPAID | 30 Net 30 days |

| PURCHASE ORDER NUMBER | ORDER DATE | SALES PERSON | OUR ORDER NUMBER |
|---|---|---|---|
| MJ-62136-A | 04/11/06 | TRI TRI-VENTURE MKTG | 92000 |

| QUANTITY ORDERED | QUANTITY SHIPPED | B.O. | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | ASST 3015 | LOLA & FRIENDS SHIPPER | 152.00 | 152.00 |
| 0 | 0 | 0 | SHIP INFO | UPS Tracking Number | 0.00 | 0.00 |
| 1ZR931V10340906197 | | | | | | |

PLEASE PAY FROM THIS INVOICE.
INTEREST WILL BE ADDED 30 DAYS FROM DATE OF INVOICE.

| | | |
|---|---|---|
| SUBTOTAL | : | 152.00 |
| TOTAL | : | 152.00 |
| PLEASE REMIT THIS AMOUNT | : | 152.00 |



# BirdBrain™

Beautiful Designs for Your Home & Garden
52 E. Cross Street
Ypsilanti, MI 48198
fax.734.483.9677
734.483.4536

INVOICE NO.: 00225129

CUSTOMER NO.: 25549

SOLD TO:

WINN DIXIE 0255
14595 S. MILITARY TRAIL
DELRAY BEACH, FL 33445

SHIP TO:

WINN DIXIE 0255
14595 S. MILITARY TRAIL
DELRAY BEACH, FL 33445

| DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 04/18/06 | U.P.S GRND N | PREPAID | 30 Net 30 days |

| PURCHASE ORDER NUMBER | ORDER DATE | SALES PERSON | OUR ORDER NUMBER |
|---|---|---|---|
| MJ-62136-A | 04/11/06 | TRI TRI-VENTURE MKTG | 91987 |

| QUANTITY ORDERED | QUANTITY SHIPPED | B.O. | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | ASST 3015 | LOLA & FRIENDS SHIPPER | 152.00 | 152.00 |
| 0 | 0 | 0 | SHIP INFO | UPS Tracking Number | 0.00 | 0.00 |
| 1ZR931V10340246918 | | | | | | |

PLEASE PAY FROM THIS INVOICE.
INTEREST WILL BE ADDED 30 DAYS FROM DATE OF INVOICE.

| | |
|---|---|
| SUBTOTAL : | 152.00 |
| TOTAL : | 152.00 |
| PLEASE REMIT THIS AMOUNT : | 152.00 |

17

INVOICE

BirdBrain™

Beautiful Designs for Your Home & Garden
52 E. Cross Street
Ypsilanti, MI 48198
fax.734.483.9677
734.483.4536

INVOICE NO.: 00225124

CUSTOMER NO.: 25544

SOLD TO:

WINN DIXIE 0250
17101 MIRAMAR PKWY
MIRAMAR, FL 33027

SHIP TO:

WINN DIXIE 0250
17101 MIRAMAR PKWY
MIRAMAR, FL 33027

| DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 04/18/06 | U.P.S GRND N | PREPAID | 30 Net 30 days |

| PURCHASE ORDER NUMBER | ORDER DATE | SALES PERSON | OUR ORDER NUMBER |
|---|---|---|---|
| MJ-62136-A | 04/11/06 | TRI TRI-VENTURE MKTG | 91982 |

| QUANTITY ORDERED | QUANTITY SHIPPED | B.O. | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | ASST 3015 | LOLA & FRIENDS SHIPPER | 152.00 | 152.00 |
| 0 | 0 | 0 | SHIP INFO | UPS Tracking Number | 0.00 | 0.00 |
| 1ZR931V10340212865 | | | | | | |

PLEASE PAY FROM THIS INVOICE.
INTEREST WILL BE ADDED 30 DAYS FROM DATE OF INVOICE.

| | | |
|---|---|---|
| SUBTOTAL | : | 152.00 |
| TOTAL | : | 152.00 |
| PLEASE REMIT THIS AMOUNT | : | 152.00 |

BirdBrain™

Beautiful Designs for Your Home & Garden
52 E. Cross Street
Ypsilanti, MI 48198
fax.734.483.9677
734.483.4536

INVOICE NO.: 00225091

CUSTOMER NO.: 25490

SOLD TO:

WINN DIXIE 0179
11101 OLD ST AUGUSTINE RD
JACKSONVILLE, FL 32257

SHIP TO:

WINN DIXIE 0179
11101 OLD ST AUGUSTINE RD
JACKSONVILLE, FL 32257

| DATE | SHIP VIA | F.O.B. | TERMS |
| --- | --- | --- | --- |
| 04/18/06 | U.P.S GRND N | PREPAID | 30 Net 30 days |

| PURCHASE ORDER NUMBER | ORDER DATE | SALES PERSON | OUR ORDER NUMBER |
| --- | --- | --- | --- |
| MJ-62136-A | 04/11/06 | TRI TRI-VENTURE MKTG | 91926 |

| QUANTITY ORDERED | QUANTITY SHIPPED | QUANTITY B.O. | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 1 | 0 | ASST 3015 | LOLA & FRIENDS SHIPPER | 152.00 | 152.00 |
| 0 | 0 | 0 | SHIP INFO | UPS Tracking Number | 0.00 | 0.00 |
| 1ZR931V10340885531 | | | | | | |

PLEASE PAY FROM THIS INVOICE.
INTEREST WILL BE ADDED 30 DAYS FROM DATE OF INVOICE.

| | | |
| --- | --- | --- |
| SUBTOTAL | : | 152.00 |
| TOTAL | : | 152.00 |
| PLEASE REMIT THIS AMOUNT | : | 152.00 |



INVOICE NO.: 00225088

CUSTOMER NO.: 25482

BirdBrain™

Beautiful Designs for Your Home & Garden
52 E. Cross Street
Ypsilanti, MI 48198
fax.734.483.9677
734.483.4536

SOLD TO:

WINN DIXIE 0162
14286 BEACH BLVD
JACKSONVILLE BEACH, FL 32250

SHIP TO:

WINN DIXIE 0162
14286 BEACH BLVD
JACKSONVILLE BEACH, FL 32250

| DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 04/18/06 | U.P.S GRND N | PREPAID | 30 Net 30 days |

| PURCHASE ORDER NUMBER | ORDER DATE | SALES PERSON | OUR ORDER NUMBER |
|---|---|---|---|
| MJ-62136-A | 04/11/06 | TRI TRI-VENTURE MKTG | 91918 |

| QUANTITY ORDERED | QUANTITY SHIPPED | B.O. | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | ASST 3015 | LOLA & FRIENDS SHIPPER | 152.00 | 152.00 |
| 0 | 0 | 0 | SHIP INFO | UPS Tracking Number | 0.00 | 0.00 |
| 1ZR931V10340439175 | | | | | | |

PLEASE PAY FROM THIS INVOICE.
INTEREST WILL BE ADDED 30 DAYS FROM DATE OF INVOICE.

| | | |
|---|---|---|
| SUBTOTAL | : | 152.00 |
| TOTAL | : | 152.00 |
| PLEASE REMIT THIS AMOUNT | : | 152.00 |

INVOICE

BirdBrain™

Beautiful Designs for Your Home & Garden
52 E. Cross Street
Ypsilanti, MI 48198
fax.734.483.9677
734.483.4536

INVOICE NO.: 00225077

CUSTOMER NO.: 25457

SOLD TO:

WINN DIXIE 0080
9866 BAYMEADOWS ROAD
JACKSONVILLE, FL 32256

SHIP TO:

WINN DIXIE 0080
9866 BAYMEADOWS ROAD
JACKSONVILLE, FL 32256

| DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 04/18/06 | U.P.S GRND N | PREPAID | 30 Net 30 days |

| PURCHASE ORDER NUMBER | ORDER DATE | SALES PERSON | OUR ORDER NUMBER |
|---|---|---|---|
| MJ-62136-A | 04/11/06 | TRI TRI-VENTURE MKTG | 91894 |

| QUANTITY ORDERED | QUANTITY SHIPPED | B.O. | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | ASST 3015 | LOLA & FRIENDS SHIPPER | 152.00 | 152.00 |
| 0 | 0 | 0 | SHIP INFO | UPS Tracking Number | 0.00 | 0.00 |
| 1ZR931V10340056445 | | | | | | |

PLEASE PAY FROM THIS INVOICE.
INTEREST WILL BE ADDED 30 DAYS FROM DATE OF INVOICE.

(a credit adjusted reflected)
82.00

SUBTOTAL : 152.00
TOTAL : 152.00

PLEASE REMIT THIS AMOUNT : 152.00