UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 05-03817-3F1 |
| WINN DIXIE STORES, INC., ET AL | * | CHAPTER 11 |
| REORGANIZED DEBTORS | * | JOINTLY ADMINISTERED |

* * * * * * *

### APPLICATION FOR ADMINISTRATIVE EXPENSES
### FOR PAYMENT OF A CLAIM ARISING AGAINST DEBTORS IN THE PERIOD
### BETWEEN FEBRUARY 21, 2005 AND NOVEMBER 21, 2006

**NOW INTO COURT**, through undersigned counsel, come Timothy and Gina Wiltz, on behalf of their minor son, Ryan Wiltz, who hereby request payment of a claim arising against Debtor, Winn Dixie Montogemry, Inc. in the period between February 21, 2005 and November 21, 2006 as set forth in the attached late filed Proof of Claim.

**FACTUAL BACKGROUND**

1. Timothy and Gina Wiltz filed a lawsuit on 4-11-06 for personal injuries to their minor son, Ryan Wiltz alleging negligence against Winn Dixie Montgomery, Inc. for an automobile accident which occurred on August 21, 2005. The Wiltzes allege that Winn Dixie illegally sold alcohol, which was consumed by the minor driver of the vehicle in which Ryan Wiltz was a passenger. The lawsuit is pending in the Twenty Fourth Judicial District Court in and for the Parish of Jefferson, State of Louisiana captioned *Gina Wiltz, et al v. Brothers Petroleum, L.L.C., et al*, #630-138, Div "J."( A copy is attached hereto).

2. In the Louisiana lawsuit, Winn Dixie Montgomery, Inc. has not raised

bankruptcy as an affirmative defense, nor has Winn Dixie sought to have the Louisiana lawsuit stayed.

3. The Wiltzes, through their counsel, only became aware of their duty to file anything into the record of this matter when their counsel received the December 6, 2006 Notice of the Court through Winn Dixie's counsel in the Louisiana lawsuit.

Out of an abundance of caution, Timothy and Gina Wiltz request payment of their claim arising against Debtor, Winn Dixie Montogemry, Inc. in the period between February 21, 2005 and November 21, 2006.

RESPECTFULLY SUBMITTED,

/s/ Richard C. Trahant
**RICHARD C. TRAHANT (LSBA # 22653)**
ATTORNEY AT LAW
2908 Hessmer Ave.
Metairie, LA 70002
(504) 780-9891
(504) 780-7741 *fax*
trahant@networktel.net

Counsel for Timothy and Gina Wiltz

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                           *        CASE NO. 05-03817-3F1

WINN DIXIE STORES, INC., ET AL        *        CHAPTER 11

REORGANIZED DEBTORS                    *        JOINTLY ADMINISTERED

*    *    *    *    *    *    *

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served by placing same in the United States mail, postage prepaid and properly addressed, this 5th day of January, 2007 to:

Counsel for the Reorganized Debtors

James Post
Smith Hulsey & Busey
225 Water Street
Suite 1800
Jacksonville, Florida 32202

Counsel for the Post-Effective Date Committee

Matthew Barr
Milbank, Tweed, Hadley & McCoy, LLP
1 Chase Manhattan Plaza
New York, New York 10005

/s/ Richard C. Trahant
**RICHARD C. TRAHANT (LSBA # 22653)**
ATTORNEY AT LAW
2908 Hessmer Ave.
Metairie, LA 70002
(504) 780-9891
(504) 780-7741 *fax*
trahant@networktel.net

Counsel for Timothy and Gina Wiltz

3