UNITED STATES BANKRUPTCY COURT
MIDLE DITRCT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| WINN-DIXIE STORES, INC., ET AL., | ) | Case No. 05-03817- 3F1 |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

REQUEST AND APPLICATION FOR PAYMENT
OF ADMINISTRATIVE EXPENSE CLAIM

Kellogg Sales Company and its affiliate Murray Biscuits Company LLC (collectively, AKellogg@) hereby files this request and application for payment of administrative expense claim ("Request"), and respectfully states as follows:

1.      Kellogg is a provider of food products to the Debtors.  Kellogg has sold and delivered products to the Debtors prior to the Petition Date and continued sell food products to the Debtors after the Petition Date.

2.      As of the date of filing of this Request, one or more of the Debtors owes Kellogg an aggregate of $217,385.04 for food products sold and delivered by Kellogg to the Debtors between February 21, 2005 and November 21, 2006.  Attached hereto as **Exhibit "A"** is a chart providing information of the unpaid invoices owed by the Debtors to Kellogg between February 21, 2005 and November 21, 2006.

3.      The test to determine whether an applicant is entitled to payment of an administrative expense is whether the efforts of the applicant resulted in actual and demonstrable benefit to the debtor's estate.  See *In re Younger*, 165 B.R. 965 (S.D. Ga. 1994) ("Although certain types of administrative expenses are listed in the statute, the designations contained in section 503(b) are not

exhaustive since use of the word "including" in the statute is not limited… Expenses not explicitly listed in the statute can receive administrative expense status in one of two ways: as a nonlisted "actual, necessary" expense of preserving the estate un section 503(b)(1)(A)…").

4.    The food products sold and delivered by Kellogg to the Debtors during the post-petition period were actual and necessary to the Debtors' retail grocery business and benefited the Debtors' estates because the Debtors generated income from the sale of the Kellogg products to their retail customers. Accordingly, Kellogg is entitled to an administrative expense claim pursuant to Section 503(b) of the Bankruptcy Code.

5.    On November 9, 2006, the Order Confirming the Joint Plan of Reorganization of the Debtors was entered (the "Plan"). Pursuant to Section 4.1 of the Plan, allowed administrative expense claims are entitled to "Cash equal to the unpaid portion of such Allowed Administrative Claim." Accordingly, Kellogg is entitled to payment on the administrative expense claim requested herein.

6.    Kellogg reserves the right to (i) amend or supplement this Request, and (ii) assert or file additional claims and reserves all rights under applicable law with respect to any unpaid Kellogg products purchased by and delivered to the Debtors after the Effective Date of the Plan of November 21, 2006.

7.    All notices respecting this Request should be sent to the following:

Emily S. Chou, Esq.
Warner Stevens, L.L.P.
301 Commerce Street, Suite 1700
Fort Worth, Texas 76102
Tel.: (817) 810-5250
Facsimile: (817) 810-5255
e-mail: echou@warnerstevens.com

WHEREFORE, Kellogg respectfully requests that the Court enter an order (i) granting Kellogg an allowed administrative expense claim in the amount of $217,385.04 pursuant to Section 503 of the Bankruptcy Code, (ii) directing the Debtors to make payment of such allowed administrative expense claim; and (iii) providing for such other and further relief that the Court may deem just and proper.

Dated: January 5, 2007

<div style="margin-left: 40%;">

KLUGER, PERETZ, KAPLAN & BERLIN, P.L.

Bradley S. Shraiberg, Esq. (FL. Bar 121622)
Penninsula Executive Center
2385 N.W. Executive Center Dr., Suite 300
Boca Raton, Florida 33431
Telephone: (561) 443-0801
Facsimile: (561) 961-1831
Email:  bshraiberg@kpkb.com

- and -

WARNER STEVENS, L.L.P.
David T. Cohen (Texas Bar 75008424)
Emily S. Chou (Texas Bar 24006997)
301 Commerce Street, Suite 1700
Fort Worth, Texas 76102
Tel.: (817) 810-5250
Facsimile: (817) 810-5255
e-mail: echou@swdlaw.com

Counsel for Kellogg Sales Company and Murray Biscuits Company LLC

</div>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing Request and Application for Payment of Administrative Expense Claim has been served upon the parties listed below on this 5th day of January, 2007, via facsimile and overnight delivery service.


Counsel for Reorganized Debtors
James Post, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202
Fax: (904) 359-7708


Counsel for Post-Effective Date Committee
Matthew Barr, Esq.
Millbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Fax: (212) 822-5194


Bradley S. Shraiberg

**Exhibit A**

| Kellogg | | | | | | |
|---|---|---|---|---|---|---|
| **Account: Winn Dixie** | | | | | | |
| Store Number | Branch Location | Invoice Number | PO Number | Invoice Date | Days Outstanding | Invoice Amount |
| **SNACKS DIVISION:** | | | | | | |
| 0089 | 1050069 | 4414599732 | 4414599732 | 03/02/2005 | 651 | 1,356.84 |
| 0606 | 2315164 | 4414630475 | 4414630475 | 03/09/2005 | 644 | 1,472.64 |
| 0387 | 2921423 | 4414644125 | 4414644125 | 03/11/2005 | 642 | 1,046.22 |
| 2380 | 3005105 | 4414644948 | 4414644948 | 03/11/2005 | 642 | 722.46 |
| 0243 | 2601868 | 4414904376 | 4414904376 | 05/05/2005 | 587 | 144.96 |
| 0285 | 3179126 | 4414911279 | 4414911279 | 05/06/2005 | 586 | 695.46 |
| 2014 | 2422044 | 4414973178 | 4414973178 | 05/19/2005 | 573 | 1,104.12 |
| 0153 | 5610124 | 4414997352 | 4414997352 | 05/24/2005 | 568 | 1,406.22 |
| 2603 | 6816490 | 4415018012 | 4415018012 | 05/27/2005 | 565 | 597.00 |
| 0337 | 5879402 | 4457754789 | 4983712156 | 05/27/2005 | 565 | 244.08 |
| 0381 | 6841682 | 4415029781 | 4415029781 | 05/31/2005 | 561 | 930.06 |
| 0607 | 1950967 | 4415038888 | 4415038888 | 06/02/2005 | 559 | 1,024.26 |
| 2601 | 1160617 | 4415050452 | 4415050452 | 06/03/2005 | 558 | 570.54 |
| 2659 | 2315341 | 4415051709 | 4415051709 | 06/04/2005 | 557 | 1,027.50 |
| 0361 | 6841555 | 4415040866 | 4415040866 | 06/06/2005 | 555 | 689.04 |
| 0209 | 6431086 | 4415062217 | 4415062217 | 06/07/2005 | 554 | 1,530.66 |
| 0153 | 5610124 | 4415063935 | 4415063935 | 06/07/2005 | 554 | 2,215.32 |
| 2249 | 6850832 | 4415080131 | 4415080131 | 06/09/2005 | 552 | 613.50 |
| 0202 | 1002637 | 4415080308 | 4415080308 | 06/09/2005 | 552 | 1,559.88 |
| 0144 | 5358130 | 4457821132 | 4985675583 | 06/22/2005 | 539 | 121.48 |
| 2229 | 2602124 | 4415215975 | 4415215975 | 07/07/2005 | 524 | 680.10 |
| 1406 | 1332434 | 4415219614 | 4415219614 | 07/07/2005 | 524 | 762.00 |
| 0123 | 2995088 | 4415249908 | 4415249908 | 07/14/2005 | 517 | 1,669.63 |
| 2375 | 2246534 | 4415257626 | 4415257626 | 07/15/2005 | 516 | 193.68 |
| 0180 | 2622429 | 4415279226 | 4415279226 | 07/20/2005 | 511 | 872.23 |
| 0297 | 3174846 | 4415356311 | 4415356311 | 08/05/2005 | 495 | 220.20 |
| 0370 | 6835870 | 4415359130 | 4415359130 | 08/05/2005 | 495 | 220.20 |
| 0252 | 3180650 | 4415375853 | 4415375853 | 08/09/2005 | 491 | 784.20 |
| 1406 | 1332434 | 4415384075 | 4415384075 | 08/09/2005 | 491 | 463.66 |
| 1411 | 2961934 | 4457943675 | 4985683884 | 08/09/2005 | 491 | 6.18 |
| 0005 | 2374472 | 4415451938 | 4415451938 | 08/24/2005 | 476 | 613.64 |
| 0144 | 5358130 | 4415451973 | 4415451973 | 08/24/2005 | 476 | 1,015.62 |
| 0606 | 2315164 | 4415484271 | 4415484271 | 08/31/2005 | 469 | 931.58 |
| 0142 | 2922060 | 4415506414 | 4415506414 | 09/06/2005 | 463 | 732.88 |
| 0028 | 2971935 | 4415569867 | 4415569867 | 09/19/2005 | 450 | 367.04 |
| 0135 | 2488551 | 4415569919 | 4415569919 | 09/19/2005 | 450 | 361.38 |
| 0240 | 2641052 | 4415593223 | 4415593223 | 09/22/2005 | 447 | 1,281.60 |
| 0310 | 2974208 | 4415618489 | 4415618489 | 09/27/2005 | 442 | 70.56 |
| 0205 | 2921373 | 4415621376 | 4415621376 | 09/30/2005 | 439 | 977.54 |
| 0343 | 5981915 | 4415621381 | 4415621381 | 09/30/2005 | 439 | 1,412.91 |
| 2267 | 6114805 | 4415638854 | 4415638854 | 09/30/2005 | 439 | 635.50 |
| 0237 | 6250854 | 4415700428 | 4415700428 | 10/13/2005 | 426 | 1,193.74 |
| 0380 | 6834749 | 4415707178 | 4415707178 | 10/14/2005 | 425 | 22.92 |
| 0032 | 5195995 | 4415715297 | 4415715297 | 10/17/2005 | 422 | 969.60 |
| 0366 | 6835932 | 4415750837 | 4415750837 | 10/24/2005 | 415 | 1,326.90 |
| 0252 | 3180650 | 4415759529 | 4415759529 | 10/25/2005 | 414 | 868.20 |
| 0326 | 2974412 | 4415770682 | 4415770682 | 10/27/2005 | 412 | 781.80 |
| 0336 | 5879438 | 4415779379 | 4415779379 | 10/27/2005 | 412 | 821.18 |
| 2207 | 2398295 | 4415908911 | 4415908911 | 11/23/2005 | 385 | 665.10 |

| | | Kellogg | | | | |
| | | Account: Winn Dixie | | | | |
| Store Number | Branch Location | Invoice Number | PO Number | Invoice Date | Days Outstanding | Invoice Amount |
|---|---|---|---|---|---|---|
| 0005 | 2374472 | 4415928710 | 4415928710 | 11/30/2005 | 378 | 1,376.60 |
| 0172 | 2032098 | 4415990143 | 4415990143 | 12/12/2005 | 361 | 781.94 |
| 0447 | 6774626 | 4416029230 | 4416029230 | 12/20/2005 | 353 | 858.50 |
| 2249 | 6850832 | 4416041361 | 4416041361 | 12/21/2005 | 352 | 1,161.66 |
| 2357 | 3182336 | 4416041433 | 4416041433 | 12/21/2005 | 352 | 614.44 |
| 0560 | 1075023 | 4416044458 | 4416044458 | 12/22/2005 | 351 | 952.98 |
| 0356 | 6431112 | 4416057063 | 4416057063 | 12/28/2005 | 345 | 1,735.16 |
| 0627 | 1141276 | 4416070624 | 4416070624 | 12/28/2005 | 345 | 730.80 |
| 0649 | 2032009 | 4416070734 | 4416070734 | 12/28/2005 | 345 | 1,361.64 |
| 0706 | 1356981 | 4416071451 | 4416071451 | 12/28/2005 | 345 | 1,071.57 |
| 0290 | 2488548 | 4416073585 | 4416073585 | 12/30/2005 | 343 | 1,124.25 |
| 0330 | 5628274 | 4416109676 | 4416109676 | 01/05/2006 | 337 | 120.00 |
| 0116 | 2922134 | 4416130253 | 4416130253 | 01/09/2006 | 333 | 450.36 |
| 0287 | 1002765 | 4416163298 | 4416163298 | 01/16/2006 | 326 | 1,097.58 |
| 0005 | 2374472 | 4416174084 | 4416174084 | 01/18/2006 | 324 | 743.61 |
| 0005 | 2374472 | 4416174085 | 4416174085 | 01/18/2006 | 324 | 192.00 |
| 0358 | 1002171 | 4416188796 | 4416188796 | 01/19/2006 | 323 | 1,849.90 |
| 0407 | 2691018 | 4416206039 | 4416206039 | 01/24/2006 | 318 | 934.44 |
| 0479 | 2238842 | 4416206040 | 4416206040 | 01/24/2006 | 318 | 699.87 |
| 0072 | 2668349 | 4416206645 | 4416206645 | 01/24/2006 | 318 | 857.35 |
| 0460 | 1075276 | 4458372562 | 4985723986 | 01/26/2006 | 316 | 7.64 |
| 0247 | 2974210 | 4416225352 | 4416225352 | 01/27/2006 | 315 | 1,226.71 |
| 0072 | 2668349 | 4416241615 | 4416241615 | 01/31/2006 | 311 | 692.67 |
| 0310 | 2974208 | 4416245252 | 4416245252 | 01/31/2006 | 311 | 1,118.71 |
| 0479 | 2238842 | 4458386564 | 4983766252 | 02/01/2006 | 310 | 17.19 |
| 0162 | 1533761 | 4416257974 | 4416257974 | 02/02/2006 | 309 | 642.54 |
| 1812 | 2259125 | 4416269706 | 4416269706 | 02/06/2006 | 305 | 882.86 |
| 0521 | 9802568 | 4416274002 | 4416274002 | 02/06/2006 | 305 | 1,082.54 |
| 0239 | 6885040 | 4416277699 | 4416277699 | 02/07/2006 | 304 | 2,152.32 |
| 2628 | 3105549 | 4458404125 | 4983767054 | 02/08/2006 | 303 | 230.16 |
| 0230 | 1003045 | 4416275451 | 4416275451 | 02/09/2006 | 302 | 19.20 |
| 0054 | 6840680 | 4416293923 | 4416293923 | 02/10/2006 | 301 | 521.46 |
| 0627 | 1141276 | 4416319030 | 4416319030 | 02/15/2006 | 296 | 681.36 |
| 0456 | 4435879 | 4416342819 | 4416342819 | 02/20/2006 | 291 | 499.59 |
| 0447 | 6774626 | 4416346133 | 4416346133 | 02/21/2006 | 290 | 990.72 |
| 0167 | 1739578 | 4416348144 | 4416348144 | 02/21/2006 | 290 | 1,221.72 |
| 0153 | 5610124 | 4416348148 | 4416348148 | 02/21/2006 | 290 | 1,123.62 |
| 0191 | 2922122 | 4416348152 | 4416348152 | 02/21/2006 | 290 | 1,568.88 |
| 0071 | 2975403 | 4458481352 | 4985733988 | 03/06/2006 | 277 | 10.95 |
| 0025 | 5528649 | 4416420546 | 4416420546 | 03/08/2006 | 275 | 1,110.21 |
| 0176 | 2733855 | 4416427071 | 4416427071 | 03/09/2006 | 274 | 1,209.57 |
| 1504 | 2958864 | 4458506217 | 4985736086 | 03/14/2006 | 269 | 2.57 |
| 0283 | 2263770 | 4416464782 | 4416464782 | 03/16/2006 | 267 | 1,638.48 |
| 0123 | 2995088 | 4416468334 | 4416468334 | 03/16/2006 | 267 | 825.00 |
| 1583 | 2959551 | 4458528911 | 4983777152 | 03/21/2006 | 262 | 32.88 |
| 0235 | 2982623 | 4458544957 | 4985738188 | 03/29/2006 | 254 | 10.71 |
| 0728 | 3034612 | 4416557204 | 4416557204 | 04/03/2006 | 249 | 1,960.17 |
| 0243 | 2601868 | 4416572185 | 4416572185 | 04/06/2006 | 246 | 2,547.84 |
| 0236 | 3861073 | 4416572883 | 4416572883 | 04/06/2006 | 246 | 1,382.19 |
| 2228 | 6850592 | 4416576459 | 4416576459 | 04/06/2006 | 246 | 1,120.53 |
| 0107 | 2994921 | 4458585039 | 4985744082 | 04/12/2006 | 240 | 13.37 |
| 0517 | 2691210 | 4416617183 | 4416617183 | 04/14/2006 | 238 | 881.88 |
| 0560 | 1075023 | 4416641287 | 4416641287 | 04/20/2006 | 232 | 868.23 |

**Kellogg**
**Account: Winn Dixie**

| Store Number | Branch Location | Invoice Number | PO Number | Invoice Date | Days Outstanding | Invoice Amount |
|---|---|---|---|---|---|---|
| 0460 | 1075276 | 4458604171 | 4985744387 | 04/20/2006 | 232 | 2.14 |
| 0125 | 2995468 | 4458604444 | 4985743289 | 04/21/2006 | 231 | 1.91 |
| 0509 | 2923009 | 4416662377 | 4416662377 | 04/24/2006 | 228 | 159.00 |
| 0355 | 6250841 | 4416683574 | 4416683574 | 04/28/2006 | 224 | 615.48 |
| 0235 | 2982623 | 4416700613 | 4416700613 | 05/02/2006 | 220 | 1,520.73 |
| 2603 | 6816490 | 4458627798 | 4985746984 | 05/02/2006 | 220 | 2.15 |
| 0103 | 2995203 | 4416713513 | 4416713513 | 05/04/2006 | 218 | 641.34 |
| 0574 | 6310825 | 4416728875 | 4416728875 | 05/08/2006 | 214 | 633.00 |
| 0290 | 2488548 | 4416745281 | 4416745281 | 05/11/2006 | 211 | 49.68 |
| 0003 | 5528652 | 4458688771 | 4985754488 | 05/24/2006 | 198 | 18.12 |
| 0207 | 2974222 | 4416816868 | 4416816868 | 05/25/2006 | 197 | 521.76 |
| 0202 | 1002637 | 4416816973 | 4416816973 | 05/25/2006 | 197 | 1,869.12 |
| 0386 | 2263782 | 4416848743 | 4416848743 | 06/01/2006 | 190 | 914.34 |
| 0274 | 2263592 | 4416862090 | 4416862090 | 06/02/2006 | 189 | 192.00 |
| 0378 | 6834737 | 4416871347 | 4416871347 | 06/02/2006 | 189 | 273.84 |
| 0662 | 5873613 | 4458718915 | 4985757783 | 06/02/2006 | 189 | 103.67 |
| 0514 | 2706760 | 4416869234 | 4416869234 | 06/05/2006 | 186 | 599.88 |
| 0723 | 5642994 | 4458644428 | 4985757784 | 06/06/2006 | 185 | 7.19 |
| 0384 | 1002613 | 4416884161 | 4416884161 | 06/08/2006 | 183 | 990.39 |
| 0627 | 1141276 | 4416914543 | 4416914543 | 06/14/2006 | 177 | 685.80 |
| 0194 | 2921928 | 4416932339 | 4416932339 | 06/16/2006 | 175 | 914.34 |
| 0268 | 6834802 | 4416965026 | 4416965026 | 06/23/2006 | 168 | 653.16 |
| 0257 | 6834790 | 4416965038 | 4416965038 | 06/23/2006 | 168 | 652.92 |
| 2320 | 3055795 | 4416967154 | 4416967154 | 06/23/2006 | 168 | 24.00 |
| 0081 | 1050032 | 4416974011 | 4416974011 | 06/26/2006 | 165 | 597.33 |
| 2306 | 1050350 | 4416984046 | 4416984046 | 06/27/2006 | 164 | 1,072.38 |
| 2626 | 1936879 | 4458782601 | 4985762789 | 06/27/2006 | 164 | 3.68 |
| 0144 | 5358130 | 4416983574 | 4416983574 | 06/28/2006 | 163 | 2,462.31 |
| 0283 | 2263770 | 4416992973 | 4416992973 | 06/29/2006 | 162 | 1,074.90 |
| 0353 | 6125862 | 4416992983 | 4416992983 | 06/29/2006 | 162 | 1,089.42 |
| 0237 | 6250854 | 4416992987 | 4416992987 | 06/29/2006 | 162 | 985.56 |
| 0702 | 2622823 | 4416994264 | 4416994264 | 06/29/2006 | 162 | 550.50 |
| 2603 | 6816490 | 4458796564 | 4985763290 | 06/30/2006 | 161 | 10.35 |
| 0141 | 2921892 | 4417022353 | 4417022353 | 07/05/2006 | 156 | 1,896.12 |
| 1428 | 6898276 | 4417023461 | 4417023461 | 07/05/2006 | 156 | 743.04 |
| 0647 | 5874425 | 4417025956 | 4417025956 | 07/06/2006 | 155 | 1,277.52 |
| 0407 | 2691018 | 4458806111 | 4985764386 | 07/06/2006 | 155 | 16.17 |
| 0439 | 2922969 | 4417044772 | 4417044772 | 07/10/2006 | 151 | 816.24 |
| 1572 | 2736852 | 4458797572 | 4985765882 | 07/10/2006 | 151 | 40.11 |
| 0381 | 6841682 | 4417031575 | 4417031575 | 07/11/2006 | 150 | 1,917.96 |
| 0030 | 5528536 | 4417051394 | 4417051394 | 07/11/2006 | 150 | 1,292.88 |
| 0141 | 2921892 | 4417058440 | 4417058440 | 07/12/2006 | 149 | 1,939.86 |
| 2289 | 6850287 | 4417061770 | 4417061770 | 07/13/2006 | 148 | 723.19 |
| 0006 | 2453963 | 4417063954 | 4417063954 | 07/13/2006 | 148 | 679.89 |
| 2380 | 3005105 | 4417068146 | 4417068146 | 07/14/2006 | 147 | 661.20 |
| 0488 | 2210603 | 4417100823 | 4417100823 | 07/20/2006 | 141 | 1,009.41 |
| 0437 | 2837868 | 4417115662 | 4417115662 | 07/24/2006 | 137 | 1,039.34 |
| 0252 | 3180650 | 4417117813 | 4417117813 | 07/25/2006 | 136 | 708.33 |
| 1448 | 1000823 | 4458855761 | 4985770182 | 07/25/2006 | 136 | 45.97 |
| 1467 | 2041782 | 4417127904 | 4417127904 | 07/26/2006 | 135 | 914.27 |
| 0006 | 2453963 | 4417134563 | 4417134563 | 07/27/2006 | 134 | 743.96 |
| 0268 | 6834802 | 4417137869 | 4417137869 | 07/28/2006 | 133 | 807.06 |
| 0239 | 6885040 | 4417157151 | 4417157151 | 08/01/2006 | 129 | 1,601.67 |

| | Kellogg | | | | | |
| | Account: Winn Dixie | | | | | |
| Store Number | Branch Location | Invoice Number | PO Number | Invoice Date | Days Outstanding | Invoice Amount |
|---|---|---|---|---|---|---|
| 0478 | 2118469 | 4458866684 | 4985770790 | 08/03/2006 | 127 | 10.86 |
| 0367 | 6877157 | 4417173636 | 4417173636 | 08/04/2006 | 126 | 617.70 |
| 0737 | 3056001 | 4417194592 | 4417194592 | 08/09/2006 | 121 | 718.02 |
| 2328 | 3055732 | 4417203712 | 4417203712 | 08/10/2006 | 120 | 891.48 |
| 0705 | 2315176 | 4417210016 | 4417210016 | 08/11/2006 | 119 | 587.46 |
| 0574 | 6310825 | 4417221074 | 4417221074 | 08/14/2006 | 116 | 1,088.64 |
| 0446 | 5431008 | 4417227996 | 4417227996 | 08/16/2006 | 114 | 1,852.89 |
| 0304 | 1002690 | 4417233783 | 4417233783 | 08/16/2006 | 114 | 981.60 |
| 0262 | 6885077 | 4417233785 | 4417233785 | 08/16/2006 | 114 | 2,034.36 |
| 0370 | 6835870 | 4417233789 | 4417233789 | 08/16/2006 | 114 | 1,104.81 |
| 0359 | 6877207 | 4417233790 | 4417233790 | 08/16/2006 | 114 | 1,243.38 |
| 0357 | 6229862 | 4417233791 | 4417233791 | 08/16/2006 | 114 | 1,539.12 |
| 0246 | 1002676 | 4417233792 | 4417233792 | 08/16/2006 | 114 | 902.16 |
| 0328 | 5628286 | 4417233798 | 4417233798 | 08/16/2006 | 114 | 1,200.60 |
| 0297 | 3174846 | 4417233802 | 4417233802 | 08/16/2006 | 114 | 723.24 |
| 0204 | 3175573 | 4417233807 | 4417233807 | 08/16/2006 | 114 | 800.13 |
| 0243 | 2601868 | 4417233822 | 4417233822 | 08/16/2006 | 114 | 2,384.76 |
| 0259 | 2974374 | 4417233823 | 4417233823 | 08/16/2006 | 114 | 581.88 |
| 0368 | 6877245 | 4417234731 | 4417234731 | 08/16/2006 | 114 | 642.24 |
| 0333 | 5879440 | 4417234732 | 4417234732 | 08/16/2006 | 114 | 1,825.71 |
| 0388 | 2983690 | 4417234735 | 4417234735 | 08/16/2006 | 114 | 1,530.69 |
| 0637 | 1767161 | 4417244642 | 4417244642 | 08/18/2006 | 112 | 889.68 |
| 0656 | 6850022 | 4458924404 | 4985775882 | 08/21/2006 | 109 | 1.99 |
| 0737 | 3056001 | 4417264790 | 4417264790 | 08/23/2006 | 107 | 670.38 |
| 0040 | 6306803 | 4458939314 | 4985776988 | 08/24/2006 | 106 | 2.57 |
| 0595 | 2691184 | 4417284835 | 4417284835 | 08/25/2006 | 105 | 2,198.40 |
| 0169 | 1739566 | 4458911655 | 4985778086 | 08/28/2006 | 102 | 50.52 |
| 0252 | 3180650 | 4417300650 | 4417300650 | 08/29/2006 | 101 | 1,101.00 |
| 0151 | 5610249 | 4458949594 | 4985778583 | 08/30/2006 | 100 | 1.88 |
| 0336 | 5879438 | 4417307068 | 4417307068 | 08/31/2006 | 99 | 1,316.40 |
| 0531 | 2837730 | 4458952549 | 4985778882 | 08/31/2006 | 99 | 26.09 |
| 0428 | 6040517 | 4458958104 | 4985779482 | 08/31/2006 | 99 | 47.55 |
| 0368 | 6877245 | 4417316211 | 4417316211 | 09/01/2006 | 98 | 1,098.60 |
| 2323 | 6850768 | 4417318006 | 4417318006 | 09/01/2006 | 98 | 775.98 |
| 0278 | 2974691 | 4417323294 | 4417323294 | 09/05/2006 | 94 | 1,269.36 |
| 0018 | 3194848 | 4417326163 | 4417326163 | 09/05/2006 | 94 | 755.88 |
| 0235 | 2982623 | 4417331429 | 4417331429 | 09/05/2006 | 94 | 309.60 |
| 0198 | 2995520 | 4417393018 | 4417393018 | 09/18/2006 | 81 | 1,080.68 |
| 2268 | 6114829 | 4417412291 | 4417412291 | 09/21/2006 | 78 | 707.78 |
| 0489 | 6425033 | 4459016391 | 4985785084 | 09/25/2006 | 74 | 22.52 |
| 1456 | 2958876 | 4459027719 | 4985784693 | 09/28/2006 | 71 | 14.95 |
| 1591 | 2959738 | 4417474342 | 4417474342 | 10/03/2006 | 66 | 250.80 |
| 0153 | 5610124 | 4459056107 | 4985788883 | 10/10/2006 | 59 | 2.06 |
| 0153 | 5610124 | 4459056107 | 4985788882 | 10/10/2006 | 59 | 2.73 |
| 0180 | 2622429 | 4417515065 | 4417515065 | 10/12/2006 | 57 | 622.65 |
| 0343 | 5981915 | 4459064902 | 4985788784 | 10/13/2006 | 56 | 13.28 |
| 0265 | 2974362 | 4417547427 | 4417547427 | 10/18/2006 | 51 | 853.58 |
| 0368 | 6877245 | 4417559385 | 4417559385 | 10/20/2006 | 49 | 436.56 |
| 0560 | 1075023 | 4417569810 | 4417569810 | 10/23/2006 | 46 | 815.60 |
| 0443 | 6519856 | 4417571595 | 4417571595 | 10/23/2006 | 46 | 1,906.16 |
| 0479 | 2238842 | 4417575733 | 4417575733 | 10/24/2006 | 45 | 1,482.93 |
| 0512 | 5139769 | 4417580198 | 4417580198 | 10/26/2006 | 43 | 359.52 |
| 0498 | 2118432 | 4417662251 | 4417662251 | 11/09/2006 | 29 | 1,428.44 |

| | | | Kellogg | | | |
|---|---|---|---|---|---|---|
| | | | Account: Winn Dixie | | | |
| Store Number | Branch Location | Invoice Number | PO Number | Invoice Date | Days Outstanding | Invoice Amount |
| 0357 | 6229862 | 4417666919 | 4417666919 | 11/10/2006 | 28 | 1,356.65 |
| 0624 | 6850693 | 4417668066 | 4417668066 | 11/10/2006 | 28 | 1,207.86 |
| 0386 | 2263782 | 4459128525 | 4983831653 | 11/10/2006 | 28 | 1,908.52 |
| 0354 | 6125874 | 4417673438 | 4417673438 | 11/13/2006 | 25 | 172.80 |
| 0560 | 1075023 | 4417678068 | 4417678068 | 11/13/2006 | 25 | 724.68 |
| 0500 | 2238855 | 4417679614 | 4417679614 | 11/13/2006 | 25 | 1,045.21 |
| 0552 | 2691044 | 4417680035 | 4417680035 | 11/13/2006 | 25 | 1,583.43 |
| 0054 | 6840680 | 4417701704 | 4417701704 | 11/17/2006 | 21 | 598.70 |
| 0595 | 2691184 | 4459149455 | 4985797288 | 11/17/2006 | 21 | 40.42 |
| 0494 | 6487502 | 4459135789 | 4983835353 | 11/20/2006 | 18 | 128.40 |
| 0470 | 5319835 | 4459152537 | 4983835951 | 11/21/2006 | 17 | 65.52 |
| | | | | | Snacks Total: | $ 178,379.75 |

| | Kellogg | | | | | |
| | Account: Winn Dixie | | | | | |
| Store Number | Branch Location | Invoice Number | PO Number | Invoice Date | Days Outstanding | Invoice Amount |
|---|---|---|---|---|---|---|
| **MURRAY BISCUITS:** | | | | | | |
| 0158 | 7790058 | 12919295 | 22802-0343653540 | 04/22/2005 | 600 | $1.62 |
| 0158 | 7790058 | 12919330 | 22802-0343653540 | 05/01/2005 | 591 | $1.62 |
| 1314 | | 55613128 | 21959-2740153610 | 05/06/2005 | 586 | $116.92 |
| 0151 | 7790123 | 17403057 | 22084-0613953540 | 05/14/2005 | 578 | $38.88 |
| 0701 | 7263585 | 26925739 | 21791-1340180520 | 05/17/2005 | 575 | $429.48 |
| 0151 | 7790123 | 17403078 | 22084-0613953540 | 05/18/2005 | 574 | $269.28 |
| 2343 | 7263763 | 26209739 | 22090-1310525350 | 05/23/2005 | 569 | $117.60 |
| 2721 | 7706169 | 5205100 | 22827-0133849710 | 05/25/2005 | 567 | $308.28 |
| 2721 | 7706169 | 5205101 | 22827-0133849710 | 05/25/2005 | 567 | $52.56 |
| 0194 | 7790125 | 17403147 | 22084-0613953540 | 06/04/2005 | 557 | $108.18 |
| 0403 | 7144227 | 7603048 | 22966-0220613400 | 06/20/2005 | 541 | $52.98 |
| 0158 | 7790058 | 12919603 | 22802-0343653540 | 06/24/2005 | 537 | $1.46 |
| 2342 | 7263751 | 26210013 | 22090-1310525350 | 07/16/2005 | 515 | $113.46 |
| 0073 | 7790063 | 17403388 | 22084-0613953540 | 08/02/2005 | 498 | $121.12 |
| 0008 | 7790068 | 17509502 | 21519-0614053540 | 08/05/2005 | 495 | $75.20 |
| 0084 | 7790064 | 17403402 | 22084-0613953540 | 08/05/2005 | 495 | $65.80 |
| 0051 | 7790062 | 16206460 | 22976-0612053540 | 08/12/2005 | 488 | $29.76 |
| 0005 | 7790147 | 16407775 | 22861-0612253540 | 08/24/2005 | 476 | $200.36 |
| 0060 | 7790102 | 17009103 | 22743-0613453540 | 08/30/2005 | 470 | $203.49 |
| 2304 | 7264029 | 26210254 | 22090-1310525350 | 09/01/2005 | 468 | $36.00 |
| 0185 | 7790085 | 16206590 | 22976-0612053540 | 09/02/2005 | 467 | $17.88 |
| 0002 | 7790148 | 16313841 | 22455-0612153540 | 09/07/2005 | 462 | $9.00 |
| 0177 | 7990132 | 16313875 | 22455-0612153540 | 09/10/2005 | 459 | $15.06 |
| 2344 | 7263775 | 26210345 | 22090-1310525350 | 09/15/2005 | 454 | $39.36 |
| 0008 | 7790068 | 17509813 | 21519-0614053540 | 09/26/2005 | 438 | $312.48 |
| 0135 | 7790094 | 17509825 | 21519-0614053540 | 09/27/2005 | 437 | $6.48 |
| 0263 | 7290430 | 32627874 | 20264-1543474820 | 09/27/2005 | 437 | $182.94 |
| 2304 | 7264029 | 26210460 | 22090-1310525350 | 10/05/2005 | 429 | $167.91 |
| 0002 | 7790148 | 16313980 | 22455-0612153540 | 10/30/2005 | 404 | $70.65 |
| 0006 | 7790149 | 16206968 | 22976-0612053540 | 11/05/2005 | 398 | $9.00 |
| 0080 | 7790130 | 16206967 | 22976-0612053540 | 11/05/2005 | 398 | $26.52 |
| 0167 | 7790124 | 17403787 | 22084-0613953540 | 11/08/2005 | 395 | $117.96 |
| 2219 | 7205267 | 19100773 | 23032-0651325350 | 11/08/2005 | 395 | $72.24 |
| 0720 | 7790207 | 29626040 | 22351-1523253590 | 11/10/2005 | 393 | $82.92 |
| 2335 | 7263066 | 19025672 | 22696-0651225350 | 11/19/2005 | 384 | $347.40 |
| 0169 | 7790049 | 6027971 | 23065-0142853540 | 11/23/2005 | 380 | $197.82 |
| 0006 | 7790149 | 16207080 | 22976-0612053540 | 11/27/2005 | 376 | $9.84 |
| 0190 | 7790133 | 16207081 | 22976-0612053540 | 11/27/2005 | 376 | $8.88 |
| 0160 | 7790138 | 18609554 | 22460-0650753540 | 11/29/2005 | 374 | $161.52 |
| 0177 | 7990132 | 16314473 | 22455-0612153540 | 11/29/2005 | 374 | $27.72 |
| 0745 | 7790201 | 61301617 | 22989 10/03/05 | 12/09/2005 | 364 | $128.76 |
| 0006 | 7790149 | 16207150 | 22976-0612053540 | 12/10/2005 | 363 | $18.00 |
| 0161 | 7790082 | 16207149 | 22976-0612053540 | 12/10/2005 | 363 | $312.12 |
| 0199 | 7790031 | 17606579 | 22434-0614253540 | 12/20/2005 | 353 | $418.32 |
| 0097 | 7790033 | 17009635 | 23079-0613453540 | 12/23/2005 | 350 | $86.40 |
| 2311 | 7201953 | 26210844 | 22090-1310525350 | 12/24/2005 | 349 | $183.96 |
| 2342 | 7263751 | 26210842 | 22090-1310525350 | 12/24/2005 | 349 | $32.40 |
| 0159 | 7790104 | 17009647 | 23079-0613453540 | 12/28/2005 | 345 | $77.52 |
| 0185 | 7790085 | 16207249 | 22976-0612053540 | 12/28/2005 | 345 | $238.92 |
| 0038 | 7790070 | 17510359 | 21519-0614053540 | 01/01/2006 | 341 | $9.00 |
| 0166 | 7790065 | 17403983 | 22084-0613953540 | 01/01/2006 | 341 | $508.92 |

| | | | **Kellogg** | | | |
|---|---|---|---|---|---|---|
| | | | **Account: Winn Dixie** | | | |
| Store Number | Branch Location | Invoice Number | PO Number | Invoice Date | Days Outstanding | Invoice Amount |
| 2286 | 7204670 | 25903532 | 22981-1310225350 | 01/01/2006 | 341 | $30.12 |
| 2229 | 7204656 | 25903674 | 22981-1310225350 | 01/05/2006 | 337 | $419.40 |
| 0025 | 7790127 | 16207286 | 22976-0612053540 | 01/06/2006 | 336 | $17.76 |
| 0185 | 7790085 | 16207281 | 22976-0612053540 | 01/06/2006 | 336 | $19.32 |
| 0072 | 7790080 | 16408444 | 22861-0612253540 | 01/14/2006 | 328 | $229.80 |
| 0072 | 7790080 | 16408445 | 22861-0612253540 | 01/14/2006 | 328 | $451.44 |
| 0177 | 7990132 | 16314867 | 22455-0612153540 | 01/20/2006 | 322 | $20.52 |
| 0093 | 7790073 | 17510479 | 21519-0614053540 | 01/21/2006 | 321 | $127.44 |
| 0093 | 7790073 | 17510518 | 21519-0614053540 | 01/29/2006 | 313 | $17.52 |
| 0107 | 7790081 | 16207432 | 22976-0612053540 | 01/29/2006 | 313 | $40.56 |
| 0185 | 7790085 | 16207434 | 22976-0612053540 | 01/29/2006 | 313 | $109.92 |
| 0556 | 7324674 | 37511707 | 20397-1834613400 | 01/29/2006 | 313 | $250.02 |
| 2343 | 7263763 | 26210999 | 22090-1310525350 | 01/29/2006 | 313 | $100.92 |
| 2342 | 7263751 | 26211010 | 22090-1310525350 | 01/31/2006 | 311 | $29.76 |
| 0018 | 7790078 | 16408536 | 22861-0612253540 | 02/01/2006 | 310 | $78.84 |
| 0463 | 7130394 | 3809411 | 20313-0132213400 | 02/04/2006 | 307 | $17.52 |
| 0161 | 7790082 | 16207508 | 22976-0612053540 | 02/10/2006 | 301 | $20.88 |
| 0084 | 7790064 | 17404175 | 22084-0613953540 | 02/11/2006 | 300 | $30.12 |
| 0657 | 7275872 | 28815788 | 23045-1522480520 | 02/17/2006 | 294 | $123.12 |
| 0072 | 7790080 | 16408610 | 22861-0612253540 | 02/18/2006 | 293 | $256.32 |
| 0463 | 7130394 | 3809468 | 20313-0132213400 | 02/18/2006 | 293 | $8.88 |
| 0531 | 7130483 | 3809470 | 20313-0132213400 | 02/18/2006 | 293 | $8.88 |
| 0072 | 7790080 | 16408614 | 22861-0612253540 | 02/20/2006 | 291 | $35.52 |
| 0123 | 7790032 | 16315119 | 22455-0612153540 | 02/21/2006 | 290 | $61.56 |
| 0123 | 7790032 | 16315120 | 22455-0612153540 | 02/21/2006 | 290 | $18.00 |
| 0412 | 7324609 | 17810538 | 20127-0633013400 | 02/21/2006 | 290 | $196.20 |
| 0025 | 7790127 | 16207583 | 22976-0612053540 | 02/26/2006 | 285 | $52.32 |
| 0038 | 7790070 | 17510659 | 21519-0614053540 | 02/26/2006 | 285 | $30.72 |
| 0038 | 7790070 | 17510665 | 21519-0614053540 | 02/26/2006 | 285 | $18.24 |
| 0101 | 7790054 | 6223468 | 23016-0143053540 | 02/26/2006 | 285 | $23.64 |
| 0107 | 7790081 | 16207574 | 22976-0612053540 | 02/26/2006 | 285 | $9.24 |
| 0531 | 7130483 | 3809493 | 20313-0132213400 | 02/26/2006 | 285 | $8.88 |
| 2343 | 7263763 | 26211093 | 22090-1310525350 | 02/26/2006 | 285 | $105.12 |
| 2344 | 7263775 | 26211111 | 22090-1310525350 | 02/26/2006 | 285 | $210.84 |
| 0463 | 7130394 | 3809503 | 20313-0132213400 | 02/27/2006 | 284 | $43.44 |
| 0571 | 7800006 | 60902356 | 22897-0240153610 | 02/27/2006 | 284 | $108.60 |
| 0190 | 7790133 | 16207590 | 22976-0612053540 | 02/28/2006 | 283 | $11.40 |
| 0500 | 7594942 | 7604642 | 23088-0220613400 | 02/28/2006 | 283 | $218.76 |
| 0051 | 7790062 | 16207594 | 22976-0612053540 | 03/01/2006 | 282 | $11.40 |
| 0072 | 7790080 | 16408643 | 22861-0612253540 | 03/01/2006 | 282 | $232.68 |
| 0185 | 7790085 | 16207595 | 22976-0612053540 | 03/01/2006 | 282 | $18.00 |
| 0667 | 7276532 | 29009766 | 20933-1522680520 | 03/01/2006 | 282 | $1.10 |
| 0080 | 7790130 | 16207604 | 22976-0612053540 | 03/02/2006 | 281 | $9.00 |
| 0412 | 7324609 | 17810611 | 20127-0633013400 | 03/09/2006 | 274 | $27.00 |
| 0723 | 7790178 | 29411217 | 22079-1523053590 | 03/09/2006 | 274 | $29.76 |
| 1430 | 7800029 | 40002001 | 22949-1920153610 | 03/09/2006 | 274 | $342.36 |
| 0145 | 7790075 | 17510740 | 21519-0614053540 | 03/10/2006 | 273 | $10.20 |
| 0506 | 7200102 | 17810623 | 20127-0633013400 | 03/10/2006 | 273 | $18.00 |
| 0242 | 7269475 | 61101557 | 22901-1523874820 | 03/11/2006 | 272 | $92.64 |
| 0359 | 7266012 | 27028631 | 22295-1510174820 | 03/13/2006 | 270 | $11.40 |
| 0361 | 7266024 | 27028632 | 22295-1510174820 | 03/13/2006 | 270 | $11.40 |
| 0385 | 7266810 | 28504750 | 22528-1512974820 | 03/13/2006 | 270 | $45.00 |
| 2602 | 7596303 | 17510753 | 21519-0614079480 | 03/14/2006 | 269 | $20.40 |

| | | | Kellogg | | | |
|---|---|---|---|---|---|---|
| | | | Account: Winn Dixie | | | |
| Store Number | Branch Location | Invoice Number | PO Number | Invoice Date | Days Outstanding | Invoice Amount |
| 0072 | 7790080 | 16408718 | 22861-0612253540 | 03/16/2006 | 267 | $302.88 |
| 0243 | 7269487 | 61101567 | 22901-1523874820 | 03/17/2006 | 266 | $399.12 |
| 0123 | 7790032 | 16315313 | 22455-0612153540 | 03/18/2006 | 265 | $6.66 |
| 0176 | 7790076 | 17510786 | 21519-0614053540 | 03/20/2006 | 263 | $185.64 |
| 0361 | 7266024 | 27028664 | 22295-1510174820 | 03/20/2006 | 263 | $22.80 |
| 0278 | 7287206 | 30006039 | 22972-1523774820 | 03/23/2006 | 260 | $379.68 |
| 0337 | 7285998 | 31111140 | 23086-1533974820 | 03/24/2006 | 259 | $11.40 |
| 0142 | 7790120 | 17404334 | 22084-0613953540 | 03/25/2006 | 258 | $23.88 |
| 0151 | 7790123 | 17404333 | 22084-0613953540 | 03/25/2006 | 258 | $18.00 |
| 0080 | 7790130 | 16207747 | 22976-0612053540 | 03/27/2006 | 256 | $11.40 |
| 0025 | 7790127 | 16207755 | 22976-0612053540 | 03/28/2006 | 255 | $34.20 |
| 2281 | 7202462 | 18415904 | 22871-0650525350 | 03/29/2006 | 254 | $105.12 |
| 0003 | 7790110 | 60802232 | 23116-0622253540 | 03/30/2006 | 253 | $5.70 |
| 0500 | 7594942 | 7604016 | 22966-0160313400 | 04/02/2006 | 250 | $106.38 |
| 0659 | 7081449 | 28816007 | 23045-1522480520 | 04/02/2006 | 250 | $13.20 |
| 2344 | 7263775 | 26211272 | 22090-1310525350 | 04/02/2006 | 250 | $169.92 |
| 2340 | 7263736 | 26211282 | 22090-1310525350 | 04/03/2006 | 249 | $96.00 |
| 2342 | 7263751 | 26211283 | 22090-1310525350 | 04/03/2006 | 249 | $48.00 |
| 0209 | 7287182 | 32010857 | 22056-1542874820 | 04/20/2006 | 232 | $18.48 |
| 0481 | 7324231 | 37825290 | 22628-1834913400 | 04/22/2006 | 230 | $201.12 |
| 0201 | 7272242 | 28005090 | 23118-1512374820 | 04/24/2006 | 228 | $148.08 |
| 2320 | 7205305 | 30507882 | 22883-1533325350 | 04/26/2006 | 226 | $534.18 |
| 0084 | 7790064 | 17404469 | 22084-0613953540 | 04/27/2006 | 225 | $189.24 |
| 0481 | 7324231 | 37825299 | 22628-1834913400 | 04/27/2006 | 225 | $239.76 |
| 0003 | 7790110 | 60802345 | 23116-0622253540 | 04/30/2006 | 222 | $487.38 |
| 0651 | 7264599 | 26410626 | 21626-1320180520 | 04/30/2006 | 222 | $179.64 |
| 0683 | 7264601 | 26410630 | 21626-1320180520 | 04/30/2006 | 222 | $167.52 |
| 0676 | 7278942 | 29511098 | 21834-1523180520 | 05/01/2006 | 221 | $275.16 |
| 0336 | 7287218 | 32010910 | 22056-1542874820 | 05/02/2006 | 220 | $301.80 |
| 0699 | 7264841 | 26506756 | 20901-1320280520 | 05/02/2006 | 220 | $20.40 |
| 0370 | 7266036 | 27204781 | 23003-1510374820 | 05/03/2006 | 219 | $379.56 |
| 0195 | 7790086 | 16408958 | 22861-0612253540 | 05/06/2006 | 216 | $198.00 |
| 0145 | 7790075 | 17511036 | 21519-0614053540 | 05/08/2006 | 214 | $36.96 |
| 0481 | 7324231 | 37825334 | 22628-1834913400 | 05/08/2006 | 214 | $73.44 |
| 2342 | 7263751 | 26211464 | 22090-1310525350 | 05/09/2006 | 213 | $33.36 |
| 0506 | 7200102 | 17810908 | 20127-0633013400 | 05/17/2006 | 205 | $170.88 |
| 0209 | 7287182 | 32010988 | 22056-1542874820 | 05/18/2006 | 204 | $39.48 |
| 0687 | 7276544 | 29010059 | 20933-1522680520 | 05/18/2006 | 204 | $330.48 |
| 2343 | 7263763 | 26211514 | 22090-1310525350 | 05/18/2006 | 204 | $151.20 |
| 0123 | 7790032 | 16315785 | 22455-0612153540 | 05/19/2006 | 203 | $73.80 |
| 0616 | 7790183 | 29010062 | 20933-1522653590 | 05/19/2006 | 203 | $425.16 |
| 2263 | 7201902 | 26211519 | 22090-1310525350 | 05/20/2006 | 202 | $700.86 |
| 2311 | 7201953 | 26211520 | 22090-1310525350 | 05/20/2006 | 202 | $240.12 |
| 2344 | 7263775 | 26211521 | 22090-1310525350 | 05/20/2006 | 202 | $120.96 |
| 2392 | 7071184 | 26001182 | 22550-1310325350 | 05/20/2006 | 202 | $274.26 |
| 2237 | 7263686 | 26108351 | 23056-1310425350 | 05/24/2006 | 198 | $233.40 |
| 0500 | 7594942 | 7604016 | 22966-0160313400 | 05/28/2006 | 194 | $106.38 |
| 0555 | 7199767 | 17706381 | 21797-0622113400 | 05/28/2006 | 194 | $391.08 |
| 0252 | 7267382 | 27204802 | 23003 5/6/06 SP | 05/30/2006 | 192 | $1.72 |
| 2323 | 7262494 | 18115527 | 22872-0650225350 | 05/31/2006 | 191 | $221.76 |
| 2340 | 7263736 | 26211570 | 22090-1310525350 | 05/31/2006 | 191 | $100.32 |
| 2343 | 7263763 | 26211567 | 22090-1310525350 | 05/31/2006 | 191 | $72.96 |
| 2344 | 7263775 | 26211568 | 22090-1310525350 | 05/31/2006 | 191 | $72.96 |

| | Kellogg | | | | | |
|---|---|---|---|---|---|---|
| | Account: Winn Dixie | | | | | |
| Store Number | Branch Location | Invoice Number | PO Number | Invoice Date | Days Outstanding | Invoice Amount |
| 2344 | 7263775 | 26211569 | 22090-1310525350 | 05/31/2006 | 191 | $72.96 |
| 0097 | 7790033 | 17010215 | 23079-0613453540 | 06/02/2006 | 189 | $327.48 |
| 1854 | 7116597 | 224708 | 22154-0112068530 | 06/02/2006 | 189 | $166.08 |
| 2246 | 7200936 | 18004907 | 21609-0650125350 | 06/02/2006 | 189 | $184.80 |
| 0142 | 7790120 | 17404620 | 22084-0613953540 | 06/03/2006 | 188 | $36.96 |
| 0195 | 7790086 | 16409088 | 22861-0612253540 | 06/03/2006 | 188 | $219.84 |
| 0488 | 7324256 | 37414399 | 22944-1834513400 | 06/05/2006 | 186 | $85.32 |
| 0336 | 7287218 | 32011062 | 22056-1542874820 | 06/06/2006 | 185 | $18.48 |
| 0255 | 7285911 | 31200737 | 22959-1534074820 | 06/09/2006 | 182 | $352.92 |
| 0103 | 7790034 | 17511213 | 21519-0614053540 | 06/10/2006 | 181 | $13.68 |
| 2342 | 7263751 | 26211615 | 22090-1310525350 | 06/10/2006 | 181 | $13.68 |
| 0460 | 7130382 | 3809864 | 20313-0132213400 | 06/12/2006 | 179 | $33.70 |
| 2340 | 7263736 | 26211617 | 22090-1310525350 | 06/12/2006 | 179 | $326.16 |
| 2343 | 7263763 | 26211616 | 22090-1310525350 | 06/12/2006 | 179 | $410.64 |
| 2344 | 7263775 | 26211618 | 22090-1310525350 | 06/12/2006 | 179 | $357.12 |
| 0237 | 7268675 | 27411022 | 20852-1510874820 | 06/13/2006 | 178 | $305.16 |
| 0562 | 7587189 | 49412476 | 22012 8/23/05 SP | 06/13/2006 | 178 | $70.63 |
| 0209 | 7287182 | 32011100 | 22056-1542874820 | 06/15/2006 | 176 | $13.20 |
| 1416 | 7800034 | 38300189 | 22660-1840553610 | 06/15/2006 | 176 | $52.56 |
| 1418 | 7800035 | 38300185 | 22660-1840553610 | 06/15/2006 | 176 | $35.04 |
| 0469 | 7142932 | 4600030 | 22758-0133213400 | 06/16/2006 | 175 | $312.90 |
| 0319 | 7266784 | 28505069 | 22528-1512974820 | 06/19/2006 | 172 | $27.36 |
| 0371 | 7266796 | 28505071 | 22528-1512974820 | 06/19/2006 | 172 | $27.36 |
| 0385 | 7266810 | 28505070 | 22528-1512974820 | 06/19/2006 | 172 | $27.36 |
| 0387 | 7266822 | 28505072 | 22528-1512974820 | 06/19/2006 | 172 | $27.36 |
| 2660 | 7713744 | 18930484 | 20406-0651149710 | 06/20/2006 | 171 | $281.04 |
| 0226 | 7279767 | 29706618 | 22987-1523374820 | 06/21/2006 | 170 | $8.88 |
| 0667 | 7276532 | 29010184 | 20933-1522680520 | 06/21/2006 | 170 | $1.10 |
| 0247 | 7083189 | 27605066 | 23036-1511274820 | 06/23/2006 | 168 | $232.68 |
| 0054 | 7790079 | 16409183 | 22861-0612253540 | 06/24/2006 | 167 | $201.36 |
| 0302 | 7266772 | 28505089 | 22528-1512974820 | 06/26/2006 | 165 | $22.80 |
| 0702 | 7282395 | 30508242 | 22883-1533380520 | 06/26/2006 | 165 | $11.40 |
| 0265 | 7291216 | 32810599 | 23006-1543674820 | 06/27/2006 | 164 | $32.52 |
| 0345 | 7291228 | 32810596 | 23006-1543674820 | 06/27/2006 | 164 | $75.85 |
| 1405 | 7800030 | 38209860 | 66695 062706 AN | 06/27/2006 | 164 | $77.96 |
| 2261 | 7263039 | 19026543 | 22696-0651225350 | 06/27/2006 | 164 | $755.49 |
| 0616 | 7790183 | 29010216 | 20933-1522653590 | 06/29/2006 | 162 | $259.92 |
| 0702 | 7282395 | 30508272 | 22883-1533380520 | 07/02/2006 | 159 | $150.24 |
| 2314 | 7201736 | 18228231 | 23069-0650325350 | 07/02/2006 | 159 | $213.08 |
| 0176 | 7790076 | 17511346 | 21519-0614053540 | 07/03/2006 | 158 | $198.84 |
| 0302 | 7266772 | 28505108 | 22528-1512974820 | 07/03/2006 | 158 | $35.04 |
| 0319 | 7266784 | 28505109 | 22528-1512974820 | 07/03/2006 | 158 | $17.52 |
| 0385 | 7266810 | 28505110 | 22528-1512974820 | 07/03/2006 | 158 | $10.44 |
| 2340 | 7263736 | 26211692 | 22090-1310525350 | 07/03/2006 | 158 | $181.92 |
| 2342 | 7263751 | 26211691 | 22090-1310525350 | 07/03/2006 | 158 | $269.76 |
| 2343 | 7263763 | 26211690 | 22090-1310525350 | 07/03/2006 | 158 | $286.08 |
| 2216 | 7264296 | 18930588 | 20406-0651125350 | 07/03/2006 | 156 | $250.44 |
| 0407 | 7143530 | 7013582 | 22462-0210113400 | 07/10/2006 | 151 | $306.18 |
| 1430 | 7800029 | 40002718 | 22949-1920153610 | 07/10/2006 | 151 | $311.88 |
| 0352 | 7271380 | 27804519 | 22656-1511674820 | 07/11/2006 | 150 | $186.48 |
| 0463 | 7130394 | 3810071 | 20313-0132213400 | 07/11/2006 | 150 | $100.95 |
| 0723 | 7790178 | 29411660 | 23134-1523053590 | 07/11/2006 | 150 | $220.32 |
| 2237 | 7263686 | 26108619 | 23056-1310425350 | 07/11/2006 | 150 | $256.46 |

| | | | Kellogg | | | |
|---|---|---|---|---|---|---|
| | | | Account: Winn Dixie | | | |
| Store Number | Branch Location | Invoice Number | PO Number | Invoice Date | Days Outstanding | Invoice Amount |
| 2626 | 7587405 | 36920186 | 23150-1833517880 | 07/11/2006 | 150 | $288.72 |
| 0410 | 7129923 | 3700914 | 22903-0132113400 | 07/12/2006 | 149 | $176.88 |
| 0209 | 7287182 | 32011213 | 22056-1542874820 | 07/13/2006 | 148 | $9.24 |
| 0367 | 7287220 | 32011216 | 22056-1542874820 | 07/13/2006 | 148 | $9.24 |
| 0231 | 7272711 | 27525898 | 22997 062706 | 07/14/2006 | 147 | $0.87 |
| 0463 | 7130394 | 3810082 | 20313-0132213400 | 07/14/2006 | 147 | $34.26 |
| 0093 | 7790073 | 17511416 | 21519-0614053540 | 07/15/2006 | 146 | $342.24 |
| 0698 | 7283714 | 30906256 | 21577-1533780520 | 07/18/2006 | 143 | $270.78 |
| 2327 | 7264043 | 26310208 | 22450-1310725350 | 07/18/2006 | 143 | $274.68 |
| 0195 | 7790086 | 16409300 | 22861-0612253540 | 07/22/2006 | 139 | $251.04 |
| 1572 | 7910085 | 41721535 | 20726-1941953610 | 07/24/2006 | 137 | $20.40 |
| 0302 | 7266772 | 28505152 | 22528-1512974820 | 07/25/2006 | 136 | $20.88 |
| 0319 | 7266784 | 28505153 | 22528-1512974820 | 07/25/2006 | 136 | $30.12 |
| 0385 | 7266810 | 28505154 | 22528-1512974820 | 07/25/2006 | 136 | $49.80 |
| 0412 | 7324609 | 17811192 | 20127-0633013400 | 07/27/2006 | 134 | $15.72 |
| 0167 | 7790124 | 17404862 | 22084-0613953540 | 07/30/2006 | 131 | $31.32 |
| 0359 | 7266012 | 27029146 | 22295-1510174820 | 07/30/2006 | 131 | $55.44 |
| 0072 | 7790080 | 16409335 | 22861-0612253540 | 07/31/2006 | 130 | $296.88 |
| 0616 | 7790183 | 29010328 | 20933-1522653590 | 07/31/2006 | 130 | $2.21 |
| 0354 | 7279805 | 29706751 | 22987-1523374820 | 08/01/2006 | 129 | $53.28 |
| 0231 | 7272711 | 27526025 | 22997-1510974820 | 08/07/2006 | 123 | $431.40 |
| 0448 | 7130370 | 3810329 | 20313-0132213400 | 08/08/2006 | 122 | $29.52 |
| 1416 | 7800034 | 38300395 | 22660-1840553610 | 08/10/2006 | 120 | $250.68 |
| 0174 | 7790084 | 16409390 | 22861-0612253540 | 08/11/2006 | 119 | $275.52 |
| 0302 | 7266772 | 28505204 | 22528-1512974820 | 08/11/2006 | 119 | $10.44 |
| 0319 | 7266784 | 28505205 | 22528-1512974820 | 08/11/2006 | 119 | $20.88 |
| 0371 | 7266796 | 28505207 | 22528-1512974820 | 08/11/2006 | 119 | $20.88 |
| 0385 | 7266810 | 28505206 | 22528-1512974820 | 08/11/2006 | 119 | $20.88 |
| 0387 | 7266822 | 28505208 | 22528-1512974820 | 08/11/2006 | 119 | $10.44 |
| 0359 | 7266012 | 27029178 | 22295-1510174820 | 08/14/2006 | 116 | $34.20 |
| 0462 | 7129974 | 3701020 | 22903-0132113400 | 08/14/2006 | 116 | $55.32 |
| 0226 | 7279767 | 29706790 | 22987-1523374820 | 08/15/2006 | 115 | $8.88 |
| 0412 | 7324609 | 17811264 | 20127-0633013400 | 08/16/2006 | 114 | $78.00 |
| 2328 | 7071172 | 18228457 | 23069-0650325350 | 08/16/2006 | 114 | $102.36 |
| 2328 | 7071172 | 18228459 | 23069-0650325350 | 08/16/2006 | 114 | $108.20 |
| 2263 | 7201902 | 26211928 | 22090-1310525350 | 08/19/2006 | 111 | $44.64 |
| 0174 | 7790084 | 16409418 | 22861-0612253540 | 08/20/2006 | 110 | $199.20 |
| 2311 | 7201953 | 26211930 | 22090-1310525350 | 08/20/2006 | 110 | $56.88 |
| 0236 | 7279779 | 29706816 | 22987-1523374820 | 08/22/2006 | 108 | $0.37 |
| 0387 | 7266822 | 28505230 | 22528-1512974820 | 08/22/2006 | 108 | $156.60 |
| 2343 | 7263763 | 26211947 | 22090-1310525350 | 08/22/2006 | 108 | $71.04 |
| 0302 | 7266772 | 28505240 | 22528-1512974820 | 08/24/2006 | 106 | $20.88 |
| 0385 | 7266810 | 28505239 | 22528-1512974820 | 08/24/2006 | 106 | $52.20 |
| 2314 | 7201736 | 18228520 | 23069-0650325350 | 08/27/2006 | 103 | $91.32 |
| 0460 | 7130382 | 3810394 | 20313-0132113400 | 08/30/2006 | 100 | $13.68 |
| 2328 | 7071172 | 18228539 | 23069-0650325350 | 08/31/2006 | 99 | $32.88 |
| 0084 | 7790064 | 17404992 | 22084-0613953540 | 09/02/2006 | 97 | $44.52 |
| 0180 | 7790066 | 17404991 | 22084-0613953540 | 09/02/2006 | 97 | $18.00 |
| 0097 | 7790033 | 17010486 | 23079-0613453540 | 09/05/2006 | 94 | $241.20 |
| 0237 | 7268675 | 27411409 | 20852-1510874820 | 09/07/2006 | 92 | $265.20 |
| 0237 | 7268675 | 27411410 | 20852-1510874820 | 09/07/2006 | 92 | $132.60 |
| 0256 | 7285923 | 31112075 | 23086-1533974820 | 09/11/2006 | 88 | $0.37 |
| 0242 | 7269475 | 61101959 | 22901-1523874820 | 09/14/2006 | 85 | $24.12 |

| | Kellogg | | | | | |
| | Account: Winn Dixie | | | | | |
| Store Number | Branch Location | Invoice Number | PO Number | Invoice Date | Days Outstanding | Invoice Amount |
|---|---|---|---|---|---|---|
| 0698 | 7283714 | 30906635 | 21577-1533780520 | 09/14/2006 | 85 | $146.12 |
| 0243 | 7269487 | 61101963 | 22901-1523874820 | 09/15/2006 | 84 | $18.00 |
| 0326 | 7280187 | 29815486 | 22935-1523474820 | 09/18/2006 | 81 | $57.60 |
| 2340 | 7263736 | 26212072 | 22090-1310525350 | 09/18/2006 | 81 | $272.52 |
| 2343 | 7263763 | 26212075 | 22090-1310525350 | 09/18/2006 | 81 | $142.80 |
| 0302 | 7266772 | 28505322 | 22528-1512974820 | 09/19/2006 | 80 | $18.00 |
| 0371 | 7266796 | 28505325 | 22528-1512974820 | 09/19/2006 | 80 | $28.44 |
| 0385 | 7266810 | 28505324 | 22528-1512974820 | 09/19/2006 | 80 | $28.44 |
| 0387 | 7266822 | 28505326 | 22528-1512974820 | 09/19/2006 | 80 | $36.00 |
| 0274 | 7287853 | 32127178 | 21171-1542974820 | 09/20/2006 | 79 | $9.24 |
| 2263 | 7201902 | 26212090 | 22090-1310525350 | 09/22/2006 | 77 | $99.00 |
| 0552 | 7324270 | 37414988 | 22944-1834513400 | 10/01/2006 | 68 | $45.12 |
| 2340 | 7263736 | 26212121 | 22090-1310525350 | 10/01/2006 | 68 | $13.92 |
| 2340 | 7263736 | 26212126 | 22090-1310525350 | 10/01/2006 | 68 | $221.76 |
| 2311 | 7201953 | 26212141 | 22090-1310525350 | 10/02/2006 | 67 | $221.76 |
| 2340 | 7263736 | 26212140 | 22090-1310525350 | 10/02/2006 | 67 | $147.84 |
| 2343 | 7263763 | 26212139 | 22090-1310525350 | 10/02/2006 | 67 | $221.76 |
| 0243 | 7269487 | 61101997 | 22901-1523874820 | 10/03/2006 | 66 | $200.40 |
| 2392 | 7071184 | 26001868 | 22550-1310325350 | 10/04/2006 | 65 | $285.92 |
| 0237 | 7268675 | 27411626 | 20852-1510874820 | 10/05/2006 | 64 | $48.96 |
| 0302 | 7266772 | 28505376 | 22528-1512974820 | 10/10/2006 | 59 | $90.00 |
| 0319 | 7266784 | 28505377 | 22528-1512974820 | 10/10/2006 | 59 | $45.00 |
| 2260 | 7263445 | 26001893 | 22550-1310325350 | 10/10/2006 | 59 | $72.20 |
| 0176 | 7790076 | 17511914 | 21519-0614053540 | 10/12/2006 | 57 | $102.24 |
| 2343 | 7263763 | 26212193 | 22090-1310525350 | 10/14/2006 | 55 | $117.00 |
| 0385 | 7266810 | 28505409 | 22528-1512974820 | 10/19/2006 | 50 | $188.28 |
| 0387 | 7266822 | 28505412 | 22528-1512974820 | 10/20/2006 | 49 | $54.00 |
| 0381 | 7275011 | 28624760 | 22387-1520474820 | 10/24/2006 | 45 | $434.52 |
| 0268 | 7285974 | 31201121 | 22959-1534074820 | 10/29/2006 | 40 | $127.20 |
| 0302 | 7266772 | 28505426 | 22528-1512974820 | 10/29/2006 | 40 | $9.00 |
| 0319 | 7266784 | 28505427 | 22528-1512974820 | 10/29/2006 | 40 | $9.00 |
| 1812 | 7118209 | 809420 | 20103-0112768530 | 10/29/2006 | 40 | $228.98 |
| 0319 | 7266784 | 28505437 | 22528-1512974820 | 10/30/2006 | 39 | $208.44 |
| 0371 | 7266796 | 28505440 | 22528-1512974820 | 10/31/2006 | 38 | $68.40 |
| 0387 | 7266822 | 28505439 | 22528-1512974820 | 10/31/2006 | 38 | $60.60 |
| 0657 | 7275872 | 28817079 | 23045-1522480520 | 11/02/2006 | 36 | $72.00 |
| 0735 | 7265349 | 26703787 | 22939 4/6/06 SP | 11/02/2006 | 36 | $138.60 |
| 2301 | 7201371 | 18116716 | 22872-0650225350 | 11/09/2006 | 29 | $21.12 |
| 0359 | 7266012 | 27029539 | 22295-1510174820 | 11/10/2006 | 28 | $54.00 |
| 0084 | 7790064 | 17405238 | 22084-0613953540 | 11/11/2006 | 27 | $55.80 |
| 0318 | 7267406 | 27205538 | 23003-1510374820 | 11/13/2006 | 25 | $18.48 |
| 0141 | 7790074 | 16317252 | 22455-0612153540 | 11/14/2006 | 24 | $15.72 |
| 0302 | 7266772 | 28505481 | 22528-1512974820 | 11/16/2006 | 22 | $106.08 |
| 0710 | 7282421 | 30509111 | 22883-1533380520 | 11/16/2006 | 22 | $132.60 |
| 0141 | 7790074 | 16317277 | 22455-0612153540 | 11/17/2006 | 21 | $126.00 |
| 1418 | 7800035 | 38300841 | 22660-1840553610 | 11/21/2006 | 17 | $310.56 |
| 1431 | 7800039 | 38300840 | 22660-1840553610 | 11/21/2006 | 17 | $407.52 |
| | | | | | Murray Total: | 39,005.29 |