UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                         Case No. 05-03817-3F1

Winn-Dixie Stores, Inc., et al.,                               Chapter 11

Reorganized Debtors.                                           Jointly Administered

_____

## APPLICATION OF SHARON ASHLEY FOR ALLOWANCE OF ADMINISTRIVE CLAIM (POST-PETTIION PERSONAL INJURY CLAIM)

COMES NOW, SHARON ASHLEY and Albert Ashley, her husband, ("Movant") and Pursuant to 11 U.S.C. § 503 request this Court enter an Order approving this application to have and allowed administrative claim against the Estate, and to authorize payment of the claim, and would show:

1.      On February 21, 2005, the Debtors filed a Voluntary Petition under Chapter 11 of the U.S. Bankruptcy Code.

2.      The Court confirmed the Debtor's Plan of Reorganization and the effective date of the Plan is November 21, 2006.

3.      Between the Petition Date and the Effective Date, Movant was injured at a Winn Dixie store as a result of Winn Dixie's negligence.  As a proximate result of the negligence, Movant suffered damages.  A summary of the incident and damages is set for in "Exhibit A" attached hereto.

4.      Movant's injury and damages result from the ordinary business operations of the Debtors between the Petition Date and the Effective Date of the Debtor's Plan of Reorganization.

5.      The Movant's personal injury claim has not yet been liquidated.

6.      Pursuant to 11 U.S.C. § 503(b)(1), the Movant respectfully requests the

Court enter an Order allowing the post-petition claim as an administrative

expense claim.  Upon liquidation of the Movant's post-petition claims, the

Movant requests that the Court enter an Order requiring the Debtor to pay

the allowed administrative claim in full.

7.      The Movant requests that all future pleadings and notices regarding or related to

this Application or claim be served upon:

> Sharon Ashley
> c/o Charles Dodson, Esquire
> 215 Delta Court
> Tallahassee, FL 32303

WHEREFORE, the Movant respectfully requests the Court enter an Order granting the

relief requested, approving the Application, and for such further relief as the Court finds just.

> /S/ JAMES E. SORENSON
> JAMES E. SORENOSON
> Fla. Bar No. 0086525
> WILLIAMS, GAUTIER, GWYNN,
> DELOACH & SORENSON, P.A.
> P.O. Box 4128
> Tallahassee, Florida 32315-4128
> (850) 386-3300
> (850) 205-4755
> Attorneys for Sharon Ashley
> c/o Charles Dodson

Certificate of Service

I HEREBY CERTIFY that a copy of the forgoing Application for Allowance of an

Administrative Expense was furnished by electronic or standard mail to the parties listed below

on this 5th day of January, 2006.

/S/ JAMES E. SORENSON

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, Florida 32254-3699

James Post
Smith Hulsey & Busey
225 Water St., Ste. 1800
Jacksonville, FL 32202

Matthew Barr
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036