## EXHIBIT A

Pursuant to the Notice dated December 6, 2006 in this case, Sharon Ashley and Albert Ashley, wife and husband, serve this Application stating we have a claim against Winn-Dixie Stores, Inc., and potentially other entities listed in footnote 1 of that Notice. The basis for this claim is on or about January 9, 2006, I (Sharon Ashley) was a customer at the Winn Dixie grocery store in Crawfordville, Florida. I went there to shop. The store was in the process of rearranging/redecorating/remodeling. The Winn Dixie employees were taking merchandise off the shelves and putting it on the floor. There was considerable confusion and a significant number of Winn Dixie employees working there, while the store was open for business. While I was shopping, some Winn Dixie employees were moving a cart full of merchandise from one aisle to another. They apparently could not see where they were going because so much merchandise was stacked in the cart. This forced me to move out of their way, causing me to trip over merchandise on the floor and fall. I was significantly injured as a result.

My primary medical treatment since the accident has been by Dr. James Thomas (my primary care physician) and Dr. Gregg Alexander (orthopedic surgeon).

Dr. Alexander has diagnosed me with a prominent central annular tear at L5-S1. At L4-5 there is also central protrusion with a visible annular tear. He has told me this will cause me significant permanent pain.

I was only 54 years old when this accident occurred. I am in constant back pain of significant severity. It is certainly affecting my marital relationship with my husband, Albert.

/S/SHARON ASHLEY