UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No.: 05-03817-3F1 |
| | ) |
| Winn-Dixie Stores, Inc., et al.,[1] | ) |
| | ) Chapter 11 |
| Reorganized Debtors. | ) |
| | ) Jointly Administered |
| | ) |
| | ) MOTION FOR APPLICATION AND |
| | ) REQUEST FOR PAYMENT OF |
| | ) CLAIM |
| | ) |

The Party in Interest, Creditor "Thelma Gardner", by and through her undersigned counsel, pursuant to Rule 6(b), Federal Rules of Civil Procedure, and Rule 3.01 (g), Local Rules, United States District Court, Middle District of Florida, hereby moves this Court for entry of an Order granting application and request for payment of claim, and states:

1. On or about November 9, 2006, the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division entered its Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc., and Affiliated Debtors. Consequently, the Party in Interest's response is due on or before January 5, 2006.

2. On or about July 5, 2006, the Creditor in Interest was injured in Winn-Dixie Store #2602, 5134 Firestone Road, Jacksonville, Florida 32210 (Division: Save Rite 33) Further, these injuries have resulted in personal injury for which Creditor has a legal claim against Winn-Dixie Store, Inc., and Affiliate Debtors for which damages are recoverable.

3. The Creditor's counsel respectfully requests that this Court enter an order granting APPLICATION AND REQUEST FOR PAYMENT OF CLAIM.

Respectfully submitted,

**Davis Law Group, P.A.**
Attorneys at Law

  s/Kevin M. Cobbin
Kevin M. Cobbin, Esquire
Florida Bar Number:0645206
255 Liberty Street, Suite A
Jacksonville, Florida 32202
Telephone: (904) 354-0104
Facsimile:   (904) 354-0122

Attorney for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 5, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system and/or filed by hand delivery. I further certify that on the same day a copy of the foregoing document and notice of filing was furnished to the following, either by the CM/ECF system to the CM/ECF participants or by U.S. Mail and fax to the non-CM/ECF participants:

James Post, Esquire
Smith Hulsey & Busey
225 Waters Street, Suite 1800
Jacksonville, FL 32202

Matthew Barr, Millbank, Tweed,
Hadley & McCloy LLP
1 Chase Manhattan Plaza,
 New York, New York 10005

  s/ Kevin M. Cobbin
Kevin M. Cobbin, Esquire