In re:

WINN-DIXIE STORES, INC., et al.,

   Debtors.     /

Case No.: 3-05-bk-3817 (JAF)

Chapter 11

Jointly Administered

## APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE STATUS FOR POST-PETITION CLAIM AND REQUEST FOR NOTICE
(Katherine Cidlowski)

 COMES NOW Katherine Cidlowski ("Applicant"), through the undersigned attorneys, and seeks administrative expense status for Applicant's claim against one or more of the Debtors pursuant to 11 U.S.C. § 503(b). Applicant requests the entry of an order allowing the administrative expense described below and directing the payment of such amount pursuant to Order Confirming the Joint Plan of Reorganization of Winn-Dixie Stores, Inc., and Affiliated Debtors (the "Confirmation Order") and the provisions of the Plan as confirmed. In support of this Application, Applicant states as follows:

### JURISDICTION AND VENUE

 1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. § 157(b)(2).

### FACTUAL BACKGROUND

 2. Winn-Dixie Stores, Inc., et al. (the "Debtors"), filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on or about February 21, 2005 (the "Petition Date"). After the Petition Date and on or about March 6, 2006,

Applicant was injured at the Winn-Dixie Store No. 0750 located at 6270 Commercial Way, Brooksville, Florida. Applicant was shopping in the store when she tripped and fell forward over a raised square metal plate installed on the floor of the store. The plate covers mechanical lines that go to the chase box holding the refrigeration lines. It was later determined that a display case was supposed to be over the plate, but that an employee had moved the display case, leaving the metal plate (one corner of which was crumpled up) in the direct path of customers walking toward the dairy case. Applicant suffered injuries to her knees, wrist, back and chest. As a proximate result of the injury, Applicant has suffered damages totaling in excess of $85,000.00, which damages Applicant can support through medical records and other proof. Applicant's damages may not be fully liquidated at this time.

## APPLICANT'S CLAIM IS ENTITLED TO ADMINISTRATIVE EXPENSE STATUS

3. Section 503(b) of the Bankruptcy Code provides for the allowance of administrative expense status, and its attendant priority for payment, for the "actual, necessary costs and expenses of preserving the estate . . . " 11 U.S.C. § 503(b). It is well-established that personal injury claims arising from a post-petition tort committed by the debtor are entitled to administrative expense status. *See, Reading Co. v. Brown, 391* U.S. 471,485 (post-petition fire damages resulting from trustee's negligence were entitled to administrative expense status); *In re Piper Aircraft Corp.,* 169 B.R. 766 (Bankr. S.D. Fla. 1994).

4. In this instance, Applicant's claim arose as a result of the business

operations of one or more of the Debtors after the Petition Date but prior to the Confirmation Order. As such, Applicant's claim is entitled to administrative expense status under 11 U.S.C. § 503(b), and Applicant seeks the entry of an order awarding such status.

## REQUEST FOR FUTURE NOTICE

Applicant requests that all future pleadings and notices regarding or affecting Applicant's claim be served upon:

>Pamela J. Mills, Esq.
>O'Malley & Mills, P.A.
>4245 Rachel Boulevard
>Spring Hill, FL  34608
>Tel:  (352) 597-8309
>Fax: (352) 597-8378

WHEREFORE, based upon the foregoing, Applicant requests that the Court enter an order granting the relief requested herein and such other relief as it deems just and proper.

>ADDISON & DELANO, P. A.
>Post Office Box 2175
>Tampa, Florida  33601-2175
>Tel:  (813) 223-2000
>Fax:  (813) 228-6000
>Attorneys for Applicant
>
>/s/ Caryl E. Delano
>Caryl E. Delano
>cdelano@addisondelano.com
>Florida Bar No. 040721

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 5, 2007 I filed this APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE STATUS FOR POSTPETITION CLAIM AND REQUEST FOR NOTICE through the CM/ECF filing system, which will cause a copy to be served on James H. Post, Esq., Counsel for the Reorganized Debtors, Matthew Barr, Esq. and John MacDonald, Esq., Counsel for the Post-Effective Date Committee, Elena L. Escamilla, Esq., counsel for the Office of the United States Trustee and all other parties participating in the CM/ECF System, all served electronically.

                                              /s/ Caryl E. Delano
                                              Caryl E. Delano

t:\data\files\clients open\cidlowski.winndixie.2044\pld\application for allowance 23344.doc