## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO.  05-03817-3F1 |
| WINN DIXIE STORES, INC., ET AL | * | CHAPTER 11 |
| REORGANIZED DEBTORS | * | JOINTLY ADMINISTERED |
| *     *     *     *     *     *     * | | |

## MOTION TO ALLOW LATE FILED CLAIM ON BEHALF OF TIMOTHY and GINA WILTZ, ON BEHALF OF THEIR MINOR SON, RYAN WILTZ

NOW INTO COURT, through undersigned counsel, come Timothy and Gina Wiltz, on behalf of their minor son, Ryan Wiltz, who pursuant to Section 12.1 of the Plan and the Notice of December 6, 2006 of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing Claims Arising Before Effective Date and Other Administrative Claims, move this Court to allow the attached proof of claim to be filed.

### FACTUAL BACKGROUND

1.        Timothy and Gina Wiltz filed a lawsuit on 4-11-06 for personal injuries to their minor son, Ryan Wiltz alleging negligence against Winn Dixie Montgomery, Inc. for an automobile accident which occurred on August 21, 2005.  The lawsuit is pending in the Twenty Fourth Judicial District Court in and for the Parish of Jefferson, State of Louisiana captioned *Gina Wiltz, et al v. Brothers Petroleum, L.L.C., et al,#630-138, Div "J."*

2.        In the Louisiana lawsuit, Winn Dixie Montgomery, Inc. has not raised bankruptcy as an affirmative defense, nor has Winn Dixie sought to have the Louisiana lawsuit stayed.

3.    The Wiltzes, through their counsel, only became aware of their duty to file anything into the record of this matter when their counsel received the December 6, 2006 Notice of the Court through Winn Dixie's counsel in the Louisiana lawsuit.

4.    Out of an abundance of caution, Timothy and Gina Wiltz file this motion. Paragraph 3 of the December 6, 2006 Notice requires that all requests for payment of any administrative claim or any Claim arising against the debtors in the period between February 21, 2005 and November 21, 2006 must be made by application filed with the Bankruptcy Court and served on counsel for the Reorganized Debtors and Post-Effective Date Committee no later than January 5, 2007.

The Wiltzes' claims against Winn Dixie Montgomery, Inc. are disputed, non-priority, non-security debt, which are being litigated solely in the State of Louisiana.

## CONCLUSION

For the foregoing reasons, *Motion to Allow Late Filed Claim on Behalf of Timothy and Gina Wiltz, on Behalf of Their Minor Son, Ryan Wiltz* should be GRANTED.

**RESPECTFULLY SUBMITTED,**

/s/ Richard C. Trahant
**RICHARD C. TRAHANT (LSBA # 22653)**
ATTORNEY AT LAW
2908 Hessmer Ave.
Metairie, LA 70002
(504) 780-9891
(504) 780-7741 *fax*
trahant@networktel.net

Counsel for Timothy and Gina Wiltz

2

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| **IN RE:** | * | **CASE NO.  05-03817-3F1** |
| **WINN DIXIE STORES, INC., ET AL** | * | **CHAPTER 11** |
| **REORGANIZED DEBTORS** | * | **JOINTLY ADMINISTERED** |
| *        *        *        *        *        *        * | | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served by placing same in the United States mail, postage prepaid and properly addressed, this 5th day of January, 2007 to:

Counsel for the Reorganized Debtors

James Post
Smith Hulsey & Busey
225 Water Street
Suite 1800
Jacksonville, Florida 32202

Counsel for the Post-Effective Date Committee

Matthew Barr
Milbank, Tweed, Hadley & McCoy, LLP
1 Chase Manhattan Plaza
New York, New York 10005

/s/ Richard C. Trahant
**RICHARD C. TRAHANT (LSBA # 22653)**
ATTORNEY AT LAW
2908 Hessmer Ave.
Metairie, LA  70002
(504) 780-9891
(504) 780-7741 *fax*
trahant@networktel.net

Counsel for Timothy and Gina Wiltz

3