IN THE UNITED BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:  WINN DIXIE STORES, INC.,        CASE NO. 3:05-BK-03817-3F1
ET. AL., DEBTORS

CHAPTER 11, JOINTLY
_____/        ADMINISTERED

**APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE CLAIM
FOR CERTAIN POST-PETITION PERSONAL INJURY CLAIMANT**

COMES NOW the Movant, OUIDA PITTMAN (hereinafter "Movant"), by and through her undersigned counsel, and pursuant to 11 U.S.C. Section 503, requests this Court enter an Order approving her application to have allowed administrative claim against the Estate and to authority the payment of her contingent and unliquidated claim, and would show:

1. On February 21, 2005, the Debtors filed voluntary Petitions under Chapter 11 of the United States Bankruptcy Code.

2. On June 8, 2006, Movant, Ouida Pittman, suffered a personal injury to her body, incurred medical expenses as a result thereof and will have future medical expenses and has pain and suffering, past, present and future from an accident that occurred at a Winn-Dixie Store.  It is asserted that the Debtor is responsible for the accident, injury and damages as a result of certain negligence in the maintenance of its floors and store premises.  The store wherein the alleged accident occurred is Winn Dixie No. 1483 in Picayune, Pearl River County, Miss.  A claim is currently pending through Debtor's third party administrator, Sedgwick Claims Management Services, Claim No.

A6112051330001-01. The claim is unliquidated and the Movant continues to treat for her injuries.

3. The Debtors are operating their businesses and managing their property as a debtor in possession pursuant to Section 1107(a) and Sec. 1108 of the Bankruptcy Code. The Court has appointed an official committee of unsecured creditors to serve in these cases. The Court has entered Orders setting out certain procedures to resolve personal injury claims.

4. Subsequent to the filing of the bankruptcy case, the Movant suffered personal injuries as a result of negligence by the Debtors. The Movant asserts the right to assert administrative expenses claims due to the post-petition occurrence of her claim.

5. The personal injury claim of the Movant has not yet been liquidated. Nonetheless, the value of the claim may be in excess of $75,000.00.

6. The Court has entered an Order setting a bar date to file administrative expense claims.

7. The Court may award an administrative expense priority under Section 503(b) for the "actual, necessary costs and expenses of preserving the estate…" 11 U.S.C. Section 503(b)(1). Damages arising from a post-petition tort committed by a debtor are entitled to administrative expense status.

8. The Movant requests that all future pleadings and notices regarding or related to this Movant's Application or claim be served upon:

Ouida Pittman
C/o Colette A. Oldmixon, Esq.
Smith & Oldmixon
Post Office Box 393

    Poplarville, Miss.  39470
    (601)795-2261
    sofirm@bellsouth.net

WHEREFORE, the Movant, Ouida Pittman, respectfully requests the Court to enter an Order allowing her post-petition administrative expense claim, subject to liquidation by either consent of the parties or a court of competent jurisdiction.  Upon liquidation of her post-petition claim, the Movant requests the Court enter an Order requiring the Debtors, as a condition of confirmation of their Chapter 11 Plan, to pay the allowed administrative claim in full.

Respectfully submitted, this, the 5th day of January, A.D., 2007.

                          OUIDA PITTMAN, MOVANT

                         /S/David L. Sweat
                         David L. Sweat, Esquire
                         Rue & Ziffra, PA
                         632 Dunlawton Avenue
                         Pot Orange, Florida 32127
                         (386) 788-7700
                         (386) 788-8707 (fax)
                         FBN:  0982784
                         tponder@rueziffra.com
                         dsweat@rueziffra.com
                         Attorneys for Ouida Pittman. Movant
                         C/o Colette A. Oldmixon, Esq.
                         Smith & Oldmixon
                         Post Office Box 393
                         Poplarville, Miss.  39470
                         (601)795-2261
                         (601)795-0467 (fax)
                         sofirm@bellsouth.net

**<u>CERTIFICATE OF SERVICE</u>**

      I, David L. Sweat, of counsel for the Movant, do hereby certify that I have this day furnished a true and correct copy of the above and foregoing Application for

Allowance of Administrative Claim for Certain Post Petition Personal Injury Claimant by electronic means to the parties listed below on the 5th day of January, A.D., 2007:

James Post, Esq., jpost@smithhulsey.com, Counsel for the Reorganized Debtors
Matthew Barr, Esq., mbarr@milbank.com, Counsel for Post-Effective Date Committee
Elena L.Escamilla, U.S. Trustee, Elena.L.Escamilla@usdoj.gov

/s/ David L. Sweat, Esquire
OF COUNSEL FOR MOVANT