UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No.: 05-03817-3F1 |
| | ) |
| Winn-Dixie Stores, Inc., et al.,[1] | ) |
| | ) Chapter 11 |
| Reorganized Debtors. | ) |
| | ) Jointly Administered |
| | ) |
| | ) MOTION FOR APPLICATION AND |
| | ) REQUEST FOR PAYMENT OF |
| | ) CLAIM |
| | ) |

The Party in Interest, Creditor "Mildred Staten", by and through her undersigned counsel, pursuant to Rule 6(b), Federal Rules of Civil Procedure, and Rule 3.01 (g), Local Rules, United States District Court, Middle District of Florida, hereby moves this Court for entry of an Order granting application and request for payment of claim, and states:

1.   On or about November 9, 2006, the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division entered its Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc., and Affiliated Debtors. Consequently, the Party in Interest's response is due on or before January 5, 2006.

2.   On or about April 8, 2006, the Creditor in Interest was injured in Winn-Dixie Store #01-0084-0001, 1722 South 8th Street, Fernandina Beach, Florida 32034. Further, these injuries have resulted in personal injury for which Creditor has a legal claim against Winn-Dixie Store, Inc., and Affiliate Debtors for which damages demanded (Attachment A) of Sedgwick Claims Management Services, Inc. are recoverable.

3. The Creditor's counsel respectfully requests that this Court enter an order granting APPLICATION AND REQUEST FOR PAYMENT OF CLAIM.

Respectfully submitted,

**Davis Law Group, P.A.**
Attorneys at Law


  s/Kevin M. Cobbin
Kevin M. Cobbin, Esquire
Florida Bar Number:0645206
255 Liberty Street, Suite A
Jacksonville, Florida 32202
Telephone: (904) 354-0104
Facsimile:   (904) 354-0122

Attorney for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 5, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system and/or filed by hand delivery. I further certify that on the same day a copy of the foregoing document and notice of filing was furnished to the following, either by the CM/ECF system to the CM/ECF participants or by U.S. Mail and fax to the non-CM/ECF participants:

James Post, Esquire
Smith Hulsey & Busey
225 Waters Street, Suite 1800
Jacksonville, FL 32202

Matthew Barr, Millbank, Tweed,
Hadley & McCloy LLP
1 Chase Manhattan Plaza,
 New York, New York 10005


  s/ Kevin M. Cobbin
Kevin M. Cobbin, Esquire

# ATTACHMENT

Felicia Holland
December 6, 2006
Page 4

December 6, 2006


Felicia Holland
GL Claims Examiner II
SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.
Post Office Box 24787
Jacksonville, Florida 32241-4787

Re:  My Client:   Mildred Staten
     Y/Insured:   Winn Dixie Stores
     Location:    Fernandina, Beach, FL (#01-0084-001)
     Claims No.:  A611203018-0001-01
     D/A:         April 8, 2006

Dear Ms. Holland:

As you know, this law firm represents Mildred Staten with regards to the personal injuries she sustained as a result of the above-reference incident. This will serve as a Demand for Settlement on behalf of my client. I have enclosed several documents that will assist you in evaluating my client's claim and in responding to this Demand for Settlement.

## LIABILITY

On April 8, 2006, Ms. Staten was a customer in your insured's store. As she proceeded to shop, unknowing to her, chicken grease from another customer's purchase had waste onto the floor causing Ms. Staten to slip and fall. This incident caused Ms. Staten to hit her left knee and ultimately fall on her buttocks. Liability on the part of your insured, Winn-Dixie is clear in this case as are my client's injuries and damages.

## MEDICALS

On the following day after the incident, Ms. Staten reported to Baptist Beaches Hospital emergency room where x-rays were taken of her knee, wrist and neck. She was diagnosed with a knee and wrist sprain. Ms. Staten was given a prescription for Vicodin and was advised to follow-up with her primary doctor.

On May 26, 2006, after undergoing insurance problems, First Coast Medical Center agreed to treat Ms. Staten for her injuries she sustained. On May 30, 2006, Dr. Cumber examined Ms. Staten for complaints of neck pain and stiffness that radiated into her right shoulder

Felicia Holland
December 6, 2006
Page 5

and into her right arm and elbow.  She had complaints of middle back pain, low back pain, numbness, tingling and burning pain of the right thumb and left knee abrasion.  The examination revealed that Ms. Staten had spasms in the cervical spine and bilateral paravertebral muscle and SI notch tenderness and spasms with limited range of motion in the thoracic spine. In addition, the lumbar spine had bilateral paravertebral muscle and SI notch tenderness with flexion to the toes with discomfort.

Dr. Cumber outlined Ms. Staten's plan of treatment which included physical therapy and manual medicine and prescribed Flexeril for spasms. Dr. Cumber rendered the impressions as follow: (1) Cervical myofascial syndrome; (2) Thoracic myofascial syndrome; (3) Lumbar myofascial syndrome; (4) Lumbar radiculitis; (5) Cervical radiculitis versus right bicep tendonitis.

On June 27, 2006, Ms. Staten followed-up with Dr. Cumber with complaints of an aching pain in her right shoulder and numbness in her hand.  She continued to have spasms with decreased range of motion in the cervical spine and tenderness in the thoracic and lumbar spines.  Dr. Cumber continued Ms. Staten with physical therapy and manual medicine and educated her on the use of ice and other thermal modalities at home.  She was given additional instructions with regards to rest, activity modification and body mechanics.

On September 11, 2006, Ms. Staten returned to First Coast Medical Center with the completion of physical therapy and manual medicine for a final evaluation.  After an extensive evaluation of Ms. Staten's activities of daily living, discussion with patient, and clinical examination,  Dr. Cumber released her at Maximum Medical Improvement (MMI) an assigned an eight to ten (8-10%) percent permanent impairment rating to her body as a whole.  Dr. Cumber estimated future care and treatment will be approximately 10-12 visits per year at a cost of approximately $1,000.00 to $1,200.00 per year.  Ms. Staten's final medical diagnoses are: (1) Cervical, thoracic and lumbar myofascial syndrome; (2) Cervical radiculitis versus contusion of the right thumb; and (3) Lumbar radiculitus.

*Southbank Imaging Services*
On August 23, 2006, an MRI of the Lumbar Spine revealed a central disk herniation at L5-S1, presenting as a broad-based disk protrusion, impinging upon the thecal sac.

## **DAMAGES**

Below are some of my client's special damages associated with this accident.

| | |
|---|---|
| Baptist Medical Center-Nassau | $   545.00 |
| Southbank Imaging Services | $ 1,150.00 |
| First Coast Medial Center | $ 4,477.00 |
| Out of Pocket Self-pay | $   227.00 |

5

Felicia Holland
December 6, 2006
Page 6

**TOTAL          $ 8,428.00**

Ms. Staten was born January 20, 1942, and is married to Willie Staten. She is unemployed. Prior to the accident, Ms. Staten lived an active lifestyle. She walked twice a week, did household chores and enjoyed shopping. However, my client's quality of life will never be as she once knew it. While we are mindful that no amount of money is adequate to compensate Ms. Staten for the damage she has sustain, we hereby demand **SEVENTY THOUSAND DOLLARS ($70,000.00)** to amicably resolve and settle this claim.

Sincerely,


Dexter Van Davis, Esquire

DVD/vf

Enclosures

cc:    Ms. Mildred Staten

Felicia Holland
December 6, 2006
Page 7