# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,           Case No.: 3-05-bk-3817 (JAF)

     Debtors.     /                    Chapter 11

                                                               Jointly Administered

## APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE STATUS FOR POST-PETITION CLAIM AND REQUEST FOR NOTICE
(Beth Ann Semunuk)

COMES NOW Beth Ann Semunuk ("Applicant"), through the undersigned attorneys, and seeks administrative expense status for Applicant's claim against one or more of the Debtors pursuant to 11 U.S.C. § 503(b). Applicant requests the entry of an order allowing the administrative expense described below and directing the payment of such amount pursuant to Order Confirming the Joint Plan of Reorganization of Winn-Dixie Stores, Inc., and Affiliated Debtors (the "Confirmation Order") and the provisions of the Plan as confirmed. In support of this Application, Applicant states as follows:

## JURISDICTION AND VENUE

1.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. § 157(b)(2).

## FACTUAL BACKGROUND

2.    Winn-Dixie Stores, Inc., et al. (the "Debtors") filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on or about February

21, 2005 (the "Petition Date").  After the Petition Date and on or about July 2, 2006, Applicant was injured at Winn-Dixie Store No. 0750, 6270 Commercial Way, Brooksville, Florida.  Applicant, a 28-year old pregnant woman, was shopping in the store when she slipped and fell on a trailing stream of water coming from a leaking and dysfunctioning ice freezer.  She suffered pain in her stomach, low back and left hip, but was unable to receive treatment until after her baby was delivered.  The baby did not suffer any injuries as a result of the fall, but Applicant's delivery was more painful than she had experienced in the delivery of her prior two children.  Winn-Dixie had the duty to maintain the ice freezer, to clean up any water leaks and to warn customers of the leak, all of which it failed to do.  As a proximate result of the injury, Applicant has suffered damages totaling in excess of $100,000.00, which damages Applicant can support through medical records and other proof.  Applicant's damages may not be fully liquidated at this time.

## APPLICANT'S CLAIM IS ENTITLED TO ADMINISTRATIVE EXPENSE STATUS

3.    Section 503(b) of the Bankruptcy Code provides for the allowance of administrative expense status, and its attendant priority for payment, for the "actual, necessary costs and expenses of preserving the estate..."  11 U.S.C. § 503(b).  It is well-established that personal injury claims arising from a post-petition tort committed by the debtor are entitled to administrative expense status. *See, Reading Co. v. Brown, 391* U.S. 471,485 (post-petition fire damages resulting from trustee's negligence were entitled to administrative expense status); *In re*

*Piper Aircraft Corp.,* 169 B.R. 766 (Bankr. S.D. Fla. 1994).

4. In this instance, Applicant's claim arose as a result of the business operations of one or more of the Debtors after the Petition Date but prior to the Confirmation Order. As such, Applicant's claim is entitled to administrative expense status under 11 U.S.C. § 503(b), and Applicant seeks the entry of an order awarding such status.

## REQUEST FOR FUTURE NOTICE

Applicant requests that all future pleadings and notices regarding or affecting Applicant's claim be served upon:

> Pamela J. Mills, Esq.
> O'Malley & Mills, P.A.
> 4245 Rachel Boulevard
> Spring Hill, FL  34608
> Tel:  (352) 597-8309
> Fax: (352) 597-8378

WHEREFORE, based upon the foregoing, Applicant requests that the Court enter an order granting the relief requested herein and such other relief as it deems just and proper.

> ADDISON & DELANO, P. A.
> Post Office Box 2175
> Tampa, Florida  33601-2175
> Tel:  (813) 223-2000
> Fax:  (813) 228-6000
> Attorneys for Applicant
>
> /s/ Caryl E. Delano
> Caryl E. Delano
> cdelano@addisondelano.com
> Florida Bar No. 040721

## **CERTIFICATE OF SERVICE**

     I hereby certify that on January 5, 2007 I filed this APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE STATUS FOR POSTPETITION CLAIM AND REQUEST FOR NOTICE through the CM/ECF filing system, which will cause a copy to be served on James H. Post, Esq., Counsel for the Reorganized Debtors, Matthew Barr, Esq. and John MacDonald, Esq., Counsel for the Post-Effective Date Committee, Elena L. Escamilla, Esq., counsel for the Office of the United States Trustee and all other parties participating in the CM/ECF System, all served electronically.

                                      /s/ Caryl E. Delano
                                      Caryl E. Delano

t:\data\files\clients open\semenuk.winndixie.7313\pld\application for allowance 23350.doc