UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:                                                            CASE NO. 3-05-bk-3817 (JAF)

**WINN DIXIE STORES, INC., et.al.**                Chapter 11

    Debtors.                                                   Jointly Administered
_____/

APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE
EXPENSE STATUS FOR POST-PETITION CLAIM PURSUANT TO
11 U.S.C. §503(b) AND REQUEST FOR NOTICE

**COMES NOW** EVELYN R. SCAMACCA ("Applicant'), by and through her undersigned counsel, and hereby files the instant Application For Allowance Of Administrative Expense Status For Post-Petition Claim Pursuant To 11 U.S.C. §503(b) And Request For Notice (Application For Administrative Expense Status"), and as grounds therefore states:

**JURISDICTION AND VENUE**

1. This Honorable Court maintains jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and venue is proper pursuant to 28 U.S.C. § 157(b)(2).

**FACTUAL BACKGROUND**

2. That Winn-Dixie Stores, Inc., et al. (the "Debtors") filed their original Voluntary Chapter 11 Petitions pursuant to 11 U.S.C. with the Clerk of the United States Bankrutpcy Court for the Middle District of Florida on February 21, 2005 (the "Petition Date").

3. On November 9, 2006, this Court entered Order Confirming the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Confirmation Order").

4. Subsequent to the Petition Date, on November 3, 2005, Applicant sustained an injury at the Winn-Dixie Store #306, 1515 E. Hallandale Beach Blvd., Broward County, Florida.

As the proximate result of said injury, Applicant has suffered damages totaling in excess of One Hundred Thousand Dollars And No/100 ($100,000.00), which damages Applicant can support through medical records and other proof as well.

### APPLICANT'S CLAIM IS ENTITLED TO ADMINISTRATIVE EXPENSE STATUS

5.   Section 503(b) of the Bankruptcy Code provides for the allowance of administrative expense status, and its attendant priority for payment, for the "actual, necessary costs and expenses of preserving the estate…" 11 U.S.C. § 503(b).  It is well-established that personal injury claims arising from a post-petition tort committed by the debtor are entitled to administrative expense status.  See, Reading Co. v. Brown, 391 U.S. 471, 485 (post-petition fire damages resulting from trustee's negligence were entitled to administrative expense status); In re Piper Aircraft Corp., 169 B.R. 766 (Bankr. S.D. Fla 1994).

6.   In this instance, Applicant's claim arose as a result of the business operations of one or more of the Debtors subsequent to the Petition Date, however, prior to the entry of the Confirmation Order.  As such, Applicant's claim is entitled to administrative expense status pursuant to 11 U.S.C. § 503(b), and Applicant seeks entry of an order awarding such status.

### REQUEST FOR FUTURE NOTICE

Applicant requests that all future pleadings and notices regarding or affecting the Applicant's claim be served upon:

>Gary J. Rotella, Esquire
>Gary J. Rotella & Associates, P.A.
>New River Center, Suite 1850
>200 East Las Olas Boulevard
>Fort Lauderdale, FL 33301-2276

and

    James P. Murphy, Esquire
    Green, Murphy & Murphy., P.A.
    1600 W. Commercial Blvd., Suite 100
    Fort Lauderdale, Florida 33309

**WHEREFORE**, predicated upon the foregoing, Applicant, Evelyn R. Scamacca, requests that this Honorable Court enter an appropriate Order granting the relief requested herein and such further relief as this Court deems just and proper.

**I HEREBY CERTIFY** that on January 5, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices Of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices Of Electronic Filing.

    Respectfully Submitted,

    **GARY J. ROTELLA & ASSOCIATES, P.A.**
    Counsel for Evelyn R. Scamacca
    New River Center, Suite 1850
    200 East Las Olas Boulevard
    Fort Lauderdale, Florida  33301-2276
    Telephone:     (954) 763-2500
    Facsimile:      (954) 467-2231
    E-Mail:  rotellagar@aol.com

    By:   /s/ GARY J. ROTELLA
          GARY J. ROTELLA, ESQUIRE
          Florida Bar Number:  281115

James H. Post, Esquire
E-Mail:  jpost@smithhulsey.com
Smith Hulsey & Busey
PO Box 53315
Jacksonville, FL 32201-3315
Telephone:     (904) 359-7700
Facsimile:       (904) 359-7708
Attorney for Reorganized Debtors
Party's Name: Winn Dixie Stores, Inc., et al.
Method Of Service: Transmission of Notices Of Electronic Filing generated by CM/ECF

Matthew Barr, Esquire
E-Mail:  mbarr@milbank.com
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005
Facsimile:       (212)  822-5194
Attorney for Post-effective Date Committee
Method Of Service: Transmission of Notices Of Electronic Filing generated by CM/ECF

John MacDonald, Esquire
E-Mail:  john.macdonald@akerman.com
Akerman Senterfitt
50 North Laura Street, Suite 2500
Jacksonville, FL 32202-3646
Telephone:     (904) 798-3700
Facsimile:       (904) 798-3730
Attorney for Post-effective Date Committee
Method Of Service: Transmission of Notices Of Electronic Filing generated by CM/ECF

Elena L. Escmilla, Esquire
E-Mail:  Elena.L.Escamilla@usdoj.gov
Office Of The United States Trustee
135 West Central Boulevard, Suite 620
Orlando, FL 32801-2476
Telephone:     (407) 648-6465
Facsimile:       (407) 648-6323
Attorney for Office of the United States Trustee
Method Of Service: Transmission of Notices Of Electronic Filing generated by CM/ECF

John R. Buchholz, Esquire
E-Mail: jbuchholz@kellykroenberg.com
Kelly, Kronenberg, Gilmartin, et al.
15600 Northwest 67 Avenue, Suite 204
Miami Lakes, FL 33014-2175
Telephone: (305) 774-7058
Facsimile: (305) 774-6632

Attorney for Winn Dixie Stores, Inc.
Method Of Service: Via U.S. First Class Mail