UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

In re:

Winn-Dixie Stores, Inc., et al.

Reorganized Debtors.
_____/

Case No: 05-03817-3F1

Chapter 11

Jointly Administered

### APPLICATION OF PAYMENT OF A PERSONAL INJURY CLAIM

Carmelina Valladares, by and through her undersigned attorney, files this Application For Payment Of A Personal Injury Claim and as grounds therefore states that:

1. This application is filed pursuant to:

   "NOTICE OF (A) ENTRY OF ORDER CONFIRMING PLAN OF REORGANIZATION, (B) OCCURRENCE OF EFFECTIVE DATE OF PLAN AND (C) BAR DATES FOR FILING CLAIMS ARISING BEFORE EFFECTIVE DATE AND OTHER ADMINISTRATIVE CLAIMS", a copy of which is attached hereto.

2. A Proof of Claim is attached hereto and incorporated herein by reference as Exhibit "A".

3. The Claimant was injured in a personal injury accident which occurred on February 4, 2006. The Claimant is still under treatment for these injuries and has not yet reached maximum medical improvement.

4. The Claimant believes the value of her claim is $250,000.00.

5. In support of her claim the Claimant attaches hereto a report from Miami-Dade Fire Rescue dated February 4, 2006 as well as an MRI of the lumbar spine

performed June 6, 2006 indicating injuries sustained by the Claimant in the subject accident.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 4th day of January, 2007 to counsel for the Reorganized Debtors, James, Post, Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 and Post-Effective Date Committee, Matthew, Barr, Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, New York 10005.

LAW OFFICES OF MARK DAVID PRESS, P.A.
1320 So. Dixie Highway, Suite 881
Coral Gables, Florida 33146
(305) 531-9844

_____
MARK D. PRESS, ESQ.
Florida Bar No. 187164

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Winn-Dixie Stores, Inc., et al.,[1]

Reorganized Debtors.

Case No. 05-03817-3F1

Chapter 11

Jointly Administered

### NOTICE OF (A) ENTRY OF ORDER CONFIRMING PLAN OF REORGANIZATION, (B) OCCURRENCE OF EFFECTIVE DATE OF PLAN, AND (C) BAR DATES FOR FILING CLAIMS ARISING BEFORE EFFECTIVE DATE AND OTHER ADMINISTRATIVE CLAIMS

TO: ALL PARTIES IN INTEREST

PLEASE TAKE NOTICE THAT:

1. On November 9, 2006, the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Bankruptcy Court") entered its Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Confirmation Order"). Unless otherwise defined herein, capitalized terms used in this Notice shall have the meanings ascribed to such terms in the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated August 9, 2006, as modified by the First Modification to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated October 10, 2006 (together, the "Plan"). Copies of the Confirmation Order and the Plan may be obtained by accessing http://www.loganandco.com or http://www.flmb.uscourts.gov.

2. The conditions to consummation of the Plan set forth in Section 10.2 of the Plan were satisfied (or waived) on November 21, 2006. Thus, in accordance with the terms of the Plan, the Plan became effective on November 21, 2006 (the "Effective Date"). All references in the Plan and the Confirmation Order to the Effective Date are to November 21, 2006.

3. In accordance with Section 12.1 of the Plan, subject to the provisions of paragraph 4 below, all requests for payment of an Administrative Claim or any Claim arising against the Debtors in the period between February 21, 2005 and November 21, 2006, (other than as set forth in Section 4.1(a), 12.1, 12.2, 12.3, 12.4, or 12.5 of the Plan) must be made by application filed with the Bankruptcy Court and served on counsel for the Reorganized Debtors and the Post-Effective Date Committee no later than January 5, 2007, which is the date forty-five (45) days after the Effective Date. The filing of an application must be made via the Bankruptcy Court's electronic filing procedures (electronic filing is mandatory for all attorneys) or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202. The service of an application on counsel for the Reorganized Debtors must be made by delivery of a copy upon James Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, Fax: (904) 359-7708, E-mail: jpost@smithhulsey.com; and service of an application on counsel for the Post-Effective Date Committee must be made by delivery of a copy upon Matthew Barr, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Fax: (212) 822-5194, E-mail: mbarr@milbank.com. In the event that the Reorganized Debtors object to an application, the Bankruptcy Court shall determine the Allowed amount of such Administrative Claim. Subject to the provisions of paragraph 4 below, an Administrative Claim or any Claim arising against the Debtors in the period between February 21, 2005 and November 21, 2006 that is not asserted in an application filed and served no later than January 5, 2007, shall be forever barred and deemed waived and relinquished in full, and the Reorganized Debtors shall have no obligation to pay such Claim.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Form B10 (Official Form 10) (04/05)

| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION | PROOF OF CLAIM | DEADLINE FOR FILING PROOFS OF CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M. EASTERN TIME |
|---|---|---|

Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered

Name of Debtor Against Which You Assert Your Claim:

Debtor Name: **WINN DIXIE STORES, INC** Case No. **05-03817-3F1**
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):

CARMELINA VALLADARES
c/o MARK D. PRESS, ESQ
1320 S. DIXIE HWY #881
CORAL GABLES, FL
33146

Telephone No. of Creditor: 305.531.9344
Fax No. of Creditor: 305.854.8572

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if): ☐ replaces address above ☐ additional address

Name: MARK D. PRESS ESQ
Company/Firm: MARK DAVID PRESS P.A.
Address: 1320 S. DIXIE HWY #881
CORAL GABLES, FL 33146

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.
☑ Check box if you have never received any notices in this case.

Account or Other Number by Which Creditor Identifies Debtor: A611 206826-0001-01
Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____

1. Basis for Claim
   - ☐ Goods sold to debtor(s)
   - ☐ Services performed for debtor(s)
   - ☐ Goods purchased from debtor(s)
   - ☐ Money loaned
   - ☑ Personal injury/property damage
   - ☐ Other _____
   - ☐ Taxes
   - ☐ Severance agreement
   - ☐ Refund
   - ☐ Real property lease
   - ☐ Personal property lease
   - ☐ Other contract _____
   - ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   - ☐ Wages, salaries, and compensation (fill out below)
     Last four digits of SSN: _____
     Unpaid compensation for services performed from _____ to _____ (date) (date)

2. Date debt was incurred: **FEB 4 2006**
3. If claim is based on a Court Judgment, date obtained: _____

4. Total Amount of Claim at Time Case Filed: $**250,000** (unsecured) $_____ (secured) $_____ (priority) $_____ (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. Secured Claim.
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief description of Collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other _____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

6. Unsecured Nonpriority Claim $ **250,000**
☑ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. Unsecured Priority Claim.
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a) (3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a) (4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a) (6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507 (a) (7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a) (8).
☐ Other– Specify applicable paragraph of 11 U.S.C. § 507 (a) ( ).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
9. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice:
Print: **MARK D. PRESS** Title: **ATTORNEY AT LAW**
Signature: _____

This Space Is For Court Use Only

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# MIAMI-DADE FIRE RESCUE

## Incident Information

- **Incident Number:** 6024589
- **Unit Number:** 4/23A
- **Department ID:** 1312
- **Alerts:** Trauma / Cardiac / Stroke
- **Transport By:** ✔ Ambulance (Fire Rescue / Alt. Trans. / Air / Law Enf.)
- **Patient Disposition:** ✔ Treat/Transferred Care
- **Response/Trans. Mode:** To Scene — Emergency; Fm Scene — Non-Emergency
- **Date:** 020406
- **Call Received:** 1831
- **Pt. Contact:** 1834
- **ID #:** 1325
- **Call Level:** ALS ✔ BLS
- **License #:** 201540
- **Dispatch:** 1831
- **Alert Time:** (blank)
- **Unit Depart:** 1909
- **Depart:** 512667
- **Trans. Arrived:** 1832
- **Arrived:** 1909
- **Arrival:** 201892
- **Patient Depart:** 1834
- **Available:** 1909 / 1909
- **Number of Patient Transported:** (blank)

## Incident Location
7930 SW 104 ST.
**Incident Zip Code:** 33156

## Patient Info
- **Last Name:** VALLADARES
- **First Name:** CARMELINA
- **Address:** 3165 NW 27 ST
- **City:** MIAMI  **State:** FL  **Zip:** 33142
- **DOB:** 082544
- **Age:** 61 Year
- **Sex:** ✔ Female
- **Patient #:** 01 of 01
- **Ethnic Origin:** ✔ Hispanic White

## Assessment
- **Chief Complaint:** HEAD PAIN (L), HIP PAIN (R), SIDE PAIN
- **Allergies:** PCN
- **Meds:** ATENOLOL, METFORMIN, ACTOS

### Initial Vitals
- **Time Taken:** 1835
- **Systolic:** 170
- **Diastolic:** 90
- **Cap Refill:** Palp
- **Pulse:** 85
- **Resp:** 16
- **Glucose:** 290
- **SaO2:** 98
- **Pupils:** Normal

- **Medical History:** ✔ BP, ✔ Diabetes
- **Airway:** ✔ Patent
- **Breathing:** Normal
- **Breath Sounds:** Equal / Normal
- **Circulation:** Normal
- **Location:** N Radial
- **Skin Perfusion:** Normal / Pale
- **Skin Moisture:** Normal
- **GCS:** Eyes Spont / Verbal Oriented / Motor Obeys = 15

### Vitals
| Time | Pulse | Resp. | BP | Glucose | SaO2 | ETCO2 | Treatment |
|------|-------|-------|------|---------|------|-------|-----------|
| 1858 | 86 | 16 | 170/80 | | 98 | | ORAN |

00384973

CENTRAL RECORDS. CERTIFIED TRUE COPY of the original document on file with the Miami Dade Fire Rescue Department. 9300 NW 41 Street Miami, Florida 33178. Records Custodian ___ Date: 08-Mar-2006

# MIAMI-DADE FIRE RESCUE

60024589

## INTERVENTIONS

| ECG | Airway Interventions | Circulation Interventions | Secondary Interventions | IV 1 | IV 2 |
|---|---|---|---|---|---|
| Init Rel | Attempts 1 2 3+ Num. | AED/SAED | Backboard / Irrigation | N.S. Other | N.S. Other |
| Asystole | Cric | Cardiac Monitor | Bandage / Manual Imm. | | |
| Atrial Arrhythmia | Decomp | Cardiovert | Bleed Control / NG Tube | | |
| Bradycardia | NTI | CPR | Blood Drawn / OB/Delivery | CC | CC |
| Heart Block | OP/NP | Defib (Exc. AED) | Blood Glucose / Pedi Pac | | |
| Paced | OTI | Ext. Pacing | Burn Care / Restraints | Medications | |
| PEA | Position | 3 Lead EKG | CID / Spine | | |
| Sinus | Suction | 12 Lead EKG | Injection / Traction | | |
| SVT | Thrusts | | IO / Vol. Resuscitation | | |
| Tachycardia | | LPM MCI | Comm. Svc. Ref | | |
| Ventricular Fib. | Mask Neb. | Incapacitated | | | |
| V-TACH | N/C BVM | | | | |

- AED only Prior to EMS ☐ — CPR only by EMS
- AED & CPR prior to EMS ☐ — AED administered prior to EMS & ROSC at ER
- CPR only prior to EMS ☐ — AED administered by EMS & ROSC at ER
- AED only by EMS ☐ — No AED administered and ROSC at ER
- AED & CPR by EMS ☐ — ROSC Present at ER

Shockable Rhythm Present Yes☐ No☐ (x4)

## TRAUMA INFO

### Injury Site/Type (Choose up to 5)

Columns: Amputation / Soft Tissue Swelling / Puncture/Stab / Pain w/o swelling/defor. / Laceration / Gunshot / Abrasion/Fx / Crush / Burn / Blunt Injury

- None
- Head
- Face
- Neck
- Thorax
- Spine
- Abdomen
- External
- Lower Ext.
- Upper Ext.
- Body Injury
- Unspecified

### Patient Protection
Lap Belt, Shoulder Belt, Lap/Shoulder, Airbag (Inflated), Safety Seat, Helmet
Eye Protect, Protect Other, Clothing, PPD, Not Avail., Not Used

### Patient Location
Driver, Passenger, Front, Rear, Truck Bed, Ejected, Other

### Vehicle Deformity
Dash, Side, Window, Steer Whl, Windshield, None

Paramedic Judgement PEDI.
Paramedic Judgement ADULT

### Adult Category #1
Active Airway Asst
BMR ≤ 4, Paralysis, GCS ≤ 12
No radial pulse with HR > 120 or SBP < 90mmHg
2 or more long bone fx sites
2° or 3° Burns ≥ 15% TBSA
or amputation at proximal to wrist or ankle or penetrating injury to head, neck, torso

### Adult Category #2
≥ 65 years old
Respiratory rate ≥ 30
DMR 5
Sustained heart rate ≥ 120
Any long bone fx from MVC or fall ≥ 10 feet
Major degloving injury, or major flap avulsion > 5 inches, or GSW to the extremities
Ejection from MV, or steering wheel deformity

### Pediatric Category #1
Ejection from motor vehicle
Ventilatory Assisted
Altered Mental State
Paralysis or suspected Spinal Cord Injury
Faint or nonpalpable radial or femoral pulse and/or BP < 50
Any open long bone fx, multiple fx sites, multiple dislocations, or pelvic fx
Major bone disruption or amputation
2nd or 3rd Degree to 10% or more of body surface
Penetrating injury to head, neck or torso

### Pediatric Category #2
≤ 11 Kg (24 lbs), red or purple on Broselow Tape
Amnesia or any reliable hx. of LOC
Carotid or femoral pulses but no radial; includes SBP 50-90mmHg and/or cap refill > 3 sec
Single, closed long bone

Cause of Injury: 36
Date of Injury: 02 0# 06

## NARRATIVE

Provider Assessment: 442

(S) PT C/O PAIN TO BACK OF HEAD + ® HIP PAIN. PT STATES SHE WAS WALKING IN GROCERY STORE Ē SHOPPING CART + TRIPPED OVER HER SHOPPING CART & FELL. PT ⊖ LOC ⊖ NECK OR BACK PAIN.

(O) ON ARRIVAL FOUND PT LYING ON GROUND CAOx3, MAEEx⊖ DEFORMITY OR DISCOLORATION TO HEAD OR ® HIP. SKIN W/D, PP/ CLR, MSD SNT ℞ ⨉ QUAD. ⊖ HEART ⊖ DIABETES TO ANY MEDS. ALL VITALS STABLE.

(A) HEAD + HIP PAIN

(P) EXAM + VITALS. PT REQUESTED TRANSPORTATION TO HOSP. PT IS BEING TRANSPORTED VIA AMR.

Lead Crew Member (Signature): [signature]
Lead Crew Member (Print): LT. S. LUNDSTEDT
Reviewer (Print & Initial):

00384973

CERTIFIED TRUE COPY of the original document on file with the Miami Dade Fire Rescue Department, 9300 NW 41 Street Miami, Florida 33171
Records Custodian _____ Date: 08-Mar-2006
CENTRAL RECORDS
505

FROM: MRI Open MRI of Miami-Dade, Ltd.

N.E. 29th Ave.
Aventura, FL 33180
(305) 692-5390
Fax (305) 692-5324

PATIENT: CARMELINA VALLADARES
S.S. #: 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
PHYSICIAN: Dr. MARK HOFFMAN
DATE: JUNE 6, 2006

### LUMBAR SPINE MRI:

**INDICATION:** Patient is a 62-year-old female complaining of low back pain as well as pain in both legs following a fall which occurred on 2-04-06.

**TECHNIQUE:** Magnetic resonance imaging was performed on the lumbar spine utilizing the Siemens open midfield magnet. Cuts were obtained through the lumbar spine in the sagittal T1, T2 weighted modes. In addition, axial cuts were obtained at all the intervertebral disc spaces in the T2 weighted mode.

**FINDINGS:** There is a broad-based posterior herniated nucleus pulposus at L1-L2 causing impingement of the dural sac and mild bilateral encroachment of neural foramina.

There is a broad-based posterior herniated nucleus pulposus at L2-L3 causing impingement of the dural sac and mild bilateral encroachment of neural foramina.

There is a broad-based posterior herniated nucleus pulposus at L3-L4 causing impingement of the dural sac and mild bilateral encroachment of neural foramina.

There is a broad-based posterior herniated nucleus pulposus at L4-L5 causing impingement of the dural sac and moderate bilateral encroachment of neural foramina.

There is a posterior disc herniation at L5-S1 to the left of midline causing impingement of the left S1 nerve root as well as impingement of the ventral aspect of the dural sac.

Vertebral body heights and alignment are normal. There are no bone marrow signal abnormalities. The conus medullaris and surrounding soft tissue structures are intact.

**IMPRESSION:**
1. Broad-based posterior disc herniations at L1-L2, L2-L3, L3-L4, and L4-L5 causing impingement of the dural sac and bilateral encroachment of neural foramina.
2. Posterior disc herniation to the left of midline at L5-S1 causing impingement of the left S1 nerve root as well as impingement of the ventral aspect of the dural sac.

Ronald A. Roskin
Board Certified Radiologist
RR/rf    6/12/06