UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Winn-Dixie Stores, Inc., et al.,          Case No.: 05-03817-3F1

    Debtors.                               Chapter 11

_____            Jointly Administered

### APPLICATION FOR PAYMENT OF ADMINISTRATIVE CLAIM ARISING AGAINST THE DEBTORS IN THE PERIOD BETWEEN FEBRUARY 21, 2005 NOVEMBER 21, 2006, PURSUANT TO 11 U.S.C. § 503(b)

1. My name is Tiffani Brown and I reside at 6020 Azalea Circle, West Palm Beach, Florida 33415. My telephone number is (561) 876-7826.

2. On February 7, 2006, I slipped and fell and injured myself at the Winn-Dixie Supermarket located at 4770 North Congress Avenue, Lantana, Florida.

3. As a direct result of the slip and fall, I have incurred various medical expenses and pain and suffering.

IT IS HEREBY CERTIFIED that a copy of the foregoing has been furnished

Federal Express this 4th day of January, 2007 to James Post, Smith Hulsey &

Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 and Matthew Barr,

Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New

York 10005.

_____
TIFFANI BROWN
6020 Azalea Circle
West Palm Beach, Florida 33415
(561) 876-7826





FedEx US Airbill — 8599 4776 5630

Sender: Tiffani Brown, 6020 Araca Circle, WPB, FL 33415, 561-876-7826
Account: 1737-8551-1
Date: 1/4/07

Recipient: Matthew Barr, Milbank Tweed Hadley & Chase Manhattan Plaza, New York, NY 10005



Picked up Jan 04, 2007                Cust Ref: NO REFERENCE INFORMATION    Ref. #2
Payer: Shipper                        Ref. #3

- Fuel Surcharge - FedEx has applied a fuel surcharge of 9.50% to this shipment.
- Distance Based Pricing, Zone 3

| USAB | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 859947785596 | TIFFANI BROWN | JAMES POST | |
| Service Type | FedEx Priority Overnight | ALLEN ROSSIN P A | SMITH HULSEY & BUSEY | |
| Package Type | FedEx Envelope | 400 S AUSTRALIAN AVE STE 600 | 225 WATER STREET STE 1800 | |
| Zone | 03 | WEST PALM BEACH FL 33401-5045 US | JACKSONVILLE FL 32202 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Jan 05, 2007  10:07 | | | |
| Svc Area | A2 | Transportation Charge | | 18.85 |
| Signed By | T.GARRISON | Fuel Surcharge | | 1.60 |
| FedEx Use | 000411450/0000197/_ | Total Charge | USD | $19.85 |

Picked up Jan 04, 2007                Cust Ref: NO REFERENCE INFORMATION    Ref. #2
Payer: Shipper                        Ref. #3

- Fuel Surcharge - FedEx has applied a fuel surcharge of 9.50% to this shipment.
- Distance Based Pricing, Zone 8

| USAB | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 859947785610 | TIFFANI BROWN | MATTHEW BARR | |
| Service Type | FedEx Priority Overnight | ALLEN ROSSIN P A | MILBANK TWEED HADLEY | |
| Package Type | FedEx Envelope | 400 S AUSTRALIAN AVE STE 600 | 1 CHASE MANHATTAN PLAZA | |
| Zone | 08 | WEST PALM BEACH FL 33401-5045 US | NEW YORK CITY NY 10005 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Jan 05, 2007  09:02 | | | |
| Svc Area | A1 | Transportation Charge | | 20.55 |
| Signed By | L.MORRIS | Fuel Surcharge | | 1.95 |
| FedEx Use | 000411450/0000230/_ | Total Charge | USD | $22.50 |

DST V281-2 (12/04)

Picked up: Jan 04, 2007          Cust. Ref.: NO REFERENCE INFORMATION     Ref. #2:
Payor:Shipper                    Ref. #3:
- Fuel Surcharge - FedEx has applied a fuel surcharge of 9.50% to this shipment.
- Distance Based Pricing, Zone 3

| USAB | | **Sender** | **Recipient** |
|---|---|---|---|
| Tracking ID | 859947785695 | TIFFANI BROWN | JAMES POST |
| Service Type | FedEx Priority Overnight | ALLEN ROSSIN P A | SMITH HULSEY & BUSEY |
| Package Type | FedEx Envelope | 400 S AUSTRALIAN AVE STE 800 | 225 WATER STREET STE 1800 |
| Zone | 03 | WEST PALM BEACH FL 33401-5045 US | JACKSONVILLE FL 32202 US |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | Jan 05, 2007 10:07 | Transportation Charge | 16.85 |
| Svc Area | A2 | Fuel Surcharge | 1.60 |
| Signed By | T. GARRISON | Total Charge                USD | $18.45 |
| FedEx Use | 000411450/0000197/_ | | |

Picked up: Jan 04, 2007          Cust. Ref.: NO REFERENCE INFORMATION     Ref. #2:
Payor:Shipper                    Ref. #3:
- Fuel Surcharge - FedEx has applied a fuel surcharge of 9.50% to this shipment.
- Distance Based Pricing, Zone 8

| USAB | | **Sender** | **Recipient** |
|---|---|---|---|
| Tracking ID | 859947785610 | TIFFANI BROWN | MATTHEW BARR |
| Service Type | FedEx Priority Overnight | ALLEN ROSSIN P A | MILBANK TWEED HADLEY |
| Package Type | FedEx Envelope | 400 S AUSTRALIAN AVE STE 800 | 1 CHASE MANHATTAN PLAZA |
| Zone | 08 | WEST PALM BEACH FL 33401-5045 US | NEW YORK CITY NY 10005 US |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | Jan 05, 2007 09:02 | Transportation Charge | 20.55 |
| Svc Area | A1 | Fuel Surcharge | 1.95 |
| Signed By | L MORRIS | Total Charge                USD | $22.50 |
| FedEx Use | 000411450/0000230/_ | | |

OST V281-2 (12/04)

# FedEx.

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 8-622-95108 | Jan 09, 2007 | 1737-1855-1 | 5 of 5 |

- Fuel Surcharge - FedEx has applied a fuel surcharge of 9.50% to this shipment.
- Distance Based Pricing, Zone 3

| USAB | | Sender | Recipient |
|---|---|---|---|
| Tracking ID | 859947705521 | TIFFANI BROWN | CLERK OF COURT |
| Service Type | FedEx Priority Overnight | ALLEN ROSSIN P A | UNITED STATES COURTHOUSE |
| Package Type | FedEx Envelope | 400 S AUSTRALIAN AVE STE 800 | 300 NORTH HOGAN STREET 3-350 |
| Zone | 03 | WEST PALM BEACH FL 33401-5045 US | JACKSONVILLE FL 32202 US |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | Jan 05, 2007  09:39 | | |
| Svc Area | A2 | Transportation Charge | 18.85 |
| Signed By | L.LEE | Fuel Surcharge | 1.60 |
| FedEx Use | 000411450/0000197/_ | Total Charge           USD | $18.45 |

|  | Shipper Subtotal | USD | $84.04 |
|---|---|---|---|
|  | Total FedEx Express | USD | $84.04 |

6