IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

In re:                                          )          Chapter 11
                                                )
WINN DIXIE STORES, INC., *et al.,*              )          Case No. 05-03817
                                                )          (Jointly Administered)
                      Debtors.                  )

REQUEST FOR PAYMENT OF OUTSTANDING CURE AMOUNTS AND
ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

TO THE HONORABLE JERRY A. FUNK,
UNITED STATES BANKRUPTCY JUDGE:

Krusch Properties, LLC,  the landlord, by and through their attorneys, Kelley

Drye & Warren LLP, hereby requests payment of outstanding cure amounts and

allowance and payment of administrative expense claim in the amount of $6,073.41 due

and owing under a lease of nonresidential real property located at 1605 New Garden

road, Greensboro, North Carolina, Store No. 2039.

Documentation supporting this claim is annexed hereto as Exhibit A.

Dated: New York, New York
       January 5, 2006                    KELLEY DRYE & WARREN LLC

                                          By: */s/ Robert L. LeHane*
                                                James S. Carr (JC 1603)
                                                Robert L. LeHane (RL 9404)
                                             101 Park Avenue
                                             New York, New York 10178
                                             Tel:  212-808-7800
                                             Fax:  212-808-7897

                                          COUNSEL TO KRUSCH
                                          PROPERTIES, LLC

# EXHIBIT A

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

NEW YORK
STAMFORD
PARSIPPANY
BRUSSELS

WASHINGTON
CHICAGO
TYSONS CORNER

AFFILIATE OFFICES
JAKARTA, INDONESIA
MUMBAI, INDIA

KRUSCH PROPERTIES, LLC
ATTN: EDWARD B. KRUSCH
509 SOUTH EDGEWORTH STREET
P.O. BOX 1195
GREENSBORO, NC 27402

July 19, 2006
Invoice No. 1552189

016456    KRUSCH PROPERTIES, LLC
0001      WINN DIXIE

## ACCOUNT SUMMARY AND REMITTANCE FORM

| | |
|---|---|
| FEES: | $1,344.00 |
| OTHER CHARGES: | $63.40 |
| **LESS APPLIED RETAINER** | $(1,407.40) |

**TOTAL AMOUNT DUE:**    <u>**$0.00**</u>

<u>**TERMS:** PAYMENT DUE UPON RECEIPT</u>

**Please return this page with your payment**

PLEASE MAKE ALL CHECKS PAYABLE TO KELLEY DRYE & WARREN LLP AND FORWARD SUCH CHECKS TO THE ATTENTION OF THE
TREASURER'S DEPARTMENT.
KELLEY DRYE & WARREN LLP
101 PARK AVENUE
NEW YORK, NEW YORK 10178
(212) 808-7800

## KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

|  | NEW YORK |  |
| --- | --- | --- |
| WASHINGTON | STAMFORD | AFFILIATE OFFICES |
| CHICAGO | PARSIPPANY | JAKARTA, INDONESIA |
| TYSONS CORNER | BRUSSELS | MUMBAI, INDIA |

KRUSCH PROPERTIES, LLC
ATTN: EDWARD B. KRUSCH
509 SOUTH EDGEWORTH STREET
P.O. BOX 1195
GREENSBORO, NC 27402

July 19, 200?
Invoice No. 155218?

Client  016456
Matter 0001  WINN DIXIE

Attorney: 01118                                                                    Page ?

Legal  Services Rendered

| Date | Description | Att | Hour |
| --- | --- | --- | --- |
| 04/21/05 | Review motion to sell assets for impact on leases; confer with J. Carr regarding same. | RLL | 0.? |
| 04/29/05 | Reviewed the bar date order. | JSC | 0.? |
| 05/10/05 | Email to D. Sroka regarding Order extending time to assume or reject leases | RLL | 0.? |
| 06/07/05 | Briefly reviewed the motion to establish procedures to sell leases; strategy conference with R. LeHane regarding my concerns and possibly preparing an objection. | JSC | 0.0 |
| 06/07/05 | Review proposed bidding procedures and order approving same; confer with J. Carr regarding timing of auction and objection deadlines; telephone conferences and emails with C. Jackson regarding proposed order approving bidding procedures. | RLL | 0.?0 |
| 06/08/05 | Telephone conference and emails with E. Held and D. Branch regarding proposed bidding and auction procedures; | RLL | 0.0 |

PLEASE MAKE ALL CHECKS PAYABLE TO KELLEY DRYE & WARREN LLP AND FORWARD SUCH CHECKS TO THE ATTENTION OF THE
TREASURER'S DEPARTMENT.
KELLEY DRYE & WARREN LLP
101 PARK AVENUE
NEW YORK, NEW YORK  10178
(212) 808-7800

# KELLEY DRYE & WARREN LLP

FEDERAL : NO. 13-5335107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFFILI : E OFFICES |
| CHICAGO | STAMFORD | JAKART : INDONESIA |
| TYSONS CORNER | PARSIPPANY | MUN : AI, INDIA |
| | BRUSSELS | |

KRUSCH PROPERTIES, LLC
Client  016456
Matter 0001
July 19, 2005
Page 2

| Date | Description | Att | Hour |
|---|---|---|---|
| | confer with E. Lum regarding objection to proposed auction procedures; draft email to C. Jackson regarding proposed changes to bid procedures and order approving same. | | |
| 06/08/05 | Confer with R. LeHane regarding objection to bid procedures; draft objection to bidding procedures. | EML | 0. 0 |
| 06/09/05 | Continue to draft objection to bidding procedures; e-mail to debtor's counsel regarding leases we represent; attend to service of objection; confer with R. LeHane regarding objection. | EML | 0. 0 |
| 06/09/05 | Confer with E. Lum and J. Carr regarding objection to bidding procedures; telephone conference with D. Branch regarding same; emails and telephone conferences with E. Held regarding filing objection; finalize objection. | RLL | 0. 0 |
| 06/10/05 | Email to D. Sroka regarding filed objection to proposed bid procedures; email and telephone conferences with C. Jackson regarding proposed modifications to bod procedures order. | RLL | 0 0 |
| 06/13/05 | Telephone and e-mails, conference with E. Held regarding objection to bid procedures motion and possible motion to sell leases; e-mail and telephone conferences with C. Jackson regarding revised bid procedures and proposed order approving same; confer with J. Carr regarding status and strategy for hearing; e-mail with K. Ward regarding | RLL | 0 0 |

PLEASE MAKE ALL CHECKS PAYABLE TO KELLEY DRYE & WARREN LLP AND FORWARD SUCH CHECKS TO THE ATTE : ITION OF THE
TREASURER'S DEPARTMENT.
KELLEY DRYE & WARREN LLP
101 PARK AVENUE
NEW YORK, NEW YORK  10178
(212) 808-7800

# KELLEY DRYE & WARREN LLP

FEDERA⌐ (I NO. 13-533510⌐

| | NEW YORK | |
|---|---|---|
| WASHINGTON | STAMFORD | AFFILI ⌐E OFFICES |
| CHICAGO | PARSIPPANY | JAKART ⌐, INDONESIA |
| TYSONS CORNER | BRUSSELS | MUN ⌐AI, INDIA |

KRUSCH PROPERTIES, LLC
Client  016456
Matter 0001
July 19, 2005
Page 3

| Date | Description | Att | Hours |
|---|---|---|---|
| | telephone participation in hearing. | | |
| 06/14/05 | Review proposed form of order approving sale assets including lease and form declaration from bidders providing adequate assurance in connection with possible assignment of leases;  with C. Jackson, E. Held and other landlord attorneys regarding possible closure of locations and approval of uniform bidding procedures order;  and emails with C. Jackson regarding scheduling hearing on disputed cure amounts. | RLL | 0. ⌐) |
| 06/15/05 | Multiple telephone conferences and emails with C. Jackson, J. Helfat, M. Barr, H. Etlin  and other Winn Dixie professionals regarding proposed bid procedures,  order approving same and auction of leases of closing locations to going concern bidders; email to D. Sroka regarding possible lease auction in July and tentative schedule. | RLL | 0. ) |
| 06/16/05 | Review revised bid procedures order; telephone conference and email with C. Jackson regarding same; telephone conference with E. Held regarding strategy for hearing on bid procedures order; participate in hearing on bid procedures via telephone. | RLL | 0 ⌐) |
| 06/17/05 | Telephone conference with E. Held regarding comments to proposed bid and auction procedures order; review multiple | RLL | 0 0 |

PLEASE MAKE ALL CHECKS PAYABLE TO KELLEY DRYE & WARREN LLP AND FORWARD SUCH CHECKS TO THE ATTE ⌐ION OF THE
TREASURER'S DEPARTMENT.
KELLEY DRYE & WARREN LLP
101 PARK AVENUE
NEW YORK, NEW YORK  10178
(212) 808-7800

# KELLEY DRYE & WARREN LLP

FEDERAL   NO. 13-5335107

|  | NEW YORK |  |
| --- | --- | --- |
| WASHINGTON | STAMFORD | AFFILI  E OFFICES |
| CHICAGO | PARSIPPANY | JAKART   INDONESIA |
| TYSONS CORNER | BRUSSELS | MUM  AI, INDIA |

KRUSCH PROPERTIES, LLC
Client  016456
Matter 0001
July 19, 2005
Page 4

| Date | Description | Att | Hours |
| --- | --- | --- | --- |
|  | emails from Committee, Bank and other affected parties with comments regarding same; multiple emails with C. Jackson and K. Ward regarding final form of Order and approved bid procedures, attention to incorporation of our comments regarding objection deadlines and adequate assurance requirements in bid procedures. |  |  |
| 06/23/05 | Reviewed the store closing list; conference with R. LeHane regarding same. | JSC | 0.2 |
| 06/23/05 | Email to D. Sroka regarding bid procedures order and tenative auction schedule; confer with J. Carr regarding stores being sold or closed; reviewed list of targeted locations which would be part of GOB sales; email to D. Sroka regarding impact on Garden Creek location. | RLL | 0.1 |
| 06/23/05 | Confer with M. Vicinanza regarding store closings and consolidated operating area; email to D. Sroka reagrding impact on Garden Creek location. | RLL | 0.2 |

PLEASE MAKE ALL CHECKS PAYABLE TO KELLEY DRYE & WARREN LLP AND FORWARD SUCH CHECKS TO THE ATTEN  ON OF THE
TREASURER'S DEPARTMENT.
KELLEY DRYE & WARREN LLP
101 PARK AVENUE
NEW YORK, NEW YORK  10178
(212) 808-7800

# KELLEY DRYE & WARREN LLP

FEDERAL ( NO. 13-5335107

WASHINGTON

CHICAGO

TYSONS CORNER

NEW YORK

STAMFORD

PARSIPPANY

BRUSSELS

AFFILI  E OFFICES

JAKART   INDONESIA

MUN  AI, INDIA

**KRUSCH PROPERTIES, LLC**
Client  016456
Matter 0001
July 19, 2005
Page 5

---

Total Services for this Matter:                                      1  44.00

Other Charges:                          Amount

Duplication                             $6.40
Telephone                               16.07
Books/ Research Matters                 41.02

Total Other Charges for this Matter:                                 63.49

Total this Invoice                                      $1  07.49

Less Applied Retainer                                   (1,  7.49)

Total Amount Due                                         0.00

PLEASE MAKE ALL CHECKS PAYABLE TO KELLEY DRYE & WARREN LLP AND FORWARD SUCH CHECKS TO THE ATTE   ON OF THE
TREASURER'S DEPARTMENT.
KELLEY DRYE & WARREN LLP
101 PARK AVENUE
NEW YORK, NEW YORK  10178
(212) 808-7800

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335101

|  | NEW YORK |  |
| --- | --- | --- |
| WASHINGTON | STAMFORD | AFFILIATE OFFICES |
| CHICAGO | PARSIPPANY | JAKARTA, INDONESIA |
| TYSONS CORNER | BRUSSELS | MUMBAI, INDIA |

KRUSCH PROPERTIES, LLC
Client  016456
Matter 0001
July 19, 2005
Page 6

| Attorney | Att | Hours | Amount |
| --- | --- | --- | --- |
| CARR, JAMES S | JSC | 0.40 | $196.00 |
| LUM, ERIN M | EML | 0.70 | 182.00 |
| LEHANE, ROBERT L | RLL | 2.80 | 966.00 |

PLEASE MAKE ALL CHECKS PAYABLE TO KELLEY DRYE & WARREN LLP AND FORWARD SUCH CHECKS TO THE ATTENTION OF THE
TREASURER'S DEPARTMENT.
KELLEY DRYE & WARREN LLP
101 PARK AVENUE
NEW YORK, NEW YORK  10178
(212) 808-7800

# KELLEY DRYE & WARREN LLP

FEDE AL ID NO. 13-53: 107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | AFI IATE OFFICE |
| CHICAGO | STAMFORD | JAK/ ·TA, INDONE 5IA |
| TYSONS CORNER | PARSIPPANY | N· MBAI, INDIA |
| | BRUSSELS | |

KRUSCH PROPERTIES, LLC
ATTN: EDWARD B. KRUSCH
509 SOUTH EDGEWORTH STREET
P.O. BOX 1195
GREENSBORO, NC 27402

, ,gust 22, 2 )05
Invoi = No. 1554 :52

| 016456 | KRUSCH PROPERTIES, LLC |
|---|---|
| 0001 | WINN DIXIE |

## ACCOUNT SUMMARY AND REMITTANCE FORM

| | |
|---|---|
| FEES: | $5,99 .00 |
| OTHER CHARGES: | $7( .41 |
| **LESS APPLIED RETAINER** | $(6,073 41) |

| | |
|---|---|
| **TOTAL AMOUNT DUE:** | **$0. )0** |

**TERMS: PAYMENT DUE UPON RECEIPT**

PLEASE MAKE ALL CHECKS PAYABLE TO KELLEY DRYE & WARREN LLP AND FORWARD SUCH CHECKS TO THE AT I:NTION OF THE
TREASURER'S DEPARTMENT.
KELLEY DRYE & WARREN LLP
101 PARK AVENUE
NEW YORK, NEW YORK 10178
(212) 808-7800

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-535107

| | | |
|---|---|---|
| | **NEW YORK** | |
| **WASHINGTON** | **STAMFORD** | **AFFILIATE OFFICES** |
| **CHICAGO** | **PARSIPPANY** | JAKARTA, INDONESIA |
| **TYSONS CORNER** | **BRUSSELS** | MUMBAI, INDIA |

KRUSCH PROPERTIES, LLC
ATTN: EDWARD B. KRUSCH
509 SOUTH EDGEWORTH STREET
P.O. BOX 1195
GREENSBORO, NC 27402

August 22, 2005
Invoice No. 1554352

Client  016456
Matter 0001  WINN DIXIE

---

Attorney: 01118         Page 2

Legal Services Rendered

| Date | Description | Att | Hours |
|---|---|---|---|
| 07/01/05 | Preliminary review of motions to sell leases and close stores; confer with J. Carr regarding impact on Krusch lease. | RLL | .30 |
| 07/02/05 | Emails with C. Jackson regarding Harris Teeter stalking horse bid for lease and asset purchase agreement; preliminary review of same and request adequate assurance information. | RLL | .80 |
| 07/06/05 | Briefly reviewed the Motion to conduct GOB sales and Motion to sell leases; conference with R. LeHane regarding same and my concerns. | JSC | .10 |
| 07/06/05 | Review Sale Motion, Asset Purchase Agreement, Store Closing Motion and related exhibits; confer with J. Carr regarding his concerns; email to D. Sroka regarding same. | RLL | .90 |
| 07/07/05 | Participated in a conference call about the upcoming lease auction; drafted an email to D. Sroka regarding the financial adequate assurance information. | JSC | .20 |

PLEASE MAKE ALL CHECKS PAYABLE TO KELLEY DRYE & WARREN LLP AND FORWARD SUCH CHECKS TO THE ATTENTION OF THE
TREASURER'S DEPARTMENT.
KELLEY DRYE & WARREN LLP
101 PARK AVENUE
NEW YORK, NEW YORK  10178
(212) 808-7800

# KELLEY DRYE & WARREN LLP

FEDE AL ID NO. 13-53: 5107

| | | |
|---|---|---|
| WASHINGTON | NEW YORK | |
| CHICAGO | STAMFORD | AF ILIATE OFFICE S |
| TYSONS CORNER | PARSIPPANY | JAK. :TA, INDONE SIA |
| | BRUSSELS | N IMBAI, INDIA |

KRUSCH PROPERTIES, LLC
Client 016456
Matter 0001
August 22, 2005
Page 3

---

| Date | Description | Att | Ho 's |
|------|-------------|-----|-------|
| 07/07/05 | Email from B. Walsh with adequate assurance information from Harris Teeter; email to D. Sroka regarding same. | RLL | .60 |
| 07/12/05 | Telephone call to D. Sroka regarding Harris Teeter bid; telephone conference with E. Krusch regarding same, cure amount and auction; confer with J. Carr regarding status; conference with E. Lum regarding preparing a cure objection. | RLL | .60 |
| 07/12/05 | Confer with R. LeHane regarding cure objection. | EML | .50 |
| 07/18/05 | Email to D. Sroka and E. Krusch regarding the outcome of the auction. | RLL | .30 |
| 07/20/05 | Review filed notice of assignment of lease to Harris Teeter. | RLL | .30 |
| 07/22/05 | Review proposed form of order, Asset Purchase Agreement and assignment agreement; email comments to C. Jackson and B. Pryor regarding same. | ERW | .40 |
| 07/25/05 | Review revised order approving assignment and assignment agreement. | ERW | .40 |
| 07/26/05 | Email to C. Jackson and B. Pryor regarding comments to revised order; office conference with J. Carr regarding same; email to E. Krusch regarding same; telephone conference with B. Pryor regarding same. | ERW | .10 |
| 07/27/05 | Attend hearing on assignment of lease to Harris Teeter; review and confer with R. Tyson regarding modifications to form of Order approving assignment - attention to payment | RLL | .40 |

PLEASE MAKE ALL CHECKS PAYABLE TO KELLEY DRYE & WARREN LLP AND FORWARD SUCH CHECKS TO THE AT ENTION OF THE
TREASURER'S DEPARTMENT.
KELLEY DRYE & WARREN LLP
101 PARK AVENUE
NEW YORK, NEW YORK 10178
(212) 808-7800

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5335107

WASHINGTON

CHICAGO

TYSONS CORNER

NEW YORK

STAMFORD

PARSIPPANY

BRUSSELS

AFFILIATE OFFICES

JAKARTA, INDONESIA

MUMBAI, INDIA

KRUSCH PROPERTIES, LLC
Client  016456
Matter 0001
August 22, 2005
Page 4

| Date | Description | Att | Hours |
|------|-------------|-----|-------|
| | of year end adjustments and later resolution of cure amounts. | | |

PLEASE MAKE ALL CHECKS PAYABLE TO KELLEY DRYE & WARREN LLP AND FORWARD SUCH CHECKS TO THE ATTENTION OF THE
TREASURER'S DEPARTMENT.
KELLEY DRYE & WARREN LLP
101 PARK AVENUE
NEW YORK, NEW YORK  10178
(212) 808-7800

# KELLEY DRYE & WARREN LLP

FEDERAL ID NO. 13-5315107

| | NEW YORK | |
|---|---|---|
| WASHINGTON | STAMFORD | AFFILIATE OFFICES |
| CHICAGO | PARSIPPANY | JAKARTA, INDONESIA |
| TYSONS CORNER | BRUSSELS | MUMBAI, INDIA |

KRUSCH PROPERTIES, LLC
Client  016456
Matter 0001
August 22, 2005
Page 5

---

Total Services for this Matter:                                    5,997.00


Other Charges:                          Amount

Postage                                 $2.21
Duplication                             29.40
Telephone                               24.30
Facsimile                               9.80
Courier                                 10.70

Total Other Charges for this Matter:                               76.41

Total this Invoice                                                 6,073.41

Less Applied Retainer                                             (6,073.41)

Total Amount Due                                                    0.00

PLEASE MAKE ALL CHECKS PAYABLE TO KELLEY DRYE & WARREN LLP AND FORWARD SUCH CHECKS TO THE ATTENTION OF THE
TREASURER'S DEPARTMENT.
KELLEY DRYE & WARREN LLP
101 PARK AVENUE
NEW YORK, NEW YORK  10178
(212) 808-7800

# KELLEY DRYE & WARREN LLP

FEDE·AL ID NO. 13-533 1107

| | | |
|---|---|---|
| | NEW YORK | |
| WASHINGTON | STAMFORD | AF I.IATE OFFICE 3 |
| CHICAGO | PARSIPPANY | JAKA·RTA, INDONE SIA |
| TYSONS CORNER | BRUSSELS | M∪MBAI, INDIA |

KRUSCH PROPERTIES, LLC
Client  016456
Matter 0001
August 22, 2005
Page 6

---

| Attorney | Att | Hours | Amount |
|---|---|---|---|
| CARR, JAMES S | JSC | 2.30 | $1,127.00 |
| LUM, ERIN M | EML | 0.50 | 130.00 |
| WILSON, ERIC R | ERW | 4.90 | 1,911.00 |
| LEHANE, ROBERT L | RLL | 8.20 | 2,829.00 |

PLEASE MAKE ALL CHECKS PAYABLE TO KELLEY DRYE & WARREN LLP AND FORWARD SUCH CHECKS TO THE ATTENTION OF THE
TREASURER'S DEPARTMENT.
KELLEY DRYE & WARREN LLP
101 PARK AVENUE
NEW YORK, NEW YORK  10178
(212) 808-7800