January 03, 2007

Case # 05-03817-3F1

to the Clerk of court

FILED
JACKSONVILLE, FLORIDA
JAN 04 2007
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

To the Clerk of court

Please, I was involved and injured in a Winn-Dixie store on a slip and fall on May 20th 2005.

I need money for my injuries

thank you

ROSELINE GUILLAUME

Roseline Guillaume

407 296 0693
407 968 2922