UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No.: 05-03817-3F1 |
| Winn-Dixie Stores, Inc., et al., | Chapter 11 |
| Reorganized Debtors. | Jointly Administered |

### MOTION FOR PAYMENT OF AN ADMINISTRATIVE CLAIM

COMES NOW, Claimant, ILLALORDE CHERCOLES, by and through her undersigned attorney, and requests payment of an administrative claim in connection with the date of accident April 27, 2006, more fully described as Claim No.: A611203679, in accordance with Section 12.1 of the Plan.

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been furnished by regular U.S. Mail and facsimile to *JAMES POST, ESQUIRE,* Smith, Hulsey & Busey, Attorneys for Reorganized Debtors, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, (904) 359-7708, and *MATTHEW BARR, ESQUIRE,* Milbank, Twee, Hadley & McCloy, LLP, Attorneys for Post-Effective Date Committee, 1 Chase Manhattan Plaza, New York, New York 10005, (212) 822-5194, on this       day of January, 2007.

LAW OFFICES OF FRANK E. DEPENA, P.A.

Attorneys for Claimant, Illalorde Chercoles

1810 Jackson Street

Post Office Drawer 9304
Fort Myers, Florida 33902
Telephone: 239-332-3554

By: _____
Frank E. DePena

Florida Bar No.: 437750