# UNITED STATES BANKRUPTCY COURT

# MIDDLE DISTRICT OF FLORIDA

# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No.: 05-03817-3F1 |
| **Winn-Dixie Stores, Inc., et al** | Chapter 11 |
| **Reorganized Debtors** | Jointly |
| | Administered |

## APPLICATION FOR POST EFFECTIVE DATE PAYMENT

1. **CLAIMANT/CREDITOR:** DONALANDIS HYMEL

2. **DATE OF LOSS**: OCTOBER 20, 2005

3. **BASIS OF PERSONAL INJURY CLAIM:**

On October 20, 2005, at approximately 10:00 a.m., Donalandis Hymel, was a customer at the Winn-Dixie Strore, #1440 located in the Marrero Shopping Center, in the Parish of Jefferson, State of Louisiana. Suddenly and without warning, an employee of Winn-Dixie Montgomery, drove a motorized palette jack over claimant s foot, causing serious and ongoing injuries and damages to Donalandis Hymel.

4. **MEDICAL BILLS TO DATE:**

| | |
|---|---|
| Bone and Joint Clinic | $270.00 |
| Dr. F. Allen Johnston | $1,174.00 |
| Canal Radiology | $115.00 |

    Metropolitan Physical Therapy    $2,208.60

    TOTAL TO DATE:    $3,767.60

5. **CURRENT STATUS AND FUTURE MEDICAL:**

Donalandis Hymel is still receiving medical treatment and care for the suffering incurred as a result of this accident. Her treating physician has recommended that she have a triple phase bone scan and also nerve conduction studies of her lower extremities. The costs of these test are estimated to be $1,900.00.

    Respectfully Submitted:

    _____
    WILLIAM E. MURA, JR. (#9834)
    ROBERT J. LANDRY (#07996)
    320 N. Carrollton Avenue, #200
    New Orleans, LA 70119
    Attorneys for Donalandis Hymel

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been forwarded to counsel of record by depositing same in the United States mail, postage prepaid and property addressed this 4th day of January, 2007.

    _____
    WILLIAM E. MURA, JR (#9834)