**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re ) | Case No. 3:05-bk-03817-JAF | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 | |
| Debtors. ) | | |
| _____ ) | | |

**CARDINAL ENTITIES COMPANY A/K/A CARDINAL**
**TRIMANAGEMENT, LLC'S APPLICATION FOR ALLOWANCE**
**OF ADMINISTRATIVE EXPENSE AND REQUEST FOR PAYMENT**

Cardinal Entities Company a/k/a Cardinal Tri Management, LLC ("Cardinal"), moves the Court pursuant to 11 U.S.C. § 364 and 11 U.S.C. § 503(b), for the allowance of administrative claim accrued during the pendency of this Chapter 11 case, and in support states:

1. Cardinal is the owner and landlord of a shopping center located at 201 W. 48th Street in Jacksonville, Florida pursuant to a lease dated August 5, 1983 which lease was thereafter amended on August 24, 1993 and November 1998 (the "Lease"). Debtor, Winn-Dixie Stores, Inc. is a tenant operating Store No. 2603 at the shopping center location.

2. On February 21, 2005, Winn-Dixie Stores, Inc. (the "Debtor"), together with its affiliates, filed voluntary petitions under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York.

3. By order dated April 13, 2005, venue was transferred to the United States Bankruptcy Court for the Middle District of Florida.

4.  Since the Petition Date, Debtor has utilized and continued to operate out of Store No. 2603. Accordingly, Cardinal is entitled to its administrative claim for expenses requested post-petition up until the effective date of the confirmed plan of reorganization.

5.  The amount due for administrative expenses between the petition and the effective date of the confirmed plan is $37,528.15.

6.  The Debtor's use of the Property was necessary for preservation of the estate. In addition, Debtor derived a substantial benefit from utilization of the Property.

WHEREFORE, Cardinal requests the entry of an order (i) granting this application for allowance of $37,528.15 for its Chapter 11 administrative claim; (ii) directing the Debtor to pay said amount to the Cardinal; and (iii) awarding such other relief as is appropriate.

**STUTSMAN THAMES & MARKEY, P.A.**

By  /s/ Bradley R. Markey
Bradley R. Markey

Florida Bar Number 0984213
50 N. Laura Street, Suite 1600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 (Facsimile)

Attorneys for Cardinal Entities Company a/k/a Cardinal Tri Management, LLC

## Certificate of Service

I hereby certify on January 5th, 2007, the foregoing pleading was transmitted to the Clerk of the Court for uploading to the Case Management/Electronic Case Filing System, which will send a notice of electronic filing to:

Stephen D. Busey, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
busey@smithhulsey.com

John B. Macdonald, Esq.
Akerman, Senterfitt & Eidson, P.A.
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202
(904) 798-3700
(904) 798-3730 (facsimile)
john.macdonald@akerman.com

Elana L. Escamilla, Esq.
Assistant United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
(407) 648-6465
(407) 648-6323 (facsimile)
elana.l.escamilla@usdoj.gov

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Adam Ravin, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
aravin@skadden.com

David Jennis, Esq.
Jennis & Bowen, P.L.
400 North Ashley Drive, Suite 2540
Tampa, Florida 33602
(813) 229-1700
(813) 229-1707 (facsimile)
ecf@jennisbowen.com

Patrick P. Patangan, Esq.
Akerman, Senterfitt & Eidson, P.A.
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202
(904) 798-3700
(904) 798-3730 (facsimile)
patrick.pantangan@akerman.com

Karol K. Denniston, Esq.
Paul, Hastings, Janofsky & Waler, LLP
600 Peachtree Street, Suite 2400
Atlanta, Georgia 30308
(404) 815-2347
(404) 685-5347 (facsimile)

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Plaza
New York, New York 10005
(212) 530-5000
(212) 530-5219 (facsimile)
ddunne@milbank.com

D.J. Baker, Esq.
Skadden, Arps, Slat, Meagher, & Flom, LLP
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
dbaker@skadden.com



61894
Attorney