## UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA

## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No.: 05-03817-3F1 |
| Winn-Dixie Stores, Inc., et al | Chapter 11 |
| Reorganized Debtors | Jointly Administered |

## APPLICATION FOR POST EFFECTIVE DATE PAYMENT

1. **CLAIMANT/CREDITOR:** AUDREY JACKSON

2. **DATE OF LOSS**: September 22, 2006

3. **BASIS OF PERSONAL INJURY CLAIM:**

On September 22, 2006, at approximately 12:30 p.m., Audrey Jackson, was a customer at the Winn-Dixie Strore, #1329 located at 211 Veterans Memorial Blvd., Parish of Jefferson, State of Louisiana. Suddenly and without warning, Audrey Jackson, slipped and fell on grapes, causing her serious injuries and damages, specifically but not limited to injuries to her left hand, back, knees and left ankle.

4. **MEDICAL STATUS:**

At the present time, the medical expenses are unknown. Ms. Jackson received emergency room treatment at East Jefferson General Hospital and is currently seeking treatment at the Total Health Clinic in New Orleans, Louisiana.

Respectfully Submitted:

_____
WILLIAM E. MURA, JR. (#9834)
ROBERT J. LANDRY (#07996)
320 N. Carrollton Avenue, #200
New Orleans, LA 70119
Attorneys for Donalandis Hymel

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been forwarded to counsel of record by depositing same in the United States mail, postage prepaid and property addressed this 4th day of January, 2007.

_____
WILLIAM E. MURA, JR (#9834)