UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 05-03817-3F1 |
| | * | |
| Winn-Dixie Stores, Inc.,et al | * | |
| | * | CHAPTER 11 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

MOTION OF NOEMY AGUILERA.
FOR RECOGNITION AND PAYMENT OF ADMINISTRATIVE CLAIM

The motion of NOEMY AGUILERA ("AGUILERA"), a personal injury claimant for recognition and payment of administrative expense claim, respectfully represents:

1. Aguilera sustained an injury upon the premises of Debtor post filing of Bankruptcy in accordance with the "Petition for Damages" in the matter Noemy Aguilera vs. Winn-Dixie Louisiana, Inc.(Merged into Winn-Dixie Montgomery, Inc.) a copy of which is attached hereto and made a part hereof (Exhibit A)

2. The Debtor is indebted to "Aguilera" in the amount of $20,000 as shown on the attached Exhibit "A," which sum is the post petition amount due, plus any additional amounts that may arise or become due.

3. The Post Petition Claim is not subject to any setoff or counterclaim.

4. Aguilera's Post Petition Claim is entitled to recognition and payment as an administrative claim pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1)(A).

WHEREFORE, AGUILERA prays this Honorable Court:

a. Recognize the Post Petition Claim as an administrative expense claim;

b. Allow Aguilera to reserve her right to liquidate its claim for an administrative expense in connection with;

c. Authorize the Debtor to pay the Post Petition Claim;; and

d. Grant such other and further relief as is just and equitable.

By: _____
JOEL A. LEVY
7577 WESTBANK EXPRESSWAY
MARRERO, LOUISIANA
ATTORNEY FOR NOEMY AGUILERA
(504)340-2993 TEL
(504)340-1998 FAX

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion Noemy Aguilera For Recognition and Payment of Administrative Claim has been served on the Counsel for Reorganized Debtors, James Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Fla. 32202, Fax: (904) 359-7708 and Counsel for the Post-Effective Date Committee upon Matthew Barr, Milbank, Tweed Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York 10005, Fax:(212) 822-5194.

_____
JOEL A. LEVY

397433.1