NO.: 96699

SECOND PARISH COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NOEMY AGUILERA

VERSUS

WINN-DIXIE LOUISIANA, INC.
(Merged into Winn-Dixie Montgomery, Inc.)

FILED: _____    DEPUTY CLERK

DIVISION:

DIV. A
JUDGE
ROY M. CASCIO

FILED FOR RECORD
06 FEB 23 PM 12:33
DEPUTY CLERK
PARISH OF JEFFERSON, LA

## PETITION FOR DAMAGES

The petition of NOEMY AGUILERA, a person of the full age of majority and domiciled in this Parish and State, with respect represents that:

I.

Made defendant herein, WINN-DIXIE LOUISIANA, INC., merged into Winn Dixie Montgomery, Inc., is a domestic corporation, operating a retail store at 4627 Westbank Expressway, Marrero, Louisiana.

II.

On March 24, 2005, petitioner, Noemy Aguilera, was a guest shopper in Winn-Dixie Louisiana, Inc.'s store located at 4627 Westbank Expressway, Marrero, Louisiana 70072.

III.

While shopping on an aisle in the defendant's store, petitioner came in contact with cooking oil on the floor, causing her to fall to the floor and causing injury to petitioner.

IV.

The sole proximate of this accident and injuries to petitioner, was the negligence of the defendants in failing to maintain the safety of their store, and failing to keep the store clean and free of hazards to their customers.

V.

Petitioner incurred special damages of medical expenses and pain and suffering from the injuries she sustained as a result of this fall.

WHEREFORE, the petitioner prays for judgment in her favor and against the defendant, Winn-Dixie Louisiana, Inc., merged into Winn Dixie Montgomery, Inc., and that she be awarded damages that are reasonable in the premises, together with legal interest from the date of judicial demand, until paid and for all costs of these proceedings.

---

JOEL LEVY    #1178
7577 Westbank Expressway
Marrero, Louisiana 70072
(504) 340-2993

**PLEASE SERVE:**

WINN-DIXIE LOUISIANA, INC.
Through their agent of service of process
CORPORATION SERVICE COMPANY
320 Somerulos Street
Baton Rouge, Louisiana 70802-6129