United States Bankruptcy Court
Middle District of Florida
Jacksonville Division

Case # 05-03817-3F1

John Fleming
17A Garrett Rd.
Phenix City, Al.
36869

Winn-Dixie Stores. Inc.
Cases # 05-03817-3F1

I John Fleming, do have a claim against Winn-Dixie Store #07-0433-001. On March 29th, 2005 I slipped and fell at Winn-Dixie in Phenix City, AL. The claimant number is A 511203753-001-01. I have received medical treatment and need the bills incurred to be paid. I am also seeking damages for pain and suffering and lost wages. I am seeking damages total of $35,000 for the medical bills and damages.
I have also served copy to Winn-Dixie Stores, Counsel and co-counsel.

Sincerely,

John Fleming
John Fleming

01-05-07