UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NUMBER: 05-03817-3F1
CHAPTER 11
JOINTLY ADMINISTERED

**IN RE:**

**WINN-DIXIE STORES, INC., ET. AL.**

**REORGANIZED DEBTORS.**
_____/

**BONITA DRYE, ON BEHALF OF E.J., A MINOR'S, NOTICE OF ADMINISTRATIVE EXPENSES**

**COMES NOW BONITA DRYE, ON BEHALF OF E.J., A MINOR,** by and through undersigned attorney, and files this Notice of Administrative Expenses and in support thereof would state:

1. That **BONITA DRYE, ON BEHALF OF E.J., A MINOR'S,** administrative expenses to date are as follows:

| | |
|---|---:|
| *ADVANCED IMAGING* | $2,313.10 |
| *CREIGHTON HEALTHCARE, INC.* | $7,869.00 |
| *ST. JOSEPH'S HOSPITAL* | $1,292.00 |
| *DR. GORDON ZUERNDORFER* | $1,995.92 |
| | |
| | |
| **TOTAL** | $13,470.02 |

2. That Counsel for **BONITA DRYE, ON BEHALF OF E.J., A MINOR**, states that there will be additional expenses, particularly substantial medical

bills.

/s/ Nathaniel W. Tindall, II
Nathaniel W. Tindall, II
The Law Office of Nathaniel W. Tindall, II
205 West Dr. M.L. King, Jr., Boulevard
Suite 103
Tampa, Florida  33603
Telephone Number: 813/237-3560
Florida Bar Number: 176524

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **January 5, 2007** I electronically filed the foregoing with the Clerk of the Court by Using the CM/ECF system which will send a notice of electronic filing to the following:

**JAMES POST**
jpost@smithhulsey.com

**MATTHEW BARR**
mbarr@milbank.com

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following to ensure receipt:

**JAMES POST, ESQUIRE**
Smith, Hulsey & Busey
225 Water Street
Suite 1800
Jacksonville, Florida 32202

**MATTHEW BARR**
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, New York 10005

/s/ Nathaniel W. Tindall, II
NATHANIEL W. TINDALL, II