**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | |
| WINN-DIXIE STORES, INC., et al., | Case No.: 3-05-bk-3817 (JAF) |
| Debtors. | Chapter 11 |
| | Jointly Administered |

**APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE**
**AND REQUEST FOR NOTICE**
*Pell City Marketplace Partners*

Comes Now, Pell City Marketplace Partners ("Applicant"), through the undersigned attorneys, and seeks administrative expense status for Applicant's claim against one or more of the Debtors pursuant to 11 U.S.C. § 503(b). Applicant requests the entry of an order allowing the administrative expense described below and directing the payment of such amount pursuant to Order Confirming the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Confirmation Order") and the provisions of the Plan as confirmed. In support of this Application, Applicant states as follows:

**JURISDICTION AND VENUE**

1.  The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. § 157(b)(2).

**FACTUAL BACKGROUND**

2.  Winn-Dixie Stores, Inc., et al. (the "Debtors") filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on or about February 21, 2005 (the "Petition Date").

3.  After the Petition Date, Applicant was the landlord for Winn Dixie Store #410 currently located at Pell City Marketplace in Pell City, Alabama. Under the Lease, Debtors Winn-Dixie Montgomery, Inc. and Winn-Dixie Stores, Inc.[1] are liable to reimburse the landlord for a pro rata portion of the ad valorem taxes and the insurance on the property in question. As reflected in more detail in the attached Exhibit A, Applicant is owed a total of $13,897.94 that it has already paid for such taxes and insurance. Of that total, $10,250.01 is for taxes due for the period from October 1, 2005 to July 23, 2006 and $3,647.93 is for insurance premiums for January 1, 2006 to July 23, 2006.

## APPLICANT'S CLAIM IS ENTITLED TO ADMINISTRATIVE EXPENSE STATUS

4.  Section 503(b) of the Bankruptcy Code provides for the allowance of administrative expense status, and its attendant priority for payment, for the "actual, necessary costs and expenses of preserving the estate…" 11 U.S.C. § 503(b). It is well-established that personal injury claims arising from a post-petition tort committed by the debtor are entitled to administrative expense status. *See, Reading Co. v. Brown,* 391 U.S. 471,485 (post-petition fire damages resulting from trustee's negligence were entitled to administrative expense status); *In re Piper Aircraft Corp.,* 169 B.R. 766 (Bankr. S.D. Fla 1994).

5.  In this instance, Applicant's claim arose as a result of the business operations of one or more of the Debtors after the Petition Date but prior to the Confirmation Order. As such, Applicant's claim is entitled to administrative expense status under 11 U.S.C. § 503(b), and Applicant seeks the entry of an order awarding such status.

---

[1] Winn-Dixie Montgomery, Inc. is the primary obligor on the Lease and Winn-Dixie Stores, Inc. is the guarantor of those obligations. Applicant seeks recovery from both.

**REQUEST FOR FUTURE NOTICE**

Applicant requests that all future pleadings and notices regarding or affecting Applicant's claim be served upon:

Pell City Marketplace Partners
c/o Helms Roark, Inc.
P.O. Box 1149
Montgomery, AL  36101-1149

WHEREFORE, based upon the foregoing, Applicant requests that the Court enter an order granting the relief requested herein and such other relief as it deems just and proper.

Respectfully Submitted,          WILCOX LAW FIRM

/s/ **Robert Wilcox**
Robert D. Wilcox (FL #755168)
6817 Southpoint Parkway, Suite 1302
Jacksonville, FL 32216
Telephone: (904) 281-0700
Facsimile: (904) 513-9201

**CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2007 I filed this **APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE STATUS FOR POSTPETITION CLAIM AND REQUEST FOR NOTICE** through the CM/ECF filing system, which will cause a copy to be served on James H. Post, Esq., Counsel for the Reorganized Debtors, Matthew Barr, Esq. and  John MacDonald, Esq., Counsel for the Post-Effective Date Committee,  Elena L. Escamilla,  Esq., counsel for the Office of the United States Trustee and all other parties participating in the CM/ECF System, all served electronically.

/s/ **Robert Wilcox**
Robert D. Wilcox

# EXHIBIT A

Elizabeth Mealer, Revenue Commissioner
St. Clair County
1815 Cogswell Ave. Ste 205
Pell City, Alabama 35125

Parcel No.:

28-01-01-4-000-013.005

PELL CITY MARKETPLACE PARTNER
PO BOX 1149
MONTGOMERY          AL 36101-114

ACCOUNT NUMBER    510966

**ACCOUNT NUMBER**

TOTAL TAX DUE    57,433.68

**TOTAL TAX DUE**

ACCOUNT NUMBER    510966

TOTAL TAX DUE    57,433.68

**PROPERTY TAX NOTICE**

**KEEP THIS STUB FOR YOUR RECORDS**    **RETURN THIS STUB WITH PAYMENT**

Year 2006                                Year 2006

PRESORTED
FIRST CLASS
U.S. POSTAGE
**PAID**
PERMIT NO. 1
ASHVILLE, AL

(Ashville, ALA postmark)

CL AGENCY
RICHMOND ACCOUNTING
PO BOX 26385
RICHMOND, VA 23260-6385          CAP
A-000-C55-062640373-8225M1060 -2399

**TRAVELERS**

## DISBURSEMENT
## PROCESSING

FORMAT:            675
DATE:              09/21/06
PAYEE:             C55-062640373
CHECK NUMBER:      **10329642**
CHECK AMOUNT:      $******3,909.00

FOR PAYMENT INFORMATION
PHONE:             1-800-252-2268

PELL CITY MARKETPLACE PARTNERS
PO BOX 1149
MONTGOMERY          AL    36101-1149

INSURING COMPANY:  THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT

COMMERCIAL LINES DIRECT BILL SYSTEM
REFUND FROM YOUR TRAVELERS ACCOUNT NUMBER     8225M1060

PLEASE DIRECT ALL QUESTIONS OTHER THAN PAYMENT QUESTIONS TO:

HINES RIDOLPHI CARPER AM        0XW583
4137 CARMICHAEL RD  STE 330     700
MONTGOMERY AL   36106
PHONE  (888) 661-3938

JE    111    Cash       1050     3909.00
     9/26/06  Ins.-Op.  5690              3909.00
                        Refund

62640373   06264   6188   648861   DB

3878

**DETACH HERE**                                                                **DETACH HERE**

| TRAVELERS PROPERTY CASUALTY<br>CL AGENCY | 62-20<br>311<br>Citibank Delaware<br>One Penn's Way<br>New Castle DE 19720 | CHECK NUMBER  10329642<br>FORMAT 675 |
|---|---|---|
| A-000-C55-062640373-8225M1060 -2399 | | DATE   09/21/06 |
| FOR PAYMENT INFORMATION<br>PHONE: 1-800-252-2268 | | PLEASE CASH WITHIN 60 DAYS<br>$******3,909.00******** |
| PAY   THREE THOUSAND NINE HUNDRED NINE AND *<br>     NO/100 DOLLARS ***************************<br>     ******************************************* | | |
| PAY<br>TO THE    PELL CITY MARKETPLACE PARTNERS<br>ORDER OF  PO BOX 1149<br>          MONTGOMERY      AL   36101-1149 | | *Douglas K. Russell*<br>AUTHORIZED SIGNATURE |
| | THIS CHECK HAS A RED BACKGROUND | |

⑪10329642⑪  ⑆031100209⑆    386186741⑆

**ST PAUL TRAVELERS**
TRAVELERS SERVICE CENTER
P.O. BOX 1564
ELMIRA, NY 14902-1564

## Account Bill

Account No.    8225M1060
Date of This Bill  12/22/05



TOTAL BALANCE
$10,564.34
MINIMUM DUE
$1,514.33

PELL CITY MARKETPLACE PARTNERS
PO BOX 1149
MONTGOMERY    AL    36101

PAYMENT MUST BE RECEIVED BY:

JANUARY 11, 2006

---

**ACCOUNT BILLING SUMMARY**

| POLICY | TYPE | POLICY PERIOD | MIN. DUE | BALANCE |
|---|---|---|---|---|
| 2739W494 680 | Commercial Package | 10/11/05 To 10/11/06 | $1,508.33 | $10,558.34 |
|  |  | Current Installment Charge | 6.00 | 6.00 |
| TOTAL BALANCE |  |  | $1,514.33 | $10,564.34 |

**TRANSACTIONS SINCE LAST STATEMENT**

| | |
|---|---|
| Previous Account Balance | $12,072.67 |
| Payment Received - Thank You | -1,514.33 |
| Current Installment Charge | 6.00 |
| TOTAL BALANCE | $10,564.34 |

REC'D: 12-28-05
APPROVED: 60
DATE APPR'D: 1-3-06
CHG TO: PC-083
PAID CK#: 1740
DATE: 1-4-06

CONTINUED ON NEXT PAGE

*Please detach the payment coupon and mail with your payment in the enclosed envelope to:*
ST. PAUL TRAVELERS, CL & SPECIALTY REMITTANCE CENTER, HARTFORD, CT 06183-1008.

**ST PAUL TRAVELERS**

TRAVELERS SERVICE CENTER
P.O. BOX 1564
ELMIRA, NY 14902-1564

## Account Bill

Account No.      8225M1060
Date of This Bill  01/23/06

**TOTAL BALANCE**
**$9,056.01**
**MINIMUM DUE**
**$1,514.33**

PELL CITY MARKETPLACE PARTNERS
PO BOX 1149
MONTGOMERY      AL   36101

**PAYMENT MUST BE RECEIVED BY:**

**FEBRUARY 11, 2006**

---

**ACCOUNT BILLING SUMMARY**

| POLICY | TYPE | POLICY PERIOD | MIN. DUE | BALANCE |
|---|---|---|---|---|
| 2739W494 680 | Commercial Package | 10/11/05 To 10/11/06 | $1,508.33 | $9,050.01 |
|  |  | Current Installment Charge | 6.00 | 6.00 |
| TOTAL BALANCE |  |  | $1,514.33 | $9,056.01 |

**TRANSACTIONS SINCE LAST STATEMENT**

| | |
|---|---|
| Previous Account Balance | $10,564.34 |
| Payment Received - Thank You | -1,514.33 |
| Current Installment Charge | 6.00 |
| TOTAL BALANCE | $9,056.01 |

REC'D: 1-27-06
APPROVED: GC
DATE APPR'D: 1-30-06
CHG TO: PC 083 5690 — 3771
PAID CK#: 1754
DATE: 2-1-06

CONTINUED ON NEXT PAGE

*Please detach the payment coupon and mail with your payment in the enclosed envelope to:*
ST. PAUL TRAVELERS, CL & SPECIALTY REMITTANCE CENTER, HARTFORD, CT 06183-1008.

**ST PAUL TRAVELERS**

TRAVELERS SERVICE CENTER
P.O. BOX 1564
ELMIRA, NY 14902-1564

## Account Bill

Account No.    8225M1060
Date of This Bill  02/20/06

**TOTAL BALANCE**
$7,547.68

**MINIMUM DUE**
$1,514.33

PELL CITY MARKETPLACE PARTNERS
PO BOX 1149
MONTGOMERY      AL  36101

PAYMENT MUST BE RECEIVED BY:

MARCH 11, 2006

---

**ACCOUNT BILLING SUMMARY**

| POLICY | TYPE | POLICY PERIOD | MIN. DUE | BALANCE |
|---|---|---|---|---|
| 2739W494 680 | Commercial Package | 10/11/05 To 10/11/06 | $1,508.33 | $7,541.68 |
| | | Current Installment Charge | 6.00 | 6.00 |
| TOTAL BALANCE | | | $1,514.33 | $7,547.68 |

**TRANSACTIONS SINCE LAST STATEMENT**

| | |
|---|---|
| Previous Account Balance | $9,056.01 |
| Payment Received - Thank You | -1,514.33 |
| Current Installment Charge | 6.00 |
| TOTAL BALANCE | $7,547.68 |

REC'D: 2/23
APPROVED: CW
DATE APPR'D: 2-27-06
CHG TO: 5690  PC-085  3792
PAID CK#: 1774
DATE: 3-9-06

CONTINUED ON NEXT PAGE

*Please detach the payment coupon and mail with your payment in the enclosed envelope to:*
ST. PAUL TRAVELERS, CL & SPECIALTY REMITTANCE CENTER, HARTFORD, CT 06183-1008.

**ST PAUL TRAVELERS**

ST PAUL TRAVELERS SVC CT
P.O. BOX 1564
ELMIRA, NY 14902-1564

## Account Bill

Account No. 8225M1060
Date of This Bill 03/22/06

**TOTAL BALANCE**
$6,039.35

**MINIMUM DUE**
$1,514.33

PELL CITY MARKETPLACE PARTNERS
PO BOX 1149
MONTGOMERY   AL   36101

PAYMENT MUST BE RECEIVED BY:

**APRIL 11, 2006**

---

### ACCOUNT BILLING SUMMARY

| POLICY | TYPE | POLICY PERIOD | MIN. DUE | BALANCE |
|---|---|---|---|---|
| 2739W494 680 | Commercial Package | 10/11/05 To 10/11/06 | $1,508.33 | $6,033.35 |
| | | Current Installment Charge | 6.00 | 6.00 |
| TOTAL BALANCE | | | $1,514.33 | $6,039.35 |

### TRANSACTIONS SINCE LAST STATEMENT

| | |
|---|---|
| Previous Account Balance | $7,547.68 |
| Payment Received - Thank You | -1,514.33 |
| Current Installment Charge | 6.00 |
| TOTAL BALANCE | $6,039.35 |

REC'D: 3-27-06
APPROVED: CCO
DATE APPR'D: 3-28-06
CHG TO: PCD83 5690
PAID CK#: 1788
DATE: 4-5-06

CONTINUED ON NEXT PAGE

*Please detach the payment coupon and mail with your payment in the enclosed envelope to:*
ST. PAUL TRAVELERS, CL & SPECIALTY REMITTANCE CENTER, HARTFORD, CT 06183-1008.

**ST PAUL TRAVELERS**

ST PAUL TRAVELERS SVC CT
P.O. BOX 1564
ELMIRA, NY 14902-1564

01238 -L2

## Account Bill

Account No.      8225M1060
Date of This Bill  04/21/06

| TOTAL BALANCE |
|---|
| $4,531.02 |
| MINIMUM DUE |
| $1,514.34 |

PELL CITY MARKETPLACE PARTNERS
PO BOX 1149
MONTGOMERY      AL   36101

PAYMENT MUST BE RECEIVED BY:

MAY 11, 2006

---

### ACCOUNT BILLING SUMMARY

| POLICY | TYPE | POLICY PERIOD | MIN. DUE | BALANCE |
|---|---|---|---|---|
| 2739W494 680 | Commercial Package | 10/11/05 To 10/11/06 | $1,508.34 | $4,525.02 |
| | | Current Installment Charge | 6.00 | 6.00 |
| TOTAL BALANCE | | | $1,514.34 | $4,531.02 |

---

### TRANSACTIONS SINCE LAST STATEMENT

| | |
|---|---|
| Previous Account Balance | $6,039.35 |
| Payment Received - Thank You | -1,514.33 |
| Current Installment Charge | 6.00 |
| TOTAL BALANCE | $4,531.02 |

REC'D: 4-25-06
APPROVED: 4-25-06
DATE APPR'D: ECD-    38²⁷
CHG TO: PC 083 5690
PAID CK#: 1807
DATE: 5-9-06

CONTINUED ON NEXT PAGE

*Please detach the payment coupon and mail with your payment in the enclosed envelope to:*
ST. PAUL TRAVELERS, CL & SPECIALTY REMITTANCE CENTER, HARTFORD, CT 06183-1008.

**ST PAUL TRAVELERS**
ST PAUL TRAVELERS SRV CT
P.O. BOX 1564
ELMIRA, NY 14902-1564

## Account Bill

Account No.   8225M1060
Date of This Bill  05/22/06

**TOTAL BALANCE**
$3,022.68
**MINIMUM DUE**
$1,514.34

PELL CITY MARKETPLACE PARTNERS
PO BOX 1149
MONTGOMERY     AL   36101

PAYMENT MUST BE RECEIVED BY:

JUNE 11, 2006

---

**ACCOUNT BILLING SUMMARY**

| POLICY | TYPE | POLICY PERIOD | MIN. DUE | BALANCE |
|---|---|---|---|---|
| 2739W494 680 | Commercial Package | 10/11/05 To 10/11/06 | $1,508.34 | $3,016.68 |
| | | Current Installment Charge | 6.00 | 6.00 |
| TOTAL BALANCE | | | $1,514.34 | $3,022.68 |

**TRANSACTIONS SINCE LAST STATEMENT**

Previous Account Balance                                $4,531.02
Payment Received - Thank You                            -1,514.34
Current Installment Charge                                   6.00

TOTAL BALANCE                                           $3,022.68

REC'D: 5-31-06
APPROVED: 60
DATE APPR'D: 6-2-06
CHG TO: PC-0835690
PAID CK#: 1824
DATE: 6-6-06

CONTINUED ON NEXT PAGE

*Please detach the payment coupon and mail with your payment in the enclosed envelope to:*
ST. PAUL TRAVELERS, CL & SPECIALTY REMITTANCE CENTER, HARTFORD, CT 06183-1008.

**ST PAUL TRAVELERS**
ST PAUL TRAVELERS SRV CT
P.O. BOX 1564
ELMIRA, NY 14902-1564

## Account Bill

Account No. 8225M1060
Date of This Bill 06/21/06

**TOTAL BALANCE**
$1,514.34

**MINIMUM DUE**
$1,514.34

PELL CITY MARKETPLACE PARTNERS
PO BOX 1149
MONTGOMERY      AL   36101

PAYMENT MUST BE RECEIVED BY:
JULY 11, 2006

---

**ACCOUNT BILLING SUMMARY**

| POLICY | TYPE | POLICY PERIOD | MIN. DUE | BALANCE |
|---|---|---|---|---|
| 2739W494 680 | Commercial Package | 10/11/05 To 10/11/06 | $1,508.34 | $1,508.34 |
|  |  | Current Installment Charge | 6.00 | 6.00 |
| TOTAL BALANCE |  |  | $1,514.34 | $1,514.34 |

**TRANSACTIONS SINCE LAST STATEMENT**

Previous Account Balance                                        $3,022.68
Payment Received - Thank You                                    -1,514.34
Current Installment Charge                                           6.00

TOTAL BALANCE                                                   $1,514.34

Handwritten annotations:
REC'D: 6/26/06
APPROVED: 60
DATE APPR'D: 6-26-06
CHG TO: 5690
PAID CK#: 1838
DATE: 7/7/06
PC083
V# 3860
111

**SPECIAL MESSAGES**

Make payments on-line! With our on-line payment options you can make single payments or
you can schedule Automatic Recurring Payments. It's fast and easy, enroll today!
To learn more visit our website - www.stpaultravelersepay.com.

---

*Please detach the payment coupon and mail with your payment in the enclosed envelope to:*
ST. PAUL TRAVELERS, CL & SPECIALTY REMITTANCE CENTER, HARTFORD, CT 06183-1008.

648842H    2006172    6125    700 0XW583

**Payment Coupon**    Make checks payable to: ST. PAUL TRAVELERS

HINES RIDOLPHI CARPER AM
PELL CITY MARKETPLACE PARTNERS

8225M1060

Include Account Number on the check.

Change of Address?
Place an "X" here.
Print changes on reverse side.

PAYMENT MUST BE RECEIVED BY
JULY 11, 2006

**TOTAL BALANCE**  $1,514.34
**MINIMUM DUE**  $1,514.34
**AMOUNT ENCLOSED**

ST. PAUL TRAVELERS
CL & SPECIALTY REMITTANCE CENTER
HARTFORD, CT 06183-1008

9938323235133130363040393939399500015143400015143442