Ethel Butler
Rodney Butler (minor)
P.O. Box 2341
Brunswick Georgia 31521

JACKSONVILLE, FLORIDA

JAN 5 2007

January 02, 2007

United States Bankruptcy Court
Middle District Of Florida
300 N Hogan Street
Suite 3-350
Jacksonville Florida 32202

Subject: Application for Payment of Administrative Expense
(Case-05-03817-3FI).

   The basis of this claim $250.000.00 date of injury April
30, 2004 while at Winn Dixie store Altama shopping center
in Brunswick Georgia lots of rainwater was on the floor. No
wet floor or caution signs posted. The Manager was standing
looking at the rain come down. Out of all the Winn Dixie
Stores in Brunswick this store has the worse entrance due
to there is no safety for this store in or out entrance.
The cars ride in front of the store with no road dividing
the entranceway. So when the cars ride by when it is
raining the water from the rain and water from the car
tires comes up to the door entrance.
   The Store Manager was looking out the door when the heavy
rain was coming down. No caution or wet floor signs was
posted or standing up. Rodney went into the store the floor
was very wet and slippery. Rodney fell backward on the wet
floor. There was an injury incident report file.
   During the fall Rodney sustain physical injuries to his
right hand wrist and thumb, also his back area. Rodney
right elbow injuries were a line fracture in the middle
elbow joint. Through his pain and many nights of crying and
felling of being a failure.
Page1.

His hand and thumb was splinted. His right arm from the shoulder to his wrist area was full cast for 3 weeks, after the 3 weeks Rodney has to wear an arm sling for 4 weeks. Rodney is right hand he was not able to use his hand or play any sports or attend the invitation for student to go to Capital Hill in Washington DC. Rodney had 12 physical therapy sessions at the Brunswick Hospital.  Several Doctors Appointment at Winn Army Hospital Fort Stewart, Georgia. Rodney pain is physical and mental.

The drive round trip was 122 miles. Telephone calls back and forward to the Hospitals and Doctors Offices and certified personal care for him. This has cause a hardship on my finances. My credit history was badly damage the medical bills were reported to the credit bureau. Rodney has not played any sports since his injury. His arm, hand and back areas still have not completely recover from the injuries. This has completely dimmed his chance for playing any International Professional Sports.

Rodney is a registered sports player he played basketball in the European league and traveled through out Europe, Switzerland, and Italy.  Rodney was looking forward to play ball in Europe one day on the professional league basketball or football. Getting this claim settle will pay the bills to the appropriate caregivers and Doctors and Businesses. This can revise his personal career.

## Listed below a itemized bills and Doctor statements

1-1   Thru 1-11
  - Winn Dixie letter dated May 05, 2004
  - Proof of claim for dated April 05,2006
  - Winn Dixie Acknowledge of accident dated May 08, 2006
  - Objection Debtors dated July 5, 2006
  - Request letter dated November 16, 2006

2-1   Thru 2-20
  - Physical Therapy Requests
  - Physical Therapy Reports
  - Emergency Room Bills
  - Physical Therapy Bills

3-1   Thru 3-11
  - Winn Army Fort Stewart Hospital
  - Medical Reports
  - Letter Staff Judge Advocate Office/Recovery Claims
Page2.

4-1   Thru 4-12
   -   Southeast Georgia Health System
   -   Emergency Room Reports
   -   Medical Exams

5-1   Thru 5-3
   -   Letter of Invitation to Capital Hill
   -   Letter of Reference from Europe Sports Club
   -   Copy of Basketball license Germany

      Medical Bills totaling -$7000.00
      Pain and Suffering - $150.000
      Mental Anguish -  $45.675.00
      Emotional Distress - $50.000.00


I am requesting to the Court to find in my favor the fees
that is submitted would be a relief for the injured.



Sincerely,

Ethel Butler
Rodney Butler (minor)








Page3.



## the real deal

May 5, 2004

Parents of Rodney Butler
2532 Cherry Street
Brunswick, GA 31520

RE:        Date Loss:  04/30/04
           Incident #:  A411205794

Dear Mr. Or Mrs. Butler:

I am in receipt of an incident report from our store #0097.  I have been unable to reach you by phone. Please call me at my toll free number 1-877-595-0235.

Sincerely,

Rana Conley, CSA
Risk Management
ranaconley@winn-dixie.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered

**Chapter 11**
**PROOF OF CLAIM**

**DEADLINE FOR FILING PROOFS OF CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M. EASTERN TIME**

Name of Debtor Against Which You Assert Your Claim:

Debtor Name: _Winn-Dixie Stores INC et al_    Case No. _05-03817-3F1_

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Your claim is scheduled as follows:

Debtor
Winn-Dixie Raleigh, Inc.
Classification
Unsecured Non-Priority Claim
Scheduled Amount
$.00
Disputed Contingent Unliquidated

A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):

19958448
Creditor Id: WDX-389923-B1-54
BUTLER, RODNEY (MINOR)
2532 CHERRY STREET
BRUNSWICK, GA 31520

Telephone No. of Creditor
_912-265-3980_

_912-297-0004_
Fax No. of Creditor
_cell_
(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is listed above as DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if): ☑ replaces address above ☐ additional address

Name: _Butler, Rodney_

Company/Firm: _Butler, Ethel_

Address: _P.O. Box 2341_
_Brunswick GA. 31521_

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.

☐ Check box if you have never received any notices in this case.

Account or Other Number by Which Creditor Identifies Debtor:

Check here if this claim
☐ replaces ☐ amends    a previously filed claim, dated:

**1. Basis for Claim**
☐ Goods sold to debtor(s)
☐ Services performed for debtor(s)
☐ Goods purchased from debtor(s)
☑ Money loaned
☑ Personal injury/property damage
☑ Other _pain & suffering / Future_

☐ Taxes
☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SSN: _____
Unpaid compensation for services performed from _____ to _____
(date)    (date)

**2. Date debt was incurred:** _April 30, 2004_

**3. If claim is based on a Court Judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:**
$ _250,000.00_    $ _____    $ _____    $ _250,000.00_
(unsecured)    (secured)    (priority)    (Total)

☑ If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☑ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief description of Collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other _____

Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**6. Unsecured Nonpriority Claim** $ _250,000.00_
☑ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a) (3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a) (4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a) (6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507 (a) (7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a) (8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a) (  ).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space Is For Court Use Only

Date

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice:

Print: _Ethel M Butler_    Title: _Mother / Representative_

Signature: _Ethel M Butler_

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Page 2

## PART B - CLAIM INFORMATION

1. Give your date of birth (MM/DD/YY) _March 01, 1991_

2. Date of injury or claim: (MM/DD/YY) _Apr 30, 2004_

3. What is the basis of your claim? _Slip and fall, pain and Suffering emotional distress, mental Suffering, Body Injury_

4. What is the total amount of your claim? (Please estimate if necessary). _250,000.00_

5. Attach copies of all documents supporting or evidencing your claim. Do not send original documents. If the documents are not available, please explain. _See Records and Bills_

6. Identify all payments or other sums which have been credited and deducted for the purpose of quantifying your claim amount.

7. Are you pursuing this claim against any other party? Yes ☐ No ☒
   If so, against whom (list the name, the addresses and counsel for each party, if known)?

   (Attach additional sheets if necessary)

8. Did you notify the Debtor in writing of the injury or claim? (If yes, attach a copy of such writing.)
   Yes ☒ No ☐ _Winn Dixie Reported on the date of Injury See letter dated may 5, 2004 from Winn Dixie_

9. Is there a pending lawsuit regarding your claim? If so, identify the court where the lawsuit is pending, the case number and the judge, if known.

Creditor Number/Creditor Name/Claim Number

**Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. EasternTime)**
**if you have any questions about this form**

# KOWSKY things
# 05-03817-3F1

10. What type of injuries or damages do you have? If applicable, please provide a medical description of your injuries. (Please state if the claim is based, in whole or in part, on an injury to someone else.)

Contusion of the upper limb lowereck peux wrist injury (Elbow fracture) finger splint (thrab) cast had splint

11. Where did the injury or damage occur? Winn Dixie #00097
4800 Altama Ave. plaza
Brunswick Ga. 31520

Please specify the location and address.

12. How did the injury or damage occur? I was walking into Winn Dixie the floor was very wet and slippery I slip and fell. Winn Dixie did not have no caution sign out in the door or area.

camp/school
13. Did you miss any work as a result of your injury or damage? If so, how many days?
I miss my camps over in Europe and Italy, and the 5 star Basket ball camp in the states, also i miss a 1 week special school invitation in Washington DC

14. Give the name and address of your employer and your salary at the time of your injury or damage at Capital Hill
I an a student I was not employee. I was Look for professional Basketball in the European Deutscher Basketball Bund. e.v and the N B A.

15. Was anyone else injured at the time of your injury or damage? (If yes, list the names and addresses.)

16. List the names, addresses and phone numbers of all witnesses and people with relevant knowledge of your injury or damages (including, but not limited to, any representatives or agents of the Debtors).
The Store manager was standing in the door area. Winn Dixie Incident Report A 411205.94, and letter dated to me from Winn Dixie May 5, 2004

Creditor Number/Creditor Name/Claim Number

**Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)**
**if you have any questions about this form**

17. If applicable, are treatments still being given for the injury or damages? Yes ☐   No ☒
(If yes, provide the name and address of the doctor that is currently treating you and the nature of the treatment.) *I'm an still having pain in my arm and hand. I have not been able to play sports any in a year and a half*

18. If applicable, please provide the following Physician Data:

a. Give the name and address of any physician, clinic or hospitals that has treated this injury. Include treatment dates. (Attach additional sheets if necessary)
*Southeast Georgia*          |  *Wach St. Stewart*
*P.O. Box 1518*              |  *1061 Hannon Ave STE-2-111B*
*Brunswick GA 31521-1518*    |  *Ft. Stewart GA 31314-5611*
→ *emergency Room*
→ *physical therapy*           *Arra. Ms Ray - SJA*
                               *3 cust Room, Room*

b. Itemize all damages you claim, including any damages for emotional distress, loss of consortium or pain and suffering. *1,220.10 $645.90 $327.00 $708.00*
*# 1,298.00 $232.00 $264.00 $71.00, Southeast Georgia $4,236.80 pain + suffering and during $150,000.00 emotional distress $50,000.00, Mental Suffering $45,675.00*

c. Give the total amount of the medical bills you incurred as a result of your claim.
*Southeast Georgia* | *Wach St Stewart (army Hospital)*
*$4,236.80*        | *Ft. Stewart GA*
                    | *They have mail you the Bills*
                    | *approx $2000.00*

d. Attach medical and hospital records which relate to your claim.

e. Itemize any other expenses you incurred as a result of the incident for which you are making a claim. *gas Bills to and from Doctor (Ft. Stewart) over 125 miles away 2 way $150.00, eating Lunch and dinner $150.00, To and from The Hospital $75.00.*

f. Give a list of medical expenses and amounts paid by your insurance company as a result of your injury. *Medications and Orthomedics and family practice visits Approx $2000.00 to Fort Stewart Hospital Tricare Insurance paid.*

Creditor Number/Creditor Name/Claim Number

g.   Give the name, address and policy number of your insurance company. _____

*TRiCare 260 25 9857*

19.   To the extent not already furnished in your response to questions 1 through 18 above, please provide the following information:

a.   Itemize the damages you claim. *South east georgia medical Hospital Bills for physical therapy and Emergency Room and X-rays $4,236.00 army winn hospital cost and primary care doctors visit $2000.00 Tricare Insurance*

b.   Give the total amount of each item of damage. *pain + suffering 150,000.00 emotional distress 50,000.00 Mental suffering $45,675. 4236.80 Bills Brunswick and $2000.00 for Tricare Fort Stewart army Base $252,000.00*

20.   **IN WHAT AMOUNT WOULD YOU AGREE TO SETTLE YOUR CLAIM? (This is not the amount that you will receive on account of your claim. The amount you will receive depends upon the plan or plans of reorganization that may be approved.)** _____
*$230,000.00 excluding medical Bills*

Please make corrections to your personal information below and include phone and email address information:

| Creditor No.: | Corrections (if any) |
| --- | --- |
| | Name: *Rodney Butler* |
| | Address: *P.O. Box 2341* |
| | City/State/Zip: *Brunswick GA. 31521* |
| | Phone: *912-265-3980* |
| | Fax *912-265-3980* |
| | Email Address: |

Creditor Number/Creditor Name/Claim Number

*# Roche Case 305 BK 03817*
*#05-08 03817-3F1*

## PART C - SIGNATURE

NOTICE: UNDER FEDERAL LAW, CRIMINAL PENALTIES MAY BE IMPOSED FOR FILING A CLAIM CONTAINING FALSE OR MISLEADING STATEMENTS.

I declare under penalty of perjury that the foregoing statements are correct. *Ethel Butler/parent*

DATE: *5 Apr 06*          *Rodney L Butler / minor*
                          Claimant's Signature

Please recheck each of your answers to be sure that you have completed this form fully and accurately.

## NAME AND ADDRESS OF ATTORNEY OR OTHER AUTHORIZED AGENT

Complete this box if you have an attorney or other agent who represents you in this matter.  If completed, all future notices will go to your attorney or agent rather than to you personally.

Name (First/Middle/Last) *Ethel M. Butler*

Address *P.O. Box 2341*

City/State/Zip *Brunswick GA. 31521*

Relationship to Claimant *child / mother*

Phone Number *912-265-3980*

Fax Number *912-265-3980*

Email Address _____

## PART D - RETURN OF QUESTIONNAIRE

IF YOU DO NOT FULLY COMPLETE AND RETURN THIS QUESTIONNAIRE SO THAT IT IS RECEIVED BY THE QUESTIONNAIRE DUE DATE, THE DEBTORS SHALL HAVE THE RIGHT, FOR THAT REASON ALONE, TO SEEK TO DISALLOW AND EXPUNGE YOUR PROOF OF CLAIM WITH RESPECT TO THE APPLICABLE LITIGATION CLAIM.

A Questionnaire will not be deemed to have been timely returned unless received by the Questionnaire Due Date at the following address:

Logan & Company, Inc.
Claims Agent
546 Valley Road
Upper Montclair
New Jersey 07043

Creditor Number/Creditor Name/Claim Number

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. EasternTime)*
*if you have any questions about this form*





**Sedgwick**

Sedgwick Claims Management Services, Inc.
P.O. Box 24787, Jacksonville, Fl 32241-4787
Telephone 904 419-5300   Facsimile 904 419-5365/5369

May 8, 2006

Kenneth S. Nugent, P.C.
M Brian CLements
7 East Congress Street
Suite 504
Savannah, GA 31401

Re:   Claim Number:       A411205794
      Claimant Name:      Rodney Butler (minor)
      POC Number:         5809

Dear M Brian CLements,

I am writing you to inform you and your client of some important changes to the claims resolution process that pertain to the settlement of Winn Dixie bankruptcy claims.

An amended claims resolution procedure has been approved by Judge Jerry A. Funk in the United States Bankruptcy Court Middle District of Florida Jacksonville Division. The first important change is that mediation is a prerequisite to the filing of motions for relief from the automatic stay in order to liquidate claims in other forums. This does not mean that mediation is required to settle the claim but it is mandatory before any attempt is made to lift the stay and attempt to litigate the claim in state court.

It is our desire to make a good faith effort to settle every meritorious claim in a good faith manner. The second important change is that total amount of cash available to settle claims on a de minimis (cash) basis has been raised. The initial sum of money granted for such cash settlements was about to be exhausted so the court agreed to raise the aggregate amount available from $1.5 million to $2.5 million. This is a limited amount of funding and will not be available when the aggregate amount of $2.5 million has been exhausted. The de minimis (cash) settlement option is available subject to the following restrictions in that any proposed settlement payment cannot be more than "the lesser of either (a) 50% of any reserve established by the Debtors for the claims prior to September 1, 2005 or (b) $5,000.00." Claims settled on a de minimis basis can be paid out promptly and at 100 cents on the dollar.

We encourage you to continue to communicate with us and discuss settlement. If you do not choose to settle on a de minimis (cash) basis then the only other option is to settle your client's claim on an allowed general unsecured non-priority basis. The order states that, "all such settlements shall be paid in accordance with a confirmed plan(s) of reorganization in these Chapter 11 cases."

A confirmed reorganization plan(s) is not in place at this point. The amount, percentage, or method of the ultimate payout to holders of allowed unsecured non-priority claims in this case will not be known until a confirmed plan is in place, the date of which is uncertain.

**Please note, however, our evaluation of your claim will not be subject to any anticipated payout on your claim. Regardless of the amount, percentage or method of the ultimate payout in the confirmed plan, we will not agree to settle any claim for an amount that is above the objective settlement value of such claim. Any attempt to increase the value of any claim due to an expected pay-out for allowed general unsecured claims of less than 100 cents on the dollar will be denied.**

Those claims that are litigated to a judgment will be paid out in accordance with the confirmed plan(s) of reorganization. At no point in the future will your client's claim be paid at 100 cents on the dollar except for currently available de minimis funds. Your client's claim will always be subject to the jurisdiction of the bankruptcy court.

We look forward to working with you and encourage you to contact the examiner handling this claim as soon as possible. At some point in this process an Omnibus Objection will be entered with the court, and the judge will be asked to disallow all claims that have not been settled. For this reason we ask that you communicate with us for discussions about the possible settlement of your client's claim.

If you have any questions, please call me at 904/419-4724.

Sincerely,

*Stephanie Knight*
Examiner II

Rodney Butler (minor)
C/O Ethel Butler
PO BOX 2341
Brunswick, GA 31521

United States Bankruptcy Court                    July 5, 2006
Middle District of Florida
300 Hogan Street, Courtroom 4D
Jacksonville, Florida  32202

Subject:  Objecting Debtors' Proposed Disclosure Statement
          Rodney Butler (case number 05-03817-3F1)
          PO Box 2341
          Brunswick, Georgia 31521

I am in objection to the Debtors' Proposed Disclosure Statement request due
to the Debtors' has not paid the 3rd party insurance companies Army
Military Tricare Medical Bills and Southeast Georgia Healthcare Hospital
Bills and the facility Doctor's Bills.  Rodney fall and injuries had limited his
ability to continue with his professional sporting career.

A hearing before the Honorable Jerry A. Funk will help bring a resolution to
this case.

Sincerely,

Rodney Butler (minor)
Ethel Butler
email-ethelbutler60@bellsouth.net

CC.
Logan  & Company Inc, Claims & Noticing Agent, PO .Box 43802, Upper
Montclair, NJ 07043

Sedwick CMS, PO. Box 24787, Jacksonville, Florida. 32241-4787



Ethel M Butler
Rodney Butler (minor)
P.O. Box 2341
Brunswick, Georgia 31521


United States Bankruptcy Court                                    November 16, 2006
Middle District of Florida
300 Hogan Street
Suite 3-350
Jacksonville, Florida 32202


Subject:  Hearing Request  (case number 05-03817-3F1).
          Rodney Butler vs. Winn- Dixie
          Personal Injury

I am requesting a Hearing before the Honorable Jerry A. Funk the mediation process was
a complete failure.  Mr. Ken Black and Ms. Stephanie Knight were Representing Winn-
Dixie.  The offer was $2000.00 the medical bills total over  $5000.00. Federal funds was
Use Rodney had medical treatments from the US Army Medical Facility. Also none of
the other medical bills has been paid. I am getting calls for the money to pay medical and
other expenses in which I don't have.  Also this has caused a bad rating on my credit
report to all 3 credit agencies by the bills not being paid.

A hearing before the Honorable Jerry A. Funk would help bring a resolution to this case.



Sincerely,

Rodney Butler (minor)
Ethel Butler

Email-ethelbutler60@bellsouth.net

FAX:  (912)466-2613    # 742607    AUTHORIZATION #   04139508004

**HUMANA**
Military Healthcare Services

SOUTHEAST GEORGIA REGIONAL MED
2415 PARKWOOD DR
BRUNSWICK GA 31520 4211

PHONE:  (912)466-7000
FAX#:  (912)466-1014

| Claims Address: |
| --- |
| **TRICARE REGION 3/4 CLAIMS** |
| **PO BOX 7031** |
| **CAMDEN, SC 29020-7031** |

## HUMANA MILITARY HEALTHCARE SERVICES --- TRICARE REFERRAL/AUTHORIZATION

The patient named below has either been scheduled or will contact you soon for an appointment. HMHS authorizes you to provide only the services described below.  If further information about this patient or procedure is required, please contact the patient's Primary Care Manager(PCM).  Units shown below are total number of visits or procedures covered by this authorization number.

BENEFICIARY INFORMATION:   RODNEY BUTLER
PO BOX 2341
BRUNSWICK GA 31521 2341
PHONE: (912)484-3564

SPONSOR ID: XXXXX9857
PATIENT ID: 005
DOB: 03/01/1991

AUTHORIZED SERVICES:

| | UNITS: | BETWEEN DATES: |
| --- | --- | --- |
| THERAPEUTIC ACTIVITIES,  (ONE ON ONE) | 12 | 05/18/2004 - 11/13/2004 |
| OCCUPATIONAL THERAPY EVALUATION | 1 | 05/18/2004 - 11/13/2004 |

SF513/ DR KURT HENSEL REQUESTING REFERRAL TO OCCUPATIONAL THERAPY. 13 YO DEP
MALE WITH RIGHT ELBOW CONTUSION. FX RULED OUT 2 WKS POST INJURY W/REPEAT XRAYS.  PLEASE START ROM/STRENGTHENING AS TOL. NO LIMITATIONS. SHERRIE PARISH

Routine Ancillary Lab, Skin Biopsy, and Radiology Diagnostic tests do not require specific authorization.  Any other services or change in provider or location must be authorized by HMHS to be covered by TRICARE Prime. This authorization is based on medical necessity. Payment is based on TRICARE eligibility and compliance with TRICARE policy.

Please send reports or consultation notes including sponsor's SSN to the patient's Primary Care Manager (PCM) within 14 days. Contact the PCM if you plan to perform services not authorized above to obtain authorization. Failure to do so will result in either denial of your claim or a significant reduction in your reimbursement for services rendered.

PRIMARY CARE MANAGER:  WACH ST STEWART
1061 HARMON AVENUE, STE 2J1 1B
ATTN: HEALTH BENEFITS BRANCH
FT. STEWART, GA 31314-5611

PHONE:  (912)767-6233
FAX#:  (912)370-6232

Contact your local TRICARE Service Center if you have questions about this authorization.
TRICARE Service Center phone: (912)882-2604, FAX# (912)882-2698.

This transmittal is intended only for the use of the individual or entity to which it is addressed and contains Protected Health Information, which is CONFIDENTIAL. This information may only be used  or disclosed in accordance with federal law, which contains penalties for misuse. If you are not the intended recipient of this transmission, you may not otherwise use or disclose the information contained in this transmission. If you received this transmission in error, please return the transmission to HMHS at 502-508-1907 and delete or destroy the information. Thank you.

CC:  WACH ST STEWART

FORM NUMBER:  ZS20041395080040

BUTLER, RODNEY L
HENSEL M.D, KURT
O OUTPATIENT        05/27/04
MR# 272752
RM/BED
F/C   1

M 03/01
4584 MED

ACCT#   7590715

# THEAST GEORGIA HEALTH SYSTEM

Patient **Butler, Rodney**          Age/Sex **13 y/o M**
Date of Referral **5/27/04**      Referring Physician **Hensel**
Reason for Referral **OT**        Date of Admission **5/27/04**
Diagnosis **(R) elbow contusion**   Date of Onset **4/30/04**
Hosp. #                       MR #
Other pertinent Medical/Social History: **Ø sig. hx. Pt. fell and hit back and (R) elbow**
**(R) contusion**
Patient/Family Comments: **My elbow is painful**

Precautions: **No limitations per physician — AROM strengthening**

## I. DAILY LIVING SKILLS
Key:  1 = Total assistance     4 = Minimal assistance     7 = Independent
2 = Maximal assistance     5 = Standby assistance
3 = Moderate assistance    6 = Modified independence

| | Preadmit | Present | Comments |
|---|---|---|---|
| able to communicate | 7 | 7 | |
| roll in bed | | | |
| come to sitting position | | | |
| sit unsupported | | | |
| transfer bed to w/c | | | |
| feed self | 7-7 | 5 - s/u | Difficulty c toileting, dressing |
| brush teeth | | 5 | feeding self 2° to AROM |
| wash face and hands | | 7 | and pain (R) elbow |
| comb/brush hair | | 1 | Mother is doing his hair cannot do |
| shave/make-up | | N/A | |
| dress upper body | | 4 | Mother (R) c this |
| dress lower body | | 4 | |
| toilet transfers | | 7 | |
| bath/shower transfers | | | |
| bathe self | | ✓ | |
| other (name) toileting | | 4 | |

## II. INDEPENDENT LIVING SKILLS
Key:  1 = Total assistance     4 = Minimal assistance     7 = Independent
2 = Maximal assistance     5 = Standby assistance
3 = Moderate assistance    6 = Modified independence

| | Preadmit | Present | Comments |
|---|---|---|---|
| meal preparation | mother does | | |
| household tasks | ✓ | ✓ | |
| community mobility | 7 | 7 | |
| vocational/work skills | school | 4-5 | |
| leisure skills | 7 | 4-5 | |
| other | N/A | N/A | |

Living Arrangement Prior to Admission: **Pt. lives c mother**

Support System: **Mother**

Comments: **Pt. reports ↑'d difficulty c dressing, toileting, feeding**
**self**

KURT S. HENSEL
MA, LMC, FS, USA
**Physician's Signature**  ORTHOPAEDIC SURGEON

63-0578-3

BUTLER, RODNEY L
HENSEL M; KURT
O OUTPATIENT
MR# 272752
RM/BED
F/C 1

M 03/01/?
4584 MEL
05/27/04

Case 3:05-bk-03817-JAF    Doc 14450    Filed 01/05/07    Page 17 of 63



ACCT# 7590715

# THEAST GEORGIA HEALTH SYSTEM

## III. UPPER EXTREMITY EVALUATION

Hand Dominance R ✓  L.

A. ROM, Muscle strength, Tone R/L (R) Sh/der AROM WFL, (R) elbow AROM -25° ext, 105° flexion, wrist ✓ 35° / 12°, (L) WNL. Pt. unable to make full composite grip c̄ (R) hand s̄ c/o pain

B Dexterity/Coordination: R/L (Gross/fine motor) Imp. GMC on (R), Imp FMC on (R)

C. Sensation: R/L ∅

D. Pain 7/10 on pain scale

### E. Grip Strength (Jamar Dynamometer)

| Handle Level | Right | Left | # |
|---|---|---|---|
| 2 | 20# | 60# | |
| 3 | | | |

### F. Pinch Strength (Pinch Gauge)

| Type Pinch | Right | Left | # |
|---|---|---|---|
| Lateral | 8# | 18# | |
| Pad | 7# | 12# | |
| 3-jaw chuck | 7# | 20# | |

## IV. OVERALL ENDURANCE good

## V. SKIN Intact

## VI. COGNITION A&O X 3

## VII. PERCEPTUAL ABILITIES Intact

## VIII. TREATMENT Eval, AAROM, PROM, strengthening (R) dom. UE
1.) ↑ HEP
2.) ↑ AROM by 20° to ↑ (I) c̄ oral activity
3.) ↑ (R) grip strength to 60# for ↑ gx activity
4.) Pt. will be (I) c̄ toileting
5.) Pt. will be (I) combing hair
6.) (I) don/doff shirt/pants

3x week x 4 weeks

## IX. TREATMENT PLAN    See Comprehensive Treatment Plan.
_____ Patient to be followed by occupational therapy for treatment.
_____ Patient given independent treatment program/to be monitored.
_____ Discharge patient with no further intervention at present/reconsult if necessary.

Julie Schlegel, OTR/L
Therapist's Signature

5/27/04
Date

KURT S. HENSEL
MAJ, MC, FS, USA
ORTHOPAEDIC SURGEON

Physician's Signature

PAGE 2 OF 2

63-0580-9

2-4

## SOUTHEAST GEORGIA HEALTH SYSTEM - BRUNSWICK CAMPUS
## Problem - Action - Response - Education

P: (R) UE contusion)

5/27/04  A: OT eval complete. Pt. is (R) hand dominant and presents c̄ ↓ AROM, ↓ strength ↓ PROM and c/o ↑ strength. Pt. unable to do his own dressing, toileting and it is very difficult to feed self. Pt. would benefit from skilled OT to ↑ (I) c̄ ADLs and oral tasks. E: Cont c̄ skilled OT Schlegel, OTR/L

6/2/04  T: Therap. Act
R: Pt. reports (R) elbow feeling and working better. Hot pack x 15 min by PT. Pulley exercises, UE UBE x 10 min (5 forward + 5 backward), theraband exercises on wall c̄ green band - 1 set 10 each exercise, 2# bicep curls & sup/pro exercises - 1 set 10 each exercise. E: Cont. c̄ skilled OT Schlegel, OTR

6-4-04  A: Pt attempted UE UBE, tolerated 3 min only. Hot pack x 15 min by PT. Pulley ex. emphasizing R UE stretch. Wall circle 1 turn Pt unable to tolerate sec to pain. Pt reports he had not taken any pain med since night before. Rec. to pt & mother to take med before tx. Pt states therapy has helped however he has been hurting since p.m.
E: Cont skilled OT services week of June 14th. Pt & mother planning not to travel to therapy during week of GB Summit.
— Belinda Burns COTA/L

6-7-04 to   No therapy this week sec to GB Summit — Belinda Burns COTA/L
6-11-04

## Problem - Action - Response - Education

BUTLER, RODNEY L          M 03/01/91
HENSEL MD, KURT           4584 MED
O  OUTPATIENT        05/27/04
MR#   272752
RM/BED
F/C   1          ACCT#  7590715

DN (1/03)

2-5

## SOUTHEAST GEORGIA HEALTH SYSTEM - BRUNSWICK CAMPUS
### Problem - Action - Response - Education

**6-15-04**
A: Therap. Act
R: Pt seen today - hot packs x 15 min by PT. Slow stretch to elbow. Pt states flexion of elbow more painful than extension. UE UBE x 10 min (5 forward, 5 backward). Bicep curls & Sup/Pro exercises c̄ 2 lb weight 10 reps ea. Some swelling noted in elbow, reg rec. pt use ice @ home this pm to dec swelling. Pt + mother concerned that pt needs an xray sec to not wearing cast long enough. Will follow up.
E: Cont POC ————————— BeTina Burris COTA/L

**6-17-04**
A: Therap. Act
R: Pt seen for a short session, pt was late reported he had been in the ER b/c of the pain. Mother insists pt needs an x-ray. Tried to contact the referring physician. Will attempt to contact tomorrow. UE UBE 6 min (3 forward, 3 backward) Overhead pulleys c̄ emphasis on stretch of R elbow. Hot packs x 10 min by PT.
E: Cont c̄ OT services ————————— BeTina Burris COTA/L

**7-1-04** pt no show. ———————— Judy A. DeShearer

**7/7/04**
A: Therap. Ex
R: UE UBE 10 min, red theraband shoulder, elbow exercises - 3 sets 15 each exercise, wall circle for ROM / strengthening. Pt completed forearm sup/ pro using strengthening c̄ 2# wt. Pt reports still painful c̄ movt. Pt requesting to have x-rays - therapist told pt to pause physician referral. c̄ see Fri. Privileged, OT R/L

BUTLER, RODNEY L          M 03/01/91
HENSEL MD, KURT          4584 MED
O OUTPATIENT      05/27/04
MR# 272752

SOUTHEAST GEORGIA HEALTH SYSTEM - BRUNSWICK CAMPUS
## Problem - Action - Response - Education

7/9/04    A: Therap. Act
R: Hotpak x 20 min ®elbow by P.T.
Massage - soft tissue mobilization @
®elbow, UE strengthening c̄ red theraband all
planes of movnt c̄ ®sh/elbow. Wall ROM
circle x 10 min, Elbow w/ exercises c̄ 5# wt.
E: Cont. c̄ skilled OT J.Schlegel, OTR/L

7/13/04    A: Therap. Act
R: UE AROM c̄ wall ROM wheel, strengthening
red theraband - 2 sets 15 each exercises, w/
UBE 10 min. Pt. reports ↑ pain @ shldr.
OT recommended pt. call physician in reference
to this. E: Cont. c̄ skilled OT J.Schlegel, OTR/L

7/15/04    A: Therap. Act
R: UE UBE x 15 min, UE strengthening c̄ red
theraband all planes - 3 sets 10 each exercise,
elbow/wrist strengthening on Ⓛ c̄ 2# wt.
E: Cont. J.Schlegel, OTR/L

BUTLER, RODNEY L          M 03/01/91
HENSEL MD, KURT          4584 MED
O  OUTPATIENT
MR#   272752      05/27/04

2-7

# SOUTHEAST GEORGIA HEALTH SYSTEM - BRUNSWICK CAMPUS
## Problem - Action - Response - Education

7/20/04  A: Therap. Act
R: Hot pack x 20 min, by P.T. to (R) elbow
follow by light massage - friction (R) elbow,
UE UBE x 10 min, Theraband exercises c
yellow Theraband all planes. Pes glides (R) -
3 sets 10 each exercise, wrist √ c 2# wt,
sup/pro c 2# wt, elbow √ c 2# wt, wall
ROM wheel c light resistance. E. Cont.
c skilled OT. J Schlegel, OTR/L

7/22/04  A: Therap. Act
R: Pt. reports he feels that therapy is helping.
Therapist recommended pt. go back to see
physician if he is not significantly better.
Pt. completed UE UBE 15 min, well Theraband
c yellow Theraband 5 exercises - 2 sets 15
each exercise. Pt. completed wall ROM
wheel x 7 min, T-bar exercises, sup/pro
exercises c 2# wt, wrist √ c 2# wt,
handgripper exercises 3 sets 20 each
exercise. E. Cont c 2 more tx. J Schlegel, OTR

BUTLER, RODNEY L          M 03/01/91
HENSEL MD, KURT           4564 MED
O  OUTPATIENT    06/02/04
MR#   272752

RADIOLOGY CONSULTANTS, P.C.
PO BOX 859
WAYCROSS, GA 31502

ID No.: 581523083
For billing questions call  8008780513

ETHEL MAE BUTLER
2532 CHERRY ST
BRUNSWICK GA 31520-2701

Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on back of statement.

06/02/04

06/27/04  7581277                    71.00

PATIENT NAME
RODNEY L BUTLER

RADIOLOGY CONSULTANTS, P.C.
PO BOX 859
WAYCROSS, GA 31502

PLEASE PUT ACCOUNT NUMBER ON CHECK · DETACH AND RETURN
THIS TOP PORTION WITH YOUR PAYMENT.    THANK YOU.

---

RCP-7581277      06/02/04   RODNEY L BUTLER

| 05/01/04 | 73110 | WRIST COMPLETE | 40.00 |
| 05/01/04 | 73140 | FINGER (S) | 31.00 |

PAYMENT IS EXPECTED IN FULL WITHIN 30
DAYS.  IF YOU HAVE INSURANCE PLEASE
COMPLETE THE BACK OF THIS FORM AND
RETURN TO OUR OFFICE.

8780513

ATTENDING PHYSICIAN
TERRY L REYNOLDS MD

PRACTICE NAME
RADIOLOGY CONSULTANTS, P.C.

REFERRING PHYSICIAN
THOMAS R BURBAN, MD

LOCATION OF SERVICE
SOUTHEAST GA REG MED CTR

71.00

*v-9*

BARRIER ISLAND EMERGENCY CARE,
P.O. BOX 15385
DURHAM, NC          27704-5385

# STATEMENT

**OFFICE HOURS: 9 AM - 4 PM M-F**

ADDRESS SERVICE REQUESTED

SHOW AMOUNT
PAID HERE        $ _____

| (800) 878-3976 | 6/09/04 | BII7581126 | 01 | 264.00 |
|---|---|---|---|---|
| **OFFICE PHONE NUMBER** | **CLOSING DATE** | **YOUR ACCOUNT NUMBER** | **PAGE NO.** | **NEW BALANCE** |

SERVICE RENDERED-SOUTHEAST GEORGIA MEDICAL CENTER

ETHEL BUTLER
2532 CHERRY ST
BRUNSWICK, GA  31520-2701

BARRIER ISLAND EMERGENCY CARE,
P.O. BOX 15385
DURHAM, NC          27704-5385

NOTE: Charges and payments not appearing on this
statement will appear on next month's statement.

**RETURN THIS PORTION WITH PAYMENT**

CHARGES APPEARING ON THIS STATEMENT ARE **NOT** INCLUDED ON ANY HOSPITAL BILL OR STATEMENT

| DATE | DOCTOR NAME | EXPLANATION OF ACTIVITY | PATIENT NAME CLAIM ACTIVITY | CHARGES AND DEBITS | PAYMENTS AND CREDITS |
|---|---|---|---|---|---|
| 043004 | | ED PT L3 EXP PROB H&E LOW/MOD COMPL | RODNEY L | 174.00 | |
| 043004 | | APPLICATION SHORT ARM     SPLINT FO | RODNEY L | 90.00 | |

THIS ACCOUNT IS PAST DUE.  PLEASE SEND PAYMENT TODAY.
WE ACCEPT MASTERCARD, VISA OR PAYMENT ARRANGEMENTS.
TO MAKE PAYMENT ARRANGEMENTS  CALL OUR OFFICE TODAY AT
1-800-878-3976.

| STATEMENT CLOSING DATE: 6/09/04 | PLEASE INDICATE YOUR ACCOUNT NUMBER WHEN CALLING OUR OFFICE: | | | | | BII7581126 |
|---|---|---|---|---|---|---|
| BALANCE FORWARD | PAYMENTS AND CREDITS | NEW CHARGES | BALANCE OVER 30 DAYS | BALANCE OVER 60 DAYS | BALANCE OVER 90 DAYS | BALANCE OVER 120 DAYS | NEW BALANCE PAY THIS AMOUN |
| | | 264.00 | .00 | .00 | .00 | .00 | 264.00 |

SEND INQUIRIES TO:

BARRIER ISLAND EMERGENCY CARE,
P.O. BOX 15385
DURHAM, NC          27704-5385

58-2643228

SERVICE RENDERED-SOUTHEAST GEORGIA MEDICAL CENTER

2-10

# STATEMENT

BARRIER ISLAND EMERGENCY CARE,
P.O. BOX 15385
DURHAM, NC          27704-5385

OFFICE HOURS: 9 AM - 4 PM M-F

ADDRESS SERVICE REQUESTED

SHOW AMOUNT
PAID HERE      $ _____

| (800) 878-3976 | 6/09/04 | BIE7581277 | 01 | 232.00 |
|---|---|---|---|---|
| OFFICE PHONE NUMBER | CLOSING DATE | YOUR ACCOUNT NUMBER | PAGE NO. | NEW BALANCE |

SERVICE RENDERED-SOUTHEAST GEORGIA MEDICAL CENTER

ETHEL BUTLER
2532 CHERRY ST
BRUNSWICK, GA  31520-2701

BARRIER ISLAND EMERGENCY CARE,
P.O. BOX 15385
DURHAM, NC          27704-5385

NOTE: Charges and payments not appearing on this
statement will appear on next month's statement.

RETURN THIS PORTION WITH PAYMENT

CHARGES APPEARING ON THIS STATEMENT ARE **NOT** INCLUDED ON ANY HOSPITAL BILL OR STATEMENT

| DATE | DOCTOR NAME | EXPLANATION OF ACTIVITY | PATIENT NAME CLAIM ACTIVITY | CHARGES AND DEBITS | PAYMENTS AND CREDITS |
|---|---|---|---|---|---|
| 050104 | | ED PT L3 EXP PROB H&E LOW/MOD COMPL | RODNEY L | 174.00 | |
| 050104 | | APPLICATION FINGER SPLINT STATIC | RODNEY L | 58.00 | |

THIS ACCOUNT IS PAST DUE.  PLEASE SEND PAYMENT TODAY.
WE ACCEPT MASTERCARD, VISA OR PAYMENT ARRANGEMENTS.
TO MAKE PAYMENT ARRANGEMENTS  CALL OUR OFFICE TODAY AT
1-800-878-3976.

| STATEMENT CLOSING DATE: 6/09/04 | PLEASE INDICATE YOUR ACCOUNT NUMBER WHEN CALLING OUR OFFICE: | | | | BIE7581277 |
|---|---|---|---|---|---|

| BALANCE FORWARD | PAYMENTS AND CREDITS | NEW CHARGES | BALANCE OVER 30 DAYS | BALANCE OVER 60 DAYS | BALANCE OVER 90 DAYS | BALANCE OVER 120 DAYS | NEW BALANCE PAY THIS AMOUNT |
|---|---|---|---|---|---|---|---|
| | | 232.00 | .00 | .00 | .00 | .00 | 232.00 |

SEND INQUIRIES TO:

BARRIER ISLAND EMERGENCY CARE,
P.O. BOX 15385
DURHAM, NC          27704-5385

58-2643228

SERVICE RENDERED-SOUTHEAST GEORGIA MEDICAL CENTER

SGHS - BRUNSWICK CAMPUS
2415 PARKWOOD DRIVE
BRUNSWICK, GA 31520

5/11/05                    PATIENT BILL DETAIL SUMMARY                    PAGE

PATIENT 7592259   CYCLE   1 FINAL          GUARANTOR 1681810          PAT REP
    BUTLER, RODNEY L                           BUTLER, ETHEL MAE
    PO BOX 2341                                PO BOX 2341
    BRUNSWICK        GA 31521                  BRUNSWICK        GA 31521

                  DESCRIPTION                  QUANTITY        EXTENDED
                                                                PRICE

    0430    OCC. THERAPY                         12             708.00

                              T O T A L  ----------            708.00

2-12

SGHS - BRUNSWICK CAMPUS
2415 PARKWOOD DRIVE
BRUNSWICK, GA 31520

5/11/05                    PATIENT BILL DETAIL TRANSACTIONS                    PAGE

PATIENT 7592259   CYCLE   1 FINAL        GUARANTOR 1681810          PAT REP
    BUTLER, RODNEY L                          BUTLER, ETHEL MAE
    PO BOX 2341                               PO BOX 2341
    BRUNSWICK       GA 31521                  BRUNSWICK       GA 31521

| DATE OF SERVICE | DATE OF POSTING | CHARGE NUMBER | DESCRIPTION | QUANTITY | EXTENDED PRICE |
|---|---|---|---|---|---|
| 6/02/04 | 6/02/04 | 4330030 | THER FUNCT ACTIVITY 15M | 3 | 177.00 |
| 6/04/04 | 6/04/04 | 4330030 | THER FUNCT ACTIVITY 15M | 2 | 118.00 |
| 6/15/04 | 6/15/04 | 4330030 | THER FUNCT ACTIVITY 15M | 3 | 177.00 |
| 6/17/04 | 6/17/04 | 4330030 | THER FUNCT ACTIVITY 15M | 1 | 59.00 |
| 6/24/04 | 6/24/04 | 4330030 | THER FUNCT ACTIVITY 15M | 3 | 177.00 |
| DEPT | 433 | 5 | ITEMS      S U B   T O T A L  -------- | | 708.00 |

PATIENT   7592259      5   ITEMS      T O T A L  ----------------      708.00

ALL BASIC, MAJOR MEDICAL
LIABILITY AND INDEMNITY
INSURANCE BENEFITS HAVE
BEEN ASSIGNED TO THIS
_____ COPY OF SAME
_____ UPON
WRITTEN REQUEST, IF NEEDED.

2-13

SGMC BRUNSWICK CAMPUS
2415 PARKWOOD DRIVE
BRUNSWICK, GA 31520

5/11/05                PATIENT BILL DETAIL SUMMARY                    PAGE

PATIENT 7602653   CYCLE   1 FINAL        GUARANTOR 1681810        PAT REP
    BUTLER, RODNEY L                         BUTLER, ETHEL MAE
    PO BOX 2341                              PO BOX 2341
    BRUNSWICK        GA 31521                BRUNSWICK        GA 31521


                DESCRIPTION                QUANTITY      EXTENDED
                                                          PRICE


    0430    OCC. THERAPY                        22      1,298.00


                        T O T A L  ----------    1,298.00

SGHS - BRUNSWICK CAMPUS
2415 PARKWOOD DRIVE
BRUNSWICK, GA 31520

5/11/05                PATIENT BILL DETAIL TRANSACTIONS                    PAGE

PATIENT 7602653    CYCLE   1 FINAL        GUARANTOR 1681810        PAT REP
     BUTLER, RODNEY L                        BUTLER, ETHEL MAE
     PO BOX 2341                             PO BOX 2341
     BRUNSWICK        GA 31521               BRUNSWICK      GA 31521

| DATE OF SERVICE | DATE OF POSTING | CHARGE NUMBER | DESCRIPTION | QUANTITY | EXTENDED PRICE |
|---|---|---|---|---|---|
| 7/07/04 | 7/07/04 | 4330030 | THER FUNCT ACTIVITY 15M | 4 | 236.00 |
| 7/09/04 | 7/09/04 | 4330030 | THER FUNCT ACTIVITY 15M | 4 | 236.00 |
| 7/15/04 | 7/15/04 | 4330030 | THER FUNCT ACTIVITY 15M | 3 | 177.00 |
| 7/20/04 | 7/20/04 | 4330030 | THER FUNCT ACTIVITY 15M | 4 | 236.00 |
| 7/22/04 | 7/22/04 | 4330030 | THER FUNCT ACTIVITY 15M | 4 | 236.00 |
| 7/27/04 | 7/27/04 | 4330030 | THER FUNCT ACTIVITY 15M | 3 | 177.00 |
| DEPT | 433 | 6 | ITEMS    S U B   T O T A L  -------- | | 1,298.00 |


PATIENT   7602653        6    ITEMS      T O T A L  ----------------        1,298.00



2-15

SGHS - BRUNSWICK CAMPUS
2415 PARKWOOD DRIVE
BRUNSWICK, GA 31520

5/11/05                    PATIENT BILL DETAIL SUMMARY                    PAGE

PATIENT 7581277    CYCLE    1 FINAL        GUARANTOR 1681810        PAT REP
    BUTLER, RODNEY L                          BUTLER, ETHEL MAE
    2532 CHERRY ST                            2532 CHERRY ST
    BRUNSWICK        GA 31520                 BRUNSWICK        GA 31520

                    DESCRIPTION              QUANTITY        EXTENDED
                                                             PRICE

    0250     PHARMACY                            2            24.50
    0320     DX X-RAY                            2           300.00
    0450     EMERG ROOM                          1           303.00
    0460     PULMONARY FUNC                      1            18.00

                    T O T A L  ----------              645.50



2-10

SGHS - BRUNSWICK CAMPUS
2415 PARKWOOD DRIVE
BRUNSWICK, GA 31520

5/11/05                    PATIENT BILL DETAIL TRANSACTIONS                    PAGE

PATIENT 7581277   CYCLE   1 FINAL        GUARANTOR 1681810        PAT REP
   BUTLER, RODNEY L                      BUTLER, ETHEL MAE
   2532 CHERRY ST                        2532 CHERRY ST
   BRUNSWICK      GA 31520               BRUNSWICK      GA 31520

| DATE OF SERVICE | DATE OF POSTING | CHARGE NUMBER | DESCRIPTION | QUANTITY | EXTENDED PRICE |
|---|---|---|---|---|---|
| 5/01/04 | 5/01/04 | 3700108 | ED LEVEL THREE | 1 | 303.00 |
| 5/01/04 | 5/01/04 | 3705560 | PULSE OXIMETRY-SINGLE | 1 | 18.00 |
| DEPT | 370 | 2 | ITEMS    S U B   T O T A L -------- | | 321.00 |
| 5/01/04 | 5/01/04 | 4210092 | WRIST 4 VIEW      RIGH | 1 | 150.00 |
| 5/01/04 | 5/01/04 | 4210101 | FINGER(S) RIGHT | 1 | 150.00 |
| DEPT | 421 | 2 | ITEMS    S U B   T O T A L -------- | | 300.00 |
| 5/01/04 | 5/01/04 | 4302092 | IBUPROFEN 800MG | 1 | 6.50 |
| 5/01/04 | 5/02/04 | 4302597 | IBUPROFEN 800MG 4PK ER | 1 | 18.00 |
| DEPT | 430 | 2 | ITEMS    S U B   T O T A L -------- | | 24.50 |

PATIENT   7581277        6   ITEMS     T O T A L ----------------        645.50



ALL BASIC, MAJOR MEDICAL DISABILITY AND INDEMNITY INSURANCE BENEFITS HAVE BEEN ASSIGNED TO THIS HOSPITAL. A COPY OF SAME WILL BE FURNISHED UPON WRITTEN REQUEST, IF NEEDED.

1-17

SGHS - BRUNSWICK CAMPUS
2415 PARKWOOD DRIVE
BRUNSWICK, GA 31520

5/11/05              PATIENT BILL DETAIL SUMMARY                    PAGE

PATIENT 7590715   CYCLE   1 FINAL      GUARANTOR 1681810        PAT REP
     BUTLER, RODNEY L                       BUTLER, ETHEL MAE
     2532 CHERRY ST                         2532 CHERRY ST
     BRUNSWICK       GA 31520               BRUNSWICK       GA 31520

                DESCRIPTION                 QUANTITY       EXTENDED
                                                            PRICE

    0430    OCC. THERAPY                        4          327.00

                            T O T A L  ----------          327.00


... MEDICAL
... ...NITY
... ... HAVE
... ... THIS
... ... OF SAME
... ... UPON
... ..., IF NEEDED.

ν-18

SGHS  BRUNSWICK CAMPUS
2415 PARKWOOD DRIVE
BRUNSWICK, GA 31520

5/11/05                PATIENT BILL DETAIL TRANSACTIONS                    PAGE

PATIENT 7590715    CYCLE   1 FINAL        GUARANTOR 1681810        PAT REP
        BUTLER, RODNEY L                          BUTLER, ETHEL MAE
        2532 CHERRY ST                            2532 CHERRY ST
        BRUNSWICK        GA 31520                 BRUNSWICK        GA 31520

| DATE OF SERVICE | DATE OF POSTING | CHARGE NUMBER | DESCRIPTION | QUANTITY | EXTENDED PRICE |
|---|---|---|---|---|---|
| 5/27/04 | 5/27/04 | 4330030 | THER FUNCT ACTIVITY 15M | 3 | 177.00 |
| 5/27/04 | 5/27/04 | 4330079 | EVALUATION - OT | 1 | 150.00 |
| DEPT | 433 | 2 | ITEMS      S U B   T O T A L  -------- | | 327.00 |

PATIENT    7590715       2    ITEMS      T O T A L  ----------------        327.00

ALL BASIC, MAJOR MEDICAL
DISABILITY AND INDEMNITY
INSURANCE BENEFITS HAVE
BEEN ASSIGNED TO THIS
HOSPITAL. A COPY OF SAME
WILL BE FURNISHED UPON
WRITTEN REQUEST, IF NEEDED.

L-19

SGHS - BRUNSWICK CAMPUS
2415 PARKWOOD DRIVE
BRUNSWICK, GA 31520

5/11/05              PATIENT BILL DETAIL SUMMARY                PAGE

PATIENT 7581126   CYCLE   1 FINAL      GUARANTOR 1681810           PAT REP
   BUTLER, RODNEY L                       BUTLER, ETHEL MAE
   2532 CHERRY ST                         2532 CHERRY ST
   BRUNSWICK        GA 31520              BRUNSWICK        GA 31520

                 DESCRIPTION                  QUANTITY        EXTENDED
                                                               PRICE

    0250     PHARMACY                            2            23.10
    0320     DX X-RAY                            3           710.00
    0450     EMERG ROOM                          2           487.00

                           T O T A L  ----------      1,220.10

2-20

SGHS - BRUNSWICK CAMPUS
2415 PARKWOOD DRIVE
BRUNSWICK, GA 31520

5/11/05                    PATIENT BILL DETAIL TRANSACTIONS                    PAGE

PATIENT 7581126    CYCLE   1 FINAL        GUARANTOR 1681810        PAT REP
     BUTLER, RODNEY L                          BUTLER, ETHEL MAE
     2532 CHERRY ST                            2532 CHERRY ST
     BRUNSWICK        GA 31520                 BRUNSWICK        GA 31520

| DATE OF SERVICE | DATE OF POSTING | CHARGE NUMBER | DESCRIPTION | QUANTITY | EXTENDED PRICE |
|---|---|---|---|---|---|
| 4/30/04 | 5/04/04 | 3700108 | ED LEVEL THREE | 1 | 303.00 |
| 4/30/04 | 5/04/04 | 3700112 | ED PROCEDURE SIMPLE | 1 | 184.00 |
| DEPT | 370 | 2 | ITEMS    S U B   T O T A L  -------- | | 487.00 |
| 5/01/04 | 5/01/04 | 4210019 | SPINE LUMBAR   COMP MIN | 1 | 318.00 |
| 5/01/04 | 5/01/04 | 4210060 | ELBOW LEFT COMPLETE | 1 | 196.00 |
| 5/01/04 | 5/01/04 | 4210098 | ELBOW RIGHT COMPLETE | 1 | 196.00 |
| DEPT | 421 | 3 | ITEMS    S U B   T O T A L  -------- | | 710.00 |
| 4/30/04 | 4/30/04 | 4300052 | HYDROCOD/ACET 5MG/500MG | 1 | 6.50 |
| 4/30/04 | 4/30/04 | 4302603 | HYDROCOD/ACET 5/5006PK | 1 | 16.60 |
| DEPT | 430 | 2 | ITEMS    S U B   T O T A L  -------- | | 23.10 |

PATIENT   7581126      7    ITEMS      T O T A L ---------------      1,220.10

ALL BASIC MAJOR MEDICAL
LIABILITY AND INDEMNITY
INSURANCE BENEFITS HAVE
BEEN ASSIGNED TO THIS
HOSPITAL. A COPY OF SAME
WILL BE FURNISHED UPON
WRITTEN REQUEST, IF NEEDED.

WINN ARMY COMMUNITY HOSPITAL
PERSONAL DATA - PRIVACY ACT OF 1974 (PL 93-579)
AUTOMATED VERSION OF SF600

*1339*

CLINIC: FAMILY PRACTICE   PHY: ADAMS,THOMAS   03 May 2004@1330   ACUT$ BGAA/0049
REASON FOR VISIT:finger injury, fx                    AGE: 13
PSYCHOSOCIAL: Patient Dwells: ___ Alone ✓ With Family ___ In Barracks.
Unexpected Weight / Appetite / Food Changes? Y /(N)      ® Arm ⊕ back
Herb/Ergogenic Supplements ∅
Pain Assessment (Circle One)   0 1 2 3 4 5 6 (7) 8 9 10   Acute____ Chronic____
=================================================================
BP:112/00   T: 97.3   P: 74   R: 18   H: 6⁴   W:136¹ᵇˢ Allergies? NKDA
                                            618Kg
Chief Complaint? 1340 in Clinic today for inj to ® Arm

Deployment Related?   Y /(N) Maybe?
Do you use tobacco? Y/(N) Would you like to quit? Y/N TUC materials offered?
In the past month;
Have you felt down, depressed or hopeless much of the time?   Y /(N)
Have you had little interest or pleasure in doing things much of the time? Y/(N)
Medications?

Lortab 5/500 (i)

S) Fell x 4 d ago backwards, Impacted ®
   Elbow - seen ⊕ outside hospital x 2 - xray placed
   in splint, then later told him he didn't need
   it then for 3ʳᵈ opinion

O) A/O, NAD
   ® Elbow → minimal edema, ⊕TTP medial epicondyle
   FROM - wrist FROM, ⊕TTP 1ˢᵗ MC
        x - rays - Elbow - (saw into flid injoint
                         ⊕ fat pad

A/P) Poss occult fx
     · Called ortho - RTC 0730 Sunny @ ortho
       for eval - wear sling until then

Patient/Family educated and verbalizes understanding of History, Objective
Findings, Assessment(s), Treatment/Follow-up Plan and Printed/Verbal
Information Given:

                              THOMAS L ADAMS DO
=================================================================
BUTLER, RODNEY L                03/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        USA FAM MBR AD
DOB: 01 Mar 1991                RANK: CHIEF WARRANT OFFIC RR: OPR WACH RET &
SPON: BUTLER,RODERICK EDWIN     UNIT: 0003 CS BN      CO B H: 9124843564
PCM:  MCMAHON,PATRICK J         MCP STATUS: TRICARE PRIME (CHAMPUS)

Personal Data - Privacy Act 1974  (PL 93-579)     Printed date: 14 May 2004@1619
                  RADIOLOGIC EXAMINATION REPORT                Page: 1

   Patient: BUTLER,RODNEY L                      FMP/SSN: 03/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
---------------------------------------------------------------------------
WINN ACH FT STEWART GA                  DIAGNOSTIC RADIOLOGY
Procedure: HAND, RT                     Exam Date: 03 May 2004@1436
Requested by: ADAMS,THOMAS L            Status: COMPLETE
Ward/Clinic: FAMILY PRACTICE            Exam #: 04027843
                                        Pregnant:
Reason for Order:
13 y/o male fell x4 days ago, having continued pain= plz r/o fx


Order Comment:
--------------------------------------------------------------------------
WINN ACH FT STEWART GA                  DIAGNOSTIC RADIOLOGY
Procedure: ELBOW, RT                    Exam Date: 03 May 2004@1436
Requested by: ADAMS,THOMAS L            Status: COMPLETE
Ward/Clinic: FAMILY PRACTICE            Exam #: 04027842
                                        Pregnant:
Reason for Order:
13 y/o male fell x4 days ago, having continued pain= plz r/o fx


Order Comment:
--------------------------------------------------------------------------
Result Code: SEE RADIOLOGIST'S REPORT

Report:

DICTATED: 3 MAY 2004

RIGHT HAND AND RIGHT ELBOW

Darkness posterior to the distal humerus is suspicious for abnormal fat pad
and hemarthrosis in this patient with history of trauma.  Comparison views
would be helpful to evaluate unfused epiphyses including the proximal ulna,
the trochlear fossa and the humeral epicondyles, particularly medially.
Fluid in joint post trauma often is associated with fracture in this age
group and certainly no distraction or fracture members is identified.  The
radial capitellar articulation appears intact as does the anterior humeral
line.  There is evidence for old posttraumatic deformity of the fifth
metacarpal.

OPINION:  Equivocal posttraumatic changes right elbow in this patient with
unfused epiphyses.  Comparison views and/or followup films should be
considered.  No periosteal reaction, dislocation or distracted fractures could
be identified.


---------------------------------------------------------------------------
03/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    BUTLER,RODNEY L              USA FAM MBR AD
                  01 Mar 1991 / MALE           H:9124843564     W:3817005
                  Loc:
                  Spon: BUTLER,RODERICK EDWIN  Rank: CHIEF WAR D:767-4400
SF519-B           Unit: 0003 CS BN      CO B   RR: TRANSFERED TO OTHER MTF
O/Site Rec Loc: 01/16/03

3-3

2 √WINN ARMY COMMUNITY HOSPITAL                    DIVISION: WINN ACH FT S
Personal Data - Privacy Act of 1974 (PL 93-579)    Automated Version of SF600
                    Printed: 05 May 2004 0840

CAST                DANA,JOHN P              05 May 2004 0845 ACUT 15   BEBA
REF:                                CMT: KMM
RSN: FX
Detail Codes:                                   INSURANCE YES/NO:

BP:     PULSE:      RESP:       TEMP:      HT:      WT:     AGE:
====================================================================================
ALLERGIES:

NKDA

13 y/o ⟨→⟩,

s/p fall backwards injury Ⓡ

elbow — seen in primary care —

x-rayed in PC sent to Post fat pad.

ADDITIONAL COMMENTS:

Ⓞ Stabilized TTP Ⓡ elbow

1/3 edema

Ø shoulder, Ø forearm, Ø wrist

NVS I

PROM elbow ō pain.

x-ray: Post fat pad — Ø apparent
                              Fx.

Ⓐ Ⓡ elbow injury — SH I

Ⓟ LAC, F/u 10-14 days for
     exam and x-ray if required.

                                            JOHN D
                                            CPT
                                            OMC 3
====================================================================================
03/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    BUTLER,RODNEY L          A41
                  01 Mar 1991  MALE         W:3817005        H:9124843564
                  Spon: BUTLER,RODERICK EDWIN CIC:
                  CS:                       Rank: CW3        D:767-4400
SF600             Unit: 0003 CS BN    CO B  RR: OPR WACH RET & DEP

3 rs
2 √

```
WINN ACH FT STEWART GA              05 May 04 @ 0841                    Page:1
                  Personal Data - Privacy Act of 1974 (PL 93-579)
                               Consult Report
                  **Unverified** ORTHOPEDICS **Unverified**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                     Order Request for BUTLER,RODNEY L

Requesting HCP:  ADAMS,THOMAS L            Requesting Location: FAMILY PRACTICE
Order ID number:  040504-04912             MCP Referral #: 20040123386
No. of Visits: 1                           Referral Authorized Until:01 Jun 2004
Reason for Consult:                        Priority:  ROUTINE
13 y/o male 5d s/p backward fall onto elbow presents with medial epicondyle
pain and xray showing small amt of fluid in the joint and suspicious fat pad-
plz eval/tx as indicated, will arrive at ER clinic 0730 5May- spoke with
ortho PA.
Provisional Diagnosis:                     HCDP: 108 - TRICARE PRIME FAMILY COVERAG

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                             Consult Result

Appointment Date:                       Requesting HCP: ADAMS,THOMAS L
Clinic: ORTHOPEDIC                       Consulting HCP:
```

```
==============================================================================
03/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      BUTLER,RODNEY L                 USA FAM MBR AD
                    01 Mar 1991 / Male              H: 9124843564
                    Loc:                            W: 767-4400
                    Spon: BUTLER,RODERICK EDWIN     Rank: AW3
                    Unit: 0003 CS BN     CO B       RR: OPR WACH RET & DEP
Automated version of SF513
```

3-6

```
WINN ARMY COMMUNITY HOSPITAL                    DIVISION: WINN ACH FT STEWA
Personal Data - Privacy Act of 1974 (PL 93-579)    Automated Version of SF600
                 Printed: 13 May 2004@1442

CAST                    HENSEL,KURT S          14 May 2004 1400 EST$ 30    BEBA
REF:                                  CMT: TMG
RSN: FOLLOW UP
Detail Codes:
                                      INSURANCE YES/NO:

BP:      PULSE:        RESP:      TEMP:       HT:      WT:      AGE:
=======================================================================
ALLERGIES:
```

F/u @ Elbow Pain

Pain improved, but Same

Pain c motion p Cast removal

ADDITIONAL COMMENTS: ○ Skin Intact

(M) m/d TTP Olecranon (lateral)

EFRC

Rom 0 - 135° c mild Pain @

Full Extension.

Motor/Sens Intact

YR: No E___
     X Rad Pad Posterior

A @ Elbow Contusion

P. ① Sling PRN
   ② Sling - Rom As Tol
   ③ FU PRN.

```
=======================================================================
03/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   BUTLER,RODNEY L          A41
                 01 Mar 1991  MALE         W:3817005        H:9124843564
                 Spon: BUTLER,RODERICK EDWIN  CIC:
                 CS:                         Rank: CW3        D:767-4400
SF600            Unit: 0003 CS BN   CO B    RR: TRANSFERED TO OTHER MTF
```

# MEDICAL RECORD - DOCTOR'S ORDERS
### For use of this form, see MEDCOM Circular 40-5

DIRECTIONS: The provider will DATE, TIME, and SIGN each order or set of orders recorded. Only one order is allowed per line. Nursing will list the time the new order(s) are noted and initial in the column provided. Orders completed during the shift in which they were written do not require recopying. They may be signed off, as completed, in the far right column.

| ORDER NUMBER | DATE, TIME, & SIGNATURE REQUIRED FOR EACH ORDER OR SET OF ORDERS | ORDER NOTED TIME & INITIALS | COMPLETED TIME & INITIALS |
|---|---|---|---|
| | Sep 04   pt seen for a rev of his | | |
| S | Ⓡ elbow / s/p Fx | | |
| | | | |
| O | - 5° full ext, - 5° full flex, - 5° pronation, 5° supin. | | |
| | Non TTP, No edema, No effusion | | |
| | all NVMI's intact. | | |
| A | s/p Ⓡ elbow Fx, medial epicondyle | | |
| P | Cont home care Phy Thp | | |
| | Rev 4 wks in ortho. | | |

---

PATIENT IDENTIFICATION

Rodney, Butler 9857

Complete the following information on page 1 only. Note any changes on subsequent pages.

Diagnosis: _____

Height: _____  Weight: _____  Diet: _____

Allergies: _____

| Nursing Unit | Room No. | Bed No. | Page No. |
|---|---|---|---|
| | | | |

MEDCOM FORM 688-R (TEST) (MCHO) MAR 99   PREVIOUS EDITIONS ARE OBSOLETE   MC V1.00

3-8



**DEPARTMENT OF THE ARMY**
HEADQUARTERS, 3D INFANTRY DIVISION (MECHANIZED)  AND FORT STEWART
STAFF JUDGE ADVOCATE
1061 HARMON AVE STE 1D03
FORT STEWART GA 31314-5611
June 28, 2005

REPLY TO
ATTENTION OF:

Staff Judge Advocate/
Recovery Claims

SUBJECT: Incident, April 30, 2004

Mr. Rodney Butler
c/o Ms. Ethel Butler
Post Office Box 2341
Brunswick, GA 31521

Dear Mr. Butler:

It is the responsibility of this office to investigate the circumstances of the injury for which you were treated as follows:

Date of treatment: April 30, 2004

Facility: Winn Army Community Hospital

In order to comply with Army Regulation 27-40, we request you complete both sides and return the attached Statement of Incident and accompanying forms within 15 days of the date of this letter.  You are required to cooperate in the investigation and prosecution of all actions regarding third party liability for the medical care rendered.

You should not execute a release or settle any claims which you may have as a result of this injury without first contacting the Staff Judge Advocate, Winn Army Community Hospital, Fort Stewart Georgia 31314-5611.

We request you sign the bottom of the Statement of Incident and the authorization for release of medical records pertaining to this incident.

Please mail your questionnaire back to the:  STAFF JUDGE ADVOCATE, MEDICAL RECOVERY, WINN ARMY COMMUNITY HOSPITAL, 1061 HARMON AVE STE 1D03, FORT STEWART GA 31314-5611.

If you have any questions, please call (912) 435-6774/6750 or DSN 475-6774/6750.

Attachments

Daisy S. Pray
Paralegal Specialist

01 July 05

Hi Ms. Pray

Rodney Butler had his First Appt with Family Pratice on 3 may 2004 + 14 May 2004. Orthopedic Appt 5 may 2004 + 8 Sept 2004 orthopedic might have other dates.

here is a copy of medical Records that was given to me to take to the Physical Therapy Appt. xrays on 3 may 2004

I need a copy of the total Bill if I can get the total Bill Before 20th July 05 Because Winn Dixie got to get the Bills Before 27 July 05.

I can pick up The Bills From your office. My phone Number is 912-265-3980

Thank you
Ethel Butler
Rodney Butler (minor)



AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS

TO WHOM IT MAY CONCERN:

You, and any person associated with you, are hereby authorized to release to the United States Army, Headquarters 3d Infantry Division and Fort Stewart, Office of the Staff Judge Advocate, or any person representative thereof, any and all information and records which may be requested regarding my physical condition and treatment rendered by you therefor, and, if necessary, allow them, or any physician appointed by them, to examine and X-ray pictures taken of me, or records which you may have regarding condition or treatment; and I authorize the Office of the Staff Judge Advocate to release these medical records to my attorneys, to me, and to any insurers involved in any claims which may arise.

Rodney C. Butler (minor)

_Ethel M. Butler_
Signature

_01 July 05_
Date

AFZP FL 430-R
1 AUG 96

DISPLAY PATIENT APPOINTMENTS

Personal Data - Privacy Act of 1974 (PL 93-579)
FUTURE APPOINTMENTS FOR BUTLER,RODNEY L   03/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

| CLINIC/DIV | PROVIDER | DATE/TIME | TYPE/DUR DTL CODES | STATUS |
|---|---|---|---|---|
| CAST/WINN Arrive 15 min early | DANA,JOHN P | 05May2004@0845 | ACUT$/15 | WALK-IN |
| CAST/WINN Arrive 15 min early | HENSEL,KURT | 14May2004@1400 | EST$/30 | PENDING |

WAIT LIST REQUESTS FOR BUTLER,RODNEY L   03/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

| CLINIC/DIV | TYPE | PRI | DATE IN | TARGET DATE | PROVIDER |
|---|---|---|---|---|---|

NO WAIT LIST REQUESTS!





SOUTHEAST GEORGIA
HEALTH SYSTEM

*Brunswick Campus*

**E.R. & OUTPATIENT TREATMENT RECORD**



BUTLER, RODNEY L
EMERGENCY DEPARTME 707
05/01/04                          ACCT    7581277
03/01/91    M  F/C  1    M/R    272752

0017581277

| NAME BUTLER, RODNEY L | DATE 05/01/04 | AGE 13Y | SEX M | CARE PRIOR TO ARRIVAL | | | |
|---|---|---|---|---|---|---|---|

HOW ARRIVED: ☐ WALKED  ☐ WHEELCHAIR  ☐ AMBULANCE  ☐ CRUTCHES  ☐ CARRIED   ☐ NONE GIVEN  ☐ SEE SQUAD REPORT

IMMUNIZATIONS UP TO DATE: ☐ YES  ☐ NO

CHIEF COMPLAINT:

DASA: ☐ YES  ☐ NO

| WEIGHT | TETANUS | LMP | TIME OF ACCIDENT/DURATION OF SYMPTOMS | | | | INITIAL |
|---|---|---|---|---|---|---|---|

ALLERGIES:                                                            VITAL SIGNS:  T ___ BP ___ / ___ P ___ R ___

MEDICATIONS:

MEDICAL HISTORY: ☐ HYPERTENSION  ☐ ASTHMA/COPD  ☐ CARDIAC  ☐ DIABETES  ☐ SEIZURES  ☐ CRF  ☐ NO PREVIOUS HX  ☐ NONE AVAILABLE
                 OTHER

HISTORY & PHYSICAL:

CHART DICTATED ___

| X-RAY | | | | LAB | | | | EKG | |
|---|---|---|---|---|---|---|---|---|---|
| CHEST | KUB | UPRIGHT | C-SPINE | CBC | BS | LYTES | P1  UA  AMYLASE | | |
| PREG BCNG | | VIG SCAN | | Hcg | | QUANT Hcg | CBG | ABG PULSE OX ___ / ___ (O2) | |

TREATMENT:

DIAGNOSIS:                                                                          PHYSICIAN SIGNATURE

| 7581277 | | 272752 | | ADMITTED TO ROOM NO. | ☐ ADMIT    TIME    AM | DOCTOR # | ADMITTING PHYSICIAN | | |
|---|---|---|---|---|---|---|---|---|---|
| ACCT NO. | | MR# | | | ☐ DISCHARGE          PM | | | | DATE OF BIRTH |

| | | | | | | | | | | FC | SEX | M S | B | AGE 13Y | 03/01/91 |

PATIENT'S LAST NAME
BUTLER

FIRST & MIDDLE
RODNEY L

MAIDEN

FC 1  SEX M  S  B  13Y  03/01/91

SOCIAL SECURITY NO.
078803810

| ADM. DATE & TIME 05/01/04    17:26 | ADM BY PWES | MODE OF TRANS AUTO | SM | MBV MED | DR# | ATTENDING PHYSICIAN EMERGENCY DEPARTME 707 |
|---|---|---|---|---|---|---|

PREV. ADM.          PREVIOUS ADMIT NAME                    NEAREST RELATIVE
                                                          ETHEL BUTLER

| PATIENT'S LOCAL ADDRESS 2532 CHERRY ST | CITY & STATE BRUNSWICK GA | COUNTY GLYNN | ZIP 31520 | PHONE# 912 265-3980 | REL 03 |
|---|---|---|---|---|---|

NOTIFY IN CASE OF EMERGENCY
LINDA LEE

ADDRESS
1606 ALBANY ST BRUNSWICK GA 31520

PHONE#
912 262-6621

| GUARANTOR'S LAST NAME BUTLER | 1681810 | GUARANTOR'S FIRST & MIDDLE NAME ETHEL MAE | GUARANTOR'S ADDRESS 2532 CHERRY ST | |
|---|---|---|---|---|

| GUARANTOR'S ADDRESS #2 | CITY & STATE BRUNSWICK GA | ZIP 31520 | RELATIONSHIP NAT CHIL | PHONE# 912 265-3980 |
|---|---|---|---|---|

GUARANTOR'S EMPLOYER
UNEMPLOYED

GUARANTOR'S EMPLOYER'S ADDRESS                                        CITY & STATE

| INSURANCE CO. #1 | CODE/PLAN | GROUP# | POLICY# | SUBSCRIBER |
|---|---|---|---|---|
| INSURANCE CO #2 | CODE/PLAN | GROUP# | POLICY# | SUBSCRIBER |

COMMENTS
PVT PAY MAY FILE INS LATER

COMPLAINTS AND INJURIES (USE PATIENT'S OWN WORDS)
"PAIN RT ARM, L SHOULDER, HIP AND BACK"

ED

SEGA Regional Medical Ctr
2415 Parkwood Drive
Brunswick, GA 31521
(912) 466-7000

Date \ Time: 05/01/2004 20:03:48

Patient: BUTLER, RODNEY

**Injured Child**

Injured Child Template    © 1984 - 2003 RTQA

ED Physician: T. Burban, MD

BP:          P:          R:

BUTLER, RODNEY L
EMERGENCY
R EMERGENCY DEPARTMENT
MR#  272752          05/01/04
RM/BED
F/C              1

M 03/01/91
707 MED

ACCT#  7581277

## HISTORY

CC(s): Fall in Winn Dixie          Weight _____ kg  lb

HPI: 13 y.o. AAF 8th fall in Winn Dixie yesterday, seen here, & fx of post splint on R elbow, ? pt c mod thumb pain

**TIMING:**
Sxs for: 1 ___ min hrs days wks mon yrs
☐ Constant  ☐ Intermittent
☑ Inc  ☐ Present Now
☐ Inc  ☐ Gone

**ALLERGIES:**
(none)
Last Tetanus: _____

**HX SOURCES:**
☒ Patient\Family
☐ Nursing Notes
☐ Pvt Doc
☐ Old Records
☐ Questionnaire

Notified HRS? Y N
Police? Y N
ChildPro Svs Y N

**SEVERITY:**
Severe   Mod   Mild
10 9 8   7 6 5 4   3 2 1

PAIN: 7

Location: ⟹ Radiation:

**QUALITY:** na

**CONTEXT:** Occur(ed) While
☐ nl Setting  ☐ nl Activity

**MODIFYING FACTORS:**          none
+ back pain

PMH:               Reviewed?  Y N ( − + )
                   Immunizations UTD?  Y N

FH:  Reviewed?  Y N ( − + )

SH:  Reviewed?  Y N ( − + )

**ROS:**
**MECHANISM:**
Fall? (____ ? ____ ft)  N Y
MVA? (____ mph)  na N Y
Seatbelt \ CarSeat?  na N Y
Airbag Impacted Child?  na N Y

Alert \ Active?  Y N
LOC? ( x ___ sec  min)  Y N
In Apparent Pain \ Discomfort?  Y N
**CARDIO-RESPIRATORY \ GI:**
Trouble Breathing?  N Y
Abdominal Pain?  N Y

**INTEGUMENT:**
Lacerations?  N Y
Abrasions \ Bruises?  N Y
**MUSCULOSKELETAL:**
C/O injury \ Pain in Head?  N Y
Face?  N Y

Neck?  N Y
Ribs \ Chest?  N Y
Back?  N Y
Pelvis?  N Y
Upper Extremity?  N R L
Lower Extremity?  N R L

## PHYSICAL EXAMINATION

**GENERAL APPEARANCE:**
Vital Signs Noted?  Y N
Alert \ Active?  Y N
Playful \ Smiling?  Y N
Crying \ Irritable?  Y N
Consolable?  Y N

**SKIN :**
Lacerations \ Abrasions?  N Y
Bruises \ Seatbelt Marks?  N Y

**CARDIO-RESPIRATORY \ GI:**
Wheezes\Rales\Ronchi?  N Y

**MUSCULOSKELETAL:**
Tender Head \ Scalp?  N Y
Face?  N Y
Neck?  N Y R m L
Chest \ Ribs?  N Y R m L
Back \ Pelvis?  N Y R m L
Upper Extremity?  N Y R L
Lower Extremity?  N R Y L

**NEURO:**  swelling / tender

Motor Weakness?  N Y
Sensory Deficit?  N Y
Reflexes Abnormal?  N Y

## MEDICAL DECISION MAKING - CLINICAL COURSE

INITIAL IMPRESSION:

**DIFFERENTIAL:**
1. R/O
2. R/O

**PLAN:**
**DIAGNOSTIC:**
☐ Labs
☒ X-Ray

**TREATMENT:**
☒ Medications
☐ Ice  ☐ Repair

**OTHER:**
☐ Consult
☐ Counsel Pt / Family  ☑ Response
☐ See Order Sheet

REVIEWED OLD?  na

**CONFERRED WITH:**  na
☐ Radiologist
☐ Pvt Dr.\Consult

ATTACHED ADDENDA:
☐ Procedure Addendum
☐ Other(s):

**X-RAY & LAB DATA:**          none
R thumb / wrist

☐ X-Rays
☒ Records

**CLINICAL COURSE:**
☐ Improving
☒ No Change
☐ Worse

**PROCEDURES:**          none
☐ by Physician
☐ by Resident
☐ by PA \ NP
☐ Key Portion Supervised by Physician

thumb splint

## DISPOSITION

☒ DISCHARGED
☐ ReCheck Here
On:
☑ Follow Up w/
Dr. Derge
By:

☐ ADMITTED
☐ TRANSFERRED
To:

**TIME at DISPOSITION:**
:

**STATUS:**
☐ Good  ☒ Fair  ☐ Poor
☐ Critical  ☐ Guarded

**INSTRUCTIONS GIVEN:**
☒ Verbal
☒ Written

/ Burban    MD/DO PERSONALLY:
☐ Performed Hx / PE  ☐ Evaluated Data
☐ Supervised Care with          PA NP Res
☐ Was Present for KeyParts of Hx-PE by  PA NP Res
☐ Discussed Mgmt / Plan with    PA NP Res
☐ Agree with Notes of           PA NP Res
☐ Disagree (see _____ attached addendum)

**FINAL DIAGNOSES:**
1. Right arm
2. pain
3. Back pain

DISCUSSED: w/ ☑ Patient  ☐ Family

PA \ NP \ Resident Signature          Physician Signature

**PRESCRIPTIONS:**          none
1.
2.
3.

**EXCUSES :** ____ days
Work  School  LtDuty  Gym

EMERGENCY DEPARTMENT
TRIAGE / PHYSICIAN ORDERS

DATE: _____  Private M.D. _____  Room Assignment: _____

| ORDERS | TIME | INIT | ORDERS | TIME | INIT | ORDERS | TIME | INIT |
|---|---|---|---|---|---|---|---|---|
| □ ABD Flat & Upright | | | □ CMP | | | □ LS Spine | | |
| □ ABG | | | □ D – Di Mer | | | □ Monitor | | |
| □ Acute Abdominal Series | | | □ Dorsal Spine | | | □ Old Records Called for | | |
| □ Amylase/Lipase | | | □ Elect. Panel A | | | □ O2_LPM via | | |
| □ Blood Culture | | | □ ETOH | | | □ Pelvis | | |
| □ BMP (Basic Metabolic Profile) | | | □ HCG Urine | | | □ Skull | | |
| □ BNP | | | □ Hepatic Panel | | | □ Type & Cross Match | | |
| □ Cardiac Panel | | | □ IVP | | | □ Type & Hold | | |
| □ Cervical Spine | | | □ KUB | | | □ VQ Lung Scan | | |

### The following tests require documented sign/symptom

| ORDERS | Sign/Symptom | Time | Init | ORDERS | Sign/Symptom | Time | Init |
|---|---|---|---|---|---|---|---|
| □ ABD Ultrasound | | | | □ MRA | | | |
| □ Barium Swallow | | | | □ MRI Brain | | | |
| □ Bone/Joint Imaging (Nuc. Med.) | | | | □ MRI Spine | | | |
| □ CBC Diff | | | | □ MRI – Other | | | |
| □ Chest X-Ray | | | | □ Noninvasive Vascular Studies | | | |
| □ CT Abdomen | | | | □ Pelvic Ultrasound | | | |
| □ CT Cranium | | | | □ Potassium | | | |
| □ CT Pelvis | | | | □ PT | | | |
| □ CT Thorax | | | | □ PTT | | | |
| □ CT – Other | | | | □ Pulse Ox | | | |
| □ Digoxin | | | | □ Respiratory Therapy | | | |
| □ Drug Screen - Serum | | | | | | | |
| □ Drug Screen – Urine | | | | □ Retroperitoneal Ultrasound | | | |
| □ EKG | | | | □ Sed Rate | | | |
| □ Erythropoietin | | | | □ U/A | | | |
| □ HCG Serum | | | | □ Ultrasound – Other | | | |
| □ HH Neb Tx | | | | □ Upper GI Endoscopy | | | |
| □ Magnesium | | | | | | | |

Diagnosis: _____

PA or NP Signature: _____

MD Signature: _____
PMD Signature: _____

DATE _____

PATIENT NAME
BUTLER, RODNEY L
DOB
03/01/91

ACCT
7581277
M/R
272752

SGHS Brunswick Campus
2415 Parkwood Drive
Brunswick, GA 31520

ER006A1

ER Triage Form
Form Last Updated on 05/01/04 18:01    By: Page RN, Rose

**ER Triage**

| | |
|---|---|
| Primary Physician | MCMANN |
| Triage Date & Time | 05/01/04 17:56 |
| ED Patient seen within last two week | Yes |
| Chief Complaint | FELL AT LAST NIGHT TX FOR FX R ARM–NOW HAVING SWELLING IN ARM, LEG PAIN AND LOW BACK PAIN |
| | |
| ER Acuity | Non–Urgent |
| ER Treatment Prior to Arrival | NONE |
| ER Mode of Arrival | Ambulatory |
| Barriers to Communicate | None |
| Primary Language | English |

*FT*

*28*

*Ⓑ upper & lower leg/hip pain*
*L > R*

*– Fell @ Winn Dixie on cement ? visit*

**Vital Signs**

| | |
|---|---|
| Temperature | 97.9 |
| Temperature Source | Oral |
| Pulse Source | Peripheral |
| Pulse | 60 |
| Respirations | 20 |
| Air Flow Type | Room Air |
| Pulse Oximetry | 99.0 % |

**Physcial Assessment**

| | |
|---|---|
| Pain Level Adult/Child | Child |
| Adult Pain Level | 8 |
| ER Neuro Assessment | WNL |
| ER Skin Assessment | WNL |
| Height Feet | 5 |
| Height Inches | 4.0 |
| Weight Pounds | 133 lb |
| Sex (Initial Only) | M |
| Height–Metric Conversion | 162.6 |
| Weight – Metric Conversion | 60.45 kg |
| Patient 24 months or less | No |
| Infectious Disease Risk–Standard | None (Standard Isolation) |
| Standard Isolation | Standard |

*Ⓡ thumb & Ⓡ wrist & scafold view*

**Allergy / Meds**

| | |
|---|---|
| Allergy – Latex | No |
| Allergy | Reaction |
| NKDA | |
| Medications – Current Home | NAPROXSYN |
| Tetanus Immunization | Child |
| Tetanus / Immunization – Child | Yes |

**Medical / Surgical History**

| | |
|---|---|
| Past Medical/Surgical History grid | |
| None: | Self |
| Past Medical History–Other | DENIES |
| Previous Injuries | DENIES |
| Previous Surgeries | DENIES |

Patient Name: BUTLER, RODNEY L
MRN: 272752
Age: 13 Years
Admitting Physician:

Gender: M – Male
Financial Num: 7581277
Admission Date: 05/01/04
Location: EM ; ;

| TIME | ORDERS | ENTERED TIME | INIT |
|---|---|---|---|
| | | | |
| | | | |
| ordered@ 1900 HAl-OSHA RN | XRAY Ⓡ thumb ⁓ Ⓡ wrist — | | |
| | scaffold view as well | | |
| | V.O. Ish OStA/ Holly Al-OSHA, RN / Dr. Burban | | |
| | thd splen | | |
| | Sly | | |
| | Ibuprofen 8cc PO Done@ 2050 Holly Al-OSHA RN | | |
| | D/C | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Diagnosis:

PA or NP Signature:

MD Signature:
PMD Signature:

Copy to:

| Date | 05/01/04 | ACCT | 7581277 |
|---|---|---|---|
| DOB | 03/01/91 | M/R | 272752 |

SGHS Brunswick Campus
2415 Parkwood Drive
Brunswick, GA 31520

ER006A2

## GA Regional Medical Ctr
### Instructions and Information from the Emergency Medical Staff

For:  **BUTLER, RODNEY**          04/30/2004          22:26:59          Doctor **Michael K Hamm, DO**

### ABOUT YOUR RESPONSIBILITIES
AFTER YOU LEAVE, YOU MUST PROPERLY CARE FOR YOUR PROBLEM AND OBSERVE ITS PROGRESS. IF YOU DO NOT IMPROVE AS EXPECTED, OR ARE WORSE, DO ONE OF THE FOLLOWING , IMMEDIATELY: CONTACT YOUR DOCTOR or FOLLOW UP DOCTOR or CALL HERE (912)466-7000 or RETURN HERE.

### The doctor thinks your symptoms may be due to: LOW BACK PAIN
Keep this in mind: DIAGNOSIS WITH 100% CERTAINTY IS NOT POSSIBLE in the Emergency Department. Therefore, if you find you are not getting better, another diagnosis is possible, and you must see your doctor or return here.

LOW BACK PAIN is usually due to injury or inflammation of the soft tissues (muscles, tendons, ligaments) of the lower back area. This pain may be short in duration, or may last longer.  In some cases, after further evaluation, you may be found to have a  bulging (ruptured) disc in the lower back, or a pinched nerve.  Further evaluation by a doctor is needed to check for this.

| | |
|---|---|
| What To Watch For | Return here immediately if you notice: A) increasing pain or pain going into your leg    B) numbness of your leg    C) weakness, paralysis, or tingling of your leg    D) abdominal pain    E) difficulty urinating    F) fever    G) loss of bladder or bowel control |
| What To Expect | Your symptoms should improve within 1-2 days, and normal movement should return within 3 weeks.  Many doctors recommend full rest for a period of time, but most evidence now shows that early return to normal activity after brief rest (a few days) gives the best chance of full recovery.  Be sure to keep in touch with your doctor. |
| What To Do | 1. Rest quietly at home for the next 2-3 days. A firm mattress with support under the knees may help.<br>2. Ice bags, wrapped in a towel, applied for 15 minutes every hour or two for the first 1-2 days may help.<br>3. Try to return to normal activities, such as walking and gentle exercises, as pain gets better.<br>4. Make an appointment to see a follow-up doctor (primary doctor or specialist) in 5-7 days, sooner if worse. |
| What Not To Do | 1. DO NOT do weight lifting, bending over to work, strenuous activities, or painful activities until healed.<br>2. DO NOT do any prolonged sitting or driving until you are feeling better or cleared by your doctor. |

### *** BE SURE TO NOTE THE FOLLOWING ***
1 - Call us or return for any questions\problems.
2 - Return to Emergency at anytime if you are worse.
3 - Have your prescription(s) filled as soon as possible

4 - RETURN TO ER IF FEVER,increased pain or shortness of breath
5 - NAPROSYN 3 TIMES DAILY FOR PAIN

### ABOUT YOUR X-RAYS:
Your X-Rays have been read by the Emergency Doctor. An X-Ray specialist (radiologist) will also read your films. You will be notified if there is any change in your X-Ray diagnosis.

### YOU HAVE RECEIVED PRESCRIPTIONS FOR:
NAPROSYN 250MG Dispense: 21 (twenty-one)  . All Medications Have Possible Side Effects. Be sure to discuss these with your pharmacist, who should also label your medication with any important safety measures you should take.

### SEE A FOLLOW-UP PHYSICIAN IF NECESSARY:
If you do not improve as expected, additional evaluation by another physician will be necessary. Please arrange to be seen by Your Primary Doctor. on or before Wednesday, May 05, 2004. Call the doctors office soon to make an appointment. IF YOU ARE WORSE AND IF, FOR ANY REASON, YOU CANNOT ARRANGE TO SEE THE DOCTOR, YOU MUST CALL THERE AS SOON AS POSSIBLE.

| REMEMBER YOUR CARE IS NOT YET COMPLETED | Your Primary Doctor.<br>If You Do Not Yet Have a<br>Primary, Contact Your<br>Insurance Carrier. | YOU MUST MAKE ARRANGEMENTS FOR FOLLOW-UP OF YOUR PROBLEM |
|---|---|---|

**IT IS IMPORTANT THAT WE HAVE A CORRECT TELEPHONE NUMBER, IN CASE IT IS NECESSARY TO CONTACT YOU.**
I have received these instructions, they have been reviewed with me, and I understand my responsibilities to carefully follow them.

Signature of Patient/Guardian: _Rodney C Butler_

PATIENT          Discharge Nurse: _____

4-1

SEGA Regional Medical Ctr
Case 3:05-bk-03817-JAF    Doc 14450    Filed 01/08/07    Page 51 of 63
Instructions ...d Information from the Emergency    ...dical Staff

For: BUTLER, RODNEY        04/30/2004        23:49:23        Doctor **Thomas Burban, MD**

## ABOUT YOUR RESPONSIBILITIES

AFTER YOU LEAVE, YOU MUST PROPERLY CARE FOR YOUR PROBLEM AND OBSERVE ITS PROGRESS. IF YOU DO NOT IMPROVE AS EXPECTED, OR ARE WORSE, DO ONE OF THE FOLLOWING , IMMEDIATELY: CONTACT YOUR DOCTOR or FOLLOW UP DOCTOR or CALL HERE (912)466-7000 or RETURN HERE.

---

**The doctor thinks your symptoms may be due to: CONTUSION OF THE UPPER LIMB**

Keep this in mind: DIAGNOSIS WITH 100% CERTAINTY IS NOT POSSIBLE in the Emergency Department. Therefore, if you find you are not getting better, another diagnosis is possible, and you must see your doctor or return here.

---

CONTUSION OF THE UPPER LIMB  is an injury to the skin, muscle, and soft tissues of the arm/forearm/hand area.Symptoms include pain, swelling, tenderness, and bruising of the involved area.It is often difficult to move the area due to the pain and injury to the muscles. Sometimes, contusion is associated with ligament/tendon injury of a joint (such as the elbow).

| What To Watch For | Contact your doctor, call, or return here if you have any of the following:  A) increasing pain or swelling    B) loss of feeling in the limb   C) abnormal color in the skin of the hand (especially if pale or bluish)    D) inability to move the fingers or wrist   E) any other change in condition or new/unusual symptoms. |
|---|---|
| What To Expect | If no complications or more serious injuries are present, your pain and swelling should gradually get better, over a period of one to two weeks.  Range of motion will improve with time and with careful, gentle exercise when the pain and swelling begin to get better. |
| What To Do | 1. Apply ice (wrap in a towel) to the swollen area for 20 minutes / hour (while awake) for 1 - 2 days. 2. Elevate the injured area above the level of your heart to reduce pain and swelling. 3. Rest the involved area - you may begin to move and use the limb as pain and swelling get better. 4. Take any prescribed medications as directed. |
| What Not To Do | 1. DO NOT engage in vigorous or repeated use of the limb until all swelling and pain have gone. 2. DO NOT apply heat until the third day or more after the injury. |

### *** BE SURE TO NOTE THE FOLLOWING ***

1 - Call the Doctor today (or tomorrow AM) for appointment.          3 - Return to Emergency at anytime if you are worse.
2 - Call us or return for any questions\problems.                    4 - Have your prescription(s) filled right now.

### ABOUT YOUR X-RAYS:

Your X-Rays have been read by the Emergency Doctor. An X-Ray specialist (radiologist) will also read your films. You will be notified if there is any change in your X-Ray diagnosis.

### YOU HAVE RECEIVED PRESCRIPTIONS FOR:

NAPROSYN 250MG Dispense: 21 (twenty-one)  . All Medications Have Possible Side Effects. Be sure to discuss these with your pharmacist, who should also label your medication with any important safety measures you should take.

### CARING FOR YOUR SPLINT:

Keep Splint dry. Elevate higher than chest. Apply ice up to 20 minutes per hour for the first 2 days. RETURN HERE IMMEDIATELLY if the injured extremity becomes MORE PAINFUL, NUMB, WEAK, SWOLLEN, COLD, TINGLES or looks PALE, GREY, or BLUE. Return if your splint becomes damaged or wet. Remember, the splint is NOT FINAL TREATMENT for your injury. You MUST be re-examined by your doctor within 2-3 days. At that time, a new splint or full cast may be applied by your doctor.

### YOU MUST SEE A FOLLOW-UP PHYSICIAN:

The care of your problem is not complete. Additional evaluation by another doctor is necessary. PLEASE ARRANGE TO BE SEEN BY JACK DEESE MD ON OR BEFORE Monday, May 03, 2004. Call right away for an appointment. Obtain authorization from your HMO. If for any reason you cannot arrange to see the doctor by this time, you must call there as soon as possible.

| REMEMBER YOUR CARE IS NOT YET COMPLETED | **Jack Deese MD** **1111 Glynco Parkway, Ste 100** **Brunswick, GA 31525** **262-9961** | YOU MUST MAKE ARRANGEMENTS FOR FOLLOW-UP OF YOUR PROBLEM |
|---|---|---|

---

**IT IS IMPORTANT THAT WE HAVE A CORRECT TELEPHONE NUMBER, IN CASE IT IS NECESSARY TO CONTACT YOU.**
I have received these instructions, they have been reviewed with me, and I understand my responsibilities to carefully follow them.

Signature of Patient/Guardian: _____

PATIENT          Discharge Nurse: _____

4-8

# SEGA Regional Medical Ctr
## Instructions and Information from the Emergency Medical Staff

For: **BUTLER, RODNEY**          05/01/2004          20:25:45          Doctor Thomas Burban, MD

### ABOUT YOUR RESPONSIBILITIES

AFTER YOU LEAVE, YOU MUST PROPERLY CARE FOR YOUR PROBLEM AND OBSERVE ITS PROGRESS. IF YOU DO NOT IMPROVE AS EXPECTED, OR ARE WORSE, DO ONE OF THE FOLLOWING , IMMEDIATELY: CONTACT YOUR DOCTOR or FOLLOW UP DOCTOR or CALL HERE (912) 466-7000 or RETURN HERE.

**The doctor thinks your symptoms may be due to: CONTUSION OF THE UPPER LIMB**

Keep this in mind: DIAGNOSIS WITH 100% CERTAINTY IS NOT POSSIBLE in the Emergency Department. Therefore, if you find you are not getting better, another diagnosis is possible, and you must see your doctor or return here.

CONTUSION OF THE UPPER LIMB is an injury to the skin, muscle, and soft tissues of the arm/forearm/hand area. Symptoms include pain, swelling, tenderness, and bruising of the involved area. It is often difficult to move the area due to the pain and injury to the muscles. Sometimes, contusion is associated with ligament/tendon injury of a joint (such as the elbow).

| | |
|---|---|
| What To Watch For | Contact your doctor, call, or return here if you have any of the following: A) increasing pain or swelling    B) loss of feeling in the limb    C) abnormal color in the skin of the hand (especially if pale or bluish)    D) inability to move the fingers or wrist    E) any other change in condition or new/unusual symptoms. |
| What To Expect | If no complications or more serious injuries are present, your pain and swelling should gradually get better, over a period of one to two weeks.  Range of motion will improve with time and with careful, gentle exercise when the pain and swelling begin to get better. |
| What To Do | 1. Apply ice (wrap in a towel) to the swollen area for 20 minutes / hour (while awake) for 1 - 2 days. 2. Elevate the injured area above the level of your heart to reduce pain and swelling. 3. Rest the involved area - you may begin to move and use the limb as pain and swelling get better. 4. Take any prescribed medications as directed. |
| What Not To Do | 1. DO NOT engage in vigorous or repeated use of the limb until all swelling and pain have gone. 2. DO NOT apply heat until the third day or more after the injury. |

### *** BE SURE TO NOTE THE FOLLOWING ***

1 - Call the Doctor today (or tomorrow AM) for appointment.          3 - Return to Emergency at anytime if you are worse.
2 - Call us or return for any questions\problems.          4 - Have your prescription(s) filled right now.

### ABOUT YOUR X-RAYS:

Your X-Rays have been read by the Emergency Doctor. An X-Ray specialist (radiologist) will also read your films. You will be notified if there is any change in your X-Ray diagnosis.

### YOU MUST SEE A FOLLOW-UP PHYSICIAN:

The care of your problem is not complete. Additional evaluation by another doctor is necessary. PLEASE ARRANGE TO BE SEEN BY JACK DEESE MD ON OR BEFORE Tuesday, May 04, 2004. Call right away for an appointment. Obtain authorization from your HMO. If for any reason you cannot arrange to see the doctor by this time, you must call there as soon as possible.

**REMEMBER YOUR CARE IS NOT YET COMPLETED**

**Jack Deese MD
1111 Glynco Parkway, Ste 100
Brunswick, GA 31525
262-9961**

**YOU MUST MAKE ARRANGEMENTS FOR FOLLOW-UP OF YOUR PROBLEM**

**IT IS IMPORTANT THAT WE HAVE A CORRECT TELEPHONE NUMBER, IN CASE IT IS NECESSARY TO CONTACT YOU.**
I have received these instructions, they have been reviewed with me, and I understand my responsibilities to carefully follow them.

Signature of Patient/Guardian: _Rodney Butler_

MEDICAL RECORDS   Discharge Nurse: _Holly Al-Osha, RN_

|  |  |  | EMERGENCY DEPARTMENT TRIAGE / PHYSICIAN ORDERS |
|---|---|---|---|

**DATE:** ___ **Private M.D.** ___ **Room Assignment:** ___

| ORDERS | TIME | INIT | ORDERS | TIME | INIT | ORDERS | TIME | INIT |
|---|---|---|---|---|---|---|---|---|
| □ ABD Flat & Upright |  |  | □ CMP |  |  | □ LS Spine |  |  |
| □ ABG |  |  | □ D – Di Mer |  |  | □ Monitor |  |  |
| □ Acute Abdominal Series |  |  | □ Dorsal Spine |  |  | □ Old Records Called for |  |  |
| □ Amylase/Lipase |  |  | □ Elect. Panel A |  |  | □ O2 _LPM via_ |  |  |
| □ Blood Culture |  |  | □ ETOH |  |  | □ Pelvis |  |  |
| □ BMP (Basic Metabolic Profile) |  |  | □ HCG Urine |  |  | □ Skull |  |  |
| □ BNP |  |  | □ Hepatic Panel |  |  | □ Type & Cross Match |  |  |
| □ Cardiac Panel |  |  | □ IVP |  |  | □ Type & Hold |  |  |
| □ Cervical Spine |  |  | □ KUB |  |  | □ VQ Lung Scan |  |  |

### The following tests require documented sign/symptom

| ORDERS | Sign/Symptom | Time | Init | ORDERS | Sign/Symptom | Time | Init |
|---|---|---|---|---|---|---|---|
| □ ABD Ultrasound |  |  |  | □ MRA |  |  |  |
| □ Barium Swallow |  |  |  | □ MRI Brain |  |  |  |
| □ Bone/Joint Imaging (Nuc. Med.) |  |  |  | □ MRI Spine |  |  |  |
| □ CBC Diff |  |  |  | □ MRI – Other |  |  |  |
| □ Chest X-Ray |  |  |  | □ Noninvasive Vascular Studies |  |  |  |
| □ CT Abdomen |  |  |  | □ Pelvic Ultrasound |  |  |  |
| □ CT Cranium |  |  |  | □ Potassium |  |  |  |
| □ CT Pelvis |  |  |  | □ PT |  |  |  |
| □ CT Thorax |  |  |  | □ PTT |  |  |  |
| □ CT – Other |  |  |  | □ Pulse Ox |  |  |  |
| □ Digoxin |  |  |  | □ Respiratory |  |  |  |
| □ Drug Screen - Serum |  |  |  | □ Therapy |  |  |  |
| □ Drug Screen – Urine |  |  |  | □ Retroperitoneal Ultrasound |  |  |  |
| □ EKG |  |  |  | □ Sed Rate |  |  |  |
| □ Erythropoietin |  |  |  | □ U/A |  |  |  |
| □ HCG Serum |  |  |  | □ Ultrasound – Other |  |  |  |
| □ HH Neb Tx |  |  |  | □ Upper GI Endoscopy |  |  |  |
| □ Magnesium |  |  |  |  |  |  |  |

**Diagnosis:** ___

**PA or NP Signature:** ___

**MD Signature:** ___

**PMD Signature:** ___

| PATIENT NAME BUTLER, RODNEY L | ACCT 7581277 | DATE ___ |
| DOB 03/01/91 | M/R 272752 | SGHS Brunswick Campus 2415 Parkwood Drive Brunswick, GA 31520 |

ER006A1

| TIME | ORDERS | ENTERED TIME | INIT |
|------|--------|--------------|------|
| ordered @ 1920 HAI-OSTIA RN | XRAY ℞ thumb ≅ ℞ wrist – | | |
| | scaffold view as well | | |
| | V.O. Ish Osta/ Holly Al-Osta, RN / Dr. Burban | | |
| | thd spleen | | |
| | Shy | | |
| | Ibuprofen 800mg PO Done @ 2053 Holly Al-Osta RN | | |
| | d/c | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Diagnosis:

PA or NP Signature:

Copy to:

MD Signature:

PMD Signature:

| Date | 05/01/04 | ACCT | 7581277 |
|------|----------|------|---------|
| DOB | 03/01/91 | M/R | 272752 |

**SGHS Brunswick Campus**
2415 Parkwood Drive
Brunswick, GA 31520

ER006A2

4-11

# ER Triage Form
## Form Last Updated on 05/01/04 18:01    By: Page RN, Rose

**ER Triage**

| | |
|---|---|
| Primary Physician | MCMANN |
| Triage Date & Time | 05/01/04 17:56 |
| ED Patient seen within last two week | Yes |
| Chief Complaint | FELL AT LAST NIGHT TX FOR FX R ARM–NOW HAVING SWELLING IN ARM, LEG PAIN AND LOW BACK PAIN |
| ER Acuity | Non–Urgent |
| ER Treatment Prior to Arrival | NONE |
| ER Mode of Arrival | Ambulatory |
| Barriers to Communicate | None |
| Primary Language | English |

*FT*

*28*

**Vital Signs**

| | |
|---|---|
| Temperature | 97.9 |
| Temperature Source | Oral |
| Pulse Source | Peripheral |
| Pulse | 60 |
| Respirations | 20 |
| Air Flow Type | Room Air |
| Pulse Oximetry | 99.0 % |

*(B) upper & lower leg/hip pain L > R*

*– Fell @ Winn Dixie on cement 7 wris*

**Physcial Assessment**

| | |
|---|---|
| Pain Level Adult/Child | Child |
| Adult Pain Level | 8 |
| ER Neuro Assessment | WNL |
| ER Skin Assessment | WNL |
| Height Feet | 5 |
| Height Inches | 4.0 |
| Weight Pounds | 133 lb |
| Sex (Initial Only) | M |
| Height–Metric Conversion | 162.6 |
| Weight – Metric Conversion | 60.45 kg |
| Patient 24 months or less | No |
| Infectious Disease Risk–Standard | None (Standard Isolation) |
| Standard Isolation | Standard |

*(R) thumb & (R) wrist & scafold view*

**Allergy / Meds**

| | |
|---|---|
| Allergy – Latex | No |
| Allergy | Reaction |
| NKDA | |
| Medications – Current Home | NAPROXSYN |
| Tetanus Immunization | Child |
| Tetanus / Immunization – Chiid | Yes |

**Medical / Surgical History**

| | |
|---|---|
| Past Medical/Surgical History grid | |
| None: | Self |
| Past Medical History–Other | DENIES |
| Previous Injuries | DENIES |
| Previous Surgeries | DENIES |

| | |
|---|---|
| Patient Name: BUTLER, RODNEY L | Gender: M – Male |
| MRN: 272752 | Financial Num: 7581277 |
| Age: 13 Years | Admission Date: 05/01/04 |
| Admitting Physician: | Location: EM ; ; |

# BUTLER, RODNEY                                                              29

Rx #: 7019097          If you have any questions,please feel free to
Date: 05/11/2004       contact your pharmacist at (912) 261-0553                HAMM,MICHAEL K
                       or HAMM,MICHAEL K at (912) 262-3892                        at (912) 262-3892

**IF YOU HAVE ANY CONCERNS ABOUT TAKING THE
MEDICATION BELOW. PLEASE CONTACT YOUR
PHARMACIST OR PHYSICIAN IMMEDIATELY.**

Directions : TAKE ONE TABLET BY MOUTH THREE TIMES DAILY AS NEEDED FOR PAIN WITH
FOOD

# NAPROXEN 250MG    TAB

CAUTIONS:  In certain conditions (e.g., arthritis), IT MAY TAKE UP TO 2 WEEKS, taken regularly, for this medicine to work.  Do not stop taking this medicine without checking with your doctor. IT IS IMPORTANT that you keep all doctor and laboratory appointments while you are using this medicine. Laboratory and/or medical tests may be performed periodically to monitor your progress or check for side effects. Consult your doctor for more details. THIS MEDICINE MAY ALTER CERTAIN LAB TEST RESULTS. Make sure laboratory personnel and your doctors know you use this medicine. THIS MEDICINE MAY CAUSE DIZZINESS OR DROWSINESS. DO NOT DRIVE, OPERATE MACHINERY, OR DO ANYTHING ELSE THAT COULD BE DANGEROUS until you know how you react to this medicine. Using this medicine alone, with other medicines, or with alcohol may lessen your ability to drive or to perform other potentially dangerous tasks. LIMIT ALCOHOLIC BEVERAGES. THIS MEDICINE MAY CAUSE increased sensitivity to the sun. Avoid exposure to the sun, sunlamps, or tanning booths until you know how you react to this medicine. Use a sunscreen or protective clothing if you must be outside for a prolonged period. DO NOT TAKE THIS MEDICINE if you ever had any unusual or allergic reaction to aspirin, ibuprofen, celecoxib, or any other medicine used to treat pain, fever, swelling, or arthritis. THIS MEDICINE MAY CAUSE stomach bleeding. Daily use of alcohol and tobacco, especially when combined with this medicine, may increase your risk for stomach bleeding. Consult your doctor or pharmacist for more information. THIS MEDICINE CONTAINS SALT (sodium). If you are on a salt-restricted diet, talk with your doctor about using this medicine. BEFORE YOU BEGIN TAKING ANY NEW MEDICINE, either prescription or over-the-counter, check with your doctor or pharmacist. This includes any medicine that contains aspirin or other non-prescription pain relievers. Aspirin, as prescribed by your doctor for reasons such as heart attack or stroke prevention (usually these dosages are 81-325 mg per day), should be continued. Consult your doctor or pharmacist for more information. CAUTION IS ADVISED WHEN USING THIS MEDICINE IN THE ELDERLY because they may be more sensitive to the effects of this medicine, especially stomach bleeding and kidney effects. FOR WOMEN: THIS MEDICINE should only be used when clearly needed during the first 6 months of pregnancy. THIS MEDICINE IS NOT RECOMMENDED FOR USE DURING THE LAST 3 MONTHS OF PREGNANCY DUE TO THE POTENTIAL FOR FETAL HARM. IF YOU PLAN ON BECOMING PREGNANT, discuss with your doctor the benefits and risks of using this medicine during pregnancy. THIS MEDICINE IS EXCRETED in breast milk. IF YOU ARE OR WILL BE BREAST-FEEDING while you are using this medicine, check with your doctor of pharmacist to discuss the risks to your baby.

POSSIBLE SIDE EFFECTS: SIDE EFFECTS that may occur while taking this medicine include upset stomach, nausea, vomiting, heartburn, headache, diarrhea, constipation, drowsiness, or dizziness.  If they continue or are bothersome, check with your doctor. CONACT YOUR DOCTOR IMMEDIATELY if you experience stomach pain, swelling of hands/feet, sudden or unexplained weight gain, ringing in the ears (tinnitus), vision changes, rapid/pounding heartbeat, easy bruising/bleeding, change in amount of urine, severe headache, very stiff neck, mental/mood changes, or persistent sore throat or fever. Naproxen may infrequently cause serious (rarely fatal) bleeding from the stomach or intestines. If you notice any of the following unlikely but very serious side effects, stop taking naproxen and consult your doctor or pharmacist immediately: black stools, persistent stomach/abdominal pain, or vomit that looks like coffee grounds. Naproxen may rarely cause serious (possibly fatal) liver disease. If you notice any of the following highly unlikely but serious side effects including, yellowing of eyes/skin, dark urine, or unusual tiredness, stop taking naproxen and consult your doctor or pharmacist immediately. AN ALLERGIC REACTION to this medicine is unlikely but seek immediately medical attention if it occurs. Symptoms of an allergic reaction include rash, itching, swelling, severe dizziness, or trouble breathing. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist.

BEFORE USING THIS MEDICINE:  USE OF NONPRESCRIPTION PRODUCTS CONTAINING THIS MEDICINE IN CHILDREN less than 12 years of age is not recommended unless directed to do so by your doctor. Some medicines or medical conditions may interact with this medicine. INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. ADDITIONAL MONITORING OF YOUR DOSE OR CONDITION may be needed if you are taking alendronate, other medicine for arthritis (e.g., aspirin, methotrexate), "blood thinners" (e.g., warfarin), corticosteroids (e.g., prednisone), cyclosporine, high blood pressure medicines (including ACE inhibitors such as captopril, angiotensin II receptor antagonists such as losartan, beta-blockers such as metoprolol), lithium, other NSAIDs (e.g., ibuprofen, celecoxib), probenecid, or "water pills"/diuretics such as furosemide, hydrochlorothiazide, triamterene). DO NOT START OR STOP any medicine without doctor or pharmacist approval. Inform your doctor of any other medical conditions including kidney disease, liver disease, poorly controlled diabetes, stomach problems (e.g., bleeding, ulcers), heart disease (e.g., congestive heart failure), high blood pressure, swelling (edema, fluid retention), dehydration, blood disorders (e.g., anemia), bleeding or clotting problems, asthma, growths in the nose (nasal polyps), history of an allergic reaction with symptoms of nose/tongue/throat swelling (angioedema), any other allergies, pregnancy, or breast-feeding. USE OF THIS MEDICINE IS NOT RECOMMENDED if you have severe kidney disease, or an allergy



October 29, 2003

Mr. Rodney Butler
2532 Cherry Street
Brunswick, Georgia   31520

Dear Rodney,

Congratulations! As a result of your outstanding academic achievements and demonstrated leadership potential, you have been selected to represent Risley Middle School and the state of Georgia at the Junior National Young Leaders Conference (JrNYLC) this spring in Washington, D.C.

You were nominated by your teacher, Ms. Nena Amuzie, who recognized you as an outstanding individual who has achieved academic excellence and possesses strong leadership potential. When you accept your nomination to become a Junior National Scholar, you join a select group of middle school students from around the country as Delegates to our nation's capital for the educational experience of a lifetime.

Together with these other high-achieving students, you will take part in an event that will help shape your future and introduce you to American leadership and history as you have never experienced it before. You will travel to Washington, D.C., and attend a special reception on Capitol Hill just for JrNYLC Scholars; explore Colonial Williamsburg, where the early days of our country are reconstructed and relived; and even attend a sleepover in an environment — such as a museum — that ignites your imagination, inspires learning and is lots of fun, too.  You will experience the presidents and first ladies at the Museum of American History, The Supreme Court, the presidential and memorial monuments and receive a VIP view of this historic city.

You will have the opportunity to meet and learn from some of today's leaders on Capitol Hill, and you will be motivated and inspired by the stories of high achievers from the past. As you discover the important role of leadership throughout history, you will further develop these qualities within yourself at your school, in your community and into your future.

# BASKETBALL-PROJEKT-MANNHEIM
## www.basketball-mannheim.de



Peter Eberhardt
Dornheimer Ring 17
68309 Mannheim

Tel: 0049-(0)621-1286450
Fax: 0049-(0)621-1286451
Mobil: 0049-(0)173-7394728
Email: pe@basketball-mannheim.de

May 12, 2002

### Letter of reference

DJK Mannheim-Käfertal, organized in 1921— in Mannheim Germany.

Rodney Butler, born on March 01, 1991 was a member of our club from 1999 to 2002.`

Rodney's playing position was forward, point guard and center positions. He participated in sports camps and tournaments in Germany, Switzerland and Italy.

He has been an important player in our basketball program and has also been a very helpful person in the social life of our club.

We are sorry that he is leaving and wishes him the very best with his sporting career.

Peter Eberhardt
(Headcoach)

DEUTSCHER BASKETBALL BUND e.V.
Teilnahmerausweis Nr. 0121017



Name:  Butler, Rodney

geboren am:              01.05.1991

teilnahmeber. ab:         25.01.2001

LV:    Baden-Württemberg
Vereinsnr.: 0121017
Verein: DJK Mannheim

Eigenhändige Unterschrift des Spielers

‡‑1

# Computer Credit, Inc.

CLAIM DEPT 002717  .  640 West Fourth Street  .  Post Office Box 5238  .  Winston-Salem, NC  27113-5238  .  336-761-1538

**ACA**
INTERNATIONAL
The Association of Credit
and Collection Professionals
*Member*

December 29, 2005

**070 00 CH1    14801    0342189885**
**Ethel Mae Butler**
**For: Butler, Rodney L**
**P O Box 2341**
**Brunswick, GA 31521-2341**

CREDITOR

**Southeast Georgia Regional Medical Center**

**Attention: Business Office**
**Telephone: (912) 466-5000**

ACCOUNT

**NUMBER:    7602653**
**AMOUNT DUE:  $1,298.00**

Dear Ethel Mae Butler:                                        *PLEASE SEE IMPORTANT NOTICE ON BACK*

This letter will serve to inform you that your overdue balance with Southeast Georgia Regional Medical Center has been referred to Computer Credit, Inc., a debt collector (referred to in this letter as CCI). The hospital insists on payment.  CCI is not aware of any reason for your nonpayment, therefore we expect you to pay the balance due.  The law prohibits CCI from collecting any amount greater than the obligation stated above.

Unless you notify CCI to the contrary, we will assume the amount due is correct.  This letter is sent to you in an attempt to collect this debt.  Any information obtained will be used for that purpose.  If there is no need to further delay payment, then pay the balance due and resolve this obligation.  Payment can be sent directly to the hospital.

*C. W. Jordan*

**C. W. Jordan**
**Director of Operations**

**Computer Credit, Inc. is a debt collector and a member of ACA International, the Association of Credit and Collection Professionals.**

*RETURN THIS PORTION WITH YOUR PAYMENT*

| ☐Visa ☐MasterCard ☐American Express | |
|---|---|
| CARD NUMBER | EXP DATE |
| SECURITY CODE (3 OR 4 DIGIT # ON BACK OF CARD) | AMOUNT $ |
| PRINT CARDHOLDER'S NAME | |
| CARDHOLDER'S MAILING ADDRESS | ZIP CODE |
| SIGNATURE | |

**Computer Credit, Inc.**          H1   2•15660   14801
**CLAIM NUMBER: 002717-7602653**

ACCT. NAME:  **Ethel Mae Butler**

ACCT. NO:  **7602653**

AMT. DUE:  **$1,298.00**

*You may make check payable to:*

**Southeast Georgia Regional Medical Center**
**PO Box 1518**
**Brunswick, GA 31521-1518**

# experian

**Prepared for**
ETHEL BUTLER
**Report number**
039039790

**Report date**
February 17, 2006
www.experian.com/disputes
Call 1 800 509 8495

**Page 3 of 24**

## Potentially negative items or items for further review continued

**ACCOUNTS RECOVERY**
**INTERN**
110 ANDERSON WAY
BRUNSWICK GA 31520
No phone number available
*Partial account number*
493367

| Date opened | Date of status | Type | Responsibility | Credit limit or original amount | Recent balance | Status: Paid, Closed/Collection account. |
|---|---|---|---|---|---|---|
| Feb 2004 | Jul 2004 | Collection | Individual | $335 | NA | Account history: |
| Reported since | Last reported | Terms | | High balance | | Collection as of Jul 2004 |
| Jul 2004 | Jul 2004 | 1 Months | | NA | | |
| | | Monthly payment | | | | |
| | | NA | | | | |

Original creditor: SGHS HEALTH SYSTEM
BRUNSWICK

**ACCOUNTS RECOVERY**
**INTERN**
110 ANDERSON WAY
BRUNSWICK GA 31520
No phone number available
*Partial account number*
534344

| Date opened | Date of status | Type | Responsibility | Credit limit or original amount | Recent balance | Status: Collection account. $1,220 |
|---|---|---|---|---|---|---|
| Oct 2004 | Jan 2005 | Collection | Joint | $1,220 | $1,220 as of | past due as of Apr 2005. |
| Reported since | Last reported | Terms | | High balance | Apr 2005 | Account history: |
| Jan 2005 | Apr 2005 | 1 Months | | NA | | Collection as of Apr 2005, Jan 2005 |
| | | Monthly payment | | | | |
| | | NA | | | | |

Original creditor: SGHS HEALTH SYSTEM
BRUNSWICK

6-3

**Potentially negative items or items for further review continued**

**CREDIT FINANCIAL SERVICE**
100 W MORGAN ST
DURHAM NC 27701
No phone number available
*Partial account number*
61104600234753

| Date opened | Date of status | Type | Responsibility | Credit limit or original amount | Recent balance | |
|---|---|---|---|---|---|---|
| Dec 2004 | Mar 2005 | Collection | Individual | $174 | NA | Status: Paid/Closed/Collection account. |
| *Reported since* | *Last reported* | *Terms* | | *High balance* | | Account history: |
| Mar 2005 | Mar 2005 | 1 Months | | NA | | Collection as of Mar 2005 |
| | | *Monthly payment* | | | | |
| | | NA | | | | |

Original creditor: BARRIER ISLAND EMERGENCY
CARE

**CREDIT FINANCIAL SERVICE**
100 W MORGAN ST
DURHAM NC 27701
No phone number available
*Partial account number*
4300460002278404

| Date opened | Date of status | Type | Responsibility | Credit line or original amount | Recent balance | |
|---|---|---|---|---|---|---|
| Sep 2004 | Nov 2004 | Collection | Individual | $264 | $264 as of | Status: Collection account, $264 past |
| *Reported since* | *Last reported* | *Terms* | | *High balance* | Nov 2004 | due as of Nov 2004. |
| Nov 2004 | Nov 2004 | 1 Months | | NA | | Account history: |
| | | *Monthly payment* | | | | Collection as of Nov 2004 |
| | | NA | | | | |

Original creditor: BARRIER ISLAND EMERGENCY
CARE

**CREDIT FINANCIAL SERVICE**
100 W MORGAN ST
DURHAM NC 27701
No phone number available
*Partial account number*
5010460002278317

| Date opened | Date of status | Type | Responsibility | Credit limit or original amount | Recent balance | |
|---|---|---|---|---|---|---|
| Sep 2004 | Nov 2004 | Collection | Individual | $232 | $235 as of | Status: Collection account, $235 past |
| *Reported since* | *Last reported* | *Terms* | | *High balance* | Nov 2004 | due as of Nov 2004. |
| Nov 2004 | Nov 2004 | 1 Months | | NA | | Account history: |
| | | *Monthly payment* | | | | Collection as of Nov 2004 |
| | | NA | | | | |

Original creditor: BARRIER ISLAND EMERGENCY
CARE

Call 1 800 509 8495

**Potentially negative items or items for further review continued**

### ACCOUNTS RECOVERY
**INTERN**
110 ANDERSON WAY
BRUNSWICK GA 31520
No phone number available
*Partial account number*
534345

| Date opened: | Date of status | Type: | | Credit limit or original amount | Recent balance | |
|---|---|---|---|---|---|---|
| Oct 2004 | Jun 2005 | Collection | Responsibility: | $646 | $646 as of | Status: Collection account, $646 past |
| Reported since | Last reported | Terms | Joint | | Apr 2005 | due as of Apr 2005. |
| Jan 2005 | Apr 2005 | 1 Months | | High balance | | Account history: |
| | | Monthly payment | | NA | | Collection as of Apr 2005, Jan 2005 |
| | | NA | | | | |

Original creditor: SGHS HEALTH SYSTEM
**BRUNSWICK**

### ACCOUNTS RECOVERY
**INTERN**
110 ANDERSON WAY
BRUNSWICK GA 31529
No phone number available
*Partial account number*
470587

| Date opened: | Date of status | Type | | Credit limit or original amount | Recent balance | |
|---|---|---|---|---|---|---|
| Sep 2003 | Apr 2005 | Collection | Responsibility: | $88 | $88 as of Apr | Status: Collection account, $88 past |
| Reported since | Last reported | Terms | Joint | | 2005 | due as of Apr 2005. |
| Apr 2005 | Apr 2005 | 1 Months | | High balance | | Account history: |
| | | Monthly payment | | NA | | Collection as of Apr 2005 |
| | | NA | | | | |

Original creditor: SGHS HEALTH SYSTEM
**BRUNSWICK**