**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817 |
| | ) | |
| Debtors. | ) | Jointly Administered |

**REQUEST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE
CLAIM OF DAWN FOOD PRODUCTS, INC.**

Dawn Food Products, Inc. ("Dawn Food Products"), by undersigned counsel, and pursuant to 11 U.S.C. § 503, hereby files its *Request for Allowance and Payment of Administrative Expense Claim* (the "Request") and in support thereof states as follows:

**Jurisdiction and Venue**

1. On February 22, 2005 (the "Petition Date"), the Debtor commenced its reorganization case by filing a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). The Debtor has remained in possession of its property, is operating and managing its business as a debtor-in-possession pursuant to the provisions of §§ 1107 and 1108 of the Bankruptcy Code and a Plan of Reorganization was subsequently confirmed on November 9, 2006 and became effective on November 21, 2006.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this Court under 28 U.S.C. §§ 1408 and 1409. This is a core proceeding under 28 U.S.C. § 157(b)(2).

**Relevant Facts**

3. From and after the Petition Date and through November 21, 2006 (the "Post-Petition Period"), Dawn supplied the Debtors with certain bakery goods and supplies on an open credit account (the "Goods").

4. The Debtors failed and/or refused to make payment to Dawn for certain of the Goods delivered to the Debtors during the Post-Petition Period and a detailed summary of the unpaid invoices for the Goods delivered during the Post-Petition Period is attached hereto as Exhibit A.

5. The delivery of the Goods to the Debtors provided a benefit to the Debtors' estates in accordance with Section 503(b)(1)(A) of the Bankruptcy Code.

### Relief Requested

6. By this Request, Dawn seeks entry of an order pursuant to § 503(a) of the Bankruptcy Code allowing its administrative expense claim in the amount of $8,789.53 for Goods provided to the Debtors during the Post-Petition Period for which Dawn has not received payment from the Debtors, and directing the Debtor to make payment to Dawn.

### Basis for Relief Requested

7. The Goods provided to the Debtors by Dawn bestowed an actual benefit on the Debtors' estate which was necessary for the preservation of the Debtors' estate. Pursuant to § 503(b)(1) of the Bankruptcy Code, Dawn should be allowed an administrative expense claim for the Goods provided by Dawn to the Debtors during the Post-Petition Period and for which dawn has not received payment.

WHEREFORE, based on the foregoing, Dawn respectfully requests that the Court enter an order allowing the administrative expense claim of Dawn in the amount of $8,789.53, and directing that the Debtors pay such claim in accordance with the terms established by the Debtors' plan of reorganization.

Respectfully submitted this 5th day of January, 2007,

/s/ Wendy D. Brewer
Wendy D. Brewer (Fla. Bar No. 0057746)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Telephone: (317) 236-1313
Telecopier: (317) 231-7433
wendy.brewer@btlaw.com

Counsel for Dawn Food Products, Inc.

**Certificate of Service**

I HEREBY CERTIFY that a true and correct copy of the foregoing has was filed electronically this 5th day of January, 2007. Notice of this filing will be sent to all parties requesting notice and to the following parties by operation of the Court's electronic filing system. Furthermore, parties may access this filing through the Court's system.

James Post
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202
*jpost@smithhulsey.com*

Matthew Barr
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
*mbarr@milbank.com*

/s/ Wendy D. Brewer

INDS01 WDB 912620v1