**Dawn Food Products, Inc. re: Winn-Dixie Stores, Inc.**
**Administrative Claim**
**Period Covered: 2/21/05 throuth 11/21/06**

| Loc | Inv | Inv Date | Due | Inv Amt | Amt Rec | Bal | Order | PO |
|---|---|---|---|---|---|---|---|---|
| 446915 IN | 6726669 | 3/1/2005 | 3/21/2005 | $2,220.10 | $1,868.20 | $351.90 | 471083600 | 630276 |
| 446907 IN | 6747413 | 3/12/2005 | 4/1/2005 | $1,332.00 | $0.00 | $1,332.00 | 474397700 | 645249 |
| 446874 IN | 7213555 | 1/5/2006 | 1/25/2006 | $4,221.20 | $4,301.00 | ($79.80) | 522196600 | 394213 |
| 446874 IN | 7672157 | 10/19/2006 | 11/8/2006 | $5,868.20 | $5,708.80 | $159.40 | 569553801 | 570412 |
| 446931 IN | 7672164 | 10/19/2006 | 11/8/2006 | $7,193.35 | $6,971.18 | $222.17 | 569554101 | 570428 |
| 446923 IN | 7704155 | 11/7/2006 | 11/27/2006 | $1,569.06 | $954.60 | $614.46 | 571334400 | 576133 |
| 446874 IN | 7706629 | 11/8/2006 | 11/28/2006 | $3,996.60 | $3,677.80 | $318.80 | 573933000 | 582746 |
| 446923 IN | 7709228 | 11/9/2006 | 11/29/2006 | $2,772.10 | $2,694.30 | $77.80 | 573933700 | 582767 |
| 446931 IN | 7709230 | 11/9/2006 | 11/29/2006 | $10,102.60 | $5,459.85 | $4,642.75 | 569406400 | 570077 |
| 446874 IN | 7709236 | 11/9/2006 | 11/29/2006 | $5,997.80 | $5,479.75 | $518.05 | 569405900 | 570064 |
| | | | | | Total | $8,157.53 | | |