UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.: 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors | ) | Jointly Administered |

### MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM

Movant, **M. JENNIFER MOORHEAD,** of the Law Firm of Hassell, Moorhead & Carroll, pursuant to 11 U.S.C. §503, requests that this Court enter an order approving its application for allowance of administrative expense claim, and in support thereof says:

1. On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code").

2. On November 9, 2006, this Court entered an order confirming the Debtors' joint plan of reorganization (the "Plan").

3. In accordance with the terms of the Plan, the Plan became effective on November 21, 2006 (the "Effective Date").

4. Between the Petition Date and the Effective Date, the Movant rendered services in representation of the Debtors in litigation matters identified in Exhibit A attached. The aggregate amount due from the Debtors for such services is $6,579.43, as more specifically set forth in Exhibit A.

5. Movant is entitled to an administrative expense claim for the services rendered to the Debtors.

**WHEREFORE,** Movant respectfully request the Court enter an order allowing its administrative expense claim and grant such other and further relief as is just and proper.

*[signature]*

**M. JENNIFER MOORHEAD, ESQUIRE**
Florida Bar No.: 0768730
*Hassell, Moorhead & Carroll*
Post Office Box 2229
Daytona Beach, FL 32115
Tel: (386)238-1357
Facsimile: (386)258-7406

Attorney for Movant

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was furnished by U.S. Mail and/or electronically to the parties listed below this __5th__ day of __January__, 2007

_____
M. Jennifer Moorhead, Esquire

WINN-DIXIE STORES, INC.
5050 Edgewood Court
Jacksonville, Florida 32254-3699
Attn: General Counsel
Telephone: (904) 783-5000
Facsimile: (904) 783-5651

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
Attn: D.J. Baker, Esq.
Telephone: (212) 735-3000
Facsimile:  (212) 735-2000

SMITH, HULSEY & BUSEY
225 Water Street, Suite 1800
Jacksonville, Florida 32202
Attn: Stephen D. Busey, Esq.
Telephone: (904) 359-7700
Facsimile: (904) 359-7708

MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 1005
Attn: Dennis Dunne, Esq.,/Matthew S. Barr, Esq.
Telephone: (212) 530-5000
Facsimile: (212) 530-5219