EXHIBIT "A"

| Matter: | Amount Due: |
|---|---|
| Ditaranto, Don v. Winn-Dixie Stores | $   120.00 |
| Hudson, Janet v. Winn-Dixie Stores | $2,758.18 |
| Johnston, Phyllis v. Winn-Dixie Stores | $   201.40 |
| Reed, Robert v. Winn-Dixie Stores | $3,499.85 |