UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Case No.:  3:05-bk-03817-3F1 |
| WINN DIXIE STORES, INC., et al, ) | |
| ) | Chapter 11 – Jointly Administered |
| Debtors. ) | |
| _____) | |

# APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE CLAIMS

COME NOW the Movant, Parata Systems, LLC, by undersigned counsel, and pursuant to 11 U.S.C. §503 request this Court enter an Order approving their application to have allowed administrative claims against the Estate, and to authorize payment of these claims, and would show:

1. On February 21, 2005, the Debtors filed Voluntary Petitions under Chapter 11 of the U.S. Bankruptcy Code.

2. The Debtors are operating their business and managing their property as a debtor in possession pursuant to §1107(a) and §1108 of the Bankruptcy Code.

3. The Court has appointed an official committee of unsecured creditors to serve in these cases.

4. Section 1.1(a) of the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors specifies a class of Administrative Claims which arise from "the actual, necessary costs and expenses incurred after the Petition Date of preserving the Estates and operating the businesses of the Debtors."

5. Section 1.1(f) of the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors specifies a class of Administrative Claims which arise from "cure payments for executory contracts and unexpired leases that are assumed under Section 365 of the Bankruptcy Code."

6. Attached hereto as Exhibit A is a Master License Agreement (MLA99-1043), by and between Automated Prescription Systems, Inc. and Winn-Dixie Stores, Inc.

7. On June 23, 2006, Movant purchased substantially all of the assets of McKesson Automation Systems Inc. (successor in interest to Automated Prescription Systems, Inc.), including, among other things, the Master License Agreement.

8. Debtor discontinued making payments under the Master License Agreement beginning in May of 2006.

9. Payments due the Movant are listed in the attached invoice marked as Exhibit B. These include unpaid monthly lease payments from May 2006 though the Effective Date totaling $8,771.96, as well as a pro rated portion of the annual property tax payment listed at the bottom of the invoice totaling $116.22.

10. The Movants respectfully request the court enter an Order requiring the Debtors to pay the allowed administrative claims in full.

This the 5th day of January, 2007.

/s/ Kevin M. Capalbo
Kevin M. Capalbo, Esq.
State Bar No. 17127

Moore & Van Allen PLLC
P.O. Box 13706
Research Triangle Park, North Carolina 27709
Telephone:  (919) 286-8000
Email:  kevincapalbo@mvalaw.com
***Attorney for Parata Systems, LLC***

## **CERTIFICATE OF SERVICE**

I certify that the foregoing **Application for Allowance** was served this day by electronic and U.S. mail to the following:

| James Post | Matthew Barr |
|---|---|
| Smith Hulsey & Busey | Milbank, Tweed, Hadley & McCloy LLP |
| 225 Water Street, Suite 1800 | 1 Chase Manhattan Plaza |
| Jacksonville, FL 32202 | New York, NY 10005 |
| jpost@smithhulsey.com | mbarr@milbank.com |

This the 5th day of January, 2007.

By:   /s/Kevin M. Capalbo_____
         Kevin M. Capalbo
         kevincapalbo@mvalaw.com