UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flsb.uscourts.gov

In Re:

WINN DIXIE STORES, INC., et al.,          Case No. 3:05-bk-03817-JAF

    Debtors.                                 Chapter 11 – Jointly Administered
_____/

**APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE CLAIM
FOR POST-PETITION PERSONAL INJURY CLAIMANT**

    Movant, Lillie P. Cook, (the "Movant"), by and through undersigned counsel, and pursuant to 11 U.S.C. §503, respectfully requests this Court enter an Order approving this application for payment of administrative expense claim against the Bankruptcy Estate of the above named debtor (hereinafter the "Estate"), and to authorize payment of this claim (the "Application"), and in support thereof states as follows:

    1.    On February 21, 2005, the above named Debtors filed Voluntary Petitions under Chapter 11 of the United States Bankruptcy Code in the Southern District of New York and were transferred to this Court on April 13, 2005.

    2.    On November 9, 2006, this Court entered an Order confirming Debtor's Joint Plan of Reorganization (the "Confirmation Order") [CP#12440].

    3.    The Confirmation Order provides that pursuant to Section 12.1 of Debtor's Joint Plan of Reorganization (the "Plan"), the deadline for filing requests for payment of post-petition administrative claims is January 5, 2007 (the "Administrative Claims Bar Date").

4. On July 16, 2006, the Movant suffered personal injuries as a result of negligence by the Debtors at the Winn Dixie store located at 1441 Fox Run Pkwy, Opelika, AL 36801, report no. A611206584-0001-01.

5. The personal injury claim of the Movant has yet to be liquidated.

6. Thus, pursuant to the Confirmation Order and the Plan, this Application is timely.

7. The Court may award an administrative expense priority under 11 U.S.C. §502(b) for the "actual, necessary costs and expenses of preserving the estate..." (11 U.S.C. §503(b)(1)).

8. Damages arising from a post-petition tort committed by a debtor are entitled to administrative expense status.[1]

9. The Movant respectfully requests this Honorable Court enter an Order allowing this post-petition administrative expense claim, subject to liquidation by either consent of the parties or a court of competent jurisdiction. Upon liquidation of this post-petition claim, the Movant requests this Honorable Court enter an Order requiring the Debtors to pay the allowed administrative claim in full.

10. In accordance with the Confirmation Order and Section 12.1 of the Plan, Movant has served a copy of the Application on counsel for the Reorganized Debtors and the Post-Effective Date Committee.

WHEREFORE THESE PREMISES CONSIDERED, the Movant, Lillie P. Cook, requests this Honorable Court for an Order (1) deeming the administrative claim asserted by the Movant as a timely assertion of an administrative claim subject to liquidation by

---

[1] See, e.g., *Reading Co. v. Brown*, 391 U.S. 471, 485, 88 S.Ct. 1759, 20 L.Ed.2d 751 (1968) (holding) that damages resulting from fire caused by receiver's negligence were administrative expenses; *In re: Piper Aircraft Corp.*, 1169 B.R. 766 (Bkrtcy. S.D. Fla. 1994).

either consent of the parties or a court of competent jurisdiction; (2) requiring the Debtors to pay the administrative expense claim immediately upon entry of an Order allowing the claim; and (3) granting the Movant any such other, further, or different relief to which she may be entitled and to which this Honorable Court deems just and proper.

### CERTIFICATE OF SERVICE

I HEREBY CERTTIFY that a true and correct copy of the foregoing was served by Electronic Notice upon each of the parties identified below this the 5th day of January, 2007.

KLUGER, PERETZ, KAPLAN & BERLIN, P.L.
Attorneys for the Movant
Miami Center, Seventeenth Floor
201 So. Biscayne Blvd.
Miami, Florida  33131
Telephone:  (305) 379-9000
Facsimile: (305) 379-3428

By:  ___s/D. Brett Marks___
     D. Brett Marks, Esq.
     Fla. Bar No. 0099635
     bmarks@kpkb.com

     ___s/Charles M. Ingrum, Jr.___
     Charles M. Ingrum, Jr. (ING-028)
     Alabama Counsel for Movant
     Ingrum, Rice, & Parr, L.L.C.
     P.O. Box 229
     410 2nd Ave.
     Opelika, AL  36803
     Telephone:  (334) 745-3333
     Facsimile:  (334) 745-3155
     cmi2@bellsouth.net

## SERVICE LIST
## (VIA ELECTRONIC NOTICE)

Steven M Abramowitz  sabramowitz@velaw.com
Albert H Adams  irbylawfirm@bellsouth.net
Rachel E Adams  radams@rsetlaw.com
Adam L Alpert  aalpert@bushross.com, bukecf@bushross.com;egross@bushross.com
Amroc Investments, LLC  dleinwand@amrocinvestments.com
Rod Anderson  rod.anderson@hklaw.com, wendysue.henry@hklaw.com
Melissa H Andrade  mandrade@bmaklaw.com
Jerald N Andry  jayandry@cox.net
D. J. Baker  djbaker@skadden.com
Kenneth C Baker  kcbaker@eastmansmith.com
Charles S Ball  sball@bcattys.com, dratliff@bcattys.com
Helen D Ball  hball@bradleyarant.com, hball@bradleyarant.com
Frank E Ballard  ericalpayne@insightbb.com
Zachary J Bancroft  zachary.bancroft@lowndes-law.com
William W Banks  wright.banks@law.state.ga.us
Dale R Baringer  dale@baringerlawfirm.com, karen@baringerlawfirm.com
Earl M. Barker  embarker@bellsouth.net, hollynf@bellsouth.net;dlhartwell@bellsouth.net
Kelly M Barnhart  kbarnhart@mskpc.com
Matthew Scott Barr  mbarr@milbank.com, lmandel@milbank.com,mcomerford@milbank.com,jbrewster@milbank.com
Paul C Bartley  bartleylaw@knology.net
Gene Barton  gbartonatty@bellsouth.net
Philip A Bates  philipbates@bellsouth.net, lucysmith@bellsouth.net
Matt E Beal  matt.beal@lowndes-law.com
Rick J Bearfield  rjbearfield@bearme.com
Jeffrey R. Becker  vsimpson@hidayricke.com
Brian S Behar  bsb@bgglaw.net
Richard M Behr  rbehr@florida-law.com
Keith L Bell  klbell@cplilaw.com
Marc A. Ben-Ezra  mben-ezra@fellaw.com
Jay R Bender  jbender@bradleyarant.com
Lee R Benton  lbenton@bcattys.com, cturner@bcattys.com
Leslie A Berkoff  lberkoff@moritthock.com
Richard J Bernard  rbernard@bakerlaw.com
Brendan G. Best  bbest@dykema.com
John G Bianco  jgb@trippscott.com, dst@trippscott.com
Stephenie M. Biernacki  sbiernacki@gray-robinson.com
James E Bird  jbird@pswslaw.com
Ace J Blackburn  ablackburn@cmlbro.com, crankine@cmlbro.com
David A. Blansky  dab@lhmlawfirm.com
James A. Bledsoe  jab@bsimr.com
Johnathan C Bolton  jbolton@fulbright.com
Wanda Borges  borgeslawfirm@aol.com
Chad S. Bowen  ccf@jennisbowen.com,
mclift@jennisbowen.com;kkearney@jennisbowen.com;nbisignano@jennisbowen.com;agavin@jennisbowen.com
Beau Bowin  bbowin@smithhulsey.com
Michael T. Bowlus  mbowlus@fjbd.com
Wesley J Boyer  wjboyer_2000@yahoo.com
Jean Winborne Boyles  jboyles@jhvgmlaw.com
Dustin P Branch  dustin.branch@kattenlaw.com,
carole.levine@kattenlaw.com,jeri.bradshaw@kattenlaw.com,kathleen.beaver@kattenlaw.com,adelle.shafer@kattenlaw.com
John S Brannon  john.brannon@tklaw.com
Meredith N Brasca  mnbrasca@aol.com
Clyde E Brazeal  ebrazeal@walstonwells.com
Wendy D Brewer  wbrewer@btlaw.com, mrilyn.strange@bdaw.com,bankruptcyindy@btlaw.com
John P Brice  lexbankruptcy@wyattfirm.com
Brian P Britt  cpizzotti@wbbwlaw.com
Keith E Broll  keithbroll@riceroselaw.com
James M Brown  mbrown@gwblawfirm.com

Robert J Brown  lexbankruptcy@wyattfirm.com
Scott N Brown  snb@smrw.com
Andrew M. Brumby  abrumby@shutts-law.com, rhicks@shutts-law.com
W. Steven Bryant  hobankecf@lockeliddell.com
Rachel S Budke  rachel_budke@fpl.com
Jason B. Burnett  jburnett@gray-robinson.com, jconley@gray-robinson.com
Stephen D. Busey  busey@smithhulsey.com
Thomas R. Califano  thomas.califano@dlapiper.com
David P Canas  dpc@h3gm.com
L. Phillip Canova  pcanova@eatel.net, canodell09@eatel.net
Stephen R Caplan  scaplan860@aol.com, melissa@stephencaplan.com
Dawn A Carapella  dacarapella@trenam.com
Rilyn A Carnahan  rcarnahan@cbcblaw.com
James S. Carr  jcarr@kelleydrye.com
Linda J. Casey  caseyl@pepperlaw.com
George B Cauthen  george.cauthen@nelsonmullins.com, georgia.vernon@nelsonmullins.com
Myers Carroll Cayer  cayer@terrellhogan.com
Michael E Cecil  courtmail@schuylaw.com
Jeffrey A Chadwick  jeffrey.chadwick@kattenlaw.com
Lee Champion  kew@psstf.com
B Summer Chandler  schandler@mckennalong.com
Stephen G Charpentier  steve@brevardlawyer.com
Robin Bryan Cheatham  robin.cheatham@arlaw.com
Michael S J Chernau  chernaum@chesterfield.gov
Charles I Cohen  ccohen@furrcohen.com
Lance Paul Cohen  cohenthurston@cs.com
Michael E Collins  mcollins@manierherod.com, mranks@manierherod.com,lpennington@manierherod.com,swilliams@manierherod.com
Neal D. Colton  NColton@Cozen.com
Contrarian Funds, LLC  alisa@contrariancapital.com
David J Cook  cookdavidj@aol.com
Kenneth D Cooper  kcooper543@aol.com
C. Timothy Corcoran  ctcorcoran@mindspring.com, asst.ctcorcoran@mindspring.com
Andre G Coudrain  agc@clcsattorneys.com
Betsy C Cox  bcox@rtlaw.com, sb1@rtlaw.com
David N Crapo  dcrapo@gibbonslaw.com
Gregory K. Crews  greg@crewslegal.com
John J Cruciani  jcruciani@blackwellsanders.com
James O Curé  jocure@cureandfrancis.net
Timothy J. Curtin  tjcurtin@varnumlaw.com
Vincent E Damian  vdamian@skdrlaw.com
Gardner F. Davis  gdavis@foley.com, bmjones@foley.com
Ronald J Davis  rdavis@rondavislaw.com
Ryan E Davis  rdavis@whww.com, rwilliams@whww.com
Heather D Dawson  hdawson@kkgpc.com, mkelley@kkgpc.com
Michael R DeMinico  mike.deminico@dennishernandez.com
Robert J Dehney  rdehney@mnat.com, mflynn@mnat.com
Caryl E. Delano  cdelano@addisondelano.com, dlesnek@addisondelano.com,litigation1@addisondelano.com
Scott A DiSalvo  sdisalvo@faziodisalvo.com
Angel R Diaz  adiaz@kirshnerandgroff.com
John P Dillman  houston_bankruptcy@publicans.com
Jeffrey R Dollinger  dollinger@scruggs-carmichael.com
Matthew M Donaldson  mdonaldson@kennedylawgroup.com
Mary Joanne Dowd  dowd.mary@arentfox.com
Christie L Dowling  cdowling@balch.com
Mark G Duncan  mduncan@dwyercambre.com
Dennis F. Dunne  ddunne@milbank.com
Michael J Durrschmidt  mdurrschmidt@hirschwest.com, tjimenez@hirschwest.com
David W. Dykhouse  dwdykhouse@pbwt.com
Andrew B. Eckstein  aeckstein@blankrome.com
Michael L. Edwards  mlcclo@bellsouth.net
Henry A. Efroymson  henry.efroymson@icemiller.com

Jason H Egan   jegan@mowreylaw.com
C Craig Eller   celler@broadandcassel.com
Earle I Erman   eerman@ermanteicher.com
Elena L Escamilla   elena.Lescamilla@usdoj.gov
William L Esser   willesser@parkerpoe.com
William J. Factor   wfactor@seyfarth.com
Fair Harbor Capital, LLC   fglass@fairharborcapital.com
Anthony V Falzon   afalzon@miami-law.net
Alexandra S Fannon   silvaa@ci.richmond.va.us
Oscar B Fears   bo.fears@law.state.ga.us
David B. Ferebee   ferebeeatlaw@bellsouth.net, dbf1law@hotmail.com
Lara Roeske Fernandez   lrfernandez@trenam.com, klgerber@trenam.com
Richard I. Ferrell   ferrell@taftlaw.com
Charles J. Filardi   charles@filardi-law.com
Brian T FitzGerald   fitzgeraldb@hillsboroughcounty.org,
litigation@hillstax.org;fredericks@hillsboroughcounty.org;matthewsl@hillsboroughcounty.org
Deborah L Fletcher   DFletcher@KilpatrickStockton.com
J David Forsyth   jdf@sessions-law.com
Tompkins A Foster   tfoster@fosterandlindeman.com
Sally B Fox   sfox@esclaw.com
Shawn Randall Fox   sfox@mcguirewoods.com, rcox@mcguirewoods.com
Joseph D Frank   jfrank@fgllp.com, ccarpenter@fgllp.com;jkleinman@fgllp.com
Rodger J Friedline   bankruptcy@fandmlaw.com
Barry A Friedman   bky@bafmobile.com, fern@bafmobile.com
Mark J Friedman   mark.friedman@dlapiper.com
Adam Frisch   afrisch@hilawfirm.com, afrisch@hilawfirm.com
Kenneth O Fritz   fritz_ken@mail.chattanooga.gov
Mary Louise Fullington   lexbankruptcy@wyattfirm.com
Todd Mark Galante   tmg@stjohnlaw.com
J. Nathan Galbreath   ngalbreath@pattonboggs.com
Jay M Gamberg   lbernstein@gamberglaw.com
David L Gay   dgay@smithhulsey.com
Gill R Geldreich   icflorida@state.tn.us
Melody D Genson   melodydgenson@verizon.net
Charles L. Gibbs   cgibbs@papmet.com
James S Ginocchio   jim.ginocchio@hcpros.org
Gary Ginsburg   gginsburg@ngmpc.com
Robert S Gipe   jtripp@papaandgipe.com
James J. Glover   -jglover@wlj.com
Eric S Golden   egolden@bakerlaw.com, mccoy@bakerlaw.com;OrlBakerDocket@bakerlaw.com
Alberto F Gomez   algomez@morsegomez.com
Priscilla W Grannis   priscilla@zjlaw.com
Danielle K Greco   danielle_greco@alnb.uscourts.gov, hball@bradleyarant.com
Ira S. Greene   isgreene@hhlaw.com
Reginald A. Greene   reginald.greene@bellsouth.com
Paige A. Greenlee   pgreenlee@hwhlaw.com
Kyle R Grubbs   kgrubbs@fbtlaw.com
Rudi R Grueneberg   rgrueneberg@rglawgroup.com
Brian F Guillot   bfguil@cox.net
Allen J Guon   aguon@shawgussis.com
Jordi Guso   jguso@bergersingerman.com, fsellers@bergersingerman.com
Jim H Guynn   jim.guynn@g-mpc.com
Matthew W Hamilton   mhamilton@amph.com
Marc L. Hamroff   mhamroff@moritthock.com
Brian T Hanlon   tc_legal_services@co.palm-beach.fl.us
David M Hansen   david.hansen@la.gov
Catherine A Harrison   charrison@millermartin.com, pjstarr@millermartin.com;gbisbee@millermartin.com
John W Harrison   johnwharrison@bellsouth.net
Patrick L. Hayden   phayden@mcguirewoods.com
Edwin W Held   eheld@hilawfirm.com
Larry D. Henin   lhenin@andersonkill.com
Neil E Herman   Nherman@morganlewis.com

Henry Hernandez    bankruptcy@lawperez.com
Kenneth D. Herron    kherron@whmh.com , jsenecal@whmh.com,poates@whmh.com
David E. Hicks    courtinfo@bcylaw.com
Terrance A Hiller    tah@kompc.com
John E Hinkel    jhinkel@fmblaw.com
Robert L Holladay    robert.holladay@youngwilliams.com
Ralph E Hood    rhood@khmllp.com
Brian D. Huben    brian.huben@kattenlaw.com
Phillip M Hudson    pmhudson@arnstein.com, rkcummings@arnstein.com
Patrick L Huffstickler    plhuffst@coxsmith.com
John B Hutton    huttonj@gtlaw.com, huttonj@gtlaw.com
Troy J Iannucci    lawyers@latourlawfirm.com
Kimberly H. Israel    , khisrael@hilawfirm.com
Kimberly H. Israel    khisrael@hilawfirm.com, khisrael@hilawfirm.com
Camille J Iurillo    ciurillo@iurillolaw.com
Cynthia C. Jackson    cjackson@smithhulsey.com
Edward P Jackson    edward@edwardpjackson.com, jo@edwardpjackson.com
Michael D Jankowski    mjankows@reinhartlaw.com
Solomon J. Jaskiel    soljas@aol.com
David S Jennis    ecf@jennisbowen.com,
mclifii@jennisbowen.com;kkearney@jennisbowen.com;agavin@jennisbowen.com;nbisignano@jennisbowen.com
Jason Ward Johnson    jason.johnson@lowndes-law.com, joann.anderson@lowndes-law.com
Harold D Jones    hjones@jshllp.com, rlieman@jshllp.com
Katherine H Jones    kjones@roanokecountyva.gov
Richard K. Jones    rkjones@mppkj.com
Stanley K Joynes    sjoynes@joynesknight.com
Benjamin A Kahn    bkahn@npaklaw.com, donna.roland@jpfinancial.com
Jon E Kane    jkane@mateerharbert.com, ccrumrine@mateerharbert.com
Ronald Scott Kaniuk    rkaniuklaw@aol.com
Matthew E Kaplan    mkaplan@kaplanfreedman.com
Andrew C. Kassner    kassnerac@dbr.com
Amy K Kaufman    akkaufman@ag.state.oh.us
Dena C Kaufman    dckaufman@hhlaw.com, khseal@hhlaw.com,bjgrieco@hhlaw.com
Michael A Kaufman    michael@mkaufmanpa.com
Craig I Kelley    craig@kelleylawoffice.com, martha@kelleylawoffice.com
Kentucky Department of Revenue    jenniferl.howard@ky.gov
Mark S. Kessler    apksm@aol.com
Elena P. Ketchum    eketchum.ecf@srbp.com
Jocelyn Keynes    jk@stevenslee.com
Rehan N. Khawaja    khawaja@fla-bankruptcy.com
Luke A Kill    lkill@sgpc.com
Scott T Kimmel    skimmel100@aol.com, kjazz1794@comcast.net
Roy S Kobert    orlandobankruptcy@broadandcassel.com
Michael S Kogan    mkogan@ecjlaw.com, slee@ecjlaw.com
Alan W Kornberg    jgladstone@paulweiss.com
Gerard M Kouri    gmkouripa@bellsouth.net
John W Kozyak    jk@kttlaw.com, ypaz@kttlaw.com,ja@kttlaw.com
Stuart A. Krause    skrause@zeklaw.com
Joyce A Kuhns    jkuhns@saul.com
Ian J Kukoff    ian.kukoff@blaxgray.com
Jeffrey Kurtzman    JKurtzma@Klehr.com
Nina M LaFleur    nina@lafleurlaw.com
Maria J LaSala    mjlasala@aol.com
Darryl S. Laddin    bkrfilings@agg.com
Thomas J Lallier    tlallier@foleymansfield.com
David M Landis    dlandis@mateerharbert.com, hubillus@mateerharbert.com
Robert P Laney    blaney@mcelweefirm.com
David W Langley    dave@flalawyer.com
David L Langston    lancelangston@earthlink.net
Gregory A. Lawrence    greg@lawyers-jacksonville.com
William Edward Lawton    Wlawton@drml-law.com
Elena Lazarou    elazarou@reedsmith.com

Robert L LeHane    rlehane@kelleydrye.com, BankruptcyCourt@KelleyDrye.com
Dennis J LeVine    courtinfo@bcylaw.com
Thomas J Leanse    thomas.leanse@kattenlaw.com,
carole.levine@kattenlaw.com;kathleen.beaver@kattenlaw.com;jeri.bradshaw@kattenlaw.com;adelle.shafer@kattenlaw.com
Thomas R Lehman    esf@tewlaw.com, trl@tewlaw.com
David E Lemke    david.lemke@wallerlaw.com,
chris.cronk@wallerlaw.com;cathy.thomas@wallerlaw.com;wallerbankruptcy@wallerlaw.com
Chris Lenhart    lenhart.chris@dorseylaw.com
Patrick T Lennon    ptl@macfar.com
Alvin R Lenoir    alvinlenoir@yahoo.com
James P S Leshaw    leshawj@gtlaw.com
Bruce Levinson    b.levinson@verizon.net
Mark A Levy    mark.levy@brinkleymcnerney.com
Joseph W Lewis    Joelewislaw@yahoo.com
Stephen Lewis    slewis@stoltzusa.com
Luisa M Linares    llinareslaw@aol.com
Alan Jay Lipkin    maosbny@willkie.com
Liquidity Solutions, Inc    lsi@liquiditysolutions.com, sfriedberg@liquiditysolutions.com;rminkoff@liquiditysolutions.com
Louis L Long    long@chesserbarr.com, johnna@chesserbarr.com
Sara E Lorber    slorber@seyfarth.com
Margaret C Lumsden    mclumsden@ulslaw.com
John B. Macdonald    john.macdonald@akerman.com
Madison Liquidity Investors, LLC    sbishop@madisonliquidity.com
Richard H Malchon    richard.malchon@ruden.com
Jeffrey S. Margolin    margolin@hugheshubbard.com
Robert M Marino    rmarino@reedsmith.com
Bradley R Markey    BRM@stmlaw.net, SMR@stmlaw.net
Michael C Markham    mikem@jpfirm.com, cathyk@jpfirm.com
Johanna E Markind    jmarkind@att.net
Lawrence J Marraffino    ljmarra@bellsouth.net
James W Martin    jmartin@simplawatlanta.com
Philip V Martino    philip.martino@dlapiper.com, christy.soberanis@dlapiper.com
Kenneth G. M. Mather    kmather@hinshawlaw.com
Marie A Mattox    marie@mattoxlaw.com, frances@mattoxlaw.com
Walter F. McArdle    wfm@spain-gillon.com
Annette Kerlin McBrayer    amcbrayer@ebglaw.com
Charles W. McBurney    cmcburney@bellsouth.net
Charles S. McCall    charles.mccall@hklaw.com
Jerrett M. McConnell    bankruptcy@fandmlaw.com
John H. McCorvey    jm1062@aol.com
C Luckey McDowell    luckey.mcdowell@bakerbotts.com
David R McFarlin    dmcfarlin@whmh.com, psmith@whmh.com,mbretana@whmh.com
Richard J McIntyre    rjmcintyre@trenam.com
Thomas H. McLain    tmclain@fishersauls.com
William S McMahon    wmcmahon@choate.com
Austin L. McMullen    amcmullc@bccb.com
Andrew D McNamee    amcnamee@swmwas.com, larrazola@swmwas.com;egraver@swmwas.com
Marc T McNamee    mmcnamee_br@nealharwell.com
Derek F Meek    dmeek@burr.com, msolomon@burr.com;jcrawfor@burr.com
Kenneth C Meeker    ken.meeker@usdoj.gov
Richard M. Meth    rmmnybankruptcy@pitneyhardin.com
Laura D Metzger    ldmetzger@mayerbrownrowe.com
Lawrence H Meuers    lmeuers@meuerslawfirm.com,
snurenberg@meuerslawfirm.com;lcastle@meuerslawfirm.com;nbucciarelli@meuerslawfirm.com
G Christopher Meyer    cmeyer@ssd.com
Robert C Meyer    meyerroberte@cs.com
Todd C Meyers    tmeyers@kilpatrickstockton.com
Philip E Miles    pmiles@alabamatortlaw.com
Christopher C. Miller    cmiller@mgm.com
Kathleen M. Miller    kmm@skfdelaware.com
Stephen M Miller    smiller@morrisjames.com
David F Mills    david@mastschulz.com

Mark Minuti   mminuti@saul.com
T David Mitchell   tdavidmitchell@msn.com
Joseph Thomas Moldovan   jmoldovan@morrisoncohen.com, bankruptcy@morrisoncohen.com
Richard A Montague   rmontague@wellsmoore.com
Brett S. Moore   bsmoore@pbnlaw.com
Frank H Moore   hmoore@cmbfirm.com, dbrewer@cmbfirm.com
John A Moore   jmoore@pogolaw.com
Mindy A Mora   mmora@bilzin.com, eservice@bilzin.com;lflores@bilzin.com;mfosten@bilzin.com
Lee P Morgan   lmorgan@morganlawyers.com
Deborah M Morris   deborah.m.morris@usdoj.gov
C Daniel Motsinger   cmotsinger@kdlegal.com, ispells@kdlegal.com,Roeosc@aol.com
Richard H Nash   mbarnes06@bellsouth.net
Larren M Nashelsky   lnashelsky@mofo.com
Albert F. Nasuti   anasuti@tokn.com
Bruce S. Nathan   bnathan@lowenstein.com
Bradley P Nelson   nelson@sw.com
Carole Neville   cneville@sonnenschein.com
Peter E. Nicandri   pnicandri@milamhoward.com, bdurham@milamhoward.com
James J. Niemeier   jniemeier@mnmk.com,awoodard@mnmk.com
Douglas C Noble   nobled@phelps.com, hoffmank@phelps.com
Donald A Nohrr   dnohrr@gray-robinson.com
Michael A Paasch   mpaasch@mateerharbert.com, kchurch@mateerharbert.com
Michael Palahach   mpalahach@palahachcruanes.com
Merritt A. Pardini   merritt.pardini@kmzr.com
E. Warren Parker   parker@jaxlawcenter.com, dmilford@jaxlawcenter.com
Barbra R. Parlin   nyc-bkecyecf@hklaw.com
Jimmy D Parrish   bankruptcynotice@groneklatham.com
Jay D. Passer   tbcc2@verizon.net, kathykorson@hotmail.com
Patrick P. Patangan   patrick.patangan@akerman.com
Aaron D. Patton   apatton@murrayfrank.com
David J Pedersen   djpedersen@cfl.rr.com
Armando A Perez   perezarm@bellsouth.net
Christian A Petersen   cpetersen@gunster.com
Edward J. Peterson   epeterson.ecf@srbp.com
Torrence R Phillips   torrence@hlalaw.com
David L Pollack   pollack@ballardspahr.com
Geraldine E Ponto   gponto@gibbonslaw.com
James H. Post   jpost@smithhulsey.com
Leanne McKnight Prendergast   lprendergast@smithhulsey.com
Charles S Prentace   charles.prentace@norfolk.gov
Robert E Price   rprice@replegal.com, bvoelkl@replegal.com
David C Profilet   dprofilet@the-beach.net
Peter N Pross   ppross@eckertseamans.com
Nicholas V. Pulignano   npulignano@marksgray.com, slw@marksgray.com
Paul Pysczynski   paulp@lancasterlawyers.com, debbieh@lancasterlawyers.com;ppyski@aol.com
Charles V Quinn   cquinn@dbl-law.com
Rex D. Rainach   rainach@msn.com
Charles M Rand   legal0103@aol.com, lisaatCRand@aol.com
Peter J Rathwell   prathwell@swlaw.com
Adam Ravin   aravin@skadden.com,
rgray@skadden.com,jleamy@skadden.com,kward@smithhulsey.com,dturetsk@skadden.com,dkaloudi@skadden.com,jwoodfie
@skadden.com,jlederer@skadden.com
Eric T. Ray   eray@balch.com
Dean A Reed   dino4897@yahoo.com
Diane G. Reed   dianegreed@sbcglobal.net
Jeffrey C. Regan   jregan@rzwlaw.com, kmoran@rzwlaw.com;bcrawford@rzwlaw.com
Russell L Reid   russell.reid@hellerehrman.com
T Dwight Reid   misticj@aol.com
Steven J. Reisman   sreisman@cm-p.com , ahau@cm-p.com
Brian G Rich   brich@bergersingerman.com, efile@bergersingerman.com;jdiaz@bergersingerman.com
Michael L Rich   mrich@dbl-law.com
Sarah Richardson   srichard@co.pinellas.fl.us

Larry B Ricke  larry.ricke@leonard.com
Harley E Riedel  hriedel.ecf@srbp.com, hriedel.ecf@srbp.com
Fred B. Ringel  fringel@pobox.com
Richard A Robinson  rrobinson@bakerlaw.com, pshivamber@bakerlaw.com;OrlBakerDocket@bakerlaw.com
John T Rogerson  jrogerson@vbwr.com, fdepaolo@vbwr.com,acroft@vbwr.com,jspanopoulos@vbwr.com
Mark S Roher  mroher@rprslaw.com, mlopez@rprslaw.com;lschiller@rprslaw.com
Adam L. Rosen  mail@srsllp.com
Avrum J. Rosen  arosen@avrumrosenlaw.com
Mitchell S Rosen  mrosen@rosenlawgroup.com, lmurrah@rosenlawgroup.com
Paul M Rosenblatt  prosenblatt@kilpatrickstockton.com
Neal M. Rosenbloom  NRosenbloom@finkgold.com
Jason A Rosenthal  Jason@therosenthallaw.com
Fox Rothschild  nybkfilings@foxrothschild.com
Edward P Rowan  erowan@lkrhmobile.com
J Casey Roy  roy@mcclainleppert.com
David S Rubin  drubin@kswb.com
Guy B Rubin  guy.rubin@rubinandrubin.com
Robert B. Rubin  brubin@burr.com
Rachel L Rubio  rrubio@mdrtlaw.com
Shelley D Rucker  srucker@millermartin.com
Frederick F Rudzik  rudzikf@dor.state.fl.us
Maura I Russell  jguerrier@dreierllp.com
Peter D. Russin  prussin@melandrussin.com, ltannenbaum@melandrussin.com
Teresa Sadutto  tsadutto@platzerlaw.com
Anthony M Salzano  asalzano@pascocountyfl.net, tusipov@pascocountyfl.net
Anthony F Sanchez  afspalaw@aol.com
Ashley E Sandage  aes@elesattorneys.com
Al A Sarrat  asarrat@jacobssarrat.com
Michael M Schmahl  mschmahl@mcguirewoods.com
Marvin S. Schulman  mschulmanpa@aol.com
Sarah L Schultz  sschultz@akingump.com
Gregory J. Seketa  franklin.berg@4086.com
Ed S. Sell  eds@sell-melton.com
Joel M Shafferman  joel@shafferman.com
James D Shannon  jshannon@shannonlawfirm.com, sbarlow@shannonlawfirm.com
Susan H Sharp  ssharp.ecf@srbp.com
Daniel Carr Shaughnessy  lindsaylaw@bellsouth.net
Mary Kay Shaver  mkshaver@varnumlaw.com
Andrew Howard Sherman  asherman@sillscummis.com
Lynn Welter Sherman  lsherman@hwhlaw.com, lbecker@hwhlaw.com
Bradley S Shraiberg  bshraiberg@kpkb.com
R Scott Shuker  bankruptcynotice@groneklatham.com
Timothy P. Shusta  shustat@phelps.com, yosta@phelps.com
Robert J Shutters  rshutters@flapersonalinjury.com
Wendy M Simkulak  wmsimkulak@duanemorris.com
Wayne M Singletary  courtmail@schuylaw.com
Peter L. Slinn  pslinn@stoel.com
Thomas R. Slome  mail@srsllp.com
Aaron C Smith  asmith@lordbissell.com
Anthony J. Smits  anthony.smits@bingham.com
Richard G. Smolev  rsmolev@kayescholer.com
Walter J. Snell  snellandsnell@mindspring.com, snellandsnell@hotmail.com
Kristofor D Sodergren  bankruptcy@hsmbb.com
Marc P Solomon  msolomon@burr.com
James E Sorenson  bk@wggdlaw.com
Rhysa G South  sou06@co.henrico.va.us
Karen K Specie  specie@scruggs-carmichael.com, darden@scruggs-carmichael.com;kstinson@scruggs-carmichael.com
Arthur J Spector  aspector@bergersingerman.com
Mark D. Speed  mds@markdspeedlaw.com
Thomas St Germain  tom@weinlaw.com, christie@weinlaw.com
David N Stern  dstern@gjb-law.com, vdueppe@gjb-law.com;lpantaleon@gjb-law.com;tmessana@gjb-law.com
Don M Stichter  dstichter.ecf@srbp.com

Scott A. Stichter   sstichter.ecf@srbp.com
Dennis J Stilger   djstilger@insightbb.com
Susan F Stivers   susan.stivers@ky.gov
Ray H Stoess   raystoess@bellsouth.net
Philip D Storey   pds@aswmpa.com, MByrd@aswmpa.com
Alan C Stout   stephanie@sfk-law.com, astout@stoutlaw.com
Sabrina L. Streusand   streuss@hughesluce.com
Jerry W Sullivan   jwsullivan@lgsdalaw.com
Charles P Summerall   csummerall@bmsmlaw.com, pmarfizo@bmsmlaw.com
Stephen B. Sutton   ssutton@lathropgage.com
David L Sweat   dsweat@rueziffra.com, tponder@rueziffra.com
Douglas B Szabo   douglas.szabo@henlaw.com, maria.figueroa@henlaw.com
Joel L. Tabas   jtabas@tfsmlaw.com
Tina M Talarchyk   ttalarchyk@ssd.com, aparker@ssd.com
Gene B Tarr   gbt@btcmlaw.com
Benjamin D Tarver   questions@bankruptcy.intranets.com
Robert J Telfer   rtelfer@ctrfa.com
Richard R Thames   rrthames@stmlaw.net, ble@stmlaw.net
Janet H. Thurston   cohenthurston@cs.com
David J Tong   djt@saxongilmore.com, acuff@saxongilmore.com
Laura L. Torrado   ltorrado@bear.com
Trade-Debt.net   tmcguire@trade-debt.net
Kristen F Trainor   ktrainor@shb.com
Ronald M Tucker   rtucker@simon.com,
cmartin@simon.com,rwoodruff@simon.com,nealdwell@simon.com,ptropepe@simon.com
Harran E Udell   hudell@forthepeople.com
United States Trustee - JAX   USTP.Region21.OR.ECF@usdoj.gov
Raymond J. Urbanik   rurbanik@munsch.com
Thomas C. Valentine   tvalentine@walterslevine.com
Marcio W. Valladares   , kristin.field@usdoj.gov
Lori V. Vaughan   lvaughan@foley.com, mgrettenberger@foley.com
Jay B Verona   jay@veronalawgroup.com, connie@veronalawgroup.com
Franklin T Walden   waldenlegal@aol.com
David H Wander   dwander@svanderlaw.com
Richard Whitney Ward   rwward@airmail.net
Michael D. Warner   bankruptcy@warnerstevens.com
Allan C Watkins   watkinslaw@worldnet.att.net
Regina Wedig   rswedig@bellsouth.net
Leslie G Weeks   lgw@helmsinglaw.com
Alan M. Weiss   alan.weiss@hklaw.com
Scott R Weiss   scott.weiss@marshallwatson.com
John W Wesley   wesleyandassociates@earthlink.net
Margaret R Westbrook   lhogewood@kennedycovington.com, cevans@kennedycovington.com;bfork@kennedycovington.com
David B. Wheeler   davidwheeler@mvalaw.com
Stephen D Wheelis   steve@wheelis-rozanski.com
Hurley Partin Whitaker   hpw@whitakerlaw.com
William Douglas White   wdw@mccarthywhite.com
Joseph C Whitelock   jowhiteloc@aol.com
Robert D Wilcox   rwilcox@wilcoxlawfirm.com
John J. Wiles   bankruptcy@evict.net
Amy Pritchard Williams   swilliams@kennedycovington.com
Steven R Wirth   swirth@kayescholer.com
Jeffrey C Wisler   jwisler@cblh.com
David A Wolf   dwolf@woodatter.com
Frank J. Wright   bankruptcy@hswgb.com
Allan E. Wulbern   awulbern@smithhulsey.com
Robert L Wunker   rwunker@rutherfordmulhall.com
Heather L Yonke   hyonke@gjb-law.com, ctarrant@gjb-law.com;hburke@gjb-law.com
JRichard Young   jry@stumplaw.com
William Knight Zewadski   z@trenam.com
Brian D Zinn   bzinn@gbclaw.com, jmoore@gbclaw.com
Scott A. Zuber   szuber@pitneyhardin.com