UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
JACKSONVILLE
FLORIDA

2007 JAN -5 A 9: 48

In Re:

Case No. 05-03817-3F1

Winn-Dixie Stores, Inc. et al

Chapter 11

Reorganized Debtors

Jointly Administrated

## MOTION FOR ADIMINSTRATIVE EXPENSES CLAIM

**NOW INTO COURT** comes, Dorothy Butler Walford, on behalf of the minor child, Dortisha Walford, the claimant herein who resides at   105 Vilardo Lane, Independence, LA  70443,  and respectfully submits:

2.

The debtor is indebted to the claimant in the sum of $12,000.00.

3.

The grounds for liability are due to injuries sustained on or about June 11, 2006.  General damages for past, present and future pain and suffering in the amount of Twelve Thousand Dollars.  Claimant was injured while approaching the check out counter.  She  slipped and fell sliding under the shopping cart.  Water was on the floor from refrigerater cooler near the checkout counter.

4.

No judgment has been rendered.

## CERTIFICATE OF SERVICE

**I HEREBY** certify that a copy of the above and foregoing has been forwarded to the following:

James Post
Smith Husley & Busey
225 Water Street, Suite 1800
Jacksonville, FL  32202

Matthew Barr
Barr, Milbank, Tweed Hadley &
McCloy LLC
1 Chase Manhattan Plaza
New York, NY  10005

via U.S. Mail, properly addressed, postage prepaid this 4th  day of January, 2007,

Independence, Louisiana  70443.


DOROTHY BUTLER WALFORD

| Patient: Kortisha Warford | Allergies | Medicines |
|---|---|---|
| DOB 8/20/94   Age 11   Date 6/15/06 | | |
| Chief Complaint | NKDA | NONe |
| Deep Dt hurts on right leg & knee | | |

| T 98.9 | BP 94/56 | P 70 | R 22 | HT 5 | WT 118 | IBW | BMI |
|---|---|---|---|---|---|---|---|

**PREVENTIVE CARE:** Immunizations:UTD ___ FLU Ø TD Ø Pneum. Ø STD Screening Y (N) Birth Control Y (N)
Gravida Ø Para Ø LNM Ø BSE Ø MMG>40 Ø PAP Ø HRT Ø TSE Ø PSA>40 Ø Hemocult>50 Ø Lead Y Ø
Cholesterol M35-64 Ø F45-64 Ø Blood Sugar ___ Dental Exam Ø Ø Vision>65 ___
Hearing>65 Ø Substance Abuse Ø Tobacco ___ ppdx ___ yrs Ø ETOH Ø Drugs Ø Depression Y (N) Anxiety Y (N)
Dementia Y (N) Phobias Y (N) Suicide Y (N) Family Violence Y (N) OTHER: ___
Kidmeds   1 mo ___   2 mo ___   3 mo ___   4 mo ___   6 mo ___   9 mo ___   12 mo ___   15 mo ___   18mo ___   24 mo ___
3 yr ___   4 yr ___   5 yr ___   6 yr ___   8 yr ___   10 yr ___   12 yr ___   14 yr ___   16 yr ___   18 yr ___   20 yr ___

**PAIN ASSESSMENT SCALE:**   0  1  2  3  4  5  6  7  8  9  10

☺ ☺ ☺ ☹ ☹ ☹
0   2   4   6   8  10

| Value | Exp. | Cry | B.P. | Arms | Legs | SOA |
|---|---|---|---|---|---|---|
| | | | | | | |

Nurse/Medical Assistant Signature:
Donya Cook MA

**HISTORY AND PHYSICAL EXAM:**

DIAGNOSTIC TESTING RESULTS:

Xray (-) for fracture

S: Here to find out necessary for child she fell onto concrete & twist right knee. It occurred 9 days ago. Swelling has decreased little, still go to join

O: Exam of right knee(?) for a diffuse swelling & bruising. no pt tenderness. no all w/ decreased ROM over. comp

A/P: Right knee injury / pain / swelling
1) MRI of knee to N.O.MC
2) continue pain...
3) Rest, apply ice to knee, keep knee elevated, Ace wraps
4) Crutches for HS

CONSULT/DATE/TIME   FOLLOW UP: One week on   SIGNATURE: ___ 
Work

7/13/06 Surg... M2

Hood Memorial Hospital
301 W. Walnut Street
Amite, La.  70422

RADIOLOGY

**Patient Name:** WARFORD DORTISHA    **Patient Number:** 317984    **Type:** O/P    **Room #:**

**MR Number:** 317984    **Age:** 11    **Sex:** F

**Admit Date:** 06/12/06
**Discharge Date:** 06/12/06

**Admitting Physician:** CLEVELAND ROBERT L    **Second Physician:**

DATE OF XRAY: 06/12/06

DIAGNOSIS: TRAUMA

RIGHT KNEE: Bones appear intact and joints satisfactory.

IMPRESSION: 1.    NO FRACTURE IDENTIFIED.



RIGHT LEG: Bones of the leg appear intact.  The fibula is thinner than average apparent developmental variation.

IMPRESSION: 1.    NO ACUTE FRACTURE IDENTIFIED.

FL/slt
DD: 06/12/06 11:21
DT: 06/12/06 11:35

FRED LEWIS MD

**NORTH OAKS**
HEALTH SYSTEM

**OUTPATIENT ADMISSION**

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | ADMISSION DATE/TIME | FC | DATE OF BIRTH | AGE | SEX | RACE | MS | SERVICE | STATION | ROOM NO. | ACC | PAT TYPE | INIT |
| A0627600427 | 10/20/06 09:02am | L | 08/20/94 | 12Y | F | 2 | S | RHB | RHB | . | | RHB | GCS |

UNIT NUMBER: 000322010  CRT: RH2

**PATIENT**

PATIENT NAME AND ADDRESS
WARFORD,DORTISHA
PO BOX 423

AMITE, LA 70422

SOC.SEC.NO.

TELEPHONE NO.
(985)878-0502

PATIENT EMPLOYER

TELEPHONE NO

HOW LONG

**GUARANTOR**

GUARANTOR NAME AND ADDRESS
WARFORD,DOROTHY B
PO BOX 423

AMITE, LA 70422

SOC.SEC.NO.
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
Relationship
GRANDPARENT
TELEPHONE NO.
(985)878-0502

GUARANTOR EMPLOYER
HOMEMAKER

TELEPHONE NO.

OCCUPATION
HOMEMAKER
HOW LONG

**RELATIVE**

RELATIVE 1
WARFORD,ANDRE

INDEPENDENCE, LA 70443

SOC.SEC.NO.

Relationship
UNCLE
TELEPHONE NO.
(985)517-1403

RELATIVE 1 EMPLOYER
MCKNEELY FUNERAL HOM

TELEPHONE NO

**EMPLOYERS**

**INSURANCE**

INSURANCE 1
THIRD PARTY LIABILITY        077000

WARFORD,DORTISHA

INSURANCE 2
THIRD PARTY LIAB 1500        077001

WARFORD,DORTISHA

INSURANCE 3
MEDICAID O/P        002002

5303004846403

WARFORD,DORTISHA

INSURANCE 4
MEDICAID 1500        002001

5303004846403

WARFORD,DORTISHA

INSURANCE 5

INSURANCE 6

**MISC.**

| | | | | | |
|---|---|---|---|---|---|
| DIAGNOSIS / COMPLAINT | ACC.WK.REL. | DATE / TIME | ADM TYPE / SOURCE | ARRIVAL MODE | DENOM |
| 2  .  SLIPPED IN WATER | YES | 06/01/06 12:00midn | 2      1 | | MET |

PREVIOUS ADMIT NAME
WARFORD,DORTISHA

DATE
08/18/06

SMK / PUB / VAL
U        N

PAT CLA

ROOM PREF

REFERRING PHYSICIAN
CHANDLER,RODERICK

ATTENDING PHYSICIAN
CHANDLER,RODERICK W  MD        598

ADMITTING PHYSICIAN
CHANDLER,RODERICK        598

**USER DEFINED**

DISCHARGE DATE

U.R.NOTIFIED?

EXAM ROOM

LIVING WILL
N NO LIVING WILL

MRSA

YES        NO        TIME

TB SKIN TEST

ORGAN DONOR

VRE

FLU VACCINE

FLU DATE

BI BODY FLUIDS

PNEUMONIA VACCINE

PNEUMONIA DATE

VISIT INFO

MPI FREEFORM 1

ACCOUNT FREEFORM 1

ACCOUNT FREEFORM 2

EXCEEDED ER MEDICAID VISITS? YES / NO

WARFORD, DORTISHA                     DOB: 08/20/1994

This is an 11-year-old female with right knee pain for 2 months. She fell on her knee. She has had pain and swelling in the knee since that time. She describes the pain is on the medial aspect of the knee. She does not have a history of the patellar dislocation. She has not been on any medicines. She has not had any treatment. She has no complaints. No hip pain.

Past Medical History: None.

Physical Exam: Right knee full range of motion. Stable to varus valgus stress. Negative Lachman. Tender medial aspect of the patella. Positive patellar apprehension. Q-angle of 23 degrees. Neurovascularly intact. Minimal pain in the knee with internal or external rotation of the hip.

X-Rays: AP, lateral, Sunrise of the knee is ordered. No abnormalities noted. AP and lateral of the right hip is ordered. No abnormalities noted in this region as well.

Impression: Right knee pain. She seems to have some patellar instability.

Plan: Over-the-counter anti-inflammatories. She is placed in a patellar knee sleeve. Follow up in 6 weeks. If she remains symptomatic consider physical therapy.

V#1014595 /D#1225977/ D:rc/DD: 08/18/2006 10:51:18 WT: 127

RODERICK CHANDLER, M.D.
ELECTRONICALLY SIGNED ON 08/18/2006 10:51:20

## NORTH OAKS HEALTH SYSTEM RADIOLOGY DEPARTMENT
### 985-230-1100

### RADIOLOGY REPORT

| | |
|---|---|
| NAME: WARFORD, DORTISHA | |
| DOB: 08/20/1994 | |
| MED REC: 322010 | ORD PHY: CHANDLER, RODERICK W |
| ACCT #: 623000131 | VISIT DATE: 08/18/2006 |
| ROOM #: | VISIT TYPE: O/P |
| ACCESS #: 34719432 | UNIT/SVC: / NOO |

cc:

**NOC RT KNEE 3 VIEWS 08/18/2006**

CLINICAL INFORMATION: 11 year 11-month-old female with fall.

TECHNICAL FACTORS: Three views.

FINDINGS: The skeletal structures are adequately mineralized. There is no evidence of a fracture or dislocation.

**IMPRESSION:**
No significant abnormality.

RANDALL E. SELLERS, M.D.
ELECTRONICALLY SIGNED ON 08/18/2006 12:16:09

V# 1014576/ D# 1226023
D: ST 19/ T: mp
DD: 08/18/2006 10:31:19 / TD: 08/18/2006 11:17:28

Page 1 of 1           ORDERING PHYSICIAN

WARFORD, DORTISHA                    DOB: 08/20/1994

12-year-old female followed right knee. She has been wearing a knee sleeve and taking anti-inflammatories. She continues to have pain in a sense of instability in the knee.

Physical Exam: Right knee full range of motion. Tender to palpation medial patella. Positive patellar apprehension.

Impression: Patellar instability.

Plan: Start physical therapy. Followup in 6 weeks

V#1048746 /D#1273390/ D:rc/DD: 09/29/2006 13:29:20 WT: 127

RODERICK CHANDLER, M.D.
ELECTRONICALLY SIGNED ON 09/29/2006 13:29:22

### NORTH OAKS HEALTH SYSTEM RADIOLOGY DEPARTMENT
### 985-230-1100

### RADIOLOGY REPORT

| | | | |
|---|---|---|---|
| **NAME:** | WARFORD, DORTISHA | | |
| **DOB:** | 08/20/1994 | **ORD PHY:** | CHANDLER, RODERICK W |
| **MED REC:** | 322010 | **VISIT DATE:** | 08/18/2006 |
| **ACCT #:** | 623000131 | **VISIT TYPE:** | O/P |
| **ROOM #:** | | **UNIT/SVC:** | / NOO |
| **ACCESS #:** | 34719540 | | cc: |

**NOC RT HIP MIN 2 VIEWS  08/18/2006**

CLINICAL INFORMATION:  11-year-old female with fall two months ago.

FINDINGS: No prior comparison films.

The hip joints appear well preserved and symmetric as do the sacroiliac joints and pubic symphysis. Adjacent bony structures appear intact and the soft tissues are not remarkable.

**IMPRESSION:**
No significant radiographic abnormality.

STEPHEN M. WILLIAMS, M.D.
ELECTRONICALLY SIGNED ON 08/18/2006 14:31:13

V# 1014780/ D# 1226286
D: SMW 20/ T: mp
DD: 08/18/2006 13:31:33 / TD: 08/18/2006 14:17:30

Page 1 of 1                    ORDERING PHYSICIAN

PHYSICAL THERAPY

PATIENT:    WARFORD, DORTISHA
M.R.#:      322010
D.O.B.:     08/20/1994

REFERRING PHYSICIAN: Dr. Roderick Chandler

EVALUATION DATE: October 20, 2006
TREATMENT DIAGNOSES: Abnormality of gait. Lateral right patella tracking.
Decreased right knee ROM/strength.

EVALUATION SUMMARY

PROBLEM/FUNCTIONAL LIMITATION(S):
1. Abnormal posture. Decrease weight-bearing right lower extremity with patient
standing on right forefoot only.
2. Decreased ROM. Right knee flexion active 90 degrees, passive 105 degrees.
3. Gait disorder/abnormality. Patient ambulates modified independent 100 feet with
pain 3/5 in Wong Baker's scale. Patient ambulates with a cadence at 100 steps per
minute. Patient ambulates with decreased right heel strike, decreased weight-bearing
right lower extremity with no heel contact.
4. Impaired ADL secondary to right knee strength, ROM, and pain limitations. Patient
is able to stand modified independent with pain of 2/5 with decreased weight-bearing
right lower extremity. Patient is able to perform 1/4 squat modified independent with
pain of 3/5.
5. Joint instability right knee with lateral patella tracking.
6. Muscle weakness right lower extremity. Hip flexion 4/5, hip extension 2+/5, hip
abduction 3/5, knee flexion and extension 3/5.
7. Pain right knee of 3/5 in Wong Baker's scale. Patient reports pain increases to 4/5
with increased walking.
8. Participation restriction in sport. Patient has doctors orders to perform limited
physical education at this time.

INTERVENTIONS: cold pack, electrotherapy, gait training, home program, hot pack,
manual therapy, massage, orthotic fitting/training, therapeutic exercise, stabilization
taping.

LONG TERM GOAL(EFO): Patient will ambulate at community level, perform ADLs
and physical education without pain limitations.

PATIENT: WARFORD, DORTISHA
M.R.#: 322010
SHORT TERM GOAL(S):
1. Patient will increase active right knee flexion to 105 degrees.
2. Patient will ambulate 300 feet with 2/5 pain or less.

FREQUENCY/DURATION/REHAB POTENTIAL: Rehabilitation potential is good.
Recommend physical therapy 3 times per week for 6-8 weeks, then reassess. To
begin when insurance authorization is received.


Thank you for this referral. If you have any questions, please call (985)230-6160.


JESSICA MELANCON, PT, 04697
ELECTRONICALLY SIGNED ON 12/19/2006 13:04:23

V# 1117238/ D# 1368513
D: JM /WT: 200/ DD: 12/19/2006 13:04:19



**ORTH OAKS**
# Rehabilitation Services



000322010
WARFORD,DORTISHA
08/20/94

## PHYSICAL THERAPY OUTPATIENT LE / SPINE EVALUATION

### I. SUBJECTIVE

Eval Date: 10 / 20 / 06 - ___ / ___ / ___          Onset Date: 8 / 30 / 06

Chief Complaint: "(B) knee pressure."

**Medical History:**

- ☐ Alzheimer's Disease
- ☐ Amputation:_____
- ☐ Balance Disorder / Dysequilibrium
- ☐ Bursitis:_____
- ☐ Cancer:_____
- ☐ Cellulitis
- ☐ CHF
- ☐ Circulatory Impairment
- ☐ CVA  R / L
- ☐ Dementia
- ☐ Depression
- ☐ Diabetes
- ☐ DVT: _____
- ☐ Falls
- ☐ Fracture: _____
- ☐ Head Injury

- ☐ Herniated Disc:_____
- ☐ High Blood Pressure
- ☐ Joint Replacement R / L:_____
  _____
- ☐ Juvenile Arthritis
- ☐ Juvenile Diabetes
- ☐ Lupus
- ☐ Lymphedema
- ☐ Metal Implants
- ☐ Muscular Dystrophy
- ☐ Myocardial Infarction
- ☐ Nerve Injury:_____
- ☐ Orthostatic Hypotension
- ☐ Osteoarthritis_____
- ☐ Osteoporosis
- ☐ Pacemaker
- ☐ Parkinson's Disease
- ☐ Peripheral Neuropathy

- ☐ Peripheral Vascular Disease
- ☐ Pregnancy
- ☐ Rheumatoid Arthritis:_____
  - ☐ 1 Joint  ☐ Multiple Joints
  - ☐ Adult  ☐ Juvenile
- ☐ Schizophrenia
- ☐ Sciatica
- ☐ Seizures
- ☐ Scoliosis
- ☐ Spinal Cord Injury:_____
- ☐ Spondylolisthesis / Spondylolysis:_____
- ☐ Sprain / Strain:_____
- ☐ Stenosis: cervical / thoracic / lumbar
- ☐ Surgery:_____
- ☐ Tendonitis:_____
- ☐ Torticollis
- ☐ Traumatic Brain Injury
- ☐ Thrombophlebitis

☐ Other: _____

**History of Condition:** Pt s/p slip and fall 2 months ago c̄ impact on (B) knee s/p (R) knee swelling.

**Occupation:** ☐ N/A  Student - 6th grade.

**Precautions:** ☑ N/A  ☐ Total Hip  ☐ Cardiac  ☐ Lifting _____ pounds  ☐ Sternal  ☐ Swallowing  ☐ Other: _____

**Medical/Rehab Treatment History:** ☑ N/A _____

- ☐ Agency       ☐ Assisted Living   ☐ CMR          ☐ HH            ☐ IP Acute
- ☐ LTAC         ☐ Nursing Home      ☐ OP Rehab      ☐ School System

**Diagnostic Test Results:** ☐ N/A  X-rays : ⊖ Fractures.

**Medications:** ☑ N/A  ☐ See Patient Provided List /Nursing List  ☐ _____

**Allergies, Adverse Food and Drug Reactions:**
☑ NKA       ☐ Latex       ☐ Cortisone Medications      ☐ Sulfa Medication      ☐ Tape
☐ Other: _____



**NORTH OAKS**
**Rehabilitation Services**

## PHYSICAL THERAPY OUTPATIENT LE / SPINE EVALUATION

000322010
WARFORD, DORTISHA
08/20/94

**Prior Level of Function:** ☐ Unable to Obtain

(I /) Assist Gait: ☐ With Assistive Device ☐ Without Assistive Device
☐ Household Distance ☐ Community Distance ☐ Community Level

I / Assist Wheelchair Mobility: ☐ Household ☐ Community Level

(I /) Assist Transfers: ☐ With Assistive Device ☐ Without Assistive Device

(I /) Assist ADL: ☐ With Assistive Device ☐ Without Assistive Device

Employment: ☐ Full Duty ☐ Restricted / Light Duty ☐ Not Working

**Living Situation:**
☐ Home: ☐ Unable to Obtain
☐ Nursing Home ☐ Alone
☐ Stairs: _____#: ☐ Assisted Living ☐ Caregiver / Family ☐ 24 hr. Assist ☐ Part-time Assist
☐ Curb: __4__ " ☐ With Rails R / L / B
☐ Ramp ☐ Without Rails

**Equipment:**
☐ AFO ☐ Unable to Obtain ☐ None
☐ Crutches ☐ Hoyer Lift ☐ Platform Rolling ☐ Scooter ☐ Stander
☐ Gait Trainer ☐ Large Base Quad Cane   Walker ☐ Shower Chair ☐ Straight Cane
☐ Hemi Walker ☐ Lite Gait ☐ Power Wheelchair ☐ Small Base Quad Cane ☐ Wheelchair
☐ Home O$_2$ ☐ Lofstrand Crutches ☐ Raised toilet seat ☐ Splint_____ ☐ Wheelchair Cushion
☐ Orthosis_____ ☐ Rolling Walker ☐ Standard Walker ☐ Other:_____

**Preferences:**

Custom: ☐ N/A _____

Religious Beliefs: ☐ N/A _____

**Education:**

Patient: ☐ N/A   Highest grade completed (circle one): 1 2 3 4 5 6 7 8 9 10 11 12 ☐ Advanced Schooling

Caregiver: ☐ N/A   Highest grade completed (circle one): 1 2 3 4 5 6 7 8 9 10 11 12 ☐ Advanced Schooling

# ORTH OAKS
# Rehabilitation Services

## PHYSICAL THERAPY OUTPATIENT LE / SPINE EVALUATION

000322010
WARFORD, DORTISHA
08/20/94

### Pain:

Do you have pain associated with the reason that you are seeking therapy?

☑ Yes  ☑ No today  ☐ Patient is unable to provide subjective information.

Pain Scale/Score: ☐ 0 – 10 : _____ / 10  ☑ Wong-Baker: 4̶3̶ / 5  ☐ FLACC: _____ / 10  ☐ NIPS: _____ /7

Onset Date: 8/06

Origin of Pain: ☐ Unknown    s/p fall

Aggravating Factors: Walking - pain increases to 4/5.

Alleviating Factors: Rest

Unsuccessful Medical/ Therapy Interventions: _____

Successful Medical/ Therapy Interventions: _____

Character:
☐ Static        ☑ Increasing        ☑ Decreasing
☐ Continuous    ☑ Intermittent
☐ Sharp    ☐ Dull    ☐ Burning    ☐ Radicular    ☑ Other: pressure.

Location: (indicate site(s))



## II. OBJECTIVE

### POSTURE/APPEARANCE:

| | | |
|---|---|---|
| ☐ ↑ ↓ Thoracic Kyphosis | ☐ Genu Varus  R / L / B | ☐ Pes Cavus  R / L / B |
| ☐ ↑ ↓ Lumbar Lordosis | ☐ Hallux Rigidus  R / L / B | ☐ Pes Planus  R / L / B |
| ☐ Anterior Pelvic Tilt  Sit / Stand / Supine    Flexible / Fixed | ☐ Hallux Valgus  R / L / B | ☐ Posterior Pelvic Tilt  Sit / Stand / Supine    Flexible / Fixed |
| ☐ Base of Support _____ inches | ☐ Hip Dislocation:  R / L | ☐ Scoliosis: |
| ☐ Claw Toe  R / L / B  Digits: | ☐ Lateral Shift  R / L  of Spine | ☐ Subtalar Pronation  R / L / B |
| ☐ Erect Trunk / Flexed Trunk  Sit / Stand | ☐ Pelvic Obliquity | ☐ Tibial Torsion  R / L |
| ☐ Genu Recurvatum  R / L / B | ☐ Pelvic Rotation:  Right / Left  Forward | ☐ WNL |
| ☐ Genu Valgus  R / L / B | | |
| ☑ Other: Weight bearing ® LE - stands on forefoot only. | | |

# NORTH OAKS
# Rehabilitation Services

## PHYSICAL THERAPY OUTPATIENT LE / SPINE EVALUATIO

000322010
WARFORD, DORTISHA
08/20/94

### BEHAVIOR/AFFECT/COGNITION:

| Cognition | Orientation: ☐ Person   ☐ Place   ☐ Time   ☐ Situation | | |
| --- | --- | --- | --- |
| | Other: | | |
| Following Directions | ☐ 1 Step | ☐ 2 Step | ☐ Multi-Step |
| | | | ☐ Unable |
| | Other: | | |
| Safety Awareness | Neglect  R / L | ☐ Yes   ☐ No | |
| | Precautions: | ☐ Yes   ☐ No | ☐ Hip   ☐ Cardiac   ☐ Sternal |
| | | | ☐ Weight Bearing |
| | Pressure Relief: | ☐ Yes   ☐ No | |
| | Other: | | |
| Communication | ☐ Verbal | | |
| | ☐ Non- Verbal: ☐ Written   ☐ Gestures   ☐ Augmentative Communication | | |
| | ☐ Impaired Communication: ☐ Comprehension   ☐ Expression | | |
| | ☐ Other: | | |

### SENSATION:

| | Light Touch | | Deep Pressure | | Sharp | | 2 Pt Discrimination | | Comments |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Left | Right | Left | Right | Left | Right | Left | Right | |
| | Grossly Intact: ☐ UE ☐ Trunk ☐ LE | Grossly Intact: ☐ UE ☐ Trunk ☐ LE | Grossly Intact: ☐ UE ☐ Trunk ☐ LE | Grossly Intact: ☐ UE ☐ Trunk ☐ LE | Grossly Intact: ☐ UE ☐ Trunk ☐ LE | Grossly Intact: ☐ UE ☐ Trunk ☐ LE | Grossly Intact: ☐ UE ☐ Trunk ☐ LE | Grossly Intact: ☐ UE ☐ Trunk ☐ LE | |
| | Grossly Impaired ☐ UE ☐ Trunk ☐ LE | Grossly Impaired ☐ UE ☐ Trunk ☐ LE | Grossly Impaired ☐ UE ☐ Trunk ☐ LE | Grossly Impaired ☐ UE ☐ Trunk ☐ LE | Grossly Impaired ☐ UE ☐ Trunk ☐ LE | Grossly Impaired ☐ UE ☐ Trunk ☐ LE | Grossly Impaired ☐ UE ☐ Trunk ☐ LE | Grossly Impaired ☐ UE ☐ Trunk ☐ LE | |
| | ☐ Intact ☐ Impaired | ☐ Intact ☐ Impaired | ☐ Intact ☐ Impaired | ☐ Intact ☐ Impaired | ☐ Intact ☐ Impaired | ☐ Intact ☐ Impaired | ☐ Intact ☐ Impaired | ☐ Intact ☐ Impaired | |
| | ☐ Intact ☐ Impaired | ☐ Intact ☐ Impaired | ☐ Intact ☐ Impaired | ☐ Intact ☐ Impaired | ☐ Intact ☐ Impaired | ☐ Intact ☐ Impaired | ☐ Intact ☐ Impaired | ☐ Intact ☐ Impaired | |
| | ☐ Intact ☐ Impaired | ☐ Intact ☐ Impaired | ☐ Intact ☐ Impaired | ☐ Intact ☐ Impaired | ☐ Intact ☐ Impaired | ☐ Intact ☐ Impaired | ☐ Intact ☐ Impaired | ☐ Intact ☐ Impaired | |
| | ☐ Intact ☐ Impaired | ☐ Intact ☐ Impaired | ☐ Intact ☐ Impaired | ☐ Intact ☐ Impaired | ☐ Intact ☐ Impaired | ☐ Intact ☐ Impaired | ☐ Intact ☐ Impaired | ☐ Intact ☐ Impaired | |
| | ☐ Intact ☐ Impaired | ☐ Intact ☐ Impaired | ☐ Intact ☐ Impaired | ☐ Intact ☐ Impaired | ☐ Intact ☐ Impaired | ☐ Intact ☐ Impaired | ☐ Intact ☐ Impaired | ☐ Intact ☐ Impaired | |

### SENSATION:

| | Intact | Impaired | Joint | Comments |
| --- | --- | --- | --- | --- |
| **Protective Sensation** | Key:  0 = Protective sensation intact<br>1= Loss of protective sensation, no deformity or history of plantar ulceration<br>2=Loss of protective sensation and deformity or history of plantar ulceration<br>3=Loss of protective sensation, deformity and history of plantar ulceration. | | | |
| Left Great Toe | | | | |
| Right Great Toe | | | | |
| Left 3rd Toe | | | | |
| Right 3rd Toe | | | | |
| Left 5th Toe | | | | |
| Right 5th Toe | | | | |
| Left 1st Metatarsal Head | | | | |
| Right 1st Metatarsal Head | | | | |
| Left 3rd Metatarsal Head | | | | |

NS # 4815

01/06

# ORTH OAKS
# Rehabilitation Services

## PHYSICAL THERAPY OUTPATIENT LE / SPINE EVALUATION

000322010
WARFORD, DORTISHA
08/20/94

### SENSATION (Continued)

| | Intact | Impaired |
|---|---|---|
| Right 3rd Metatarsal Head | | |
| Left 5th Metatarsal Head | | |
| Right 5th Metatarsal Head | | |
| Left Heel | | |
| Right Heel | | |
| Left Dorsal Foot Surface | | |
| Right Dorsal Foot Surface | | |
| Other: | | |

### SKIN INTEGRITY:

| | Normal | Impaired | Area | Comments |
|---|---|---|---|---|
| Nails | | □ Thickened | | |
| Pigment | | □ Discolored | | |
| Texture | | □ Blistered | | |
| | | □ Callus | | |
| | | □ Dry | | |
| | | □ Macerated | | |
| | | □ Shiny | | |
| | | □ Thin | | |
| Color | | □ Ecchymosis | | |
| | | □ Redness | | |
| Temperature | | | | |
| Incision | | □ ↓ scar mobility | | □ glue   □ steri strips   □ staples   □ sutures |
| Other: | | | | |

### LOWER EXTREMITY: □ grossly WNL / WFL ROM          □ grossly WNL / WFL Strength

| | AROM L | AROM R | PROM L | PROM R | Strength L | Strength R | End Feel L | End Feel R | Position L | Position R | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hip:** | | | | | | | | | | | |
| Flexion 0-120° | | | | | 5 | 4 | | | | | Pain ® knee |
| Iliopsoas | | | | | | | | | | | ō resistance. |
| Rectus Femoris | | | | | | | | | | | |
| Sartoris | | | | | | | | | | | |
| Extension 0-15° | | | | | 3 | 2+ | | | | | |
| Semimembranosus/Semitendinosus | | | | | | | | | | | |
| Biceps Femoris | | | | | | | | | | | |
| Gluteus Maximus | | | | | | | | | | | |
| Abduction 0-45° | | | | | 4 | 3 | | | | | |
| Tensor Fascia Lata | | | | | | | | | | | |
| Gluteus Medius | | | | | | | | | | | |
| Adduction 0-45° | | | | | | | | | | | |
| Internal Rotation 0-45° | | | | | | | | | | | |
| External Rotation 0-45° | | | | | | | | | | | |
| Other: | | | | | | | | | | | |

NS # 4815

01/06

**ORTH OAKS**
# Rehabilitation Services

## PHYSICAL THERAPY OUTPATIENT LE / SPINE EVALUATION

000322010
WARFORD, DORTISHA
08/20/94



**LOWER EXTREMITY:** ☐ grossly WNL / WFL ROM    ☐ grossly WNL / WFL Strength

| (Continued) | AROM L | AROM R | PROM L | PROM R | Strength L | Strength R | End Feel L | End Feel R | Position L | Position R | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Knee:** | | | | | | | | | | | |
| Flexion 0-140° | | 90° | | 105° | 5 | 3 | | | | | |
|   Semimembranosus/Semitendinosus | | | | | 5 | 3 pm | | | | | Pain c resistance |
|   Biceps Femoris | | | | | | | | | | | to R knee |
| Extension 0-140° | | 135° | | | 5 | 3 | | | | | |
| Other: | | | | | | | | | | | |
| **Ankle:** | | | | | | | | | | | |
| Dorsiflexion (Knee Ext) 0-20° | | | | | | | | | | | |
| Dorsiflexion (Knee Flex) 0-30° | | | | | | | | | | | |
| Plantarflexion 0-45° | | | | | | | | | | | |
|   Gastrocnemius | | | | | | | | | | | |
|   Soleus | | | | | | | | | | | |
| Inversion 0-35° | | | | | | | | | | | |
|   Tibialis Anterior | | | | | | | | | | | |
|   Tibialis Posterior | | | | | | | | | | | |
| Eversion 0-35° | | | | | | | | | | | |
|   Extensor Digitorum Longus/ Brevis Peroneus Tertius | | | | | | | | | | | |
|   Peroneus Longus/ Peroneus Brevis | | | | | | | | | | | |
| Other: | | | | | | | | | | | |

| PULSES: | Left | Right | Comments | REFLEXES: | Left | Right | Key |
|---|---|---|---|---|---|---|---|
| Popliteal | + - | + - | | L4 Knee Jerk | | | 0 = absent    1+ = diminished |
| Dorsalis Pedis | + - | + - | | L5 - S1 Ankle Jerk | | | 2+= normal    3+ = increased |
| Posterior Tibial | + - | + - | | UMN Plantar (Babinski) | | | 4+= clonus |
| Other: | | | | Other: | | | |

### SPECIAL TESTS LE:

| Hip | Left | Right | Knee | Left | Right | Ankle/Foot | Left | Right |
|---|---|---|---|---|---|---|---|---|
| Craig (angle of anteversion) | + - | + - | Anterior Drawer (ACL) | + - | + - | Anterior Drawer (lateral ligaments) | + - | + - |
| Ely (rectus femoris) | + - | + - | Apley Compression | + - | + - | Navicular Drop | + - | + - |
| Fabere / Patrick | + - | + - | Bounce Home (menis) | + - | + - | Talar Tilt | + - | + - |
| Ober (TFL) | + - | + - | Lachman (ACL) | + - | + - | Tinel (tarsal tunnel) | + - | + - |
| Thomas (hip flexor) | + - | + - | Losee (ALRI) | + - | + - | Thompson (achilles) | + - | + - |
| Trendelenberg | + - | + - | MacIntosh (ALRI) | + - | + - | Other: | + - | + - |
| Other: | + - | + - | Other: ⊕ pain c | + - | + - | | + - | + - |

all R knee movement.
⊕ lateral patella tracking L.



**ORTH OAKS**
# Rehabilitation Services

## PHYSICAL THERAPY OUTPATIENT LE / SPINE EVALUATION

000322010
WARFORD, DORTISHA
08/20/94

### TONE / MOVEMENT PATTERN / MOTOR CONTROL:

| Location | Tone | Movement Pattern | Motor Control |
|---|---|---|---|
| ☐ Right LE | ☐ Normal ☐ Hypotonic ☐ Hypertonic<br>☐ Mixed ☐ Fluctuating | ☐ Normal ☐ Isolated<br>☐ Flexor Synergy ☐ Extensor Synergy<br>☐ Spontaneous: Increased / Decreased<br>☐ Sluggish ☐ Tremulous | ☐ Normal<br>Apraxia: ☐ Ideational ☐ Ideomotor<br>☐ Limb Kinetic ☐ Constructional<br>Ataxia: ☐ Athetoid ☐ Ballistic ☐ Choreform<br>☐ Dysdiadokinesia ☐ Dysmetria |
| ☐ Left LE<br>☐ Other: | ☐ Normal ☐ Hypotonic ☐ Hypertonic<br>☐ Mixed ☐ Fluctuating | ☐ Normal ☐ Isolated<br>☐ Flexor Synergy ☐ Extensor Synergy<br>☐ Spontaneous: Increased / Decreased<br>☐ Sluggish ☐ Tremulous | ☐ Normal<br>Apraxia: ☐ Ideational ☐ Ideomotor<br>☐ Limb Kinetic ☐ Constructional<br>Ataxia: ☐ Athetoid ☐ Ballistic ☐ Choreform<br>☐ Dysdiadokinesia ☐ Dysmetria |

### LOWER EXTREMITY EDEMA:

| Circumferential Measurements | LEFT (cm) | RIGHT (cm) | Location | Comments |
|---|---|---|---|---|
| _____ cm above | | | | |
| _____ cm above | | | | |
| _____ cm above | | | | |
| Joint Line: | 34.5 cm | 34.5 cm | | |
| _____ cm below | | | | |
| _____ cm below | | | | |
| _____ cm below | | | | |
| Ankle Figure 8 | | | | |
| Pitting Assessment: ☐ Absent | ☐ non pitting<br>☐ 1+ ☐ 2+ ☐ 3+ ☐ 4+ | ☐ non pitting<br>☐ 1+ ☐ 2+ ☐ 3+ ☐ 4+ | | |
| Other: | | | | |

### SPINE: ☐ grossly WNL / WFL ROM      ☐ grossly WNL / WFL Strength

| | AROM | | PROM | | % | Strength | | End Feel | | Pain | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | L | R | L | R | | L | R | L | R | | |
| Thoracic: | | | | | | | | | | | |
| Flexion 0-45° | | | | | | | | | | | |
| Extension 0-45° | | | | | | | | | | | |
| Lateral Flexion 0-40° | | | | | | | | | | | |
| Rotation 0–50° | | | | | | | | | | | |
| Other: | | | | | | | | | | | |
| Lumbar: | | | | | | | | | | | |
| Flexion 0-60° | | | | | | | | | | | |
| Extension 0-35° | | | | | | | | | | | |
| Lateral Flexion 0-20° | | | | | | | | | | | |
| Rotation 0-18° | | | | | | | | | | | |
| Other: | | | | | | | | | | | |

NS # 4815

01/06



# NORTH OAKS
## Rehabilitation Services

**PHYSICAL THERAPY OUTPATIENT LE / SPINE EVALUATION**

000322010
WARFORD, DORTISHA
08/20/94

### Segmental Mobility

| | T1-T2 | T2-T3 | T3-T4 | T4-T5 | T5-T6 | T6-T7 | T7-T8 | T8-T9 | T9-T10 | T10-T11 | T11-T12 | L1-L2 | L2-L3 | L3 SIJ | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hypermobile | | | | | | | | | | | | | | | |
| Hypomobile | | | | | | | | | | | | | | | |
| Flexion | | | | | | | | | | | | | | | |
| Extension | | | | | | | | | | | | | | | |

### SPECIAL TESTS SPINE:

| Lumbar | | | Sacro Iliac | Left | Right |
|---|---|---|---|---|---|
| Arthrokinematic Reflex | + | - | March (Sit) | + - | + - |
| McKenzie's Side Glide | + | - | March (Stand) | + - | + - |
| Slump | | | Internal Rotation | + - | + - |
| Left SLR (Sit) | + | - | External Rotation | + - | + - |
| Right SLR (Sit) | + | - | Slump | + - | + - |
| Left SLR (Supine) | + | - | Arch | + - | + - |
| Right SLR (Supine) | + | - | Supine To Long Sit | + - | + - |
| Valsalva | + | - | Other: | + - | + - |
| Other: | + | - | | | |

### WADDELL SIGNS:

| | | | Location | Comments |
|---|---|---|---|---|
| **Tenderness** | | | | |
| Superficial | + | - | | |
| Non Anatomical | + | - | | |
| Other: | | | | |
| **Simulation** | | | | |
| Axial Loading | + | - | | |
| Rotation | + | - | | |
| Distraction | + | - | | |
| Other: | | | | |
| **Regional Disturbances** | | | | |
| Weakness | + | - | | |
| Sensory | + | - | | |
| Other: | | | | |
| **Over reaction** | + | - | | |



NORTH OAKS
**REHABILITATION Services**

## PHYSICAL THERAPY OUTPATIENT LE / SPINE EVALUATION

000322010
WARFORD,DORTISHA
08/20/94

**FUNCTIONAL SKILLS:**

| | Assist x # | Adaptive Equipment | # / Dist | UE / LE | Cue | Pain | % / Time | Comments |
|---|---|---|---|---|---|---|---|---|
| Forward Bend | | | | | | | | |
| Hop Vertical | | | | | | | | |
| Hop Forward | | | | | | | | |
| Jump Vertical | | | | | | | | |
| Jump Forward | | | | | | | | |
| Kick | | | | | | | | |
| Kneel | | | | | | | | |
| Lift | | | | | | | | |
|   Floor to Knuckle | | | | | | | | |
|   Floor to Waist | | | | | | | | |
|   Overhead Reach | | | | | | | | |
| Pull | | | | | | | | |
|   Horizontal | | | | | | | | |
| Push | | | | | | | | |
|   Horizontal | | | | | | | | |
| Run | | | | | | | | |
| Squat | mod I | | | | 3/5 | | 1/4 | |
| Stand | mod I | | | | 2/5 | | weight bearing ® LE | |
| Step Over | | | | | | | | |
| Other: | | | | | | | | |

| MOBILITY | Assist x # | Time | % Acc/ # of trials | Cue | Pain | Surface | Comments |
|---|---|---|---|---|---|---|---|
| Bridging | I | | | | | | |
| Rolling Left | | | | | | | |
| Rolling Right | | | | | | | |
| Other: | | | | | | | |

| TRANSFERS: | Assist x # | Time | % Acc/ # of trials | Cue | Pain | Adapt Equip | Comments |
|---|---|---|---|---|---|---|---|
| Supine to Short Sit | I | | | | | | |
| Short Sit to Supine | | | | | | | |
| Mat to Chair | | | | | | | |
| ☐ Scoot | | | | | | | |
| ☐ Squat Pivot | | | | | | | ☐ With Arm Rest    R / L / B |
| ☐ Stand Pivot | | | | | | | ☐ Level Surface |
| | | | | | | | ☐ Height Diff _____ |
| Chair to Mat | | | | | | | |
| ☐ Scoot | | | | | | | |
| ☐ Squat Pivot | | | | | | | ☐ With Arm Rest    R / L / B |
| ☐ Stand Pivot | | | | | | | ☐ Level Surface |
| | | | | | | | ☐ Height Diff _____ |



**NORTH OAKS**
# Rehabilitation Services

## PHYSICAL THERAPY OUTPATIENT LE / SPINE EVALUATION

000322010
WARFORD, DORTISHA
08/20/94

| TRANSFERS: (Continued) | Assist x # | Time | % Acc/ # of trials | Cue | Pain | Adapt Equip | Comments |
|---|---|---|---|---|---|---|---|
| Wheelchair to Chair | | | | | | | |
| ☐ Scoot | | | | | | | ☐ With Arm Rest   R / L / B |
| ☐ Squat Pivot | | | | | | | ☐ Level Surface |
| ☐ Stand Pivot | | | | | | | ☐ Height Diff _____ |
| Chair to Wheelchair | | | | | | | |
| ☐ Scoot | | | | | | | ☐ With Arm Rest   R / L / B |
| ☐ Squat Pivot | | | | | | | ☐ Level Surface |
| ☐ Stand Pivot | | | | | | | ☐ Height Diff _____ |
| W/C to Toilet/BSC | | | | | | | |
| ☐ Scoot | | | | | | | ☐ With Arm Rest   R / L / B |
| ☐ Squat Pivot | | | | | | | ☐ Level Surface |
| ☐ Stand Pivot | | | | | | | ☐ Height Diff _____ |
| Toilet/BSC to W/C | | | | | | | |
| ☐ Scoot | | | | | | | |
| ☐ Squat Pivot | | | | | | | ☐ With Arm Rest   R / L / B |
| ☐ Stand Pivot | | | | | | | ☐ Level Surface |
| Sit to Stand | | | | | | | ☐ Height Diff _____ |
| Stand to Sit | | | | | | | Seat Height _____ inches |
| Squat to Stand | | | | | | | Seat Height _____ inches |
| Stand To Squat | | | | | | | |
| Stand to Floor | | | | | | | |
| Floor to Stand | | | | | | | |
| Other: | | | | | | | |

| LOCOMOTION: | Assist x # | Equipment | Gt Pattern | Time | Cue | Pain | # / Dist | Comments |
|---|---|---|---|---|---|---|---|---|
| Gait | | | | | | | | |
| Level Surface | Mod (E) | | | | 3l5 | | 100' | 100 ___ steps/min |
| Backwards Walk | | | | | | | | |
| Tandem Walk | | | | | | | | |
| Sidestep Left | | | | | | | | |
| Sidestep Right | | | | | | | | |
| Stairs | | | | | | | | |
| Ascend | | | | | | | | _____ inches   ☐ Rails Bilateral   ☐ Rails Right   ☐ Rails Left |
| Descend | | | | | | | | _____ inches   ☐ Rails Bilateral   ☐ Rails Right   ☐ Rails Left |
| Other: | | | | | | | | |

# NORTH OAKS
# Rehabilitation Services



000322010
WARFORD, DORTISHA
08/20/94

## PHYSICAL THERAPY OUTPATIENT LE / SPINE EVALUATION

**GAIT DEVIATIONS:**

| | |
|---|---|
| ☐ ↑  ↓   Base of Dynamic Support _____ " | ☐ Decreased Trunk Rotation          R / L |
| ☐ Ataxia with Head Turning | ☐ Difficulty with Turning          R / L / B |
| ☐ Decreased Arm Swing      R / L / B | ☐ Excessive Knee Flexion          R / L / B |
| ☐ Decreased Step Length      R / L / B _____" | ☐ Foot Slap          R / L / B |
| ☐ Decreased Head-Trunk Disassocation | ☐ Hip Circumduction          R / L |
| ☐ Decreased Heel Strike     (R)/ L / B | ☐ Hip Hiking          R / L |
| ☐ Decreased Toe Off          R / L / B | |

| |
|---|
| ☐ Hyperextension of Knee in Stance R / L / B |
| ☐ Scissoring |
| ☐ Shuffle |
| ☐ Trendelenburg          R / L |
| ☐ Turns en bloc |
| ☐ WNL |

☐ Other: _Weight bearing (R)LE - no heel contact_ .

**BALANCE:**

| | Assist x # | Score | Cue | Time | Y / N | Comments |
|---|---|---|---|---|---|---|
| Sitting | | | | | | ☐ Tailor  ☐ Short  ☐ Long |
| Static | | | | | | |
| Standing | | | | | | |
| Static | | | | | | |
| Standing Dynamic | | | | | | ☐ With Assistive Device |
| Other: | | | | | | |

## III. PLAN OF CARE
## TREATMENT PLAN

**Problem List:**

| | | |
|---|---|---|
| ☐ Abnormal Posture | ☐ Impaired ADL | ☐ Ligament Laxity |
| ☐ Abnormal Tone | ☐ Impaired Mobility | ☐ Muscle Spasm |
| ☐ Community Integration Restriction | ☐ Impaired Balance | ☐ Muscle Strain |
| ☐ Deconditioned | ☐ Impaired Circulation | ☐ Muscle Weakness |
| ☐ Decreased Endurance | ☐ Impaired Cognition | ☐ Pain |
| ☐ Fatigue | ☐ Impaired Coordination | ☐ Participation Restriction in Home Management |
| ☐ Decreased Patient / Caregiver Knowledge of Safe and Effective Use of Equipment | ☐ Impaired Reflexes | ☐ Participation Restriction in Leisure_____ |
| ☐ Decreased Patient / Caregiver Knowledge of Rehab Techniques | ☐ Impaired Safety Awareness | ☐ Participation Restriction in Occupation_____ |
| ☐ Decreased Patient / Caregiver Knowledge of Condition | ☐ Impaired Sensation | ☐ Participation Restriction in Self-Care ym Ms |
| ☐ Decreased ROM | ☐ Impaired Transfer Skills | ☐ Participation Restriction in Sport no PE at this time |
| ☐ Edema | ☐ Impaired Wheelchair Skills / Mobility | ☐ Radiculopathy: ☐ Sciatica _____ |
| ☐ Gait Disorder / Abnormality | ☐ Impaired Work Performance | ☐ Other:_____ |
| | ☐ Incomplete / Inappropriate Equipment | |
| | ☐ Joint Contracture:_____ | |
| | ☐ Joint Instability (R) need lateral patella tracking | |

**Interventions:**

| | | |
|---|---|---|
| ☐ Evaluation Only | ☐ Foot Clinic Reassessment | ☐ Self Care / Home Management |
| ☐ Aquatic Therapy | ☐ Gait Training | ☐ Sensory Integration |
| ☐ Back ADL | ☐ Home Program | ☐ Sequential Pump |
| ☐ Cast/Splint Adjustment | ☐ Hot Pack | ☐ Stabilization Taping |
| ☐ Cold pack | ☐ Iontophoresis | ☐ TENS Application |
| ☐ CPM Application | ☐ Isokinetic Testing | ☐ Therapeutic Exercise |
| ☐ CPM Daily | ☐ Isokinetic Activities | ☐ Transfer Training |
| ☐ Electrotherapy | ☐ Manual Therapy | ☐ Ultrasound |
| ☐ E - Stim Application | ☐ Massage | ☐ Ultrasound with Cream |
| ☐ E – Stim Daily | ☐ Mechanical Traction | ☐ Wheelchair Training |
| ☐ Ergonomic Evaluation | ☐ Neuro Rehab | ☐ Work Conditioning |
| ☐ FCE | ☐ Orthotic Fitting / Training | ☐ Work Hardening |
| ☐ Fabrication of Cast/Splint | ☐ Patient / Family Integration | ☐ Other:_____ |

**Rehab Diagnosis:**

_Abnormality of gait. Lateral (R) patella tracking. Decreased (R) Lower ____ strength_

**Rehab Potential:**

| ☐ N/A | ☐ Poor | ☐ Fair | ☐ Good | ☐ Very Good |
|---|---|---|---|---|



**NORTH OAKS**
# Rehabilitation Services

## PHYSICAL THERAPY OUTPATIENT LE / SPINE EVALUATION

000322010
WARFORD,DORTISHA
08/20/94



### TREATMENT PLAN (Continued)
**Plan:**
- ☑ Treat patient for the problems listed above via the interventions listed above.
- ☐ Evaluation only.  Treatment is not recommended at this time.
- ☐ Recommend:    ☐ PT  ☐ OT  ☐ ST  ☐ AUD  ☐ Wellness    ☐ Sports Medicine ☐ Other:

**Frequency / Duration:**

_____ times per week for _____ week(s), then reassess.

_____ times per week for certification period, then reassess.

__3__ times per week for _6–8_ week(s), then reassess. To begin when insurance authorization is received.

_____ times per month for _____ month(s), then reassess.

**Equipment Recommendations:**

☐ None                    ☐ Other:

### GOALS
**Patient/Family Goals:** ☐ Unable to Obtain

"Help her knee get better."

**Expected Functional Outcome: (To be met by discharge or by re-evaluation)**

Pt will ambulate at community level, perform ADL's and PE's pain limitations,

I have contributed to and agree with the above stated goal.

*Dorothy Warford*
**Patient / Family Member's Signature**

## DISCHARGE RECOMMENDATIONS
**D/C Equipment Recommendations:**

☐ None                    ☐ Other:

**D/C Therapy Recommendations:**

**Discipline:**  ☐ None        ☐ PT          ☐ OT          ☐ ST          ☐ Audiology

**Setting:** ☐ None  ☐ CMR      ☐ LINK        ☐ Outpatient      ☐ Wellness    ☐ Other:

**Reason for Discipline Discharge:**

☐ N/A    ☐ Caregiver Request      ☐ Decline in Medical Status  ☐ Goals Met    ☐ Hospitalized    ☐ Patient Request
☐ PT not Recommended            ☐ Other:

Signature: _____ *A Melancon* _____ (P.T.) Date: _10_/_20_/_06_

_____    P.T.  Date: ____/____/____



# NORTH OAKS
## Rehabilitation Services

000322010
WARFORD, DORTISHA
08/20/94

**Outpatient - Physical Therapy Progress Note/Goal Reassessment**

| Legend | |
|---|---|
| I | Independent (No Assistance Needed) |
| Mod I | Modified Independent (Requires AD, Time, Safety Issues, etc. |
| S | Supervision (Requires set-up or verbal and visual cues from a distance) |
| SBA | Stand-By Assistance (Close Supervision) |
| CGA | Contact Guard Assistance (Hands on Assist for Balance/standing) |

| | |
|---|---|
| Min A | Minimum Assistance (1% to 25% Effort by Staff) |
| Mod A | Moderate Assistance (26% to 50% Effort by Staff) |
| Max A | Maximum Assistance (51% to 75% Effort by Staff) |
| D | Dependent (Total Assist by Staff) |
| TA | Total Assist (Total assist by staff) |

| | Date | Visit 1 | Visit 2 | Visit 3 | Visit 4 | Visit 5 | Visit 6 | Visit 7 | Visit 8 | Visit 9 | Visit 10 | Goal Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 10/20/06 | 10/27/06 | 11/1/06 | 11/8/06 | 11/10/06 | 11/17/06 | 11/39 | 12/6/06 | 12/14/06 | 12/20/06 | |
| STG # 1 | | 90° | | | | | | | | 130° | | Met / Not Met |
| STG # 2 | | 100' 3/5 | 3/5 | | | | 200' 2/5 | | | 5' 0/10 | 5' 0/10 | Met / Not Met |
| STG # | | | | | | | | | | | | Met / Not Met |
| STG # | | | | | | | | | | | | Met / Not Met |
| Initials | | JM OM | JM | JM | JM CM R/PM | JM | JM | JM | JM | JM | JM CM | |

Long Term Goal (EFO) **STG # 1:** Pt will ambulate at community level perform ADL's and PES paro/ambutation

STG # 1: Pt will increase active (R) knee flexion to 106°

**Rationale if goal not met:**

STG# 2 Pt will ambulate 200' to 215 pain 0/100.

**Rationale if goal not met:**

STG# :

**Rationale if goal not met:**

STG# :

**Rationale if goal not met:**

Objective report of patient's subjective statements: ☐ NA

Plan: ☑ Continue ☐ Discharge ☐ Revise LTG- see focus note

Progress note/goals reassessed:  Signature/title _____  Date 12 20 06

Cert Period __/__/__ through __/__/__

NS # 4999

Page 1 of 2

Revised: 9/13/2006

## Physical Therapy General Activity Record

| Manual Therapy | Visit 1 10/2 | Visit 2 10/2 | Visit 3 11/6/06 | Visit 4 11/8/06 | Visit 5 11/10/06 | Visit 6 11/17/06 | Visit 7 11/21/06 | Visit 8 11/29/06 | Visit 9 12/13/06 | Visit 10 12/27/06 |
|---|---|---|---|---|---|---|---|---|---|---|
| Pain Pre Tx / Post Tx 0-10 Wong-Baker | 3/5 | 3/0 | 0/0 medit by sed by | 3/0 | 0/6 | 2/0 | 0/0 | 0/0 | 0/0 | 0/0 |
| **Therex/Activity** | Sets/reps/wt/time | Sets/reps/wt/time | Sets/reps/wt/time | Sets/reps/wt/time | Sets/reps/wt/time | Sets/reps/wt/time | Sets/reps/wt/time | Sets/reps/wt/time | Sets/reps/wt/time | Sets/reps/wt/time |
| UBE | | | | | | | | | | |
| Nu-step | L1 10' | L1 10' | 15' L1 | 15' L1 L2 | 15 L2 | ✓ | ✓ | 15' L3 | ✓ | ✓ |
| Bike | | | | | | | | | 3X10 both down | |
| Treadmill | | | | | | | | | 5' 1.20 mph | |
| Shuttle B LE | 4X15 3B | | ✓ | ✓ | 4X15 3B | ✓ | 3X15 56 | ✓ | | |
| Shuttle R/L LE | 3X10 2B | 4X15 | ✓ | ✓ | 4X15 3B | ✓ 4B | 3X15 4B | ✓ | | ✓ |
| Shuttle calf raises | | | | | | | | | | |
| HSC B LE | | 3X10 | 1 | | 3X10 | 3X10 5L | | 3X10 5L | ✓ | |
| HSC L/R LE | | | | 3X15 | 3X15 | 3X15 | ✓ | 3X10 5L 2p | ✓ | |
| Quad sets | | | | | 3X10 | 3X15 | ✓ | | | |
| TKE | | | | | 3X10 | 3X15 | ✓ | 3X10 chr 3p | ✓ | |
| SLR | | | | | | | | | | |
| MMT Q knee ✓ 3/5 | | | | | | | | | | |
| MMT hip ✓ 4/5 3/5 | | | | | | | | | | |
| ROM knee A/P 0°/105° | | | | | | | | | | |
| ROM | | | | | | | | | | |

### Interventions/Modality Parameters (Site, Setting, Time, Temp etc)

| | Visit 1 | Visit 2 | Visit 3 | Visit 4 | Visit 5 | Visit 6 | Visit 7 | Visit 8 | Visit 9 | Visit 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| E-Stim: IFC NMES Location: | ___min. | ___min. | 15 min. | ___min. | ___min. | ___min. | ___min. | ___min. | ___min. | ___min. |
| U/S: ☐ Pulsed ☐Continuous ☐ with cream ___% Location: | ___min ___w/cm² | ___min ___w/cm² | ___min ___w/cm² | ___min ___w/cm² | ___min ___w/cm² | ___min ___w/cm² | ___min ___w/cm² | ___min ___w/cm² | ___min ___w/cm² | ___min ___w/cm² |
| Iontophoresis: Medication: Location: | ___mA/min. | ___mA/min. | ___mA/min. | ___mA/min. | ___mA/min. | ___mA/min. | ___mA/min. | ___mA/min. | ___mA/min. | ___mA/min. |
| Moist Heat / Cold Pack Location: | ___min. ___# | 15 min. cold R knee | ✓ min. ___# | ✓ min. knee | ✓ min. knee | 10 min. | ✓ min. | ___min. ___# | ___min. ___# | ___min. ___# |
| Traction: ☐ Cervical ☐ Lumbar | ___min ___# | | | | | | | | | |

| Signature | W.Vela P.T./P.T.A. | W.Vela P.T./P.T.A. | Eli Melancon P.T./P.T.A. | Eli Melancon P.T./P.T.A. | P.T./P.T.A. | P.T./P.T.A. | Clara Restrepo R.W.Willis P.T./P.T.A. | P.T./P.T.A. | C.R. P.T./P.T.A. | P.T./P.T.A. |

NS # 4999                Page 2 of 2                Revised : 9/13/2006

# NORTH OAKS

## OUTPATIENT INTERDISCIPLINARY PATIENT/FAMILY EDUCATION

000322010
WARFORD,DORTISHA
08/20/94

**DEPARTMENT CODE:**

| | |
|---|---|
| N | Nursing |
| P | Pharmacy |
| PE | Patient Education |
| PR | Pulmonary Rehab |
| XR | Radiology |
| CM | Case Management |
| RT | Respiratory Therapy |
| ST | Speech Therapy |
| OT | Occupational Therapy |
| PT | Physical Therapy |
| CR | Cardiac Rehab |
| MNT | Medical Nutrition Therapy |
| WOC | WOCN Services |
| AUD | Audiologist |
| HHC | Heart Health Center |

**CONTENT AREA:**

1. Illness/Disease
2. Medications
3. Diet
4. Food-Drug
5. Activity
6. Safety
7. Equipment
8. Treatment/Diagnostic
9. Home Care
10. Precip Instructions
11. Discharge Instructions
12. Community Resource
13. Basic Health Practices
14. Pain Management
15. Other:_____

**READINESS TO LEARN:**

A = Active
P = Passive
R = Refused
PC = Poor Concentration

**PERSONS PRESENT:**

Pt = Patient
S = Spouse
CG = Caregiver
SO = Significant Other
P = Parent
OR = Other Relative

**TEACHING METHOD:**

Exp = Explanation
AV = Audiovisual
D = Demonstration
H = Handout/Pamphlet
G = Group/Class
T = Translator Service
MM = Materials Mailed
CC = Patient Education Channel

**EVIDENCE OF LEARNING:**

V = Verbalizes
1. None
2. Language Barrier
3. Cultural/Religious Practices
4. Emotional Barrier
5. Physical/Cognitive Limitations
6. Desire/Motivation to Learn
7. Financial Implications
8. Literacy/Education Level
9. Learning Preferences
10. Sedation

V = Verbalizes Understanding
D = Demonstrates without Assistance
DA = Demonstrates with Assistance
N = No Evidence of Learning
NR = Needs Re-instruction

**BARRIERS TO LEARNING:**

1. None
2. Language Barrier
3. Cultural/Religious Practices
4. Emotional Barrier
5. Physical/Cognitive Limitations
6. Desire/Motivation to Learn
7. Financial Implications
8. Literacy/Education Level
9. Learning Preferences
10. Sedation

| DEPT CODE | DATE/TIME | CONTENT AREA | CONTENT TAUGHT (CLARIFY) | READINESS TO LEARN | PERSONS PRESENT | TEACHING METHOD | EVIDENCE OF LEARNING | BARRIERS CONSIDERED | SIGNATURE/TITLE |
|---|---|---|---|---|---|---|---|---|---|
| PT | 10/20/06 | 15 | Role of PT goals. Pain scale ("wong-baker") | A | Pt/CG | Exp, H | V | 1 | [signature] PT |

NS# 4037.2 • 3/1/2006



P.O. Box 2668
Hammond, LA 70404
Phone: (985) 230-6160
Fax: (985) 230-6428
www.northoaks.org

## Physical Therapy Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | DORTISHA WARFORD | **Date:** | 12/20/2006 |
| **Patient #:** | 000322010 | **PCP:** | Physician Unknown |
| **Birth Date:** | 08/20/1994 | **Referral Source:** | RODERICK CHANDLER. M.D. |
| **Age:** | 12 years 4 months | **Therapist:** | Candace Mixon, PT |
| **Gender:** | Female | | |
| **Patient Type:** | Adult | | |

**Patient Address:** PO BOX 423, AMITE, LA 70422
**Type of Insurance:** Medicaid

**Insurance Exp.:** 12/20/2006
**Prescription Exp.:** 12/20/2006

**Approved Visits Left:** 16
**End Date:**
**Additional Insurance:** Exempt

| Services Provided | | Time | Charge Units | C/D |
|---|---|---|---|---|
| PT PROCEDURE (1-15M) 97110 | T | 55 | 4 | |

**Treatment Time Option #3**
**Total Session Length (min):** 65

## Progress Note

DORTISHA continues to progress towards goals with established treatment plan.

*Candace Mixon, PT*
*License number 06939*
*This document was electronically signed on 12/20/2006.*



NORTH OAKS

P.O. Box 2668
Hammond, LA 70404
Phone: (985) 230-6160
Fax: (985) 230-6428
www.northoaks.org

## Physical Therapy Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | DORTISHA WARFORD | **Date:** | 12/20/2006 |
| **Patient #:** | 000322010 | **PCP:** | Physician Unknown |
| **Birth Date:** | 08/20/1994 | **Referral Source:** | RODERICK CHANDLER, M.D. |
| **Age:** | 12 years 4 months | **Therapist:** | Jessica Melancon, MPT |
| **Patient Type:** | Adult | | |

**Progress Note**

Pt has met all functional goals at this time. Will D/C from PT with goals met.

*Jessica Melancon, MPT*
*License number 04697*
*This document was electronically signed on 12/20/2006.*



**NORTHOAKS**

P.O. Box 2668
Hammond, LA 70404
Phone: (985) 230-6160
Fax: (985) 230-6428
www.northoaks.org

## Physical Therapy Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | DORTISHA WARFORD | **Date:** | 12/06/2006 |
| **Billing #:** | 0632300010 | | |
| **Patient #:** | 000322010 | **PCP:** | Physician Unknown |
| **Birth Date:** | 08/20/1994 | **Referral Source:** | RODERICK CHANDLER. M.D. |
| **Age:** | 12 years 3 months | **Therapist:** | Jessica Melancon. MPT |
| **Gender:** | Female | | |
| **Patient Type:** | Adult | | |

**Patient Address:** PO BOX 423, AMITE, LA 70422
**Type of Insurance:** Medicaid

**Insurance Exp.:** 12/20/2006
**Prescription Exp.:** 12/20/2006

**Approved Visits Left:** 18
**End Date:**
**Additional Insurance:** Exempt

| Services Provided | | Time | Charge Units | C/D |
|---|---|---|---|---|
| PT PROCEDURE (1-15M) 97110 | T | 45 | 3 | |
| PT COLD PACK 97010 | T | 10 | 1 | |

**Treatment Time Option #3**
**Total Session Length (min):** 60

**Progress Note**
DORTISHA continues to progress towards goals with established treatment plan.

*Jessica Melancon, MPT*
*License number 04697*
*This document was electronically signed on 12/06/2006.*



**NORTH OAKS**

P.O. Box 2668
Hammond, LA 70404
Phone: (985) 230-6160
Fax: (985) 230-6428
www.northoaks.org

## Physical Therapy Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | DORTISHA WARFORD | **Date:** | 11/29/2006 |
| **Billing #:** | 0632300010 | | |
| **Patient #:** | 000322010 | **PCP:** | Physician Unknown |
| **Birth Date:** | 08/20/1994 | **Referral Source:** | RODERICK CHANDLER. M.D. |
| **Age:** | 12 years 3 months | **Therapist:** | Jessica Melancon, MPT |
| **Gender:** | Female | | |
| **Patient Type:** | Adult | | |

| | |
|---|---|
| **Patient Address:** | PO BOX 423, AMITE, LA 70422 |
| **Type of Insurance:** | Medicaid |

| | | | |
|---|---|---|---|
| **Insurance Exp.:** | 12/20/2006 | **Approved Visits Left:** | 19 |
| **Prescription Exp.:** | 12/20/2006 | **End Date:** | |
| | | **Additional Insurance:** | Exempt |

| Services Provided | | Time | Charge Units | C/D |
|---|---|---|---|---|
| PT PROCEDURE (1-15M) 97110 | T | 60 | 4 | |
| PT COLD PACK 97010 | T | 10 | 1 | |

**Treatment Time Option #3**
**Total Session Length (min):** 75

**Progress Note**
DORTISHA continues to progress towards goals with established treatment plan.

Pt was able to complete treatment pain free.

*Jessica Melancon, MPT*
*License number 04697*
*This document was electronically signed on 11/29/2006.*



P.O. Box 2668
Hammond, LA 70404
Phone: (985) 230-6160
Fax: (985) 230-6428
www.northoaks.org

## Physical Therapy Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | DORTISHA WARFORD | **Date:** | 11/22/2006 |
| **Patient #:** | 000322010 | **PCP:** | Physician Unknown |
| **Birth Date:** | 08/20/1994 | **Referral Source:** | RODERICK CHANDLER, M.D. |
| **Age:** | 12 years 3 months | **Therapist:** | Jessica Melancon, MPT |
| **Patient Type:** | Adult | | |

**Progress Note**

Attempted to contact pt - left message.

*Jessica Melancon, MPT*
*License number 04697*
*This document was electronically signed on 11/22/2006.*

12/29/2006 DORTISHA WAF      RD - 000322010



P.O. Box 2668
Hammond, LA 70404
Phone: (985) 230-6160
Fax: (985) 230-6428
www.northoaks.org

## Physical Therapy Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | DORTISHA WARFORD | **Date:** | 11/17/2006 |
| **Billing #:** | 0627600427 | | |
| **Patient #:** | 000322010 | **PCP:** | Physician Unknown |
| **Birth Date:** | 08/20/1994 | **Referral Source:** | RODERICK CHANDLER. M.D. |
| **Age:** | 12 years 2 months | **Therapist:** | Jessica Melancon, MPT |
| **Gender:** | Female | | |
| **Patient Type:** | Adult | | |

**Patient Address:** PO BOX 423, AMITE, LA 70422
**Type of Insurance:** Medicaid

**Insurance Exp.:** 12/20/2006
**Prescription Exp.:** 12/20/2006

**Approved Visits Left:** 20
**End Date:**
**Additional Insurance:** Exempt

| Services Provided | | Time | Charge Units | C/D |
|---|---|---|---|---|
| PT PROCEDURE (1-15M) 97110 | T | 55 | 4 | |
| PT COLD PACK 97010 | T | 10 | 1 | |

**Treatment Time Option #3**
**Total Session Length (min):** 70

**Progress Note**
DORTISHA continues to progress towards goals with established treatment plan.

Responding well to stabilization taping.

*Jessica Melancon, MPT*
*License number 04697*
*This document was electronically signed on 11/17/2006.*



**NORTHOAKS**

P.O. Box 2668
Hammond, LA 70404
Phone: (985) 230-6160
Fax: (985) 230-6428
www.northoaks.org

## Physical Therapy Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | DORTISHA WARFORD | **Date:** | 11/10/2006 |
| **Billing #:** | 0627600427 | | |
| **Patient #:** | 000322010 | **PCP:** | Physician Unknown |
| **Birth Date:** | 08/20/1994 | **Referral Source:** | RODERICK CHANDLER, M.D. |
| **Age:** | 12 years 2 months | **Therapist:** | Reagan McMillan, PT |
| **Gender:** | Female | | |
| **Patient Type:** | Adult | | |

**Patient Address:** PO BOX 423, AMITE, LA 70422
**Type of Insurance:** Medicaid

**Insurance Exp.:** 12/20/2006
**Prescription Exp.:** 12/20/2006

**Approved Visits Left:** 21
**End Date:**
**Additional Insurance:** Exempt

| Services Provided | Time | Charge Units | (/D) |
|---|---|---|---|
| PT PROCEDURE (1-15M) 97110 | 25 | 2 | |
| PT COLD PACK 97010 | 10 | 1 | |

**Treatment Time Option #3**
**Total Session Length (min):** 35

**Progress Note**
DORTISHA continues to progress towards goals with established treatment plan.

*Reagan McMillan, PT*
*License number 07091*
*This document was electronically signed on 11/10/2006.*

Page 1 of 1



P.O. Box 2668
Hammond, LA 70404
Phone: (985) 230-6160
Fax: (985) 230-6428
www.northoaks.org

## Physical Therapy Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | DORTISHA WARFORD | **Date:** | 11/08/2006 |
| **Patient #:** | 000322010 | **PCP:** | Physician Unknown |
| **Birth Date:** | 08/20/1994 | **Referral Source:** | RODERICK CHANDLER. M.D. |
| **Age:** | 12 years 2 months | **Therapist:** | Clare Restrepo, PT |
| **Gender:** | Female | | |
| **Patient Type:** | Adult | | |

**Patient Address:** PO BOX 423, AMITE, LA 70422
**Type of Insurance:** Medicaid

**Insurance Exp.:** 12/20/2006
**Prescription Exp.:** 12/20/2006

**Approved Visits Left:** 22
**End Date:**
**Additional Insurance:** Exempt

| Services Provided | Time | Charge Units | C/D |
|---|---|---|---|
| PT PROCEDURE (1-15M) 97110 | T | 030 | 2 | |

**Treatment Time Option #3**
**Total Session Length (min):** 30

## Progress Note

DORTISHA continues to progress towards goals with established treatment plan.

*Clare Restrepo, PT*
*License number 293*
*This document was electronically signed on 11/08/2006.*



P.O. Box 2668
Hammond, LA 70404
Phone: (985) 230-6160
Fax: (985) 230-6428
www.northoaks.org

## Physical Therapy Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | DORTISHA WARFORD | **Date:** | 11/08/2006 |
| **Billing #:** | 0627600427 | | |
| **Patient #:** | 000322010 | **PCP:** | Physician Unknown |
| **Birth Date:** | 08/20/1994 | **Referral Source:** | RODERICK CHANDLER, M.D. |
| **Age:** | 12 years 2 months | **Therapist:** | Reagan McMillan, PT |
| **Gender:** | Female | | |
| **Patient Type:** | Adult | | |
| **Patient Address:** | PO BOX 423, AMITE, LA 70422 | | |
| **Type of Insurance:** | Medicaid | | |
| **Insurance Exp.:** | 12/20/2006 | **Approved Visits Left:** 21 | |
| **Prescription Exp.:** | 12/20/2006 | **End Date:** | |
| | | **Additional Insurance:** Exempt | |

| Services Provided | | Time | Charge Units | C/D |
|---|---|---|---|---|
| PT PROCEDURE (1-15M) 97110 | T | 30 | 2 | |
| PT COLD PACK 97010 | T | 10 | 1 | |

**Treatment Time Option #3**
**Total Session Length (min):** 45

**Progress Note**
DORTISHA continues to progress towards goals with established treatment plan.

*Reagan McMillan, PT*
*License number 07091*
*This document was electronically signed on 11/08/2006.*



P.O. Box 2668
Hammond, LA 70404
Phone: (985) 230-6160
Fax: (985) 230-6428
www.northoaks.org

## Physical Therapy Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | DORTISHA WARFORD | **Date:** | 11/10/2006 |
| **Patient #:** | 000322010 | **PCP:** | Physician Unknown |
| **Birth Date:** | 08/20/1994 | **Referral Source:** | RODERICK CHANDLER, M.D. |
| **Age:** | 12 years 2 months | **Therapist:** | Clare Restrepo, PT |
| **Gender:** | Female | | |
| **Patient Type:** | Adult | | |

**Patient Address:** PO BOX 423, AMITE, LA 70422
**Type of Insurance:** Medicaid

**Insurance Exp.:** 12/20/2006
**Prescription Exp.:** 12/20/2006

**Approved Visits Left:** 21
**End Date:**
**Additional Insurance:** Exempt

| Services Provided | | Time | Charge Units | C/D |
|---|---|---|---|---|
| PT PROCEDURE (1-15M) 97110 | T | 030 | 2 | |

**Treatment Time Option #3**
**Total Session Length (min):** 30

## Progress Note
Continue with plan of care.

*Clare Restrepo, PT*
*License number 293*
*This document was electronically signed on 11/10/2006.*



P.O. Box 2668
Hammond, LA 70404
Phone: (985) 230-6160
Fax: (985) 230-6428
www.northoaks.org

**Physical Therapy Progress Note**

---

| | | | |
|---|---|---|---|
| **Patient Name:** | DORTISHA WARFORD | **Date:** | 11/03/2006 |
| **Patient #:** | 000322010 | **PCP:** | Physician Unknown |
| **Birth Date:** | 08/20/1994 | **Referral Source:** | RODERICK CHANDLER, MD |
| **Age:** | 12 years 2 months | **Therapist:** | Jessica Melancon, MPT |
| **Patient Type:** | Adult | | |

**Progress Note**

Attempted to contact pt - left message.

*Jessica Melancon, MPT*
*License number 04697*
*This document was electronically signed on 11/03/2006.*



# NORTH OAKS

P.O. Box 2668
Hammond, LA 70404
Phone: (985) 230-6160
Fax: (985) 230-6428
www.northoaks.org

### Physical Therapy Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | DORTISHA WARFORD | **Date:** | 11/01/2006 |
| **Billing #:** | 0627600427 | | |
| **Patient #:** | 000322010 | **PCP:** | Physician Unknown |
| **Birth Date:** | 08/20/1994 | **Referral Source:** | RODERICK CHANDLER, M.D. |
| **Age:** | 12 years 2 months | **Therapist:** | Jessica Melancon, MPT |
| **Gender:** | Female | | |
| **Patient Type:** | Adult | | |

**Patient Address:** PO BOX 423, AMITE, LA 70422
**Type of Insurance:** Medicaid

**Insurance Exp.:** 12/20/2006
**Prescription Exp.:** 12/20/2006

**Approved Visits Left:** 23
**End Date:**
**Additional Insurance:** Exempt

| Services Provided | Time | Charge Units | C/D |
|---|---|---|---|
| PT PROCEDURE (1-15M) 97110 | 40 | 3 | |
| PT COLD PACK 97010 | 10 | 1 | |

**Treatment Time Option #3**
**Total Session Length (min):** 60

**Progress Note**

DORTISHA continues to progress towards goals with established treatment plan.

Pt responded well to medial stabilization taping.

*Jessica Melancon, MPT*
*License number 04697*
*This document was electronically signed on 11/01/2006.*



P.O. Box 2668
Hammond, LA 70404
Phone: (985) 230-6160
Fax: (985) 230-6428
www.northoaks.org

## Physical Therapy Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | DORTISHA WARFORD | **Date:** | 10/27/2006 |
| **Billing #:** | 0627600427 | | |
| **Patient #:** | 000322010 | **PCP:** | Physician Unknown |
| **Birth Date:** | 08/20/1994 | **Referral Source:** | RODERICK CHANDLER, M.D. |
| **Age:** | 12 years 2 months | **Therapist:** | Allison T. Wetzel, PT |
| **Gender:** | Female | | |
| **Patient Type:** | Adult | | |

**Patient Address:** PO BOX 423, AMITE, LA 70422
**Type of Insurance:** Medicaid

**Insurance Exp.:** 12/20/2006
**Prescription Exp.:** 12/20/2006

**Approved Visits Left:** 24
**End Date:**
**Additional Insurance:** Exempt

| Services Provided | | Time | Charge Units | C/D |
|---|---|---|---|---|
| PT PROCEDURE (1-15M) 97110 | T | 40 | 3 | |
| PT COLD PACK 97010 | T | 15 | 1 | |

**Treatment Time Option #3**
**Total Session Length (min):** 60

### Progress Note

Pt with increased pain since eval. Pt with positive apley's compression test and meniscal tests. Pt with pain upon palpation on medial aspect of knee. Pt with weightbearing activities. Will attempt light AROM exercises; if no pain relief will refer to MD again.

*Allison T. Wetzel, PT*
*License number 06463*
*This document was electronically signed on 10/27/2006.*

10/23/2006 DORTISHA W/    )RD - 000322010

Page 1 of 1

 **NORTH OAKS**

P.O. Box 2668
Hammond, LA 70404
Phone: (985) 230-6160
Fax: (985) 230-6428
www.northoaks.org

## Physical Therapy Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | DORTISHA WARFORD | **Date:** | 10/20/2006 |
| **Billing #:** | 0627600427 | | |
| **Patient #:** | 000322010 | **PCP:** | Physician Unknown |
| **Birth Date:** | 08/20/1994 | **Referral Source:** | RODERICK CHANDLER, M.D. |
| **Age:** | 12 years 2 months | **Therapist:** | Jessica Melancon, MPT |
| **Gender:** | Female | | |
| **Patient Type:** | Adult | | |

| | |
|---|---|
| **Patient Address:** | PO BOX 423, AMITE, LA 70422 |
| **Type of Insurance:** | Medicaid |

**Insurance Exp.:**
**Prescription Exp.:**

**Approved Visits Left:** 1
**End Date:**
**Additional Insurance:** Exempt

| Services Provided | | Time | Charge Units | C/D |
|---|---|---|---|---|
| PT EVALUATION 97001 | T | 30 | 1 | |

**Treatment Time Option #3**
**Total Session Length (min):** 35

**Progress Note**
PT evaluation completed.


*Jessica Melancon, MPT*
*License number 04697*
*This document was electronically signed on 10/20/2006.*

SEP 29 '06 PM 4:5

# COMMUNITYCARE REFERRAL/AUTHORIZATION FORM

| (1) Patient Name: _Dortioka Warfor_ | (2) Medicaid ID Number: _5303704846403_ |
|---|---|
| (3) Address: _P.O. Box 423_ _Amite, LA 70422_ | (4) Date of Birth: _8/20/94_ |
| | (5) Telephone Number: _878-0502_ |
| (6) REFERRED TO: _Dr. Chandler_ | |

**Purpose For Referral/Authorization (select and complete section 7, 8 OR 9)**

**(7) Medical Referral** ☑

(7a) Diagnosis/Suspected Condition: _Right Knee Pain_

(7b) Scope of Referral/Comments: _Eval, Test, Treat_

(7c) Effective Date: From: _8/18/06_    Through: _2/18/07_
**(not to exceed 6 months except as specified on page 5-3 of the CommunityCARE Handbook)**

(7d) ☐ Approved: Referral/Authorization Number: _1949841_

(7e) ☐ Denied: Reason _____

_____

```
000322010
WARFORD,DORTISHA
08/20/94
```

**(8) Post ER Authorization** ☐

(8a) Presenting Symptoms: _____

_____

(8b) ☐ Approved: Referral/Authorization Number: _____
     Effective Date/Date of Service: _____

(8c) ☐ Denied (Presenting symptoms do not meet prudent layperson standard)

(8d) ☐ Need More Information (specify what additional information is needed): _____

**(9) Non-Medical Authorization** ☐

(9a) ☐ Administrative    (9b) ☐ Transitional (PCP Change-not to exceed 2 months)

Effective Date: From: _____    Through: _____

(9c) Referral/Authorization Number: _____

MultiPractice Clinic, Inc.
201 West Hip Street
P.O. Box 150
Independence, LA 70443
(985)878-0066

(10) CommunityCARE PCP Name: _____    _Fax (985) 878-0626_

(11) Address: _____    (12) Telephone Number: _____

**NOTE: If enrolled in CommunityCARE as a group, indicate group name; if enrolled as an individual provider, indicate individual physician name.**

(13) PCP Signature: _Roxette Davis, MD_    (14) Issue Date: _8/18/06_

Unauthorized use of a CommunityCARE PCP's provider number for billing purposes shall result in recovery by the Medicaid Program of all unauthorized reimbursements from the unauthorized billing physician/agency. Submission of a fraudulent claim is punishable by a fine and/or imprisonment.

**NORTH OAKS**
**Rehabilitation Services**
*An Affiliate of North Oaks Health System*

Allison

Name: Dortisha Warford
Phone: (985) 878-0502
Diagnosis: Patellar instability
Insurance: Medicaid

Date: 9/29/06
Date of Birth: 8/20/94

## PT ✓

- [✓] Evaluate and Treat
- [ ] Therapeutic Exercise
- [ ] Heat Modalities
- [ ] Cold Modalities
- [ ] Electrotherapy
- [ ] Wound Care
- [ ] Whirlpool
- [ ] Gait Training
- [ ] Traction
- [ ] Manual Therapy
- [ ] Home Instruction
- [ ] Phonophoresis with:
  - ( ) 10% hydrocortisone
  - ( ) ___% hydrocortisone
- [ ] Other: _____
- ___ Times/Wk for ___ Wks

## OT

- [ ] Evaluate and Treat
- [ ] Therapeutic Exercise
- [ ] Heat Modalities
- [ ] Cold Modalities
- [ ] Electrotherapy
- [ ] Splint Fabrication
- [ ] ADL Training
- [ ] Edema Control
- [ ] Home Instruction
- [ ] Wound Care
- [ ] Whirlpool
- [ ] Phonophoresis with:
  - ( ) 10% hydrocortisone
  - ( ) ___% hydrocortisone
- [ ] Other: _____
- ___ Times/Wk for ___ Wks

## ST

- [ ] Evaluate and Treat
- [ ] Speech/Language Therapy
- [ ] Laryngectomy Rehab
- [ ] Dysphagia Therapy
- [ ] Augmentative Comm.
- [ ] Videofluoroscopy
- [ ] FEES
- [ ] Home Instruction
- [ ] Other: _____
- ___ Times/Wk for ___ Wks

## AUD

- [ ] Basic Evaluation
- [ ] Impedance
- [ ] OAE
- [ ] ENG
- [ ] ABR
- [ ] Other: _____

000322010
WARFORD, DORTISHA
08/20/94

OCT 4 '06 PM 3:39

### Industrial Rehabilitation:

- [ ] Work Conditioning
- [ ] Ergonomic Assessment
- [ ] Job Analysis

- [ ] Work Hardening
- [ ] Functional Capacity Evaluation

### Women's Health:

- [ ] Incontinence
- [ ] Pelvic Pain

- [ ] Pregnancy

### Specialized Programs:

- [ ] Balance/Vestibular
- [ ] Aquatic Therapy – PT
- [ ] Aquatic Therapy – OT
- [ ] Driving Evaluation
- [ ] Wheelchair Clinic
- [ ] TMJ Dysfunction

- [ ] Prosthetics & Orthotics Clinic
- [ ] Lymphedema
- [ ] Foot Clinic
- [ ] LINK (Day Rehab Program)
- [ ] Incontinence
- [ ] Myofascial

*Therapist:* _____

Special Instructions/Precautions: _____

Please call + schedule thanks Lynn

*Physician's Signature:* _____ Chandler

2101 Robin Avenue, Suite 4 • Hammond, LA 70403 • Phone: 985-230-6160 • Fax: 985-230-6428 • www.northoaks.org

© 2005 North Oaks Health System

NS# 4282.6 • 8/15/2005

SEP 29 '06 AM 4:5?

### NORTH OAKS
## Rehabilitation Services
*An Affiliate of North Oaks Health System*

Name: __Dortisha Warford__

Phone: (___) 878-0502

Diagnosis: __Patellar instability__

Insurance: __Medicaid__

Date: 9-29-06

Date of Birth 8-20-9?

---

## PT

- [x] Evaluate and Treat
- [ ] Therapeutic Exercise
- [ ] Heat Modalities
- [ ] Cold Modalities
- [ ] Electrotherapy
- [ ] Wound Care
- [ ] Whirlpool
- [ ] Gait Training
- [ ] Traction
- [ ] Manual Therapy
- [ ] Home Instruction
- [ ] Phonophoresis with:
  - ( )10% hydrocortisone
  - ( )__% hydrocortisone
- [ ] Other:_____
- ___ Times/Wk for ___ Wks

## OT

- [ ] Evaluate and Treat
- [ ] Therapeutic Exercise
- [ ] Heat Modalities
- [ ] Cold Modalities
- [ ] Electrotherapy
- [ ] Splint Fabrication
- [ ] ADL Training
- [ ] Edema Control
- [ ] Home Instruction
- [ ] Wound Care
- [ ] Whirlpool
- [ ] Phonophoresis with:
  - ( )10% hydrocortisone
  - ( )__% hydrocortisone
- [ ] Other:_____
- ___ Times/Wk for ___ Wks

## ST

- [ ] Evaluate and Treat
- [ ] Speech/Language Therapy
- [ ] Laryngectomy Rehab
- [ ] Dysphagia Therapy
- [ ] Augmentative Comm.
- [ ] Videofluoroscopy
- [ ] FEES
- [ ] Home Instruction
- [ ] Other:_____
- ___ Times/Wk for ___ Wks

## AUD

- [ ] Basic Evaluation
- [ ] Impedance
- [ ] OAE
- [ ] ENG
- [ ] ABR
- [ ] Other:_____

000322010
WARFORD,DORTISHA
08/20/94

---

### Industrial Rehabilitation:
- [ ] Work Conditioning
- [ ] Ergonomic Assessment
- [ ] Job Analysis
- [ ] Work Hardening
- [ ] Functional Capacity Evaluation

### Women's Health:
- [ ] Incontinence
- [ ] Pelvic Pain
- [ ] Pregnancy

### Specialized Programs:
- [ ] Balance/Vestibular
- [ ] Aquatic Therapy – PT
- [ ] Aquatic Therapy – OT
- [ ] Driving Evaluation
- [ ] Wheelchair Clinic
- [ ] TMJ Dysfunction
- [ ] Prosthetics & Orthotics Clinic
- [ ] Lymphedema
- [ ] Foot Clinic
- [ ] LINK (Day Rehab Program)
- [ ] Incontinence
- [ ] Myofascial

---

**Therapist:** _____

**Special Instructions/Precautions:** _____

*Please call & schedule thanks Lynn*

**Physician's Signature:** _Chandler_

2101 Robin Avenue, Suite 4 • Hammond, LA 70403 • Phone: 985-230-6160 • Fax: 985-230-6428 • www.northoaks.org

© 2006 North Oaks Health System

NS# 4282.6 • 8/15/2005