UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                            Case No.: 05-03817-3F1

Winn-Dixie Stores, Inc., et al.                        Chapter 11 – Jointly Administered

Reorganized Debtors
_____/

**APPLICATION OF GAIL KNIGHT FOR ALLOWANCE AND
PAYMENT OF ADMINISTRATIVE CLAIM**

Claimant, Gail Knight (the "Claimant"), by and through her undersigned counsel files this application for allowance and payment of an administrative expense priority claim and in support thereof states as follows:

1. On February 21, 2005, the Debtors commenced this bankruptcy case by filing a petition for relief under Chapter 11 of the United States Bankruptcy Code. The Debtors subsequently operated their businesses as debtors-in-possession.

2. On or about June 11, 2006, the Claimant was injured while shopping at a Winn-Dixie store located in 2540 Bearss Avenue, Tampa, Florida. The Claimant sustained her injuries on account of the negligence of the Debtors in the operation of their business.

3. The claim of a creditor who sustains injuries as a result of the negligence of a debtor-in-possession or trustee can be afforded administrative expense priority status under Section 503(b)(1) of the United States Bankruptcy Code. See 11 U.S.C. §503(b)(1); Reading Co. v. Brown, 391 U.S. 471 (1968) (awarding administrative expense priority status under predecessor to 11 U.S.C. §503(b) to claim for damage

1

arising from negligence of debtor's receiver); <u>Ala. Surface Mining Comm'n v. N.P. Mining Co., Inc. (In re N.P. Mining Col, Inc.)</u>, 963 F.2d 1449 (11th Cir. 1992) (following <u>Reading</u> in awarding administrative expense priority status under 11 U.S.C. §503(b) to claim for penalties for post-petition environmental contamination caused by Chapter 11 debtor-in-possession's business operations): <u>Piper Aircraft Corp. v. Calabro (In re Piper Aircraft Corp.)</u>, 169 B.R. 766 (Bankr. S.D. Fla. 1994).

4.  The Claimant seeks to have allowed and paid an administrative expense priority claim in the amount of $150,000.00.

WHEREFORE, Tina Beaulieu respectfully requests that the Court allow and award her an administrative expense priority claim in the amount of $150,000.00 and grant such other and further relief as might be deemed just, proper and equitable.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system and that it was served by U.S. Mail, postage prepaid, upon the following parties on this 5th day of January, 2007:

Matthew Barr  
Milbank Tweed Hadley & McCloy LLP  
1 Chase Manhattan Plaza  
New York, NY  10005

James Post  
Smith Hulsey & Busey  
225 Water Street, Suite 1800  
Jacksonville, FL  32202

D.J. Baker  
Skadden Arps Slate Meagher & Flom LLP  
Four Times Square  
New York, NY  10036

3

Respectfully submitted,

s/ Cally E. Catania
Cally E. Catania
Florida Bar Number: 773506
Dinan, Catania, LLC
13336 N. Central Avenue
Tampa, FL  33612
Telephone: (813) 964-8878
Facsimile: (813) 964-8879
Cally@CallyCataniaLaw.com
Counsel for Claimant Gail Knight