IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 05-03817-3F1

IN RE:                                                        Chapter 11

WINN-DIXIE STORES, INC., et. al          Jointly Administered

     Debtor

_____/

### APPLICATION FOR PAYMENT OF UNSECURED POSTPETITION CLAIM

Claimant, DENISE GOLSTEIN, by and through undersigned counsel, hereby files this application for payment of unsecured postpetition claim pursuant to the Court's Order of December 6, 2006 and would show as follows:

1. DENISE GOLSTEIN is the holder of an unsecured claim against the Debtor arising from personal injuries incurred on June 5, 2006.

2. Ms. GOLSTEIN's claim is unliquidated and is estimated to be valued at $175,000.00. A copy of the GOLSTEIN Proof of Claim is attached hereto as Exhibit "A".

3. Claimant believes that her claim is covered by insurance maintained by the debtor.

WHEREFORE claimant, DENISE GOLSTEIN hereby requests that such unsecured postpetition claim be paid.

I hereby certify that I am admitted to the bar of the United Stated District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**CERTIFICATE OF SERVICE**

      I hereby certify that true and correct copy of the foregoing has been sent by telefax, e-mail and U.S. Mail to James Post, Esq., Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 (e-mail jpost@smithhulsey.com) (telefax 904) 359-7708, Counsel for the reorganized Debtor, Matthew Barr, Esq. Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (E-mail: mbarr@milbank.com) (telefax 212) 822-5194, Counsel for the Post Effective Date Committee this ____ day of January, 2007.

      __Jeffrey A. Sarrow, Esq._____
      JEFFREY A. SARROW, P.A.
      Attorney for Applicant, DENISE GOLSTEIN
      300 South Pine Island Road
      Suite 304
      Plantation, FL 33324