UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

Winn-Dixie Stores, Inc. et al

Reorganized Debtors

Case No. 05-03817-3F1

Chapter 11

Jointly Administrated

## MOTION FOR ADIMINSTRATIVE EXPENSES CLAIM

**NOW INTO COURT** comes, Sharon Robinson, the claimant herein and resides at 55055 Mashon Road, Independence, LA 70443, and respectfully submits:

2.

The debtor is indebted to the claimant in the sum of $7,990.00

3.

The grounds for liability are due to injuries sustained on May 10, 2006. The claim consists of medical bills in the amount of $1,990.00. General damages for past, present and future pain and suffering in the amount of Six Thousand Dollars. Claimant was penned to a freezer by a customer in a motorized cart.

4.

No judgment has been rendered.

5.

This claim is not subject to any setoff.

6.

No security interest is held.

7.

This claim is a general unsecured claim.

RESPECTFULLY SUBMITTED:

*/s/ Sharon Robinson*

SHARON ROBINSON
IN PROPER PERSON
55055 MASHON ROAD
INDEPENDENCE, LA 70443

## CERTIFICATE OF SERVICE

**I HEREBY** certify that a copy of the above and foregoing has been forwarded to the following:

James Post
Smith Husley & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

Matthew Barr
Barr, Milbank, Tweed Hadley & McCloy LLC
1 Chase Manhattan Plaza
New York, NY 10005

via U.S. Mail, properly addressed, postage prepaid this 4TH day of January, 2007, Independence, Louisiana 70443.

_____
SHARON ROBINSON



**ANTHON CHIROPRACTIC CARE**

DR. GEORGE ANTHON, JR.
105 SOUTH CHERRY
HAMMOND, LA 70403
985-542-1640

June 6, 2006

Cassandra Butler
Attorney at Law
P.O. Box 407
Independence, LA 70443

RE: Robinson, Sharon
DOA: 05/10/06

Dear Ms. Butler,

On information and belief recently obtained by this office, it is our understanding that you represent Sharon Robinson, of Independence, LA, in a personal injury action arising out of a accident which occurred on 05/10/06, and for which Winn-Dixie and Ms. Robinson are allegedly liable. This correspondence will serve as formal written notice that Dr. George Anthon, Jr. has a lien and/or privilege for professional services rendered over any settlement amounts and/or judgments obtained regarding the above referenced accident, pursuant to LSA-R.S. 9:4751 et seq.

The amount due and owed to Dr. George Anthon, Jr., as a result of professional services and health care rendered to Sharon Robinson, at the time of this correspondence, totals $1000.00. However, because treatment in this matter is not yet complete, the costs of ongoing professional services and health care will continue to accrue.

This correspondence will serve as formal written notice, pursuant to LSA-R.S. 9:4753, of our intent to perfect this lien and/or privilege which arising out of professional services rendered in connection with the above referred to personal injury sustained by Sharon Robinson.

We ask that in the event settlement is procured or judgment is collected that this lien and/or privilege be recognized and full payment be submitted to:

> Dr. George Anthon, Jr.
> 105 South Cherry Street
> Hammond, Louisiana 70403

Enclosed you will find a copy of this correspondence which we ask that you execute at the appropriate location and thereby acknowledge receipt of this formal written notification pursuant to statute. This will avoid the necessity of a formal intervention. Your cooperation and assistance in this matter is greatly appreciated.

With kindest personal regards, I remain

Sincerely,

Dr. George Anthon, Jr.

ACKNOWLEDGED AND RECEIVED

this _____ day of _____, 199_.

By: _____
    Attorney

ANTHON CHIROPRACTIC CARE
DR. GEORGE ANTHON, JR.
105 SOUTH CHERRY STREET
HAMMOND, LOUISIANA 70403
(504)542-1640

April 9, 1999

Ms. Cassandra Butler
Attorney at Law
P.O. Box 407
Independence, LA 70443

RE: Robinson, Sharon     FIRST BRIEF REPORT
DOA: 03/31/99

Dear Ms. Butler,

     Ms. Robinson was seen in this clinic on 04/08/99 for injuries sustained in a personal injury accident which occurred on 03/31/99.

Chief complaints as related by patient on initial exam:

1. Low Back Pain
2. Neck Pain
3. Right & Left Leg Pain
4. Headaches
5. Left Arm Pain & Numbness
6. Right & Left Shoulder Pain
7. Mid Back Pain

Tentative Diagnosis:

1. Acute Moderate Cervical Sprain
2. Acute Moderate Thoracic Sprain
3. Acute Moderate Lumbar Sprain

Prognosis:

     It is too early to determine at this time due to the nature of the condition. A re-examination will be done at the end of the therapy session and an update of findings will be sent at that time.

Treatment Plan:

If any further information is needed on this patient, please do not hesitate to contact me at my office.

Respectfully,

*[signature]*

Dr. George Anthon, Jr.

GA/ss

# ITEMIZED STATEMENT

CASSANDRA BUTLER
ATTORNEY AT LAW
P.O. BOX 407
INDEPENDENCE LA 70443

CLAIM NO:
ADJUSTER:
EMPLOYER:

PATIENT:
SHARON F ROBINSON 9912 PII
PO BOX 843
INDEPENDENCE, LA 70443

BIRTHDAY: 10-22-1964
SEX: F
RELATIONSHIP:

INSURED:
I.D.#
GROUP

OTHER INSURANCE:

WORK INJURY: NO
AUTO ACCIDENT: NO

INSUREDS ADDRESS:
,

RELEASE OF INFORMATION: ON FILE
ASSIGNMENT OF BENEFITS: ON FILE

ILLNESS/ACCIDENT DATE:
FIRST TREATMENT:

DIAGNOSIS:
847.2 LUMBAR SPRAIN OR STRAIN
844.8 SPRAIN/STRAIN - KNEE/LEG

| DATE | DESCRIPTION | PROC CODE | AMOUNT |
|---|---|---|---|
| 06-05-2006 | ELECTRICAL MUSCLE STIMULATION | 97014 | 30 00 |
| | | TOTAL | 1000 00 |

DATE: 06-06-2006

Employer ID No
72 1263497
Social Sec No
438066243

Anthon Chiropractic
105 S Cherry St
Hammond, LA 70403

Anthon Chiropractic

# ITEMIZED STATEMENT

CASSANDRA BUTLER  
ATTORNEY AT LAW  
P.O. BOX 407  
INDEPENDENCE LA 70443  

CLAIM NO:  
ADJUSTER:  
EMPLOYER:  

PATIENT:  
SHARON F ROBINSON 9912 PII  
PO BOX 843  
INDEPENDENCE, LA 70443  

BIRTHDAY: 10-22-1964  
SEX: F  
RELATIONSHIP:  

INSURED:  
I.D.#  
GROUP  

OTHER INSURANCE:  

WORK INJURY: NO  
AUTO ACCIDENT: NO  

INSUREDS ADDRESS:  
,  

RELEASE OF INFORMATION: ON FILE  
ILLNESS/ACCIDENT DATE:  

ASSIGNMENT OF BENEFITS: ON FILE  
FIRST TREATMENT:  

DIAGNOSIS:  
847.2 LUMBAR SPRAIN OR STRAIN  
844.8 SPRAIN/STRAIN - KNEE/LEG  

| DATE | DESCRIPTION | PROC CODE | AMOUNT |
|---|---|---|---|
| 05-11-2006 | DETAILED OFFICE VISIT | 99203 25 | 120 00 |
| 05-11-2006 | ADJUSTMENT | 98940 | 50 00 |
| 05-11-2006 | INTERSEGMENTAL TRACTION | 97012 | 30 00 |
| 05-11-2006 | ELECTRICAL MUSCLE STIMULATION | 97014 | 30 00 |
| 05-12-2006 | ADJUSTMENT | 98940 | 50 00 |
| 05-12-2006 | INTERSEGMENTAL TRACTION | 97012 | 30 00 |
| 05-12-2006 | ELECTRICAL MUSCLE STIMULATION | 97014 | 30 00 |
| 05-15-2006 | ADJUSTMENT | 98940 | 50 00 |
| 05-15-2006 | INTERSEGMENTAL TRACTION | 97012 | 30 00 |
| 05-15-2006 | ELECTRICAL MUSCLE STIMULATION | 97014 | 30 00 |
| 05-19-2006 | ADJUSTMENT | 98940 | 50 00 |
| 05-19-2006 | INTERSEGMENTAL TRACTION | 97012 | 30 00 |
| 05-19-2006 | ELECTRICAL MUSCLE STIMULATION | 97014 | 30 00 |
| 05-24-2006 | ADJUSTMENT | 98940 | 50 00 |
| 05-24-2006 | INTERSEGMENTAL TRACTION | 97012 | 30 00 |
| 05-24-2006 | ELECTRICAL MUSCLE STIMULATION | 97014 | 30 00 |
| 05-25-2006 | ADJUSTMENT | 98940 | 50 00 |
| 05-25-2006 | INTERSEGMENTAL TRACTION | 97012 | 30 00 |
| 05-25-2006 | ELECTRICAL MUSCLE STIMULATION | 97014 | 30 00 |
| 05-31-2006 | ADJUSTMENT | 98940 | 50 00 |
| 05-31-2006 | INTERSEGMENTAL TRACTION | 97012 | 30 00 |
| 05-31-2006 | ELECTRICAL MUSCLE STIMULATION | 97014 | 30 00 |
| 06-05-2006 | ADJUSTMENT | 98940 | 50 00 |
| 06-05-2006 | INTERSEGMENTAL TRACTION | 97012 | 30 00 |

Continued...

06-06-2006

Account No: 9912

Anthon Chiropractic  
105 S Cherry St  
Hammond, LA 70403

ITEMIZED STATEMENT

CASSANDRA BUTLER  
ATTORNEY AT LAW  
P.O. BOX 407  
INDEPENDENCE LA 70443

CLAIM NO:  
ADJUSTER:  
EMPLOYER:

PATIENT:  
SHARON F ROBINSON 9912 PII  
PO BOX 843  
INDEPENDENCE, LA 70443

BIRTHDAY:  
10-22-1964  
SEX: F  
RELATIONSHIP:

INSURED:  
I.D.#  
GROUP

OTHER INSURANCE:

WORK INJURY: NO    INSUREDS ADDRESS:

AUTO ACCIDENT: NO

RELEASE OF INFORMATION: ON FILE    ASSIGNMENT OF BENEFITS: ON FILE

ILLNESS/ACCIDENT DATE:    FIRST TREATMENT:

DIAGNOSIS:  
  847.2 LUMBAR SPRAIN OR STRAIN  
  844.8 SPRAIN/STRAIN - KNEE/LEG

| DATE | DESCRIPTION | PROC CODE | AMOUNT |
|---|---|---|---|
| 07-11-2006 | ADJUSTMENT | 98940 | 50.00 |
| 07-11-2006 | INTERSEGMENTAL TRACTION | 97012 | 35.00 |
| 07-11-2006 | ELECTRICAL MUSCLE STIMULATION | 97014 | 30.00 |
| 07-19-2006 | ADJUSTMENT | 98940 | 55.00 |
| 07-19-2006 | INTERSEGMENTAL TRACTION | 97012 | 35.00 |
| 07-19-2006 | ELECTRICAL MUSCLE STIMULATION | 97014 | 30.00 |

TOTAL    220.00

**CURRENT MONTH**

JUL - - 2006

**CHARGES ONLY**

DATE: 08-01-2006    Employer ID No  Anthon Chiropractic Care  
                    72 1263497      105 S Cherry St  
                    Social Sec No   Hammond, LA 70403  
                    438066243

# ITEMIZED STATEMENT

CASSANDRA BUTLER  
ATTORNEY AT LAW  
P.O. BOX 407  
INDEPENDENCE LA 70443

CLAIM NO:  
ADJUSTER:  
EMPLOYER:

PATIENT:  
SHARON F ROBINSON 9912 PII  
PO BOX 843  
INDEPENDENCE, LA 70443

BIRTHDAY: 10-22-1964  
SEX: F  
RELATIONSHIP:

INSURED:  
I.D.#  
GROUP

OTHER INSURANCE:

WORK INJURY: NO  
AUTO ACCIDENT: NO

INSUREDS ADDRESS:

RELEASE OF INFORMATION: ON FILE          ASSIGNMENT OF BENEFITS: ON FILE

ILLNESS/ACCIDENT DATE:                    FIRST TREATMENT:

DIAGNOSIS:  
847.2 LUMBAR SPRAIN OR STRAIN  
844.8 SPRAIN/STRAIN - KNEE/LEG

| DATE | DESCRIPTION | PROC CODE | AMOUNT |
|---|---|---|---|
| 08-02-2006 | ADJUSTMENT | 98940 | 50 00 |
| 08-02-2006 | INTERSEGMENTAL TRACTION | 97012 | 30 00 |
| 08-02-2006 | ELECTRICAL MUSCLE STIMULATION | 97014 | 30 00 |
| 08-21-2006 | ADJUSTMENT | 98940 | 50 00 |
| 08-21-2006 | INTERSEGMENTAL TRACTION | 97012 | 30 00 |
| 08-21-2006 | ELECTRICAL MUSCLE STIMULATION | 97014 | 30 00 |
| 08-23-2006 | ADJUSTMENT | 98940 | 50 00 |
| 08-23-2006 | INTERSEGMENTAL TRACTION | 97012 | 30 00 |
| 08-23-2006 | ELECTRICAL MUSCLE STIMULATION | 97014 | 30 00 |

TOTAL     CURRENT MONTH    330 00

AUG - - 2006

**CHARGES ONLY**

DATE: 08-31-2006

Employer ID No 72 1263497  
Social Sec No 438066243

Anthon Chiropractic Care  
105 S Cherry St  
Hammond, LA 70403