LAW OFFICES
# CARLOCK, COPELAND, SEMLER & STAIR, LLP
A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

2600 MARQUIS TWO TOWER
285 PEACHTREE CENTER AVENUE
ATLANTA, GEORGIA 30303-1235
(404) 522-8220

MAILING ADDRESS
P.O. BOX 56887
ATLANTA, GEORGIA
30343-0887

TELECOPIER
(404) 523-2345
(404) 222-9482

FEDERAL I.D. NUMBER
58-1478339

Sedgwick CMS
P.O. Box 24787
Jacksonville, FL 32241-4787
ATTN: C. Everett Brooks

October 23, 2006

Invoice # 137548

RE: Key, Bruce v. Winn-Dixie Stores d/b/a Winn Dixie Marketplace #439
    Date of Loss        05/01/2004
    Claim Number       A411205755-0001-01
    Insured            Winn Dixie Montgomery, Inc.
    Our File Number    2603-30018
    Civil Action File # SU05-CV309

Statement for Services Rendered:

07/31/06 CMA  Spoke with Tana Copeland about scheduling mediation (.1 hrs); Spoke with Everett Brooks about mediation and what we need to do to prepare (.3 hrs); Spoke with Tana Copeland about reserving date in November if Plaintiff fails to provide us with records (.1 hrs); Spoke with Gary Bruce about need to supply us with medical records and move mediation to November (.2 hrs); Spoke with Everett Brooks about conversation with Gary Bruce (.2 hrs); Dictate letter to Gary Bruce concerning medicals (.2 hrs)    1.10    143.00

08/04/06 CMA  Dictate letter to Everett Brooks forwarding copy of Key's medical records received from Bruce (.2 hrs); Quick review of medicals produced by Bruce to see what was provided (.3 hrs); Discuss with Gary Bruce about what medicals he claims to have already provided WD (.1 hrs); Email to Everett Brooks requesting that he advise me what medicals he already has concerning Mr. Key (.1 hrs)    .70    91.00

08/17/06 CMA  Received and reviewed photographs of the plaintiff (.1 hrs)    .10    13.00

Exhibit A

Sedgwick CMS
Our File No. 030018
Page 2

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 08/18/06 | ALA | Telephone call to opposing counsel regarding mediation (.2) | .20 | 30.00 |
| 08/22/06 | CMA | Received and reviewed medical records from Sedgewick concerning Bruce Key (.5 hrs); Dictate letter to Gary Bruce requesting update on his efforts to collect medical records (.2 hrs) | .70 | 91.00 |
| 08/30/06 | CMA | Draft medical authorization to the Medical Center (.2 hrs); Draft medical authorization to River City Orthopaedics (.1 hrs); Draft medical authorization to Columbus Fire and EMS (.1 hrs); Draft medical authorization to American Metro Radiology Associates (.1 hrs); Draft medical authorization to Emergency Phys TMC (.1 hrs); Draft medical authorization to Southeastern Home Oxygen (.1 hrs); Dictate letter to Gary Bruce forwarding copies of authorizations (.2 hrs) | .90 | 117.00 |
| 09/07/06 | CMA | Conducting research on obligation owed by owner/occupier of land to invitee in preparing mediation report (.8 hrs) | .80 | 104.00 |
| 09/08/06 | PMM | Prepare letter to Judge re trial calendar (.1) | .10 | 7.00 |
| 09/11/06 | CMA | Conducting research on obligation of invitee to discover hazards in preparing mediation report (.9 hrs) | .90 | 117.00 |
| 09/12/06 | CMA | Continued conducting research on obligation owed by owner/occupier of land to invitee (.3 hrs); Continued conducting research on obligation of invitee to discover hazards (.3 hrs); Conducting research on invitee's duty in encountering known hazard (1 hrs); Review claims file and medical records in anticipation of drafting mediation report (2.1 hrs); Drafting analysis section for issue of liability in mediation statement (.7 hrs); Draft statement of fact regarding issue (.7 hrs); Draft analysis section of damages (.6 hrs) | 5.70 | 741.00 |

Sedgwick CMS
Our File No. 030018
Page   3


| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 09/14/06 | ALA | Review medical records to work on mediation report (.4) | .40 | 60.00 |
| 09/14/06 | CMA | Completed initial draft of mediation report (1.7 hrs); Dictate letter to Gary Bruce concerning releases (.2 hrs) | 1.90 | 247.00 |
| 09/18/06 | DBR | Attend docket call in Superior Court of Muscogee County, GA. | .40 | 52.00 |
| 09/19/06 | ALA | Work on pre-mediation report (1.6) telephone call to opposing counsel regarding status of producing medical records regarding prior incident and his request to depose treating doctor (.2) | 1.80 | 270.00 |
| 09/22/06 | ALA | Receipt and analyze medical records from Dr. Alexander regarding plaintiff's pre-incident condition and e-mail to claims representative regarding same and inquiry whether we want to have medical records reviewed by knee orthopedic specialist (1.2) e-mail to claims representative re summary of Dr. Alexander's records and suggestion for future handling (.5) | 1.70 | 255.00 |
| 09/25/06 | ALA | E-mail from claims representative regarding review of medical records by doctor (.1) | .10 | 15.00 |
| 09/29/06 | ALA | Telephone call to Dr. Bishop regarding review of records / films re plaintiff and opinions related to total knee replacement surgery (.3) | .30 | 45.00 |

FEES:

Partner
    Appel, Adam L.          4.50  hours at $150.00 per hour       $675.00
Associate
    Adams, Clayton M.       12.80 hours at $130.00 per hour     $1,664.00
    Ranieri, David B.        .40  hours at $130.00 per hour        $52.00
Paralegal
    Munroe, Paula M.         .10  hours at  $70.00 per hour         $7.00

                                  FEES                              $2,398.00

                              TOTAL FEES                        $2,398.00
                                                                ---------------

Sedgwick CMS
Our File No. 030018
Page  4

EXPENSES:

| | |
|---|---:|
| Photocopying<br>Rate=0.15  Quantity=92 | 13.80 |
| Telecommunications<br>Rate=0.50  Quantity=6 | 3.00 |
| Southeastern Home Oxygen Service, Inc. Medical records on Bruce Myron Key | 25.00 |
| TOTAL EXPENSES | $41.80 |
| TOTAL FEES AND EXPENSES | $2,439.80 |
| TOTAL DUE | $2,439.80 |

LAW OFFICES
# CARLOCK, COPELAND, SEMLER & STAIR, LLP

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
2600 MARQUIS TWO TOWER
285 PEACHTREE CENTER AVENUE
ATLANTA, GEORGIA 30303-1235
(404) 522-8220

MAILING ADDRESS
P.O. BOX 56887
ATLANTA, GEORGIA
30343-0887

TELECOPIER
(404) 523-2345
(404) 222-9482

FEDERAL I.D. NUMBER
58-1478339

Sedgwick CMS                                                          December 19, 2006
P.O. Box 24787
Jacksonville, FL 32241-4787                                           Invoice # 139666
ATTN: C. Everett Brooks

RE:  Key, Bruce v. Winn-Dixie Stores d/b/a Winn Dixie
     Marketplace #439
     Date of Loss          05/01/2004
     Claim Number          A411205755-0001-01
     Insured               Winn Dixie Montgomery, Inc.
     Our File Number       2603-30018
     Civil Action File #   SU05-CV309

Statement for Services Rendered:

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/05/06 | PMM | Create medical provider chart and billing expense tracking page, enter Southeastern Home Oxygen medical and billing records received (.7) | .70 | 49.00 |
| 10/12/06 | ALA | Receipt and review of additional medical records on plaintiff and work on revised mediation / evaluation statement to claims representative (1.2) | 1.20 | 180.00 |
| 10/13/06 | ALA | Telephone call to and from opposing counsel regarding his request for deposition of Dr. Alexander and possible informal meeting with the doctor to discuss plaintiff's medical condition and discuss upcoming mediation (.3) finalize mediation and evaluation report (1.5) | 1.80 | 270.00 |
| 10/13/06 | PMM | Prepare letter and fax to Gray Bruce with medical releases for Dr. Leland McCluskey and Dr. George Zimmerman (.3) | .30 | 21.00 |
| 10/16/06 | ALA | Finalize mediation report (.3) | .30 | 45.00 |
| 10/17/06 | ALA | E-mail to claims representative regarding mediation statement (.1) | .10 | 15.00 |

```
Sedgwick CMS
Our File No. 030018
Page   2
```

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/23/06 | ALA | Receipt and review the x-rays from Dr. Alexander (.4) | .40 | 60.00 |
| 10/25/06 | PMM | Telephone conferences with Judy of Smart Documents re radiology requested (.2) | .20 | 14.00 |
| 10/30/06 | PMM | Numerous attempts to telephone Rivercity Orthopaedics re missing 12-22-03 MRI (.4) telephone conferences with Rivercity's answering service to contact office re same (.2) prepare fax to Rivercity Orthopaedics re same (.1) | .70 | 49.00 |
| 10/31/06 | ALA | Telephone call from opposing counsel regarding mediation, meeting with Dr. Alexander and our request for records from doctors who did second opinions (.3) e-mail to claims representative regarding mediation (.1) | .40 | 60.00 |
| 11/01/06 | ALA | Telephone call to opposing counsel regarding his client's refusal to release records and regarding mediation process and trial process (.3) | .30 | 45.00 |
| 11/01/06 | PMM | Telephone conference with The Medical Center re radiology, medical and billing records requested (.3) telephone conference with Rivercity Orthopaedic re radiology, medical and billing records requested (.2) | .50 | 35.00 |
| 11/02/06 | ALA | E-mail regarding mediation (.1) telephone call from opposing counsel regarding mediation issues (.2) | .30 | 45.00 |
| 11/03/06 | ALA | Telephone call to claims representative regarding status of case investigation and difficulty in obtaining medical records and discuss risks to plaintiff (.3) telephone call to opposing counsel re advise of same and that mediation cannot be set until full disclosure of medical records and risk associated with the delay (.3) letter from opposing counsel regarding withdrawal of authorization to obtain medical records (.1) letter to opposing counsel | 1.10 | 165.00 |

Sedgwick CMS  
Our File No. 030018  
Page 3

        regarding failure of his client to mediate in good faith and risk associated with delayed mediation (.4)

FEES:

Partner  
    Appel, Adam L.          5.90 hours at $150.00 per hour    $885.00

Paralegal  
    Munroe, Paula M.       2.40 hours at $70.00 per hour     $168.00

                    FEES                        $1,053.00

                    TOTAL FEES               $1,053.00

EXPENSES:

| Description | Amount |
|---|---:|
| Long Distance Telephone | 1.38 |
| Photocopying Rate=0.15 Quantity=1841 | 276.15 |
| Telecommunications Rate=0.50 Quantity=1 | 0.50 |
| Discovery Support Services for copies of medical records from River City Orthopaedics and Spine on B. M. Key, 2603-30018 | 37.11 |
| Smart Corporation for copies of medical records from The Medical Center on B.M. Key, 2603-30018 | 83.66 |
| Columbus Diagnostic Center for x-ray film duplication, 2603-30018 | 180.00 |
| The Medical Center for copies of medical records,. 2603-30018 | 108.00 |
| Smart Corporation for copies of medical records from The Medical Center on B. M. Key., 2603-30018 | 720.52 |
| Team Health, Inc. HCFS Medical records on Bruce Myron Key | 10.00 |
| Federal Express | 17.82 |

                    TOTAL EXPENSES           $1,435.14

              TOTAL FEES AND EXPENSES     $2,488.14

                    TOTAL DUE                 $2,488.14