UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOAN BUECHNER,

      Plaintiff,

vs.                                                 Case No. 05-03817-3F1

                                                     Chapter 11

                                                     Jointly Administered

WINN-DIXIE STORES, INC., et al.

      Reorganized Debtors.
_____/

## PLAINTIFF'S MOTION FOR PAYMENT OF ADMINISTRATIVE EXPENSES

**NOW COME** Plaintiff, JOAN BUECHNER, through counsel, and pursuant to Sec. 503, of the United States Bankruptcy Code, hereby make this application to the Court and hereby requests payment of administrative expenses pursuant to a claim for personal injury regarding a slip and fall incident with injuries that occurred on Winn-Dixie's premises on June 3, 2006 in the City of Bradenton, Florida.  Attached as Exhibit 1, please find a recorded statement of Plainitiff taken by Sedwick Claims Management on behalf of Winn-Dixie Stores, Inc., discussing the facts related to this claim.  See also Exhibit 2, attached hereto, a final report from Taras Kochno, M.D. discussing the injuries sustained in said fall on June 3, 2006 on Winn-Dixie's premises.  Finally, please see the attached Exhibit 3, reflecting all outstanding medical expenses to date.  Please note some of the medical expenses have been paid by Plaintiff's private insurance carrier, AETNA, and a subrogation lien will be asserted against this claim.

For the above stated purposes, Plaintiffs requests this Court order Administrative Expenses in the amount of $ 50,000.00 to Plaintiff in compensation for out of pocket medical expenses, pain and suffering as well as attorney's fees to be paid by Winn-Dixie Stores, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by U.S. Mail to James Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 on this  5th  day of January, 2007.

LEGLER & FLYNN
2027 Manatee Avenue W.
Bradenton, FL 34205
(941) 748-5599

  /s/   Michael T. Murphy
MICHAEL T. MURPHY, ESQUIRE
Attorney for Plaintiff
Florida Bar No. 0524492