R/S – Joan Buechner
Clmt – Joan Buechner
File # A611204974
07/17/2006

Q. You're saying Freedo Village?
Atty: Freedom, Freedom, Freedom Village.

Q. Freedom, okay.
Atty: It's The Inn, I N N, of Freedom Village.

Q. Okay, and what is your position in the company?
A. I'm a certified nursing assistant.

Q. And how long have you been there?
A. Almost ten years.

Q. And what would you say is your annual salary?
A. Between $20,000 and $22,000 a year.

Q. All right. Now, do you shop at this Winn-Dixie on a regular basis?
A. Not regularly.

Q. Were you in the store alone that day or were you with someone?
A. I was with my daughter and grandson.

Q. Was the store busy inside?
A. Uh, not really busy, no.

Q. Do you remember what time of day this happened?
A. Around noon.

Q. Do you recall the weather outside?
A. Yes ma'am, it was bright, sunny, dry.

Q. Okay. Where in the store did this take place?
A. On Aisle 6.

Q. Okay, go ahead and tell me what happened.
A. Well, my daughter and I were going down Aisle 6, we had just turned into it, got about 4 feet into it, and I slipped with my left foot, my knee snapped back, I started to fall. And I grabbed ahold of the cart, tried to keep myself up and I just twisted, I mean twisted hard trying to get up to keep myself from hitting the floor, and hurt myself bad. And I finally made it to hang onto the cart to stay up, and I couldn't do anything else, just other than holding on.

Q. Now, what caused you to almost fall?
A. Water.