R/S –Joan Buechner
Clmt –Joan Buechner
File # A611204974
07/17/2006

Q. Okay. How much water was on the floor?
A. Oh, there was a lot of water on the floor, it was... the line of it was almost four feet, you know, and it was up underneath the shelving. There was a lot of water. It was coming from a freezer at the end of the aisle.

Q. Now, were you able to see this freezer leaking?
A. Not until after, I didn't see any of it until after.

Q. Did someone say that the freezer was leaking or?
A. Yes.

Q. Okay, now who made that comment?
A. An employee, it was... he said, "What, are they leaking again?"

Q. Did you get his name?
A. Uh, I... I know it but I'm trying to recall it. I believe it was Mark. I really don't remember the name.

Q. Okay. Did they have any "Wet Floor" signs out?
A. No ma'am.

Q. And what type of shoes were you wearing?
A. I was wearing flip-flops.

Q. Were you wearing any eyeglasses?
A. ____ ma'am.

Q. Did you say yes?
A. Yes.

Q. Okay. Now, who notified the manager?
A. My daughter.

Q. Now, when he came over, did he make any comments?
A. It was a lady that came over, and she, you know, asked me if I was all right. I told her that I had hurt my... I had hurt my leg, you know, and told me that they wanted me to do an Incident Report and I told them that I would come up and get that done.

Q. Did the manager take any photographs?
A. Not that I _____, I don't know.