R/S –Joan Buechner
Clmt –Joan Buechner
File # A611204974
07/17/2006

Q. Okay. Were you transported from the store or did you leave on your own?
A. I left on my own.

Q. What were your immediate injuries from the fall? Well, you didn't fall from... What were your injuries?
A. My knee.

Q. Which knee?
A. My left knee, and up into my hip and my lower back.

Q. Did anyone witness this?
A. Yes.

Q. Okay, who?
A. My daughter.

Q. What about any employees in the area?
A. I have no idea, I don't know.

Q. Okay. When did you first seek medical treatment?
A. Um, I'm trying to remember the date of that. It wasn't right away. I was one of those ones hoping that it would get better and it didn't.

Q. Where did you go?
A. Dr. _____.

Q. And what were you diagnosed with?
A. Uh, I don't know. I'm still being treated.

Q. Okay. Now, do you have any type of medical insurance?
A. Yes.

Q. Have you ever injured your back before, your hip, knee, thigh, arm, shoulder?
A. Yes.

Q. Okay, when?
A. In 2004.

Q. And what did you injure?
A. Um, uh, the disc in my back.

Q. Was it due to a car accident?
A. Excuse me?