

EXHIBIT
1

Page 1 of 7
R/S –Joan Buechner
Clmt –Joan Buechner
File # A611204974
07/17/2006

This is Felicia Holland from the Winn-Dixie Claims Service Center in Jacksonville, Florida interviewing Joan Buechner on July 12, 2006 at 10:04 a.m. EST pertaining to an incident at store location 660 on June 3, 2006.

Q. Do I have your permission to record this conversation?
A. Yes.

Q. Okay. State your first and last name.
A. Joan Buechner.

Q. Your home address?
A. 1709 28th Street West, Bradenton, Florida 34205.

Q. Your home telephone and the area code first
A. 941-538-9477.

Q. Your date of birth?
A. 11/23/63.

Q. Your Social Security number?
A. __98-64-4813.

Q. Your height and your weight?
A. About five-five and 272.

Q. Are you single or married?
A. Single.

Q. Any dependents?
A. I have three children.

Q. And are you employed?
A. Excuse me?

Q. Are you employed?
A. Yes.

Q. Okay, with who?
A. Freedom Village.

Q. Say that again.
A. It's The Inn, it's Freedom Village.