Page 5 of 7
R/S –Joan Buechner
Clmt –Joan Buechner
File # A611204974
07/17/2006

Q.   Was this due to a car accident?
A.   No.

Q.   Okay, a work injury?
A.   Yes.

Q.   Okay, all right. Have you ever been involved in a motor vehicle accident?
A.   No.

Q.   Had you consumed any alcohol on this date?
A.   No.

Q.   And are you currently treating now?
A.   I'm being treated, yes.

Q.   That water where you almost fell, was it near the beginning of the aisle, near the end, the middle?
A.   (Unintelligible) at the beginning of the aisle.

Q.   Okay. Was the water clear?
A.   No.

Q.   Did you see any footprints or cart marks?
A.   Yes.

Q.   You did. Do you remember the color of the floors in that area?
A.   No.

Q.   Okay. Would your attorney like to add anything?
Atty: Felicia, they went back afterwards to take photographs, and when they went back the photographs didn't turn out. There was water on the floor a second time, though, when they went back.

Q.   Is this the same day or a different day?
Atty: Same pace different day.

Q.   Oh, a different day, okay.
Atty: Yeah, a different day. And then they went back a third time and there was water there the third time also. And this time they took photographs of the ice machine and stuff like that, and I think there were cones that were up the second time they went. When were the cones there?
A.   The cones didn't get put up until after we talked to the person the third time.