R/S –Joan Buechner
Clmt –Joan Buechner
File # A611204974
07/17/2006

Atty: The third time. Yes, they put cones up the third time. The third time was about a week after the incident. And when they went back there, Miss Buechner's daughter got down with towels and was wiping up some water when an employee came up and put cones down and then said again ____, "We've had problems with this machine," you know, and then he put the cones up.

Q. So is it the ice machine that...
Atty: Yeah, it's an ice machine. It's about four to five feet away from the place that the water's able to flow under the aisle. And as the bird flies, it's about four to five feet from the ice machine. They've got a leaking problem with it.

Q. Okay.
Atty: And the other thing is that I took a recorded statement of her daughter and I got it transcribed. Do you guys want me to give you a copy of that?

Q. That's fine, yeah.
Atty: Okay. Now, you know, I don't have any letters from you guys yet.

Q. You don't?
Atty: So I don't have any... I don't know where to send anything. You guys need to send me an actual Letter of Rep. or something.

Q. Wait one minute. Have we received anything from you? Let me see if I received anything.
Atty: I sent it to Winn-Dixie.

Q. Yeah.
Atty: And you got a copy of the letter that I sent to Winn-Dixie. That's why you're involved in it, that's why you called me.

Q. Yeah, I have it. I'll send you something.
Atty: Okay, then that would be good, that way I can... Are you going to be the one handling this?

Q. Yes.
Atty: (Inaudible)?

Q. Uh-huh.
Atty: Okay, and I'll be happy to share information with you then.

Q. Okay.
Atty: Alrighty?