Page 7 of 7
R/S –Joan Buechner
Clmt –Joan Buechner
File # A611204974
07/17/2006

Q.    Okay.
Atty:  Was this fun for you?

Q.    Uh-huh.
Atty:  Okay, I hope so.

Q.    (Laughing), okay.  Miss Buechner?
A.    Yes.

Q.    Were the answers true and correct to the best of your knowledge?
A.    Yes.

Q.    Do you understand I recorded this conversation, it was with your permission?
A.    Yes.

Q.    Please state your name again and I will turn off the recorder.
A.    Joan Buechner.

/ilp