

**Sports Medicine & Rehabilitation INTERNATIONAL**

www.drkochno.com

**BRADENTON**

3825 26th St. W.
Bradenton, FL 34205
Phone: (941) 755-8819
Fax: (941) 755-8875

EXHIBIT 2

Patient: Joan Buechner
Date of reevaluation: August 2, 2006
Related to slip and fall at Winn Dixie June 3, 2006.

Ms. Buechner was seen in follow up for injuries sustained in a slip and fall in water at Winn Dixie injuring her low back.

FINAL ASSESSMENT:

1. Twisting injury with resultant musculoskeletal, lumbar gluteal strains with sacroiliac subluxations, radicular symptoms following a slip on water on June 3, 2006.

2. L2 radiculopathy secondary to above, improved.

3. Left knee hyperextension and hamstring strains secondary to above, improved.

4. Improved range of motion, functional tolerances with prolonged sitting, pushing, pulling, and secondary to above, improved.

RECOMMENDATIONS: The patient underwent an MRI of the lumbar spine that showed left lateral disc herniation of L4-L5 and an L5-S1 central disc bulge, unchanged from the previous study prior to the slip but has aggravated mild strain as well as sacroiliac subluxations.

The patient underwent multiple osteopathic adjustments for realignment of the sacroiliac with facilitory myofascial release while incorporating physical therapy. Her pain is reduced from being constant to being intermittent. She has used her medications appropriately.

Based on my training, education and experience, the patient has reached a level of maximum medial improvement.

Utilizing the fifth edition of the American Medical Association Guidelines of permanent Impairment the patient has reaggravation of her pre-existing lumbar herniation and musculoskeletal origin as well as left sacroiliac subluxation that intermittently requires adjustment. This constitutes a 3% whole person impairment rating for injuries sustained as a slip in Winn Dixie.