She will be reduced in her medication reliance. She is to modify her work in lifting as she continues to work as a Certified Nursing Assistant in patient care with heavy lifting and transferring the patient's.

The patient will continue physical therapy estimated at 10 to 15 session in the next calendar year and for intermittent reaggravation 10 sessions over the next year.

The patient will follow up for osteopathic adjustments on an as-needed basis and will be reassessed in 6 to 8 weeks to note her progress and make further recommendations accordingly.

The patient on today's examination is found again to have a left sacroiliac subluxation with secondary strains in the left quadratus lumborum, multifidus, gluteus maximum and minimus muscles. She underwent an adjustment of the sacroiliac joint. Tightness in the paravertebral structures of the lumbar spine is less tight. Neurologically she is otherwise intact. Gait is normal. She is limited in forward flexion and lateral flexion due to tightness in the spinal elements.

Should you have any further questions regarding this report, please do not hesitate to contact me.

Respectfully Submitted,

*[signature]*

Taras Kochno, M.D.
Board Certified in Physical Medicine and Rehabilitation
Signed but not proofread
TK:ler dd: 08/02/2006 dt: 08/10/2006

CC: Legler and Flynn, P.A. 8/12/06

8/12/06