**STATEMENT**

EXHIBIT 3

# SPORTS MEDICINE & REHABILITATION INT'L
### SERVING BRADENTON, FL
#### TARAS V KOCHNO MD, MEDICAL DIRECTOR

Please mail payment to:
SPORTS MEDICINE & REHABILITATION INT'L
PO BOX 4898
WINTER PARK, FL 32789

TOLL FREE #: (877) 836-1746

LEGLER & FLYNN
2027 MANATEE AVE W
BRADENTON, FL 34205

| ACCOUNT NO. | 4002 |
|---|---|
| STATEMENT DATE | November 8, 2006 |
| AMOUNT REMITTED | |
| **PLEASE PAY** | **$640.00** |

PATIENT:   JOAN ELLEN BUECHNER

--------------------------------- Please return upper portion with your remittance. Thank you ---------------------------------

Your account is past due. Please remit amount due within thirty days.

| DATE | DR | CODE | DESCRIPTION | CHARGES | DEDUCTIBLE | PAYMENTS | ADJ. | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 06/23/06 | 12 | 97110 | THERAPEUTIC EXERCISE 15 min (3 | $171.00 | | $45.77 | $85.23 | $40.00* |
| 06/29/06 | 12 | 97110 | THERAPEUTIC EXERCISE 15 min (3 | $171.00 | | $45.77 | $85.23 | $40.00* |
| 07/05/06 | 12 | 97110 | THERAPEUTIC EXERCISE 15 min (3 | $171.00 | $40.00 | $45.77 | $85.23 | $40.00* |
| 07/07/06 | 12 | 97110 | THERAPEUTIC EXERCISE 15 min (3 | $171.00 | | $45.77 | $85.23 | $40.00* |
| 07/17/06 | 12 | 97110 | THERAPEUTIC EXERCISE 15 min (3 | $171.00 | $40.00 | $45.77 | $85.23 | $40.00* |
| 07/19/06 | 12 | 97110 | THERAPEUTIC EXERCISE 15 min (3 | $171.00 | $40.00 | $45.77 | $85.23 | $40.00* |
| 07/20/06 | 1 | 99213 | EST PT OV EXPANDED | $107.00 | | $11.63 | $55.37 | $40.00* |
| 07/24/06 | 12 | 97110 | THERAPEUTIC EXERCISE 15 min (3 | $171.00 | | $45.77 | $85.23 | $40.00* |
| 07/26/06 | 12 | 97110 | THERAPEUTIC EXERCISE 15 min (3 | $171.00 | | $45.77 | $85.23 | $40.00* |
| 08/02/06 | 12 | 97110 | THERAPEUTIC EXERCISE 15 min (3 | $171.00 | | $45.77 | $85.23 | $40.00* |
| 08/09/06 | 12 | 97110 | THERAPEUTIC EXERCISE 15 min (3 | $171.00 | $40.00 | $45.77 | $85.23 | $40.00* |
| 08/14/06 | 12 | 97110 | THERAPEUTIC EXERCISE 15 min (3 | $171.00 | | $45.77 | $85.23 | $40.00* |
| 08/28/06 | 12 | 97110 | THERAPEUTIC EXERCISE 15 min (3 | $171.00 | | $45.77 | $85.23 | $40.00* |
| 09/11/06 | 12 | 97110 | THERAPEUTIC EXERCISE 15 min (3 | $171.00 | | $45.77 | $85.23 | $40.00* |
| 09/22/06 | 12 | 97110 | THERAPEUTIC EXERCISE 15 min | $57.00 | $28.59 | $0.00 | $28.41 | $28.59* |
| 09/22/06 | 12 | 97140 | MANUAL THERAPY 15 min | $54.00 | | $14.78 | $27.81 | $11.41* |
| 09/25/06 | 1 | 99213 | EST PT OV EXPANDED | $107.00 | | $11.63 | $55.37 | $40.00* |

| ACCOUNT NUMBER | STATEMENT DATE | | | | | | |
|---|---|---|---|---|---|---|---|
| 4002 | November 8, 2006 | ATTORNEY-INJURY | | I10 | | ATTY L/F | |
| CURRENT | OVER 30 DAYS | OVER 60 DAYS | OVER 90 DAYS | OVER 120 DAYS | PENDING INSURANCE | ACCOUNT BALANCE | PATIENT DUE |
| $240.00 | $240.00 | $160.00 | $0.00 | $0.00 | $79.00 | $719.00 | $640.00 |