September 14, 2006 9:43 AM                    MANATEE DIAGNOSTIC CENTER                                              age 3

PATIENT LEDGER: 17849 - BUECHNER, JOAN E

| Date | Type | Code/Check | Description | Status | Prv | Dpt | BE | Fee/Paid | Credited | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/12/04 | B | | Statement | | | | | | | |
| 06/20/06 | B | | EMC : Clearinghouse - W | | | | | | | |
| 03/18/04 | N | | DOS 012904 ACORDIA DENIED ACCIDENT RELATED | | | | | | | |
| 03/18/04 | A | | Transfer Of Responsibility | ADJ > ACORDIA (159) | | 8 | | 0.00 | | 0.00 |
| 01/29/04 | | 72148 | MRI, LUMBAR SPINE; W | | 3 | 8 | L-3 | 0.00 | | |
| 07/06/04 | A | | ADJ AETNA | ADJ > AETNA (2) | | 1 | | -303.11 | | 0.00 |
| 06/18/04 | | 76700 | ULTRASOUND, ABDOMI | | 4 | 5 | L-3 | 102.81 | | |
| 06/18/04 | | 93976 | DUPLEX SCAN, ARTERI | | 4 | 5 | L-3 | 75.10 | | |
| 06/18/04 | | 76770 | ULTRASOUND, RETROF | | 4 | 5 | L-3 | 125.20 | | |
| 07/06/04 | A | | ADJ AETNA | ADJ > AETNA (2) | | 1 | | -40.10 | | 0.00 |
| 06/18/04 | | 76092 | SCREENING MAMMOGF | | 8 | 24 | L-3 | 40.10 | | |
| 08/04/04 | A | | ADJ AETNA | ADJ > AETNA (2) | | 1 | | -40.00 | | 0.00 |
| 06/18/04 | | 76083 | COMPUTER AIDED DET | | 8 | 24 | L-3 | 40.00 | | |
| 10/21/04 | A | | ADJ BAD DEBT | ADJ > Patient | | 5 | | -895.00 | | 0.00 |
| 01/29/04 | | 72148 | MRI, LUMBAR SPINE; W | | 3 | 8 | L-3 | 860.00 | | |
| 06/18/04 | | 76092 | SCREENING MAMMOGF | | 8 | 24 | L-3 | 35.00 | | |
| 07/14/06 | A | | ADJ UHC | ADJ > UNITED HEALTH( | | 1 | | -406.60 | | 0.00 |
| 06/19/06 | | 72148 | MRI, LUMBAR SPINE; W | | 25 | 6 | L-3 | (406.60) | | |

TOTAL:                                                                                                                         $0.00