```
            UNITED STATES BANKRUPTCY COURT
              MIDDLE DISTRICT OF FLORIDA
                 JACKSONVILLE DIVISION
```

IN RE:                                    )    CASE NO. 05-03817-EFI
                                          )
Winn-Dixie Stores, Inc., et. al.          )    Chapter 11
                                          )
Reorganized Debtors.                      )    Jointly Administered
_____)

**REQUEST FOR PAYMENT OF A CLASS 13 LANDLORD CLAIM**

In accordance with the Notice of Entry of Order Confirming Plan of Reorganization, (b) Occurrence of Effective Date of Plan and (c) Bar Dates for Filing Claims Arising Before Effective Date and Other Administrative Claims, dated December 6, 2006, the Claimant, **SANDY LEAR**, is requesting payment of a Class 13 Landlord Claim for personal injuries arising against the Debtors in the period between February 21, 2005 and November 21, 2006, to wit, a fall on August 7, 2006 resulting in contusions, back and rib injuries in Debtors Store Number 2249 located at 1229-A Providence, Orange City, Volusia County, Florida.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent by overnight mail to the Clerk of the Court, United States Courthouse, 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202; via facsimile transmittal (904-359-7708) and U.S. Mail to James Post, Smith Hulsey & Busy, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, and

via facsimile transmittal (212-822-5194) and U.S. Mail to Matthew Barr, Milbank, Tweed, Hadley & McCloy LLP, Chase Manhattan Plaza, New York, New York 10005, this <u>4</u>$^{th}$ day of <u>January</u>, 2007.

                                                  _s/s Sandy Lear_____  
                                                  SANDY LEAR, Claimant

                                                _s/s Mark A. Zimmerman___  
                                                Mark A. Zimmerman, Esquire  
                                                JAMES & ZIMMERMAN, P.L.  
                                                Florida Bar No. 203491  
                                                Post Office Box 208  
                                                DeLand, FL  32721-0208  
                                                (386) 734-1200  
                                                ATTORNEY FOR CLAIMANT