UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In Re: | Case No. 05-03817-3F1 |
| Winn-Dixie Stores, Inc., et al | Chapter 11 |
| Reorganized Debtors | Jointly Administered |

**MOTION AND ORDER FOR PAYMENT OF AN
ADMINISTRATIVE CLAIM ON BEHALF OF PLAINTIFF
DEANA WILLIS AND FOR APPROVAL OF ATTORNEY FEES
AND CASE RELATED COSTS TO FLETCHER AND ROY, L.L.C.**

**NOW INTO COURT,** through undersigned counsel, comes Deana Willis and the Law Firm of Fletcher & Roy, L.L.C., all represented by Ralph L. Fletcher, appearing Pro Hac Vice, who request that the Honorable United States Bankruptcy Court, Middle District of Florida, Jacksonville Division, issue an order recognizing the Administrative Claim of Deana Willis and attorney fees and case related costs due the Law Firm of Fletcher & Roy, L.L.C. for the reasons set forth hereunder:

1.

On the 8th day August, 2005, Deana Willis filed a Petition for Damages (Exhibit 1) against Winn-Dixie Stores, Inc. seeking recovery for personal injuries suffered on August 8, 2005 in a slip and fall at the Winn-Dixie Store located in Prairieville, Ascension Parish, Louisiana.

2.

During the pendency of the litigation, defendant Winn-Dixie Stores, Inc. filed for protection from various creditors and a Stay Order was issued for all claims against said defendant.

3.

On November 9, 2006, the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division entered an Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors.

4.

Plaintiff Deana Willis has a tort claim against defendant Winn-Dixie Stores, Inc. that did occur between February 21, 2005 and November 21, 2006 and is therefore entitled to make a claim against Winn-Dixie Stores, Inc.

5.

On October 12, 2005, plaintiff Deana Willis retained the law firm of Fletcher & Roy, L.L.C. to represent her and her claim against defendant Winn-Dixie Stores, Inc. and signed the attached Attorney-Client contract (Exhibit 2) permitting the law firm of Fletcher & Roy, L.L.C. to earn a legal fee as well as recover all expended case related costs; therefore, the law firm of Fletcher & Roy, L.L.C. requests payment of applicable attorney fees and case related costs from defendant Winn-Dixie Stores, Inc. as allowed by the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division.

RESPECTFULLY SUBMITTED:

FLETCHER & ROY, L.L.C.
PRO HAC VICE
660 Government Street
Baton Rouge, Louisiana 70802
(225) 343-2876

By:   /S/ Ralph L. Fletcher
        RALPH L. FLETCHER, 16017

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In Re: | Case No. 05-03817-3F1 |
| Winn-Dixie Stores, Inc., et al | Chapter 11 |
| Reorganized Debtors | Jointly Administered |

## **ORDER**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Deana Willis has an Administrative Claim and tort action against Winn-Dixie Stores, Inc. and further that Fletcher & Roy, L.L.C. is entitled to attorney fees and recovery of case related costs from any settlement of Deana Willis' claim against Winn-Dixie Stores, Inc.

_____
JUDGE, UNITED STATES BANKRUTPCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION