WHEREFORE, Applicant respectfully requests that the Court allow settlement negotiations to commence once Ms. Cannon has finished with her medical treatment, and that this Honorable Court allow Applicant to receive compensation for services and expenses as outlined in the contingency contract between Michelle Cannon and Applicant.

Respectfully submitted,

Jacqueline Wehrly, Esquire
Florida Bar No. 0662161
9951 Atlantic Boulevard, Suite 474
Jacksonville, FL 32225
Telephone: (904)726-0950
Facsimile: (904)726-0951
E-mail: WehrlyAtty@BellSouth.Net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy hereof has been furnished by U. S. Mail, this 5th day of January, 2007 to: Logan & Company, Inc., Attention: Winn-Dixie Claim Center, 546 Valley Road Upper Montclair, New Jersey 07043; to James H. Post, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202 (also via facsimile/3597708); to: Matthew Barr, Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza New York, NW 10005.

Jacqueline Wehrly, Esquire
Florida Bar No. 0662161
9951 Atlantic Boulevard, Suite 474
Jacksonville, FL 32225
Telephone: (904)726-0950
Facsimile: (904)726-0951
E-mail: WehrlyAtty@BellSouth.Net