UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Winn-Dixie Stores, Inc., et al., | ) | Case No.: 05-03817-3F1 |
| Debtors. | ) | |

## MOTION FOR ADMINISTRATIVE EXPENSE CLAIM

Squire, **Jacqueline Wehrly (The "Applicant")**, in accordance with paragraph 3 of the Notice for Bar Date for Filing Administrative Claims (Docket No. 12991), hereby submits this Motion for Administrative Expense Claim for services rendered to **Michelle Cannon**, for the period commencing November 14, 2006, to-date, and respectfully states as follows:

1. On November 14, 2006, Michelle Cannon retained Applicant for representation regarding a personal injury claim.

2. Michelle Cannon's claim arose from a premises liability claim that occurred on November 10, 2006, when Ms. Cannon fell, and was injured, on the premises owned by the Debtor, Winn-Dixie.

3. Michelle Cannon and the Applicant entered into a contingency agreement (attached hereto), whereby Ms. Cannon agreed to pay Applicant one-third from the gross of any agreed-upon settlement offered by Debtor.

4. Michelle Cannon's claim is not yet ripe for settlement negotiations with the Debtor, because Ms. Cannon currently continues to receive medical treatment for the injuries she sustained in the above-referenced fall.