6.     Authorization to Endorse:

If client's claim settles for policy limits, then client authorizes Jacqueline Wehrly to endorse client's name on the settlement draft issued by the insurance company. Further, once client has accepted a settlement offer, then client authorizes Jacqueline Wehrly to endorse client's name on the settlement draft issued by the insurance company.

7. The Client may discharge the Law Office at any time by written notice to the Law Office. If the Law Office is discharged after fifteen (15) days from the date of this agreement, and there is a subsequent recovery in the case, the Client is obligated to pay a reasonable fee for the work the Law Office did prior to being discharged – this includes 33.33% of any settlement negotiated by the Law Office through the date of discharge by Client. If the Law Office determines at any time that it is no longer feasible to pursue this case the Law Office, after notifying the Client, may withdraw from further representation.

8. The Client has read and signed the Statement of Clients' Rights, understands those rights, and has received a signed copy to keep.

CLIENT                                    LAW OFFICE OF JACQUELINE WEHRLY

_____                 _____

_____11-14-06_____                 _____11-14-06_____
DATE                                       DATE