# JERALD N. ANDRY, JR.
*Attorney At Law*

FIRST FLOOR  
710 CARONDELET STREET  
NEW ORLEANS, LOUISIANA 70130

TELEPHONE 504-581-4334  
FAX 504-581-4335

January 5, 2007

The Honorable Jerry A. Funk  
United States Bankruptcy Court-Orlando Division

      RE:    Rosemary Aiken vs. Winn Dixie Montgomery, Inc.  
             CLAIM NO. 11485

Dear Judge Funk:

     Please remove me from the electronic filing notification. My client's case has been settled and dismissed in State court. My email address is jayandry@cox.net.

                                    Yours very truly,

                                    Jerald N. Andry, Jr.

JNA,jr/kmj  
Enclosure