UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                              Case No.: 05-03817-JAF
                                                    Chapter 11
WINN-DIXIE STORES, INC., et al.,
                                                    Jointly Administered
    Debtors.

_____/

### APPLICATION BY CREDITOR, GARDENS PARK PLAZA, LTD., FOR PAYMENT OF POST-PETITION ADMINISTRATIVE EXPENSES INCURRED BETWEEN FEBRUARY 21, 2005 AND NOVEMBER 21, 2006

Creditor, Gardens Park Plaza, Ltd., by and through undersigned counsel, hereby files this Application for Payment of Post-Petition Administrative Expenses Incurred Between February 21, 2005 and November 21, 2006 and states:

1. On February 21, 2005 the Debtors filed voluntary petitions under Chapter 11 of the U.S. Bankruptcy Code.

2. The Court confirmed the Debtors' Plan of Reorganization, and the effective date of the Plan is November 21, 2006.

3. The Creditor, Gardens Park Plaza, Ltd., is the lessor under the lease of non-residential real property with the Debtors, located in Gardens Park Plaza, Palm Beach Gardens, Florida, Store No. 333.

4. Between the Petition date and the effective date of the Plan, the Creditor/Landlord, Gardens Park Plaza, Ltd., incurred post-petition insurance expenses in the amount of $5,202.44.

5. Pursuant to the Plan of Reorganization confirmed by the Court, a bar date of January 5, 2007 has been set for post-petition claimants to file administrative expense claims.

6. The Court may award an administrative expense priority under § 503(b) of the Bankruptcy Code for the "actual, necessary costs and expenses of preserving the estate..." 11 U.S.C. § 503(b)(1).

7. As outlined in the Creditor's previous *Amended Limited Objection to Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief* (CP#9707), as well as the Creditor's *Limited*

*Objection to Debtors' Twenty-Sixth Omnibus Objection to Claims Arising From Unexpired Leases of Non-Residential Real Property (I) That Have Been Assumed, (II) That Have been Assumed and Assigned, or (III) That are the Subject of Lease Termination Agreements* (CP#12614), the proposed cure amount of $90,422.66 for Claim No. 4968 only covers the 2004 Common Area Maintenance due and does not take into account the amount of $17,859.84, which remains due and owing for 2005. In addition the Creditor's Claim No. 11551 is now an administrative claim in the amount of $5,000.00, to which amount the Creditor is objecting and asserts attorney fees are due in the amount of $7,136.16.

      8.      Pursuant to 11 U.S.C. § 503(b)(1), the Creditor, Gardens Park Plaza, Ltd., is seeking an Order from the Court allowing its post-petition claim in the amount of $5,202.44 as an administrative expense claim.

      WHEREFORE, the Creditor, Gardens Park Plaza, Ltd., by and through undersigned counsel, respectfully requests that the Court enter an Order allowing its post-petition claim in the amount of $5,202.44 as an administrative expense claim, without prejudice to all other claims which are still pending, plus grant such other and further relief as the Court deems just and proper.

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished e-mail to **Cynthia C. Jackson, Esq.**, cjackson@smithhulsey.com, and by regular U.S. Mail to: **Cynthia C. Jackson, Esq.**, 225 Water St., Suite 1800, Jacksonville FL 32202; and **D.J. Baker, Esq.**, Four Times Square, New York NY 10036, on this the 5th day of January 2007.

      ELK, BANKIER, CHRISTU & BAKST, LLP

      /s/ Rilyn A. Carnahan
      MICHAEL R. BAKST, ESQ.
      Florida Bar No.: 866377
      Rilyn A. Carnahan, Esq.
      Florida Bar No.: 614831
      Attorneys for Gardens Park Plaza, Ltd.
      222 Lakeview Ave., Suite 1330
      West Palm Beach FL 33401
      Telephone: (561) 238-9900
      Facsimile: (561) 238-9920

070105/dlc