# United States Bankruptcy Court
Middle District of Florida
JACKSONVILLE DIVISION

In re:

    Winn-Dixie Stores, et al,           Case No. **3-05-bk-3817**

         Debtors.                 Chapter 11 - Jointly Administered

## NOTICE OF LIMITED APPEARANCE

Now comes Meredith N. Brasca, Esq., who hereby files this "Of Counsel" appearance, acting in this matter for Jeff Gale, Esq., attorney for Leigh Wade, Claimant, in the above referenced action, in connection with the filing of Application for Allowance of Administrative Claim for Certain Post-Petition Personal Injury Claimant, with attached Proof of Claim.

Dated: January 5, 2007

| | |
|---|---|
| /s/ Meredith N. Brasca | /s/ Jeff Gale |
| Meredith N. Brasca, Esq. | Jeff Gale, Esq. |
| The Weaver Law Group, P.A. | Gale and Gale, P.C. |
| FL Bar No. 0012827 | Executive Center II |
| 2633 Herschel Street | 917 Western America Circle |
| Jacksonville, FL 32204 | Suite 205 |
| Tel No.: 904-389-2022 | Mobile, AL 36609 |
| Tel No.: 904-389-4044 | Tel: (251) 460-0400 |
| | Fax: (251) 460-0495 |
| | Attorney for Claimant |