## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | |
| | ) | |

## SES GROUP MIAMI SPRINGS, LTD'S APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE AND REQUEST FOR PAYMENT

SES Group Miami Springs, Ltd. ("SES Group"), moves the Court pursuant to 11 U.S.C. § 364 and 11 U.S.C. § 503(b), for the allowance of administrative claim accrued during the pendency of this Chapter 11 case, and in support states:

1.      On February 21, 2005, Winn-Dixie Stores, Inc. (the "Debtor"), together with its affiliates, filed voluntary petitions under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York.

2.      By order dated April 13, 2005, venue was transferred to the United States Bankruptcy Court for the Middle District of Florida.

3.      On May 28, 1978, the Debtor, Winn-Dixie Stores, Inc. entered a Lease Agreement (the "Lease") with Jamerson Construction Corporation for use and occupancy of Store No. 726 located at Pine Island Shopping Center in Lee County, Florida. The Lease was amended on September 15, 1978 and again on November 13, 1992. Since the Lease was executed, the Pine Island Shopping Center was sold to SES Group.

4.      Pursuant to the Lease, SES Group is the owner and Landlord of the Pine Island Shopping Center wherein Debtor remains a tenant operating Store No. 726.

5.      Between October 2005 and February 2006, Debtor failed to pay rent and is indebted to SES Group in the amount of $131,750.00. Likewise, Debtor failed to pay rent for December 2006 and has not paid its portion of real estate taxes paid by SES for the year 2006 as required under the lease.

6.      The amount due for administrative expenses between the petition and the effective date of the confirmed plan is $158,100 plus Debtor's portion of the real estate taxes.

7.      The Debtor's use of the Property was necessary for preservation of the estate. In addition, Debtor derived a substantial benefit from utilization of the Property.

WHEREFORE, SES Group requests the entry of an order (i) granting this application for allowance of $131,750.00 for its Chapter 11 administrative claim; (ii) directing the Debtor to pay said amount to the SES Group; and (iii) awarding such other relief as is appropriate.

**STUTSMAN THAMES & MARKEY, P.A.**

*/s/ Bradley R. Markey*

By_____

Bradley R. Markey

Florida Bar Number 0984213
50 N. Laura Street, Suite 1600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 (Facsimile)

Attorneys for SES Group Miami Springs, Ltd.

-2-

## Certificate of Service

I hereby certify on January 5, 2007, the foregoing pleading was transmitted to the Clerk of the Court for uploading to the Case Management/Electronic Case Filing System, which will send a notice of electronic filing to:

Stephen D. Busey, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
busey@smithhulsey.com

David Jennis, Esq.
Jennis & Bowen, P.L.
400 North Ashley Drive, Suite 2540
Tampa, Florida 33602
(813) 229-1700
(813) 229-1707 (facsimile)
ecf@jennisbowen.com

John B. Macdonald, Esq.
Akerman, Senterfitt & Eidson, P.A.
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202
(904) 798-3700
(904) 798-3730 (facsimile)
john.macdonald@akerman.com

Patrick P. Patangan, Esq.
Akerman, Senterfitt & Eidson, P.A.
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202
(904) 798-3700
(904) 798-3730 (facsimile)
patrick.pantangan@akerman.com

Elana L. Escamilla, Esq.
Assistant United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
(407) 648-6465
(407) 648-6323 (facsimile)
elana.l.escamilla@usdoj.gov

Karol K. Denniston, Esq.
Paul, Hastings, Janofsky & Waler, LLP
600 Peachtree Street, Suite 2400
Atlanta, Georgia 30308
(404) 815-2347
(404) 685-5347 (facsimile)

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Plaza
New York, New York 10005
(212) 530-5000
(212) 530-5219 (facsimile)
ddunne@milbank.com

Adam Ravin, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
aravin@skadden.com

D.J. Baker, Esq.
Skadden, Arps, Slat, Meagher, & Flom, LLP
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
dbaker@skadden.com

*/s/ Bradley R. Markey*

_____
Attorney

62140