# United States Bankruptcy Court
Middle District of Florida
JACKSONVILLE DIVISION

In re:

    Winn-Dixie Stores, et al,                  Case No. **3-05-bk-3817**

              Debtors.                  Chapter 11 - Jointly Administered

## NOTICE OF LIMITED APPEARANCE

Now comes Meredith N. Brasca, Esq., who hereby files this "Of Counsel" appearance, acting in this matter for Phyllis C. Coci, Esq., attorney for Carol Wilton, Claimant, in the above referenced action, in connection with the filing of Application for Allowance of Administrative Claim for Certain Post-Petition Personal Injury Claimant.

Dated: January 5, 2007

by:

| | |
|---|---|
| /s/ Meredith N. Brasca | /s/ Phyllis C. Coci |
| Meredith N. Brasca, Esq. | Phyllis C. Coci, Esq. |
| The Weaver Law Group, P.A. | LSBA #4219 |
| FL Bar No. 0012827 | 3422 Cleary Avenue |
| 2633 Herschel Street | Suite E |
| Jacksonville, FL 32204 | Metairie, LA 70002 |
| Tel No.: 904-389-2022 | Tel: (504) 889-0292 |
| Tel No.: 904-389-4044 | Fax: (504) 889-0287 |
| Of Counsel | Attorney for Claimant |
| mnbrasca@aol.com | pcoci@phylliscoci.com |