# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

IN RE:                                              CASE NO. 3:05-bk-03817-JAF
                                                   CHAPTER 11- Jointly Administered

**WINN DIXIE STORES, INC., et al,**

    **Debtors.**

_____/

## REQUEST FOR PAYMENT OF CLAIM FOR POST-PETITION CLAIMANT

Movant, DANA JERNIGAN, through her counsel, pursuant to Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing Claims Arising Before Effective Date and Other Administrative Claims dated December 6, 2006 and states the following:

    1.    Movant is a post petition claimant whose claims against the Debtor are described in Exhibit "A".

    2.    The Movant was unlawfully terminated from Defendant as set forth in Exhibit "A" and seeks payment of an undetermined amount. This is an unsecured and unliquidated debt.

Dated this 5th day of January, 2007.

                                                                   Respectfully submitted,

                                                                    /s/ Marie A. Mattox
                                                                    Marie A. Mattox; FBN 0739685
                                                                   MARIE A. MATTOX, P.A.
                                                                   310 East Bradford Road
                                                                   Tallahassee, FL 32303
                                                                   Telephone: (850) 383-4800
                                                                   Facsimile: (850) 383-4801
                                                                   ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and accurate copy of the foregoing has been furnished to the persons on the electronic service list by CM/ECF and by email to James Post, Smith Hulsey & Busey at jpost@smithhulsey.com this 5th day of January, 2005.

                                        /s/ Marie A. Mattox