**FLORIDA COMMISSION ON HUMAN RELATIONS**
**2009 Apalachee Parkway, Suite 100**
**Tallahassee, Florida 32301**

Date Stamp (FCHR Use Only)

| EMPLOYMENT CHARGE OF DISCRIMINATION | FCHR No. | |
|---|---|---|

| Name (Indicate Mr. or Ms.) | E-Mail Address | Date of Birth |
|---|---|---|
| Dana Jernigan | lcamile19@aol.com | 7/12/80 |
| **Mailing Address** | **Home Telephone Number (area code)** | |
| 149 North East Mannon Court | (386) 344-8238/752-4364 | |
| **City, State, and Zip Code** | **Work (if possible to call you there)** | |
| Lake City, FL 32055 | (386)755-4404 | |

List the employer, labor organization, employment agency, apprenticeship committee, government agency, or other person who discriminated against you.

| Name | Number of Employees | Telephone Number |
|---|---|---|
| Winn Dixie Stores, Inc. | 15+ | (386) 755-4404 |
| **Street Address (Branch/Office in Florida)** | **City, State and Zip Code** | **County** |
| 580 South Marion Avenue | Lake City, FL 32025 | Columbia |

| CAUSE OF DISCRIMINATION BASED ON - Check appropriate box(es)<br>X RACE   ☐ COLOR   X SEX   ☐ RELIGION   ☐ DISABILITY/HANDICAP<br>☐ NATIONAL ORIGIN   AGE   ☐ MARITAL STATUS   RETALIATION | DATE MOST RECENT DISCRIMINATION TOOK PLACE |
|---|---|
| | (month, day, year)   June 23, 2006 |

**THE PARTICULARS ARE:**

I believe I have been discriminated against pursuant to Chapter 760 of the Florida Civil Rights Act, and/or Title VII of the Federal Civil Rights Act, and/or the Age Discrimination in Employment Act, and/or the Americans with Disabilities Act as applicable:

Plaintiff was originally employed with Defendant on July 5, 1995 as a Cashier. She was subsequently promoted to the position of Assistant Head Cashier then to Head Cashier. She was promoted to the position of Frontend Manager approximately 6 years ago. On or around April 14, 2006, Plaintiff was suspended by a white employee, Donna Fussell, Store Manager, for the misuse of an ADS and Reward Card. A white male, Frank Wells, who was an Assistant Manager within the same store as Plaintiff, Store #81, who worked under Fussell at the same time as Plaintiff, and who misused the ADS and Reward Card, was only written up. Plaintiff lost pay and was demoted. Plaintiff is an African American female who engaged in identical behavior to that Wells engaged in but was disciplined more severely. Plaintiff demands the full relief to which she is entitled under the laws applicable to this action including without limitation attorneys fees, costs and damages.

**I REQUEST TO BE AFFORDED FULL RELIEF TO WHICH I AM ENTITLED TO UNDER THE LAW(S).**
I will advise the agency if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

| Under penalties of perjury, I declare that I have read the foregoing charge of discrimination and that the facts stated in it are true.<br>**SIGNATURE OF COMPLAINANT**                             **DATE**<br><br>_____    _____ | **Notary: (required for filing)**<br>**Sworn and subscribed before me**<br>_____<br>_____ day of July, 2006 |
|---|---|

**ATTORNEY OF RECORD: MARIE A. MATTOX, P.A.,** Marie A. Mattox, 310 East Bradford Rd., Tallahassee, FL 32303                             (850) 383-4800