UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

WINN DIXIE STORES, INC., et al,   Case No. 3:05-bk-03817-3F1

Debtors.   Chapter 11 – Jointly Administered

_____/

## APPLICATION OF TAX COLLECTOR, CITY OF WESTWEGO, LOUISIANA FOR ALLOWANCE OF ADMINISTRATIVE CLAIM (POST-PETITION TAXES)

COMES NOW the Movant(s), **TAX COLLECTOR, CITY OF WESTWEGO, LOUISIANA** ("Movant"), by undersigned counsel, and pursuant to 11 U.S.C. §503 request this Court enter an Order approving this application to have an allowed administrative claim against the Estate, and to authorize payment of the claim, and would show:

1. On February 21, 2005, the Debtors filed Voluntary Petitions under Chapter 11 of the U.S. Bankruptcy Code ("Petition Date").

2. The Court confirmed the Debtors' Plan of Reorganization. The effective date of the Plan is November 21, 2006 ("Effective Date").

3. Between the Petition Date and the Effective Date, Movant assessed personal property taxes against the Debtors related to personal property located at stores in the City of Westwego, Louisiana. These taxes were incurred in the ordinary business operations of the Debtors between the Petition Date and the Effective Date of the Debtors' Plan of Reorganization.

4. Pursuant to the Plan of Reorganization confirmed by the Court, a bar date of January 5, 2007 has been set for post-petition claimants to file administrative expense claims.

5. The Court may award an administrative expense priority under § 503(b) of the Bankruptcy Code for the "actual, necessary costs and expenses of preserving the estate ···" 11 U.S.C. § 503(b)(1).

6. Post-petition taxes incurred by a Chapter 11 debtor in the ordinary course are entitled to administrative expense status.

7. Pursuant to 11 U.S.C. § 503(b)(1), the Movant respectfully requests the Court enter an Order allowing the post-petition taxes incurred by the Debtors and assessed by the Movant total at least **$12,083.74**. The Movant further requests the Court enter an Order requiring the Debtors to pay the allowed administrative claim in full. A summary of the amount of taxes due is set forth in Exhibit "A" attached hereto.

8. The Movant requests that all future pleadings and notices regarding or related to this Movant's Application or claim be served upon:

>  Office of Tax Collector, City of Westwego, Louisiana
>  c/o Rudy Cerone, Esq.
>  McGlinchey Stafford
>  643 Magazine Street
>  New Orleans, LA  70130
>  Direct Phone: (504) 596-2786
>  Direct Fax: (504) 596-2760
>  rcerone@mcglinchey.com

WHEREFORE, the Movant respectfully requests the Court enter an Order granting the relief requested, approving the Application, directing the Debtors to pay same, and for such further relief as the Court finds just.

/s/ Dennis J. LeVine, Esq.
DENNIS J. LEVINE, ESQ.
Fla. Bar No. 375993
DENNIS LeVINE & ASSOCIATES, P.A.
P.O. Box 707
Tampa, FL 33601-0707
(813) 253-0777 (phone)
(813) 253-0975 (fax)
dennis@bcylaw.com
Attorneys for the Movant City of Tax Collector,
City of Westwego c/o Rudy Cerone, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Application for Allowance of Administrative Expense was furnished by electronic or standard mail to the parties listed below on this 5th day of January, 2007.

/s/ Dennis J. LeVine, Esq.
DENNIS J. LEVINE, ESQ.

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL   32254-3699

James H. Post, Esq.
Smith Hulsey & Busey
225 Water St., Suite 1800
Jacksonville, FL   32202

Matthew Barr, Esq.
Milbank, Tweed, et al
1 Chase Manhattan Plaza
New York, NY   10005

## NOTICE

Please take notice that all taxes become delinquent December 31st on Real Estate. Interest at the rate of 12% per annum to be added from April 1st to date of payment. Unless same be paid within 20 days from date above property will be advertised and SOLD FOR TAXES under Act 170 of 1898 as amended.

### BRING THIS NOTICE WHEN MAKING PAYMENT

Pay by mail; it is easier. Send your check or money order together with this notice. If a return receipt is desired, please include a self-addressed stamped envelope.

**PLEASE REMIT OR FORWARD TO MORTGAGE COMPANY**

### DO NOT DISREGARD THIS NOTICE

If you feel that you have received this notice in error, please call the Office of the Tax Collector at (504)341-3424.

| MILLAGE | MILLS |
|---|---|
| GENERAL CITY TAX | 4.06 |
| STREET LIGHTING | 2.93 |
| PARK MAINTENANCE & LIGHTING | 2.93 |
| FIRE PROTECTION MAINT. & OPER. | 4.89 |
| POLICE MAINT. & OPR. | 4.89 |
| AMULANCE SERVICE MAINT. & OPR. | 6.63 |
| TOTAL | 26.33 |

# CITY OF WESTWEGO

OFFICE OF THE TAX COLLECTOR
CITY HALL - 419 AVENUE A
WESTWEGO, LOUISIANA 70094

WINN DIXIE LA INC #1431
ATTN: JOHN TAYLOR
WINN DIXIE TAX DEPT
5050 EDGEWOOD CT
JACKSONVILLE FL 32254

### DESCRIPTION OF PROPERTY

| | |
|---|---:|
| MERCHANDISE | 10486 |
| COMPUTER EQUIP | 401 |
| MACHINERY & EQUIP. | 7336 |
| SIGNS | 107 |
| LEASEHOLD IMPROVEMENTS | 2325 |
| SUPPLIES | 1927 |
| POS | 12 |
| TOOL/DIES/MOLDS/JIGS | 381 |

## TAXES FOR YEAR 2005

| BILL NUMBER | PARCEL |
|---|---|
| 205121 | 969600 |

1070 WESTBANK EXPY

| WARD: | 44 |
|---|---|
| TAX CLASS: | 06 |

### ASSESSMENT VALUATION

| LAND | BUILDING: | TOTAL |
|---|---|---|
| 0 | 0 | 229793 |

| TOTAL ASSESSED VALUE | MILLAGE | TAX |
|---|---|---|
| 229793 | 0.02633 | 6,050.45 |

| TAX | 6,050.45 |
|---|---|
| NOTICE FEE | 0.00 |
| INTEREST | 665.55 |
| OTHER COSTS | 0.00 |
| TOTAL DUE | 6,716.00 |

NOTE: Interest accrues monthly.
This Amount Valid Through
November 30, 2006

Exhibit "A"
Page 1 of 2

WINN DIXIE LA INC #1431
ATTN: JOHN TAYLOR
WINN DIXIE TAX DEPT
5050 EDGEWOOD CT
JACKSONVILLE FL 32254

This notice printed
November 30, 2006

**NOTICE OF DELINQUENT TAXES**

## NOTICE

Please take notice that all property taxes become delinquent December 31. Interest at the rate of 12% per annum to be added from January 1, 2007 to date of payment. Unless same be paid within 20 days from date above property will be advertised and SOLD FOR TAXES under Act 170 of 1898 as amended.

**BRING THIS NOTICE WHEN MAKING PAYMENT**

Pay by mail; it is easier. Send your check or money order together with this notice. If a return receipt is desired, please include a self-addressed stamped envelope.

**PLEASE REMIT OR FORWARD TO MORTGAGE COMPANY**

**DO NOT DISREGARD THIS NOTICE**

If you feel that you have received this notice in error, please call the Office of the Tax Collector at (504)341-3424.

| MILLAGE | MILLS |
|---|---|
| GENERAL CITY TAX | 4.06 |
| STREET LIGHTING | 2.93 |
| PARK MAINTENANCE & LIGHTING | 2.93 |
| FIRE PROTECTION MAINT. & OPER. | 4.89 |
| POLICE MAINT. & OPR. | 4.89 |
| AMULANCE SERVICE MAINT. & OPR. | 6.63 |
| TOTAL | 26.33 |

## CITY OF WESTWEGO

OFFICE OF THE TAX COLLECTOR
CITY HALL - 419 AVENUE A
WESTWEGO, LOUISIANA 70094

WINN DIXIE LA INC #1431
PROPERTY TAX DEPT
5050 EDGEWOOD COURT
JACKSONVILLE FL 32254

### DESCRIPTION OF PROPERTY

| | |
|---|---|
| MERCHANDISE | 10153 |
| COMPUTER EQUIP | 430 |
| MACHINERY & EQUIP. | 6774 |
| SIGNS | 107 |
| LEASEHOLD IMPROVEMENTS | 2325 |
| SUPPLIES | 192 |
| POS | 10 |
| TOOL/DIES/MOLDS/JIGS | 390 |

## TAXES FOR YEAR 2006

| BILL NUMBER | PARCEL |
|---|---|
| 204724 | 969600 |

1070 WESTBANK EXPY

| WARD: | 44 |
|---|---|
| TAX CLASS: | 06 |

### ASSESSMENT VALUATION

| LAND | BUILDING: | TOTAL |
|---|---|---|
| 0 | 0 | 203864 |

| TOTAL ASSESSED VALUE | MILLAGE | TAX |
|---|---|---|
| 203864 | 0.02633 | 5,367.74 |

| TAX | 5,367.74 |
|---|---|
| NOTICE FEE | 0.00 |
| INTEREST | 0.00 |
| OTHER COSTS | 0.00 |
| TOTAL DUE | 5,367.74 |

NOTE: Interest accrues monthly.
This Amount Valid Through
December 31, 2006

Exhibit "A"
Page 2 of 2

WINN DIXIE LA INC #1431
PROPERTY TAX DEPT
5050 EDGEWOOD COURT
JACKSONVILLE FL 32254

This notice printed
December 31, 2006

**PROPERTY TAX BILL**