**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

**NOTICE OF AGREED ORDER RESOLVING CLAIMS FILED BY
WEBBER COMMERCIAL PROPERTIES, LLC AS SET FORTH IN THE
DEBTORS' TWENTY-FIFTH OMNIBUS CLAIMS OBJECTION**

---

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

The Court will consider this matter without further notice or hearing unless a party in interest files an objection within 3 business days from the date of service of this paper. If you object to the relief requested in this paper, you must (a) file your response with the Clerk of the Bankruptcy Court in accordance with the Court's electronic filing procedures or at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and (b) serve a copy by email and fax on (i) Winn-Dixie Stores, Inc. c/o Jay Castle, Esq., 5050 Edgewood Court, Jacksonville, Florida 32254, JayCastle@winn-dixie.com, (ii) James H. Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, jpost@smithhulsey.com and (iii) Rosalie Gray, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, rgray@skadden.com.

If you file and serve a response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file a response within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates (the "Debtors") give notice of the proposed entry of the attached Agreed Order Resolving Claims Filed by Webber Commercial Properties, LLC as set forth in the Debtors' Twenty-Fifth Omnibus Claims Objection.

If no objection to the proposed Agreed Order is filed and served within the

time set forth above, the Court will be requested to enter the Agreed Order without further notice or hearing.

Dated:   January 5, 2007

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D.J. Baker*  <br>      D. J. Baker <br>      Sally McDonald Henry <br>      Rosalie Walker Gray <br>      Jane M. Leamy | By   *s/ James H. Post*  <br>      Stephen D. Busey <br>      James H. Post <br>      Cynthia C. Jackson |
| Four Times Square <br>New York, New York 10036 <br>(212) 735-3000 <br>(917) 777-2150 (facsimile) <br>djbaker@skadden.com | Florida Bar Number 175460 <br>225 Water Street, Suite 1800 <br>Jacksonville, Florida  32202 <br>(904) 359-7700 <br>(904) 359-7708 (facsimile) <br>jpost@smithhulsey.com |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Reorganized Debtors.[1] | ) Jointly Administered |
| | ) |

**AGREED ORDER RESOLVING CLAIMS FILED BY WEBBER
COMMERCIAL PROPERTIES, AS SET FORTH IN THE
DEBTORS' TWENTY-FIFTH OMNIBUS CLAIMS OBJECTION**

These cases originally came before the Court for hearing on November 30, 2006, upon the Twenty-Fifth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibit A through J to the Objection.[2]  Formal and informal responses to the Objection were raised and filed, as a result of which the Debtors agreed to continue the Objection with respect to claim nos. 11592, 12361 and 12792 filed by Webber Commercial Properties, LLC, among others.  On November 30, 2006, the Court entered an order (Docket No. 12902) sustaining the Objection as to the proofs of claim listed on the exhibits to the order and continuing the hearing on the Objection as to Webber Commercial

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

Properties, LLC and other unresolved claims. Based upon the consent of the parties appearing below, it is

   ORDERED AND ADJUDGED:

   1. Claim no. 11592 filed by Webber Commercial Properties, LLC is disallowed, as having been amended by claim no. 12361.

   2. Claim no. 12361 filed by Webber Commercial Properties, LLC is disallowed, as having been amended by claim no. 12792.

   3. Claim no. 12792 filed by Webber Commercial Properties, LLC is reduced and allowed as an unsecured non-priority claim in the amount of $865,433.76, and the balance of claim no. 12792 is disallowed.

   4. This Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims filed by Webber Commercial Properties, LLC in these Chapter 11 cases and (ii) all other pre-petition or pre-confirmation claims that Webber Commercial Properties, LLC has or may have against the Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

   5. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

   Dated this ____ day of _____, 2006 in Jacksonville, Florida.

                  _____
                  Jerry A. Funk
                  United States Bankruptcy Judge

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | TRENAM, KEMKER, SCHARF, BARKIN, FRYE,  O'NEILL & MULLIS |
| By */s/ James H. Post*<br>    James H. Post | By  */s/ William Knight Zewadski\**<br>    William Knight Zewadski |
| Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile) | 101 E. Kennedy Boulevard, Suite 2700<br>Tampa, Florida 33601-1102<br>(813) 227-7484 |
| -and- | Counsel for Webber Commercial Properties, LLC |
| SKADDEN, ARPS, SLATE, MEAGHER<br>& FLOM LLP | \* Counsel has authorized his electronic signature |
| D. J. Baker<br>Sally McDonald Henry<br>Rosalie Walker Gray<br>Jane M. Leamy<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile) | |
| Co-Counsel for Reorganized Debtors | |

3

## Certificate of Service

I certify that a copy of this document has been furnished electronically and by facsimile to the Post-Effective Date Committee, c/o Matthew Barr, Esq. and Michael Comerford, Esq., Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, mbarr@milbank.com, mcomerford@milbank.com, this 5th day of January, 2007.

*Jane M. Leamy*
Attorney

480243-Wilmington Server 1A - MSW