# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.

Case No.: 3-05-bk-3817 (JAF)

Chapter 11

Jointly Administered

## APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE AND REQUEST FOR NOTICE
### *Doug Hedden Electric, Inc.*

Comes Now, Doug Hedden Electric, Inc. ("Applicant"), through the undersigned attorneys, and seeks administrative expense status for Applicant's claim against one or more of the Debtors pursuant to 11 U.S.C. § 503(b). Applicant requests the entry of an order allowing the administrative expense described below and directing the payment of such amount pursuant to Order Confirming the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Confirmation Order") and the provisions of the Plan as confirmed. In support of this Application, Applicant states as follows:

### JURISDICTION AND VENUE

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. § 157(b)(2).

### FACTUAL BACKGROUND

2. Winn-Dixie Stores, Inc., et al. (the "Debtors") filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on or about February 21, 2005 (the "Petition Date").

3. After the Petition Date, Applicant provided electrical mechanical work on an emergency basis in August 2005 to Debtor Winn-Dixie Stores, Inc. and Winn-Dixie

Stores, Inc. agreed to pay Applicant for those services. Applicant has properly billed Winn-Dixie Stores, Inc. a total of $1,710.00 but has not been paid. Applicant seeks immediate payment of the $1,710.00 invoice, which is attached as Exhibit A.

## APPLICANT'S CLAIM IS ENTITLED TO ADMINISTRATIVE EXPENSE STATUS

4.  Section 503(b) of the Bankruptcy Code provides for the allowance of administrative expense status, and its attendant priority for payment, for the "actual, necessary costs and expenses of preserving the estate…" 11 U.S.C. § 503(b). It is well-established that claims arising from goods are entitled to such priority. In this instance, Applicant's claim arose as a result of the business operations of one or more of the Debtors after the Petition Date but prior to the Confirmation Order. As such, Applicant's claim is entitled to administrative expense status under 11 U.S.C. § 503(b), and Applicant seeks the entry of an order awarding such status.

## REQUEST FOR FUTURE NOTICE

Applicant requests that all future pleadings and notices regarding or affecting Applicant's claim be served upon:

> Doug Hedden Electric, Inc.
> Attn: Laura Bunbury
> 2200 NW 118th Ave.
> Pembroke Pines, FL 33026

WHEREFORE, based upon the foregoing, Applicant requests that the Court enter an order granting the relief requested herein and such other relief as it deems just and proper.

Respectfully Submitted,    WILCOX LAW FIRM

/s/ **Robert Wilcox**
Robert D. Wilcox (FL #755168)
6817 Southpoint Parkway, Suite 1302
Jacksonville, FL 32216
Telephone: (904) 281-0700

Facsimile: (904) 513-9201

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2007 I filed this **APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE STATUS FOR POSTPETITION CLAIM AND REQUEST FOR NOTICE** through the CM/ECF filing system, which will cause a copy to be served on James H. Post, Esq., Counsel for the Reorganized Debtors, Matthew Barr, Esq. and John MacDonald, Esq., Counsel for the Post-Effective Date Committee, Elena L. Escamilla, Esq., counsel for the Office of the United States Trustee and all other parties participating in the CM/ECF System, all served electronically.

/s/ **Robert Wilcox**
Robert D. Wilcox

# EXHIBIT A



24 HOUR SERVICE

**DOUG HEDDEN ELECTRIC, INC.**
5722 S. FLAMINGO ROAD, PMB 227
COOPER CITY, FL 33330-3206
(954) 435-7177 • FAX: (954) 435-0393

# INVOICE

| DATE | INVOICE # |
|---|---|
| 8/26/2005 | 10178 |

**BILL TO:**
WINN-DIXIE POMPANO
ATTN: Eddie Alvarez, Maint. Dept.
1141 S.W. 12th Avenue
Pompano Beach, FL 33069-4677

| P.O. NUMBER | TERMS | PROJECT |
|---|---|---|
|  |  |  |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
|  | JOB LOCATION: WINN DIXIE, 1141 SW 12TH AVENUE, POMPANO BEACH, FL. |  |  |
|  | JOB INVOICE/WORK ORDER #15529: SERVICE CALL -- EMERGENCY HOOK UP OF GENERATOR. |  |  |
| 6 | MECHANIC HOURLY RATE @ 65.00 | 65.00 | 390.00 |
| 6 | MECHANIC HOURLY RATE @ 65.00 | 65.00 | 390.00 |
| 6 | MECHANIC HOURLY RATE @ 65.00 | 65.00 | 390.00 |
| 6 | HELPER HOURLY RATE @ 45.00 | 45.00 | 270.00 |
| 6 | HELPER HOURLY RATE @ 45.00 | 45.00 | 270.00 |

THANK YOU FOR YOUR BUSINESS!

**TOTAL** $1,710.00

A FINANCE CHARGE OF 1-1/2% PER MONTH, OR THE MAXIMUM ALLOWABLE UNDER STATE LAW, WILL BE ADDED TO DELINQUENT INVOICE