**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**In re:**                                    **Case No.: 3-05-bk-3817**

**Winn-Dixie Stores, Inc.**                   **Chapter 11**

**Reorganized debtors**                       **Jointly Administered**

                                              **The Honorable Jerry A. Funk**

---

## APPLICATION FOR ADMINISTRATIVE EXPENSE

NOW coming before this honorable United States Bankruptcy Court is SANDRA ASHTON, a person of the full age of majority and a resident of and domiciled in the state of Florida, and appearing herein through her counsel, Bryan D. Caulfield, an Attorney at Law practicing and residing in the State of Florida and duly admitted to practice law in the state of Florida, who respectfully represents to this honorable court.

1.

WINN-DIXIE STORES, INC., has filed a Chapter 11 bankruptcy proceeding on February 21, 2005 originally in the Southern District of New York, and the matter was ultimately transferred to the Middle District of Florida, Jacksonville Division, by an order dated April 13, 2005.

2.

Sandra ASHTON filed a claim against Winn-Dixie Stores, Inc. as a result of a tort action on regard to an injury that she sustained beginning on January 12, 2006 as a result of actions of employees of Winn-Dixie Stores, Inc. in Florida.

3.

This is an administrative claim arising against the debtor that commenced during the period between February 21, 2005 and November 21, 2006.  That the Winn-Dixie store in question is known as Winn-Dixie Stores, Inc. – Winn-Dixie is located at 1296 County Road 1, Dunedin, Florida.

4.

The action that Sandra ASHTON has against Winn-Dixie Stores, Inc., has been explained to the appropriate adjuster for Winn-Dixie Stores, Inc on several occasions and there was ongoing communications about a resolution of this matter.  However, upon receipt of the bankruptcy notice in this matter, all communications stopped.  As such, Sandra ASHTON files this application for an administrative expense.

5.

Sandra ASHTON was a patron of the Winn-Dixie Stores, Inc at the location previously indicated on January 12, 2006. Winn-Dixie Stores, Inc negligently failed to maintain a safe and clean environment for their guests and invitees causing Sandra ASHTON to slip and fall on a substance left on the floor.

6.

Sandra ASHTON has accumulated medical bills in this matter totaling $4,526.94.  That is the claim amount that she is asserting as well as the sum of $20,000.00 for general tortious damages, or a total of $24,526.94.

WHEREFORE, Sandra ASHTON prays through her counsel of records herein, Bryan Caulfield, that she be allowed to file this Application for Administrative Expense with this honorable court in regard to injuries that she sustained at a Winn-Dixie Store on January 12,

2006 in the state of Florida.  Attached hereto and made part hereof is the appropriate notification

of all appropriate individuals/agencies.

> PERENICH, CARROLL, PERENICH,
> AVRIL, CAULFIELD & NOYES, P.A.
> Bryan D. Caulfield, Esquire
> 1875 Belcher Road No., Suite 201
> Clearwater, FL  34625
> (727) 796-8282/Fax: 797-3667
> FBN: 767530
>
> And
>
> BUSH ROSS, P.A.
> Jeffrey W. Warren, Esquire
> P.O. Box 3913
> Tampa, FL 33601-3913
> (813) 224-9255/Fax: 223-9620
> FBN: 0150024
>
>
> /s/ Jeffrey W. Warren
> Attorneys for Plaintiff

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                          Case No.: 3-05-bk-3817

Winn-Dixie Stores, Inc.                         Chapter 11

Reorganized debtors                             Jointly Administered

                                                The Honorable Jerry A. Funk

---

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing Application for

Administrative Expense with the Clerk of the Court by using CM/ECF system which will send a

notice of electronic filing to James Post, Smith, Hulsey & Busey, 225 Water Street, Suite 1800,

Jacksonville, Florida, 32202, Fax (904) 359-7708; and also upon counsel for the Post-Effective Date

Committee to Matthew Barr, of Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan

Plaza, New York, New York, 10005, Fax (212) 822-5194 on this 5th day January, 2007.


                              /s/ Jeffrey W. Warren

                              _____

                              Jeffrey W. Warren, Esquire
                              FBN: 0150024