**IN THE BANKRUPTCY COURT OF THE MIDDLE DISTRICT OF FLORIDA**

**JACKSONVILLE DIVISION**

| | | | |
|---|---|---|---|
| **NAME OF PLAINTIFF** <br> **Comfort Ozobia** | ) ) ) | | |
| V. | ) ) ) ) | NO. | 3-05-bk-3817 |
| **WINN-DIXIE Stores** | ) ) ) | | |

**COMPLAINT**

Plaintiff, Comfort Ozobia (ID# A511214810-0001-01), having been served with a Notice of Entry of Order by the Bankruptcy Court of the Middle District of Florida, files her Complaint against Defendant, Winn Dixie Stores and in support thereof states as follows:

1.

Plaintiff is an adult resident citizen of the state of Nevada residing at 1533 Westwood Drive, in Las Vegas, NV within Clark County.

2.

Defendant, Winn Dixie Stores is a corporation and may be served by serving a copy of this Complaint and Summons on its registered agent for service of process.

3.

On December 4, 2005 Plaintiff, Comfort Ozobia was in Miami, Florida visiting her daughter who is a Florida resident. On this date, Plaintiff was shopping for groceries in the Winn-Dixie Store #366 located on 3701 NW 7th Street, in Miami, Fl 33126 in Miami-Dade County.

4.

While approaching the check-out stand to pay for her groceries Plaintiff, Comfort Ozobia slipped on some water that was on the floor adjacent to the check-out counter. An employee had just finished mopping the floor where Plaintiff fell and the area was not cordoned off to alert patrons of the hazard.

5.

Miami-Dade EMS Paramedics were called and arrived shortly after the incident.  The paramedics examined the Plaintiff reported the accident. Plaintiff also filed an accident report with
Winn-Dixie Stores.

6.

Soon after the incident, Plaintiff sought medical treatment as well as physical therapy for the injuries she sustained due to the slip and fall at Winn Dixie.  Defendant negligently failed to remove the water from the floor and failed to adequately warn the Plaintiff of the concealed defect. As a result of this omission, Defendant negligently caused Plaintiffs' injuries.

7.

As a proximate result of Defendant's negligence, Plaintiff, Comfort Ozobia suffered personal injuries including physical pain, mental pain and suffering, as well as past and future medical expenses.

WHEREFORE, Plaintiff demands judgment from the Defendant in the sum of no less than $10,000/100 Dollars with pre-judgment interest from the date of
judicial demand, interest on the judgment at the legal rate until paid, and costs of court.


Respectfully submitted this 5 day of January 2007.



ATTORNEY FOR PLAINTIFF

OF COUNSEL: Amaka Ozobia, Esquire