UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |

## AGREED ORDER REGARDING MOTION FOR RELIEF FROM STAY FILED BY BELLSOUTH

This cause is before the Court on the motion of BellSouth Telecommunications, Inc. ("BellSouth") for relief from stay (Docket No. 11866) (the "Motion") to allow it to setoff amounts owed to the Debtors against amounts owed by the Debtors to BellSouth. Based upon the representations of the Debtors and BellSouth's counsel that this Agreed Order reflects a resolution of the Motion, it is

ORDERED AND ADJUDGED:

1. The Motion is granted in the manner set forth below.

2. BellSouth is authorized to setoff against its proofs of claim numbers 4036 and 6752, $220,370.53 it holds in credits, rewards and discounts owed to the Debtors[2]. Once this setoff is taken, claim number 4036 will be allowed as a general unsecured nonpriority claim in the amount of $69,276.48 to be paid in accordance with the confirmed plan of reorganization in these Chapter 11 cases. Claim number 6752 will be disallowed.

3. This Agreed Order resolves (i) all prepetition liabilities and obligations related to claim numbers 4036 and 6572 and (ii) all other claims BellSouth has or may

---

[2] All capitalized terms not otherwise defined in this Agreed Order have the meaning ascribed to them in the Debtors' final plan of reorganization dated August 9, 2006 (Docket No. 10058).

have against the Debtors and any of their Chapter 11 estates, employees, agents, successors or assigns, as of the date of this Agreed Order, all of which are forever waived, discharged and released. This Agreed Order does not release any claims that may exist for postpetition charges which will be handled in the ordinary course.

4. The Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Done and Ordered this 4 day of ~~December~~ January, 2006.

Jerry A. Funk
United States Bankruptcy Judge

00548760.2