UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re: ) Case No. 05-03817-3F1
)
WINN-DIXIE STORES, INC., et al., ) Chapter 11
)
Debtors.[1] ) Jointly Administered
)

AGREED ORDER RESOLVING CLAIMS FILED BY BEAUTY ENTERPRISES, BUMBLE BEE SEAFOOD LLC, DISPLAY SPECIALTIES, INC., HEALTHCARE CONSULTANTS OF CENTRAL FLORIDA, INC., JELLY BELLY CANDY COMPANY, MATTEL TOYS, RM PALMER COMPANY AND THE STEAK-UMM COMPANY, AS SET FORTH IN THE DEBTORS' SEVENTH OMNIBUS CLAIMS OBJECTION

These cases originally came before the Court for hearing on April 20, 2006, upon the Seventh Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibit A to the Objection.[2] Formal and informal responses to the Objection were raised, as a result of which the Debtors agreed to continue the Objection with respect to (i) claim no. 6870 filed by Beauty Enterprises, (ii) claim no. 10917 filed by Bumble Bee Seafood LLC, (iii) claim no. 7454 filed by Display Specialties, Inc., (iv) claim no. 4242 filed by Healthcare Consultants of Central Florida, Inc., (v) claim no. 9835 filed by Jelly Belly Candy Company, (vi)

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

claim no. 4861 filed by Mattel Toys, (vii) claim no. 2055 filed by RM Palmer Company and (viii) claim no. 4197 filed by The Steak-Umm Company, Inc. (the "Overstated Claims"), among others. On April 20, 2006, the Court entered an order (Docket No. 7355) sustaining the Objection as to the proofs of claim listed on the exhibits to the order and continuing the hearing on the Objection as to the Overstated Claims and other unresolved claims. Based upon the representation by counsel to the Debtors that the proposed Agreed Order reflects a resolution of the Objection as to the Overstated Claims, it is

ORDERED AND ADJUDGED:

1. The Overstated Claims listed on Exhibit A are reduced to the amounts set forth on Exhibit A under the heading Reduced Amount and the amounts exceeding the Reduced Amount are disallowed.

2. Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order is deemed a separate Order with respect to each claim. Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

3. Neither the Objection nor any disposition of the Overstated Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

4. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 4 day of January 2007 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

475868-Wilmington Server 1A - MSW

# EXHIBIT A

WINN-DIXIE STORES, INC., ET AL.
SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - OVERSTATED CLAIMS TO BE REDUCED

Page: 1 of 2
Date: 11/08/2006

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 243210<br>BEAUTY ENTERPRISES<br>ATTN CAROL HARRISON, CR MGR<br>150 MEADOW ST<br>HARTFORD, CT 06114 | 6870<br>Debtor: WINN-DIXIE STORES, INC. | $92,471.40 | $78,940.30 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| Creditor Id: 384021<br>BUMBLE BEE SEAFOOD LLC<br>PO BOX 90335<br>CHICAGO, IL 60696-0035 | 10917<br>Debtor: WINN-DIXIE STORES, INC. | $221,507.55 | $189,965.71 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| Creditor Id: 404558<br>DISPLAY SPECIALTIES, INC<br>PO BOX 115<br>FT THOMAS KY 41075 | 7454<br>Debtor: WINN-DIXIE STORES, INC. | $11,218.76 | $8,771.38 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| Creditor Id: 407556<br>HEALTHCARE CONSULTANTS OF CTL FL<br>DBA HEALTHCARE CONSULTANTS PHARMACY<br>C/O MATEER & HARBERT<br>ATTN DAVID M LANDIS, ESQ<br>PO BOX 2854<br>ORLANDO FL 32802-2854<br>Transferee: LCH OPPORTUNITIES LLC | 4242<br>Debtor: WINN-DIXIE STORES, INC. | $440,986.25 | $439,236.25 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| Creditor Id: 252929<br>JELLY BELLY CANDY COMPANY<br>ATTN CYNTHIA KING, AR SUPERV<br>ONE JELLY BELLY LANE<br>FAIRFIELD CA 94533 | 9835<br>Debtor: WINN-DIXIE STORES, INC. | $26,835.44 | $1,168.79 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| Creditor Id: 407645<br>MATTEL TOYS AKA<br>MATTEL SALES CORP<br>ATTN KATHLEEN SIMPSON-TAYLOR, VP FN<br>MAIL STOP M1-1201<br>333 CONTINENTAL BLVD<br>EL SEGUNDO CA 90245-5012<br>Transferee: JPMORGAN CHASE BANK NA | 4861<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $478,743.60 | $463,948.40 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |

WINN-DIXIE STORES, INC., ET AL.
SEVENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - OVERSTATED CLAIMS TO BE REDUCED

Page: 2 of 2
Date: 11/08/2006

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 259159<br>RM PALMER COMPANY<br>ATTN CHARLES W SHEARER JR<br>PO BOX 1723<br>READING PA 19603-1723<br><br>Transferee: AMROC INVESTMENTS LLC | 2055<br>Debtor: | $195,142.80<br>WINN-DIXIE PROCUREMENT, INC. | $151,119.26 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $17,657.06 AND $52,366.48, RESPECTIVELY. |
| Creditor Id: 261911<br>STEAK-UMM COMPANY INC, THE<br>ATTN WILLIAM C BALLOU, CFO<br>153 SEARLES RD<br>POMFRET CENTER CT 06259 | 4197<br>Debtor: | $22,316.16<br>WINN-DIXIE PROCUREMENT, INC. | $8,522.64 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |

Total Claims to be Reduced: 8
Total Amount to be Reduced: $1,489,221.96 Plus Unliquidated Amounts, If Any
Total Reduced Amount: $1,341,672.73