UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.[1]

Chapter 11

Case No. 05-03817-3F1

(Jointly Administered)

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. Between December 20, 2006 through December 28, 2006 I caused copies of:

- the **Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Date for Filing Claims Arising Before Effective Date and Other Administrative Claims**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: January 4, 2007

_____
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: EF

# EXHIBIT A
# SERVICE LIST

**SUPPLEMENTAL SERVICE LIST**
**Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurence of Effective Date of Plan, and (c) Bar Dates for Filing Claims Arising Before Effective Date and Other Administrative Claims**

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.  **CASE:** 05-03817-3F1

CREDITOR ID: 241341-12
AJM PACKAGING CORP
ATTN TERRY JACKSON, CFO
E-4111 ANDOVER ROAD, STE 100
BLOOMFIELD HILLS MI 48302

CREDITOR ID: 554835-BC
BOOKER, ALLISON
1470 SUNSHADOW DR
APT 206
CASSELBERRY FL 32707

CREDITOR ID: 558018-99
BUNDY NEW ORLEANS CO LLC
C/O HIERSCHE HAYWARD DRAKELEY ET AL
ATTN: RUSSELL MILLS, JASON KATZ,
15303 DALLAS PKWY, STE 700
ADDISON TX 75001

CREDITOR ID: 558019-99
BUNDY NEW ORLEANS LLC
C/O BLEDSOE JACOBSON SCHMIDT ET AL
ATTN: JAMES A BLEDSOE JR, ESQ
1301 RIVERPLACE BLVD STE 1818
JACKSONVILLE FL 32207

CREDITOR ID: 558022-99
CHECKPOINT SYSTEMS, INC.
C/O MONTGOMER MCCRACKEN ET AL
ATTN: NOEL C BURNHAM, ESQ
300 DELAWARE AVE, STE 750
WILMINGTON DE 19801

CREDITOR ID: 558208-A1
EGED, ARIN
1700 FOUNTAIN CT, APT 2508
COLUMBUS GA 31903

CREDITOR ID: 556283-BC
LORANDOS, HOPE
1013 NW 5TH ST
FORT LAUDERDALE FL 33311

CREDITOR ID: 556613-BC
MOSES, BOBBY
11451 OLD KINGS ROAD
JACKSONVILLE FL 32219

CREDITOR ID: 558015-99
PATTERSON, LARRY
C/O REHAN N KHAWAJA, ESQ
817 N MAIN STREET
JACKSONVILLE FL 32202

CREDITOR ID: 556818-BC
PHILLIPS, ANITA
11060 SW 196TH ST APT #601
MIAMI FL 33157

CREDITOR ID: 558025-99
REDDY ICE, INC.
C/O HANCE SCARBOROUGH WRIGHT ET AL
ATTN: KEITH MILES AURZADA ESQ
THE ELM PLACE BLDG
1401 ELM STREET, STE 4750
DALLAS TX 75202

CREDITOR ID: 558020-99
SCP WINTER GARDEN FL LLC
C/O LOOPER REED & MCGRAW PC
ATTN: THOMAS H KEEN, ESQ
4100 THANKSGIVING TOWER
1601 ELM ST
DALLAS TX 75201

CREDITOR ID: 410581-15
SOUTHERN BOTTLED WATER CO, INC
C/O HANCE SCARBOROUGH WRIGHT ETAL
ATTN KEITH MILES AURZADA, ESQ
THE ELM PLACE BLDG
1401 ELM STREET, STE 4750
DALLAS TX 75202

CREDITOR ID: 558207-A1
STRAMA, NANCY
372 SOUTH DRIVE
MIAMI SPRINGS FL 33166-5944

CREDITOR ID: 558017-99
TERRANOVA CORPORATION
C/O SCRUGGS & CARMICHAEL PA
ATTN: JEFFREY R DOLLINGER, ESQ
ONE SE FIRST AVENUE
PO BOX 23109
GAINESVILLE FL 32602

CREDITOR ID: 558209-A1
THIBADEAUX, BARBARA
2021 WEST PARK
EUNICE LA 70535

CREDITOR ID: 558024-99
WINYAH VILLAGE PARTNERS
C/O ROBINSON BARTON MCCARTHY ETAL
ATTN: W.E. CALLOWAY ESQ
PO BOX 12287
COLUMBIA SC 29211-2287

**Total: 17**

# EXHIBIT B

Case 3:05-bk-03817-JAF    Doc 14543    Filed 01/08/07    Page 4 of 6

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| Winn-Dixie Stores, Inc., et al.,[1] | Chapter 11 |
| Reorganized Debtors. | Jointly Administered |

**NOTICE OF (A) ENTRY OF ORDER CONFIRMING PLAN OF REORGANIZATION, (B) OCCURRENCE OF EFFECTIVE DATE OF PLAN, AND (C) BAR DATES FOR FILING CLAIMS ARISING BEFORE EFFECTIVE DATE AND OTHER ADMINISTRATIVE CLAIMS**

**TO:     ALL PARTIES IN INTEREST**

**PLEASE TAKE NOTICE THAT:**

        1.      On November 9, 2006, the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Bankruptcy Court") entered its Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Confirmation Order").  Unless otherwise defined herein, capitalized terms used in this Notice shall have the meanings ascribed to such terms in the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated August 9, 2006, as modified by the First Modification to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated October 10, 2006 (together, the "Plan").  Copies of the Confirmation Order and the Plan may be obtained by accessing http://www.loganandco.com or http://www.flmb.uscourts.gov.

        2.      The conditions to consummation of the Plan set forth in Section 10.2 of the Plan were satisfied (or waived) on November 21, 2006.  Thus, in accordance with the terms of the Plan, the Plan became effective on November 21, 2006 (the "Effective Date").  All references in the Plan and the Confirmation Order to the Effective Date are to November 21, 2006.

        **3.**      In accordance with Section 12.1 of the Plan, subject to the provisions of paragraph 4 below, all requests for payment of an Administrative Claim or any Claim arising against the Debtors in the period between February 21, 2005 and November 21, 2006, (other than as set forth in Section 4.1(a), 12.1, 12.2, 12.3, 12.4, or 12.5 of the Plan) must be made by application filed with the Bankruptcy Court and served on counsel for the Reorganized Debtors and the Post-Effective Date Committee **no later than January 5, 2007**, which is the date forty-five (45) days after the Effective Date.  The filing of an application must be made via the Bankruptcy Court's electronic filing procedures (electronic filing is mandatory for all attorneys) or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.  The service of an application on counsel for the Reorganized Debtors must be made by delivery of a copy upon James Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, Fax: (904) 359-7708, E-mail: jpost@smithhulsey.com; and service of an application on counsel for the Post-Effective Date Committee must be made by delivery of a copy upon Matthew Barr, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Fax: (212) 822-5194, E-mail: mbarr@milbank.com.  In the event that the Reorganized Debtors object to an application, the Bankruptcy Court shall determine the Allowed amount of such Administrative Claim.  **Subject to the provisions of paragraph 4 below, an Administrative Claim or any Claim arising against the Debtors in the period between February 21, 2005 and November 21, 2006 that is not asserted in an application filed and served no later than January 5, 2007, shall be forever barred and deemed waived and relinquished in full, and the Reorganized Debtors shall have no obligation to pay such Claim.**

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

4. Notwithstanding the provisions of paragraph 3, (a) no application seeking payment of an Administrative Claim or any Claim arising between February 21, 2005 and November 21, 2006 is required with respect to an undisputed post-petition obligation which was paid or is payable by a Debtor in the ordinary course of business; *provided, however*, that in no event shall a post-petition obligation that is contingent or disputed and subject to liquidation through pending or prospective litigation, including, but not limited to, alleged obligations arising from personal injury, property damage, products liability, consumer complaints, employment law (excluding claims arising under workers' compensation law), secondary payor liability, or any other disputed legal or equitable claim based on tort, statute, contract, equity, or common law, be considered to be an obligation which is payable in the ordinary course of business; and (b) no application is required with respect to Cure owing under an executory contract or unexpired lease if the amount of Cure is fixed or proposed to be fixed by order of the Bankruptcy Court pursuant to a motion to assume and fix the amount of Cure filed by the Debtors and a timely objection asserting an increased amount of Cure filed by the non-Debtor party to the subject contract or lease.

5. In accordance with Section 12.2(a) of the Plan, all final requests for payment of Professional Fee Claims pursuant to Sections 327, 328, 330, 331, 503(b), or 1103 of the Bankruptcy Code must be made by application filed with the Bankruptcy Court and served on the Reorganized Debtors, their counsel, counsel to the Creditors Committee or the Post-Effective Date Committee, the fee examiner, and other necessary parties-in-interest **no later than January 22, 2007**, which date is sixty (60) days after the Effective Date, unless otherwise ordered by the Bankruptcy Court. No hearing shall be held on an application for a Professional Fee Claim until the fee examiner has completed and filed a report with respect to the Professional Fee Claim. Objections to such applications must be filed and served on the Reorganized Debtors, their counsel, and the requesting Professional or other entity on or before the date that is thirty (30) days (or such longer period as may be allowed by order of the Bankruptcy Court) after the later of (i) the date on which the applicable application was served or (ii) the date on which the fee examiner's report with respect to the applicable Professional Fee Claim was filed.

Dated: December 6, 2006

| | |
|---|---|
| D. J. Baker | Stephen D. Busey |
| Sally McDonald Henry, Rosalie Walker Gray, Adam S. Ravin | James H. Post, Cynthia C. Jackson, Leanne Prendergast |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| Four Times Square, New York, New York 10036 | 225 Water Street, Suite 1800, Jacksonville, Florida 32202 |
| | |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

**IF YOU HAVE QUESTIONS CONCERNING THIS NOTICE, PLEASE CONTACT:**

**TANA COPELAND
LEGAL ASSISTANT
SMITH HULSEY & BUSEY
PHONE: 904-359-7850
EMAIL: tcopeland@smithhulsey.com**