UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

**Debtor(s)**

## ORDER STRIKING APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM

The Court finds that the Second Amended Application for Administrative Expense Claim filed by James B. Guest on behalf of Linda C. Lewis on January 3, 2007 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED:**

The Second Amended Application for Administrative Expense Claim filed by James B. Guest on behalf of Linda C. Lewis on January 3, 2007 is stricken from the record.

DATED January 5, 2007, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
James B. Guest, 1900 32nd Street, Kenner Louisiana 70065