UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

Winn Dixie Stores, Inc., et al.,

Reorganized Debtors.
_____/

Case No.: 05-03817-3F1
Chapter 11
Jointly Administered

## APPLICATION FOR CLAIM AGAINST DEBTOR
## BETWEEN 2/21/05 AND 11/21/06

This application is made on behalf of claimant, BRUCE OTTO, by and through his undersigned attorney, for injuries received July 21, 2006 at the Winn Dixie Store located at 1080 NW Santa Fe Blvd., High Springs, FL 32643. The basis of this claim is the negligence of Winn Dixie in failing to keep its premises in a safe condition, to-wit: Winn Dixie had in its store a display of adrondack chairs; when claimant attempted to sit in one of the chairs; the chair broke causing claimant to fall causing injuries to his back and head.

The amount of this claim is undetermined at this time as Mr. Otto is continuing to treat for his injuries. His bills are outstanding at this time. Debtors' insurance carrier through its adjuster, Cynthia Bryhm, was placed on notice on September 6, 2006, but have failed to respond. An injury form was completed at the time of the incident by the manager, Gerald. Treatment with Dr. Lawrence Restieri of High Springs Chiropractic, P. O. Box 886, High Springs, FL 32643, (386)454-3941.

I CERTIFY that a copy hereof was furnished by FedEx and facsimile to James Post, Esq., Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202, (904)359-7708; Matthew Barr, Esq., Milbank, Tweed, Jadley & McCloy, LLP, 1

Chase Manhattan Plaza, New York, NY 10005, (212)822-5194 and the original to Clerk of the Court, United States Courthouse, 300 N. Hogan Street, Suite 3-350, Jacksonville, FL 32202 this January 4, 2007.

                                              **BRIAN C. HOGAN, ESQUIRE**
                                              Fla. Bar No.: 0114537
                                              5626 Curry Ford Road
                                              Orlando, Florida 32822
                                              Telephone: (407) 382-8402
                                              Fax Number: (407) 382-8446
                                              Attorney for Plaintiff