FILED
JACKSONVILLE **UNITED** STATES BANKRUPTCY COURT
FLORIDA MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2007 JAN -5 A 9: 44

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 05-03817-EFI |
| U.S. BANKRUPTCY COURT | ) | |
| Winn-Dixie Stores, Inc., _et. al._ | ) | Chapter 11 |
| OF FLORIDA | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## REQUEST FOR PAYMENT OF A CLASS 13 LANDLORD CLAIM

In accordance with the Notice of Entry of Order Confirming
Plan of Reorganization, (b) Occurrence of Effective Date of Plan
and (c) Bar Dates for Filing Claims Arising Before Effective
Date and Other Administrative Claims, dated December 6, 2006,
the Claimant, **SANDY LEAR,** is requesting payment of a Class 13
Landlord Claim for personal injuries arising against the Debtors
in the period between February 21, 2005 and November 21, 2006,
to wit, a fall on August 7, 2006 resulting in contusions, back
and rib injuries in Debtors Store Number 2249 located at 1229-A
Providence, Orange City, Volusia County, Florida.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the
foregoing has been sent by overnight mail to the Clerk of the
Court, United States Courthouse, 300 North Hogan Street, Suite
3-350, Jacksonville, Florida 32202; via facsimile transmittal
(904-359-7708) and U.S. Mail to James Post, Smith Hulsey & Busy,
225 Water Street, Suite 1800, Jacksonville, Florida 32202, and

via facsimile transmittal (212-822-5194) and U.S. Mail to
Matthew Barr, Milbank, Tweed, Hadley & McCloy LLP, Chase
Manhattan Plaza, New York, New York 10005, this 4th day of
January, 2007.

SANDY LEAR, Claimant

Mark A. Zimmerman, Esquire
JAMES & ZIMMERMAN, P.L.
Florida Bar No. 203491
Post Office Box 208
DeLand, FL  32721-0208
(386) 734-1200
ATTORNEY FOR CLAIMANT