UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:      Case #3:05-bk-03817-3F1

WINN-DIXIE STORES, INC., et al.      Chapter 11

Debtors,      Jointly Administered

_____//

## APPLICATION FOR POST EFFECTIVE DATE PAYMENT

1. Claimant/Creditor:     Olivia Pierre.

2. Date of Loss:     May 3, 2006

3. Basis of Personal Injury Claim:
   On May 3, 2006, while shopping at the Winn-Dixie located at 4849 Golden Gate Parkway in Naples, Florida, Ms. Pierre slipped on water that was on the floor. She fell onto the floor. As a result, she suffered serious injuries and damages, specifically but not limited to injuries to her left knee, left leg, left ankle, right buttock, neck, shoulders and mid and lower back.

4. Medical Status:
   At the present time, the current medical expenses total $9919.00. Ms. Pierre received EMS treatment and has continued therapy with Chery Chiropractic Center. Treatment and therapy are on going, thus her medical bills are accruing.

5. The Court has entered an Order setting a bar date to file administrative expense claims.

6. Damages arising from a post-petition tort committed by a debtor are entitled to administrative expense status.

7. The movant respectfully requests the Court enter an Order allowing her to post-petition administrative expense claim, subject to liquidation by either consent of the parties or a court of competent

1

jurisdiction. Upon liquidation of their post petition claims, movant respectfully requests that the Court enter an Order requiring the Debtors – as a condition of confirmation of their Chapter 11 plan – to pay the allowed administrative claims in full.

8. The movant requests that the Court limit notice of this Application to the Debtors, counsel for the Debtors, and the counsel for the Unsecured Trade Creditors Committee.

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been faxed to the Clerk of Court at 904-301-6529 with a copy of a complete Electronic Case Filing System Registration Form and that I forwarded copies to counsel of record by US MAIL to Reorganized Debtors and Post Effective Filing Date Committee: James Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, and Matthew Barr, Millbacnk, Tweed, Hadley & McClowy, LLP, 1 Chase Manhatten Plaza, New York New York 10005, on this 5th day of January 2007.

Michael G. Fink, Esq.
Fink & Boyle, P.A.
2050 McGregor Blvd.
Fort Myers, FL 33901
239-337-1303
237-337-7674 fax
Attorneys for Olivia Pierre

2