# PALM COAST CORNERS ASSOCIATES, LP
525 Pharr Road
Atlanta, Georgia 30305
(404) 231-0579 ext.16
(404) 266-3654 FAX

FILED
JACKSONVILLE, FLORIDA

JAN 0 5 2007

CLERK, U.S. BANKRUPTCY COURT

January 3, 2007

Mr. James Post
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
Certified # 7005 1160 0005 0586 6295

Clerk of the Court
US Bankruptcy Court Of Middle District FL
300 North Hogan Street
Suite 3-350
Case # 05-03817-3F1
Jacksonville, Florida 32202
Certified # 7005 1160 0005 0703 7570

Mr. Matthew Barr
Milbank, Tweed Hadley & McCoy, LLP
1 Chase Manhattan Plaza
New York, New York 1005
Certified # 7005 1160 0005 0586 6035

Re:  Payment of Claim
     Winn-Dixie, Inc. et. al.
     Case # 05-03817-3F1
     Winn Dixie #2247
     Palm Coast, Florida

Dear Honorable Judge Funk and Mr. Post and Mr. Barr:

Upon reviewing the "Notice of Bar Dates for Filing Claims Dated November 9, 2006", we hereby provide an invoice for 2006 annual reconciliation of Common Area Maintenance (CAM) expenses for Winn Dixie store # 2247 located in Palm Coast, Florida (see above reference) and an invoice for 2006 real estate taxes of $20,002.49. This invoice for $20,002.49 has been submitted to Winn-Dixie, Inc. On December 11, 2006, but has not been paid as of this date. The 2006 annual reconciliation of CAM indicates an amount due the Landlord of $196.56. This total amount now due is $20,199.05 for the real estate taxes and the 2006 annual CAM reconciliation

In accordance with the Lease Agreement, the Tenant is obligated to pay monthly rent, monthly CAM prepayments, annual real estate taxes, and annual insurance. A final annual reconciliation is prepared each year at year-end of these CAM charges.

Danny/Bankruptcy/WinnClaim2006

January 3, 2007                                                                                        Page 2

Kindly see the attached invoices.

Sincerely,

*[signature]*

Julian S. Betts, Jr.
President of U C Development, Inc., G.P.

                                               Enclosure

Danny/Bankruptcy/WinnClaim2006

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| In re: | Case No. 05-03817-3F1 |
|---|---|
| Winn-Dixie Stores, Inc., et al.,[1] | Chapter 11 |
| Reorganized Debtors. | Jointly Administered |

NOTICE OF (A) ENTRY OF ORDER CONFIRMING PLAN OF REORGANIZATION,
(B) OCCURRENCE OF EFFECTIVE DATE OF PLAN, AND (C) BAR DATES FOR FILING CLAIMS
ARISING BEFORE EFFECTIVE DATE AND OTHER ADMINISTRATIVE CLAIMS

TO:   ALL PARTIES IN INTEREST

PLEASE TAKE NOTICE THAT:

1.   On November 9, 2006, the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Bankruptcy Court") entered its Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Confirmation Order"). Unless otherwise defined herein, capitalized terms used in this Notice shall have the meanings ascribed to such terms in the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated August 9, 2006, as modified by the First Modification to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated October 10, 2006 (together, the "Plan"). Copies of the Confirmation Order and the Plan may be obtained by accessing http://www.loganandco.com or http://www.flmb.uscourts.gov.

2.   The conditions to consummation of the Plan set forth in Section 10.2 of the Plan were satisfied (or waived) on November 21, 2006. Thus, in accordance with the terms of the Plan, the Plan became effective on November 21, 2006 (the "Effective Date"). All references in the Plan and the Confirmation Order to the Effective Date are to November 21, 2006.

3.   In accordance with Section 12.1 of the Plan, subject to the provisions of paragraph 4 below, all requests for payment of an Administrative Claim or any Claim arising against the Debtors in the period between February 21, 2005 and November 21, 2006, (other than as set forth in Section 4.1(a), 12.1, 12.2, 12.3, 12.4, or 12.5 of the Plan) must be made by application filed with the Bankruptcy Court and served on counsel for the Reorganized Debtors and the Post-Effective Date Committee **no later than January 5, 2007**, which is the date forty-five (45) days after the Effective Date. The filing of an application must be made via the Bankruptcy Court's electronic filing procedures (electronic filing is mandatory for all attorneys) or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202. The service of an application on counsel for the Reorganized Debtors must be made by delivery of a copy upon James Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, Fax: (904) 359-7708, E-mail: jpost@smithhulsey.com; and service of an application on counsel for the Post-Effective Date Committee must be made by delivery of a copy upon Matthew Barr, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Fax: (212) 822-5194, E-mail: mbarr@milbank.com. In the event that the Reorganized Debtors object to an application, the Bankruptcy Court shall determine the Allowed amount of such Administrative Claim. **Subject to the provisions of paragraph 4 below, an Administrative Claim or any Claim arising against the Debtors in the period between February 21, 2005 and November 21, 2006 that is not asserted in an application filed and served no later than January 5, 2007, shall be forever barred and deemed waived and relinquished in full, and the Reorganized Debtors shall have no obligation to pay such Claim.**

4.   Notwithstanding the provisions of paragraph 3, (a) no application seeking payment of an Administrative Claim or any Claim arising between February 21, 2005 and November 21, 2006 is required with respect to an undisputed post-petition obligation which was paid or is payable by a Debtor in the ordinary course of business; *provided, however,* that in no event shall a post-petition obligation that is contingent or disputed and subject to liquidation through pending or prospective litigation, including, but not limited to, alleged obligations arising from personal injury, property damage, products liability, consumer

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

**PALM COAST CORNERS ASSOCIATES, L.P.**
525 Pharr Road, NE
Atlanta, Georgia 30305-3426

**2006 ANNUAL CAM INVOICE**

INVOICE DATE: 29-Dec-06

**Bill To Address:**
Ms. Virginia Vincent
Corporate Lease Associate
Winn-Dixie Stores Leasing, LLC
5050 Edgewood Court
Jacksonville, FL 32254

No. of Days Open: 365
Tenant Sq. Ft.: 44,000
Center Sq. Ft - CAM 168,131
*All CAM except electricity & taxes*
Center Sq. Ft - Electricity 73,290
*Note: Beall's pays their own electricity & taxes*

**Location Address:**
Winn Dixie #2247
1260 Palm Coast Parkway
Palm Coast, FL 32137

| Expense Category: | Actual Expense | Percentage Share | Prorata Share Based on Days Open | Applicable Sq. Ft. | Cost Per Sq. Ft. |
|---|---|---|---|---|---|
| Electricity - Common Area | $10,666.86 | 60.04% | $6,403.90 | 73,290 | $0.15 |
| R & M - General | $2,245.00 | 26.17% | $587.52 | 168,131 | $0.01 |
| R & M - Parking Lot | $645.00 | 26.17% | $168.80 | 168,131 | $0.00 |
| R & M - Electrical | $829.17 | 26.17% | $216.99 | 168,131 | $0.00 |
| Special Assessment Dues | $12,893.63 | 26.17% | $3,374.27 | 168,131 | $0.00 |
| Landscaping | $35,746.91 | 26.17% | $9,354.99 | 168,131 | $0.21 |
| Sweeping | $15,701.55 | 26.17% | $4,109.11 | 168,131 | $0.09 |
| Irrigation | $24,304.62 | 26.17% | $6,360.54 | 168,131 | $0.14 |
| **Subtotal of 2006 CAM Expenses** | **$103,032.74** | | **$30,576.12** | | **$0.62** |
| **Less monthly 2006 CAM prepayment** | | | **($30,379.56)** | | |
| **Amount due to Tenant** | | | **$196.56** | | |

**NOTES:**
1. 2006 liability and property insurance was invoiced on 10/15/06 in the amount of $17,941.32 and was paid by WD check #8272168 on November 6, 2006.
2. 2006 real estate taxes were invoiced December 18, 2006 in the amount of $20,002.49 and have not yet been paid.
3. Based on the 2007 CAM budget, the monthly CAM prepayment of $2,531.63 will remain the same for 2007.

**If amount due, make check payable to:**
Palm Coast Corners Associates, L.P.
525 Pharr Road, NE
Atlanta, GA 30305-3426

**For Questions:**
Contact: Jeri Dugan, Property Manager
(404) 231-0579, ext. 23
(404) 266-3654 fax
jpdugan@bellsouth.net

**Palm Coast Corners Associates LP**
525 Pharr Road
Atlanta, Georgia 30305

INVOICE --- 2006 REAL ESTATE TAX RECOVERY

INVOICE DATE:   11-Dec-06

**Bill To Address:**
Ms. Virginia Vincent
Winn Dixie Stores Inc
Corporate Lease Associate
5050 Edgewood Ct
Jacksonville, FL 32254

**No. of Days Open:** 365
Tenant Sq. Ft.: 44,000
Center Sq. Ft.: 168,131

**Location Address:**
Winn Dixie Stores Inc #2247
1260 Palm Coast Parkway
Palm Coast, FL 32137

| Expense Category: | Actual Expense | Percentage Share | Prorata Share Based on Days Open | Applicable Sq. Ft. | Cost Per Sq. Ft. |
|---|---|---|---|---|---|
| Real Estate Taxes | $76,432.90 | 26.17% | $20,002.49 | 168,131 | $0.45 |
| DUE FROM TENANT | | | $20,002.49 | | |

Please make checks payable to:

Palm Coast Corners Associates L.P.
525 Pharr Road
Atlanta, GA  30305

**For Questions:**
Call:   Jeri Dugan, Property Manager
        (404) 231-0579, ext. 23
        jpdugan@bellsouth.net