UNITED STATE BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Winn-Dixie Stores, Inc., et al

Reorganized Debtors

Case No. 05-03817-3F1

Chapter 11

Jointly Administered

*FILED*
*JACKSONVILLE*
*FLORIDA*
2007 JAN -4 A 9:31
U S BANKRUPTCY COURT
MIDDLE DISTRICT
OF FLORIDA

## MOTION FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

NOW INTO COURT, through undersigned counsel, comes STAFFORD, STEWART & POTTER, who files this Motion for Payment of Administrative Expense Claim pursuant to 11 USC §503(b) and respectfully represents:

1.

Stafford, Stewart & Potter is a law firm and provided legal services to the debtor post petition.

2.

The total amounts owing and unpaid to Stafford, Stewart & Potter on account of providing legal services and advancing costs between February 21, 2005, and November 21, 2006, the date of confirmation of the plan of reorganization, equals approximately Two Thousand Six Hundred Seventy-three and 68/100 ($2,673.68) Dollars.

3.

Stafford, Stewart & Potter provided such services and advanced costs on behalf of the debtor post petition, such that a benefit was provided to the estate of the debtor, allowing the debtor to continue to conduct its business post petition. As such, Stafford,

Stewart & Potter asserts that the expenses for the balance owed were actual, necessary costs and expenses to preserve the debtor's estate.

4.

Pursuant to 11 USC §503(b), Stafford, Stewart & Potter requests the allowance of an administrative expense claim in the amount of approximately $2,673.68 based on the fact that the legal services provided on behalf of the debtor post petition provided a significant benefit to the debtor's estate.

5.

Stafford, Stewart & Potter respectfully requests that after a hearing, this Honorable Court enter an order allowing Stafford, Stewart & Potter's administrative expense claim and the debtor immediately pay to Stafford, Stewart & Potter its administrative expense claim for all past due invoices owed for legal services and expenses provided to the debtor's estate post petition.

WHEREFORE, Mover, Stafford, Stewart & Potter, respectfully requests that this Court enter an Order approving an administrative expense claim in the amount of approximately $2,673.68 and directing the estate of the donor, Winn-Dixie Stores, Inc., et al, to pay such claim to Stafford, Stewart & Potter.

Respectfully submitted,

STAFFORD, STEWART & POTTER

RUSSELL L. POTTER (#8244)
P. O. Box 1711
Alexandria, LA 71309
(318) 487-4910
FAX (318) 487-9417
Mover

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing motion has this day been forwarded to:

James Post
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202

Matthew Barr
Milbank, Tweed, Hadley & McCoy
One Chase Manhattan Plaza
New York, New York 10005

Alexandria, Louisiana, this 3 day of January, 2007.

_____
RUSSELL L. POTTER