[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                        Case No. 3:05−bk−03817−JAF
                                                              Chapter 11

Winn−Dixie Stores, Inc


_____    Debtor(s)      /

### ORDER STRIKING REQUEST FOR PAYMENT FOR PAYMENT OF ADMINISTRATIVE EXPENSES

This case came on for consideration upon the Court's own motion. On January 4, 2007 ,Creditor, Ruby Davis filed a Request for Payment of Administrative Expenses without signature as required by Fed. R. Bank. P. 9011. It is

Ordered:

The request for payment of administrative expenses is stricken from the record.


Dated January 8, 2007

_____
Jerry A. Funk
United States Bankruptcy Judge



Copies furnished to:
Debtor
Attorney for Debtor
U.S. Trustee
Ruby Davis c/o T&D Trucking, P.O. Box 673, Douglas, GA 31534