[31634] [Order Waiving the Requirement for Local Counsel]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                   Case No. 3:05-bk-03817-JAF
                                                         Chapter 11

Winn-Dixie Stores, Inc




_____Debtor(s)_____/


### ORDER WAIVING THE REQUIREMENT FOR LOCAL COUNSEL

   This case came before the Court upon Motion of Solomon J. Jaskiel , a non-resident of Florida and counsel for Tallahassee 99-FL, LLC , pursuant to Local Rule 2090-1 to waive the requirement for local counsel. Good cause exists and, it is

   ORDERED: Local Rule 2090-1 permits appearance without formal admission of a non-resident of Florida and the requirement for local counsel is waived.

Dated January 8, 2007 .

                                                    _____
                                                    Jerry A. Funk
                                                    United States Bankruptcy Judge


   Copies furnished to:
   Debtor(s)
   Debtor(s)' Attorney
   United States Trustee
   Solomon J. Jaskiel, 275 Madison Avenue, 11th Floor, New York, NY 10016