[31634] [Order Waiving the Requirement for Local Counsel]

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:  
　　　　　　　　　　　　　　　　　　　　　　　　Case No. 3:05-bk-03817-JAF  
　　　　　　　　　　　　　　　　　　　　　　　　Chapter 11

Winn-Dixie Stores, Inc

　　　　Debtor(s)　　　　/

### ORDER WAIVING THE REQUIREMENT FOR LOCAL COUNSEL

　　　This case came before the Court upon Motion of P. DAvid Carollo, a non-resident of Florida and counsel for Minnie L. Walker, pursuant to Local Rule 2090-1 to waive the requirement for local counsel. Good cause exists and, it is

　　　ORDERED: Local Rule 2090-1 permits appearance without formal admission of a non-resident of Florida and the requirement for local counsel is waived.

Dated January 8, 2007.

　　　　　　　　　　　　　　　　　　　　　　/s/ Jerry A. Funk  
　　　　　　　　　　　　　　　　　　　　　　Jerry A. Funk  
　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Copies furnished to:  
Debtor(s)  
Debtor(s)' Attorney  
United States Trustee  
P. David Carollo, 735 Old Spanish Trail, Slidell, La 70458