UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

WINN-DIXIE STORES, INC, Et al.,

Reorganized Debtors.

_____/

Case No. 05-03817-3F1
Chapter 11
Jointly Administered

## MOTION TO ALLOW LATE FILED CLAIM OF DEJEON CAIN (POST-PETITION PERSONAL INJURY)

Donald J. Schutz, as counsel for Dejeon Cain, hereby files this claim pursuant to the Notice of Entry of Order Confirming Plan of Reorganization, Occurrence of Effective Date of Plan, and Bar Dates for Filing Claims Arising Before Effective Date and Other Administrative Claims, and states as follows:

1. Claimant: Dejeon Cain c/o Donald J. Schutz, Esq., 535 Central Avenue, St. Petersburg, FL 33701.
2. Date of Claim: June 7, 2006.
3. Claim: Unliquidated claim for personal injury occurring in store when Mr. Cain slipped in store and sustained possible injury to knee and/or leg. Retail Grocery Store – Jacksonville Division, Store #1097, Sedgwick Claim #A611205089-0001-01.
4. Amount of Claim: $5,000.00 or as determined by subsequent litigation. Amount is contingent, disputed, and unliquidated.
5. This claim is filed one day late for the following reasons:
    a. Undersigned counsel's office received a copy of the Notice of Entry of the Order Confirming Plan.
    b. The response date was improperly calendared and that mistake was detected one day late. Accordingly, this claim is filed one day late.
    c. No prejudice has accrued due to this one day delay in the filing of this claim due to a calendaring error by the office of counsel for the claimant.

Wherefore; Dejeon Cain requests this Court to allow this claim or for such other relief as the Court deems appropriate.

1

## Certificate of Service

I hereby certify that a copy of this Notice of Claim has been served on the following this 8th day of January, 2008:

James Post, Esq.
Smith Hulsey & Busey
225 Water Street Suite 1800
Jacksonville, FL 32202
Fax 904-359-7708
Email jpost@smithhulsey.com

Matthew Barr
Milbank Tweek Hadley & McCoy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Fax 212-822-5194
mbarr@milbank.com

Donald J. Schutz, Esq.
Fla Bar No. 382701
535 Central Avenue
St. Petersburg, FL 33701
727-823-3222
727-895-3222  Telefax
Attorney for the Dejeon Cain

2