## AUTHORITY TO REPRESENT

1. I, the undersigned Client, do hereby retain and employ the law office of **JACQUELINE WEHRLY** to represent me in all claims for damages (excluding any worker's compensation or medical malpractice claims or any appeals) against _Winn-Dixie, right for road_ arising from an incident that occurred on or about _11-10-06_.

2. <u>If for any reason there is no recovery in this case, the Client shall not owe the Law Office any attorneys' fees</u>. If there is a recovery the Client agrees to pay attorneys' fees to the Law Office from the gross recovery in the case of **33 1/3%** of any recovery up to $1 million, with an additional 5 percentage points added to this percentage if the case actually goes to <u>trial</u> or is settled within twenty-one (21) days of the trial or trial term, unless otherwise provided by law.

3. <u>If the recovery in this case is in excess of $1 million</u>, the attorneys' fees shall be: **30%** of any recovery between $1 million and $2 million and **20%** of any recovery in excess of $2 million; and if a defendant admits liability at the time of filing an Answer and requests a trial only on damages, **20%** of any recovery from that defendant between $1 million and $2 million and **15%** of any recovery from that defendant in excess of $2 million.

4. The Client understands that <u>costs</u> may be incurred in this case for doctor's charges for reports or conferences, copies of records and other items. <u>If there is no recovery, the Client shall not be responsible for reimbursing the Law Office</u> for any costs unless the client discharges the Law Office or the case actually goes to trial. If there is a recovery, these bills will be itemized on the closing statement the Client will be given at the conclusion of the case and deducted from the Client's recovery.

5. <u>If attorneys fees can be recovered from the defendant</u>, the Client agrees to pay the Law Office the greater of either the above stated fee or the amount of collectable court awarded fees.