**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, ) | *Chapter 11* |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |

**NOTICE OF AGREED ORDER RESOLVING CLAIM NUMBERS
6665, 8160, 8161, 8464, 8465, 8466 AND 8467 FILED BY (I) WELLS
FARGO BANK NORTHWEST, NATIONAL ASSOCIATION,
AS TRUSTEE, (II) SOF INVESTMENTS, L.P.,
AND/OR (III) PAUL REVERE LIFE INSURANCE COMPANY**

---

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

The Court will consider this matter without further notice or hearing unless a party in interest files an objection within 3 business days from the date of service of this paper. If you object to the relief requested in this paper, you must (a) file your response with the Clerk of the Bankruptcy Court in accordance with the Court's electronic filing procedures or at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and (b) serve a copy by email and fax on (i) Winn-Dixie Stores, Inc. c/o Jay Castle, Esq., 5050 Edgewood Court, Jacksonville, Florida 32254, JayCastle@winn-dixie.com, (ii) James H. Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, jpost@smithhulsey.com and (ii) Rosalie Gray, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, rgray@skadden.com.

If you file and serve a response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file a response within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates (the "Debtors") give notice of the proposed entry of the attached Agreed Order Resolving Claim Number 6665 filed by WCJ Davis, Ltd. and Claim Numbers 8160, 8161, 8464, 8465, 8466 and 8467 filed by (i) Wells Fargo Bank Northwest, National Association, as Trustee, (ii) SOF Investments, L.P., and/or (iii) Paul Revere Life Insurance Company, which claims are the subject of the Debtors' Fifteenth, Twenty-Fourth and Twenty-Fifth Omnibus Objection to Claims.

If no objection to the proposed Agreed Order is filed and served within the time set forth above, the Court will be requested to enter the Agreed Order without further notice or hearing.

Dated: January 8, 2007

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D. J. Baker*<br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Walker Gray<br>    Adam S. Ravin | By   *s/ James H. Post*<br>    Stephen D. Busey<br>    James H. Post<br>    Cynthia C. Jackson,<br>    Florida Bar Number 175460 |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

**Certificate of Service**

I certify that a copy of this document has been furnished electronically and by facsimile to the Post-Effective Date Committee, c/o Matthew Barr, Esq. and Michael Comerford, Esq., Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, mbarr@milbank.com, mcomerford@milbank.com, this 8th day of January, 2007.



*Adam S. Ravin*
Attorney

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Reorganized Debtors.[1] | ) Jointly Administered |
| | ) |

**AGREED ORDER RESOLVING CLAIM NUMBERS 6665, 8160, 8161, 8464, 8465, 8466, AND 8467 FILED BY (I) WELLS FARGO BANK NORTHWEST, NATIONAL ASSOCIATION, AS TRUSTEE, (II) SOF INVESTMENTS, L.P., AND/OR (III) PAUL REVERE LIFE INSURANCE COMPANY**

These causes originally came before the Court for hearing upon the Fifteenth, Twenty-Fourth and Twenty-Fifth Omnibus Objections to Claims (collectively, the "Objections") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"). Included among the several proofs of claim that were the subject of the Objections were Claim Numbers 6665, 8160, 8161, 8464, 8465, 8466, and 8467, each of which relate to amounts allegedly owed under (a) the lease for a store the Debtors has at one time operated in Haltom City, Texas ("Store No. 2457"), and/or (b) the lease for a store the Debtors had at one time operated in North Richland Hills, Texas ("Store No. 2443").[2] Specifically, Claim Number 6665, which was filed by the landlord for Store No. 2457 and Store No. 2443, was subsequently

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Agreed Order shall have the meaning ascribed to them in the Objections.

transferred, pursuant to Bankruptcy Rule 3001(e)(2), partially to SOF Investments, L.P. ("SOF") [Docket No. 5310] and partially to Paul Revere Life Insurance Company ("Paul Revere") [Docket No. 5311] -- 76% of the face amount of the claim going to SOF and the remaining 24% of the face amount of the claim going to Paul Revere. Claim Numbers 8160 and 8161 were filed by Wells Fargo Bank Northwest, National Association ("Wells Fargo" and together with Paul Revere and SOF, the "Claimants") for amounts allegedly owed with respect to Store No. 2457 and Store No. 2443, respectively. Claim Numbers 8464 and 8465, filed in the amounts of $653,965.00 and $625,888.00, respectively, were each filed by Paul Revere in its capacity as the holder of a Series B Note which was a beneficiary instrument under a series of lease collateral documents granted to Wells Fargo, as trustee, with respect to Store No. 2443 and Store No. 2457, respectively. Claim Numbers 8466 and 8467, in the amounts of $625,888.00 and $653,965.00, respectively, were filed by SOF, in its capacity as a holder of Series A Notes which were the beneficiary instruments under two series of collateral documents granted to Wells Fargo, with respect to Store No. 2457 and Store No. 2443.

    The Claimants filed several responses to the Objections in which they reasserted the validity of their respective claims. The Claimants have now acknowledged that Claim Numbers 6665, 8160, 8161, 8464, 8465, 8466, and 8467 are duplicative of one another.

    Based upon the consent of the parties appearing below, it is

    ORDERED AND ADJUDGED:

    1. Claim Numbers 8160, 8161, 8464, 8465, 8466 and 8467 are each disallowed.

    2. Claim Number 6665 is allowed as a Class 13 Landlord Claim in the liquidated amount of $1,611,388, as to which $386,733.12 shall be distributed to Paul Revere at:

transferred, pursuant to Bankruptcy Rule 3001(e)(2), partially to SOF Investments, L.P. ("SOF") [Docket No. 5310] and partially to Paul Revere Life Insurance Company ("Paul Revere") [Docket No. 5311] -- 76% of the face amount of the claim going to SOF and the remaining 24% of the face amount of the claim going to Paul Revere. Claim Numbers 8160 and 8161 were filed by Wells Fargo Bank Northwest, National Association ("Wells Fargo" and together with Paul Revere and SOF, the "Claimants") for amounts allegedly owed with respect to Store No. 2457 and Store No. 2443, respectively. Claim Numbers 8464 and 8465, filed in the amounts of $653,965.00 and $625,888.00, respectively, were each filed by Paul Revere in its capacity as the holder of a Series B Note which was a beneficiary instrument under a series of lease collateral documents granted to Wells Fargo, as trustee, with respect to Store No. 2443 and Store No. 2457, respectively. Claim Numbers 8466 and 8467, in the amounts of $625,888.00 and $653,965.00, respectively, were filed by SOF, in its capacity as a holder of Series A Notes which were the beneficiary instruments under two series of collateral documents granted to Wells Fargo, with respect to Store No. 2457 and Store No. 2443.

The Claimants filed several responses to the Objections in which they reasserted the validity of their respective claims. The Claimants have now acknowledged that Claim Numbers 6665, 8160, 8161, 8464, 8465, 8466, and 8467 are duplicative of one another.

Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim Numbers 8160, 8161, 8464, 8465, 8466 and 8467 are each disallowed.

2. Claim Number 6665 is allowed as a Class 13 Landlord Claim in the liquidated amount of $1,611,388, as to which $386,733.12 shall be distributed to Paul Revere at:

> Paul Revere Life Insurance Co.
> c/o UnumProvident
> 2211 Congress Street, C244
> Portland, ME 04122
> Attn: Shelley Stuart Carvel

and $1,224,654.88 shall be distributed to SOF at

> SOF Investments LP
> c/o MSD Capital, LP
> 645 Fifth Avenue, 21st Floor
> New York, NY 10022-5910
> Attn: Marc R. Lisker.

     3.    The Court shall retain jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this ____ day of _____, 2007 in Jacksonville, Florida.

 

Jerry A. Funk
United States Bankruptcy Judge

4

Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | BILZIN SUMBERG BAENA PRICE & AXELROD LLP |
| By  /s/ James H. Post<br>     James H. Post<br>     Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile) | By  /s/ James C. Moon*<br>     James C. Moon<br>     Florida Bar Number 0938211<br>     Mindy A. Mora<br>     Florida Bar Number 678910<br>200 S. Biscayne Blvd., Suite 2500<br>Miami, Florida 33131<br>(305) 350-7383<br>(305) 351-2282 (facsimile) |
| -and- | -and- |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | VINSON & ELKINS, LLP |
| D. J. Baker<br>Sally McDonald Henry<br>Rosalie Walker Gray<br>Adam S. Ravin<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile) | Steven M. Abramowitz<br>Debbie E. Green<br>666 Fifth Avenue, 26th Floor<br>New York, New York 10103<br>(212) 237-0137<br>(917) 206-8100 |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Wells Fargo Bank Northwest, N.A., SOF Investments, L.P. and Paul Revere Life Insurance Company |

* Counsel has authorized his electronic signature.