F I L E D
JACKSONVILLE. FLORIDA

JAN 0 8 2007

CLERK, U.S. BANKRUPTCY COURT
~~DDLE DISTRICT OF FLORID~

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In Re:

WINN DIXIE STORES, INC., et al,

      Debtors.

_____/

Case No. 3:05-bk-03817-3F1

Chapter 11 - Jointly Administered

## APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE CLAIMS
## FOR CERTAIN POST-PETITION PERSONAL INJURY CLAIMANTS

COME NOW the Movants, Eleodina Maldonado and Martin Maldonado, by undersigned counsel, and pursuant to 11U.S.C. §503 request this Court enter an Order approving their application to have allowed administrative claims against the Estate, and to authorize payment of these claims, and would show:

1.    On February 21, 2005, the Debtors filed Voluntary Petitions under Chapter 11 of the U.S. Bankruptcy Code.

2.    The Debtors are operating their businesses and managing their property as a debtor in possession pursuant to §1107(a) and 1108 of the Bankruptcy Code.

3.    The Court has appointed an official committee of unsecured creditors to serve in these cases.

4.    The Debtors assert in pleadings filed with the Court that approximately 3,200 Proofs of Claim were filed involving unliquidated personal injury or property damage claims for which litigation had been commenced or threatened against the Debtors pre-petition. The Court has entered Order setting out certain procedures to resolve personal injury claims.

5.    Subsequent to the filing of the case, the Movants suffered personal injuries as a result of negligence by the Debtors.

6.    The Movants have filed Proofs of Claim with the Court, reserving the right to assert administrative expense claims due to the post-petition occurrence of their claims.

7.    The personal injury claims of the Movants have not yet been liquidated.

8.    The Court has, or shortly will, enter an Order setting a bar date to file administrative expense claims.

9.    The Court may aware an administrative expense priority under § 503(b) for the "actual, necessary costs and expenses of preserving the estate..." 11 U.S.C. §503(b)(1).

10.    Damages arising from a post-petition tort committed by a debtor are entitled to administrative expense status.

11.    The Movants respectfully request the Court enter an Order allowing their post-petition administrative expense claims, subject to liquidation by either consent of the parties or a court of competent jurisdiction. Upon liquidation of their post-petition claims, the Movants request the Court enter an Order requiring the Debtors - as a condition of confirmation of their Chapter 11 Plan - to pay the allowed administrative claims in full.

12.    The Movants request the Court limit notice of this Application to the Debtors, counsel for the Debtors, and counsel for the Unsecured Trade Creditors Committee.

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was mailed this 4th day of January 2007, to: (See attached Certificate of Service.)

Law Offices of Lipcon & Lipcon, P.A.
9100 S. Dadeland Boulevard
Suite 400
Miami, FL 33156
Telephone: (305)670-6144
Fax No.: (305)670-6146

MITCHELL J. LIPCON
FL BAR NO.: 092231

## CERTIFICATE OF SERVICE

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, Florida 32254-3699

Adam Ravin, Esq.
Four Times Square
New York, NY 10036

Alan E. Wulbern, Esq.
225 Water Street, Suite 1800
Jacksonville, Florida 32202

Cynthia C. Jackson, Esq.
225 Water Street, Suite 1800
Jacksonville, Florida 32202

James H. Post, Esq.
225 Water Street, Suite 1800
Jacksonville, Florida 32202

Joshua M. Katz, Esq.
999 Peachtree Street, 14th Floor
Atlanta, Georgia 30309

Leanne M. Prendergast, Esq.
225 Water Street, Suite 1800
Jacksonville, Florida 32202

Bankruptcy Court
Clerk of the Court
United States Courthouse
300 N. Hogan Street, Suite 3-350
Jacksonville, Florida 32202

Stephen D. Bussey, Esq.
225 Water Street, Suite 1800
Jacksonville, Florida 32202

Kenneth C. Meeker, U.S. Trustee
135 W. Central Boulevard, Suite 620
Orlando, Florida 32801

Elena L. Escamilla, Esq.
135 W. Central Boulevard, Suite 620
Orlando, Florida 32806

Dennis F. Dunne, Esq.
1 Chase Manhattan Plaza
New York, New York 10005

John B. MacDonald, Esq.
50 N. Laura Street, Suite 2500
Jacksonville, Florida 32202

Patrick P. Patangan, Esq.
50 N. Laura Street, Suite 2500
Jacksonville, Florida 32202

Matthew Barr, Esq.
1 Chase Manhattan Plaza
New York, New York 10005