FILED
JACKSONVILLE, FLORIDA
JAN 0 8 2007
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

To Whom It May Concern:
From Frances Summey Goins    WDX-385532-EF-54
    603 N. Oakland St.
    Dallas, N. c. 28034
Date: Jan. 4, 2007

First of all, I want to say, after all of this time with questioning, doubting my $ request, and having to complete so many forms over and over from "everywhere", that I am sorry that I remained one of the W-Dixie's best customers (in attitude and spending $) right up until the day they closed.

Secondly, I have not asked for one cent more than what "my part" to pay WHERE MEDICARE, etc. DID NOT PAY although you accused me of such which shows that someone there did not read/pay attention to my claims and the copies showing where I was the one paying, even giving my check dates, nos., etc. It was the Dallas Winn-D's fault and they all know that and recognized it on Aug. 6, 2003!

The bottom line is still the same: the Dallas Winn-Dixie was and is responsible and I am awaiting settlement for the $576.00 asked for and documented numerous times.

I am enclosing an Oct. 18, 2006 newsclipping (and other than not taking pictures), I seemed to have done everything correctly. If I'd known then what I now know, I would have had the manager, the customers and others (the accident happened within view of "pay out" lines at cash registers) taped as soon as I returned from the doctors' offices so that you could hear their comments, conversations with and about me as they hovered and helped me on Aug. 6, 2003 (and the W-Dixie folks phoned/talked to me in the next two days).

Thank you for seeing that this gets to the proper authorities so that it doesn't keep dragging on another year, going into the 4th year now!

Thank you.

*Frances S. Goins* (signature)
Frances Summey Goins

Copies to:
Alan G. Cloninger, Attorney at Law, Dallas, NC
David W. Hoyle, Senator-Raleigh, NC, residence-Dallas, NC
Eddie Knox, Attorney at Law, Charlotte, NC

*+ fees everything P.1*

| Date | Name | Comment | Check # | Amount |
|---|---|---|---|---|
| 12/5/2003 | Ortho Specialists<br>934 Cox Road<br>Gastonia, NC 28054 | Paid due to $250.00 deduct. | #2207 | $130.90 |
| 12/5/2003 | Lincoln Family Practice<br>614 Center Drive<br>Lincolnton, NC 28092 | Dr. Reid | #2211 | $18.06 |
| | | Total Paid: | | $148.96 |

*Information sent to Melanie Alm (Winn-Dixie Insurance) which FSG received from CMS Medicare A Medicare Payment*

| Date | Name | | Reimbursed | Total Charges |
|---|---|---|---|---|
| 8/6/2003 | Dr. Gregory Hardigree | | $123.61 | $547.00 |
| 8/6/2003 | Dr. Robert Reid | | $72.23 | $242.00 |
| | | Total: | $195.84 | $789.00 |

*Travel expenses to (2) doctors' offices due to injuries in Dallas Winn-Dixie August 6, 2003*

| Date | Name | | | Mileage |
|---|---|---|---|---|
| 8/6/2003 | Dr. Robert Reid | Dallas-Lincolnton | | 15 miles |
| 8/6/2003 | Dr. Gregory Hardigree | Lincolnton-Gastonia | | 29 miles |
| 8/18/2003 | Dr. Gregory Hardigree | Goins' home-Gastonia | | 14 miles |
| 8/27/2003 | Dr. Gregory Hardigree | Goins' home-Gastonia | | 14 miles |
| 9/25/2003 | Dr. Gregory Hardigree | Goins' home-Gastonia | | 14 miles |
| | | Travel for 5 trips: | | 86 miles |
| (NC reimburses mileage @ $.405 per mile) Total: 86 miles @ $.405 = $35.64 | | | | |

*See P.5*  *80 mi $32.41*

| Additional Expenses | | | | |
|---|---|---|---|---|
| | Name | | | Amount |
| | Dellinger Jewel Shop<br>(Due to breaks - so that I could, again, wear them.) | Wedding Rings (left hand) | | $143.00 |
| | Substitute Organist Pay | | | $100.00 |
| | I am, also, asking for $100.00 which I would have received as substitute organist at St. Paul's Lutheran Church, Crouse, where I was asked to play for (2) Sunday Worship Services and could not due to finger injuries on 8/6/2003 at Dallas Winn-Dixie...and so missed after that, too. | | | |
| | YMCA Dues | | | $66.00 |
| | I am, also, asking for YMCA dues per month for Aug. & Sept. ($33.00/mo.) as finger wrappings/covers would come off in water, but were on my 2 broken fingers to keep in place until healed correctly. (I had joined the YMCA due to my doctor saying my body needed the water exercise.) | | | |
| | Additional Cost | | | $50.00 |
| | I am asking for some funds to offset the additional cost of my husband and I having to eat at restaurants much more than normal due to the broken fingers/coverings/etc. impeding meal preparation (rinsing, chopping, cutting, peeling vegetables, etc. and holding/washing/rinsing dishes, especially pots, etc. | | | |
| | | Total: | | $359.00 |
| | | TOTAL COMPENSATION DUE: | | $543.60 |

*See P5*

*+32.40 See P5*

*- Total Compensation Due $576.00*
*FS Goins 4-9-2005*



# Medicare Summary Notice

Page 1
September 10

**CUSTOMER SERVICE INFORMATION**

Your Medicare Number: 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

If you have questions, write or call
CIGNA Medicare
P O Box 671
Nashville, TN 37202

Or call our High Point, NC office:
Toll-free: 1-800-672-3071
TTY: 1-800-686-5517

FRANCES S GOINS
603 N OAKLAND ST
DALLAS NC 28034-1610

**BE INFORMED:** Beware of telemarketers or advertisements offering free or discounted Medicare items and services.

This is a summary of claims processed from 08/11/2003 through 09/10/2003.

## PART B MEDICAL INSURANCE - ASSIGNED CLAIMS

| Dates of Service | Services Provided | Amount Charged | Medicare Approved | Medicare Paid Provider | You May Be Billed | See Notes |
|---|---|---|---|---|---|---|
| Claim number 03230753594000 | | | | | | |
| LINCOLN FAMILY PRACTICE, 614 CENTER DRIVE, LINCOLNTON, NC 28092 | | | | | | |
| DR. ROBERT L REID JR | | | | | | |
| 08/06/03 | 2 X-ray exam of finger(s) (73140) | $162.00 | $42.10 | $33.68 | $8.42 | |
| 08/06/03 | 1 Office/outpatient visit, est (99213) | 80.00 | 48.19 | 38.55 | 9.64 | |
| | **Claim Total** | **$242.00** | **$90.29** | **$72.23** | **$18.06** | |
| Claim number 03220717366000 | | | | | | |
| ORTHOPAEDIC SPECIALISTS, 934 COX RD, GASTONIA, NC 28054-3456 | | | | | | |
| DR. GREGORY K HARDIGREE | | | | | | |
| 08/06/03 | 1 Treat finger fracture, each (26750) | $436.00 | $195.64 | $123.61 | $72.03 | b |
| 08/06/03 | 1 Office/outpatient visit, new (99202-25) | 111.00 | 58.87 | 0.00 | 58.87 | c |
| | **Claim Total** | **$547.00** | **$254.51** | **$123.61** | **$130.90** | |

### Notes Section:

a  This information is being sent to your private insurer(s). Send any questions regarding your benefits to them.

b  $41.13 of the approved amount has been applied toward your deductible.

c  This approved amount has been applied toward your deductible.

| DATE | PROVIDER NAME | EXPLANATION OF ACTIVITY | PATIENT NAME | CHARGES AND DEBITS | PAYMENTS AND CREDITS |
|---|---|---|---|---|---|
| 080603 | HARDIGREE | OV/OP EXP PROBLEM FOCUSED NP | FRANCES | 111.00 | |
| | | 58.87 APPLIED TO DEDUCTIBLE | | | |
| 080603 | HARDIGREE | FING/THUMB DIS FX/CL TREAT/NO | FRANCES | 436.00 | |
| | | ** MEDICARE XMIT INS. FILED ON 08/08/03; SECONDARY:08/25/03 | | | |
| | | 41.13 APPLIED TO DEDUCTIBLE | | | |
| 082503 | HARDIGREE | MEDICARE PAYMENT (XMIT) | FRANCES | | -123.61 |
| 082503 | HARDIGREE | MEDICARE WRITE-OFF | FRANCES | | -292.49 |

STATEMENT CLOSING DATE: 11/14/03  PLEASE INDICATE YOUR ACCOUNT NUMBER WHEN CALLING OUR OFFICE   25356

| CURRENT | 30-60 DAYS | 60-90 DAYS | > 90 DAYS | TOTAL | NEW BALANCE PAY THIS AMOUNT |
|---|---|---|---|---|---|
| 130.90 | | | | 130.90 | 130.90 |

SEND INQUIRIES TO:
ORTHO SPECIALISTS OF GASTONIA
934 COX ROAD
GASTONIA NC 28054
(704) 824-4410
DUE UPON RECEIPT. CALL 824-5533 OR 824-9452 IF QUESTIONS.



(Page 4)

LINCOLN FAMILY PRACTICE
614 CENTER DRIVE
LINCOLNTON NC 28092
(704) 735-7413

Statement Date: 10/16/03

Account Number: 5585

Items marked with an asterisk (*) are currently due by your insurance. You are not yet being asked to pay these items.

ACCOUNT NUMBER: 5585

FRANCES S GOINS

```
242.00 + Total Charges
151.71 - Total Adjustments
 72.23 - Total Receipts
   .00 - Insurance Pending
===============================
PAY THIS AMOUNT: $  18.06 = Balance Due
```

| 00-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | OVER 120 DAYS |
|---|---|---|---|---|
| 18.06 | .00 | .00 | .00 | .00 |

** STATEMENT DUE UPON RECEIPT - THANK YOU **

*(Page 4)*  ① Called Dr's Office ＋ said wowed by late as Tuesday to get all info put in
② Called medicare to Re-order 11-17-03

LINCOLN FAMILY PRACTICE
614 CENTER DRIVE
LINCOLNTON NC 28092
(704) 735-7413

Statement Date: 10/16/03

Account Number: 5585

Items marked with an asterisk (*) are currently due by your insurance. You are not yet being asked to pay these items.

ACCOUNT NUMBER:   5585

FRANCES S GOINS

242.00 + Total Charges
151.71 - Total Adjustments
 72.23 - Total Receipts
   .00 - Insurance Pending

PAY THIS AMOUNT: $   18.06 = Balance Due

| 00-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | OVER 120 DAYS |
|---|---|---|---|---|
| 18.06 | .00 | .00 | .00 | .00 |

** STATEMENT DUE UPON RECEIPT - THANK YOU **

Sent on Statement 11-17-03
my Check # 2211  $18.06
FSG Wrote & Mailed 12-05-03

Here are 2 copies from Dellinger Jewel Shop in King's Mt. where I went on April 14, 2004, to see about my wedding rings which were removed from my left ring finger on August 6, 2003, immediately following the accident in the Dallas, N. C. Winn-Dixie where that finger and the left hand little finger were broken. As I was going for the last two items I was buying, I slid down in the puddle of clear cold water where ice was kept/sold. So I never made it due to the fall and the breaking of the two fingers.

Very soon, I was told to get my rings off or I would not be able so I did remove my rings, my own Keepsake wedding band and engagement ring and my mother's wedding band she had given me (my nearly 92 year old mother had died and her funeral was on September 11, 2001 (9-11, the fateful Twin Towers/Pentagon day).

Due to the 8-6-03 accident in the Winn-Dixie, I had been unable to wear these rings at all. The breaks were in the joints of both fingers and my fingers/joints healed but were not the same as before the accident. My husband and I were married on Dec. 25, 1952 and my Keepsake wedding rings were almost never removed from my finger.
I CARRIED THE THREE TO THE JEWELER ON 4-14-04; RETURNED & PAID 5-12-04 AND THEY ARE BACK ON MY FINGER where they belong.

You will note that I failed to have listed the TRAVEL of two round trips from my home in Dallas to Dellinger's Jewel Shop in King's Mt. where the delicate work on my precious rings had to be done. It's listed here and the billing order and paid receipt are enclosed for you. Thank you.
THANKS FOR ADDING THE FOLLOWING TO THE EXPENSES 3/24/2005 FORM.

| Dates: | Name | | Mileage |
|---|---|---|---|
| 4-14-04 | Dellinger's Jewel Shop | Dallas home to King's Mt./return | 40 miles |
| 5-12-04 | Dellinger's Jewel Shop | Dallas home to King's Mt./return | 40 miles |
| | | Travel for 2 trips | 80mi. |

(NC reimburses mileage@ $.405per mi.) Total: 80mi.@$.405=$32.40

Thank you for facilitating the refunding request of $576.00 from Sedgwick Claims Management Services, Inc. (Winn-Dixie Stores, in particular Winn-Dixie Store, Dallas, NC). Thank you, also, for getting this completed and settled just as quickly as possible, certainly before the end of this year, 2005. My husband and I are both retired and will appreciate hearing from you very soon in regards to your receiving this information and the settlement.

April 9, 2005
Frances Summey Goins
603 N. Oakland St.
Dallas, North Carolina 28034
Ph. 704-922-1810



July 20, 2003

Writing this on making a copy of [illegible] 2 receipts —

5-17-03 sent the good typed copy to Sedgwick Group — listing all of this & got the original back & had no idea that you pulling & [illegible] for Bankruptcy people copy I had mailed the originals to — if you mail the [illegible] & have my keepsakes please set it (#143. & #3 small Browning) you can get 2 fd. (#2.3 NYC Dec 25,1952 & Wed. Note TV. married at 12 — CBS Note TV.

yellow copy

**DELLINGER'S JEWEL SHOP, Inc.**
DIAMONDS • WATCHES • SILVERWARE • JEWELRY
112 W. Mountain St., Kings Mountain, N.C. 28086
(704) 739-8031
KINGS MOUNTAIN. LEADING JEWELERS
FAX (704) 739-[illegible]

Date 4-14-04

Name: Frances Speers
Address: 603 N. Oakland St
Dallas, NC 28034

DESCRIPTION
Estimate to repair 3 rings — 2 wedding bands & 1 engagement ring — $143.00
damaged on face & must be re-sized because of injury to finger —

[signature] K. Gene Dellinger

Tel. 5-12-04          143.00

5-12-04

When & where I fd. this — at home? Unless you can visit here & talk to Dellinger's owner — this is the person showing you everything.

JSG 1-4-07 again!

143.00

078896

4-8-05 Ph's add 2 round trips of 20 mi. to Kings Mt [illegible]