# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |

# DEBTORS' OBJECTION TO CLAIM FILED
# BY ZOILA HERNANDEZ (CLAIM NO. 13635)

The Debtors object to the allowance of Claim No. 13635 in the amount of $300,000.00 filed in Case No. 05-03817-3F1 by Zoila Hernandez upon the grounds specified below.  In making these objections, the Debtors reserve, without waiver, the right to assert further or additional objections to the Claim.

1.    The Debtors deny any liability on the debt alleged in the Claim.

2.    The Debtors dispute the amount of the debt alleged in the Claim.

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

3.      The Claim was untimely filed.

Dated:  January 9, 2007


SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By   _s/ D. J. Baker_                          By   _s/ James H. Post_
     D. J. Baker                                    Stephen D. Busey
     Sally McDonald Henry                           James H. Post (FBN 175460)
     Rosalie Walker Gray                            Cynthia C. Jackson

Four Times Square                             225 Water Street, Suite 1800
New York, New York 10036                      Jacksonville, Florida  32202
(212) 735-3000                                (904) 359-7700
(917) 777-2150 (facsimile)                    (904) 359-7708 (facsimile)
djbaker@skadden.com                           jpost@smithhulsey.com

Co-Counsel for Reorganized Debtors            Co-Counsel for Reorganized Debtors


## Certificate of Service

I certify that a copy of this document has been furnished electronically and/or by mail to (i) Zoila Hernandez, 8260 S.W. 30th Street, Miami, Florida 33155 and (ii) United States Trustee, 135 West Central Boulevard, Room 620, Orlando, Florida 32801, this 9th day of January, 2007.

_s/ James H. Post_
Attorney

553479