UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

F I L E D
JACKSONVILLE, FLORIDA

JAN 0 8 2007

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re; Winn-Dixie Stores, Inc.,et al.,

CASE No. 05-03817-3F1

## APPLICATION OF CLAIM

MERRILL P. ROLAND
          PLAINTIFF
               VS.
WINN-DIXIE STORES, Inc., et al.
          DEFENDANT

COMES NOW THE PLAINTIFF MERRILL P. ROLAND, PRO SE, AND GIVES NOTICE OF CLAIM TO ALL PARTIES IN INTEREST THAT,

(1) Plaintiff Merrill P. Roland seeks an Action for Damages which exceed $15,000.00 exclusive of interest,cost,and Attorneys fees.

(2) This claim is the result of an incident,which accured @ Winn-Dixie store # 0182 on April 30,2006 Winn-Dixie claim # A611204587-0001-01.

WHEREFORE,The Plaintiff , Merrill P. Roland respectfully request that this Application of Claim be filed with the Bankruptcy Court for consideration.

MERRILL P. ROLAND Pro Se,
6281 Old Dixie Drive
Saint Augustine, Florida 32095
(904) 669-8751

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been served by United States Mail, this 5th day of January,2007 to,Clerk of the Court, United States Courthouse, 300 North Hogan St.,Suite 3-350, Jacksonville,Florida 32202

James Post,Smith Hulsey & Busey ,225 Water street,Suite 1800, Jacksonville, Florida 32202
Matthew Barr,Milbank,Tweed,Hadley & McCloy LLP, 1 Chase Manhattan Plaza,New York,New York 10005

MERRILL P. ROLAND