[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                              Case No. 3:05-bk-03817-JAF
                                                    Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

## ORDER STRIKING APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIMS

This case came on for consideration upon the Court's own motion. On January 3, 2007, Christopher G. Klemick on behalf of Martha Del Cid, Luciano Torruellas, Ritta Hogan and Elda Gonzalez filed an Application for Administrative Exense Claims without original signature of Creditors' Attorney as required by Fed. R. Bank. P. 9011. It is

Ordered:

The Application for Administrative Expense Claims are stricken from the record.

Dated January 8, 2007

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Christopher G. Klemic, 1953 S.W. 27th Avenue, Miami, Florida 33145