[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                         Case No. 3:05-bk-03817-JAF
                                               Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

## ORDER STRIKING APPLICATION FOR ADMINISTRATIVE CLAIM

This case came on for consideration upon the Court's own motion. On January 4, 2007, Jay Clavert Cooper on behalf of Angela Macdonald as Parent and Natural Guardian of Jane Doe, A Minor filed an Application for Administrative Claim without original signature of Creditor's Attorney as required by Fed. R. Bank. P. 9011. It is

Ordered:

The Application for Administrative Claim is stricken from the record.

Dated January 8, 2007

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Jay Calvert Cooper, 1404 Dean Street, #201, Ft. Myers, Fl 33901