[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Case No. 3:05-bk-03817-JAF
Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

## ORDER STRIKING APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM

This case came on for consideration upon the Court's own motion. On January 3, 2007 and January 4, 2007, Zachary Von Roenn on behalf of Christina McCormick, Carol McCurdy and Deborah Brown filed Applications for Administrative Expense Claims without original signature of Creditors' Attorney as required by Fed. R. Bank. P. 9011. It is

Ordered:

The Applications for Administrative Expense Claims are stricken from the record.

Dated January 8, 2007

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Zachary Von Roenn, 4901 Atlantic Blvd., Jacksonville, FL 32207