[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Case No. 3:05-bk-03817-JAF
Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

## ORDER STRIKING APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM

This case came on for consideration upon the Court's own motion. On January 4, 2007, G. William Allen on behalf of Lisa Ann and Sean Gahagan filed an Application for Administrative Expense Claim without original signature of Creditors' Attorney as required by Fed. R. Bank. P. 9011. It is

Ordered:

The Application for Administrative Expense is stricken from the record.

Dated January 8, 2007

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
G. William Allen, 310 Southeast 13th Street, Fort Lauderdale, FL 33316