**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

**STIPULATION TO FURTHER CONTINUE HEARING ON**
**MOTION FOR RELIEF FROM STAY FILED BY DORTHA MOHUNDRO**

    The Reorganized Debtors, Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") and Dortha Mohundro stipulate and agree to (i) the continuance and rescheduling of the hearing on the Motion for Relief from Stay filed by Dortha Mohundro (the "Motion") (Docket No. 6256) until on or after April 23, 2007 and (ii) the continuation of the

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

permanent injunction in effect pending the conclusion of such hearing and determination of the Motion.

Dated: January 9, 2007.

| | |
|---|---|
| GOLDSTEIN, BUCKLEY, CECHMAN, RICE & PURTZ, P.A. | SMITH HULSEY & BUSEY |
| By   *s/ Brian D. Zinn\** <br>       Brian D. Zinn | By   *s/ Leanne McKnight Prendergast* <br>       Leanne McKnight Prendergast |
| Florida Bar Number 12497 <br> Post Office Box 2366 <br> Fort Myers, Florida  33902 <br> (239) 334-1146 <br> bzinn@gbclaw.com | Florida Bar Number 59544 <br> 225 Water Street, Suite 1800 <br> Jacksonville, Florida  32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> lprendergast@smithhulsey.com |
| Attorneys for Dortha Mohundro | -and- |
| *\* Counsel has authorized his electronic signature.* | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP <br> D. J. Baker <br> Sally McDonald Henry <br> Rosalie Walker Gray <br> Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (212) 735-2000 (facsimile) <br> rgray@skadden.com |
| | Attorneys for the Reorganized Debtors |

526522.5