```
              IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE MIDDLE DISTRICT OF FLORIDA
```

IN THE MATTER OF:                *
                                 *
WINN-DIXIE STORES INC.,          *
CHAPTER 11 PROCEEDING            *
                                 *
                                 *    CASE NO: 3-05-BK-3817
                                 *
                                 *
                                 *
                                 *

### MOTION/APPLICATION OR REQUEST FOR ADMINISTRATIVE EXPENSE/ ASSERTION OF CLAIM OF LOUISE A. MCGREW AGAINST THE DEBTOR

The undersigned counsel appears and files this motion for the sole purpose of asserting a claim for his client, Louise A. McGrew, 1055 South Scott Street, Mobile, Alabama 36603.  On or about September 2, 2005 Ms. McGrew was provided an erroneously labeled prescription drug by the Winn-Dixie Pharmacy #1333 here in Mobile, Alabama and suffered injury as a result.  At this time Ms. McGrew asserts her claim in the amount of $200,000 against the debtor and requests that the claim be allowed notwithstanding the January 5, 2007 deadline for filing claims in the above matter.  In support of this motion and her claim she shows to the Court as follows:

(1) Through her counsel, Ms. McGrew first asserted her claim in a demand addressed to Winn-Dixie dated April 26, 2006 (attached hereto).  On May 8, 2006 the adjustor for Winn-Dixie sent a reply requesting medical records and other information in support of the claim.  (attached hereto)  Ms. McGrew continued to correspond with Winn-Dixie until filing a fully documented claim with the Winn-

Dixie adjustor on or about December 22, 2006. AT NO TIME DID WINN-DIXIE OR ANY OF ITS REPRESENTATIVES NOTIFY MS. MCGREW OR HER COUNSEL OF THE PENDENCY OF THE ABOVE STYLED BANKRUPTCY MATTER OR OF THE DEADLINE FOR FILING CLAIMS IN SAID MATTER.

(2) On Friday, January 5, 2007 the undersigned counsel telephoned Winn-Dixie's adjustor to ascertain the status of the claim and settlement negotiations. At that time the adjustor advised for the first time that Winn-Dixie was in bankruptcy and that the deadline for claims was the <u>same day</u>.

(3) Immediately upon learning of the pendency of the above styled bankruptcy and the alleged January 5, 2007 deadline for filing claims, the undersigned counsel began attempting to get an electronic filing i.d. number for the bankruptcy court so that Ms. McGrew's claim could be filed. A request was submitted for that i.d. number, however, the i.d. number was not provided until today, January 8, 2007.

(4) In an effort to perfect McGrew's claim despite the lack of an electronic filing i.d. number, the undersigned counsel faxed to this Court on January 5, 2007 the attached completed claim form.

(5) Today, the Winn-Dixie case manager Susan Baldwin of the Court advised that a claim form is not appropriate and that claims must be asserted by a "Motion for Administrative Expenses". Ms. McGrew hereby files the instant motion in an attempt to satisfy

that requirement.

(6) Ms. McGrew requests that her claim be received and allowed notwithstanding the January 5, 2007 deadline because Winn-Dixie failed to ever provide her with any notice of the pendency of this bankruptcy or the deadline for filing claim.

Dated January 8, 2007

                                          s/Henry H. Caddell
                                          HENRY H. CADDELL (CAD006)

ADDRESS OF COUNSEL:

THIRY & CADDELL
1911 Government Street
Mobile, Alabama  36606
(251) 478-8880

Certificate of service to:

Tanya Copeland, Esq.
Counsel for Winn-Dixie