# THIRY & CADDELL
### ATTORNEYS AT LAW

RICHARD L. THIRY  
HENRY H. CADDELL

1911 GOVERNMENT STREET  
MOBILE, ALABAMA 36606  
PHONE (251)478-8880  
FAX: (251) 478-8885

April 26, 2006

Mr. Kenneth Smith, Manager  
Winn-Dixie Pharmacy  
Mr. Donnie Adams, Manager  
Winn-Dixie Store #1333  
Mr. Phillip Cashion, Pharmacist  
1550 Government Street  
Mobile, Alabama 36604

Re: Louise McGrew vs. Winn-Dixie Pharmacy #1333 and P. Cashion, Pharmacist  
Date of Incident: September 2, 2005

Dear Mr. Smith, Mr. Adams and Mr. Cashion:

Please be advised that I represent Louise McGrew in her claim resulting from an incident which occurred on or about September 2, 2005. On that date Phillip Cashion, Pharmacist, mislabled a prescription medication for the drug Indomethacin. After taking the medication from that bottle and becoming sick, my client learned that the bottle actually contained the drug Doxepin HCL. My client had also been prescribed that drug. This labeling mistake caused my client to take a much higher dosage of Doxepin HCL than she had been prescribed. As a result of taking this mislabled drug as she was supposed to take the drug Indomethacin, my client suffered a severe reaction, was hospitalized and has on-going symptoms. Please do not contact my client directly and refer all future communications to me.

Regarding this matter, I invite you or an appropriate representative of your company to contact me as soon as possible. If I have not heard from you within ten (10) days of the date of this letter I will have no alternative but to advise my client to initiate appropriate legal proceedings.

Sincerely,

Richard L. Thiry  
Attorney at Law

RLT/th