

## Sedgwick

**Sedgwick Claims Management Services Inc**
P.O. Box 24787   Jacksonville, FL 32241-4787
Telephone (888)784-3470 Facsimile (904)419-5365

May 08, 2006

Richard Thiry, Esq.
Thiry & Caddell
1911 Government St.
Mobile, AL   36606

MAY 1 1 2006

RE:   **Claimant:**        Louise A. McGrew
      **Date of Injury:**  09/02/2005
      **Location:**        Winn Dixie # 1333
                           1550 Government Blvd
                           Mobile, AL 36604
      **Division:**        Retail Grocery Store-New Orleans Div
      **Claim Number:**    A611203815-0001-01

Dear Mr. Thiry:

Sedgwick Claims Management Services, Inc. is the third-party administrator for Winn-Dixie Stores, Inc.

I am the examiner handling this claim. Please provide a status as to Louise A. McGrew's treatment and medical progress with medical records and bills to date. I will need your client to complete the enclosed Medical and/or Wage Authorization form and return it to me.

**Winn Dixie requires that I obtain your client's recorded statement before we make any decisions determining liability.** Please contact the undersigned to arrange a convenient date and time to secure this information. If your client has already provided us with a recorded statement please disregard. Should you fail to provide this information our liability decisions will be based solely upon the limited information available to us.

Finally, please provide photos of the prescription bottles in question, showing both the labels and the pills inside the bottle.

If you have any questions feel free to contact me directly at (904)419-6713.

Sincerely,

Melanie Alm
GL Claims Examiner III

encl.

**Obtaining the medical & wage information is for the purpose of evaluating this claim and does not assume liability on Winn-Dixie or Sedgwick Claims Management Services, Inc. to pay or reimburse any expenses incurred as a result of this incident.**