[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Case No. 3:05-bk-03817-JAF
Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

## ORDER STRIKING APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM

This case came on for consideration upon the Court's own motion. On January 4, 2007, Eric A. Falk on behalf of Steven D. Rosner filed an Application for Administrative Expense Claim without original signature of Creditor's Attorney as required by Fed. R. Bank. P. 9011. It is

Ordered:

The Application for Administrative Expense Claim is stricken from the record.

Dated January 8, 2007

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Eric A. Falk, 7000 S.W. 97th Avenue, Suite 210, Miami, Florida 33173