UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Debtors. ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of David White (Claim No. 5664 and 10998) [Docket No. 13575] was furnished by mail on January 9, 2006 to David White c/o Marc J. Reynolds, Esquire, Robbins & Reynolds, P.A., 9200 S. Dadeland Blvd., Suite 614, Miami, Florida 33156.

Dated: January 9, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By _s/ D. J. Baker_<br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Gray | By _s/ James H. Post_<br>    Stephen D. Busey<br>    James H. Post (FBN 175460)<br>    Cynthia C. Jackson |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |
| Co-Counsel for Debtors<br>00520151.DOC | Co-Counsel for Debtors |