UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                    )

WINN-DIXIE STORES, INC., et al.,          )        Case No. 05-03817-3F1
                                                   Chapter 11
          Debtors.                       )        Jointly Administered

_____

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Patsy Whitfield   (Claim No. 12628) [Docket No. 14012] was furnished by mail on

January 9, 2006 to Patsy Whitfield, P. O. Box 962419, Riverdale, Georgia 30296.

Dated: January 9, 2006

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By  _s/ D. J. Baker_                    By  ____s/ James H. Post____
       D. J. Baker                            Stephen D. Busey
       Sally McDonald Henry                   James H. Post (FBN 175460)
       Rosalie Gray                           Cynthia C. Jackson

Four Times Square                      225 Water Street, Suite 1800
New York, New York 10036               Jacksonville, Florida  32202
(212) 735-3000                         (904) 359-7700
(917) 777-2150 (facsimile)             (904) 359-7708 (facsimile)
djbaker@skadden.com                    jpost@smithhulsey.com

Co-Counsel for Debtors                 Co-Counsel for Debtors
00520151.DOC