UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARINGS**
**TO BE HELD ON JANUARY 10, 2007**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit the following agenda of matters to be heard on January 10, 2007 at 9:30 a.m.:

**A.    Uncontested Matters**

*1.    Application for Payment of Administrative Expenses on behalf of the Members of the Official Committee of Equity Security Holders for Reimbursement of Actual and Necessary Expenses Incurred through January 30, 2006 (Docket No. 7238)*

Objection Deadline:   None.

Objections:   No objections have been filed.

Status:   The Debtors have been informed that Applicant will proceed with the hearing on the Application.

**B.     Contested Matters**

    *1.     Motion (i) for Authority to Reject Non-Residential Real Property Leases, (ii) to Establish Bar Date for Any Rejection Damage Claims, and (iii) Granting Related Relief (Docket No. 10823)*

Objection Deadline:   Expired.

Objections:   Bundy New Orleans Co., LLC (Docket No. 11306).

Status:   The Court heard the Motion on September 21, 2006 and granted the Motion authorizing the Debtors to reject the leases for stores 1403, 1434 and 1437. The Debtors and Bundy New Orleans have agreed to continue the Motion until further notice.

    *2.     Objection to IRS Tax Claims and Motion for Order (i) Determining Tax Liabilities and (ii) Requiring the IRS to Issue Tax Refunds (Docket No. 12914)*

Response Deadline:   Expired.

Responses:   United States (Docket No. 13745).

Status:   The Debtors and the United States will proceed with a status conference on the Objection.

    *3.     Motion for Relief from Order Determining Tax Liabilities as to Lauderdale County, Mississippi (Docket No. 12389)*

Objection Deadline:   None.

Objections:   No objections have been filed.

Status:   The Debtors have been informed that Movant will proceed with the hearing on the Motion.

4. *Motion for Relief from Order Determining Tax Liabilities as to Lowndes County, Mississippi (Docket No. 12391)*

Objection Deadline: None.

Objections: No objections have been filed.

Status: The Debtors have been informed that Movant will proceed with the hearing on the Motion.

5. *Motion for Relief from Order Determining Tax Liabilities as to Marion County, Mississippi (Docket No. 12392)*

Objection Deadline: None.

Objections: No objections have been filed.

Status: The Debtors have been informed that Movant will proceed with the hearing on the Motion.

6. *Motion for Relief from Order Determining Tax Liabilities as to Rankin County, Mississippi (Docket No. 12393)*

Objection Deadline: None.

Objections: No objections have been filed.

Status: The Debtors have been informed that Movant will proceed with the hearing on the Motion.

7. *Motion for Relief from Order Determining Tax Liabilities as to Harrison County, Mississippi (Docket No. 11294)*

Objection Deadline: None.

Objections: No objections have been filed.

Status: The Debtors have been informed that Movant will proceed with the hearing on the Motion.

8. *Motion for Relief from Order Determining Tax Liabilities as to Yazoo County, Mississippi (Docket No. 12403)*

Objection Deadline:  None.

Objections:  No objections have been filed.

Status:  The Debtors have been informed that Movant will proceed with the hearing on the Motion.

9. *Motion for Relief from Order Determining Tax Liabilities as to Jones County, Mississippi (Docket No. 12443)*

Objection Deadline:  None.

Objections:  No objections have been filed.

Status:  The Debtors have been informed that Movant will proceed with the Motion.

10. *Motion for Relief from Order Determining Tax Liabilities as to Pike County, Mississippi (Docket No. 13105)*

Objection Deadline:  None.

Objections:  No objections have been filed.

Status:  The Debtors have been informed that Movant will proceed with the hearing on the Motion.

11. *Motion for Relief from Order Determining Tax Liabilities as to Hinds County, Mississippi (Docket No. 13116)*

Objection Deadline:  None.

Objections:  No objections have been filed.

Status:  The Debtors have been informed that Movant will proceed with the hearing on the Motion.

> 12. *Motion to Consolidate Hearings on Debtors' Objections to Tax Claims and Motions to Determine Tax Liabilities (Docket No. 12047)*

Objection Deadline: None.

Objections: No objections have been filed.

Status: The Debtors have been informed that Movant will proceed with the hearing on the Motion.

Dated: January 9, 2007

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By   *s/ D. J. Baker*         | By   *s/ Cynthia C. Jackson* |
|    D. J. Baker |    Stephen D. Busey |
|    Sally McDonald Henry |    James H. Post |
|    Rosalie Walker Gray |    Cynthia C. Jackson, F.B.N. 498882 |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida 32202 |
| (212) 735-3000 | (904) 359-7700 |
| (212) 735-2000 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | cjackson@smithhulsey.com |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

00551137