UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                                  Case No.:     05-03817-3F1

Winn-Dixie Stores, Inc., et al                                              Chapter 11

Reorganized Debtors.                                                       Jointly Administered

_____

## APPLICATION OF CLAIM

COMES NOW, the Claimant, DARLENE DONAHUE, by and through undersigned counsel and gives Notice of Claim to all parties in interest that,

1.   Claimant, Darlene Donahue, seeks an Action for Damages which exceeds $15,000.00 exclusive of interest, cost, and attorney's fees.

2.   This claim is a result of a personal injury sustained at the Winn Dixie; Fort Lauderdale FL 33334; Store 0301 on October 31, 2005; Winn Dixie Claim No.: A511213589-0001-01.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to electronically filed and mailed to  James Post, Esq., Smith Husley & Busey, 225 Water Street, Suite 1800, Jacksonville Fl 332202 on this 9th day of January 2007.

GILMAN & ASSOCIATES, PA
Attorney for Claimant, Darlene Donahue
400 SE 9th Street
Ft. Lauderdale, Fl. 33316
Telephone:   (954) 763-3453
Facsimile:    (954) 728-9263


 s/Ramona L. Tolley
Ramona L. Tolley (Fla Bar No.:962902)
E-mail- piattorney_338@hotmail.com
Gilman & Associates, PA