UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

WINN-DIXIE STORES, INC. Et al.   Case No.: 05-03817-3F1
                                  Chapter 11
   Reorganized Debtors.           Jointly Administered
_____/

## MOTION TO ALLOW LATE FILED CLAIM
## OF DARLENE DONAHUE
## (POST-PETITION PERSONAL INJURY)

Ramona L. Tolley, as counsel for Darlene Donahue, hereby files this claim pursuant to the Notice of Entry of Order Confirming Plan of Reorganization, Occurrence of Effective Date of Plan, and Bar Dates for Filing Claims Arising Before Effective Date and Other Administrative Claims, and states as follows:

1. Claimant: Darlene Donahue, c/o Ramona L. Tolley, Esquire, 400 SE 9 Street, Fort Lauderdale, Florida 33316.
2. Date of Claim: October 31, 2005.
3. Claim: Unliquidated claim for personal injury occurring in store when Ms. Donahue slipped in store and sustained possible injury to right knee, right knee and neck. Retail Grocery Store – Fort Lauderdale Florida 33334; Store 0301 on October 31, 2005; Winn Dixie – Sedgwick Claim # A511213589-0001-01.
4. Amount of Claim: In excess of $15,000.00 or as determined by subsequent litigation. Amount is contingent, disputed, and unliquidated.
5. This claim is filed one day late for the following reasons;
    a. Undersigned counsel's office received a copy of the Notice of Entry of the Order Confirming Plan.
    b. The response date was improperly calendared and that mistake was detected one day late. Accordingly, this claim is filed two days late.
    c. When this office realized that the Application of Claim needed to be filed on January 8, 2006, it attempted to

    electronically file the appropriate documentation to the Bankruptcy Court.
- d. Ramona L. Tolley is an admitted member of the Southern District of Florida. When it was attempted to use the Southern District of Florida's login and password it was not accepted.
- e. At that time, when Pacer was contacted, they advised that the undersigned needed to complete a registration form and submitted by email and/or fax and a login name and password would be assigned.
- f. Registration form was submitted by email and fax. The new login and password were received on January 9, 2006. Upon receipt of said information, the appropriate documentation was completed and electronically mailed.
- g. No prejudice has accrued due to this two day delay in the filing of this claim due to a calendaring error by the office of counsel for the claimant.
- h. The claimant, Darlene Donahue will be prejudiced by the denial of this request.
- i. No prejudice will come to the debtor by allowing the filing of the Proof of Claim within two (2) business date of the due date.
- j. The Claimant, Darlene Donahue, has suffered serious and permanent injuries
- k. This motion is made in good faith.

  I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to electronically filed and mailed to James Post, Esq., Smith Husley & Busey, 225 Water Street, Suite 1800, Jacksonville Fl 332202 on this 9th day of January 2007.

        GILMAN & ASSOCIATES, PA
        Atty for Claimant, Darlene Donahue
        400 SE 9th Street
        Ft. Lauderdale, Fl. 33316
        Telephone: (954) 763-3453
        Facsimile: (954) 728-9263


        _s/Ramona L. Tolley_
        Ramona L. Tolley (Fla Bar No.:962902)
        Attorney E-mail –
        piattorney_338@hotmail.com
        Gilman & Associates