## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:                                                                  Case No. 05-03817-3F1

Winn-Dixie Stores, Inc., et al.                              Chapter 11

Reorganized Debtors.

---

### RENEWED PETITION FOR AN ORDER RELEASING THE PETITIONERS FROM THIS BANKRUPTCY PROCEEDING

The Petitioners, Mattie V. DeKoster and Donald DeKoster, petition this court to release their claims against Save Rite Grocery Warehouse, Inc. because this Florida Corporation is a separate legal entity from Winn-Dixie Stores, Inc. which filed a petition in bankruptcy and Save Rite Grocery Warehouse, Inc. was not named in said bankruptcy proceeding as a debtor and the Petitioners state:

1.      The Petitioner, Mattie V. DeKoster, was a customer in a grocery store located at W. Colonial Drive and Hiawassee Road, Orlando, Florida named "Save Rite" which was owned and operated by a Florida corporation incorporated under the name Save Rite Grocery Warehouse, Inc. when she sustained injuries in said store on July 2, 2004.  The name "Winn-Dixie" was not on said store.

2.      The Petitioners, Mattie DeKoster and Donald DeKoster, filed suit against the Florida corporation, Save Rite Grocery Warehouse, Inc., in the Circuit Court for the Ninth Judicial Circuit in Orange County, Florida on October 27, 2004.

3.      On February 24, 2005 counsel for the defendant, Save Rite Grocery Warehouse, Inc. filed a Notice of Suggestion of Bankruptcy claiming that Save Rite Grocery Warehouse, Inc. was a party to the bankruptcy petition which Winn-Dixie Stores, Inc. filed on February 21, 2005 and claimed that the Plaintiffs' claims against Save Rite Grocery Warehouse, Inc. should be stayed.  Exhibit A.

4.      Base on the aforementioned representation by counsel for Save Rite Grocery Warehouse, Inc., the state circuit court believed that Save Rite was a debtor in the Winn-Dixie Stores, Inc. bankruptcy, the action pending against Save Rite Grocery Warehouse, Inc. and the action in the state circuit court was stayed by the state circuit court.

5.      Subsequently, various creditor forms and notices were sent to Mattie V. DeKoster and Donald DeKoster indicating that their claim against Save Rite Grocery Warehouse, Inc. was a part of the Winn-Dixie Stores, Inc. Bankruptcy proceeding.

6.      When documents were provided to the Petitioners which listed the entities which were actually debtors in related cases in the Winn-Dixie Stores, Inc. bankruptcy it became evident to the Petitioners that Save Rite Grocery Warehouse, Inc. was not named in the materials they were receiving in this bankruptcy proceeding, so the undersigned wrote to Nicholas D. Freeman, Esquire requesting documentation which would establish the fact the separate legal entity Save Rite

Grocery Warehouse, Inc., a Florida corporation, was, in fact, a debtor protected by the Winn-Dixie Stores, Inc. bankruptcy.  See Exhibit B.

7. No written documentation was provided to the Petitioners, nor their attorney, showing that Save Rite Grocery Warehouse, Inc. was, in fact, a debtor in the Winn-Dixie Stores, Inc. Bankruptcy and, thus, entitled to protection under the Bankruptcy Act.

8. Since Save Rite Grocery Warehouse, Inc. is a separate legal entity from Winn-Dixie, Stores, Inc. under the law from the corporation Save Rite Grocery, Inc. the Petitioners assert that their claim against Save Rite Grocery Warehouse, Inc. in the Florida circuit court was mistakenly stayed by these bankruptcy proceedings and that they were erroneously included in this bankruptcy proceeding.

9. The Petitioners petition this court to correct this mistake by entering an Order releasing the Petitioners as creditors under the Winn-Dixie bankruptcy proceeding and directing that the stay which the state circuit court entered in the state case be lifted because Save Rite Grocery Warehouse, Inc. is not protected by this bankruptcy proceeding.

        S/ Jack B. Nichols
        JACK B. NICHOLS, ESQUIRE
        Florida Bar No.: 095141
        801 N. Magnolia Avenue, Suite 414
        Orlando, Florida   32803
        (407)841-8823; Facsimile: (407)849-5238
        Attorney for Petitioners

## CERTIFICATE OF COMPLIANCE

I hereby certify that every furnished copy of this Petition is in identical compliance.

I hereby certify that this Petition has been written in 'Times New Roman' type style and '14 point' type size.

S/Jack B. Nichols
JACK B. NICHOLS, ESQUIRE
Florida Bar No.: 095141
801 N. Magnolia Avenue, Suite 414
Orlando, Florida   32803
(407)841-8823; Facsimile: (407)849-5238
Attorney for Petitioners

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filling to all parties listed on the attached service list.

S/ Jack B. Nichols
JACK B. NICHOLS, ESQUIRE
Florida Bar No.: 095141
801 N. Magnolia Avenue, Suite 414
Orlando, Florida  32803
(407)841-8823; Facsimile: (407)849-5238
Attorney for Petitioners

# SERVICE LIST

D.J. Baker
Sally McDonald Henry, Rosalie Walker Gray, Adams S. Ravin
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, New York 10036
Co-Counsel for Reorganized Debtors

Stephen D. Busey
James H. Post, Cynthia C. Jackson, Leanne Prendergrast
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
Co-Counsel for Reorganized Debtors

Daniel S. Liebowitz, Esquire
Bussey, White, McDonough and Freeman, P.A.
P.O. Box 531086
Orlando, Florida 32853-1086
Counsel for Save Rite Grocery Warehouse, Inc.