# Fax Coversheet

**ALEJO LAW PL**
934 North Magnolia Avenue
Suite 304
Orlando, Florida 32803
Tel: 321-206-9204
Fax: 321-206-8241
lemar@alejolaw.com

| Recipient's Name | United States Bankruptcy Court |
|---|---|
| Organization | |
| Fax Number | 904-301-6494 |
| Telephone Number | |
| Sender's Name | Lemar F. Alejo, Esq. |
| Date | 1/5/2007 |
| Subject | Winn Dixie-Application for Allowance of Admin Claim |

Total Number of Pages: 4   (Including the cover page)

____ Urgent    ____ Reply ASAP    _X_ Please Comment    ____ For Your Records

**Comments:**

To Whom It May Concern:

I have attempted to login into ECF in order to electronically file the attached document. I have received numerous error messages which will not allow me to access my account in order to timely, electronically file the attached document. I have sent the attached document to all other necessary counsels and the ECF help desk in order to resolve my login problems. I am faxing the attached document and respectfully requests the court to allow for the timely filing of the attached document in view of the circumstances.

Sincerely,
Lemar F. Alejo

This document's intended use is for the law firm and it's recipient's and the material may be privileged. It is intended only for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is prohibited. If sent to wrong address please contact the law firm as soon as possible.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:
WINN-DIXIE STORES, INC.,
et al.,

Reorganized Debtors             Case Number: 05-03817-3F1
                                Chapter 11
                                Jointly Administered

_____/

## APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE CLAIM FOR POST-PETITION PERSONAL INJURY CLAIMANT

Movant, Langa Jimenez (the "Movant"), by and through undersigned counsel, and pursuant to 11 U.S.C. §503, respectfully requests this Court enter an Order approving this application for payment of administrative expense claim against the Estate, and to authorize payment of this claim (the "Application"), and in support thereof states as follows:

1. On February 21, 2005, the Debtors filed Voluntary Petitions under Chapter 11 of the U.S. Bankruptcy Code in the Southern District of New York and were transferred to this Court on April 13, 2005.

2. On November 9, 2006, this Court entered an Order confirming Debtors' Joint Plan of Reorganization (the "Confirmation Order") [CP #12440].

3. The Confirmation Order provides that pursuant to Section 12.1 of Debtors' Joint Plan of Reorganization (the "Plan"), the deadline for filing requests for payment of post-petition administrative claims is January 5, 2007 (the "Administrative Claims Bar Date").

4. On October 26, 2006, the Movant suffered personal injuries as a result of negligence by the Debtors at *Winn-Dixie Store operating as SaveRite located at 10537 E. Colonial Dr., Orlando, FL 32817*.

5. The personal injury claim of the Movant has yet to be liquidated.

6. Thus, pursuant to the Confirmation Order and the Plan, this Application is timely.

7. The Court may award an administrative expense priority under §503(b) for the "actual, necessary costs and expenses of preserving the estate…." 11 U.S.C. §503(b)(1).

8. Damages arising from a post-petition tort committed by a debtor are entitled to administrative expense status.

9. The Movant respectfully requests the Court enter an Order allowing this postpetition administrative expense claim, subject to liquidation by either consent of the parties or a court of competent jurisdiction. Upon liquidation of this post-petition claim, the Movant requests the Court enter an order requiring the Debtors to pay the allowed administrative claim in full.

10. In accordance with the Confirmation Order and Section 12.1 of the Plan, Movant has served a copy of the Application on counsel for the Reorganized Debtors and the Post-Effective Date Committee.

WHEREFORE, the Movant, Langa Jimenez requests that this Court enter an Order (1) deeming the administrative claim asserted by the Movant as a timely assertion of an administrative claim subject to liquidation by either consent of the parties or a court of competent jurisdiction; (2) requiring the Debtors to pay the administrative expense

claim immediately upon entry of an order allowing the claim; and (3) granting any such further relief as this Court deems just and proper.

                Respectfully submitted,

                /s/ Lemar F. Alejo
                Lemar F. Alejo
                Florida Bar No.: 0012931
                Alejo Law PL
                934 N. Magnolia Ave.
                Suite 304
                Orlando, FL 32803
                Telephone: 321-206-9204
                Facsimile: 321-206-8241
                Email: lemar@alejolaw.com

                Attorney for the Movant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by electronic filing to James Post, Esq., Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 and to Matthew Barr, Esq., Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 this 5th day of January, 2007.

                /s/ Lemar F. Alejo
                Lemar F. Alejo