[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Case No. 3:05-bk-03817-JAF
Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

## ORDER STRIKING APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM

This case came on for consideration upon the Court's own motion. On January 5, 2007, Creditor Isabel Colon filed an Application for Administrative Expense Claim without original signature of Creditor's Attorney as required by Fed. R. Bank. P. 9011. It is

Ordered:

The Application for Administrative Expense Claim is stricken from the record.

Dated January 9, 2007

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Debtor
Attorney for Debtor
U.S. Trustee
Omar Ortega, 800 S. Douglas Road, Suite 149, Coral Gables, FL 33134