UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

F I L E D
JACKSONVILLE
JAN 0 9 2007
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

John A. Vickers                    Case No: 05-03817-3F1

v.                                 Chapter 11

Winn-Dixie Stores, Inc., et al.,

### Application To Pay Administration Expenses

Comes Now, the Petitioner John A. Vickers pro se, in the above action filing this his Application to Pay Administration Expenses. Claim # 13463

1. The Petitioner was injured on or approximently September 23, 2003 in a slip and fall accident at a Winn-Dixie Store in Naples, Florida. From the injuries substained on that day the Petitioner continues to suffer and receive medical treatment for injuries.

2. The entire accident is on store camera, also the store manager took photos of the accident scene and of the Petitioner.

3. The Petitioner seeks $15,000 Dollars for his injuries, loss of earnings, And other Compensations - Due to this Accident at Winn-Dixie.

Sincerely,
John A. Vickers pro se,
417 N. Delaware St. Apt #6
Paulsboro, N.J. 08066

Dated on this the 4th day of January 2007.