FILED
JACKSONVILLE, FLORIDA

JAN 0 9 2007

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | * | Case No. 05-03817-3F1 |
| | * | |
| Winn-Dixie Stores, Inc., et al | * | Chapter 11 |
| | * | |
| Reorganized Debtors. | * | Jointly Administered |

## NOTICE OF CLAIM

Personally appeared Gary D. Haugen who being first duly sworn deposes and states his claim as follows:

1. My name is Gary D. Haugen. I am over 19 years of age and currently a resident of Selma, Alabama.

2. On or about October 27, 2006, I went to Winn Dixie store # 0442 in Rainbow City to cash in loss change at the coin machine in front of the store. When finished I received a voucher to cash in at the register. When I started toward the register I saw one of the cashiers headed toward the Tobacco area at which time I went across to the front of the register to speed up the process. When I got to register #1, I fell on some slippery substance of which I later learned was fabric softener. A young girl who was an employee of the store along with another lady whom I assumed was a customer came up to me and asked if I was hurt. I told them I was not sure and asked if they would go outside and get my wife. The lady customer went to the parking lot and found my wife. When she came in I was still on the floor and she asked if I was hurt. I responded that I did not know. The young girl who was employed by Winn Dixie wanted to know if I wanted her to call an ambulance. I said I didn't think that was necessary. By this time a gentleman who said he was the Assistant Manager came up at which time I said I had just had surgery on my knee. He stated that figures and I told him I was not trying to shame anyone and all I wanted was to be able to get up and get out of the store. The young employee who apparently dropped the softener came up at this time and offered to wipe my tennis shoes off which had softener on them. I took my shoes off and was able to stand up with my wife's help. They put me in a wheelchair and asked me to wait so they could get my name and address. When we gave them the information the young girl from Winn Dixie told me if I need to go to the hospital to let them know and they would take care of any bills from my injuries. I left the store with the help of my wife.

3. On November 14, 2006, I went to Dr. Iqbal Singh for pain resulting from the incident. I am continuously receiving medical treatment for injuries sustained and gradually incurring medical bills.

4. As the result of the negligence and wantonness on the part of Winn Dixie, I have been made to suffer physical pain, mental anguish and emotional distress.

5. Accordingly, I am hereby demanding and claiming of the Winn Dixie, the sum of one hundred thousand dollars ($100,000) for bodily injury.

This statement is made pursuant to the requirements of the Alabama Code Section 11-47-192.

WHEREFORE, I hereby demand from Winn Dixie the foregoing sum, an amount estimated to compensate me for damages, as a result of said incident in question.

(Gary Haugen)

Sworn to and subscribed before me this:
5<u>TH</u> DAY OF JANUARY, 2006 7

NOTARY PUBLIC
My commission expires: March 25, 2008.