# ZACHARY T. COLLINS, ESQ.

*Attorney and Counselor at Law, L.L.C.*

207 Montgomery Street, Ste 215
Montgomery, AL 36104
www.zackcollins.com

Telephone: 334.263.5575
Toll Free Phone: 1.866.310.9225
Fax: 1334.263.5569

**RECEIVED**
CLERK, U.S. BANKRUPTCY COURT

JAN 0 9 2007

MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

January 5, 2007

**United States Courthouse**
Attn: Clerk of Court
30 North Hogan Street, Suite 3-350
Jacksonville, Florida 32202

    **RE:  Winn-Dixie Stores, Inc., et al**
    **Case No. 05-03817-3F1**

Dear Sir or Madam:

Please find the enclosed the Notice of Claim that our office hereby files with your court.

If you have any questions regarding these filings, please do not hesitate to contact me.

Sincerely,

Zachary T. Collins
Attorney at Law

ZTC:usc

Enclosures