**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| IN RE: : | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, : | Case No. 05-03817-JAF |
| Debtor. : | *Chapter 11* |
| : | Jointly Administered |

**NOTICE OF WITHDRAWAL FROM CASE AND**
**REQUEST TO STOP ELECTRONIC NOTICE**

PLEASE TAKE NOTICE that Meuers Law Firm, P.L. withdraws its Notice of Appearance and requests that the Clerk remove it and each of its counsel from the electronic filing notice list.

Dated this 10th day of January, 2007        **MEUERS LAW FIRM, P.L.**

By: s/*Lawrence H. Meuers*
Lawrence H. Meuers
Florida Bar No. 0934879
5395 Park Central Court
Naples, FL 34109
Telephone: (239) 513-9191
Facsimile: (239) 513-9677

*Attorneys for the Duda Group of PACA Creditors*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above Notice was forwarded on January 10th, 2007, via E-mail, to all parties of record listed on the Court's Service List.

s/*Lawrence H. Meuers*