**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |
| | ) | |

**AMENDED
MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM**

Movant, ***Saalfield, Shad, Jay & Stokes, P.A.***, pursuant to 11 U.S.C. §503, requests that this Court enter an order approving its application for allowance of administrative expense claim, and in support thereof says:

1. On February 21, 2005 (the "petition Date"), the Debtors filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code").

2. On November 9, 2006, this Court entered an order confirming the Debtors' joint plan of reorganization (the "Plan").

3. In accordance with the terms of the Plan, the Plan became effective on November 21, 2006 (the "Effective Date").

4. Between the Petition Date and the Effective Date, the Movant rendered services in representation of the Debtors in litigation matters identified in Exhibit A attached. The aggregate amount due from the Debtors for such services is **$5,217.75**, as more specifically set forth in Exhibit A.

5.   Movant is entitled to an administrative expense claim for the services rendered to the Debtors.

**WHEREFORE**, Movant respectfully requests the Court enter an order allowing its administrative expense claim and grant such other and further relief as is just and proper.

/s/ Joseph B. Stokes, III
**JOSEPH B. STOKES, III, ESQUIRE**
Florida Bar No.:  897183
Post Office Box 41589
Jacksonville, Florida 32203-1589
904/355-4401 (phone)
904/355-3503 (facsimile)
***Attorney for Movant***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on the 10th day of January, 2007, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system.  I FURTHER CERTIFY that a copy of the foregoing has been furnished by U.S. Mail and/or electronically to the parties listed below on the 10th day of January, 2007:

**WINN-DIXIE STORES, INC**.
5050 Edgewood Court
Jacksonville, Florida 32254-3699
Attn: General Counsel
Telephone:    (904) 783-5000
Facsimile:      (904) 783-5651

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Four Times Square
New York, New York 10036-6522
Attn: D.J. Baker, Esquire
Telephone:    (212) 735-3000
Facsimile:      (212) 735-2000

**SMITH HULSEY & BUSEY**
225 Water Street, Suite 1800
Jacksonville, Florida 32202
Attn: James Post, Esquire
jpost@smithhulsey.com
Telephone:    (904) 359-7700
Facsimile:      (904) 359-7708

**MILBANK, TWEED, HADLEY & McCLOY LLP**
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis Dunne, Esq. / Matthew S. Barr, Esq.
mbarr@milbank.com
Telephone:    (212) 530-5000
Facsimile:      (212) 530-5219

**SAALFIELD, SHAD, JAY & STOKES, P.A.**

 /s/ Joseph B. Stokes, III
**JOSEPH B. STOKES, III, ESQUIRE**
Florida Bar No.:  897183
Post Office Box 41589
Jacksonville, Florida 32203-1589
904/355-4401 (phone)
904/355-3503 (facsimile)
Joseph.stokes@saalfieldlaw.com
*Attorney for Movant*

## EXHIBIT A

| | Matter: | Amount Due: |
|---|---|---:|
| 1. | **BROWN,** Mary & Kenneth v. Winn-Dixie | 13.30 |
| 2. | **DREW,** Delford v. Winn-Dixie | 67.50 |
| 3. | **HAYGOOD**, Sherri v. Winn-Dixie | 432.00 |
| 4. | **STATEN**, Demetria v. Winn-Dixie | 133.50 |
| 5. | **TAYLOR**, Cheryl v. Winn-Dixie | 206.50 |
| 6. | **HALL**, William v. Winn-Dixie | 36.00 |
| 7. | **JONES**, Diane v. Winn-Dixie | 385.40 |
| 8. | **BRANDT**, Sandra v. Winn-Dixie | 55.20 |
| 9. | **WANAMAKER**, Wendy v. Winn-Dixie | 201.00 |
| 10. | **KOZLOWSKI**, Juanita v. Winn-Dixie | 94.50 |
| 11. | **COWARD,** William v. Winn-Dixie | 75.90 |
| 12. | **HENRY**, Samuel v. Winn-Dixie | 12.00 |
| 13. | **THIGPEN,** John v. Winn-Dixie | 67.50 |
| 14. | **TAYLOR**, Linda v. Winn-Dixie | 12.65 |
| 15. | **DAVIDSON**, Iris v. Save Rite | 174.00 |
| 16. | **GORNEY**, Ronald v. Winn-Dixie | 67.50 |
| 17. | **SMITH,** Charlotte & Leon v. Winn-Dixie | 1,377.00 |
| 18. | **RICHARDSON**, Mary v. Winn-Dixie | 54.00 |
| 19. | **DUFECK**, Patricia v. Winn-Dixie | 1,313.70 |
| 20. | **FEDALEN**, William v. Winn-Dixie | 12.00 |
| 21. | **PARKS**, Dolly v. Winn-Dixie | 426.60 |
| **TOTAL** | | **$5,217.75** |