UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Reorganized Debtors.[1] | ) Jointly Administered |
| | ) |

### AGREED ORDER RESOLVING CLAIM NUMBER 12076 FILED BY WELLS FARGO BANK NORTHWEST, NATIONAL ASSOCIATION, AS TRUSTEE, AND CLAIM NUMBER 12311 FILED BY WD HILLIARD LLC

These causes originally came before the Court for hearing upon the Twenty-Fourth Omnibus Objection to Claims (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"). Included among the several proofs of claim that were the subject of the Objection were Claim Numbers 12076 and 12311, each of which relate to amounts allegedly owed under the lease for a store the Debtors had at one time leased in Lawrenceville, Georgia ("Store No. 2715").[2] Specifically, Claim Number 12311, was filed by WD Hilliard LLC, the landlord for Store No. 2715 ("Hilliard") and Claim Number 12076 was filed by Wells Fargo Bank Northwest, National Association, as trustee for the holder of a series A note and a series B note ("Wells Fargo"), based upon the provisions of Fed. R. Bankr. Proc. 3001(e)(3) and certain Lease Collateral Documents and the Lease Guaranty (each

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Agreed Order shall have the meaning ascribed to them in the Objection.

as defined in Wells Fargo's November 3, 2006 response to the Objection) which Wells Fargo maintains affords it, among other things, a lien and mortgage on Store No. 2715 and the right to file a proof of claim in its own name in connection therewith. Concurrently with the filing of Claim No. 12076 by Wells Fargo, SOF Investments L.P. and Paul Revere Life Insurance Company, as holders of the series A note and series B note, respectively, and for whose beneficial interest Wells Fargo filed Claim No. 12076, also filed substantially identical proofs of claims with respect to the lease (Claims No. 12075 and 12134, which noteholder claims were subsequently disallowed as duplicative pursuant to the Eleventh Omnibus Claim Objection Order). Hilliard filed a response to the Objection (Docket No. 12446) (the "Hilliard Response") in which it sought to have Claim Number 12311 allowed as a general unsecured claim.

On December 5, 2006, Wells Fargo foreclosed on the mortgage related to the lease for Store No. 2715.

Based upon the consent of the parties appearing below it is

ORDERED AND ADJUDGED:

1. Claim Number 12311 is disallowed;
2. Claim Number 12076 is allowed as a Class 13 Landlord Claim in the liquidated amount of $804,154.79;
3. The Hilliard Response is overruled; and
4. The Court shall retain jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 9 day of January, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY

By /s/ James H. Post
    James H. Post
    Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

-and-

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Adam S. Ravin
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Co-Counsel for Reorganized Debtors

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

By /s/ James C. Moon*
    James C. Moon
    Florida Bar Number 0938211
    Mindy A. Mora
    Florida Bar Number 678910
200 S. Biscayne Blvd., Suite 2500
Miami, Florida 33131
(305) 350-7383
(305) 351-2282 (facsimile)

-and-

VINSON & ELKINS, LLP

Steven M. Abramowitz
Debbie E. Green
666 Fifth Avenue, 26th Floor
New York, New York 10103
(212) 237-0137
(917) 206-8100

Co-Counsel for Wells Fargo Bank Northwest, N.A., SOF Investments, L.P. and Paul Revere Life Insurance Company


SEYFARTH SHAW LLP

By: /s/ Sara E. Lorber*
    Sara E. Lorber
55 East Monroe Street, Suite 4200
Chicago, Illinois 60603
(312) 346-8000
(312) 269-8869 (facsimile)

Counsel to WD Hilliard LLC

*Counsel has authorized their electronic signature.

691043.04-New York Server 1A - MSW