[31634] [Order Waiving the Requirement for Local Counsel]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Case No. 3:05–bk–03817–JAF
Chapter 11

Winn–Dixie Stores, Inc

_____Debtor(s)_____/

## ORDER WAIVING THE REQUIREMENT FOR LOCAL COUNSEL

This case came before the Court upon Motion of Craig A. Gentry , a non–resident of Florida and counsel for Tina Tommaseo , pursuant to Local Rule 2090–1 to waive the requirement for local counsel. Good cause exists and, it is

ORDERED: Local Rule 2090–1 permits appearance without formal admission of a non–resident of Florida and the requirement for local counsel is waived.

Dated January 9, 2007 .

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Debtor(s)
Debtor(s)' Attorney
United States Trustee
Craig A. Gentry, 909 Poydras Street, 20th Floor, New Orleans, LA 70112