

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

**Wednesday**
**January 10, 2007**
**9:30 A.M.**

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Application for Payment of Administrative Expenses on behalf of the Members of the Official Committee of Equity Security Holders for Reimbursement of Actual and Necessary Expenses Incurred through January 30, 2006 (7238)

Expense Amount - $745.88

APPEARANCES:
US TRUSTEE:                    ELENA ESCAMILLA
UNSEC. CRED:                   JOHN B. MACDONALD/PATRICK PATANGAN
                               MATTHEW S. BARR

OFFICIAL COMMITTEE OF
  EQUITY SECURITY HOLDERS:     DAVID S. JENNIS

RULING: granted Ord / Busey