

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Wednesday
January 10, 2007
9:30 A.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post


Objection to IRS Tax Claims and Motion for Order (I) Determining Tax Liabilities and (ii) Requiring the IRS to Issue Tax Refunds Filed by Debtors (12914)


Response filed by United States (13745)


APPEARANCES:
US TRUSTEE:         ELENA ESCAMILLA
UNSEC. CRED:        JOHN B. MACDONALD/PATRICK PATANGAN
                    MATTHEW S. BARR
IRS:                DEBORAH MORRIS

RULING:   Cont 1-24 - scheduling conf.

14624