**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

**STIPULATION TO FURTHER CONTINUE
HEARING ON MOTION FOR RELIEF FROM
STAY FILED BY MAUREEN FITZGERALD-MARHOLD**

The Reorganized Debtors, Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") and Maureen Fitzgerald-Marhold ("Fitzgerald-Marhold") stipulate and agree to (i) the continuance and rescheduling of the Motion for Relief from Stay filed by Fitzgerald-Marhold (the "Motion") (Docket No. 4012) for final hearing on or after February 26, 2007, and (ii) the continuation of the permanent injunction in effect pending the conclusion

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

of such hearing and determination of the Motion.

Dated: January 10, 2007.

| | |
|---|---|
| GRAY ROBINSON, P.A. | SMITH HULSEY & BUSEY |
| By  *s/ Stephanie M. Biernacki*<br>     John A. Anthony<br>     Stephanie M. Biernacki | By  *s/ Leanne McKnight Prendergast*<br>     Leanne McKnight Prendergast |
| Florida Bar Number: 0731013<br>Florida Bar Number: 0127299<br>201 N. Franklin Street, Suite 2200<br>Post Office Box 3324<br>Tampa, Florida 33601-3324<br>(813) 273-5000<br>(813) 273-5145 (facsimile) | Florida Bar Number 59544<br>225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>lprendergast@smithhulsey.com<br><br>         -and- |
| Attorneys for Maureen Fitzgerald-Marhold | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| *Counsel has authorized her electronic signature. | D. J. Baker<br>Sally McDonald Henry<br>Rosalie Walker Gray<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>rgray@skadden.com<br><br>Attorneys for the Reorganized Debtors |

535707.3