

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Wednesday
January 10, 2007
9:30 A.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Motion for Relief from Order Determining Tax Liabilities as to Lauderdale County, Mississippi (12389)

APPEARANCES:
US TRUSTEE:                                    ELENA ESCAMILLA
UNSEC. CRED:                                   JOHN B. MACDONALD/PATRICK PATANGAN
                                               MATTHEW S. BARR
LAUDERDALE COUNTY MISSISSIPPI:                 RICHARD THAMES ρ

RULING: Cont until further order