

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Wednesday
January 10, 2007
9:30 A.M.

## PRO MEMO

**CASE NO. 05-3817-3F1      WINN-DIXIE STORES, INC.**

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

   Motion for Relief from Order Determining Tax Liabilities as to Lowndes County, Mississippi (12391)

APPEARANCES:
US TRUSTEE:                              ELENA ESCAMILLA
UNSEC. CRED:                             JOHN B. MACDONALD/PATRICK PATANGAN
                                         MATTHEW S. BARR
LOWNDES COUNTY MISSISSIPPI:              RICHARD THAMES

RULING: Cont. until further Order