

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Wednesday
January 10, 2007
9:30 A.M.

## PRO MEMO

**CASE NO. 05-3817-3F1**     **WINN-DIXIE STORES, INC.**

**Debtor Atty:** Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

  Motion for Relief from Order Determining Tax Liabilities as to Marion County, Mississippi (12392)

**APPEARANCES:**

| | |
|---|---|
| US TRUSTEE: | ELENA ESCAMILLA |
| UNSEC. CRED: | JOHN B. MACDONALD/PATRICK PATANGAN |
| | MATTHEW S. BARR |
| MARION COUNTY MISSISSIPPI: | RICHARD THAMES |

**RULING:** Cont - until further order