

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Wednesday
January 10, 2007
9:30 A.M.

**PRO MEMO**

**CASE NO. 05-3817-3F1**     **WINN-DIXIE STORES, INC.**

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Motion for Relief from Order Determining Tax Liabilities as to Rankin County, Mississippi (12393)

**APPEARANCES:**
US TRUSTEE:                                    ELENA ESCAMILLA
UNSEC. CRED:                                   JOHN B. MACDONALD/PATRICK PATANGAN
                                               MATTHEW S. BARR
RANKIN COUNTY MISSISSIPPI:    RICHARD THAMES

RULING: Cont. until further order