

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Wednesday
January 10, 2007
9:30 A.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Motion for Relief from Order Determining Tax Liabilities as to Harrison County, Mississippi (11294)

APPEARANCES:
US TRUSTEE:                     ELENA ESCAMILLA
UNSEC. CRED:                    JOHN B. MACDONALD/PATRICK PATANGAN
                                MATTHEW S. BARR
HARRISON COUNTY MISSISSIPPI:    RICHARD THAMES

RULING: Cont. until further order