

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Wednesday

**January 10, 2007**

9:30 A.M.

## PRO MEMO

**CASE NO. 05-3817-3F1**     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

### Motion to Consolidate Hearings on Debtors Objection to Tax Claims and Motions to Determine Tax Liabilities (12047)

**APPEARANCES:**

**US TRUSTEE:**        ELENA ESCAMILLA

**UNSEC. CRED:**       JOHN B. MACDONALD/PATRICK PATANGAN

MATTHEW S. BARR

Tax Coll:              R. Thames-P

**RULING:**     denied   Ord/Busey