[3902a] [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                            Case No. 3:05-bk-03817-JAF
                                               Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

## NOTICE OF RESCHEDULED HEARING

    NOTICE IS GIVEN that a hearing on Motion for Relief from Stay filed by Dortha Mohundro is rescheduled to April 23, 2007 at 1:30 p.m. in 4th Floor Courtroom D , 300 North Hogan Street, Jacksonville Florida.

Dated January 10, 2007 .

                      Lee Ann Bennett, Clerk of Court
                      300 North Hogan Street Suite 3-350
                      Jacksonville, FL 32202

Copies furnished to:
Debtors
Attorney for Debtors
Brian D. Zinn, Attorney for Movant
U.S. Trustee
Counsel for OFficial Committee of Unsecured Creditors