UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |

**AGREED ORDER REGARDING MOTION FOR
RELIEF FROM STAY FILED BY BELLSOUTH**

This cause is before the Court on the motion of BellSouth Telecommunications, Inc. ("BellSouth") for relief from stay (Docket No. 11866) (the "Motion") to allow it to setoff amounts owed to the Debtors against amounts owed by the Debtors to BellSouth. Based upon the representations of the Debtors and BellSouth's counsel that this Agreed Order reflects a resolution of the Motion, it is

ORDERED AND ADJUDGED:

1. The Motion is granted in the manner set forth below.

2. BellSouth is authorized to setoff against its proofs of claim numbers 4036 and 6752, $220,370.53 it holds in credits, rewards and discounts owed to the Debtors[2]. Once this setoff is taken, claim number 4036 will be allowed as a general unsecured nonpriority claim in the amount of $69,276.48 to be paid in accordance with the confirmed plan of reorganization in these Chapter 11 cases. Claim number 6752 will be disallowed.

3. This Agreed Order resolves (i) all prepetition liabilities and obligations related to claim numbers 4036 and 6572 and (ii) all other claims BellSouth has or may

---

[2] All capitalized terms not otherwise defined in this Agreed Order have the meaning ascribed to them in the Debtors' final plan of reorganization dated August 9, 2006 (Docket No. 10058).

have against the Debtors and any of their Chapter 11 estates, employees, agents, successors or assigns, as of the date of this Agreed Order, all of which are forever waived, discharged and released. This Agreed Order does not release any claims that may exist for postpetition charges which will be handled in the ordinary course.

4. The Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Done and Ordered this 4 day of ~~December~~ January, 200~~6~~7.

Jerry A. Funk
United States Bankruptcy Judge

00548760.2

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3         User: pcathy              Page 1 of 1          Date Rcvd: Jan 08, 2007
Case: 05-03817               Form ID: pdfdoc           Total Served: 3

The following entities were served by first class mail on Jan 10, 2007.
aty         +Brian G Rich,   Berger Singerman PA,   315 South Calhoun Street,   Suite 712,
              Tallahassee, FL 32301-1872
aty         +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
              Jacksonville, FL 32202-4494
cr          +BellSouth,   675 West Peachtree St,   Suite 4300,   Atlanta, GA 30375-0001

The following entities were served by electronic transmission.
NONE.                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 10, 2007**                    **Signature:** _Joseph Speetjens_