UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO:  3:05-bk-3817
Chapter     11

IN RE:

**WINN-DIXIE STORES, INC.,**

<u>**Debtor(s)**</u>

## <u>ORDER STRIKING APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM</u>

The Court finds that the Application for Administrative Expense Claim filed by Robert C. Palmer on behalf of Shell, Fleming, Davis & Menge on January 3, 2007 was filed in paper form.  On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission.  Accordingly, it is

**ORDERED**:

The Application for Administrative Expense Claim filed by Robert C. Palmer on behalf of Shell, Fleming, Davis & Menge on January 3, 2007  is stricken from the record.

**DATED January 5, 2007**, at Jacksonville, Florida.

Jerry A. Funk
**United States Bankruptcy Judge**

Copies to:
Robert C. Palmer, III, Seville Tower, 9th Floor, 226 Palafox Place, Pensacola, FL 32591-1831

**BAE SYSTEMS**

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE  OF  SERVICE

```
District/off: 113A-3          User: pcathy              Page 1 of 1              Date Rcvd: Jan 08, 2007
Case: 05-03817               Form ID: pdfdoc           Total Served: 1


The following entities were served by first class mail on Jan 10, 2007.
aty          +Robert C Palmer,   Shell Fleming Davis & Menge,   226 Palafox Place 9th Floor,
              Pensacola, FL 32502-5846

The following entities were served by electronic transmission.
NONE.                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 10, 2007**                    **Signature:**   _Joseph Speetjens_