[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                   Case No. 3:05−bk−03817−JAF
                                                         Chapter 11


Winn−Dixie Stores, Inc




_____     Debtor(s)_____/


## ORDER STRIKING REQUEST FOR PAYMENT FOR PAYMENT OF ADMINISTRATIVE EXPENSES

This case came on for consideration upon the Court's own motion. On January 4, 2007 ,Creditor, Ruby Davis filed a Request for Payment of Administrative Expenses without signature as required by Fed. R. Bank. P. 9011. It is

Ordered:

The request for payment of administrative expenses is stricken from the record.


Dated January 8, 2007

_____

Jerry A. Funk
United States Bankruptcy Judge




Copies furnished to:
Debtor
Attorney for Debtor
U.S. Trustee
Ruby Davis c/o T&D Trucking, P.O. Box 673, Douglas, GA 31534

**BAE SYSTEMS**

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: baldws              Page 1 of 1                 Date Rcvd: Jan 08, 2007
Case: 05-03817                Form ID: pdfdoc           Total Served: 2
```

```
The following entities were served by first class mail on Jan 10, 2007.
aty          +Cynthia C. Jackson,    Smith Hulsey & Busey,   225 Water Street, Suite 1800,
              Jacksonville, FL 32202-4494
             +Ruby Davis,    c/o T&D Trucking,    P.O. Box 673,    Douglas, GA 31534-0673
```

```
The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 10, 2007                    Signature:    _Joseph Speetjens_