UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                          )   Case No. 05-03817-3F1
                                                )
WINN-DIXIE STORES, INC., et al.,                )   Chapter 11
                                                )
Debtors.[1]                                     )   Jointly Administered
                                                )

**AGREED ORDER RESOLVING CLAIMS FILED BY ACH FOOD COMPANIES, INC., NATIONAL LIFT TRUCK SERVICE, NEW ENGLAND COFFEE CO., NEW WORLD PASTA COMPANY, PC WOO DBA MEGATOYS INC., PESCANOVA, INC., SIOUX HONEY ASSOCIATION, SWEET BLESSINGS, TW GARNER FOOD CO. AND VICORP RESTAURANTS, INC., AS SET FORTH IN THE DEBTORS' EIGHTH OMNIBUS CLAIMS OBJECTION**

These cases originally came before the Court for hearing on May 4, 2006, upon the Eighth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibit A to the Objection.[2] Formal and informal responses to the Objection were raised, as a result of which the Debtors agreed to continue the Objection with respect to (i) claim no. 1096 filed by ACH Food Companies Inc., (ii) claim no. 3503 filed by New England Coffee Co., (iii) claim no. filed by National Lift Truck Service, (iv) claim no. 4463 filed by New World Pasta Company, (v) claim no. 4938 filed by PC Woo dba Megatoys Inc., (vi) claim no.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

11818 filed by Sioux Honey Association, (vii) claim no. 11116 filed by Sweet Blessings, (viii) claim no. 1064 filed by TW Garner Food Co. and (ix) claim no. 7274 filed by Vicorp Restaurants, Inc. (the "Overstated Claims"), among others. On May 4, 2006, the Court entered an order (Docket No. 7594) sustaining the Objection as to the proofs of claim listed on the exhibits to the order and continuing the hearing on the Objection as to the Overstated Claims and other unresolved claims. Based upon the representation by counsel to the Debtors that the proposed Agreed Order reflects a resolution of the Objection as to the Overstated Claims and an agreement to increase the reduced claim amount for claim no. 9380 filed by Pescanova, Inc., it is

ORDERED AND ADJUDGED:

1. The Overstated Claims listed on Exhibit A are reduced to the amounts set forth on Exhibit A under the heading Reduced Amount and the amounts exceeding the Reduced Amount are disallowed.

2. Claim no. 9380 filed by Pescanova, Inc. is allowed as an unsecured non-priority claim in the amount of $78,694.65.

3. Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order is deemed a separate Order with respect to each claim. Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

4. Neither the Objection nor any disposition of the Overstated Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

5. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 10 day of January, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

475963-Wilmington Server 1A - MSW

# EXHIBIT A

Case 3:05-bk-03817-JAF   Doc 14664   Filed 01/10/07   Page 4 of 6

WINN-DIXIE STORES, INC., ET AL.
EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 279202**<br>ACH FOOD COMPANIES INC<br>ATTN MICHAEL HUGHES, CR MGR<br>7171 GOODLEFT FARMS PARKWAY<br>CORDOVA TN 38016 | 1096<br>Debtor: WINN-DIXIE STORES, INC. | $160,247.89 | $108,674.96 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 376362**<br>NATIONAL LIFT TRUCK SERVICE<br>ATTN DIANE HAUTEL, COO/GM<br>1901 NW 2ND STREET<br>FT LAUDERDALE, FL 33311 | 8858<br>Debtor: WINN-DIXIE STORES, INC. | $94,910.27 | $86,026.66 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 257129**<br>NEW ENGLAND COFFEE CO<br>ATTN SCOTT A SIMPSON, CONTROLLER<br>100 CHARLES STREET<br>MALDEN, MA 02148 | 3503<br>Debtor: WINN-DIXIE STORES, INC. | $73,626.98 | $66,535.06 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 279252**<br>NEW WORLD PASTA COMPANY<br>ATTN CARY METZ, SR VP & GEN MGR<br>DEBORAH A CALLAHAN, DIR<br>85 SHANNON ROAD<br>HARRISBURG PA 17112 | 4463<br>Debtor: WINN-DIXIE STORES, INC. | $53,601.43 | $14,524.36 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 407461**<br>PC WOO DBA MEGATOYS INC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | 4938<br>Debtor: WINN-DIXIE STORES, INC. | $150,917.12 | $115,664.96 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 411408**<br>SIOUX HONEY ASSOCIATION<br>C/O CRARY HUFF INSKER ET AL<br>ATTN MARCI ISEMINGER, ESQ<br>614 PIERCE STREET<br>PO BOX 27<br>SIOUX CITY IA 51102 | 11818<br>Debtor: WINN-DIXIE STORES, INC. | $152,216.16 | $128,287.60 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 262339<br>SWEET BLESSINGS<br>ATTN BUD MURDOCK, VP<br>23805 STUART RANCH ROAD, STE 220<br>MALIBU, CA 90265<br>Transferee: ASM CAPITAL LP | 11116<br>Debtor: WINN-DIXIE STORES, INC. | $48,762.21 | $44,794.02 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| Creditor Id: 279396<br>TW GARNER FOOD CO<br>ATTN HAROLD GARNER JR, SEC/TREAS<br>PO BOX 4329<br>WINSTON-SALEM NC 27115<br>Transferee: ASM CAPITAL LP | 1064<br>Debtor: WINN-DIXIE STORES, INC. | $41,592.69 | $38,419.41 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| Creditor Id: 264116<br>VICORP RESTAURANTS, INC<br>ATTN GARY F BURKE, ESQ<br>KENT COLLARD, DIR FIN OPS<br>DEPT 337<br>DENVER, CO 80291 | 7274<br>Debtor: WINN-DIXIE STORES, INC. | $30,491.30 | $23,089.76 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |

Total Claims to be Reduced: 9
Total Amount to be Reduced: $806,366.05 Plus Unliquidated Amounts, If Any
Total Reduced Amount: $626,016.79