IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 05-03817 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | Jointly Administered |
| Reorganized Debtors.[1] | ) | |
| _____ | ) | |

**STIPULATION TO EXTEND TIME IN WHICH UNITED STATES
MAY FILE ITS RESPONSE TO REORGANIZED DEBTORS'
ALTERNATIVE MOTION TO ESTIMATE CLAIMS**

The United States, on behalf of the Department of Health and Human Services, previously stated its intention to respond to the Reorganized Debtors' "Alternative Motion to Estimate Claims" [docket no. 12786] by January 16, 2007.  *See* "United States' Response to Debtors' 'Amended Objection' to United States' Claims Numbered 10662 and 13405" [docket no. 13372]. In light of recent developments in settlement discussions between the parties, the United States and the Reorganized Debtors now stipulate and agree that the

---

[1] In addition to Winn-Dixie Stores, Inc., the Reorganized Debtors include these twenty-three related entities: Astor Products, Inc.; Crackin' Good, Inc.; Deep South Distributors, Inc.; Deep South Products, Inc.; Dixie Darling Bakers, Inc.; Dixie-Home Stores, Inc.; Dixie Packers, Inc.; Dixie Spirits, Inc.; Dixie Stores, Inc.; Economy Wholesale Distributors, Inc.; Foodway Stores, Inc.; Kwik Chek Supermarkets, Inc.; Sunbelt Products, Inc.; Sundown Sales, Inc.; Superior Food Company; Table Supply Food Stores Co., Inc.; WD Brand Prestige Steaks, Inc.; Winn-Dixie Handyman, Inc.; Winn-Dixie Logistics, Inc.; Winn-Dixie Montgomery, Inc.; Winn-Dixie Procurement, Inc.; Winn-Dixie Raleigh, Inc.; and Winn-Dixie Supermarkets, Inc.

United States may file its response to the Reorganized Debtors' "Alternative Motion to Estimate Claims" on or before February 2, 2007.

                                                   Respectfully submitted,

DATED: January 11, 2007.

| | |
|---|---|
| SKADDEN ARPS, SLATE, MEAGHER & FLOM LLP<br>D.J. BAKER<br>SALLY MCDONALD HENRY<br>ROSALIE WALKER GRAY<br>Four Times Square<br>New York, New York 10036<br>Tel: (212) 735-3000<br>Fax: (212) 735-2000<br>Email: rgray@skadden.com<br><br>    -and-<br><br><br>SMITH HULSEY & BUSEY<br><br><br>/s/ *James H. Post*<br>STEPHEN D. BUSEY<br>JAMES H. POST<br>LEANNE MCKNIGHT PRENDERGAST<br><br>Florida Bar No. 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>Tel: (904) 359-7700<br>Fax: (904) 359-7708<br>Email: jpost@smithhulsey.com<br><br>Attorneys for the Reorganized Debtors | PETER D. KEISLER<br>Assistant Attorney General<br>Civil Division<br><br>PAUL I. PEREZ<br>United States Attorney<br><br>MARCIO W. VALLADARES<br>Assistant United States Attorney<br>United States Courthouse<br>300 North Hogan Street, Suite 700<br>Jacksonville, Florida 32202-4270<br>Tel: (904) 301-6324/6300<br>Fax: (904) 301-6363/6310<br>Email: Marcio.Valladares@usdoj.gov<br><br><br><br>/s/ *Kyle A. Forsyth*<br>J. CHRISTOPHER KOHN<br>RUTH A. HARVEY<br>KYLE A. FORSYTH<br><br>Attorneys, Civil Division<br>U.S. Department of Justice<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 307-0452<br>Fax: (202) 514-9163<br>Email: Kyle.Forsyth@usdoj.gov<br><br>Attorneys for the United States |