```
           UNITED STATES BANKRUPTCY COURT
             MIDDLE DISTRICT OF FLORIDA
                 JACKSONVILLE DIVISION
```

In Re:                              CASE NO. 05-03817-3F1
                                    Chapter 11

Winn Dixie Stores, Inc.,            Jointly Administered

    Debtor.
_____/

**NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES**

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, Michael A. Tessitore of the law firm McClane Tessitore hereby give notice of the entry of his appearance on behalf of the Douglas County Tax Commissioner and further request that all notices, pleadings, motions, applications, and other documents filed and/or served in the above-captioned case, including without limitation, all notices as described in Rule 2002 of the Federal Rules of Bankruptcy Procedure be served on the undersigned.

                                  MCCLANE TESSITORE

                                  /s/ *Michael A. Tessitore*
                                Michael A. Tessitore
                                Florida Bar No.:  948039
                                215 East Livingston Street
                                Orlando, Florida 32801
                                (407) 872-0600
                                (407) 872-1227 FAX
                                Attorneys for Douglas County
                                Tax Commissioner

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy hereof has been furnished electronically or by U.S. Mail to:

D. J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Stephen D. Busey, Esquire
Smith Hulsey & Busey
225 Water Street
Suite 1800
Jacksonville, FL 32202

Dennis Dunne, Esq.
Millbank, Tweed, Handley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413

and

U.S. Trustee
United States Trustee - JAX, 11
135 W. Central Blvd, Suite 620
Orlando, FL 32801

this 11th day of January 2007.

                                                 */s/ Michael A. Tessitore*
                                                 Michael A. Tessitore