[31813] [Order Striking]

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:

Case No. 3:05−bk−03817−JAF
Chapter 11

Winn−Dixie Stores, Inc


_____ Debtor(s) _____/


## ORDER STRIKING APPLICATION FOR ADMINISTRATIVE CLAIM

This case came on for consideration upon the Court's own motion. On January 4, 2007 ,Frank DePena on behalf of Illalorde Chercoles filed an Application for Administrative Claim without original signature of Creditor's Attorney as required by Fed. R. Bank. P. 9011. It is

Ordered:

The Application for Administrative Claim is stricken from the record.


Dated January 8, 2007

Jerry A. Funk
United States Bankruptcy Judge


Copies furnished to:
Frank DePena, 1810 Jackson Street, PO Drawer 9304, Ft. Myers, FL 33902

**BAE SYSTEMS**

# CERTIFICATE OF SERVICE

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

```
District/off: 113A-3          User: baldws            Page 1 of 1               Date Rcvd: Jan 09, 2007
Case: 05-03817               Form ID: pdfdoc          Total Served: 1


The following entities were served by first class mail on Jan 11, 2007.
aty        +Frank E DePena,   Law Offices of Frank E. DePena, P.A.,   P.O. Box 9304,
            Ft. Myers, FL 33902-9304

The following entities were served by electronic transmission.
NONE.                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 11, 2007                    Signature:    *Joseph Speetjens*