[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                         Case No. 3:05-bk-03817-JAF
                                                               Chapter 11

Winn-Dixie Stores, Inc


_____Debtor(s)_____/


## ORDER STRIKING APPLICATION FOR ADMINISTRATIVE CLAIM

This case came on for consideration upon the Court's own motion. On January 4, 2007, Jay Clavert Cooper on behalf of Angela Macdonald as Parent and Natural Guardian of Jane Doe, A Minor filed an Application for Administrative Claim without original signature of Creditor's Attorney as required by Fed. R. Bank. P. 9011. It is

Ordered:

The Application for Administrative Claim is stricken from the record.

Dated January 8, 2007

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Jay Calvert Cooper, 1404 Dean Street, #201, Ft. Myers, Fl 33901

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: baldws              Page 1 of 1              Date Rcvd: Jan 09, 2007
Case: 05-03817                Form ID: pdfdoc           Total Served: 1

The following entities were served by first class mail on Jan 11, 2007.
aty          +Jay Calvert Cooper,   Law Offices of Jay Calvert Cooper, PA,   1404 Dean Street #201,
               Ft. Myers, FL 33901-2858
The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 11, 2007**                         **Signature:** _Joseph Speetjens_