[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Case No. 3:05-bk-03817-JAF
Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

## ORDER STRIKING APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM

This case came on for consideration upon the Court's own motion. On January 4, 2007, G. William Allen on behalf of Lisa Ann and Sean Gahagan filed an Application for Administrative Expense Claim without original signature of Creditors' Attorney as required by Fed. R. Bank. P. 9011. It is

Ordered:

The Application for Administrative Expense is stricken from the record.

Dated January 8, 2007

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
G. William Allen, 310 Southeast 13th Street, Fort Lauderdale, FL 33316

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: baldws           Page 1 of 1              Date Rcvd: Jan 09, 2007
Case: 05-03817                Form ID: pdfdoc        Total Served: 1

The following entities were served by first class mail on Jan 11, 2007.
aty          +G William Allen, Jr,   310 Southeast 13th Street,   Fort Lauderdale, FL 33316-1924

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 11, 2007**                      **Signature:**     *Joseph Speetjens*