UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

AGREED ORDER REGARDING CLAIM NO. 13248 FILED BY THE
COMMONWEALTH OF KENTUCKY, CABINET OF
HEALTH AND FAMILY SERVICES

This cause is before the Court upon (i) the Debtors' Twenty-Third Omnibus Objection to (A) Indemnification Claims, (B) No Liability Claims, (C) No Liability Misclassified Claims, (D) Overstated Claims, (E) Overstated Misclassified Claims, (F) Unliquidated Claims, (G) Misclassified Claims and (H) Amended and Superseded Claims (the "Objection") filed at Docket No. 11324 by Winn-Dixie Stores, Inc. and its twenty-three debtor subsidiaries (the "Debtors") as it pertains to Claim No. 13248 and other claims filed by the Commonwealth of Kentucky, Cabinet of Health and Family Services (the "Cabinet") and (ii) the response to the Objection filed at Docket No. 12233 by the Cabinet (the "Response"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Objection (as it pertains to Claim No. 13248 and other claims filed by the Cabinet) and the Response are resolved as set forth below.

2. Notwithstanding anything to the contrary in the Order (A) Disallowing Indemnification Claims, (B) Disallowing No Liability Claims, (C) Disallowing No Liability Misclassified Claims, (D) Reducing Overstated Claims, (E) Reducing and Reclassifying

Overstated Misclassified Claims, (F) Fixing Unliquidated Claims, (G) Reclassifying Misclassified Claims and (H) Disallowing Amended and Superseded Claims, as Set Forth in the Debtors' Twenty-Third Omnibus Claims Objection entered by the Court at Docket No. 12166, Claim No. 13248 is reclassified and allowed as an unsecured non-priority claim in the amount of $64,679.85. For distribution purposes, Claim No. 13248 shall be treated as a Class 16 Other Unsecured Claim under the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors. For the avoidance of doubt, all other claims filed by the Cabinet (including Claim Nos. 11212, 11213, and 11214) are disallowed in their entirety.

3. This Agreed Order resolves all liabilities and obligations related to (i) any and all proofs of claim and administrative expense claims filed by the Cabinet in these Chapter 11 cases and (ii) all other pre-petition or pre-confirmation claims, whether known or unknown, the Cabinet has or may have against the Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

4. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 9 day of January, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

## Consent

The undersigned parties consent to entry of the foregoing order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | STOUT LAW OFFICE |

By   _s/ James H. Post_             By   _s/ Alan C. Stout_   *
        James H. Post, Esq.                      Alan C. Stout, Esq.

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

-and-

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

D. J. Baker
Rosalie Walker Gray
Jane M. Leamy
David M. Turetsky
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Co-Counsel for the Debtors

111 West Bellville St.
P.O. Box 81
Marion, Kentucky 42064
(270) 965-4600
(270) 965-4848 (facsimile)

Attorney for the Commonwealth of Kentucky, Cabinet of Health and Family Services

* Counsel has authorized his electronic signature.

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: baldws              Page 1 of 1              Date Rcvd: Jan 09, 2007
Case: 05-03817                Form ID: pdfdoc           Total Served: 1
```

The following entities were served by first class mail on Jan 11, 2007.
aty          +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
              Jacksonville, FL 32202-4494

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 11, 2007**                    **Signature:**       _Joseph Speetjens_