UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
<u>JACKSONVILLE DIVISION</u>

In re
WINN-DIXIE STORES, INC., et al.,                      Case No. 05-3817-3F1
                                                      Chapter 11

<u>Debtors                              </u>/          Jointly Administered

**NOTICE OF WITHDRAWAL OF MOTION OF HERITAGE MINT,
LTD. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE
EXPENSE PRIORITY CLAIM PURSUANT TO 11 U.S.C.
<u>SECTION 503(b), AND IN THE ALTERNATIVE, SECTION 546(c)(2)(A)</u>**

COMES NOW, Heritage Mint, Ltd., ("Heritage"), and by and through its undersigned counsel, files this its Notice of Withdrawal of the Motion of Heritage Mint, Ltd. For Allowance and Payment of Administrative Expense Priority Claim Pursuant to 11 U.S.C. §503(b), and in the Alternative, Section 546(c)(2)(a) (Docket Number 14246).

Dated: January 12, 2007.

                                SHUTTS & BOWEN, LLP

                                <u>/s/ Andrew M. Brumby               </u>
                                Andrew M. Brumby, Esq.
                                300 South Orange Avenue, Suite 1000
                                P. O. Box 4956
                                Orlando, FL 32802-4956
                                Attorneys for Creditor Heritage Mint, Ltd.

                                Kent A. Lang
                                Lang & Baker, PLC
                                8767 E. Via De Commercio, Suite 102
                                Scottsdale, AZ 85258
                                Co-Counsel

ORLDOCS 10830224 1

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing Notice of Withdrawal of Motion of Heritage Mint, Ltd. for Allowance and Payment of Administrative Expense Priority Claim Pursuant to 11 U.S.C. Section 503(b), and in the Alternative, Section 546(c)(2)(A), by regular U.S. Mail and/or electronic means to the parties listed below this 12th day of January 2007.

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL  32254-3699
Attn:  Managing Agent

Stephen D. Busey, Esq.
James H. Post, Esq.
Smith, Hulsey & Busey
Co-Counsel for Reorganized Debtors
225 Water St., Suite 1800
Jacksonville, FL  32202

Elena L. Escamilla, Esq.
U.S. Trustee
135 W. Central Blvd., Suite 620
Orlando, FL  32801

D. J. Baker, Esq.
Skadden Arps Slate Meagher & Flom, LLP
Counsel for Reorganized Debtors
Four Time Square
New York, NY  10036

Dennis F. Dunne, Esq.
Matthew Barr, Esq.
Milbank, Tweed, Hadley & McCloy LLP
Counsel for Post-Effective Date Committee
One Chase Manhattan Plaza
New York, NY  10005

John B. MacDonald, Esq.
Akerman Senterfitt
Co-counsel for Post-Effective Date Committee
50 North Laura Street, Ste. 2500
Jacksonville, FL  32202

          /s/ Andrew M. Brumby
              Counsel