UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## ORDER DENYING MOTION TO CONSOLIDATE HEARINGS

This case came before the Court on January 10, 2007, upon the motion of the State of Kentucky, Department of Revenue, Muscogee County, Georgia, Bulloch County, Georgia, Harrison County, Mississippi, Hinds County, Mississippi, Marion County, Mississippi, Forrest County, Mississippi, Yazoo City, Mississippi, Lauderdale County, Mississippi, Rankin County, Mississippi, Pike County, Mississippi, City of Hampton, Virginia, and Mike Hogan, Tax Collector for Duval County, Florida to consolidate the hearings on Debtors' objections to tax claims and motions to determine tax liabilities (Docket No. 12047) (the "Motion"). The Court has reviewed the Motion, considered the evidence and heard argument of counsel. For the reasons stated on the record, it is

ORDERED that the Motion is denied.

Dated this 12 day of January, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

554463