UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors.[1] | ) | Jointly Administered |
| | ) | |

**AGREED ORDER RESOLVING CLAIMS FILED BY WEBBER
COMMERCIAL PROPERTIES, AS SET FORTH IN THE
DEBTORS' TWENTY-FIFTH OMNIBUS CLAIMS OBJECTION**

These cases originally came before the Court for hearing on November 30, 2006, upon the Twenty-Fifth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibit A through J to the Objection.[2] Formal and informal responses to the Objection were raised and filed, as a result of which the Debtors agreed to continue the Objection with respect to claim nos. 11592, 12361 and 12792 filed by Webber Commercial Properties, LLC, among others. On November 30, 2006, the Court entered an order (Docket No. 12902) sustaining the Objection as to the proofs of claim listed on the exhibits to the order and continuing the hearing on the Objection as to Webber Commercial

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

Properties, LLC and other unresolved claims. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim no. 11592 filed by Webber Commercial Properties, LLC is disallowed, as having been amended by claim no. 12361.

2. Claim no. 12361 filed by Webber Commercial Properties, LLC is disallowed, as having been amended by claim no. 12792.

3. Claim no. 12792 filed by Webber Commercial Properties, LLC is reduced and allowed as an unsecured non-priority claim in the amount of $865,433.76, and the balance of claim no. 12792 is disallowed.

4. This Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims filed by Webber Commercial Properties, LLC in these Chapter 11 cases and (ii) all other pre-petition or pre-confirmation claims that Webber Commercial Properties, LLC has or may have against the Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

5. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 12 day of January 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

2

<u>Consent</u>

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL & MULLIS |
| By <u>/s/ James H. Post</u><br>    James H. Post | By <u>/s/ William Knight Zewadski*</u><br>    William Knight Zewadski |
| Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile) | 101 E. Kennedy Boulevard, Suite 2700<br>Tampa, Florida 33601-1102<br>(813) 227-7484 |
| -and- | Counsel for Webber Commercial Properties, LLC |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | * Counsel has authorized his electronic signature |
| D. J. Baker<br>Sally McDonald Henry<br>Rosalie Walker Gray<br>Jane M. Leamy<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile) | |
| Co-Counsel for Reorganized Debtors | |