UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors.[1] | ) | Jointly Administered |
| | ) | |

**AGREED ORDER RESOLVING CLAIM FILED BY COX
NORTH CAROLINA PUBLICATION, AS SET FORTH IN
THE DEBTORS' EIGHTH OMNIBUS OBJECTION**

These cases originally came before the Court for hearing on May 4, 2006, upon the Eighth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibit A to the Objection.[2] Formal and informal responses to the Objection were raised and filed, as a result of which the Debtors agreed to continue the Objection with respect to claim no. 3135 filed by Cox North Carolina Publication, among others. On May 4, 2006, the Court entered an order (Docket No. 7594) sustaining the Objection as to the proofs of claim listed on the exhibits to the order and continuing the hearing on the Objection as to Cox North Carolina Publication. Based upon the representation by counsel to the Debtors that

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

the proposed Agreed Order reflects a resolution of the Objection as to Cox North Carolina Publication, it is

ORDERED AND ADJUDGED:

1. Claim no. 3135 filed by Cox North Carolina Publication is reduced and allowed as an unsecured non-priority claim in the amount of $4,839.13 and the remainder of the claim is disallowed.

2. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 12 day of January, 2007 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

481215-Wilmington Server 1A - MSW