UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Reorganized Debtors.[1] | ) Jointly Administered |

AGREED ORDER DISALLOWING CLAIM NUMBER
12195 FILED BY NEW PLAN EXCEL REALTY TRUST, INC.
AS SET FORTH IN THE DEBTORS'
FIFTEENTH OMNIBUS CLAIMS OBJECTION

This cause originally came before the Court for hearing upon the Fifteenth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on the Exhibits to the Objection.[2] A response to the Objection was filed by New Plan Excel Realty Trust, Inc. ("New Plan"), as a result of which the Debtors agreed to continue the Objection with respect to claim no. 12195 filed by New Plan, among others. On August 24, 2006, the Court entered an order (Docket No. 10544) sustaining the Objection as to the proofs of claim listed on the exhibits to the order and continuing the hearing on the Objection as to claim no. 12195 and other unsecured claims.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim no. 12195 filed by New Plan is disallowed in its entirety.

3. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 12 day of January, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

<u>Consent</u>

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | BALLARD SPAHR ANDREWS & INGERSOLL, LLP |
| By /s/ *James H. Post*<br>　　　James H. Post | By /s/ *David L. Pollack*\*<br>　　　David L. Pollack |
| Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile) | 1735 Market Street, 51st Floor<br>Philadelphia, Pennsylvania 19103<br>(215) 864-8325<br><br>Counsel for New Plan Excel Realty Trust, Inc. |

-and-

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Co-Counsel for Reorganized Debtors


\* Counsel has authorized his electronic signature

3

692296-New York Server 1A - MSW