IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

Reorganized Debtor(s).

Case No.: 3-05-bk-03817-JAF
Chapter 11

JOINTLY ADMINISTERED

## AGREED ORDER APPROVING APPLICATION ON BEHALF OF MEMBERS OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES

Upon consideration of the *Application on behalf of the Members of the Official Committee of Equity Security Holders for Reimbursement of Actual and Necessary Expenses Incurred Through January 30, 2006* [Docket No. 7238] (the "Application"); and this Court having determined that proper and adequate notice of the Application has been given and that no other or further notice is required; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is

ORDERED that:

1. The Application is granted.

2. Mr. Houston Maddox is allowed $327.63 as reimbursement for his actual and necessary expenses for the period commencing August 17, 2005 through January 30, 2006 as set forth in the Application.

3. Mr. Paul Madsen is allowed $75.50 as reimbursement for his actual and necessary expenses for the period commencing August 17, 2005 through September 23, 2005 as set forth in the Application.

4. Mr. Kenneth Thomas is allowed $342.75 as reimbursement for his actual and necessary expenses for the period commencing August 17, 2005 through January 30, 2006 as set forth in the Application.

5. The above-captioned debtors and debtors-in-possession are authorized to disburse payments to the Equity Committee Members.

6. This Order is effective immediately upon entry.

Dated this 12 day of January, 2007, in Jacksonville, Florida.

Honorable Jerry A. Funk
United States Bankruptcy Judge

Copy to:

Jesse H. Austin

[Jesse H. Austin is directed to serve a copy of this order on the Equity Committee Members and file a proof service.]

**Consent**

The undersigned parties agreed to the entry of the foregoing agreed order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| By: _s/ Cynthia C. Jackson_<br>      Cynthia C. Jackson | By: _s/ Jesse H. Austin_<br>      Jesse H. Austin |
| Florida Bar No. 498882<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32202<br>Phone: (904) 359-7700<br>Facsimile: (904) 359-7708 | Georgia Bar No. 028813<br>600 Peachtree Street, Suite 2400<br>Atlanta, GA 30308<br>Phone: (404) 815.2400<br>Facsimile: (404) 815.2424 |
| *Counsel for the Reorganized Debtors* | *Former Co-Counsel for the Former Official Committee of Equity Security Holders* |