## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors.[1] | ) | Jointly Administered |
| | ) | |

### APPELLEES' CROSS DESIGNATION OF ITEMS TO BE INCLUDED
### IN RECORD ON APPEAL (APPEAL OF LIQUIDITY SOLUTIONS, INC., ET AL.)

Appellees, Winn-Dixie Stores, Inc. and its subsidiaries and affiliates in the above

captioned cases, as reorganized debtors and debtors-in-possession (collectively, the "Reorganized

Debtors"), pursuant to Rule 8006, F.R.B.P., designate the following additional items to be included

in the record on appeal of Liquidity Solutions, Inc., E&A Financing II, L.P., E&A Southeast, L.P.,

Shields Plaza, Inc., Woodberry Plaza (E&A), LLC; Villa Rica Retail Properties, LLC, Halpern

Enterprises, Inc., and Bank of America, as Trustee of Betty Holland (collectively, "Liquidity

Solutions, et al.") from the Court's Third Order Disallowing Duplicate Different Debtor Claims

(Docket No. 13177):

### Pleadings

| Debtor: Winn-Dixie Stores, Inc. Case Number: 05-03817-3F1 | |
|---|---|
| **Docket Number** | **Pleading** |
| 2379 | First Amendment to Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases |

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

| 2380 | Notice of Filing of Separate First Amendments to Schedules in Cases of Certain Winn-Dixie Subsidiaries or Affiliates |
|---|---|
| 4020 | Second Amendment to Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases |
| 9229 | Notice of Hearing [Motion of Debtors for Order (I) Determining Dates, Procedures and Forms Applicable to Solicitation Process, (II) Establishing Vote Tabulation Procedures, (III) Establishing Objection Deadline and Scheduling Hearing to Consider Confirmation of Plan, and (IV) Waiving Local Rules] |
| 9823 | Notice of Debtors' Proposed Solicitation Letter with Respect to Joint Plan of Reorganization |
| 10059 | Notice of Hearing to Consider Confirmation of, and Deadline for Objecting to, Debtors' Joint Plan of Reorganization |
| 10888 | Certificate of Service [Certificate of Service by Kathleen M. Logan related to the Disclosure Statement with Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (Impaired Voting Classes)] |
| 10898 | Certificate of Service [Certificate of Service by Kathleen M. Logan related to the Notice to Executory Contracts and Unexpired Lease Parties with Respect to Debtors' Plan of Reorganization (Executory Contracts and Unexpired Leases)] |
| 10910 | Certificate of Service [Certificate of Service by Kathleen M. Logan related to the Disclosure Statement with Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (U.S. Trustee, Counsel to Creditors Committee and Master Service List)] |
| 10923 | Certificate of Service [Certificate of Service by Kathleen M. Logan related to the Disclosure Statement with Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (Impaired Voting Classes)] |
| 10930 | Certificate of Service [Certificate of Service by Kathleen M. Logan related to the Notice of Non-Voting Status Under Debtors' Joint Plan of Reorganization (Unimpaired Holders)] |
| 10933 | Certificate of Service [Certificate of Service by Kathleen M. Logan related to the Notice of Non-Voting Status and Temporary Allowance Procedures with Respect to Contingent, Unliquidated, or Disputed Claims (Disputed Claimants)] |
| 10934 | Certificate of Service [Certificate of Service by Kathleen M. Logan related to the Notice of Executory Contracts and Unexpired Lease Parties with Respect to Debtors' Joint Plan of Reorganization (Executory Contract & Unexpired Leases)] |
| 10935 | Certificate of Service [Certificate of Service by Kathleen M. Logan related to the Disclosure Statement with Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (Other Misc. Parties) |
| 10938 | Certificate of Service [Certificate of Service by Kathleen M. Logan related to the Notice of Hearing to Consider Confirmation of, and Deadline for Objecting to, Debtors' Joint Plan of Reorganization (Other Misc. Claimants)] |
| 10940 | Certificate of Service [Certificate of Service by Kathleen M. Logan related to the Disclosure Statement with Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (Master Service List)] |

| 11300 | Proofs of Publication for Notice of Hearing to Consider Confirmation of, and Deadline for Objecting to, Debtors' Joint Plan of Reorganization |
|---|---|
| 11312 | Joint Objection of E&A Financing II L.P.; E&A Southeast, L.P.; E&A Acquisition II, L.P.; Shields Plaza, Inc.; Woodberry Plaza (E&A), LLC; Villa Rica Retail Properties, LLC; West Ridge, LLC; Bank of America, as Trustee of Betty Holland, and F.R.O. LLC VII to the Debtors' Plan of Reorganization[2] |
| 11729 | Ballot Tabulation - Notice of Filing Declaration of Kathleen M. Logan Certifying Voting on and Tabulation of Ballots Accepting and Rejecting the Joint Plan of Reorganization of the Debtors |
| 11784 | Notice of Filing of Proposed Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing Claims Arising Before Effective Date and Other Administrative Claims |
| 11998 | Notice of Changes to Proposed Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors |
| 12455 | Notice of Entry of Order Confirming Joint Plan of Reorganization |
| 12991 | Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing Claims Arising Before Effective Date and Administrative Claims |
| 13018 | Appellee Designation of Contents for Inclusion in Record of Appeal (Cross) (Appeal of Liquidity Solutions, Inc.) |
| 13019 | Appellee Designation of Contents for Inclusion in Record of Appeal (Cross) (Appeal of E & A Financing II, L.P., et al. |

Dated:  January 12, 2007.

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By      s/ D. J. Baker
        D. J. Baker
        Sally McDonald Henry
        Rosalie Walker Gray
        David M. Turetsky
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Co-Attorneys for Reorganized Debtors

SMITH HULSEY & BUSEY

By      s/ Cynthia C. Jackson
        Stephen D. Busey
        James H. Post
        Cynthia C. Jackson, F.B.N. 498882

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)

Co-Attorneys for Reorganized Debtors

00554195

---

[2]  The Reorganized Debtors believe that E&A, et al. intended to designate this pleading as part of the Designation of Record on Appeal that they filed.  However, E&A, et al.'s designation mistakenly associates Docket No. 11487 with this pleading.  See Designation of Record on Appeal, at 22 (Docket No. 12837).  The Reorganized Debtors are, therefore, including this pleading as part of their Counter Designation out of an abundance of caution.