⚖️ LAW OFFICES OF ⚖️

# MICHAEL K. BREGMAN, P.A.
*ATTORNEY AT LAW*

---

| | |
|---|---|
| 370 W. Camino Gardens Blvd. | Palm Beach (561) 826-0564 |
| Suite 342 | Broward (954) 241-7851 |
| Boca Raton, FL 33432 | FAX (561) 353-1504 |

December 20, 2006

### FOR SETTLEMENT PURPOSES ONLY

RE:  Your Insured        :
     Your Policy No.     :
     Your Claim No.      :
     Our Client          : Joanne Pinder
     Date of Accident    : 9/21/2006

Dear :




Very truly yours,


MICHAEL K. BREGMAN, ESQ.
For the Firm