[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No. 3:05-bk-03817-JAF
Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

## ORDER STRIKING APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM

This case came on for consideration upon the Court's own motion. On January 5, 2007, Creditor Audrey Jackson filed an Application for Administrative Expense Claim without original signature of creditor's attorney as required by Fed. R. Bank. P. 9011. It is

Ordered:

The Application for Administrative Expense Claim is stricken from the record.

Dated January 9, 2007

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Debtor
Attorney for Debtor
U.S. Trustee
William E. Mura, Jr., 320 N. CArrollton Avenue, #200, New Orleans, LA 70119

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3         User: baldws              Page 1 of 1              Date Rcvd: Jan 10, 2007
Case: 05-03817               Form ID: pdfdoc           Total Served: 2

The following entities were served by first class mail on Jan 12, 2007.
aty         +Cynthia C. Jackson,    Smith Hulsey & Busey,    225 Water Street, Suite 1800,
              Jacksonville, FL 32202-4494
            +William E. Mura, Jr.,   320 N. Carrollton Avenue #200,    New Orleans, LA 70119-5134
The following entities were served by electronic transmission.
NONE.                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 12, 2007**                      **Signature:**    *Joseph Speetjens*