[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                          Case No. 3:05−bk−03817−JAF
                                                Chapter 11


Winn−Dixie Stores, Inc




_____Debtor(s)_____/


## ORDER STRIKING APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM

This case came on for consideration upon the Court's own motion. On January 5, 2007 ,Creditor Isabel Colon filed an Application for Administrative Expense Claim without original signature of Creditor's Attorney as required by Fed. R. Bank. P. 9011. It is

Ordered:

The Application for Administrative Expense Claim is stricken from the record.


Dated January 9, 2007

                                                Jerry A. Funk
                                                United States Bankruptcy Judge



Copies furnished to:
Debtor
Attorney for Debtor
U.S. Trustee
Omar Ortega, 800 S. Douglas Road, Suite 149, Coral Gables, FL 33134

**BAE SYSTEMS**

Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 113A-3        User: baldws           Page 1 of 1              Date Rcvd: Jan 10, 2007
Case: 05-03817             Form ID: pdfdoc         Total Served: 2
```

```
The following entities were served by first class mail on Jan 12, 2007.
aty           +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
               Jacksonville, FL 32202-4494
              +Omar Ortega,   800 S. Douglas Road Suite 149,   Coral Gables, FL 33134-3187
```

```
The following entities were served by electronic transmission.
NONE.                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 12, 2007**                    **Signature:**   _Joseph Speetjens_