[31634] [Order Waiving the Requirement for Local Counsel]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Case No. 3:05-bk-03817-JAF
Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

## ORDER WAIVING THE REQUIREMENT FOR LOCAL COUNSEL

This case came before the Court upon Motion of Ralph L. Fletcher, a non-resident of Florida and counsel for Deana Willis, pursuant to Local Rule 2090-1 to waive the requirement for local counsel. Good cause exists and, it is

ORDERED: Local Rule 2090-1 permits appearance without formal admission of a non-resident of Florida and the requirement for local counsel is waived.

Dated January 9, 2007.

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Debtor(s)
Debtor(s)' Attorney
United States Trustee
Ralph L. Fletcher, 660 Government Street, Baton Rouge, LA 70802

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3        User: baldws            Page 1 of 1          Date Rcvd: Jan 10, 2007
Case: 05-03817              Form ID: pdfdoc         Total Served: 1
```

The following entities were served by first class mail on Jan 12, 2007.
aty          +Ralph L Fletcher,   Fletcher & Roy LLC,   660 Government Street,   Baton Rouge, LA 70802-6117

The following entities were served by electronic transmission.
NONE.                                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jan 12, 2007**                    **Signature:** *Joseph Speetjens*