UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., <u>et al.</u>,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about January 11, 2007 I caused copies of:

- the **Agreed Order Resolving Claims Filed by ACH Food Companies, Inc., National Lift Truck Service, New England Coffee Co., New World Pasta Company, PC Woo DBA Megatoys Inc., Pescanova, Inc., Sioux Honey Association, Sweet Blessings, TW Garner Food Co. and Vicorp Restaurants, Inc., as Set Forth in the Debtors' Eighth Omnibus Claims Objection**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served order as listed above is attached hereto as Exhibit B.

Dated: January 15, 2007

_____
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: 8L

# EXHIBIT A
# SERVICE LIST

Case 3:05-bk-03817-JAF   Doc 14722   Filed 01/15/07   Page 3 of 10

SERVICE LIST

Page 1 of 1

**Agreed Order Resolving Claims Filed by ACH Food Companies, Inc., National Lift Truck Service, New England Coffe Co., New World Pasta Company, PC Woo DBA Megatoys Inc., Pescanova, Inc., Sioux Honey Assoc, Sweet Blessings, TW Garner Food Co and Vicorp ...**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                                                        **CASE:   05-03817-3F1**

CREDITOR ID: 279202-35
ACH FOOD COMPANIES INC
ATTN MICHAEL HUGHES, CR MGR
7171 GOODLEFT FARMS PARKWAY
CORDOVA TN 38016

CREDITOR ID: 399614-98
AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ, SR VP
535 MADISON AVE 15TH FLR
NEW YORK NY 10022

CREDITOR ID: 399729-98
ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

CREDITOR ID: 376362-44
NATIONAL LIFT TRUCK SERVICE
ATTN DIANE HAUTEL, COO/GM
1901 NW 2ND STREET
FT LAUDERDALE, FL 33311

CREDITOR ID: 257129-12
NEW ENGLAND COFFEE CO
ATTN SCOTT A SIMPSON, CONTROLLER
100 CHARLES STREET
MALDEN, MA 02148

CREDITOR ID: 279252-35
NEW WORLD PASTA COMPANY
ATTN CARY METZ, SR VP & GEN MGR
DEBORAH A CALLAHAN, DIR
85 SHANNON ROAD
HARRISBURG PA 17112

CREDITOR ID: 407461-99
PC WOO DBA MEGATOYS INC
C/O HELD & ISRAEL
ATTN EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 558318-W9
PC WOO INC DBA MEGATOYS
905 E SECOND ST
LOS ANGELES CA 90012

CREDITOR ID: 384288-47
PESCANOVA INC
ATTN: JOSE ABBAD, CEO
848 BRICKELL AVE, STE 210
MIAMI, FL 33131

CREDITOR ID: 381766-15
PESCANOVA, INC
C/O METROGROUP
ATTN MARCUS L ARKY, ESQ
61 BROADWAY, SUITE 1410
NEW YORK NY 10006

CREDITOR ID: 535049-97
SIOUX HONEY ASSOCIATION
ATTN: DAVID ALLIBONE, PRES/CEO
614 PIERCE STREET
PO BOX 27
SIOUX CITY IA 51102

CREDITOR ID: 411408-15
SIOUX HONEY ASSOCIATION
C/O CRARY HUFF INSKER ET AL
ATTN MARCI ISEMINGER, ESQ
614 PIERCE STREET
PO BOX 27
SIOUX CITY IA 51102

CREDITOR ID: 534945-98
STARK SPECIAL EVENTS LTD
ATTN CRAIGMUIR CHAMBERS
3600 SOUTH LAKE DRIVE
ST FRANCIS WI 53235-3716

CREDITOR ID: 262339-12
SWEET BLESSINGS
ATTN BUD MURDOCK, VP
23805 STUART RANCH ROAD, STE 220
MALIBU, CA 90265

CREDITOR ID: 262406-12
TW GARNER FOOD CO
ATTN: HAROLD GARNER, SEC/TREAS
PO BOX 75748
CHARLOTTE, NC 28275-0748

CREDITOR ID: 279396-36
TW GARNER FOOD CO
ATTN HAROLD GARNER JR, SEC/TREAS
PO BOX 4329
WINSTON-SALEM NC 27115

CREDITOR ID: 264116-12
VICORP RESTAURANTS, INC
ATTN GARY F BURKE, ESQ
KENT COLLARD, DIR FIN OPS
DEPT 337
DENVER, CO 80291

         **Total:   17**

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                ) Case No. 05-03817-3F1
                                      )
WINN-DIXIE STORES, INC., et al.,      ) Chapter 11
                                      )
Debtors.[1]                           ) Jointly Administered
                                      )

**AGREED ORDER RESOLVING CLAIMS FILED BY ACH FOOD COMPANIES, INC., NATIONAL LIFT TRUCK SERVICE, NEW ENGLAND COFFEE CO., NEW WORLD PASTA COMPANY, PC WOO DBA MEGATOYS INC., PESCANOVA, INC., SIOUX HONEY ASSOCIATION, SWEET BLESSINGS, TW GARNER FOOD CO. AND VICORP RESTAURANTS, INC., AS SET FORTH IN THE DEBTORS' EIGHTH OMNIBUS CLAIMS OBJECTION**

These cases originally came before the Court for hearing on May 4, 2006, upon the Eighth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibit A to the Objection.[2] Formal and informal responses to the Objection were raised, as a result of which the Debtors agreed to continue the Objection with respect to (i) claim no. 1096 filed by ACH Food Companies Inc., (ii) claim no. 3503 filed by New England Coffee Co., (iii) claim no. filed by National Lift Truck Service, (iv) claim no. 4463 filed by New World Pasta Company, (v) claim no. 4938 filed by PC Woo dba Megatoys Inc., (vi) claim no.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

11818 filed by Sioux Honey Association, (vii) claim no. 11116 filed by Sweet Blessings, (viii) claim no. 1064 filed by TW Garner Food Co. and (ix) claim no. 7274 filed by Vicorp Restaurants, Inc. (the "Overstated Claims"), among others. On May 4, 2006, the Court entered an order (Docket No. 7594) sustaining the Objection as to the proofs of claim listed on the exhibits to the order and continuing the hearing on the Objection as to the Overstated Claims and other unresolved claims. Based upon the representation by counsel to the Debtors that the proposed Agreed Order reflects a resolution of the Objection as to the Overstated Claims and an agreement to increase the reduced claim amount for claim no. 9380 filed by Pescanova, Inc., it is

ORDERED AND ADJUDGED:

1. The Overstated Claims listed on Exhibit A are reduced to the amounts set forth on Exhibit A under the heading Reduced Amount and the amounts exceeding the Reduced Amount are disallowed.

2. Claim no. 9380 filed by Pescanova, Inc. is allowed as an unsecured non-priority claim in the amount of $78,694.65.

3. Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order is deemed a separate Order with respect to each claim. Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

4. Neither the Objection nor any disposition of the Overstated Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

5. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 10 day of January, 2007 in Jacksonville, Florida.

*Jerry A. Funk*
United States Bankruptcy Judge

475963-Wilmington Server 1A - MSW

# EXHIBIT A

WINN-DIXIE STORES, INC., ET AL.
EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - OVERSTATED CLAIMS TO BE REDUCED

Page: 1 of 2
Date: 11/10/2006

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 279202**<br>ACH FOOD COMPANIES INC<br>ATTN MICHAEL HUGHES, CR MGR<br>7171 GOODLEFT FARMS PARKWAY<br>CORDOVA  TN  38016 | 1096<br>Debtor: WINN-DIXIE STORES, INC. | $160,247.89 | $108,674.96 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 376362**<br>NATIONAL LIFT TRUCK SERVICE<br>ATTN DIANE HAUTEL, COO/GM<br>1901 NW 2ND STREET<br>FT LAUDERDALE, FL  33311 | 8858<br>Debtor: WINN-DIXIE STORES, INC. | $94,910.27 | $86,026.66 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 257129**<br>NEW ENGLAND COFFEE CO<br>ATTN SCOTT A SIMPSON, CONTROLLER<br>100 CHARLES STREET<br>MALDEN, MA  02148 | 3503<br>Debtor: WINN-DIXIE STORES, INC. | $73,626.98 | $66,535.06 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 279252**<br>NEW WORLD PASTA COMPANY<br>ATTN CARY METZ, SR VP & GEN MGR<br>DEBORAH A CALLAHAN, DIR<br>85 SHANNON ROAD<br>HARRISBURG  PA  17112 | 4463<br>Debtor: WINN-DIXIE STORES, INC. | $53,601.43 | $14,524.36 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 407461**<br>PC WOO DBA MEGATOYS INC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE  FL  32207 | 4938<br>Debtor: WINN-DIXIE STORES, INC. | $150,917.12 | $115,664.96 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 411408**<br>SIOUX HONEY ASSOCIATION<br>C/O CRARY HUFF INSKER ET AL<br>ATTN MARCI ISEMINGER, ESQ<br>614 PIERCE STREET<br>PO BOX 27<br>SIOUX CITY  IA  51102 | 11818<br>Debtor: WINN-DIXIE STORES, INC. | $152,216.16 | $128,287.60 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |

Page: 2 of 2
Date: 11/10/2006

WINN-DIXIE STORES, INC., ET AL.
EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 262339<br>SWEET BLESSINGS<br>ATTN BUD MURDOCK, VP<br>23805 STUART RANCH ROAD, STE 220<br>MALIBU, CA 90265<br>Transferee: ASM CAPITAL LP | 11116<br>Debtor: WINN-DIXIE STORES, INC. | $48,762.21 | $44,794.02 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| Creditor Id: 279396<br>TW GARNER FOOD CO<br>ATTN HAROLD GARNER JR, SEC/TREAS<br>PO BOX 4329<br>WINSTON-SALEM NC 27115<br>Transferee: ASM CAPITAL LP | 1064<br>Debtor: WINN-DIXIE STORES, INC. | $41,592.69 | $38,419.41 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| Creditor Id: 264116<br>VICORP RESTAURANTS, INC<br>ATTN GARY F BURKE, ESQ<br>KENT COLLARD, DIR FIN OPS<br>DEPT 337<br>DENVER, CO 80291 | 7274<br>Debtor: WINN-DIXIE STORES, INC. | $30,491.30 | $23,089.76 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |

Total Claims to be Reduced: 9
Total Amount to be Reduced: $806,366.05 Plus Unliquidated Amounts, If Any
Total Reduced Amount: $626,016.79