UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| WINN DIXIE STORES, INC., et al., | ) | Case No. 3:05-bk-03817-3F1 |
| | ) | Jointly Administered |
| Debtors. | ) | |

RESPONSE BY THE TENNESSEE DEPARTMENT OF REVENUE TO
DEBTORS' TWENTY-EIGHTH OMNIBUS OBJECTION TO (A) SATISFIED CLAIMS,
(B) NO LIABILITY CLAIMS, (C) NO LIABILITY MISCLASSIFIED CLAIMS,
(D) AMENDED AND SUPERSEDED CLAIMS, AND (E) OVERSTATED CLAIMS

The Tennessee Attorney General, Robert E. Cooper, Jr., on behalf of the Tennessee Department of Revenue (the "Department"), now files this Response to Debtors' Twenty Eighth Omnibus Objection to (A) Satisfied Claims, (B) No Liability Claims, (C) No Liability Misclassified Claims, (D) Amended and Superseded Claims, and (E) Overstated Claims. In defense of its claims, the Department would show the Court as follows:

1. Debtors have objected to two proofs of claim filed by the Department: Claim no. 13642 filed in the amount of $2,727,240.21, and Claim no. 13643, filed in the amount of $119,331.23. Both of these proofs of claim were filed as requests for payments of administrative expenses. Debtors have objected on the basis that their books and records show no liability to the Department.

2. The Department responds that its books and records show the amounts for both proofs of claim are due and owing from Debtors. This liability consists entirely of estimated tax assessments for the 2005-2006 tax year and for the first quarter of the 2006-2007 tax year, because

Debtors have not filed tax returns for those periods.  Under Tennessee law, if a taxpayer fails to file a tax return, the Department is authorized to make an assessment for estimated taxes.  *See* Tenn. Code Ann. § 67-1-1438 (2006).  Counsel for the Department understands that Debtors have ceased business operations in Tennessee; it is anticipated that these estimates will be reduced or eliminated and the proofs of claim can be amended or withdrawn once the Department receives notice of a business closure date.

      THEREFORE, the Department requests, at this time, that Debtors' objections to its claims be OVERRULED.

      Respectfully Submitted,

      ROBERT E. COOPER, JR.
      Tennessee Attorney General & Reporter

      /s/Gill R. Geldreich
      GILL R. GELDREICH (TN BPR 020775)
      Assistant Attorney General
      P.O.Box 20207
      Nashville, TN 37202
      (615) 532-2546
      Fax: (615) 741-3334
      ICFlorida@state.tn.us or Gill.Geldreich@state.tn.us

      Attorney for the Department

CERTIFICATE OF SERVICE

      I hereby certify that on January 15, 2007, a true and correct copy of the foregoing document was placed in United States Mail, first class postage affixed, addressed to:

D.J. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

      A true and correct copy was sent also by electronic mail to djbaker@skadden.com.

      /s/Gill R. Geldreich
      GILL R. GELDREICH