**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | § | **CHAPTER 11** |
| | § | |
| **WINN-DIXIE STORES, INC., ET AL.,** | § | **CASE NO. 05-03817-3F1** |
| | § | |
| **Debtors.** | § | *Jointly Administered* |

**RESPONSE OF BUNDY NEW ORLEANS CO., LLC TO DEBTORS'
TWENTY-EIGHTH OMNIBUS OBJECTION TO (A) SATISFIED CLAIMS, (B) NO
LIABILITY CLAIMS, (C) NO LIABILITY MISCLASSIFIED  CLAIMS,
(D) AMENDED AND SUPERSEDED CLAIM AND (E) OVERSTATED CLAIMS**

**COMES NOW**, Bundy New Orleans Co., LLC ("Bundy") and files this, its Response to Debtors' Twenty-Eighth Omnibus Objection (the "Objection") to (A) Satisfied Claims, (B) No Liability Claims, (C) No Liability Misclassified Claims, (D) Amended and Superseded Claim and (E) Overstated Claims (the "Response"), and in support thereof would respectfully show the Court as follows:

**Background**

1.    Bundy is the lessor under a lease (the "Lease") with Winn-Dixie Louisiana, Inc. ("WD Louisiana") relating to store number 1417 located at 7135 Bundy Road, New Orleans, Louisiana (the "Property").  Upon information and belief, Winn-Dixie Montgomery, Inc. ("WD Montgomery") is a successor by merger to WD Louisiana.

2.    Under the Lease, WD Louisiana and/or WD Montgomery (collectively, the "Lessee") is obligated to pay monthly rentals, taxes and other charges and is specifically required to maintain insurance against loss or damage to the Property including flood insurance with a limited deductible (the "Insurance Policy").

3.       On February 21, 2005 (the "Petition Date"), Winn-Dixie, including WD Montgomery and other related entities (collectively, the "Debtors"), filed voluntary petitions for relief under chapter 11 of Title 11 of the United States Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code").

4.       On the Petition Date, the Lessee owed Bundy $70,632.60 under the Lease in rental payments and taxes.

5.       On July 25, 2005, Bundy filed proof of claim No. 7771.  Bundy asserted an unsecured, non-priority claim against WD Montgomery in the amount of $70,632.60.

6.       On August 29, 2005, Hurricane Katrina struck the Gulf Coast and the Property suffered extensive damage.

7.       On May 30, 2006, the Debtors filed their Twelfth Omnibus Objection to (A) Overstated Claims, (B) Overstated Misclassified Claims and (C) No Liability Misclassified Claims where the Debtors objected to Claim 7771 ("Twelfth Objection").  The Debtors and Bundy agreed to continue the Twelfth Objection as to Claim 7771.  On June 29, 2006, the Court entered an order that continued the hearing on the Twelfth Objection until further order of the Court upon the motion of any party.  The Twelftfth Objection has never been ruled upon by the Court.

8.       On September 8, 2006, the Debtors filed the Motion for (I) Authority to Reject Non-Residential Real Property Leases, (II) to Establish Bar Date for Any Rejection Damage Claims, and (III) Granting Related Relief (the "Motion to Reject").

9.       On September 25, 2006, Bundy filed a response to the Motion to Reject.  The Motion To Reject has not been ruled on as of this date.

10.    On November 30, 2006, Bundy filed proof of claim No. 13637, which amended previously filed Claim No. 7771.  Bundy asserted an unsecured non-priority claim against WD Montgomery that included pre-petition rentals and additional taxes, insurance, common area maintenance, management fees, ground lease rentals and other amounts owing under the Lease on the Petition Date in the amount of $70,632.60.  Bundy also asserted an additional rejection claim in the amount of $542,612.00 assuming that the Lease would ultimately be rejected.  The rejection claim arises from rents and other amounts accruing under the Lease after October 31, 2006.

11.    On December 20, 2006, the Debtors filed the Objection to Claim 13637.

### **Request for Relief**

12.    Bundy seeks an Order denying the Objection and allowing Claim 13637 in the amount of $613,244.60.

### **Brief In Support**

In the Objection, the Debtors allege that Claim 13637 is overstated and exceeds the amount shown in the Debtors' books and records.  The Debtors requested that the Court reduce Claim 13637 from $613,244.60 to $606,463.02 because the additional $6,781.58 is allegedly a result of mathematical error.  There is no mathematical error.   Bundy believes that WD Montgomery is liable for pre-petition arrearages and rejection damages in the amount of $613,244.60.

The breakdown of Claim 13637 is as follows:

| | |
|---|---|
| Pre-petition rent (through date of petition:  February 21, 2005): | $56,696.38 |
| Pre-petition taxes owed (through the date of petition: February 21, 2005): | $6,781.58 |
| Pre-petition late payment penalties and interest (for the taxes being late): | $7,154.64 |
| Total pre-petition claim: | $70,632.60 |
| Rejection Claim From October 31, 2006: | <u>$542,612.00</u> |
| | |
| Total Amount of Claim 13637: | $613,244.60 |

The disagreement between WD Montgomery and Bundy is over the amount owed for pre-petition taxes under the Lease.  The total amount owed for the 2005 ad valorem taxes equaled $47,601.49.  The pre-petition amount of the 2005 ad valorem taxes owed by WD Montgomery to Bundy is $6,781.58 (January through the date of the petition: February 21, 2005).  Therefore, Claim 13637 should be allowed as an unsecured claim in the amount of $613,244.60.

**WHEREFORE, PREMISES CONSIDERED,** Bundy New Orleans Co., LLC respectfully requests that the Court overrule Debtors' Objection and grant it such other relief to which it is justly entitled.

HIERSCHE, HAYWARD, DRAKELEY
& URBACH, P.C

By:____*/s/ Russell W. Mills*_____
   Russell W. Mills
   Texas State Bar No. 00784609
   Jason M. Katz
   Texas State Bar No. 24038990

15303 Dallas Parkway, Suite 700
Addison, Texas 75001
Telephone: (972) 701-7000
Facsimile: (972) 701-8765

   - and -

BLEDSOE, JACOBSON, SCHMIDT
 & WRIGHT

By:____*/s/ James A. Bledsoe, Jr.*_____
   James A. Bledsoe, Jr.
   Florida State Bar No. 0150646

1301 Riverplace Boulevard, Suite 1818
Jacksonville, Florida 32207
Telephone: (904) 398-1818
Facsimile: (904) 398-7073

ATTORNEYS FOR BUNDY
NEW ORLEANS CO., LLC

RESPONSE TO DEBTORS' TWENTY-EIGHTH   Page 5
OMNIBUS OBJECTIONS TO CLAIMS
Q:\5161_Benenson\0006_Winn-Dixie\Docs\Response to Objections to Claims.final.doc

## CERTIFICATE OF SERVICE

This is to certify that on the 15th day of January, 2007, a true and correct copy of the above and foregoing was served *via* first class mail and/or via electronically on the following:

D. J. Baker (via e-mail at djbaker@skadden.com)
Adam Ravin
Rosalie Walker Gray
Sally McDonald Henry
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036
**Counsel for Debtors**

Allan E. Wulbern (via e-mail at awulbern@smithhulsey.com)
Stephen D. Busey
James. H. Post
Cynthia C. Jackson
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202
**Counsel for Debtors**

Elena L Escamilla
Kenneth C Meeker
U.S. Trustee
United States Trustee - JAX
135 W. Central Blvd., Suite 620
Orlando, FL 32801
**Counsel for U.S. Trustee**

*/s/ Russell W. Mills*
Russell W. Mills

RESPONSE TO DEBTORS' TWENTY-EIGHTH
OMNIBUS OBJECTIONS TO CLAIMS
Q:\5161_Benenson\0006_Winn-Dixie\Docs\Response to Objections to Claims.final.doc

Page 6