UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

|  |  |  |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Miriam Garcia  (Claim No. 6663) [Docket No. 14620] was furnished by mail on January

15, 2007 to Miriam Garcia c/o Jerome Wolfson, 3399 S.W. 3rd Avenue, Miami, Florida

33145.

Dated:  January 15, 2007

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By    *s/ D. J. Baker*                            By        *s/  James H. Post*
    D. J. Baker                                        Stephen D. Busey
    Sally McDonald Henry                      James H. Post (FBN 175460)
    Rosalie Gray                                   Cynthia C. Jackson

Four Times Square                           225 Water Street, Suite 1800
New York, New York 10036              Jacksonville, Florida  32202
(212) 735-3000                                 (904) 359-7700
(917) 777-2150 (facsimile)               (904) 359-7708 (facsimile)
djbaker@skadden.com                      jpost@smithhulsey.com

Co-Counsel for Reorganized Debtors    Co-Counsel for Reorganized Debtors
00520151.DOC