**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Case No: 05-03817-JAF |
| WINN-DIXIE STORES, INC., <u>et</u> <u>al</u>. ) | |
| ) | *Chapter 11* |
| Debtors. ) | |
| ) | Jointly Administered |
| _____/ | |

**NOTICE OF WITHDRAWAL FROM CASE AND
REQUEST TO STOP ELECTRONIC NOTICE**

**PLEASE TAKE NOTICE** that Hill, Ward & Henderson, P.A. withdraws its Notice of Appearance on behalf of JEM Investments, Ltd., and requests that the Clerk remove it and each of its counsel from the electronic filing notice list.

Dated: January 16, 2007.

/s/ *Paige A. Greenlee*
Paige A. Greenlee
Florida Bar No: 635928
Hill, Ward & Henderson, P.A.
P.O. Box 2231
Tampa, FL 33601
Telephone:  (813) 221-3900
Facsimile:  (813) 221-2900
E-Mail:  pgreenlee@hwhlaw.com
Attorneys for JEM Investments, Ltd.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and copy of the foregoing Notice of Withdrawal from Case and Request to Stop Electronic Notice has been provided by ☐ First Class U.S. Mail Postage Prepaid; ☐ Facsimile; ☐ Hand Delivery and/or ☒ Electronic filing this 16th day of January, 2007, to all parties of record listed on the Court's Service List.

/s/ *Paige A. Greenlee*