UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In Re: | * | Case No. 05-03817-3F1 |
| Winn Dixie Stores, Inc., et al | * | Chapter 11 |
| Reorganized Debtors | * | Jointly Administered |

## MOTION FOR ADMISSION PRO HAC VICE

COMES NOW, petitioner, Joel Levy, and shows the Court as follows:

1.   Petitioner is admitted to practice before the Courts of the State of Louisiana and the United States District Courts for the Eastern and Middle District of Louisiana, in good standing.

2.   Petitioner certifies that there are no disciplinary proceedings pending against him in any jurisdiction.

3.   Petitioner certifies that he is willing to abide by the local rules of the United States Bankruptcy Court of the Middle District of Florida.

4.   Petitioner represents a creditor, Noemy Aguilera, in the above matter.

5.   Petitioner's contact information is as follows:

Joel Levy  (LA. Bar Roll #1178)
7577 Westbank Expressway
Marrero, Louisiana 70072
Tel.:  (504) 340-2993
Facsimile:  (504) 340-1998
E-mail:  joellevylaw@bellsouth.net

6.   Petitioner is filing an Application and Request for Allowance and Payment of an

Administrative Claim and/or a Claim Arising Against Debtors in the Period Between February 21, 2005 and November 21, 2006, and files this motion for admission pro hac vice for this purpose out of an abundance of caution.

7.    Petitioner requests that the requirement for local counsel be waived pursuant to Local Rule 2090-1.

Dated:  January 16, 2007

Respectfully Submitted:

/s/ Joel Levy
JOEL LEVY  (LA. Bar Roll #1178)
7577 Westbank Expressway
Marrero, Louisiana 70072
Tel.:  (504) 340-2993
Facsimile:  (504) 1998
E-mail:  joellevylaw@bellsouth.net

Attorney for Noemy Aguilera

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In Re: | * | Case No. 05-03817-3F1 |
| Winn Dixie Stores, Inc., et al | * | Chapter 11 |
| Reorganized Debtors | * | Jointly Administered |

## CERTIFICATE OF SERVICE

This is to certify that I have this 16th day of January, 2007, served a copy of the foregoing pleading upon the following by depositing same in the U.S. mail, with adequate postage thereon addressed to and also faxed a copy to:

Counsel for the Reorganized Debtors:

James Post
Smith Hulsey and Busey
225 Water Street
Suite 1800
Jacksonville, Florida 32202

Counsel for the Post Effective Date Committee:

Matthew Barr
Milbank, Tweed, Hadley & McCoy, LLP
1 Chase Manhattan Plaza
New York, New York 10005

/s/ Joel Levy
JOEL LEVY (LA. Bar Roll #1178)
7577 Westbank Expressway
Marrero, Louisiana 70072
Tel.: (504) 340-2993
Facsimile: (504) 1998
E-mail: joellevylaw@bellsouth.net

Attorney for Noemy Aguilera