**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:                                                      CASE NO: 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,

    Debtor.
_____/

**NOTICE OF WITHDRAWING FROM CASE AND REQUEST TO STOP ELECTRONIC NOTICE**

    PLEASE TAKE NOTICE that Stephen R. Caplan, Esq's., representation of Douglas County Tax Commissioner's Office, should be removed from all service lists as counsel for Douglas County Tax Commissioner's Office. To the extent necessary, service of any future pleadings or papers on this Creditor should be sent to:

        Michael Tessitore
        215 E. Livingston Street
        Orlando, Florida 32801

    I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail, and ECF Electronic Noticing this 16th day of January, 2007 to: all parties entitled to notice.

        /s/ Stephen R. Caplan
        STEPHEN R. CAPLAN, ESQUIRE
        31 NORTH HYER AVENUE
        ORLANDO, FL 32801
        TEL: (407) 872-6249
        FAX: (407) 425-1501
        FL. BAR NO. 835153