UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


In Re:

WINN DIXIE STORES, INC., et al,                     Case No. 3:05-bk-03817-3F1

        Debtors                                     Chapter 11 - Jointly Administered


_____/


## <u>MOTION TO FILE PROOF OF CLAIM</u>


_____COMES NOW the Movant, <u>Catherine Watson (hereinafter "Movant"),</u> by and through

the undersigned counsel, and pursuant to 11 U.S.C. SECT. 503, requests this Court allow her to

file her Proof of Claim and as grounds therefore says:

1.     Notice of the Chapter 11 bankruptcy or notice to file claim was not furnished to

the undersigned attorney by the creditor or its representatives

2.     The undersigned attorney represents the movant, in the matter of <u>CATHERINE

WATSON v. WINN DIXIE STORES, INC. d/b/a WINN DIXIE STORE #498</u>,

Case No. 2005-CA-002312-D filed in the Circuit Court in and for Escambia

County, Florida on December 13, 2005.

Daniel Stewart, P.A.
4519 Hwy 90
Pace, FL 32571
(850) 994-4887
Florida Bar No. 319392

_____/s/ Daniel Stewart_____
DANIEL STEWART, ESQUIRE
Florida Bar No. 319392

## CERTIFICATE OF SERVICE

_____I HEREBY CERTIFY that a true and correct copy of the above and foregoing was

furnished by electronic or standard U.S. Mail, to the parties listed below on this 16th day of

January 2007.

_____/s/ Daniel Stewart_____
DANIEL STEWART, ESQUIRE

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699

James H. Post, Esq.
225 Water St., Suite 1800
Jacksonville, FL 32202

Kenneth C. Meeker, U.S. Trustee
135 W. Central Blvd., Suite 620
Orlando, FL 32801

Mathew Barr, Esq.
One Chase Manhattan Plaza
New York, NY 10005