UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3Fl |
| | ) | |
| WINN-DIXIE STORES, INC., et al. | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO APPEAR PRO HAC VICE

NOW INTO COURT, comes JOHN M. DELGADO, an Attorney at Law practicing and residing in East Baton Rouge Parish, Louisiana, and has been admitted to the practice of law in the state of Louisiana since April 20, 2000, and has Louisiana Bar Roll Number 26624, and who respectfully represents to this Honorable Court:

1. That JOHN M. DELGADO is an attorney in practice with the lawfirm of Crawford Lewis, P.L.L.C., and has submitted an Application Seeking Allowance of Administrative Expense Claim for payment of professional fees and costs owed to Crawford Lewis, P.L.L.C. in connection with their legal representation of Winn-Dixie Stores, Inc., et al.

2. John M. Delgado is 32 years of age, born on October 14, 1974, and is a graduate of Tulane University School of Law in New Orleans, Louisiana.

3. John M. Delgado is in good standing with the Louisiana State Bar Association.

4. John M. Delgado is admitted to practice in all Louisiana courts and has been admitted to practice in the United States District Court for the Eastern, Middle and Western Districts of Louisiana.

5.  It is requested that John M. Delgado be allowed to be admitted pro hac vice in these proceedings in the Middle District of Florida concerning the claim of Crawford Lewis, P.L.L.C. and that the requirements for local counsel be waived pursuant to local rule 2090-1.

WHEREFORE, John M. Delgado prays that he be allowed to practice before this Honorable Court in regard to this one matter on behalf of Crawford Lewis, P.L.L.C. and that the requirements for local counsel be waived pursuant to local rule 2090-1.

**CRAWFORD LEWIS, P.L.L.C.**

By: /s/ John M. Delgado
MARY G. ERLINGSON (#19562)
JOHN M. DELGADO (#26624)
450 Laurel Street, Suite 1600
Post Office Box 3656
Baton Rouge, Louisiana 70821-3656
Telephone: (225) 343-5290
Facsimile: (225) 383-5508
**ATTORNEYS FOR MOVANT**

## CERTIFICATE OF SERVICE

I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the parties listed below this 16th day of January, 2007.

/s/ John M. Delgado

WINN-DIXIE STORES, INC.
5050 Edgewood Court
Jacksonville, Florida 32254-3699
Attn: General Counsel
Telephone: (904) 783-5000
Facsimile: (904) 783-5651

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
Attn: D.J. Baker, Esq.
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

SMITH HULSEY & BUSEY
225 Water Street, Suite 1800
Jacksonville, Florida 32202
Attn: James Post, Esq.
Telephone: (904) 359-7700
Facsimile: (904) 359-7708

MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis Dunne, Esq./Matthew S. Barr, Esq.
Telephone: (212) 530-5000
Facsimile: (212) 530-5219