UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors. | ) | Jointly Administered |

**JENNIS BOWEN & BRUNDAGE, P.L.'S
REQUEST TO STOP ELECTRONIC NOTICES
AND FOR REMOVAL FROM SERVICE LIST**

The law firm of Jennis Bowen & Brundage, P.L. (formerly Jennis & Bowen, P.L.), ("JBB") appeared as co-counsel for the Official Committee of Equity Security Holders ("Equity Committee"), and pursuant to the Court's *Order Granting Motion for Withdrawal as Counsel of Record for the Official Committee of Equity Security Holders filed by Jennis & Bowen, P.L.* (Docket No. 6299), JBB respectfully requests this Court stop electronic notices and remove the following entries from the court's mailing matrix:

**David S. Jennis
Jennis Bowen & Brundage, P.L.
400 N Ashley Drive, Suite 2540
Tampa, FL 33602**

**Chad S. Bowen
Jennis Bowen & Brundage, P.L.
400 N Ashley Drive, Suite 2540
Tampa, FL 33602**

Please note that foregoing request includes notices and papers referenced in the Federal Rules of Bankruptcy Procedure, including, without limitation, notice of any application, motions,

{00065705.DOC;1}

petition or request, written or oral, whether formal or informal, and whether served or otherwise conveyed by mail, delivery, telephone, facsimile, or other method of dissemination.

Dated this 16th day of January, 2007.

                                                                                             /s/ David S. Jennis
                                                                                            David S. Jennis
                                                                                            Florida Bar No. 775940
                                                                                            Chad S. Bowen
                                                                                            Florida Bar No. 0138290
                                                                                            **Jennis Bowen & Brundage, P.L.**
                                                                                            400 N. Ashley Drive, Ste. 2540
                                                                                            Tampa, Florida 33602
                                                                                            Telephone: (813) 229-1700
                                                                                            Facsimile: (813) 229-1707
                                                                                            cbowen@jennisbowen.com

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing *Request to Stop Electronic Notices and for Removal from Service List* has been furnished on this 16th day of January, 2007 by CM/ECF, or by first class U.S. Mail, postage prepaid, to the **Office of the United States Trustee,** 135 W. Central Blvd., Suite 620, Orlando, FL 32801; **Cynthia C. Jackson, Smith Hulsey & Busey,** 225 Water Street, Suite 1800, Jacksonville, FL 32202; **Stephen D. Busey, Smith Hulsey & Busey,** 225 Water Street, Suite 1800, Jacksonville, FL 32202; **Allan E. Wulbern** Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202; **Beau Bowin** Smith Hulsey & Busey 225 Water St Ste 1800 Jacksonville, FL 32202-5182; **David L Gay** Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202; **James H. Post** Smith Hulsey & Busey 225 Water St., Suite 1800 Jacksonville, FL 32202; **Leanne McKnight Prendergast** Smith Hulsey & Busey 225 Water Street Suite 1800

Jacksonville, Fl 32202; **James D. Wareham,  Paul, Hastings, Janofsky & Walker, LLP**, 875 15th Street, N.W., Washington, D.C. 20005; **Adam Ravin, Skadden Arps Slate Meagher & Flom, LLP**, Four Times Square, New York, NY 10036.

.

                                                 */s/ David S. Jennis*
David S. Jennis
Florida Bar No. 775940
Chad S. Bowen
Florida Bar No. 0138290
**Jennis Bowen & Brundage, P.L.**
400 N. Ashley Drive, Ste.  2540
Tampa, Florida  33602
Telephone: (813) 229-1700
Facsimile: (813) 229-1707
djennis@jennisbowen.com