# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**CASE NO: 3-05-bk-3817-3F1**

IN RE:

**WINN-DIXIE STORES, INC., et al.**

<u>**Debtor(s)**</u>

## <u>ORDER SETTING ASIDE ORDER STRIKING SECOND AMENDED APPLICATION FOR ADMINISTRATIVE CLAIM AND STRIKING FIRST APPLICATION FOR ADMINISTRATIVE CLAIM</u>

On January 5, 2007, the Court entered an Order Striking Second Amended Application for Administrative Claim for paper filing, filed by Eric N. Assouline on behalf of Tamara Rodriguez. Review of the file indicates that it was not a Second Amended Application but a First Application. It is

**ORDERED**:

The Order Striking Second Amended Application for Administrative Claim is set aside and the First Application for Administrative Claim filed in paper form is stricken from the record.

**DATED January 16, 2007**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Eric N. Assouline, 213 E. Sheridan Street, Suite 3, Dania Beach, FL 33021