UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| Winn Dixie Stores, Inc., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

**MOTION FOR ADMISSION PRO HAC VICE**

COMES NOW, Petitioner, J. Randal Wallace, Jr., and shows unto the Court the following:

1. Petitioner is in good standing and currently admitted to practice before the Courts of the State of Mississippi, the United States District Courts for the Northern and Southern Districts of Mississippi and the United States Court of Appeals for the Fifth Circuit.

2. Petitioner certifies that there are no disciplinary proceedings pending against him in any jurisdiction.

3. Petitioner certifies that he will abide by the local rules of the United States Bankruptcy Court of the Middle District of Florida.

4. Petitioner represents creditor Marissa Stampley, a minor, by and through her mother and next friend, Stacey Stampley, in the above matter.

5. Petitioner's contact information is as follows:

>J. Randal Wallace, Esq.
>Boyd & Akin PLLC
>Post Office Box 1297
>Clinton, MS  39060
>Telephone:    601.925.5511
>Facsimile:      601.925.5533
>Email:            randywallace@boydakin.com

6. Petitioner has filed an "APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE STATUS

1

FOR POST-PETITION CLAIM AND REQUEST FOR NOTICE" and files this motion for admission pro hac vice for this purpose out of an abundance of caution.

7.	Petitioner requests that the requirement for local counsel be waived pursuant to Local Rule 2090-1.

Dated:  January 17, 2007.

                            Respectfully Submitted:

                By:	/s/ J. Randal Wallace, Jr.
                      J. Randal Wallace, Jr. (MS Bar 99889)
                      Boyd & Akin PLLC
                      Post Office Box 1297
                      Clinton, MS  39060
                      Telephone:	(601) 925-5511
                      Facsimile:	(601) 925-5533
                      Email:	randywallace@boydakin.com
                      Attorney for Marissa Stampley

**CERTIFICATE OF SERVICE**

       I hereby certify that on January 17, 2007, I filed the foregoing MOTION FOR ADMISSION PRO HAC VICE through the CM/ECF filing system, which will cause a copy to be served on all parties participating in the CM/ECF System including:

    James H. Post, Esq.
    Smith Hulsey & Busey
    225 Water St., Ste. 1800
    Jacksonville, FL  32202
        Counsel for the Reorganized Debtors

    Matthew Barr, Esq.
    Millbank, Tweed, Hadley & McCloy LLP
    1 Chase Manhattan Plaza
    New York, NY 10005
        Counsel for the Post-Effective Date Committee

       I further certify that I have this day served, via United States Mail, a true and correct copy of the above and foregoing upon:

    Leland S. Smith, Esq.
    Wilkins, Stephens & Tipton, P.A.
    Post Office Box 13429
    Jackson, MS  39236
        Counsel for Winn-Dixie Stores, Inc.
        Cause No. 2006-123; Circuit Court of Simpson County, Mississippi

                                                        /s/ J. Randal Wallace, Jr.
                                                        J. Randal Wallace, Jr.