# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Reorganized Debtors. | Jointly Administered |

## NOTICE OF WITHDRAWAL OF OBJECTION TO CLAIM NUMBER 13049 FILED BY GENERAL ELECTRIC CAPITAL CORPORATION, AS SET FORTH IN THE DEBTORS' TWENTY-SECOND OMNIBUS OBJECTION (DOCKET NO. 10873)

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries, reorganized debtors in the above-captioned cases (collectively, the "Debtors"), withdraw without prejudice the objection to claim number 13049 filed by General Electric Capital Corporation, as set forth in the Debtors' Twenty-Second Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Overstated Claims, (D) Overstated Misclassified Claims, (E) Misclassified Claims and (F) Amended and Superseded Claims (Docket No. 10873).

Dated: January 17, 2007

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By   *s/ D. J. Baker*   D. J. Baker   Sally McDonald Henry   Rosalie Walker Gray   Jane M. Leamy | By   *s/ James H. Post*   Stephen D. Busey   James H. Post   Cynthia C. Jackson,   Florida Bar Number 175460 |
| Four Times Square   New York, New York 10036   (212) 735-3000   (212) 735-2000 (facsimile)   djbaker@skadden.com | 225 Water Street, Suite 1800   Jacksonville, Florida  32202   (904) 359-7700   (904) 359-7708 (facsimile)   jpost@smithhulsey.com |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |