# TANGIPAHOA PARISH SCHOOL SYSTEM



SALES AND USE TAX DIVISION
POST OFFICE BOX 159 • AMITE, LOUISIANA 70422
TELEPHONE (985) 748-5229 • FAX (985) 748-2489

**NOTICE OF ASSESSMENT**
60-Day Assessment – LA R.S. 47:337.51

**Via Certified Mail # 7004 2510 0005 8937 8843**

Attn.: Rich Tansi
Winn Dixie Logistics, Inc.
5050 Edgewood Court
Jacksonville, FL 32203-0297

ISSUE DATE: 12/29/06

ACCOUNT: 17578

Pursuant to the Uniform Local Sales Tax Code, LA R.S. 47:337.51 and local ordinances, you are hereby notified that according to our records, you owe sales and/or use tax, interest, and penalty for the period and amounts referenced below.

Period: 1/1/2003 – 2/21/2005          Due: 2/27/07

| | |
|---|---|
| Tax: | $41,692.80 |
| Interest thru 02/21/05: | $ 4,616.54 |
| Penalty: | $ 9,541.25 |
| TOTAL ASSESSED: | $55,850.59 |

You have 60 calendar days from the date of this notice to:

1) Pay the amount assessed, or
2) File a written protest and request a hearing. If you choose to protest this assessment and request a hearing, your request must include a written protest under oath, setting forth the reasons for the protest, or
3) Pay under protest and file suit for recovery within 30 days of payment.

DO NOT DISREGARD THIS NOTICE. FAILURE TO ACT WITHIN THE TIME OR MANNER PROVIDED WILL RESULT IN THE ASSESSMENT BECOMING FINAL AND ENFORCEABLE BY WARRANT FOR DISTRAINT. ADDITIONAL PENALTIES, INTEREST AND COLLECTION FEES MAY BE ASSESSED AT THAT TIME.

*Donna Drude*
DONNA DRUDE
Sales & Use Tax Collector

C: William E. Steffes; Steffes, Vingiello & McKenzie, LLC

EXHIBIT
Tangipahoa Par. Schl. Bd.
1
05-03817-EF1

TANGIPAHOA PARISH SALES AND USE TAX DEPARTMENT
AUDIT WORK PAPERS - TAX, PENALTY & INTEREST DUE
TAXPAYER: WINN DIXIE LOGISTICS, INC.
ACOUNT NUMBERS: 17578
AUDIT NUMBER: 0607.010
AUDIT PERIOD: 01/01/2003 - 02/21/05
INTEREST THRU: 2/21/05

| REPORT PERIOD | TAX DUE - FIXED ASSETS | TAX DUE - EXPENSES | TOTAL TAX DUE | INTEREST | PENALTY | TOTAL DUE |
|---|---|---|---|---|---|---|
| 200301 | $0.00 | $1,464.50 | $1,464.50 | $366.12 | $366.12 | $2,196.75 |
| 200302 | $479.18 | $340.16 | $819.34 | $196.64 | $204.83 | $1,220.81 |
| 200303 | $95.86 | $923.76 | $1,019.62 | $234.51 | $254.90 | $1,509.04 |
| 200304 | $0.00 | $1,089.13 | $1,089.13 | $239.61 | $272.28 | $1,601.02 |
| 200305 | $133.70 | $340.16 | $473.86 | $99.51 | $118.47 | $691.84 |
| 200306 | $125.32 | $340.16 | $465.48 | $93.10 | $116.37 | $674.95 |
| 200307 | $0.00 | $340.16 | $340.16 | $64.63 | $85.04 | $489.83 |
| 200308 | $94.97 | $1,204.16 | $1,299.12 | $233.84 | $324.78 | $1,857.75 |
| 200309 | $0.00 | $920.50 | $920.50 | $156.49 | $230.13 | $1,307.11 |
| 200310 | $0.00 | $340.16 | $340.16 | $54.43 | $85.04 | $479.63 |
| 200311 | $0.00 | $2,588.84 | $2,588.84 | $388.33 | $647.21 | $3,624.38 |
| 200312 | $201.39 | $340.16 | $541.55 | $75.82 | $135.39 | $752.75 |
|  | $1,130.42 | $10,231.85 | $11,362.27 | $2,203.02 | $2,840.57 | $16,405.85 |
| 200401 | $20.62 | $340.16 | $360.77 | $46.90 | $90.19 | $497.87 |
| 200402 | $0.00 | $340.16 | $340.16 | $40.82 | $85.04 | $466.02 |
| 200403 | $5,906.77 | $340.16 | $6,246.93 | $687.16 | $1,561.73 | $8,495.83 |
| 200404 | $922.32 | $340.16 | $1,262.48 | $126.25 | $315.62 | $1,704.35 |
| 200405 | $11,532.99 | $340.16 | $11,873.15 | $1,068.58 | $2,968.29 | $15,910.03 |
| 200406 | $2,537.69 | $301.91 | $2,839.60 | $227.17 | $709.90 | $3,776.67 |
| 200407 | $345.49 | $340.16 | $685.65 | $48.00 | $171.41 | $905.06 |
| 200408 | $0.00 | $894.66 | $894.66 | $53.68 | $223.66 | $1,172.00 |
| 200409 | $0.00 | $340.16 | $340.16 | $17.01 | $85.04 | $442.21 |
| 200410 | $0.00 | $340.16 | $340.16 | $13.61 | $68.03 | $421.80 |
| 200411 | $0.00 | $340.16 | $340.16 | $10.20 | $51.02 | $401.39 |
| 200412 | $1,200.00 | $1,663.16 | $2,863.16 | $57.26 | $286.32 | $3,206.74 |
|  | $22,465.89 | $5,921.17 | $28,387.05 | $2,396.64 | $6,616.26 | $37,399.96 |
| 200501 | $1,348.20 | $340.16 | $1,688.36 | $16.88 | $84.42 | $1,789.66 |
| 200502 | $0.00 | $255.12 | $255.12 | $0.00 | $0.00 | $255.12 |
|  | $1,348.20 | $595.28 | $1,943.48 | $16.88 | $84.42 | $2,044.78 |
| GRAND TOTALS | $24,944.50 | $16,748.30 | $41,692.80 | $4,616.54 | $9,541.25 | $55,850.59 |