UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC. *et al.*, | Chapter 11 |
| Reorganized Debtors[1] | Jointly Administered |

_____/

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on January 17, 2007, a Motion and Memorandum to Allow Late-Filed Proofs of Claim by Creditor, the Tangipahoa Parish School Board, was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the parties requesting service. It is further certified that on this date, the Motion and Memorandum to Allow Late-Filed Proofs of Claim by Creditor, the Tangipahoa Parish School Board, was served upon the following by depositing a copy in the United States mail, postage prepaid:

D.J. Baker
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Cynthia C. Jackson
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in the jointly administered cases: Astor Products, Inc., Crakin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

2

Stephen D. Busey
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202


Dated: January 17, 2007.

                              By: /s/ William E. Steffes
                              William E. Steffes (La. Bar No. 12426)
                              13702 Coursey Blvd., Bldg. # 3
                              Baton Rouge, LA 70817
                              Telephone: (225) 751-1751
                              Facsimile: (225) 751-1998
                              Email: bsteffes@steffeslaw.com

                              Attorneys for the Tangipahoa Parish
                              School Board