UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Reorganized Debtors.[1] | ) Jointly Administered |

AGREED ORDER RESOLVING CLAIM NUMBER 8569 FILED
BY JEFFERSON-PILOT LIFE INSURANCE COMPANY

This cause came before the Court upon the Twenty-Fourth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibit A through G to the Objection.[2] One of the proofs of claim subject to the Objection was Claim Number 8569 filed by Jefferson-Pilot Life Insurance Company (hereinafter "Jefferson-Pilot"). On November 3, 2006, Jefferson-Pilot filed a response to the Objection in which it argued that, based upon its entitlement to the collateral securing a promissory note entered into with Southeast U.S. Retail Fund, LP (hereinafter "Southeast"), Jefferson-Pilot held a contingent and unliquidated claim on all amounts arising under a non-residential real property lease for property located at 8644 East Brainerd, Chattanooga, Tennessee (the "Lease"). Southeast, the landlord under the Lease, had also filed claims in the Debtors' bankruptcy cases for rejection damages related to the Lease –

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

specifically, Claim Number 11780 in the sum of $101,402.00 and Amended Claim Number 12496 in the sum of $550,819.72 (collectively, the "Southeast Claims"), which claims were allowed as filed and paid.

Jefferson-Pilot has acknowledged that its claim is duplicative of the Southeast Claims.

Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim Number 8569 is disallowed.

2. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 16 day of January, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | NEXSEN PRUET ADAMS KLEEMEIER, PLLC |
| By /s/ *James H. Post* <br> James H. Post <br> Florida Bar Number 175460 | By /s/ *Christine L. Myatt** <br> Christine L. Myatt <br> N.C. State Bar # 10444 <br> Benjamin A. Kahn <br> N.C. State Bar # 20004 |
| 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) | Lake Point <br> 701 Green Valley Road, Suite 100 <br> Post Office Box 3463 <br> Greensboro, North Carolina 27402 <br> (336) 373-1600 |
| -and- | Attorneys for Jefferson-Pilot Life Insurance Company |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | |
| D. J. Baker <br> Sally McDonald Henry <br> Rosalie Walker Gray <br> Adam S. Ravin <br> Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (212) 735-2000 (facsimile) | |
| Co-Counsel for Reorganized Debtors | |

* Counsel has authorized her electronic signature.