UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:  CASE NO. 05-03817-3F1

WINN-DIXIE STORES, INC., et al.  CHAPTER 11

Reorganized Debtors  JOINTLY ADMINISTERED

## MOTION FOR DISTRIBUTION OF NEW COMMON STOCK TO REMKE MARKETS, INC.

Comes now the Creditor, Remke Markets, Inc. (hereinafter "Remke"), and files its Motion for Distribution of New Common Stock to Remke Markets, Inc. The basis for this Motion is as follows:

By virtue of its Seventeenth Omnibus Objection to No Liability Claims, Debtor objected to Remke's claim on the sole basis that "Subtenant entered into a direct agreement with Landlord prior to bankruptcy filing, and has not been damaged by such filing." Remke filed an Objection to the Debtors Seventeenth Omnibus Objection to No Liability Claims on September 7, 2006 wherein the uncontroverted facts clearly disproved the basis upon which Debtor objected to Remke's claim. See Exhibit A attached hereto and incorporated herein. Remke's Objection also included evidence to support the damages which serve as the basis for Remke's Proof of Claim ("Claim"). The Debtor filed no other objection to Remke's claim, and further indicated it would be withdrawing its Objection at the September 14, 2006 hearing on its Objection.

On September 18, 2006, Remke's filed an Objection to its classification. See Document No. 11027. By virtue of this Court's Order dated October 5, 2006, Document Number 11684, Remke's Claim is required to be treated as a Class 16 "Other Unsecured Claim." As such, Remke is entitled to receive 34.89 shares of New Common Stock for each $1,000.00 of allowed

claim. Remke's total claim is $937,748.24; therefore, Remke is entitled to receive 32,691.93 shares of New Common Stock.

**WHEREFORE**, Remke respectfully requests an Order of Distribution to Remke in accordance with the terms of the Plan.

/s/ JASON B. BURNETT
JASON B. BURNETT
Florida Bar No. 822633
GrayRobinson, P.A.
50 North Laura Street, Suite 1675
Jacksonville, Florida 32202
Telephone: (904) 598-9929
Facsimile: (904) 598-9109

**COUNSEL FOR REMKE MARKETS, INC.**

### CERTIFICATE OF SERVICE

A copy of the foregoing was served by electronic service upon D. J. Baker at djbaker@skadden.com and upon James H. Post at jpost@smithhulsey.com this 18th day of January, 2007.

/s/ JASON B. BURNETT
JASON B. BURNETT

**COUNSEL FOR REMKE MARKETS, INC.**

\320255\1 - # 10209 v1