UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |

**AGREED ORDER RESOLVING CURE OBJECTION FILED BY
CAMILLA MARKETPLACE ASSOCIATES, LP (STORE NO. 175)**

This cause came before the Court on the Objection to the Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts and (III) Grant Related Relief filed by Camilla Marketplace Associates, LP ("Camilla") (Docket No. 9716) with respect to Store No. 175 (the "Cure Objection"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objection is overruled.

2. The Debtors have paid $27,513.00 in full satisfaction of any right to cure Camilla has or may have under 11 U.S.C. § 365 or otherwise.

3. This Agreed Order resolves all liabilities and obligations Camilla has or may have against the Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

4. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this __17__ day of January, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00552832

## **Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

| D. LANCE LANGSTON | SMITH HULSEY & BUSEY |
|---|---|
| By___*s/ D. Lance Langston**___<br>      D. Lance Langston, F.B.N. 607398 | By___*s/ Cynthia C. Jackson*___<br>      Cynthia C. Jackson, F.B.N. 498882 |
| 300 East Park Avenue<br>Tallahassee, FL 32301<br>(850) 561-5050<br>(850) 222-1521 (facsimile)<br>lancelangston@earthlink.net | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Counsel for Camilla Marketplace Associates, LP | Co-Counsel for Reorganized Debtors |

*Counsel has authorized their electronic signature.

00552832