UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., <u>et al.</u>,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.   I am of legal age and I am not a party to this action.

2.   I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.   On or about January 16, 2007 I caused copies of:

• the **Agreed Order Resolving Claims Filed by Delta Investments, as Set Forth in the Debtors' Thirteenth Omnibus Claims Objection**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served order as listed above is attached hereto as Exhibit B.

Dated: January 18, 2007

_____
Kathleen M. Logan

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: 4P

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**

**Agreed Order Resolving Claims Filed by Delta
Investments, as Set Forth in the Debtors'
Thirteenth Omnibus Claims Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 411188-15                                      CREDITOR ID: 411188-15
DELTA INVESTMENTS                                           DELTA INVESTMENTS
LEATHERWOOD WALKER TODD & MANN, PC                          ATTN THOMAS L THOMPSON
ATTN SEANN GRAY TZOUVELEKAS, ESQ                            753 RABON ROAD
PO BOX 87                                                   LAURENS SC 29360
GREENVILLE SC 29602-0087


          **Total:   2**

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                        )    Case No. 05-03817-3F1
                                              )
WINN-DIXIE STORES, INC., et al.,   )    *Chapter 11*
                                              )
Reorganized Debtors.[1]                )    Jointly Administered
                                              )

### AGREED ORDER RESOLVING CLAIM FILED BY
### DELTA INVESTMENTS, AS SET FORTH IN THE
### DEBTORS' THIRTEENTH OMNIBUS CLAIMS OBJECTION

These cases originally came before the Court for hearing on July 13,

2006, upon the Thirteenth Omnibus Objection (the "Objection") of Winn-Dixie

Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the

"Debtors") to the proofs of claim listed on Exhibit A through C to the Objection.[2]

Formal and informal responses to the Objection were raised or filed, as a result of

which the Debtors agreed to continue the Objection with respect to claim no. 11123

filed by Delta Investments, among others.  On July 13, 2006, the Court entered an

order (Docket No. 9190) sustaining the Objection as to the proofs of claim listed on

the exhibits to the order and continuing the hearing on the Objection as to Delta

Investments and other unresolved claims.  Based upon the consent of the parties

appearing below, it is

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these
related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep
South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers,
Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway
Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc.,
Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks,
Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery,
Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie
Supermarkets, Inc.

[2]    All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to
them in the Objection.

ORDERED AND ADJUDGED:

1.      Claim no. 11123 filed by Delta Investments is allowed as an unsecured non-priority claim in the amount of $502,316.04 and the remainder of the claim is disallowed.

2.      This Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims filed by Delta Investments in these Chapter 11 cases and (ii) all other pre-petition or pre-confirmation claims that Delta Investments has or may have against the Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

3.      The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this _12_ day of _January_, 2007 in Jacksonville, Florida.


Jerry A. Funk
United States Bankruptcy Judge

2

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY

LEATHERWOOD WALKER TODD &
MANN, P.C.

By */s/ James H. Post*
     James H. Post

By  */s/ Seann Gray Tzouvelekas**
     Seann Gray Tzouvelekas

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

The Leatherwood Plaza
300 East McBee Avenue, Suite 500
(29601)
Post Office Box 87
Greenville, SC 29602-0087

-and-

Counsel for Delta Investments, LP

SKADDEN, ARPS, SLATE,
MEAGHER
& FLOM LLP

*Counsel has authorized her electronic
signature

D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Co-Counsel for the Reorganized
Debtors