UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.[1]

Chapter 11

Case No. 05-03817-3F1

(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about January 16, 2007 I caused copies of:

- the **Agreed Order Resolving Claims Filed by (I) MCW-RC Ga-Howell Mill Village, LLC and (II) FW NC-Shoppes of Kildaire, LLC, as Set Forth in the Debtors' Eleventh Omnibus Claims Objection**

  to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served order as listed above is attached hereto as Exhibit B.

Dated: January 18, 2007

_Kathleen M. Logan_
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: 40

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**
Page 1 of 1

**Agreed Order Resolving Claims Filed by (I) MCW-RC Ga-Howell Mill Village, LLC and (II) FW NC-Shoppes of Kildaire, LLC, as Set Forth in the Debtors' Eleventh Omnibus Claims Objection**

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.      **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 558310-W9<br>FW NC SHOPPES OF KILDAIRE LLC<br>DBA: SHOPPES OF KILDAIRE<br>PO BOX 536701<br>ATLANTA GA 30353-6701 | CREDITOR ID: 410494-15<br>FW NC-SHOPPES OF KILDAIRE, LLC<br>C/O HELD & ISRAEL<br>ATTN A FRISCH/E W HELD JR, ESQS<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 408262-99<br>MCW-RC GA HOWELL MILL VILLAGE, LLC<br>C/O HELD & ISRAEL<br>ATTN A FRISCH/E W HELD, JR, ESQ<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 |

**Total: 3**

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                ) Case No. 05-03817-3F1
                                                      )
WINN-DIXIE STORES, INC., et al.,  )  *Chapter 11*
                                                      )
Reorganized Debtors.[1]              )  Jointly Administered
                                                      )

**AGREED ORDER RESOLVING CLAIMS FILED BY (I) MCW-RC GA-HOWELL MILL VILLAGE, LLC AND (II) FW NC-SHOPPES OF KILDAIRE, LLC, AS SET FORTH IN THE DEBTORS' ELEVENTH OMNIBUS CLAIMS OBJECTION**

These cases originally came before the Court for hearing on June 15, 2006, upon the Eleventh Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibit A through C to the Objection.[2] Responses to the Objection were filed by MCW-RC GA-Howell Mill Village, LLC and FW NC-Shoppes of Kildaire, LLC, as a result of which the Debtors agreed to continue the Objection with respect to claim nos. 8718-8719 and 8721-8722, among others. On June 15, 2006, the Court entered an order (Docket No. 8560) sustaining the Objection as to the proofs of claim listed on the exhibits to the order and continuing

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]     All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

the hearing on the Objection as to claim nos. 8718-8719, 8721-8722 and other unresolved claims. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim nos. 8718 and 8719 filed by MCW-RC GA-Howell Mill Village, LLC are disallowed in their entirety.

2. Claim no. 8721 filed by FW NC-Shoppes of Kildaire, LLC is disallowed in its entirety.

3. Claim no. 8722 filed by FW NC-Shoppes of Kildaire, LLC is reclassified as an unsecured non-priority claim and fixed in the amount of $10,480.99.

4. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 12 day of January, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

2

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| SMITH HULSEY & BUSEY | HELD & ISRAEL |
|---|---|
| By /s/ James H. Post<br>James H. Post<br><br>Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br><br>-and-<br><br>SKADDEN, ARPS, SLATE, MEAGHER<br>& FLOM LLP<br><br>D. J. Baker<br>Sally McDonald Henry<br>Rosalie Walker Gray<br>Jane M. Leamy<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br><br>Co-Counsel for Reorganized Debtors | By /s/ Adam N. Frisch*<br>Kimberly Held Israel<br>Florida Bar # 47287<br>Adam N. Frisch<br>Florida Bar # 635308<br><br>1301 Riverplace Blvd., Suite 1916<br>Jacksonville, Florida 32207<br>(904) 398-7038<br>(904) 492-4283 (facsimile)<br><br>Counsel for MCW-RC-GA-Howell Mill Village, LLC and FW NC-Shoppes of Kildaire, LLC<br><br>*Counsel has authorized his electronic signature |

3

481001-Wilmington Server 1A - MSW