UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.[1]

Chapter 11

Case No. 05-03817-3F1

(Jointly Administered)

CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.    I am of legal age and I am not a party to this action.

2.    I am President of Logan & Company, Inc., located at 546 Valley Road,
      Upper Montclair, New Jersey, Claims and Noticing Agent for the above-
      captioned Debtors.

3.    On or about January 16, 2007 I caused copies of:

•    the **Agreed Order Disallowing Claim Number 12195 Filed by New
     Plan Excel Realty Trust, Inc., as Set Forth in the Debtors' Fifteenth
     Omnibus Claims Objection**

     to be served by first class, postage pre-paid and pre-addressed envelopes
     and delivered to U.S. Postal Service for delivery to those persons on the
     Service List attached hereto as Exhibit A. A copy of the served order as
     listed above is attached hereto as Exhibit B.

Dated: January 18, 2007
                                          _____
                                          Kathleen M. Logan

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor
Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers,
Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale
Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc.,
Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman,
Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh,
Inc., and Winn-Dixie Supermarkets, Inc.

Code: 4N

**EXHIBIT A**
**SERVICE LIST**

**SERVICE LIST**

**Agreed Order Disallowing Claim Number 12195**
**Filed by New Plan Excel Realty Trust, Inc. as Set Forth**
**in the Debtors' Fifteenth Omnibus Claims Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 410992-15
NEW PLAN EXCEL REALTY TRUST INC TA
APISON CROSSING, OOLTEWAH, TN
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

**Total:   1**

# EXHIBIT B

Case 3:05-bk-03817-JAF    Doc 14734    Filed 01/18/07    Page 1 of 3

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. [1] | ) | Jointly Administered |
| | ) | |

## AGREED ORDER DISALLOWING CLAIM NUMBER 12195 FILED BY NEW PLAN EXCEL REALTY TRUST, INC. AS SET FORTH IN THE DEBTORS' FIFTEENTH OMNIBUS CLAIMS OBJECTION

This cause originally came before the Court for hearing upon the

Fifteenth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and

twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the

proofs of claim listed on the Exhibits to the Objection.[2] A response to the Objection

was filed by New Plan Excel Realty Trust, Inc. ("New Plan"), as a result of which

the Debtors agreed to continue the Objection with respect to claim no. 12195 filed by

New Plan, among others. On August 24, 2006, the Court entered an order (Docket

No. 10544) sustaining the Objection as to the proofs of claim listed on the exhibits to

the order and continuing the hearing on the Objection as to claim no. 12195 and

other unsecured claims.

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]     All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1.     Claim no. 12195 filed by New Plan is disallowed in its entirety.

3.     The Court shall retain jurisdiction to resolve any disputes arising from

this Order.

Dated this _12_ day of _January_, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY                    BALLARD SPAHR ANDREWS &
                                        INGERSOLL, LLP

By _/s/ James H. Post_____
        James H. Post                   By _/s/ David L. Pollack*_____
                                                David L. Pollack

Florida Bar Number 175460
225 Water Street, Suite 1800            1735 Market Street, 51st Floor
Jacksonville, Florida 32202             Philadelphia, Pennsylvania 19103
(904) 359-7700                          (215) 864-8325
(904) 359-7708 (facsimile)
                                        Counsel for New Plan Excel Realty Trust,
-and-                                   Inc.

SKADDEN, ARPS, SLATE,
MEAGHER
& FLOM LLP

D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Co-Counsel for Reorganized Debtors

* Counsel has authorized his electronic signature

3

692296-New York Server 1A - MSW