UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

WINN-DIXIE STORES, INC., et al.,

    Reorganized Debtors.

Case No. 05-03817-3F1

Chapter 11

/ Jointly Administered

## APPLICATION FOR THE ALLOWANCE OF PROFESSIONAL FEES AND COSTS

Plaintiff/Creditor, ELISA PROPER, by and through her undersigned counsel, PAPA & GIPE, P.A., hereby move for professional fees and costs in pursuant to Chapter 11, Section 503 and in accordance with Section 12(a) of the Plan of Reorganization in the above-styled cause, hereinafter referred to as "the Plan", files this its Application for the Allowance of Professional Fees and Costs and, in support thereof, state as follows:

1. Counsel for Plaintiff/Creditor, PAPA & GIPE, P.A. has expended professional fees and costs in connection with pursuing a claim on behalf of the Plaintiff/Creditor, ELISA PROPER, in regards to a slip and fall she suffered in Winn-Dixie Stores, Store number 12-0644-015, on July 1, 2002.

2. Professional fees have been incurred and will continue to be incurred in bringing a claim against Reorganized Debtor, WINN-DIXIE STORES, INC. on behalf of Plaintiff/Creditor ELISA PROPER.

3. Costs have also been incurred and will continue to be incurred in bringing a claim against Reorganized Debtor, WINN-DIXIE STORES, INC. on behalf of Plaintiff/Creditor, ELISA PROPER.

4.   Incurring such professional fees and costs were necessary and benefited the Plaintiff/Creditor, ELISA PROPER.

WHEREFORE, Counsel for the Plaintiff/Creditor, ELISA PROPER, prays that this Court enter an Order allowing and authorizing the reimbursement of professional fees and costs and grant any other relief as this Court deems just.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail or electronically this 16th day of January, 2007, to: Logan & Company, 546 Valley Road, Upper Montclair, NJ 07043, D.J. Baker, Esq., Skadden, Arps, et al, Four Times Square, New York, New York 10036, James Post, Esq, Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202, Matthew Barr, Esq., Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, NY 10005 and Jennifer Marino, Esq., Fowler White, P.O. Box 1438, Tampa, FL 33601.

R. STANLEY GIPE, ESQ.
PAPA & GIPE, P.A.
1724 Gulf to Bay Blvd.
Clearwater, FL 33755
PH: 727-461-4357
FAX: 727-443-3030
Florida Bar No. 0187607
Attorney for Plaintiff/Creditor

/slr