## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Reorganized Debtors.[1] | ) Jointly Administered |
| | ) |

### DEBTORS' OBJECTION TO CLAIMS FILED BY ZSF/WD FITZGERALD, LLC, ZSF/WD HAMMOND, LLC, ZSF/WD JACKSONVILLE, LLC, ZSF/WD MONTGOMERY-31, LLC, ZSF/WD OPA LOCKA, LLC, ZSF/WD ORLANDO, LLC, ZSF/WD BARSTOW, LLC, ZSF/WD CLAYTON, LLC, ZSF/WD MONTGOMERY-GUNTER, LLC, ZSF/WD GREENVILLE, LLC, ZSF/WD HIGH POINT, LLC AND ZSF/WD SARASOTA (CLAIM NOS. 13646, 13647, 13648, 13649, 13650, 13651, 13652, 13653, 13654, 13655, 13656, 13657, 13658, 13659, 13660, 13661, 13662, AND 13663)

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as reorganized debtors (collectively, the "Debtors"), object upon the grounds specified below to the allowance of Claim Nos. 13646, 13647, 13648, 13649, 13650, 13651, 13652, 13653, 13654, 13655, 13656, 13657, 13658, 13659, 13660, 13661, 13662, and 13663 (collectively, the "Claims") filed by ZSF/WD Fitzgerald, LLC, ZSF/WD Hammond, LLC, ZSF/WD Jacksonville, LLC, ZSF/WD Montgomery-31, LLC, ZSF/WD Opa Locka, LLC, ZSF/WD Orlando, LLC, ZSF/WD Barstow, LLC, ZSF/WD Clayton, LLC, ZSF/WD Montgomery-Gunter, LLC, ZSF/WD Greenville, LLC, ZSF/WD High Point, LLC and ZSF/WD Sarasota (collectively, "Zurich"), which Claims were filed against Winn-Dixie Stores, Inc., Sunbelt Products, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Raleigh, Inc., and/or Deep South Products, Inc., each of which were Debtors in these cases.  In

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

making these objections, the Debtors reserve the right, without waiver, to assert further or additional objections to the Claims.

1.      The Debtors deny liability on the debt alleged in the Claims.

2.      The Debtors dispute the amount of the debt alleged in the Claims.

3.      To the extent the Claims seek amounts that arose prior to the commencement of the Debtors' bankruptcy cases, they are untimely and, thus, time barred.

4.      To the extent the Claims seek amounts that arose after the commencement of the Debtors' bankruptcy cases, the Claims constitute administrative claims that must be filed in accordance with the procedures established in these cases for the assertion of such claims.

5.      Notwithstanding the foregoing, the Debtors and Zurich have been discussing a potential settlement of the Claims and remain optimistic that the parties will be able to resolve the Claims and this Objection without the necessity of a hearing.  Should, however, a hearing prove necessary, the Debtors or Zurich will provide adequate notice of such hearing to parties in interest.

Dated:  January 19, 2007

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By     */s/ D. J. Baker*
       D. J. Baker
       Sally McDonald Henry
       Rosalie Walker Gray
       Adam S. Ravin
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Co-Counsel for Reorganized Debtors

SMITH HULSEY & BUSEY

By     */s/ James H. Post*
       Stephen D. Busey
       James H. Post (FBN 175460)
       Cynthia C. Jackson
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Reorganized Debtors

**<u>Certificate of Service</u>**

I certify that a copy of this documents has been furnished electronically and/or by mail to (i) Zurich, c/o Gordon Z. Novod, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 and (ii) United States Trustee, 135 West Central Boulevard, Room 620, Orlando, Florida 32801, this 19th day of January, 2007.

*/s/ Adam S. Ravin*
Attorney

691977-New York Server 1A - MSW