**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**NOTICE OF FILING**

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates, as reorganized debtors, give notice of filing the attached Third Interim and Final Application of Stuart, Maue, Mitchell & James for Allowance of Fees and Expenses, for the interim application period from October 1, 2006 through November 21, 2006 and final application period from December 1, 2005 through November 21, 2006.

Dated: January 19, 2007

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By  *s/ D. J. Baker*  <br>     D. J. Baker <br>     Sally McDonald Henry <br>     Rosalie Gray | By  *s/ Cynthia C. Jackson*  <br>     Stephen D. Busey <br>     James H. Post <br>     Cynthia C. Jackson (FBN 498882) |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (917) 777-2150 (facsimile) <br> djbaker@skadden.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida  32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

00554868

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**SUMMARY OF THIRD INTERIM AND FINAL APPLICATION
OF STUART, MAUE, MITCHELL & JAMES
FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED**

1. Name of Applicant:  Stuart, Maue, Mitchell & James

2. Role of Applicant:  Fee Examiner

3. Date of Order Approving Employment:  December 14, 2005 (effective as of December 1, 2005)

4. Period for which Interim Compensation and Reimbursement is sought:  October 1, 2006 – November 21, 2006

5. Amount of Interim Compensation requested:  $ 144,114.00

6. Amount of Interim Expense Reimbursement Requested:  $ 1,590.70

7. Period for which Final Compensation and Reimbursement is sought:  December 1, 2005 – November 21, 2006

8. Amount of Final Compensation Requested:  $1,541,562.00

9. Amount of Final Expense Reimbursement Requested:  $ 8,045.73

This is an interim and final application.

Prior Applications:

| Period Covered | Requested | | Awarded | |
| --- | --- | --- | --- | --- |
| | Fees | Expenses | Fees | Expenses |
| December 1, 2005 – May 31, 2006 | $870,896.00 | $1,857.13 | $870,896.00 | $1,857.13 |
| June 1, 2006 – September 30, 2006 | $526,552.00 | $4,597.90 | $526,552.00 | $4,597.90 |

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**THIRD INTERIM AND FINAL APPLICATION OF
STUART, MAUE, MITCHELL & JAMES, FEE EXAMINER,
FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES**

Stuart, Maue, Mitchell & James ("Stuart Maue"), as Fee Examiner, in the above-captioned cases, submits this third interim and final application (the"Application") for allowance and payment of interim and final compensation for services rendered and reimbursement of expenses, pursuant to 11 U.S.C. §§ 330 and 331 and Fed. R. Bankr. P. 2016. In support of this Application, Stuart Maue respectfully states:

**Introduction**

1. On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of New York (the "New York Court"). By Order dated April 13, 2005, the New York Court transferred venue of these cases to

1

this Court. The Debtors' cases are being jointly administered for procedural purposes only.

2. On August 10, 2005, the Court ordered the appointment of a fee examiner, pursuant to the Order Granting the Motion to Appoint Fee Examiner.

3. On December 14, 2005, the Court entered an order authorizing the employment and retention of Stuart Maue to serve as fee examiner in the jointly-administered cases effective as of December 1, 2005.

4. On November 9, 2006, the Court entered an Order confirming the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Plan") with an effective date of November 21, 2006.

## Services Rendered by Stuart Maue

5. The services rendered by Stuart Maue in connection with these matters included the review and analysis of the interim and final fee applications submitted by the case professionals and the monthly statements submitted by professionals retained by Wachovia Bank, N.A., in its capacity as agent for itself and other post-petition lenders (the "Agent"); the preparation of initial written reports; the review of the responses prepared by the case professionals and Agent to the initial written reports, and the preparation and filing of final written reports of the review and analysis performed by Stuart Maue.

   (a) **Review and Analysis of Professional Fees.** The review and analysis of the professionals' fee applications were pursuant to the applicable standards of 11 U.S.C. §§ 330 and 331, the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), the local rules of this Court (the "Local Rules"), and the United States Trustee Guidelines for Reviewing Applications for the Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "U.S. Trustee Guidelines"). The statements submitted by the professionals retained by the Agent are reviewed and analyzed pursuant to a reasonableness standard as referenced in 11 U.S.C. § 328 and the Bankruptcy Rules.

(b) **Initial Report.** Stuart Maue prepared initial written reports of the review and analysis of the interim fee applications filed by the case professionals and the monthly statements of the Agent and provided those reports to the case professional or professionals for the Agent, and the United States Trustee for review prior to completing a final written report. Each professional was given an opportunity to provide a written response to and discuss the initial report with Stuart Maue.

(c) **Final Report.** Upon completion of the review of the professionals' responses and reconsideration of the initial reports, Stuart Maue prepared the final report of the review and analysis of the fee applications and the monthly statements of the Agent and caused those reports to be filed with the Court.

### Prior Stuart Maue Fee Applications

6. The First Interim Fee Application filed by Stuart Maue covered the period from December 1, 2005, through May 31, 2006, and requested fees in the

amount of $870,896.00 and reimbursement of expenses in the amount of $1,857.13. An Order approving the requested fees and expenses was entered by the Court on August 10, 2006. Stuart Maue has received payment in the amount of $872,753.13 for fees and expenses requested for the First Interim Fee Application.

7. The Second Interim Fee Application filed by Stuart Maue covered the period from June 1, 2006, through September 30, 2006, and requested fees in the amount of $526,552.00 and reimbursement of expenses in the amount of $4,597.90. An Order approving the requested fees and expenses was entered by the Court on December 1, 2006. Stuart Maue has received payment in the amount of $531,149.90 for fees and expenses requested in the Second Interim Fee Application.

### Compensation and Reimbursement Requested by Stuart Maue

8. By this Third Interim Fee Application, Stuart Maue, requests interim compensation of $144,114.00 for services rendered and reimbursement of expenses of $1,590.70 incurred in connection with this case for the period from October 1, 2006, through November 21, 2006.

9. During the interim period from October 1, 2006, through November 21, 2006, Stuart Maue billed 566.40 hours for the examination of professional fees and expenses in connection with the jointly administered cases. Attached as Schedule A are the time entries recorded chronologically and in time increments of tenths of an hour setting forth a detailed description of the services performed by all Stuart Maue timekeepers.

10. Attached as Schedule B is a summary of the total time billed by each Stuart Maue timekeeper during the period from October 1, 2006, through and including November 21, 2006, together with a computation of the value of the time at the ordinary hourly rates of Stuart Maue in effect during the time the services were rendered. The fees requested by this application were determined by the computation of the total time at those ordinary hourly rates. The hourly rates of the timekeepers did not change during the interim compensation period.

11. In connection with the rendering of these services, Stuart Maue advanced expenses for photocopying and express delivery charges in the amount of $1,590.70, for which reimbursement is requested. These expenses are described more particularly in the attached Schedule A.

12. In accordance with the Final Order Approving Interim Compensation Procedures for Professionals entered by the New York Court on March 15, 2005 (the "Fee Order"), Stuart Maue has been paid $78,725.70 by the Debtors, which includes $77,888.00 (80% of $97,360.00) for services rendered and $837.70 (100% of $837.70) of the expenses incurred for the period of October 1, 2006, through October 31, 2006.

13. The compensation and reimbursement of expenses sought by this Application includes $19,472.00, which represents the holdback amount (20%) for the period of October 1, 2006, through October 31, 2006, and $46,754.00, which represents the total compensation (representing 100%) for services rendered and $753.00 (representing 100%) for reimbursement of expenses incurred for the period from November 1, through and including November 21, 2006.

14. By this Final Application, Stuart Maue requests final compensation of $1,541,562.00 for services rendered and reimbursement of expenses of $8,045.73 incurred in connection with this case for the period from December 1, 2005, through and including November 21, 2006.

WHEREFORE, Stuart Maue respectfully requests the Court to enter an Order (i) approving the third interim compensation in the amount of $144,114.00 for services rendered and in the amount $1,590.70 for reimbursement of expenses for the period from October 1, 2006, through November 21, 2006, for a total award of $145,704.70; (ii) authorizing and directing the Debtors to pay to Stuart Maue $66,979.00, which represents the unpaid balance of compensation in the amount of $66,226.00 and the unpaid expenses in the amount of $753.00 incurred during the period from October 1, 2006, through November 21, 2006; (iii) approving the allowance of final compensation for services rendered in the amount of $1,541,562.00 and the final reimbursement of expenses in the amount of $8,045.73, less any sums previously paid for the period from December 1, 2005, through and including November 21, 2006; and (iv) granting such further relief as this Court deems just and proper.

Dated: January 18, 2006

STUART MAUE MITCHELL JAMES

By _____
Linda K. Cooper
3840 McKelvey Road
St. Louis, MO 63044
(314) 291-3030
(314) 291-6546 (facsimile)
l.cooper@smmj.com

Fee Examiner