

**STUART/MAUE**
LEGAL COST MANAGEMENT

Laurence B. Appel
**Senior Vice President and General Counsel**

**Winn-Dixie Stores, Inc.**
**5050 Edgewood Court**
**Jacksonville, FL. 32254**

**Invoice Date: 11/14/2006**
**Invoice Number: R131 - 1019268**
**Matter Number: 1019268**
**Firm: Akerman Senterfitt**
**Period: Third Interim Application**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2006** | | | | |
| 10/24/2006 | KCT | 0.50 | Reviewed initial report and prepared draft of final report. | 137.50 |
| 10/25/2006 | LKC | 0.90 | Review and revise draft of final audit report for Akermann third interim fee application. | 247.50 |
| | | 0.30 | Review final audit report and exhibits for third application with PSS. | 82.50 |
| | | 0.10 | Draft e-mail to Kim Ward at Smith Hulsey regarding notice of filling for Akerman report. | 27.50 |
| 10/25/2006 | PSS | 0.30 | Review final report and exhibits with LKC. | 82.50 |
| | | 0.20 | Final review of final report for Akerman WD3. | 55.00 |

|  |  |
|---|---|
| **2.30** | **$632.50** |

*STUART/MAUE*
LEGAL COST✓MANAGEMENT

Winn-Dixie Stores, Inc.

**Invoice Date: 11/14/2006**
**Invoice Number: R131 - 1019268**
**Matter Number: 1019268**
**Firm: Akerman Senterfitt**
**Period: Third Interim Application**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2006** | | | | |
| **Legal Auditors** | | | | |
| Linda K. Cooper | LKC | 275.00 × | 1.30 = | $357.50 |
| Pamela S. Snyder | PSS | 275.00 × | 0.50 = | $137.50 |
| Kathy C. Tahan | KCT | 275.00 × | 0.50 = | $137.50 |
| | **Total for Legal Auditors:** | | 2.30 | $632.50 |
| | **Total Hours Worked:** | | 2.30 | |
| | **Total Hours Billed:** | | 2.30 | $632.50 |

*STUART/MAUE*
LEGAL COST √ MANAGEMENT

Winn-Dixie Stores, Inc.

**Invoice Date: 11/14/2006**
**Invoice Number: R131 - 1020273**
**Matter Number: 1020273**
**Firm: Akerman Senterfitt**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| For Professional Services through 10/31/2006 | | | | |
| 10/16/2006 | JLM | 1.00 | Akerman Format and load electronic data into database. | 65.00 |
| 10/18/2006 | JLM | 1.00 | Akerman Format and load electronic data into database. | 65.00 |
| | | **2.00** | | **$130.00** |

*STUART/MAUE*
LEGAL COST ⅤMANAGEMENT

| Winn-Dixie Stores, Inc. | | | Invoice Date: 11/14/2006 Invoice Number: R131 - 1020273 Matter Number: 1020273 Firm: Akerman Senterfitt | |
|---|---|---|---|---|
| Name | Initials | Rate | Hours | Amount |

**For Professional Services through 10/31/2006**

**Data Entry**

| | | | | |
|---|---|---|---|---|
| Jennifer L. Minzghor | JLM | 65.00 x | 2.00 = | $130.00 |
| | | **Total for Data Entry:** | 2.00 | $130.00 |
| | | **Total Hours Worked:** | 2.00 | |
| | | **Total Hours Billed:** | 2.00 | $130.00 |



Winn-Dixie Stores, Inc.

Invoice Date: 11/14/2006
Invoice Number: R131 - 1019269
Matter Number: 1019269
Firm: Blackstone Group L.P.

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2006** | | | | |
| 10/12/2006 | PSS | 4.10 | Review response including additional expense information provided by the firm and revise report. | 1,127.50 |
| 10/18/2006 | LKC | 0.50 | Review response from Blackstone to fourth interim period. | 137.50 |
| | | 1.20 | Review and revise final audit report and exhibits for fourth interim period. | 330.00 |
| | | 1.10 | Review final audit report and exhibits with PSS. | 302.50 |
| 10/18/2006 | PSS | 0.20 | Final review of final report. | 55.00 |
| | | 1.10 | Review final report and exhibits with LKC. | 302.50 |
| 10/20/2006 | PSS | 0.30 | Review credits from BLACK-WD4 issued in September 2006 monthly statement. | 82.50 |
| | | **8.50** | | **$2,337.50** |

*STUART/MAUE*
LEGAL COST\/MANAGEMENT

| Winn-Dixie Stores, Inc. | | | | Invoice Date: 11/14/2006 |
| | | | | Invoice Number: R131 - 1019269 |
| | | | | Matter Number: 1019269 |
| | | | | Firm: Blackstone Group L.P. |

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2006** | | | | |
| **Legal Auditors** | | | | |
| Linda K. Cooper | LKC | 275.00 x | 2.80 = | $770.00 |
| Pamela S. Snyder | PSS | 275.00 x | 5.70 = | $1,567.50 |
| | **Total for Legal Auditors:** | | 8.50 | $2,337.50 |
| | **Total Hours Worked:** | | 8.50 | |
| | **Total Hours Billed:** | | 8.50 | $2,337.50 |

# STUART/MAUE
LEGAL COST √ MANAGEMENT

**Winn-Dixie Stores, Inc.**

**Invoice Date: 11/14/2006**
**Invoice Number: R131 - 1020274**
**Matter Number: 1020274**
**Firm: Blackstone Group L.P.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| For Professional Services through 10/31/2006 | | | | |
| 10/17/2006 | KEE | 1.70 | Format and load electronic data into database. | 110.50 |
| 10/20/2006 | JLM | 1.50 | Balckstone Format and load electronic data into database expenses for September. | 97.50 |
| | | **3.20** | | **$208.00** |

*STUART/MAUE*
LEGAL COST \ MANAGEMENT

| Winn-Dixie Stores, Inc. | | | Invoice Date: 11/14/2006 |
| | | | Invoice Number: R131 - 1020274 |
| | | | Matter Number: 1020274 |
| | | | Firm: Blackstone Group L.P. |

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2006** | | | | |
| **Data Entry** | | | | |
| Karen E. Ellsworth | KEE | 65.00 x | 1.70 = | $110.50 |
| Jennifer L. Minzghor | JLM | 65.00 x | 1.50 = | $97.50 |
| | | **Total for Data Entry:** | **3.20** | **$208.00** |
| | | **Total Hours Worked:** | **3.20** | |
| | | **Total Hours Billed:** | **3.20** | **$208.00** |



**STUART/MAUE**
LEGAL COST MANAGEMENT

**Winn-Dixie Stores, Inc.**

Invoice Date: 11/14/2006
Invoice Number: R131 - 1020373
Matter Number: 1020373
Firm: Carlton Fields

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2006** | | | | |
| 10/11/2006 | KCT | 0.30 | Reviewed and analyzed potential redacted fee entries. | 82.50 |
| | | 0.10 | Reviewed and edited initial report. | 27.50 |
| 10/23/2006 | KCT | 0.10 | Conferred with LKC regarding initial report. | N/C |
| 10/23/2006 | LKC | 0.40 | Review first interim fee application and redacted entries. | 110.00 |
| | | 3.90 | Review and analyze classification of fee entries for compliance with billing guidelines. | 1,072.50 |
| | | 1.10 | Review, identify, and split blocked and combined entries. | 302.50 |
| 10/24/2006 | LKC | 1.10 | Revise preliminary draft of audit report for first interim period | 302.50 |
| 10/24/2006 | PSS | 1.30 | Prepare exhibits to accompany initial report. | 357.50 |
| 10/25/2006 | PSS | 0.40 | Continue to prepare exhibits to accompany initial report. | 110.00 |
| | | 1.40 | Revise initial report to include amounts from the accompanying exhibits. | 385.00 |
| 10/26/2006 | LKC | 0.40 | Review draft of audit report for first interim period with PSS. | 110.00 |
| 10/26/2006 | PSS | 0.40 | Review initial report and exhibits with LKC. | 110.00 |
| 10/30/2006 | LKC | 0.40 | Review and revise final draft of audit report for first interim period. | 110.00 |
| 10/30/2006 | PSS | 0.40 | Final review of initial report. | 110.00 |

**11.70**                    **$3,190.00**



**STUART/MAUE**
LEGAL COST MANAGEMENT

Winn-Dixie Stores, Inc.

Invoice Date: 11/14/2006
Invoice Number: R131 - 1020373
Matter Number: 1020373
Firm: Carlton Fields

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| For Professional Services through 10/31/2006 | | | | |
| **Legal Auditors** | | | | |
| Linda K. Cooper | LKC | 275.00 x | 7.30 = | $2,007.50 |
| Pamela S. Snyder | PSS | 275.00 x | 3.90 = | $1,072.50 |
| Kathy C. Tahan | KCT | 0.00 x | 0.10 = | $0.00 |
| Kathy C. Tahan | KCT | 275.00 x | 0.40 = | $110.00 |
| | **Total for Legal Auditors:** | | 11.70 | $3,190.00 |
| | **Total Hours Worked:** | | 11.70 | |
| | **Total Hours Billed:** | | 11.60 | $3,190.00 |



**STUART/MAUE**
LEGAL COST MANAGEMENT

**Winn-Dixie Stores, Inc.**

Invoice Date: 11/14/2006
Invoice Number: R131 - 1020393
Matter Number: 1020393
Firm: Carlton Fields

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2006** | | | | |
| 10/11/2006 | KCT | 0.60 | Reviewed and analyzed potential redacted fee entries. | 165.00 |
| | | 0.10 | Reviewed and edited initial report. | 27.50 |
| 10/24/2006 | LKC | 0.60 | Review second interim fee application and redacted invoices. | 165.00 |
| | | 2.80 | Review and analyze classification of fee entries for compliance with billing guidelines. | 770.00 |
| 10/25/2006 | LKC | 1.50 | Review and analyze combined and blocked fee entries. | 412.50 |
| | | 2.30 | Continue to review and analyze classification of fee entries for compliance with billing guidelines. | 632.50 |
| | | 1.40 | Review and revise preliminary draft of audit report for second interim period. | 385.00 |
| 10/25/2006 | PSS | 2.30 | Prepare exhibits to accompany initial report. | 632.50 |
| | | 0.90 | Revise initial report to include amounts from the accompanying exhibits. | 247.50 |
| 10/26/2006 | LKC | 0.40 | Review draft of audit report for second interim period with PSS. | 110.00 |
| 10/26/2006 | PSS | 0.40 | Review initial report and exhibits with LKC. | 110.00 |
| 10/30/2006 | LKC | 0.30 | Review and revise final draft of audit report for second interim period. | 82.50 |
| 10/30/2006 | PSS | 0.20 | Final review of initial report. | 55.00 |

**13.80**                                                                                    **$3,795.00**



**STUART MAUE**
LEGAL COST MANAGEMENT

| | | | Invoice Date: 11/14/2006 |
|---|---|---|---|
| Winn-Dixie Stores, Inc. | | | Invoice Number: R131 - 1020393 |
| | | | Matter Number: 1020393 |
| | | | Firm: Carlton Fields |

| Name | Initials | Rate | Hours | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2006** | | | | |
| **Legal Auditors** | | | | |
| Linda K. Cooper | LKC | 275.00 x | 9.30 = | $2,557.50 |
| Pamela S. Snyder | PSS | 275.00 x | 3.80 = | $1,045.00 |
| Kathy C. Tahan | KCT | 275.00 x | 0.70 = | $192.50 |
| | **Total for Legal Auditors:** | | 13.80 | $3,795.00 |
| | **Total Hours Worked:** | | 13.80 | |
| | **Total Hours Billed:** | | 13.80 | $3,795.00 |



**Winn-Dixie Stores, Inc.**

**Invoice Date: 11/14/2006**
**Invoice Number: R131 - 1020394**
**Matter Number: 1020394**
**Firm: Carlton Fields**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2006** | | | | |
| 10/02/2006 | KCT | 0.20 | Reviewed and analyzed fee entries related to travel. | 55.00 |
| | | 1.30 | Reviewed and analyzed fee entries related to nonfirm multiple attendance. | 357.50 |
| | | 0.60 | Continued to review and analyze fee entries related to conferences with particular attention to "advise," "instruct," and "coordinate." | 165.00 |
| | | 0.20 | Reviewed and analyzed fee entries related to vague conferences. | 55.00 |
| | | 0.70 | Reviewed and analyzed fee entries related to nonfirm conferences. | 192.50 |
| | | 0.30 | Continued to review and analyze fee entries related to intraoffice multiple attendance. | 82.50 |
| | | 0.10 | Reviewed and analyzed fee entries related to personnel billing less than 10.00 hours. | 27.50 |
| | | 0.90 | Reviewed and analyzed fee entries related to intraoffice multiple attendance. | 247.50 |
| | | 1.00 | Reviewed and analyzed fee entries related to intraoffice conferences. | 275.00 |
| 10/03/2006 | CJS | 0.50 | Make corrections to task descriptions for KCT. | N/C |
| 10/03/2006 | KCT | 0.40 | Reviewed and analyzed fee entries related to legal research. | 110.00 |
| | | 0.30 | Reviewed and analyzed fee entries related to case professional retention. | 82.50 |
| | | 0.40 | Reviewed and analyzed fee entries related to split and combined activities. | 110.00 |
| | | 0.30 | Continued to review and analyze fee entries related to administrative/clerical activity. | 82.50 |
| | | 2.30 | Reviewed and analyzed fee entries related to adminstrative/clercial activity. | 632.50 |
| | | 0.10 | Continued to review and analyze fee entries related to nonfirm multiple attendance. | 27.50 |
| | | 0.30 | Continued to review and analyze fee entries related to multiple attendance at intraoffice conferences and nonfirm conferences. | 82.50 |
| | | 0.10 | Reviewed and analyzed fee entries related to long billing days. | 27.50 |
| | | 0.30 | Reviewed and analyzed fee entries related to double billing. | 82.50 |
| | | 0.10 | Continued to review and analyze fee entries related to legal research. | 27.50 |
| | | 0.20 | Reviewed and analyzed fee entries related to administrative/clerical activity by professional and paraprofessional. | 55.00 |
| | | 0.50 | Continued to review and analyze fee entries related to split and combined activities. | 137.50 |
| | | 0.40 | Reviewed and analyzed fee entries related to other vague activity. | 110.00 |
| 10/05/2006 | CJS | 0.20 | Make corrections to task descriptions for KCT. | N/C |
| 10/05/2006 | KCT | 0.40 | Continued to review and analyze fee entries related to legal research in particular with regard to review of law. | 110.00 |
| | | 0.20 | Continued to review and analyze fee entries related to vague conferences. | 55.00 |
| | | 0.40 | Reviewed and analyzed fee entries related to split and combined fee entries. | 110.00 |



**Winn-Dixie Stores, Inc.**

**Invoice Date: 11/14/2006**
**Invoice Number: R131 - 1020394**
**Matter Number: 1020394**
**Firm: Carlton Fields**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2006** | | | | |
| | | 0.20 | Reviewed and analyzed fee entries related to vague conferences. | 55.00 |
| | | 0.30 | Reviewed and analyzed fee entries related to imbedded time. | 82.50 |
| | | 1.10 | Reviewed and analyzed fee entries related to blocked billing. | 302.50 |
| | | 0.10 | Continued to review and analyze fee entries related to other vague activity. | 27.50 |
| | | 0.10 | Reviewed and analyzed fee entries related to potential time increments and potential missing task descriptions. | 27.50 |
| | | 1.10 | Reviewed and analyzed fee entries related to other vague activity. | 302.50 |
| | | 0.10 | Reviewed and analyzed fee entries related to potential legal research presumably familiar. | 27.50 |
| 10/09/2006 | KCT | 0.40 | Continued to review and analyze fee entries related to split fee entries and conferences. | 110.00 |
| | | 1.00 | Began review of fee application and draft of initial report. | 275.00 |
| | | 1.40 | Continued to review fee application and draft initial report. | 385.00 |
| | | 0.10 | Conferred with LKC regarding redacted fee entries. | 27.50 |
| | | 0.20 | Continued to draft initial report. | 55.00 |
| | | 2.20 | Reviewed and analyzed potential redacted fee entries. | 605.00 |
| 10/11/2006 | KCT | 0.80 | Reviewed and edited initial report. | 220.00 |
| 10/13/2006 | KCT | 0.10 | Continued to review and analyze fee entries related to nonfirm multiple attendance questioned. | 27.50 |
| 10/25/2006 | LKC | 2.00 | Review and analyze combined and blocked fee entries. | 550.00 |
| 10/26/2006 | LKC | 3.40 | Review and analyze classification of fee entries in third application for compliance with billing guidelines. | 935.00 |
| | | 1.80 | Review and revise preliminary draft of audit report for third interim application. | 495.00 |
| 10/26/2006 | PSS | 1.40 | Prepare exhibits to accompany initial report. | 385.00 |
| 10/27/2006 | LKC | 0.60 | Review final draft of audit report and exhibits for third interim period with PSS. | 165.00 |
| 10/27/2006 | PSS | 1.10 | Continue to prepare exhibits to accompany initial report. | 302.50 |
| | | 2.90 | Revise initial report to include amounts agreeing with the accompanying exhibits. | 797.50 |
| | | 0.60 | Review initial report and exhibits with LKC. | 165.00 |
| 10/30/2006 | KCT | 0.60 | Reviewed and edited initial report. | 165.00 |
| 10/30/2006 | PSS | 0.20 | Final review of initial report. | 55.00 |
| 10/31/2006 | LKC | 0.40 | Review and revise final draft of audit report for third interim period. | 110.00 |

**36.90**

**$9,955.00**



Winn-Dixie Stores, Inc.

**Invoice Date: 11/14/2006**
**Invoice Number: R131 - 1020394**
**Matter Number: 1020394**
**Firm: Carlton Fields**

| Name | Initials | Rate | Hours | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2006** | | | | |
| **Legal Auditors** | | | | |
| Linda K. Cooper | LKC | 275.00 ✕ | 8.20 = | $2,255.00 |
| Pamela S. Snyder | PSS | 275.00 ✕ | 6.20 = | $1,705.00 |
| Kathy C. Tahan | KCT | 275.00 ✕ | 21.80 = | $5,995.00 |
| | **Total for Legal Auditors:** | | 36.20 | $9,955.00 |
| **Data Entry** | | | | |
| Connie J. Simms | CJS | 0.00 ✕ | 0.70 = | $0.00 |
| | **Total for Data Entry:** | | 0.70 | $0.00 |
| | **Total Hours Worked:** | | 36.90 | |
| | **Total Hours Billed:** | | 36.20 | $9,955.00 |



**Winn-Dixie Stores, Inc.**

Invoice Date: 11/14/2006
Invoice Number: R131 - 1020395
Matter Number: 1020395
Firm: Carlton Fields

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2006** | | | | |
| 10/06/2006 | FAE | 3.80 | Initial review and classification of task entries related to conferencing. | 1,045.00 |
| 10/09/2006 | FAE | 0.60 | Additional review, revisions, and classifications of task entries related to conferences. | 165.00 |
| 10/09/2006 | KCT | 0.30 | Met with LKC and FFE regarding general fee analysis matters. | N/C |
| 10/11/2006 | KCT | 0.10 | Reviewed and analyzed fee entries related to conferences. | 27.50 |
| | | 0.20 | Continued to review and analyze fee entries related to conferences. | 55.00 |
| | | 0.80 | Continued to review and analyze unclassified fee entries related to conferences. | 220.00 |
| | | 1.00 | Reviewed and analyzed fee entries related to intraoffice conferences. | 275.00 |
| | | 0.30 | Reviewed and analyzed fee entries related to nonfirm conferences. | 82.50 |
| 10/13/2006 | KCT | 0.10 | Reviewed and analyzed fee entries related to nonfirm conferences. | 27.50 |
| | | 1.80 | Reviewed and analyzed fee entries related to intraoffice multiple attendance. | 495.00 |
| | | 1.00 | Reviewed and analyzed fee entries potentially duplicative with fee entries from prior Application. | 275.00 |
| | | 0.70 | Reviewed and analyzed fee entries related to nonfirm multiple attendance. | 192.50 |
| | | 0.20 | Reviewed and analyzed fee entries related to personnel billing 10.00 or fewer hours. | 55.00 |
| | | 0.60 | Reviewed and analyzed fee entries related to administrative/clerical activity. | 165.00 |
| | | 0.90 | Reviewed and analyzed fee entries related to vague conferences. | 247.50 |
| | | 0.40 | Reviewed and analyzed fee entries related to travel. | 110.00 |
| 10/16/2006 | BAM | 0.60 | Split and combine task descriptions in database as directed on printout from KCT. | N/C |
| 10/16/2006 | KCT | 0.30 | Reviewed and analyzed fee entries related to case professional retention. | 82.50 |
| | | 0.20 | Conferred with LKC and PSS regarding fee entries with negative and/or zero entry hours. | 55.00 |
| | | 0.20 | Conferred with LKC and PSS regarding potential billing error(s). | 55.00 |
| | | 1.40 | Review and analyze all unclassified fee entries for other vague activity. | 385.00 |
| | | 0.90 | Reviewed and analyzed fee entries related to legal research. | 247.50 |
| | | 1.00 | Began review of fourth interim fee application and draft of report. | 275.00 |
| | | 0.10 | Reviewed and analyzed fee entries related to administrative/clerical activities by professionals and paraprofessionals. | 27.50 |
| | | 0.30 | Reviewed and analyzed fee entries related to split and combined fee entries. | 82.50 |
| | | 0.50 | Reviewed and analyzed fee entries related to double billing. | 137.50 |
| | | 0.30 | Reviewed and analyzed fee entries related to blocked billing. | 82.50 |
| | | 0.10 | Reviewed and analyzed fee entries related to imbedded time. | 27.50 |
| | | 0.30 | Reviewed and analyzed fee entries related to potential missing task descriptions and time increments. | 82.50 |

*STUART/MAUE*
LEGAL COST √ MANAGEMENT

**Winn-Dixie Stores, Inc.**

Invoice Date: 11/14/2006
Invoice Number: R131 - 1020395
Matter Number: 1020395
Firm: Carlton Fields

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2006** | | | | |
| 10/16/2006 | PSS | 0.40 | Revise entries in database to remove duplicative entries and offsetting credits. | 110.00 |
| 10/19/2006 | KCT | 0.30 | Reviewed and analyzed fee entries related to split activity. | 82.50 |
| | | 1.20 | Reviewed and edited initial report. | 330.00 |
| | | 1.00 | Continued to draft initial report. | 275.00 |
| | | 1.80 | Reviewed fourth interim fee application and drafted initial report. | 495.00 |
| | | 0.10 | Reviewed and analyzed fee entries related to combined activity. | 27.50 |
| 10/25/2006 | PSS | 1.80 | Review task descriptions and split as needed. | 495.00 |
| | | 0.70 | Prepare an exhibit of the entries duplicated in the 3rd and 4th applications. | 192.50 |
| 10/26/2006 | LKC | 0.40 | Review fee application and invoices for fourth interim period. | 110.00 |
| 10/26/2006 | PSS | 0.80 | Review task descriptions and split as needed. | 220.00 |
| 10/27/2006 | LKC | 4.80 | Review and analyze classification of firm entries for compliance with billing guidelines. | 1,320.00 |
| | | 0.70 | Review and identify blocked entries. | 192.50 |
| | | 1.80 | Review and revise preliminary draft of audit report for fourth interim period. | 495.00 |
| 10/27/2006 | PSS | 0.50 | Review and revise initial report and exhibits. | 137.50 |
| 10/30/2006 | KCT | 0.60 | Reviewed and edited initial report. | 165.00 |
| 10/30/2006 | LKC | 1.80 | Review audit report and exhibits for fourth interim period with PSS. | 495.00 |
| 10/30/2006 | PSS | 3.30 | Prepare exhibits to accompany initial report. | 907.50 |
| | | 1.30 | Review initial report and exhibits with LKC. | 357.50 |
| | | 1.40 | Revise initial report to include amounts agreeing with the accompanying exhibits. | 385.00 |
| | | 0.20 | Final review of initial report. | 55.00 |
| 10/31/2006 | LKC | 0.40 | Draft letter to J. Silver regarding redacted entries in audit reports. | 110.00 |

| | | 44.30 | | $11,935.00 |

## STUART MAUE
LEGAL COST MANAGEMENT

| | | | | |
|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | | | **Invoice Date: 11/14/2006** | |
| | | | **Invoice Number: R131 - 1020395** | |
| | | | **Matter Number: 1020395** | |
| | | | **Firm: Carlton Fields** | |

| Name | Initials | Rate | Hours | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2006** | | | | |
| **Legal Auditors** | | | | |
| Linda K. Cooper | LKC | 275.00 × | 9.90 = | $2,722.50 |
| Felica A. Ezell-Flewellen | FAE | 275.00 × | 4.40 = | $1,210.00 |
| Pamela S. Snyder | PSS | 275.00 × | 10.40 = | $2,860.00 |
| Kathy C. Tahan | KCT | 0.00 × | 0.30 = | $0.00 |
| Kathy C. Tahan | KCT | 275.00 × | 18.70 = | $5,142.50 |
| | **Total for Legal Auditors:** | | 43.70 | $11,935.00 |
| **Data Entry** | | | | |
| Beverly A. Moore | BAM | 0.00 × | 0.60 = | $0.00 |
| | **Total for Data Entry:** | | 0.60 | $0.00 |
| | **Total Hours Worked:** | | 44.30 | |
| | **Total Hours Billed:** | | 43.40 | $11,935.00 |

*STUART/MAUE*
LEGAL COST √ MANAGEMENT

**Winn-Dixie Stores, Inc.**

Invoice Date: 11/14/2006
Invoice Number: R131 - 1020194
Matter Number: 1020194
Firm: Houlihan, Lokey, Howard & Zukin
Capital

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2006** | | | | |
| 10/30/2006 | FAE | 3.50 | Review and edit final report. | 962.50 |
| 10/30/2006 | KCT | 2.10 | Reviewed firm's response to initial report and drafted final report. | 577.50 |
| 10/31/2006 | PSS | 3.00 | Review response from the firm and revise report. | 825.00 |
| | | **8.60** | | **$2,365.00** |



STUART MAUE
LEGAL COST / MANAGEMENT

Winn-Dixie Stores, Inc.

Invoice Date: 11/14/2006
Invoice Number: R131 - 1020194
Matter Number: 1020194
Firm: Houlihan, Lokey, Howard & Zukin
Capital

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2006** | | | | |
| **Legal Auditors** | | | | |
| Felica A. Ezell-Flewellen | FAE | 275.00 × | 3.50 = | $962.50 |
| Pamela S. Snyder | PSS | 275.00 × | 3.00 = | $825.00 |
| Kathy C. Tahan | KCT | 275.00 × | 2.10 = | $577.50 |
| | | **Total for Legal Auditors:** | 8.60 | $2,365.00 |
| | | **Total Hours Worked:** | 8.60 | |
| | | **Total Hours Billed:** | 8.60 | $2,365.00 |



Winn-Dixie Stores, Inc.

**Invoice Date: 11/14/2006**
**Invoice Number: R131 - 1019874**
**Matter Number: 1019874**
**Firm: Jefferies & Company, Inc.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2006** | | | | |
| 10/17/2006 | LKC | 1.30 | Draft final audit report for Jeffries & Company. | 357.50 |
| | | 0.40 | Review response from Latham & Watkins on behalf of Jefferies & Co. for first interim report. | 110.00 |
| 10/18/2006 | LKC | 0.20 | Review notice of filing for first interim audit report. | 55.00 |
| | | 0.70 | Review final audit report and exhibits with PSS. | 192.50 |
| 10/18/2006 | PSS | 0.80 | Prepare exhibits to accompany final report. | 220.00 |
| | | 0.70 | Review final report and exhibits with LKC. | 192.50 |
| | | 0.20 | Final review of final report. | 55.00 |
| | | **4.30** | | **$1,182.50** |



Winn-Dixie Stores, Inc.

Invoice Date: 11/14/2006
Invoice Number: R131 - 1019874
Matter Number: 1019874
Firm: Jefferies & Company, Inc.

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| For Professional Services through 10/31/2006 | | | | |
| **Legal Auditors** | | | | |
| Linda K. Cooper | LKC | 275.00 X | 2.60 = | $715.00 |
| Pamela S. Snyder | PSS | 275.00 X | 1.70 = | $467.50 |
| | **Total for Legal Auditors:** | | 4.30 | $1,182.50 |
| | **Total Hours Worked:** | | 4.30 | |
| | **Total Hours Billed:** | | 4.30 | $1,182.50 |



**STUART MAUE**
LEGAL COST MANAGEMENT

**Winn-Dixie Stores, Inc.**

Invoice Date: 11/14/2006
Invoice Number: R131 - 1019889
Matter Number: 1019889
Firm: Jenner & Block

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2006** | | | | |
| 10/17/2006 | KEE | 1.30 | Format and load electronic data into database. | 84.50 |
| 10/26/2006 | KCT | 1.30 | Reviewed and analyzed fee entries related to conferences. | 357.50 |
| | | 0.70 | Reviewed and analyzed fee entries related to intraoffice conferences. | 192.50 |
| | | 0.30 | Reviewed and analyzed fee entries related to intraoffice multiple attendance. | 82.50 |
| | | 0.80 | Began review of firm's application for retention. | 220.00 |
| | | 0.70 | Reviewed and analyzed fee entries related to nonfirm conferences, hearings, and other events. | 192.50 |
| 10/26/2006 | PSS | 2.20 | Reconcile fees in electronic data to fees requested on hard copy of fee application. | 605.00 |
| | | **7.30** | | **$1,734.50** |

*STUART/MAUE*
LEGAL COST ∨ MANAGEMENT

Winn-Dixie Stores, Inc.

Invoice Date: 11/14/2006
Invoice Number: R131 - 1019889
Matter Number: 1019889
Firm: Jenner & Block

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| For Professional Services through 10/31/2006 | | | | |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 2.20 = | $605.00 |
| Kathy C. Tahan | KCT | 275.00 x | 3.80 = | $1,045.00 |
| | **Total for Legal Auditors:** | | **6.00** | **$1,650.00** |
| **Data Entry** | | | | |
| Karen E. Ellsworth | KEE | 65.00 x | 1.30 = | $84.50 |
| | **Total for Data Entry:** | | **1.30** | **$84.50** |
| | **Total Hours Worked:** | | **7.30** | |
| | **Total Hours Billed:** | | **7.30** | **$1,734.50** |



Winn-Dixie Stores, Inc.

Invoice Date: 11/14/2006
Invoice Number: R131 - 1020453
Matter Number: 1020453
Firm: Jennis Bowen & Brundage, P.L.

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2006** | | | | |
| 10/03/2006 | FAE | 1.00 | Initial review and classification of task entries related to conferences. | 275.00 |
| | | 0.10 | Classification of task entries associated with intraoffice conferences. | 27.50 |
| | | 0.70 | Review and classification of task entries related conferences with nonfirm personnel. | 192.50 |
| | | 0.30 | Identify and classify task entries related to personnel who billed ten or fewer hours. | 82.50 |
| | | 0.30 | Review task entries associated with retention and compensation. | 82.50 |
| | | 0.30 | Review task entries for legal research. | 82.50 |
| | | 1.00 | Review entries for task descriptions that are related to administration and clerical activities. | 275.00 |
| | | 0.80 | Review and identify task entries associated with conferences with nonfirm personnel, multiple attendance. | 220.00 |
| 10/04/2006 | FAE | 0.80 | Additional review and classification of task entries related to firm retention and compensation. | 220.00 |
| | | 0.30 | Review, assess, and classify task entries related to other firm retention and compensation. | 82.50 |
| | | 0.20 | Additional review and classification of task entries related to administrative and clerical activities. | 55.00 |
| | | 0.10 | Review task entries for potential double billing. | 27.50 |
| | | 0.40 | Review task entries for vaguely described activities. | 110.00 |
| | | 0.30 | Review task entries associated with travel. | 82.50 |
| | | 0.40 | Review and classify blocked task entries. | 110.00 |
| | | 0.10 | Review task entries for entries associated with long billing days. | 27.50 |
| | | 0.20 | Review time increments associated with task entries. | 55.00 |
| | | 3.40 | Begin drafting initial report. | 935.00 |
| | | 0.60 | Review firm's fee application. | 165.00 |
| | | 0.10 | Review task entries for technical billing discrepancies. | 27.50 |
| 10/05/2006 | FAE | 3.60 | Additional drafting of the initial report. | 990.00 |
| | | 3.00 | Review and revise initial report. | 825.00 |
| 10/16/2006 | LKC | 0.50 | Review fee application and attachments for Jennis Bowen first interim fee application. | 137.50 |
| | | 1.40 | Review and analyze classification of fee entries for compliance with billing guidelines. | 385.00 |
| | | 1.20 | Review and revise initial draft of report for first interim period. | 330.00 |
| 10/17/2006 | LKC | 0.50 | Review initial report for first interim period with PSS. | 137.50 |
| 10/17/2006 | PSS | 0.50 | Review initial report and exhibits with LKC. | 137.50 |
| | | 0.20 | Final review of initial report. | 55.00 |
| | | 2.50 | Prepare exhibits to accompany initial report. | 687.50 |
| | | 0.60 | Revise initial report to include amounts from the accompanying exhibits. | 165.00 |

*STUART MAUE*
LEGAL COST ✓ MANAGEMENT

**Winn-Dixie Stores, Inc.**

**Invoice Date: 11/14/2006**
**Invoice Number: R131 - 1020453**
**Matter Number: 1020453**
**Firm: Jennis Bowen & Brundage, P.L.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2006** | | | | |
| | | 25.40 | | $6,985.00 |



**STUART/MAUE**
LEGAL COST/MANAGEMENT

Winn-Dixie Stores, Inc.

Invoice Date: 11/14/2006
Invoice Number: R131 - 1020453
Matter Number: 1020453
Firm: Jennis Bowen & Brundage, P.L.

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2006** | | | | |
| **Legal Auditors** | | | | |
| Linda K. Cooper | LKC | 275.00 x | 3.60 = | $990.00 |
| Felica A. Ezell-Flewellen | FAE | 275.00 x | 18.00 = | $4,950.00 |
| Pamela S. Snyder | PSS | 275.00 x | 3.80 = | $1,045.00 |
| | | **Total for Legal Auditors:** | 25.40 | $6,985.00 |
| | | **Total Hours Worked:** | 25.40 | |
| | | **Total Hours Billed:** | 25.40 | $6,985.00 |



Winn-Dixie Stores, Inc.

Invoice Date: 11/14/2006
Invoice Number: R131 - 1020113
Matter Number: 1020113
Firm: KPMG LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2006** | | | | |
| 10/18/2006 | JLM | 5.30 | KPMG Format and load electronic data into database June, July, and August. | 344.50 |
| 10/18/2006 | KEE | 1.80 | KPMG - Format June electronic data for loading into database. | 117.00 |
| 10/23/2006 | JLM | 2.50 | Winn Dixie Format and load electronic data into database September. | 162.50 |
| 10/23/2006 | KEE | 0.20 | Format electronic data into database. | 13.00 |
| 10/26/2006 | KEE | 0.40 | KPMG - Format and load electronic data re Invoice 606C16 into database. | 26.00 |
| 10/26/2006 | PSS | 2.30 | Reconcile fees in electronic data to fees requested on hard copy of fee application. | 632.50 |
| 10/27/2006 | KEE | 0.20 | Format and reload September electronic data into database. | N/C |
| 10/27/2006 | PSS | 3.10 | Continue to reconcile fees in electronic data to fees requested on hard copy of fee application. | 852.50 |
| 10/31/2006 | PSS | 1.20 | Review revised monthly statement for September 2006 and revise database as necessary. | 330.00 |
| | | **17.00** | | **$2,478.00** |

STUART/MAUE
LEGAL COST √ MANAGEMENT

Winn-Dixie Stores, Inc.

Invoice Date: 11/14/2006
Invoice Number: R131 - 1020113
Matter Number: 1020113
Firm: KPMG LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2006** | | | | |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 6.60 = | $1,815.00 |
| | **Total for Legal Auditors:** | | **6.60** | **$1,815.00** |
| **Data Entry** | | | | |
| Karen E. Ellsworth | KEE | 0.00 x | 0.20 = | $0.00 |
| Karen E. Ellsworth | KEE | 65.00 x | 2.40 = | $156.00 |
| Jennifer L. Minzghor | JLM | 65.00 x | 7.80 = | $507.00 |
| | **Total for Data Entry:** | | **10.40** | **$663.00** |
| | **Total Hours Worked:** | | **17.00** | |
| | **Total Hours Billed:** | | **16.80** | **$2,478.00** |

*STUART/MAUE*
LEGAL COST / MANAGEMENT

Winn-Dixie Stores, Inc.

**Invoice Date: 11/14/2006**
**Invoice Number: R131 - 1020413**
**Matter Number: 1020413**
**Firm: King & Spalding**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2006** | | | | |
| 10/17/2006 | KEE | 1.00 | Format and load electronic data into database. | 65.00 |
| | | 1.00 | | $65.00 |

*STUART/MAUE*
LEGAL COST √ MANAGEMENT

| Winn-Dixie Stores, Inc. | | | Invoice Date: 11/14/2006 Invoice Number: R131 - 1020413 Matter Number: 1020413 Firm: King & Spalding | |
|---|---|---|---|---|
| Name | Initials | Rate | Hours | Amount |

**For Professional Services through 10/31/2006**

**Data Entry**

| | | | | |
|---|---|---|---|---|
| Karen E. Ellsworth | KEE | 65.00 x | 1.00 = | $65.00 |
| | | **Total for Data Entry:** | **1.00** | **$65.00** |
| | | **Total Hours Worked:** | **1.00** | |
| | | **Total Hours Billed:** | **1.00** | **$65.00** |



Winn-Dixie Stores, Inc.

**Invoice Date:** 11/14/2006
**Invoice Number:** R131 - 1019708
**Matter Number:** 1019708
**Firm:** Milbank, Tweed, Hadley & McCloy

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2006** | | | | |
| 10/05/2006 | PSS | 4.60 | Review response including expense documentation provided by the firm and revise report. | 1,265.00 |
| 10/06/2006 | PSS | 3.30 | Continue to review response including expense documentation provided by the firm and revise report. | 907.50 |
| 10/09/2006 | PSS | 4.90 | Continue to review response including expense documentation provided by the firm and revise report. | 1,347.50 |
| 10/10/2006 | PSS | 2.80 | Continue to review response including expense documentation provided by the firm and revise report. | 770.00 |
| 10/11/2006 | PSS | 3.20 | Continue to review response including expense documentation provided by the firm and revise report. | 880.00 |
| 10/23/2006 | KCT | 2.90 | Reviewed firm's response to initial report and drafted final report. | 797.50 |
| | | 0.20 | Reviewed and edited draft of final report. | 55.00 |
| | | 1.30 | Continued to review and edit final report. | 357.50 |
| 10/24/2006 | LKC | 1.30 | Review response from Milbank Tweek to audit report for fourth interim fee application. | 357.50 |
| | | 0.90 | Review final draft of audit report and exhibits for Milbank fourth interim application with PSS. | 247.50 |
| | | 1.10 | Review and revise draft of final audit report for fourth interim period . | 302.50 |
| 10/24/2006 | PSS | 0.40 | Prepare revised exhibits and revise final report based on response. | 110.00 |
| | | 0.90 | Review final report and exhibits with LKC. | 247.50 |
| | | 0.30 | Final review of final report. | 82.50 |
| | | **28.10** | | **$7,727.50** |



*STUART MAUE*
LEGAL COST MANAGEMENT

Winn-Dixie Stores, Inc.

Invoice Date: 11/14/2006
Invoice Number: R131 - 1019708
Matter Number: 1019708
Firm: Milbank, Tweed, Hadley & McCloy

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| For Professional Services through 10/31/2006 | | | | |
| **Legal Auditors** | | | | |
| Linda K. Cooper | LKC | 275.00 x | 3.30 = | $907.50 |
| Pamela S. Snyder | PSS | 275.00 x | 20.40 = | $5,610.00 |
| Kathy C. Tahan | KCT | 275.00 x | 4.40 = | $1,210.00 |
| | **Total for Legal Auditors:** | | 28.10 | $7,727.50 |
| | **Total Hours Worked:** | | 28.10 | |
| | **Total Hours Billed:** | | 28.10 | $7,727.50 |

*STUART/MAUE*
LEGAL COST √ MANAGEMENT

**Winn-Dixie Stores, Inc.**

**Invoice Date: 11/14/2006**
**Invoice Number: R131 - 1020333**
**Matter Number: 1020333**
**Firm: Milbank, Tweed, Hadley & McCloy**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| For Professional Services through 10/31/2006 | | | | |
| 10/19/2006 | JLM | 2.50 | Milbanks - Format and load electronic data into database for June 2006. | 162.50 |
| | | **2.50** | | **$162.50** |

*STUART/MAUE*
LEGAL COST / MANAGEMENT

| Winn-Dixie Stores, Inc. | | | Invoice Date: 11/14/2006<br>Invoice Number: R131 - 1020333<br>Matter Number: 1020333<br>Firm: Milbank, Tweed, Hadley & McCloy | |
|---|---|---|---|---|
| **Name** | **Initials** | **Rate** | **Hours** | **Amount** |
| **For Professional Services through 10/31/2006** | | | | |
| **Data Entry** | | | | |
| Jennifer L. Minzghor | JLM | 65.00 X | 2.50 = | $162.50 |
| | **Total for Data Entry:** | | **2.50** | **$162.50** |
| | **Total Hours Worked:** | | **2.50** | |
| | **Total Hours Billed:** | | **2.50** | **$162.50** |

*STUART/MAUE*
LEGAL COST \/ MANAGEMENT

Winn-Dixie Stores, Inc.

Invoice Date: 11/14/2006
Invoice Number: R131 - 1019870
Matter Number: 1019870
Firm: Otterbourg, Steindler, Houston & Rosen

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| For Professional Services through 10/31/2006 | | | | |
| 10/31/2006 | LKC | 2.10 | Prepare preliminary draft of final report for first interim period. | 577.50 |
| | | 2.10 | | $577.50 |

# STUART/MAUE
### LEGAL COST/MANAGEMENT

Winn-Dixie Stores, Inc.

Invoice Date: 11/14/2006
Invoice Number: R131 - 1019870
Matter Number: 1019870
Firm: Otterbourg, Steindler, Houston & Rosen

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2006** | | | | |
| **Legal Auditors** | | | | |
| Linda K. Cooper | LKC | 275.00 × | 2.10 = | $577.50 |
| | **Total for Legal Auditors:** | | **2.10** | **$577.50** |
| | **Total Hours Worked:** | | **2.10** | |
| | **Total Hours Billed:** | | **2.10** | **$577.50** |

*STUART/MAUE*
LEGAL COST✓MANAGEMENT

**Winn-Dixie Stores, Inc.**

**Invoice Date: 11/14/2006**
**Invoice Number: R131 - 1019871**
**Matter Number: 1019871**
**Firm: Otterbourg, Steindler, Houston & Rosen**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2006** | | | | |
| 10/31/2006 | LKC | 1.40 | Prepare preliminary draft of final report for second interim period. | 385.00 |
| | | **1.40** | | **$385.00** |

*STUART/MAUE*
LEGAL COST/MANAGEMENT

| Winn-Dixie Stores, Inc. | | | Invoice Date: 11/14/2006 Invoice Number: R131 - 1019871 Matter Number: 1019871 Firm: Otterbourg, Steindler, Houston & Rosen | |
|---|---|---|---|---|
| **Name** | **Initials** | **Rate** | **Hours** | **Amount** |
| **For Professional Services through 10/31/2006** | | | | |
| **Legal Auditors** | | | | |
| Linda K. Cooper | LKC | 275.00 ✕ | 1.40 = | $385.00 |
| | **Total for Legal Auditors:** | | **1.40** | **$385.00** |
| | **Total Hours Worked:** | | **1.40** | |
| | **Total Hours Billed:** | | **1.40** | **$385.00** |

*STUART/MAUE*
LEGAL COST / MANAGEMENT

**Winn-Dixie Stores, Inc.**

**Invoice Date: 11/14/2006**
**Invoice Number: R131 - 1019872**
**Matter Number: 1019872**
**Firm: Otterbourg, Steindler, Houston & Rosen**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2006** | | | | |
| 10/31/2006 | LKC | 2.00 | Prepare preliminary draft of final report for third interim period. | 550.00 |
| | | **2.00** | | **$550.00** |

# STUART/MAUE
LEGAL COST/MANAGEMENT

**Winn-Dixie Stores, Inc.**

**Invoice Date: 11/14/2006**
**Invoice Number: R131 - 1019872**
**Matter Number: 1019872**
**Firm: Otterbourg, Steindler, Houston & Rosen**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2006** | | | | |
| **Legal Auditors** | | | | |
| Linda K. Cooper | LKC | 275.00 x | 2.00 = | $550.00 |
| | **Total for Legal Auditors:** | | **2.00** | **$550.00** |
| | **Total Hours Worked:** | | **2.00** | |
| | **Total Hours Billed:** | | **2.00** | **$550.00** |

## STUART/MAUE
LEGAL COST √ MANAGEMENT

**Winn-Dixie Stores, Inc.**

Invoice Date: 11/14/2006
Invoice Number: R131 - 1019873
Matter Number: 1019873
Firm: Otterbourg, Steindler, Houston &
Rosen

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2006** | | | | |
| 10/20/2006 | LKC | 3.30 | Review and analyze classification of firm fee entries for compliance with billing guidelines. | 907.50 |
| | | 0.80 | Review and analyze fee entries that are blocked billed and/or include firm matter code. | 220.00 |
| 10/23/2006 | LKC | 0.90 | Continue to review and analyze fee entries that are blocked and/or include firm matter code. | 247.50 |
| | | 1.60 | Review and revise preliminary draft of audit report for fourth interim period. | 440.00 |
| | | 0.20 | Draft exhibit list for fourth interim audit report. | 55.00 |
| 10/24/2006 | PSS | 2.40 | Prepare exhibits to accompany initial report. | 660.00 |
| | | 0.70 | Revise initial report to include amounts agreeing with the accompanying exhibits. | 192.50 |
| | | **9.90** | | **$2,722.50** |



**STUART MAUE**
LEGAL COST ✓ MANAGEMENT

Winn-Dixie Stores, Inc.

Invoice Date: 11/14/2006
Invoice Number: R131 - 1019508
Matter Number: 1019508
Firm: PricewaterhouseCoopers

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2006** | | | | |
| 10/09/2006 | LKC | 1.70 | Review and analyze classification of firm's billing entries for compliance with billing guidelines. | 467.50 |
| | | 2.00 | Review and revise preliminary draft of audit report for fourth interim period. | 550.00 |
| 10/09/2006 | PSS | 1.20 | Prepare exhibits to accompany initial report. | 330.00 |
| 10/10/2006 | LKC | 0.40 | Reveiw initial audit report for fourth interim period with PSS. | 110.00 |
| | | 0.90 | Review and revise second draft of audit report for fourth interim period. | 247.50 |
| 10/10/2006 | PSS | 2.10 | Revise initial report to include amounts from the accompanying exhibits. | 577.50 |
| | | 0.90 | Prepare a schedule analyzing the reductions provided for prior applications. | 247.50 |
| | | 1.10 | Review initial report and exhibits with LKC. | 302.50 |
| | | 0.10 | Final review of initial report. | 27.50 |
| | | **10.40** | | **$2,860.00** |



STUART MAUE
LEGAL COST MANAGEMENT

Winn-Dixie Stores, Inc.

Invoice Date: 11/14/2006
Invoice Number: R131 - 1019508
Matter Number: 1019508
Firm: PricewaterhouseCoopers

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2006** | | | | |
| **Legal Auditors** | | | | |
| Linda K. Cooper | LKC | 275.00 x | 5.00 = | $1,375.00 |
| Pamela S. Snyder | PSS | 275.00 x | 5.40 = | $1,485.00 |
| | **Total for Legal Auditors:** | | **10.40** | **$2,860.00** |
| | **Total Hours Worked:** | | **10.40** | |
| | **Total Hours Billed:** | | **10.40** | **$2,860.00** |

*STUART/MAUE*
LEGAL COST √ MANAGEMENT

**Winn-Dixie Stores, Inc.**

**Invoice Date: 11/14/2006**
**Invoice Number: R131 - 1020414**
**Matter Number: 1020414**
**Firm: PricewaterhouseCoopers**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2006** | | | | |
| 10/30/2006 | JLM | 0.20 | Update bankruptcy status report July, August, and September. | N/C |
| | | **0.20** | | **$0.00** |

## STUART/MAUE
LEGAL COST / MANAGEMENT

**Winn-Dixie Stores, Inc.**

Invoice Date: 11/14/2006
Invoice Number: R131 - 1020414
Matter Number: 1020414
Firm: PricewaterhouseCoopers

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| For Professional Services through 10/31/2006 | | | | |
| **Data Entry** | | | | |
| Jennifer L. Minzghor | JLM | 0.00 × | 0.20 = | $0.00 |
| | | **Total for Data Entry:** | 0.20 | $0.00 |
| | | **Total Hours Worked:** | 0.20 | |
| | | **Total Hours Billed:** | 0.00 | $0.00 |

## STUART/MAUE
LEGAL COST √ MANAGEMENT

**Winn-Dixie Stores, Inc.**

Invoice Date: 11/14/2006
Invoice Number: R131 - 1020033
Matter Number: 1020033
Firm: Skadden, Arps, Slate, Meagher &
Flom

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2006** | | | | |
| 10/11/2006 | PSS | 4.80 | Review response including additional expense information provided by the firm and revise report. | 1,320.00 |
| 10/12/2006 | PSS | 1.70 | Continue to review response including additional expense information provided by the firm and revise report. | 467.50 |
| 10/20/2006 | KCT | 0.10 | Conferred with PSS about the final report. | N/C |
| | | 3.50 | Reviewed the firm's response to the initial report and drafted the final report. | 962.50 |
| | | 0.50 | Reviewed and edited the final report to the fourth interim fee application. | 137.50 |
| 10/20/2006 | PSS | 0.60 | Prepare revised exhibits and revise final report based on response. | 165.00 |
| 10/23/2006 | KCT | 0.90 | Reviewed and edited final report. | 247.50 |
| 10/23/2006 | LKC | 0.80 | Review response from Skadden Arps to fourth interim audit report. | 220.00 |
| 10/24/2006 | LKC | 1.20 | Review and revise draft of final audit report for fourth interim period. | 330.00 |
| | | 2.00 | Review final draft of audit report and exhibits for fourth interim period with PSS. | 550.00 |
| | | 0.60 | Make additional revisions to final draft of audit report for fourth interim period. | 165.00 |
| 10/24/2006 | PSS | 2.00 | Review final report and exhibits with LKC. | 550.00 |
| | | 0.30 | Final review of final report. | 82.50 |

|  **19.00** | | | | **$5,197.50** |



Winn-Dixie Stores, Inc.

**Invoice Date: 11/14/2006**
**Invoice Number: R131 - 1020033**
**Matter Number: 1020033**
**Firm: Skadden, Arps, Slate, Meagher & Flom**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2006** | | | | |
| **Legal Auditors** | | | | |
| Linda K. Cooper | LKC | 275.00 x | 4.60 = | $1,265.00 |
| Pamela S. Snyder | PSS | 275.00 x | 9.40 = | $2,585.00 |
| Kathy C. Tahan | KCT | 0.00 x | 0.10 = | $0.00 |
| Kathy C. Tahan | KCT | 275.00 x | 4.90 = | $1,347.50 |
| | **Total for Legal Auditors:** | | 19.00 | $5,197.50 |
| | **Total Hours Worked:** | | 19.00 | |
| | **Total Hours Billed:** | | 18.90 | $5,197.50 |

STUART/MAUE
LEGAL COST √ MANAGEMENT

**Winn-Dixie Stores, Inc.**

Invoice Date: 11/14/2006
Invoice Number: R131 - 1020533
Matter Number: 1020533
Firm: Skadden, Arps, Slate, Meagher &
Flom

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| For Professional Services through 10/31/2006 | | | | |
| 10/24/2006 | KEE | 0.30 | Create audit code and label for firms file. | N/C |

| | 0.30 | | | $0.00 |

**STUART/MAUE**
LEGAL COST / MANAGEMENT

| | | | Invoice Date: 11/14/2006 |
|---|---|---|---|
Winn-Dixie Stores, Inc.

Invoice Date: 11/14/2006
Invoice Number: R131 - 1020533
Matter Number: 1020533
Firm: Skadden, Arps, Slate, Meagher & Flom

| Name | Initials | Rate | Hours | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2006** | | | | |
| **Data Entry** | | | | |
| Karen E. Ellsworth | KEE | 0.00 x | 0.30 = | $0.00 |
| | | **Total for Data Entry:** | 0.30 | $0.00 |
| | | **Total Hours Worked:** | 0.30 | |
| | | **Total Hours Billed:** | 0.00 | $0.00 |



*STUART MAUE*
LEGAL COST MANAGEMENT

**Winn-Dixie Stores, Inc.**

Invoice Date: 11/14/2006
Invoice Number: R131 - 1019273
Matter Number: 1019273
Firm: Smith Hulsey & Busey

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2006** | | | | |
| 10/09/2006 | LKC | 0.90 | Review and identify blocked fee entries. | 247.50 |
| 10/10/2006 | LKC | 4.60 | Review and analyze classification of firm's billing entries for compliance with billing guidelines. | 1,265.00 |
| 10/11/2006 | LKC | 3.40 | Review and analyze fee entries related to administrative/clerical activities. | 935.00 |
| | | 0.70 | Review and analyze fee entries that are combine and blocked billed. | 192.50 |
| 10/12/2006 | ATT | 0.70 | Revise task hours affected by task splits to reconcile fees. | 105.00 |
| 10/12/2006 | LKC | 6.40 | Continue to review and analyze firm's billing entries with combined activities. | 1,760.00 |
| 10/12/2006 | PSS | 0.30 | Review and revise report. | 82.50 |
| | | 1.60 | Review and split tasks in database. | 440.00 |
| 10/13/2006 | LKC | 4.10 | Review and analyze fee entries describing conferencing. | 1,127.50 |
| | | 3.20 | Continue to review and analyze fee entries describing conferencing and multiple attendance. | 880.00 |
| | | 0.70 | Review and analyze entries related to legal research. | 192.50 |
| 10/15/2006 | LKC | 2.90 | Continue to review and analyze entries identified as blocked billing, including splitting entries. | 797.50 |
| | | 2.10 | Review and classify multiple attendance at conferences and other events. | 577.50 |
| | | 1.70 | Review and revise preliminary draft of audit report for fourth interim period. | 467.50 |
| | | 0.30 | Review and analyze entries identified as potential double billing. | 82.50 |
| 10/16/2006 | LKC | 1.80 | Review final exhibits for fourth interim audit report. | 495.00 |
| | | 0.80 | Review and revise final draft of audit report for fourth interim audit period. | 220.00 |
| | | 0.50 | Review audit report for fourth interim period with PSS. | 137.50 |
| 10/16/2006 | PSS | 0.50 | Review initial report and exhibits with LKC. | 137.50 |
| | | 3.60 | Prepare exhibits to accompany initial report. | 990.00 |
| | | 1.70 | Revise initial report to include amounts agreeing with the accompanying exhibits. | 467.50 |
| 10/17/2006 | PSS | 0.30 | Final review of initial report. | 82.50 |
| | | **42.80** | | **$11,682.50** |

*STUART/MAUE*
LEGAL COST/MANAGEMENT

Winn-Dixie Stores, Inc.

Invoice Date: 11/14/2006
Invoice Number: R131 - 1019273
Matter Number: 1019273
Firm: Smith Hulsey & Busey

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| For Professional Services through 10/31/2006 | | | | |
| **Legal Auditors** | | | | |
| Linda K. Cooper | LKC | 275.00 × | 34.10 = | $9,377.50 |
| Pamela S. Snyder | PSS | 275.00 × | 8.00 = | $2,200.00 |
| | **Total for Legal Auditors:** | | 42.10 | $11,577.50 |
| **Legal Auditor Asst.** | | | | |
| Amy T. Truong | ATT | 150.00 × | 0.70 = | $105.00 |
| | **Total for Legal Auditor Asst.:** | | 0.70 | $105.00 |
| | **Total Hours Worked:** | | 42.80 | |
| | **Total Hours Billed:** | | 42.80 | $11,682.50 |

## STUART/MAUE
LEGAL COST√MANAGEMENT

Winn-Dixie Stores, Inc.

Invoice Date: 11/14/2006
Invoice Number: R131 - 1020278
Matter Number: 1020278
Firm: Smith, Gambrell & Russell, LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2006** | | | | |
| 10/19/2006 | JLM | 2.00 | Smith Gambrell - Format and load electronic data into database July, August, and September. | 130.00 |
| 10/27/2006 | KEE | 2.50 | Format and load electronic data into database. | 162.50 |
| | | **4.50** | | **$292.50** |

**STUART MAUE**
LEGAL COST MANAGEMENT

Winn-Dixie Stores, Inc.

Invoice Date: 11/14/2006
Invoice Number: R131 - 1020278
Matter Number: 1020278
Firm: Smith, Gambrell & Russell, LLP

| Name | Initials | Rate | Hours | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2006** | | | | |
| **Data Entry** | | | | |
| Karen E. Ellsworth | KEE | 65.00 × | 2.50 = | $162.50 |
| Jennifer L. Minzghor | JLM | 65.00 × | 2.00 = | $130.00 |
| | | **Total for Data Entry:** | 4.50 | $292.50 |
| | | **Total Hours Worked:** | 4.50 | |
| | | **Total Hours Billed:** | 4.50 | $292.50 |


**STUART / MAUE**
LEGAL COST ⊽ MANAGEMENT

Winn-Dixie Stores, Inc.

Invoice Date: 11/14/2006
Invoice Number: R131 - 1018009
Matter Number: 1018009
Firm: Winn-Dixie Stores, Inc.

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2006** | | | | |
| 10/02/2006 | PSS | 2.40 | Review Skadden's final responses to our reports on the 1st and 2nd Applications. | 660.00 |
| 10/04/2006 | LKC | 0.90 | Review Milbank Tweed response to initial report on fourth interim fee application. | 247.50 |
| 10/05/2006 | LKC | 0.40 | Review e-mail from L. Bloemen and attached August 2006 statements with electronic data from XRoads. | 110.00 |
| 10/06/2006 | FAE | 0.30 | Status conference with LKC. | N/C |
| 10/06/2006 | LKC | 1.60 | Review and revise Stuart Maue September statement. | 440.00 |
| | | 1.10 | Review e-mail from K. LaMaina at Skadden Arps and attached response to the initial report for the fourth interim period. | N/C |
| 10/09/2006 | FAE | 0.30 | Status conference with LKC and KCT. | 82.50 |
| 10/10/2006 | LKC | 0.10 | Review e-mail from C. Cooper at XRoads regarding initial reports for first, second, and third interim periods. | 27.50 |
| | | 0.20 | Draft e-mail to C. Cooper at XRoads regarding initial reports for first, second, and third interim periods. | 55.00 |
| 10/12/2006 | LKC | 0.30 | Review letter and hard copy of monthly statement from Akerman Senterfitt for September 2006. | 82.50 |
| 10/16/2006 | LKC | 1.10 | Review status of electronic data and hard copies of monthly statements from law firms for fifth interim period. | 302.50 |
| | | 0.40 | Review status of outstanding responses to third and fourth interim audit reports. | 110.00 |
| 10/17/2006 | LKC | 0.30 | Review Jenner Block monthly statement for September 2006. | 82.50 |
| | | 0.10 | Telephone conference with H. Bahr at Latham & Watkins regarding Jefferies fee application. | 27.50 |
| 10/17/2006 | PSS | 0.60 | Review status of Winn-Dixie audits. | 165.00 |
| 10/18/2006 | LKC | 0.30 | Review monthly statement from King & Spalding for September 2006. | 82.50 |
| | | 0.10 | Draft e-mail to K. Ward regarding notice of filing for Blackstone fourth interim audit report. | 27.50 |
| | | 0.20 | Review notice of filing and cover sheet for Fourth Interim audit report for Blackstone. | 55.00 |
| 10/19/2006 | FAE | 0.80 | Status conference with LKC and KCT. | N/C |
| 10/19/2006 | KCT | 0.80 | Status conferences with LKC and FAE. | N/C |
| 10/19/2006 | LKC | 0.30 | Review e-mail and monthly statement for September 2006 from Blackstone. | 82.50 |
| 10/20/2006 | LKC | 0.40 | Review e-mail from P. Tatum and attached monthly statements for KPMG. | 110.00 |
| | | 0.10 | Review response from Blackstone regarding credit issue in September monthly statement. | 27.50 |
| | | 0.30 | Review monthly statements received from Deloitte Consulting and Deloitte Financial Accounting Services. | 82.50 |
| 10/23/2006 | LKC | 0.20 | Review and respond to e-mail from K. Ward regarding notice of filing for Jefferies & Company first interim report. | 55.00 |



*STUART MAUE*
LEGAL COST MANAGEMENT

Winn-Dixie Stores, Inc.

Invoice Date: 11/14/2006
Invoice Number: R131 - 1018009
Matter Number: 1018009
Firm: Winn-Dixie Stores, Inc.

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2006** | | | | |
| 10/24/2006 | KCT | 2.30 | Reviewed and drafted summary of status of all responses and monthlies for the fifth interim period. | 632.50 |
| | | 0.20 | Conferred with LKC regarding status of responses and 5th interim monthlies. | N/C |
| 10/24/2006 | LKC | 0.10 | Draft email to K. LaMaina regarding Skadden Arps June 2006 invoice. | 27.50 |
| | | 0.20 | Review email from K. LaMaina regarding notice for filing fee applications for fifth period. | 55.00 |
| | | 0.10 | Draft email to K. Ward regarding notice of filing for Milbank Tweed final audit report for fourth interim period. | 27.50 |
| | | 0.10 | Draft email to K. Ward regarding notice of filing for Skadden Arps final audit report for fourth inteirm period. | 27.50 |
| 10/25/2006 | LKC | 0.30 | Review August 2006 monthly statement from Milbank Tweed. | 82.50 |
| | | 0.20 | Review e-mail and electronic data from Smith Gambrell. | 55.00 |
| 10/27/2006 | LKC | 0.30 | Review e-mail and attached response to fourth interim report from Houlihan Lokey. | 82.50 |
| 10/30/2006 | FAE | 0.30 | Office conference with LKC regarding status of firm responses. | N/C |
| 10/30/2006 | LKC | 0.70 | Review monthly statements for June, July, and August from PricewaterhouseCoopers. | 192.50 |
| | | 0.70 | Review e-mail and attached monthly statements from L. Bloeman at XRoads. | 192.50 |
| 10/31/2006 | LKC | 0.60 | Prepare correspondence to D. Fiorillo regarding final audit report for first, second, and third periods and initial report for fourth interim period. | 165.00 |
| 10/31/2006 | PSS | 0.40 | Preparation of firm inital reports and exhibits for final reports. | 110.00 |
| | | **20.10** | | **$4,565.00** |



*STUART/MAUE*
LEGAL COST / MANAGEMENT

Winn-Dixie Stores, Inc.

Invoice Date: 11/14/2006
Invoice Number: R131 - 1018009
Matter Number: 1018009
Firm: Winn-Dixie Stores, Inc.

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2006** | | | | |
| **Legal Auditors** | | | | |
| Linda K. Cooper | LKC | 0.00 X | 1.10 = | $0.00 |
| Linda K. Cooper | LKC | 275.00 X | 10.60 = | $2,915.00 |
| Felica A. Ezell-Flewellen | FAE | 0.00 X | 1.40 = | $0.00 |
| Felica A. Ezell-Flewellen | FAE | 275.00 X | 0.30 = | $82.50 |
| Pamela S. Snyder | PSS | 275.00 X | 3.40 = | $935.00 |
| Kathy C. Tahan | KCT | 0.00 X | 1.00 = | $0.00 |
| Kathy C. Tahan | KCT | 275.00 X | 2.30 = | $632.50 |
| | | **Total for Legal Auditors:** | **20.10** | **$4,565.00** |
| | | **Total Hours Worked:** | **20.10** | |
| | | **Total Hours Billed:** | **16.60** | **$4,565.00** |



*STUART MAUE*
LEGAL COST MANAGEMENT

Winn-Dixie Stores, Inc.

Invoice Date: 11/14/2006
Invoice Number: R131 - 1020034
Matter Number: 1020034
Firm: XRoads Solutions Group, LLC

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2006** | | | | |
| 10/02/2006 | FAE | 3.00 | Review and revise task entry classifications related to intraoffice conferences. | 825.00 |
| | | 3.20 | Continued reviewing and revising task entry classifications related to intraoffice conferences. | 880.00 |
| 10/02/2006 | LKC | 6.10 | Continue to review and classify multiple attendance at conferences and other events. | 1,677.50 |
| 10/03/2006 | FAE | 3.00 | Additional review and revisions to task entry classifications related to intraoffice conferences. | 825.00 |
| 10/03/2006 | LKC | 5.40 | Continue to review and classify multiple attendance at conferences and other events. | 1,485.00 |
| 10/04/2006 | LKC | 4.80 | Continue to review and classify entries related to conferencing and attendance at other events. | 1,320.00 |
| 10/05/2006 | FAE | 0.40 | Review and revise task entries related to nonfirm conferences, multiple attendance. | 110.00 |
| 10/05/2006 | LKC | 4.60 | Review and analyze classification of firm's billing entries for compliance with billing guidelines. | 1,265.00 |
| | | 3.80 | Continue to review and analyze classification of firm's billing entries for compliance with billing guidelines. | 1,045.00 |
| 10/06/2006 | LKC | 0.40 | Review and revise draft of table of exhibits. | 110.00 |
| | | 4.20 | Review and revise preliminary draft of initial audit report for fourth interim period. | 1,155.00 |
| 10/06/2006 | PSS | 2.80 | Prepare exhibits to accompany initial report. | 770.00 |
| | | 1.90 | Revise initial report to include amounts agreeing with the accompanying exhibits. | 522.50 |
| 10/09/2006 | LKC | 0.70 | Review and revise expense section of audit report for fourth interim period. | 192.50 |
| | | 1.80 | Review intial report for XRDS-WD4 with PSS. | 495.00 |
| 10/09/2006 | PSS | 1.80 | Review initial report and exhibits with LKC. | 495.00 |
| | | 0.10 | Final review of initial report. | 27.50 |
| 10/24/2006 | KCT | 0.60 | Reviewed initial report and prepared draft of final report pending receipt of response. | 165.00 |

48.60

$13,365.00

*STUART/MAUE*
LEGAL COST √ MANAGEMENT

Winn-Dixie Stores, Inc.

Invoice Date: 11/14/2006
Invoice Number: R131 - 1020034
Matter Number: 1020034
Firm: XRoads Solutions Group, LLC

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 10/31/2006** | | | | |
| **Legal Auditors** | | | | |
| Linda K. Cooper | LKC | 275.00 × | 31.80 = | $8,745.00 |
| Felica A. Ezell-Flewellen | FAE | 275.00 × | 9.60 = | $2,640.00 |
| Pamela S. Snyder | PSS | 275.00 × | 6.60 = | $1,815.00 |
| Kathy C. Tahan | KCT | 275.00 × | 0.60 = | $165.00 |
| | | **Total for Legal Auditors:** | 48.60 | $13,365.00 |
| | | **Total Hours Worked:** | 48.60 | |
| | | **Total Hours Billed:** | 48.60 | $13,365.00 |

*STUART/MAUE*
LEGAL COST / MANAGEMENT

**Winn-Dixie Stores, Inc.**

**Invoice Date: 11/14/2006**
**Invoice Number: R131 - 1020415**
**Matter Number: 1020415**
**Firm: XRoads Solutions Group, LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/31/2006** | | | | |
| 10/19/2006 | JLM | 1.50 | XRoads Solution Format data into database June, July, and August. | 97.50 |
| 10/20/2006 | KEE | 2.80 | Format and load electronic data into database. | 182.00 |
| | | **4.30** | | **$279.50** |

*STUART/MAUE*
LEGAL COST / MANAGEMENT

Winn-Dixie Stores, Inc.

Invoice Date: 11/14/2006
Invoice Number: R131 - 1020415
Matter Number: 1020415
Firm: XRoads Solutions Group, LLC

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| For Professional Services through 10/31/2006 | | | | |
| **Data Entry** | | | | |
| Karen E. Ellsworth | KEE | 65.00 x | 2.80 = | $182.00 |
| Jennifer L. Minzghor | JLM | 65.00 x | 1.50 = | $97.50 |
| | | **Total for Data Entry:** | 4.30 | $279.50 |
| | | **Total Hours Worked:** | 4.30 | |
| | | **Total Hours Billed:** | 4.30 | $279.50 |



Winn-Dixie Stores, Inc.

| Name | Initials | Rate | Hours | | Amount |
|------|----------|------|-------|---|--------|
| **Legal Auditors** | | | | | |
| Linda K. Cooper | LKC | 0.00 X | 1.10 | = | $0.00 |
| Linda K. Cooper | LKC | 275.00 X | 146.70 | = | $40,342.50 |
| Felica A. Ezell-Flewellen | FAE | 0.00 X | 1.40 | = | $0.00 |
| Felica A. Ezell-Flewellen | FAE | 275.00 X | 35.80 | = | $9,845.00 |
| Pamela S. Snyder | PSS | 275.00 X | 104.10 | = | $28,627.50 |
| Kathy C. Tahan | KCT | 0.00 X | 1.50 | = | $0.00 |
| Kathy C. Tahan | KCT | 275.00 X | 60.20 | = | $16,555.00 |
| | | **Total for Legal Auditors:** | **350.80** | | **$95,370.00** |
| **Legal Auditor Asst.** | | | | | |
| Amy T. Truong | ATT | 150.00 X | 0.70 | = | $105.00 |
| | | **Total for Legal Auditor Asst.:** | **0.70** | | **$105.00** |
| **Data Entry** | | | | | |
| Karen E. Ellsworth | KEE | 0.00 X | 0.50 | = | $0.00 |
| Karen E. Ellsworth | KEE | 65.00 X | 11.70 | = | $760.50 |
| Jennifer L. Minzghor | JLM | 0.00 X | 0.20 | = | $0.00 |
| Jennifer L. Minzghor | JLM | 65.00 X | 17.30 | = | $1,124.50 |
| Beverly A. Moore | BAM | 0.00 X | 0.60 | = | $0.00 |
| Connie J. Simms | CJS | 0.00 X | 0.70 | = | $0.00 |
| | | **Total for Data Entry:** | **31.00** | | **$1,885.00** |
| | | **Total Hours Worked:** | **382.50** | | |
| | | **Total Hours Billed:** | **376.50** | | **$97,360.00** |