

Winn-Dixie Stores, Inc.

**EXPENSE SUMMARY**

Invoice Date: 11/15/2006
Invoice Number: R131-Expenses

## Winn-Dixie

### FEDERAL EXPRESS CHARGES

| Date Sent | Recipient | Firm | Charge |
|---|---|---|---|
| 10/06/06 | Laurence B. Appel, Esq. | Winn-Dixie Stores, Inc. | $7.97 |
| 10/06/06 | Mr. Kenneth C. Meeker | Office of U.S. Trustee | $7.97 |
| 10/06/06 | D.J. Baker, Esq. | Skadden, Arps, Slate et al. | $7.97 |
| 10/06/06 | Sara Robinson Borders, Esq. | King & Spalding LLP | $7.78 |
| 10/06/06 | Dennis F. Dunne, Esq. | Milbank, Tweed, Hadley et al. | $7.97 |
| 10/06/06 | Jonathan N. Helfat | Otterbourg, Steindler, et al. | $7.97 |
| 10/10/06 | Ms. Holly Etlin | Xroads Solution Group, LLC | $23.68 |
| 10/10/06 | Elena L. Escamilla, Esq. | Office of U.S. Trustee | $26.52 |
| 10/10/06 | Ms. Elizabeth Dantin | PricewaterhouseCoopers LLP | $23.68 |
| 10/17/06 | Ms. Cyndi Jackson | Smith Hulsey & Busey | $23.68 |
| 10/17/06 | Mr. David S. Jennis | Jennis Bowen & Brundage | $23.68 |
| 10/17/06 | Elena L. Escamilla, Esq. | Office of U.S. Trustee | $26.52 |
| 10/18/06 | Mr. William Q. Derrough | Jefferies & Co., Inc. | $23.68 |
| 10/18/06 | Mr. Henry P. Baer, Jr. | Latham & Watkins, LLP | $23.68 |
| 10/18/06 | Elena L. Escamilla, Esq. | Office of U.S. Trustee | $26.52 |
| 10/18/06 | Laurence B. Appel, Esq. | Winn-Dixie Stores, Inc. | $26.52 |
| 10/18/06 | Ms. Jamie O'Connell | The Blackstone Group, L.P. | $14.88 |
| 10/18/06 | Ms. Kim Ward | Smith Hulsey & Busey | $14.88 |
| 10/24/06 | Ms. Sally McDonald Henry | Skadden, Arps, Slate et al. | $23.68 |
| 10/24/06 | Kimberly A. LaMaina, Esq. | Skadden, Arps, Slate et al. | $23.68 |
| 10/24/06 | Dennis F. Dunne, Esq. | Milbank, Tweed, Hadley et al. | $23.68 |
| 10/24/06 | Ms. Kim Ward | Smith Hulsey & Busey | $14.88 |
| 10/24/06 | Laurence B. Appel, Esq. | Winn-Dixie Stores, Inc. | $26.52 |
| 10/24/06 | Elena L. Escamilla, Esq. | Office of U.S. Trustee | $26.52 |
| 10/25/06 | Mr. John MacDonald | Akerman Senterfitt | $23.68 |
| 10/25/06 | Ms. Kim Ward | Smith Hulsey & Busey | $14.88 |
| 10/25/06 | Laurence B. Appel, Esq. | Winn-Dixie Stores, Inc. | $23.68 |
| 10/25/06 | Elena L. Escamilla, Esq. | Office of U.S. Trustee | $23.68 |
| 10/30/06 | Elena L. Escamilla, Esq. | Office of U.S. Trustee | $29.11 |
| 10/30/06 | Mr. Jim Silver | Carlton Fields, P.A. | $31.66 |

Total Federal Express: $611.20

### PHOTOCOPIES

Photocopies 1,510 at $0.15/Page: $226.50

**TOTAL EXPENSES:** **$837.70**



**Ship** | **Track/History** | **Address Book** | **Preferences** | **Fast Ship** | **Reports** | **My Profile**

<< Log out    Home                                                                    ❷ Quick help

Your Shipment Details:

| | | | |
|---|---|---|---|
| Ship to: | Laurence B. Appel, Esq.<br>Winn-Dixie Stores, Inc.<br>5050 EDGEWOOD CT<br>JACKSONVILLE, FL<br>322543601<br>US<br>3142913030 | Package Type:<br>Pickup/Drop Off:<br>Weight:<br>Dimensions:<br>Declared Value:<br>Shipper Account Number: | FedEx Pak<br>give to scheduled courier at my location<br>1 LBS<br>0 x 0 x 0 in<br>0 USD<br>135316040 |
| From: | Linda K. Cooper<br><br>3840 McKelvey Road<br>St. Louis, MO  63044<br>US<br>314.291.3030 | Bill transportation to:<br>Courtesy Rate Quote<br>Special Services:<br>Purpose:<br>Shipment Type: | 135316040<br>*7.97<br><br><br>Express |
| Tracking no: | 790579909198 | | |
| Your reference: | Winn-Dixie | | |
| Ship date: | Oct 06 2006 | | |
| Service Type: | FedEx Express Saver | | |

[ Previous ]   [ Next ]

**Print**                                                                    **Return to next steps**

## Please Note

.*The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable  FedEx Service Guide  or the FedEx Rate Sheets for details on how shipping charges are calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.

Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.

 FedEx

**Ship**  **Track/History**  Address Book  Preferences  Fast Ship  Reports  My Profile

<< Log out    Home                                                                                 🕐 Quick help

Your Shipment Details:

| | | |
|---|---|---|
| Ship to: | Mr. Kenneth C. Meeker<br>Office of United States<br>Trustee<br>135 W CENTRAL BLVD<br>STE 620<br>ORLANDO, FL  328012476<br>US<br>4076486301 | **Package Type:** FedEx Pak<br>**Pickup/Drop Off:** give to scheduled courier at my location<br>**Weight:** 1  LBS<br>**Dimensions:** 0 x 0 x 0 in<br>**Declared Value:** 0  USD<br>**Shipper Account Number:** 135316040<br>**Bill transportation to:** 135316040 |
| From: | Linda K. Cooper<br><br>3840 McKelvey Road<br>St. Louis, MO  63044<br>US<br>314.291.3030 | **Courtesy Rate Quote** *7.97<br>**Special Services:**<br>**Purpose:**<br>**Shipment Type:** Express |
| Tracking no: | 790579909154 | |
| Your reference: | Winn-Dixie | |
| Ship date: | Oct 06 2006 | |
| Service Type: | FedEx Express Saver | |

[Previous]  [Next]

**Print**                                                                              **Return to next steps**

### Please Note
. *The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable  FedEx Service Guide  or the FedEx Rate Sheets for details on how shipping charges are calculated.
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.
Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.



| Ship | Track/History | Address Book | Preferences | Fast Ship | Reports | My Profile |

<< Log out     Home                                                                    ● Quick help

Your Shipment Details:

| | | | |
|---|---|---|---|
| Ship to: | D.J. Baker Esq.<br>Skadden, Arps, Slate, et al.<br>4 TIMES SQ FL 24<br>NEW YORK, NY<br>100366522<br>US<br>3142913030 | Package Type:<br>Pickup/Drop Off:<br>Weight:<br>Dimensions:<br>Declared Value:<br>Shipper Account Number: | FedEx Pak<br>give to scheduled courier at my location<br>1 LBS<br>0 x 0 x 0 in<br>0 USD<br>135316040 |
| From: | Linda K. Cooper<br><br>3840 McKelvey Road<br>St. Louis, MO 63044<br>US<br>314.291.3030 | Bill transportation to:<br>Courtesy Rate Quote<br>Special Services:<br>Purpose:<br>Shipment Type: | 135316040<br>*7.97<br><br><br>Express |
| Tracking no: | 790579909187 | | |
| Your reference: | Winn-Dixie | | |
| Ship date: | Oct 06 2006 | | |
| Service Type: | FedEx Express Saver | | |

[ Previous ]   [ Next ]

[Print]                                                                    [Return to next steps]

## Please Note

. *The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.

**FedEx.**

| Ship | Track/History | Address Book | Preferences | Fast Ship | Reports | My Profile |

<< Log out    Home

Quick help

Your Shipment Details:

| | | | |
|---|---|---|---|
| **Ship to:** | Sara Robinson Borders, Esq.<br>King & Spalding LLP<br>1180 PEACHTREE ST NE<br>ATLANTA, GA  303093521<br>US<br>4045723596 | **Package Type:**<br>**Pickup/Drop Off:**<br>**Weight:**<br>**Dimensions:**<br>**Declared Value:**<br>**Shipper Account Number:** | FedEx Pak<br>give to scheduled courier at my location<br>1  LBS<br>0 x 0 x 0 in<br>0  USD<br>135316040 |
| **From:** | Linda K. Cooper<br><br>3840 McKelvey Road<br>St. Louis, MO  63044<br>US<br>314.291.3030 | **Bill transportation to:**<br>**Courtesy Rate Quote**<br>**Special Services:**<br>**Purpose:**<br>**Shipment Type:** | 135316040<br>*7.78<br><br><br>Express |
| **Tracking no:** | 790579909235 | | |
| **Your reference:** | Winn-Dixie | | |
| **Ship date:** | Oct 06 2006 | | |
| **Service Type:** | FedEx Express Saver | | |

[ Previous ]

[Print]

[Return to next steps]

## Please Note

.*The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide  or the FedEx Rate Sheets for details on how shipping charges are calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.
Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.



**Ship** | **Track/History** | **Address Book** | **Preferences** | **Fast Ship** | **Reports** | **My Profile**

<< Log out | Home

Quick help

Your Shipment Details:

| | | |
|---|---|---|
| Ship to: | Dennis F. Dunne, Esq.<br>Milbank, Tweed, Hadley, et al.<br>1 CHASE MANHATTAN PLZ FL 47<br>NEW YORK, NY<br>100051413<br>US<br>2125305194 | **Package Type:** FedEx Pak<br>**Pickup/Drop Off:** give to scheduled courier at my location<br>**Weight:** 1 LBS<br>**Dimensions:** 0 x 0 x 0 in<br>**Declared Value:** 0 USD<br>**Shipper Account Number:** 135316040<br>**Bill transportation to:** 135316040<br>**Courtesy Rate Quote** *7.97 |
| From: | Linda K. Cooper<br><br>3840 McKelvey Road<br>St. Louis, MO  63044<br>US<br>314.291.3030 | **Special Services:**<br>**Purpose:**<br>**Shipment Type:** Express |

| | |
|---|---|
| Tracking no: | 790579909143 |
| Your reference: | Winn-Dixie |
| Ship date: | Oct 06 2006 |
| Service Type: | FedEx Express Saver |

Next

Print

Return to next steps

## Please Note

. *The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable  FedEx Service Guide  or the FedEx Rate Sheets for details on how shipping charges are calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.
Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.

 

Ship | Track/History | Address Book | Preferences | Fast Ship | Reports | My Profile

<< Log out    Home                                                                        ❷ Quick help

Your Shipment Details:

| | | | |
|---|---|---|---|
| Ship to: | Jonathan N. Helfat, Esq.<br>Otterbourg, Steindler, et al.<br>230 PARK AVE<br>NEW YORK, NY<br>101690005<br>US<br>3142913030 | Package Type:<br>Pickup/Drop Off:<br>Weight:<br>Dimensions:<br>Declared Value:<br>Shipper Account Number: | FedEx Pak<br>give to scheduled courier at my location<br>1 LBS<br>0 x 0 x 0 in<br>0 USD<br>135316040 |
| From: | Linda K. Cooper<br><br>3840 McKelvey Road<br>St. Louis, MO  63044<br>US<br>314.291.3030 | Bill transportation to:<br>Courtesy Rate Quote<br>Special Services:<br>Purpose:<br>Shipment Type: | 135316040<br>*7.97<br><br><br>Express |
| Tracking no: | 790579909224 | | |
| Your reference: | Winn-Dixie | | |
| Ship date: | Oct 06 2006 | | |
| Service Type: | FedEx Express Saver | | |

[ Previous ]  [ Next ]

**Print**                                                                    **Return to next steps**

Please Note

. *The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable  FedEx Service Guide  or the FedEx Rate Sheets for details on how shipping charges are calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.

Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.



**Your Shipment Details:**

| | | | |
|---|---|---|---|
| Ship to: | Ms. Holly Etlin | Package Type: | . FedEx Pak |
| | XRoads Solutions Group, LLC | Pickup/Drop Off: | give to scheduled courier at my locati |
| | 400 MADISON AVE FL 3 | Weight: | 1 LBS |
| | NEW YORK, NY | Dimensions: | 0 x 0 x 0 in |
| | 100171993 | Declared Value: | 0 USD |
| | US | Shipper Account Number: | 135316040 |
| | 212-610-5629 | Bill transportation to: | 135316040 |
| From: | Linda K. Cooper | Courtesy Rate Quote | *23.68 |
| | Stuart Maue | Special Services: | |
| | 3840 McKelvey Road | Purpose: | |
| | St. Louis, MO  63044 | Shipment Type: | Express |
| | US | | |
| | 314.291.3030 | | |
| Tracking no: | 790581988020 | | |
| Your reference: | Winn-Dixie | | |
| Ship date: | Oct 10 2006 | | |
| Service Type: | Standard Overnight | | |

**Print**

**Return t**

#### Please Note

. *The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weig dimensions, and other factors. Consult the applicable  FedEx Service Guide  or the FedEx Rate Sheets for details on how shipping char calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misde misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.

Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is l greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary v e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within stric Consult the applicable FedEx Service Guide for details.



**Your Shipment Details:**

| | | | |
|---|---|---|---|
| **Ship to:** | Elena L. Escamilla, Esq.<br>Office of U. S. Trustee<br>135 W CENTRAL BLVD<br>STE 620<br>ORLANDO, FL 328012476<br>US<br>407-648-6465 | **Package Type:**<br>**Pickup/Drop Off:**<br>**Weight:**<br>**Dimensions:**<br>**Declared Value:**<br>**Shipper Account Number:** | FedEx Pak<br>give to scheduled courier at my locati<br>2 LBS<br>0 x 0 x 0 in<br>0 USD<br>135316040 |
| **From:** | Linda K. Cooper<br>Stuart Maue<br>3840 McKelvey Road<br>St. Louis, MO 63044<br>US<br>314.291.3030 | **Bill transportation to:**<br>**Courtesy Rate Quote**<br>**Special Services:**<br>**Purpose:**<br>**Shipment Type:** | 135316040<br>*26.52<br><br><br>Express |
| **Tracking no:** | 791141977116 | | |
| **Your reference:** | Winn-Dixie | | |
| **Ship date:** | Oct 10 2006 | | |
| **Service Type:** | Standard Overnight | | |

**Print**                                                                 **Return t**

**Please Note**

. *The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weig
dimensions, and other factors. Consult the applicable  FedEx Service Guide  or the FedEx Rate Sheets for details on how shipping char
calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misd
misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.
Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the
of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is l
greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary v
e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within stric
Consult the applicable FedEx Service Guide for details.



**Your Shipment Details:**

| | | | |
|---|---|---|---|
| **Ship to:** | Ms. Elizabeth Dantin PricewaterhouseCoopers LLP 50 N LAURA ST STE 3000 JACKSONVILLE, FL 322023658 US 904-366-3667 | **Package Type:** **Pickup/Drop Off:** **Weight:** **Dimensions:** **Declared Value:** **Shipper Account Number:** **Bill transportation to:** | FedEx Pak give to scheduled courier at my locati 1 LBS 0 x 0 x 0 in 0 USD 135316040 135316040 |
| **From:** | Linda K. Cooper Stuart Maue 3840 McKelvey Road St. Louis, MO 63044 US 314.291.3030 | **Courtesy Rate Quote** **Special Services:** **Purpose:** **Shipment Type:** | *23.68 Express |
| **Tracking no:** | 799017441858 | | |
| **Your reference:** | Winn-Dixie | | |
| **Ship date:** | Oct 10 2006 | | |
| **Service Type:** | Standard Overnight | | |

**Print**  **Return t**

## Please Note

. *The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weig dimensions, and other factors. Consult the applicable  FedEx Service Guide  or the FedEx Rate Sheets for details on how shipping char calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misd misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.
Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is l greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary v e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within stric Consult the applicable FedEx Service Guide for details.

**FedEx.**

| Ship | Track/History | Address Book | Preferences | Fast Ship | Reports | My Profile |

<< Log out    Home

❷ Quick help

**Your Shipment Details:**

| | | | |
|---|---|---|---|
| Ship to: | Ms. Cyndi Jackson | Package Type: | FedEx Pak |
| | Smith Hulsey & Busey | Pickup/Drop Off: | give to scheduled courier at my location |
| | 225 WATER ST STE 1800 | Weight: | 1 LBS |
| | JACKSONVILLE, FL | Dimensions: | 0 x 0 x 0 in |
| | 322025182 | Declared Value: | 0 USD |
| | US | Shipper Account Number: | 135316040 |
| | 904-359-7731 | Bill transportation to: | 135316040 |
| From: | Linda K. Cooper | Courtesy Rate Quote | *23.68 |
| | | Special Services: | |
| | 3840 McKelvey Road | Purpose: | |
| | St. Louis, MO 63044 | Shipment Type: | Express |
| | US | | |
| | 314.291.3030 | | |
| Tracking no: | 799521366395 | | |
| Your reference: | Winn-Dixie | | |
| Ship date: | Oct 17 2006 | | |
| Service Type: | Standard Overnight | | |

**Print**

**Return to next steps**

## Please Note

.*The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable  FedEx Service Guide  or the FedEx Rate Sheets for details on how shipping charges are calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.
Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.



**FedEx.**

| Ship | Track/History | Address Book | Preferences | Fast Ship | Reports | My Profile |

<< Log out | Home

Your Shipment Details:

| | | | |
|---|---|---|---|
| **Ship to:** | Mr. David S. Jennis<br>Jennis Bowen & Brundage, P.L.<br>400 N ASHLEY DR STE 2540<br>Suite 2540<br>TAMPA, FL 336024317<br>US<br>3142913030 | **Package Type:**<br>**Pickup/Drop Off:**<br>**Weight:**<br>**Dimensions:**<br>**Declared Value:**<br>**Shipper Account Number:**<br>**Bill transportation to:**<br>**Courtesy Rate Quote** | FedEx Pak<br>give to scheduled courier at my locati<br>1 LBS<br>0 x 0 x 0 in<br>0  USD<br>135316040<br>135316040<br>*23.68 |
| **From:** | Linda K. Cooper<br>Stuart Maue<br>3840 McKelvey Road<br>St. Louis, MO  63044<br>US<br>314.291.3030 | **Special Services:**<br>**Purpose:**<br>**Shipment Type:** | <br><br>Express |
| **Tracking no:** | 798522594780 | | |
| **Your reference:** | Winn Dixie | | |
| **Ship date:** | Oct 17 2006 | | |
| **Service Type:** | Standard Overnight | | |

**Print**                                                                 **Return t**

**Please Note**

.*The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weig dimensions, and other factors. Consult the applicable  FedEx Service Guide  or the FedEx Rate Sheets for details on how shipping char calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misd misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.
Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is l greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary v e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within stric Consult the applicable FedEx Service Guide for details.



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

**Ship** **Track/History** **Address Book** **Preferences** **Fast Ship** **Reports** **My Profile**

<< Log out    Home

Your Shipment Details:

**Ship to:**

Elena L. Escamilla, Esq.
Office of U. S. Trustee
135 W CENTRAL BLVD
STE 620
ORLANDO, FL 328012476
US
407-648-6465

**From:**

Linda K. Cooper
Stuart Maue
3840 McKelvey Road
St. Louis, MO 63044
US
314.291.3030

**Tracking no:** 798022606409
**Your reference:** Winn-Dixie
**Ship date:** Oct 17 2006
**Service Type:** Standard Overnight

**Package Type:** FedEx Pak
**Pickup/Drop Off:** give to scheduled courier at my locati
**Weight:** 2 LBS
**Dimensions:** 0 x 0 x 0 in
**Declared Value:** 0 USD
**Shipper Account Number:** 135316040
**Bill transportation to:** 135316040
**Courtesy Rate Quote** *26.52
**Special Services:**
**Purpose:**
**Shipment Type:** Express

**Print**                                                                    **Return t**

### Please Note

. *The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weig
  dimensions, and other factors. Consult the applicable  FedEx Service Guide  or the FedEx Rate Sheets for details on how shipping char
  calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misd
misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.
Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the
of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is l
greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary v
e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within stric
Consult the applicable FedEx Service Guide for details.



| Ship | **Track/History** | Address Book | Preferences | Fast Ship | Reports | My Profile |

<< Log out    Home

❷ Quick help

Your Shipment Details:

| | | | |
|---|---|---|---|
| **Ship to:** | Mr. William Q. Derrough<br>Jefferies & Co., Inc.<br>520 MADISON AVE FL 12<br>NEW YORK, NY<br>100224344<br>US<br>314-291-3030 | **Package Type:**<br>**Pickup/Drop Off:**<br>**Weight:**<br>**Dimensions:**<br>**Declared Value:**<br>**Shipper Account Number:** | FedEx Pak<br>give to scheduled courier at my location<br>1 LBS<br>0 x 0 x 0 in<br>0 USD<br>135316040 |
| **From:** | Linda K. Cooper<br><br>3840 McKelvey Road<br>St. Louis, MO 63044<br>US<br>314.291.3030 | **Bill transportation to:**<br>**Courtesy Rate Quote**<br>**Special Services:**<br>**Purpose:**<br>**Shipment Type:** | 135316040<br>*23.68<br><br><br>Express |
| **Tracking no:** | 791147878585 | | |
| **Your reference:** | Winn-Dixie | | |
| **Ship date:** | Oct 18 2006 | | |
| **Service Type:** | Standard Overnight | | |

**Print**

**Return to next steps**

## Please Note

. *The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable  FedEx Service Guide  or the FedEx Rate Sheets for details on how shipping charges are calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.
Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.



| Ship | **Track/History** | Address Book | Preferences | Fast Ship | Reports | My Profile |

<< Log out    Home                                                                    ● Quick help

Your Shipment Details:

| | | | |
|---|---|---|---|
| **Ship to:** | Mr. Henry P. Baer, Jr.<br>Latham & Watkins, LLP<br>885 3RD AVE STE 1000<br>NEW YORK, NY<br>100224834<br>US<br>314.291.3030 | **Package Type:**<br>**Pickup/Drop Off:**<br>**Weight:**<br>**Dimensions:**<br>**Declared Value:**<br>**Shipper Account Number:** | FedEx Pak<br>give to scheduled courier at my location<br>1  LBS<br>0 x 0 x 0 in<br>0  USD<br>135316040 |
| **From:** | Linda K. Cooper<br><br>3840 McKelvey Road<br>St. Louis, MO  63044<br>US<br>314.291.3030 | **Bill transportation to:**<br>**Courtesy Rate Quote**<br>**Special Services:**<br>**Purpose:**<br>**Shipment Type:** | 135316040<br>*23.68<br><br><br>Express |
| **Tracking no:** | 792868159220 | | |
| **Your reference:** | Winn-Dixie | | |
| **Ship date:** | Oct 18 2006 | | |
| **Service Type:** | Standard Overnight | | |

**Print**                                                                 **Return to next steps**

## Please Note

. *The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable  FedEx Service Guide  or the FedEx Rate Sheets for details on how shipping charges are calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.



**FedEx**

| Ship | Track/History | Address Book | Preferences | Fast Ship | Reports | My Profile |

<< Log out    Home

**Your Shipment Details:**

| | | | |
|---|---|---|---|
| **Ship to:** | Elena L. Escamilla, Esq.<br>Office of U. S. Trustee<br>135 W CENTRAL BLVD<br>STE 620<br>ORLANDO, FL  328012476<br>US<br>407-648-6465 | **Package Type:**<br>**Pickup/Drop Off:**<br>**Weight:**<br>**Dimensions:**<br>**Declared Value:**<br>**Shipper Account Number:** | FedEx Pak<br>give to scheduled courier at my locati<br>2  LBS<br>0 x 0 x 0 in<br>0  USD<br>135316040 |
| **From:** | Linda K. Cooper<br>Stuart Maue<br>3840 McKelvey Road<br>St. Louis, MO  63044<br>US<br>314.291.3030 | **Bill transportation to:**<br>**Courtesy Rate Quote**<br>**Special Services:**<br>**Purpose:**<br>**Shipment Type:** | 135316040<br>*26.52<br><br><br>Express |
| **Tracking no:** | 799522181617 | | |
| **Your reference:** | Winn-Dixie | | |
| **Ship date:** | Oct 18 2006 | | |
| **Service Type:** | Standard Overnight | | |

**Print**                                                                                       **Return t**

### Please Note

. *The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weig dimensions, and other factors. Consult the applicable  FedEx Service Guide  or the FedEx Rate Sheets for details on how shipping char calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misd misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.

Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is l greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary v e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within stric Consult the applicable FedEx Service Guide for details.



**Your Shipment Details:**

| | | | |
|---|---|---|---|
| Ship to: | Laurence B. Appel, Esq.<br>Winn-Dixie Stores, Inc.<br>5050 EDGEWOOD CT<br>JACKSONVILLE, FL<br>322543601<br>US<br>314-291-3030 | Package Type:<br>Pickup/Drop Off:<br>Weight:<br>Dimensions:<br>Declared Value:<br>Shipper Account Number: | FedEx Pak<br>give to scheduled courier at my locati<br>2 LBS<br>0 x 0 x 0 in<br>0 USD<br>135316040 |
| From: | Linda K. Cooper<br>Stuart Maue<br>3840 McKelvey Road<br>St. Louis, MO 63044<br>US<br>314.291.3030 | Bill transportation to:<br>Courtesy Rate Quote<br>Special Services:<br>Purpose:<br>Shipment Type: | 135316040<br>*26.52<br><br><br>Express |

| | |
|---|---|
| Tracking no: | 791148014361 |
| Your reference: | Winn-Dixie |
| Ship date: | Oct 18 2006 |
| Service Type: | Standard Overnight |

**Print**                                                                                   **Return t**

## Please Note

. *The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weig
  dimensions, and other factors. Consult the applicable  FedEx Service Guide  or the FedEx Rate Sheets for details on how shipping char
  calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misde
misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.
Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the
of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is l
greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary v
e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within stric
Consult the applicable FedEx Service Guide for details.



**Your Shipment Details:**

| | | | |
|---|---|---|---|
| Ship to: | Ms. Jamie O'Connell<br>The Blackstone Group, L.P.<br>345 PARK AVE<br>NEW YORK, NY 10154<br>US<br>212-583-5677 | Package Type:<br>Pickup/Drop Off:<br>Weight:<br>Dimensions:<br>Declared Value: | FedEx Envelope<br>give to scheduled courier at my locati<br>1 LBS<br>0 x 0 x 0 in<br>0 USD |
| From: | Linda K. Cooper<br>Stuart Maue<br>3840 McKelvey Road<br>St. Louis, MO 63044<br>US<br>314.291.3030 | Shipper Account Number:<br>Bill transportation to:<br>Courtesy Rate Quote<br>Special Services:<br>Purpose: | 135316040<br>135316040<br>*14.88 |
| Tracking no:<br>Your reference:<br>Ship date:<br>Service Type: | 799022162397<br>Winn-Dixie<br>Oct 18 2006<br>Standard Overnight | Shipment Type: | Express |

**Print**

**Return t**

## Please Note

. *The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weig
dimensions, and other factors. Consult the applicable  FedEx Service Guide  or the FedEx Rate Sheets for details on how shipping char
calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misd
misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.
Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the
of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is l
greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary v
e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within stric
Consult the applicable FedEx Service Guide for details.



**FedEx**

Ship | Track/History | Address Book | Preferences | Fast Ship | Reports | My Profile

<< Log out | Home

**Your Shipment Details:**

| | | | |
|---|---|---|---|
| **Ship to:** | Ms. Kim Ward | **Package Type:** | FedEx Envelope |
| | Smith Hulsey & Busey | **Pickup/Drop Off:** | give to scheduled courier at my locati |
| | 225 WATER ST STE 1800 | **Weight:** | 1 LBS |
| | JACKSONVILLE, FL | **Dimensions:** | 0 x 0 x 0 in |
| | 322025182 | **Declared Value:** | 0 USD |
| | US | **Shipper Account Number:** | 135316040 |
| | 904-359-7850 | | |
| **From:** | Linda K. Cooper | **Bill transportation to:** | 135316040 |
| | Stuart Maue | **Courtesy Rate Quote** | *14.88 |
| | 3840 McKelvey Road | **Special Services:** | |
| | St. Louis, MO 63044 | **Purpose:** | |
| | US | **Shipment Type:** | Express |
| | 314.291.3030 | | |
| **Tracking no:** | 790588137628 | | |
| **Your reference:** | Winn-Dixie | | |
| **Ship date:** | Oct 18 2006 | | |
| **Service Type:** | Standard Overnight | | |

**Print**                                                                 **Return t**

## Please Note

. *The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weig dimensions, and other factors. Consult the applicable  FedEx Service Guide  or the FedEx Rate Sheets for details on how shipping char calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misd misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is l greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary v e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within stric Consult the applicable FedEx Service Guide for details.

**FedEx**

| Ship | **Track/History** | Address Book | Preferences | Fast Ship | Reports | My Profile |

<< Log out    Home

❓ Quick help

Your Shipment Details:

| | | | |
|---|---|---|---|
| **Ship to:** | Ms. Sally McDonald Henry | **Package Type:** | FedEx Pak |
| | Skadden, Arps, Slate et al. | **Pickup/Drop Off:** | give to scheduled courier at my location |
| | 4 TIMES SQ FL 24 | **Weight:** | 1 LBS |
| | NEW YORK, NY | **Dimensions:** | 0 x 0 x 0 in |
| | 100366522 | **Declared Value:** | 0 USD |
| | US | **Shipper Account Number:** | 135316040 |
| | 212-735-2560 | **Bill transportation to:** | 135316040 |
| **From:** | Linda K. Cooper | **Courtesy Rate Quote** | *23.68 |
| | | **Special Services:** | |
| | 3840 McKelvey Road | **Purpose:** | |
| | St. Louis, MO  63044 | **Shipment Type:** | Express |
| | US | | |
| | 314.291.3030 | | |
| **Tracking no:** | 791152074337 | | |
| **Your reference:** | Winn-Dixie | | |
| **Ship date:** | Oct 24 2006 | | |
| **Service Type:** | Standard Overnight | | |

**Print**

**Return to next steps**

### Please Note

.*The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable  FedEx Service Guide  or the FedEx Rate Sheets for details on how shipping charges are calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.

Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.

 

Ship | Track/History | Address Book | Preferences | Fast Ship | Reports | My Profile

<< Log out    Home

? Quick help

Your Shipment Details:

| | |
|---|---|
| **Ship to:** | Kimberly A. LaMaina, Esq. Skadden, Arps, Slate, et al. 1 RODNEY SQ WILMINGTON, DE 198011243 US 314.291.3030 |
| **From:** | Linda K. Cooper<br><br>3840 McKelvey Road St. Louis, MO 63044 US 314.291.3030 |
| **Tracking no:** | 790592200784 |
| **Your reference:** | WINN-DIXIE |
| **Ship date:** | Oct 24 2006 |
| **Service Type:** | Standard Overnight |

| | |
|---|---|
| **Package Type:** | FedEx Pak |
| **Pickup/Drop Off:** | give to scheduled courier at my location |
| **Weight:** | 1 LBS |
| **Dimensions:** | 0 x 0 x 0 in |
| **Declared Value:** | 0 USD |
| **Shipper Account Number:** | 135316040 |
| **Bill transportation to:** | 135316040 |
| **Courtesy Rate Quote** | *23.68 |
| **Special Services:** | |
| **Purpose:** | |
| **Shipment Type:** | Express |

**Print**    **Return to next steps**

**Please Note**

.*The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable  FedEx Service Guide  or the FedEx Rate Sheets for details on how shipping charges are calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.

Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.



**Ship** | **Track/History** | **Address Book** | **Preferences** | **Fast Ship** | **Reports** | **My Profile**

<< Log out    Home    ❓Quick help

Your Shipment Details:

| | | | |
|---|---|---|---|
| Ship to: | Dennis F. Dunne, Esq.<br>Milbank, Tweed, Hadley, et al.<br>1 CHASE MANHATTAN PLZ FL 47<br>NEW YORK, NY 100051413<br>US<br>212-530-5194 | Package Type:<br>Pickup/Drop Off:<br>Weight:<br>Dimensions:<br>Declared Value:<br>Shipper Account Number:<br>Bill transportation to:<br>Courtesy Rate Quote<br>Special Services: | FedEx Pak<br>give to scheduled courier at my location<br>1 LBS<br>0 x 0 x 0 in<br>0 USD<br>135316040<br>135316040<br>*23.68 |
| From: | Linda K. Cooper<br><br>3840 McKelvey Road<br>St. Louis, MO 63044<br>US<br>314.291.3030 | Purpose:<br>Shipment Type: | Express |
| Tracking no: | 792871438411 | | |
| Your reference: | Winn-Dixie | | |
| Ship date: | Oct 24 2006 | | |
| Service Type: | Standard Overnight | | |

**Print**

**Return to next steps**

## Please Note

.*The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable  FedEx Service Guide  or the FedEx Rate Sheets for details on how shipping charges are calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.
Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.

**FedEx.**

| Ship | Track/History | Address Book | Preferences | Fast Ship | Reports | My Profile |

<< Log out    Home                                                                    ❷ Quick help

Your Shipment Details:

| | | | |
|---|---|---|---|
| Ship to: | Ms. Kim Ward | Package Type: | FedEx Envelope |
| | Smith Hulsey & Busey | Pickup/Drop Off: | give to scheduled courier at my location |
| | 225 WATER ST STE 1800 | Weight: | 1 LBS |
| | JACKSONVILLE, FL | Dimensions: | 0 x 0 x 0 in |
| | 322025182 | Declared Value: | 0 USD |
| | US | Shipper Account Number: | 135316040 |
| | 904-359-7850 | Bill transportation to: | 135316040 |
| From: | Linda K. Cooper | Courtesy Rate Quote | *14.88 |
| | | Special Services: | |
| | 3840 McKelvey Road | Purpose: | |
| | St. Louis, MO 63044 | Shipment Type: | Express |
| | US | | |
| | 314.291.3030 | | |
| Tracking no: | 790100613544 | | |
| Your reference: | Winn-Dixie | | |
| Ship date: | Oct 24 2006 | | |
| Service Type: | Standard Overnight | | |

**Print**                                                                    **Return to next steps**

## Please Note

. *The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable  FedEx Service Guide  or the FedEx Rate Sheets for details on how shipping charges are calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.
Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.



**Your Shipment Details:**

| | | | |
|---|---|---|---|
| Ship to: | Laurence B. Appel, Esq.<br>Winn-Dixie Stores, Inc.<br>5050 EDGEWOOD CT<br>JACKSONVILLE, FL<br>322543601<br>US<br>314-291-3030 | Package Type:<br>Pickup/Drop Off:<br>Weight:<br>Dimensions:<br>Declared Value:<br>Shipper Account Number: | FedEx Pak<br>give to scheduled courier at my location<br>2 LBS<br>0 x 0 x 0 in<br>0 USD<br>135316040 |
| From: | Linda K. Cooper | Bill transportation to:<br>Courtesy Rate Quote | 135316040<br>*26.52 |
| | 3840 McKelvey Road<br>St. Louis, MO  63044<br>US<br>314.291.3030 | Special Services:<br>Purpose:<br>Shipment Type: | Express |
| Tracking no: | 792228392979 | | |
| Your reference: | Winn-Dixie | | |
| Ship date: | Oct 24 2006 | | |
| Service Type: | Standard Overnight | | |

 **Print**

**Return to next steps**

**Please Note**

. *The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable  FedEx Service Guide  or the FedEx Rate Sheets for details on how shipping charges are calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.
Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.



| Ship | Track/History | Address Book | Preferences | Fast Ship | Reports | My Profile |

<< Log out    Home

❓ Quick help

**Your Shipment Details:**

| | | | |
|---|---|---|---|
| Ship to: | Elena L. Escamilla, Esq.<br>Office of U. S. Trustee<br>135 W CENTRAL BLVD<br>STE 620<br>ORLANDO, FL  328012476<br>US<br>407-648-6465 | Package Type:<br>Pickup/Drop Off:<br>Weight:<br>Dimensions:<br>Declared Value:<br>Shipper Account Number:<br>Bill transportation to:<br>Courtesy Rate Quote<br>Special Services:<br>Purpose:<br>Shipment Type: | FedEx Pak<br>give to scheduled courier at my location<br>2 LBS<br>0 x 0 x 0 in<br>0  USD<br>135316040<br>135316040<br>*26.52<br><br><br>Express |
| From: | Linda K. Cooper<br><br>3840 McKelvey Road<br>St. Louis, MO  63044<br>US<br>314.291.3030 | | |

| | |
|---|---|
| Tracking no: | 792228394732 |
| Your reference: | Winn-Dixie |
| Ship date: | Oct 24 2006 |
| Service Type: | Standard Overnight |

**Print**

**Return to next steps**

## Please Note

. *The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.

 **FedEx.**

**Ship**  **Track/History**  **Address Book**  **Preferences**  **Fast Ship**  **Reports**  **My Profile**

<< Log out    Home                                                                                     ❷ **Quick help**

**Your Shipment Details:**

| | | |
|---|---|---|
| **Ship to:** | Mr. John Macdonald | **Package Type:** FedEx Pak |
| | Akerman Senterfitt | **Pickup/Drop Off:** give to scheduled courier at my location |
| | 50 N LAURA ST STE 2500 | **Weight:** 1 LBS |
| | JACKSONVILLE, FL | **Dimensions:** 0 x 0 x 0 in |
| | 322023646 | **Declared Value:** 0 USD |
| | US | **Shipper Account Number:** 135316040 |
| | 904-798-3700 | |
| **From:** | Linda K. Cooper | **Bill transportation to:** 135316040 |
| | | **Courtesy Rate Quote** *23.68 |
| | 3840 McKelvey Road | **Special Services:** |
| | St. Louis, MO 63044 | **Purpose:** |
| | US | **Shipment Type:** Express |
| | 314.291.3030 | |
| **Tracking no:** | 798528384473 | |
| **Your reference:** | Winn-Dixie | |
| **Ship date:** | Oct 25 2006 | |
| **Service Type:** | Standard Overnight | |

**Print**                                                                                      **Return to next steps**

**Please Note**

.*The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable  FedEx Service Guide  or the FedEx Rate Sheets for details on how shipping charges are calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.

**FedEx.**

| Ship | Track/History | Address Book | Preferences | Fast Ship | Reports | My Profile |

<< Log out    Home    ❷ Quick help

Your Shipment Details:

| | | | |
|---|---|---|---|
| **Ship to:** | Ms. Kim Ward and Cyndi Jackson | **Package Type:** | FedEx Envelope |
| | Smith Hulsey & Busey | **Pickup/Drop Off:** | give to scheduled courier at my location |
| | 225 WATER ST STE 1800 | **Weight:** | 1 LBS |
| | JACKSONVILLE, FL | **Dimensions:** | 0 x 0 x 0 in |
| | 322025182 | **Declared Value:** | 0 USD |
| | US | **Shipper Account Number:** | 135316040 |
| | 904-359-7850 | **Bill transportation to:** | 135316040 |
| **From:** | Linda K. Cooper | **Courtesy Rate Quote** | *14.88 |
| | | **Special Services:** | |
| | 3840 McKelvey Road | **Purpose:** | |
| | St. Louis, MO  63044 | **Shipment Type:** | Express |
| | US | | |
| | 314.291.3030 | | |
| **Tracking no:** | 798528391670 | | |
| **Your reference:** | Winn-Dixie | | |
| **Ship date:** | Oct 25 2006 | | |
| **Service Type:** | Standard Overnight | | |

**Print**                                                              **Return to next steps**

## Please Note

. *The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide  or the FedEx Rate Sheets for details on how shipping charges are calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.

Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.

**FedEx.**

| Ship | Track/History | Address Book | Preferences | Fast Ship | Reports | My Profile |

<< Log out    Home

❷ Quick help

Your Shipment Details:

| | | | |
|---|---|---|---|
| Ship to: | Laurence B. Appel, Esq.<br>Winn-Dixie Stores, Inc.<br>5050 EDGEWOOD CT<br>JACKSONVILLE, FL<br>322543601<br>US<br>314-291-3030 | Package Type:<br>Pickup/Drop Off:<br>Weight:<br>Dimensions:<br>Declared Value:<br>Shipper Account Number: | FedEx Pak<br>give to scheduled courier at my location<br>1 LBS<br>0 x 0 x 0 in<br>0 USD<br>135316040 |
| From: | Linda K. Cooper<br><br>3840 McKelvey Road<br>St. Louis, MO 63044<br>US<br>314.291.3030 | Bill transportation to:<br>Courtesy Rate Quote<br>Special Services:<br>Purpose:<br>Shipment Type: | 135316040<br>*23.68<br><br><br>Express |
| Tracking no: | 790593008890 | | |
| Your reference: | Winn-Dixie | | |
| Ship date: | Oct 25 2006 | | |
| Service Type: | Standard Overnight | | |

**Print**

**Return to next steps**

## Please Note

. *The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable  FedEx Service Guide  or the FedEx Rate Sheets for details on how shipping charges are calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.

Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.

**FedEx**

| Ship | **Track/History** | Address Book | Preferences | Fast Ship | Reports | My Profile |

<< Log out    Home                                                                    ❷ Quick help

Your Shipment Details:

| | | | |
|---|---|---|---|
| Ship to: | Elena L. Escamilla, Esq.<br>Office of U. S. Trustee<br>135 W CENTRAL BLVD<br>STE 620<br>ORLANDO, FL  328012476<br>US<br>407-648-6465 | Package Type:<br>Pickup/Drop Off:<br>Weight:<br>Dimensions:<br>Declared Value:<br>Shipper Account Number: | FedEx Pak<br>give to scheduled courier at my location<br>1  LBS<br>0 x 0 x 0 in<br>0  USD<br>135316040 |
| From: | Linda K. Cooper<br><br>3840 McKelvey Road<br>St. Louis, MO  63044<br>US<br>314.291.3030 | Bill transportation to:<br>Courtesy Rate Quote<br>Special Services:<br>Purpose:<br>Shipment Type: | 135316040<br>*23.68<br><br><br>Express |
| Tracking no: | 792872049105 | | |
| Your reference: | Winn-Dixie | | |
| Ship date: | Oct 25 2006 | | |
| Service Type: | Standard Overnight | | |

**Print**                                                                                 **Return to next steps**

## Please Note

. *The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable  FedEx Service Guide  or the FedEx Rate Sheets for details on how shipping charges are calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.

Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.



**Your Shipment Details:**

| | | | |
|---|---|---|---|
| Ship to: | Elena L. Escamilla, Esq.<br>Office of U. S. Trustee<br>135 W CENTRAL BLVD<br>STE 620<br>ORLANDO, FL  328012476<br>US<br>407-648-6465 | Package Type:<br>Pickup/Drop Off:<br>Weight:<br>Dimensions:<br>Declared Value: | FedEx Pak<br>give to scheduled courier at my locati<br>3 LBS<br>0 x 0 x 0 in<br>0 USD |

| | |
|---|---|
| **Shipper Account Number:** | 135316040 |

| | | | |
|---|---|---|---|
| From: | Linda K. Cooper<br>Stuart Maue<br>3840 McKelvey Road<br>St. Louis, MO  63044<br>US<br>314.291.3030 | Bill transportation to:<br>Courtesy Rate Quote<br>Special Services:<br>Purpose:<br>Shipment Type: | 135316040<br>*29.11<br><br><br>Express |

| | |
|---|---|
| Tracking no: | 792874849029 |
| Your reference: | Winn-Dixie |
| Ship date: | Oct 30 2006 |
| Service Type: | Standard Overnight |

**Print**

**Return t**

**Please Note**

. *The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weig dimensions, and other factors. Consult the applicable  FedEx Service Guide  or the FedEx Rate Sheets for details on how shipping char calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misde misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.

Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is l greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary v e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within stric Consult the applicable FedEx Service Guide for details.



FedEx

Ship | Track/History | Address Book | Preferences | Fast Ship | Reports | My Profile

<< Log out    Home

Your Shipment Details:

| | | |
|---|---|---|
| **Ship to:** | Mr. Jim Silver<br>Carlton Fields, P.A.<br>100 SE 2ND ST STE 4000<br>MIAMI, FL  331312114<br>US<br>305-539-7246 | **Package Type:** FedEx Pak<br>**Pickup/Drop Off:** give to scheduled courier at my locati<br>**Weight:** 3 LBS<br>**Dimensions:** 0 x 0 x 0 in<br>**Declared Value:** 0 USD |
| **From:** | Linda K. Cooper<br>Stuart Maue<br>3840 McKelvey Road<br>St. Louis, MO  63044<br>US<br>314.291.3030 | **Shipper Account Number:** 135316040<br>**Bill transportation to:** 135316040<br>**Courtesy Rate Quote** *31.66<br>**Special Services:**<br>**Purpose:** |
| **Tracking no:** | 791576172817 | **Shipment Type:** Express |
| **Your reference:** | Winn-Dixie | |
| **Ship date:** | Oct 30 2006 | |
| **Service Type:** | Standard Overnight | |

**Print**                                                                 **Return t**

### Please Note

. *The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weig dimensions, and other factors. Consult the applicable  FedEx Service Guide  or the FedEx Rate Sheets for details on how shipping char calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misd misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.
Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is l greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary v e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within stri Consult the applicable FedEx Service Guide for details.