## Schedule B

**Third Interim Fee Application of Stuart, Maue, Mitchell & James**
**October 1, 2006 through November 21, 2006**

| **Name** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| **Legal Auditors** | | | |
| Linda K. Cooper | 188.50 | 275.00 | 51,837.50 |
| Linda K. Cooper | 1.10 | 0.00 | 0.00 |
| Felica F. Ezell-Flewellen | 66.90 | 275.00 | 18,397.50 |
| Felica F. Ezell-Flewellen | 1.50 | 0.00 | 0.00 |
| Pamela S. Snyder | 144.20 | 275.00 | 39,655.00 |
| Pamela S. Snyder | 1.00 | 0.00 | 0.00 |
| Kathy C. Tahan | 85.90 | 275.00 | 23,622.50 |
| Kathy C. Tahan | 2.30 | 0.00 | 0.00 |
| Tami Z. Morrissey | 23.50 | 275.00 | 6,462.50 |
| Subtotal: | **514.90** | | **$ 139,975.00** |
| | | | |
| **Legal Auditor Asst.** | | | |
| Amy T. Truong | 4.80 | 150.00 | 720.00 |
| Subtotal: | **4.80** | | **$ 720.00** |
| | | | |
| **Data Entry** | | | |
| Rhonda L. Brown | 3.60 | 65.00 | 234.00 |
| Karen E. Ellsworth | 21.60 | 65.00 | 1,404.00 |
| Karen E. Ellsworth | 1.60 | 0.00 | 0.00 |
| Jennifer L. Minzghor | 25.10 | 65.00 | 1,631.50 |
| Jennifer L. Minzghor | 1.70 | 0.00 | 0.00 |
| Beverly A. Moore | 0.60 | 0.00 | 0.00 |
| Ashley D. Thompson | 2.30 | 65.00 | 149.50 |
| Connie J. Simms | 0.80 | 0.00 | 0.00 |
| Subtotal: | **57.30** | | **$ 3,419.00** |
| | | | |
| **Total Fees** | | | **$ 144,114.00** |
| **Total Hours** | 577.00 | | |
| **Hours Billed at No Charge** | -10.60 | (Fees not billed total $1,928.00) | |
| **Total Hours Billed** | 566.40 | | |