*Relates to Doc #10689*

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Reorganized Debtors.[1] | Jointly Administered |

## AGREED ORDER DISALLOWING CLAIM NUMBERS 12952 AND 12953 FILED BY WINDSOR STATION, LLC AS SET FORTH IN THE DEBTORS' NINETEENTH OMNIBUS CLAIMS OBJECTION

These cases originally came before the Court for hearing on October 5, 2006, upon the Nineteenth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibit A through D to the Objection.[2] A response to the Objection was filed by Windsor Station, LLC, as a result of which the Debtors agreed to continue the Objection with respect to claim nos. 12952 and 12953 filed by Windsor Station, LLC among others. On October 5, 2006, the Court entered an order (Docket No. 11667) sustaining the Objection as to the proofs of claim listed on the exhibits to the order and continuing the hearing on the Objection as to claim nos. 12952 and 12953 and other unresolved claims. Based upon the consent of the parties appearing below, it is

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

ORDERED AND ADJUDGED:

1. Claim nos. 12952 and 12953 filed by Windsor Station, LLC are disallowed in their entirety.

2. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 18 day of January, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| SMITH HULSEY & BUSEY | HELD & ISRAEL |
|---|---|
| By /s/ James H. Post<br>James H. Post | By /s/ Adam N. Frisch*<br>Kimberly Held Israel<br>Florida Bar # 47287<br>Adam N. Frisch<br>Florida Bar # 635308 |
| Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile) | 1301 Riverplace Blvd., Suite 1916<br>Jacksonville, Florida 32207<br>(904) 398-7038<br>(904) 492-4283 (facsimile) |
| -and- | -and- |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | POLSINELLI SHALTON WELTE SUELTHAUS PC |
| D. J. Baker<br>Sally McDonald Henry<br>Rosalie Walker Gray<br>Jane M. Leamy<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile) | James E. Bird<br>Amy E. Hatch<br>700 West 4th Street, Suite 1000<br>Kansas City, Missouri 64112<br>(816) 753-1000<br>(816) 753-1536 (facsimile) |
| Co-Counsel for Reorganized Debtors | Counsel for Windsor Station LLC<br><br>*Counsel has authorized his electronic signature |