UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                          )    Chapter 11

WINN-DIXIE STORES, INC., <u>et al.</u>, )   Case No. 05-03817-3F1

Debtors.                        )    Jointly Administered

SIXTH INTERIM AND FINAL APPLICATION OF ALVAREZ & MARSAL, LLC,
OPERATIONS AND REAL ESTATE ADVISOR TO OFFICIAL COMMITTEE OF
UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED DURING
PERIOD FROM
<u>MARCH 4, 2005 THROUGH AND INCLUDING NOVEMBER 21, 2006</u>

| | |
|---|---|
| **Name of Applicant** | <u>**Alvarez & Marsal, LLC**</u> |
| **Authorized to Provide Services to:** | <u>**The Official Committee of Unsecured Creditors of Winn-Dixie Stores, LLC, et al.**</u> |
| **Date of Retention** | <u>**Order entered on June 3, 2005 nunc pro tunc to March 4, 2005**</u> |
| **Period for which Interim Compensation and Reimbursement is sought** | <u>**March 4, 2006 though and including November 21, 2006**</u> |
| **Amount of Interim Compensation sought as actual, reasonable and necessary** | <u>**$3,071,572.50**</u> |
| **Amount of Interim Reimbursement sought as actual, reasonable and necessary** | <u>**$49,384.60**</u> |

This is a final application

## Summary of Professional's Hours

| | | Fee Application: | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | #1 | #2 | #3 | #4 | #5 | #6 | |
| | | 3/4/05 - | 6/1/05 - | 10/1/05 - | 2/1/06 - | 6/1/06 - | 10/1/06 - | |
| Professional | Title | 5/31/05 | 9/30/05 | 1/31/06 | 5/31/06 | 9/30/06 | 11/21/06 | Total |
| Andrew Hede | Managing Director | 248.5 | 229.0 | 146.5 | 172.5 | 191.0 | 63.0 | 1,050.5 |
| Martha Kopacz | Managing Director | 206.5 | 149.5 | 247.0 | 17.8 | - | - | 620.8 |
| William McGuire | Managing Director | 37.7 | 35.3 | 20.7 | 18.5 | - | - | 112.2 |
| Darren Mills | Managing Director | - | - | - | - | 3.0 | - | 3.0 |
| Martin Williams | Senior Director | - | - | - | - | 10.0 | - | 10.0 |
| Dirk Aulabaugh | Senior Director | - | - | 53.3 | 337.9 | 177.5 | 21.3 | 590.0 |
| Robert McEvoy | Director | - | - | - | 152.0 | 176.0 | - | 328.0 |
| Maxim Frangulov | Director | - | 8.6 | - | - | - | - | 8.6 |
| Gregory Ford | Director | 35.7 | 21.0 | 15.0 | - | - | - | 71.7 |
| Erin Scanlan | Senior Associate | - | 83.0 | 74.1 | - | - | - | 157.1 |
| Matthew Gavejian | Senior Associate | 80.0 | 304.0 | 237.2 | 373.5 | 411.5 | 89.0 | 1,495.2 |
| David Kirsch | Associate | 4.0 | - | - | - | - | - | 4.0 |
| Brian Abbott | Associate | - | - | 3.2 | - | - | - | 3.2 |
| Ian McCready | Analyst | - | - | 6.0 | - | - | - | 6.0 |
| Chris Daniello | Analyst | - | - | - | 8.0 | 12.5 | - | 20.5 |
| **Total Hours** | | **612.4** | **830.4** | **803.0** | **1,080.2** | **981.5** | **173.3** | **4,480.7** |

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                              )   Chapter 11

WINN-DIXIE STORES, INC., <u>et al.</u>, )   Case No. 05-03817-3F1

Debtors.                            )   Jointly Administered

**SIXTH INTERIM AND FINAL APPLICATION OF ALVAREZ & MARSAL, LLC,**
**OPERATIONS AND REAL ESTATE ADVISOR TO OFFICIAL COMMITTEE OF**
**UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES**
**RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED DURING**
**PERIOD FROM**
**MARCH 4, 2005 THROUGH AND INCLUDING NOVEMBER 21, 2006**

Alvarez & Marsal, LLC ("<u>A&M</u>"), operations and real estate advisor to the official committee of unsecured creditors (the "<u>Committee</u>") of Winn-Dixie Stores, Inc. and its affiliated debtors and debtors-in-possession appointed in the above-captioned cases (collectively, "<u>Winn-Dixie</u>" or the "<u>Debtors</u>"), hereby submits its application (the "<u>Application</u>"), pursuant to sections 328 and 331 of title 11 of the United States Code (as amended, the "<u>Bankruptcy Code</u>"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 328 effective January 30, 1996 (the "<u>U.S. Trustee Guidelines</u>"), and the Final Order Approving Interim Compensation Procedures for Professionals, dated March 15, 2005 (Docket No. 434) (the "<u>Interim Compensation Order</u>"), for the allowance of

final compensation for professional services rendered from March 4, 2005 through and including November 21, 2006 (the "Final Compensation Period"), which includes professional services rendered from October 1, 2006 through and including November 21, 2006 (the "Sixth Interim Compensation Period"), in addition to A&M's restructuring fee (the "Restructuring Fee"), and for reimbursement of expenses incurred in connection with such services, and in support thereof respectfully represents as follows:

## I.   INTRODUCTION

### A.   Background

1.    On February 21, 2005 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York (the "New York Bankruptcy Court").

2.    On March 1, 2005, the United States Trustee duly appointed the Committee.

3.    By order dated April 13, 2005, the New York Bankruptcy Court transferred venue of these cases to this Court. The Debtors' cases are being jointly administered for procedural purposes only.  The Debtors continued to operate their businesses and manage their properties as debtors in possession

2

pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner was appointed in these cases.

4.    This Court has jurisdiction over this Application pursuant to 28 U.S.C. § 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue of the Debtors' chapter 11 cases and this Application is proper under 28 U.S.C. §§ 1408 and 1409.  The statutory predicates for the relief sought herein are sections 328 and 331 of the Bankruptcy Code.

**B.    Retention of A&M and Billing History**

5.    On June 3, 2005, pursuant to the Order Under 11 U.S.C. § 1103 And Fed. R. Bankr. P. 2014 And 5002, Authorizing Retention and Employment Of Alvarez & Marsal, LLC as the Committee's Operations and Real Estate Advisor (Docket No. 1557) (the "Retention Order"), the Committee's retention of A&M in these cases was authorized effective as of March 4, 2005.

6.    This Application is A&M's sixth interim and final application for approval and allowance of compensation and reimbursement of expenses.  A&M makes this Application pursuant to sections 328 and 331 of the Bankruptcy Code.  A&M's first interim application for allowance of compensation and reimbursement of expenses for the period March 4, 2005 through May 31, 2005 was submitted on July 15, 2005.  A&M's second interim application for allowance of compensation and

3

reimbursement of expenses for the period June 1, 2005 through September 30, 2005 was submitted on November 11, 2005. A&M's third interim application for allowance of compensation and reimbursement of expenses for the period October 1, 2005 through January 31, 2006 was submitted on March 17, 2006. A&M's fourth interim application for allowance of compensation and reimbursement of expenses for the period February 1, 2006 through May 31, 2006 was submitted on July 18, 2006. A&M's fifth interim application for allowance of compensation and reimbursement of expenses for the period June 1, 2006 through September 30, 2006 was submitted on November 20, 2006. A&M's sixth interim application for allowance of compensation and reimbursement of expenses for the period October 1, 2006 through November 21, 2006 is included in this final application. A summary of A&M's fee applications is as follows:

| Fee Application | Period | Gross Fees | Expenses | Total Compensation Requested | Compensation Paid | Compensation Due |
|---|---|---|---|---|---|---|
| #1 | 3/4/05 - 5/31/05 | $ 300,000.00 | $ 8,738.74 | $ 308,738.74 | $ 308,738.74 | $ - |
| #2 | 6/1/05 - 9/30/05 | 400,000.00 | 7,637.09 | 407,637.09 | 407,637.09 | - |
| #3 | 10/1/05 - 1/31/06 | 400,000.00 | 16,691.10 | 416,691.10 | 416,691.10 | - |
| #4 | 2/1/06 - 5/31/06 | 400,000.00 | 9,740.18 | 409,740.18 | 409,740.18 | - |
| #5 | 6/1/06 - 9/30/06 | 400,000.00 | 5,551.33 | 405,551.33 | 405,551.33 | - |
| #6 | 10/1/06 - 11/21/06 [1] | 1,171,572.50 | 1,026.16 | 1,172,598.66 | 80,043.55 | 1,092,555.11 |
| | **Total** | $ 3,071,572.50 | $ 49,384.60 | $ 3,120,957.10 | $ 2,028,401.99 | $ 1,092,555.11 |

[1] Includes Restructuring Fee $1,011,249.92.

7.    In accordance with the engagement letter between the Committee and A&M (dated March 4, 2005)(the "A&M Engagement

4

Letter"), A&M seeks reimbursement for its fixed fee of $100,000.00 per month.

      8.   In accordance with the Interim Compensation Order, A&M submitted a monthly fee statement to, among others, the Debtors seeking interim compensation and reimbursement of expenses.  During the Sixth Interim Compensation Period, A&M submitted the following fee statements:

(a)   On October 4, 2006, pursuant to the Interim Compensation Order and the Notice of Approval of Retention Terms, A&M served its seventeenth fee statement which included the period from October 1, 2006 through and including October 31, 2006 (the "Seventeenth Fee Statement").  The Seventeenth Fee Statement sought an allowance of $100,000.00 for the period October 1, 2006 though October 31, 2006 (representing one month of services at a fixed fee of $100,000.00 per month) as compensation for services rendered.

(b)   On December 15, 2006, pursuant to the Interim Compensation Order and the Notice of Approval of Retention Terms, A&M served its eighteenth fee statement for the period from November 1, 2006 through and including November 21, 2006 (the "Eighteenth Fee Statement").  The Eighteenth Fee Statement sought an allowance of $60,322.58.00 (representing one month of services at a fixed fee of $100,000.00 per month pro-rated for 21 days, less a credit of $9,677.42 for professional services billed from March 1, 2005 through March 3, 2005) as compensation for services rendered and the reimbursement of $1,026.16 in expenses.

(c)  On December 20, 2006, pursuant to the terms of the A&M
     Engagement Letter, A&M served its nineteenth fee
     statement for its Restructuring Fee (the "Nineteenth
     Fee Statement").  The Nineteenth Fee Statement sought
     an allowance of $1,011,249.92 (representing 25 basis
     points of the non-priority unsecured creditors'
     recovery, as defined in the A&M Engagement Letter) as
     compensation for services rendered.  A copy of the
     invoice detailing the calculation of the Restructuring
     Fee and the A&M Engagement Letter are attached to this
     Application as Exhibit A.

9.    As of the filing of this Application, A&M has received payment in the amount of 100% of fees and expenses with respect to the First through Sixteenth Fee Statements and 80% of fees and 100% of expenses with respect to the Seventeenth Fee Statement, for a total of $2,028,401.99.  No payments have been received on account of the Eighteenth and Nineteenth Fee Statements.  A total of $1,092,555.11 is outstanding with respect to the Seventeenth, Eighteenth and Nineteenth Fee Statements.

10.   A&M has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in these cases.

11.   No promises have been received by A&M or any member thereof as to compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code.

## II.  **CASE STATUS**

12.   The Debtors filed a disclosure statement and a plan of reorganization on June 29, 2006.  On November 9, 2006 the plan of reorganization was approved.  The Debtors emerged from bankruptcy on November 21, 2006.

## III. **APPLICATION**

13.  By this Application, A&M is seeking full allowance of (a) compensation for professional services rendered by A&M, as operations and real estate advisor to the Committee, during the Final Compensation Period and (b) reimbursement of expenses incurred by A&M in connection with such services during the Final Compensation Period.

14.   In this Application, A&M seeks approval of the amount of $3,071,572.50 for advisory services rendered on behalf of the Committee during the Final Compensation Period and the amount of $49,384.60 for reimbursement of expenses incurred in connection with the rendition of such services, for a total award of $3,120,957.10.

15.   As noted above, A&M has received to date 80% of fees and 100% of expenses for the First through Sixteenth Fee Statements (which comprise the First, Second, Third, Fourth and Fifth Interim Fee Applications) and 80% of fees and 100% of expenses for the Seventeenth Fee Statement(totaling $80,043.55). A&M is, therefore, seeking a total payment of $1,092,555.11

pursuant to this Application, representing the unpaid balance of 20% of fees for the Seventeenth Fee Statement and 100% of fees and 100% of expenses for the Eighteenth and Nineteenth Fee Statements (the Seventeenth, Eighteenth and Nineteenth Fee Statements comprise the Sixth Interim Fee Application).

16.  The fees sought by this Application reflect an aggregate of 4,480.7 hours of professional time spent and recorded in performing services for the Committee during the Final Compensation Period.

17.  A&M rendered to the Committee all services for which compensation is sought solely in connection with these cases in furtherance of the duties and functions of the Committee.

18.  A&M maintains electronic records of the time expended in the rendering of the professional services required by the Committee.  These records are maintained in the ordinary course of A&M's business.  For the convenience of the Court and parties in interest, a billing summary for the Final Compensation Period is attached as part of the cover sheet, setting forth the name of each professional for whose work on these cases compensation is sought, each professional's title and the amount of time expended by each such professional.

19.  Attached hereto as Exhibit B are time entry records broken down in halves of an hour by professional, based

8

on guidelines from the Retention Order, setting forth a

description of services performed by each professional on behalf

of the Committee for the Final Compensation Period (including

the Sixth Interim Compensation Period).

20.  A&M also maintains electronic records of all

expenses incurred in connection with the performance of

professional services.  Details of the amounts and categories of

expenses for which reimbursement is sought for the Final

Compensation Period is attached hereto as Exhibit C.

## IV.   SUMMARY OF PROFESSIONAL SERVICES RENDERED

21.  The following summary is intended to highlight

the services rendered by A&M and segregate those services into

categories where A&M has expended a number of hours on behalf of

the Committee.  It is not meant to be a detailed description of

all of the work performed; detailed descriptions of the day-to-

day services provided by A&M during the Final Compensation

Period and the time expended performing such services are fully

set forth in Exhibit B hereto.  Such detailed descriptions show

that A&M was heavily involved in the performance of services for

the Committee on a daily basis, including night and weekend

work, often under time constraints to meet the needs of the

Committee in these cases. Furthermore, sixty-two percent (62%)

of the time incurred by A&M professionals, from March 4, 2005

9

through November 21, 2006, was incurred by Managing Directors and Directors, the most experienced professionals in the firm.

## A.    Retention/Fee Matters

22.    A&M prepared and filed its Employment Application and the Affidavit of Martha Kopacz to be retained as operations and real estate advisor to the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc.  A&M participated in many conversations with the Committee counsel, Debtors' professionals and representatives of the Office of the US Trustee in New York and Jacksonville prior to the Retention Order being entered on June 3, 2005.  A&M also participated in discussions with Committee counsel, Debtors' professionals and representatives of Stuart Maue (the "Fee Examiner"). A&M filed its First through Fifth Interim Fee Applications and subsequent monthly fee statements. Additionally, A&M submitted its First through Fifth Interim Fee Applications in the required format to the Fee Examiner.

## B.    Business Plan Due Diligence

23.    A&M performed an operational review of the Debtor's preliminary fiscal 2006 business plan and footprint rationalization.  A&M performed an operational review of the Debtor's November 2005 business plan (FY 2006 – 2010) and footprint rationalization.  A&M participated in many discussions with the Debtors' operations management regarding all business

plan elements including operating initiatives to improve store performance, industry benchmarking and historical operating practices. A&M performed a financial and operational review of the Debtor's May 2006 business plan (FY 2007 – FY 2011). A&M participated in meetings and discussions with the Debtors' senior management team regarding all elements of the business plan, including operating initiatives to improve store performance, industry benchmarking, historical operating practices, customer survey data and forecast financial performance. A&M submitted several information request lists and monitored the status of information flow from the Debtors and its advisors. Additionally, A&M's due diligence included tours of Jacksonville area stores with Winn-Dixie management. A&M respectfully asserts that its operating experience was vital to the proceedings as the Debtor's operating performance will help maximize the recovery to the Debtors' unsecured creditors.

C.    **Case Management**

24.  A&M discussed case issues, case timeline and next steps and has coordinated work product and work flow with other advisors and Committee counsel. As a part of the chapter 11 process, A&M reviewed the Debtors' filed Statements of Financial Affairs and Schedule of Assets and Liabilities.

D.    **Reclamation / Trade Program / Preferences**

25.    A&M reviewed and discussed various reclamation term sheets.  A&M prepared analyses to understand the incremental liquidity impact of proposed reclamation settlements and participated in telephonic meetings with the Ad Hoc Reclamation Committee and the Trade Subcommittee of the Official Unsecured Creditors Committee.  A&M participated in several discussions with Winn-Dixie trade vendors in order to elicit the support of vendors for the trade program.  A&M reviewed and discussed potential preference payments and appropriate waivers of these claims with the Debtors' professionals.

E.    **Real Estate**

26.    A&M reviewed proposed lease rejections, specific-store lease agreements, real estate impacts of proposed store closures and leasing impacts of the revised footprint.  A&M real estate professionals participated in discussions with landlords, Debtors' representatives and advisors as well as the Committee and its Counsel.  Additionally, A&M reviewed bidding procedures and stalking horse bids for closed stores and various other real property assets and attended auctions related to these sales. A&M prepared many memos to the Committee documenting its findings.  Additionally, A&M performed a review of schedules detailing landlord claims and potential claims due to lease rejections.

F.    **Executory Contracts**

27.    A&M reviewed proposed rejections and assumptions of executory contracts, and discussed same with the Debtors' advisors, to better understand the business purpose for rejection or assumption, potential damages, and potential realizable value from the assignment of contracts in an effort to maximize creditor recovery.  A&M prepared schedules detailing contracts to be rejected or assumed and presented its findings to the Committee.  A&M's review considered potential rejection damage claims, cure costs and the rationale for contract assumptions/rejections.  Additionally, A&M reviewed Winn-Dixie's renegotiated post-petition supply agreements with various vendors in order to understand the benefits of the new agreements and the impact of the new agreements on the Debtors' business.  A&M also reviewed and evaluated the proposed retention of the Debtors' professionals for services related to fresh-start accounting, information technology, tax appraisal and real estate sales, and reported its findings to the Committee.

G.    **Insurance**

28.    A&M reviewed proposed insurance premium financings, collateral requirements, premium pricing levels, factors behind pricing increases, insurance coverage and factors behind the selection of insurance providers with Winn-Dixie's

13

advisors and the Committee.  A&M discussed coverage policies and the factors behind pricing and coverage changes.

**H.    Insurance Claims**

29.  A&M reviewed supporting documentation and discussed with the Debtors and XRoads the Debtors' insurance claims related to Hurricane Katrina and other named 2005 storms. A&M reviewed inventory, real property damage and construction claims and presented its findings to the Committee. Additionally, A&M reviewed and discussed the Debtors methodology and timing for calculating business interruption claims.  A&M also reviewed a proposed settlement of all 2004 named storm insurance claims.  A&M reviewed supporting documentation and discussed with the Debtors and XRoads the Debtors' 2006/2007 property insurance coverage.  A&M reviewed historical claims and premiums and discussed the current property insurance environment with an independent third-party to understand the cause and reasonableness of the increased premiums.  A&M presented its findings, including the significant business impact of the new premiums, to the Committee.

**I.    Teleconference / Meetings**

30.  A&M participated in many in-person meetings and teleconferences with the Debtors, the Debtors' advisors and legal counsel, as well as Committee members and their counsel, on a variety of issues.

**J.**   **Employee Retention / Severance**

31.   A&M reviewed the Company's proposed retention and severance plan, analyzed historical payroll and other compensation data, benchmarked Winn-Dixie's compensation program to other companies and participated in negotiations with Winn-Dixie and its advisors.   A&M reviewed the Company's proposed retention and severance plan for CEO Peter Lynch.   A&M analyzed historical payroll and other compensation data, benchmarked Winn-Dixie's compensation program to other companies and participated in discussions with the Committee and its advisors/counsel.   Additionally, A&M reviewed and analyzed the Debtors' proposed management incentive bonus plan for FY 2007, including a comparison to the FY 2006 plan.   A&M presented its findings in a memo to the Committee.

**K.**   **Store / Company Financials**

32.   A&M prepared a database of detailed store-by-store financials for the purpose of monitoring the financial performance of Winn-Dixie's stores on a monthly basis.   A&M frequently updated its database of detailed store-by-store financials including several revenue, operating and profitability analyses for the purposes of understanding the Company's proposed footprint rationalization.   A&M prepared informational memoranda for the Committee, detailing store

performance results and analyzing such items as shrink, operating expenses and revenue.

**L.    Store and Distribution operations**

33.    A&M independently conducted numerous store visits and participated in additional visits with members of Winn-Dixie's executive and operations management team.  A&M prepared an operational review including an evaluation of store conditions, merchandising, inventory content and adequacy, and store management.  A&M presented its review, based on the store visits and input from Winn-Dixie's management, to the Committee.

**M.    Payment of Pre-petition claims**

34.    A&M reviewed the payment of pre-petition claims with the Debtors' legal counsel and financial advisors and advised the Committee regarding the same.

**N.    Perishable Agricultural Commodities Act ("PACA")**

35.    A&M reviewed, assessed and analyzed Winn-Dixie's outstanding PACA liability.

**O.    Purchasing Card Program**

36.    A&M reviewed the Debtor's proposal for a purchasing card program through American Express.  A&M conducted research of similar programs, participated in discussions with the Debtor, discussed issues of claims created by the program and prepared informational documents for the Committee.

**P.    Distribution Center, Store Inventory and Equipment**

**Liquidation**

37.    A&M reviewed the proposals of various liquidating agents to evaluate the Debtors' selection of a Liquidating Agent.  A&M reviewed and discussed details of the liquidation process, periodic results of the liquidation, including gross sales, inventory sold, remaining inventory and recovery on a cost basis.  A&M prepared informational memoranda for the Committee.

**Q.    Business Plan Presentations**

38.    A&M prepared, on a joint basis with Houlihan, Lokey, Howard & Zukin, a presentation summarizing the Debtors November 2005 Business Plan and the pertinent impacts on the Committee.  A&M prepared analyses and commentary, focusing on the operational aspects of the Business Plan and presented its findings at a meeting of the Committee.  A&M prepared a presentation summarizing the Debtors' May 2006 Business Plan and the pertinent impacts on the Committee.  A&M prepared analyses and commentary, focusing on the financial and operational aspects of the Business Plan (including: historical financial performance by period and by region, year-to-date results of management initiatives, projected financial performance, forecast capital expenditures, working capital, and historical

and future asset sales) and presented its findings on a call
with the Committee.

**R.    Closure of Stores**

39.  A&M reviewed and evaluated the Debtors' proposed
closure of 35 stores in March 2006.  A&M reviewed and evaluated
the Debtors' proposed closure of an additional 7 stores in
August 2006.  A&M's review was based on discussions with the
Debtors and XRoads, a review of year-to-date and historical
store financial performance and review of store locations and
DMAs.  A&M developed and documented an understanding of the
Debtors' rationale and of the store selection process.  A&M
prepared presentations to detail its findings to the Committee.

**S.    Plan of Reorganization**

40.  A&M performed a review of the Debtors' proposed
Plan of Reorganization, including key terms, the treatment of
various classes of unsecured claims and the Debtors' Liquidation
Analysis.  Additionally, A&M reviewed detailed listings of the
scheduled unsecured claims and discussed the claims
reconciliation process with the Debtors' advisors.
Additionally, A&M reviewed the implications of the Debtors'
proposed section 382 tax election.

**T.    Board of Directors Member Selection**

41.  A&M participated in the process of selecting
Winn-Dixie's new board of directors.  Working in connection with

Spencer Stuart (the Debtors' executive search firm), a sub-committee of the Committee and the CEO Peter Lynch, A&M participated in many meetings and interviewed all potential board candidates.  A&M issued recommendations regarding candidates to the Committee.  A&M continues, on a post-emergence basis, to meet with the Board Sub-committee of the Committee and potential board candidates in order to identify the ninth and final board member.

## VI.  ALLOWANCE OF COMPENSATION

42.  The professional services rendered by A&M, particularly in light of A&M's specialized role as operations and real estate advisor, have required a high degree of professional competence and expertise to address the numerous issues requiring evaluation and action by the Committee.  A&M respectfully submits that the services rendered to the Committee were performed efficiently, effectively and economically, and that the results obtained benefited not only the members of the Committee, but also the unsecured creditors as a whole and the Debtors' estates.

43.  The allowance of interim compensation for services rendered and reimbursement of expenses in bankruptcy cases is expressly provided for in section 331 of the Bankruptcy Code:

> Any professional person . . . may apply to the
> court not more than once every 120 days after an
> order for relief in a case under this title, or
> more often if the court permits, for such
> compensation for services rendered . . . as is
> provided under section 330 of this title.

11 U.S.C. § 331.

44.    With respect to the allowance of compensation,

section 328(a) of the Bankruptcy Code provides that with Court

approval:

> A committee . . . may employ or authorize the
> employment of a professional person . . . on any
> reasonable terms and conditions of employment,
> including on a retainer, on an hourly basis, or
> on a contingent fee basis, compensation for
> actual, necessary services rendered.

11 U.S.C. § 328(a).

45.    The total time spent by A&M professionals during

the Final Compensation Period (from March 4, 2005 through

November 21, 2006) was 4,480.7 hours.  As shown by this

Application and supporting exhibits, A&M's services were

rendered economically, primarily by the most experienced members

of the team, and without unnecessary duplication of efforts.  In

addition, the work involved, and thus the time expended, was

carefully assigned in consideration of the experience and

expertise required for each particular task.

## VII. **EXPENSES**

46.    A&M has incurred a total of $49,384.60 in

expenses in connection with representing the Committee during

the Final Compensation Period.  A&M records all expenses incurred in connection with the performance of professional services.  A summary and a detailed listing of these expenses is annexed hereto as Exhibit C.

47.  In connection with the reimbursement of expenses, A&M's policy is to charge its clients in all areas of practice for expenses, other than fixed and routine overhead expenses, incurred in connection with representing its clients.  The expenses charged to A&M's clients include, among other things, telephone and telecopy toll and other charges, mail and express mail charges, special or hand delivery charges, photocopying charges, out-of-town travel expenses, local transportation expenses, expenses for working meals and computerized research costs.

48.  A&M charges the Committee for these expenses at rates consistent with those charged to A&M's other bankruptcy clients, which rates are equal to or less than the rates charged by A&M's to its non-bankruptcy clients.

49.  Professionals at A&M have not incurred expenses for luxury accommodations or deluxe meals.  The Application does not seek reimbursement of any air travel expenses in excess of coach fares, unless coach airfares were unavailable and travel could not be rescheduled.  Throughout the Final Compensation

Period, A&M has been keenly aware of cost considerations and has tried to minimize the expenses charged to the Debtors' estates.

## VIII. <u>NOTICE</u>

50.   Notice of this Motion has been given to counsel to the Debtors, counsel to the agent for the Debtor's DIP lender, the United States Trustee, all other parties on the Debtors' Master Service List and all other parties not otherwise listed that have requested receipt of notices in these cases. In light of the nature of the relief requested herein, A&M requests that such notice be deemed adequate and sufficient.

## IX.   CONCLUSION

WHEREFORE, A&M respectfully requests the Court to enter an order, (a) allowing A&M (i) compensation for professional services rendered as advisor to the Committee during the Final Compensation Period in the amount of $3,071,572.50 and (ii) reimbursement of expenses incurred in connection with rendering such services in the aggregate amount of $49,384.60, for a total award of $3,120,957.10; (b) authorizing and directing the Debtors to pay to A&M $1,092,555.11, which is the amount outstanding for services rendered and expenses incurred during the Final Compensation Period; and (c) granting such further relief as is just.

Dated: January 19, 2007

**ALVAREZ & MARSAL, LLC**

By: /s/ Andrew Hede
    Andrew Hede
    600 Lexington Avenue
    Sixth Floor
    New York, New York 10022
    (212) 759-4433

    Operations and Real Estate
    Advisor to Official Committee
    of Unsecured Creditors of Winn-
    Dixie Stores, Inc., et al.

# EXHIBIT A



600 Lexington Avenue, 6th Floor
New York, NY 10022
Phone: (212) 759-4433
Fax: (212) 759-5532
www.alvarezandmarsal.com

December 20, 2006


Winn-Dixie Stores, Inc.
Attn: Bennett Nussbaum
5050 Edgewood Court
Jacksonville, FL 32203


Dear Bennett:

Please find attached our invoice for the Restructuring Fee payable pursuant to the terms of our engagement letter (a copy of which has been attached). Per the terms of our engagement letter, we have billed "25 basis points of the non-priority unsecured creditor's recovery upon consummation of the plan of reorganization." A detailed calculation of the Restructuring Fee (net of credits for monthly fees) is included. Per the Committee's election, the Restructuring Fee is payable in cash.

Do not hesitate to let me know if you have any questions.


Sincerely,

Andrew Hede


CC:     Elena L. Escamilla, United States Trustee
        D.J. Baker; Skadden, Arps, Slate, Meagher & Flom LLP
        Sarah Robinson Borders; King & Spalding LLP
        Laurence B. Appel; Winn-Dixie Stores, Inc.
        Dennis F. Dunne; Milbank, Tweed, Hadley & McCloy LLP
        Jonathan N. Helfat; Otterbourg, Steindler, Houston & Rosen, P.C.
        Mike Byrum; Winn-Dixie Stores, Inc.

December 20, 2006

Winn-Dixie Stores, Inc.
Attn: Bennett Nussbaum
5050 Edgewood Court
Jacksonville, FL 32203

SPECIAL SERVICES RENDERED

By Alvarez & Marsal

|  | Total |
|---|---|
| Gross Restructuring Fee [1] | $ 1,871,572.50 |
| Crediting of Monthly Invoices [1] | (860,322.58) |
| Restructuring Fee (prior to Holdback) | 1,011,249.92 |
| Holdback (20% of Restructuring Fee) | (202,249.98) |
| Restructuring Fee [2] | $    808,999.94 |

[1] See detailed calculations on the following page.

[2] Per A&M's engagement letter: *"The Restructuring Fee may be payable, in the sole discretion of the Committee, in cash or in the same combination of cash, assets and property as is being distributed under the Chapter 11 Plan to the Committee Constituents".*

---

**Remittance Instructions**

Wire Instructions:
| Bank: | U.S. Trust Company of New York |
| ABA: | 021001318 |
| Account Name: | Alvarez & Marsal, LLC |
| Account Number: | 1029657 |
| Reference #: | 19-80545 |

Mail Instructions:
Alvarez & Marsal
Attn: Liz Carrington
600 Lexington Avenue, 6th Floor
New York, NY 10022
Reference #: 19-80545


ALVAREZ & MARSAL

Restructuring Fee and Crediting of Monthly Invoices Calculations

Per A&M's engagement letter:

> *"A&M will also receive a restructuring fee (the "Restructuring Fee") equal to 25*
> *basis points of the non-priority unsecured creditors' recovery upon consummation*
> *of a plan of reorganization confirmed in these cases (the "Chapter 11 Plan"),*
> *calculated based on the recovery projected to be received (and using the same*
> *assumptions, including the amount of claims, used in establishing the projected*
> *recovery) by the class(es) of creditors represented by the Committee (the*
> *"Committee Constituents") in the disclosure statement pursuant to which votes*
> *approving the Chapter 11 Plan were solicited. In the event a range of recovery has*
> *been provided in the disclosure statement, the Restructuring Fee will be based on*
> *the mid-point of the range of recoveries".*

| | |
|---|---|
| Mid-point Recovery | $ 748,629,000.00 |
| A&M Restructuring Fee basis | 0.25% |
| Gross Restructuring Fee | $    1,871,572.50 |

Per A&M's engagement letter:

> *"The Restructuring Fee shall be reduced by 100% of all*
> *Monthly Fees paid to A&M after the twelfth monthly fee".*

| | |
|---|---|
| March 4 - 31, 2006 [1] | $         90,322.58 |
| April 1 - 30, 2006 | 100,000.00 |
| May 1 - 31, 2006 | 100,000.00 |
| June 1 - 30, 2006 | 100,000.00 |
| July 1 - 31, 2006 | 100,000.00 |
| August 1 - 31, 2006 | 100,000.00 |
| September 1 - 30, 2006 | 100,000.00 |
| October 1 - 31, 2006 | 100,000.00 |
| November 1 - 21, 2006 [2] | 70,000.00 |
| Total Credit | $       860,322.58 |
| **Net Restructuring Fee** | **$    1,011,249.92** |

---

[1] Prorated for 28 days of March 2006.  A&M's engagement begin on March 4, 2005.

[2] Prorated for 21 days of November 2006.  Plan effective date was November 21, 2006.



ALVAREZ & MARSAL



600 Lexington Avenue, 6th Floor, New York, NY 10022
Phone: (212) 759-4433  Fax: (212) 759-5532
www.alvarezandmarsal.com

March 4, 2005

Official Committee of Unsecured Creditors in the
jointly administered estates of Winn-Dixie Stores, Inc. and its
affiliated debtors
R$^2$ Investments LDC
301 Commerce Street
Suite 2975
Fort Worth, Texas  76102

Dennis Dunne, Esq.
Milbank, Tweed, Hadley & McCloy
One Chase Manhattan Plaza
New York, NY  10005-1414

Dear Sirs:

This letter agreement ("Agreement") confirms and sets forth the terms and conditions of
the engagement of Alvarez & Marsal, LLC ("A&M") by the Official Committee of
Unsecured Creditors (the "Committee") appointed in the chapter 11 bankruptcy case(s) of
Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Debtor") to provide
certain advisory services, as described below:

(1)  Advisory Services
     In connection with this engagement, the Committee has requested that A&M
     provide the following services:

     (a) Review and evaluate the current and prospective operational condition of the
         Debtor;

     (b) Assist the Committee and its counsel in evaluating and responding to various
         developments or motions during the course of the Debtor's chapter 11
         bankruptcy cases, including such matters as claims analysis, including
         preference analysis, vendor relations, including reclamation/PACA claims and
         vendor liens/arrangements, substantive consolidation, executory contracts, and
         real estate interests;

     (c) Advise the Committee concerning various measures for margin improvement
         in the Debtor's operations;

(d) Provide other services that may be required by the Committee and that do not overlap with services provided by the Committee's other advisors.

Martha E. M. Kopacz, a Managing Director of A&M, will be responsible for the overall engagement. She will be assisted by other A&M personnel. A&M personnel providing services to the Debtor may also work with other A&M clients in conjunction with unrelated matters.

(2)    Fees and Expenses

A&M will receive $100,000 per month for services rendered (the "Monthly Fee"). A&M will also receive a restructuring fee (the "Restructuring Fee") equal to 25 basis points of the non-priority unsecured creditors' recovery upon consummation of a plan of reorganization confirmed in these cases (the "Chapter 11 Plan"), calculated based on the recovery projected to be received (and using the same assumptions, including the amount of claims, used in establishing the projected recovery) by the class(es) of creditors represented by the Committee (the "Committee Constituents") in the disclosure statement pursuant to which votes approving the Chapter 11 Plan were solicited. In the event a range of recovery has been provided in the disclosure statement, the Restructuring Fee will be based on the mid-point of the range of recoveries. If the distributions to the Committee Constituents are fixed under the Chapter 11 Plan regardless of the aggregate amount of Allowed Claims, then the Restructuring Fee shall be calculated based on the aggregate amount to be distributed to the Committee Constituents. The Restructuring Fee shall be reduced by 100% of all Monthly Fees paid to A&M after the twelfth Monthly Fee. The Restructuring Fee may be payable, in the sole discretion of the Committee, in cash or in the same combination of cash, assets and property as is being distributed under the Chapter 11 Plan to the Committee Constituents.

In addition, A&M will be reimbursed for its reasonable out-of-pocket expenses (which shall be charged at cost) incurred in connection with this engagement, such as travel, lodging, duplicating, research, messenger and telephone charges. In addition, A&M shall be reimbursed for the reasonable fees and expenses of its counsel incurred in connection with the preparation, approval and enforcement of this Agreement.

Fees and expenses will be billed on a monthly basis, and invoices shall be presented simultaneously to the Debtor and the Committee. We understand that the Debtor will pay our invoices, upon receipt, subject to applicable bankruptcy law, rules and local orders.

In no event shall the Committee or any of its members be liable in any capacity for any amounts owed to or by A&M in connection with this engagement and this

Agreement, including, without limitation, any of our invoices, expenses, costs, damages or other liabilities in connection with this engagement.

(3)    Term
The term of A&M's engagement hereunder shall commence on the date hereof and may be terminated without cause at any time by either A&M or the Committee, upon [10 days] prior written notice to the other party; provided, however, that no such termination shall affect the right of A&M to receive any fees and reimbursement of out-of-pocket expenses that have accrued prior to such termination; and provided further that in the event A&M has not received the Restructuring Fee prior to termination, A&M shall nevertheless be entitled to receive the Restructuring Fee after termination if the Chapter 11 Plan is confirmed prior to the six month anniversary of termination of the engagement.

(4)    Access to Information / Other Issues
In order for A&M to perform the services set forth above, it will be necessary for A&M personnel to have access to certain books, records and reports of the Debtor and to have discussions with the Debtor's personnel.  Accordingly, it is understood that the Debtor has agreed to cooperate with A&M personnel and to make available at reasonable times and locations their personnel and customarily provided reports.  To the extent A&M is not given the Debtor's cooperation or access to the Debtor's personnel, books and records and other sources of data, A&M's ability to provide the services set forth above will be limited.

Because of the limitations in this engagement, the depth of A&M's analysis and verification of the data are limited.  It is understood that A&M is not being requested to perform an audit and that A&M is entitled to rely on the accuracy and validity of the data disclosed to A&M or supplied to A&M by employees and representatives of the Debtor.  A&M is not updating, nor is A&M under any obligation to, update data submitted to A&M or review any other areas unless specifically requested to do so.

You understand that the services to be rendered will include a review and assessment of projections and other forward looking statements and that numerous factors can affect the actual results of the Debtor's operations, which may materially and adversely differ from those projections and other forward looking statements.  A&M makes no representation or guarantee that any business plan or restructuring alternative is the best course of action.

(5)    Attorney Work Product
We understand that our work will be done at the direction of the Committee, and that work performed by us as part of this engagement, including, without limitation, any reports we may prepare, is privileged and confidential and is

deemed to constitute an attorney work product which we will not disclose to any other third-party (other than Milbank, Tweed, Hadley & McCloy and the Committee) except at the direction of the Committee or otherwise in accordance with the terms hereof or as required by law.

(6)     Confidential Information
We recognize and acknowledge that certain information and documentation which we may receive in connection with our engagement is proprietary and confidential, including, without limitation, nonpublic financial and business information and documents hereafter furnished to us by the Debtor or by the Committee.  By signing this Agreement, we confirm and agree that, without the prior consent of the Committee, we will not disclose, distribute, publish or release to any third party (excluding Milbank, Tweed, Hadley & McCloy and the Committee) any nonpublic information or documents now or hereafter received or obtained by us in this engagement, except as required by law, subpoena, or other process and as to which we will provide the Committee prior notice.   All obligations as to non-disclosure shall cease as to any part of such information to the extent that such information is or becomes public other than as a result of acts by us. The Committee acknowledges that, in rendering services to the Committee, A&M may obtain information, including non-public information, from various independent sources which may be subject to confidentiality agreements, provided that A&M keeps such non-public information confidential in accordance with its duties to the Committee.

(7)     Indemnification
The attached indemnification agreement is incorporated herein by reference and shall be executed by the Committee upon the acceptance of this Agreement and by the Debtor in its capacity as debtor-in possession upon entry of an order authorizing this Agreement. The indemnification agreement is an essential and integral part of this engagement, and accordingly, execution by the Committee and the Debtor is a condition to A&M's obligation to provide services under this Agreement. Termination of this engagement shall not affect any of these indemnification provisions, which shall remain in full force and effect.

(8)     Non-Solicitation
The Committee, on behalf of its members, agrees that, until two year subsequent to termination of this engagement, it will not solicit, recruit or hire any employee of A&M, while employed by A&M, who worked on this engagement; provided that this restriction shall not apply with respect to any general solicitation for new employees which is not targeted at employees of A&M.  The parties agree that in light of the inability to quantify the damages which A&M would suffer as a result of any breach of this provision, damages in the amount of the fees which could

have been earned over a twelve-month period at current hourly rates for any employee solicited, recruited or hired in violation of this provision are a reasonable estimate and shall be payable to A&M by the party breaching this provision.

(9)  Miscellaneous

This Agreement (a) shall be governed and construed in accordance with the laws of the State of New York, regardless of the laws that might otherwise govern under applicable principles of conflict of laws thereof; (b) incorporates the entire understanding of the parties with respect to the subject matter hereof; and (c) may not be amended or modified except in writing executed by the parties hereto. Each of the parties hereto agrees (a) to waive trial by jury in any action, proceeding or counterclaim brought by or on behalf of the parties hereto with respect to any matter relating to or arising out of the engagement or the performance or non-performance of A&M hereunder; (b) that, to the extent permitted by applicable law, any Federal Court sitting within the Southern District of New York shall have exclusive jurisdiction over any litigation arising out of this Agreement; (c) to submit to the personal jurisdiction of the Courts of the United States District Court for the Southern District of New York; and (d) waives any and all personal rights under the law of any jurisdiction to object on any basis (including, without limitation, inconvenience of forum) to jurisdiction or venue within the State of New York for any litigation arising in connection with this Agreement.

Please sign and return a copy of this engagement letter signifying your agreement with the terms and provisions herein.

Very truly yours,

Alvarez & Marsal, LLC

By: _[signature]_

Martha E. M. Kopacz
Managing Director

Accepted & Agreed:
Milbank, Tweed, Hadley & McCloy, on behalf of
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
For Winn-Dixie Stores, Inc. and its affiliated debtors

By: _[signature]_

Dennis Dunne

# EXHIBIT B

**EXHIBIT B**

**Winn-Dixie Stores, Inc., et al.**

Time Reporting Summary: March 4, 2005 through November 21, 2006

| | | **Fee Application:** | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | **#1** | **#2** | **#3** | **#4** | **#5** | **#6** | |
| | | **3/4/05 -** | **6/1/05 -** | **10/1/05 -** | **2/1/06 -** | **6/1/06 -** | **10/1/06 -** | |
| **Professional** | **Title** | **5/31/05** | **9/30/05** | **1/31/06** | **5/31/06** | **9/30/06** | **11/21/06** | **Total** |
| Andrew Hede | Managing Director | 248.5 | 229.0 | 146.5 | 172.5 | 191.0 | 63.0 | 1,050.5 |
| Martha Kopacz | Managing Director | 206.5 | 149.5 | 247.0 | 17.8 | - | - | 620.8 |
| William McGuire | Managing Director | 37.7 | 35.3 | 20.7 | 18.5 | - | - | 112.2 |
| Darren Mills | Managing Director | - | - | - | - | 3.0 | - | 3.0 |
| Martin Williams | Senior Director | - | - | - | - | 10.0 | - | 10.0 |
| Dirk Aulabaugh | Senior Director | - | - | 53.3 | 337.9 | 177.5 | 21.3 | 590.0 |
| Robert McEvoy | Director | - | - | - | 152.0 | 176.0 | - | 328.0 |
| Maxim Frangulov | Director | - | 8.6 | - | - | - | - | 8.6 |
| Gregory Ford | Director | 35.7 | 21.0 | 15.0 | - | - | - | 71.7 |
| Erin Scanlan | Senior Associate | - | 83.0 | 74.1 | - | - | - | 157.1 |
| Matthew Gavejian | Senior Associate | 80.0 | 304.0 | 237.2 | 373.5 | 411.5 | 89.0 | 1,495.2 |
| David Kirsch | Associate | 4.0 | - | - | - | - | - | 4.0 |
| Brian Abbott | Associate | - | - | 3.2 | - | - | - | 3.2 |
| Ian McCready | Analyst | - | - | 6.0 | - | - | - | 6.0 |
| Chris Daniello | Analyst | - | - | - | 8.0 | 12.5 | - | 20.5 |
| **Total Hours** | | **612.4** | **830.4** | **803.0** | **1,080.2** | **981.5** | **173.3** | **4,480.7** |

EXHIBIT B

**Winn-Dixie Stores, Inc., et al.**

Time Reporting Detail: March 4, 2005 through November 21, 2006

| Professional | Date | Hours | Work Performed |
|---|---|---|---|
| Andrew Hede | 3/7/05 | 3.5 | Committee Advisor Call; Call with Trade Sub-Committee; Meeting: M. Kopacz (Case Management); Call with Blackstone and XRoads (DIP) |
| Andrew Hede | 3/8/05 | 2.5 | Preparation of Information Request List; Review DIP Motion and Order; Review Trade Lien Proposal |
| Andrew Hede | 3/9/05 | 5.5 | Review Trade Lien Proposal; Review Alternative DIP Proposals; Review DIP Credit Agreement; Finalize Information Request List; Review 1st Days Motions |
| Andrew Hede | 3/10/05 | 1.0 | Retention Application; Call with XRoads (Real Estate) |
| Andrew Hede | 3/11/05 | 1.0 | Call: XRoads (Information Request List) |
| Andrew Hede | 3/13/05 | 2.0 | Retention Application; Review 1st Day Motions and Milbank Memo; Update Information Request List |
| Andrew Hede | 3/14/05 | 0.5 | Call: XRoads (Information Request List) |
| Andrew Hede | 3/15/05 | 3.5 | Retention Application; Update Information Request List; Review 1st Day Motions; Phone call M Comerford (Milbank); Review XRoads Retention Application; Finalize Engagement Letter; Phone call M Barr (Milbank) |
| Andrew Hede | 3/17/05 | 2.5 | Committee Call; Retention Application |
| Andrew Hede | 3/18/05 | 3.0 | Retention Application; Meeting with $R^2$ |
| Andrew Hede | 3/21/05 | 7.5 | Review Financial Information received from Debtors; Update Information Request List; Meeting: A Stevenson (XRoads); Committee/Company Meeting; Committee Meeting; Meeting with XRoads and Blackstone |
| Andrew Hede | 3/22/05 | 2.0 | Phone call A Stevenson (XRoads); Phone call M Kopacz (Case Management); Review Financial Information received from the Debtors |
| Andrew Hede | 3/23/05 | 3.0 | Phone call S Karol (XRoads); Review of Proposed Food Lion transaction; Analysis of Wholesale and Retail inventory levels and trends; Phone call M Barr (Milbank); Review Borrowing Base Certificate |
| Andrew Hede | 3/24/05 | 3.5 | Analysis of Wholesale and Retail inventory levels and trends; Phone call A Stevenson; Committee Call; Call: Milbank, Skadden and XRoads (Payment of Pre-Petition Claims) |
| Andrew Hede | 3/25/05 | 1.0 | Review Financial Information received from Debtors |
| Andrew Hede | 3/28/05 | 3.0 | Review FY 2004 and P8 2005 financial statements; Retention Application; Phone call A Stevenson; Review of Store-by-Store data; Phone call M Barr (Milbank); Review of aircraft sale |
| Andrew Hede | 3/29/05 | 6.0 | Review of Vendor Database; Call: XRoads and Houlihan (P8 results); Phone call A Stevenson (XRoads); Phone call M Barr (Milbank) |
| Andrew Hede | 3/30/05 | 7.0 | Review of current and potential vendor terms; Phone call M Barr (Milbank); Phone call M Kopacz (Case Management); Preparation of Master Store List |
| Andrew Hede | 3/31/05 | 7.5 | Preparation of Master Store List; Committee Call |
| Andrew Hede | 4/1/05 | 6.5 | Preparation of Master Store List; Phone call A Stevenson (XRoads) |
| Andrew Hede | 4/2/05 | 1.5 | Review Venue Objection; Preparation of Master Store List |
| Andrew Hede | 4/3/05 | 3.0 | Preparation of Master Store List |
| Andrew Hede | 4/4/05 | 6.5 | Preparation of Master Store List and associated reports; Call: XRoads (Cash Flow); Phone call L Mandel (Milbank); Review of Auto Insurance Motion |
| Andrew Hede | 4/5/05 | 5.0 | Phone call M Kopacz (Case Management); Prepare Master Store List reports; Review Auto Insurance Claims history and pricing; Phone call L Mandel (Milbank); Phone call S McCarty ($R^2$); Review of bank account structure; Review of Miami DMA stores |
| Andrew Hede | 4/6/05 | 10.5 | Miami DMA store visits; Travel to Miami (2.5 hours @ 50%) |
| Andrew Hede | 4/7/05 | 8.5 | Miami DC visit; Miami DMA store visits; Committee call (1.5 hours travel @ 50%) |
| Andrew Hede | 4/8/05 | 8.5 | Jacksonville DMA store visits; Meeting XRoads (Footprint) (2 hours travel @ 50%) |
| Andrew Hede | 4/11/05 | 4.5 | Preparation of store visit presentation |
| Andrew Hede | 4/12/05 | 5.0 | Preparation of store visit presentation; Review of footprint analysis; Phone call A Stevenson (XRoads); Review of Food Lion transaction; Call: Milbank (Food Lion transaction); Review of Bain hold harmless level; Phone call J Milton (Milbank); Phone call M Kopacz (Case Management) |
| Andrew Hede | 4/13/05 | 6.5 | Preparation of store visit presentation; 2 hours travel @ 50% |
| Andrew Hede | 4/14/05 | 6.5 | Meetings: A Stevenson (XRoads) and Houlihan; Phone call M Barr (Milbank); Meeting: Bain; Meeting: XRoads; Committee Call |
| Andrew Hede | 4/15/05 | 5.0 | Meeting: XRoads and Debtors (Store Reviews) (1.5 hours travel @ 50%) |
| Andrew Hede | 4/18/05 | 2.0 | Phone call M Kopacz (Case Management); Review P9 Financials; Footprint Review |
| Andrew Hede | 4/19/05 | 6.0 | Review AFCO Insurance Motion; Review Confidentiality Agreement; Review Week 40 Results; Review surety bonds schedule; Review Inventory and Sales Reports; Phone call A Stevenson (XRoads); Phone call M Kopacz (Case Management) |
| Andrew Hede | 4/20/05 | 3.5 | Phone call R Damore (XRoads); Phone call A Stevenson (XRoads); Phone call M Barr (Milbank); Review Cash Management system; Review operations reports |

**EXHIBIT B**

**Winn-Dixie Stores, Inc., et al.**

Time Reporting Detail: March 4, 2005 through November 21, 2006

| Professional | Date | Hours | Work Performed |
|---|---|---|---|
| Andrew Hede | 4/21/05 | 4.0 | Review footprint analysis; Review of cash and claims by legal entity; Review of consignment vendors; Committee Call |
| Andrew Hede | 4/22/05 | 2.0 | Review AFCO insurance agreement; Review of Food Lion Transaction; Review Monthly Operating Report; Accounts Payable Analysis; Email to Trade Sub-Committee |
| Andrew Hede | 4/24/05 | 2.0 | Review Food Lion Motion and Agreement |
| Andrew Hede | 4/25/05 | 4.0 | Preparation of Food Lion Transaction Memo; Phone call M Kopacz (Case Management) |
| Andrew Hede | 4/26/05 | 2.0 | Finalize Food Lion Transaction Memo; Phone call M Barr (Milbank); Phone call A Stevenson (XRoads) |
| Andrew Hede | 4/27/05 | 5.5 | Review Milbank Food Lion Memo; Review of Leases; Review American KB Properties Stipulation; Committee/Company Meeting |
| Andrew Hede | 4/28/05 | 1.5 | American KB Properties (Review, Phone call A Stevenson, Phone call Milbank) |
| Andrew Hede | 4/29/05 | 1.0 | Review of Lease Rejection Summary |
| Andrew Hede | 5/2/05 | 2.0 | Call: Milbank (Lease Rejections); Call: XRoads (Cash Management System and Overhead Allocations); Call: Skadden, XRoads and Milbank (Cash Management System) |
| Andrew Hede | 5/3/05 | 1.5 | Review Aircraft Sale Memo; Review AFCO Insurance motion and premium summary |
| Andrew Hede | 5/4/05 | 2.5 | Vendor Terms / Reclamation scenario analysis; Meeting: M Gavejian (AFCO Motion); Phone call L Mandel (AFCO); Review Lease Rejection Memo |
| Andrew Hede | 5/5/05 | 5.0 | Committee Call; Reclamation Call |
| Andrew Hede | 5/6/05 | 2.5 | Phone call M Kopacz (Case Management); Reclamation Call; Phone call F Huffard (Blackstone); Phone call M Kopacz regarding Bain indemnification |
| Andrew Hede | 5/9/05 | 2.0 | Review Bain retention; Review weekly reporting; Update Information Request List |
| Andrew Hede | 5/10/05 | 3.0 | Footprint Analysis; Review stores with negative EBITDA; Review bonding requirements; Call: Skadden, Debtors, Milbank (Bonding) |
| Andrew Hede | 5/11/05 | 2.0 | Phone call S McCarty ($R^2$); Footprint analysis |
| Andrew Hede | 5/12/05 | 4.5 | Committee Call; Call: XRoads (Cash Flow); Review of executory contracts to be rejected |
| Andrew Hede | 5/13/05 | 3.0 | Call: XRoads (Retention of Liquidators); Call: M Kopacz (Case Management); Review of executory contracts to be rejected; Footprint analysis |
| Andrew Hede | 5/16/05 | 2.0 | Bain retention; Call: C Boucher (XRoads) |
| Andrew Hede | 5/17/05 | 3.0 | Footprint analysis; Review DJM/Food Partners retention |
| Andrew Hede | 5/18/05 | 3.0 | Phone call A Stevenson (XRoads); Footprint analysis; Review of proposed KERP; Review of executory contracts to be rejected |
| Andrew Hede | 5/19/05 | 4.0 | Review of proposed KERP; Committee Call; Review of DJM/Food Partners retention; Ph M Comerford (Milbank) |
| Andrew Hede | 5/20/05 | 1.0 | Review of DJM/Food Partners retention; Ph L Mandel (Milbank) |
| Andrew Hede | 5/23/05 | 6.5 | Review and Analysis of Proposed KERP; Phone call M Kopacz (Case Management); Call: Milbank and DJM (Retention); KERP presentation |
| Andrew Hede | 5/24/05 | 7.5 | Review of payments made prior to filing; Phone call A Stevenson (XRoads); KERP Presentation |
| Andrew Hede | 5/25/05 | 8.5 | KERP Presentation; Call: Milbank and Houlihan (Substantive Consolidation) |
| Andrew Hede | 5/26/05 | 5.0 | KERP Presentation; Committee Call; Phone call A Stevenson (XRoads); Footprint analysis; Objection to DJM/Food Partners Retention |
| Andrew Hede | 5/27/05 | 1.5 | Objection to DJM/Food Partners Retention; Review of executory contracts to be rejected |
| Andrew Hede | 5/31/05 | 2.0 | Review KERP Motion; Objection to DJM/Food Partners Retention; Footprint analysis; Phone call A Stevenson (XRoads) |
| Andrew Hede | 6/1/05 | 4.5 | Review of business plan; call M.Barr and M.Comerford (Milbank) |
| Andrew Hede | 6/2/05 | 5.0 | Committee Call; Call with Milbank; DJM/Food Partners Objections; KERP Objection and Additional Analysis |
| Andrew Hede | 6/3/05 | 5.0 | KERP Objection; Call with Milbank (KERP); Additional KERP Analysis; Substantive Consolidation Checklist; Review Deloitte Consulting Retention |
| Andrew Hede | 6/6/05 | 7.5 | Analysis of KERP and Comparable Plans; Call with D. O'Donnell (Milbank); Call with M.Kopacz (KERP); Review Substantive Consolidation Checklist; Call with Milbank and Houlihan Lokey; Review of Business Plan; Call with A.Stevenson (XRoads); Review of Comparable KERP Plans; Review Deloitte Consulting Retention; Call with XRoads and Houlihan Lokey (Business Plan) |
| Andrew Hede | 6/7/05 | 5.5 | Draft KERP Objection; Review of Comparable KERP Plans; Call with XRoads (Deloitte Retention); Review Revised KERP Proposal; travel to Jacksonville (billed at 50%) |
| Andrew Hede | 6/8/05 | 9.0 | Committee Meeting; Company/Committee Meeting; Committee Meeting; Committee/Company Advisors Meeting (KERP, Reclamation and Exclusivity) |
| Andrew Hede | 6/9/05 | 8.5 | Meeting with XRoads, Food Partners, DJM, Blackstone (store sales update); Committee Call; Meeting with A.Stevenson (XRoads); Meeting with T.Robbins (Winn-Dixie); travel to New York (billed at 50%) |

**EXHIBIT B**

**Winn-Dixie Stores, Inc., et al.**

Time Reporting Detail: March 4, 2005 through November 21, 2006

| Professional | Date | Hours | Work Performed |
|---|---|---|---|
| Andrew Hede | 6/10/05 | 3.0 | Review of Deloitte Consulting Reports; Review of Pre-Petition Payment Request; Summary of Period-end Financials; Call with M.Barr and M.Comerford (Milbank); Review revised KERP documents |
| Andrew Hede | 6/12/05 | 2.5 | Review Liquidator RFP and Agency Agreement; Review Revised KERP and Severance Motion and Order; Review Period-end Financials Memo and Exhibits |
| Andrew Hede | 6/13/05 | 2.0 | Review store bid analysis; Period-end Financials Memo and Exhibits |
| Andrew Hede | 6/14/05 | 2.5 | Finalize period-end financials memo; Revised  Liquidator documents; Deloitte Consulting Retention; Revised  KERP order |
| Andrew Hede | 6/15/05 | 2.0 | Call with M.Barr (Milbank); Revised US Trustee KERP Questions; Review Revised KERP Order |
| Andrew Hede | 6/16/05 | 4.0 | Committee Call; Review Reclamation Term Sheet; Call with US Trustee (KERP Questions); Call with M.Barr (Milbank) |
| Andrew Hede | 6/17/05 | 6.0 | Review period-end operating and financial reports; Footprint analysis; Call with XRoads and Houlihan Lokey (CapEx); Call with Milbank and Houlihan Lokey (Reclamation); Committee Call; Call with M.Comerford (Milbank) |
| Andrew Hede | 6/20/05 | 2.0 | Pre-petition payment request; Call with M.Barr (Milbank); Review Hobart service agreement; Footprint analysis |
| Andrew Hede | 6/21/05 | 3.0 | Footprint analysis; Call with M.Comerford (Milbank); Meeting with M.Gavejian (footprint); Review footprint press release |
| Andrew Hede | 6/22/05 | 4.0 | Negative EBITDA store memo; Call with M.Comerford (Milbank); Review footprint changes; Call with A.Stevenson (XRoads) |
| Andrew Hede | 6/23/05 | 5.0 | Committee Call; Footprint analyst; Pre-petition payment settlement; Call with M.Barr (Milbank); Call with A.Stevenson (XRoads) |
| Andrew Hede | 6/24/05 | 3.5 | Pre-petition payment settlements; Review lease/executory contract rejections; Call with P.Wyndham (XRoads); Footprint analysis |
| Andrew Hede | 6/27/05 | 2.0 | Review AFCO insurance financing; Lease rejections |
| Andrew Hede | 6/28/05 | 3.5 | Footprint analysis, AFCO insurance financing; Meeting with M.Gavejian (AFCO) |
| Andrew Hede | 6/29/05 | 2.5 | AFCO insurance financing; Meeting with M.Gavejian (AFCO); Review insurance LC requirements; Review lease rejection motion |
| Andrew Hede | 6/30/05 | 3.5 | Call with M.Gavejian (AFCO); Committee Call; Call with S.McCarty (R$^2$); Liquidation retention; Review asset sale memo |
| Andrew Hede | 7/1/05 | 2.5 | Review Liquidator Agency Agreements; Email: Milbank (Liquidator Agreements); Phone call with M.Kopacz |
| Andrew Hede | 7/5/05 | 1.5 | Review Period 12 financials; Review borrowing base certificate; Set Liquidator Agency Agreement call; Email: Milbank (regarding Committee Call) |
| Andrew Hede | 7/6/05 | 4.5 | Review Period 12 financials; Review Liquidator Motion and Agency Agreement; Call with H.Etlin (XRoads) and M.Kopacz; Phone call with M.Kopacz; Period 12 financials memo; Phone call with A.Stevenson (XRoads); Emails: Milbank |
| Andrew Hede | 7/7/05 | 4.0 | Period 12 financials memo; Review Pharmacy auction memo and exhibits; Review sale proceeds analysis; Phone call with R.Rosenberg (Milbank); Phone call with A.Stevenson (XRoads); Review Period 12 store data |
| Andrew Hede | 7/8/05 | 5.0 | Review substantive consolidation information received; Review inter-company accounts; Phone call with S.McCarty (R$^2$); Phone call with M.Barr (Milbank); Phone call with M.Kopacz |
| Andrew Hede | 7/11/05 | 6.0 | Review sale proceeds analysis; Emails: S.McCarty (R2); Review substantive consolidation information received; Phone call with M.Kopacz; Meeting: XRoads, HLHZ, Blackstone, Skadden, Milbank |
| Andrew Hede | 7/12/05 | 3.0 | Period 12 store analysis; Substantive Consolidation information request; Billings |
| Andrew Hede | 7/13/05 | 3.0 | Fee Application; Review of pharmacy bids |
| Andrew Hede | 7/14/05 | 4.0 | Committee Call; Review of Pharmacy bids; Review going concern bids |
| Andrew Hede | 7/15/05 | 5.5 | Review Pharmacy APAs; Pharmacy bids summaries; Call with R.Damore (XRoads); Phone call with J.MacInnis (Milbank) |
| Andrew Hede | 7/20/05 | 4.0 | Review Pharmacy Auction results; Summary of Pharmacy Auction Process; Phone call with M.Kopacz |
| Andrew Hede | 7/21/05 | 2.5 | Call: XRoads (GOB Expense Budget); Review GOB Expense Budget; Phone call with M.Kopacz |
| Andrew Hede | 7/22/05 | 0.5 | Phone call with A.Stevenson (XRoads) |
| Andrew Hede | 7/25/05 | 1.5 | Review Borrowing Base changes; Emails: Milbank; Phone call with A.Stevenson |
| Andrew Hede | 7/26/05 | 3.5 | Committee / Company Meeting Agenda; Review pre-petition payments report; Review revised liquidator budget; Phone call with L.Mandel and R.Rosenberg (Milbank) |
| Andrew Hede | 7/27/05 | 1.5 | Finalize liquidator budget; Email: Milbank; Email: M.Kopacz; Phone call with M.Kopacz |

**EXHIBIT B**

**Winn-Dixie Stores, Inc., et al.**

Time Reporting Detail: March 4, 2005 through November 21, 2006

| Professional | Date | Hours | Work Performed |
|---|---|---|---|
| Andrew Hede | 7/28/05 | 2.0 | Phone call with A.Stevenson (XRoads); Phone call with L.Mandel (Milbank); Final Pharmacy Auction results |
| Andrew Hede | 7/29/05 | 1.5 | Email: A.Stevenson (XRoads); Email: L.Mandel (Milbank); Allocation of DIP Borrowings; Review Equipment Liquidation Agreements |
| Andrew Hede | 8/3/05 | 1.0 | Review pre-petition consignment payments; Review week 4 sales reports |
| Andrew Hede | 8/5/05 | 1.0 | Review Committee presentation; Review WD corporate structure for Milbank |
| Andrew Hede | 8/8/05 | 1.5 | Review Period 13 store results; Review AMEX agreement; Review legal entity structure |
| Andrew Hede | 8/9/05 | 1.0 | Review executory contract rejections; Ph: M Gavejian (AMEX); Ph: M Gavejian & L Mandel (AMEX) |
| Andrew Hede | 8/10/05 | 1.0 | Call: Milbank, Skadden; XRoads and WD (AMEX); Ph: M Kopacz |
| Andrew Hede | 8/11/05 | 0.5 | Review AMEX agreement |
| Andrew Hede | 8/15/05 | 1.5 | Billings; Review Period 13 store performance; Meeting: M Gavejian |
| Andrew Hede | 8/19/05 | 2.0 | Review GOB results; Ph: M Gavejian; Emails: Milbank, M Kopacz, A Stevenson (XRoads) |
| Andrew Hede | 8/22/05 | 4.0 | Review GOB sale proceeds; Billings; GOB sale proceeds reconciliation; Review pre-petition lien review |
| Andrew Hede | 8/23/05 | 1.5 | GOB update memo |
| Andrew Hede | 8/24/05 | 1.0 | GOB update memo |
| Andrew Hede | 8/25/05 | 2.0 | Committee Call; Open Items request list |
| Andrew Hede | 8/26/05 | 4.0 | Review store budgets; GOB update call with XRoads |
| Andrew Hede | 8/29/05 | 2.0 | GOB update memo; Review substantive consolidation response; Call: E Scanlan and M Gavejian; Review store budgets |
| Andrew Hede | 8/30/05 | 3.0 | Review store budgets |
| Andrew Hede | 8/31/05 | 3.0 | Review store budgets; Emails: XRoads; Review executory contract rejections |
| Andrew Hede | 9/6/05 | 3.5 | Store Budget Memo; Prepare list of questions on store budgets |
| Andrew Hede | 9/7/05 | 3.0 | Executory Contract Rejections and Memo to Committee; Review Equity Committee Memo; Prepare Hurricane Katrina Update; Store Budget Memo |
| Andrew Hede | 9/8/05 | 5.0 | Prepare for Committee Call; Committee Call; Ph: A Stevenson (XRoads); Ph: E Scanlan; Hurricane Katrina Update; Review Store Budgets; Review 9/30 Lease Rejections |
| Andrew Hede | 9/12/05 | 2.5 | Store Budget Analysis, Memo and follow-up question list; Ph: E Scanlan |
| Andrew Hede | 9/13/05 | 3.0 | Ph: A Stevenson; Store Budget Analysis and Memo; Ph: E Scanlan |
| Andrew Hede | 9/14/05 | 3.0 | Ph: A Stevenson; Ph: M Kopacz; Store Budget Analysis and Memo; Ph: E Scanlan |
| Andrew Hede | 9/15/05 | 5.0 | Committee Call; Committee & Company Call; Committee Call; Call: XRoads; Meeting: M Kopacz |
| Andrew Hede | 9/19/05 | 3.5 | Store Budget Memo; Review Period 1 Store Results |
| Andrew Hede | 9/20/05 | 2.0 | Store Budget Memo; Review Period 1 Store Results |
| Andrew Hede | 9/21/05 | 2.5 | Store Budget Memo; Ph: M Barr (Milbank); Review De Minimus Litigation claim analysis |
| Andrew Hede | 9/22/05 | 2.0 | Ph: M Comerford (Milbank); Ph: E Scanlan; Ph: M Kopacz; Finalize Store Budget Memo; Ph: A Stevenson |
| Andrew Hede | 9/26/05 | 1.0 | Period 1 Store Results Memo; Ph: M Comerford |
| Andrew Hede | 9/27/05 | 1.0 | Period 1 Store Results Memo; Review De Minimus Litigation Motion |
| Andrew Hede | 9/28/05 | 4.0 | Review De Minimus Claims Order and Analysis; Call: Winn Dixie and Milbank; Ph: M Comerford (Milbank); Ph: A Stevenson (XRoads) |
| Andrew Hede | 9/29/05 | 3.0 | Prepare for Committee Call; Ph: M Comerford (Milbank); Meeting: M Kopacz; Committee Call |
| Andrew Hede | 9/30/05 | 3.0 | Ph: M Comerford (Milbank); Call: Winn Dixie and Milbank; Period 1 results memo; Review Period 2 results |
| Andrew Hede | 10/4/05 | 4.5 | Phone call with L.Despin (Milbank); Phone call with E.Scanlan; Time Detail; Period 1 Store Results Memo; Review Equity Committee Objection Responses |
| Andrew Hede | 10/5/05 | 2.0 | Period 1 Store Results Memo; Call with Debtors and XRoads regarding Insurance Claim |
| Andrew Hede | 10/6/05 | 2.0 | Insurance Claim Memo and Analysis; Review Insurance Policies |
| Andrew Hede | 10/7/05 | 1.5 | Review Hurricane Katrina Insurance Claim; Finalize Period 1 Store Results Memo; Phone call with M.Comerford (Milbank) |
| Andrew Hede | 10/12/05 | 1.0 | Review Period 2 Store Results |
| Andrew Hede | 10/13/05 | 2.0 | Review Hurricane Katrina Insurance Claim; Review Bahamas Store Budgets and Period 1 Results Memo |
| Andrew Hede | 10/14/05 | 2.0 | Committee Call; Bahamas Store Budgets and Period 1 Results Memo |
| Andrew Hede | 10/16/05 | 1.0 | Period 2 Store Results Memo |
| Andrew Hede | 10/19/05 | 0.5 | Review Hurricane Katrina Insurance Claim #2 |
| Andrew Hede | 10/22/05 | 0.5 | Hurricane Katrina Claim Memo |
| Andrew Hede | 10/28/05 | 2.0 | Review Period 3 Store Results; Hurricane Katrina Claim Memo |
| Andrew Hede | 11/1/05 | 1.5 | Review CLC settlement motion; Review CLC settlement Committee Memo |

**EXHIBIT B**

**Winn-Dixie Stores, Inc., et al.**

Time Reporting Detail: March 4, 2005 through November 21, 2006

| Professional | Date | Hours | Work Performed |
|---|---|---|---|
| Andrew Hede | 11/2/05 | 1.0 | Review of Period 3 Store and Consolidated Results Memos |
| Andrew Hede | 11/3/05 | 2.0 | Review of CLC settlement Committee Memo; Review of Period 3 Store and Consolidated Results Memos |
| Andrew Hede | 11/4/05 | 1.0 | Review of Period 3 Consolidated Results |
| Andrew Hede | 11/7/05 | 3.0 | Review of Business Plan |
| Andrew Hede | 11/8/05 | 4.0 | Review of Business Plan and Travel to Jacksonville (@50%) |
| Andrew Hede | 11/9/05 | 9.5 | Committee Meetings; Committee/Company Meeting; Business Plan due diligence meetings |
| Andrew Hede | 11/10/05 | 8.0 | Business Plan due diligence meetings and Travel to New York (@50%) |
| Andrew Hede | 11/11/05 | 2.0 | Business Plan Review |
| Andrew Hede | 11/14/05 | 3.0 | Business Plan Review |
| Andrew Hede | 11/15/05 | 2.0 | Business Plan Review |
| Andrew Hede | 11/16/05 | 2.0 | Phone call with A.Stevenson (XRoads); Phone call with M.Comerford (Milbank); Business Plan Review |
| Andrew Hede | 11/17/05 | 3.0 | Committee Call; Business Plan Review; Review Milbank Memos |
| Andrew Hede | 11/18/05 | 2.0 | Business Plan Review |
| Andrew Hede | 11/21/05 | 1.0 | Business Plan Review |
| Andrew Hede | 11/22/05 | 2.0 | Business Plan Review |
| Andrew Hede | 11/23/05 | 3.5 | Review Milbank Memo; Business Plan Review |
| Andrew Hede | 11/24/05 | 3.0 | Business Plan Review Presentation |
| Andrew Hede | 11/28/05 | 2.0 | Business Plan Review Presentation |
| Andrew Hede | 11/29/05 | 3.0 | Review of Management Questions re: Business Plan; Business Plan Review Presentation |
| Andrew Hede | 11/30/05 | 1.5 | Business Plan Review Presentation |
| Andrew Hede | 12/5/05 | 2.0 | Business Plan Review Presentation; Meeting with M.Gavejian |
| Andrew Hede | 12/6/05 | 4.0 | Business Plan Review Presentation |
| Andrew Hede | 12/7/05 | 5.5 | Review Business Plan Presentation; Meeting with HLHZ |
| Andrew Hede | 12/8/05 | 3.0 | Committee Call; Business Plan Review Presentation |
| Andrew Hede | 12/9/05 | 2.0 | Call with Milbank and HLHZ |
| Andrew Hede | 12/11/05 | 5.0 | Review Business Plan Presentation; Call with HLHZ |
| Andrew Hede | 12/12/05 | 2.5 | Business Plan Review Presentation |
| Andrew Hede | 12/13/05 | 4.5 | Review Examiner Motion; Meeting with HLHZ; Prepare for Committee Presentation |
| Andrew Hede | 12/14/05 | 4.0 | Committee Meeting |
| Andrew Hede | 12/19/05 | 2.0 | Call with $R^2$ |
| Andrew Hede | 12/21/05 | 1.5 | Review Hurricane Insurance Claims 3 & 4 |
| Andrew Hede | 12/29/05 | 2.0 | Hurricane Insurance Claims 3 & 4 and Committee Memo |
| Andrew Hede | 12/31/05 | 1.5 | Time/Billing Detail |
| Andrew Hede | 1/3/06 | 0.5 | Review Florida Tax Collector Motion and Milbank Memo |
| Andrew Hede | 1/4/06 | 1.0 | Call with HLHZ; Review Business Plan Sensitivities |
| Andrew Hede | 1/5/06 | 1.0 | Review Monthly Operating Report |
| Andrew Hede | 1/6/06 | 1.0 | Committee Call |
| Andrew Hede | 1/9/06 | 1.5 | Review Business Plan Sensitivity Presentation |
| Andrew Hede | 1/10/06 | 1.0 | Review Lynch retention documents |
| Andrew Hede | 1/11/06 | 2.5 | Review Business Plan Sensitivity Presentation |
| Andrew Hede | 1/12/06 | 1.5 | Committee Call |
| Andrew Hede | 1/16/06 | 1.0 | Periods 4 & 5 store results memo |
| Andrew Hede | 1/17/06 | 1.0 | Periods 4 & 5 store results memo |
| Andrew Hede | 1/18/06 | 2.0 | Review equity committee reinstatement motion; Period 4 & 5 store results memo |
| Andrew Hede | 1/19/06 | 1.5 | Committee Call |
| Andrew Hede | 1/20/06 | 1.5 | Periods 4 & 5 store results memo |
| Andrew Hede | 1/23/06 | 2.0 | Periods 4 & 5 store results memo; Review plan term sheet |
| Andrew Hede | 1/25/06 | 2.5 | Review Period 6 consolidated and store results |
| Andrew Hede | 1/26/06 | 1.5 | Committee Call |
| Andrew Hede | 1/30/06 | 2.5 | Call with XRoads, HLHZ, Blackstone; Period 4-6 results memo |
| Andrew Hede | 1/31/06 | 2.5 | Committee Call; Contract Rejection Memo |
| Andrew Hede | 2/1/06 | 1.0 | Period 4-6 Results Memo |
| Andrew Hede | 2/3/06 | 1.0 | Period 6 Store Results Memo |
| Andrew Hede | 2/6/06 | 1.0 | Period 6 Store Results Memo |
| Andrew Hede | 2/7/06 | 1.0 | Period 6 Store Results Memo |
| Andrew Hede | 2/9/06 | 1.5 | Committee Call; Period 6 Store Results Memo |
| Andrew Hede | 2/10/06 | 1.0 | Review lease rejection memo; Review departmental sales results |
| Andrew Hede | 2/14/06 | 1.5 | Analysis of sales and margin trends |
| Andrew Hede | 2/15/06 | 1.0 | Sales and margin analysis |

**EXHIBIT B**

**Winn-Dixie Stores, Inc., et al.**

Time Reporting Detail: March 4, 2005 through November 21, 2006

| Professional | Date | Hours | Work Performed |
|---|---|---|---|
| Andrew Hede | 2/16/06 | 5.0 | Committee Meeting |
| Andrew Hede | 2/17/06 | 1.5 | Review of substantive consolidation analysis |
| Andrew Hede | 2/21/06 | 3.5 | Review of Assessment Technologies Retention, Review Milbank memo; Meeting: M Gavejian; Committee Call |
| Andrew Hede | 2/23/06 | 1.5 | Executory Contract rejection memo; Lease rejection memo |
| Andrew Hede | 2/24/06 | 2.0 | Business Plan Update review |
| Andrew Hede | 2/27/06 | 4.5 | Review substantive consolidation materials |
| Andrew Hede | 2/28/06 | 2.5 | Review 35 store closures |
| Andrew Hede | 3/1/06 | 2.5 | Respond to Capstone Information Request; Review of 35 store closures |
| Andrew Hede | 3/2/06 | 3.0 | Committee Call; Store Closure Analysis |
| Andrew Hede | 3/3/06 | 1.5 | Store Closure Review |
| Andrew Hede | 3/8/06 | 1.0 | Cisco Contract Rejection Memo |
| Andrew Hede | 3/9/06 | 1.5 | Committee Call |
| Andrew Hede | 3/10/06 | 1.0 | Conference call with XRoads and Winn-Dixie regarding proposed 35 store closures |
| Andrew Hede | 3/13/06 | 3.0 | Store Closure Report; Review draft Agent Agreement |
| Andrew Hede | 3/14/06 | 3.0 | Review Revised Agent Agreement; Store Closure Report; Periods 7 & 8 Consolidated and Store Results Memos |
| Andrew Hede | 3/15/06 | 4.0 | Store Closure Presentation; Call with M.Comerford (Milbank); Review Revised Agency Agreement |
| Andrew Hede | 3/16/06 | 3.5 | Fee Application; Committee Call; Review of Revised Agency Agreement; Call with M.Comerford (Milbank) to discuss agency fee structure and agreement |
| Andrew Hede | 3/17/06 | 2.5 | Fee Application; Review of Revised Agency Agreement; Call with M.Comerford (Milbank) to discuss agency agreement |
| Andrew Hede | 3/20/06 | 2.5 | Draft / Review of Hilco / Gordon Brothers Memo retention memo; Periods 7 & 8 Results Memos |
| Andrew Hede | 3/21/06 | 1.0 | Review of substantive consolidation analysis |
| Andrew Hede | 3/22/06 | 2.0 | Review Konica contract rejection memo; Prepare for Committee Call |
| Andrew Hede | 3/23/06 | 1.5 | Prepared for and participated in Committee Call |
| Andrew Hede | 3/24/06 | 1.0 | Draft / Review: AT&T contract rejection memo |
| Andrew Hede | 3/27/06 | 3.0 | Call with Blackstone, XRoads and Winn-Dixie (Business Plan and Insurance Renewals); Review Sales & Margin reports |
| Andrew Hede | 3/28/06 | 2.0 | Review of sales and margin trends; review GOB sale results |
| Andrew Hede | 3/29/06 | 2.5 | Email to Committee: Business Plan and Insurance Renewal Status; Call with McGriff (in order to discuss insurance market status) |
| Andrew Hede | 3/30/06 | 2.0 | Prepare for Committee Call; Committee Call |
| Andrew Hede | 3/31/06 | 1.0 | Review of Pompano DC sale process and status |
| Andrew Hede | 4/6/06 | 1.0 | Review of fee examiner reports |
| Andrew Hede | 4/6/06 | 1.0 | Conference call with Creditor Committee |
| Andrew Hede | 4/6/06 | 0.5 | Met with M.Gavejian to discuss fee examiner reports and A&M response |
| Andrew Hede | 4/7/06 | 1.0 | Review of sales and margin trends |
| Andrew Hede | 4/7/06 | 1.5 | Review substantive consolidation materials |
| Andrew Hede | 4/10/06 | 1.0 | Review lease termination memo |
| Andrew Hede | 4/10/06 | 0.5 | Review of sales and margin trends |
| Andrew Hede | 4/12/06 | 1.0 | Meeting with M.Gavejian (sales and margin trends) |
| Andrew Hede | 4/17/06 | 1.0 | Review substantive consolidation scenarios |
| Andrew Hede | 4/18/06 | 0.5 | Review borrowing base certificate; Review warehouse and retail inventory reports |
| Andrew Hede | 4/19/06 | 1.0 | Review sales and margin trends as of April 12, 2006 |
| Andrew Hede | 4/20/06 | 1.0 | Conference call with Creditor Committee |
| Andrew Hede | 4/21/06 | 0.5 | Meeting with M.Gavejian to discuss response to fee examiner |
| Andrew Hede | 4/21/06 | 0.5 | Call with L.Cooper (Stuart Maue) to discuss A&M's draft response to fee examiner report |
| Andrew Hede | 5/2/06 | 2.0 | Review of substantive consolidation scenario analysis |
| Andrew Hede | 5/4/06 | 0.5 | Review of GOB sales results for 35 stores |
| Andrew Hede | 5/4/06 | 0.5 | Review of Pompano distribution center sale status |
| Andrew Hede | 5/4/06 | 1.0 | Committee call |
| Andrew Hede | 5/5/06 | 0.5 | Review of Hallmark assumption memo |
| Andrew Hede | 5/5/06 | 0.5 | Call with M.Barr (Milbank) |
| Andrew Hede | 5/8/06 | 1.0 | Review/drafting of Hallmark assumption memo |
| Andrew Hede | 5/8/06 | 2.5 | Review of November Business and Presentation |
| Andrew Hede | 5/9/06 | 0.5 | Review of Hallmark assumption memo |
| Andrew Hede | 5/9/06 | 0.5 | Review Borrowing Base Certificate |
| Andrew Hede | 5/9/06 | 1.0 | Review 2006 insurance coverage renewals and premiums |

**EXHIBIT B**

**Winn-Dixie Stores, Inc., et al.**

Time Reporting Detail: March 4, 2005 through November 21, 2006

| Professional | Date | Hours | Work Performed |
|---|---|---|---|
| Andrew Hede | 5/9/06 | 1.0 | Review Period 10 Financials |
| Andrew Hede | 5/9/06 | 1.0 | Discussed review of May 2006 business plan and case status with R.McEvoy |
| Andrew Hede | 5/10/06 | 2.0 | Meeting with Blackstone and HLHZ (May Business Plan) |
| Andrew Hede | 5/10/06 | 2.0 | Review of May Business Plan and Presentation |
| Andrew Hede | 5/11/06 | 1.5 | Committee Call |
| Andrew Hede | 5/11/06 | 1.0 | Review of May Business Plan |
| Andrew Hede | 5/12/06 | 1.0 | Review of May Business Plan |
| Andrew Hede | 5/12/06 | 1.0 | Review of Information Request List |
| Andrew Hede | 5/12/06 | 2.0 | Review 2006 insurance premiums and coverage |
| Andrew Hede | 5/15/06 | 0.5 | Review of A&M Amended Retention Motion |
| Andrew Hede | 5/15/06 | 0.5 | Review of insurance claim and premium history |
| Andrew Hede | 5/15/06 | 1.0 | Review of May Business Plan |
| Andrew Hede | 5/15/06 | 0.5 | Call with McGriff regarding 2006 insurance renewals |
| Andrew Hede | 5/15/06 | 0.5 | Call with L.Mandel (Milbank) regarding questions on insurance renewals |
| Andrew Hede | 5/15/06 | 0.5 | Call with M.Barr and M.Comerford (Milbank) regarding next steps for reporting status of insurance renewals to Committee |
| Andrew Hede | 5/15/06 | 0.5 | Call with M.Gavejian regarding 2006 insurance renewals |
| Andrew Hede | 5/16/06 | 1.5 | Review of Hurricane claim history and Company response to A&M questions |
| Andrew Hede | 5/16/06 | 2.0 | Review of May Business Plan |
| Andrew Hede | 5/17/06 | 8.0 | Committee Meeting in Chicago to discuss substantive consolidation |
| Andrew Hede | 5/17/06 | 3.0 | Travel time (at 50%) for roundtrip from Newark to Chicago |
| Andrew Hede | 5/18/06 | 1.5 | Call with Winn-Dixie Management and Blackstone to discuss May 2006 business plan |
| Andrew Hede | 5/18/06 | 1.5 | Review of May Business Plan financials based on comments from the conference call |
| Andrew Hede | 5/19/06 | 4.0 | Review of May Business Plan and current draft of A&M Presentation |
| Andrew Hede | 5/22/06 | 1.0 | Review substantive consolidation motion, brief and FTI affidavit |
| Andrew Hede | 5/22/06 | 1.0 | Review of substantive consolidation materials |
| Andrew Hede | 5/22/06 | 1.5 | Preparation of outline for business plan presentation |
| Andrew Hede | 5/22/06 | 0.5 | Review information request list |
| Andrew Hede | 5/23/06 | 1.5 | Meeting with M.Gavejian and B.McEvoy (Business Plan Review) |
| Andrew Hede | 5/23/06 | 3.0 | Review of May Business Plan (revenue and insurance assumptions) |
| Andrew Hede | 5/24/06 | 3.5 | Reading of draft Business Plan Presentation and providing comments |
| Andrew Hede | 5/25/06 | 2.0 | Committee Call |
| Andrew Hede | 5/25/06 | 3.5 | Reviewed May Business Plan, 5-year financial forecast and provided questions to be discussed during management interviews |
| Andrew Hede | 5/26/06 | 2.0 | Reviewed and provided comments to latest draft of Business Plan Review presentation being prepared for the Committee |
| Andrew Hede | 5/30/06 | 1.5 | Reviewed and provided comments to updated draft of Business Plan Review presentation (based on previous comments and new information/analyses) being prepared for the Committee |
| Andrew Hede | 5/30/06 | 2.5 | Internal discussions on WD progress status with R.McEvoy and M.Gavejian |
| Andrew Hede | 5/30/06 | 2.5 | Travel time to Jacksonville (at 50%) for meetings with Management |
| Andrew Hede | 5/31/06 | 1.0 | Meeting with D.Henry (Winn-Dixie, Marketing) and H.Etlin (XRoads) to discuss marketing and branding efforts |
| Andrew Hede | 5/31/06 | 2.0 | Discussions with M.Gavejian and R.McEvoy regarding status of business plan review, open items and upcoming management interviews |
| Andrew Hede | 5/31/06 | 1.0 | Meeting with Scott Moore (Winn-Dixie, Customer Service) and J.Young (XRoads) to discuss customer service initiatives and results |
| Andrew Hede | 5/31/06 | 2.0 | Store tour and Meetings with F.Eckstein (Winn-Dixie, Operations), T.Robbins (Winn-Dixie, Merchandising), L.Appel (Winn-Dixie, General Counsel) and J.Young (XRoads) |
| Andrew Hede | 5/31/06 | 1.0 | Meeting with P.Pichulo (Winn-Dixie, Real Estate) and S.Karol (XRoads) regarding capital expenditure assumptions and new/remodeled stores |
| Andrew Hede | 5/31/06 | 1.5 | Phone call with M.Barr (Milbank) |
| Andrew Hede | 5/31/06 | 3.0 | Travel to New York (at 50% of time) |
| Andrew Hede | 6/1/06 | 2.5 | Prepare for Committee Meeting |
| Andrew Hede | 6/1/06 | 2.0 | Participated in Committee Meeting |
| Andrew Hede | 6/1/06 | 3.0 | Participated in Committee/Winn-Dixie Meeting |
| Andrew Hede | 6/2/06 | 3.0 | Business plan review and presentation |
| Andrew Hede | 6/5/06 | 4.0 | Business plan review and presentation |
| Andrew Hede | 6/7/06 | 2.5 | Business plan review and presentation |
| Andrew Hede | 6/8/06 | 1.0 | Committee Call |
| Andrew Hede | 6/8/06 | 4.0 | Business plan review and presentation |

**Winn-Dixie Stores, Inc., et al.**

Time Reporting Detail: March 4, 2005 through November 21, 2006

| Professional | Date | Hours | Work Performed |
|---|---|---|---|
| Andrew Hede | 6/9/06 | 3.0 | Business plan presentation |
| Andrew Hede | 6/12/06 | 3.0 | Business plan presentation |
| Andrew Hede | 6/13/06 | 6.0 | Business plan review and presentation |
| Andrew Hede | 6/14/06 | 1.0 | Committee Call |
| Andrew Hede | 6/14/06 | 1.0 | Call with Milbank and HLHZ regarding plan issues |
| Andrew Hede | 6/14/06 | 6.0 | Prepared executive summary section of presentation, after review of latest draft |
| Andrew Hede | 6/15/06 | 2.0 | Business plan presentation |
| Andrew Hede | 6/15/06 | 2.0 | Call with Milbank and HLHZ regarding plan issues |
| Andrew Hede | 6/15/06 | 3.0 | Working group review, spell check, QC, etc. of our evaluation of the May business plan with McEvoy, Gavejian and Daniello |
| Andrew Hede | 6/16/06 | 1.5 | Review of supply agreement assumption memo |
| Andrew Hede | 6/16/06 | 2.5 | Business plan presentation |
| Andrew Hede | 6/19/06 | 1.0 | Review Lynch Term Sheet |
| Andrew Hede | 6/19/06 | 1.0 | Review POR Issues List |
| Andrew Hede | 6/19/06 | 2.5 | Meeting: Skadden, Blackstone, Dreier; Watson Wyatt, Milbank, HLHZ regarding Board of Directors selection |
| Andrew Hede | 6/19/06 | 2.5 | Meeting with Milbank and HLHZ regarding Committee's view of Board of Directors selection |
| Andrew Hede | 6/20/06 | 2.5 | Business Plan Presentation |
| Andrew Hede | 6/21/06 | 0.5 | Call with Committee professionals only |
| Andrew Hede | 6/21/06 | 1.5 | Call with the Committee |
| Andrew Hede | 6/21/06 | 1.5 | Meeting: Skadden, Blackstone, Milbank and HLHZ |
| Andrew Hede | 6/22/06 | 1.5 | Call with Spencer Stuart and Peter Lynch to discuss Board of Directors selections |
| Andrew Hede | 6/22/06 | 0.5 | Phone call with J.Scherer (HLHZ) to discuss A&M's business plan presentation |
| Andrew Hede | 6/22/06 | 3.0 | Business Plan Presentation |
| Andrew Hede | 6/23/06 | 4.5 | Business plan presentation |
| Andrew Hede | 6/23/06 | 1.0 | Call with Milbank and HLHZ regarding the Debtors May 2006 business plan |
| Andrew Hede | 6/26/06 | 2.5 | Business plan presentation |
| Andrew Hede | 6/26/06 | 1.5 | Call with Milbank and HLHZ regarding the Debtors Plan of Reorganization |
| Andrew Hede | 6/27/06 | 1.0 | Phone call with M.Barr (Milbank) |
| Andrew Hede | 6/27/06 | 0.5 | Phone call with M Gavejian (Liberty Mutual issue) |
| Andrew Hede | 6/27/06 | 1.5 | Review 2007 Bonus Plan |
| Andrew Hede | 6/28/06 | 5.0 | Committee Call; Business plan review and presentation |
| Andrew Hede | 6/29/06 | 4.0 | Business plan presentation |
| Andrew Hede | 6/30/06 | 1.0 | Review POR |
| Andrew Hede | 6/30/06 | 0.5 | Call with Milbank to discuss claims process |
| Andrew Hede | 7/5/06 | 1.0 | Review Spencer Stuart board candidate materials |
| Andrew Hede | 7/5/06 | 3.0 | Meeting with S.Schirmang, P.Lynch, Milbank, HLHZ (Board Candidates) |
| Andrew Hede | 7/6/06 | 2.0 | Review Annual Incentive Plan Targets |
| Andrew Hede | 7/6/06 | 1.0 | Review Liberty Mutual bonding facility documents |
| Andrew Hede | 7/6/06 | 0.5 | Call with Milbank regarding Liberty Mutual |
| Andrew Hede | 7/7/06 | 1.0 | Call with Milbank and HLHZ (Plan Issues) |
| Andrew Hede | 7/7/06 | 1.0 | Call with HLHZ, Milbank, Skadden, Blackstone, Smith Hulsey and L.Appel (Plan Issues) |
| Andrew Hede | 7/7/06 | 0.5 | Review Liberty Mutual bonding facility documents |
| Andrew Hede | 7/10/06 | 1.0 | Review outstanding POR issues |
| Andrew Hede | 7/11/06 | 0.5 | Review revised Liberty Mutual bonding facility documents |
| Andrew Hede | 7/12/06 | 1.5 | Review business plan presentation and prepare for Committee Call |
| Andrew Hede | 7/13/06 | 3.0 | Prepare for committee call (business plan presentation) |
| Andrew Hede | 7/13/06 | 2.0 | Committee Call |
| Andrew Hede | 7/14/06 | 0.5 | Review reclamation settlement / trade agreements to be approved |
| Andrew Hede | 7/17/06 | 1.0 | Review board candidate materials |
| Andrew Hede | 7/19/06 | 1.5 | Review fee application |
| Andrew Hede | 7/20/06 | 1.0 | Committee Call |
| Andrew Hede | 7/20/06 | 0.5 | Review fee application |
| Andrew Hede | 7/24/06 | 0.5 | Review board candidate materials |
| Andrew Hede | 7/25/06 | 1.0 | Board candidate update call |
| Andrew Hede | 7/27/06 | 1.0 | Committee Call |
| Andrew Hede | 7/27/06 | 2.0 | Review of 7 stores to be closed |
| Andrew Hede | 7/28/06 | 8.0 | Review board candidate bios; Board candidate interviews |
| Andrew Hede | 7/31/06 | 2.0 | Review of board candidate materials |
| Andrew Hede | 8/1/06 | 1.0 | Review board candidate bios |

**EXHIBIT B**

**Winn-Dixie Stores, Inc., et al.**

Time Reporting Detail: March 4, 2005 through November 21, 2006

| Professional | Date | Hours | Work Performed |
|---|---|---|---|
| Andrew Hede | 8/1/06 | 3.0 | Participated in Board candidate interviews |
| Andrew Hede | 8/1/06 | 1.0 | Committee Call |
| Andrew Hede | 8/2/06 | 2.0 | Review board candidate materials |
| Andrew Hede | 8/2/06 | 1.0 | Call with XRoads, Blackstone, Skadden and Milbank regarding Claims |
| Andrew Hede | 8/4/06 | 3.0 | Review of claims run and segregation |
| Andrew Hede | 8/7/06 | 2.0 | Review board candidate bios |
| Andrew Hede | 8/7/06 | 5.5 | Board candidate interviews |
| Andrew Hede | 8/8/06 | 1.0 | Call with Skadden, XRoads and Milbank regarding Claims |
| Andrew Hede | 8/9/06 | 2.0 | Review claims reports |
| Andrew Hede | 8/10/06 | 1.0 | Committee Call |
| Andrew Hede | 8/11/06 | 0.5 | Review contract assumption memo |
| Andrew Hede | 8/15/06 | 0.5 | Review board candidate bios |
| Andrew Hede | 8/15/06 | 1.5 | Board candidate interviews |
| Andrew Hede | 8/18/06 | 2.0 | Review sales and margin trends |
| Andrew Hede | 8/21/06 | 0.5 | Review board candidate bios |
| Andrew Hede | 8/21/06 | 2.0 | Board candidate interviews |
| Andrew Hede | 8/24/06 | 1.0 | Prepare for Committee Call; Committee Call |
| Andrew Hede | 8/30/06 | 0.5 | Review of Third Omnibus Assumption Memo |
| Andrew Hede | 8/30/06 | 0.5 | Meeting with M.Gavejian |
| Andrew Hede | 9/1/06 | 1.0 | Review of IBM assumption memo |
| Andrew Hede | 9/6/06 | 2.0 | Board Candidate Interviews |
| Andrew Hede | 9/7/06 | 6.0 | Board Candidate Interviews |
| Andrew Hede | 9/7/06 | 0.5 | Phone call with J.Daum (Spencer Stuart) |
| Andrew Hede | 9/7/06 | 0.5 | Phone call with M.Comerford (Milbank) |
| Andrew Hede | 9/8/06 | 0.5 | Review contract rejection memo |
| Andrew Hede | 9/11/06 | 1.0 | Review of board candidate materials |
| Andrew Hede | 9/11/06 | 1.0 | Formulate board recommendation for committee |
| Andrew Hede | 9/12/06 | 1.0 | Conference call with Board Nominating Sub-Committee |
| Andrew Hede | 9/12/06 | 0.5 | Conference Call Board Nominating Sub-Committee, P Lynch, Spencer Stuart, Milbank |
| Andrew Hede | 9/13/06 | 2.0 | Prepare for Committee Call including presentation of credentials of and recommendations regarding Board candidates |
| Andrew Hede | 9/14/06 | 1.0 | Committee Call |
| Andrew Hede | 9/14/06 | 0.5 | Phone call with M.Barr (Milbank) |
| Andrew Hede | 9/14/06 | 0.5 | Phone call with T.Snyder (Spencer Stuart) |
| Andrew Hede | 9/19/06 | 2.0 | Board Selection meetings |
| Andrew Hede | 9/22/06 | 1.5 | Review of Section 382 tax issue |
| Andrew Hede | 9/22/06 | 0.5 | Phone call with M.Comerford (Milbank) |
| Andrew Hede | 9/26/06 | 1.0 | Review contract assumption memos |
| Andrew Hede | 9/27/06 | 1.0 | Review contract assumption memos |
| Andrew Hede | 9/28/06 | 2.0 | Review of remaining contract rejection / assumption memos (four in total) |
| Andrew Hede | 9/28/06 | 1.5 | Committee Call |
| Andrew Hede | 9/29/06 | 0.5 | Review of Cardtronics Contract Assumption Memo |
| Andrew Hede | 9/29/06 | 0.5 | Phone call with M.Comerford (Milbank) |
| Andrew Hede | 10/2/06 | 1.0 | Review board candidate materials, including notes and biographical materials |
| Andrew Hede | 10/4/06 | 2.5 | Travel to Jacksonville (@50%) |
| Andrew Hede | 10/5/06 | 10.0 | Participated, as the representative for the Unsecured Creditors Committee, in the Board Candidate and Management Team Meeting with members of the new Board and Winn-Dixie personnel (including store tours, financial review sessions and discussions) |
| Andrew Hede | 10/6/06 | 2.0 | Travel to New York (@50%) |
| Andrew Hede | 10/11/06 | 0.5 | Phone call with M.Barr (Milbank) to discuss Board Candidate meeting |
| Andrew Hede | 10/11/06 | 0.5 | Meeting with M.Gavejian to discuss status of Debtor motions filed |
| Andrew Hede | 10/11/06 | 0.5 | Prepare for Committee Call |
| Andrew Hede | 10/12/06 | 0.5 | Emails correspondence with M Barr (Milbank) regarding Committee call |
| Andrew Hede | 10/13/06 | 3.0 | Review of Q1 results and FY 2007 reforecast |
| Andrew Hede | 10/16/06 | 1.5 | Review Contract Rejection Memos |
| Andrew Hede | 10/17/06 | 1.5 | Review Contract Rejection Motions and Memos |
| Andrew Hede | 10/18/06 | 2.0 | Drafting / Review of Contract Rejection and Assumption Memos |
| Andrew Hede | 10/24/06 | 1.0 | Review September MOR |
| Andrew Hede | 10/24/06 | 0.5 | Phone call with J.Scherer (HLHZ) |
| Andrew Hede | 10/27/06 | 2.0 | Review Landlord Reply Materials and Debtors' Response |
| Andrew Hede | 10/30/06 | 2.0 | Review of Weekly Sales and Margin Results |

**EXHIBIT B**

**Winn-Dixie Stores, Inc., et al.**

Time Reporting Detail: March 4, 2005 through November 21, 2006

| Professional | Date | Hours | Work Performed |
|---|---|---|---|
| Andrew Hede | 10/31/06 | 2.5 | Disputed claim reconciliation |
| Andrew Hede | 11/1/06 | 2.0 | Review of replacement board candidates |
| Andrew Hede | 11/2/06 | 2.5 | Review alternate board candidate bios |
| Andrew Hede | 11/3/06 | 0.5 | Board sub-committee call to discuss potential replacement board candidate |
| Andrew Hede | 11/3/06 | 1.0 | Phone call with P.Lynch (Winn-Dixie) to discuss potential replacement board candidates |
| Andrew Hede | 11/3/06 | 0.5 | Emails with M.Barr (Milbank) regarding board status |
| Andrew Hede | 11/3/06 | 1.0 | Review of alternate board candidates |
| Andrew Hede | 11/6/06 | 1.0 | Review estimated cash balance at emergence per the Business Plan |
| Andrew Hede | 11/6/06 | 1.0 | Discussion of alternate board candidates |
| Andrew Hede | 11/7/06 | 1.5 | Review of disputed claims reserve analysis |
| Andrew Hede | 11/8/06 | 1.5 | Review of projected liquidity at emergence |
| Andrew Hede | 11/9/06 | 1.0 | Committee Call |
| Andrew Hede | 11/9/06 | 2.0 | Review of confirmation order |
| Andrew Hede | 11/13/06 | 1.0 | Review of weekly sales and margin reports for FY 2007 |
| Andrew Hede | 11/13/06 | 1.5 | Review of alternates for board member and drafting of opinion regarding appropriate selection |
| Andrew Hede | 11/14/06 | 1.5 | Review of disputed claims reserve |
| Andrew Hede | 11/16/06 | 2.5 | Board sub-committee call; Committee Call; Ph: P Lynch; Ph: M Barr |
| Andrew Hede | 11/17/06 | 2.0 | Review of board candidates; Ph: M Barr; Emails: P Lynch |
| Andrew Hede | 11/20/06 | 3.0 | Fee Application |
| Andrew Hede | 11/21/06 | 2.5 | Resolution of replacement board candidate |
| **Total** | | **1,050.5** | |
| | | | |
| Martha Kopacz | 3/7/05 | 4.0 | Conference call w/ XRoads, Blackstone, HLHZ-Case management; Conflict check for retention; Trade Issues subcommittee call |
| Martha Kopacz | 3/8/05 | 4.0 | Teleconference w/ D Simon - case background; conflict check for retention; review DIP proposals; review information request |
| Martha Kopacz | 3/9/05 | 8.0 | Committee conference call; draft retention documents |
| Martha Kopacz | 3/10/05 | 6.0 | Teleconference w/ G.Miller - attorney representing Marco island landlord; teleconference w/ D Simon re: XRoads responsibilities and retention arrangement; teleconference w/ Company and XRoads regarding lease rejections; teleconference w/ S McCarty - committee chair regarding lease rejections |
| Martha Kopacz | 3/11/05 | 5.0 | Retention application - draft, discussions with Milbank, Jane Vris (external A&M counsel), committee chair, HLHZ ; conference call w/ subcommittee |
| Martha Kopacz | 3/14/05 | 3.0 | Finalize engagement letter; teleconference w/ Milbank regarding same; store visits - Orlando DMA |
| Martha Kopacz | 3/15/05 | 1.0 | Store visits - Tampa/St. Pete DMA |
| Martha Kopacz | 3/16/05 | 1.0 | Store visits - Orlando DMA |
| Martha Kopacz | 3/17/05 | 3.0 | Committee conference call; retention issues; XRoads retention issues; real estate information requests; store visits - Orlando DMA |
| Martha Kopacz | 3/18/05 | 3.0 | Meeting w/ R$^2$ - committee chair |
| Martha Kopacz | 3/20/05 | 1.0 | Teleconference w /H Etlin - case management, real estate issues regarding lease rejections |
| Martha Kopacz | 3/21/05 | 5.0 | Committee/Company meeting; follow up meeting with Company advisors |
| Martha Kopacz | 3/22/05 | 1.0 | Store visits - Tampa DMA; teleconference w/ A Hede - status update |
| Martha Kopacz | 3/23/05 | 2.0 | Follow up w/ Real Estate team on lease rejection due diligence; email catch up; prepare notes regarding store visits |
| Martha Kopacz | 3/24/05 | 2.0 | Committee conference call; review Food Lion memo; update w/ A Hede |
| Martha Kopacz | 3/28/05 | 2.0 | Retention matters |
| Martha Kopacz | 3/29/05 | 2.0 | Teleconference w/ H Etlin re: store visits trip, information requests; email review and responses; retention finalization |
| Martha Kopacz | 3/30/05 | 4.0 | Teleconference w /H Etlin regarding change of venue; email review and replies; vendor credit situation - review analysis and discuss w/ A Hede |
| Martha Kopacz | 3/31/05 | 5.0 | Review materials for Committee conference call; Committee; review latest proposal regarding vendor terms |
| Martha Kopacz | 4/1/05 | 3.0 | Review information received from Debtor pursuant to requests; review real estate work on store closures and lease rejections |
| Martha Kopacz | 4/4/05 | 1.0 | Conference call w/ Blackstone & Xroads - cash forecast |
| Martha Kopacz | 4/5/05 | 1.0 | Email review and responses |
| Martha Kopacz | 4/6/05 | 8.0 | Store tours - Miami DMA |

**EXHIBIT B**

**Winn-Dixie Stores, Inc., et al.**

Time Reporting Detail: March 4, 2005 through November 21, 2006

| Professional | Date | Hours | Work Performed |
|---|---|---|---|
| Martha Kopacz | 4/7/05 | 10.0 | Store and Warehouse tours - Miami DMA; Committee conference call; meeting w/Xroads and Company management |
| Martha Kopacz | 4/8/05 | 9.0 | Store and Warehouse tours - Jacksonville DMA; meeting w/Xroads regarding footprint analysis |
| Martha Kopacz | 4/11/05 | 2.0 | Review store visit presentation for Committee distribution |
| Martha Kopacz | 4/12/05 | 2.0 | Review Bain confidentiality requirements; store visit presentation |
| Martha Kopacz | 4/13/05 | 3.0 | Committee conference call; store visits presentation; Bain retention issues |
| Martha Kopacz | 4/14/05 | 4.0 | Committee conference call; email review and responses; review of footprint analysis; Bain retention issues; Subcommittee conference call |
| Martha Kopacz | 4/15/05 | 3.0 | Second round lease rejections - review due diligence; catch up on email and responses |
| Martha Kopacz | 4/18/05 | 3.0 | Review Debtor financial results; teleconference w/ A Hede regarding case management |
| Martha Kopacz | 4/19/05 | 4.0 | Conference call w/ potential asset disposition advisor; teleconference w/ A Stevenson regarding footprint analysis; teleconference w/ A Hede regarding case management; Confidentiality agreement matters |
| Martha Kopacz | 4/20/05 | 2.0 | Confidentiality agreement;  Jacksonville retention matters |
| Martha Kopacz | 4/21/05 | 2.0 | Committee conference call; Trade subcommittee conference call |
| Martha Kopacz | 4/25/05 | 3.0 | Review Food Lion sales memo; teleconference w/ A Hede - case management; email review and replies; teleconference w/ S Schirmang regarding trade program; teleconference w/A Hede regarding work related to same |
| Martha Kopacz | 4/26/05 | 4.0 | Teleconference w/ Jane Vris regarding retention; teleconference w/ HLHZ regarding retention issues; teleconferences w/ Milbank regarding same; review other A&M Florida retention documents |
| Martha Kopacz | 4/27/05 | 6.0 | Meeting w/ Committee and Company; follow up with professionals |
| Martha Kopacz | 4/28/05 | 4.0 | Committee conference call; cash management - additional info request; footprint analysis and operating performance of bubble stores |
| Martha Kopacz | 4/29/05 | 4.0 | Review operating results; email review and responses; retention issues |
| Martha Kopacz | 5/2/05 | 2.0 | Teleconference w/ Milbank and Jane Vris regarding retention; trade subcommittee proposals; conference call w/ Milbank regarding lease rejections |
| Martha Kopacz | 5/3/05 | 2.0 | Conference call w/ HLHZ and Milbank regarding retention; research issues raised by US Trustee |
| Martha Kopacz | 5/4/05 | 4.0 | Review reclamation/trade credit scenarios; retention issues; Blackstone & Xroads retention issues; Bain retention issues |
| Martha Kopacz | 5/5/05 | 5.0 | Committee conference call; teleconference w/ D Simon regarding Bain retention; Trade subcommittee call |
| Martha Kopacz | 5/6/05 | 3.0 | Second round lease rejections - review due diligence; catch up on email and responses; teleconference w/ A Hede regarding case update |
| Martha Kopacz | 5/9/05 | 3.0 | Bain retention; teleconference w/ US Trustee and HLHZ; teleconference w/ Milbank - all regarding retention |
| Martha Kopacz | 5/10/05 | 4.0 | Conference call w/ professional retention subcommittee; Bain retention issues - info requests from Debtor; A&M and HLHZ retention issues; follow up w/ US Trustee |
| Martha Kopacz | 5/11/05 | 2.0 | Teleconference w/ D Simon - pending KERP program and Bain issues; follow up w/ H Etlin and L Appel regarding Bain |
| Martha Kopacz | 5/12/05 | 5.0 | Committee conference call; review cash flow; review operating results; review negative EBITDA stores on keep list |
| Martha Kopacz | 5/13/05 | 5.0 | Conference call w/ Company and Xroads regarding liquidation process and retention of liquidation professionals; teleconference's (numerous) with HLHZ and Milbank regarding retention issues |
| Martha Kopacz | 5/16/05 | 5.0 | Bain retention issues; HLHZ and A&M retention issues; follow up on liquidator retention issues |
| Martha Kopacz | 5/17/05 | 4.0 | Review DJM/Food Partners retention; additional A&M/HLHZ retention matters; email review and responses |
| Martha Kopacz | 5/18/05 | 2.0 | Review KERP |
| Martha Kopacz | 5/19/05 | 4.0 | Committee conference call; Prepare KERP due diligence request list |
| Martha Kopacz | 5/20/05 | 1.5 | Finalize KERP due diligence list and send to Xroads |
| Martha Kopacz | 5/23/05 | 2.0 | Conference call w/ DJM and Milbank regarding DJM retention; follow up on KERP info requests; teleconference w/ bondholder seeking information |
| Martha Kopacz | 5/24/05 | 3.0 | Teleconference w/ H Etlin regarding KERP time schedule; retention issues A&M and HLHZ; teleconference w/ A Hede regarding KERP and severance |
| Martha Kopacz | 5/25/05 | 4.5 | Conference call regarding substantive consolidation matters and information request; review draft KERP presentation; teleconference w/ HLHZ regarding asset sales and business plan review process |

**Winn-Dixie Stores, Inc., et al.**

Time Reporting Detail: March 4, 2005 through November 21, 2006

| Professional | Date | Hours | Work Performed |
|---|---|---|---|
| Martha Kopacz | 5/26/05 | 3.0 | Committee Conference call; KERP follow up on committee requests; retention issues |
| Martha Kopacz | 5/27/05 | 1.5 | Teleconference w/ H Etlin regarding Committee response to proposed KERP and severance program; follow up w/ A Hede on KERP and severance due diligence |
| Martha Kopacz | 5/31/05 | 1.0 | Review KERP Motion; email review and replies |
| Martha Kopacz | 6/1/05 | 2.5 | Review KERP and severance motion against Debtor presentation; review Business Plan; Update with A.Hede; DJM retention |
| Martha Kopacz | 6/2/05 | 3.5 | Committee Conference Call; Business plan review |
| Martha Kopacz | 6/3/05 | 2.0 | Catch up on email review and responses; scheduling and logistics for committee meeting in Jacksonville |
| Martha Kopacz | 6/6/05 | 4.0 | Conference call with Milbank regarding substantive consolidation; conference call with Company and HLHZ regarding business plan; KERP negotiations |
| Martha Kopacz | 6/7/05 | 3.0 | Conference call with XRoads regarding Deloitte Consulting project; committee dinner meeting; KERP negotiations |
| Martha Kopacz | 6/8/05 | 12.0 | Committee and Company meeting; KERP negotiations - follow-up teleconference with Committee members; send memo to Committee on latest Company KERP proposal |
| Martha Kopacz | 6/9/05 | 1.5 | Committee conference call |
| Martha Kopacz | 6/13/05 | 2.0 | Call with XRoads regarding liquidation process, sales process vs. Going-Out-of-Business; review operating results |
| Martha Kopacz | 6/14/05 | 1.0 | Catch up on email review and responses; |
| Martha Kopacz | 6/15/05 | 2.0 | Review liquidation documents - discuss with Milbank; review summary financials to send to Committee |
| Martha Kopacz | 6/16/05 | 2.0 | Committee conference call; review financial statements |
| Martha Kopacz | 6/17/05 | 1.0 | Email and reply; review latest reclamation/trade credit proposals and analysis |
| Martha Kopacz | 6/21/05 | 2.0 | First interim billing - review all detail time |
| Martha Kopacz | 6/22/05 | 4.0 | First interim billing - review all detail time; review Committee memo regarding 57 negative EBITDA stores; broker inquiry on Winn-Dixie |
| Martha Kopacz | 6/23/05 | 2.0 | Committee conference call; email catch up and returns; substantive consolidation meeting logistics |
| Martha Kopacz | 6/24/05 | 3.0 | Teleconference with M.Gavejian regarding billing; review operating results for past two weeks; review financial results last period |
| Martha Kopacz | 6/27/05 | 2.0 | Review operating results; borrowing base status |
| Martha Kopacz | 6/28/05 | 2.0 | Update on asset sales; email review and replies |
| Martha Kopacz | 6/29/05 | 3.0 | Liquidator selection process; teleconference with H.Etlin (XRoads) regarding same; teleconference with disgruntled bidder |
| Martha Kopacz | 6/30/05 | 3.0 | Committee conference call; teleconference with Mark Gunlicks - follow up with M.Barr; liquidator agency agreement |
| Martha Kopacz | 7/1/05 | 4.0 | Agency agreement; status update with A.Hede |
| Martha Kopacz | 7/5/05 | 2.0 | Agency Agreement Modifications - review; review weekly reports from Debtor |
| Martha Kopacz | 7/6/05 | 2.0 | Teleconference with H.Etlin & A.Hede regarding agency agreement questions; review and respond to emails |
| Martha Kopacz | 7/7/05 | 1.0 | Update with A.Hede; Teleconference with J.MacDonald regarding inquiry from former employee |
| Martha Kopacz | 7/8/05 | 2.0 | Review, print as necessary, responses to info requests for Substantive Consolidation meeting |
| Martha Kopacz | 7/11/05 | 4.0 | Substantive Consolidation Meeting; Teleconference with A.Hede and M.Gavejian prep before and follow up after meeting |
| Martha Kopacz | 7/13/05 | 2.0 | Committee Call; email review and follow-up |
| Martha Kopacz | 7/14/05 | 2.0 | Weekly reports; follow up with bidder on liquidation process |
| Martha Kopacz | 7/19/05 | 3.0 | Teleconference with losing bidder for liquidation agent; follow up with company; Investigate allegation with company: Enterprise auction - review results |
| Martha Kopacz | 7/20/05 | 4.5 | Review results of asset auctions - enterprise stores and pharmacies; Teleconference with M.Frangulov regarding same; review report to committee on same |
| Martha Kopacz | 7/21/05 | 4.0 | Teleconference with H.Etlin and team regarding GOB budget; review budget details; Committee conference call |
| Martha Kopacz | 7/27/05 | 5.5 | Liquidator budget; borrowing base changes; review email; reply and file; weekly results; pharmacy auction results |
| Martha Kopacz | 7/28/05 | 4.5 | Teleconference with Matt Barr regarding liquidator agency agreement; lease rejections; email responses; operating results |
| Martha Kopacz | 8/1/05 | 2.0 | Conference Call regarding liquidator's documents; prep for Committee meeting tomorrow |
| Martha Kopacz | 8/2/05 | 10.0 | Travel to/from and attend Committee meeting with Company |

**EXHIBIT B**

**Winn-Dixie Stores, Inc., et al.**

Time Reporting Detail: March 4, 2005 through November 21, 2006

| Professional | Date | Hours | Work Performed |
|---|---|---|---|
| Martha Kopacz | 8/5/05 | 4.0 | Review weekly and period reports from WD - first 4 weeks in FY06 and period 13 - in light of company comments on Tuesday; catch up on email and respond as necessary |
| Martha Kopacz | 8/8/05 | 0.5 | Subs consolidation - review new org chart |
| Martha Kopacz | 8/9/05 | 0.5 | Trouble shoot problem with asset bid from Lapowsky client |
| Martha Kopacz | 8/10/05 | 1.5 | American Express purchasing card program; conf call regarding same; week 5 reports; Second Auction results |
| Martha Kopacz | 8/11/05 | 2.5 | Committee conference call: follow up on AMEX card programs; equipment liquidator bids |
| Martha Kopacz | 8/12/05 | 1.0 | Equipment liquidators bids' analysis; teleconference with XRoads regarding liquidator selection |
| Martha Kopacz | 8/14/05 | 0.5 | Review final analysis on Liquidators bids; review results of Operation Jumpstart |
| Martha Kopacz | 8/16/05 | 1.0 | Email review and responses thereto |
| Martha Kopacz | 8/17/05 | 0.5 | DC liquidator selection process |
| Martha Kopacz | 8/18/05 | 2.0 | Committee Conference call; DC liquidator selection; Astor and Fitzgerald sales |
| Martha Kopacz | 8/19/05 | 1.0 | Liquidator documents - edited and reviewed with counsel |
| Martha Kopacz | 8/23/05 | 2.5 | Liquidator documents; week 6 reports; claims process motion; Wachovia lien report; scheduling regarding reclamation/trade program conf call |
| Martha Kopacz | 8/24/05 | 1.0 | Several teleconferences with XRoads regarding preference waiver procedure; review trade vendors with no preferential payments; teleconference with M.Barr regarding same |
| Martha Kopacz | 8/25/05 | 3.5 | committee conference call; teleconference with XRoads regarding preference waiver protocol; review 4 vendors in detail with potential preferences; review XRoads procedure for preference evaluation |
| Martha Kopacz | 8/30/05 | 1.5 | Review weekly reports; review update memo on GOB inventory sales results; review and reply to email |
| Martha Kopacz | 9/1/05 | 4.0 | Preference waiver requests regarding Pepsi and Nestle Waters; teleconference with S. McCarty regarding same; email with XRoads; teleconference's with E.Gordon |
| Martha Kopacz | 9/8/05 | 1.0 | Committee Call |
| Martha Kopacz | 9/9/05 | 1.0 | Teleconference with H Etlin - update regarding hurricane and preference waivers; Pepsi preference waiver issues |
| Martha Kopacz | 9/14/05 | 2.5 | Trade credit program sign-offs for Dial, Heinz, American Safety Razor, Sanderson Farms, Willert and Ferrero USA |
| Martha Kopacz | 9/15/05 | 3.0 | Company presentation; committee conf call; committee conf call with debtor; preference waiver issues |
| Martha Kopacz | 9/20/05 | 0.5 | Preference Waivers |
| Martha Kopacz | 9/21/05 | 1.5 | Pepsi preference waivers |
| Martha Kopacz | 9/27/05 | 1.0 | Preference Waivers including Pepsi |
| Martha Kopacz | 9/29/05 | 1.5 | Committee Conference call; Pepsi waiver |
| Martha Kopacz | 10/5/05 | 4.0 | Trade Credit Program review - Pepsi, Church & Dwight, Ralston, JaRu, Atlanta Foods, Beaver Fisheries, L'Oreal, Unilever, Georgia Pacific, Elmer Candy, Campbell Soup, Unarco |
| Martha Kopacz | 10/6/05 | 5.0 | Review third wave of preference analysis from XRoads; review Period 1 memo; review operating results |
| Martha Kopacz | 10/12/05 | 3.0 | Trade Credit Program Review - Peace River Citrus, Dell Marketing, Mead Johnson, Specialty Brands, Cardinal Health (special stip) |
| Martha Kopacz | 10/13/05 | 1.5 | Trade Credit Program Review - Benson's, Swedish Match NA, Flowers, Inc.; review agenda and memo for October 14 committee call |
| Martha Kopacz | 10/14/05 | 3.0 | Committee Conference call; review weekly reports of operations; trade credit program - Red Gold |
| Martha Kopacz | 10/18/05 | 2.0 | Review Period 2 results; review and edit memo; review and edit Bahamas memo |
| Martha Kopacz | 10/26/05 | 1.5 | Call with Holly Etlin regarding delay of business plan; follow up with HLHZ and A&M team; review A&M memos to the Committee regarding insurance matters and operating results |
| Martha Kopacz | 10/27/05 | 3.0 | Committee conference call; review weekly reports of operations; trade credit program - revisions to three previous agreements |
| Martha Kopacz | 10/31/05 | 0.5 | Call with Dennis Simon regarding plan issues and employee issues |
| Martha Kopacz | 11/1/05 | 0.5 | Business plan due diligence planning; insurance question from committee member |
| Martha Kopacz | 11/2/05 | 3.0 | Trade Credit Program: Pepperidge Farms, Malt O Meal, Crowley Foods, Kemps, Heluva Good Cheese, AEP, Minute Maid; Due diligence scheduling; review Period 3 results; review A&M memo regarding same |
| Martha Kopacz | 11/7/05 | 5.0 | Trade Credit Program - Unilever; review second fee app and monthly invoice; review weekly reports received from Winn Dixie; Business Plan review |
| Martha Kopacz | 11/8/05 | 8.0 | Business plan review; travel to Jacksonville |

**EXHIBIT B**

**Winn-Dixie Stores, Inc., et al.**

Time Reporting Detail: March 4, 2005 through November 21, 2006

| Professional | Date | Hours | Work Performed |
|---|---|---|---|
| Martha Kopacz | 11/9/05 | 10.0 | Committee meeting; meeting with company; due diligence meetings with management; store tours |
| Martha Kopacz | 11/10/05 | 9.0 | Due diligence meetings with professionals and management; travel from Jacksonville |
| Martha Kopacz | 11/11/05 | 4.0 | Business plan due diligence - info and data requests; Premier Beverage trade program |
| Martha Kopacz | 11/14/05 | 6.0 | Business plan due diligence - info and data requests, financial model |
| Martha Kopacz | 11/15/05 | 5.0 | Business plan due diligence - info and data requests, financial model; weekly performance reports from WD |
| Martha Kopacz | 11/16/05 | 6.0 | Business plan due diligence; meeting with HLHZ |
| Martha Kopacz | 11/17/05 | 5.0 | Business plan due diligence; review Blackstone model; email review and responses |
| Martha Kopacz | 11/18/05 | 6.0 | Business plan due diligence; teleconference with M Gavejian regarding A&M work product outline; identify additional requests |
| Martha Kopacz | 11/21/05 | 4.0 | Business plan due diligence |
| Martha Kopacz | 11/22/05 | 5.0 | Business plan due diligence |
| Martha Kopacz | 11/28/05 | 8.0 | Business plan due diligence; review draft slides |
| Martha Kopacz | 11/29/05 | 8.0 | Business plan due diligence; conference call with HLHZ; Unilever Best Foods preference waiver; conference with trade creditors |
| Martha Kopacz | 11/30/05 | 5.0 | Business plan due diligence; conference call with Dave Henry |
| Martha Kopacz | 12/1/05 | 6.0 | Business plan due diligence; conference call with Mark Sellers; Committee Conference Call |
| Martha Kopacz | 12/2/05 | 7.0 | Business plan due diligence; liquidation analysis |
| Martha Kopacz | 12/5/05 | 8.0 | Business plan due diligence; conference call with Tom Robbins; liquidation analysis |
| Martha Kopacz | 12/6/05 | 8.0 | Business plan due diligence; draft presentation slides; liquidation analysis |
| Martha Kopacz | 12/7/05 | 8.0 | Business plan due diligence; conference call with Mark Sellers; liquidation analysis; status update with HLHZ |
| Martha Kopacz | 12/8/05 | 13.0 | Business plan due diligence; Committee conference call; liquidation analysis |
| Martha Kopacz | 12/9/05 | 7.0 | Business plan due diligence; edit presentation slides |
| Martha Kopacz | 12/11/05 | 3.5 | Business plan due diligence; conference call with HLHZ |
| Martha Kopacz | 12/12/05 | 8.0 | Finalize liquidation presentation; review weekly sales reports |
| Martha Kopacz | 12/13/05 | 14.0 | Preparation for meeting; meeting with HLHZ regarding presentation; travel to NY (@ 50%) |
| Martha Kopacz | 12/14/05 | 7.5 | Creditors' Committee meeting; follow up call with Debtors' professionals; travel from NY (@ 50%) |
| Martha Kopacz | 12/20/05 | 1.0 | Review weekly results; review email and respond |
| Martha Kopacz | 12/22/05 | 1.0 | Preference waivers for Southern Spirits, Coca-Cola Enterprises, Doane Pet Care; follow up with XRoads regarding outstanding vendors |
| Martha Kopacz | 1/3/06 | 2.0 | Review email from past weeks and response; teleconference with S.Burian (HLHZ) regarding case status |
| Martha Kopacz | 1/4/06 | 5.0 | Teleconference with H.Etlin (XRoads) regarding scheduling follow up work from Business Plan; review operating results; review MOR; review executive compensation comparative analysis; Dannon stipulation |
| Martha Kopacz | 1/5/06 | 3.0 | Committee conference call; review pleadings regarding examiner and resume of suggested examiner candidate; preference waiver for Gerber |
| Martha Kopacz | 1/9/06 | 8.0 | Call with XRoads - next steps on business plan due diligence; review sensitivity analysis; review term sheet; review Equity committee communications/emails/responses |
| Martha Kopacz | 1/11/06 | 2.0 | Call with XRoads - follow up on prior call regarding next steps on business plan due diligence and business monitoring; Teleconference with HLHZ regarding Lynch contract |
| Martha Kopacz | 1/12/06 | 3.0 | Teleconference with HLHZ regarding Lynch contract; review operational performance reports; review and respond to email regarding substantive consolidation |
| Martha Kopacz | 1/17/06 | 1.5 | Meeting with Milbank - planning next phase of work |
| Martha Kopacz | 1/18/06 | 3.0 | Review email and respond; review weekly reports; Teleconference regarding Lynch contract |
| Martha Kopacz | 1/19/06 | 2.5 | Committee conference call; review pleadings regarding equity committee disbandment; Teleconference with candidate for Examiner |
| Martha Kopacz | 1/25/06 | 1.5 | Review weekly performance reports; teleconference with S.Burian (HLHZ) regarding Lynch contract; teleconference with S.Schirmang regarding same |
| Martha Kopacz | 1/26/06 | 1.0 | Committee conference call |
| Martha Kopacz | 1/30/06 | 1.5 | Conference call with XRoads, Blackstone & HLHZ regarding liquidation analysis; follow-up with XRoads regarding same |
| Martha Kopacz | 2/2/06 | 0.5 | Conference call with XRoads regarding committee questions on margin performance, bubble stores, etc. |
| Martha Kopacz | 2/10/06 | 2.0 | Review weekly results; preference waiver; Committee Conference call |
| Martha Kopacz | 2/15/06 | 1.5 | Review weekly results; review sub con info; review trade reclamation info from XRoads |

**Winn-Dixie Stores, Inc., et al.**

Time Reporting Detail: March 4, 2005 through November 21, 2006

| Professional | Date | Hours | Work Performed |
|---|---|---|---|
| Martha Kopacz | 2/16/06 | 8.0 | Review Milbank sub con memo and HLHZ draft presentation; conference call with XRoads regarding reclamation program update; committee conference call regarding substantive consolidation |
| Martha Kopacz | 2/27/06 | 0.5 | Telephone calls and emails with Company advisors regarding premature release of information regarding store closings |
| Martha Kopacz | 3/9/06 | 1.0 | Committee conference call; Bristol Myers and Novartis trade program |
| Martha Kopacz | 3/16/06 | 2.0 | Committee conference call; review weekly operating reports from Company; |
| Martha Kopacz | 3/21/06 | 0.8 | Teleconference with committee chair regarding status of substantive consolidation analysis and A&M staffing changes |
| Martha Kopacz | 3/30/06 | 1.5 | Review weekly operating reports; conference call with Committee |
| | | **620.8** | |
| | | | |
| William McGuire | 3/10/05 | 2.0 | Review list of 1st day Rejection List |
| William McGuire | 3/17/05 | 1.5 | Committee Call |
| William McGuire | 3/21/05 | 0.5 | Call with attorneys regarding Novak |
| William McGuire | 3/22/05 | 1.2 | Call with Novak to discuss store marketing |
| William McGuire | 3/22/05 | 1.0 | Call with company and Novak |
| William McGuire | 3/22/05 | 0.6 | Call with committee chair and attorneys to discuss Novak |
| William McGuire | 3/24/05 | 1.0 | Committee Call |
| William McGuire | 3/29/05 | 1.8 | Review information on proposed store closures |
| William McGuire | 3/30/05 | 1.2 | Review information on proposed store closures |
| William McGuire | 3/31/05 | 1.0 | Review information on proposed store closures |
| William McGuire | 4/7/05 | 1.0 | Review 2nd round rejections |
| William McGuire | 4/27/05 | 0.4 | Review 2nd round rejections |
| William McGuire | 4/27/05 | 0.6 | Emails with attorneys on 2nd round rejections |
| William McGuire | 4/28/05 | 0.7 | Call with company regarding Store #2096 |
| William McGuire | 4/28/05 | 0.3 | Email follow up to attorneys |
| William McGuire | 5/2/05 | 1.1 | Analysis of 2nd round rejection list |
| William McGuire | 5/2/05 | 0.4 | Call with attorneys to discuss |
| William McGuire | 5/3/05 | 1.0 | Call with company to discuss 2nd round rejection list |
| William McGuire | 5/3/05 | 0.5 | Emails to company and attorneys re: 2nd round rejections |
| William McGuire | 5/5/05 | 1.0 | Summarize 2nd round rejection analysis |
| William McGuire | 5/6/05 | 0.5 | Emails to attorneys re: 2nd round analysis |
| William McGuire | 5/9/05 | 0.8 | Emails/calls with attorneys |
| William McGuire | 5/9/05 | 0.4 | XRoads memo |
| William McGuire | 5/9/05 | 3.2 | Memo regarding 2nd round rejections |
| William McGuire | 5/11/05 | 1.2 | Review "keep" store list |
| William McGuire | 5/11/05 | 1.4 | Various calls/emails with attorneys |
| William McGuire | 5/11/05 | 2.8 | Review information from company on 2nd round rejections |
| William McGuire | 5/12/05 | 1.8 | Prepare memo for conference calls |
| William McGuire | 5/12/05 | 1.0 | Committee call |
| William McGuire | 5/13/05 | 0.4 | Conference call with company regarding Store #817 |
| William McGuire | 5/13/05 | 0.4 | Review "keep" store list |
| William McGuire | 5/17/05 | 1.1 | Review Store 817 business case |
| William McGuire | 5/17/05 | 0.7 | Emails to attorneys / company |
| William McGuire | 5/18/05 | 0.6 | Conference call with company to request additional information for 2nd round rejections |
| William McGuire | 5/18/05 | 1.6 | Review support for 2nd round rejections |
| William McGuire | 5/18/05 | 0.2 | Emails with attorneys |
| William McGuire | 5/24/05 | 0.4 | Emails to attorneys |
| William McGuire | 5/25/05 | 0.4 | Conference call with Debtors and attorneys to discuss Store #817 |
| William McGuire | 6/9/05 | 0.6 | Call with Company regarding Store 817 |
| William McGuire | 6/9/05 | 0.8 | Review rejection schedule |
| William McGuire | 6/9/05 | 0.4 | Emails to attorneys related to rejection schedule and store 817 |
| William McGuire | 6/10/05 | 0.6 | Time keeping |
| William McGuire | 6/28/05 | 1.4 | Review rejection schedule |
| William McGuire | 6/28/05 | 0.8 | Conference call with Company and attorneys related to proposed rejection schedule and store 817 |
| William McGuire | 6/29/05 | 0.6 | Review motion to reject leases |
| William McGuire | 6/29/05 | 0.2 | Emails to attorneys regarding proposed rejections |
| William McGuire | 6/30/05 | 0.4 | Emails related to lease rejection of store 817 |
| William McGuire | 7/22/05 | 1.8 | Reconcile leases from pre-petition date to today |

EXHIBIT B

**Winn-Dixie Stores, Inc., et al.**

Time Reporting Detail: March 4, 2005 through November 21, 2006

| Professional | Date | Hours | Work Performed |
|---|---|---|---|
| William McGuire | 7/27/05 | 1.8 | Emails and calls with attorneys regarding rejection motion; preparation of memo to Committee regarding rejection motion |
| William McGuire | 8/3/05 | 1.0 | Conference call with company to discuss potential round 4 rejections; Emails to attorneys regarding round 4 rejections |
| William McGuire | 8/9/05 | 1.8 | Review information provided by Company related to 4th round rejections; Emails to attorneys / company related to 4th round rejections |
| William McGuire | 8/10/05 | 0.6 | Emails to attorneys related to 4th round rejections |
| William McGuire | 8/15/05 | 1.8 | Review Round 4 Rejection claim |
| William McGuire | 8/19/05 | 2.2 | Review Round 4 Rejection claim; Memo to committee regarding Round 4 Rejections |
| William McGuire | 9/6/05 | 1.4 | Review of Motion for 5th Round Rejection |
| William McGuire | 9/7/05 | 3.0 | Review list of unsold stores to be rejected; Correspondence with attorneys; Schedule conference call with company |
| William McGuire | 9/8/05 | 3.5 | Review list of unsold stores; Call with company to discuss unsold stores; Review correspondence on Store 847; Calls with attorney related to motion on unsold stores. |
| William McGuire | 9/12/05 | 2.4 | Prepare memo related to Round 5 Rejections |
| William McGuire | 9/14/05 | 1.6 | Call with company to discuss unsold stores and round 5&6 rejections; Correspondence with attorneys. |
| William McGuire | 9/22/05 | 1.8 | Review round 6 Rejection Materials; Review and revise round 6 Rejection Memo to committee. |
| William McGuire | 9/26/05 | 2.4 | Review rejection motion for distribution facility; correspondence with attorney and company. |
| William McGuire | 9/29/05 | 2.4 | Review information related to distribution facilities and stores damaged by hurricane; correspondence with attorney and company. |
| William McGuire | 10/11/05 | 1.7 | Review latest rejection motion |
| William McGuire | 10/11/05 | 0.3 | Call with company to discuss rejection motion |
| William McGuire | 10/11/05 | 0.7 | Memo to attorneys re: rejection motion |
| William McGuire | 11/28/05 | 1.6 | Review Winn-Dixie Plan |
| William McGuire | 11/28/05 | 0.8 | Review Winn-Dixie motion to affirm lease on store #2197 |
| William McGuire | 11/29/05 | 0.8 | Review Winn-Dixie Plan |
| William McGuire | 11/29/05 | 0.5 | Review staff comments on Winn-Dixie Plan |
| William McGuire | 11/29/05 | 1.8 | Prepare list of questions for Winn-Dixie related to Plan |
| William McGuire | 11/29/05 | 0.5 | Email correspondence related to Winn-Dixie Plan |
| William McGuire | 11/30/05 | 2.4 | Review Plan support form Winn-Dixie |
| William McGuire | 11/30/05 | 0.4 | Emails related to Plan questions |
| William McGuire | 12/05/05 | 2.3 | Review Company's proposed rejection motion; Review filings related to by-pass property |
| William McGuire | 12/14/05 | 1.7 | Calls with Company regarding proposed lease rejections; Review information related to proposed lease rejections; Emails with attorneys regarding proposed lease rejections |
| William McGuire | 1/18/06 | 2.4 | Review proposed rejection motion; Emails, phone calls regarding rejection motion |
| William McGuire | 1/19/06 | 2.8 | Review information from Company on proposed rejection; Emails, phone calls regarding rejection motion |
| William McGuire | 2/1/06 | 1.8 | Review sale motion and support |
| William McGuire | 2/2/06 | 2.2 | Review sale motion and support; Prepare memo to committee |
| William McGuire | 2/6/06 | 1.8 | Review lease assumption memo; Emails / calls to attorneys and company |
| William McGuire | 2/9/06 | 2.8 | Review support for lease assumption from company; Review memo and emails to / from attorneys |
| William McGuire | 3/16/06 | 1.6 | Review debtor information related to store #997 lease rejection |
| William McGuire | 3/16/06 | 1.2 | Review debtor information related to store #1096 lease rejection |
| William McGuire | 4/3/06 | 1.2 | Review information related to Store 997 rejection |
| William McGuire | 4/3/06 | 1.3 | Review spreadsheet related to store closings / sales |
| William McGuire | 4/3/06 | 0.8 | Review information related to Pompano sale |
| William McGuire | 4/5/06 | 0.9 | Review memo to committee on Store 997 rejection |
| William McGuire | 4/7/06 | 1.6 | Review information related to multiple lease rejections |
| William McGuire | 4/7/06 | 1.3 | Review terms for reduced claim / payout on Store 893 |
| | | **112.2** | |
| | | | |
| Darren Mills | 9/18/06 | 1.5 | Review of Deloitte & Touche Section 382(l)(5); 382(l)(6) analysis |
| Darren Mills | 9/19/06 | 1.0 | Review of Deloitte & Touche Section 382(l)(5); 382(l)(6) analysis |
| Darren Mills | 9/19/06 | 0.5 | Call with Deloitte & Touche to discuss tax analysis |
| | | **3.0** | |

EXHIBIT B

**Winn-Dixie Stores, Inc., et al.**

Time Reporting Detail: March 4, 2005 through November 21, 2006

| Professional | Date | Hours | Work Performed |
|---|---|---|---|
| Martin Williams | 9/18/06 | 5.0 | Review of Deloitte & Touche Section 382(l)(5); 382(l)(6) analysis |
| Martin Williams | 9/19/06 | 3.5 | Review of Deloitte & Touche Section 382(l)(5); 382(l)(6) analysis |
| Martin Williams | 9/19/06 | 0.5 | Call with Deloitte & Touche to discuss tax analysis |
| Martin Williams | 9/27/06 | 1.0 | Preparation for potential call with creditors committee |
| | | **10.0** | |
| | | | |
| Dirk Aulabaugh | 11/30/05 | 1.6 | Preliminary review of Winn-Dixie Business Plan |
| Dirk Aulabaugh | 11/30/05 | 0.4 | Review Winn-Dixie Penman Plaza motion to reject or assume lease |
| Dirk Aulabaugh | 12/1/05 | 2.0 | Review Winn-Dixie Plan (pgs 1-25), Comment on business plan (pgs 1-25) |
| Dirk Aulabaugh | 12/2/05 | 2.0 | Review Winn-Dixie Plan (pgs 25-50), Comment on business plan (pgs 25-50) |
| | 12/5/05 | 5.6 | Conference call with XRoads to discuss RE Questions, Research Building costs information, Call with Biff to discuss WD info sent by XRoads, Draft slides for Creditor presentation |
| Dirk Aulabaugh | 12/6/05 | 0.5 | Discussion with AM REAS about cost data |
| Dirk Aulabaugh | 12/7/05 | 2.4 | Review Penman Plaza lease and cure amounts, Conference call with HLHZ and A&M |
| Dirk Aulabaugh | 12/8/05 | 2.2 | Draft Penman Plaza Memo |
| Dirk Aulabaugh | 12/20/05 | 1.2 | Review Filings relating to Pines-Carter Lease |
| Dirk Aulabaugh | 12/21/05 | 2.4 | Continue review of Pines-Carter Motion/phone calls with Biff/initial draft of memo |
| Dirk Aulabaugh | 1/18/06 | 1.7 | Review Store 62 and 1643 rejection motions; research data |
| Dirk Aulabaugh | 1/19/06 | 3.2 | Conference call with Jeffrey Milton at Milbank regarding Store 62 and 1643, etc.; conference call with Bryan Gaston at XRoads regarding Store 62 and 1643; Review Lease Assumption motion on Store 658 |
| Dirk Aulabaugh | 1/20/06 | 4.8 | Initial draft of Memos relating to Store 62 and 1643; Review Oviedo Property APA, Motion and Order to sell |
| Dirk Aulabaugh | 1/23/06 | 5.2 | Draft memo on Oviedo sale; review Store 658 and buyout offer; Discuss and revise memos with A&M |
| Dirk Aulabaugh | 1/24/06 | 4.3 | Review Store 658 performance, compare to portfolio, review deposition notes; follow up with attorneys |
| Dirk Aulabaugh | 1/25/06 | 2.6 | Draft memo on lease buyout offer on Store 658 |
| Dirk Aulabaugh | 1/26/06 | 3.3 | Review motions to reject leases and contracts |
| Dirk Aulabaugh | 1/30/06 | 3.5 | Revise, draft memos store 658, 62, 1643 |
| Dirk Aulabaugh | 1/31/06 | 4.4 | Research and draft memos on By-Pass Property, discussions with Milbank |
| Dirk Aulabaugh | 2/1/06 | 3.4 | Committee call with XRoads, and review of store 1857 an 1261 comments from XRoads |
| Dirk Aulabaugh | 2/6/06 | 4.2 | Discussions with XRoads and Milbank; review 1261 settlement motions |
| Dirk Aulabaugh | 2/7/06 | 5.2 | Revise Store 658; review 1857 motions; draft 1261 and 1857 memos |
| Dirk Aulabaugh | 2/8/06 | 2.6 | Continue drafting 1261 and 1857 memos |
| Dirk Aulabaugh | 2/9/06 | 2.3 | Revisions to store 658; 1261 and 1857 memos |
| Dirk Aulabaugh | 2/10/06 | 2.4 | Various memo updates; discussions with Milbank on memo protocol |
| Dirk Aulabaugh | 2/13/06 | 6.2 | Store 716 memo drafting; conversations with Milbank and XRoads |
| Dirk Aulabaugh | 2/14/06 | 2.7 | Discussions with Milbank; revisions to 1261 memo |
| Dirk Aulabaugh | 2/15/06 | 2.4 | Various memo revisions and discussions with XRoads and Milbank |
| Dirk Aulabaugh | 2/16/06 | 2.3 | Review of Miramar, Jackson and McComb Sales |
| Dirk Aulabaugh | 2/17/06 | 1.8 | Discussions with Milbank |
| Dirk Aulabaugh | 2/21/06 | 0.5 | Discussion with Jeff Milton at Milbank |
| Dirk Aulabaugh | 2/23/06 | 1.8 | Review Milbank memos; Discussion with Mike Comerford at Milbank |
| Dirk Aulabaugh | 2/24/06 | 1.0 | Finalize Store 1857 memo; discussions with Biff, et al about open items. |
| Dirk Aulabaugh | 2/27/06 | 1.2 | Milbank discussions on 1857 Memo |
| Dirk Aulabaugh | 3/2/06 | 1.5 | Conference call with the Committee; review debtor motion granting 4th extension time to reject |
| Dirk Aulabaugh | 3/7/06 | 1.3 | Reviewing proposed 35 store closures for lease issues and locations |
| Dirk Aulabaugh | 3/9/06 | 1.7 | Conference call with the Committee; review of locations for proposed 35 store closures |
| Dirk Aulabaugh | 3/10/06 | 2.5 | Conference call with XRoads and Winn-Dixie in order to discuss rationale behind 35 store closures; review of 35 store closure financial performance |
| Dirk Aulabaugh | 3/14/06 | 1.2 | Analyze store closings based on market |
| Dirk Aulabaugh | 3/15/06 | 2.4 | Additional analysis on store closings; review A&M report about closings |
| Dirk Aulabaugh | 3/16/06 | 4.2 | Conference call with the Committee; review Houlihan substantive consolidation analysis |
| Dirk Aulabaugh | 3/17/06 | 5.3 | Review claim no. 12436; discuss with Milbank |
| Dirk Aulabaugh | 3/20/06 | 4.2 | Review stores 997 and 1096 rejections with XRoads; research and understand store 2661 claim amount vs. 502(b) claim |
| Dirk Aulabaugh | 3/21/06 | 6.2 | Review details of rejection claims, XRoads discussions on related rejections |

**EXHIBIT B**

**Winn-Dixie Stores, Inc., et al.**

Time Reporting Detail: March 4, 2005 through November 21, 2006

| Professional | Date | Hours | Work Performed |
|---|---|---|---|
| Dirk Aulabaugh | 3/22/06 | 3.3 | Discuss claim 12436 with XRoads |
| Dirk Aulabaugh | 3/23/06 | 5.6 | Discuss stores 997, 2661 and 1096 with XRoads; investigate environmental claim at HQ; discussed environmental claim with M.Gavejian |
| Dirk Aulabaugh | 3/24/06 | 1.4 | Review of lease status of stores 997, 2661; research environmental claim at Winn-Dixie HQ |
| Dirk Aulabaugh | 3/27/06 | 3.2 | Draft memo for lease rejection of store 997 |
| Dirk Aulabaugh | 3/28/06 | 3.7 | Revisions to memo for store 997 |
| Dirk Aulabaugh | 3/29/06 | 4.7 | Conference call with XRoads on Artesia claim; revision of store 997 memo; review motion on lease termination; preliminary research on lease terminations |
| Dirk Aulabaugh | 3/30/06 | 2.7 | Conference call with the Committee; review lease terminations on several stores with XRoads |
| Dirk Aulabaugh | 3/31/06 | 3.5 | Write memo on Motion authorizing lease rejections |
| Dirk Aulabaugh | 4/3/06 | 1.4 | Various conference calls with XRoads and Milbank |
| Dirk Aulabaugh | 4/3/06 | 4.3 | Performed initial review and analyzed Debtors' motions on Store 997 and 35 stores to be closed |
| Dirk Aulabaugh | 4/4/06 | 1.2 | Various conference calls with XRoads and Milbank |
| Dirk Aulabaugh | 4/4/06 | 4.4 | Continue reviewing motions on store sales |
| Dirk Aulabaugh | 4/4/06 | 1.5 | Review and analyze current bids on 35 stores to be closed |
| Dirk Aulabaugh | 4/5/06 | 5.1 | Review Pompano Distribution Center bid and motion |
| Dirk Aulabaugh | 4/5/06 | 0.4 | Discuss lease terminations with XRoads |
| Dirk Aulabaugh | 4/5/06 | 0.7 | Revised Store 997 memo per comments from A&M |
| Dirk Aulabaugh | 4/6/06 | 1.0 | Conference call with Creditor Committee |
| Dirk Aulabaugh | 4/6/06 | 1.1 | Conference call with XRoads on Pompano Distribution Center and recent store lease rejection issues |
| Dirk Aulabaugh | 4/6/06 | 6.3 | Discussion and analysis on various motions with Milbank and XRoads |
| Dirk Aulabaugh | 4/7/06 | 3.1 | Reviewing of various motions for lease rejection and assumptions in preparation for memos |
| Dirk Aulabaugh | 4/7/06 | 2.5 | Reviewed Panther data site for information on upcoming assets sales (i.e., Pompano, 35 stores to be closed); pulling documentation of bids |
| Dirk Aulabaugh | 4/7/06 | 1.0 | Discussed information found on Panther site with XRoads |
| Dirk Aulabaugh | 4/10/06 | 2.6 | Review, revise, quality check and distribute Store 997 memo |
| Dirk Aulabaugh | 4/10/06 | 3.2 | Preparation of multiple lease termination agreement memo for Stores 264, 376, 714, 1270, 1341, 2462, 2491 |
| Dirk Aulabaugh | 4/10/06 | 1.6 | Reviewed various lease rejection motions and began initial review of asset purchase agreements for 35 stores to be closed |
| Dirk Aulabaugh | 4/11/06 | 6.0 | Continued review of asset purchase agreements for 35 stores to be closed; additional review of store bids |
| Dirk Aulabaugh | 4/11/06 | 1.2 | Discussed 35 store closures and recent lease rejections with XRoads |
| Dirk Aulabaugh | 4/12/06 | 0.9 | Conference call with XRoads real estate team |
| Dirk Aulabaugh | 4/12/06 | 3.6 | Reviewed Panther Data site for latest information of 35 stores to be closed |
| Dirk Aulabaugh | 4/12/06 | 2.3 | Reviewed motion on unexpired leases as of May 4, 2006 and discussed Store 893 with Milbank and XRoads |
| Dirk Aulabaugh | 4/13/06 | 2.2 | Further discussion of Store 893 with Milbank |
| Dirk Aulabaugh | 4/13/06 | 2.3 | Finalize open items on memos ready to be distributed based on review of information received from Debtors |
| Dirk Aulabaugh | 4/14/06 | 1.0 | Reviewed, revised and distributed Store 997 memo per comments from Milbank |
| Dirk Aulabaugh | 4/17/06 | 2.8 | Reviewed rejection motion and lease on Store 1335 |
| Dirk Aulabaugh | 4/17/06 | 0.5 | Discussed motion and lease for Store 1335 with Milbank |
| Dirk Aulabaugh | 4/18/06 | 2.2 | Discussion on store 1335 and inquire about bubble store update |
| Dirk Aulabaugh | 4/20/06 | 2.7 | Reviewed and analyzed Store 488 and 1419 lease rejection motions |
| Dirk Aulabaugh | 4/20/06 | 1.0 | Conference call with Creditor Committee |
| Dirk Aulabaugh | 4/20/06 | 0.8 | Discussed Committee conference call, next steps and coordinated work product with M.Gavejian |
| Dirk Aulabaugh | 4/24/06 | 1.6 | Review ground lease documents for Store 896 |
| Dirk Aulabaugh | 4/24/06 | 5.3 | Prepared initial drafts of memos on various store lease rejections for Stores 488, 896 and 1335 |
| Dirk Aulabaugh | 4/25/06 | 3.4 | Prepared initial draft of memo for Store 1419 |
| Dirk Aulabaugh | 4/25/06 | 2.7 | Further review of Panther data site for updates and more understanding of existing data |
| Dirk Aulabaugh | 4/26/06 | 3.4 | Continued revision of memos for Stores 1419, 488 and 1335 |
| Dirk Aulabaugh | 4/26/06 | 1.2 | Conference call with Milbank to discuss upcoming memos and lease motions |
| Dirk Aulabaugh | 4/27/06 | 3.2 | Continued drafting and revision of memos on Stores 488 and 1335 based on comments from Milbank and information from the Debtors |
| Dirk Aulabaugh | 4/27/06 | 1.1 | Discussions with XRoads about certain lease rejections |

EXHIBIT B

**Winn-Dixie Stores, Inc., et al.**

Time Reporting Detail: March 4, 2005 through November 21, 2006

| Professional | Date | Hours | Work Performed |
|---|---|---|---|
| Dirk Aulabaugh | 4/27/06 | 1.0 | Discussed recent memos with Milbank and received comments and questions |
| Dirk Aulabaugh | 4/27/06 | 1.3 | Reviewed motions to respond to Milbank questions and cross-check to memos |
| Dirk Aulabaugh | 4/28/06 | 1.2 | Conference call with Milbank to discuss bids on 35 stores to be closed |
| Dirk Aulabaugh | 4/28/06 | 2.2 | Review of the Debtors' proposed rejection of Store 1096 lease; discussion of sublease arrangement and settlement agreement with XRoads |
| Dirk Aulabaugh | 4/28/06 | 2.0 | Review Panther data site for updates to bid and store information |
| Dirk Aulabaugh | 4/28/06 | 0.9 | Discussed bids, timing and auction updates for 35 store to be closed with XRoads |
| Dirk Aulabaugh | 5/1/06 | 3.2 | Drafting memos to the Committee for motions related to Stores 1096 and 1335 |
| Dirk Aulabaugh | 5/2/06 | 1.3 | Various conference calls with XRoads relating to Stores 1096, 1335, 1419 and 488 |
| Dirk Aulabaugh | 5/2/06 | 2.6 | Drafting memos to the Committee for motions related to Stores 1418 and 488, emailing XRoads with related questions |
| Dirk Aulabaugh | 5/2/06 | 0.3 | Conference call with Milbank related to various store motions |
| Dirk Aulabaugh | 5/3/06 | 3.3 | Reviewed stalking horse bids and locations of 35 bubble store to be sold |
| Dirk Aulabaugh | 5/3/06 | 2.2 | Reviewed 35 store bid documentation on Panther |
| Dirk Aulabaugh | 5/3/06 | 1.4 | Review Pompano DC bids, including stalking horse bid |
| Dirk Aulabaugh | 5/4/06 | 0.6 | Conference call with Creditor Committee |
| Dirk Aulabaugh | 5/4/06 | 3.1 | Review comments from Milbank on memos related to Stores 1096, 1335, 1419 and 488 |
| Dirk Aulabaugh | 5/4/06 | 0.5 | Discussed auction and stalking horse bids with M.Gavejian |
| Dirk Aulabaugh | 5/5/06 | 1.5 | Discussions of store motions and next steps with XRoads |
| Dirk Aulabaugh | 5/5/06 | 2.2 | Review and revision of memos for Stores 1096 and 1335 |
| Dirk Aulabaugh | 5/8/06 | 0.2 | Call with Milbank to discuss motion for Store 1381 |
| Dirk Aulabaugh | 5/8/06 | 0.5 | Review and provided comments on Hallmark assumption memo |
| Dirk Aulabaugh | 5/8/06 | 0.9 | Searching Panther site for latest store motion and bid information |
| Dirk Aulabaugh | 5/8/06 | 1.5 | Reviewing offers and non-stalking horse bids for 35 bubble stores |
| Dirk Aulabaugh | 5/8/06 | 2.4 | Reviewing Store 1381 motion |
| Dirk Aulabaugh | 5/8/06 | 1.9 | Prepared initial draft of memo to the Committee regarding motion for Store 1381 |
| Dirk Aulabaugh | 5/9/06 | 2.6 | Reviewed asset purchase agreements for 35 bubble stores |
| Dirk Aulabaugh | 5/9/06 | 1.8 | Discuss various topics with XRoads |
| Dirk Aulabaugh | 5/9/06 | 1.6 | Reviewed bubble store bids via auction results |
| Dirk Aulabaugh | 5/9/06 | 0.7 | Discussions with Milbank regarding recent store motion memos |
| Dirk Aulabaugh | 5/10/06 | 0.8 | Discuss Store 1419 internally with Milbank |
| Dirk Aulabaugh | 5/10/06 | 1.3 | Conference calls with Milbank and XRoads |
| Dirk Aulabaugh | 5/11/06 | 1.5 | Conference call with Creditor Committee |
| Dirk Aulabaugh | 5/11/06 | 2.6 | Reviewed motion on Hollywood tract sale |
| Dirk Aulabaugh | 5/11/06 | 1.6 | Discussions with XRoads regarding the sale of the Hollywood, FL tract |
| Dirk Aulabaugh | 5/12/06 | 1.7 | Revised on memo regarding Store 1335 based on comments from Milbank |
| Dirk Aulabaugh | 5/12/06 | 0.5 | Additional review of Store 1381 motion |
| Dirk Aulabaugh | 5/12/06 | 0.8 | Research location and other data for Store 1381 |
| Dirk Aulabaugh | 5/12/06 | 3.4 | Research Hollywood land sale for reasonableness including calls to various brokers, review of information on DJM site |
| Dirk Aulabaugh | 5/15/06 | 2.0 | Revised memo on Store 488 based on comments from Milbank |
| Dirk Aulabaugh | 5/15/06 | 2.6 | Discussed motions for Stores 1335 and 488 with XRoads |
| Dirk Aulabaugh | 5/16/06 | 3.6 | Travel to auction (at 50%) |
| Dirk Aulabaugh | 5/16/06 | 5.0 | Completed diligence review on Pompano sales and Hollywood tract |
| Dirk Aulabaugh | 5/17/06 | 0.4 | Meeting with Milbank, Debtors' counsel and XRoads regarding hearing agenda and landlord negotiations |
| Dirk Aulabaugh | 5/17/06 | 2.9 | Meeting with Milbank, Debtors counsel, DJM and XRoads regarding landlord objections and preparation for hearing |
| Dirk Aulabaugh | 5/17/06 | 4.2 | Discussed strategy for auction and other recent asset sales with Milbank |
| Dirk Aulabaugh | 5/17/06 | 1.0 | Attended Pompano DC auction |
| Dirk Aulabaugh | 5/18/06 | 1.9 | Prepared for hearing to approve asset sales including strategy for objection responses |
| Dirk Aulabaugh | 5/18/06 | 2.3 | Attended hearing to approve asset sales |
| Dirk Aulabaugh | 5/18/06 | 3.4 | Meeting with J.Macinnis (Milbank) to discuss hearing and recap auction results; discussed sale process with DJM |
| Dirk Aulabaugh | 5/19/06 | 4.0 | Travel back from Jacksonville (at 50%) |
| Dirk Aulabaugh | 5/19/06 | 1.0 | Review hearing results |
| Dirk Aulabaugh | 5/19/06 | 3.4 | Reviewed in process memos for Stores 1096, 1335 and Hollywood land tracts |
| Dirk Aulabaugh | 5/22/06 | 3.3 | Redrafted memo on Store 1096 due to change in the Debtors' motion and direction relative to the store |
| Dirk Aulabaugh | 5/22/06 | 0.4 | Discussions with Milbank about forthcoming memos and Store 1096 modification |
| Dirk Aulabaugh | 5/22/06 | 1.6 | Calls to XRoads |

**EXHIBIT B**

**Winn-Dixie Stores, Inc., et al.**

Time Reporting Detail: March 4, 2005 through November 21, 2006

| Professional | Date | Hours | Work Performed |
|---|---|---|---|
| Dirk Aulabaugh | 5/23/06 | 3.3 | Finalize memos on Store 1096 and Hollywood tract |
| Dirk Aulabaugh | 5/23/06 | 0.6 | Discussions with Milbank about upcoming Committee meeting |
| Dirk Aulabaugh | 5/23/06 | 2.3 | Calls to XRoads about Store 1096 and Hollywood tract |
| Dirk Aulabaugh | 5/24/06 | 4.3 | Reviewed various motions relating to Alabama warehouse sale and lease termination of Store 276 |
| Dirk Aulabaugh | 5/24/06 | 2.4 | Revised memo on Store 1096 per comments from Milbank |
| Dirk Aulabaugh | 5/24/06 | 2.4 | Review motion to assume leases for 75 store and prepared an overview of the implication of lease assumption |
| Dirk Aulabaugh | 5/24/06 | 1.8 | Discussed status of Store 1096 negotiations with XRoads |
| Dirk Aulabaugh | 5/25/06 | 1.9 | Conference call with Creditors Committee |
| Dirk Aulabaugh | 5/25/06 | 2.2 | Researching outstanding questions on Hollywood tract per Milbank and A&M questions |
| Dirk Aulabaugh | 5/25/06 | 2.9 | Research Alabama Warehouse sale through reviewing Panther site and discussed sale with brokers |
| Dirk Aulabaugh | 5/25/06 | 1.8 | Initial drafting of memo regarding motion on Store 276 |
| Dirk Aulabaugh | 5/26/06 | 0.8 | Continued preparation of memo on Store 276 discussion with XRoads; finalize Hollywood tract |
| Dirk Aulabaugh | 5/26/06 | 1.0 | Discussed Store 276 motion with XRoads |
| Dirk Aulabaugh | 5/26/06 | 0.8 | Finalize memo on sale of Hollywood tract |
| Dirk Aulabaugh | 5/29/06 | 0.8 | Finalized Store 1335 memo for distribution per comments from Milbank |
| Dirk Aulabaugh | 5/30/06 | 3.6 | Research and finalize memo on Store 276 |
| Dirk Aulabaugh | 5/30/06 | 3.3 | Initial research on Alabama, Louisville, Miami and Stockbridge parcel/asset sales |
| Dirk Aulabaugh | 5/31/06 | 3.5 | Reviewed Alabama sale asset purchase agreement and researched Panther site for detail; Contacted XRoads for discussion with DJM |
| Dirk Aulabaugh | 5/31/06 | 2.3 | Reviewed motions and asset purchase agreements for Louisville, Stockbridge, Miami outparcels |
| Dirk Aulabaugh | 5/31/06 | 2.4 | Initial drafting of memos for outparcel sales in Louisville, Stockbridge and Miami |
| Dirk Aulabaugh | 6/1/06 | 2.2 | Conference call with Committee |
| Dirk Aulabaugh | 6/1/06 | 1.1 | Dialed in to meeting with WD management team |
| Dirk Aulabaugh | 6/1/06 | 1.1 | Drafting memo on asset sales |
| Dirk Aulabaugh | 6/1/06 | 1.4 | Read and review asset purchase agreement relating to Miami outparcels |
| Dirk Aulabaugh | 6/1/06 | 0.3 | Calls with XRoads |
| Dirk Aulabaugh | 6/2/06 | 2.2 | Researching asset sales market data for validity |
| Dirk Aulabaugh | 6/5/06 | 4.3 | Revising asset sales memo |
| Dirk Aulabaugh | 6/5/06 | 2.2 | Calls with Mike Comerford of Milbank |
| Dirk Aulabaugh | 6/6/06 | 0.4 | Calls with Mike Comerford of Milbank |
| Dirk Aulabaugh | 6/6/06 | 0.3 | Call with Sheon Karol of XRoads |
| Dirk Aulabaugh | 6/6/06 | 0.4 | Call with Bryan Gaston of XRoads regarding Deerwood |
| Dirk Aulabaugh | 6/6/06 | 3.1 | Writing memo on Deerwood |
| Dirk Aulabaugh | 6/6/06 | 2.2 | Reading and discussing Store 1419 deal with Milbank |
| Dirk Aulabaugh | 6/6/06 | 1.7 | Revising asset sale memo per call with Sheon Karol of XRoads |
| Dirk Aulabaugh | 6/7/06 | 0.4 | Conference call with Sheon Karol about sales |
| Dirk Aulabaugh | 6/7/06 | 0.8 | Discussion with B.McGuire about sales and Deerwood motion |
| Dirk Aulabaugh | 6/7/06 | 2.3 | Revise asset sale memo per Biff's comments and Milbank's comments |
| Dirk Aulabaugh | 6/7/06 | 1.4 | Review and respond to emails |
| Dirk Aulabaugh | 6/8/06 | 2.4 | Revise asset sales memo |
| Dirk Aulabaugh | 6/8/06 | 0.6 | Respond to emails relating to asset memo and Deerwood memo |
| Dirk Aulabaugh | 6/8/06 | 0.6 | Conference call with Committee |
| Dirk Aulabaugh | 6/8/06 | 1.7 | Conversations with Milbank; research Deustche Bank |
| Dirk Aulabaugh | 6/9/06 | 0.5 | Discussions with M.Gavejian about asset sales |
| Dirk Aulabaugh | 6/9/06 | 1.9 | Work on finalizing Deerwood and Asset sale memos |
| Dirk Aulabaugh | 6/12/06 | 2.4 | Following up with XRoads and Milbank about upcoming auctions |
| Dirk Aulabaugh | 6/12/06 | 0.8 | Finalize and send out Asset sale memo |
| Dirk Aulabaugh | 6/13/06 | 3.2 | Review bids on various auctions including Miami parcels and Stockbridge asset |
| Dirk Aulabaugh | 6/13/06 | 0.6 | Review and respond to emails relating to pending auctions |
| Dirk Aulabaugh | 6/14/06 | 1.3 | Auction of Miami parcel and Stockbridge |
| Dirk Aulabaugh | 6/14/06 | 1.1 | Reviewing contracts for accuracy |
| Dirk Aulabaugh | 6/14/06 | 0.2 | Call with Sheon Karol of XRoads |
| Dirk Aulabaugh | 6/15/06 | 0.4 | Conversation with Milbank relating to potential asset sale |
| Dirk Aulabaugh | 6/15/06 | 3.2 | Review and summary of store and asset sale memos written to date and preparation of list of current outstanding rejections and sales |
| Dirk Aulabaugh | 6/16/06 | 1.2 | Follow up relating to auctions |

EXHIBIT B

**Winn-Dixie Stores, Inc., et al.**

Time Reporting Detail: March 4, 2005 through November 21, 2006

| Professional | Date | Hours | Work Performed |
|---|---|---|---|
| Dirk Aulabaugh | 6/16/06 | 1.0 | Review ad hoc deal |
| Dirk Aulabaugh | 6/19/06 | 2.2 | Reviewing Store 1419 and 1816 motions |
| Dirk Aulabaugh | 6/19/06 | 0.8 | Communications with XRoads and Milbank relating to SC asset |
| Dirk Aulabaugh | 6/19/06 | 2.4 | Analysis on Store 1816 rejection claim |
| Dirk Aulabaugh | 6/20/06 | 0.2 | Call with Bryan Gaston at XRoads |
| Dirk Aulabaugh | 6/20/06 | 0.6 | Research on Store 1816 and 1419 deals |
| Dirk Aulabaugh | 6/21/06 | 3.3 | Drafting Store 1419 memo on lease termination |
| Dirk Aulabaugh | 6/21/06 | 1.8 | Initial draft of Store 1816 memo |
| Dirk Aulabaugh | 6/22/06 | 1.4 | Read/take notes on Store 1361 motion |
| Dirk Aulabaugh | 6/22/06 | 2.6 | Research Store 1361 motion |
| Dirk Aulabaugh | 6/22/06 | 0.6 | Speak with XRoads about Store 1361 deal |
| Dirk Aulabaugh | 6/23/06 | 1.6 | Read/take notes on motion on Store 2435, 1327 and 1371 |
| Dirk Aulabaugh | 6/23/06 | 1.3 | Read/take notes on assigned store motions |
| Dirk Aulabaugh | 6/23/06 | 2.3 | Research rejection claim status due to unique nature |
| Dirk Aulabaugh | 6/23/06 | 0.7 | Conference call with XRoads to discuss above motions |
| Dirk Aulabaugh | 6/26/06 | 0.7 | Follow up conference call with XRoads regarding Stores 2435,1327, 1371 and 1361 |
| Dirk Aulabaugh | 6/26/06 | 3.6 | Initial drafting of memo regarding Stores 2435,1327, 1371 and 1361 |
| Dirk Aulabaugh | 6/26/06 | 0.8 | Responding to Milbank questions via email |
| Dirk Aulabaugh | 6/26/06 | 1.3 | Reviewed Winn-Dixie's proposed Plan of Reorganization |
| Dirk Aulabaugh | 6/27/06 | 2.2 | Drafting memo on Stores 2435, 1327, 1361 and 1371 |
| Dirk Aulabaugh | 6/27/06 | 0.4 | Discuss motions with Milbank |
| Dirk Aulabaugh | 6/27/06 | 2.0 | Work on assigned stores memo |
| Dirk Aulabaugh | 6/28/06 | 2.6 | Finish up assigned store memo |
| Dirk Aulabaugh | 6/28/06 | 2.7 | Clean up memo on Stores 2435, 1327 1361 and 1371 |
| Dirk Aulabaugh | 6/28/06 | 0.6 | Discussion with XRoads about 502b claims |
| Dirk Aulabaugh | 6/29/06 | 1.6 | Review plan, press release and Watson report |
| Dirk Aulabaugh | 7/13/06 | 1.2 | Conference call with the Committee |
| Dirk Aulabaugh | 7/25/06 | 0.6 | Review structure of Montgomery warehouse sale |
| Dirk Aulabaugh | 7/25/06 | 0.4 | Correspondence with XRoads regarding Montgomery warehouse sale |
| Dirk Aulabaugh | 7/25/06 | 0.6 | Research Merrill site for sale data and information |
| Dirk Aulabaugh | 8/1/06 | 1.6 | Draft Montgomery warehouse sale memo |
| Dirk Aulabaugh | 8/2/06 | 1.9 | Review multiple store assumption motions and begin researching/discussions with Company |
| Dirk Aulabaugh | 8/2/06 | 1.6 | Review and begin research on Second Omnibus Motion to assume and fix cure amounts on certain property leases |
| Dirk Aulabaugh | 8/3/06 | 2.2 | Review Harahan sale motion |
| Dirk Aulabaugh | 8/3/06 | 0.9 | Review Montgomery asset purchase agreement |
| Dirk Aulabaugh | 8/3/06 | 1.8 | Begin drafting memo on store assumptions |
| Dirk Aulabaugh | 8/4/06 | 1.2 | Review Harahan asset purchase agreement |
| Dirk Aulabaugh | 8/4/06 | 0.3 | Finalize Montgomery sale motion for Milbank review |
| Dirk Aulabaugh | 8/4/06 | 0.7 | Conference call with XRoads regarding Harahan sale |
| Dirk Aulabaugh | 8/4/06 | 1.1 | Research detail on Harahan sale (appraisal, etc.) |
| Dirk Aulabaugh | 8/6/06 | 1.3 | Review XRoads cure amounts analysis |
| Dirk Aulabaugh | 8/7/06 | 1.4 | Researching and analyzing cure amounts for omnibus memo; discussions with XRoads regarding analysis |
| Dirk Aulabaugh | 8/7/06 | 0.7 | Discussions with Milbank regarding Omnibus and Sale memos |
| Dirk Aulabaugh | 8/7/06 | 2.1 | Finalize First Omnibus Motion for lease assumption memo |
| Dirk Aulabaugh | 8/8/06 | 2.8 | Draft Harahan sale memo |
| Dirk Aulabaugh | 8/8/06 | 0.4 | Discussion with XRoads regarding Harahan sale |
| Dirk Aulabaugh | 8/9/06 | 0.8 | Finalize Harahan memo |
| Dirk Aulabaugh | 8/9/06 | 0.7 | Communication with Milbank regarding Harahan memo |
| Dirk Aulabaugh | 8/10/06 | 2.3 | Research and resolve the reasoning behind the removal of four stores from Second Omnibus Motion |
| Dirk Aulabaugh | 8/10/06 | 1.0 | Participated in conference call with the Committee |
| Dirk Aulabaugh | 8/11/06 | 0.4 | Communication with Milbank relating to Harahan overbid and breakup fee |
| Dirk Aulabaugh | 8/17/06 | 2.9 | Review two motions relating to Stores 1059 and 2344 |
| Dirk Aulabaugh | 8/17/06 | 0.2 | Drafted and distributed questions regarding store motions to XRoads |
| Dirk Aulabaugh | 8/17/06 | 0.6 | Review Milbank comments on the order relating to Store 2344 |
| Dirk Aulabaugh | 8/18/06 | 0.4 | Discussions with XRoads relating to Stores 1059 and 2344 |
| Dirk Aulabaugh | 8/18/06 | 1.3 | Analysis of Stores 1059 and 2344 502b claims, etc. |
| Dirk Aulabaugh | 8/18/06 | 1.1 | Initial draft of Stores 1059 and 2344 memos |

EXHIBIT B

**Winn-Dixie Stores, Inc., et al.**

Time Reporting Detail: March 4, 2005 through November 21, 2006

| Professional | Date | Hours | Work Performed |
|---|---|---|---|
| Dirk Aulabaugh | 8/23/06 | 0.7 | Review Store 1409 motion |
| Dirk Aulabaugh | 8/23/06 | 0.6 | Discussed work product and memos related to Stores 1059, 2344 and 1409 with Milbank |
| Dirk Aulabaugh | 8/23/06 | 3.3 | Revise Stores 1059 and 2344 memos |
| Dirk Aulabaugh | 8/28/06 | 0.3 | Communication with XRoads about store auction |
| Dirk Aulabaugh | 8/29/06 | 0.4 | Review auction results |
| Dirk Aulabaugh | 8/30/06 | 0.2 | Communication with Milbank regarding upcoming memos |
| Dirk Aulabaugh | 9/5/06 | 0.4 | Discussion with Milbank about upcoming motions and Store 1409 revised motion |
| Dirk Aulabaugh | 9/5/06 | 1.7 | Research Leesburg outparcel sale |
| Dirk Aulabaugh | 9/5/06 | 1.6 | Draft Leesburg outparcel memo |
| Dirk Aulabaugh | 9/5/06 | 0.8 | Research on Second Omnibus motion memo |
| Dirk Aulabaugh | 9/5/06 | 0.4 | Discuss sale of Leesburg outparcel with XRoads |
| Dirk Aulabaugh | 9/5/06 | 0.6 | Research Store 1409 rejection vs. lease termination issue |
| Dirk Aulabaugh | 9/6/06 | 0.8 | Research Edgewood outparcel sale |
| Dirk Aulabaugh | 9/6/06 | 1.3 | Draft Edgewood memo |
| Dirk Aulabaugh | 9/6/06 | 1.2 | Discuss Edgewood outparcel sale with XRoads |
| Dirk Aulabaugh | 9/7/06 | 2.6 | Draft memo detailing Second Omnibus motion |
| Dirk Aulabaugh | 9/7/06 | 1.0 | Committee conference call |
| Dirk Aulabaugh | 9/8/06 | 1.2 | Finalize Second Omnibus motion memo |
| Dirk Aulabaugh | 9/8/06 | 1.4 | Revised outparcel sales memos |
| Dirk Aulabaugh | 9/11/06 | 2.4 | Quality check, review and finalize outparcel sales memo |
| Dirk Aulabaugh | 9/11/06 | 0.4 | Discussion with Milbank |
| Dirk Aulabaugh | 9/12/06 | 0.4 | Review latest lease rejection motion |
| Dirk Aulabaugh | 9/12/06 | 2.6 | Research 502(b)6 claims on Stores 1403, 1434, 1437 and 1417 |
| Dirk Aulabaugh | 9/13/06 | 2.8 | Draft memo regarding rejection motion for Stores 1403, 1434, 1437 and 1417 |
| Dirk Aulabaugh | 9/14/06 | 0.4 | Revise on rejection motion memo (stores 1403, 1434, 1437 and 1417) for distribution |
| Dirk Aulabaugh | 9/14/06 | 1.0 | Conference call with the Committee |
| Dirk Aulabaugh | 9/14/06 | 0.4 | Research Store 1583 lease issues |
| Dirk Aulabaugh | 9/15/06 | 1.3 | Quality check, review and finalize Rejection memo for distribution |
| Dirk Aulabaugh | 9/19/06 | 1.3 | Research on Montgomery sale |
| Dirk Aulabaugh | 9/19/06 | 2.2 | Draft Montgomery Sale memo |
| Dirk Aulabaugh | 9/20/06 | 0.4 | Finalize and review of Montgomery sale memo for distribution |
| Dirk Aulabaugh | 9/20/06 | 2.6 | Research retroactive lease assignment and termination agreements |
| Dirk Aulabaugh | 9/21/06 | 3.2 | Draft memo regarding retroactive lease assignment |
| Dirk Aulabaugh | 9/21/06 | 1.1 | Discussion with XRoads regarding upcoming motion and retroactive lease assignments |
| Dirk Aulabaugh | 9/22/06 | 0.8 | Review information received from XRoads relative to retroactive lease assignments |
| Dirk Aulabaugh | 9/22/06 | 1.6 | Create retroactive table illustrating agreements |
| Dirk Aulabaugh | 9/22/06 | 1.3 | Finish retroactive assignment draft memo |
| Dirk Aulabaugh | 9/25/06 | 1.1 | Discussion with XRoads relating to particulars on retroactive lease motion |
| Dirk Aulabaugh | 9/25/06 | 0.8 | Call with Milbank regarding retroactive lease memo |
| Dirk Aulabaugh | 9/26/06 | 1.2 | Research Store 893 rejection agreement |
| Dirk Aulabaugh | 10/9/06 | 1.2 | Research on Live Oak sale |
| Dirk Aulabaugh | 10/9/06 | 2.2 | Draft memo on Live Oak |
| Dirk Aulabaugh | 10/10/06 | 1.4 | Review motion relating to lease assumptions in Marathon, Florida |
| Dirk Aulabaugh | 10/10/06 | 0.7 | Review motion relating to Store 1409 |
| Dirk Aulabaugh | 10/10/06 | 1.2 | Research and discuss with XRoads Store 1409 deal |
| Dirk Aulabaugh | 10/11/06 | 3.1 | Work on lease assumption memo relating to Stores 1808, 9224 and 3567 |
| Dirk Aulabaugh | 10/12/06 | 0.6 | Finalize Live Oak memo |
| Dirk Aulabaugh | 10/12/06 | 1.7 | Revisions to Store 1409 memo based on comments received |
| Dirk Aulabaugh | 10/16/06 | 0.4 | Discussion with Milbank regarding Live Oak memo |
| Dirk Aulabaugh | 10/16/06 | 0.9 | Review Live Oak Asset Purchase Agreement |
| Dirk Aulabaugh | 10/16/06 | 1.4 | Revise Live Oak memo and continue research on Store 1409 Motion |
| Dirk Aulabaugh | 10/17/06 | 0.6 | Conference call with XRoads to discuss Marathon, Florida lease assumption |
| Dirk Aulabaugh | 10/17/06 | 1.6 | Finalize Marathon, Florida lease assumption memo |
| Dirk Aulabaugh | 10/19/06 | 1.7 | Discussion on Store 1409 motion with XRoads |
| Dirk Aulabaugh | 10/25/06 | 0.8 | Clarify with XRoads Store 1409 resolution claim |
| Dirk Aulabaugh | 10/26/06 | 0.4 | Discussion with J Milton at Milbank regarding Store 1409 deal |
| Dirk Aulabaugh | 10/26/06 | 1.4 | Finalize Store 1409 memo after change in resolution |
| **Total** | | **590.0** | |

EXHIBIT B

**Winn-Dixie Stores, Inc., et al.**

Time Reporting Detail: March 4, 2005 through November 21, 2006

| Professional | Date | Hours | Work Performed |
|---|---|---|---|
| Robert McEvoy | 5/7/06 | 2.5 | Review company's business plan and 5 year projections presented to the Unsecured Creditors' Committee in November 2005 |
| Robert McEvoy | 5/8/06 | 4.0 | Review company's business plan and 5 year projections presented to the Unsecured Creditors' Committee in November 2005 |
| Robert McEvoy | 5/8/06 | 2.0 | Reviewed joint A&M / HLHZ presentation and analysis of November 2005 Winn-Dixie business plan |
| Robert McEvoy | 5/9/06 | 4.0 | Reviewed historical financial statements and store performance for Winn-Dixie's current store footprint |
| Robert McEvoy | 5/9/06 | 3.0 | Reviewed joint A&M / HLHZ presentation and analysis of November 2005 Winn-Dixie business plan |
| Robert McEvoy | 5/9/06 | 1.0 | Discussed review of May 2006 business plan and case status with A.Hede |
| Robert McEvoy | 5/10/06 | 2.0 | Meeting with Blackstone and HLHZ (May Business Plan) |
| Robert McEvoy | 5/10/06 | 2.0 | Met with M.Gavejian to discuss questions and information requests relative to the business plan |
| Robert McEvoy | 5/10/06 | 2.5 | Review of company's May business plan and 5 year projections.  Preparation of report evaluating business plan |
| Robert McEvoy | 5/10/06 | 1.5 | Prepare request for additional data from Winn-Dixie and Blackstone |
| Robert McEvoy | 5/11/06 | 4.0 | Prepared rough outline of topics to be included in business plan review, including outlining of analyses and additions to previous presentations |
| Robert McEvoy | 5/11/06 | 1.0 | Prepared request for additional data from company |
| Robert McEvoy | 5/12/06 | 5.0 | Reviewed debt schedule, ABL availability and proposed exit financing structure by the Company (included in May business plan) and compared to structure included in previous plan |
| Robert McEvoy | 5/12/06 | 1.0 | Prepared follow up request for additional data from company |
| Robert McEvoy | 5/12/06 | 2.0 | Research supermarket industry trends (review industry reports, trade magazine articles, 10Q/10K documents filed by competitors) |
| Robert McEvoy | 5/15/06 | 5.5 | Reviewed objectives and key metrics of the Debtors' Operating Jump Start program and prepared outlines for slides and analysis based on store data |
| Robert McEvoy | 5/15/06 | 1.0 | Work with internal A&M research personnel to obtain further industry reports/updates |
| Robert McEvoy | 5/15/06 | 1.5 | Internal WD discussion relating to data collection, synthesis and interpretation with M.Gavejian |
| Robert McEvoy | 5/16/06 | 3.0 | Completed detailed review of store by store P&L's from FY 2004 and FY 2005 to understand trending in sales and EBITDA |
| Robert McEvoy | 5/16/06 | 2.0 | Met with M.Gavejian to discuss status of analyses related to the Business Plan |
| Robert McEvoy | 5/16/06 | 3.0 | Review supermarket industry reports |
| Robert McEvoy | 5/16/06 | 1.0 | Met with M.Gavejian to discuss request lists |
| Robert McEvoy | 5/17/06 | 6.0 | Review of company's May business plan, 5 year projections, financial statements and other data |
| Robert McEvoy | 5/17/06 | 3.5 | Work with A&M internal research personnel to obtain industry reports.  Review reports. |
| Robert McEvoy | 5/18/06 | 1.5 | Call with Winn-Dixie management to discuss May 2006 Business Plan |
| Robert McEvoy | 5/18/06 | 1.5 | Follow up discussion with M.Gavejian regarding information received on call with management and impact on data requests and analysis of the business plan |
| Robert McEvoy | 5/18/06 | 1.0 | Review of May business plan based on information received on call with management, review of assumptions to determine in management's comment were accurate |
| Robert McEvoy | 5/18/06 | 3.0 | Review FMI food industry research reports |
| Robert McEvoy | 5/19/06 | 1.0 | Review new data supplied by company in response to data request |
| Robert McEvoy | 5/22/06 | 3.5 | Review market share, working capital and capital expenditures slides and analyses recently updated |
| Robert McEvoy | 5/22/06 | 1.5 | Review of new data provided by company |
| Robert McEvoy | 5/23/06 | 2.5 | Prepared text and commentary slides for P&L section of presentation and prepared a review of revenue growth assumptions included in the financial forecast. |
| Robert McEvoy | 5/23/06 | 1.5 | Meeting with A.Hede and M.Gavejian to discuss status of business plan review presentation and next steps |
| Robert McEvoy | 5/23/06 | 1.0 | Review of WD competitor (Publix, Wal*Mart, Albertson's others) data |
| Robert McEvoy | 5/23/06 | 2.0 | Review of new information provided by company |
| Robert McEvoy | 5/24/06 | 2.0 | Review of WD competitor (Publix, Wal*Mart, Albertson's others) data |
| Robert McEvoy | 5/24/06 | 2.0 | Reviewed revised slides for consistency of message and information |
| Robert McEvoy | 5/24/06 | 1.0 | Call with J.Costi (Blackstone) to discuss Bahamas store information excluded from 5-year financial forecast per the Business Plan |
| Robert McEvoy | 5/24/06 | 1.0 | Prepared templates for analyses of competitor data |
| Robert McEvoy | 5/24/06 | 1.0 | Reviewed and provided commentary on the revised initiatives slides |

**EXHIBIT B**

**Winn-Dixie Stores, Inc., et al.**

Time Reporting Detail: March 4, 2005 through November 21, 2006

| Professional | Date | Hours | Work Performed |
|---|---|---|---|
| Robert McEvoy | 5/25/06 | 3.0 | Review of Winn-Dixie's forecasted balance sheet and cash flow, including cash usage at emergence; comparison to previous plan and recent historical |
| Robert McEvoy | 5/25/06 | 1.0 | Review preliminary list of questions for management interviews |
| Robert McEvoy | 5/25/06 | 2.0 | Participate in Unsecured Creditor's Committee call |
| Robert McEvoy | 5/25/06 | 1.0 | Follow up internal discussion on WD with M.Gavejian |
| Robert McEvoy | 5/26/06 | 5.0 | Reviewed and provided commentary on the latest draft of the presentation to the Committee including analyses prepared and not yet included in the presentation |
| Robert McEvoy | 5/26/06 | 3.0 | Review of WD competitor (Publix, Wal*Mart, Albertson's others) data |
| Robert McEvoy | 5/27/06 | 6.0 | Review of various supermarket industry reports/case studies |
| Robert McEvoy | 5/27/06 | 4.0 | Review of WD competitor (Publix, Wal*Mart, Albertson's others) data |
| Robert McEvoy | 5/28/06 | 6.0 | Summarizing of competitor data and key industry statistical trends analyses based on competitor data and Winn-Dixie's business plan; prepared an outline of usage of this material in presentation to the Committee |
| Robert McEvoy | 5/28/06 | 2.0 | Prepare for meetings with WD management in Jacksonville including review of questions for management |
| Robert McEvoy | 5/28/06 | 0.5 | Review industry and competitor data relative to Winn-Dixie |
| Robert McEvoy | 5/29/06 | 5.0 | Continued outlining of analyses and commentary for presentation to the Committee; writing of slides and commentary |
| Robert McEvoy | 5/29/06 | 3.0 | Prepare for meetings with WD management in Jacksonville including review of previous management interviews and comments on various initiatives |
| Robert McEvoy | 5/30/06 | 6.0 | Review of draft presentation to the Committee regarding Winn-Dixie's May 2006 Business Plan; provided comments; reviewed analyses prepared to date for consistency with storyline |
| Robert McEvoy | 5/30/06 | 2.5 | Internal discussions on WD progress status with Hede and Gavejian. Follow up review of our draft business plan evaluation |
| Robert McEvoy | 5/30/06 | 1.5 | Travel to Jacksonville for meetings with Management (at 50%) |
| Robert McEvoy | 5/31/06 | 1.5 | Travel to New York (at 50%) |
| Robert McEvoy | 5/31/06 | 1.0 | Meeting with D.Henry (Winn-Dixie, Marketing) and H.Etlin (XRoads) to discuss marketing and branding efforts |
| Robert McEvoy | 5/31/06 | 2.0 | Discussions with A.Hede and M.Gavejian regarding status of business plan review, open items and upcoming management interviews |
| Robert McEvoy | 5/31/06 | 1.0 | Meeting with Scott Moore (Winn-Dixie, Customer Service) and J.Young (XRoads) to discuss customer service initiatives and results |
| Robert McEvoy | 5/31/06 | 2.0 | Store tour and Meetings with F.Eckstein (Winn-Dixie, Operations), T.Robbins (Winn-Dixie, Merchandising), L.Appel (Winn-Dixie, General Counsel) and J.Young (XRoads) |
| Robert McEvoy | 5/31/06 | 1.0 | Meeting with P.Pichulo (Winn-Dixie, Real Estate) and S.Karol (XRoads) regarding capital expenditure assumptions and new/remodeled stores |
| Robert McEvoy | 5/31/06 | 1.0 | Reviewed material received from Winn-Dixie management including customer service data and customer survey results |
| Robert McEvoy | 6/1/06 | 3.0 | Review of new customer survey data and other information provided by company management. |
| Robert McEvoy | 6/1/06 | 2.0 | Review of WD competitor (Publix, Wal-Mart, Albertson's others) data. |
| Robert McEvoy | 6/1/06 | 1.0 | Internal discussions on project status. |
| Robert McEvoy | 6/1/06 | 6.0 | Prepared for and Participated in WD management presentation, and Unsecured Creditors' Committee meeting |
| Robert McEvoy | 6/2/06 | 8.0 | Worked to advance our evaluation of WD's May business plan. Review of company financial statements and other data provided by management. Identify additional/pending data requirements for company. |
| Robert McEvoy | 6/2/06 | 4.0 | Review of WD competitor (Publix, Wal-Mart, Albertson's others) data. |
| Robert McEvoy | 6/3/06 | 8.0 | Worked to advance our evaluation of WD's May business plan. Review of company financial statements and other data provided by management. Identify additional/pending data requirements of company. Prepare full draft for Hede to review on Monday. |
| Robert McEvoy | 6/3/06 | 1.5 | Review of notes from management presentation on June 1st. |
| Robert McEvoy | 6/3/06 | 1.5 | Research available market share data for the supermarket sector |
| Robert McEvoy | 6/4/06 | 9.0 | Worked to advance our evaluation of WD's May business plan. Prepared outline of presentation and reviewed and commented on latest draft |
| Robert McEvoy | 6/4/06 | 4.0 | Review competitor data (Publix, Delhaize, Safeway others) compiled by Daniello |
| Robert McEvoy | 6/5/06 | 1.5 | Review of latest due diligence information received |
| Robert McEvoy | 6/5/06 | 5.5 | Provided revised commentary fro business plan presentation |
| Robert McEvoy | 6/5/06 | 3.0 | Review competitor data (Publix, Delhaize, Safeway others) compiled by Daniello. Review analyst reports on supermarket industry. |

**Winn-Dixie Stores, Inc., et al.**

Time Reporting Detail: March 4, 2005 through November 21, 2006

| Professional | Date | Hours | Work Performed |
|---|---|---|---|
| Robert McEvoy | 6/5/06 | 2.0 | Review available supermarket market-share information. |
| Robert McEvoy | 6/6/06 | 8.0 | Prepared commentary on for historical results and forecast future financial performance based on the Business Plan; drafted commentary on regional differences in performance and quarterly performance |
| Robert McEvoy | 6/6/06 | 3.0 | Review analyst reports on supermarket industry. |
| Robert McEvoy | 6/6/06 | 1.0 | Review available supermarket market-share information. |
| Robert McEvoy | 6/7/06 | 7.0 | Prepared assumptions for and commentary on sensitivities to the Company's business plan |
| Robert McEvoy | 6/7/06 | 3.0 | Revised commentary on capital expenditures and working capital sections of presentation |
| Robert McEvoy | 6/7/06 | 1.0 | Review available supermarket market-share information. |
| Robert McEvoy | 6/8/06 | 1.0 | Conference call with the Committee |
| Robert McEvoy | 6/8/06 | 4.0 | Prepared draft timeline of key events in recent history for Winn-Dixie |
| Robert McEvoy | 6/8/06 | 3.0 | Drafted commentary relative to steady-state operations of the Company |
| Robert McEvoy | 6/8/06 | 1.0 | Review available supermarket market-share information. |
| Robert McEvoy | 6/8/06 | 2.0 | Review competitor data (Publix, Delhaize, Safeway others) compiled by Daniello.  Review analyst reports on supermarket industry. |
| Robert McEvoy | 6/9/06 | 9.0 | Reviewed latest draft of presentation for organization and structure, reviewed presentation made by the Debtors for accuracy of information, provided comments to M.Gavejian |
| Robert McEvoy | 6/9/06 | 1.0 | Review available supermarket market-share information.  Work with Daniello to purchase market share data from Tradescope. |
| Robert McEvoy | 6/9/06 | 2.0 | Review analyst and industry reports on supermarket sector. |
| Robert McEvoy | 6/10/06 | 4.0 | Review competitor and industry information.  Communications with FedEx to track shipment of market share data. |
| Robert McEvoy | 6/11/06 | 4.0 | Prepared and outlined analyses of competitive situation regarding Winn-Dixie |
| Robert McEvoy | 6/11/06 | 5.5 | Provided outline of commentary on competitive situation and reviewed Winn-Dixie's competitive rebuttal program |
| Robert McEvoy | 6/11/06 | 2.5 | Review information on consumer food spending in the New Orleans area (government data, donor data etc.) |
| Robert McEvoy | 6/12/06 | 1.5 | Prepared revised commentary for the presentation and provided comments to M.Gavejian |
| Robert McEvoy | 6/12/06 | 5.0 | Review of latest draft of presentation, including updated analyses and recently updated commentary |
| Robert McEvoy | 6/12/06 | 2.5 | Review of working capital analysis and considerations given the assumptions |
| Robert McEvoy | 6/12/06 | 3.0 | Review Tradescope market share data compiled by Daniello. |
| Robert McEvoy | 6/12/06 | 2.0 | Review information on consumer food spending in the New Orleans area (government data, donor data etc.) |
| Robert McEvoy | 6/13/06 | 3.0 | Review of New Orleans market share data |
| Robert McEvoy | 6/13/06 | 5.0 | Review of DMAs with significantly negative market share changes in 2005; analysis of causes and steps to be taken to remedy loss |
| Robert McEvoy | 6/13/06 | 1.0 | Review information on consumer food spending in the New Orleans area (government data, donor data etc.) |
| Robert McEvoy | 6/13/06 | 4.0 | Review Tradescope market share data compiled by C.Daniello |
| Robert McEvoy | 6/14/06 | 6.5 | Individual quality check and review of presentation, principally to ensure that message points are consistent, but also text and commentary |
| Robert McEvoy | 6/14/06 | 2.5 | Review information on consumer food spending in the New Orleans area (government data, donor data etc.) |
| Robert McEvoy | 6/14/06 | 4.0 | Review Tradescope market share data compiled by C.Daniello |
| Robert McEvoy | 6/14/06 | 0.5 | Review supermarket industry and analyst reports. |
| Robert McEvoy | 6/15/06 | 3.0 | Working group review, spelling check etc. of our evaluation of the May business plan with Hede, Gavejian and Daniello |
| Robert McEvoy | 6/19/06 | 5.5 | Review and comment on evaluation of company business plan.  Review product category and regional performance data.  Review of presentation formatting, grammar etc.  Organize Winn-Dixie files. |
| Robert McEvoy | 6/20/06 | 1.0 | Review and comment on evaluation of company business plan.  Review product category and regional performance data.  Review of presentation formatting, grammar etc.  Organize Winn-Dixie files. |
| Robert McEvoy | 6/21/06 | 4.0 | Additional review and final comments on latest draft of business plan including verbiage changes and requests for support of data |
| | | **328.0** | |
| Maxim Frangulov | 7/19/05 | 8.6 | Participated in auction of pharmacy scripts and inventory; tabulated results of pharmacy auction |

EXHIBIT B

**Winn-Dixie Stores, Inc., et al.**

Time Reporting Detail: March 4, 2005 through November 21, 2006

| Professional | Date | Hours | Work Performed |
|---|---|---|---|
| | | 8.6 | |
| | | | |
| Gregory Ford | 3/7/05 | 5.0 | Received List of Rejected Stores; Reviewed and analyzed lists |
| Gregory Ford | 3/8/05 | 2.0 | Reviewed, sorted and analyzed List of rejected Stores |
| Gregory Ford | 3/10/05 | 2.0 | Conference call; discussed results of rejected stores |
| Gregory Ford | 3/17/05 | 1.5 | Conference Call - Milbank, Deutsche Bank, New Plan, Frito-Lay, Pepsi, Oaktree |
| Gregory Ford | 3/22/05 | 1.0 | Conference Call - Paul Novak, Sheon Karol, Mike Chebobit, B. McGuire |
| Gregory Ford | 3/24/05 | 1.0 | Conference Call - Creditors Committee Call |
| Gregory Ford | 3/28/05 | 1.0 | Conference Call - Milbank, Deutsche Bank, New Plan, Frito-Lay, Pepsi, Oaktree |
| Gregory Ford | 3/29/05 | 3.0 | Review/analysis of new model |
| Gregory Ford | 3/30/05 | 1.0 | Review/analysis of new model |
| Gregory Ford | 3/31/05 | 0.5 | Review/analysis of new model |
| Gregory Ford | 4/5/05 | 1.0 | Review/analysis of new model - 2nd round of rejections |
| Gregory Ford | 4/6/05 | 1.0 | Review/analysis of new model - 2nd round of rejections |
| Gregory Ford | 4/7/05 | 1.0 | Review/analysis of new model - 2nd round of rejections |
| Gregory Ford | 5/3/05 | 1.0 | Conference call with B. McGuire, M. Chlebovec (WD), B. Gaston & S. Karol (XRoads) to discuss 24 store rejection list |
| Gregory Ford | 5/4/05 | 1.2 | Analyzed 24 store rejection list |
| Gregory Ford | 5/5/05 | 1.5 | Analyzed Master List with comparison to 24 store rejection list |
| Gregory Ford | 5/6/05 | 2.5 | Analyzed Master List with comparison to 24 store rejection list |
| Gregory Ford | 5/9/05 | 0.5 | Analyzed Master List with comparison to 24 store rejection list |
| Gregory Ford | 5/10/05 | 1.5 | Analyzed Master List with comparison to 24 store rejection list |
| Gregory Ford | 5/12/05 | 1.0 | Conference Call - landlord discussions |
| Gregory Ford | 5/13/05 | 1.5 | Analyzed list of negative EBITDA Store list |
| Gregory Ford | 5/16/05 | 3.0 | Analyzed list of negative EBITDA Store list |
| Gregory Ford | 5/18/05 | 1.0 | Analyzed list of negative EBITDA Store list |
| Gregory Ford | 6/20/05 | 1.0 | Reviewed Termination agreements for 3 TN SunTrust Subleases. |
| Gregory Ford | 6/21/05 | 1.0 | Reviewed Termination agreements for 3 TN SunTrust Subleases. |
| Gregory Ford | 6/22/05 | 1.0 | Reviewed Termination agreements for 3 TN SunTrust Subleases. |
| Gregory Ford | 6/23/05 | 1.0 | Review of Termination of Contracts |
| Gregory Ford | 6/24/05 | 1.0 | Review of Termination of Contracts & Conference Call |
| Gregory Ford | 6/27/05 | 1.5 | Review of third round of Lease Rejections |
| Gregory Ford | 6/28/05 | 1.5 | Conference Call to discuss third round Lease Rejections (SunTrust, Buehlers, Contracts) |
| Gregory Ford | 7/4/05 | 1.0 | Reviewing 3rd round lease rejections spreadsheet |
| Gregory Ford | 7/5/05 | 1.0 | Reviewing 3rd round lease rejections spreadsheet |
| Gregory Ford | 8/4/05 | 1.0 | Discussion of the 4th Round of Lease Rejections. |
| Gregory Ford | 8/15/05 | 1.0 | Final discussion of the 4th Round of Lease Rejections. |
| Gregory Ford | 9/6/05 | 0.5 | Conference Call - 4th Round of Lease Rejections. |
| Gregory Ford | 9/8/05 | 1.0 | Conference Call - Hurricane damaged stores |
| Gregory Ford | 9/19/05 | 2.5 | Review of material for the 6th round of lease rejections |
| Gregory Ford | 9/20/05 | 1.0 | Review & analysis of material for the 6th round of lease rejections |
| Gregory Ford | 9/21/05 | 1.0 | Analysis and drafting of the 6th Round of Lease Rejections Memo |
| Gregory Ford | 9/22/05 | 1.0 | Review, and final editing of the 6th Round of Lease Rejections Memo |
| Gregory Ford | 9/26/05 | 1.0 | Review, and final editing of the 6th Round of Lease Rejections Memo - Milbank's comments |
| Gregory Ford | 9/27/05 | 0.5 | Review, and final editing of the 6th Round of Lease Rejections Memo - Milbank's comments |
| Gregory Ford | 9/28/05 | 0.5 | Review, and final editing of the 6th Round of Lease Rejections Memo - Milbank's comments |
| Gregory Ford | 10/11/05 | 2.0 | Conference call and drafting of Commonwealth Lease Rejection Memo |
| Gregory Ford | 10/18/05 | 1.0 | Review and editing of Commonwealth Lease Rejection Memo |
| Gregory Ford | 10/19/05 | 1.0 | Review and editing of Commonwealth Lease Rejection Memo |
| Gregory Ford | 11/2/05 | 1.0 | Review and editing of Commonwealth Lease Rejection Memo |
| Gregory Ford | 11/8/05 | 2.0 | Review & prepare Store #1297 Lease Rejections Memo |
| Gregory Ford | 11/9/05 | 2.0 | Review & prepare Store #1297 Lease Rejections Memo |
| Gregory Ford | 11/11/05 | 1.0 | Review, and final editing of the 7th Round of Lease Rejections Memo |
| Gregory Ford | 11/14/05 | 1.0 | Review, and final editing of the 7th Round of Lease Rejections Memo |
| Gregory Ford | 11/15/05 | 1.0 | Review, and final editing of the 7th Round of Lease Rejections Memo |
| Gregory Ford | 11/18/05 | 1.0 | Review, and final editing of the 7th Round of Lease Rejections Memo |
| Gregory Ford | 11/21/05 | 1.0 | Review, and final editing of the 7th Round of Lease Rejections Memo |
| Gregory Ford | 11/22/05 | 1.0 | Review, and final editing of the 7th Round of Lease Rejections Memo |
| | | 71.7 | |

**EXHIBIT B**

**Winn-Dixie Stores, Inc., et al.**

Time Reporting Detail: March 4, 2005 through November 21, 2006

| Professional | Date | Hours | Work Performed |
|---|---|---|---|
| Erin Scanlan | 8/24/05 | 7.0 | Review summary of Winn-Dixie work product and discuss with M. Gavejian for transition purposes; Review GOB store inventory liquidation memo |
| Erin Scanlan | 8/25/05 | 6.0 | Unsecured Creditors Committee Call; review updated weekly report and other various work product; discussions with M. Gavejian for transition purposes |
| Erin Scanlan | 8/26/05 | 3.5 | Review of FY 2006 store-by-store budgets from XRoads; prepare analysis of store-by-store information for FY 2006 Budget vs. FY2005 actual results; review GOB results; Call with R. Damore regarding GOB process update |
| Erin Scanlan | 8/29/05 | 3.5 | Continue to review and prepare analysis on FY06 store budget; various internal discussions regarding the FY06 store budget |
| Erin Scanlan | 8/30/05 | 4.0 | Prepare additional information request for company regarding FY06 store budget; Prepare memo regarding FY06 store budget |
| Erin Scanlan | 8/31/05 | 3.0 | Prepare memo regarding FY06 store budget |
| Erin Scanlan | 9/1/05 | 4.2 | Review lease rejection information; prepare memo and analyses on FY06 Budget |
| Erin Scanlan | 9/2/05 | 0.5 | Call with R. Damore regarding GOB sales process update; review GOB update information from Company |
| Erin Scanlan | 9/6/05 | 7.5 | Update memo on FY06 Budget; Prepare questions for Management and XRoads regarding the FY06 Store Budget; discussions with E. Lane (XRoads) regarding the lease and executory contract rejection motion; Prepare summary of GOB sales |
| Erin Scanlan | 9/7/05 | 3.0 | Finalize summary of GOB sales; prepare analysis on stores impacted by Hurricane; Prepare memo on rejection motion and send to Committee |
| Erin Scanlan | 9/8/05 | 1.0 | Unsecured Creditor Committee conference call; update FY06 store budget memo |
| Erin Scanlan | 9/12/05 | 0.8 | Update FY06 store budget memo |
| Erin Scanlan | 9/15/05 | 7.0 | Review Company's Presentation to UCC; precall with the UCC; conference call with the Company and UCC; Call with A. Stevenson to discuss FY06 store budget; Update budget memo; prepare additional analysis on FY05 actual v. FY06 budget |
| Erin Scanlan | 9/16/05 | 2.5 | Finalize FY06 store budget memo; prepare monthly fee statement; review Period 1 actual information |
| Erin Scanlan | 9/19/05 | 4.5 | Update memo on FY06 Budget for A. Hede's changes; finalize September invoice; review Period 1 financials |
| Erin Scanlan | 9/20/05 | 6.0 | Review Period 1 2005 store financial summary and extract current domestic footprint information; prepare Period 1 financial analyses |
| Erin Scanlan | 9/21/05 | 6.0 | Finalize and send FY06 store budget memo to Milbank; prepare Period 1 financial analyses and summary memo for UCC |
| Erin Scanlan | 9/22/05 | 2.0 | Prepare Period 1 financial analysis |
| Erin Scanlan | 9/26/05 | 1.0 | Updated memo and reviewed Hede's comments. |
| Erin Scanlan | 9/27/05 | 0.5 | Review litigation claims information from WD. |
| Erin Scanlan | 9/28/05 | 1.0 | Call with J. Castle of WD regarding litigation claims |
| Erin Scanlan | 9/29/05 | 5.5 | Unsecured Creditor Committee conference call; review Period 1 data and prepare follow up questions for Company; update summary with corrected Period 1 information from Company. |
| Erin Scanlan | 9/30/05 | 3.0 | Call with Alex; update for memo and analyses for corrected Period 1 data |
| Erin Scanlan | 10/3/05 | 5.0 | Update financial results memo, review Period 1 financials and compare to FY 2005 results |
| Erin Scanlan | 10/4/05 | 3.8 | Update Period 1 data; prepare Period 1 financial results memo |
| Erin Scanlan | 10/5/05 | 3.0 | Review Bahamas DMA Budget and related memo; Update Period 1 financial results memo |
| Erin Scanlan | 10/6/05 | 1.6 | Finalize and send out financial summary memo |
| Erin Scanlan | 10/7/05 | 2.1 | Update information for Bahamas and create YTD data for financial summary memo |
| Erin Scanlan | 10/9/05 | 1.9 | Update information for Bahamas and create YTD data for financial summary memo |
| Erin Scanlan | 10/10/05 | 4.5 | Prepare Period 2 financial analysis; Update Period 2 memo |
| Erin Scanlan | 10/11/05 | 5.5 | Update Period 2 memo; Prepare questions for Debtors |
| Erin Scanlan | 10/13/05 | 1.3 | Call with A.Shah (XRoads); Prepare and send information to A.Shah (XRoads) |
| Erin Scanlan | 10/15/05 | 0.8 | Update Period 2 memo based on XRoad's comments regarding Period 2 data / results |
| Erin Scanlan | 10/17/05 | 1.9 | Emails and call with A.Shah (XRoads); Update Period 2 memo |
| Erin Scanlan | 10/18/05 | 0.5 | Update Period 2 memo |
| Erin Scanlan | 10/19/05 | 0.8 | Various calls regarding Period 2 memo; Finalize memo |
| Erin Scanlan | 10/20/05 | 0.5 | Various calls and emails with M.Gavejian regarding inventory liquidation sale update |
| Erin Scanlan | 10/27/05 | 3.2 | Conference call and review Period 3 store financials |
| Erin Scanlan | 10/28/05 | 4.1 | Prepare Period 3 financial analysis; Update Period 3 memo |
| Erin Scanlan | 10/30/05 | 1.0 | Prepare and send questions to XRoads regarding Period 3 store data |
| Erin Scanlan | 11/1/05 | 3.8 | Review and reformatting of store-by-store financial data Period 3 2005 |

**Winn-Dixie Stores, Inc., et al.**

Time Reporting Detail: March 4, 2005 through November 21, 2006

| Professional | Date | Hours | Work Performed |
|---|---|---|---|
| Erin Scanlan | 11/2/05 | 6.8 | Analysis of store financial data and draft preparation of Store Results Memo for Period 3 2005 |
| Erin Scanlan | 11/3/05 | 5.1 | Revision and refining of Store Results Memo for Period 3 2005, discussion with XRoads regarding questions on Period 3 2005 performance |
| Erin Scanlan | 11/4/05 | 1.0 | Finalize and distribute Store Results memo for Period 3 2005 |
| Erin Scanlan | 12/6/05 | 4.0 | Initial preparation of Liquidation analysis under various scenarios; review of borrowing base certificates; discussed analysis with M.Kopacz |
| Erin Scanlan | 12/7/05 | 3.0 | Discussed retirement plans and store liquidations with M.Gavejian; revision Liquidation analysis; discussed analysis with M.Kopacz |
| Erin Scanlan | 12/8/05 | 6.0 | Continued revision of Liquidation analysis based on store results and information received relative to recent borrowing base certificates; discussed analysis with M.Kopacz |
| Erin Scanlan | 12/9/05 | 3.0 | Finalized liquidation analysis for presentation and discussed with M.Gavejian; discussed analysis with M.Kopacz |
| | | **157.1** | |
| Matthew Gavejian | 4/12/05 | 4.0 | Review, analysis and modification of master store list; Analyzed list for closed and open store performance |
| Matthew Gavejian | 4/13/05 | 2.5 | Travel hours @ 50% |
| Matthew Gavejian | 4/14/05 | 6.0 | Participated in meetings: A Stevenson (XRoads) and Houlihan; Bain and Xroads; Unsecured Creditor Committee call |
| Matthew Gavejian | 4/15/05 | 4.0 | Participated in meeting: Xroads and Debtors (Discussion of stores, DMAs); 1.5 hours travel @ 50% |
| Matthew Gavejian | 4/20/05 | 2.5 | Review of Debtor's SOFAs and Schedules; preparation of cash holdings schedule |
| Matthew Gavejian | 4/25/05 | 1.0 | Review, edit Food Lion sale memo |
| Matthew Gavejian | 5/2/05 | 2.5 | Review AFCO Insurance motion; phone call with R. Damore (Xroads) |
| Matthew Gavejian | 5/3/05 | 2.5 | Prepare comparison of 2004 vs. 2005 insurance premium financings; review reclamation analysis |
| Matthew Gavejian | 5/4/05 | 1.0 | Draft memo to L. Mandel (Milbank) regarding AFCO insurance premium financing |
| Matthew Gavejian | 5/10/05 | 1.5 | Review bonding requirements; Participate in conference call regarding bonding with Skadden, Debtors, Milbank |
| Matthew Gavejian | 5/11/05 | 2.0 | Research Wal-Mart/Winn-Dixie for analysis of Wal-Mart competitive advantages |
| Matthew Gavejian | 5/12/05 | 2.0 | Unsecured Creditor Committee call; initial review of proposed KERP/Severance plan |
| Matthew Gavejian | 5/13/05 | 2.0 | Draft of e-mail regarding Wal-Mart competitive advantages; review of executory contracts to be rejected |
| Matthew Gavejian | 5/16/05 | 1.5 | Phone call with C. Boucher (Xroads) regarding motion for rejected contracts; prepare listing of rejected contracts |
| Matthew Gavejian | 5/17/05 | 3.0 | Revision of listing of rejected contracts, based on review of information received from C. Boucher |
| Matthew Gavejian | 5/18/05 | 4.0 | Update of master store list for revised footprint; update of analysis for closed and open stores; review of list of negative performance stores to remain open |
| Matthew Gavejian | 5/19/05 | 5.0 | Review of final motion for rejected contracts; initial preparation of database of proposed KERP/Severance plan; Unsecured Creditor Committee call |
| Matthew Gavejian | 5/20/05 | 3.0 | Prepare a database of payments in the 90-day period prior to filing; phone call with J. Van der Hooven (Xroads); prepare analysis of payments made 7 days before filing |
| Matthew Gavejian | 5/23/05 | 8.0 | Revision of listing of rejected contracts (update store numbers for rejecting parties), revised database of KERP/Severance plan data; prepare schedules/analyses to be used for presentation |
| Matthew Gavejian | 5/24/05 | 9.5 | Review of annual run-rate and potential damage data for May 13 rejected contracts; draft e-mail regarding executory contracts to be rejected to Milbank; initial draft of presentation on proposed KERP/Severance plan |
| Matthew Gavejian | 5/25/05 | 6.5 | Participated in call with Milbank and Houlihan regarding substantive consolidation; revisions and final review of KERP/Severance presentation |
| Matthew Gavejian | 5/26/05 | 2.0 | Unsecured Creditor Committee call; discussion of KERP details |
| Matthew Gavejian | 5/30/05 | 2.5 | Review May 27 motion for rejected contracts; e-mails with C. Boucher (Xroads) |
| Matthew Gavejian | 5/31/05 | 1.5 | Review of Debtor's Business Plan |
| Matthew Gavejian | 6/1/05 | 1.0 | Review of preliminary Winn-Dixie business plan |
| Matthew Gavejian | 6/2/05 | 2.0 | Committee call |
| Matthew Gavejian | 6/3/05 | 1.0 | Analysis of KERP data |
| Matthew Gavejian | 6/6/05 | 2.0 | Compiling of KERP information for industry comparison to proposed Winn-Dixie KERP |
| Matthew Gavejian | 6/7/05 | 2.0 | Review of proposed KERP; summary of comparable KERPs |

**EXHIBIT B**

**Winn-Dixie Stores, Inc., et al.**

Time Reporting Detail: March 4, 2005 through November 21, 2006

| Professional | Date | Hours | Work Performed |
|---|---|---|---|
| Matthew Gavejian | 6/7/05 | 2.5 | Travel time to Jacksonville at 50% |
| Matthew Gavejian | 6/8/05 | 9.0 | Meetings with Committee members and other committee professionals, meeting with Debtors, Debtors' professionals; KERP negotiations with Debtors, Debtor's professionals |
| Matthew Gavejian | 6/9/05 | 5.0 | Analysis and summary of negotiated KERP - comparison to previous KERP; Committee call; Meeting with XRoads to discuss business plan; Meeting with T.Robbins to discuss store operations |
| Matthew Gavejian | 6/9/05 | 2.0 | Travel time at 50% |
| Matthew Gavejian | 6/10/05 | 5.5 | Compiling financial information from financial statements for Period 7 through Period 11; analysis of financials for format, consistency of information and changes based on adjustments |
| Matthew Gavejian | 6/12/05 | 1.5 | Continued analysis of financials; summary of financials |
| Matthew Gavejian | 6/13/05 | 4.5 | Initial preparation of memo detailing Period-end financials for Period 7 through 11; modified analyses of financials |
| Matthew Gavejian | 6/14/05 | 5.0 | Review, revision and finalization of financials memo; conference call with HLHZ, Debtors, XRoads to discuss shrink |
| Matthew Gavejian | 6/15/05 | 6.0 | Prepared write-up of shrink conference call; prepared memo and e-mail on rejection of executory contract (Tampa Bay Buccaneers sponsorship) |
| Matthew Gavejian | 6/16/05 | 5.5 | Preparation for Committee call; Committee call; initial review of store financial data for analysis |
| Matthew Gavejian | 6/17/05 | 5.0 | Discussed negative EBITDA stores;  Conference call with XRoads, HLHZ regarding capital expenditures; Conference call with Milbank, HLHZ regarding reclamation; Committee Call |
| Matthew Gavejian | 6/20/05 | 8.0 | Performance analysis for negative EBITDA stores to be retained in the footprint rationalization; reconciliation of project team's hours (0.5 hours) |
| Matthew Gavejian | 6/21/05 | 8.0 | Review of Winn-Dixie bankruptcy billing procedures; review of team time descriptions (1.75 hours); further analysis of negative EBITDA stores to be retained; preparation of memo on the same; meeting with A. Hede regarding Debtors' revised footprint |
| Matthew Gavejian | 6/22/05 | 5.5 | Review, drafting and revision of negative EBITDA store memo; revision of analyses and review / quality check of data |
| Matthew Gavejian | 6/23/05 | 6.5 | Review of store closure list and reconciliation of footprint; prepared summary of performance of newly "closed" stores; preparation for Committee call; Committee call; review, reformatting and analysis of Period 8 financials |
| Matthew Gavejian | 6/24/05 | 6.0 | Billing and reconciliation of hours; preparation of billing documents; review of initial second round insurance premium financing; call with M.Kopacz regarding billing |
| Matthew Gavejian | 6/27/05 | 8.0 | Finalized first billing; review, formatting and analysis of Period 7 through Period 11 store financial data |
| Matthew Gavejian | 6/28/05 | 7.0 | Review of worker's compensation data from Debtors; Meeting: A Hede (AFCO); preparation of various stratification analyses for Winn-Dixie stores |
| Matthew Gavejian | 6/29/05 | 6.5 | Meeting: A Hede (AFCO); call with XRoads to discuss premium financing and letter of credit requirements for workers compensation coverage; preparation of schedule detailing insurance coverage, premiums and collateral requirements for 2005 and 2006; follow up discussions with XRoads and debtor regarding insurance |
| Matthew Gavejian | 6/30/05 | 8.0 | Call: A Hede (AFCO); Preparation of material for call; Committee call; continued analysis of store performance with preparation of schedules and initial memo |
| Matthew Gavejian | 7/1/05 | 1.0 | Review of negative EBITDA store list; comparison to original footprint information |
| Matthew Gavejian | 7/5/05 | 6.5 | Review of Period 12 supplemental reporting package; preparation of deliverable for Committee summarizing and analyzing Period 12 results |
| Matthew Gavejian | 7/6/05 | 5.5 | Reported requested first interim fee application information to Skadden; phone call with P.Chidyllo regarding letters of credit; review of sample fee application provided by Skadden; review of Period 12 financial information to understand discontinued operations |
| Matthew Gavejian | 7/7/05 | 5.0 | Review of Period 12 financial memo to the Committee; revisions based on comments from A.Hede and M.Kopacz; distribution of memo to Milbank; |
| Matthew Gavejian | 7/8/05 | 4.5 | Email C.Boucher (XRoads) regarding schedule of letters of credit; review of lease, organization chart, bank account and entity information received from XRoads in connection with substantive consolidation analysis; review of terms of pass-through certificates |
| Matthew Gavejian | 7/11/05 | 8.0 | Substantive consolidation meeting (with XRoads, HLHZ, Milbank, Skadden); review of approved billing procedures for interim fee statements; review of substantive consolidation memos prior to meeting; review of A&M billing data for June 2005 |

**EXHIBIT B**

**Winn-Dixie Stores, Inc., et al.**

Time Reporting Detail: March 4, 2005 through November 21, 2006

| Professional | Date | Hours | Work Performed |
|---|---|---|---|
| Matthew Gavejian | 7/12/05 | 9.0 | initial drafting of A&M's first interim fee application; emails: A.Stevenson (XRoads) regarding store budgets and confirmation of reorganized footprint stores; complied list of Substantive Consolidation information requests based on prior day's meetings; review of workers' compensation motion and order; review of comments on substantive consolidation information requests from R.Rosenberg (Milbank) |
| Matthew Gavejian | 7/13/05 | 8.5 | Initial review of June 2005 billing documents; review of first interim fee application filing requirements; revision of first interim fee application based on sample application received from Milbank; discussion of fee application with M.Comerford (Milbank); review of A&M's expenses for first interim fee application period |
| Matthew Gavejian | 7/14/05 | 8.0 | Final revisions to fee application; distribution to M.Comerford (Milbank); review of the Committee chair's letter to the Board of Directors of Winn-Dixie; Creditor Committee call; revision and distribution of final list of substantive consolidation information requests; review of requested revisions to fee application; discussion of fee application with M.Comerford (Milbank); review of fee application e-mails from Skadden |
| Matthew Gavejian | 7/15/05 | 4.5 | Review of purchase agreements for pharmacies; Call with R.Damore (XRoads); Email C.Boucher (XRoads) regarding letters of credit; review of A&M team members time descriptions |
| Matthew Gavejian | 7/21/05 | 2.5 | Unsecured Creditor Committee call; Emails: A.Stevenson (XRoads) regarding store budgets and retained stores; preparation of June 2005 billing |
| Matthew Gavejian | 7/25/05 | 3.5 | Finalized June 2005 billing; distributed billing to all billing parties; prepared billing summary; review of in-person meeting agenda distributed by Milbank; review of A&M files/information regarding items from the agenda |
| Matthew Gavejian | 7/26/05 | 1.0 | Phone call to C.Boucher (XRoads) to discuss workers' compensation motion, email to W.McGuire regarding lease rejections |
| Matthew Gavejian | 7/27/05 | 0.5 | Participated in dial-in second pharmacy auction |
| Matthew Gavejian | 7/28/05 | 2.5 | Initial review of contracts to be rejected in July 29 motion; emails to C.Boucher (XRoads) regarding the same; review of schedule detailing pre-petition payments |
| Matthew Gavejian | 8/1/05 | 1.5 | Call to discuss Winn-Dixie equipment liquidation agency agreements; e-mails to W.McGuire and P.Chidyllo (HLHZ) regarding lease rejections; review comments from Milbank regarding equipment liquidation agency agreements; research on healthcare payment consultant solicitation |
| Matthew Gavejian | 8/2/05 | 4.0 | Meeting with UCC and Debtors; review of draft proposal of new fee application language distributed by Skadden |
| Matthew Gavejian | 8/3/05 | 4.5 | Phone call with M.Comerford (Milbank) regarding fee application hearing; e-mails regarding the same; revised first interim fee application order per directions from Skadden; reviewed further changes to fee application order distributed by Skadden; preparation of schedule of expense detail at the request of the U.S. Trustee |
| Matthew Gavejian | 8/4/05 | 1.5 | Distributed expense detail to U.S. Trustee; review of Debtors Period 13 compliance certificate and unaudited financials; review of additional language changes to fee application order distributed by Skadden; e-mail M.Salem (XRoads) regarding weekly sales reports |
| Matthew Gavejian | 8/5/05 | 3.5 | Review of updated Winn-Dixie corporate structure chart provided by Milbank; review of individual store-level Period 13 financials from XRoads; review of rejected executory contracts information (remaining term, potential damages, contract description); initial review of AMEX purchasing card program proposal |
| Matthew Gavejian | 8/8/05 | 4.5 | E-mails with A.Stevenson (XRoads) regarding Period 13 supplemental reporting package; discussed AMEX purchasing card program with A.Stevenson (XRoads); prepared descriptive e-mail to L.Mandel (Milbank) regarding the same |
| Matthew Gavejian | 8/9/05 | 6.0 | Discussed rejected executory contracts with E.Lane (XRoads); additional discussion of AMEX purchasing card program with A.Stevenson; preparation of memo to the Committee summarizing the rejected contracts and details of potential damages |
| Matthew Gavejian | 8/10/05 | 5.5 | Review of liquidity analysis relative to the AMEX purchasing card program from A.Stevenson (XRoads), phone call to discuss liquidity analysis and current situation on AMEX program with A.Stevenson (XRoads); call with Milbank and XRoads to discuss AMEX purchasing card program; preparation of July A&M invoice |
| Matthew Gavejian | 8/11/05 | 4.5 | UCC Call; review of AMEX purchasing card program from other bankruptcy cases (i.e. Interstate Bakeries Corp.); discussed other instances of purchasing card programs through AMEX with A&M personnel; discussed other examples of purchasing card programs with A.Stevenson (XRoads) |

**Winn-Dixie Stores, Inc., et al.**

Time Reporting Detail: March 4, 2005 through November 21, 2006

| Professional | Date | Hours | Work Performed |
|---|---|---|---|
| Matthew Gavejian | 8/12/05 | 4.5 | Discussion with XRoads regarding selection of liquidating agent; review of expected proceeds from sale of distribution center equipment; preparation of comprehensive open items list including substantive consolidation requests; review of current status of information requests |
| Matthew Gavejian | 8/15/05 | 5.5 | Review of black lined proposed agency agreement for distribution center liquidation agent; review of preliminary Project Jumpstart results; review of Letter of Credit schedule from XRoads; review and preparation of summary of A&M team members for July invoice; discussed liquidation agent agreements with M.Kopacz; provided comments to J.MacInnis (Milbank) regarding the same) |
| Matthew Gavejian | 8/16/05 | 6.0 | E-mail to A.Stevenson regarding updates to GOB sales; provided comments to King & Spalding regarding reporting provisions in the agency agreements; review of certain scan-based trading agreements and distribution of the same to Milbank; review of motion to retain liquidating agent |
| Matthew Gavejian | 8/17/05 | 6.0 | Review of GOB Store inventory liquidation reports from the Agent to the Debtors; coordinating with M.Kopacz regarding liquidating agents motions |
| Matthew Gavejian | 8/18/05 | 6.5 | UCC Call; review of lien investigation documents provided by Akerman; coordinating discussion of GOB store inventory liquidation with R.Damore (XRoads); preparation of summary of data for memo on GOB store inventory liquidation |
| Matthew Gavejian | 8/19/05 | 6.0 | Review of revised organization chart from XRoads; review of updated GOB store inventory liquidation flash reports through August 17th; discussion of reports, process and next steps of inventory liquidation with R.Damore (XRoads); discussion of Astor and Fitzgerald liquidation agency documents with M.Kopacz; provided comments to Milbank regarding the same |
| Matthew Gavejian | 8/22/05 | 6.5 | Preparation of invoice for July and August; review and clean-up of A&M team member time entries; drafting of invoice language; discussion of updated Astor and Fitzgerald liquidation agency agreements with J.MacInnis (Milbank); further discussions of GOB store liquidations with R.Damore (XRoads) |
| Matthew Gavejian | 8/23/05 | 6.5 | Preparation of memo and schedules detailing GOB store liquidation process and recovery rates; distribution of July/August invoice; e-mail M.Comerford (Milbank) regarding timing of second interim fee application |
| Matthew Gavejian | 8/24/05 | 6.0 | Discussion of GOB store inventory liquidation memo with team members; distribution of the same; prepared summary of Winn-Dixie work product; discuss aspects of Winn-Dixie work product with E.Scanlan (A&M) for purposes of transitioning work |
| Matthew Gavejian | 8/25/05 | 6.5 | UCC Call; preparation for call and discussion of GOB Store inventory liquidation; prepared reconciliation of A&M billings to be sent to Debtors and XRoads; e-mails regarding upcoming contract rejections and work transition; review of updated weekly reports on the GOB store inventory liquidation from R.Damore (XRoads) |
| Matthew Gavejian | 8/26/05 | 6.5 | Review of FY 2006 store-by-store budgets from XRoads; e-mail to L.Mandel (Milbank) regarding current status of AMEX purchasing card program; analysis and reformatting of 2006 budget data to analyze sales, margins, shrink and EBITDA on a store-by-store and consolidated basis; discussion of updated GOB store inventory liquidation results with R.Damore (XRoads) |
| Matthew Gavejian | 8/29/05 | 3.0 | Discussion of store analyses with E.Scanlan; preparation of updated memo on GOB store inventory liquidation based on discussions with R.Damore (XRoads); discussion of substantive consolidation status with A.Hede; |
| Matthew Gavejian | 8/30/05 | 4.5 | Distribution of updated memo on GOB store inventory liquidations; preparation of ID sales analysis for FY 2004 through FY 2006 on store-by-store basis (new company footprint) |
| Matthew Gavejian | 8/31/05 | 1.0 | Discussion of store analyses and review of current analyses with E.Scanlan |
| Matthew Gavejian | 10/4/05 | 4.5 | Review of Bahamas DMA (12 stores) FY 2006 budget; analysis and reformatting of data; initial preparation of memo regarding budgets |
| Matthew Gavejian | 10/5/05 | 3.5 | Review of Bahamas DMA (12 stores) Period 1 results; analysis and reformatting of data; revision of memo on Bahamas budgets |
| Matthew Gavejian | 10/6/05 | 2.5 | Preparation of memo summarizing Debtors initial Hurricane Katrina insurance claims |
| Matthew Gavejian | 10/11/05 | 0.8 | Phone call with C.Boucher (XRoads) to discuss proposed settlement with Computer Leasing Co. |
| Matthew Gavejian | 10/12/05 | 0.5 | Preparation of chart summarizing proposed settlement; discussed settlement with S.Naik (Milbank) |
| Matthew Gavejian | 10/13/05 | 1.3 | Revision of Bahamas memo to include Period 1 results |
| Matthew Gavejian | 10/14/05 | 1.3 | Committee Call; finalized Bahamas Store Budgets and Period 1 Results Memo |
| Matthew Gavejian | 10/18/05 | 1.5 | Further discussions of proposed Computer Leasing Co. settlement with C.Boucher (XRoads); initial preparation of memo on the same |

**Winn-Dixie Stores, Inc., et al.**

Time Reporting Detail: March 4, 2005 through November 21, 2006

| Professional | Date | Hours | Work Performed |
|---|---|---|---|
| Matthew Gavejian | 10/20/05 | 2.0 | Various calls and emails with E.Scanlan regarding inventory liquidation sale update; preparation of memo on Debtors' second Hurricane Katrina insurance claim |
| Matthew Gavejian | 10/21/05 | 2.5 | Continued revision of various memos (insurance claims, inventory liquidation, settlement); discussed inventory liquidation with R.Damore (XRoads) |
| Matthew Gavejian | 10/24/05 | 1.0 | Discussion of business interruption claims with A&M personnel to understand process of Debtor's claims preparation |
| Matthew Gavejian | 10/25/05 | 1.0 | Review of HLHZ memos and preparation of case update for team members |
| Matthew Gavejian | 10/28/05 | 3.5 | Review of latest proposed AFCO premium financing documents; discussion of financing with R.Damore (XRoads); discussion of AFCO financing with L.Mandel (Milbank) |
| Matthew Gavejian | 10/31/05 | 2.0 | Revision of settlement memo; discussion with S.Naik (Milbank); review of 2004 insurance settlement documents for Hurricane claims; preparation of time detail and billing documents |
| Matthew Gavejian | 11/1/05 | 5.0 | Review of latest AFCO premium financing agreement and communication of review to Milbank; review of team members time descriptions, initial preparation of monthly invoice; review of Computer Leasing Corporation ("CLC") settlement motion; discussions with XRoads |
| Matthew Gavejian | 11/2/05 | 4.5 | Preparation of second interim fee application (time reporting schedules and organizing of information); e-mails with XRoads regarding monthly reporting packages |
| Matthew Gavejian | 11/3/05 | 4.0 | Final revision of CLC settlement memo; continued preparation of second interim fee application |
| Matthew Gavejian | 11/4/05 | 4.0 | E-mails to XRoads requesting information on 2040 Hurricane Settlement; continued preparation and modification of second interim fee application; modification of fee order per new language from US Trustee |
| Matthew Gavejian | 11/7/05 | 5.5 | Review of 2004 Hurricane Insurance settlement data; e-mails with XRoads personnel for information related to settlement; review of responses to requests; discussion of settlement with M.Comerford (Milbank); revision of A&M Second fee application |
| Matthew Gavejian | 11/8/05 | 6.5 | Review of business plan documents; preparation of questions list; Travel to Jacksonville (@50%) |
| Matthew Gavejian | 11/9/05 | 8.0 | Committee Meetings; Committee/Company Meeting; Business Plan due diligence meetings |
| Matthew Gavejian | 11/10/05 | 6.0 | Business Plan due diligence meetings with Management and various advisors; Travel to New York (@50%) |
| Matthew Gavejian | 11/11/05 | 4.0 | Review of Winn-Dixie financial forecasting model provided by Blackstone; preparation of combined HLHZ and A&M Business Plan due diligence request list |
| Matthew Gavejian | 11/14/05 | 2.5 | Revision, finalization and distribution of Business Plan due diligence request list; responded to Milbank question regarding funding of AFCO premiums through  financing rather than DIP borrowings |
| Matthew Gavejian | 11/15/05 | 3.5 | Meeting with HLHZ and Blackstone to discuss Business Plan questions and modeling; initial preparation of due diligence request list |
| Matthew Gavejian | 11/16/05 | 2.0 | Clarified question from Business Plan due diligence request list; meeting with HLHZ |
| Matthew Gavejian | 11/18/05 | 4.5 | Call with M.Kopacz regarding A&M work product outline and document additional information requests |
| Matthew Gavejian | 11/21/05 | 4.5 | Updated Business Plan due diligence request list for new items; communicate with A&M Real Estate team on timing for Business Plan review deliverables; discussed Deloitte & Touche application to provide internal audit services with A.Shah (XRoads) and M.Comerford (Milbank) |
| Matthew Gavejian | 11/22/05 | 4.0 | Preparation and revision of slides (charts and commentary) for presentation on Winn-Dixie Business Plan to the Committee |
| Matthew Gavejian | 11/23/05 | 2.5 | Preparation and revision of slides (charts and commentary) for presentation on Winn-Dixie Business Plan to the Committee |
| Matthew Gavejian | 11/28/05 | 6.5 | Preparation of discussion items list for upcoming call with D.Henry; Review of Penman Plaza assumption motion and order; Coordination with A&M Real Estate team; Revision of slides for presentation to the Committee; review of article discussing Winn-Dixie deferred capital expenditures |
| Matthew Gavejian | 11/29/05 | 7.5 | Conference call with Winn-Dixie trade creditors to discuss market reaction to emerging companies; conference call with HLHZ; review of preliminary template for liquidation analysis; scheduling of conference calls with Blackstone, Review of week 21 borrowing base certificate; Revised information request list for requests from A&M Real Estate group and coordinated with Blackstone and XRoads; review of revised work plan calendar |
| Matthew Gavejian | 11/30/05 | 3.5 | Conference call with D.Henry (Winn-Dixie, Marketing) to discuss on-going and new marketing efforts; review of second round distribution of requested Business Plan due diligence items from Blackstone; preparation of discussion topics list for future discussions with Winn-Dixie personnel |

EXHIBIT B

**Winn-Dixie Stores, Inc., et al.**

Time Reporting Detail: March 4, 2005 through November 21, 2006

| Professional | Date | Hours | Work Performed |
|---|---|---|---|
| Matthew Gavejian | 12/1/05 | 2.0 | Prepared for and participated in Committee call; business plan due diligence conference call with Mark Sellers (Winn-Dixie) |
| Matthew Gavejian | 12/2/05 | 2.5 | Conference call with Stuart Maue to discuss fee examiner role and professional hours documentation to be provided; revision of A&M business plan presentation slides based on discussion with M.Sellers (Winn-Dixie) |
| Matthew Gavejian | 12/4/05 | 1.0 | Revision of business plan presentation slides |
| Matthew Gavejian | 12/5/05 | 5.5 | Business plan due diligence conference call with Tom Robbins (Winn-Dixie); discussion with A.Hede; preparation of working capital slide based on information provided by vendors; discusses Hispanic resets with J.O'Connell (Blackstone); revision of presentation slides; e-mail additional questions to J.O'Connell related to business plan due diligence |
| Matthew Gavejian | 12/6/05 | 6.0 | Business plan due diligence conference call with Mark Sellers (Winn-Dixie); updated due diligence request list and distributed to Blackstone; incorporated Real Estate slides into business plan presentation; review of period 4 and 5 financial statements; incorporate comments from M.Kopacz into presentation; review of deferred capital expenditures analysis and presentation from HLHZ; preparation of lead-in slide for presentation; distributed updated business plan slides to HLHZ for integration into combined presentation |
| Matthew Gavejian | 12/7/05 | 7.5 | Status update meeting with HLHZ; discussed store liquidations and MSP/SRP with E.Scanlan; revised Neighborhood Marketing demographics chart per comments from HLHZ; prepared slides for review by A&M team members; revised slides per comments from A.Hede |
| Matthew Gavejian | 12/8/05 | 6.0 | Committee call; revised A&M slides per comments from M.Kopacz; review of meat program data from T.Robbins (Winn-Dixie); distributed updated slides for integration to HLHZ; distributed follow-up questions for T.Robbins and M.Sellers to J.O'Connell; discussed pass-through certificates with J.O'Connell |
| Matthew Gavejian | 12/9/05 | 6.0 | Discussed liquidation analysis with E.Scanlan; transitioned slides and analysis; discussed time entries and distributed information to L.Cooper (Stuart Maue); integrated liquidation analysis slides into presentation; review of documents from Blackstone regarding shrink, Jump Start program, Bahamas sale and Marketing questions; updated slides of business plan presentation for new information |
| Matthew Gavejian | 12/11/05 | 6.5 | Call with HLHZ and A&M to discuss business plan presentation; integrated revised Operation Jump Start and Pharmacy slides into business plan presentation; revised slides per comments from A.Tang (HLHZ); revised slides per comments from A.Hede; revised liquidation analysis per comments from M.Kopacz; reviewed status of all slides in presentation |
| Matthew Gavejian | 12/12/05 | 6.5 | Revised liquidation analysis; reviewed latest borrowing base certificates; stratified store performance data based on EBITDA; review of September, October and November MORs; final revision of liquidation analysis slides; distributed slides to HLHZ; review of Period 4 and 5 store P&L's; revised one-off liquidation analysis for changing scenario; review list of talking points for meeting |
| Matthew Gavejian | 12/13/05 | 4.5 | Meeting with HLHZ in preparation for presentation; discussed Blackstone transaction fees with J.O'Connell; review and update request list for received items; review of HLHZ presentation on Management Incentive Plan |
| Matthew Gavejian | 12/14/05 | 4.5 | Preparation for and participation in Committee meeting to discuss Winn-Dixie business plan |
| Matthew Gavejian | 12/15/05 | 0.5 | Review of exclusivity motion; e-mail to J.MacInnis (Milbank) on real estate issue |
| Matthew Gavejian | 12/21/05 | 1.1 | Review of third and fourth Hurricane insurance claims; e-mail questions to M.Dussinger (XRoads) |
| Matthew Gavejian | 12/23/05 | 0.7 | Review of executive compensation data of Winn-Dixie comparable companies for comparison to P.Lynch compensation |
| Matthew Gavejian | 12/27/05 | 0.5 | Preparation of December invoice; review of time entries |
| Matthew Gavejian | 12/28/05 | 2.0 | Discussed Hurricane claims with K.Romeo (Winn-Dixie); prepared memo summarizing third and fourth claims |
| Matthew Gavejian | 1/4/06 | 0.5 | Review of business plan sensitivities provided by HLHZ |
| Matthew Gavejian | 1/9/06 | 1.0 | Call with XRoads to discuss next steps on business plan due diligence |
| Matthew Gavejian | 1/10/06 | 0.5 | Revisions to Period 4 and 5 store results memo |
| Matthew Gavejian | 1/11/06 | 1.0 | Preparation of December 2005 invoice |
| Matthew Gavejian | 1/12/06 | 3.5 | Review of compensation package support including Compensation Committee notes and Watson Wyatt report; UCC call |
| Matthew Gavejian | 1/13/06 | 1.0 | Further revisions to Period 4 and 5 store results memo |
| Matthew Gavejian | 1/17/06 | 2.5 | Continued preparation and revision of December 2005 invoice; review of Period 1 and 2 store results information and period reporting statements |

**Winn-Dixie Stores, Inc., et al.**

Time Reporting Detail: March 4, 2005 through November 21, 2006

| Professional | Date | Hours | Work Performed |
|---|---|---|---|
| Matthew Gavejian | 1/18/06 | 0.5 | Reviewed store performance data for New Orleans DMA |
| Matthew Gavejian | 1/19/06 | 7.0 | UCC Call; revised Period 4 and 5 store results memo and analyses to include only selected New Orleans DMA stores; redrafting of memo |
| Matthew Gavejian | 1/20/06 | 7.0 | Continued revision of store results memo; review of copier equipment and utilities contracts to be rejected by the Debtor |
| Matthew Gavejian | 1/23/06 | 1.0 | Final review and distribution of Period 4 and 5 store memo |
| Matthew Gavejian | 1/24/06 | 2.5 | Data input of Period 6 store results; review of HLHZ flash memo |
| Matthew Gavejian | 1/25/06 | 5.0 | Review, analysis and reformatting of Period 6 YTD financial statements for distribution to the Committee |
| Matthew Gavejian | 1/26/06 | 4.5 | Review of several operating plans (Bank Plan and AOP), UCC call to discuss plan term sheet; discussed store results with M.Comerford (Milbank); conference call with A&M, Winn-Dixie, Skadden, Blackstone, XRoads, HLHZ and Milbank to discuss substantive consolidation |
| Matthew Gavejian | 1/27/06 | 6.0 | Consolidation and integration of A&M memos related to real estate and executory contract rejections; distribution of same to Milbank; discussed contracts with E.Lane (XRoads); continued preparation of Period 6 YTD financial statements memo |
| Matthew Gavejian | 1/30/06 | 7.0 | Conference call with XRoads, Blackstone & HLHZ to discuss liquidation analysis; analysis of financial statements including revision of statement of cash flows; update of financial statements memo and work with data for Period 6 store results memo; revise rejected contracts memo to the Committee per comments from Milbank |
| Matthew Gavejian | 1/31/06 | 7.0 | Reorganization plan subcommittee call; discussions with Milbank and A&M; final revisions to rejected contract memo per discussions with A&M and Milbank; continued work on Period 6 store results memo and financial statements memo |
| Matthew Gavejian | 2/1/06 | 7.0 | Review of Debtors' initial substantive consolidation information; review of business case for ATECH services prepared by Debtors; documented questions for J.Young (XRoads) and reviewed response to questions; preparation and distribution of Period 6 Financial Statements memo; revisions per comments from Milbank |
| Matthew Gavejian | 2/2/06 | 2.0 | Substantive consolidation call with XRoads and the Debtors; review of substantive consolidation material from the Debtors |
| Matthew Gavejian | 2/3/06 | 1.5 | Review of ATECH services agreement; review of services to be provided; review of comments from J.Young (XRoads) |
| Matthew Gavejian | 2/6/06 | 1.5 | Reviewed comments to and revised the Period 6 store results memo to the Committee |
| Matthew Gavejian | 2/8/06 | 1.5 | Participated in auction of Oviedo, FL property; review of auction documents, stalking horse and other bids; written update to A&M team |
| Matthew Gavejian | 2/9/06 | 1.5 | Committee Call; Distributed initial draft of Period 6 Store Results Memo; revisions to memo per M.Comerford (Milbank) |
| Matthew Gavejian | 2/13/06 | 1.0 | Follow up with M.Dussinger (XRoads) regarding National In Store Marketing LLC settlement |
| Matthew Gavejian | 2/14/06 | 0.5 | Discussed National In Store Marketing LLC settlement with M.Dussinger (XRoads) and M.Comerford (Milbank) |
| Matthew Gavejian | 2/15/06 | 1.0 | Preparation of January and February 2006 invoices with December hours |
| Matthew Gavejian | 2/16/06 | 5.0 | Committee Meeting to discuss Substantive consolidation |
| Matthew Gavejian | 2/17/06 | 2.0 | Review of Miramar, Jackson and McComb sale documents for store locations and numbers; revised January and February 2006 invoice |
| Matthew Gavejian | 2/21/06 | 9.0 | Meeting with A.Hede; Committee Call; review of ATECH termination provision; review of listed contracts to be rejected; discussed Attach termination provision with J.MacInnis (Milbank); information calls regarding ATECH termination provision with J.Young (XRoads), J.Hausman( ATECH) and C.Colbert (ATECH); conference call with Committee and professionals regarding substantive consolidation |
| Matthew Gavejian | 2/22/06 | 6.0 | Discussed contracts to be rejected with E.Lane (XRoads); initial preparation of memo detailing rejected contracts and A&M recommendations; preparation of request list for update on the Debtors' Business Plan; finalized and distributed January and February 2006 invoice |
| Matthew Gavejian | 2/23/06 | 3.0 | Finalized and distributed rejected contracts memo to Milbank for review and distribution to the Committee; review of A&M real estate memo and comments to A&M team; review of reporting distributions from XRoads |
| Matthew Gavejian | 2/24/06 | 1.0 | Revision of rejected contracts memo to the Committee per comments from J.Milton (XRoads) |
| Matthew Gavejian | 2/28/06 | 3.5 | Requested analysis of 35 stores to be closed from R.Damore (XRoads); discussed data requests with M.Comerford (Milbank) and P.Chidyllo (HLHZ); prepared analysis of FY 2006 (Period 6) financial performance of stores to be closed |

**Winn-Dixie Stores, Inc., et al.**

Time Reporting Detail: March 4, 2005 through November 21, 2006

| Professional | Date | Hours | Work Performed |
|---|---|---|---|
| Matthew Gavejian | 3/1/06 | 5.0 | Discussed proposed store closures with R.Damore (XRoads); review of responses to Capstone information requests; review of internal Winn-Dixie management report (business case) regarding the decision making process on the assumption of the Cisco agreement and the financial impact of the same; discussed the business case and clarified open questions with J.Young (XRoads); review of recent asset sales memos to the Committee |
| Matthew Gavejian | 3/2/06 | 8.0 | Initial review of Period 7 and Period 8 consolidated financials and store results; reformatted and analyzed store results data; UCC Call; compiled information request items responsive to Capstone request and distributed to Capstone for their review; e-mail to M.Dussinger (XRoads) requesting addresses of New Orleans stores; further review of Cisco agreement assumption documentation |
| Matthew Gavejian | 3/3/06 | 4.0 | Reviewed and distributed New Orleans store addresses received from XRoads; review of reclamation agreement with HP Hood; drafting of memo to the Committee regarding assumption of Cisco agreement and financial impact |
| Matthew Gavejian | 3/6/06 | 3.0 | Preparation of analysis of Period 6 YTD FY 2006 results to date for 35 stores to be closed; updated list with analysis of location and DMA |
| Matthew Gavejian | 3/7/06 | 5.0 | E-mails to XRoads to set up conference call to discuss store closure process and rationale; updating of analysis of Period 7 and Period 8 store results including charts and schedules highlighting sales, shrink, margin and EBITDA; preliminary drafting of memo on the same |
| Matthew Gavejian | 3/8/06 | 7.0 | Preparation of a list of stores to be discussed on March 10 conference call with XRoads; initial preparation of a presentation to the Committee outlining the performance of the 35 stores to be closed and the impact of the closure on the footprint of the Debtor; update of 35 store analysis for Period 8 YTD individual store data |
| Matthew Gavejian | 3/9/06 | 3.0 | Review and revise Cisco agreement assumption memo; prepared for and participated in UCC call; initial work on Third Interim Fee Application (1.0 hour) |
| Matthew Gavejian | 3/10/06 | 3.0 | Conference call with XRoads and Winn Dixie to discuss reasons behind store closures and stores selected to remain open; further revision to Cisco agreement assumption memo per comments from Milbank |
| Matthew Gavejian | 3/13/06 | 6.0 | Review and analysis of FY 2006 YTD Period 8 financial statements and data entry into reporting format; drafting of memo to Committee regarding FY 2006 YTD Period 8 financial statements; initial discussion of report on proposed 35 store closures; revision of Period 8 YTD store results memo |
| Matthew Gavejian | 3/14/06 | 8.5 | Drafting of report to the Committee regarding the proposed closure of 35 stores including analysis of the Debtors' store selection process and methodology, the pro forma financial impact of the closure of the 35 stores and discussion of negative EBITDA stores to be retained; revision of Period 7 and Period 8 store results memo; revision of Period 8 YTD consolidated financial statements memo |
| Matthew Gavejian | 3/15/06 | 10.0 | Review of proposed motion for assumption of AT&T agreement based on information received from XRoads; revision of 35 store closures report to the Committee; preparation of Third Interim Fee Application including compiling of hours and review of expense documentation (4.0 hours) |
| Matthew Gavejian | 3/16/06 | 8.0 | Prepared for and participated in UCC call; prepared and revised initial draft of fee structure summary for the Committee, discussion of fee structure with R.Damore (XRoads); continued preparation and revision of fee application (4.0 hours); highlighted inconsistencies in fee structure for XRoads |
| Matthew Gavejian | 3/17/06 | 4.0 | Clarified fee structure based on discussions with XRoads; reviewed fee example provided by XRoads; discussed understanding of fee structure and example with XRoads; finalized Third Interim Fee Application and prepared for distribution to Akerman for filing (1.0 hour) |
| Matthew Gavejian | 3/18/06 | 1.5 | Drafted memo to the Committee regarding fee structure for Liquidating Agent for 35 stores to be closed |
| Matthew Gavejian | 3/20/06 | 5.5 | Revision of fee structure memo per comments from Milbank; drafting of Period 7 and Period 8 store results memo; revisions to store results memo and final review and quality check before distribution to Committee counsel; review of PACA surety bond requirements and initial structure of agreement with RLI to post surety bond |
| Matthew Gavejian | 3/21/06 | 4.5 | Continued review of surety bond motion and agreement; e-mails to XRoads in order to obtain more information regarding the surety bond requirement; finalized and distribute February 2006 invoice (1.0 hour); discussions with K.Crail (Capstone) on store results memos and retail revenue; preparation of a listing of store square footage and New Orleans DMA store numbers; discussed Winn-Dixie's decision to reject Konica lease with R.Damore (XRoads) including discussion of segment performance and results |

**EXHIBIT B**

**Winn-Dixie Stores, Inc., et al.**

Time Reporting Detail: March 4, 2005 through November 21, 2006

| Professional | Date | Hours | Work Performed |
|---|---|---|---|
| Matthew Gavejian | 3/22/06 | 3.0 | Drafted e-mail to the Committee regarding the Debtor's motion to reject its agreement with Konica, including detailed estimates of rejection damages, the financial impact of assuming the agreement and operating losses incurred by maintaining the contract; revisions to the memo based on comments from A&M and Milbank prior to final distribution to Milbank |
| Matthew Gavejian | 3/23/06 | 3.0 | Discussed status of GOB sales on 35 stores with R.Damore (XRoads); e-mailed results to A&M team for purposes of discussion on UCC call; prepared for and participated in UCC call; discussed environmental claim issue with D.Aulabaugh |
| Matthew Gavejian | 3/24/06 | 4.0 | E-mails to D.Bitter (Winn-Dixie) and E.Lane (XRoads) regarding RLI surety bond agreement; discussed status of information on RLI with L.Mandel (Milbank); discussed the Debtor's motion to assume its AT&T agreement and the allowance of general unsecured claims, including the potential economic impacts of assumption with K.Fagerstrom (XRoads); drafted memo to the Committee regarding the AT&T agreement assumption |
| Matthew Gavejian | 3/27/06 | 2.0 | Conference call with HLHZ, A&M, Blackstone, XRoads and Winn-Dixie in order to discuss the timing of the business plan update and open items that are delaying the process (i.e., hurricane insurance renewal); revised AT&T agreement assumption memo per comments from Milbank; research of hurricane insurance market including articles from recent publications |
| Matthew Gavejian | 3/28/06 | 2.5 | Further revision of AT&T agreement memo based on additional comments from Milbank; compiled October 1, 2005 through February 28, 2006 time and expense information for purposes of reporting to the Fee Examiner (1.0 hour); updated Period 7 and Period 8 financial statement memo to the Committee |
| Matthew Gavejian | 3/29/06 | 2.0 | E-mails to Blackstone and XRoads to follow up on open items related to the sale of the Pompano distribution center; continued update of Period 7 and Period 8 financial statements memo to the Committee |
| Matthew Gavejian | 3/30/06 | 2.0 | Prepared for and participated in UCC call; reviewed GOB sales update received from R.Damore (XRoads); additional questions to Blackstone regarding sale of Pompano distribution center |
| Matthew Gavejian | 3/31/06 | 1.0 | Review of HLHZ substantive consolidation analysis for various scenarios of consolidation and detailing potential recovery for various creditor groups |
| Matthew Gavejian | 4/3/06 | 0.5 | Review the Debtor's motion to extend exclusivity |
| Matthew Gavejian | 4/3/06 | 0.5 | Review of the Debtors sales and margin reports for the week ended March 29, 2006 |
| Matthew Gavejian | 4/4/06 | 1.0 | Review of HLHZ flash memo and recent A&M Committee memos |
| Matthew Gavejian | 4/5/06 | 1.0 | Review of proposed order on Third Interim Fee Applications of Winn-Dixie professionals |
| Matthew Gavejian | 4/5/06 | 1.5 | Review of Store 997 memo; provided comments |
| Matthew Gavejian | 4/5/06 | 1.5 | Review of e-mail chain between Committee and Debtor counsel discussing upcoming insurance premium financing; e-mail to XRoads to coordinate on receipt of information |
| Matthew Gavejian | 4/6/06 | 1.0 | Conference call with Creditor Committee |
| Matthew Gavejian | 4/6/06 | 0.5 | Met with A.Hede to discuss fee examiner reports and A&M response |
| Matthew Gavejian | 4/7/06 | 1.0 | Review substantive consolidation materials prepared by HLHZ |
| Matthew Gavejian | 4/10/06 | 1.5 | Review of lease termination agreements memo and provided comments |
| Matthew Gavejian | 4/10/06 | 1.0 | Initial preparation of March 2006 invoice |
| Matthew Gavejian | 4/11/06 | 1.0 | Review of inventory liquidation report at 35 stores to be closed |
| Matthew Gavejian | 4/11/06 | 1.0 | Continued preparation of March 2006 invoice |
| Matthew Gavejian | 4/12/06 | 1.0 | Finalized and distributed March 2006 invoice |
| Matthew Gavejian | 4/12/06 | 1.0 | Prepared summary of inventory liquidation at 35 stores to be closed |
| Matthew Gavejian | 4/12/06 | 1.0 | Review of sales and margin reports as of March 29, 2006 |
| Matthew Gavejian | 4/12/06 | 1.0 | Meeting with A.Hede to discuss the Debtors sales and margin trend reporting and potential A&M reports |
| Matthew Gavejian | 4/13/06 | 1.5 | Prepared draft of summary of stalking horse buds for 8 of the 35 stores to be closed |
| Matthew Gavejian | 4/13/06 | 1.0 | Discussed First and Second Interim Fee Applications with L.Cooper (Stuart Maue) |
| Matthew Gavejian | 4/13/06 | 0.5 | Review of summary of contracts and unexpired leases to be rejected as prepared by the Debtors |
| Matthew Gavejian | 4/13/06 | 0.5 | Review of the Debtors sales and margin reports for the week ended April 5, 2006 |
| Matthew Gavejian | 4/13/06 | 0.5 | Pull motion and bid summary for 8 stalking horse bidders from Court filings |
| Matthew Gavejian | 4/17/06 | 2.5 | Prepared a memo summarizing stalking horse bids for the Committee |
| Matthew Gavejian | 4/17/06 | 2.0 | Prepared charts detailing weekly and cumulative ID sales trends based on the Debtors weekly reports |
| Matthew Gavejian | 4/17/06 | 2.5 | Drafted response to the fee examiner (Stuart Maue) based on discussions with L.Cooper |
| Matthew Gavejian | 4/18/06 | 2.5 | Refined written response to US Trustee; added discussion of items highlighted in First and Second report |

**EXHIBIT B**

**Winn-Dixie Stores, Inc., et al.**

Time Reporting Detail: March 4, 2005 through November 21, 2006

| Professional | Date | Hours | Work Performed |
|---|---|---|---|
| Matthew Gavejian | 4/18/06 | 2.0 | Revised memo to the Committee discussing the auction and bids on the 35 stores to be closed |
| Matthew Gavejian | 4/19/06 | 0.5 | Finalized and revised auction and stalking horse bids memo per comments from Milbank |
| Matthew Gavejian | 4/19/06 | 0.5 | Discussed recent rejected contracts motion with E.Lane (XRoads) |
| Matthew Gavejian | 4/19/06 | 0.5 | Finalized written response to US Trustee |
| Matthew Gavejian | 4/19/06 | 1.0 | Prepared memo to the Committee summarizing impact of rejected contracts and unexpired leases, including schedules |
| Matthew Gavejian | 4/19/06 | 0.5 | revised rejected contracts memo per comments from Milbank and distributed |
| Matthew Gavejian | 4/19/06 | 1.5 | Input of data received for FY 2006 Period 9 store results into A&M model |
| Matthew Gavejian | 4/20/06 | 2.5 | Revised schedules and charts for analysis of FY 2006 Period 9 store-by-store results |
| Matthew Gavejian | 4/20/06 | 1.0 | Conference call with the Creditor Committee |
| Matthew Gavejian | 4/20/06 | 0.8 | Discussed Committee conference call, next steps and coordinated work product with D.Aulabaugh |
| Matthew Gavejian | 4/20/06 | 0.7 | Prepared memo to the Committee regarding FY 2006 Period 9 store-by-store results |
| Matthew Gavejian | 4/21/06 | 0.5 | Revisions to FY 2006 Period 9 store-by-store results memo |
| Matthew Gavejian | 4/21/06 | 2.5 | Prepared an analysis of operating expense variances from Budget for inclusion in memo to the Committee |
| Matthew Gavejian | 4/21/06 | 0.5 | Meeting with A.Hede to discuss response to fee examiner |
| Matthew Gavejian | 4/21/06 | 0.5 | Call with L.Cooper (Stuart Maue) to discuss A&M's draft response to fee examiner report |
| Matthew Gavejian | 4/24/06 | 1.5 | Review of Debtors' Motion to Assume Agreement with Jacksonville Electric Authority and distributed questions to XRoads |
| Matthew Gavejian | 4/24/06 | 1.5 | Review of Debtors' Application to Retain Deloitte Consulting as Fresh Start Accounts and distributed questions to XRoads |
| Matthew Gavejian | 4/24/06 | 1.5 | Review of Debtors' Application to Retain PwC for information technology related services and distributed questions to XRoads |
| Matthew Gavejian | 4/24/06 | 0.5 | Discussed Jacksonville Electric Authority motion with J.Milton (XRoads) |
| Matthew Gavejian | 4/24/06 | 1.0 | Finalized (reviewed and quality-checked) Period 9 memo and sent to Milbank |
| Matthew Gavejian | 4/25/06 | 0.5 | Discussed proposed assumption of Jacksonville Electric Authority agreement with E.Lane (XRoads) |
| Matthew Gavejian | 4/25/06 | 2.5 | Reviewed the Debtors' Motion to Assume a modified agreement with Hallmark |
| Matthew Gavejian | 4/25/06 | 0.5 | Distributed e-mail request for information related to Hallmark agreement assumption motion |
| Matthew Gavejian | 4/25/06 | 0.5 | Discussed information request related to Deloitte and PwC retentions with K.Fagerstrom (XRoads) |
| Matthew Gavejian | 4/25/06 | 0.5 | Review of Jacksonville Electric Authority proof of claim |
| Matthew Gavejian | 4/25/06 | 0.5 | Review of weekly sales and margin reports for the week ended April 19, 2006 |
| Matthew Gavejian | 4/26/06 | 2.5 | Reviewed the Debtors' Motion to assume a modified agreement with Hallmark |
| Matthew Gavejian | 4/26/06 | 2.5 | Updated file with weekly sales and margin information and revised analyses based on new information |
| Matthew Gavejian | 4/27/06 | 1.0 | Discussed Hallmark assumption motion as well as the Deloitte and PwC retentions with H.Etlin (XRoads) |
| Matthew Gavejian | 4/27/06 | 1.0 | Discussed Hallmark assumption with J.Milton (XRoads) |
| Matthew Gavejian | 4/27/06 | 1.5 | Prepared explanatory e-mail relaying A&M's findings with regards to the Deloitte and PwC retentions to M.Comerford (Milbank) |
| Matthew Gavejian | 4/27/06 | 1.0 | Reviewed the Debtors' Ninth Omnibus objection and related changes to unsecured claims |
| Matthew Gavejian | 4/27/06 | 1.0 | Reviewed informational e-mail distributed by XRoads on Hallmark assumption |
| Matthew Gavejian | 4/27/06 | 0.5 | Cross-checked reclamation claims amounts included  in the Ninth Omnibus objection to amounts included in the Debtors' records |
| Matthew Gavejian | 4/28/06 | 0.5 | Drafted e-mail to M.Dussinger (XRoads) regarding errors in unsecured claims to be revised to priority reclamation claims per the Ninth Omnibus objection |
| Matthew Gavejian | 4/28/06 | 0.5 | Discussed key points of Deloitte and PwC retentions with M.Comerford (XRoads) |
| Matthew Gavejian | 4/28/06 | 3.0 | Prepared draft of memo detailing weekly and YTD sales and margin by department |
| Matthew Gavejian | 4/28/06 | 0.5 | Review hourly rates of PwC consultants to determine if level are reasonable; discussed with internal personnel |
| Matthew Gavejian | 4/28/06 | 0.5 | Reviewed Milbank's memo regarding the Deloitte retention |
| Matthew Gavejian | 5/2/06 | 0.5 | Call with B.Gaston (XRoads) to discuss upcoming auctions of Pompano facility and 35 stores |
| Matthew Gavejian | 5/3/06 | 0.5 | Prepared summary of stalking horse and other bids on 35 stores |
| Matthew Gavejian | 5/3/06 | 0.5 | Prepared summary of financial performance of 35 stores and status of Going-Out-of-Business ("GOB") inventory liquidation for same stores |
| Matthew Gavejian | 5/4/06 | 0.5 | Discussed auction and stalking horse bids with D.Aulabaugh |

**Winn-Dixie Stores, Inc., et al.**

Time Reporting Detail: March 4, 2005 through November 21, 2006

| Professional | Date | Hours | Work Performed |
|---|---|---|---|
| Matthew Gavejian | 5/5/06 | 2.5 | Preparation of memo to the Committee regarding the assumption of the Hallmark agreement, including review of the motion for assumption and information provided by XRoads |
| Matthew Gavejian | 5/5/06 | 1.0 | Participated in conference call with the Committee |
| Matthew Gavejian | 5/8/06 | 1.0 | Completed revisions to Hallmark memo based on discussions with and comments from Milbank |
| Matthew Gavejian | 5/8/06 | 1.0 | Prepared summary list (with financial information and bid/bidder listings) for the 35 stores to be included in the May 9 auction |
| Matthew Gavejian | 5/8/06 | 0.5 | Call with M.Comerford and J.Milton (Milbank) to discuss auction of 35 stores |
| Matthew Gavejian | 5/8/06 | 2.0 | Input and reviewed Store-by-Store P&L data for Period 10 2006 |
| Matthew Gavejian | 5/8/06 | 2.5 | Travel to Jacksonville to attend auction (at 50% of time) |
| Matthew Gavejian | 5/9/06 | 1.5 | Participated in pre-auction meeting with XRoads, DJM Partners, Smith Hulsey and Milbank to discuss auction process, planning |
| Matthew Gavejian | 5/9/06 | 5.5 | Attended auction of 35 stores, participated in discussions with Debtors advisors throughout |
| Matthew Gavejian | 5/9/06 | 3.0 | Travel from Jacksonville to New York |
| Matthew Gavejian | 5/10/06 | 2.0 | Initial meeting with Blackstone, HLHZ and A&M to discuss the May 2006 Business Plan |
| Matthew Gavejian | 5/10/06 | 0.5 | Additional revision of Hallmark contract assumption memo |
| Matthew Gavejian | 5/10/06 | 0.5 | Review of summary of May 9 auction provided by XRoads |
| Matthew Gavejian | 5/10/06 | 2.0 | Review of Winn-Dixie's May 2006 Business Plan |
| Matthew Gavejian | 5/10/06 | 2.0 | Met with R.McEvoy to discuss questions and information requests relative to the business plan |
| Matthew Gavejian | 5/10/06 | 0.3 | Reviewed and made final revisions to Hallmark assumption memo |
| Matthew Gavejian | 5/10/06 | 0.8 | Prepared initial comments on the business plan for the UCC call |
| Matthew Gavejian | 5/11/06 | 1.5 | Prepared initial summary points for inclusion in business plan presentation |
| Matthew Gavejian | 5/11/06 | 1.0 | Compiled information and due diligence requests relative to the May 2006 Business Plan |
| Matthew Gavejian | 5/11/06 | 2.0 | Prepared for an participated in the UCC call; discussed various topics with the Committee |
| Matthew Gavejian | 5/11/06 | 1.5 | Revised and made additions to the information and due diligence request list |
| Matthew Gavejian | 5/11/06 | 1.5 | Prepared initial outline of presentation for review of business plan |
| Matthew Gavejian | 5/11/06 | 0.5 | Revised request list and review presentation outline based on requests from HLHZ |
| Matthew Gavejian | 5/11/06 | 1.0 | Prepared April 1 - April 30, 2006 invoice |
| Matthew Gavejian | 5/12/06 | 3.0 | Completed and distributed April invoice |
| Matthew Gavejian | 5/12/06 | 4.0 | Additional review of May 2006 business plan financials and initial preparation of analyses |
| Matthew Gavejian | 5/14/06 | 2.5 | Preparation of financial analyses including working capital and historical and projected P&L |
| Matthew Gavejian | 5/15/06 | 0.5 | Revised A&M retention document based on amended agreement with the Committee; distributed same to Milbank |
| Matthew Gavejian | 5/15/06 | 1.0 | Researched and reviewed Winn-Dixie historical insurance claims and premium (property insurance) |
| Matthew Gavejian | 5/15/06 | 2.0 | Prepared schedules and charts, based on data previously received from XRoads, for an analysis of the results of Winn-Dixie's Operation Jump Start |
| Matthew Gavejian | 5/15/06 | 1.5 | Discussed current Winn-Dixie data and information in our files, limitations and scope of data and potential information available from XRoads with R.McEvoy |
| Matthew Gavejian | 5/15/06 | 2.0 | Reviewed and updated schedules and analyses for working capital and P&L |
| Matthew Gavejian | 5/15/06 | 1.0 | Revised working capital analysis based on information received from Blackstone |
| Matthew Gavejian | 5/15/06 | 1.0 | Prepared an analysis of Winn-Dixie's revenue growth assumptions based on the 5-year financial forecast (Business Plan) |
| Matthew Gavejian | 5/15/06 | 0.5 | Call with A.Hede to discuss Winn-Dixie property insurance renewals |
| Matthew Gavejian | 5/16/06 | 1.5 | Prepared an analysis and schedules for forecast capital expenditures per the Business Plan |
| Matthew Gavejian | 5/16/06 | 1.5 | Prepared a summary of Winn-Dixie's property insurance (historical and current years) |
| Matthew Gavejian | 5/16/06 | 1.0 | Met with R.McEvoy to discuss request lists |
| Matthew Gavejian | 5/16/06 | 0.5 | Call with J.O'Connell (Blackstone) |
| Matthew Gavejian | 5/16/06 | 2.0 | Met with R.McEvoy to discuss status of analyses related to the Business Plan |
| Matthew Gavejian | 5/16/06 | 1.0 | Summarized insurance renewal and changes to coverage, premiums |
| Matthew Gavejian | 5/17/06 | 1.5 | Travel to Chicago for meeting with Committee and advisors (at 50% of time) |
| Matthew Gavejian | 5/17/06 | 8.0 | Participated in meetings/negotiations with the Committee |
| Matthew Gavejian | 5/18/06 | 1.5 | Travel to New York (at 50% of time) |
| Matthew Gavejian | 5/18/06 | 1.5 | Call with Winn-Dixie management to discuss May 2006 Business Plan |
| Matthew Gavejian | 5/18/06 | 1.5 | Follow up discussion with R.McEvoy regarding information received on call with management and impact on data requests and analysis of the business plan |
| Matthew Gavejian | 5/18/06 | 2.5 | Updated analyses and commentary included in presentation to the Committee based on information discussed with Winn-Dixie management on earlier call |

**Winn-Dixie Stores, Inc., et al.**

Time Reporting Detail: March 4, 2005 through November 21, 2006

| Professional | Date | Hours | Work Performed |
|---|---|---|---|
| Matthew Gavejian | 5/19/06 | 3.5 | Reviewed information and data, received from Blackstone, responsive to the initial data request |
| Matthew Gavejian | 5/19/06 | 1.5 | Updated request list based on clarification if information required and noted information received. Distributed list to Blackstone. |
| Matthew Gavejian | 5/19/06 | 3.0 | Updated analyses and commentary included in presentation to the Committee based on information received from Blackstone |
| Matthew Gavejian | 5/22/06 | 1.0 | Prepared analysis of free cash flow based on business plan |
| Matthew Gavejian | 5/22/06 | 1.0 | Prepared additional analysis of capital expenditures and updated presentation slides accordingly |
| Matthew Gavejian | 5/22/06 | 3.5 | Updated revenue growth analyses and slides in presentation |
| Matthew Gavejian | 5/22/06 | 0.5 | Prepared a graph and schedule detailing Winn-Dixie market share by DMA |
| Matthew Gavejian | 5/22/06 | 2.0 | Continued analysis of working capital, including various analyses and update of presentation slides |
| Matthew Gavejian | 5/22/06 | 1.5 | Updated information and due diligence request lists for new requests and required meetings with management |
| Matthew Gavejian | 5/23/06 | 1.5 | Review of November Business Plan presentation and charts/presentations included |
| Matthew Gavejian | 5/23/06 | 0.5 | Preparation of initial commentary on asset sales per the business plan |
| Matthew Gavejian | 5/23/06 | 0.5 | Discussed and coordinated schedule of meetings with management with Blackstone |
| Matthew Gavejian | 5/23/06 | 1.0 | Updated presentation with new logo and information received from Blackstone |
| Matthew Gavejian | 5/23/06 | 1.5 | Reviewed the NOAA Hurricane forecast for 2006 and actual results for 2005 and added information to presentation to the Committee |
| Matthew Gavejian | 5/23/06 | 1.0 | Added commentary to the presentation regarding the 2006 property insurance premiums to be paid |
| Matthew Gavejian | 5/23/06 | 1.5 | Meeting with A.Hede and R.McEvoy to discuss status of business plan review presentation and next steps |
| Matthew Gavejian | 5/23/06 | 4.0 | Modified slides and analyses in draft presentation to the Committee |
| Matthew Gavejian | 5/24/06 | 1.0 | Call with J.Costi (Blackstone) to discuss Bahamas store information excluded from 5-year financial forecast per the Business Plan |
| Matthew Gavejian | 5/24/06 | 1.0 | Revised slide summarizing operational and revenue building initiatives included in Winn-Dixie's Business Plan |
| Matthew Gavejian | 5/24/06 | 1.5 | Prepared a slide of market leaders and Winn-Dixie's relative position |
| Matthew Gavejian | 5/24/06 | 0.5 | Prepared an analysis of relative and calculated cumulative annual growth rates |
| Matthew Gavejian | 5/24/06 | 4.5 | Reviewed financial performance (on a YTD Period 10 basis including sales and 4-wall EBITDA) of the 75 stores with leases to be assumed |
| Matthew Gavejian | 5/25/06 | 2.5 | Prepared for and participated in call with the Committee regarding (among others) the 75 stores with leases to be assumed |
| Matthew Gavejian | 5/25/06 | 1.0 | Follow up internal discussion on WD with R.McEvoy |
| Matthew Gavejian | 5/25/06 | 1.0 | Preparation of a bridge analysis between the November 2005 Business Plan and the May 2006 Business Plan |
| Matthew Gavejian | 5/25/06 | 2.5 | Compiled and distributed a list of questions for Management interviews with Winn-Dixie including the SVP of Operations, SVP of Merchandising, GVP of Real Estate and VP of Customer Service |
| Matthew Gavejian | 5/26/06 | 3.5 | Revised and updated presentation slides based on recently updated analysis and information received from Blackstone |
| Matthew Gavejian | 5/26/06 | 0.5 | Discussed list of questions for Management interviews with Blackstone |
| Matthew Gavejian | 5/30/06 | 2.5 | Discussions of Business Plan review and information request status with A.Hede and R.McEvoy |
| Matthew Gavejian | 5/30/06 | 2.5 | Prepared source material for Winn-Dixie sales per square foot analysis |
| Matthew Gavejian | 5/30/06 | 2.0 | Travel to Jacksonville to attend meetings with Management (at 50% of time) |
| Matthew Gavejian | 5/31/06 | 1.0 | Meeting with D.Henry (Winn-Dixie, Marketing) and H.Etlin (XRoads) to discuss marketing and branding efforts |
| Matthew Gavejian | 5/31/06 | 2.0 | Discussions with A.Hede and R.McEvoy regarding status of business plan review, open items and upcoming management interviews |
| Matthew Gavejian | 5/31/06 | 1.0 | Meeting with Scott Moore (Winn-Dixie, Customer Service) and J.Young (XRoads) to discuss customer service initiatives and results |
| Matthew Gavejian | 5/31/06 | 2.0 | Store tour and Meetings with F.Eckstein (Winn-Dixie, Operations), T.Robbins (Winn-Dixie, Merchandising), L.Appel (Winn-Dixie, General Counsel) and J.Young (XRoads) |
| Matthew Gavejian | 5/31/06 | 1.0 | Meeting with P.Pichulo (Winn-Dixie, Real Estate) and S.Karol (XRoads) regarding capital expenditure assumptions and new/remodeled stores |
| Matthew Gavejian | 5/31/06 | 1.0 | Preparation of an analysis of weekly sales by department |
| Matthew Gavejian | 5/31/06 | 2.0 | Travel to New York (at 50% of time) |

**Winn-Dixie Stores, Inc., et al.**

Time Reporting Detail: March 4, 2005 through November 21, 2006

| Professional | Date | Hours | Work Performed |
|---|---|---|---|
| Matthew Gavejian | 6/1/06 | 1.0 | Prepared and reviewed capital expenditures forecast in the May 2006 Business Plan, scratched out further capital expenditures analyses |
| Matthew Gavejian | 6/1/06 | 2.0 | Participated in Committee-only meeting |
| Matthew Gavejian | 6/1/06 | 3.0 | Participated in meeting between the Committee and the Debtors for the presentation of the business plan |
| Matthew Gavejian | 6/1/06 | 6.0 | Began outlining advanced draft of presentation including reordering of slides and organization of thoughts and story-lines |
| Matthew Gavejian | 6/2/06 | 1.0 | Reviewed and modified analysis of sales per square foot |
| Matthew Gavejian | 6/2/06 | 1.0 | Distributed regional performance questions and requests for basket size and transaction count data to XRoads |
| Matthew Gavejian | 6/2/06 | 1.5 | Review data from XRoads relative to basket size and transaction count |
| Matthew Gavejian | 6/2/06 | 1.5 | Reviewed and modified analysis of complaints vs. praise |
| Matthew Gavejian | 6/2/06 | 1.5 | Reviewed and modified analysis of total complaints and praise |
| Matthew Gavejian | 6/2/06 | 1.0 | Summarized additional data requests for Blackstone |
| Matthew Gavejian | 6/2/06 | 4.5 | Modified presentation slide and added/revised commentary to slides based on analyses completed to date and information from XRoads/Blackstone |
| Matthew Gavejian | 6/3/06 | 1.5 | Prepared an analysis of Operation Jump Start, including pilot stores and stores not yet certified |
| Matthew Gavejian | 6/3/06 | 1.5 | Prepared an analysis of shrink margin and the impact changes in margin will have on EBITDA |
| Matthew Gavejian | 6/3/06 | 2.0 | Prepared charts documenting historical weekly sales by category/department |
| Matthew Gavejian | 6/3/06 | 2.0 | Prepared chart and analysis of Winn-Dixie's historical "basket size" |
| Matthew Gavejian | 6/3/06 | 2.0 | Prepared chart and analysis of Winn-Dixie's historical transaction count |
| Matthew Gavejian | 6/4/06 | 2.0 | Reviewed and modified analysis and chart of capital expenditures for remodeled stores |
| Matthew Gavejian | 6/4/06 | 2.0 | Prepared an analysis of ID sales trends and stratified the stores based on ranges of growth |
| Matthew Gavejian | 6/4/06 | 1.5 | Prepared an analysis of select New Orleans DMA stores including sales, shrink, margin and EBITDA |
| Matthew Gavejian | 6/4/06 | 1.0 | Prepared a summary "dashboard" of key financial performance metrics for Winn-Dixie's May 2006 business plan |
| Matthew Gavejian | 6/4/06 | 1.5 | Prepared a chart summarizing the experience and departments of Winn-Dixie's management team |
| Matthew Gavejian | 6/4/06 | 1.5 | Prepared a chart summarizing the various management initiatives to be implemented |
| Matthew Gavejian | 6/4/06 | 1.5 | Prepared an analysis of gross margin (before and after shrink) and the impact of changes on future performance |
| Matthew Gavejian | 6/4/06 | 3.0 | Prepared presentation slides (including commentary) based on various analyses |
| Matthew Gavejian | 6/5/06 | 3.5 | Input of data for store P&L's through Period 11 and revision of analyses based on data |
| Matthew Gavejian | 6/5/06 | 2.5 | Input of data for category sales and shrink through Week 47 and revision of analyses base don new data |
| Matthew Gavejian | 6/5/06 | 1.5 | Review of new information received from Blackstone relative to due diligence requests |
| Matthew Gavejian | 6/5/06 | 2.0 | Revised commentary in presentation after review of new information |
| Matthew Gavejian | 6/5/06 | 1.0 | Discussed week 47 reporting data with M.Dussinger (XRoads) |
| Matthew Gavejian | 6/5/06 | 3.5 | Revised presentation analyses based on new data and information received |
| Matthew Gavejian | 6/6/06 | 1.5 | Work with presentation to the Committee |
| Matthew Gavejian | 6/6/06 | 2.0 | Reviewed and input R.McEvoy's historical results commentary into presentation |
| Matthew Gavejian | 6/6/06 | 2.0 | Reviewed and input R.McEvoy's forecast financial performance commentary into presentation |
| Matthew Gavejian | 6/6/06 | 9.0 | Revised and formatted analyses and added to business plan presentation, revised commentary as necessary |
| Matthew Gavejian | 6/7/06 | 1.0 | Review and distribution of sub con reports to A.Hede |
| Matthew Gavejian | 6/7/06 | 1.0 | Review of information received from XRoads |
| Matthew Gavejian | 6/7/06 | 1.5 | Review of proposed format of sensitivity analyses |
| Matthew Gavejian | 6/7/06 | 5.5 | Preparation of sensitivity analysis based on various scenarios |
| Matthew Gavejian | 6/7/06 | 1.0 | Input working capital slide and commentary from R.McEvoy |
| Matthew Gavejian | 6/7/06 | 3.5 | Revised and formatted analyses and added to business plan presentation, revised commentary as necessary |
| Matthew Gavejian | 6/8/06 | 2.5 | Review summary analysis of P.Lynch's compensation requests. |
| Matthew Gavejian | 6/8/06 | 1.0 | Research landlords for certain properties |
| Matthew Gavejian | 6/8/06 | 2.5 | Modified draft of timeline of key events for Winn-Dixie |
| Matthew Gavejian | 6/8/06 | 3.0 | Review the settlement agreement and prepared a memo to the Committee detailing the Debtors' settlement with Schreiber |
| Matthew Gavejian | 6/8/06 | 1.0 | Discussed Schreiber settlement with XRoads |

**Winn-Dixie Stores, Inc., et al.**

Time Reporting Detail: March 4, 2005 through November 21, 2006

| Professional | Date | Hours | Work Performed |
|---|---|---|---|
| Matthew Gavejian | 6/8/06 | 1.5 | Revised Schreiber memo based on comments from Milbank |
| Matthew Gavejian | 6/8/06 | 1.0 | Distributed follow up e-mails to XRoads based on review of due diligence request list |
| Matthew Gavejian | 6/8/06 | 1.0 | Conference call with the Committee |
| Matthew Gavejian | 6/8/06 | 1.5 | Review of Winn-Dixie's renegotiated post-petition supply agreement with Sanderson Farms |
| Matthew Gavejian | 6/8/06 | 1.5 | Review of Winn-Dixie's renegotiated post-petition supply agreement with Libman |
| Matthew Gavejian | 6/9/06 | 1.0 | Revised the Schreiber settlement memo based on comments from Milbank |
| Matthew Gavejian | 6/9/06 | 7.0 | Revised business plan presentation based on comments from team; including text, reformatting and reorganizing analyses |
| Matthew Gavejian | 6/9/06 | 0.5 | Discussed status of various asset sales included in the May 2006 plan with D.Aulabaugh |
| Matthew Gavejian | 6/11/06 | 1.0 | Review of competitive openings by DMA information from XRoads |
| Matthew Gavejian | 6/11/06 | 2.5 | Preparation of an analysis summarizing key Winn-Dixie DMAs and competitive openings by Wal-Mart and Publix |
| Matthew Gavejian | 6/11/06 | 8.5 | Revised analyses and commentary included in business plan presentation |
| Matthew Gavejian | 6/12/06 | 1.0 | Confirmed points related to the Schreiber settlement based on questions from the Committee |
| Matthew Gavejian | 6/12/06 | 1.0 | Input revised commentary from R.McEvoy |
| Matthew Gavejian | 6/12/06 | 1.0 | Discussed cost reductions achieved to date and forecast with M.Dussinger (XRoads) |
| Matthew Gavejian | 6/12/06 | 2.5 | Review cost reduction support from M.Dussinger (XRoads) |
| Matthew Gavejian | 6/12/06 | 3.0 | Revised presentation slides regarding cost reductions based on new information received |
| Matthew Gavejian | 6/12/06 | 5.5 | Revised organization and formatting of presentation |
| Matthew Gavejian | 6/13/06 | 1.0 | Revised and input market share analysis |
| Matthew Gavejian | 6/13/06 | 1.5 | Reviewed cash flows related to D&O tail insurance included in the May 2006 business plan |
| Matthew Gavejian | 6/13/06 | 1.0 | Discussed New Orleans market share data with M.Dussinger (XRoads) |
| Matthew Gavejian | 6/13/06 | 1.5 | Added commentary to market share analysis pages |
| Matthew Gavejian | 6/13/06 | 9.5 | Continued to revise formatting and commentary of presentation |
| Matthew Gavejian | 6/14/06 | 1.5 | Revised and edited market share leaders analysis and included in presentation |
| Matthew Gavejian | 6/14/06 | 1.0 | Revised competitive openings chart and slide |
| Matthew Gavejian | 6/14/06 | 1.5 | Review and input of executive summary slides prepared by A.Hede |
| Matthew Gavejian | 6/14/06 | 1.0 | Review week 49 sales by category |
| Matthew Gavejian | 6/14/06 | 0.5 | Distributed questions relative to field organization and facilities closures to M.Dussinger (XRoads) |
| Matthew Gavejian | 6/14/06 | 1.5 | Review of working capital text prepared by R.McEvoy, input of text into presentation |
| Matthew Gavejian | 6/14/06 | 2.5 | Analysis of vendor terms implied by working capital balances |
| Matthew Gavejian | 6/14/06 | 1.5 | Review and input of vendor terms commentary prepared by R.McEvoy |
| Matthew Gavejian | 6/15/06 | 5.0 | Detailed quality check and review of presentation, including sourcing for all numbers and tying of numbers to material provided by Winn-Dixie. |
| Matthew Gavejian | 6/15/06 | 3.0 | Working group review, spelling check etc. of our evaluation of the May business plan with Hede, McEvoy and Daniello |
| Matthew Gavejian | 6/16/06 | 1.0 | Review of the AFCO premium financing agreement to be implemented by Winn-Dixie |
| Matthew Gavejian | 6/16/06 | 1.5 | Review of proposed Deloitte Consulting retention and distributed questions to XRoads |
| Matthew Gavejian | 6/19/06 | 1.0 | Revised supply contracts memo to the Committee |
| Matthew Gavejian | 6/19/06 | 0.5 | Discussed pending contract rejections with E.Lane (XRoads) |
| Matthew Gavejian | 6/20/06 | 1.5 | Prepared a memo to the Committee detailing the rejected contracts and potential rejection damages |
| Matthew Gavejian | 6/21/06 | 0.5 | Call with Committee professionals only |
| Matthew Gavejian | 6/21/06 | 1.5 | Call with the Committee |
| Matthew Gavejian | 6/21/06 | 2.0 | Summarized conclusions regarding retention of Deloitte Consulting and discussed with Milbank |
| Matthew Gavejian | 6/22/06 | 1.5 | Call with Spencer Stuart and Peter Lynch to discuss Board of Directors selections |
| Matthew Gavejian | 6/22/06 | 2.0 | Revised select slides in the business plan presentation based on comments received from HLHZ |
| Matthew Gavejian | 6/22/06 | 2.5 | Prepared June 2006 invoice |
| Matthew Gavejian | 6/22/06 | 1.0 | Revised supply contracts and rejected contracts memo based on comments from Milbank |
| Matthew Gavejian | 6/23/06 | 2.0 | Review of Winn-Dixie's renegotiated post-petition supply agreement with Lifetime products |
| Matthew Gavejian | 6/23/06 | 1.0 | Follow up calls and e-mails with XRoads and Winn-Dixie regarding potential premiums to be financed through AFCO |
| Matthew Gavejian | 6/23/06 | 1.0 | Calls with L.Mandel (Milbank) to discuss AFCO |
| Matthew Gavejian | 6/26/06 | 1.0 | Continued preparation of June 2006 invoice |
| Matthew Gavejian | 6/26/06 | 2.0 | Revisions to business plan presentation based on comments from A.Hede |
| Matthew Gavejian | 6/26/06 | 2.0 | Reviewed the Debtors Liquidation Analysis |
| Matthew Gavejian | 6/26/06 | 1.0 | Reviewed draft of the Debtors' Disclosure Statement |
| Matthew Gavejian | 6/26/06 | 1.0 | Call with HLHZ and Milbank regarding the Plan of Reorganization |

EXHIBIT B

**Winn-Dixie Stores, Inc., et al.**

Time Reporting Detail: March 4, 2005 through November 21, 2006

| Professional | Date | Hours | Work Performed |
|---|---|---|---|
| Matthew Gavejian | 6/27/06 | 1.5 | Prepared memo detailing the supply contract with Lifetime products (not included in previous memo) for the Committee |
| Matthew Gavejian | 6/27/06 | 1.5 | Review of the Debtors proposed FY 2007 annual incentive plan |
| Matthew Gavejian | 6/27/06 | 3.0 | Initial drafting of memo summarizing FY 2007 annual incentive plan |
| Matthew Gavejian | 6/27/06 | 1.0 | Continued preparation of June 2006 invoice |
| Matthew Gavejian | 6/27/06 | 0.5 | Phone call with A.Hede regarding Liberty Mutual |
| Matthew Gavejian | 6/27/06 | 1.5 | Continued review and drafting of memo regarding the FY 2007 annual incentive plan |
| Matthew Gavejian | 6/27/06 | 2.0 | Discussed Liberty Mutual bonding facility with J.Young (XRoads) and reviewed information received from D.Bitter (Winn-Dixie) |
| Matthew Gavejian | 6/28/06 | 2.0 | Conference call with the Committee |
| Matthew Gavejian | 6/29/06 | 0.5 | Prepared e-mail summary of Liberty Mutual bonding facility and L/C requirements for the Committee |
| Matthew Gavejian | 6/29/06 | 4.5 | Final quality check and revisions to business plan presentation before distribution (by hardcopy and e-mail) to the Committee |
| Matthew Gavejian | 6/30/06 | 0.5 | Call with M.Barr and M.Comerford (Milbank) to discuss claims process |
| Matthew Gavejian | 6/30/06 | 3.5 | Finalized and distributed June 2006 invoice |
| Matthew Gavejian | 6/30/06 | 0.5 | Discussions with XRoads regarding claims process |
| Matthew Gavejian | 7/5/06 | 2.0 | Review of Annual Incentive Plan documentation including review of target levels, potential payouts and previous Plan structure |
| Matthew Gavejian | 7/6/06 | 2.0 | Review of Liberty Mutual bonding documentation and requirements |
| Matthew Gavejian | 7/6/06 | 1.0 | Correspondence with information requests and questions regarding Liberty Mutual |
| Matthew Gavejian | 7/7/06 | 2.0 | Research and review Liberty Mutual proofs of claims and review of collateral amounts |
| Matthew Gavejian | 7/7/06 | 0.5 | Discussed Liberty Mutual with L.Mandel (Milbank) |
| Matthew Gavejian | 7/10/06 | 5.0 | Prepared memo discussing Winn-Dixie's proposed Annual Incentive Plan for management |
| Matthew Gavejian | 7/11/06 | 3.0 | Prepared talking/discussion points memo for A&M's presentation of its review of Winn-Dixie's Business Plan |
| Matthew Gavejian | 7/11/06 | 2.0 | Revised memo on the proposed Annual Incentive Plan |
| Matthew Gavejian | 7/12/06 | 8.0 | Prepared script for presentation to the Committee, including slide references and key message points for illustration |
| Matthew Gavejian | 7/13/06 | 1.0 | Preparation for call with the Committee (business plan review presentation) |
| Matthew Gavejian | 7/13/06 | 2.0 | Participated in call with the Committee and advisors; presented A&M's review of Winn-Dixie's business plan |
| Matthew Gavejian | 7/14/06 | 2.0 | Review of weekly and period based sales reports for tracking to A&M's presentation |
| Matthew Gavejian | 7/17/06 | 2.0 | Preparation of schedules, detailing time and expenses for Fourth Interim Fee Application |
| Matthew Gavejian | 7/18/06 | 5.0 | Drafting text of application, including services performed, and order for Fourth Interim Fee Application |
| Matthew Gavejian | 7/19/06 | 1.5 | Review of Winn-Dixie's MOR for the period ended June 28, 2006 |
| Matthew Gavejian | 7/19/06 | 0.5 | Correspondence regarding call with XRoads to discuss claims |
| Matthew Gavejian | 7/19/06 | 1.0 | Preparation for call to discuss claims (call canceled) |
| Matthew Gavejian | 7/20/06 | 3.5 | Preparation, review and distribution of July monthly invoice |
| Matthew Gavejian | 7/20/06 | 0.5 | Conference call with the Committee |
| Matthew Gavejian | 8/3/06 | 2.5 | Review First Omnibus Motion for assumption of contracts |
| Matthew Gavejian | 8/3/06 | 1.0 | Review of Harahan asset sale documentation |
| Matthew Gavejian | 8/3/06 | 1.0 | Documented and distributed questions regarding First Omnibus Motion to XRoads |
| Matthew Gavejian | 8/4/06 | 1.0 | Revise and finalize First Omnibus Assumption motion memo to the Committee |
| Matthew Gavejian | 8/4/06 | 2.0 | Prepared analysis of impact of closure of seven stores on Winn-Dixie financial performance |
| Matthew Gavejian | 8/7/06 | 5.0 | Prepared analysis of claims information, including stratifications and review of claims buckets, amounts and claimant types |
| Matthew Gavejian | 8/8/06 | 1.0 | Call with Skadden, Milbank, Logan and Co. and XRoads regarding claims information |
| Matthew Gavejian | 8/8/06 | 2.5 | Review of claims information received to date, including reports from Logan & Co. |
| Matthew Gavejian | 8/9/06 | 1.0 | Review of report detailing changes made to certain claims voting classification prepared by Logan & Co. |
| Matthew Gavejian | 8/9/06 | 0.5 | Documented and distributed questions to XRoads regarding newly filed assumption and rejection motions |
| Matthew Gavejian | 8/9/06 | 0.5 | Documented and distributed questions to Milbank regarding claims |
| Matthew Gavejian | 8/9/06 | 2.0 | Prepared memo detailing the closure of seven Winn-Dixie stores |
| Matthew Gavejian | 8/9/06 | 1.0 | Review of non-voting, CUD and other secured claims classes |
| Matthew Gavejian | 8/10/06 | 1.0 | Committee conference call |
| Matthew Gavejian | 8/10/06 | 2.0 | Revise store closure memo |
| Matthew Gavejian | 8/10/06 | 1.0 | Call with K.Fagerstrom (XRoads) regarding executory contracts and unexpired leases to be rejected |

**EXHIBIT B**

**Winn-Dixie Stores, Inc., et al.**

Time Reporting Detail: March 4, 2005 through November 21, 2006

| Professional | Date | Hours | Work Performed |
|---|---|---|---|
| Matthew Gavejian | 8/10/06 | 1.5 | Reformatted daily time records and detail to be in compliance with Stuart Maue (Fee Examiner) format and distributed time records |
| Matthew Gavejian | 8/11/06 | 0.5 | Call with J.O'Connell (Blackstone) to discuss current cash balance and changes from Plan documents |
| Matthew Gavejian | 8/11/06 | 1.5 | Review of information relative to store closure and auction process based on information from XRoads |
| Matthew Gavejian | 8/11/06 | 2.0 | Drafting of Second Omnibus Contract Assumption Motion memo to the Committee |
| Matthew Gavejian | 8/14/06 | 2.0 | Drafted employment contract assumption and rejection memo |
| Matthew Gavejian | 8/14/06 | 1.5 | Review information from XRoads regarding components of contract rejections and assumptions |
| Matthew Gavejian | 8/14/06 | 0.5 | Discuss employee contract issue with Milbank |
| Matthew Gavejian | 8/14/06 | 1.5 | Revise executory contracts and unexpired leases memo to the Committee |
| Matthew Gavejian | 8/15/06 | 2.5 | Review of Visagent memo and claims information; status update from M.Comerford (Milbank) |
| Matthew Gavejian | 8/16/06 | 1.5 | Revisions to employment contract assumptions and rejections memo |
| Matthew Gavejian | 8/16/06 | 1.5 | Prepared July invoice |
| Matthew Gavejian | 8/17/06 | 0.5 | Calls with J.Milton (Milbank) to discuss outstanding motions and filings |
| Matthew Gavejian | 8/17/06 | 0.5 | Call with S.Karol (XRoads) to discuss closure of certain Winn-Dixie stores |
| Matthew Gavejian | 8/17/06 | 1.5 | Revise memo regarding closure of stores |
| Matthew Gavejian | 8/17/06 | 0.5 | Final review and distribution of July invoice |
| Matthew Gavejian | 8/18/06 | 1.5 | Final revisions to memo regarding closure of Winn-Dixie stores |
| Matthew Gavejian | 8/18/06 | 1.0 | Discussed memo with Milbank |
| Matthew Gavejian | 8/22/06 | 1.0 | Review of Southern Wines stipulation and reclamation documents |
| Matthew Gavejian | 8/23/06 | 1.0 | Discussed Southern Wines stipulation with J.Young (XRoads) |
| Matthew Gavejian | 8/24/06 | 0.5 | Discuss trade stipulation with Southern Wines with M.Comerford (Milbank) |
| Matthew Gavejian | 8/24/06 | 0.5 | Review of draft IBM Assumption Motion |
| Matthew Gavejian | 8/24/06 | 0.5 | Discussed IBM motion with J.Milton (Milbank) |
| Matthew Gavejian | 8/25/06 | 0.5 | Detailed questions relation to the IBM motion to XRoads |
| Matthew Gavejian | 8/25/06 | 0.5 | Reviewed Southern Wines stipulation and assisted with execution of agreement |
| Matthew Gavejian | 8/28/06 | 1.0 | Review of the Third Omnibus Assumption Motion |
| Matthew Gavejian | 8/28/06 | 1.0 | Review of the revised IBM Assumption Motion |
| Matthew Gavejian | 8/28/06 | 1.0 | Review of Contract Rejection motion |
| Matthew Gavejian | 8/28/06 | 0.5 | Prepared detailed list of questions for XRoads |
| Matthew Gavejian | 8/29/06 | 0.5 | Call with J.Young (XRoads) regarding information requests related to various Debtor filings |
| Matthew Gavejian | 8/29/06 | 0.5 | Call with J.Milton to coordinate on memos to the Committee and status of Debtor filings |
| Matthew Gavejian | 8/30/06 | 0.5 | Meeting with A.Hede |
| Matthew Gavejian | 8/30/06 | 1.0 | Call with J.Young (XRoads) regarding IBM, Contract Rejection and Third Omnibus Motions |
| Matthew Gavejian | 8/30/06 | 1.0 | Review of Winn-Dixie claims register |
| Matthew Gavejian | 8/30/06 | 0.5 | Call with J.Young (XRoads) to follow up on open items/questions regarding motions |
| Matthew Gavejian | 8/30/06 | 2.0 | Drafted memo to the Committee related to the Third Omnibus Motion |
| Matthew Gavejian | 8/31/06 | 3.0 | Drafted memo to the Committee related to the IBM Motion |
| Matthew Gavejian | 8/31/06 | 1.0 | Calls with J.Milton (Milbank) to discuss comments to memos |
| Matthew Gavejian | 8/31/06 | 2.5 | Revised various memos |
| Matthew Gavejian | 9/1/06 | 2.0 | Final drafting of IBM Motion memo and distribution to Milbank for review |
| Matthew Gavejian | 9/5/06 | 0.5 | Call with J.Milton (Milbank) regarding the IBM motion and memo |
| Matthew Gavejian | 9/7/06 | 1.0 | Revised stratification analysis of unsecured claims by class |
| Matthew Gavejian | 9/7/06 | 1.0 | Conference call with the Committee |
| Matthew Gavejian | 9/7/06 | 1.5 | Drafted rejection motion memo and prepared charts |
| Matthew Gavejian | 9/8/06 | 0.5 | Revisions to contract rejection memo and distribution to Milbank |
| Matthew Gavejian | 9/11/06 | 0.5 | Call with M.Comerford to discuss claims totals and review of claims totals for Visagent claim |
| Matthew Gavejian | 9/14/06 | 1.0 | Conference call with the Committee |
| Matthew Gavejian | 9/15/06 | 0.5 | Initial call to discuss section 382 tax issues with HLHZ, Milbank, Skadden, Deloitte & Touche |
| Matthew Gavejian | 9/15/06 | 0.5 | Call with J.Milton (Milbank) to discuss various motions and implications of contract assumptions |
| Matthew Gavejian | 9/19/06 | 0.5 | Call with A&M tax team to discuss upcoming call to review assumptions |
| Matthew Gavejian | 9/19/06 | 0.5 | Call with HLHZ, Milbank, Skadden, Deloitte & Touche to review assumptions, follow up questions |
| Matthew Gavejian | 9/20/06 | 1.0 | Prepared September 2006 invoice and reviewed August 2006 time records |

EXHIBIT B

**Winn-Dixie Stores, Inc., et al.**

Time Reporting Detail: March 4, 2005 through November 21, 2006

| Professional | Date | Hours | Work Performed |
|---|---|---|---|
| Matthew Gavejian | 9/20/06 | 4.0 | Review of various motions including: 1st, 2nd, 3rd Negotiated Assumptions, 4th Omnibus Assumption, 1st Negotiated Rejection, 5th Omnibus Assumption and 4th Negotiated Assumption |
| Matthew Gavejian | 9/20/06 | 0.5 | Call with J.Milton to discuss motions and A&M deliverables |
| Matthew Gavejian | 9/20/06 | 0.5 | Call with A&M tax team to discuss view of tax analysis |
| Matthew Gavejian | 9/20/06 | 0.5 | Call with M.Comerford (Milbank) and A.Tang (HLHZ) to discuss reporting to Committee regarding tax issues |
| Matthew Gavejian | 9/20/06 | 0.5 | Call with J.Young (XRoads) to discuss information requests relative to the various motions filed |
| Matthew Gavejian | 9/20/06 | 1.5 | Review of payment history for vendors with contracts to be assumed to understand potential preference implications |
| Matthew Gavejian | 9/21/06 | 1.5 | Review of business case in support of the assumption of modified agreement with Cardtronics |
| Matthew Gavejian | 9/21/06 | 0.5 | Calls with J.Young (XRoads) to discuss status of information, new pieces of data and next steps in motion review process |
| Matthew Gavejian | 9/21/06 | 0.5 | Calls with J.Milton (Milbank) to discuss status of A&M deliverables and timing of information from XRoads |
| Matthew Gavejian | 9/21/06 | 0.5 | Compiled and distributed questions to XRoads relative to the rejection motion and the negotiated rejection motion |
| Matthew Gavejian | 9/21/06 | 0.5 | Compiled and distributed questions to XRoads relative to the various contract assumptions and requested additional information to assist in review of potential preference payments |
| Matthew Gavejian | 9/21/06 | 4.0 | Continued to draft memos relative to various outstanding motions |
| Matthew Gavejian | 9/21/06 | 0.5 | Finalized, quality checked and distributed contract rejection memo to Milbank for review |
| Matthew Gavejian | 9/22/06 | 3.5 | Prepared initial drafts of various rejection / assumption memos |
| Matthew Gavejian | 9/22/06 | 1.0 | Documented list of outstanding information requests and distributed to XRoads |
| Matthew Gavejian | 9/22/06 | 0.5 | Received comments on rejection memo from Milbank; revised memo and distributed |
| Matthew Gavejian | 9/22/06 | 1.5 | Call with K.Fagerstrom to discuss specifics related to vendors, reasons for rejection and/or assumption of contracts, terms of new supply agreements and overview of negotiations relative to contracts |
| Matthew Gavejian | 9/22/06 | 1.0 | Review of Milbank workflow tracking sheet |
| Matthew Gavejian | 9/22/06 | 0.5 | Internal communication regarding A&M's role in reviewing the section 382 tax issue |
| Matthew Gavejian | 9/25/06 | 0.5 | Distributed questions relative to Class 13 Landlord Claims to XRoads |
| Matthew Gavejian | 9/25/06 | 1.0 | Review analysis of Class 13 claims and discussed with XRoads and Milbank |
| Matthew Gavejian | 9/25/06 | 1.0 | Follow up e-mails regarding rejection motion vendors and open information requests |
| Matthew Gavejian | 9/25/06 | 5.5 | Drafted memo related to the 4th Omnibus Contract Assumption motion |
| Matthew Gavejian | 9/25/06 | 1.0 | Call with J.Young (XRoads) and Winn-Dixie internal counsel to discuss negotiations of assumptions and terms included in contracts |
| Matthew Gavejian | 9/26/06 | 1.0 | Final review and distribution of Fourth Omnibus motion memo to Milbank |
| Matthew Gavejian | 9/26/06 | 0.5 | Internal coordination of tax issue review |
| Matthew Gavejian | 9/26/06 | 0.5 | Final review and distribution of First Negotiated Contract Rejection motion memo to Milbank |
| Matthew Gavejian | 9/26/06 | 0.5 | Revised and distributed Fourth Omnibus motion memo based on comments from Milbank |
| Matthew Gavejian | 9/26/06 | 0.5 | Requested information from XRoads relative to the Second Negotiated Rejection motion |
| Matthew Gavejian | 9/26/06 | 6.0 | Drafting of Fifth Omnibus Assumption, Fourth Negotiated Assumption, 1st 2nd and 3rd Negotiated assumption motion, Second Negotiated Rejection motion |
| Matthew Gavejian | 9/26/06 | 0.5 | Various calls with Milbank |
| Matthew Gavejian | 9/26/06 | 0.5 | Various calls with XRoads, Winn-Dixie |
| Matthew Gavejian | 9/27/06 | 1.0 | Review of draft rejection motion of Rexall Sundown contract |
| Matthew Gavejian | 9/27/06 | 1.0 | Finalize and review 1st, 2nd , 3rd Negotiated Assumption memo |
| Matthew Gavejian | 9/27/06 | 0.5 | Discuss First Negotiated Rejection memo with J.Milton (Milbank) |
| Matthew Gavejian | 9/27/06 | 0.5 | Discussed disputed claims with S.Karol (XRoads) |
| Matthew Gavejian | 9/27/06 | 0.5 | Discussed status update relative to motions filed/to be filed with J.Young (Milbank) |
| Matthew Gavejian | 9/27/06 | 0.5 | Revised 1st, 2nd, 3rd Negotiated Assumption memo based on comments from Milbank |
| Matthew Gavejian | 9/27/06 | 6.0 | Continued drafting of Fifth Omnibus Assumption, Fourth Negotiated Assumption, Second Negotiated Rejection and Cardtronics motion |
| Matthew Gavejian | 9/28/06 | 1.5 | Conference call with the Committee |
| Matthew Gavejian | 9/28/06 | 1.0 | Final review and distribution of Fifth Omnibus, Second Negotiated Rejection, and Fourth Negotiated Assumption motion memos |
| Matthew Gavejian | 9/28/06 | 0.5 | Review of claims support and filed proof of claim for specific vendor included in Second Negotiated Rejection motion |
| Matthew Gavejian | 9/28/06 | 0.5 | Discussed claims for rejection damages and proof of claim with B.Gaston (XRoads) |

**EXHIBIT B**

**Winn-Dixie Stores, Inc., et al.**

Time Reporting Detail: March 4, 2005 through November 21, 2006

| Professional | Date | Hours | Work Performed |
|---|---|---|---|
| Matthew Gavejian | 9/28/06 | 1.5 | Final review and drafting of Cardtronics memo |
| Matthew Gavejian | 9/28/06 | 0.5 | Discussed payment history to Cardtronics with XRoads |
| Matthew Gavejian | 9/28/06 | 0.5 | Revised Fourth Negotiated Assumption and Fifth Omnibus Assumption memos based on comments from Milbank |
| Matthew Gavejian | 9/29/06 | 1.5 | Final drafting of Second Negotiated Rejection memo |
| Matthew Gavejian | 9/29/06 | 1.0 | Discussed memo with J.Milton (Milbank) |
| Matthew Gavejian | 9/29/06 | 1.0 | Revised memo based on comments from J.Milton (Milbank) |
| Matthew Gavejian | 9/29/06 | 1.0 | Discussed Cardtronics memo with J.Milton (Milbank) |
| Matthew Gavejian | 9/29/06 | 1.0 | Revised Cardtronics memo |
| Matthew Gavejian | 9/29/06 | 1.0 | Final review and quality checks of both memos and distribution to Milbank |
| Matthew Gavejian | 10/2/06 | 2.0 | Review of the Rexall Sundown negotiated rejection motion |
| Matthew Gavejian | 10/2/06 | 2.0 | Drafting memo to the Committee regarding the Rexall Sundown rejection motion |
| Matthew Gavejian | 10/3/06 | 1.0 | Call with K.Fagerstom (XRoads) and Winn-Dixie to discuss Rexall Sundown motion and agreement |
| Matthew Gavejian | 10/3/06 | 1.0 | Revisions to Rexall Sundown memo per comments from Milbank |
| Matthew Gavejian | 10/3/06 | 0.5 | Coordinated with tax professionals on time reporting requirements and information to be included in September invoice |
| Matthew Gavejian | 10/3/06 | 1.0 | Initial preparation of October monthly invoice |
| Matthew Gavejian | 10/4/06 | 1.5 | Review of data relative to U.S. Nutrition and Rexall Sundown sales for analysis of rejection and subsequent signing of new agreement |
| Matthew Gavejian | 10/5/06 | 1.0 | Prepared for and participated in weekly conference call with the Committee and advisors |
| Matthew Gavejian | 10/6/06 | 1.0 | Discussed Rexall Motion with Milbank and revised memo per discussion |
| Matthew Gavejian | 10/10/06 | 2.0 | Preparation and review of October 2006 monthly invoice |
| Matthew Gavejian | 10/10/06 | 1.0 | Review of various stipulations for assumptions filed by Winn-Dixie |
| Matthew Gavejian | 10/11/06 | 2.0 | Review of Hobart negotiated assumption motion and agreed orders with CIGNA and IRI |
| Matthew Gavejian | 10/11/06 | 0.5 | Meeting with A.Hede to discuss status of Debtor motions filed |
| Matthew Gavejian | 10/11/06 | 1.0 | Review of Anderson News modified supply agreement motion |
| Matthew Gavejian | 10/11/06 | 0.5 | Prepared and distributed list of questions related to various motions to XRoads and Winn-Dixie |
| Matthew Gavejian | 10/12/06 | 1.0 | Prepared for and participated in weekly conference call with the Committee and advisors |
| Matthew Gavejian | 10/12/06 | 1.0 | Review of business plan and calls with Winn-Dixie advisors to respond to Committee member questions |
| Matthew Gavejian | 10/13/06 | 0.5 | Prepared list of best performing Jacksonville store addresses |
| Matthew Gavejian | 10/13/06 | 1.0 | Review of business plan and calls with Winn-Dixie advisors to respond to Committee member questions |
| Matthew Gavejian | 10/16/06 | 1.0 | Respond to questions from unsecured creditors |
| Matthew Gavejian | 10/16/06 | 2.0 | Review of Del Monte, MSC and Citicorp stipulations |
| Matthew Gavejian | 10/16/06 | 2.0 | Drafting memo to the Committee regarding the Del Monte, MSC and Citicorp stipulations |
| Matthew Gavejian | 10/17/06 | 1.5 | Review of preference period payments and accounts payable balances for relative to APCO, Citicorp, Del Monte, Hobart, MSC and Oracle motions |
| Matthew Gavejian | 10/17/06 | 1.0 | Final review and distribution of memo to the Committee regarding the Del Monte, MSC and Citicorp stipulations |
| Matthew Gavejian | 10/17/06 | 1.0 | Various revisions to the stipulation memo to the Committee per comments from Milbank |
| Matthew Gavejian | 10/17/06 | 2.0 | Drafting memo to the Committee regarding various contract assumptions for APCO, Anderson News, GE, Hobart and Oracle |
| Matthew Gavejian | 10/17/06 | 1.0 | Review Milbank motion/memo tracking sheet |
| Matthew Gavejian | 10/17/06 | 1.0 | Discussed status of various motions and related memos with Milbank |
| Matthew Gavejian | 10/17/06 | 1.0 | Calls and e-mail correspondence with XRoads related to outstanding questions about motions, orders and upcoming filings |
| Matthew Gavejian | 10/18/06 | 0.5 | Final review and distribution of APCO, Anderson News, GE, Hobart and Oracle memo |
| Matthew Gavejian | 10/18/06 | 2.0 | Drafted memo to the Committee regarding the Sixth Omnibus Contract Assumption motion |
| Matthew Gavejian | 10/18/06 | 2.0 | Drafted memo to the Committee regarding the Agreed Orders for Contract Assumptions |
| Matthew Gavejian | 10/18/06 | 1.5 | Reviewed A&M's memo regarding the assumption of non-residential leases in Florida |
| Matthew Gavejian | 10/19/06 | 2.0 | AFCO insurance premium financing documentation and annual cost based on information provided by XRoads and Winn-Dixie |
| Matthew Gavejian | 10/20/06 | 1.0 | Review of Dell stipulation motion and distribution of questions to XRoads |
| Matthew Gavejian | 10/20/06 | 0.5 | Review and finalize memos to the Committee related to the Sixth Omnibus Motion and Agreed Orders for Contract Assumptions |
| Matthew Gavejian | 10/23/06 | 1.5 | Review and research latest AFCO financing and discussed with Winn-Dixie |
| Matthew Gavejian | 10/23/06 | 0.5 | Reported findings regarding AFCO to L.Mandel (Milbank) |

**EXHIBIT B**

**Winn-Dixie Stores, Inc., et al.**

Time Reporting Detail: March 4, 2005 through November 21, 2006

| Professional | Date | Hours | Work Performed |
|---|---|---|---|
| Matthew Gavejian | 10/24/06 | 1.0 | Call with K.Fagerstrom and Winn-Dixie regarding the Dell Stipulation and the Information Builders Inc motion for administrative expense |
| Matthew Gavejian | 10/24/06 | 1.0 | Review of the Information Builders Inc motion for payment of administrative expense |
| Matthew Gavejian | 10/24/06 | 1.0 | Review detailed documentation from the Debtors regarding the Information Builders Inc claim |
| Matthew Gavejian | 10/25/06 | 1.0 | Review of draft of the Debtors' memorandum of law responding to the dissenting landlords post-confirmation brief |
| Matthew Gavejian | 10/25/06 | 0.5 | Review Milbank's comments to the draft Coca-Cola stipulation filing |
| Matthew Gavejian | 10/25/06 | 0.5 | Revised memo to the Committee regarding CIGNA motion |
| Matthew Gavejian | 10/25/06 | 0.5 | Distributed questions to XRoads regarding Coca-Cola filing |
| Matthew Gavejian | 10/25/06 | 0.5 | Review XRoads response to Coca-Cola questions |
| Matthew Gavejian | 10/26/06 | 1.0 | Review Skadden response to Milbank on questions related to AFCO financing of crime and employee practice liability insurance premiums |
| Matthew Gavejian | 10/26/06 | 1.0 | Review status of outstanding memos and filed motions and discussed with Milbank |
| Matthew Gavejian | 10/26/06 | 0.5 | Discussed AFCO financing with Milbank |
| Matthew Gavejian | 10/26/06 | 0.5 | Review questions from unsecured creditors regarding the Winn-Dixie business plan |
| Matthew Gavejian | 10/27/06 | 2.0 | Review five year plan and compared to actual monthly operating reports to understand performance of business and cash balances |
| Matthew Gavejian | 10/30/06 | 0.5 | Discussed recent filing and status of motions with Milbank |
| Matthew Gavejian | 10/31/06 | 2.5 | Review of claims analyses prepared by Winn-Dixie, comparison to previous versions of analysis |
| Matthew Gavejian | 11/1/06 | 0.5 | Additional review of claims analyses in preparation for 11/2 meeting |
| Matthew Gavejian | 11/2/06 | 3.0 | Preparation and participation in meeting with Debtors, Debtors counsel and advisors, Milbank, HLHZ to discuss claims reconciliation process and stock distribution issues relative to unsecured creditors |
| Matthew Gavejian | 11/3/06 | 1.5 | Review of XL/March settlement motion, including documenting list of questions to XRoads |
| Matthew Gavejian | 11/3/06 | 1.0 | Review news articles and Winn-Dixie announcement of resignation of board member |
| Matthew Gavejian | 11/3/06 | 0.5 | Participated in Board sub-committee call |
| Matthew Gavejian | 11/3/06 | 0.5 | Review of time and expenses for Fifth Interim Fee application |
| Matthew Gavejian | 11/6/06 | 1.0 | E-mail correspondence with XRoads regarding the Coca-Cola and Marsh/Xl motions |
| Matthew Gavejian | 11/7/06 | 1.0 | Distributed list of information and requests related to the Coca-Cola and March/XL motions to XRoads |
| Matthew Gavejian | 11/8/06 | 0.5 | Review of preference period payment information for review of Coca-Cola stipulation |
| Matthew Gavejian | 11/8/06 | 0.5 | Review of HLHZ memo detailing claims and the common stock reserve |
| Matthew Gavejian | 11/9/06 | 1.0 | Call with the Committee |
| Matthew Gavejian | 11/10/06 | 1.0 | Drafted memo related to Dell Marketing and Information Builders motions |
| Matthew Gavejian | 11/14/06 | 1.0 | Prepared initial draft of A&M's response to the Fee Examiner's report on A&M's Third and Fourth Interim Fee Applications |
| Matthew Gavejian | 11/14/06 | 0.5 | Review of analysis of XL/Marsh claims related to 2004 Hurricanes |
| Matthew Gavejian | 11/14/06 | 0.5 | Call with K.Fagerstrom to discuss XL/Marsh Settlement |
| Matthew Gavejian | 11/15/06 | 1.5 | Review, quality check, final revisions and distribution of A&M's response to the Fee Examiner |
| Matthew Gavejian | 11/15/06 | 0.5 | Correspondence with K.LaMaina (Skadden) regarding A&M's Fifth Interim Fee Application |
| Matthew Gavejian | 11/16/06 | 2.0 | Preparation of Fifth Interim Fee Application including drafting of document, review of time entries and expense descriptions for the periods and review of previous fee applications |
| Matthew Gavejian | 11/16/06 | 1.0 | Call with the Committee |
| Matthew Gavejian | 11/16/06 | 1.0 | Review of the Ohio Casualty settlement motion |
| Matthew Gavejian | 11/16/06 | 0.5 | Correspondence with Blackstone to answer questions from Milbank related to distributable value to creditors |
| Matthew Gavejian | 11/17/06 | 1.5 | Drafting of memo summarizing XL/March and Ohio Casualty settlements |
| Matthew Gavejian | 11/17/06 | 1.0 | Call with K.Fagerstrom to discuss the Ohio Casualty settlement |
| Matthew Gavejian | 11/17/06 | 0.5 | Revisions to the XL/Marsh settlement and Ohio Casualty settlement and distribution to Milbank |
| Matthew Gavejian | 11/17/06 | 1.0 | Continued preparation of Fifth Interim Fee application, including detailed descriptions of services performed on behalf of the Committee |
| Matthew Gavejian | 11/20/06 | 2.0 | Quality check and final review of Fifth Interim fee application.  Coordinated filing and service of notice list with Milbank |
| Matthew Gavejian | 11/21/06 | 1.0 | Reviewed filed Fifth Interim Fee Application and required court documents distributed by Skadden |
| Matthew Gavejian | 11/21/06 | 1.0 | Reviewed filed Motion for Stipulation with Coca-Cola and confirmed required review with Milbank |

EXHIBIT B

**Winn-Dixie Stores, Inc., et al.**

Time Reporting Detail: March 4, 2005 through November 21, 2006

| Professional | Date | Hours | Work Performed |
|---|---|---|---|
| **Total** | | **1,495.2** | |
| | | | |
| David Kirsch | 4/21/05 | 4.0 | Developed weekly monitoring report |
| | | **4.0** | |
| | | | |
| Brian Abbott | 11/25/05 | 2.0 | Review Winn-Dixie Plan and support docs |
| Brian Abbott | 11/25/05 | 0.2 | Emails related to Plan questions |
| Brian Abbott | 11/28/05 | 0.7 | Prepare list of questions for Winn-Dixie related to Plan |
| Brian Abbott | 11/28/05 | 0.3 | Email related to Winn-Dixie Plan |
| | | **3.2** | |
| | | | |
| Ian McCready | 12/21/05 | 6.0 | Researched grocery store directors and officers salary and compensation structures for Winn-Dixie comparable companies |
| | | **6.0** | |
| | | | |
| Chris Daniello | 5/30/06 | 3.0 | Sales per square foot analysis based on Winn-Dixie 5-year financial forecast material |
| Chris Daniello | 5/30/06 | 1.5 | Sales per square foot analysis for Winn-Dixie competitors, including a review of filed SEC documents (10Ks and 10Qs) |
| Chris Daniello | 5/31/06 | 1.5 | Prepared analysis of Winn-Dixie competitors based on information from Capital IQ (including summary of revenue, EBITDA, store base and other general information) |
| Chris Daniello | 5/31/06 | 1.0 | Compiling data sources for Winn-Dixie competitor information |
| Chris Daniello | 5/31/06 | 1.0 | Revised sales per square foot analysis for Winn-Dixie competitors |
| Chris Daniello | 6/12/06 | 2.0 | Telephonic search for a Market research firm, which would provide a detailed analyses on grocery store's market share in various DMAs and decided on Trade Dimensions. |
| Chris Daniello | 6/13/06 | 3.5 | Compiled market share data for each of Winn-Dixie's 22 DMAs and inputted that information into Excel in order to be able to manipulate the data. |
| Chris Daniello | 6/14/06 | 2.0 | Analyzed the market share data for each DMA, by sorting data in various ways to understand Winn-Dixie's position in each DMA |
| Chris Daniello | 6/14/06 | 1.0 | Analysis of market leaders by DMA |
| Chris Daniello | 6/14/06 | 1.0 | Analysis of changes in market share from FY 2004 to FY2005 for both Winn-Dixie and its competitors. |
| Chris Daniello | 6/15/06 | 3.0 | Working group review, spelling check etc. of our evaluation of the May business plan with Hede, McEvoy and Gavejian |
| | | **20.5** | |
| | | | |
| **Grand Total** | | **4,480.7** | |

# EXHIBIT C

EXHIBIT C

**Winn-Dixie Stores, Inc., et al.**

Expense Detail: March 4, 2005 through November 21, 2006

| Professional | Date | Amount | Type | Description |
|---|---|---|---|---|
| Andrew Hede | 4/6/05 | 100.00 | Business Meals | Business meal - A.Hede & M.Kopacz |
| Andrew Hede | 4/6/05 | 16.59 | Business Meals | Business meal - A.Hede & M.Kopacz |
| Andrew Hede | 4/8/05 | 24.07 | Business Meals | Business meal |
| Andrew Hede | 4/8/05 | 14.41 | Business Meals | Business meal - A.Hede & M.Kopacz |
| Andrew Hede | 4/13/05 | 18.99 | Business Meals | Business meal |
| Andrew Hede | 4/14/05 | 11.85 | Business Meals | Business meal - A.Hede & M.Gavejian |
| Andrew Hede | 4/14/05 | 100.00 | Business Meals | Business meal - A.Hede & M.Gavejian |
| Andrew Hede | 4/14/05 | 4.62 | Business Meals | Business meal |
| Andrew Hede | 4/15/05 | 17.76 | Business Meals | Business meal - A.Hede, M.Gavejian & A. Stevenson (XRoads) |
| Andrew Hede | 4/7/05 | 209.05 | Lodging | Hotel for stay over in Miami for store visits |
| Andrew Hede | 4/8/05 | 175.37 | Lodging | Hotel for stay over in Jacksonville for store visits |
| Andrew Hede | 4/15/05 | 404.54 | Lodging | Hotel in Jacksonville from 4/13/05 through 4/15/05 (2 nights) |
| Andrew Hede | 4/6/05 | 11.49 | Telecommunications | Hotel telecommunications charges |
| Andrew Hede | 4/11/05 | 27.16 | Telecommunications | Mobile phone charges |
| Andrew Hede | 5/12/05 | 167.40 | Telecommunications | Mobile phone charges including charges for e-mailing photographs from store visits which were used in a presentation to the Committee |
| Andrew Hede | | 26.38 | Telecommunications allocation [1] | 3/4/05 - 3/22/05 Wireless Usage Charges |
| Andrew Hede | 4/6/05 | 507.70 | Transportation (Airfare) | Flight from EWR to MIA |
| Andrew Hede | 4/7/05 | 806.40 | Transportation (Airfare) | Flight from MIA to JAX for A.Hede and M. Kopacz |
| Andrew Hede | 4/8/05 | 609.20 | Transportation (Airfare) | Flight from JAX to EWR |
| Andrew Hede | 4/15/05 | 1,166.90 | Transportation (Airfare) | Roundtrip airfare from EWR to JAX |
| Andrew Hede | 4/6/05 | 99.39 | Transportation (Car Service/Taxi) | Car service from home to EWR |
| Andrew Hede | 4/8/05 | 102.29 | Transportation (Car Service/Taxi) | Car service from EWR to home |
| Andrew Hede | 4/13/05 | 79.76 | Transportation (Car Service/Taxi) | Car service from NY office to EWR |
| Andrew Hede | 4/15/05 | 96.29 | Transportation (Car Service/Taxi) | Car service from EWR to home |
| Andrew Hede | 4/27/05 | 8.00 | Transportation (Car Service/Taxi) | Taxi fare to Committee meeting |
| Andrew Hede | 4/6/05 | 27.00 | Transportation (Parking) | Hotel parking charges |
| Andrew Hede | 4/15/05 | 25.00 | Transportation (Parking) | Hotel parking charges |
| Andrew Hede | 4/7/05 | 182.31 | Transportation (Rental Car) | Rental car for store visits in Miami (2 days) |
| Andrew Hede | 4/15/05 | 162.25 | Transportation (Rental Car) | Rental car for Jacksonville stay (2 days) |
| Andrew Hede | 6/7/05 | 1,216.90 | Transportation (Airfare) | Roundtrip flight from EWR to JAX for meeting with Debtors |
| Andrew Hede | 6/7/05 | 98.64 | Transportation (Car service) | Car service from home to EWR for morning flight |
| Andrew Hede | 6/7/05 | 24.69 | Business Meals | Working dinner |
| Andrew Hede | 6/7/05 | 49.71 | Business Meals | Dinner with M.Kopacz, M.Gavejian |
| Andrew Hede | 6/8/05 | 52.11 | Business Meals | Dinner with M.Gavejian |
| Andrew Hede | 6/9/05 | 381.94 | Lodging | 2 nights stay at Omni Jacksonville Hotel |
| Andrew Hede | 6/9/05 | 15.00 | Lodging | Parking for rental car at hotel |
| Andrew Hede | 6/9/05 | 238.31 | Transportation (Rental Car) | Rental car for 2 days |
| Andrew Hede | 6/9/05 | 99.24 | Transportation (Car service) | Car service from EWR to home |
| Andrew Hede | 6/9/05 | 5.55 | Business Meals | Lunch |
| Andrew Hede | 6/11/05 | 115.67 | Telecommunications | Mobile phone charges |
| Andrew Hede | 6/14/05 | 4.20 | Telecommunications | Fax services for documents |
| Andrew Hede | 7/12/05 | 44.42 | Telecommunications | Mobile phone charges |
| Andrew Hede | 8/11/05 | 49.48 | Telecommunications | Mobile phone charges |
| Andrew Hede | | 31.84 | Telecommunications allocation [1] | 3/23/05 - 4/22/05 Wireless Usage Charges |
| Andrew Hede | | 13.92 | Telecommunications allocation [1] | 4/23/05 - 5/22/05 Wireless Usage Charges |
| Andrew Hede | | 44.37 | Telecommunications allocation [1] | 5/23/05 - 6/22/05 Wireless Usage Charges |
| Andrew Hede | | 42.40 | Telecommunications allocation [1] | 6/23/05 - 7/22/05 Wireless Usage Charges |
| Andrew Hede | 10/5/05 | 24.13 | Telecommunications | Business cell phone usage (7/20/05 - 8/19/05) |
| Andrew Hede | 10/21/05 | 36.24 | Telecommunications | Business cell phone usage (8/20/05 - 9/19/05) |
| Andrew Hede | 11/3/05 | 47.19 | Telecommunications | Business cell phone usage (9/20/05 - 10/19/05) |
| Andrew Hede | 11/8/05 | 45.00 | Transportation | Taxi from JAX to Omni Jacksonville Hotel |
| Andrew Hede | 11/9/05 | 548.76 | Business Meals | Dinner with A&M, HLHZ and Jeffries teams (10 people) |
| Andrew Hede | 11/10/05 | 1,216.90 | Transportation | Roundtrip flight from EWR to JAX |
| Andrew Hede | 11/10/05 | 488.13 | Lodging | 2 nights at Omni Jacksonville Hotel for diligence meetings |
| Andrew Hede | 1/6/06 | 30.22 | Telecommunications | Business cell phone usage (10/20/05 - 11/19/05) |
| Andrew Hede | 1/19/06 | 26.13 | Telecommunications | Business cell phone usage (11/20/05 - 12/19/05) |

EXHIBIT C

**Winn-Dixie Stores, Inc., et al.**

Expense Detail: March 4, 2005 through November 21, 2006

| Professional | Date | Amount | Type | Description |
|---|---|---|---|---|
| Andrew Hede | | 65.30 | Telecommunications allocation [1] | 7/23/05 - 8/22/05 Wireless Usage Charges |
| Andrew Hede | | 13.59 | Telecommunications allocation [1] | 8/23/05 - 9/22/05 Wireless Usage Charges |
| Andrew Hede | | 4.76 | Telecommunications allocation [1] | 9/23/05 - 10/22/05 Wireless Usage Charges |
| Andrew Hede | 1/19/06 | 46.00 | Telecommunications | Business cell phone usage (12/20/05 - 1/19/06) |
| Andrew Hede | 2/6/06 | 5.00 | Telecommunications | Fax service of documents to NY office |
| Andrew Hede | 2/19/06 | 53.32 | Telecommunications | Business cell phone usage (1/20/06 - 2/19/06) |
| Andrew Hede | 3/19/06 | 28.71 | Telecommunications | Business cell phone usage (2/20/06 - 3/19/06) |
| Andrew Hede | 3/23/06 | 16.00 | Telecommunications | Internet charge required for work on Winn-Dixie |
| Andrew Hede | 5/17/06 | 661.30 | Transportation | One-way flight from EWR to ORD for meeting with Committee |
| Andrew Hede | 5/17/06 | 659.30 | Transportation | One-way flight from ORD to LGA after meeting with Committee |
| Andrew Hede | 5/17/06 | 103.90 | Transportation | Car service from LGA to home |
| Andrew Hede | 5/19/06 | 40.93 | Telecommunications | Business cell phone usage (4/20/06 - 5/19/06) |
| Andrew Hede | 5/30/06 | 1,226.60 | Transportation | Roundtrip flight from EWR to JAX for meeting with Winn-Dixie |
| Andrew Hede | 5/30/06 | 18.00 | Transportation | Parking for car to airport |
| Andrew Hede | 5/31/06 | 258.77 | Lodging | 1 night stay at Omni Jacksonville Hotel for meeting with Winn-Dixie |
| Andrew Hede | 5/31/06 | 51.00 | Transportation | Parking (1 night) at EWR airport for trip to Jacksonville |
| Andrew Hede | 5/31/06 | 98.71 | Transportation | Rental car for 1 day for trip transportation to/from Winn-Dixie |
| Andrew Hede | 5/31/06 | 15.00 | Transportation | Parking for rental car at Omni Jacksonville Hotel |
| Andrew Hede | 5/31/06 | 9.84 | Business Meals | Breakfast for A&M team (A.Hede, R.McEvoy, M.Gavejian) |
| Andrew Hede | | 23.78 | Telecommunications allocation [1] | 10/23/05 - 11/22/05 Wireless Usage Charges |
| Andrew Hede | | 8.76 | Telecommunications allocation [1] | 11/23/05 - 12/22/05 Wireless Usage Charges |
| Andrew Hede | | 3.57 | Telecommunications allocation [1] | 12/23/05 - 1/22/06 Wireless Usage Charges |
| Andrew Hede | | 7.66 | Telecommunications allocation [1] | 1/23/06 - 2/22/06 Wireless Usage Charges |
| Andrew Hede | | 9.63 | Telecommunications allocation [1] | 2/23/06 - 3/22/06 Wireless Usage Charges |
| Andrew Hede | | 55.91 | Telecommunications allocation [1] | 3/23/06 - 4/22/06 Wireless Usage Charges |
| Andrew Hede | 5/31/06 | 99.91 | Transportation | Car service from EWR to home after flight from JAX |
| Andrew Hede | 7/19/06 | 42.19 | Telecommunications | Business telephone usage (6/20/06 - 7/19/06) |
| Andrew Hede | 9/19/06 | 54.84 | Telecommunications | Business telephone usage (8/20/06 - 9/19/06) |
| Andrew Hede | | 77.87 | Telecommunications allocation [1] | 4/23/06 - 5/22/06 Wireless Usage Charges |
| Andrew Hede | | 18.74 | Telecommunications allocation [1] | 5/23/06 - 6/22/06 Wireless Usage Charges |
| Andrew Hede | | 10.58 | Telecommunications allocation [1] | 6/23/06 - 7/22/06 Wireless Usage Charges |
| Andrew Hede | 10/4/06 | 618.60 | Transportation | Roundtrip airfare between EWR and JAX for board training |
| Andrew Hede | 10/6/06 | 60.00 | Transportation | Parking at EWR |
| Andrew Hede | 10/6/06 | 147.35 | Transportation | Rental car in Jacksonville |
| Andrew Hede | | 22.41 | Telecommunications allocation [1] | 7/23/06 - 8/22/06 Wireless Usage Charges |
| Andrew Hede | 10/19/06 | 54.44 | Telecommunications | Business telephone usage (9/20/06 - 10/19/06) |
| Andrew Hede | | 6.51 | Telecommunications allocation [1] | 8/23/06 - 9/22/06 Wireless Usage Charges |
| Andrew Hede | | 7.81 | Telecommunications allocation [1] | 9/23/06 - 10/22/06 Wireless Usage Charges |
| **Total** | | **14,899.85** | | |
| | | | | |
| Martha Kopacz | 3/21/05 | $  2.12 | Business Meals | Business meal (breakfast) |
| Martha Kopacz | 3/21/05 | 9.74 | Business Meals | Business meal |
| Martha Kopacz | 4/7/05 | 31.95 | Business Meals | Business meal at Hotel (room service) |
| Martha Kopacz | 4/6/05 | 209.05 | Lodging | Hotel for stay over in Miami for store visits |
| Martha Kopacz | 4/8/05 | 168.37 | Lodging | Hotel for stay over in Jacksonville for store visits |
| Martha Kopacz | 4/8/05 | 14.99 | Lodging | Business meal at Hotel (room service) |
| Martha Kopacz | 4/6/05 | 11.49 | Telecommunications | Hotel telecommunications charges |
| Martha Kopacz | | 8.19 | Telecommunications allocation [1] | 3/4/05 - 3/22/05 Wireless Usage Charges |
| Martha Kopacz | 3/10/05 | 5.00 | Transportation (Airfare) | Airfare Service Fee |
| Martha Kopacz | 3/12/05 | 5.00 | Transportation (Airfare) | Airfare Service Fee |
| Martha Kopacz | 3/21/05 | 241.70 | Transportation (Airfare) | Flight from LGA to BOS |
| Martha Kopacz | 3/21/05 | 152.70 | Transportation (Airfare) | Flight from MCO to LGA |
| Martha Kopacz | 3/30/05 | 283.40 | Transportation (Airfare) | Flight from JAX to DCA |

EXHIBIT C

**Winn-Dixie Stores, Inc., et al.**

Expense Detail: March 4, 2005 through November 21, 2006

| Professional | Date | Amount | Type | Description |
|---|---|---|---|---|
| Martha Kopacz | 4/5/05 | 25.00 | Transportation (Airfare) | Airfare Service Fee |
| Martha Kopacz | 4/6/05 | 97.70 | Transportation (Airfare) | Flight from LGA to MIA |
| Martha Kopacz | 4/25/05 | 237.40 | Transportation (Airfare) | Roundtrip from BOS to LGA |
| Martha Kopacz | 3/10/05 | 141.50 | Transportation (Car Service/Taxi) | Car service from BOS to home |
| Martha Kopacz | 3/18/05 | 123.75 | Transportation (Car Service/Taxi) | Car service from residence to MCO |
| Martha Kopacz | 3/21/05 | 60.00 | Transportation (Car Service/Taxi) | Taxi from LGA to Skadden offices |
| Martha Kopacz | 3/21/05 | 178.10 | Transportation (Car Service/Taxi) | Car service from Skadden office to LGA |
| Martha Kopacz | 4/1/05 | 143.50 | Transportation (Car Service/Taxi) | Car service from BOS to home |
| Martha Kopacz | 4/6/05 | 35.00 | Transportation (Car Service/Taxi) | Taxi from Hotel to LGA |
| Martha Kopacz | 4/14/05 | 138.50 | Transportation (Car Service/Taxi) | Car service from home to BOS |
| Martha Kopacz | 4/26/05 | 40.00 | Transportation (Car Service/Taxi) | Taxi from LGA to Skadden offices |
| Martha Kopacz | 4/27/05 | 40.00 | Transportation (Car Service/Taxi) | Taxi from NYC to LGA |
| Martha Kopacz | 6/7/05 | 787.60 | Transportation (Airfare) | Flight from BOS to JAX for meeting with Debtors |
| Martha Kopacz | 6/7/05 | 25.00 | Transportation (Airfare) | Travel Agent Fee on $787.60 Ticket |
| Martha Kopacz | 6/7/05 | 25.00 | Transportation (Airfare) | Travel Agent Fee on Ticket change |
| Martha Kopacz | 6/7/05 | 138.50 | Transportation (Car service) | Car from home to BOS for morning flight |
| Martha Kopacz | 6/7/05 | 33.00 | Transportation (Taxi) | Taxi from JAX airport to Omni Jacksonville Hotel |
| Martha Kopacz | 6/7/05 | 18.00 | Business Meals | Working discussion with Committee member |
| Martha Kopacz | 6/7/05 | 26.00 | Business Meals | Lunch |
| Martha Kopacz | 6/8/05 | 172.26 | Lodging | One night stay at Omni Jacksonville Hotel (6/7/05) |
| Martha Kopacz | 6/8/05 | 382.90 | Transportation (Airfare) | Flight from JAX to BOS after meeting with Debtors |
| Martha Kopacz | 6/8/05 | 9.84 | Business Meals | Dinner |
| Martha Kopacz | 6/8/05 | 3.00 | Lodging | Baggage Check fee at Hotel |
| Martha Kopacz | 6/9/05 | 143.50 | Transportation (Car service) | Car from BOS to home after late flight |
| Martha Kopacz | 8/2/05 | 275.40 | Transportation (Airfare) | Roundtrip airfare from BOS to LGA to attend meeting with Debtors and Committee |
| Martha Kopacz | 8/2/05 | 25.00 | Transportation (Airfare) | Travel Agent Fee |
| Martha Kopacz | 8/2/05 | 145.10 | Transportation (Car service) | Car from home to BOS for morning flight |
| Martha Kopacz | 8/2/05 | 150.10 | Transportation (Car service) | Car from BOS to home |
| Martha Kopacz | 8/2/05 | 36.00 | Transportation (Taxi) | Taxi from LGA to Milbank offices for meeting |
| Martha Kopacz | | 13.86 | Telecommunications allocation [1] | 3/23/05 - 4/22/05 Wireless Usage Charges |
| Martha Kopacz | | 15.16 | Telecommunications allocation [1] | 4/23/05 - 5/22/05 Wireless Usage Charges |
| Martha Kopacz | | 10.62 | Telecommunications allocation [1] | 5/23/05 - 6/22/05 Wireless Usage Charges |
| Martha Kopacz | | 8.42 | Telecommunications allocation [1] | 6/23/05 - 7/22/05 Wireless Usage Charges |
| Martha Kopacz | | 25.00 | Lodging | Fee for cancelled hotel in Jacksonville, retention hearing postponed |
| Martha Kopacz | | 158.40 | Transportation (Airfare) | Cancelled flight from LGA to JAX, retention hearing postponed |
| Martha Kopacz | | 303.45 | Transportation (Airfare) | Cancelled flight from JAX to BOS, retention hearing postponed |
| Martha Kopacz | 11/8/05 | 25.00 | Transportation | Travel arrangement fee |
| Martha Kopacz | 11/8/05 | 35.00 | Transportation | Taxi from JAX to Omni Jacksonville Hotel |
| Martha Kopacz | 11/8/05 | 145.10 | Transportation | Car service from home to BOS |
| Martha Kopacz | 11/8/05 | 8.15 | Business Meals | Dinner during layover at PHL en route to JAX |
| Martha Kopacz | 11/10/05 | 150.10 | Transportation | Car service from BOS to home |
| Martha Kopacz | 11/10/05 | 218.80 | Transportation | Roundtrip airfare between BOS and JAX |
| Martha Kopacz | 11/10/05 | 6.85 | Business Meals | Dinner during layover at DCA en route to BOS |
| Martha Kopacz | 11/10/05 | 29.67 | Business Meals | Meals in Jacksonville |
| Martha Kopacz | 11/10/05 | 343.52 | Lodging | 2 nights at Omni Jacksonville Hotel for diligence meetings |
| Martha Kopacz | 11/16/05 | 35.00 | Transportation | Taxi from LGA to New York |
| Martha Kopacz | 11/16/05 | 145.10 | Transportation | Car service from home to BOS |
| Martha Kopacz | 11/17/05 | 25.00 | Transportation | Travel arrangement fee |
| Martha Kopacz | 11/17/05 | 35.00 | Transportation | Taxi from New York to LGA |
| Martha Kopacz | 11/17/05 | 150.10 | Transportation | Car service from BOS to home |
| Martha Kopacz | 11/17/05 | 276.90 | Transportation | Roundtrip flight from BOS to LGA |
| Martha Kopacz | 11/17/05 | 533.84 | Lodging | Hotel stay in New York |
| Martha Kopacz | 11/18/05 | 28.73 | Lodging | Subsequent charge from 11/17/05 hotel stay |
| Martha Kopacz | 12/7/05 | 637.27 | Lodging | Hotel stay in New York |
| Martha Kopacz | 12/13/05 | 15.00 | Transportation | Taxi from HLHZ offices to Hotel |
| Martha Kopacz | 12/13/05 | 15.00 | Transportation | Taxi from Hotel to HLHZ offices |

EXHIBIT C

**Winn-Dixie Stores, Inc., et al.**

Expense Detail: March 4, 2005 through November 21, 2006

| Professional | Date | Amount | Type | Description |
|---|---|---|---|---|
| Martha Kopacz | 12/13/05 | 35.00 | Transportation | Taxi from LGA to hotel |
| Martha Kopacz | 12/13/05 | 145.10 | Transportation | Car service from home to BOS |
| Martha Kopacz | 12/13/05 | 40.45 | Business Meals | Au Mandarin - working dinner |
| Martha Kopacz | 12/14/05 | 5.00 | Transportation | Taxi from hotel to Milbank offices |
| Martha Kopacz | 12/14/05 | 25.00 | Transportation | Travel arrangement fee |
| Martha Kopacz | 12/14/05 | 45.00 | Transportation | Taxi from Milbank offices to LGA |
| Martha Kopacz | 12/14/05 | 150.10 | Transportation | Car service from BOS to home |
| Martha Kopacz | 12/14/05 | 276.90 | Transportation | Roundtrip airfare from BOS to LGA |
| Martha Kopacz | 12/14/05 | 569.85 | Lodging | Hilton Hotel for Committee meeting |
| Martha Kopacz | 1/17/06 | 25.00 | Transportation | Travel arrangement fee |
| Martha Kopacz | 1/17/06 | 38.00 | Transportation | Taxi from LGA to Milbank offices |
| Martha Kopacz | 1/17/06 | 33.00 | Transportation | Taxi from Milbank offices to LGA |
| Martha Kopacz | 1/17/06 | 145.10 | Transportation | Car service from home to BOS |
| Martha Kopacz | 1/17/06 | 150.10 | Transportation | Car service from BOS to home |
| Martha Kopacz | 1/17/06 | 296.45 | Transportation | Roundtrip airfare from BOS to LGA |
| Martha Kopacz | | 7.33 | Telecommunications allocation [1] | 7/23/05 - 8/22/05 Wireless Usage Charges |
| Martha Kopacz | | 4.27 | Telecommunications allocation [1] | 8/23/05 - 9/22/05 Wireless Usage Charges |
| Martha Kopacz | | 3.69 | Telecommunications allocation [1] | 9/23/05 - 10/22/05 Wireless Usage Charges |
| Martha Kopacz | | 14.59 | Telecommunications allocation [1] | 10/23/05 - 11/22/05 Wireless Usage Charges |
| Martha Kopacz | | 19.81 | Telecommunications allocation [1] | 11/23/05 - 12/22/05 Wireless Usage Charges |
| Martha Kopacz | | 5.26 | Telecommunications allocation [1] | 12/23/05 - 1/22/05 Wireless Usage Charges |
| Martha Kopacz | | 2.86 | Telecommunications allocation [1] | 1/23/06 - 2/22/06 Wireless Usage Charges |
| Martha Kopacz | | 1.42 | Telecommunications allocation [1] | 2/23/06 - 3/22/06 Wireless Usage Charges |
| **Total** | | **10,233.67** | | |
| | | | | |
| William McGuire | | 12.33 | Telecommunications allocation [1] | 3/4/05- 3/22/05 Wireless Usage Charges |
| William McGuire | | 3.48 | Telecommunications allocation [1] | 3/23/05 - 4/22/05 Wireless Usage Charges |
| William McGuire | | 14.23 | Telecommunications allocation [1] | 4/23/05 - 5/22/05 Wireless Usage Charges |
| William McGuire | | 2.27 | Telecommunications allocation [1] | 5/23/05 - 6/22/05 Wireless Usage Charges |
| William McGuire | | 2.97 | Telecommunications allocation [1] | 6/23/05 - 7/22/05 Wireless Usage Charges |
| William McGuire | | 4.09 | Telecommunications allocation [1] | 7/23/05 - 8/22/05 Wireless Usage Charges |
| William McGuire | | 2.97 | Telecommunications allocation [1] | 6/23/05 - 7/22/05 Wireless Usage Charges |
| William McGuire | | 4.09 | Telecommunications allocation [1] | 7/23/05 - 8/22/05 Wireless Usage Charges |
| William McGuire | | 5.85 | Telecommunications allocation [1] | 8/23/05 - 9/22/05 Wireless Usage Charges |
| William McGuire | | 1.54 | Telecommunications allocation [1] | 9/23/05 - 10/22/05 Wireless Usage Charges |
| William McGuire | | 4.18 | Telecommunications allocation [1] | 11/23/05 - 12/22/05 Wireless Usage Charges |
| William McGuire | | 2.98 | Telecommunications allocation [1] | 12/23/05 - 1/22/06Wireless Usage Charges |
| William McGuire | | 6.93 | Telecommunications allocation [1] | 1/23/06 - 2/22/06Wireless Usage Charges |
| William McGuire | | 1.99 | Telecommunications allocation [1] | 2/23/06 - 3/22/06 Wireless Usage Charges |
| William McGuire | | 7.54 | Telecommunications allocation [1] | 3/23/06 - 4/22/06 Wireless Usage Charges |
| **Total** | | **77.44** | | |
| | | | | |
| Darren Mills | | 6.41 | Telecommunications allocation [1] | 8/23/06 - 9/22/06 Wireless Usage Charges |
| | | **6.41** | | |
| | | | | |
| Dirk Aulabaugh | 5/17/06 | 10.00 | Chargeable Parking/Tolls | Parking for car for transportation to LAX |
| Dirk Aulabaugh | 5/18/06 | 126.26 | Business Meals | Business meal with J.MacInnis (Milbank) to discuss auction, asset sales |
| Dirk Aulabaugh | 5/19/06 | 18.69 | Transportation | Reimbursable mileage for transportation to and from LAX |
| Dirk Aulabaugh | 5/19/06 | 241.36 | Transportation | Rental car for 3 days for trip transportation to/from Winn-Dixie, hearings and meetings |
| Dirk Aulabaugh | 5/19/06 | 1,171.00 | Transportation | Roundtrip flight from LAX to JAX |

EXHIBIT C

**Winn-Dixie Stores, Inc., et al.**

Expense Detail: March 4, 2005 through November 21, 2006

| Professional | Date | Amount | Type | Description |
|---|---|---|---|---|
| Dirk Aulabaugh | 5/19/06 | 150.00 | Business Meals | Business meal with J.MacInnis (Milbank) and B.Gaston (XRoads) to discuss auction, asset sales |
| Dirk Aulabaugh | 5/19/06 | 10.00 | Business Meals | Meal at airport while traveling |
| Dirk Aulabaugh | 5/19/06 | 19.98 | Telecommunications | Internet access and usage for Winn-Dixie work |
| Dirk Aulabaugh | | 20.46 | Telecommunications allocation [1] | 11/23/05 - 12/22/05 Wireless Usage Charges |
| Dirk Aulabaugh | | 5.91 | Telecommunications allocation [1] | 12/23/05 - 1/22/06 Wireless Usage Charges |
| Dirk Aulabaugh | | 44.25 | Telecommunications allocation [1] | 1/23/06 - 2/22/06 Wireless Usage Charges |
| Dirk Aulabaugh | | 24.30 | Telecommunications allocation [1] | 2/23/06 - 3/22/06 Wireless Usage Charges |
| Dirk Aulabaugh | | 70.05 | Telecommunications allocation [1] | 3/23/06 - 4/22/06 Wireless Usage Charges |
| Dirk Aulabaugh | | 145.07 | Telecommunications allocation [1] | 4/23/06 - 5/22/06 Wireless Usage Charges |
| Dirk Aulabaugh | | 55.39 | Telecommunications allocation [1] | 5/23/06 - 6/22/06 Wireless Usage Charges |
| Dirk Aulabaugh | | 16.26 | Telecommunications allocation [1] | 6/23/06 - 7/22/06 Wireless Usage Charges |
| Dirk Aulabaugh | | 8.86 | Telecommunications allocation [1] | 7/23/06 - 8/22/06 Wireless Usage Charges |
| Dirk Aulabaugh | | 33.95 | Telecommunications allocation [1] | 8/23/06 - 9/22/06 Wireless Usage Charges |
| Dirk Aulabaugh | | 9.31 | Telecommunications allocation [1] | 9/23/06 - 10/22/06 Wireless Usage Charges |
| | | **2,181.10** | | |
| Robert McEvoy | 5/30/06 | 150.00 | Business Meal | Working Dinner - Hede, McEvoy, Gavejian |
| Robert McEvoy | 5/31/06 | 236.17 | Lodging | Omni Jacksonville Hotel (1 night) |
| Robert McEvoy | 5/31/06 | 1,086.60 | Transportation | Roundtrip airfare to/from JAX |
| Robert McEvoy | 6/9/06 | 186.56 | Transportation | Car service from EWR to home after flight from JAX |
| Robert McEvoy | 6/19/06 | 650.00 | Miscellaneous | Market research - Trade Dimensions Market Share by DMA (for use in business plan review) |
| Robert McEvoy | | 45.49 | Telecommunications allocation [1] | 4/23/06 - 5/22/06 Wireless Usage Charges |
| Robert McEvoy | | 52.01 | Telecommunications allocation [1] | 5/23/06 - 6/22/06 Wireless Usage Charges |
| | | **2,406.83** | | |
| Gregory Ford | | 1.90 | Telecommunications allocation [1] | 3/4/05 - 3/22/05 Wireless Usage Charges |
| Gregory Ford | | 38.44 | Telecommunications allocation [1] | 3/23/05 - 4/22/05 Wireless Usage Charges |
| Gregory Ford | | 3.95 | Telecommunications allocation [1] | 4/23/05 - 5/22/05 Wireless Usage Charges |
| Gregory Ford | | 1.93 | Telecommunications allocation [1] | 5/23/05 - 6/22/05 Wireless Usage Charges |
| Gregory Ford | | 2.93 | Telecommunications allocation [1] | 6/23/05 - 7/22/05 Wireless Usage Charges |
| Gregory Ford | | 0.52 | Telecommunications allocation [1] | 7/23/05 - 8/22/05 Wireless Usage Charges |
| Gregory Ford | | 2.93 | Telecommunications allocation [1] | 6/23/05 - 7/22/05 Wireless Usage Charges |
| Gregory Ford | | 0.52 | Telecommunications allocation [1] | 7/23/05 - 8/22/05 Wireless Usage Charges |
| Gregory Ford | | 3.55 | Telecommunications allocation [1] | 8/23/05 - 9/22/05 Wireless Usage Charges |
| Gregory Ford | | 1.15 | Telecommunications allocation [1] | 9/23/05 - 10/22/05 Wireless Usage Charges |
| Gregory Ford | | 4.47 | Telecommunications allocation [1] | 10/23/05 - 11/22/05 Wireless Usage Charges |
| **Total** | | **62.29** | | |
| Erin Scanlan | 8/25/05 | 49.47 | Transportation | Car service from LGA to New York |
| Erin Scanlan | 10/10/05 | 36.81 | Telecommunications | Business cell phone usage (9/9/05 - 10/8/05) |
| Erin Scanlan | 11/9/05 | 142.68 | Telecommunications | Business cell phone usage (10/9/05 - 11/8/05) |
| Erin Scanlan | | 48.13 | Telecommunications allocation [1] | 8/23/05 - 9/22/05 Wireless Usage Charges |
| Erin Scanlan | | 14.62 | Telecommunications allocation [1] | 9/23/05 - 10/22/05 Wireless Usage Charges |
| Erin Scanlan | | 6.30 | Telecommunications allocation [1] | 10/23/05 - 11/22/05 Wireless Usage Charges |
| Erin Scanlan | | 9.43 | Telecommunications allocation [1] | 11/23/05 - 12/22/05 Wireless Usage Charges |
| | | **307.44** | | |
| Matthew Gavejian | 4/15/05 | 381.94 | Lodging | Hotel from 4/13/05 through 4/15/05 (2 nights) |

EXHIBIT C

**Winn-Dixie Stores, Inc., et al.**

Expense Detail: March 4, 2005 through November 21, 2006

| Professional | Date | Amount | Type | Description |
|---|---|---|---|---|
| Matthew Gavejian | 4/12/05 | 14.50 | Miscellaneous | Postal Charges |
| Matthew Gavejian | | 10.86 | Telecommunications | Telecommunications allocation [1] |
| Matthew Gavejian | 4/12/05 | 6.99 | Transportation (Airfare) | Airfare Service Fee |
| Matthew Gavejian | 4/13/05 | 507.70 | Transportation (Airfare) | Flight from EWR to JAX |
| Matthew Gavejian | 4/15/05 | 196.20 | Transportation (Airfare) | Flight from JAX to DCA |
| Matthew Gavejian | 6/2/05 | 820.89 | Transportation | Roundtrip airfare from LaGuardia airport to Jacksonville airport |
| Matthew Gavejian | 6/7/05 | 40.00 | Transportation | Taxi from Jacksonville airport to Hotel |
| Matthew Gavejian | 6/8/05 | 40.06 | Business Meals | Working meal to discuss Winn-Dixie; with M.Kopacz, A.Hede |
| Matthew Gavejian | 6/9/05 | 336.74 | Lodging | Hotel stay for 2 nights (6/7/05 and 6/8/05); Omni Jacksonville Hotel |
| Matthew Gavejian | 6/9/05 | 35.00 | Transportation | Taxi from LaGuardia airport to New York City; shared with G.Lapson (XRoads) |
| Matthew Gavejian | 6/7/05 | 48.96 | Transportation | Car service from NY office to LaGuardia airport |
| Matthew Gavejian | | 7.44 | Telecommunications allocation [1] | 3/23/05 - 4/22/05 Wireless Usage Charges |
| Matthew Gavejian | | 12.18 | Telecommunications allocation [1] | 4/23/05 - 5/22/05 Wireless Usage Charges |
| Matthew Gavejian | | 43.99 | Telecommunications allocation [1] | 5/23/05 - 6/22/05 Wireless Usage Charges |
| Matthew Gavejian | | 41.71 | Telecommunications allocation [1] | 6/23/05 - 7/22/05 Wireless Usage Charges |
| Matthew Gavejian | 11/8/05 | 57.63 | Transportation | Car service from NY office to LGA |
| Matthew Gavejian | 11/10/05 | 483.64 | Lodging | 2 nights at Omni Jacksonville Hotel for diligence meetings |
| Matthew Gavejian | 11/10/05 | 33.00 | Transportation | Taxi from LGA to home |
| Matthew Gavejian | 11/10/05 | 1,016.91 | Transportation | Roundtrip flight from LGA to JAX |
| Matthew Gavejian | 11/29/05 | 10.00 | Transportation | Taxi from office to home - working late |
| Matthew Gavejian | 12/5/05 | 10.00 | Transportation | Taxi from office to home - working late |
| Matthew Gavejian | 12/6/05 | 10.00 | Transportation | Taxi from office to home - working late |
| Matthew Gavejian | 12/7/05 | 10.00 | Transportation | Taxi from office to home - working late |
| Matthew Gavejian | | 33.04 | Telecommunications allocation [1] | 7/23/05 - 8/22/05 Wireless Usage Charges |
| Matthew Gavejian | | 33.04 | Telecommunications allocation [1] | 7/23/05 - 8/22/05 Wireless Usage Charges |
| Matthew Gavejian | | 13.01 | Telecommunications allocation [1] | 8/23/05 - 9/22/05 Wireless Usage Charges |
| Matthew Gavejian | 5/8/06 | 48.00 | Transportation | Taxi from JAX to hotels in Jacksonville, shared with M.Comerford (Milbank) |
| Matthew Gavejian | 5/8/06 | 516.30 | Transportation | One-way flight from EWR to JAX to attend store auction |
| Matthew Gavejian | 5/8/06 | 7.28 | Business Meals | Dinner at EWR prior to flight to JAX for store auction |
| Matthew Gavejian | 5/9/06 | 148.25 | Lodging | One night stay at Wyndham Jacksonville for store auction |
| Matthew Gavejian | 5/9/06 | 48.00 | Transportation | Taxi from Omni Jacksonville Hotel to JAX, shared with M.Comerford (Milbank) |
| Matthew Gavejian | 5/9/06 | 30.00 | Transportation | Taxi from LGA to home |
| Matthew Gavejian | 5/9/06 | 10.00 | Transportation | Delta booking fee for flight to LGA |
| Matthew Gavejian | 5/9/06 | 659.30 | Transportation | One-way flight from JAX to LGA after store auction |
| Matthew Gavejian | 5/10/06 | 9.00 | Transportation | Taxi from office to home (working late) |
| Matthew Gavejian | 5/17/06 | 30.00 | Transportation | Taxi from home to LGA airport for flight to ORD |
| Matthew Gavejian | 5/17/06 | 40.00 | Transportation | Taxi from ORD to Congress Plaza Hotel (after cancelled flight to LGA) |
| Matthew Gavejian | 5/18/06 | 102.71 | Lodging | One night stay at Congress Plaza Hotel in Chicago (after cancelled flight to LGA) |
| Matthew Gavejian | 5/18/06 | 25.00 | Transportation | Shuttle service from Congress Plaza Hotel to ORD for flight to LGA |
| Matthew Gavejian | 5/18/06 | 25.00 | Transportation | Taxi from LGA to New York office |
| Matthew Gavejian | 5/18/06 | 1,318.60 | Transportation | Roundtrip airfare from LGA to ORD for meeting with Committee |
| Matthew Gavejian | 5/31/06 | 258.77 | Lodging | One night stay at Omni Jacksonville Hotel for meeting with Winn-Dixie |
| Matthew Gavejian | 5/31/06 | 1,036.60 | Transportation | Roundtrip airfare from EWR to JAX for meeting with Winn-Dixie |
| Matthew Gavejian | | 5.69 | Telecommunications allocation [1] | 9/23/05 - 10/22/05 Wireless Usage Charges |
| Matthew Gavejian | | 19.73 | Telecommunications allocation [1] | 10/23/05 - 11/22/05 Wireless Usage Charges |
| Matthew Gavejian | | 20.35 | Telecommunications allocation [1] | 11/23/05 - 12/22/05 Wireless Usage Charges |
| Matthew Gavejian | | 7.72 | Telecommunications allocation [1] | 12/23/05 - 1/22/06 Wireless Usage Charges |
| Matthew Gavejian | | 23.00 | Telecommunications allocation [1] | 1/23/06 - 2/22/06 Wireless Usage Charges |

EXHIBIT C

**Winn-Dixie Stores, Inc., et al.**

Expense Detail: March 4, 2005 through November 21, 2006

| Professional | Date | Amount | Type | Description |
|---|---|---|---|---|
| Matthew Gavejian | | 32.15 | Telecommunications allocation [1] | 2/23/06 - 3/22/06 Wireless Usage Charges |
| Matthew Gavejian | | 17.46 | Telecommunications allocation [1] | 3/23/06 - 4/22/06 Wireless Usage Charges |
| Matthew Gavejian | 5/8/06 | 87.62 | Transportation | Car service from office to LGA for flight to JAX |
| Matthew Gavejian | 5/31/06 | 75.48 | Transportation | Car service from EWR to home after flight from Jacks |
| Matthew Gavejian | 6/1/06 | 9.00 | Transportation | Taxi fare to home (working late) |
| Matthew Gavejian | 6/3/06 | 18.00 | Transportation | Taxi fare to home (working late) |
| Matthew Gavejian | 6/4/06 | 18.00 | Transportation | Taxi fare to home (working late) |
| Matthew Gavejian | 6/5/06 | 9.00 | Transportation | Taxi fare to home (working late) |
| Matthew Gavejian | 6/7/06 | 9.00 | Transportation | Taxi fare to home (working late) |
| Matthew Gavejian | 6/8/06 | 9.00 | Transportation | Taxi fare to home (working late) |
| Matthew Gavejian | 6/11/06 | 9.00 | Transportation | Taxi fare to home (working late) |
| Matthew Gavejian | 6/12/06 | 9.00 | Transportation | Taxi fare to home (working late) |
| Matthew Gavejian | 6/13/06 | 9.00 | Transportation | Taxi fare to home (working late) |
| Matthew Gavejian | 6/14/06 | 9.00 | Transportation | Taxi fare to home (working late) |
| Matthew Gavejian | 6/14/06 | 35.00 | Business Meals | Dinner for A.Hede, R.McEvoy, M.Gavejian - working late |
| Matthew Gavejian | | 33.97 | Telecommunications allocation [1] | 4/23/06 - 5/22/06 Wireless Usage Charges |
| Matthew Gavejian | | 40.75 | Telecommunications allocation [1] | 5/23/06 - 6/22/06 Wireless Usage Charges |
| Matthew Gavejian | | 21.99 | Telecommunications allocation [1] | 6/23/06 - 7/22/06 Wireless Usage Charges |
| Matthew Gavejian | | 8.76 | Telecommunications allocation [1] | 7/23/06 - 8/22/06 Wireless Usage Charges |
| Matthew Gavejian | | 17.49 | Telecommunications allocation [1] | 8/23/06 - 9/22/06 Wireless Usage Charges |
| Matthew Gavejian | | 24.26 | Telecommunications allocation [1] | 9/23/06 - 10/22/06 Wireless Usage Charges |
| **Total** | | **9,147.66** | | |
| | | | | |
| David Kirsch | | 2.30 | Telecommunications allocation [1] | 3/23/05 - 4/22/05 Wireless Usage Charges |
| **Total** | | **2.30** | | |
| | | | | |
| Ian McCready | | 1.67 | Telecommunications allocation [1] | 11/23/05 - 12/22/05 Wireless Usage Charges |
| | | **1.67** | | |
| | | | | |
| Corporate charges | 6/23/05 | 13.19 | Telecommunications | Conference America - usage for discussion with large groups |
| Corporate charges | 9/7/05 | 93.33 | Telecommunications | Conference America - usage for discussion with large groups |
| Corporate charges | | 472.50 | Cronin & Vris | Legal fees - April and May |
| Corporate charges | | 105.00 | Cronin & Vris | Legal fees - June |
| Corporate charges | 9/19/05 | 22.42 | Miscellaneous | DHL Charges |
| Corporate charges | 10/5/05 | 22.92 | Miscellaneous | DHL Charges |
| Corporate charges | 10/6/05 | 23.88 | Telecommunications | Conference America teleconference charges |
| Corporate charges | 10/10/05 | 30.27 | Miscellaneous | Federal Express charges |
| Corporate charges | 10/21/05 | 11.57 | Miscellaneous | Conference America teleconference charges |
| Corporate charges | 10/21/05 | 15.42 | Miscellaneous | Federal Express charges |
| Corporate charges | 11/1/05 | 30.00 | Telecommunications | Conference America teleconference charges |
| Corporate charges | 11/3/05 | 16.25 | Miscellaneous | DHL Charges |
| Corporate charges | 11/3/05 | 56.95 | Miscellaneous | DHL Charges |
| Corporate charges | 11/6/05 | 47.30 | Miscellaneous | Conference America teleconference charges |
| Corporate charges | 11/7/05 | 81.22 | Miscellaneous | Federal Express charges |
| Corporate charges | 11/9/05 | 7.33 | Miscellaneous | DHL Charges |
| Corporate charges | 11/14/05 | 42.12 | Miscellaneous | Federal Express charges |
| Corporate charges | 12/6/05 | 7,500.00 | Miscellaneous | F&D Reports customized research for business plan review |
| Corporate charges | 1/27/06 | 20.75 | Telecommunications | Conference America teleconference charges |
| Credit | 11/7/05 | (49.47) | Transportation | Credit issued for car service charge (8/25/05) for A&M personnel for trip to New York office for project transition; billed in November invoice. |
| Credit | 11/7/05 | (472.50) | Miscellaneous | Credit issued for Cronin & Vris legal fees for April and May not allowed to be billed per Retention Agreement; originally billed in June invoice. |

**EXHIBIT C**

**Winn-Dixie Stores, Inc., et al.**

Expense Detail: March 4, 2005 through November 21, 2006

| Professional | Date | Amount | Type | Description |
|---|---|---|---|---|
| Credit | 11/7/05 | (105.00) | Miscellaneous | Credit for Cronin & Vris legal fees for June not allowed to be billed per Retention Agreement; originally billed in August invoice. |
| Credit | | (33.04) | Telecommunications allocation [1] | Matthew Gavejian - 7/23/05 - 8/22/05 Wireless Usage Charges (double-billed) |
| Credit | | (2.93) | Telecommunications allocation [1] | Greg Ford - 6/23/05 - 7/22/05 Wireless Usage Charges (double-billed) |
| Credit | | (0.52) | Telecommunications allocation [1] | Greg Ford - 7/23/05 - 8/22/05 Wireless Usage Charges (double-billed) |
| Credit | | (2.97) | Telecommunications allocation [1] | William McGuire - 6/23/05 - 7/22/05 Wireless Usage Charges (double-billed) |
| Credit | | (4.09) | Telecommunications allocation 1 | William McGuire - 7/23/05 - 8/22/05 Wireless Usage Charges (double-billed) |
| Corporate charges | | 51.52 | Miscellaneous | Federal express charges |
| Corporate charges | | 43.68 | Miscellaneous | Federal express charges |
| Corporate charges | | 43.68 | Miscellaneous | Federal express charges |
| Credit | | (43.68) | Miscellaneous | Federal express charges |
| Credit | | (200.00) | Transportation | D.Aulabaugh airfare not to be billed |
| Corporate charges | 6/8/06 | 22.14 | Miscellaneous | Federal express charges |
| Corporate charges | 7/1/06 | 1,805.76 | Miscellaneous | Reproduction and binding of A&M's May 2006 Business Plan Review |
| Corporate charges | 7/3/06 | 328.15 | Miscellaneous | Federal express charges - distribution to Committee members of A&M's May 2006 Business Plan Review |
| Corporate charges | 8/17/06 | 64.79 | Miscellaneous | Federal express charges |
| **Total** | | **10,057.94** | | |
| | | | | |
| **Grand Total** | | **$   49,384.60** | | |

[1] It is A&M policy to bill for certain telecommunications charges.  These charges are allocated based on total client hours.