UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re: ) Case No. 05-03817-3F1

WINN-DIXIE STORES, INC., et al., ) Chapter 11

        Reorganized Debtors. ) Jointly Administered

_____)

### AGREED ORDER OF RESOLUTION OF THE LITIGATION CLAIM OF BLANCA VELASQUEZ (CLAIM NOS. 11825 AND 11826)

These cases are before the Court upon the motion of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") and claimant, Blanca Velasquez (the "Claimant"), in accordance with the Order Approving Claims Resolution Procedure and Authorizing Debtors to Settle or Liquidate Certain Litigation Claims (Docket No. 3326). Based upon the consent of the parties appearing below, and it appearing to the Court that the proposed Agreed Order is for an agreed amount less than the $250,000 notice threshold established in the Claims Resolution Procedure and the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors, as modified, it is

ORDERED AND ADJUDGED:

1. Claim No. 11826 filed by Claimant is allowed as an unsecured non-priority claim in the amount of $3,750.00 (all of which shall be allocated to St. Paul Travelers) against Winn-Dixie Stores, Inc. in Case No. 05-03817 which the Debtors are authorized to pay in full in accordance with the Claims Resolution Procedure.

2. This Agreed Order resolves (i) all liabilities and obligations related to Claim No. 11826 and (ii) all other claims including, but not limited to Claim No. 11825, the Claimant has or may have against the Debtors and any of their Chapter 11 estates,

00593736

officers, employees, agents, successors or assigns as of the date of this Agreed Order, all of which are forever waived, discharged and released.

3. The Claimant will dismiss with prejudice any legal proceeding commenced by Claimant against the Debtors in this Court or in any other forum.

4. The Debtors do not, by this Order or the Claims Resolution Procedure, acknowledge the validity of any Litigation Claim or the existence of coverage under any Insurance Policy with respect to of any Litigation Claim, or make any admission of liability. The Claimant, not the Debtors, will be solely responsible for payment of all medical costs or reimbursement liabilities, if any, relating to each settled claim. This settlement is contingent upon the satisfaction of any Medicare or Medicaid lien prior to the distribution of any monies or property pursuant to this settlement agreement.

5. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this  18  day of  January , 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

James H. Post

[James H. Post is directed to serve a copy of this order on the Claimant and file a proof of service.]

00553736

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| SMITH HULSEY & BUSEY | SIMON, SCHINDLER & SANDBERG |
|---|---|
| By /s/ James H. Post | By /s/ Anthony V. Falzon |
| James H. Post | Anthony V. Falzon |
| Florida Bar Number 175460 | 2650 Biscayne Blvd. |
| 225 Water Street, Suite 1800 | Miami, Florida 33137-4590 |
| Jacksonville, Florida 32202 | |
| (904) 359-7700 | Attorney for the Claimant |
| (904) 359-7708 (facsimile) | |
| Attorneys for the Reorganized Debtors | ST. PAUL TRAVELERS |
| | By_____ |
| | Rick Giralt, Adjuster |
| | P.O. Box 4960 |
| | Orlando, Florida 32802-4960 |

00553734

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| SMITH HULSEY & BUSEY | SIMON, SCHINDLER & SANDBERG |
|---|---|
| By_____<br>James H. Post | By_____<br>Anthony V. Falzon |
| Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile) | 2650 Biscayne Blvd.<br>Miami, Florida 33137-4590<br><br>Attorney for the Claimant |
| Attorneys for the Reorganized Debtors | ST. PAUL TRAVELERS<br><br>By_____<br>Rick Giralt, Adjuster<br><br>P.O. Box 4960<br>Orlando, Florida 32802-4960 |

00553736