UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC. *et al.*, | Chapter 11 |
| Reorganized Debtors[1] _____/ | Jointly Administered |

## AMENDED CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on January 17, 2007, a Motion and Memorandum to Allow Late-Filed Proofs of Claim by Creditor, the Tangipahoa Parish School Board, was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the parties requesting service. It is further certified that on this date, the Motion and Memorandum to Allow Late-Filed Proofs of Claim by Creditor was served upon the following by depositing a copy in the U.S. mail, postage prepaid:

D.J. Baker
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Cynthia C. Jackson
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

IT IS FURTHER HEREBY CERTIFIED that on January 19, 2007, the Motion and

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in the jointly administered cases: Astor Products, Inc., Crakin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Memorandum to Allow Late-Filed Proofs of Claim by Creditor was served upon the following by depositing a copy in the U.S. mail, postage prepaid:

>Kenneth C. Meeker, Esq.
>Office of the U.S. Trustee
>135 W. Central Boulevard, Room 620
>Orlando, FL  32801

>Akerman Senterfitt
>John B. Macdonald, Esq,
>50 N. Laura Street, Suite 2500
>Jacksonville, FL  32202

>Milbank, Tweed, Hadley & McCloy, LLP
>Matthew S. Barr, Esq.
>One Chase Manhattan Plaza
>New York, NY  10005

Dated: January 19, 2007.

>By: /s/ William E. Steffes
>William E. Steffes (La. Bar No. 12426)
>13702 Coursey Blvd., Bldg. # 3
>Baton Rouge, LA 70817
>Telephone: (225) 751-1751
>Facsimile: (225) 751-1998
>Email: bsteffes@steffeslaw.com
>
>Attorneys for the Tangipahoa Parish School Board

2