Hearing Date:  February 22, 2007 at 1:30 p.m.
Obj. Deadline:  February 12, 2007 at 4:00 p.m.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. [1] | ) | Jointly Administered |
| | ) | |

## DEBTORS' TWENTY-NINTH OMNIBUS OBJECTION TO (A) IMPROPERLY FILED CLAIMS, (B) NO LIABILITY CLAIMS, (C) NO LIABILITY MISCLASSIFIED CLAIM, (D) LATE CLAIMS, (E) LATE WITH REMAINING CLAIMS, (F) OVERSTATED CLAIMS AND (G) OVERSTATED MISCLASSIFIED CLAIMS

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries, reorganized debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), object under 11 U.S.C. §§ 502 and 507 and Fed. R. Bankr. P. 3007 and 9014 (the "Objection") to the claims listed on the attached Exhibits A through G (the "Disputed Claims") and, for the reasons set forth below, seek entry of an order (the "Proposed Order") disallowing, reducing or reclassifying the Disputed Claims.[2]  In support of this Objection, the Debtors respectfully represent as follows:

---

[1]  In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]  By order dated September 1, 2005, this Court approved notice and service procedures regarding omnibus claim objections (the "Claim Objection Procedures Order").  This Objection is filed pursuant to the Claim Objection Procedures Order.

# BACKGROUND

A.    The Chapter 11 Filings

1.    On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 as amended (the "Bankruptcy Code"). During these cases, the Debtors operated their businesses and managed their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.    The Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (as modified, the "Chapter 11 Plan") was confirmed by order entered on November 9, 2006 and became effective on November 21, 2006.

3.    The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. Venue is proper under 28 U.S.C. §§ 1408 and 1409. This is a core proceeding under 28 U.S.C. § 157(b)(2).

4.    The statutory predicates for the relief requested are sections 502 and 507 of the Bankruptcy Code and Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

B.    Proofs of Claim

5.    By Order dated April 28, 2005 (the "Claims Bar Date Order"), this Court set August 1, 2005 as the last date for all parties who have or assert (or believe they may have or assert) prepetition claims against one or more of the Debtors to file and serve a written proof of claim with respect to any such claim. The bar date applicable to governmental units was August 22, 2005. To date, over 13,700 proofs of claim (the "Proofs of Claim") have been filed against the Debtors in these cases. Notice of the Claims Bar Date Order and the applicable bar date was

provided by mail and publication in accordance with the procedures outlined in the Claims Bar Date Order.

6.    In the ordinary course of business, the Debtors maintain books and records (the "Books and Records") that reflect, among other things, the Debtors' liabilities and the amounts owed to their creditors.  The Debtors and their advisors have reviewed the Proofs of Claim filed in these cases (including supporting documentation) and have compared the claims asserted in the Proofs of Claim with the Books and Records to determine the validity of the asserted claims.  In the process, the Debtors have identified a number of Proofs of Claim that are objectionable, as more particularly described below.

## RELIEF REQUESTED

7.    By this Objection, the Debtors object to the Disputed Claims and, for the reasons described below, seek entry of the Proposed Order, pursuant to sections 502 and 507 of the Bankruptcy Code and Bankruptcy Rules 3007 and 9014, disallowing, reducing or reclassifying the Disputed Claims.

## BASIS FOR RELIEF

A.    Improperly Filed Claims

8.    As a result of their review, the Debtors have identified 107 Disputed Claims that were recently filed on proof of claim forms and that appear to indicate that the claims were incurred after the Petition Date (the "Improperly Filed Claims").  The Improperly Filed Claims are listed on Exhibit A.  To the extent that the Improperly Filed Claims were incurred after the Petition Date, the claimants were required to assert such claims by administrative expense

applications filed with the Court, not on proof of claim forms. <u>See</u> Local Rule 3071-1.[3] The deadline for filing such applications was January 5, 2007.

9.    The Debtors (a) object to the Improperly Filed Claims listed on Exhibit A and (b) seek entry of the Proposed Order disallowing the Improperly Filed Claims. Claimants may elect, by not timely responding to this Objection, to permit the Improperly Filed Claims listed on Exhibit A to be disallowed. In the absence of a Response (as defined in paragraph 32 below), the Debtors will present to the Court the Proposed Order disallowing the Improperly Filed Claims. To the extent that any of the Improperly Filed Claims are not disallowed, this Objection constitutes an objection to such claims on the merits, including as to amount and priority, and the Debtors will amend this Objection to state the specific grounds for disallowing, reducing, reclassifying or otherwise disposing of the Improperly Filed Claims.

B.    <u>No Liability Claims</u>

10.    As a result of their review, the Debtors have identified four Disputed Claims with respect to which the Books and Records reflect no amount due (the "No Liability Claims"). The No Liability Claims, with reasons for disallowance, are listed on Exhibit B. The No Liability Claims consist of: (a) Proofs of Claim for amounts that are not reflected as liabilities on the Books and Records and (b) Proofs of Claim for which the legal bases are contested by the Debtors.

11.    The Debtors (a) object to the No Liability Claims listed on Exhibit B and (b) seek entry of the Proposed Order disallowing the No Liability Claims. Claimants may elect, by not timely responding to this Objection, to permit the No Liability Claims listed on Exhibit B

---

[3]    <u>See also</u> Official Form 10, Proof of Claim, which states that "this form should not be used to make a claim for an administrative expense arising after the commencement of the case. A 'request' for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503."

to be disallowed.  In the absence of a Response (as defined in paragraph 32 below), the Debtors

will present to the Court the Proposed Order disallowing the No Liability Claims.

C.    No Liability Misclassified Claims

        12.    As a result of their review, the Debtors have identified one Disputed Claim

with respect to which the Books and Records reflect no amount due and that also appears to

incorrectly assert priority status (the "No Liability Misclassified Claim").  The No Liability

Misclassified Claim, with the reason for disallowance and reclassification, is listed on Exhibit C.

        13.    To the extent that the No Liability Misclassified Claim is not disallowed in

its entirety, the Debtors also object to the No Liability Misclassified Claim on the basis of its

assertion of priority status, as set forth on Exhibit C.

        14.    The Debtors (a) object to the No Liability Misclassified Claim listed on

Exhibit C and (b) seek entry of the Proposed Order disallowing the No Liability Misclassified

Claim.  To the extent the No Liability Misclassified Claim is not disallowed in its entirety, the

Debtors will seek entry of an order reclassifying the No Liability Misclassified Claim as an

unsecured non-priority claim.  The claimant may elect, by not timely responding to this

Objection, to permit the No Liability Misclassified Claim listed on Exhibit C to be disallowed.

In the absence of a Response (as defined in paragraph 32 below), the Debtors will present to the

Court the Proposed Order disallowing the No Liability Misclassified Claim.

D.    Late Claims

        15.    As a result of their review, the Debtors have identified 10 Disputed Claims

that were filed after the August 1, 2005 bar date (or the August 22, 2005 bar date applicable to

governmental entities) (the "Late Claims").  A list of the Late Claims is attached as Exhibit D.

        16.    As described in further detail in paragraph 5 above, all parties other than

governmental units and subsequently identified parties who received notice of a special bar date

were required to file a proof of claim by the August 1, 2005 bar date. The bar date applicable to governmental units was August 22, 2005. Notice of the August 1, 2005 bar date was also published in several newspapers on or about May 27, 2005.

17.    The Claims Bar Date Order provided that any holder of a Claim against the Debtors who is required, but fails to file a proof of claim for such claim in accordance with the Claims Bar Date Order on or before the August 1, 2005 bar date is forever barred from asserting such claim against the Debtors. Section 502(b)(9) of the Bankruptcy Code provides that a claim asserted in a proof of claim shall be allowed, except to the extent "proof of such claim is not timely filed." 11 U.S.C. § 502(b)(9).

18.    The Late Claims were filed over sixteen months after the August 1, 2005 bar date. The Late Claims are not enforceable against the Debtors because they were filed after the applicable bar dates and do not allege an excusable reason for delay.

19.    The Debtors (a) object to the Late Claims listed on Exhibit D and (b) seek entry of the Proposed Order disallowing the Late Claims. Claimants may elect, by not timely responding to this Objection, to permit their Late Claims listed on Exhibit D to be disallowed. In the absence of a Response (as defined in paragraph 32 below), the Debtors will present to the Court the Proposed Order disallowing the Late Claims. To the extent that any of the Late Claims are not disallowed, this Objection constitutes an objection to such claims on the merits, including as to amount and priority, and the Debtors will amend this Objection to state the specific grounds for disallowing, reducing, reclassifying or otherwise disposing of the Late Claims.

E.    Late With Remaining Claims

20.    As a result of their review, the Debtors have identified 3 Disputed Claims that were filed after the August 1, 2005 bar date (or the August 22, 2005 bar date applicable to governmental entities) by parties with either previously filed timely claims or claims that were

scheduled by the Debtors (the "Late With Remaining Claims").  A list of the Late with Remaining Claims is attached as Exhibit E.  Adjacent to each Late With Remaining Claim on Exhibit E, the Debtors have identified the related scheduled or filed claim that will remain if the Court grants this Objection (the "Remaining Claim").

21.    Each of claimants holding a Late With Remaining Claim also has a Remaining Claim that was allowed by the Debtors and that received a distribution pursuant to the Chapter 11 Plan.  The Debtors seek to disallow the Late With Remaining Claims for the reasons set forth more fully in paragraphs 16 – 18 above.  The Late With Remaining Claims were filed over sixteen months after the August 1, 2005 bar date.  The Late With Remaining Claims are not enforceable against the Debtors because they were filed after the applicable bar dates and do not allege an excusable reason for delay.

22.    The Debtors (a) object to the Late With Remaining Claims listed on Exhibit E and (b) seek entry of the Proposed Order disallowing the Late With Remaining Claims. Claimants may elect, by not timely responding to this Objection, to permit their Late with Remaining Claims listed on Exhibit E to be disallowed.  In the absence of a Response (as defined in paragraph 32 below), the Debtors will present to the Court the Proposed Order disallowing the Late With Remaining Claims.  To the extent that any of the Late With Remaining Claims are not disallowed, this Objection constitutes an objection to such claims on the merits, including as to amount and priority, and the Debtors will amend this Objection to state the specific grounds for disallowing, reducing, reclassifying or otherwise disposing of the Late With Remaining Claims.

F.    Overstated Claims

23.    As a result of their review, the Debtors have identified 5 Disputed Claims that were filed in amounts that are greater than the liabilities owed to such claimants as reflected

in the Books and Records (the "Overstated Claims").  The Overstated Claims, with the specific reasons for reduction, are listed on Exhibit F.

24.    These claims fall into several categories: (a) Proofs of Claim that include amounts that are not reflected as liabilities on the Books and Records; and (b) Proofs of Claim that include amounts for which the legal bases are contested by the Debtors.

25.    The Debtors (a) object to the Overstated Claims listed on Exhibit F and (b) seek entry of the Proposed Order reducing the Overstated Claims.  Claimants may elect, by not timely responding to this Objection, to permit the Overstated Claims listed on Exhibit F to be reduced.  In the absence of a Response (as defined in paragraph 32 below), the Debtors will present to the Court the Proposed Order reducing the Overstated Claims.

G.    Overstated Misclassified Claims

26.    As a result of their review, the Debtors have identified 2 Disputed Claims that were filed in amounts that are greater than the liabilities owed to such claimants as reflected in the Books and Records and that also appear to be misclassified (the "Overstated Misclassified Claims").  The Overstated Misclassified Claims, with specific reasons for reduction, are listed on Exhibit G.

27.    None of the Overstated Misclassified Claims listed on Exhibit G are entitled to secured status under section 506(a) of the Bankruptcy Code because they are not (a) secured by liens on any property in which the Debtors have an interest or (b) subject to setoff under section 553 of the Bankruptcy Code.  None of the Overstated Misclassified Claims that assert priority status are entitled to priority status under any subsection of section 507(a) of the Bankruptcy Code.  Therefore, the Overstated Misclassified Claims should be reclassified as specified on Exhibit G.

28.    The Debtors (a) object to the Overstated Misclassified Claims listed on Exhibit G and (b) seek entry of the Proposed Order reducing and reclassifying such Overstated Misclassified Claims as specified on Exhibit G.  Claimants may elect, by not timely responding to this Objection, to permit their Overstated Misclassified Claims to be reduced and reclassified as specified on Exhibit G.  In the absence of a Response (as defined in paragraph 32 below), the Debtors will present to the Court the Proposed Order reducing and reclassifying the Overstated Misclassified Claims.

## SEPARATE CONTESTED MATTERS

29.    Each of the Disputed Claims and the Debtors' objections asserted above constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.  The Debtors request that any order entered by the Court with respect to an objection asserted in this Objection shall be deemed a separate order with respect to each Disputed Claim.

## RESERVATION OF RIGHTS

30.    The Debtors expressly reserve the right to amend, modify, or supplement these objections and to file additional objections to the Disputed Claims or any other claims (filed or not) which may be asserted against the Debtors.

31.    The Debtors reserve their rights with respect to potential preference and avoidance actions under chapter 5 of the Bankruptcy Code (the "Avoidance Actions") against any Claimant, and this Objection does not constitute a waiver of the Debtors' right to pursue such Avoidance Actions.

## RESPONSES TO THE OBJECTION

A.    Filing and Service of Responses

32.    Pursuant to the Claim Objection Procedures Order, to contest an Objection a claimant must file a written response to the Objection (a "Response") with the United States

Bankruptcy Court for the Middle District of Florida (the "Court"), via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202 no later than **February 12, 2007, at 4:00 p.m. (Eastern time)** (the "Response Deadline"). In addition, a copy of the Response must be served on the following party on or before the Response Deadline:

Counsel for the Debtors:

D. J. Baker Esq.
Skadden, Arps, Slate, Meagher
& Flom LLP
Four Times Square
New York, New York 10036
(212) 735-2000 (facsimile)
djbaker@skadden.com

B.    Timely Response Required; Hearing; Replies

33.    If a Response is properly and timely filed and served in accordance with the above procedures, the Debtors will endeavor to reach a consensual resolution with the claimant. If no consensual resolution is reached, a hearing has been noticed for **February 22, 2007, at 1:30 p.m. (Eastern Time)**, or such other date and time as parties filing responses may be notified. Only those Responses made in writing and timely filed and received will be considered by the Court at any such hearing. The Debtors reserve the right to seek to adjourn a hearing with respect to a specific objection and any Response to such objection.

34.    If a claimant whose claim is subject to the Objection, and who is served with the Objection, fails to file and serve a timely Response in compliance with the foregoing procedures, the Debtors will present to the Court an appropriate order disallowing, reducing or reclassifying the claim, without further notice to the claimant.

## NOTICE

35.    Copies of this Objection will be served upon the claimants identified on Exhibits A through G, the United States Trustee, counsel for the Post-Effective Date Committee, and, in an abundance of caution, upon the other parties in interest named on the Official Service List maintained in these cases. The Debtors submit that no other or further notice need be given.

WHEREFORE the Debtors respectfully request that the Court (i) grant the relief requested by this Objection, (ii) enter the Proposed Order attached as Exhibit H (a) disallowing the Improperly Filed Claims, (b) disallowing the No Liability Claims, (c) disallowing the No Liability Misclassified Claim, (d) disallowing the Late Claims, (e) disallowing the Late With Remaining Claims, (f) reducing the Overstated Claims and (g) reducing and reclassifying the Overstated Misclassified Claims and (iii) grant such other and further relief as is just and proper.

Dated:  January 19, 2007

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By    _s/ D. J. Baker_____
    D. J. Baker
    Sally McDonald Henry
    Rosalie Walker Gray
    Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Co-Counsel for Reorganized Debtors

SMITH HULSEY & BUSEY

By    _s/ James H. Post_____
    Stephen D. Busey
    James H. Post
    Cynthia C. Jackson,
    Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Co-Counsel for Reorganized Debtors

# EXHIBIT A

WINN-DIXIE STORES, INC., ET AL.
TWENTY-NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - IMPROPERLY FILED CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 537614**<br>ABRAMS, SARAH<br>C/O CHIKOVSKY, BEN & SCHAFER, PA<br>ATTN LAWRENCE S BEN, ESQ<br>1720 HARRISON STREET, SUITE 7A<br>HOLLYWOOD FL 33020 | 13744<br>Debtor: | $100,000.00<br>WINN-DIXIE STORES, INC. | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS'<br>FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE<br>NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.<br>ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE<br>WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE<br>BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE<br>RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF<br>OBJECTION. |
| **Creditor Id: 558236**<br>ALVERNIA, MAYHELA N<br>C/O LAW OFFICE OF ARMANDO A PEREZ<br>ATTN ARMANDO A PEREZ, ESQ.<br>701 SW 27TH AVENUE, SUITE 1205<br>MIAMI FL 33135 | 13675<br>Debtor: | $55,000.00<br>WINN-DIXIE STORES, INC. | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS'<br>FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE<br>NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.<br>ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE<br>WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE<br>BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE<br>RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF<br>OBJECTION. |
| **Creditor Id: 535194**<br>ARMSTRONG, PENNY J<br>8709 TROLLEY COVE<br>MONTGOMERY AL 36116 | 13750<br>Debtor: | $1,341.33<br>WINN-DIXIE STORES, INC. | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS'<br>FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE<br>NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.<br>ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE<br>WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE<br>BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE<br>RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF<br>OBJECTION. |
| **Creditor Id: 558332**<br>BECKER, JULIE<br>C/O CHIKOVSKY, BEN & SCHAFER, PA<br>ATTN LAWRENCE S BEN, ESQ<br>1720 HARRISON STREET, SUITE 7A<br>HOLLYWOOD FL 33020 | 13745<br>Debtor: | $200,000.00<br>WINN-DIXIE STORES, INC. | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS'<br>FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE<br>NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.<br>ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE<br>WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE<br>BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE<br>RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF<br>OBJECTION. |
| **Creditor Id: 537709**<br>BEERE, KAREN<br>C/O BARNES BARNES & COHEN PA<br>ATTN T JERRY SNIDER, ESQ<br>1843 ATLANTIC BLVD<br>JACKSONVILLE FL 32207 | 13703<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS'<br>FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE<br>NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.<br>ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE<br>WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE<br>BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE<br>RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF<br>OBJECTION. |
| **Creditor Id: 535299**<br>BIRD, ELIZABETH<br>34466 ORIOLE TERRACE<br>RIDGE MANOR FL 33523<br>Counsel: ATTN DREW BEN HUDGINS, ESQ | 13676<br>Debtor: | $100,000.00<br>WINN-DIXIE STORES, INC. | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS'<br>FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE<br>NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.<br>ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE<br>WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE<br>BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE<br>RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF<br>OBJECTION. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-NINTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - IMPROPERLY FILED CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 537736**<br>BOWEN, CAROL<br>C/O LAW OFFICES OF ROY L GLASS<br>ATTN ROY L GLASS, ESQ<br>5501 CENTRAL AVE<br>ST PETERSBURG FL 33710 | 13669<br>Debtor: | $250,000.00<br>WINN-DIXIE STORES, INC. | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINSTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 537745**<br>BRELSFORD, JEFF<br>C/O KOLODINSKY SEITZ TRESHER ET AL<br>ATTN RICK TRESHER, ESQ<br>647 S RIDGEWOOD AVE<br>DAYTONA BEACH FL 32114 | 13715<br>Debtor: | $65,000.00<br>WINN-DIXIE STORES, INC. | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINSTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 537752**<br>BROWN, DEBORAH BONNER<br>C/O CHRIS JOHNS & ASSOCIATES<br>ATTN DONALD METCALF, ESQ.<br>4901 ATLANTIC BLVD<br>JACKSONVILLE FL 32207 | 13782<br>Debtor: | $97,500.00<br>WINN-DIXIE STORES, INC. | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINSTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 535069**<br>CAMPBELL, LINDA<br>PO BOX 91115<br>MOBILE AL 36691 | 13757<br>Debtor: | $10,000.00<br>WINN-DIXIE STORES, INC. | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINSTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 537800**<br>CANNON, MICHELLE<br>C/O JACKIE WEHRLY LAW OFFICE<br>ATTN JACKIE WEHRLY, ESQ<br>9951 ATLANTIC BLVD, #474<br>JACKSONVILLE FL 32225 | 13691<br>Debtor: | $25,000.00<br>WINN-DIXIE STORES, INC. | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINSTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 535078**<br>CAPEHART, BELINDA L<br>79 UNDERWOOD TRAIL<br>PALM COAST FL 32164<br><br>Counsel: ATTN JAMES W LEDFORD, ESQ. | 13702<br>Debtor: | $25,000.00<br>WINN-DIXIE STORES, INC. | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINSTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - IMPROPERLY FILED CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:  546524**<br>CENTRAL REFRIGERATED SERVICES INC<br>ATTN PATTI DIXON, A/R<br>PO BOX 27358<br>SALT LAKE CITY  UT  84127-0358 | 13682<br>**Debtor:**  WINN-DIXIE STORES, INC. | $10,260.60 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS'<br>FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE<br>NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.<br>ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE<br>WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE<br>BANKRUPTCY COURT BY JANUARY 5, 2007.  DEBTORS RESERVE THE<br>RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF<br>OBJECTION. |
| **Creditor Id:  558308**<br>CITY OF PALMETTO, FL<br>ATTN CHERYL A MILLER, SR ACCTS<br>516 8TH AVENUE WEST<br>PALMETTO  FL  34220-1209 | 13701<br>**Debtor:**  WINN-DIXIE STORES, INC. | $1,664.18 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS'<br>FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE<br>NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.<br>ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE<br>WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE<br>BANKRUPTCY COURT BY JANUARY 5, 2007.  DEBTORS RESERVE THE<br>RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF<br>OBJECTION. |
| **Creditor Id:  286176**<br>COUNTY OF AUTAUGA<br>ATTN TOMMY T RAY, REV COMM<br>218 N COURT ST<br>PRATTVILLE  AL  36067-3004 | 13764<br>**Debtor:**  WINN-DIXIE STORES, INC. | $12,429.20 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS'<br>FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE<br>NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.<br>ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE<br>WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE<br>BANKRUPTCY COURT BY JANUARY 5, 2007.  DEBTORS RESERVE THE<br>RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF<br>OBJECTION. |
| **Creditor Id:  374386**<br>COUNTY OF COFFEE REV COMMISSIONER<br>ATTN RONALD L BURNS, REVENUE COMM<br>PO BOX 311606<br>ENTERPRISE, AL  36331 | 13684<br>**Debtor:**  WINN-DIXIE MONTGOMERY, INC. | $1,847.88 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS'<br>FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE<br>NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.<br>ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE<br>WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE<br>BANKRUPTCY COURT BY JANUARY 5, 2007.  DEBTORS RESERVE THE<br>RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF<br>OBJECTION. |
| **Creditor Id:  558304**<br>COUNTY OF CRISP TAX COMMISSIONER<br>ATTN CRICKET ADKINS, TAX COMM<br>210 SOUTH 7TH STREET<br>CORDELE  GA  31015 | 13689<br>**Debtor:**  WINN-DIXIE STORES, INC. | $14,507.30 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS'<br>FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE<br>NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.<br>ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE<br>WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE<br>BANKRUPTCY COURT BY JANUARY 5, 2007.  DEBTORS RESERVE THE<br>RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF<br>OBJECTION. |
| **Creditor Id:  407675**<br>COUNTY OF DALLAS, ET AL<br>ATTN TAMMY JONES KING, TAX COLL<br>PO BOX 987<br>SELMA  AL  36702-0987 | 13746<br>**Debtor:**  DEBTOR IS UNIDENTIFIABLE | $13,984.86 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS'<br>FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE<br>NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.<br>ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE<br>WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE<br>BANKRUPTCY COURT BY JANUARY 5, 2007.  DEBTORS RESERVE THE<br>RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF<br>OBJECTION. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - IMPROPERLY FILED CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 407675**<br>COUNTY OF DALLAS, ET AL<br>ATTN TAMMY JONES KING, TAX COLL<br>PO BOX 987<br>SELMA AL 36702-0987 | 13747<br>**Debtor:** | $11,227.05<br>**WINN-DIXIE MONTGOMERY, INC.** | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 407675**<br>COUNTY OF DALLAS, ET AL<br>ATTN TAMMY JONES KING, TAX COLL<br>PO BOX 987<br>SELMA AL 36702-0987 | 13748<br>**Debtor:** | $8,995.67<br>**WINN-DIXIE MONTGOMERY, INC.** | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 318691**<br>COUNTY OF GREENVILLE TAX COLLECTOR<br>ATTN THERESA RICH<br>301 UNIVERSITY RIDGE, SUITE 700<br>GREENVILLE SC 29601 | 13692<br>**Debtor:** | $77,535.34<br>**WINN-DIXIE STORES, INC.** | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 408229**<br>COUNTY OF JEFFERSON, AL<br>ATTN GROVER DUNN, ASST TAX COLL<br>PO BOX 1190<br>BESSEMER AL 35021-1190 | 13690<br>**Debtor:** | $1,640.73<br>**WINN-DIXIE MONTGOMERY, INC.** | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 408229**<br>COUNTY OF JEFFERSON, AL<br>ATTN GROVER DUNN, ASST TAX COLL<br>PO BOX 1190<br>BESSEMER AL 35021-1190 | 13697<br>**Debtor:** | $2,400.04<br>**WINN-DIXIE MONTGOMERY, INC.** | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 408229**<br>COUNTY OF JEFFERSON, AL<br>ATTN GROVER DUNN, ASST TAX COLL<br>PO BOX 1190<br>BESSEMER AL 35021-1190 | 13775<br>**Debtor:** | $1,640.73<br>**WINN-DIXIE MONTGOMERY, INC.** | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-NINTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - IMPROPERLY FILED CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 408229**<br>COUNTY OF JEFFERSON, AL<br>ATTN GROVER DUNN, ASST TAX COLL<br>PO BOX 1190<br>BESSEMER AL 35021-1190 | **13776**<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $2,004.04 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 240552**<br>COUNTY OF LOUISVILLE JEFFERSON<br>METRO REVENUE COMMISSION<br>ATTN KIM G JOHNSON/TERRI A GERAGHTY<br>PO BOX 35410<br>LOUISVILLE KY 40232-5410 | **13717**<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | $1,604.70 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 318790**<br>COUNTY OF MOBILE, AL<br>ATTN MARILYN E WOOD, REVENUE COMM<br>PO BOX 1169<br>MOBILE, AL 36633-1169 | **13774**<br>**Debtor:** WINN-DIXIE STORES, INC. | $18,810.10 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 318515**<br>COUNTY OF VANCE TAX COLLECTOR<br>ATTN JOHNNIE W BURTON, TAX ASST<br>122 YOUNG STREET, SUITE E<br>HENDERSON, NC 27536-4268 | **13693**<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | $1,894.24 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 535600**<br>CRUZ, ISABEL<br>2501 LESLIE STREET #153<br>FLAGLER BEACH FL 32136<br><br>Counsel: ATTN MARK A MATOVINA, ESQ. | **13681**<br>**Debtor:** WINN-DIXIE STORES, INC. | $50,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 537908**<br>DAVIS, EDMINA<br>C/O LAW OFFICE OF JAN PETER WEISS<br>ATTN JAN PETER WEISS, ESQ<br>917 N DIXIE HWY, 2ND FL<br>LAKE WORTH FL 33460 | **13674**<br>**Debtor:** WINN-DIXIE STORES, INC. | $11,500.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - IMPROPERLY FILED CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 537909**<br>DAVIS, HARRIETT<br>C/O HENRY LAFFER, PA<br>ATTN HENRY LAFFER, ESQ<br>8927 HYPOLUXO RD, STE A-5<br>LAKE WORTH  FL  33467 | 13706<br>**Debtor:**  WINN-DIXIE STORES, INC. | $70,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007.  DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 537925**<br>DEMARTINO, BARBARA<br>C/O KOPPEL AND BATES LAW OFFICES<br>ATTN DOUGLAS L BATES, ESQ<br>817 S UNIVERSITY DR, STE 100<br>PLANTATION  FL  33324 | 13687<br>**Debtor:**  WINN-DIXIE STORES, INC. | $100,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007.  DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 410863**<br>DIAZ, MARIA<br>C/O CORIROSSI & BENNETT<br>ATTN SCOTT BENNETT, ESQ<br>GROVE PLAZA, 2ND FLOOR<br>2900 MIDDLE STREET<br>COCONUT GROVE  FL  33133 | 13709<br>**Debtor:**  WINN-DIXIE RALEIGH, INC. | $35,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007.  DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 537946**<br>DINKINS, SHAKKARA<br>C/O COBB SHEALY CRUM & DERRICK, PA<br>ATTN H WARREN COBB JR, ESQ<br>PO BOX 2047<br>DOTHAN  AL  36302-6346 | 13727<br>**Debtor:**  WINN-DIXIE STORES, INC. | $80,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007.  DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 558340**<br>DONAHUE, DARLENE<br>C/O GILMAN & ASSOCIATES<br>ATTN RAMONA L TOLLEY, ESQ<br>400 SE 9TH STREET<br>FORT LAUDERDALE  FL  33316 | 13778<br>**Debtor:**  WINN-DIXIE STORES, INC. | $15,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007.  DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 558328**<br>DONNATIEN, JUNE<br>C/O CHALIK & CHALIK, PA<br>ATTN JASON CHALIK, ESQ<br>10063 NW I COURT<br>PLANTATION  FL  33324 | 13754<br>**Debtor:**  WINN-DIXIE STORES, INC. | $1,000,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007.  DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-NINTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - IMPROPERLY FILED CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:  537972**<br>EARLES, STEVEN<br>C/O GOLDMAN, DASZKAL, CUTLER, ET AL<br>ATTN ALEX DASZKAL, ESQ<br>1630 W HILLSBORO BLVD<br>DEERFIELD BEACH  FL  33442 | 13736<br>Debtor: | $300,000.00<br>**WINN-DIXIE STORES, INC.** | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007.  DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id:  248804**<br>ELIZABETHTON ELECTRIC SYSTEM<br>ATTN ANDREA TALBERT, DIR ACCT/FIN<br>PO BOX 790<br>ELIZABETHTON  TN  37644-0790 | 13772<br>Debtor: | $119.54<br>**WINN-DIXIE STORES, INC.** | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007.  DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id:  558302**<br>FAGG, KRISTEN (MINOR)<br>C/O CONNIE CARTWRIGHT, PARENT<br>PO BXG 6094<br>BRANDON  FL  33508 | 13688<br>Debtor: | $20,000.00<br>**WINN-DIXIE STORES, INC.** | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007.  DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id:  404006**<br>FEDEX FREIGHT EAST, INC<br>ATTN BRADY MOORE/JEFF JONES SR MGR<br>DELIVERY CODE 2259<br>2200 FORWARD DR<br>PO BOX 840<br>HARRISON  AR  72602-0840 | 13766<br>Debtor: | $2,909.36<br>**WINN-DIXIE STORES, INC.** | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007.  DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id:  537994**<br>FELTON, LAURA<br>C/O MERRITT & WATSON, PA<br>ATTN RONALD WATSON ESQ<br>1500 E ORANGE AVENUE<br>EUSTIS  FL  32726-4399 | 13672<br>Debtor: | $100,000.00<br>**WINN-DIXIE STORES, INC.** | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007.  DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id:  558316**<br>FOREMAN, JOYCE<br>C/O SCOTT A DARTEZ<br>PO BOX 53597<br>LAFAYETTE  LA  70505 | 13723<br>Debtor: | $350,000.00<br>**WINN-DIXIE STORES, INC.** | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007.  DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - IMPROPERLY FILED CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 535857**<br>FREEMAN, KEISHA<br>601 NORTH 7TH STREET<br>HAINES CITY FL 33844<br><br>Counsel: ATTN WILLIAM R DANIEL, ESQ. | 13683<br>**Debtor:** | $25,000.00<br>**WINN-DIXIE STORES, INC.** | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS'<br>FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE<br>NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.<br>ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE<br>WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE<br>BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE<br>RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF<br>OBJECTION. |
| **Creditor Id: 535866**<br>GABB, RACHEL (MINOR)<br>C/O TONRY & GINART LAW OFFICES LLC<br>ATTN R A TONRY/M C GINART JR, ESQS<br>2114 PARIS RD<br>PO BOX 32<br>CHALMETTE LA 70044-0032 | 13729<br>**Debtor:** | $1,000,000.00<br>**WINN-DIXIE STORES, INC.** | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS'<br>FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE<br>NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.<br>ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE<br>WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE<br>BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE<br>RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF<br>OBJECTION. |
| **Creditor Id: 558314**<br>GAHAGAN, LISA ANN & SEAN<br>C/O G WILIAM ALLEN, JR, ESQ<br>310 SOUTHEAST 13TH STREET<br>FORT LAUDERDALE FL 33316 | 13726<br>**Debtor:** | $250,000.00<br>**WINN-DIXIE STORES, INC.** | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS'<br>FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE<br>NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.<br>ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE<br>WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE<br>BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE<br>RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF<br>OBJECTION. |
| **Creditor Id: 558215**<br>GORDON, VALERIE MARIE<br>C/O LAW OFFICE OF LARRY DERSONA<br>ATTN LARRY DERSONA, ESQ<br>4420 NORTH BOULEVARD, SUITE 102<br>BATON ROUGE LA 70806 | 13670<br>**Debtor:** | $20,000.00<br>**WINN-DIXIE STORES, INC.** | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS'<br>FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE<br>NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.<br>ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE<br>WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE<br>BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE<br>RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF<br>OBJECTION. |
| **Creditor Id: 537653**<br>GRANT, MARY<br>C/O DAVID I FUCHS, PA LAW OFFICES<br>ATTN DAVID I. FUCHS, ESQ<br>8 SE 8TH STREET<br>FORT LAUDERDALE FL 33316 | 13785<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS'<br>FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE<br>NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.<br>ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE<br>WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE<br>BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE<br>RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF<br>OBJECTION. |
| **Creditor Id: 535990**<br>GREENMAN, MICHAEL<br>19800 SW 180TH AVE, # 57<br>MIAMI FL 33187 | 13716<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS'<br>FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE<br>NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.<br>ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE<br>WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE<br>BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE<br>RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF<br>OBJECTION. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A -- IMPROPERLY FILED CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 536006**<br>GROODY, RENEE<br>1912 WOODCREST DRIVE<br>ORMOND BEACH FL 32174<br><br>Counsel: ATTN MARK A MATOVINA, ESQ. | 13680<br>Debtor: WINN-DIXIE STORES, INC. | $50,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007.  DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 538138**<br>GUILLORY, ARTHER<br>C/O JOHN FONTENOT LAW OFFICES<br>ATTN DAN F FONTENOT, ESQ<br>140 N SECOND STREET<br>PO BOX 1286<br>EUNICE LA 70535 | 13721<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007.  DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 538149**<br>HALL, GLORIA LAURITA<br>C/O DANIEL UPTON PERRY & MORRIS PC<br>ATTN MARK J UPTON, ESQ<br>PO BOX 1800<br>DAPHNE AL 36526 | 13777<br>Debtor: WINN-DIXIE STORES, INC. | $50,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007.  DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 536048**<br>HAMMER, SYDEL & IRA<br>2295 SOUTH OCEAN BLVD, #504<br>PALM BEACH FL 33480<br><br>Counsel: ATTN F GREGORY BARNHART, ESQ. | 13700<br>Debtor: WINN-DIXIE STORES, INC. | $50,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007.  DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 538173**<br>HAWKES, MICHONE<br>C/O GOLDMAN DASZKAL CUTLER ET AL<br>ATTN JEFFREY D KIRBY, ESQ<br>1630 W HILLSBORO BLVD<br>DEERFIELD BEACH FL 33442 | 13738<br>Debtor: WINN-DIXIE STORES, INC. | $95,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007.  DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 538191**<br>HERNANDEZ, BRIEN<br>C/O WALKLEY AND WALKLEY<br>ATTN BUDDY D FORD, ESQ<br>115 N MACDILL AVENUE<br>TAMPA FL 33609 | 13742<br>Debtor: WINN-DIXIE STORES, INC. | $100,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007.  DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-NINTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - IMPROPERLY FILED CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 536132**<br>HINES, ANGELA<br>PO BOX 4908<br>ALBANY GA 31706 | **13767**<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 538235**<br>JACK, LUCINDA<br>C/O DAN P FONTENOT, ESQ<br>140 N SECOND ST<br>PO BOX 1286<br>EUNICE LA 70535 | **13732**<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 558317**<br>JAMES, PATRICIA<br>C/O HOWARD P ALTERMAN, PA<br>325 SOUTH DIXIE HIGHWAY, STE 2<br>LAKE WORTH FL 33460 | **13724**<br>Debtor: **WINN-DIXIE STORES, INC.** | $250,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 538249**<br>JARREAU, VERONICA<br>C/O FELICIA F DAVIS LAW OFFICES<br>ATTN FELICIA F. DAVIS, ESQ<br>750 LOUISANA AVENUE, SUITE A<br>PO BOX 1236<br>PORT ALLEN LA 70767 | **13699**<br>Debtor: **WINN-DIXIE STORES, INC.** | $50,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 538265**<br>JOHNSON, LORETTA<br>C/O CORIROSSI & BENNETT<br>ATTN ROBERT G CORIROSSI, ESQ<br>GROVE PLAZA - 2ND FL<br>2900 MIDDLE STREET<br>COCONUT GROVE FL 33133 | **13719**<br>Debtor: **WINN-DIXIE STORES, INC.** | $45,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-NINTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - IMPROPERLY FILED CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 558337**<br>KNIGHT, GAIL D<br>C/O DINAN & CATANIA, LLC<br>ATTN CALLY E CATANIA, ESQ<br>13336 N CENTRAL AVENUE<br>TAMPA FL 33612 | 13769<br>Debtor: | $150,000.00<br>WINN-DIXIE STORES, INC. | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 538349**<br>LEONCE, GERDA<br>C/O EVAN D FRANKEL PA LAW OFFICES<br>ATTN EVAN D FRANKEL, ESQ<br>8025 BISCAYNE BLVD<br>MIAMI FL 33138 | 13762<br>Debtor: | $30,000.00<br>WINN-DIXIE STORES, INC. | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 558334**<br>LINDSEY, EDDIE L<br>936 MCKENZIE AVE<br>PANAMA CITY FL 32401 | 13756<br>Debtor: | $5,000.00<br>WINN-DIXIE STORES, INC. | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 538375**<br>LOWTHER, HILDEGARD M<br>C/O KMIEC LAW OFFICES<br>ATTN STEVEN G KMIEC, ESQ<br>3741 WEST NATIONAL AVENUE<br>MILWAUKEE WI 53215 | 13718<br>Debtor: | $90,000.00<br>WINN-DIXIE STORES, INC. | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 538123**<br>MAGEE, MARLEE<br>C/O MYLES, COOK & DAY<br>ATTN LONNY MYLES/E A PRATTINI, ESQS<br>1575 CHURCH STREET<br>ZACHARY LA 70791 | 13712<br>Debtor: | $71,996.26<br>WINN-DIXIE STORES, INC. | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 538134**<br>MARCHESE, SANDRA & EUGENE<br>C/O MANEY & GORDON, PA<br>ATTN RICHARD D GIGLIO, ESQ<br>101 E KENNEDY BLVD, STE 3170<br>TAMPA FL 33602 | 13666<br>Debtor: | $200,000.00<br>WINN-DIXIE STORES, INC. | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - IMPROPERLY FILED CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 538391<br>MARTIN, LORETTA L<br>C/O THE MIMS LAW FIRM<br>ATTN JULIETTE B MIMS/HENRY J MIMS<br>100 E POINSETT STREET<br>GREER SC 29651 | 13771<br>Debtor: WINN-DIXIE STORES, INC. | $125,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS'<br>FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE<br>NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.<br>ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE<br>WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE<br>BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE<br>RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF<br>OBJECTION. |
| Creditor Id: 538391<br>MARTIN, LORETTA L<br>C/O THE MIMS LAW FIRM<br>ATTN JULIETTE B MIMS/HENRY J MIMS<br>100 E POINSETT STREET<br>GREER SC 29651 | 13783<br>Debtor: WINN-DIXIE STORES, INC. | $125,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS'<br>FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE<br>NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.<br>ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE<br>WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE<br>BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE<br>RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF<br>OBJECTION. |
| Creditor Id: 538420<br>MATTHEWMAN, MARLENE<br>C/O HENRY A LOPEZ-AGUAR, PA<br>ATTN HENRY A LOPEZ-AGUAR, ESQ<br>9415 SUNSET DRIVE, SUITE 119<br>MIAMI FL 33173 | 13728<br>Debtor: WINN-DIXIE STORES, INC. | $22,219.15 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS'<br>FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE<br>NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.<br>ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE<br>WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE<br>BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE<br>RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF<br>OBJECTION. |
| Creditor Id: 538430<br>MCCORMICK, CHRISTINA<br>LAW OFFICES OF CHRIS JOHNS & ASSOCS<br>ATTN DONALD METCALF, ESQ.<br>4901 ATLANTIC BOULEVARD<br>JACKSONVILLE FL 32207 | 13781<br>Debtor: WINN-DIXIE STORES, INC. | $75,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS'<br>FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE<br>NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.<br>ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE<br>WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE<br>BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE<br>RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF<br>OBJECTION. |
| Creditor Id: 558330<br>MCCURDY, CAROL<br>LAW OFFICES OF CHRIS JOHNS & ASSOCS<br>ATTN DONALD N METCALF, ESQ<br>4901 ATLANTIC BLVD<br>JACKSONVILLE FL 32207 | 13780<br>Debtor: WINN-DIXIE STORES, INC. | $200,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS'<br>FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE<br>NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.<br>ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE<br>WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE<br>BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE<br>RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF<br>OBJECTION. |
| Creditor Id: 538441<br>MCGREW, LOUISE<br>C/O THIRY & CADDELL<br>ATTN HENRY H CADDELL, ESQ<br>1911 GOVERNMENT STREET<br>MOBILE AL 36606 | 13779<br>Debtor: WINN-DIXIE STORES, INC. | $200,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS'<br>FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE<br>NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.<br>ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE<br>WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE<br>BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE<br>RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF<br>OBJECTION. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - IMPROPERLY FILED CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 538450**<br>MEININGER, EDWARD<br>C/O GOLDMAN DASZKAL CUTLER ET AL<br>ATTN JEFFREY D KIRBY, ESQ<br>1630 W HILLSBORO BOULEVARD<br>DEERFIELD BEACH FL 33442 | 13737<br>Debtor: | $750,000.00<br>WINN-DIXIE STORES, INC. | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 538454**<br>MENARDY, PATRICIA<br>C/O GOLDMAN DASKEL CUTLER ET AL<br>ATTN GLENN GOLDMAN, ESQ<br>1630 WEST HILLSBORO BLVD<br>DEERFIELD BEACH FL 33442 | 13735<br>Debtor: | $250,000.00<br>WINN-DIXIE STORES, INC. | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 538467**<br>MILLER, JUDY<br>C/O BARNES, BARNES & COHEN PA<br>ATTN T JERRY SNIDER, ESQ<br>1843 ATLANTIC BLVD<br>JACKSONVILLE FL 32207 | 13696<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 536612**<br>MILLER, LEVI D<br>317 HORSESHOE DRIVE<br>SHELBY NC 28150 | 13751<br>Debtor: | $5,000.00<br>WINN-DIXIE STORES, INC. | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 538474**<br>MINION, DORIS<br>C/O DAVID I FUCHS, PA LAW OFFICES<br>ATTN DAVID I FUCHS, ESQ<br>8 SE 8TH STREET<br>FORT LAUDERDALE FL 33316 | 13784<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 558333**<br>MOORE, LULA SCOTT<br>C/O ALFRED F MCCALEB, III<br>PO BOX 1147<br>LIVINGSTON LA 70754 | 13768<br>Debtor: | $10,000.00<br>WINN-DIXIE STORES, INC. | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - IMPROPERLY FILED CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 558333**<br>MOORE, LULA SCOTT<br>C/O ALFRED F MCCALEB, III<br>PO BOX 1147<br>LIVINGSTON LA 70754 | 13788<br>Debtor: | $10,000.00<br>WINN-DIXIE STORES, INC. | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007.  DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 536669**<br>MOSES, TAMMIE<br>4230 LAMORE STREET, APT A<br>COLUMBUS GA 31907 | 13705<br>Debtor: | $15,000.00<br>WINN-DIXIE STORES, INC. | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007.  DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 536684**<br>MURDOCK, LISA<br>PO BOX 2064<br>ZEPHYRHILLS FL 33539<br>Counsel: ATTN DREW BEN HUDGINS, ESQ | 13695<br>Debtor: | $100,000.00<br>WINN-DIXIE STORES, INC. | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007.  DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 558309**<br>NUTECH FIRE & SECURITY INC<br>ATTN GREG S DETARDO, PRESIDENT<br>150 CANDACE DRIVE<br>MAITLAND FL 32751 | 13708<br>Debtor: | $1,925.32<br>WINN-DIXIE STORES, INC. | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007.  DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 558319**<br>OATS, FAYE<br>1230 SHANNONBROOK DR<br>NEWTON NC 28658<br>Counsel: ATTN GARY F. YOUNG, ESQ | 13711<br>Debtor: | $12,000.00<br>WINN-DIXIE STORES, INC. | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007.  DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 538565**<br>PEASE, KATHERINE<br>C/O KELLY B MATHIS, PA<br>ATTN JAMES T MURPHY, ESQ<br>50 NORTH LAURA STREET, SUITE 1700<br>JACKSONVILLE FL 32202 | 13730<br>Debtor: | $125,000.00<br>WINN-DIXIE STORES, INC. | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007.  DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - IMPROPERLY FILED CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 556844**<br>POLLOCK, PAMELA D<br>5400 JOYNER AVENUE<br>SPRING HILL FL 34608 | 13753<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS'<br>FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE<br>NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.<br>ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE<br>WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE<br>BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE<br>RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF<br>OBJECTION. |
| **Creditor Id: 558301**<br>RANDOLF, MAMIE L<br>C/O PAUL BILLINGSLEY LAW OFFICES<br>ATTN PAUL L BILLINGSLEY, ESQ<br>1000 N MORRISON BLVD., SUITE E<br>HAMMOND LA 70401 | 13685<br>**Debtor:** WINN-DIXIE STORES, INC. | $49,500.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS'<br>FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE<br>NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.<br>ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE<br>WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE<br>BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE<br>RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF<br>OBJECTION. |
| **Creditor Id: 536931**<br>REED, AMY<br>603 JEAN STREET #1<br>DAYTONA BEACH FL 32114<br><br>Counsel: ATTN MARK A MATOVINA, ESQ. | 13679<br>**Debtor:** WINN-DIXIE STORES, INC. | $50,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS'<br>FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE<br>NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.<br>ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE<br>WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE<br>BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE<br>RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF<br>OBJECTION. |
| **Creditor Id: 536955**<br>RICH, MARY<br>4536 WOODLEDGE DRIVE<br>MONTGOMERY AL 36109 | 13713<br>**Debtor:** WINN-DIXIE STORES, INC. | $503.06 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS'<br>FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE<br>NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.<br>ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE<br>WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE<br>BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE<br>RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF<br>OBJECTION. |
| **Creditor Id: 558336**<br>RICHARDSON, AVIS<br>C/O ROBERT D MELTON, PA<br>ATTN ROBERT D MELTON, ESQ<br>PO BOX 1032<br>ORLANDO FL 32802 | 13752<br>**Debtor:** WINN-DIXIE STORES, INC. | $27,097.43 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS'<br>FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE<br>NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.<br>ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE<br>WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE<br>BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE<br>RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF<br>OBJECTION. |
| **Creditor Id: 538665**<br>RODRIGUEZ, BELINDA<br>C/OCHALIK & CHALIK, PA<br>ATTN DEBI CHALIK ESQ<br>10063 NW 1ST COURT<br>PLANTATION FL 33324 | 13759<br>**Debtor:** WINN-DIXIE STORES, INC. | $200,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS'<br>FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE<br>NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.<br>ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE<br>WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE<br>BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE<br>RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF<br>OBJECTION. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-NINTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - IMPROPERLY FILED CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 537050<br>ROY, SHERYL M<br>172 CAPRONA STREET<br>SEBASTIAN FL 32958 | 13707<br>**Debtor:** WINN-DIXIE STORES, INC. | $50,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id:** 538711<br>RUDD, COLLEEN<br>C/O KRONLAGE & KRONLAGE, APLC<br>ATTN CURTIS C KRONLAGE, ESQ<br>717 ST CHARLES AVENUE<br>NEW ORLEANS LA 70130 | 13749<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $350,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id:** 538722<br>SAINT JUSTE, EDLINE<br>C/O JOHN T KENNEDY PA LAW OFFICES<br>ATTN RENEE DELAHUNTY, ESQ<br>477 SE RIVERSIDE DRIVE<br>STUART FL 34994 | 13725<br>**Debtor:** WINN-DIXIE STORES, INC. | $50,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id:** 537123<br>SEJOUR, NAYANNE<br>411 METCALF COURT, APT 411<br>WEST PALM BEACH FL 33407 | 13743<br>**Debtor:** WINN-DIXIE STORES, INC. | $15,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id:** 557170<br>SERONI, MARIE A<br>4752 SW BIMINI CIRCLE N<br>PALM CITY FL 34990 | 13770<br>**Debtor:** WINN-DIXIE STORES, INC. | $874.10 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id:** 538769<br>SIMON, INGRID<br>C/O DRAPER LAW OFFICE<br>ATTN WILLIAM LACKO, CLAIMS MGR<br>705 WEST EMMETT STREET<br>KISSIMMEE FL 34741 | 13710<br>**Debtor:** WINN-DIXIE STORES, INC. | $110,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-NINTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - IMPROPERLY FILED CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 558320**<br>SMITH, MARIE & WILLIAM<br>C/O DRAPER LAW OFFICE<br>ATTN WILLIAM LACKO, CLAIMS MGR<br>705 EMMETT STREET<br>KISSIMMEE FL 34741 | 13733<br>Debtor: **WINN-DIXIE STORES, INC.** | $100,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 558329**<br>SOLOMAN, KATHERINE<br>C/O LEWIS, MORTELL & LEWIS<br>ATTN JD LEWIS, ESQ<br>1115 E OCEAN BLVD<br>STUART FL 34996 | 13758<br>Debtor: **WINN-DIXIE STORES, INC.** | $50,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 537207**<br>STAGGERS, ROSE M<br>PO BOX 15403<br>SAINT PETERSBURG FL 33733 | 13704<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 417108**<br>STATE OF ALABAMA<br>ATTN JOY WIGGINS, TAX COLLECTOR<br>PO BOX 407<br>BREWTON AL 36427<br><br>Counsel: ATTN: BILL PRYOR, ESQ | 13678<br>Debtor: **WINN-DIXIE STORES, INC.** | $15,992.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 406030**<br>STATE OF OHIO WORKERS COMP BUREAU<br>LAW SECTION, BANKR UNIT<br>ATTN LARRY RHODEBECK, ESQ<br>30 W SPRING STREET<br>PO BOX 15567<br>COLUMBUS OH 43215-0567<br><br>Counsel: ATTN ANGELA HUFFMAN | 13698<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $1,028,489.44 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - IMPROPERLY FILED CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 538831**<br>SYZDEK, DOROTHY<br>C/O GOLDMAN DASZKAL CUTLER ET AL<br>ATTN ALEX DASZKAL, ESQ<br>1630 W HILLSBORO BLVD<br>DEERFIELD BEACH  FL  33442 | 13739<br>**Debtor:**  WINN-DIXIE STORES, INC. | $750,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007.  DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 538862**<br>THOMPSON, SALINA<br>C/O GOLDMAN DASZKAL CUTLER ET AL<br>ATTN GLENN GOLDMAN, ESQ<br>1630 W HILLSBORO BLVD<br>DEERFIELD BEACH  FL  33442 | 13734<br>**Debtor:**  WINN-DIXIE STORES, INC. | $350,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007.  DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 558342**<br>VEGA, MARTHA<br>C/O BRADEN, GONZALEZ & ASSOCIATES<br>ATTN ROMUALDO GONZALEZ, ESQ<br>228 ST CHARLES AVENUE, SUITE 1230<br>NEW ORLEANS  LA  70130 | 13787<br>**Debtor:**  WINN-DIXIE STORES, INC. | $10,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007.  DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 538924**<br>WADE, LEIGH<br>C/O GALE & GALE, PC<br>ATTN JEFFREY N GALE, ESQ<br>917 WESTERN AMERICA CIRCLE, STE 205<br>MOBILE  AL  36609<br><br>Counsel: MEREDITH N BRASCA | 13720<br>**Debtor:**  WINN-DIXIE STORES, INC. | $125,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007.  DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 538947**<br>WHITE, ODESSA<br>C/O MERRITT & WATSON, PA<br>ATTN RONALD H WATSON, ESQ<br>1500 EAST ORANGE AVENUE<br>EUSTIS  FL  32726-4399 | 13671<br>**Debtor:**  WINN-DIXIE STORES, INC. | $100,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007.  DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 538978**<br>WILSON, CHARLENE & HOLDER, TRACIE<br>C/O ROBERT P DISTEFANO PA<br>ATTN ROBERT P DISTEFANO ESQ<br>7471 W OAKLAND PARK BLVD, SUITE 106<br>FORT LAUDERDALE  FL  33319 | 13714<br>**Debtor:**  WINN-DIXIE STORES, INC. | $1,500,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007.  DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-NINTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - IMPROPERLY FILED CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 538985**<br>WITTENZELLNER, WILLIAM<br>C/O GOLDMAN, DASZKAL, CUTLER ET AL<br>ATTN GLENN GOLDMAN, ESQ<br>1630 W HILLSBORO BLVD<br>DEERFIELD FL 33442 | 13731<br>Debtor: WINN-DIXIE STORES, INC. | $250,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINSTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |

| | | |
|---|---|---|
| **Total Claims to be Disallowed:** | 107 | |
| **Total Amount to be Disallowed:** | $12,986,413.65 | **Plus Unliquidated Amounts, If Any** |

**EXHIBIT B**

WINN-DIXIE STORES, INC., ET AL.
TWENTY-NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - NO LIABILITY CLAIMS TO BE DISALLOWED

Page: 1 of 1
Date: 01/19/2007

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 392758**<br>AS-SABAH, SHADIYAH<br>C/O MORGAN & MORGAN, PA<br>ATTN ALEXANDER BILLIAS, ESQ<br>PO BOX 9504<br>FT MYERS FL 33906 | 13694<br>Debtor: **WINN-DIXIE STORES, INC.** | $100,000.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIM DUPLICATES CLAIM NUMBER 6749 ALLOWED AS UNSECURED NON-PRIORITY IN THE AMOUNT OF $10,000 AND PAID. |
| **Creditor Id: 539040**<br>BELK, BV JR<br>C/O BV BELK PROPERTIES<br>ATTN R KEITH NEELY<br>4508 E INDEPENDENCE BLVD, STE 207<br>CHARLOTTE NC 28205<br><br>Counsel: ATTN: JAMES S. CARR, ESQ | 13639<br>Debtor: **WINN-DIXIE STORES, INC.** | $10,479.48 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIM PAID 12/12/05 BY CHECK NUMBER 008136724 IN THE AMOUNT OF $12,340.02. |
| **Creditor Id: 410561**<br>CCP EMP PROFIT SHARING PLAN & TRUST<br>C/O HIERSCHE HAYWARD DRAKELEY ET AL<br>ATTN RUSSELL W MILLS, ESQ<br>15303 DALLAS PARKWAY, SUITE 700<br>ADDISON TX 75001<br><br>Transferee: PRINCIPAL LIFE INSURANCE COMPANY | 8903<br>Debtor: **WINN-DIXIE STORES, INC.** | $581,402.36 | CLAIM NUMBER 8903 REDUCED TO $285,545.00 BY 9/14/06 SEVENTEENTH OMNIBUS CLAIMS OBJECTION ORDER. REDUCED AMOUNT DUPLICATES REDUCED AMOUNT OF DIFFERENT DEBTOR CLAIM NUMBER 8901 WHICH CLAIM HAS BEEN ALLOWED AND PAID PURSUANT TO THE PLAN. |
| **Creditor Id: 376511**<br>PARISH OF ST MARY<br>ATTN DAVID A NAQUIN, SHERIFF<br>PO BOX 571<br>FRANKLIN LA 70538 | 13664<br>Debtor: **WINN-DIXIE STORES, INC.** | $29,770.29 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. DEBTOR PAID $26,954.30 FOR APPLICABLE TAXES ON 12/26/06 BY CHECK NUMBER 008292238. |

Total Claims to be Disallowed:  4

Total Amount to be Disallowed:  $721,652.13     Plus Unliquidated Amounts, If Any

**EXHIBIT C**

WINN-DIXIE STORES, INC., ET AL.
TWENTY-NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - NO LIABILITY AND MISCLASSIFIED
CLAIM TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| Creditor Id: 399480<br>CARROLL, TINA<br>505 CORNELL AVENUE<br>MELBOURNE FL 32901 | 2025 | $700.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AS CASE<br>WAS SETTLED AND DEBTOR OBTAINED A RELEASE. ALSO,<br>MISCLASSIFIED CLAIM. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |

Total Claims to be Disallowed & Recl:      1

Total Amount to be Disallowed & Recl:      $700.00      Plus Unliquidated Amounts, If Any

**EXHIBIT D**

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-NINTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT D - LATE CLAIMS TO BE DISALLOWED**

| Name of Claimant | Date Claim Filed | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 539040<br>BELK, BV JR<br>C/O BV BELK PROPERTIES<br>ATTN R KEITH NEELY<br>4508 E INDEPENDENCE BLVD, STE 207<br>CHARLOTTE NC 28205<br><br>Counsel: ATTN: JAMES S. CARR, ESQ | 12/01/06<br>**Debtor:** WINN-DIXIE STORES, INC. | 13638 | $201,198.89 | LATE-FILED CLAIM. DISPOSITION OF CLAIM SUBJECT TO PENDING MOTION TO ALLOW LATE-FILED CLAIM. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id:** 245574<br>CITY OF BELTON<br>ATTN LAURIE E KENNEDY, TREASURER<br>PO BOX 828<br>BELTON, SC 29627-0828 | 12/18/06<br>**Debtor:** WINN-DIXIE STORES, INC. | 13667 | $148.21 | LATE-FILED CLAIM. APPLICABLE BAR DATE WAS 8/1/05. ALSO INSUFFICIENT DOCUMENTATION TO DETERMINE IF ANY AMOUNT IS OWED. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id:** 558338<br>COUNTY OF MARION, MS TAX COLLECTOR<br>ATTN MARSHALL BYRD, TAX ASSESSOR<br>250 BROAD STREET, SUITE 3<br>COLUMBIA MS 39429 | 01/05/07<br>**Debtor:** WINN-DIXIE STORES, INC. | 13761 | $21,826.24 | LATE-FILED CLAIM TO THE EXTENT INCURRED BY FEBRUARY 21, 2005 AS APPLICABLE BAR DATE WAS 8/22/05 AND, TO THE EXTENT INCURRED AFTER SUCH DATE, TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id:** 318503<br>COUNTY OF TROUP TAX COMM<br>ATTN GARY S WOOD, TAX COMMISSIONER<br>100 RIDLEY AVENUE<br>LAGRANGE GA 30240 | 01/05/07<br>**Debtor:** WINN-DIXIE STORES, INC. | 13765 | $31,782.03 | LATE-FILED CLAIM TO THE EXTENT INCURRED BY FEBRUARY 21, 2005 AS APPLICABLE BAR DATE WAS 8/22/05 AND, TO THE EXTENT INCURRED AFTER SUCH DATE, TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id:** 558343<br>JONES, ALLISON<br>C/O DAVID I FUCHS, PA LAW OFFICES<br>ATTN DAVID I FUCHS, ESQ<br>8 SE 8TH STREET<br>FORT LAUDERDALE FL 33316 | 01/09/07<br>**Debtor:** WINN-DIXIE STORES, INC. | 13786 | $0.00 | LATE-FILED CLAIM. APPLICABLE BAR DATE WAS 8/1/05. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id:** 253934<br>KEYS ENERGY SERVICES<br>PO BOX 6048<br>KEY WEST, FL 33041-6048 | 12/18/06<br>**Debtor:** WINN-DIXIE STORES, INC. | 13668 | $93,344.76 | LATE-FILED CLAIM. APPLICABLE BAR DATE WAS 8/1/05. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT D - LATE CLAIMS TO BE DISALLOWED

Page: 2 of 2
Date: 01/19/2007

| Name of Claimant | Date Claim Filed | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|---|
| **Creditor Id: 388383**<br>LEE, ESTHER<br>100 NW 8TH AVENUE<br>HALLANDALE FL 33009 | 12/14/06<br>Debtor: WINN-DIXIE STORES, INC. | 13673 | $0.00 | LATE-FILED CLAIM. APPLICABLE BAR DATE WAS 8/1/05. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 543284**<br>STRAIGHT ARROW PRODUCTS, INC<br>ATTN CATHERINE PENYAK, VP FINANCE<br>PO BOX 20350<br>LEHIGH VALLEY PA 18002-0350 | 12/18/06<br>Debtor: WINN-DIXIE STORES, INC. | 13686 | $3,782.88 | LATE-FILED CLAIM TO THE EXTENT INCURRED BY FEBRUARY 21, 2005 AS APPLICABLE BAR DATE WAS 8/1/05 AND, TO THE EXTENT INCURRED AFTER SUCH DATE, TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 263589**<br>TRUCKS INC<br>ATTN HELEN WILLIS/RON SCOTT<br>105 SHORT ROAD<br>JACKSON, GA 30233 | 01/08/07<br>Debtor: WINN-DIXIE STORES, INC. | 13773 | $406,308.03 | LATE-FILED CLAIM TO THE EXTENT INCURRED BY FEBRUARY 21, 2005 AS APPLICABLE BAR DATE WAS 8/1/05 AND, TO THE EXTENT INCURRED AFTER SUCH DATE, TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 538979**<br>WILTON, CAROL M<br>C/O LAW OFFICE OF PHYLISS C COCI<br>ATTN PHYLISS C COCI, ESQ<br>3422 CLEARY AVENUE, SUITE E<br>METRAIRIE LA 70002<br>Counsel: MEREDITH N BRASCA | 01/05/07<br>Debtor: WINN-DIXIE STORES, INC. | 13763 | $15,000.00 | LATE-FILED CLAIM TO THE EXTENT INCURRED BY FEBRUARY 21, 2005 AS APPLICABLE BAR DATE WAS 8/1/05 AND, TO THE EXTENT INCURRED AFTER SUCH DATE, TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |

Total Claims to be Disallowed: 10

Total Amount to be Disallowed: $773,391.04    Plus Unliquidated Amounts, If Any

**EXHIBIT E**

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-NINTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT E - LATE CLAIMS TO BE DISALLOWED BUT**
**SURVIVED BY CLAIMS LISTED IN REMAINING CLAIM COLUMN**

| Name of Claimant | Remaining Claim No. | Late Claim to be Expunged | Date Late Claim Filed | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|---|---|
| **Creditor Id: 381751**<br>AMERICAN STAR PLASTICS<br>C/O EAST CONTINENTAL SUPPLIES, LLC<br>ATTN GIGI WOLF, MGR<br>440 WEST 20 STREET<br>HIALEAH FL 33010 | 83<br>Debtor: WINN-DIXIE STORES, INC. | 13722 | 01/04/07 | $6,981.38 | LATE, AS TO AMOUNTS INCURRED BY THE FEBRUARY 21, 2005 PETITION DATE BUT SURVIVED BY CLAIM LISTED IN REMAINING CLAIM COLUMN WHICH CLAIM HAS BEEN PAID PURSUANT TO THE PLAN. AS TO INVOICE NUMBER 47987 INCURRED AFTER THE PETITION DATE, DEBTOR WILL PAY INVOICE IN ORDINARY COURSE OF ITS BUSINESS. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 558271**<br>NATURES FLOWERS<br>C/O EDWARD MALAVENDA LAW OFFICES<br>ATTN EDWARD MALAVENDA, ESQ<br>PO BOX 52-2498<br>MIAMI FL 33152 | 35643<br>Debtor: WINN-DIXIE STORES, INC. | 13677 | 12/29/06 | $313,187.76 | LATE-FILED CLAIM BUT SURVIVED BY CLAIM LISTED IN REMAINING CLAIM COLUMN WHICH CLAIM HAS BEEN PAID PURSUANT TO THE PLAN. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 558339**<br>USIS COMMERCIAL SERVICES INC<br>ATTN BETTY WAHL, COLLECTION MGR<br>4500 S 129TH EAST AVENUE, SUITE 200<br>TULSA OK 74134-5885 | 33023<br>Debtor: WINN-DIXIE STORES, INC. | 13760 | 01/05/07 | $1,053.81 | LATE-FILED CLAIM BUT SURVIVED BY CLAIM LISTED IN REMAINING CLAIM COLUMN WHICH CLAIM HAS BEEN PAID PURSUANT TO THE PLAN. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |

**Total Claims to be Disallowed:**   3

**Total Amount to be Disallowed:**   $321,222.95    Plus Unliquidated Amounts, If Any

**EXHIBIT F**

WINN-DIXIE STORES, INC., ET AL.
TWENTY-NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT F - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 416259**<br>BENTLEY, FRED D SR<br>C/O FURR AND COHEN, PA<br>ATTN ALVIN S GOLDSTEIN, ESQ<br>2255 GLADES ROAD, SUITE 337W<br>BOCA RATON FL 33431 | 12432<br>Debtor: | $1,591,693.33<br>WINN-DIXIE STORES, INC. | $306,516.26 | REDUCED AMOUNT REFLECTS REMOVAL OF $1,285,177.07 FOR OVERSTATED REJECTION DAMAGES. OBJECTION TO THIS CLAIM WAS ALSO SET FORTH IN DEBTORS' OBJECTION TO CLAIMS AND MOTION TO DISALLOW OR REDUCE CLAIMS FOR VOTING PURPOSES (DOCKET NO. 11282). |
| **Creditor Id: 2180**<br>DAY PROPERTIES LLC<br>C/O MCELWEE FIRM PLLC<br>ATTN ROBERT P LANEY, ESQ<br>906 MAIN STREET<br>NORTH WILKESBORO NC 28659 | 11905<br>Debtor: | $1,028,639.00<br>WINN-DIXIE STORES, INC. | $216,890.00 | REDUCED AMOUNT REFLECTS REMOVAL OF $811,749.00 FOR OVERSTATED REJECTION DAMAGES. OBJECTION TO THIS CLAIM WAS ALSO SET FORTH IN DEBTORS' OBJECTION TO CLAIMS AND MOTION TO DISALLOW OR REDUCE CLAIMS FOR VOTING PURPOSES (DOCKET NO. 11282). |
| **Creditor Id: 2477**<br>PHOENIX JR INC<br>ATTN DUSHYANT K GULATI, PHD<br>186 BAYSIDE DRIVE<br>PO BOX 3211<br>CLEARWATER FL 33767<br><br>Counsel: ATTN KIMBERLY HELD ISRAEL, ESQ | 13619<br>Debtor: | $2,247,615.23<br>WINN-DIXIE STORES, INC. | $1,837,346.59 | REDUCED AMOUNT REFLECTS REMOVAL OF $332,716.00 FOR LACK OF DOCUMENTATION AND INFORMATION AND $77,552.64 FILED AS ADMINISTRATIVE PRIORITY WHICH AMOUNT WAS PAID. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NONPRIORITY. |
| **Creditor Id: 381921**<br>STATE OF TENNESSEE REV DEPT<br>C/O ATTORNEY GENERAL<br>ATTN WILBUR E HOOKS JR<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | 13641<br>Debtor: | $1,606,789.52<br>WINN-DIXIE MONTGOMERY, INC. | $52,416.00 | REDUCED AMOUNT REFLECTS RESULTS OF SALES TAX AUDIT AND AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 381921**<br>STATE OF TENNESSEE REV DEPT<br>C/O ATTORNEY GENERAL<br>ATTN WILBUR E HOOKS JR<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | 13645<br>Debtor: | $700.00<br>TABLE SUPPLY FOOD STORES CO., INC. | $200.00 | REDUCED AMOUNT REFLECTS POSTPETITION EXCISE/FRANCHISE TAXES DUE. NO RETURNS HAVE BEEN FILED FOR THE PERIODS INVOLVED. AS DEBTOR HAS BEEN INACTIVE FOR MANY YEARS, ONLY MINIMUM FRANCHISE TAX OF $100 IS DUE FOR EACH OF TWO APPLICABLE PERIODS. |

Total Claims to be Reduced:    5

Total Amount to be Reduced:    $6,475,437.08 Plus Unliquidated Amounts, If Any

Total Reduced Amount:    $2,413,368.85

**EXHIBIT G**

WINN-DIXIE STORES, INC., ET AL.
TWENTY-NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT G - OVERSTATED AND MISCLASSIFIED
CLAIMS TO BE REDUCED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Reduction and Reclassification |
|---|---|---|---|---|---|---|
| DATCHER, ARNGELETTA<br>605 SUHTAI CT, APT 301<br>VIRGINIA BEACH VA 23451-4266 | 10653 | $9,120.00 | Multiple Classes<br>Debtor: WINN-DIXIE STORES, INC. | Unsecured<br>Non-Priority | $1,000.00 | REDUCED AMOUNT REFLECTS SETTLEMENT<br>WITH CLAIMANT. ALSO, MISCLASSIFIED CLAIM. |
| STATE OF TENNESSEE REV DEPT<br>C/O ATTORNEY GENERAL<br>ATTN WILBUR E HOOKS JR<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | 13644 | $1,500,977.83 | Secured<br>Debtor: WINN-DIXIE RALEIGH, INC. | Priority | $45,861.00 | REDUCED AMOUNT REFLECTS RESULTS OF<br>SALES AND USE TAX AUDIT AND AGREEMENT<br>WITH CLAIMANT. ALSO, MISCLASSIFIED CLAIM. |

Total Claims to be Reduced & Reclassified: 2

Total Amount to be Reduced & Reclassified: $1,510,097.83     Plus Unliquidated Amounts, If Any

Total Reduced & Reclassified Amount: $46,861.00

**EXHIBIT H**

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Reorganized Debtors. [1] ) | Jointly Administered |

## ORDER (A) DISALLOWING IMPROPERLY FILED CLAIMS, (B) DISALLOWING NO LIABILITY CLAIMS, (C) DISALLOWING NO LIABILITY MISCLASSIFIED CLAIM, (D) DISALLOWING LATE CLAIMS, (E) DISALLOWING LATE WITH REMAINING CLAIMS, (F) REDUCING OVERSTATED CLAIMS AND (G) REDUCING AND RECLASSIFYING OVERSTATED MISCLASSIFIED CLAIMS, AS SET FORTH IN THE DEBTORS' TWENTY-NINTH OMNIBUS CLAIMS OBJECTION

These cases came before the Court for hearing on February 22, 2007, upon the Twenty-Ninth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibits A through G (the "Disputed Claims").[2] Upon consideration, it is

ORDERED AND ADJUDGED:

1.    The Objection is sustained.

2.    The Improperly Filed Claims listed on Exhibit A are disallowed in their entirety.

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]    All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

3.    The No Liability Claims listed on Exhibit B are disallowed in their entirety.

4.    The asserted class status alleged for the No Liability Misclassified Claim listed on Exhibit C is denied; and the No Liability Misclassified Claim is (a) reclassified as specified on Exhibit C under the heading "Modified Class Status," and (b) disallowed in its entirety.

5.    The Late Claims listed on Exhibit D are disallowed in their entirety.

6.    The Late With Remaining Claims listed on Exhibit E are disallowed in their entirety.

7.    The Overstated Claims listed on Exhibit F are reduced to the amounts set forth on Exhibit F under the heading Reduced Claim Amount and the amounts exceeding the Reduced Claim Amount are disallowed.

8.    The Overstated Misclassified Claims listed on Exhibit G are reduced to the amounts set forth on Exhibit G under the heading Reduced Claim Amount and the amounts exceeding the Reduced Claim Amount are disallowed.  The asserted class status alleged for each of the Overstated Misclassified Claims listed on Exhibit G is denied; and the Overstated Misclassified Claims are reclassified as specified on Exhibit G under the heading Modified Class Status.

9.    Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order is deemed a separate Order with respect to each claim.  Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such

claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

       10.    Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

       11.    Except as otherwise agreed between the Debtors and a particular claimant, this Order is without prejudice to the Debtors' right to file any further objection they may have to the Disputed Claims or the Remaining Claims.

      Dated this _____ day of February, 2007 in Jacksonville, Florida.


                                      _____

                                        Jerry A. Funk
                                        United States Bankruptcy Judge

James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

**THE EXHIBITS TO BE ATTACHED TO THE ORDER WHEN ENTERED WILL BE THE SAME EXHIBITS THAT ARE ATTACHED TO THE OBJECTION, WITH ANY NECESSARY MODIFICATIONS TO ADDRESS RESPONSES TO THE OBJECTION**

4