**Exhibit C-1**



DJM Asset Management, LLC/The Food Partners, LLC
January 11, 2007

**To:**                                          c/o Winn Dixie Stores, Inc.
Mr. Sheon Karol                                  5050 Edgewood Court
                                                 Jacksonville, FL 32254

## INVOICE – Re:  Winn Dixie Lease Dispositions

Previously submitted to Client (CapitalSource Finance LLP) in a written report during November 2006.

Amount Now Due $214,103          *See attached reconciliation of previous invoices*


## PAYMENT INSTRUCTIONS

**(A)** *Please make checks payable to:  DJM Asset Management LLC* **and send to:**

*DJM Realty*
*c/o Gordon Brothers*
**101 Huntington Avenue, 10th Floor**
**Boston, MA 02199**
**Main Tel. # (888) 424-1903**
**Attn. Paul Monzione**
**Tel. (617) 422-6247**

## OR

**(B) Or use Wire Transfer Instructions below:**

**Account Name:**      **DJM Asset Management, LLC**

**Bank:**              **Fleet Bank**
                       **28 State Street**
                       **Boston, MA  02110**

**ABA #:**             **000 026 009 593**
**Account #:**         **546-10710**
                                 *Thank You*

101 Store Closings
Taken from attachment to November 22 invoice prepared by Food Partners

| Store No. | 502(b)6 Claims | 70.6% of 502(b)6 x 2.0% (A) | Lease & FF&E Purchase Price | Inventory Purchase Price | Termination Fee | Total Proceeds | 2.0% of proceeds (B) | Greater of (A) or (B) | Column Selected |
|---|---|---|---|---|---|---|---|---|---|
| 10 | 298,304 | 4,212 | 152,364 | 503,455 | | 655,819 | 13,116 | 13,116 | (B) |
| 126 | 292,570 | 4,131 | 25,000 | 155,651 | | 180,651 | 3,613 | 4,131 | (A) |
| 332 | 233,163 | 3,292 | 142,500 | 305,555 | | 448,055 | 8,961 | 8,961 | (B) |
| 452 | 113,343 | 1,600 | 225,000 | 133,058 | | 358,058 | 7,161 | 7,161 | (B) |
| 465 | 230,549 | 3,255 | 51,000 | 127,035 | | 178,035 | 3,561 | 3,561 | (B) |
| 468 | 217,995 | 3,078 | 51,000 | 144,747 | | 195,747 | 3,915 | 3,915 | (B) |
| 805 | 2,169,554 | 30,634 | 2,027,500 | 614,558 | | 2,642,058 | 52,841 | 52,841 | (B) |
| 825 | 4,217 | 60 | 12,481 | 218,131 | | 230,612 | 4,612 | 4,612 | (B) |
| 880 | 58,980 | 833 | 351,838 | 201,614 | | 553,452 | 11,069 | 11,069 | (B) |
| 1314 | 494,555 | 6,983 | 20,000 | 364,634 | | 384,634 | 7,693 | 7,693 | (B) |
| 1547 | 182,560 | 2,578 | 327,500 | 308,560 | | 636,060 | 12,721 | 12,721 | (B) |
| 1914 | 630,343 | 8,900 | 22,500 | 560,580 | | 583,080 | 11,662 | 11,662 | (B) |
| 2003 | 395,445 | 5,584 | 83,948 | 352,904 | | 436,852 | 8,737 | 8,737 | (B) |
| 2008 | 477,523 | 6,743 | 100,237 | 374,091 | | 474,328 | 9,487 | 9,487 | (B) |
| 2063 | 275,515 | 3,890 | 35,079 | 420,102 | | 455,181 | 9,104 | 9,104 | (B) |
| 2083 | 600,294 | 8,476 | 67,658 | 455,242 | | 522,900 | 10,458 | 10,458 | (B) |
| 2090 | 367,020 | 5,182 | 2,502,500 | 289,335 | | 2,791,835 | 55,837 | 55,837 | (B) |
| 2093 | 256,621 | 3,623 | 279,423 | 273,248 | | 552,671 | 11,053 | 11,053 | (B) |
| 2622 | 195,432 | 2,759 | 402,500 | 335,544 | | 738,044 | 14,761 | 14,761 | (B) |
| 2640 | 233,675 | 3,299 | 102,500 | 515,224 | | 617,724 | 12,354 | 12,354 | (B) |
| 2725 | 155,136 | 2,191 | 550,000 | 115,000 | | 665,000 | 13,300 | 13,300 | (B) |
| 2731 | 101,202 | 1,429 | 52,500 | 298,365 | | 350,865 | 7,017 | 7,017 | (B) |
| 42 | 551,606 | 7,789 | | | 725,000 | 728,000 | 14,500 | 14,500 | (B) |
| 206 | 703,301 | 9,931 | 35,000 | | | 35,000 | 700 | 9,931 | (B) |
| 216 | 262,664 | 3,709 | | | 150,000 | 150,000 | 3,000 | 3,709 | (A) |
| 360 | 163,910 | 2,314 | | | 300,000 | 300,000 | 6,000 | 6,000 | (B) |
| 408 | 30,652 | 433 | | | 25,000 | 25,000 | 500 | 500 | (B) |
| 700 | 163,910 | 2,314 | | | 8,110 | 8,110 | 162 | 2,314 | (A) |

(A)

(B)

(B)

Review of DJMTFP 11 22 invoice.xls

Review of DJMTFP 11 22 invoice.xls

101 Store Closings
Taken from attachment to November 22 invoice prepared by Food Partners

| Store No. | 502(b)6 Claims | 70.6% of 502(b)6 x 2.0% | Lease & FF&E Purchase Price | Inventory Purchase Price | Termination Fee | Total Proceeds | 2.0% of proceeds | Greater of (A) or (B) | Column Selected |
|---|---|---|---|---|---|---|---|---|---|
| | | (A) | | | | | (B) | (B) | |
| 731 | 263,215 | 3,717 | | | 200,000 | 200,000 | 4,000 | 4,000 | (B) |
| 807 | 164,124 | 2,317 | | | 65,017 | 65,017 | 1,300 | 2,317 | (A) |
| 827 | 279,242 | 3,943 | | | 43,000 | 43,000 | 860 | 3,943 | (A) |
| 847 | 269,592 | 3,807 | 43,000 | | 100 | 100 | 2 | 3,807 | (A) |
| 1466 | 623,119 | 8,798 | | | 75,000 | 75,000 | 1,500 | 8,798 | (A) |
| 1541 | 290,210 | 4,098 | | 127,000 | 26,000 | 153,000 | 3,060 | 4,098 | (A) |
| 1566 | 198,805 | 2,807 | | 100,000 | 25,000 | 125,000 | 2,500 | 2,807 | (A) |
| 1834 | 146,454 | 2,068 | | | 25,000 | 25,000 | 500 | 2,068 | (A) |
| 1851 | 301,759 | 4,261 | | 25,000 | | 25,000 | 500 | 4,261 | (A) |
| 1908 | 416,949 | 5,887 | | | 100,000 | 100,000 | 2,000 | 5,887 | (A) |
| 1998 | 325,591 | 4,597 | | | 75,000 | 75,000 | 1,500 | 4,597 | (A) |
| 2002 | 314,981 | 4,448 | 250,000 | | | 250,000 | 5,000 | 5,000 | (B) |
| 2055 | 352,523 | 4,978 | | | 50,000 | 50,000 | 1,000 | 4,978 | (A) |
| 2079 | 431,150 | 6,088 | | | 35,000 | 35,000 | 700 | 6,088 | (A) |
| 2282 | 307,428 | 4,341 | | | 580,000 | 580,000 | 11,600 | 11,600 | (B) |
| 2627 | 498,931 | 7,045 | 10,000 | | | 10,000 | 200 | 7,045 | (A) |
| 2702 | 590,086 | 8,332 | 140,000 | | | 140,000 | 2,800 | 8,332 | (A) |
| 2704 | 954,735 | 13,481 | 50,000 | | 50,000 | 50,000 | 1,000 | 13,481 | (A) |
| 2708 | 405,952 | 5,732 | | | 17,000 | 17,000 | 340 | 5,732 | (A) |
| 47 | 16,994,865 | 239,967 | 8,113,028 | 7,318,633 | 2,481,227 | 17,912,888 | 358,258 | 439,344 | (A) Group Count: 20 |
| | | | | | | | | | (B) Group Count: |

**5020(b) Calculation**
**Project Name:**

**Claims - Rent & Charges**

| Start of claim date | Store Number | Center Name | City | State | Lease Expiration or Early Out Date | Annual Rent | Annual Charges | Total Monthly Obligation | Months Remaining | Estimated Claim - Rent & Charges | Winn-Dixie calc from Universe 5 24 05 Worksheet | Winn-Dixie (for avail) and DJM 50266 amounts | (A) 70.6% of 5020(b) x 2.0% | (B) Total Proceeds per Food Partners 622066 invoice | 2.0% of proceeds | Greater of (A) or (B) | Column Selected |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/01/05 | 73 | 1934 DUNN AVENUE | JACKSONVILLE | FL | 07/04/15 | 223,000 | 129,809 | 29,411 | 124 | 548,654 | 546,131 | 546,131 | 7,711 | 150,000 | 3,000 | 7,711 | (A) |
| 03/01/05 | 205 | 18350 NW 7TH AVENUE | MIAMI | FL | 07/16/17 | 397,370 | 195,580 | 49,412 | 149 | 1,104,368 | n/a | 1,104,368 | 15,594 | 100,000 | 2,000 | 15,594 | (A) |
| 03/01/05 | 208 | 5335 MILITARY TRAIL, BAY | WEST PALM BEAC | FL | 12/09/07 | 291,338 | 55,570 | 28,909 | 33 | 346,908 | 346,908 | 346,908 | 4,898 | 5,000 | 100 | 4,898 | (A) |
| 03/01/05 | 211 | 1885 N PINE ISLAND ROAD | PLANTATION | FL | 12/17/09 | 295,503 | 63,936 | 25,452 | 56 | 305,427 | 305,427 | 305,427 | 4,313 | 1,000,000 | 20,000 | 20,000 | (B) |
| 03/01/05 | 215 | 2145 NE 164TH ST | N MIAMI BEACH | FL | 01/15/09 | 83,600 | 82,388 | 13,831 | 47 | 165,988 | n/a | 165,988 | 2,343 | 80,000 | 1,600 | 2,343 | (A) |
| 03/01/05 | 217 | 1199 S FEDERAL HWY | POMPANO BEACH | FL | 04/08/14 | 485,632 | 101,488 | 48,927 | 109 | 799,952 | 800,073 | 800,073 | 11,297 | 625,000 | 12,500 | 12,500 | (B) |
| 03/01/05 | 240 | 3890 WEST 18TH AVE | HIALEAH | FL | 12/14/14 | 286,535 | 82,615 | 30,763 | 118 | 544,497 | 540,866 | 540,866 | 7,637 | | | 7,637 | (A) |
| 03/01/05 | 301 | 1707 E. COMMERCIAL BLVD | FT. LAUDERDALE | FL | 11/25/12 | 485,781 | 23,970 | 35,813 | 93 | 495,586 | 497,736 | 497,736 | 7,028 | 81,500 | 1,630 | 7,028 | (A) |
| 03/01/05 | 310 | 4460 WESTON ROAD | DAVIE | FL | 12/08/19 | 390,180 | 317,181 | 58,947 | 177 | 1,555,037 | 1,564,023 | 1,564,023 | 22,084 | 1,775,000 | 35,500 | 35,500 | (B) |
| 03/01/05 | 339 | 6431 STIRLING RD | DAVIE | FL | 05/00/09 | 156,841 | 61,291 | 18,186 | 51 | 218,232 | 218,232 | 218,232 | 3,081 | 990,000 | 19,800 | 19,800 | (B) |
| 03/01/05 | 372 | 15900 WEST STATE RD 84 | SUNRISE | FL | 12/05/09 | 198,128 | 130,501 | 27,219 | 57 | 328,629 | 328,629 | 328,629 | 4,612 | 1,297,270 | 25,945 | 25,945 | (B) |
| 03/01/05 | 602 | 1050 N WILSON AVENUE | BARTOW | FL | 12/18/16 | 315,000 | 125,766 | 36,731 | 142 | 782,360 | 778,566 | 778,566 | 10,993 | | | 10,993 | (A) |
| 03/01/05 | 613 | 4502 E SR 64 | BRADENTON | FL | 02/21/19 | 420,000 | 149,394 | 47,450 | 168 | 1,195,728 | n/a | 1,195,728 | 16,884 | 81,000 | 1,620 | 16,884 | (A) |
| 03/01/05 | 643 | 4479 GANDY BLVD | TAMPA | FL | 10/05/21 | 375,439 | 108,647 | 40,341 | 199 | 1,204,165 | n/a | 1,204,165 | 17,003 | 2,750,000 | 55,000 | 55,000 | (B) |
| 03/01/05 | 659 | 5400 CLARK RD | SARASOTA | FL | 10/13/19 | 407,000 | 200,356 | 45,178 | 150 | 1,328,984 | 1,328,984 | 1,328,984 | 18,765 | 287,500 | 5,750 | 18,765 | (A) |
| 03/01/05 | 695 | 33650 US HWY 19 NORTH | PALM HARBOR | FL | 08/13/17 | 540,000 | 122,130 | 55,178 | 150 | 1,241,495 | n/a | 1,241,495 | 17,530 | 700,000 | 14,000 | 17,530 | (A) |
| 03/01/05 | 719 | 2301 DEL PRADO BLVD | CAPE CORAL | FL | 10/05/01 | 290,400 | 50,542 | 28,412 | 92 | 392,083 | 392,083 | 392,083 | 5,520 | 1,450,000 | 29,000 | 29,000 | (B) |
| 03/01/05 | 736 | 12628 EAST TAMIAMI TRAIL | NAPLES | FL | 05/24/15 | 397,814 | 107,229 | 42,067 | 123 | 778,504 | 773,296 | 773,296 | 10,919 | 1,350,000 | 27,000 | 27,000 | (B) |
| 03/01/05 | 803 | 4015 SANTA BARBARA BLVD | NAPLES | FL | 04/30/17 | 410,000 | 285,124 | 57,927 | 123 | 1,288,601 | 1,265,752 | 1,265,752 | 17,872 | | | 17,872 | (A) |
| 03/01/05 | 1382 | 1393 KILDAIRE FARM ROAD | CARY | NC | 06/11/06 | 275,000 | 66,612 | 28,468 | 15 | 341,612 | n/a | 341,612 | 4,824 | 1 | | 4,824 | (A) |
| 03/01/05 | 1393 | 398 HWY 51 NORTH | RIDGELAND | MS | 09/31/14 | 212,799 | 83,966 | 24,730 | 111 | 411,762 | 411,762 | 411,762 | 5,814 | 416,232 | 8,325 | 8,325 | (B) |
| 03/01/05 | 1413 | North Store Crossings | Brandon | MS | 11/30/24 | 545,044 | 0 | 45,420 | 237 | 1,614,693 | 1,614,693 | 1,614,693 | 22,799 | 226,186 | 4,524 | 22,799 | (A) |
| 03/01/05 | 1471 | 2418 SOUTH UNION | OPELOUSAS | LA | 02/01/14 | 315,000 | 46,931 | 30,494 | 107 | 489,432 | 489,432 | 489,432 | 6,911 | 1,080,144 | 21,603 | 21,603 | (B) |
| 03/01/05 | 2257 | 695 S SEMORAN BLVD | ORLANDO | FL | 10/24/09 | 81,920 | 14,909 | 8,069 | 56 | 96,829 | 96,829 | 96,829 | 1,367 | 1,375,000 | 27,500 | 27,500 | (B) |
| 03/01/05 | 2312 | 1415 SOUTH NOVA ROAD | DAYTONA BEACH | FL | 03/20/09 | 411,164 | 61,881 | 39,421 | 49 | 473,055 | 473,055 | 473,055 | 6,680 | 1 | 0 | 6,680 | (A) |
| 03/01/05 | 2330 | 1450 N COURTENAY PKWY | MERRITT ISLAND | FL | 06/25/17 | 252,991 | 48,201 | 25,098 | 148 | 557,206 | 555,354 | 555,354 | 7,842 | 5,000 | 100 | 7,842 | (A) |
| 03/01/05 | 2357 | 415 21ST STREET | VERO BEACH | FL | 04/12/16 | 356,700 | 157,487 | 42,849 | 121 | 777,708 | 778,446 | 778,446 | 10,992 | 516,144 | 10,323 | 10,992 | (A) |
| **27** | | | | | | | | | | **19,382,872** | **11,114,196** | **19,356,474** | **273,313** | **16,628,478** | **332,570** | **462,565** | |

(A)

(B)

**(A) Group Count: 16**

**(B) Group Count: 11**

11

**502(b)(6) Calculation Project Name:**

Claims - Rent & Charges    778,512

| Start of claim date | Store Number | City | State | Lease Expiration or Early Out Date | Annual Rent | Annual Charges | Total Monthly Obligation | Months Remaining | Estimated Claim - Rent & Charges | Winn-Dixie calc from Universe 5 24 06 Worksheet | Winn-Dixie (if avail) and DJM 50206 amounts (A) | 70.6% of 502(b)6 x 2.0% | Total Proceeds per Food Partners 6/22/06 Invoice (B) | 2.0% of proceeds | Greater of (A) or (B) Column Selected | (A) Group Count / (B) Group Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/01/05 | 202 | WEST PALM BEA | FL | 09/06/09 | 302,088 | 53,610 | 29,642 | 54 | 355,698 | 355,698 | 355,698 | 5,022 | 100,000 | 2,000 | 5,022 (A) | |
| 03/01/05 | 380 | PEMBROKE PINES | FL | 08/05/07 | 318,500 | 104,314 | 35,235 | 29 | 422,814 | 422,814 | 422,814 | 5,970 | 750,000 | 15,000 | 15,000 (B) | |
| | 2 | | | | | | | | 778,512 | 778,512 | 778,512 | 10,993 | 850,000 | 17,000 | 20,022 | (A) Group Count: 1 (B) Group Count: 1 |



---

# INVOICE

---

November 3, 2006

Mr. Sheon Karol
c/o Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254

Re:   Invoice for success fee related to the sale of select Winn-Dixie stores and
      expenses

Success fee calculated at 2% of gross proceeds:
   Store no. 380 (Pembroke Pines, FL) @ $750,000       $15,000.00
   Store no. 202 (Wellington, FL) @ $100,000       <u>$2,000.00</u>
   Total success fee       $17,000.00

Matthew Morris, TFP, travel expenses to Florida:       $1,447.65

---

**TOTAL (DUE UPON RECEIPT)**       **$18,447.65**

---

<u>Please remit payment as follows:</u>

**DJM Asset Management, LLC**          **The Food Partners, LLC**
c/o Gordon Brothers                    1250 Eye Street, NW
40 Broad Street                        Suite 850
Boston, MA 02109                       Washington, DC 20005
<u>Amount</u>: **$8,500.00**                   <u>Amount</u>: **$9,947.65**

 

# INVOICE

June 28, 2006

Mr. Sheon Karol
c/o Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254

*[handwritten: Screwed this up 9/12/06 s/b 1/2 of $332.5K to income, emilio says he has more coming to that will offset the out booking]*

Re:    Invoice for success fee related to the sale of select Winn-Dixie stores and
       expenses

Success Fee:
Calculated at 2% of $16,628,478 (gross proceeds)
(see Schedule A)                                              $332,569.56

Expenses:                                                     $46,556.71
(see Schedule B)

---

**TOTAL (DUE UPON RECEIPT)**                                 **$379,126.27**

---

<u>Please remit payment as follows:</u>

*[handwritten: 11350    332,569.56    40170    332,569.56    Winn Dixie 6/28/06]*

**DJM Asset Management, LLC**          **The Food Partners, LLC**
c/o Gordon Brothers                    1250 Eye Street, NW
40 Broad Street                        Suite 850
Boston, MA 02109                       Washington, DC 20005
<u>Amount</u>: **$211,883.27**          <u>Amount</u>: **$167,243.00**

Page 1 of 3

# SCHEDULE A

**Winn-Dixie Stores, Inc.**
Project Panther 66
Store Closings, as of June 22, 2006

| Store No. | City | State | Buyer | Close Date | FF&E/Leasehold Purchase Price | Inventory Purchase Price | Termination Fee | Total |
|---|---|---|---|---|---|---|---|---|
| | | | | TOTAL | $15,465,643 | $985,627 | $375,193 | $16,639,478 |
| 73 | Jacksonville | FL | MCW-RC FL-Highlands, LLC | 30-Sep-05 | $150,000 | | | $150,000 |
| 205 | Miami | FL | Tropical Supermarket No. 16, Inc. | 25-May-06 | $100,000 | | | $100,000 |
| 206 | West Palm Beach | FL | Legacy Group, LLC (Stanley/Rach Markets) | 23-May-06 | $5,000 | | | $5,000 |
| 208 | Plantation | FL | Wal-Mart Stores East, LP | 25-May-06 | $1,000,000 | | | $1,000,000 |
| 211 | N. Miami Beach | FL | 99 Center Superscenter, LLC | 23-May-06 | $80,000 | | | $80,000 |
| 215 | Pompano Beach | FL | Wal-Mart Stores East, LP | 25-May-06 | $625,000 | | | $625,000 |
| 277 | Hialeah | FL | SC Westland Promenade LP | 22-Jun-06 | $0 | | | $0 |
| 240 | Ft. Lauderdale | FL | Staples, Inc. | 25-May-06 | $81,500 | | | $81,500 |
| 301 | Davie | FL | Office Depot, Inc. | 25-May-06 | $1,775,000 | | | $1,775,000 |
| 310 | Davie | FL | World Market Plaza, LLC (Stanley/Mach Markets) | 22-May-06 | $990,000 | | | $990,000 |
| 399 | Sunrise | FL | Wedgwood Square, LLC | 22-May-06 | $7,257,270 | | | $7,257,270 |
| 572 | Bartow | FL | JBM Investments, Ltd. | 22-May-06 | $0 | | | $0 |
| 666 | Bradenton | FL | Office Depot, Inc. | 25-May-06 | $81,000 | | | $81,000 |
| 643 | Tampa | FL | Kash N' Karry Food Stores, Inc. | 26-May-06 | $2,750,000 | | | $2,750,000 |
| 659 | Sarasota | FL | Kash N' Karry Food Stores, Inc. | 26-May-06 | $287,500 | | | $287,500 |
| 695 | Palm Harbor | FL | Office Depot, Inc. | 22-May-06 | $700,000 | | | $700,000 |
| 719 | Cape Coral | FL | GRB Coralwood, LP | 26-May-06 | $1,650,000 | | | $1,650,000 |
| 75 | Naples | FL | Kite Eagle Creek, LLC | 24-May-06 | $1,350,000 | | | $1,350,000 |
| 78 | Naples | FL | Kash N' Karry Food Stores, Inc. | 26-May-06 | $287,500 | | | $287,500 |
| 608 | Cary | NC | FW NC-Shoppes of Kildaire, LLC | 30-Sep-05 | | | $1 | $1 |
| 1362 | Ridgeland | MS | Double R Foods | 16-Aug-05 | $159,229 | $256,003 | | $416,232 |
| 1413 | Brandon | MS | North Shore Crossings, LLC | 9-Feb-05 | | | $226,186 | $226,186 |
| 1471 | Opelousas | LA | Associated Wholesale Grocers, Inc. | 4-Aug-05 | $552,500 | $527,644 | | $1,080,144 |
| 2257 | Orlando | FL | W.S. Bravo Supermarket, Corp. | 24-May-06 | $1,375,000 | | | $1,375,000 |
| 2312 | Daytona Beach | FL | Great Oak, LLC | 30-Sep-05 | | | $1 | $1 |
| 2330 | Merritt Island | FL | Summit Holdings, LLC (Sunrise/Mach Markets) | 23-May-06 | $5,000 | | | $5,000 |
| 2357 | Vero Beach | FL | IRT Partners, LP | 24-May-06 | $516,141 | | | $516,144 |

DEC-19-06   12:35PM   FROM-   T-458   P.002/008   F-559

## SCHEDULE B

| | |
|---|---|
| Auction Xpress | $12,817.12 |
| FedEx | $2,368.22 |
| Holleys Printing | $5,378.58 |
| Matrix Digital Design | $983.66 |
| North Country Spotlite Car Service | $1,757.54 |
| Sign Solutions | $285.74 |
| Verizon & MCI Conferencing | $877.67 |
| Emilio Amendola | $8,010.15 |
| James Avallone | $7,652.72 |
| Michael Benoit | $588.85 |
| Frederick Burstein | $1,376.13 |
| Tom Davidson | $3,502.11 |
| DjM Expenses | $45,598.49 |
| Claritas (demographics) | $129.00 |
| FedEx | $40.67 |
| Matthew Morris (travel expenses) | $788.55 |
| TFP Expenses | $958.22 |
| Total Expenses | $46,556.71 |



**DJM Asset Management, LLC**

November 23, 2005

Crossroads
400 Madison Avenue
3rd Floor
New York, NY 10017

Dear Mr.Karol:

Please accept the following as DJM/TFP's invoice for services performed under the contract with respect to the sale of Debtor's right, title and interest in certain leasehold properties. The following invoice outlines approved deals as of November 23, 2005. Any remaining leases awaiting approval will appear on a DJM/TFP's follow up invoice:

| | |
|---|---|
| DJM/TFP's Fee at 2% of gross proceeds **$17,912,888 X 2%** | $ 358,257.76 |
| DJM/TFP's Fee at 3% of reduction in claim amounts $388,166 X 3% | $ 11,644.98 |
| Expenses Due | $ 50,900.94 |
| Total 502(B)(6) Claims Waived as of 11/22/05 | $ 16,994,862 |
| **Total Due** | $ 420,803.68 |

## Invoice Payable Upon Receipt

Please make check payable to: **DJM Asset Management, LLC**
and send payment to:
DJM Asset Management, LLC
c/o Gordon Brothers
40 Broad Street
Boston, MA 02109
Attn: Tanya Van House
(617) 210-7170
Thank You

◄ DJM Asset Management, LLC ► 445 Broad Hollow Road, Suite 417, Melville, NY 11747 ◄ 631.752.1100 Fax 631.752.1231 ►

# Winn-Dixie Stores, Inc.

Project Jaguar
101 Store Closings, as of November 22, 2#

CONFIDENTIAL

| Store No. | Buyer | Auction Round | Lead Advisor | Close Date | Lease & FF&E Purchase Price | Inventory Purchase Price | Termination Fee | Cure Costs Undisputed | Cure Costs Disputed | 502(b)(6) Claims | Mitigated Rent (PV) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | TOTAL | $8,113,028 | $7,318,633 | $2,481,227 | $388,166 | $52,734 | $16,994,862 | $163,175,412 |
| 10 | JGI (Claxton Supermarket, Inc.) | Round 1 | DJM/TFP | 5-Aug-05 | $152,364 | $503,455 | | $13,957 | | $298,304 | $1,359,122 |
| 126 | Tom-Tran Foods | Round 1 | DJM/TFP | 27-Aug-05 | $23,500 | $155,651 | | | | $292,570 | $1,194,927 |
| 332 | Alima Corporation | Round 1 | DJM/TFP | 10-Aug-05 | $142,500 | $505,695 | | $25,589 | | $235,153 | $180,249 |
| 452 | Baker Foods | Round 1 | DJM/TFP | 15-Aug-05 | $225,000 | $133,058 | $950 | $11,334 | | $235,153 | $280,935 |
| 465 | Calhoun Enterprises | Round 1 | DJM/TFP | 10-Aug-05 | $51,000 | $233,545 | | $19,652 | | $365,439 | $565,439 |
| 468 | Calhoun Enterprises | Round 1 | DJM/TFP | 31-Aug-05 | $127,035 | $144,747 | | | | $303,545 | $463,764 |
| 468 | Lowe's Food Stores | Round 1 | DJM/TFP | 15-Aug-05 | $51,000 | $144,558 | | | $12,181 | $227,995 | $450,601 |
| 805 | Carlie C's | Round 1 | DJM/TFP | 15-Aug-05 | $12,481 | $218,131 | | $6,256 | | $4,217 | $614,559 |
| 825 | Carlie C's | Round 1 | DJM/TFP | 15-Aug-05 | $351,838 | $201,614 | | | | $58,980 | $191,446 |
| 880 | Maywood Foods | Round 1 | DJM/TFP | 9-Aug-05 | $20,000 | $564,634 | | $30,046 | | $494,555 | $1,944,014 |
| 1314 | Brookshire Grocery | Round 1 | DJM/TFP | 13-Aug-05 | $327,500 | $308,560 | | $52,468 | | $182,560 | $119,313 |
| 1547 | Star Market | Round 1 | DJM/TFP | 4-Aug-05 | $22,500 | $83,948 | | | | $630,343 | $2,056,297 |
| 1914 | E&T Food, LLC | Round 1 | DJM/TFP | 15-Aug-05 | $83,948 | $352,904 | | | | $395,445 | $395,445 |
| 2003 | E&T Food, LLC | Round 1 | DJM/TFP | 15-Aug-05 | $100,237 | $374,097 | | | | $280,935 | $280,935 |
| 2008 | E&T Food, LLC | Round 1 | DJM/TFP | 10-Aug-05 | $35,079 | $374,035 | | $23,209 | | $477,523 | $1,834,366 |
| 2063 | Knightshaif | Round 1 | DJM/TFP | 10-Aug-05 | $67,698 | $420,102 | | $37,090 | | $275,515 | $963,240 |
| 2083 | Ingles Markets | Round 1 | DJM/TFP | 4-Aug-05 | $279,423 | $455,242 | | $6,526 | | $600,294 | $2,326,332 |
| 2090 | Marsin Stores | Round 1 | DJM/TFP | 9-Aug-05 | $402,500 | $289,335 | | | | $367,020 | $1,443,020 |
| 2093 | PKBR (Rushing's, Inc) | Round 1 | DJM/TFP | 15-Aug-05 | $102,500 | $273,248 | | | | $256,621 | $894,775 |
| 2620 | GLDR (Rushing's, Inc) | Round 1 | DJM/TFP | 11-Aug-05 | $515,024 | $535,544 | | $27,286 | | $195,432 | $322,040 |
| 2640 | OGA's Enterprises | Round 1 | DJM/TFP | 8-Aug-05 | $92,500 | $515,024 | | $6,702 | | $233,675 | $647,048 |
| 2725 | Y.M. Lee | Round 1 | DJM/TFP | 29-Aug-05 | $2,502,500 | $115,000 | | | | $155,136 | $520,405 |
| 2731 | ALS-Tellair-Perlis, LLP | Round 1 | DJM/TFP | 15-Aug-05 | $2,027,500 | $296,565 | | $19,367 | | $101,202 | $51,254 |
| 42 | Wal-Mart Stores | Round 2 | DJM/TFP | 23-Sep-05 | | $2,169,554 | $725,000 | | $40,553 | $1,901,910 | $1,994,578 |
| 206 | American Commercial Realty | Round 2 | DJM/TFP | 5-Oct-05 | | | $150,000 | | | $2,447,133 | $2,447,133 |
| 216 | Four Florida Shopping Centers, LP | Round 2 | DJM/TFP | 3-Oct-05 | $35,000 | | $300,000 | | | $132,766 | $132,766 |
| 360 | Kaolin Plaza LLC | Round 2 | DJM/TFP | 3-Oct-05 | | | $25,000 | | | $703,301 | $703,301 |
| 408 | Tatone Properties Florida, Inc. | Round 2 | DJM/TFP | 19-Sep-05 | | | $8,110 | | | $262,654 | $262,654 |
| 700 | Naples South Realty Associates, LL | Round 2 | DJM/TFP | 5-Oct-05 | | | $200,000 | | | $163,910 | $163,910 |
| 731 | Shannon Village Shopping Center, | Round 2 | DJM/TFP | 3-Oct-05 | | | $65,017 | | | $30,652 | $30,652 |
| 807 | Greg Adams Enterprises, Inc. | Round 2 | DJM/TFP | 22-Sep-05 | | | | | | $21,643 | $21,643 |
| 827 | IDR Jr., Rose Holding Ltd Partnersl | Round 2 | DJM/TFP | 16-Sep-05 | $43,000 | | | | $3,104 | $364,900 | $364,900 |
| 847 | EBR, LLC | Round 2 | DJM/TFP | 14-Oct-05 | | | $100 | | | $785,129 | $785,129 |
| 1466 | Big Star of Farmerville, Inc./Tunica | Round 2 | DJM/TFP | 11-Oct-05 | | | $75,000 | | | $296,232 | $296,232 |
| 1541 | McDaniel Food Management/ P.S. | Round 2 | DJM/TFP | 20-Sep-05 | | $127,000 | $300,000 | | | $829,457 | $829,457 |
| 1566 | Willowood Partners, Ltd. | Round 2 | DJM/TFP | 20-Sep-05 | | $100,000 | $26,600 | | | $623,119 | $718,202 |
| 1834 | Rockdale Grocery | Round 2 | DJM/TFP | 8-Sep-05 | | | $25,000 | | | $290,210 | $2,686,083 |
| 1851 | VOW, LLC | Round 2 | DJM/TFP | 30-Sep-05 | $25,000 | | $25,000 | | | $198,805 | $462,771 |
| 1908 | LaGrange Marketplace, LLC | Round 2 | DJM/TFP | 12-Oct-05 | | $25,000 | $100,000 | | | $146,454 | $755,293 |
| 1998 | MD Investment of NC LLC | Round 2 | DJM/TFP | 20-Sep-05 | $250,000 | | $75,000 | | | $285,282 | $285,282 |
| 2002 | MSC, LLC | Round 2 | DJM/TFP | 20-Sep-05 | | $100,000 | | | | $301,759 | $848,834 |
| 2055 | Newron Associates | Round 2 | DJM/TFP | 20-Sep-05 | | | $50,000 | | | $416,949 | $633,081 |
| 2079 | Southchase Investors, LLC | Round 2 | DJM/TFP | 29-Sep-05 | | $35,000 | $35,000 | | | $325,591 | $872,647 |
| 2282 | Northwest Junction Partners | Round 2 | DJM/TFP | 14-Oct-05 | $10,000 | | $580,000 | | | $431,154 | $566,703 |
| 2627 | | Round 2 | DJM/TFP | 1-Nov-05 | | | | | | $498,931 | $1,274,653 |

The Food Partners, LLC

**Winn-Dixie Stores, Inc.**
Project Jaguar
101 Store Closings, as of November 22, 2#

CONFIDENTIAL

| Store No. | Buyer | Auction Round | Lead Advisor | Close Date Date | Lease & FF&E Purchase Price | Inventory Purchase Price | Termination Fee | Cure Costs Undisputed | Cure Costs Disputed | 502(b)(6) Claims | Mitigated Rent (PV) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | TOTAL | $8,113,028 | $7,318,633 | $2,481,227 | $388,166 | $52,794 | $16,994,862 | $183,175,412 |
| 2702 | C.Y. Vu, Inc. | Round 2 | DJM/TFP | 16-Sep-05 | | | | | | $590,186 | $2,234,475 |
| 2704 | Rockdale Grocery, Inc. | Round 2 | DJM/TFP | 30-Sep-05 | $140,000 | | | $75,680 | | $954,735 | $3,628,455 |
| 2708 | E&A Southeast LP | Round 2 | DJM/TFP | 21-Sep-05 | $50,000 | | $17,000 | $3,665 | | $405,952 | $849,313 |

[a] PV of mitigated rent is calculated based on the transaction closing date and the base lease expiration date using a 6.0% discount rate and excludes CAM, insurance and taxes.
Store lease expirations highlighted in red, preceded the transaction closing date and show negative mitigated rent.

The Food Partners, LLC

# Expense Allocation

| VENDOR | PRICE |
|---|---|
| Travel Expenses for M. Morris, D. Schoeder and P. Thom | |
|   Airfare | $906.80 |
|   Ground Transportation | $333.98 |
|   Meals | $6.00 |
|   Total Travel Expenses | $1,246.78 |
| | |
| Claritas (demographic database) | $1,379.00 |
| AT&T Teleconference Expenses | $488.16 |
| FedEx Expenses | $151.15 |
| **TFP TOTAL EXPENSES** | **$3,265.09** |
| | |
| Advertising | $150 |
| Andy Graiser Expenses | $899.70 |
| Federal Express | $1,520.18 |
| Intercall Conferencing | $39.41 |
| Emilio Amendola Expenses | $5,533.96 |
| Ed Zimmer Expenses | $818.95 |
| James Avalone Expenses | $289.70 |
| Joe Dimitrio Expenses | $191.84 |
| Spotlite Limousine | $228.88 |
| Atlantic Blueprint Co. | $22.84 |
| Holleys Printing | $21,217.46 |
| Sign Solutions | $14,657.25 |
| Matrix Digital Solutions | $244.33 |
| AT&T Teleconference | $571.35 |
| The Dealmakers | $1,250 |
| **DJM TOTAL EXPENSES** | **$47,635.85** |
| | |
| **DJM / TFP Total Expenses Due** | **$50,900.94** |

**Exhibit C-2**



March 8, 2006

Sheon Karol
Winn Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254

### INVOICE FOR SERVICES RENDERED

Agreement between DJM Asset Management, LLC ("DJM") and Winn Dixie Stores, Inc. (the "Debtor") for Real Estate Consulting Services to the Debtor with respect to the analysis, sale, disposition, re-negotiation and/or termination of the right and interest in owned real estate and certain leasehold properties.

**Sale of Property (2% of Gross Proceeds)**

**GROSS PROCEEDS**

| | |
|---|---|
| Miramar Property – Miramar, FL – (BankAtlantic) | $ 2,710,000.00 |
| | X         2% |
| | $   54,200.00 |

**TOTAL AMOUNT DUE: $54,200.00**

*If payment is issued by check, please make payable to:*
***DJM Asset Management, LLC***
***40 Broad Street, 11th Floor***
***Boston, MA 02109***
***Attn: Tanya Hill***

*Following is information for the wire transfer into DJM's bank account:*

| | |
|---|---|
| ACCOUNT NAME: | DJM ASSET MANAGEMENT, LLC |
| ACCOUNT NUMBER: | 0000546-10710 |
| BANK NAME: | BANK OF AMERICA |
| BANK ADDRESS: | 100 FEDERAL STREET |
| | BOSTON, MA  02110 |
| ABA NUMBER: | 026009593 |
| SWIFT NO: | BOFAUS3N |

445 Broadhollow Road, Suite 417 * Melville, NY 11747
Tel. (631) 752-1100 * Fax (631) 752-1231


**DJM**

June 19, 2006

Sheon Karol
Winn Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254

<u>**INVOICE FOR SERVICES RENDERED**</u>

Agreement between DJM Asset Management, LLC ("DJM") and Winn Dixie Stores, Inc. (the "Debtor") for Real Estate Consulting Services to the Debtor with respect to the analysis, sale, disposition, re-negotiation and/or termination of the right and interest in owned real estate and certain leasehold properties.

<u>**Sale of Property (2% of Gross Proceeds)**</u>

|  | **GROSS PROCEEDS** |
|---|---|
| Three Tracts of Land – Miami, FL<br>– SW 184th Street & SW 137th Avenue<br>(Edens & Avant) | $ 1,850,000.00 |
|  | X          2% |
|  | $     37,000.00 |

**TOTAL AMOUNT DUE:** **$37,000.00**

*If payment is issued by check, please make payable to:*
***DJM Asset Management, LLC***
***40 Broad Street, 11th Floor***
***Boston, MA 02109***
***Attn: Tanya Hill***

*Following is information for the wire transfer into DJM's bank account:*

| | |
|---|---|
| ACCOUNT NAME: | DJM ASSET MANAGEMENT, LLC |
| ACCOUNT NUMBER: | 0000546-10710 |
| BANK NAME: | BANK OF AMERICA |
| BANK ADDRESS: | 100 FEDERAL STREET |
| | BOSTON, MA  02110 |
| ABA NUMBER: | 026009593 |
| SWIFT NO: | BOFAUS3N |



**DJM Realty**
—A GORDON BROTHERS GROUP COMPANY—

October 13, 2006

Sheon Karol
Winn Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254

### INVOICE FOR SERVICES RENDERED

Agreement between DJM Asset Management, LLC ("DJM") and Winn Dixie Stores, Inc. (the "Debtor") for Real Estate Consulting Services to the Debtor with respect to the analysis, sale, disposition, re-negotiation and/or termination of the right and interest in owned real estate and certain leasehold properties.

<u>**Sale of Property (2% of Gross Proceeds)**</u>

|  | **GROSS PROCEEDS** |
|---|---|
| Vacant Land Parcel – Live Oak, FL (Ronnie Poole) | $ 110,000.00 |
|  | X_____2% |
|  | $ **2,200.00** |

### TOTAL AMOUNT DUE: $2,200.00

*If payment is issued by check, please make payable to:*
***DJM Asset Management, LLC***
***40 Broad Street, 11th Floor***
***Boston, MA 02109***
***Attn: Tanya Hill***

*Following is information for the wire transfer into DJM's bank account:*

| | |
|---|---|
| ACCOUNT NAME: | DJM ASSET MANAGEMENT, LLC |
| ACCOUNT NUMBER: | 0000546-10710 |
| BANK NAME: | BANK OF AMERICA |
| BANK ADDRESS: | 100 FEDERAL STREET |
| | BOSTON, MA 02110 |
| ABA NUMBER: | 026009593 |
| SWIFT NO: | BOFAUS3N |

445 Broadhollow Road, Suite 417 * Melville, NY 11747
Phone: (631) 752-1100 * Fax: (631) 752-1231



September 18, 2006


Sheon Karol
Winn Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254

### INVOICE FOR SERVICES RENDERED

Agreement between DJM Asset Management, LLC ("DJM") and Winn Dixie Stores, Inc. (the "Debtor") for Real Estate Consulting Services to the Debtor with respect to the analysis, sale, disposition, re-negotiation and/or termination of the right and interest in owned real estate and certain leasehold properties.

**Sale of Property (2% of Gross Proceeds)**

|  | **GROSS PROCEEDS** |
|---|---|
| Leesburg – Leesburg, FL – (State of Florida DOT) | $   354,500.00 |
|  | X        2% |
|  | $      7,090.00 |

### TOTAL AMOUNT DUE: $7,090.00


*If payment is issued by check, please make payable to:*
***DJM Asset Management, LLC***
***40 Broad Street, 11th Floor***
***Boston, MA 02109***
***Attn: Tanya Hill***


*Following is information for the wire transfer into DJM's bank account:*

| ACCOUNT NAME: | DJM ASSET MANAGEMENT, LLC |
|---|---|
| ACCOUNT NUMBER: | 0000546-10710 |
| BANK NAME: | BANK OF AMERICA |
| BANK ADDRESS: | 100 FEDERAL STREET |
|  | BOSTON, MA  02110 |
| ABA NUMBER: | 026009593 |
| SWIFT NO: | BOFAUS3N |

445 Broadhollow Road, Suite 417 * Melville, NY 11747
Tel. (631) 752-1100 * Fax (631) 752-1231



June 1, 2006

Sheon Karol
Winn Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254

## INVOICE FOR SERVICES RENDERED

Agreement between DJM Asset Management, LLC ("DJM") and Winn Dixie Stores, Inc. (the "Debtor") for Real Estate Consulting Services to the Debtor with respect to the analysis, sale, disposition, re-negotiation and/or termination of the right and interest in owned real estate and certain leasehold properties.

**Sale of Property (2% of Gross Proceeds)**

|  | **GROSS PROCEEDS** |
|---|---|
| 6.1088 Acres of Land – Hollywood, FL – Corner US 441 & Griffin Rd (South Florida Investment Group, LLC) | $ 6,250,000.00 |
|  | X          2% |
|  | **$    125,000.00** |

### TOTAL AMOUNT DUE: $125,000.00

*If payment is issued by check, please make payable to:*
***DJM Asset Management, LLC***
***40 Broad Street, 11th Floor***
***Boston, MA 02109***
***Attn: Tanya Hill***

*Following is information for the wire transfer into DJM's bank account:*

|  |  |
|---|---|
| ACCOUNT NAME: | DJM ASSET MANAGEMENT, LLC |
| ACCOUNT NUMBER: | 0000546-10710 |
| BANK NAME: | BANK OF AMERICA |
| BANK ADDRESS: | 100 FEDERAL STREET |
|  | BOSTON, MA  02110 |
| ABA NUMBER: | 026009593 |
| SWIFT NO: | BOFAUS3N |



September 18, 2006

Sheon Karol
Winn Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254

## INVOICE FOR SERVICES RENDERED

Agreement between DJM Asset Management, LLC ("DJM") and Winn Dixie Stores, Inc. (the "Debtor") for Real Estate Consulting Services to the Debtor with respect to the analysis, sale, disposition, re-negotiation and/or termination of the right and interest in owned real estate and certain leasehold properties.

**Sale of Property (2% of Gross Proceeds)**

|  | **GROSS PROCEEDS** |
|---|---|
| Edgewood Outparcel– Jacksonville, FL – (AJDC, LLC) | $   480,000.00 |
|  | X            2% |
|  | $      9,600.00 |

**TOTAL AMOUNT DUE:  $9,600.00**

*If payment is issued by check, please make payable to:*
***DJM Asset Management, LLC***
***40 Broad Street, 11th Floor***
***Boston, MA 02109***
***Attn: Tanya Hill***

*Following is information for the wire transfer into DJM's bank account:*

| | |
|---|---|
| ACCOUNT NAME: | DJM ASSET MANAGEMENT, LLC |
| ACCOUNT NUMBER: | 0000546-10710 |
| BANK NAME: | BANK OF AMERICA |
| BANK ADDRESS: | 100 FEDERAL STREET |
| | BOSTON, MA  02110 |
| ABA NUMBER: | 026009593 |
| SWIFT NO: | BOFAUS3N |



March 8, 2006

Sheon Karol
Winn Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254

## INVOICE FOR SERVICES RENDERED

Agreement between DJM Asset Management, LLC ("DJM") and Winn Dixie Stores, Inc. (the "Debtor") for Real Estate Consulting Services to the Debtor with respect to the analysis, sale, disposition, re-negotiation and/or termination of the right and interest in owned real estate and certain leasehold properties.

**Sale of Property (2% of Gross Proceeds)**                    **GROSS PROCEEDS**

Pump-N-Save #1382 – Jackson, MS                $  485,000.00
                – (Real Property Investment, LLC)
                                                                                X          2%
                                                                                $      9,700.00

**TOTAL AMOUNT DUE:  $ 9,700.00**

*If payment is issued by check, please make payable to:*
***DJM Asset Management, LLC***
***40 Broad Street, 11th Floor***
***Boston, MA 02109***
***Attn: Tanya Hill***

*Following is information for the wire transfer into DJM's bank account:*

ACCOUNT NAME:          DJM ASSET MANAGEMENT, LLC
ACCOUNT NUMBER:      0000546-10710
BANK NAME:                  BANK OF AMERICA
BANK ADDRESS:            100 FEDERAL STREET
                                          BOSTON, MA  02110
ABA NUMBER:               026009593
SWIFT NO:                     BOFAUS3N

445 Broadhollow Road, Suite 417 * Melville, NY 11747
Tel. (631) 752-1100 * Fax (631) 752-1231



March 8, 2006

Sheon Karol
Winn Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254

### INVOICE FOR SERVICES RENDERED

Agreement between DJM Asset Management, LLC ("DJM") and Winn Dixie Stores, Inc. (the "Debtor") for Real Estate Consulting Services to the Debtor with respect to the analysis, sale, disposition, re-negotiation and/or termination of the right and interest in owned real estate and certain leasehold properties.

**Sale of Property (2% of Gross Proceeds)**

|  | **GROSS PROCEEDS** |
|---|---|
| Pump-N-Save #1378 – McComb, MS – (Ammar Diri) | $ 155,000.00 |
|  | X        2% |
|  | $    3,100.00 |

### TOTAL AMOUNT DUE: $ 3,100.00

*If payment is issued by check, please make payable to:*
***DJM Asset Management, LLC***
***40 Broad Street, 11th Floor***
***Boston, MA 02109***
***Attn: Tanya Hill***

*Following is information for the wire transfer into DJM's bank account:*

| | |
|---|---|
| ACCOUNT NAME: | DJM ASSET MANAGEMENT, LLC |
| ACCOUNT NUMBER: | 0000546-10710 |
| BANK NAME: | BANK OF AMERICA |
| BANK ADDRESS: | 100 FEDERAL STREET |
| | BOSTON, MA  02110 |
| ABA NUMBER: | 026009593 |
| SWIFT NO: | BOFAUS3N |



August 31, 2006

Sheon Karol
Winn Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254

### INVOICE FOR SERVICES RENDERED

Agreement between DJM Asset Management, LLC ("DJM") and Winn Dixie Stores, Inc. (the "Debtor") for Real Estate Consulting Services to the Debtor with respect to the analysis, sale, disposition, re-negotiation and/or termination of the right and interest in owned real estate and certain leasehold properties.

**Sale of Property (2% of Gross Proceeds)**

                                                 **GROSS PROCEEDS**

Distribution Center & Warehouse – Harahan, LA    $ 6,750,000.00
    – 600 Edwards Avenue
    (Ackel Properties)                         X         2%
                                       $    **135,000.00**

### TOTAL AMOUNT DUE: $135,000.00

*If payment is issued by check, please make payable to:*
***DJM Asset Management, LLC***
***40 Broad Street, 11th Floor***
***Boston, MA 02109***
***Attn: Tanya Hill***

*Following is information for the wire transfer into DJM's bank account:*

| | |
|---|---|
| ACCOUNT NAME: | DJM ASSET MANAGEMENT, LLC |
| ACCOUNT NUMBER: | 0000546-10710 |
| BANK NAME: | BANK OF AMERICA |
| BANK ADDRESS: | 100 FEDERAL STREET |
| | BOSTON, MA  02110 |
| ABA NUMBER: | 026009593 |
| SWIFT NO: | BOFAUS3N |



June 19, 2006


Sheon Karol
Winn Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254

## INVOICE FOR SERVICES RENDERED

Agreement between DJM Asset Management, LLC ("DJM") and Winn Dixie Stores, Inc. (the "Debtor") for Real Estate Consulting Services to the Debtor with respect to the analysis, sale, disposition, re-negotiation and/or termination of the right and interest in owned real estate and certain leasehold properties.


**Sale of Property (2% of Gross Proceeds)**

|  | **GROSS PROCEEDS** |
|---|---|
| Distribution Center & Warehouse – Louisville, KY – 720 Locust Lane | $ 3,600,000.00 |
| (Seay Properties, LLC) | X            2% |
|  | $      **72,000.00** |


### TOTAL AMOUNT DUE: $72,000.00

*If payment is issued by check, please make payable to:*
***DJM Asset Management, LLC***
***40 Broad Street, 11th Floor***
***Boston, MA 02109***
***Attn: Tanya Hill***


*Following is information for the wire transfer into DJM's bank account:*

|  |  |
|---|---|
| ACCOUNT NAME: | DJM ASSET MANAGEMENT, LLC |
| ACCOUNT NUMBER: | 0000546-10710 |
| BANK NAME: | BANK OF AMERICA |
| BANK ADDRESS: | 100 FEDERAL STREET |
|  | BOSTON, MA  02110 |
| ABA NUMBER: | 026009593 |
| SWIFT NO: | BOFAUS3N |



**DJM Realty**
—A GORDON BROTHERS GROUP COMPANY—

October 13, 2006

Sheon Karol
Winn Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254

## INVOICE FOR SERVICES RENDERED

Agreement between DJM Asset Management, LLC ("DJM") and Winn Dixie Stores, Inc. (the "Debtor") for Real Estate Consulting Services to the Debtor with respect to the analysis, sale, disposition, re-negotiation and/or termination of the right and interest in owned real estate and certain leasehold properties.

**Sale of Property (2% of Gross Proceeds)**

|  | **GROSS PROCEEDS** |
|---|---|
| Distribution Center & Warehouse – Montgomery, AL (Montgomery Warehouses LLC) | $ 6,000,000.00 |
|  | X           2% |
|  | $     **120,000.00** |

**TOTAL AMOUNT DUE:** **$120,000.00**

*If payment is issued by check, please make payable to:*
**DJM Asset Management, LLC**
**40 Broad Street, 11ᵗʰ Floor**
**Boston, MA 02109**
**Attn: Tanya Hill**

*Following is information for the wire transfer into DJM's bank account:*

| | |
|---|---|
| ACCOUNT NAME: | DJM ASSET MANAGEMENT, LLC |
| ACCOUNT NUMBER: | 0000546-10710 |
| BANK NAME: | BANK OF AMERICA |
| BANK ADDRESS: | 100 FEDERAL STREET |
| | BOSTON, MA 02110 |
| ABA NUMBER: | 026009593 |
| SWIFT NO: | BOFAUS3N |

445 Broadhollow Road, Suite 417 * Melville, NY 11747
Phone: (631) 752-1100 * Fax: (631) 752-1231



May 30, 2006

Sheon Karol
Winn Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254

### INVOICE FOR SERVICES RENDERED

Agreement between DJM Asset Management, LLC ("DJM") and Winn Dixie Stores, Inc. (the "Debtor") for Real Estate Consulting Services to the Debtor with respect to the analysis, sale, disposition, re-negotiation and/or termination of the right and interest in owned real estate and certain leasehold properties.

**Sale of Property (2% of Gross Proceeds)**

| | **GROSS PROCEEDS** |
|---|---|
| Distribution Center – Pompano Beach, FL – 1141 SW 12th Avenue (Associated Grocers of Florida) | $51,000,000.00 <br> X          2% <br> **$  1,020,000.00** |

### TOTAL AMOUNT DUE: $1,020,000.00

*If payment is issued by check, please make payable to:*
***DJM Asset Management, LLC***
***40 Broad Street, 11th Floor***
***Boston, MA 02109***
***Attn: Tanya Hill***

*Following is information for the wire transfer into DJM's bank account:*

| | |
|---|---|
| ACCOUNT NAME: | DJM ASSET MANAGEMENT, LLC |
| ACCOUNT NUMBER: | 0000546-10710 |
| BANK NAME: | BANK OF AMERICA |
| BANK ADDRESS: | 100 FEDERAL STREET |
| | BOSTON, MA 02110 |
| ABA NUMBER: | 026009593 |
| SWIFT NO: | BOFAUS3N |

November 21, 2005

Sheon Karol
Winn Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254

## INVOICE FOR SERVICES RENDERED

Agreement between DJM Asset Management, LLC ("DJM") and Winn Dixie Stores, Inc. (the "Debtor") for Real Estate Consulting Services to the Debtor with respect to the analysis, sale, disposition, re-negotiation and/or termination of the right and interest in owned real estate and certain leasehold properties.

**Sale of Property (2% of Gross Proceeds)**

|  | **GROSS PROCEEDS** |
|---|---|
| Reclamation Center – Miami, FL<br>     – 10900 NW 36th Avenue<br>(Commercial Long Trading, Inc.) | $2,122,448.98<br><u>X          2%</u><br>$    42,448.98 |

**TOTAL AMOUNT DUE:** **$42,448.98**

*If payment is issued by check, please make payable to:*
**DJM Asset Management, LLC**
**40 Broad Street, 11th Floor**
**Boston, MA 02109**
**Attn: Tanya Hill**

*Following is information for the wire transfer into DJM's bank account:*

| | |
|---|---|
| ACCOUNT NAME: | DJM ASSET MANAGEMENT, LLC |
| ACCOUNT NUMBER: | 0000546-10710 |
| BANK NAME: | BANK OF AMERICA |
| BANK ADDRESS: | 100 FEDERAL STREET |
| | BOSTON, MA  02110 |
| ABA NUMBER: | 026009593 |
| SWIFT NO: | BOFAUS3N |



June 19, 2006

Sheon Karol
Winn Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254

## INVOICE FOR SERVICES RENDERED

Agreement between DJM Asset Management, LLC ("DJM") and Winn Dixie Stores, Inc. (the "Debtor") for Real Estate Consulting Services to the Debtor with respect to the analysis, sale, disposition, re-negotiation and/or termination of the right and interest in owned real estate and certain leasehold properties.

**Sale of Property (2% of Gross Proceeds)**

|  | **GROSS PROCEEDS** |
|---|---|
| SaveRite Building – Stockbridge, GA<br>– 3701 Walt Stephens Road<br>(BH Properties, LLC) | $ 2,000,000.00 |
|  | X           2% |
|  | $     **40,000.00** |

**TOTAL AMOUNT DUE:  $40,000.00**

*If payment is issued by check, please make payable to:*
***DJM Asset Management, LLC***
***40 Broad Street, 11th Floor***
***Boston, MA 02109***
***Attn: Tanya Hill***

*Following is information for the wire transfer into DJM's bank account:*

| | |
|---|---|
| ACCOUNT NAME: | DJM ASSET MANAGEMENT, LLC |
| ACCOUNT NUMBER: | 0000546-10710 |
| BANK NAME: | BANK OF AMERICA |
| BANK ADDRESS: | 100 FEDERAL STREET |
|  | BOSTON, MA  02110 |
| ABA NUMBER: | 026009593 |
| SWIFT NO: | BOFAUS3N |

February 10, 2006

Sheon Karol
Winn Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254

## INVOICE FOR SERVICES RENDERED

Agreement between DJM Asset Management, LLC ("DJM") and Winn Dixie Stores, Inc. (the "Debtor") for Real Estate Consulting Services to the Debtor with respect to the analysis, sale, disposition, re-negotiation and/or termination of the right and interest in owned real estate and certain leasehold properties.

**Sale of Property (2% of Gross Proceeds)**

|  | **GROSS PROCEEDS** |
|---|---|
| Oviedo Property – Oviedo, FL | $5,000,000.00 |
| – 1680 E. McCulloch Road | |
| (AHG Group) | X          2% |
|  | $   100,000.00 |

### TOTAL AMOUNT DUE: $100,000.00

*If payment is issued by check, please make payable to:*
*DJM Asset Management, LLC*
*40 Broad Street, 11th Floor*
*Boston, MA 02109*
*Attn: Tanya Hill*

*Following is information for the wire transfer into DJM's bank account:*

| | |
|---|---|
| ACCOUNT NAME: | DJM ASSET MANAGEMENT, LLC |
| ACCOUNT NUMBER: | 0000546-10710 |
| BANK NAME: | BANK OF AMERICA |
| BANK ADDRESS: | 100 FEDERAL STREET |
| | BOSTON, MA  02110 |
| ABA NUMBER: | 026009593 |
| SWIFT NO: | BOFAUS3N |

December 1, 2005

Sheon Karol
Winn Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254

## INVOICE FOR SERVICES RENDERED

Agreement between DJM Asset Management, LLC ("DJM") and Winn Dixie Stores, Inc. (the "Debtor") for Real Estate Consulting Services to the Debtor with respect to the analysis, sale, disposition, re-negotiation and/or termination of the right and interest in owned real estate and certain leasehold properties.

**Sale of Property (2% of Gross Proceeds)**

|  | **GROSS PROCEEDS** |
|---|---|
| Three (3) Tracts of Land – Dallas, GA – Outparcel A, B & C (J. Wallace Properties, LLC) | $  970,000.00 |
|  | X          2% |
|  | $    19,400.00 |

**TOTAL AMOUNT DUE: $19,400.00**

*If payment is issued by check, please make payable to:*
***DJM Asset Management, LLC***
***40 Broad Street, 11th Floor***
***Boston, MA 02109***
***Attn: Tanya Hill***

*Following is information for the wire transfer into DJM's bank account:*

| | |
|---|---|
| ACCOUNT NAME: | DJM ASSET MANAGEMENT, LLC |
| ACCOUNT NUMBER: | 0000546-10710 |
| BANK NAME: | BANK OF AMERICA |
| BANK ADDRESS: | 100 FEDERAL STREET |
| | BOSTON, MA  02110 |
| ABA NUMBER: | 026009593 |
| SWIFT NO: | BOFAUS3N |

**Exhibit C-3**



**DJM Realty**
—A GORDON BROTHERS GROUP COMPANY—

October 12, 2006

Mr. Sheon Karol
Managing Director, Corporate Restructuring
XRoads Solutions Group
400 Madison Avenue
Third Floor
New York, NY  10017

Dear Mr. Karol:

Please accept the following as DJM's invoice for services performed under the contract with Winn Dixie with respect to the Rent Reduction Project.  The breakdown of fees is per the attached schedule from Bryan Gaston of your office.

        See Attached Schedule                $314,795

### *Invoice Payable Upon Receipt*

Please make check payable to: <u>DJM Realty</u>

and send payment to:

DJM Realty
c/o Gordon Brothers
101 Huntington Avenue, 10th Floor
Boston, MA  02199
Attn: Tanya Hill
(617) 210-7170

Thank You

445 Broadhollow Road, Suite 417, Melville, NY 11747  |  *tel* 631.752.1100  |  *fax* 631.752.1231  |  www.djmrealty.com

| Store No | Shopping Center | City | ST | Pre Petition Liabilities Claims | Pre Petition Liabilities B&R | Pre Petition Liabilities Cure Motions | Pre Petition Liabilities DJM | MAXIMUM PREPET LIA ALL SOURCES | NPV of Savings at 6% Disc Rate | XR NPV Test | Letter Received | Effective Date | End Date | Term in Years | Current Monthly Reduction | 19 Waived Cure | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 110 | Edgewood Square | Jacksonville | FL | 50,233 | 3,962 | 3,962 | | | 99,413 | 71,843 | Yes | 8/31/12 | 8/31/12 | 7.0 | 1,042 | | No prepetition sa |
| 140 | Leesburg | Leesburg | FL | | 39,545 | 8,034 | | | 160,937 | 161,888 | Yes | 6/1/05 | 5/31/06 | 3.0 | 4,896 | | No prepetition sa |
| 160 | K-Mart Shopping Center | Valdosta | GA | | 8,034 | 8,034 | | | 33,889 | 33,889 | Yes | 1/1/06 | 12/31/06 | 1.0 | 2,917 | | No prepetition sa |
| 163 | Gainesville | Gainesville | GA | | 4,819 | 4,819 | 17,883 | 17,883 | 83,149 | 83,140 | Yes | 1/1/06 | 12/31/08 | 3.0 | 3,460 | X | LL waives prepet |
| 163 | Jacksonville | Jacksonville | FL | 132,881 | 151,194 | 14,731 | | 4,819 | 301,042 | 201,042 | Yes | 8/1/05 | 7/31/14 | 9.0 | 3,627 | X | LL waives prepet |
| 184 | Jefferson Street | Pablo | FL | 78,696 | 24,286 | 55,613 | | | 120,825 | 144,082 | Yes | 10/28/10 | 10/28/10 | 4.0 | 3,385 | | No prepetition sa |
| (1) | | Quincy | FL | | 14,422 | | | 14,422 | 43,426 | 43,426 | Yes | 10/25/09 | 6/22/09 | 3.8 | 1,055 | | No prepetition sa |
| 205 | County Line Plaza | Miami | FL | | 13,163 | 13,163 | | | 424,222 | 398,204 | Yes | 8/1/05 | 6/30/15 | 9.9 | | | LL waives prepet |
| 248 | Towne Shops Of Margate | Margate | FL | 47,770 | 47,770 | 47,770 | | | 540,346 | 543,151 | Yes | 7/1/05 | 5/31/12 | 6.9 | 4,739 | | No prepetition sa |
| 288 | The Grove Marketplace | Lauderdale | FL | | 16,268 | 16,268 | | | 186,988 | 221,005 | Yes | 10/25/06 | 10/28/11 | 5.0 | 7,970 | | No prepetition sa |
| 390 | Riviera Beach | Riviera Beach | FL | 38,977 | 38,977 | 21,876 | | | 106,976 | 108,505 | Yes | 10/25/06 | 10/28/11 | 2.9 | 4,247 | X | No prepetition sa |
| (2) | | Phenix City | AL | | | | | | | | | | | 2.9 | 4,906 | | No prepetition sa |
| 458 | Quail Run Village | Fultondale | AL | 40,242 | 40,242 | 10,464 | | 10,464 | 99,862 | 192,647 | Yes | 1/1/05 | 12/31/00 | 4.0 | 4,500 | | No prepetition sa |
| 470 | University Crossing | Auburn | AL | | 10,713 | 11,504 | | | 194,355 | 196,122 | Yes | 5/3/06 | 5/3/10 | 3.0 | 5,000 | X | LL waives prepet |
| 478 | Bolt Weevil Plaza | Enterprise | AL | | 6,170 | | | | 189,660 | 454,151 | Yes | 8/1/05 | 5/30/11 | 5.7 | 3,667 | | No prepetition sa |
| 475 | | Panama City | FL | | 6,170 | | 1,256 | 1,256 | 88,623 | 87,778 | Yes | 6/20/10 | 6/20/10 | 5.0 | 1,488 | | No prepetition sa |
| 466 | | Jasper | AL | | 11,418 | 11,418 | 6,170 | 6,170 | 282,864 | 266,067 | Yes | 9/30/10 | 6/20/10 | 10.0 | 2,816 | X | LL waives prepet |
| 535 | | Pensacola | FL | | 6,592 | 4,731 | | | 118,169 | 118,564 | Yes | 10/23/07 | 10/23/07 | 2.0 | 10,000 | | No prepetition sa |
| 553 | | Tallassee | AL | 912 | | | 912 | 912 | 64,722 | 46,722 | Yes | 8/1/09 | 8/1/09 | 2.9 | 1,520 | | No prepetition sa |
| 555 | | Monticello | FL | 9,813 | 21,023 | 16,920 | 11,210 | | 41,360 | 43,877 | Yes | 10/10 | 10/10 | 2.9 | 1,328 | | No prepetition sa |
| 581 | Moroeville Center | Moroeville | AL | | 1,678 | 1,678 | | | 63,581 | 63,677 | Yes | 9/30/08 | 9/30/08 | 3.0 | 1,934 | | No prepetition sa |
| 599 | St. Stephens Square | Mobile | AL | | 19,461 | 19,461 | 6,829 | 6,829 | 164,021 | 166,075 | Yes | 10/1/10 | 9/30/11 | 6.0 | 2,559 | | LL waives prepet |
| | | Daphne | AL | | 10,559 | | | 19,461 | 101,761 | 182,422 | Yes | 8/1/05 | 7/23/10 | 6.0 | 2,083 | | No prepetition sa |
| (3) | | Bigelow | AL | | | | | | | | Yes | | | | | | |
| 632 | Arcadia Market Place | Arcadia | FL | 26,509 | 12,000 | 12,000 | | | 160,387 | 1,137,071 | Yes | 10/25/06 | 4/20/17 | 11.0 | 1,176 | | No prepetition sa |
| 671 | | St Petersburg | FL | 9,920 | 6,970 | 4,781 | | | 179,550 | 210,114 | Yes | 10/28/11 | 4/30/17 | 5.0 | 4,037 | | No prepetition sa |
| 701 | | Lake Wales | FL | | 9,902 | 9,902 | | | 276,907 | 521,997 | Yes | 3/1/13 | 12/22/16 | 7.2 | 3,971 | | No prepetition sa |
| 1410 | Lapateo Village Sq. | Marco | FL | | 10,664 | 10,664 | 332 | 332 | 516,794 | 521,382 | Yes | 12/22/16 | 12/22/16 | 11.4 | 5,219 | X | LL waives prepet |
| (3) | | | | | | | 24,716 | 24,716 | 855,185 | 859,480 | Yes | 10/31/10 | 10/31/10 | 5.4 | 16,461 | X | No prepetition sa |
| 1444 | | Luling | LA | 9,046 | 9,046 | | | | 47,488 | 47,469 | Yes | 8/31/10 | 8/31/10 | 5.0 | 833 | | No prepetition sa |
| 1454 | | Baton Rouge | LA | | 13,130 | 13,130 | | | 188,666 | 189,433 | Yes | 9/30/07 | 9/30/07 | 11.7 | 8,363 | X | No prepetition sa |
| 1459 | | Rayne | LA | 4,761 | 4,781 | 4,781 | | | 77,388 | 77,749 | Yes | 10/28/11 | 10/28/11 | 5.0 | 2,554 | | No prepetition sa |
| 1483 | Winn Dixie | Picayune | MS | 7,648 | 12,247 | 7,648 | | | 72,384 | 73,304 | Yes | 6/5/13 | 6/5/13 | 7.8 | 975 | | No prepetition sa |
| 1534 | | Columbia | MS | 56,889 | 55,024 | 56,889 | | | 225,247 | 305,875 | Yes | 9/23/12 | 9/23/12 | 7.2 | 4,309 | X | LL waives prepet |
| 1549 | | Breaux Bridge | LA | 136,209 | 104,193 | 91,146 | | | 89,265 | 220,996 | Yes | 8/20/11 | 8/20/11 | 6.2 | 3,542 | X | No prepetition sa |
| 1418 | | Lafayette | LA | | | | | | 164,365 | 165,122 | Yes | 8/31/08 | 8/31/08 | 3.0 | 5,000 | X | No prepetition sa |
| 1569 | | Eunice | LA | 5,414 | 14,204 | 14,204 | 14,204 | 14,204 | 277,020 | 278,313 | Yes | 7/1/05 | 5/30/06 | 3.0 | 8,428 | X | No prepetition sa |
| 1570 | | New Roads | LA | | 9,959 | 9,959 | | | 118,879 | 288,700 | Yes | 5/30/08 | 5/30/08 | 3.0 | 5,000 | X | No prepetition sa |
| 1572 | | Deltona | LA | | 33,987 | 33,997 | 46,392 | 46,392 | 208,081 | 102,539 | Yes | 10/25/06 | 10/25/06 | 7.4 | 3,650 | | No prepetition sa |
| 2241 | | Tavares | FL | 4,573 | 8,744 | 4,573 | | | 15,421 | 280,700 | Yes | 5/30/08 | 9/3/14 | 3.0 | 3,723 | | No prepetition sa |
| 2281 | E. Burleigh Rd. | Rayne | LA | | 12,969 | 12,969 | 12,969 | 12,969 | 64,314 | 96,321 | Yes | 10/28/11 | 10/28/11 | 3.0 | 694 | | LL waives prepet |
| 2320 | The Walker Ridge Square | Ocoee | FL | 10,310 | 12,773 | 12,773 | | | 927,202 | 940,194 | Yes | 12/31/00 | 12/31/00 | 3.0 | 2,817 | X | No prepetition sa |
| 2328 | | Bushnell | FL | | 11,647 | 11,647 | 17,645 | 17,645 | 333,646 | 333,546 | Yes | 4/29/19 | 4/29/19 | 13.7 | 8,206 | | No prepetition sa |
| 2386 | Vero Beach | Vero Beach | FL | | 430 | 430 | 2,821 | 2,821 | 200,742 | 208,529 | Yes | 8/20/10 | 8/20/10 | 3.2 | 7,887 | | LL waived prepet |
| 2628 | Garden Shopping Center | | | | | | | | 206,329 | 282,701 | Yes | 6/20/13 | 6/20/13 | 4.6 | 4,309 | X | LL waived prepet |
| 2659 | | Laurel | MS | | 6,600 | 6,600 | | 6,600 | 279,674 | | Yes | 6/22/09 | 6/22/09 | 7.7 | 3,800 | X | LL waived prepet |
| | | Tampa | FL | | | | | | | | | | | | | X | No prepetition sa |
| | | | | | | | | | | | | | | | | | |
| Totals net of adjustment | | | | 658,777 | 887,215 | 832,506 | 196,233 | 270,042 | 9,646,421 | 10,223,139 | | | | | 187,197 | | |
| Adjustment for rejected locations | | | | (409,893) | (55,672) | | | (14,422) | (1,450,090) | (1,538,033) | | | | | (18,395) | | |
| Fees | | | | 19,763 | 26,616 | 24,975 | 5,887 | 8,101 | 288,393 | 306,694 | | | | | | | |

| Store No | Shopping Center | City | ST | Liabilities Claims | Liabilities B&R | Liabilities Cure Motions | Liabilities D/M | PRE-PET LIA ALL SOURCES | NPV of Savings at 6% Disc Rate | XR NPV Test | Letter Received | Effective Date | End Date | Term in Years | Current Monthly Reduction | Waived Cure | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | 19 | |

XR Calc
Fee-Waiver of Pre-petition claims:    8,101
Fee-Rent Reductions    306,694
Total Fee    314,795

* Monthly reductions vary over time. Starting amount shown.

(1) Part of 35 additional targeted stores. LL entered into LTA, does not appear claim waived.  D/M likely handled that transaction, any fee related to this store should be captured on that invoice (which has already been paid).  Store 602 had smaller claim waiver

(2) Lease rejected 5-31-06

(3) Lease rejected 10-5-06

NPV Test

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Undiscounted | 87,584 | 12,512 | 12,512 | 12,512 | 12,512 | 12,512 | 12,512 |
| NPV | 71,912 | 12,153 | 11,465 | 10,816 | 10,204 | 9,626 | 9,081 | 8,567 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 |

**Exhibit C-4**

June 8, 2006

Crossroads
400 Madison Avenue
Third Floor
New York, NY  10017

Dear Mr. Karol:

Please accept the following as DJM's invoice for services performed under the contract with Winn Dixie with respect to the Termination and/or Assignment of Subleased Properties. The fee is equal to half month's rent for each completed deal.

See Attached Schedule                    $221,469

### Invoice Payable Upon Receipt

Please make check payable to: <u>DJM Asset Management, LLC</u>
and send payment to:
DJM Asset Management, LLC
C/o Gordon Brothers
40 Broad Street, 11th Floor
Boston, MA  02109
Attn: Tanya Hill
(617) 210-7170
Thank You

| STORE # | STREET | CITY | STATE | FEE |
|---|---|---|---|---|
| | **WINN DIXIE SUBTENANT INVOICE** | | | |
| 992 | 3344 Halifax Road | South Boston | VA | $7,307.40 |
| 893 | 851 Washington Square Mall | Washington | NC | $14,441.67 |
| 1564 | 1181 Hwy. 165 South | Oakdale | LA | $10,880.74 |
| 1563 | 2214 North EE Wallace | Ferriday | LA | $9,399.41 |
| 1096 | 214 St. James Ave., Suite 12 | Goose Creek | SC | $15,383.54 |
| 1617 | 1002 Mill Street | Leitchfeld | KY | $8,993.00 |
| 1630 | 2626 Ft. Campbell Blvd. | Hopkinsville | KY | $8,750.00 |
| 1632 | 1030 South Broadway, Suite 4 | Lexington | KY | $17,368.00 |
| 1652 | 3725 Harrodsburg Road | Lexington | KY | $15,481.00 |
| 1667 | 376 NL Rogers Well | Glasgow | KY | $10,743.00 |
| 1665 | 550 US Highway 62 W. | Princeton | KY | $10,722.00 |
| 1698 | 1640 Scottsville Road | Bowling Green | KY | $14,255.00 |
| 1987 | 1355 Cobb East/West Connector | Austell | GA | $15,664.00 |
| 62 | 541530 US Hwy. 1 | Hillard | FL | $4,298.50 |
| 1487 | 668 N. Extension Street | Hazelhurst | MS | $7,219.55 |
| 1261 | 1645 Old Trolly Road | Summerville | SC | $14,432.58 |
| 1857 | 2518 East Walnut Ave. | Dalton | GA | $14,727.71 |
| 2047 | Mebane Oaks Rd/Peartree Rd. | Mebane | NC | $7,987.46 |
| 1991 | 1502 Pleasant Hill Rd. | Duluth | GA | $13,415.00 |
| | | | TOTAL | $221,469.56 |

**Exhibit C-5**



*PART OF 11/3/06 LEASE DISPOSITION INVOICE*

# INVOICE

November 3, 2006

Mr. Sheon Karol
c/o Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL  32254

Re:    Invoice for success fee related to the sale of select Winn-Dixie stores and
         expenses


Success fee calculated at 2% of gross proceeds:

| | |
|---|---:|
| Store no. 380 (Pembroke Pines, FL) @ $750,000 | $15,000.00 |
| Store no. 202 (Wellington, FL) @ $100,000 | $2,000.00 |
| Total success  fee | $17,000.00 |

Matthew Morris, TFP, travel expenses to Florida:          $1,447.65


**TOTAL (DUE UPON RECEIPT)**                                      **$18,447.65**


Please remit payment as follows:

| **DJM Asset Management, LLC** | **The Food Partners, LLC** |
|---|---|
| c/o Gordon Brothers | 1250 Eye Street, NW |
| 40 Broad Street | Suite 850 |
| Boston, MA 02109 | Washington, DC 20005 |
| Amount:  **$8,500.00** | Amount:  **$9,947.65** |

# Expense Allocation

PART OF 11/23/05 LEASE DISPOSITION INVOICE

| VENDOR | PRICE |
|---|---:|
| Travel Expenses for M. Morris, D. Schoeder and P. Thom | |
| Airfare | $906.80 |
| Ground Transportation | $333.98 |
| Meals | $6.00 |
| Total Travel Expenses | $1,246.78 |
| | |
| Claritas (demographic database) | $1,379.00 |
| AT&T Teleconference Expenses | $488.16 |
| FedEx Expenses | $151.15 |
| **TFP TOTAL EXPENSES** | **$3,265.09** |
| | |
| Advertising | $150 |
| Andy Graiser Expenses | $899.70 |
| Federal Express | $1,520.18 |
| Intercall Conferencing | $39.41 |
| Emilio Amendola Expenses | $5,533.96 |
| Ed Zimmer Expenses | $818.95 |
| James Avalone Expenses | $289.70 |
| Joe Dimitrio Expenses | $191.84 |
| Spotlite Limousine | $228.88 |
| Atlantic Blueprint Co. | $22.84 |
| Holleys Printing | $21,217.46 |
| Sign Solutions | $14,657.25 |
| Matrix Digital Solutions | $244.33 |
| AT&T Teleconference | $571.35 |
| The Dealmakers | $1,250 |
| **DJM TOTAL EXPENSES** | **$47,635.85** |
| | |
| **DJM / TFP Total Expenses Due** | **$50,900.94** |

*Part of 6/28/06 Lease Disposition Invoice*

## SCHEDULE B

| | |
|---|---:|
| Auction Xpress | $12,817.12 |
| FedEx | $2,368.22 |
| Holleys Printing | $5,378.58 |
| Matrix Digital Design | $983.66 |
| North Country Spollie Car Service | $1,757.54 |
| Sign Solutions | $285.74 |
| Verizon & MCI Conferencing | $877.67 |
| Emilio Amendola | $8,010.15 |
| James Avallone | $7,652.72 |
| Michael Benoit | $588.85 |
| Frederick Burstein | $1,376.13 |
| Tom Davidson | $3,502.11 |
| **DJM Expenses** | **$45,598.49** |
| | |
| Clarltas (demographics) | $129.00 |
| FedEx | $40.67 |
| Matthew Morris (travel expenses) | $788.55 |
| **TFP Expenses** | **$958.22** |
| | |
| **Total Expenses** | **$46,556.71** |

**Exhibit C-6**



**DJM Asset Management, LLC**

December 12, 2006

<u>To:</u>
Jayson Roy
Winn-Dixie Stores, Inc.

5050 Edgewood Court
Jacksonville, FL 32254
Tel (212) 545-4338
Email: JaysonRoy@winn-dixie.com

<u>INVOICE – Additional Work concerning Financial Modeling of Real Estate Value of all Winn Dixie Leasehold Interests for Fresh Start Accounting</u>
* <u>Recalculating NPV of +/- 150 negative stores of 528 retail Leaseholds to current lease term only and incorporating into a 2nd analysis together with appropriate correlating changes to Methodology, Notes and Assumptions and issuance of such 2nd alternate report</u>

Invoice Number:
Invoice Date
Invoice Amount

*WD_121206*
December 12, 2006
$3,600.00

AMOUNT For this Additional Work NOW DUE:
**$3,600.00**

<u>PAYMENT INSTRUCTIONS</u>
*(A) Please make checks payable to: DJM Asset Management LLC*

**<u>and send to:</u>**
**DJM ASSET MANAGEMENT, LLC**
**c/o Gordon Brothers**
**101 Huntington Avenue, 10th Floor**
**Boston, MA 02199**
**Main Tel. # (888) 424-1903**
**Attn. Paul Monzione**
**Tel. (617) 422-6247**

**OR**

(B) <u>Or use Wire Transfer Instructions below:</u>

**Account Name:**          **DJM Asset Management, LLC**

**Bank:**                  **Fleet Bank**
                          **28 State Street**
                          **Boston, MA 02110**

**ABA #:**        **000 026 009 593**
**Account #:**        **546-10710**
                                      *Thank You*



November 9, 2006

**To:**
Jayson Roy
Winn-Dixie Stores, Inc.

5050 Edgewood Court
Jacksonville, FL 32254
Tel (212) 545-4338
Email: JaysonRoy@winn-dixie.com

## INVOICE – Financial Modeling of Real Estate Value of all Winn Dixie Leasehold Interests for Fresh Statrt Accounting
   ### * Original (per agreement) +/- 522 (actual 528) Leaseholds (retail)   - $100,000

   ### * Evaluation of the requested additional Non Retail leaseholds - $15,000 (Additional work).

| | |
|---|---|
| Invoice Number: | ***WD_110906*** |
| Invoice Date | November 9, 2006 |
| Invoice Amount | $115,000.00 |

## AMOUNT NOW DUE: $115,000.00

## PAYMENT INSTRUCTIONS
**(A)** *Please make checks payable to:  DJM Asset Management LLC*

**and send to:**
***DJM ASSET MANAGEMENT, LLC***
***c/o Gordon Brothers***
**101 Huntington Avenue, 10th Floor**
**Boston, MA 02199**
**Main Tel. # (888) 424-1903**
**Attn. Paul Monzione**
**Tel. (617) 422-6247**

## OR

**(B) Or use Wire Transfer Instructions below:**

| | |
|---|---|
| Account Name: | **DJM Asset Management, LLC** |
| Bank: | **Fleet Bank** |
| | **28 State Street** |
| | **Boston, MA  02110** |
| ABA #: | **000 026 009 593** |
| Account #: | **546-10710** |

*Thank You*



**Asset Management**

September 22, 2006

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254
Attn. Jayson Roy
Email Address: JaysonRoy@winn-dixie.com

Dear Mr. Roy:

This Proposal outlines the consulting services DJM Asset Management, LLC ("DJM") will provide to *Winn-Dixie Stores, Inc.* (the "Company") for the financial modeling of real estate values of +/- 522 Company retail real estate leaseholds, currently or formerly operated as *Winn-Dixie* Supermarkets (the "Leases) for the purposes of *fresh start accounting*.

At the Company's direction, DJM will provide:

**SERVICE**
"Desk Top" Real Estate Financial Modeling of Values Analyses for +/- 522 Company leased locations. Analyses define DJM's opinion of value of the leasehold(s). Such value(s) assume that the leasehold interest(s) will be delivered "as vacant". DJM's value(s) is based upon economic calculations, with an effective start date(s) of October 1, 2006, using discount rates in the 8% to 12% range (relative to remaining lease term including all lease options), to determine the Net Present Value (NPV) of positive or negative rent spread between current "as-is" market rents minus underlying lease contract rents, through all option periods; the result being gross value or shortfall per lease. <u>DJM will rely upon current, updated source data (lease/property information schedules) to be provided by the Company outlining all lease economic terms and rent steps through current term and  through the specified periods all lease options.</u> DJM will rely on previously provided annual extra charges including common area maintenance (CAM), real estate taxes, insurance and other related expenses. The "Desk Top" Analyses do not include site visits, DJM's review of leases and related documentation nor do they include DJM's abstracting of such leases or any related documentation.

**FEE:** $100,000 (one hundred thousand dollars)

The fee structure is based upon DJM's modeling of such values for the above stated leaseholds based upon DJM using, as source data, lease/property information provided by the Company as stated above.

**Reimbursable Expenses:**   None are anticipated. If there were to be any, then all out-of-pocket expenses incurred in relation to the services provided under this agreement by DJM will be billed at cost. Company will reimburse DJM within 10 business days after receipt of such billing by Company.

**Retainer:**   N/A

**FEE Payments:**   All fees for services rendered under this Agreement, shall be due and payable upon receipt of invoice which will be issued after the electronic issuance of the final values to the Company.

**Start date of Assignment:** Upon DJM's receipt of this fully executed Agreement and updated source data.

**Completion Date of Assignment:** On or about 4 weeks after the Start Date as defined above.

**Confidentiality:**   DJM acknowledges and agrees that all information it obtains regarding the Company, its leases and business, including, without limitation, its past or projected financial performance, is deemed by the Company to be proprietary and confidential. Accordingly, DJM agrees that it will not disclose any information to any person other than its employees or such professionals who may be retained by DJM for the performance of the agreed upon services under this Agreement.

CONFIDENTIAL


**DJM**
Asset
Management

(Continued)

Note:  Company agrees that by entering in to this agreement neither DJM nor its affiliates are prevented from performing any other services for the Company in the future. Additional services to be provided by DJM to the Company for rent reductions, mitigations and sales of real property interests will be subject to a separate agreement.

AGREED TO:                                          AGREED TO:
                                                    **WINN-DIXIE STORES, INC.**

Emilio Amendola                                     BENNETT NUSSBAUM
DJM Asset Management, LLC                            SR. VP and CFO

DATE: *10/2/06*                                      DATE: SEPTEMBER 22, 2006        LEGAL APPROVED
(ENCLOSURE)                                                                          AFF ____
                                                                                     DATE: 9/22/06

## PAYMENT INSTRUCTIONS

**(A)** *Please make checks payable to:  DJM Asset Management LLC*

**and send to:**
**DJM ASSET MANAGEMENT, LLC**
**c/o Gordon Brothers**
**101 Huntington Avenue, 10th Floor**
**Boston, MA 02199**
**Main Tel. # (888) 424-1903**
**Attn. Paul Monzione**
**Tel. (617) 422-6247**

**OR**

**(B)** **Or use Wire Transfer Instructions below:**

| Account Name: | **DJM Asset Management, LLC** |
| --- | --- |
| Bank: | **Fleet Bank**<br>**28 State Street**<br>**Boston, MA  02110** |
| ABA #: | **000 026 009 593** |
| Account #: | **546-10710** |

CONFIDENTIAL
-2-



April 26, 2006

**To:**
Darryl Kuriger
Managing Director
Wachovia Capital Finance

1133 Avenue of the Americas-30th Fl.
New York, NY  10036
Tel (212) 545-4338
Email: darryl.kuriger@wachovia.com

### INVOICE – Financial Modeling of Values of Winn Dixie Leasehold Interests
  **\* Update of Remaining Properties in 2005 Report    - $75,000**
  **\* Evaluation of the requested additional leaseholds - $85,000**
  **AS PREVIOUSLY AGREED.**

Invoice Number:                    ***WD_042606***
Invoice Date                       April 26, 2006
Invoice Amount                     $160,000.00

**AMOUNT NOW DUE: $160,000.00**

**PAYMENT INSTRUCTIONS**

**(A)** *Please make checks payable to:  DJM Asset Management LLC*

**and send to:**
***DJM ASSET MANAGEMENT, LLC***
***c/o Gordon Brothers***
**101 Huntington Avenue, 10th Floor**
**Boston, MA 02199**
**Main Tel. # (888) 424-1903**
**Attn. Paul Monzione**
**Tel. (617) 422-6247**

**OR**

**(B) Or use Wire Transfer Instructions below:**

**Account Name:**      **DJM Asset Management, LLC**

**Bank:**              **Fleet Bank**
                      **28 State Street**
                      **Boston, MA  02110**

**ABA #:**             **000 026 009 593**
**Account #:**         **546-10710**

*Thank You*



March 24, 2005

Mr. Darryl Kuriger
Wachovia Capital Finance
1133 Avenue of the Americas
30th Floor
New York, NY 10036
Tel. (212) 545-4338
EMAIL: dkuriger@congressfinancial.com

## INVOICE – *Winn-Dixie Supermarkets, Inc.*
## Financial Modeling of Leasehold Values (Report)

Wachovia Capital Finance
1133 Avenue of the Americas
New York, NY 10036
Tel. (212) 545-4338
Attn. Darryl Kuriger

Invoice Number:  **WD-Val 032405**
Invoice Date      March 24, 2005
Invoice Amount    $200,000.00

Paid to Date: $0.00

## AMOUNT NOW DUE: $200,000.00

## PAYMENT INSTRUCTIONS

*Please wire funds to:  DJM Asset Management LLC*, per instructions below:

**Wire Transfer Instructions below:**

| | |
|---|---|
| **Account Name:** | **DJM Asset Management, LLC** |
| **Bank:** | **Fleet Bank** |
| | **28 State Street** |
| | **Boston, MA  02110** |
| **ABA #:** | **011 000 138** |
| **Account #:** | **546-10710** |

*Thank you.*



**DJM** DJM Asset Management, LLC

November 9, 2006

**To:**
Jayson Roy
Winn-Dixie Stores, Inc.

5050 Edgewood Court
Jacksonville, FL 32254
Tel (212) 545-4338
Email: JaysonRoy@winn-dixie.com

*of ask emilio
to be applied
against other
A/R 11350*

## INVOICE – Financial Modeling of Real Estate Value of all Winn Dixie Leasehold Interests for Fresh Statrt Accounting
   **\* Original (per agreement) +/- 522 (actual 528) Leaseholds (retail)   - $100,000**

   **\* Evaluation of the requested additional Non Retail leaseholds - $15,000
   (Additional work).**

Invoice Number:              *WD_110906*
Invoice Date                  November 9, 2006
Invoice Amount              $115,000.00

**AMOUNT NOW DUE: $115,000.00**

## PAYMENT INSTRUCTIONS
**(A)** *Please make checks payable to:  DJM Asset Management LLC*

**and send to:**
**DJM ASSET MANAGEMENT, LLC**
**c/o Gordon Brothers**
**101 Huntington Avenue, 10th Floor**
**Boston, MA 02199**
**Main Tel. # (888) 424-1903**
**Attn. Paul Monzione**
**Tel. (617) 422-6247**

## OR

**(B) Or use Wire Transfer Instructions below:**

**Account Name:      DJM Asset Management, LLC**

**Bank:                  Fleet Bank**
**                          28 State Street**
**                          Boston, MA  02110**

**ABA #:                000 026 009 593**
**Account #:            546-10710**
                                  *Thank You*

DJM Realty
445 Broadhollow Road
Melville, NY 11747
tlaczay@djmrealty.com

(631) 752-1100 x225 Tel.
(631) 927-0025      Direct
(631) 752-1231      Fax
(631) 897-6505      Cell
www.djmrealty.com

12/13/2006



**DJM**
Asset
Management

September 22, 2006

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254
Attn. Jayson Roy
Email Address: JaysonRoy@winn-dixie.com

Dear Mr. Roy:

This Proposal outlines the consulting services DJM Asset Management, LLC ("DJM") will provide to *Winn-Dixie Stores, Inc.* (the "Company") for the financial modeling of real estate values of +/- 522 Company retail real estate leaseholds, currently or formerly operated as *Winn-Dixie* Supermarkets (the "Leases) for the purposes of *fresh start accounting.*

At the Company's direction, DJM will provide:

**SERVICE**
"Desk Top" Real Estate Financial Modeling of Values Analyses for +/- 522 Company leased locations. Analyses define DJM's opinion of value of the leasehold(s). Such value(s) assume that the leasehold interest(s) will be delivered "as vacant". DJM's value(s) is based upon economic calculations, with an effective start date(s) of October 1, 2006, using discount rates in the 8% to 12% range (relative to remaining lease term including all lease options), to determine the Net Present Value (NPV) of positive or negative rent spread between current "as-is" market rents minus underlying lease contract rents, through all option periods; the result being gross value or shortfall per lease. **DJM will rely upon current, updated source data (lease/property information schedules) to be provided by the Company outlining all lease economic terms and rent steps through current term and through the specified periods all lease options.** DJM will rely on previously provided annual extra charges including common area maintenance (CAM), real estate taxes, insurance and other related expenses. The "Desk Top" Analyses do not include site visits, DJM's review of leases and related documentation nor do they include DJM's abstracting of such leases or any related documentation.

**FEE:** $100,000 (one hundred thousand dollars)

The fee structure is based upon DJM's modeling of such values for the above stated leaseholds based upon DJM using, as source data, lease/property information provided by the Company as stated above.

**Reimbursable Expenses:**  None are anticipated. If there were to be any, then all out-of-pocket expenses incurred in relation to the services provided under this agreement by DJM will be billed at cost. Company will reimburse DJM within 10 business days after receipt of such billing by Company.

**Retainer:**  N/A

**FEE Payments:**  All fees for services rendered under this Agreement, shall be due and payable upon receipt of invoice which will be issued after the electronic issuance of the final values to the Company.

**Start date of Assignment:** Upon DJM's receipt of this fully executed Agreement and updated source data.

**Completion Date of Assignment:** On or about 4 weeks after the Start Date as defined above.

**Confidentiality:**  DJM acknowledges and agrees that all information it obtains regarding the Company, its leases and business, including, without limitation, its past or projected financial performance, is deemed by the Company to be proprietary and confidential. Accordingly, DJM agrees that it will not disclose any information to any person other than its employees or such professionals who may be retained by DJM for the performance of the agreed upon services under this Agreement.

CONFIDENTIAL



**Asset Management**

**(Continued)**

Note:  Company agrees that by entering in to this agreement neither DJM nor its affiliates are prevented from performing any other services for the Company in the future. Additional services to be provided by DJM to the Company for rent reductions, mitigations and sales of real property interests will be subject to a separate agreement.

AGREED TO:                                         AGREED TO:
                                                  **WINN-DIXIE STORES, INC.**

Emilio Amendola                                   BENNETT NUSSBAUM
DJM Asset Management, LLC                          SR. VP and CFO
                                                                      LEGAL APPROVED
DATE: 10/2/06                                      DATE: SEPTEMBER 22, 2006    ATTY ____
(ENCLOSURE)                                                            DATE: 9/22/06

## PAYMENT INSTRUCTIONS

**(A)** *Please make checks payable to:  DJM Asset Management LLC*

**and send to:**
*DJM ASSET MANAGEMENT, LLC*
**c/o Gordon Brothers**
**101 Huntington Avenue, 10th Floor**
**Boston, MA 02199**
**Main Tel.  # (888) 424-1903**
**Attn. Paul Monzione**
**Tel. (617) 422-6247**

**OR**

**(B) Or use Wire Transfer Instructions below:**

Account Name:     **DJM Asset Management, LLC**

Bank:             **Fleet Bank**
                  **28 State Street**
                  **Boston, MA  02110**

ABA #:            **000 026 009 593**
Account #:        **546-10710**

CONFIDENTIAL
- 2 -