**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**NOTICE OF FILING**

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates, as reorganized debtors, give notice of filing the attached Sixth Interim and Final Application of PricewaterhouseCoopers LLP for Allowance of Fees and Expenses for the sixth interim period from October 1, 2006 through November 21, 2006 and the final application period from February 22, 2005 through November 21, 2006.

Dated: January 19, 2007

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By *s/ D. J. Baker*
D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray

Four Times Square
New York, New York 10036
(212) 735-3000
(917) 777-2150 (facsimile)
djbaker@skadden.com

Co-Counsel for Reorganized Debtors

SMITH HULSEY & BUSEY

By *s/ Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Reorganized Debtors

00554868

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |
| | ) | |

**SIXTH AND FINAL FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP FOR ALLOWANCE AND PAYMENT OF COMPANESATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OCTOBER 1, 2006 THROUGH NOVEMBER 21, 2006 AND FOR THE FINAL PERIOD FEBRUARY 22, 2005 THROUGH NOVEMBER 21, 2006**

PricewaterhouseCoopers LLP ("PricewaterhouseCoopers"), accountants supporting internal audit functions for the Debtors for the above-captioned debtors-in-possession (the "Debtors"), applies to this Court for an order approving the payment of fees and expenses pursuant to 11 U.S.C. § 331. In support of this application, PricewaterhouseCoopers represents as follows:

1. **Date of Order Authorizing Employment** - PricewaterhouseCoopers was appointed to perform services on behalf of the Debtor by order of this Court entered on May 19, 2005. On May 4, 2006, the Court approved the supplemental application of PricewaterhouseCoopers to provide services related to the enhancement of the Debtors' information security program.

2. **Dates and Amounts Received from Prior Fee Applications** - This fee application is the sixth interim fee application for fees and reimbursement of expenses by PricewaterhouseCoopers.

| | | Requested | | Paid | | Approved | |
|---|---|---|---|---|---|---|---|
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 7/15/05 | 2/22/05 - 5/31/05 | $859,171.00 | $76,598.88 | $859,171.00 | $76,598.88 | $859,171.00 | $76,598.88 |
| 11/4/05 | 6/1/05 - 9/30/05 | $193,312.00 | $19,609.03 | $193,312.00 | $19,609.03 | $193,312.00 | $19,609.03 |
| 3/10/06 | 10/1/05 - 1/31/06 | $19,486.63 | $1,888.88 | $19,486.63 | $1,888.88 | $19,486.63 | $1,888.88 |
| 7/17/06 | 2/1/06 - 5/31/06 | $68,417.50 | $3,126.39 | $54,734.00 | $3,126.39 | $45,160.25[1] | $3,126.39 |
| 11/20/06 | 6/1/06 - 9/30/06 | $236,361.50 | $29,251.33 | $213,146.25 | $29,251.33 | $236,361.50 | $29,251.33 |
| 01/19/07 | 10/1/06 - 11/21/06 | $12,045.00 | $796.67 | $0.00 | $0.00 | | |
| Totals | | $1,388,793.63 | $131,271.18 | $1,339,849.88 | $130,474.51 | | |

PricewaterhouseCoopers has reviewed and responded to the Initial Fee Reports provided by Stuart, Maue, Mitchell & James, Ltd. (the "Fee Examiner") associated with the Fourth Interim Period. PricewaterhouseCoopers will reduce its Proposed Order by these voluntary reductions of fees and credit the Debtors cash payments during the Sixth Interim Fee Application.

| **Interim Fee Period** | **Proposed Fee Concession** |
|---|---|
| First Interim Period:<br>February 22, 2005 - May 31, 2005 | $2,169.50 |
| Fourth Interim Period:<br>February 1, 2006 - May 31, 2006 | $137.50 |
| **Total Fee Reductions** | **$2,307.00** |

Pursuant to the Final Order Approving Interim Compensation Procedures for Professionals, dated March 15, 2005, PricewaterhouseCoopers has to date been paid fees in the amount of $1,339,849.88 and been reimbursed expenses in the amount of $130,474.51. PricewaterhouseCoopers is pending interim payment for the October 2006 invoice, issued December 7, 2006.

[1] Total Fee Reductions, totaling $23,257.25, were voluntary reductions proposed after discussions with the Fee Examiner. PricewaterhouseCoopers has already credited these voluntary reductions against the cash payments from the Debtors.

3. **Source of Payment for Requested Compensation** - Payment will be from funds of the Debtors.

4. **Amount of Unencumbered Funds on Hand** - Unknown.

**Amount of Fees and Costs Currently Requested** - This interim application requests allowance of fees earned in the amount of $9,738.00 ($12,045.00 less voluntary reductions of $2,307.00) and reimbursement of expenses incurred in the amount of $796.67 during the time period from October 1, 2006 through November 21, 2006.

5. **Summary of Services Provided, Results and Benefit to the Estate** - The services rendered are summarized and supported by the monthly billings attached hereto as **Exhibit A**. The monthly billings for services contain information on the date the service was performed, the identity of the person who performed the service and their hourly rate, a detailed description of the services rendered and the time spent performing the service.

Accordingly, PricewaterhouseCoopers has agreed to credit the Debtors the proposed fee reductions associated with our Fourth Interim Fee Response, cumulatively $2,307.00, against the cash collections for this Sixth Interim Fee Period.

***Case Administration - Monthly, Interim and Final Fee Applications:*** ($1,125.00, 4.5 hours) PricewaterhouseCoopers' bankruptcy professional (Ms. Andrea Clark Smith) supervised the preparation and summarizing of the billing detail to confirm with the requirements of local rules in order to support its fee applications and billings to the Debtors. Ms. Smith utilizes other billing professionals during the Application Period and voluntarily did not bill those hours.

**INFORMATION TECHNOLOGY ASSISTANCE**

PricewaterhouseCoopers was retained by the Debtors, effective April 14, 2006, to expand its retention to include services related to the enhancement of the Debtors' information technology

security program. PricewaterhouseCoopers services provided on behalf of the Debtors and the estates during the period of time covered by this fee application are as follows:

***2006 IT Security Strategy Assessment:*** ($10,920.00, 32.0 hours) - PricewaterhouseCoopers has worked with the Debtors to confirm the current state of IT security and determine implementation of security initiatives for the Debtors to consider. This majority of the work associated with this project has been completed; once the Debtors submit their comments and feedback regarding the draft reports already submitted, PricewaterhouseCoopers will finalize these reports, deliver them to the Debtors, and consider the project to be complete.

6. **Financial Condition of Estate, Payment of Post-Petition Expenses** - To PricewaterhouseCoopers' knowledge, the Debtors are current in the payment of their post-petition obligations.

7. **Projection of Applicant's Future Expenses and Fees and Anticipated Source of Payment** - PricewaterhouseCoopers has held discussions with the Debtors regarding additional internal audit related projects and anticipates that there may be other as yet unidentified related work for which it cannot estimate the amount of fees that will be incurred at a future time, but at the time of this final fee application, no current projects have been established or agreed upon by the Debtors and PricewaterhouseCoopers.

8. **Status of Case, Progress Toward Closing** - In response to the Debtors emergence from bankruptcy in late November 2006, PricewaterhouseCoopers has prepared an exhibit summarizing the total fees, expenses and approved interim fee requests, attached herein as **Exhibit B**, as well as summarized the prior interim fee applications as set forth below:

***Prior Fee Applications and Payments to PricewaterhouseCoopers***

Since the Retention Date, PricewaterhouseCoopers has filed and served the First, Second, Third, Fourth and Fifth Interim Fee Applications and Monthly Fee Invoices for interim allowance of compensation:

*First Interim Fee Application – February 2005 through May 2005*

On July 15, 2005, PricewaterhouseCoopers filed the First Interim Application for the Interim Period February 22, 2005 through May 31, 2005 requesting $859,171.00 in fees and $76,598.88 in expenses, totaling $935,769.88. PricewaterhouseCoopers received Court approval on August 4, 2005 for payment in the amount of $935,769.88 (100% of fees and 100% of expenses).

*Second Interim Fee Application – June 2005 through September 2005*

On November 4, 2005, PricewaterhouseCoopers filed the Second Interim Application for the Interim Period June 1, 2005 through September 30, 2005 requesting $193,312.00 in fees and $19,609.03 in expenses, totaling $212,921.03. PricewaterhouseCoopers received Court approval on December 1, 2005 for payment in the amount of $212,921.03 (100% of fees and 100% of expenses).

*Third Interim Fee Application – October 2005 through January 2006*

On March 10, 2006, PricewaterhouseCoopers filed the Third Interim Application for the Interim Period October 1, 2005 through January 31, 2006 requesting $19,486.63 in fees and $1,888.88 in expenses, totaling $21,375.51. PricewaterhouseCoopers received Court approval on April 6, 2006 for payment in the amount of $21,375.51 (100% of fees and 100% of expenses).

*Fourth Interim Fee Application – February 2006 through May 2006*

On July 17, 2006, PricewaterhouseCoopers filed the Fourth Interim Application for the

Interim Period February 1, 2006 through May 31, 2006 requesting $68,417.50 in fees and $3,126.39 in expenses, totaling $71,543.89, less voluntary reductions against prior interim fee periods based upon discussions with the Fee Examiner, ($23,257.25), netting to fees and expenses, totaling $48,286.64. PricewaterhouseCoopers received Court approval, subject to conditions, on August 10, 2006 for payment in the amount of $48,286.64 (100% of fees and 100% of expenses, net of prior interim fee and expense reductions).

On October 10, 2006, PricewaterhouseCoopers received the Fee Examiner's Initial Report. PricewaterhouseCoopers has prepared a response and agrees to an additional $2,307.00 in voluntary reductions associated with the First and Fourth Interim Periods. These reductions will be accounted for within the Sixth Interim Application.

*Fifth Interim Fee Application – June 2006 through September 2006*

On November 20, 2006, PricewaterhouseCoopers filed the Fifth Interim Application for the Interim Period June 1, 2006 through September 30, 2006 requesting $236,361.50 in fees and $29,251.33 in expenses, totaling $265,612.83. PricewaterhouseCoopers received Court approval on December 14, 2006 for payment in the amount of $265,612.83 (100% of fees and 100% of expenses).

On January 5, 2007, PricewaterhouseCoopers received the Fee Examiner's Initial Report for the Fifth Interim Application. PricewaterhouseCoopers is in the process of reviewing the initial report and drafting a response.

10. Pursuant to 11 U.S.C. § 504, PricewaterhouseCoopers will not share such compensation or reimbursement of expenses applied for herein and received in connection with this case with any other person or firm.

WHEREFORE, PricewaterhouseCoopers respectfully requests that the Court approve the application for compensation for services rendered to the Debtors for the period October 1, 2006 through November 21, 2006 in the amount of $9,738.00 ($12,045.00 fees incurred less voluntary fee reductions, $2,307.00) as compensation for reasonable and necessary professional services rendered to the Debtors; and for final approval of compensation for professional services rendered as accountants supporting internal audit functions in the amount of $1,363,229.38 ($1,388,793.63 less voluntary fee reductions, $25,564.25) and reimbursement of expenses in the amount of $796.67 incurred in its performance of this engagement together with reimbursement for actual and necessary expenses incurred in the amount of $131,271.18 for the Final Fee Period, and that Debtors be authorized and directed to pay to PricewaterhouseCoopers the outstanding amount of such sums; and for such other and further relief as this Court deems proper

RESPECTFULLY SUBMITTED this 19th day of January, 2007

PRICEWATERHOUSECOOPERS LLP

Elizabeth Dantin

Elizabeth Dantin

**EXHIBIT A SERIES - MONTHLY INVOICES FOR SERVICES**
**WINN-DIXIE STORES, INC.**

1. SUMMARY OF MONTHLY BILLINGS - October 1, 2006 Through November 21, 2006

2. OCTOBER 2006 INVOICE - $39,475.00 Fees and $1,934.07 Expenses

**PricewaterhouseCoopers LLP**
**Winn-Dixie Stores, Inc. Billing Summary**
**October 1, 2006 through November 21, 2006 - Sixth Interim Fee Period**

| Project | Oct-2006 | Nov-2006 | Total - 10/1/06 to 11/21/06 |
|---|---|---|---|
| **Summary of Fees Incurred - Fifth Interim Fee Period** | | | |
| Case Administration | | | |
| Monthly, Interim and Final Fee Applications | $1,125.00 | $0.00 | $1,125.00 |
| 2006 IT Security Strategy Assessment | $10,920.00 | $0.00 | $10,920.00 |
| **Total Fees Incurred** | **$12,045.00** | **$0.00** | **$12,045.00** |
| **Reimbursable Expenses Incurred - Sixth Interim Fee Period** | | | |
| 2006 IT Security Strategy Assessment | $796.67 | $0.00 | $796.67 |
| **Total Reimbursable Expenses Incurred** | **$796.67** | **$0.00** | **$796.67** |
| **Total Fees and Expenses Incurred - Sixth Interim Fee Period** | | | |
| Case Administration | | | |
| Monthly, Interim and Final Fee Applications | $1,125.00 | $0.00 | $1,125.00 |
| 2006 IT Security Strategy Assessment | $11,716.67 | $0.00 | $11,716.67 |
| **Total Fees and Expenses Incurred** | **$12,841.67** | **$0.00** | **$12,841.67** |
| **Voluntary Reductions to the Prior Interim Fee Periods:** | | | |
| First Interim Fee Application | | | ($2,169.50) |
| Fourth Interim Fee Application | | | ($137.50) |
| **Total Voluntary Reductions** | | | **($2,307.00)** |
| **Total Fees and Expenses Requested** | | | **$10,534.67** |

PRICEWATERHOUSECOOPERS

PricewaterhouseCoopers LLP
225 South Sixth Street
Suite 1400
Minneapolis MN 55402
Telephone (612) 596 6000
Facsimile (612) 373 7160
Direct Phone (612) 596 3930
Direct Fax (813) 637 4271
www.pwc.com

November 30, 2006

Mr. Jeffrey Gleason
Director of Internal Audit
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, Florida 32254-3699

Jay F. Castle
Winn-Dixie Stores
5050 Edgewood Court
Jacksonville, Florida 32254-3699

Re: In re Winn-Dixie Stores, Inc., et al. Chapter 11 Case No. 05-03817-3FI

Dear Messrs. Gleason and Castle:

**PwC Invoice for Services Rendered – October 2006**

Pursuant to an order dated May 19, 2005, the United States Bankruptcy Court approved the retention of PricewaterhouseCoopers LLP ("PricewaterhouseCoopers") to provide certain Sarbanes-Oxley Compliance and other services to the Debtors. In addition, on May 4, 2006, the United States Bankruptcy Court approved the supplemental application of PricewaterhouseCoopers LLP to provide services related to the enhancement of the Debtors' information security program.

During the period from October 1, 2006 through October 31, 2006, PricewaterhouseCoopers' fees for services rendered as Sarbanes-Oxley advisors to the Debtors in these chapter 11 cases were $12,045.00 and PricewaterhouseCoopers' reimbursable expenses were $796.67. A detailed billing statement for the period in question is enclosed for your information and review.

In compliance with the Final Order Approving Interim Compensation Procedures for Professionals, as well as the Order Authorizing the Stuart, Maue, Mitchell & James Ltd as Fee Examiner, PricewaterhouseCoopers is also providing copies of this Monthly Statement by overnight deliver to the distribution list attached to this letter.

PRICEWATERHOUSECOOPERS

If you have any questions with respect to this billing statement, please feel free to contact me or Elizabeth Dantin (904) 366-3667 or Kevin Campbell (678) 419-1656.

Regards,

Andrea Clark Smith
Manager

cc: Distribution List (attached)
Elizabeth Dantin, PricewaterhouseCoopers
Kevin Campbell, PricewaterhouseCoopers
Selwyn Sturisky, PricewaterhouseCoopers

Enclosures

PRICEWATERHOUSECOOPERS

**DISTRIBUTION LIST - October 2006 Invoice:**

Elena L. Escamilla
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
Phone: 407-648-6465
Fax: 407-648-6323
Elena.L.Escamilla@usdoj.gov

Kenneth C. Meeker
Assistant U.S. Trustee
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
Phone: 407-648-6301
Fax: 407-648-6323
ken.meeker@usdoj.gov

Winn-Dixie Stores, Inc.
Attn: Laurence B. Appel
5050 Edgewood Court
Jacksonville, FL 32254-3699
Phone: 904-783-5000
Fax: 904-783-5059
LarryAppel@winn-dixie.com

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: D. J. Baker
Four Times Square
New York, New York 10036
Phone: 212-735-2150
Fax: 917-777-2150
djbaker@skadden.com

Otterbourg, Steindler, Houston & Rosen, P.C.
Attn: Jonathan N. Helfat
230 Park Avenue, 29th Floor
New York, NY 10169
Phone: 212-661-9100
Fax: 212-682-6104
Jhelfat@oshr.com

Milbank, Tweed, Hadley & McCloy LLP
Attn: Matthew Barr
1 Chase Manhattan Plaza
New York, NY 10005
Phone: 212-530-5000
Fax: 212-530-5219
Mbarr@milbank.com

King & Spalding LLP
Attn: Sarah Robinson Borders
191 Peachtree Street
Atlanta, GA 30303
Phone: 404-572-4600
Fax: 404-572-5149
sborders@kslaw.com

Linda K. Cooper
Stuart Maue
3840 McKelvey Road
St. Louis, MO 63044
Phone: 314-291-3030
Fax: 314-291-6546
l.cooper@smmj.com



December 07, 2006

**PAYMENT DUE UPON RECEIPT**
**INVOICE NUMBER : 1030690154-6**

PwC TAX ID #: 134008324
PwC D&B #: 00-186-37-94

**SEND CHECK PAYMENT TO:**
PricewaterhouseCoopers LLP
P.O. Box 65640
Charlotte, NC 28265-0640

**WIRE TRANSFER INSTRUCTIONS:**
Citibank NA, New York, NY
Account #: 30408437
ABA #: 021000089 or Swift #: CITIUS33
**To Credit: PricewaterhouseCoopers LLP**

Mr Jeffrey Gleason
Director of Internal Audit
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699
USA

| | | |
|---|---|---|
| Progress billing for professional services October 1, 2006 through October 31, 2006: | $ | 12,045.00 |
| Case Administration<br>Monthly, Interim and Final Fee Applications - $1,125.00 | | |
| 2006 IT Security Strategy Assessment - $10,920.00 | | |
| Progress billing for expenses October 1, 2006 through October 31, 2006: | $ | 796.67 |
| 100% of the Expenses are 2006 IT Security Strategy Assessment - $796.67 | | |
| **Total Invoice** | $ | 12,841.67 |

For questions, contact: Elizabeth Dantin at (904) 366-3667, elizabeth.dantin@us.pwc.com

PwC Contact Person: Kevin Campbell (678) 419-1656

**TO ENSURE PROPER CREDIT TO YOUR ACCOUNT, PLEASE INDICATE ON YOUR PAYMENT:**

**Invoice Number: 1030690154**
**Client Account Number: 35036**

**Winn-Dixie Stores, Inc.**
PricewaterhouseCoopers LLP
Summary of Hours, Fees and Expenses By Person
October 1, 2006 through October 31, 2006

| | Hours | Rate Per Hour | Fees |
|---|---|---|---|
| **Partner** | | | |
| Kevin W Campbell | 4.0 | $485.00 | $1,940.00 |
| **Director** | | | |
| Selwyn Sturisky | 20.0 | $375.00 | $7,500.00 |
| **Manager** | | | |
| Andrea Clark Smith | 4.5 | $360.00 | $1,620.00 |
| Voluntary Reduction in Billing Rate | | $250.00 | ($495.00) |
| **Sr. Associate** | | | |
| James Bryan Rapp | 8.0 | $185.00 | $1,480.00 |
| **Total Hours and Fees** | 36.5 | | $12,045.00 |
| **Out-of-Pocket Expenses** | | | $796.67 |
| **Total Amount Due** | | | $12,841.67 |

**Winn-Dixie Stores, Inc.**
PricewaterhouseCoopers LLP
Summary of Hours and Fees By Project
October 1, 2006 through October 31, 2006

| Project | Hours | Fees |
|---|---|---|
| **Case Administration** | | |
| *Monthly, Interim and Final Fee Applications* | 4.5 | $1,125.00 |
| **2006 IT Security Strategy Assessment** | 32.0 | $10,920.00 |
| **Total** | **36.5** | **$12,045.00** |

**Winn-Dixie Stores, Inc.**
PricewaterhouseCoopers LLP
Summary of Expenses by Contract Line by Person
October 1, 2006 through October 31, 2006

**Out-of-Pocket Expenses by Staff by cost element**

| | Airfare | Lodging | Meals | Mileage | Parking | Rental Car | Tele/Fax | Total |
|---|---|---|---|---|---|---|---|---|
| **2006 IT Security Strategy Assessment** | | | | | | | | |
| Selwyn Sturisky | $473.60 | $193.23 | $8.37 | $35.60 | $14.00 | $61.88 | $9.99 | $796.67 |
| **Total out of Pocket Expenses** | **$473.60** | **$193.23** | **$8.37** | **$35.60** | **$14.00** | **$61.88** | **$9.99** | **$796.67** |

**Winn-Dixie Stores, Inc.**
PricewaterhouseCoopers LLP
Detail of Hours and Fees By Project and Person
October 1, 2006 through October 31, 2006

| Colleague Name | Date | Hours | Rate | Amount | Description of Work Performed |
|---|---|---|---|---|---|
| **Case Administration** | | | | | |
| **Monthly, Interim and Final Fee Applications** | | | | | |
| Andrea Clark Smith | 10/27/06 | 1.80 | $360.00 | $648.00 | Review and modify the July 2006 bankruptcy invoice and reconcile the time and expenses with the internal billing reports provided by Subashi Stendahl (PwC). |
| Andrea Clark Smith | 10/27/06 | 1.30 | $360.00 | $468.00 | Review and modify the August 2006 bankruptcy invoice and reconcile the time and expenses with the internal billing reports provided by Subashi Stendahl (PwC). |
| Andrea Clark Smith | 10/27/06 | 0.40 | $360.00 | $144.00 | Review the GFS invoices for the July and August 2006 invoices. |
| Andrea Clark Smith | 10/27/06 | 0.20 | $360.00 | $72.00 | Review and modify the September 2006 bankruptcy invoice and reconcile the time and expenses with the internal billing reports provided by Subashi Stendahl (PwC). |
| Andrea Clark Smith | 10/27/06 | 0.80 | $360.00 | $288.00 | Continue - Review and modify the September 2006 bankruptcy invoice and reconcile the time and expenses with the internal billing reports provided by Subashi Stendahl (PwC). |
| Andrea Clark Smith | | | $250.00 | ($495.00) | Voluntary Reduction of Advisory Hourly Billing Rate to Manager Rate Approved by the Court. |
| **Subtotal - Monthly, Interim and Final Fee Applications** | | **4.50** | | **$1,125.00** | |
| **2006 IT Security Strategy Assessment** | | | | | |
| Kevin W Campbell | 10/2/2006 | 2 | $485.00 | $970.00 | Review of strategy deliverable |
| James Bryan Rapp | 10/3/2006 | 2 | $185.00 | $370.00 | Information asset classification revision - Revised the summary page of the initial classification effort |
| Selwyn Sturisky | 10/3/2006 | 2 | $375.00 | $750.00 | Finalizing Activities<br>Worked on finalizing deliverables (Information Classification heatmap and Governance Organization Chart) |
| James Bryan Rapp | 10/4/2006 | 2 | $185.00 | $370.00 | Information asset classification revision - Revised the summary page of the initial classification effort |
| Selwyn Sturisky | 10/4/2006 | 2 | $375.00 | $750.00 | Finalizing Activities<br>Continued to work on finalizing deliverables (Information Classification heatmap and Governance Organization Chart) |
| James Bryan Rapp | 10/5/2006 | 0.7 | $185.00 | $129.50 | Internal Meeting to discuss deliverables - Met with Selwyn Sturisky for an internal team update and discussion of deliverables revisions. |

**Winn-Dixie Stores, Inc.**
PricewaterhouseCoopers LLP
Detail of Hours and Fees By Project and Person
October 1, 2006 through October 31, 2006

| Colleague Name | Date | Hours | Rate | Amount | Description of Work Performed |
|---|---|---|---|---|---|
| James Bryan Rapp | 10/5/2006 | 3.3 | $185.00 | $610.50 | Information asset classification revision - Revised the summary page of the initial classification effort; revised org. chart of the security strategy deliverable |
| Selwyn Sturisky | 10/5/2006 | 2 | $375.00 | $750.00 | Finalizing Activities Completed finalizing deliverables (Information Classification heatmap, Governance Organization Chart and Visio of Org Chart) |
| Selwyn Sturisky | 10/9/2006 | 2 | $375.00 | $750.00 | Finalizing Activities Worked on final project budget WIP analysis |
| Selwyn Sturisky | 10/10/2006 | 2 | $375.00 | $750.00 | Finalizing Activities Worked on final project budget WIP analysis |
| Selwyn Sturisky | 10/11/2006 | 2 | $375.00 | $750.00 | Finalizing Activities Reviewed project file and updated as necessary |
| Selwyn Sturisky | 10/12/2006 | 2 | $375.00 | $750.00 | Finalizing Activities Reviewed project file and updated as necessary |
| Selwyn Sturisky | 10/13/2006 | 2 | $375.00 | $750.00 | Finalizing Activities Reviewed project file and updated as necessary |
| Kevin W Campbell | 10/19/2006 | 2 | $485.00 | $970.00 | Review of classification model deliverable. |
| Selwyn Sturisky | 10/24/2006 | 2 | $375.00 | $750.00 | Finalizing Activities Reviewed project file and updated as necessary |
| Selwyn Sturisky | 10/25/2006 | 2 | $375.00 | $750.00 | Finalizing Activities Reviewed project file and updated as necessary |
| **2006 IT Security Strategy Assessment - Subtotal** | | **32.00** | | **$10,920.00** | |
| **Grand Total** | | **36.50** | | **$12,045.00** | |

**Winn-Dixie Stores, Inc.**
**PricewaterhouseCoopers LLP**
**Summary of Expenses by Contract Line by Person**
***For the Period October 1, 2006 through October 31, 2006***

| Date | Professional | Expenses | Description |
|---|---|---|---|
| ***Airfare*** | | | |
| 09/24/2006 | Selwyn Howard Sturisky | ($50.00) | AMERICAN EXPRESS TRS U.S.A. |
| 09/22/2006 | Selwyn Howard Sturisky | $274.30 | AIRTRAN AIRWAYS ATLANTA GA |
| 09/22/2006 | Selwyn Howard Sturisky | $249.30 | AIRTRAN AIRWAYS ATLANTA GA |
| | **Airfare Total** | **$473.60** | |
| ***Lodging - Hotel*** | | | |
| 09/26/2006 | Selwyn Howard Sturisky | $193.23 | MARRIOTT HOTEL JACKSONVILLE FL |
| | **Lodging - Hotel Total** | **$193.23** | |
| ***Rental Car*** | | | |
| 09/25/2006 | Selwyn Howard Sturisky | $61.88 | HERTZ CAR RENTAL JACKSONVILLE FL |
| | **Rental Car Total** | **$61.88** | |
| ***Mileage*** | | | |
| 09/24/2006 | Selwyn Howard Sturisky | $17.80 | Mileage to/from airport - in excess of normal mileage commute |
| 09/26/2006 | Selwyn Howard Sturisky | $17.80 | Mileage to/from airport - in excess of normal mileage commute |
| | **Mileage Total** | **$35.60** | |
| ***Parking*** | | | |
| 09/25/2006 | Selwyn Howard Sturisky | $14.00 | PARKING CO OF AMERICA ATLANTA GA |
| | **Parking Total** | **$14.00** | |
| ***Meals*** | | | |
| 09/24/2006 | Selwyn Howard Sturisky | $8.37 | MOE'S SOUTHWEST GRILL ATLANTA GA |
| | **Meals Total** | **$8.37** | |
| ***Sundry, Telecommunications*** | | | |
| 09/26/2006 | Selwyn Howard Sturisky | $9.99 | Internet connection at Marriott hotel to work from room. |
| | **Sundry, Telecommunications Total** | **$9.99** | |
| | **Grand Total** | **$796.67** | |

**EXHIBIT B SERIES - INTERIM FEE APPLICATIONS FOR SERVICES**
**WINN-DIXIE STORES, INC.**

1. SUMMARY OF INTERIM BILLINGS - February 22, 2005 Through November 21, 2006

2. Interim Fee Application Orders Approved for PricewaterhouseCoopers LLP

- 8/4/05 - First Interim, $859,171.00 Fees and $76,598.88 Expenses

- 12/1/2005 - Second Interim, $193,312.00 Fees and $19,609.03 Expenses

- 4/6/2006 - Third Interim, $19,486.63 Fees and $1,888.88 Expenses

- 8/10/06 - Fourth Interim, Approved (Subj. to conditions), $48,286.64 Fees and $3,126.39 Expenses

- 12/14/06 - Fifth Interim, $236,361.50 Fees and $29,251.33 Expenses

**PricewaterhouseCoopers LLP**

**Winn-Dixie Stores, Inc. Billing Summary**

**February 22, 2005 through November 21, 2006 - Final Fees and Expenses**

| Project | 1st Interim | 2nd Interim | 3rd Interim | 4th Interim | 5th Interim | 6th Interim | Total - 2/22/05 to 11/21/06 |
|---|---|---|---|---|---|---|---|
| **Summary of Fees Incurred - Final** | | | | | | | |
| Case Administration | $38,714.50 | $6,455.00 | $3,195.00 | $0.00 | $0.00 | $0.00 | $48,364.50 |
| Fee Examiner Requests | $0.00 | $0.00 | $4,750.00 | $0.00 | $0.00 | $0.00 | $4,750.00 |
| Bankruptcy Retention Issues | $0.00 | $0.00 | $0.00 | $412.50 | $0.00 | $0.00 | $412.50 |
| Monthly, Interim and Final Fee Applications | $0.00 | $0.00 | $0.00 | $2,575.00 | $4,406.00 | $1,125.00 | $8,106.00 |
| Communications and Analysis for Fee Examiner | $0.00 | $0.00 | $0.00 | $13,165.00 | $5,235.00 | $0.00 | $18,400.00 |
| Entity Level COSO Controls | $60,473.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $60,473.00 |
| Post-PeopleSoft Appl Controls Support | $130,898.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $130,898.00 |
| Post-GCC Sarbanes Assistance | $532,633.00 | $230.00 | $0.00 | $0.00 | $0.00 | $0.00 | $532,863.00 |
| Post-TDS Support of GCC Testing | $0.00 | $23,800.00 | $0.00 | $0.00 | $0.00 | $0.00 | $23,800.00 |
| GCC Re-testing and Update Testing | $96,452.50 | $136,385.00 | $0.00 | $0.00 | $0.00 | $0.00 | $232,837.50 |
| PeopleSoft Appl Controls Re-Testing | $0.00 | $1,800.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,800.00 |
| FY 2006 PeopleSoft SOX | $0.00 | $0.00 | $0.00 | $46,827.50 | $0.00 | $0.00 | $46,827.50 |
| 2006 IT Security Strategy Assessment | $0.00 | $0.00 | $0.00 | $5,437.50 | $226,720.50 | $10,920.00 | $243,078.00 |
| Security Governance | $0.00 | $24,642.00 | $11,541.63 | $0.00 | $0.00 | $0.00 | $36,183.63 |
| **Total Fees Incurred** | **$859,171.00** | **$193,312.00** | **$19,486.63** | **$68,417.50** | **$236,361.50** | **$12,045.00** | **$1,388,793.63** |
| **Reimbursable Expenses Incurred - Final** | | | | | | | |
| Case Administration | $107.62 | $3,563.92 | $0.00 | $0.00 | $0.00 | $0.00 | $3,671.54 |
| Entity Level COSO Controls | $6,959.59 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6,959.59 |
| Post-PeopleSoft Appl Controls Support | $15,923.24 | $6.36 | $0.00 | $0.00 | $0.00 | $0.00 | $15,929.60 |
| Post-GCC Sarbanes Assistance | $53,608.43 | $2,186.22 | $0.00 | $0.00 | $0.00 | $0.00 | $55,794.65 |
| Post-TDS Support of GCC Testing | $0.00 | $611.33 | $0.00 | $0.00 | $0.00 | $0.00 | $611.33 |
| GCC Re-testing and Update Testing | $0.00 | $11,567.05 | $0.00 | $0.00 | $0.00 | $0.00 | $11,567.05 |
| PeopleSoft Appl Controls Re-Testing | $0.00 | $18.39 | $0.00 | $0.00 | $0.00 | $0.00 | $18.39 |
| FY 2006 PeopleSoft SOX | $0.00 | $0.00 | $0.00 | $2,754.38 | $0.00 | $0.00 | $2,754.38 |
| 2006 IT Security Strategy Assessment | $0.00 | $0.00 | $0.00 | $372.01 | $29,251.33 | $796.67 | $30,420.01 |
| Security Governance | $0.00 | $1,655.76 | $1,888.88 | $0.00 | $0.00 | $0.00 | $3,544.64 |
| **Total Reimbursable Expenses Incurred** | **$76,598.88** | **$19,609.03** | **$1,888.88** | **$3,126.39** | **$29,251.33** | **$796.67** | **$131,271.18** |

| Project | 1st Interim | 2nd Interim | 3rd Interim | 4th Interim | 5th Interim | 6th Interim | Total - 2/22/05 to 11/21/06 |
|---|---|---|---|---|---|---|---|
| **Total Fees and Expenses Incurred - Final** | | | | | | | |
| Case Administration | $38,822.12 | $10,018.92 | $3,195.00 | $0.00 | $0.00 | $0.00 | $52,036.04 |
| Fee Examiner Requests | $0.00 | $0.00 | $4,750.00 | $0.00 | $0.00 | $0.00 | $4,750.00 |
| Bankruptcy Retention Issues | $0.00 | $0.00 | $0.00 | $412.50 | $0.00 | $0.00 | $412.50 |
| Monthly, Interim and Final Fee Applications | $0.00 | $0.00 | $0.00 | $2,575.00 | $4,406.00 | $1,125.00 | $8,106.00 |
| Communications and Analysis for Fee Examiner | $0.00 | $0.00 | $0.00 | $13,165.00 | $5,235.00 | $0.00 | $18,400.00 |
| Entity Level COSO Controls | $67,432.59 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $67,432.59 |
| Post-PeopleSoft Appl Controls Support | $146,821.24 | $6.36 | $0.00 | $0.00 | $0.00 | $0.00 | $146,827.60 |
| Post-GCC Sarbanes Assistance | $586,241.43 | $2,416.22 | $0.00 | $0.00 | $0.00 | $0.00 | $588,657.65 |
| Post-TDS Support of GCC Testing | $0.00 | $24,411.33 | $0.00 | $0.00 | $0.00 | $0.00 | $24,411.33 |
| GCC Re-testing and Update Testing | $96,452.50 | $147,952.05 | $0.00 | $0.00 | $0.00 | $0.00 | $244,404.55 |
| PeopleSoft Appl Controls Re-Testing | $0.00 | $1,818.39 | $0.00 | $0.00 | $0.00 | $0.00 | $1,818.39 |
| FY 2006 PeopleSoft SOX | $0.00 | $0.00 | $0.00 | $49,581.88 | $0.00 | $0.00 | $49,581.88 |
| 2006 IT Security Strategy Assessment | $0.00 | $0.00 | $0.00 | $5,809.51 | $255,971.83 | $11,716.67 | $273,498.01 |
| Security Governance | $0.00 | $26,297.76 | $13,430.51 | $0.00 | $0.00 | $0.00 | $39,728.27 |
| **Total Fees and Expenses Incurred** | **$935,769.88** | **$212,921.03** | **$21,375.51** | **$71,543.89** | **$265,612.83** | **$12,841.67** | **$1,520,064.81** |
| **Voluntary Reductions to the Prior Interim Fee Periods:** | | | | | | | |
| First Interim Fee Application | | | | ($13,292.00) | $0.00 | ($2,169.50) | ($15,461.50) |
| Second Interim Fee Application | | | | ($9,792.75) | $0.00 | $0.00 | ($9,792.75) |
| Third Interim Fee Application | | | | ($172.50) | $0.00 | $0.00 | ($172.50) |
| Fourth Interim Fee Application | | | | $0.00 | $0.00 | ($137.50) | ($137.50) |
| **Total Voluntary Reductions** | **$0.00** | **$0.00** | **$0.00** | **($23,257.25)** | **$0.00** | **($2,307.00)** | **($25,564.25)** |
| **Total Fees and Expenses Requested** | | | | | | | **$1,494,500.56** |




**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

**Thursday**
**August 4, 2005**
**1:00 P.M.**

## PRO MEMO

**CASE NO. 05-3817-3F1 WINN-DIXIE STORES, INC.**

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker**

**Application of PricewaterhouseCoopers LLP for Allowance and Payment of Compensation of Fees (2246)**

**For the period: 2/22/05 through 5/31/05**

**Fee: $859,171.00**

**Expenses: $76,598.88**

Approved
Ord/ signed

| | |
|---|---|
| **APPEARANCES:** | |
| **US TRUSTEE:** | **ELENA ESCAMILLA** |
| **UNSEC. CRED:** | **JOHN B. MACDONALD** |
| | **MATTHEW S. BARR** |
| **PRICEWATERHOUSECOOPERS LLP:** | **ELIZABETH DANTIN** |

**RULING:**




**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

**Thursday**
**December 1, 2005**
**1:00 P.M.**

## PRO MEMO

**CASE NO. 05-3817-3F1 WINN-DIXIE STORES, INC.**

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post**

**Second Interim Fee Application for PricewaterhouseCoopers, LLP (4131)**

**For the period: 06/01/05 through 09/30/05**

**Fee: $193,312.00**

**Expenses: $19,609.03**

Approved

**APPEARANCES:**

| | |
|---|---|
| **US TRUSTEE:** | **ELENA ESCAMILLA** |
| **UNSEC. CRED:** | **JOHN B. MACDONALD/PATRICK PATANGAN** |
| | **MATTHEW S. BARR** |
| **PRICEWATERHOUSECOOPERS LLP:** | **ELIZABETH DANTIN** |

**RULING:**

Case 3:05-bk-03817-JAF Doc 14803 Filed 01/19/07 Page 26 of 34



**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

**Thursday**
**April 6, 2006**
**1:00 P.M.**

**PRO MEMO**

**CASE NO. 05-3817-3F1 WINN-DIXIE STORES, INC.**

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post**

**Third Interim Fee Application for PricewaterhouseCoopers LLP (6484)**

For the Period 10/01/05 through 01/31/06

Amount Requested: $19,486.63 in Fees
$ 1,888.88 in Expenses

Approved

**APPEARANCES:**
**US TRUSTEE:** **ELENA ESCAMILLA**
**UNSEC. CRED:** **JOHN B. MACDONALD/PATRICK PATANGAN**
**MATTHEW S. BARR**
**PRICEWATERHOUSECOOPERS LLP:** **ELIZABETH DANTIN**

**RULING:**



**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

**Thursday**
**August 10, 2006**
**1:00 P.M.**

## PRO MEMO

**CASE NO. 05-3817-3F1 WINN-DIXIE STORES, INC.**

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post**

**Fourth Interim Application of PricewaterhouseCoopers LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from February 1, 2006 through May 31, 2006 filed by Debtors (9400)**

**APPEARANCES:**

**US TRUSTEE:** ELENA ESCAMILLA

**UNSEC. CRED:** JOHN B. MACDONALD/PATRICK PATANGAN
MATTHEW S. BARR

**PRICEWATERHOUSECOOPERS, LLP:**

**RULING:** Approved (subj. to conditions)
Ord / Signed

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**ORDER ALLOWING INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS**

This case came on for hearing on December 14, 2006 upon the applications of professionals for the allowance of interim compensation for services rendered and reimbursement of expenses (collectively, the "Applications"). The Court has reviewed the Applications and heard the representations of counsel. Without objection by the United States Trustee or any other interested party, it is

ORDERED AND ADJUDGED:

1. The Applications are approved to the extent provided by this Order.

2. The Debtors are authorized and directed to pay each professional all fees and expenses allowed by this Order and not previously paid within ten days of the entry of this Order.

3. All interim fees and expenses allowed by this Order are subject to review by the fee examiner, Stuart, Maue, Mitchell & James, Ltd., parties in interest and this Court, and no determination is made at this time as to reasonableness of the fees. Fees and expenses awarded pursuant to this Order may be subject to disgorgement.

Case 3:05-bk-03817-JAF Document 13110 Filed 12/14/2006 Page 2 of 5

4. The Blackstone Group L.P. is allowed interim compensation of $1,793,000.00 for professional services and $40,860.50 for the reimbursement of expenses incurred during the period from June 1, 2006 through September 30, 2006.

5. Carlton Fields, P.A. is allowed interim compensation of $655,472.50 for professional services and $50,302.37 for the reimbursement of expenses incurred during the period from June 1, 2006 through September 30, 2006.

6. Deloitte and Touche LLP is allowed interim compensation of $4,566.00 for professional services during the period from June 1, 2006 through September 30, 2006.

7. Deloitte Consulting LLP is allowed interim compensation of $113,714.60 for professional services and $5,919.41 for the reimbursement of expenses incurred during the period from June 1, 2006 through September 30, 2006.

8. Deloitte Financial Advisory Services LLP is allowed interim compensation of $333,918.25 for professional services and $14,049.96 for the reimbursement of expenses incurred during the period from June 1, 2006 through September 30, 2006.

9. Deloitte Tax LLP is allowed interim compensation of $515,751.70 for professional services and $21,531.87 for the reimbursement of expenses incurred during the period from May 29, 2006 through September 30, 2006.

10. Jenner & Block LLP is allowed interim compensation of $426,614.50 for professional services and $27,424.43 for the reimbursement of expenses incurred during the period from June 1, 2006 through September 30, 2006.

11. King & Spalding LLP is allowed interim compensation of $222,885.00 for professional services and $2,576.97 for the reimbursement of expenses incurred during the period from June 1, 2006 through September 30, 2006.

12. KPMG LLP is allowed interim compensation of $2,980,025.64 for professional services and $38,491.09 for the reimbursement of expenses incurred during the period from June 1, 2006 through September 30, 2006.

13. PricewaterhouseCoopers LLP is allowed interim compensation of $236,361.50 for professional services and $29,251.33 for the reimbursement of expenses incurred during the period from June 1, 2006 through September 30, 2006.

14. Skadden, Arps, Slate, Meagher & Flom LLP is allowed interim compensation of $4,122,040.50 for professional services and $57,007.18 for the reimbursement of expenses incurred during the period from June 1, 2006 through September 30, 2006.

15. Smith, Gambrell & Russell, LLP is allowed interim compensation of $694,368.50 for professional services and $21,576.23 for the reimbursement of expenses incurred during the period from June 1, 2006 through September 30, 2006.

16. Smith Hulsey & Busey is allowed interim compensation of $1,371,633.50 for professional services and $51,653.02 for the reimbursement of expenses incurred during the period from June 1, 2006 through September 30, 2006.

17. Stuart, Maue, Mitchell & James, Ltd. is allowed interim compensation of $526,552.00 for professional services and $4,597.90 for the reimbursement of expenses incurred during the period from June 1, 2006 through September 30, 2006.

18. XRoads Solutions Group, LLC is allowed interim compensation of $1,811,021.00 for professional services and $122,269.61 for the reimbursement of expenses incurred during the period from May 28, 2006 through September 30, 2006.

19. Akerman Senterfitt is allowed interim compensation of $93,764.00 for professional services and $5,097.03 for the reimbursement of expenses incurred during the period from June 1, 2006 through September 30, 2006.

20. Alvarez & Marsal, LLC is allowed interim compensation of $400,000.00 for professional services and $5,551.33 for the reimbursement of expenses incurred during the period from June 1, 2006 through September 30, 2006.

21. Houlihan Lokey Howard & Zukin Capital is allowed interim compensation of $400,000.00 for professional services and $5,548.47 for the reimbursement of expenses incurred during the period from June 1, 2006 through September 30, 2006.

22. Milbank, Tweed, Hadley & McCloy LLP is allowed interim compensation of $972,312.50 for professional services and $74,318.99 for the reimbursement of expenses incurred during the period from June 1, 2006 through September 30, 2006.

23. This Order is without prejudice to the rights of these professionals upon further application to this Court, to seek further allowance and payment of additional compensation and reimbursement of expenses, including any such amounts incurred

Case 3:05-bk-03817-JAF Document 13110 Filed 12/14/2006 Page 5 of 5

during this interim compensation period for which approval has not previously been sought and denied.

Dated in Jacksonville, Florida, this 14 day of December, 2006.

Jerry A. Funk
United States Bankruptcy Judge

551898.2

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re )

WINN-DIXIE STORES, INC., et al., ) Case No. 05-03817-3F1
Chapter 11
Debtors. ) Jointly Administered

**CERTIFICATE OF SERVICE**

I certify that, on January 19, 2007, I caused to be served the PricewaterhouseCoopers LLP Sixth Interim Fee Application and Final Fee Application and the corresponding proposed form of Order, by having a true and correct copy sent via e-mail and first class mail, postage prepaid, to the parties listed below:

Elena L. Escamilla
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
Phone: 407-648-6465
Fax: 407-648-6323
Elena.L.Escamilla@usdoj.gov

Kenneth C. Meeker
Assitant U.S. Trustee
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
Phone: 407-648-6301
Fax: 407-648-6323
ken.meeker@usdoj.gov

Winn-Dixie Stores, Inc.
Attn: Laurence B. Appel
5050 Edgewood Court
Jacksonville, FL 32254-3699
Phone: 904-783-5000
Fax: 904-783-5059
LarryAppel@winn-dixie.com

Winn-Dixie Stores, Inc.
Attn: Jay F. Castle
5050 Edgewood Court
Jacksonville, FL 32254-3699
Phone: 904-783-5000
Fax: 904-783-5059
jaycastle@winn-dixie.com

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: D. J. Baker
Four Times Square
New York, New York 10036
Phone: 212-735-2150
Fax: 917-777-2150
djbaker@skadden.com

Otterbourg, Steindler, Houston & Rosen, P.C.
Attn: Jonathan N. Helfat
230 Park Avenue, 29th Floor
New York, NY 10169
Phone: 212-661-9100
Fax: 212-682-6104
Jhelfat@oshr.com

Milbank, Tweed, Hadley & McCloy LLP
Attn: Matthew Barr
1 Chase Manhattan Plaza
New York, NY 10005
Phone: 212-530-5000
Fax: 212-530-5219
Mbarr@milbank.com

King & Spalding LLP
Attn: Sarah Robinson Borders
191 Peachtree Street
Atlanta, GA 30303
Phone: 404-572-4600
Fax: 404-572-5149
sborders@kslaw.com

Linda K. Cooper
Stuart Maue
3840 McKelvey Road
St. Louis, MO 63044
Phone: 314-291-3030
Fax: 314-291-6546
l.cooper@smmj.com

Elizabeth Dantin