## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## NOTICE OF FILING

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates, as reorganized debtors, give notice of filing the attached Third Interim and Final Application of Jenner & Block, LLP for Allowance of Fees and Expenses for the third interim period from October 1, 2006 through November 21, 1006 and the final application period from May 9, 2005 through November 21, 2006.

Dated: January 19, 2007

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP


By     *s/ D. J. Baker*
    D. J. Baker
    Sally McDonald Henry
    Rosalie Walker Gray

Four Times Square
New York, New York 10036
(212) 735-3000
(917) 777-2150 (facsimile)
djbaker@skadden.com

Co-Counsel for Reorganized Debtors

SMITH HULSEY & BUSEY


By     *s/ Cynthia C. Jackson*
    Stephen D. Busey
    James H. Post
    Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Reorganized Debtors

00554868

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.*, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## SUMMARY OF THIRD INTERIM FEE APPLICATION OF JENNER & BLOCK LLP

| | |
|---|---|
| Period for which fee compensation and expense reimbursement is sought: | October 1, 2006 to November 21, 2006 |
| Compensation and expenses previously awarded by the Court: | $659,575.91 |
| Total amount of expense reimbursement sought: | $6,795.37 |
| Total amount of fee compensation sought: | $59,091.50 |
| | |

| Summary of Interim Fee Compensation Sought | | | | | |
|---|---|---|---|---|---|
| **Timekeeper Name** | **Position** | **Atty. Adm. Yr.** | **Hourly Rate** | **Billed Hours** | **Billed Fees** |
| John H. Mathias, Jr. | Partner | 1972 | $670 | 3.00 | $2,010.00 |
| Lorelie S. Masters | Partner | 1981 | $495 | 47.50 | $23,512.50 |
| Christopher C. Dickinson | Partner | 1988 | $485 | 35.80 | $17,363.00 |
| John P. Wolfsmith | Partner | 1998 | $420 | 4.10 | $1,722.00 |
| Elsa Y. Trujillo | Associate | 2001 | $325 | 27.10 | $8,807.50 |
| Irina Y. Dmitrieva | Associate | 2003 | $285 | 2.00 | $570.00 |
| Rebecca L. Miller | Paralegal | | $160 | 13.40 | $2,144.00 |
| Richard A. Cortazar | Project Assistant | | $120 | 6.50 | $780.00 |
| Cristina Covarrubias | Project Assistant | | $120 | 6.50 | $780.00 |
| Eleni Giannakopoulos | Project Assistant | | $120 | 5.50 | $660.00 |
| Brian R. Love | Applied Tech. Analyst | | $275 | 2.70 | $742.50 |
| **Totals** | | | | 154.10 | $59,091.50 |

1484711

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.*, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## COMBINED THIRD INTERIM AND FINAL FEE APPLICATION
## OF JENNER & BLOCK LLP,
## AS SPECIAL COUNSEL TO THE DEBTORS,
## FOR ALLOWANCE AND PAYMENT OF COMPENSATION
## AND REIMBURSEMENT OF EXPENSES ADVANCED

Jenner & Block LLP ("Jenner & Block"), special insurance litigation counsel to Winn-Dixie Stores, Inc. ("Winn-Dixie") and its subsidiaries and affiliates in the above-captioned jointly-administered cases, as debtors and debtors-in-possession (collectively, "the Debtors"), submits this Application pursuant to sections 330 and 331 of the Bankruptcy Code, for entry of an order allowing Jenner & Block (a) interim compensation for services rendered and reimbursement for expenses advanced during the period October 1, 2006 to November 21, 2006; and (b) final compensation for services rendered and reimbursement for expenses advanced during the period May 9, 2005 to November 21, 2006.

In support of this Application, Jenner & Block states as follows:

### Background, Jurisdiction and Venue

1.      On February 21, 2005, the Debtors filed voluntary petitions for reorganization relief under chapter 11 of the Bankruptcy Code.  During the pendency of the bankruptcy proceedings, the Debtors -- grocery and pharmaceutical retailers operating in the southeastern United States -- operated their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.    The August 9, 2006 Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors was confirmed by order of this Court on November 9, 2006, and the Plan became effective on November 21, 2006.

3.    The Court has jurisdiction over this Application pursuant to 28 U.S.C. § 1334. Venue of this proceeding and this Application is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). The statutory predicates for the relief sought in this Application are sections 105, 327, 330 and 331 of the Bankruptcy Code, and such relief is subject to Rules 2002(a) and 2016 of the Federal Rules of Bankruptcy Procedure.

### The Debtors' Retention of Jenner & Block

4.    In July 2004, the Debtors retained Jenner & Block to represent it in connection with various insurance-related matters, including advising the Debtors with regard to insurance procurement and administration, insurance coverage analysis, and management of certain non-litigated claims for insurance coverage. For internal administration and billing purposes, and accordingly for purposes of this Application, Jenner & Block refers to this as the "Insurance Advice" matter.

5.    In or about early 2005, the Debtors began consulting Jenner & Block concerning a dispute with one of the Debtors' property insurers, XL Insurance America, Inc. ("XL"). In August 2005, Jenner & Block filed suit against XL on behalf of Winn-Dixie, seeking declaratory relief and damages stemming from XL's refusal to cover what Winn-Dixie asserted was XL's portion of the substantial property damage losses the Debtors sustained in the 2004 hurricane season; and later amended the complaint to allege alternative contract and tort claims against Marsh USA, Inc. ("Marsh"), then the Debtors' property insurance broker and advisor. *Winn-*

*Dixie Stores, Inc. v. XL Ins. America, Inc. and Marsh USA, Inc.*, No. 05-CV-2100-JEC (N.D. Ga.).  For internal administration and billing purposes, and accordingly for purposes of this Application, Jenner & Block refers to this as the "XL/Marsh Litigation" matter.

6.      Before May 4, 2006, Jenner & Block had been providing its services in its ordinary course professional capacity, pursuant to the Court's March 4, 2005 Order Authorizing Debtors to Retain and Compensate Professionals Used in the Ordinary Course of Business ("the OCP Order").[1]  But as a result of increased activity in the XL/Marsh Litigation, and the expectation that the XL/Marsh Litigation would proceed to trial, the cost of services the Debtors required from Jenner & Block began to exceed the monthly and case caps provided in the OCP Order.  Accordingly, to ensure that the Debtors continued to receive the benefit of Jenner & Block's counsel with respect to the XL/Marsh Litigation and. to the extent needed, other insurance-related matters, in April 2006 the Debtors applied for the Court's approval to retain Jenner & Block as special insurance litigation counsel.[2]  On May 4, 2006, the Court entered an order pursuant to section 327(e) of the Bankruptcy Code, approving the Debtors' retention of Jenner & Block as special insurance litigation counsel, for purposes of Jenner & Block's continued prosecution of the XL/Marsh Litigation, as well as to continue advising the Debtors with regard to other insurance-related matters as necessary.[3]

---

[1] *See* Third Submission of Completed Retention Questionnaire of Ordinary Course Professionals Included in the Seventh Supplement to Exhibit A Pursuant to the Order Authorizing Debtors to Retain and Compensate Professionals Used in the Ordinary Course of Business (Dec. 9, 2005) (Docket No. 4570) (submitting completed ordinary course professional retention questionnaire for Jenner & Block); Seventh Supplement to Exhibit A of the Motion for Approval of Retention and Compensation of Professionals Used in the Ordinary Course of Business (Aug. 15, 2005) (Docket No. 3006) (adding Jenner & Block as an ordinary course professional).

[2] *See* Application for Authority to Retain Jenner & Block LLP as Special Insurance Litigation Counsel to the Debtors (Apr. 16, 2006) (Docket No. 7148).

[3] *See* Order Authorizing Debtors to Retain Jenner & Block LLP as Special Insurance Litigation Counsel (May 4, 2006) (Docket No. 7601).

**Relief Requested**

7.      By this Application, Jenner & Block is seeking:

a.      allowance of interim compensation for fees in the amount of $59,091.50, and reimbursement for expenses advanced in the amount of $6,795.37, all of which was incurred and/or billed in connection with the XL/Marsh Litigation and Insurance Advice matters during the period October 1, 2006 to November 21, 2006; and

b.      allowance of final compensation for fees and reimbursement for expenses in the full amounts sought in all three of its interim applications, which collectively cover the period from May 9, 2005 to November 21, 2006.  By order entered on August 10, 2006, the Court previously allowed Jenner & Block interim compensation in the amount of $606,419.25 for professional services and $53,156.66 for reimbursement of expenses for the period May 9, 2005 to May 31, 2006.[4]  By order entered on December 14, 2006, the Court allowed Jenner & Block interim compensation in the amount of $426,614.50 for professional services and $27,424.43 for reimbursement of expenses for the period June 1, 2006 to September 30, 2006.[5] Including the amounts sought in the third interim application, but excluding amounts which Jenner & Block now is willing to waive,[6] Jenner & Block is seeking final compensation for professional service fees totalling $1,089,090.25, and reimbursement of expenses totalling $87,341.46 for the period May 9, 2005 to November 21, 2006.

---

[4] *See* Order Allowing Compensation and Reimbursement of Expenses of Professionals (August 10, 2006) (Docket No. 10159).

[5] *See* Order Allowing Compensation and Reimbursement of Expenses of Professionals (December 14, 2006) (Docket No. 13110).

[6] To correct for clerical billing errors revealed in the course of responding to the fee examiner's initial audit reports on Jenner & Block's first and second interim fee applications, Jenner & Block has agreed to waive recovery of $3,035.00 in fees and $35.00 in costs previously allowed.

8.     Annexed hereto is a coversheet required by UST Guidelines, which for the period of the third interim application sets forth (a) the names of all Jenner & Block attorneys, paralegals and other professionals who have performed services for which compensation is sought; (b) the capacity in which each such individual is employed by Jenner & Block; (c) the year in which each attorney was first licensed to practice law; (d) the hourly billing rate charged by Jenner & Block for the services performed by each individual at the time of the services; and (e) the aggregate number of hours expended in the XL/Marsh Litigation and Insurance Advice matters, and aggregate amount of fees billed.

9.     Also annexed hereto as Exhibit A are copies of Jenner & Block's invoices for services rendered and expenses incurred during the period of the third interim application, which include detailed contemporaneous daily time entries of each Jenner & Block attorney, paralegal or other professional, a detailed itemization of expenses incurred, and documentation of travel expenses. Annexed hereto as Exhibit B is a schedule for that same period showing by category the total amount of expenses for which Jenner & Block is seeking reimbursement. These same materials supporting the first two interim applications were filed as exhibits to those applications. (See Docket No. 9392 (First Interim Application, filed on August 10, 2006) and No. 12781 (Second Interim Application, filed on November 22, 2006). Annexed hereto as Exhibit C is a proposed form of order granting this Application.

### Basis for Relief

10.     The services rendered and expenses advanced were actually, necessarily and appropriately incurred in connection with the XL/Marsh Litigation and Insurance Advice matters. The particular services rendered by Jenner & Block are fully described in the detailed contemporaneous time entries included in the invoices annexed as Exhibit A.

11.    The now-settled XL/Marsh Litigation was a hotly-contested, multi-million dollar commercial dispute that involves complex and unique issues concerning interpretation and possible reformation of XL's insurance contract, coupled with similarly complex and unique issues concerning Marsh's professional service obligations to Winn-Dixie. During the period of the third interim application, Jenner & Block devoted time and resources to, among other things, negotiation and documentation of the parties' settlement; and preparation of the pretrial order that would have been necessary had the parties' negotiations not resulted in completion of the settlement.

12.    As a result of the services rendered by Jenner & Block, Winn-Dixie was able to settle the XL/Marsh Litigation on highly favorable terms without the expense and burden of preparing and conducting a trial, as was described in more detail in the Debtors' November 9, 2006 Motion for Order Approving Settlement with XL Insurance America, Inc. and Marsh USA, Inc. (Docket No. 12444). Because this Court agreed the settlement was in the best interests of the Debtors' estates, the Court approved the settlement in an order entered on November 30, 2006 (Docket No. 12898).

13.    During this Application period, Jenner & Block also devoted time and resources to the Insurance Advice matter, which principally involved advising the Debtors with regard to insurance procurement and administration, insurance coverage analysis, and management of certain non-litigated claims for insurance coverage.

14.    Jenner & Block's services were rendered by an appropriately limited number of attorneys selected for their substantial experience and expertise in insurance litigation and analysis, assisted where appropriate by similarly-qualified paralegals and other professionals. Jenner & Block billed all services at the fixed hourly rates it customarily charges its other clients.

Jenner & Block's rates are comparable to the rates charged by other comparable law firms for the type of service Jenner & Block has rendered in the XL/Marsh Litigation and Insurance Advice matters.

15.     The expenses Jenner & Block has advanced on the Debtors' behalf during the period of the third interim application are fully described in the detailed invoices annexed as Exhibit A, and they are summarized by category in Exhibit B.  The expenses include photocopying charges, computer-assisted legal research, long-distance telephone and outgoing fax charges, all billed at cost, using rates Jenner & Block customarily charges its other clients; court reporter and videographer fees and expenses; and travel expenses (including economy class airfares, hotel and ground transportation charges) for an out-of-town mediation.  Documentation for the travel expenses is also included in Exhibit A.  All of these expenses were actually, necessarily and appropriately incurred in connection with the XL/Marsh Litigation and Insurance Advice matters, and all of the expenses are in the nature of those customarily charged to Jenner & Block's other clients.  Expenses incurred to third parties are limited to the actual amounts billed to and paid by Jenner & Block on the Debtors' behalf.

16.     No agreement or understanding exists between Jenner & Block and any other person or party for a division of compensation for services rendered, and no such division of compensation prohibited by Section 504(b) of the Bankruptcy Code will be made, except among partners of Jenner & Block.

### Notice

17.     Notice of this Application has been provided to (a) counsel to the United States Trustee; (b) counsel for the Debtors; (c) counsel for the Debtors' postpetition secured lenders;

(d) counsel for the Creditors Committee; and (d) the other parties in interest named on the Master Service List maintained in these cases.

**WHEREFORE,** Jenner & Block respectfully requests that the Court enter an order as follows:

(a)      granting this Application;

(b)      allowing Jenner & Block interim compensation for fees in the amount of $59,091.50, and reimbursement for expenses advanced in the amount of $6,795.37, for the period October 1, 2006 to November 21, 2006;

(c)      allowing Jenner & Block final compensation in the amount of $1,089,090.25 for professional services rendered and reimbursement for expenses in the amount of $87,341.46 for the period May 9, 2005 to November 21, 2006;

(d)      directing the Debtors to pay the allowed amounts to Jenner & Block, to the extent not previously paid; and

(e)      granting Jenner & Block such additional relief as the Court deems appropriate.

By: _____

John H. Mathias, Jr.
Christopher C. Dickinson
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, Illinois 60611
(312) 222-9350

Special Insurance Litigation Counsel
to the Debtors

## Certificate of Service

The undersigned attorney hereby certifies that on January 17, 2007, he caused copies of

the foregoing **Combined Third Interim and Final Fee Application of Jenner & Block LLP** to

be served on the parties listed on the attached Service List by causing copies of same to be

deposited with the U.S. Postal Service at 330 N. Wabash Avenue, Chicago, Illinois 60611, in

properly addressed envelopes with correct first-class postage prepaid.

By:

John H. Mathias, Jr.
Christopher C. Dickinson
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, Illinois 60611
(312) 222-9350

Special Insurance Litigation Counsel
to the Debtors

## WINN-DIXIE SERVICE PARTIES

Office of the United States Trustee
Attn: Kenneth C. Meeker
135 West Central Boulevard, Room 620
Orlando, FL 32801
Phone: 407-648-6301
Fax: 407-648-6323
ken.meeker@usdoj.gov

Office of the United States Trustee
Attn: Elena L. Escamilla
135 West Central Boulevard, Room 620
Orlando, FL 32801
Phone: 407-648-6465
Fax: 407-648-6323
elena.l.escamilla@usdoj.gov

Otterbourg, Steindler, Houston & Rosen, P.C.
Attn: Jonathan N. Helfat
230 Park Avenue, 29th Floor
New York, NY 10169
Phone: 212-661-9100
Fax: 212-682-6104
jhelfat@oshr.com

Milbank, Tweed, Hadley & McCloy LLP
Attn: Matthew S. Barr
1 Chase Manhattan Plaza
New York, NY 10005
Phone: 212-530-5000
Fax: 212-530-5219
mbarr@milbank.com

Winn-Dixie Stores, Inc.
Attn: Laurence B. Appel
5050 Edgewood Court
Jacksonville, FL 32254-3699
Phone: 904-783-5000
Fax: 904-783-5059
larryappel@winn-dixie.com

Winn-Dixie Stores, Inc.
Attn: Jay F. Castle
5050 Edgewood Court
Jacksonville, FL 32254-3699
Phone: 904-783-5000
Fax: 904-783-5059
jaycastle@winn-dixie.com

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: D. J. Baker
Four Times Square
New York, NY 10036
Phone: 212-735-2150
Fax: 917-777-2150
djbaker@skadden.com

King & Spalding LLP
Attn: Sarah Robinson Borders
191 Peachtree Street
Atlanta, GA 30303
Phone: 404-572-4600
Fax: 404-572-5149
sborders@kslaw.com

Stuart, Maue, Mitchell & James, Ltd.
Attn: Linda K. Cooper
3840 McKelvey Road
St. Louis, MO 63044
Phone: 314-291-3030
Fax: 314-291-6546
l.cooper@smmj.com



LAW OFFICES
# JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

CLIENT NUMBER   44374-000
MATTER NUMBER 10017

WINN-DIXIE STORES, INC.                         NOVEMBER 14, 2006
5050 EDGEWOOD COURT                             INVOICE # 9044476
JACKSONVILLE, FL  32254

ATTN: JAY CASTLE, ESQ.

### INSURANCE ADVICE

FOR PROFESSIONAL SERVICES RENDERED
THROUGH OCTOBER 31, 2006                                    $23,943.00

DISBURSEMENTS                                                  515.44

                              TOTAL INVOICE                 $24,458.44

BILLING ATTORNEY *John H. Smith*              RESPONSIBLE ATTORNEY *John H. Smith*
          (SHOW FULL SURNAME)                              SHOW FULL SURNAME
                          (BILLING ATTORNEY COPY)

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE          Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

WINN-DIXIE STORES, INC.
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254

INVOICE # 9044476

NOVEMBER 14, 2006

ATTN: JAY CASTLE, ESQ.

CLIENT NUMBER -    44374-000

FOR PROFESSIONAL SERVICES RENDERED
THROUGH OCTOBER 31, 2006

INSURANCE ADVICE                              MATTER NUMBER -    10017

| | | | | |
|---|---|---|---|---|
| 10/02/06 | LSM | 6.00 | Prepare for conference call with D. Bitter and participate in same (.5); email to D. Bitter re issues in Winn-Dixie's current D&O policy that should be considered in converting the policy to a six-year "tail" policy for former directors and officers (.5); work re opinion memo on applicability of retention under D&O "tail" coverage (.5). | 2,970.00 |
| 10/03/06 | CCD | .30 | Review L. Masters memorandum re D&O tail coverage. | 145.50 |
| 10/03/06 | LSM | 4.50 | Work re memo on provisions in D&O policies that should be reviewed for the six year tail coverage. | 2,227.50 |
| 10/03/06 | LSM | .50 | Finalize opinion memo on lack of retention under tail policy for former directors and officers. | 247.50 |
| 10/03/06 | LSM | .30 | Email to L. Appel and D. Bitter re memo on provisions. | 148.50 |
| 10/03/06 | LSM | 2.50 | Respond to L. Appel re defense obligations under D&O policies and review policies and other materials regarding same. | 1,237.50 |
| 10/05/06 | CCD | .30 | Confer with L. Masters re D&O program analysis. | 145.50 |
| 10/05/06 | LSM | .40 | Work re memo on provisions of D&O policies that should be reviewed and/or revised with regard to purchase of the D&O "tail" coverage for former directors and officers. | 198.00 |
| /06/06 | CCD | .50 | Work on matters relating to requested analysis of D&O, | 242.50 |

BILLING ATTORNEY _____          RESPONSIBLE ATTORNEY _____
(SHOW FULL SURNAME)                                              SHOW FULL SURNAME
(BILLING ATTORNEY COPY)

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE          Federal Identification No. 36-2192554

LAW OFFICES

**JENNER & BLOCK LLP**
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

Page 2

| | | | EPL, fiduciary and crime coverages. | |
|---|---|---|---|---|
| 10/06/06 | LSM | 6.00 | Work re comments for six-year tail policies for former directors and officers (5.5); emails with D. Bitter and C. Dickinson re same (.5). | 2,970.00 |
| 10/08/06 | LSM | 3.00 | Work re memorandum regarding issues under Winn-Dixie's D&O policies with regard to "tail" coverage for former directors and officers. | 1,485.00 |
| 10/09/06 | LSM | 2.50 | Finish memorandum regarding issues under Winn-Dixie's D&O policies with regard to "tail" coverage for former directors and officers (2.0); email to D. Bitter attaching same (.2); review, as requested by D. Bitter, memoranda by T. Burns re Winn Dixie D&O coverage (.3). | 1,237.50 |
| 10/10/06 | LSM | .50 | Call with D. Bitter re issues under D&O tail policies. | 247.50 |
| 10/10/06 | LSM | 2.50 | Prepare for conference call with D. Bitter re 2006-2007 D&O renewal. | 1,237.50 |
| .0/11/06 | LSM | 3.00 | Work re D&O "tail" policy issues. | 1,485.00 |
| 10/15/06 | LSM | .50 | Review email from D. Bitter re D&O policy renewal. | 247.50 |
| 10/16/06 | LSM | .50 | Review Reliance, AAIC, and Chubb CGL policies from 1997-1998 on the issue of whether the excess will drop down in place of the insolvent Reliance layer. | 247.50 |
| 10/16/06 | LSM | .50 | Telephone call to D. Bitter re drop down of excess policies following Reliance insolvency. | 247.50 |
| 10/18/06 | LSM | 1.00 | Review 1997-1998 general liability policies re drop-down in the place of an underlying insolvent layer. | 495.00 |
| 10/18/06 | LSM | .20 | Emails with A. Castleberry (and D. Bitter) re incomplete AAIC policy. | 99.00 |
| 10/18/06 | LSM | 1.30 | Work re 1997-1998 general liability policies. | 643.50 |
| 10/23/06 | LSM | 1.00 | Review Reliance policy re D. Bitter's request about drop down. | 495.00 |
| 10/23/06 | LSM | 1.00 | Review 1997-1998 Winn Dixie policies re D. Bitter's request about batch clause. | 495.00 |

BILLING ATTORNEY _____     RESPONSIBLE ATTORNEY _____
                          (SHOW FULL SURNAME)                                                        SHOW FULL SURNAME
                                       (BILLING ATTORNEY COPY)

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                              Federal Identification No. 36-2192554

Page 3

LAW OFFICES
## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 10/23/06 | LSM | .20 | Telephone call with D. Bitter re batch clause. | 99.00 |
| 10/25/06 | LSM | 2.00 | Review insurance policies received from A. Castleberry. | 990.00 |
| 10/30/06 | LSM | 3.00 | Work re memorandum evaluating the issue of excess drop down in the 1997-1998 policy years given the insolvency of the Reliance primary policy. | 1,485.00 |
| 10/30/06 | LSM | .50 | Review 1997-1998 Winn Dixie policies re issue of excess drop down, to finalize memorandum. | 247.50 |
| 10/31/06 | CCD | .40 | Review R. MacAneney email message re status of Creditors Committee matter (.2); prepare e-letter responding to same (.2). | 194.00 |
| 10/31/06 | LSM | 2.00 | Finalize memo on drop down issue for listeria claims. | 990.00 |
| 10/31/06 | LSM | 1.50 | Work re batch issue raised by listeria claims | 742.50 |
| | | 48.40 | PROFESSIONAL SERVICES | 23,943.00 |

## DISBURSEMENTS

| | |
|---|---|
| Postage, Photocopy & Printing Expense | 126.00 |
| Research - Lexis | 302.89 |
| Telephone Expense | 34.85 |
| UPS | 51.70 |
| TOTAL DISBURSEMENTS | 515.44 |

INVOICE TOTAL                          $ 24,458.44

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| LORELIE S. MASTERS | | 46.90 | 495.00 | 23,215.50 |
| CHRISTOPHER C DICKINSON | | 1.50 | 485.00 | 727.50 |
| | TOTAL | 48.40 | | 23,943.00 |

BILLING ATTORNEY _____       RESPONSIBLE ATTORNEY _____
                (SHOW FULL SURNAME)                                      SHOW FULL SURNAME
                        (BILLING ATTORNEY COPY)

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP

ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

CLIENT NUMBER   44374-000
MATTER NUMBER  10017

WINN-DIXIE STORES, INC.                              DECEMBER 6, 2006
5050 EDGEWOOD COURT                              INVOICE # 9049904
JACKSONVILLE, FL 32254

ATTN: JAY CASTLE, ESQ.

### INSURANCE ADVICE

FOR PROFESSIONAL SERVICES RENDERED
THROUGH NOVEMBER 21, 2006                                    $1,061.00

DISBURSEMENTS                                                      16.94

                                    TOTAL INVOICE              $1,077.94

BILLING ATTORNEY _____     RESPONSIBLE ATTORNEY _____
                        (SHOW FULL SURNAME)                                    SHOW FULL SURNAME
                              (BILLING ATTORNEY COPY)

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE          Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

WINN-DIXIE STORES, INC.
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254

INVOICE # 9049904

ATTN: JAY CASTLE, ESQ.

DECEMBER 6, 2006

CLIENT NUMBER -     44374-000

FOR PROFESSIONAL SERVICES RENDERED
THROUGH NOVEMBER 21, 2006

INSURANCE ADVICE                                         MATTER NUMBER -    10017

| | | | | |
|---|---|---|---|---|
| 11/02/06 | LSM | .10 | Telephone call with D. Bitter re policy review and batch issue. | 49.50 |
| 11/02/06 | LSM | .50 | Work re batch issue, including telephone call with I. Dmitrieva re research on batch issue under 1997-1998 policy year. | 247.50 |
| 11/02/06 | IYD | 2.00 | Research case law re "batch" clauses; analyze the policy at issue; telephone conference with L. Masters. | 570.00 |
| 11/20/06 | CCD | .40 | Telephone conference with and e-letter to K. Bole (AIG) re resolution of creditors committee matter | 194.00 |
| | | 3.00 | PROFESSIONAL SERVICES | 1,061.00 |

## DISBURSEMENTS

| | |
|---|---|
| Photocopy-NQue | 9.54 |
| Special Messenger Service | 6.50 |
| Telephone Expenses | 0.90 |
| TOTAL DISBURSEMENTS | 16.94 |

INVOICE TOTAL                              $ 1,077.94

BILLING ATTORNEY _____          RESPONSIBLE ATTORNEY _____
                  (SHOW FULL SURNAME)                                        SHOW FULL SURNAME
                                  (BILLING ATTORNEY COPY)

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

Page 2

LAW OFFICES
## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | | HOURS | RATE | AMOUNT |
|------|---|------|------|--------|
| LORELIE S. MASTERS | | 0.60 | 495.00 | 297.00 |
| CHRISTOPHER C DICKINSON | | 0.40 | 485.00 | 194.00 |
| IRINA Y. DMITRIEVA | | 2.00 | 285.00 | 570.00 |
| | TOTAL | 3.00 | | 1,061.00 |

BILLING ATTORNEY _____      RESPONSIBLE ATTORNEY _____
(SHOW FULL SURNAME)                                          SHOW FULL SURNAME
(BILLING ATTORNEY COPY)

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE          Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

CLIENT NUMBER  44374-000
MATTER NUMBER 10025

WINN-DIXIE STORES, INC.                        NOVEMBER 15, 2006
5050 EDGEWOOD COURT                            INVOICE # 9044477
JACKSONVILLE, FL 32254

ATTN: JAY CASTLE, ESQ.

### XL/MARSH LITIGATION

FOR PROFESSIONAL SERVICES RENDERED
THROUGH OCTOBER 31, 2006                              $25,961.50

DISBURSEMENTS                                           5,513.65

                          TOTAL INVOICE             $31,475.15

BILLING ATTORNEY _____     RESPONSIBLE ATTORNEY _____
                  (SHOW FULL SURNAME)                              SHOW FULL SURNAME
                         (BILLING ATTORNEY COPY)

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE          Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS  60611
(312) 222-9350

WINN-DIXIE STORES, INC.
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

INVOICE # 9044477

ATTN: JAY CASTLE, ESQ.

NOVEMBER 15, 2006

CLIENT NUMBER -    44374-000

FOR PROFESSIONAL SERVICES RENDERED
THROUGH OCTOBER 31, 2006

XL/MARSH LITIGATION
716373

MATTER NUMBER -    10025

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 10/02/06 | JHM | .10 | Review correspondence from D. Bitter re interest rate. | 67.00 |
| 10/02/06 | EYT | .10 | Confer with J. Wolfsmith re reply brief in support of motion to strike Stempel. | 32.50 |
| 10/03/06 | JHM | .30 | Review and respond to correspondence re status of settlement negotiations. | 201.00 |
| 10/03/06 | CCD | 1.00 | Work on matters relating to settlement, including telephone conferences with T. Howell and J. Marks, and email exchanges with client and counsel. | 485.00 |
| 10/03/06 | JPW | .20 | Review update from C. Dickinson re status of case. | 84.00 |
| 10/03/06 | JPW | .60 | Review response brief by Marsh to motion to strike portions of testimony of J. Stempel and prepare comments for preparation of reply. | 252.00 |
| 10/04/06 | CCD | .20 | Teleconference with K. Bruett re settlement status. | 97.00 |
| 10/04/06 | JPW | .30 | Forward comments on reply brief to E. Trujillo. | 126.00 |
| 10/04/06 | EYT | .20 | Confer with J. Wolfsmith re reply brief in support of motion to strike Stempel's expert report and testimony. | 65.00 |
| 10/04/06 | EYT | 6.30 | Draft reply brief in support of motion to strike Stempel's expert report and testimony. | 2,047.50 |
| 10/05/06 | CCD | .30 | Confer with J. Wolfsmith re case status and planning. | 145.50 |

BILLING ATTORNEY _____
(SHOW FULL SURNAME)

RESPONSIBLE ATTORNEY _____
SHOW FULL SURNAME

(BILLING ATTORNEY COPY)

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP

ONE IBM PLAZA
CHICAGO, ILLINOIS  60611
(312) 222-9350

Page 2

| 10/05/06 | CCD | .30 | Work on case planning. | 145.50 |
|---|---|---|---|---|
| 10/06/06 | JPW | 2.00 | Revise reply brief re motion to strike portions of testimony of J. Stempel, including review of deposition testimony and case law. | 840.00 |
| 10/09/06 | JHM | .20 | Review correspondence re status of settlement negotiations (.2). | 134.00 |
| 10/09/06 | CCD | 1.00 | Work on settlement negotiation, including calls and email to counsel, client and mediator. | 485.00 |
| 10/09/06 | CCD | 1.00 | Review, edit and work on draft reply brief in support of motion to strike Stempel report and testimony re broker liability. | 485.00 |
| 10/09/06 | CCD | .30 | Exchange email with S. Morris re reply brief and re settlement status. | 145.50 |
| 10/09/06 | EYT | .30 | Review correspondence to local counsel re draft of reply in support of motion to strike Stempel; revise draft pursuant to local counsel's suggestions. | 97.50 |
| 10/09/06 | EYT | .30 | Proofread draft of reply brief in support of motion to strike Stempel's expert report and testimony and made final revisions to draft prior to filing. | 97.50 |
| 10/10/06 | EYT | .10 | Review correspondence re status of mediation/settlement. | 32.50 |
| 10/11/06 | CCD | .30 | Office conference with J. Wolfsmith re case planning and project status. | 145.50 |
| 10/11/06 | EYT | .40 | Confer with J. Wolfsmith re pre-trial order (exhibit list and witness list). | 130.00 |
| 10/11/06 | EYT | .30 | Confer with paralegal re exhibit list database for pre-trial order. | 97.50 |
| 10/11/06 | EYT | 1.20 | Review mediation statement and summary judgment briefs for compilation of exhibit list for pre-trial order. | 390.00 |
| 10/11/06 | EYT | .60 | Review record and began listing potential witnesses for pre-trial order witness list. | 195.00 |
| 10/11/06 | RXM | .30 | Meet with E. Trujillo re preparation of trial exhibit database. | 48.00 |

BILLING ATTORNEY _____

(SHOW FULL SURNAME)

(BILLING ATTORNEY COPY)

RESPONSIBLE ATTORNEY _____

SHOW FULL SURNAME

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS  60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 10/11/06 | RXM | .80 | Prepare and organize deposition exhibits to be sent to vendor for scanning re preparation of trial exhibit database. | 128.00 |
| 10/11/06 | BRL | .50 | Telephone conference with R. Miller re additional documents for attorney review (.20); ran updates on document collections in preparation for attorney document review (.30). | 137.50 |
| 10/12/06 | EYT | .10 | Confer with paralegal re preparation of pre-trial order. | 32.50 |
| 10/12/06 | EYT | 2.10 | Review initial and supplemental disclosures of all parties in order to prepare witness list for pre-trial order. | 682.50 |
| 10/12/06 | EYT | 1.80 | Further review of mediation statement and summary judgment briefs for compilation of exhibit list for pre-trial order. | 585.00 |
| 10/12/06 | RXM | .50 | Review case files for disclosures for E. Trujillo use. | 80.00 |
| 10/13/06 | EYT | 2.60 | Further review of underlying record in preparation for drafting pre-trial order. | 845.00 |
| 10/13/06 | CC | 4.50 | Work on coding documents in Concordance database. | 540.00 |
| 10/13/06 | RAC | 5.50 | Code imaged documents per R. Miller. | 660.00 |
| 10/13/06 | EG | 5.00 | Code trial exhibits in database per R. Miller. | 600.00 |
| 10/13/06 | RXM | .50 | Create and organize trial exhibit database. | 80.00 |
| 10/13/06 | RXM | .80 | Coordinate updating of trial exhibit database with R. Cortazar, E. Giannakopoulos, and C. Covarrubias. | 128.00 |
| 10/13/06 | BRL | 1.20 | Prepare Trial Exhibits database (1.0); reviewed with R. Miller and ran additional updates (2.0). | 330.00 |
| 10/16/06 | JHM | .20 | Review and respond to memo from C. Dickinson re status of settlement negotiations. | 134.00 |
| 10/16/06 | CCD | .50 | Telephone conferences with K. Bruett and J. Marks re settlement status. | 242.50 |
| 10/16/06 | CCD | .40 | E-memos to client re settlement status. | 194.00 |
| ?/16/06 | CCD | .30 | Office conferences with J. Wolfsmith and J. Mathias re | 145.50 |

BILLING ATTORNEY _____          RESPONSIBLE ATTORNEY _____
(SHOW FULL SURNAME)                                                         SHOW FULL SURNAME
(BILLING ATTORNEY COPY)

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                              Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP

ONE IBM PLAZA
CHICAGO, ILLINOIS  60611
(312) 222-9350

Page 4

settlement status.

| 10/16/06 | EYT | .10 | Review correspondence re status of settlement negotiations. | 32.50 |
| 10/16/06 | EYT | 1.00 | Review expert reports in preparation for compiling witness list for pre-trial order. | 325.00 |
| 10/16/06 | EYT | 4.40 | Prepare draft of pre-trial order. | 1,430.00 |
| 10/17/06 | CCD | .20 | Email exchange with S. Morris re settlement status. | 97.00 |
| 10/17/06 | EYT | .30 | Confer with J. Wolfsmith re preparation of pre-trial order. | 97.50 |
| 10/17/06 | EYT | .10 | Confer with paralegal re trial exhibit database for pre-trial order. | 32.50 |
| 10/17/06 | EYT | 1.50 | Research re jury instructions for pre-trial order. | 487.50 |
| 10/17/06 | EYT | .60 | Commence researching issue of whose testimony may be presented via deposition at trial. | 195.00 |
| 10/18/06 | RXM | 2.00 | Update and edit trial exhibit database re preparation for pre-trial order. | 320.00 |
| 10/19/06 | CCD | .80 | Review and answer mediator and client email re status of settlement negotiations. | 388.00 |
| 10/19/06 | CCD | .20 | Confer with J. Mathias re issues relating to settlement negotiation. | 97.00 |
| 10/19/06 | JPW | .10 | Review note from mediator re settlement. | 42.00 |
| 10/19/06 | EYT | .10 | Review correspondence re status of settlement negotiations. | 32.50 |
| 10/19/06 | EYT | 1.80 | Continue reviewing underlying documents in preparation for preparing pre-trial order. | 585.00 |
| 10/20/06 | RXM | .50 | Update and organize deposition exhibit binders. | 80.00 |
| 10/23/06 | CCD | .20 | Email exchange with mediator J. Marks re settlement status. | 97.00 |
| 10/23/06 | EYT | .10 | Confer with paralegal re database for exhibits to be used in pre-trial order. | 32.50 |

BILLING ATTORNEY _____
(SHOW FULL SURNAME)
(BILLING ATTORNEY COPY)

RESPONSIBLE ATTORNEY _____
SHOW FULL SURNAME

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS  60611
(312) 222-9350

Page 5

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 10/23/06 | RXM | 2.50 | Review mediation materials for exhibits to be added to trial exhibit database re preparation of trial order (1.0); prepare same to be added to database (1.0); edit same (.5). | 400.00 |
| 10/24/06 | JHM | .30 | Review correspondence from mediator re status of negotiations (.2); review correspondence from C. Dickinson re same (.1). | 201.00 |
| 10/24/06 | CCD | .50 | Email exchanges and telephone conferences with mediator, counsel and client re settlement negotiation status. | 242.50 |
| 10/24/06 | CCD | 2.50 | Prepare and work on settlement agreement. | 1,212.50 |
| 10/24/06 | EYT | .10 | Review correspondence re status of settlement negotiations. | 32.50 |
| 10/24/06 | RXM | 2.00 | Update and edit trial exhibit database re preparation for pre-trial order (1.5); prepare report of same for E. Trujillo (.5). | 320.00 |
| .0/24/06 | BRL | 1.00 | Review data and images from vendor, ran updates as required, imported data, registered images to their respective records, ran quality control checks, in preparation for attorney document review. | 275.00 |
| 10/25/06 | JHM | .50 | Review correspondence re proposed Settlement Agreement and conferred with C. Dickinson re same (.5). | 335.00 |
| 10/25/06 | CCD | .30 | Telephone conference with T. Howell re settlement. | 145.50 |
| 10/25/06 | CCD | .30 | Office conference with J. Mathias re settlement, implications of same, and next steps to implementation. | 145.50 |
| 10/25/06 | CCD | .40 | Participate in calls with D. Bitter re settlement. | 194.00 |
| 10/25/06 | CCD | .50 | Work on and edited settlement agreement. | 242.50 |
| 10/25/06 | CCD | .30 | E-memo to J. Castle and D. Bitter re draft settlement agreement. | 145.50 |
| 10/25/06 | EYT | .10 | Review correspondence re status of settlement negotiations. | 32.50 |
| ⁻⁻ 0/26/06 | JHM | .20 | Review correspondence re documentation of settlement (.2). | 134.00 |

BILLING ATTORNEY _____
(SHOW FULL SURNAME)

RESPONSIBLE ATTORNEY _____
SHOW FULL SURNAME

(BILLING ATTORNEY COPY)

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP

ONE IBM PLAZA
CHICAGO, ILLINOIS  60611
(312) 222-9350

Page 6

| 10/26/06 | CCD | .80 | Edit and work on settlement agreement. | 388.00 |
|----------|-----|-----|----------------------------------------|--------|
| 10/26/06 | CCD | .50 | Review R. Gray revisions to settlement agreement re bankruptcy court approval. | 242.50 |
| 10/26/06 | CCD | .80 | Telephone conference and email exchanges with R. Gray re settlement agreement. | 388.00 |
| 10/26/06 | CCD | .80 | Prepare and work on language for motion seeking bankruptcy court approval of settlement. | 388.00 |
| 10/26/06 | CCD | .80 | Email exchanges with J. Castle, D. Bitter, S. Morris and J. Wolfsmith re settlement. | 388.00 |
| 10/27/06 | JHM | .20 | Review correspondence re proposed Settlement Agreement (.2). | 134.00 |
| 10/27/06 | CCD | .30 | Email exchange with R. Gray re issues relating to bankruptcy court approval of settlement. | 145.50 |
| 10/27/06 | CCD | .70 | Work on and edited settlement agreement. | 339.50 |
| 0/27/06 | CCD | .40 | E-letter to defendants' counsel re settlement agreement, bankruptcy court approval and litigation status. | 194.00 |
| 10/27/06 | CCD | .20 | Email exchange with S. Morris re settlement agreement. | 97.00 |
| 10/27/06 | CCD | .30 | Review and answer counsel and client email re settlement payment arrangements and related matters. | 145.50 |
| 10/27/06 | JPW | .20 | Review settlement agreement. | 84.00 |
| 10/27/06 | JPW | .30 | Conference call with C. Brandyberry re settlement and re arbitration between XL and Marsh. | 126.00 |
| 10/27/06 | EYT | .10 | Review proposed settlement agreement. | 32.50 |
| 10/30/06 | JHM | .10 | Review correspondence re XL engagement of expert witness (.1). | 67.00 |
| 10/30/06 | CCD | .30 | Email to defendants' counsel re settlement agreement and litigation status. | 145.50 |
| 10/30/06 | CCD | 1.00 | Work on and edited settlement agreement. | 485.00 |
| 10/30/06 | CCD | .40 | Telephone conference with T. Howell re settlement agreement and related issues. | 194.00 |

BILLING ATTORNEY _____
(SHOW FULL SURNAME)

RESPONSIBLE ATTORNEY _____
SHOW FULL SURNAME

(BILLING ATTORNEY COPY)

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES                                              Page 7
## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 10/30/06 | CCD | 1.00 | Review and answer client email re status of settlement negotiations, bankruptcy court approval issues, arrangements for settlement payment, and XL's proposed engagement of C. Brandyberry. | 485.00 |
| 10/30/06 | CCD | .30 | Email exchange with J. Wolfsmith re issues relating to XL's proposed engagement of C. Brandyberry, and J. Castle's proposed fee split. | 145.50 |
| 10/31/06 | CCD | .50 | Telephone conferences with K. Bruett and T. Howell re issues relating to settlement and bankruptcy court approval. | 242.50 |
| 10/31/06 | RAC | .50 | Organize case files per R. Miller | 60.00 |
| | | 81.50 | PROFESSIONAL SERVICES | 25,961.50 |

## DISBURSEMENTS

| | |
|---|---|
| Court Reporter Charge - 6/30/06 videotaped deposition of Neal Cason | 702.62 |
| Out of Town Travel for CCD on 9/25-27/06 to Washington, DC - mediation. (Lodging-$799.22; Air transportation-$644.39; Local Transportation-$99.00). | 1,542.61 |
| Out of Town Travel for JHM on 9/25-27/06 to Washington, DC - mediation. (Lodging-$799.22; Air transportation-$761.70; local transporation-$10.00; Parking $96.00) | 1,666.92 |
| Photocopy & Related Expenses | 906.58 |
| Research - Lexis | 351.33 |
| Telephone Charges | 7.65 |
| UPS Charges | 335.94 |
| TOTAL DISBURSEMENTS | 5,513.65 |

INVOICE TOTAL                        $ 31,475.15

BILLING ATTORNEY _____        RESPONSIBLE ATTORNEY _____
(SHOW FULL SURNAME)                                                        SHOW FULL SURNAME
(BILLING ATTORNEY COPY)

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE              Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS  60611
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| JOHN H MATHIAS JR | 2.10 | 670.00 | 1,407.00 |
| CHRISTOPHER C DICKINSON | 20.90 | 485.00 | 10,136.50 |
| JOHN P. WOLFSMITH | 3.70 | 420.00 | 1,554.00 |
| ELSA Y. TRUJILLO | 26.70 | 325.00 | 8,677.50 |
| BRIAN R. LOVE | 2.70 | 275.00 | 742.50 |
| REBECCA L. MILLER | 9.90 | 160.00 | 1,584.00 |
| CRISTINA COVARRUBIAS | 4.50 | 120.00 | 540.00 |
| ELENI GIANNAKOPOULOS | 5.00 | 120.00 | 600.00 |
| RICHARD A. CORTAZAR | 6.00 | 120.00 | 720.00 |
| TOTAL | 81.50 | | 25,961.50 |

BILLING ATTORNEY _____            RESPONSIBLE ATTORNEY _____
(SHOW FULL SURNAME)                                                                              SHOW FULL SURNAME
(BILLING ATTORNEY COPY)

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE            Federal Identification No. 36-2192554

## THE LAWYERS TRAVEL SERVICE

THE LAWYERS' TRAVEL SERVICE

PHONE:  312-923-8300

E-MAIL THE LAWYERS TRAVEL SERVICE

## Electronic Invoice

Print this page | Close window | Help

| | | |
|---|---|---|
| Salesperson: 4Y | Invoice number: 0001864 | Date: 27SEP2006 |
| For: DICKINSON/CHRISTOPHER C | Record locator: IFWEZV | Customer number: E50679 |

JENNER AND BLOCK
CHRISTOPHER DICKINSON
ONE IBM PLAZA
CHICAGO IL 60611-7603

Notes: CARRY-ON BAGGAGE IS SUBJECT TO EXTREME RESTRICTIONS
INCLUDING A POSSIBLE SECOND SEARCH AT THE DEPARTURE GATE.
NO LIQUIDS, INCLUDING DRINKS PURCHASED AT THE AIRPORT ARE ALLOWED.
FOR A COMPLETE LIST OF RESTRICTIONS GO TO WWW.TSA.GOV
MOST ITEMS ARE STILL ALLOWED IN CHECKED BAGGAGE.
DUE TO HEIGHTENED SECURITY THERE CAN BE DELAYS
CLEARING SECURITY OR WHEN CHECKING YOUR BAGS.
CARRY-ON BAGGAGE IS SUBJECT TO EXTREME RESTRICTIONS
INCLUDING A POSSIBLE SECOND SEARCH AT THE DEPARTURE GATE.
NO LIQUIDS, INCLUDING DRINKS PURCHASED AT THE AIRPORT ARE ALLOWED.
FOR A COMPLETE LIST OF RESTRICTIONS GO TO WWW.TSA.GOV
MOST ITEMS ARE STILL ALLOWED IN CHECKED BAGGAGE.
AS OF 9-26-06 - LIQUIDS PURCHASED IN SECURE AREAS ARE ALLOWED
ON BOARD. TRAVELERS ARE ALLOWED TO CARRY ON TOILETRIES UP TO
3 OUNCES THAT FIT COMFORTABLY IN ONE QUART SIZED CLEAR PLASTIC BAG
FOR A COMPLETE LIST OF RESTRICTIONS GO TO WWW.TSA.GOV
MOST ITEMS ARE STILL ALLOWED IN CHECKED BAGGAGE.

**Mon, Sep 25**

| | | | |
|---|---|---|---|
| Air | AMERICAN AIRLINES | Flight # : 1448 | First |
| | From : CHICAGO OHARE, IL | | 1120A |
| | | | 1Hr 50Min |
| | To : WASHINGTON REAGAN, DC | | 0210P  Non Stop |
| | DICKINSON/CHRISTOPHER C | Seat(s) - 06A | AA - XXXXXP0 |

**Wed, Sep 27**

| | | | |
|---|---|---|---|
| Air | UNITED AIRLINES | Flight # : 629 | Economy |
| | From : WASHINGTON REAGAN, DC | | 0645P |
| | Departure Terminal : C | | 2Hr 05Min |
| | To : CHICAGO OHARE, IL | | 0750P  Non Stop |
| | Arrival Terminal : 1 | | |

Notes: SEATING ON THIS FLIGHT IS RESTRICTED TO AIRPORT CHECK IN ONLY.
SEATING ON THIS FLIGHT IS RESTRICTED TO AIRPORT CHECK IN ONLY.

MARRIOTT METRO CENTER        BEDDING PACKAGE * MAX
775 12TH STREET NW           Rate - 349.00USD   Per Night
WASHINGTON DC 20005
Phone   202-737-2200
Guaranteed Late Arrival
Confirmation: 80634650
VIP NON SMOKE RKING
Notes: YOUR HOTEL RESERVATION HAS BEEN GUARANTEED TO YOUR
CREDIT CARD FOR LATE ARRIVAL. PLEASE CANCEL
6PM DAY OF ARRIVAL HOTEL TIME

Service Fee        XD8131717784
                                    Billed to  VI XXXXXXXXXX 4495        *40.00
Ticket number      AA7778828085
                                    DICKINSON CHRISTOPHER C
                                    Billed to  VI XXXXXXXXXX 4495        *721.70

                                                                    ----------

                             Total base fare amount         692.20
                             Total taxes                      69.50
                             Net credit card billing        *761.70
                                                            ----------
                             Total amount due                 0.00

 OFFICE HOURS M-F 8AM-6PM CST
FOR EMERGENCY ASSISTANCE/AFTER HOURS/WEEKENDS CALL
TRAVEL HELPLINE AT 800-876-4922..
YOUR TRAVEL HELPLINE MEMBERSHIP ID IS AA/0U4B
    HU*

        Your travel arranger provides the information contained in this document to you. *Sabre®*
        *Virtually There®* is not responsible for the content of this document. Please contact your
                        travel arranger should you have any questions.

                        **Copyright and Trademark Notices**

                                                                *Sabre*
                                                                **virtually**
                                                                ***there***

## Bartels, Lisa A

**From:**    ELopez@lawyerstravel.com
**Sent:**    Thursday, October 05, 2006 11:07 AM
**To:**      Bartels, Lisa A
**Subject:**  Re: Chris Dickinson's Travel to DC on 9/25/06


Here are the calculations....

Do you want me to send you the Link so that you can print the einvoices on all of these?   the only thing is that it does not show the refund amount coming to you.


Original ticket amount $721.70
         +              42.25 service fee
one way new ticket     $201.30
         +              42.25 service fee

Refund coming to you for ununsed original ticket $360.86

721.70+42.25+201.30+42.25-360.86=  $646.64 total amount of this trip.



"Bartels, Lisa A" <LBartels@jenner.com>

10/05/2006 09:24 AM

To <ELopez@lawyerstravel.com>
cc
Subject Chris Dickinson's Travel to DC on 9/25/06



Re:   Travel on 9/25/2006 to DC

Hi Liz,

Would you please send me via e-mail the final charges for Chris Dickinson's flight to DC and back to Chicago. He flew American out to DC and canceled his American return flight and ended up taking United.

Thank you,
Lisa


**Lisa Bartels**
**Legal Secretary**
Jenner & Block LLP


10/5/2006

330 N. Wabash Avenue
Chicago, IL 60611-7603
Tel (312) 222-9350
Fax (312) 527-0484
LBartels@jenner.com
www.jenner.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

## THE LAWYERS TRAVEL SERVICE

PHONE: 312-923-8300
E-MAIL THE LAWYERS TRAVEL SERVICE

## Electronic Invoice

Print this page | Close window | Help

| | |
|---|---|
| Salesperson: E2 | Invoice number: 0001222    Date: 28AUG2006 |
| For: DICKINSON/CHRISTOPHER C | Record locator: IFWEZV    Customer number: E50679 |

JENNER AND BLOCK
CHRISTOPHER DICKINSON
ONE IBM PLAZA
CHICAGO IL 60611-7603

Notes: ******************************************
SERVICE FEE OF 40.00 APPLIES TO THIS TICKET
******************************************
CARRY-ON BAGGAGE IS SUBJECT TO EXTREME RESTRICTIONS
INCLUDING A POSSIBLE SECOND SEARCH AT THE DEPARTURE GATE.
NO LIQUIDS, INCLUDING DRINKS PURCHASED AT THE AIRPORT ARE ALLOWED.
FOR A COMPLETE LIST OF RESTRICTIONS GO TO WWW.TSA.GOV
MOST ITEMS ARE STILL ALLOWED IN CHECKED BAGGAGE.

**Mon, Sep 25**

| Air | AMERICAN AIRLINES | Flight # : 1448 | Economy | |
|---|---|---|---|---|
| | From : CHICAGO OHARE, IL | | 1120A | |
| | Departure Terminal : 3 | | | 1Hr 50Min |
| | To : WASHINGTON REAGAN, DC | | 0210P | Non Stop |
| | Arrival Terminal : B | | | |
| | DICKINSON/CHRISTOPHER C | Seat(s) - 25D | AA - XXXXXP0 | |

**Wed, Sep 27**

| Air | AMERICAN AIRLINES | Flight # : 1009 | Economy | |
|---|---|---|---|---|
| | From : WASHINGTON REAGAN, DC | | 0515P | |
| | Departure Terminal : B | | | 2Hr 00Min |
| | To : CHICAGO OHARE, IL | | 0615P | Non Stop |
| | Arrival Terminal : 3 | | | |
| | DICKINSON/CHRISTOPHER C | Seat(s) - 24D | AA - XXXXXP0 | |

**Mon, Mar 26**

| Other | INFORMATION |
|---|---|
| | HAVE A GREAT TRIP |

**Tue, Sep 25**

| Hotel | WASHINGTON REAGAN, DC | Out - 27SEP |
|---|---|---|
| | MARRIOTT HOTELS | 2 Night(s) |
| | | 1 Room(s) - BEST AVAILABLE RATE * DELUXE R REVIVE |

**Mon, Mar 26**

Other     INFORMATION
           HAVE A GREAT TRIP


**Tue, Sep 25**

Hotel     WASHINGTON REAGAN, DC     Out - 27SEP

         MARRIOTT HOTELS           2   Night(s)

         MARRIOTT METRO CENTER     1   Room(s) - BEST AVAILABLE RATE * DELUXE R REVIVE
                                          BEDDING PACKAGE * MAX

         775 12TH STREET NW         Rate - 349.00USD   Per Night
         WASHINGTON DC 20005

         Phone   202-737-2200
         Guaranteed Late Arrival
         Confirmation: 80634650
         VIP NON SMOKE RKING
         Notes: YOUR HOTEL RESERVATION HAS BEEN GUARANTEED TO YOUR
         CREDIT CARD FOR LATE ARRIVAL. PLEASE CANCEL
         6PM DAY OF ARRIVAL HOTEL TIME


| | | | |
|---|---|---|---|
| Service Fee | XD8132941802 | | |
| | | Billed to   VI   XXXXXXXXXX 4495 | *42.25 |
| Ticket number | UA7785997577 | DICKINSON CHRISTOPHER C | |
| | | Billed to   VI   XXXXXXXXXX 4495 | *201.30 |

                                                        ----------

                                Total base fare amount            219.92
                                Total taxes                           23.63
                                Net credit card billing           *243.55
                                                           -----------

                                Total amount due                   0.00


    OFFICE HOURS M-F 8AM-6PM CST
    FOR EMERGENCY ASSISTANCE/AFTER HOURS/WEEKENDS CALL
    TRAVEL HELPLINE AT 800-876-4922..
    YOUR TRAVEL HELPLINE MEMBERSHIP ID IS AA/0U4B
         HU*

Your travel arranger provides the information contained in this document to you. *Sabre®*
*Virtually There®* is not responsible for the content of this document. Please contact your
travel arranger should you have any questions.

**Copyright and Trademark Notices**

*Sabre*
**virtually**
***there***



# Marriott.
## HOTELS & RESORTS

GUEST FOLIO

| 936 | DICKINSON/CHRISTOPH | 349.00 | 09/27/06 | 12:00 | 6169 |
|---|---|---|---|---|---|
| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
| NKSG | | | 09/25/06 | 14:36 | |
| TYPE | | | ARRIVE | TIME | |
| 60 | | PASSPORT: | | | |

ROOM CLERK    ADDRESS                    PAYMENT              MR#:

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|
| 09/25 ROOM | 936, 1 | 349.00 | | |
| 09/25 RM TAX | 936, 1 | 50.61 | | |
| 09/26 ROOM | 936, 1 | 349.00 | | |
| 09/26 RM TAX | 936, 1 | 50.61 | | |
| 09/27 BK CARD | | | $799.22 | |

SETTLED TO:        VISA            CURRENT BALANCE    .00

TO EXPEDITE YOUR CHECK-OUT PLEASE USE OUR VOICE MAIL
CHECK-OUT SERVICE AT EXTENSION 6565. THANK YOU FOR STAYING
AT THE METRO CENTER MARRIOTT.

-------------------- EXP. REPORT SUMMARY --------------------
| 09/25 ROOM | 349.00 |
|---|---|
| RM TAX | 50.61 |
| 09/26 ROOM | 349.00 |
| RM TAX | 50.61 |



# Marriott.
## HOTELS & RESORTS

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

6-2955
Rev.9/03

Signature X _____

FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228-9290

**Yellow Cab Management, Inc.**
2230 South Michigan
Chicago, Illinois 60616
www.yellowcabchicago.com

312-829-4222

$ 40.00    Time    Date 9/25

Received from:
507 W Aldine
Cab fare from:
O'Hare

To:

Driver:

Cab #:

Account #:

*Thank you for riding with us!*



ANNOUNCING THE OPENING OF
THE SPA AT THE WILLARD
WILLARD INTERCONTINENTAL WASHINGTON D.C.

Taxi Cab Receipt

Date: 9/25

Fare Name:

Picked Up At: DCA

Destination: Massiet

Cab Co.: MeDro

Driver:

Amount: $ 19.00

**CHICAGO CARRIAGE CAB CO.**



DATE 9/27

TIME

FROM QRD

TO 507 W Aldine

DRIVER

PASSENGER

CAB NO.

FARE AMOUNT $40.00

CABI
PHONE: 312-326-2221    TOLL FREE: 866-440-TAXI
ONLINE RESERVATIONS FOR LOCAL & NATIONWIDE SERVICE:    www.chicagocarriagecab.com

Virtually There - Electronic Invoice

## THE LAWYERS TRAVEL SERVICE

THE LAWYERS' TRAVEL SERVICE

PHONE:  312-923-8300
E-MAIL THE LAWYERS TRAVEL SERVICE

# Electronic Invoice

Print this page |  Close window  |  Help

Salesperson: E2                 Invoice number: 0001225          Date: 28AUG2006
For: MATHIAS/JOHN H JR           Record locator: KIMHTW           Customer number: E50679

JENNER AND BLOCK
JOHN MATHIAS JR.
ONE IBM PLAZA
CHICAGO IL 60611-7603

Notes: ******************************************
SERVICE FEE OF 40.00 APPLIES TO THIS TICKET
******************************************
DUE TO HEIGHTENED SECURITY THERE CAN BE DELAYS
CLEARING SECURITY OR WHEN CHECKING YOUR BAGS.
CARRY-ON BAGGAGE IS SUBJECT TO EXTREME RESTRICTIONS
INCLUDING A POSSIBLE SECOND SEARCH AT THE DEPARTURE GATE.
NO LIQUIDS, INCLUDING DRINKS PURCHASED AT THE AIRPORT ARE ALLOWED.
FOR A COMPLETE LIST OF RESTRICTIONS GO TO WWW.TSA.GOV
MOST ITEMS ARE STILL ALLOWED IN CHECKED BAGGAGE.

**Mon, Sep 25**

| | | | |
|---|---|---|---|
| Air | AMERICAN AIRLINES | Flight # : 1448 | Economy |
| | From : CHICAGO OHARE, IL | | 1120A |
| | Departure Terminal : 3 | | 1Hr 50Min |
| | To : WASHINGTON REAGAN, DC | 0210P | Non Stop |
| | Arrival Terminal : B | | |
| | Equipment : MCDONNELL DOUGLAS MD-80 JET | | |
| | MATHIAS/JOHN H JR | Seat(s) - 09D | AA - XXXXX04 |
| | Notes: UPGRADE REQUESTED | | |

**Mon, Sep 25**

Hotel    WASHINGTON REAGAN, DC          Out - 27SEP
         MARRIOTT HOTELS                2  Night(s)

         MARRIOTT METRO CENTER          1  Room(s)  -  BEST AVAILABLE RATE * DELUXE R REVIVE
                                        BEDDING PACKAGE * MAX
         775 12TH STREET NW             Rate - 349.00USD  Per Night
         WASHINGTON DC 20005

         Phone  202-737-2200
         Guaranteed Late Arrival
         Confirmation: 80633165
         RQST NONSMKG KING HIGH FLOOR
         Notes: YOUR HOTEL RESERVATION HAS BEEN GUARANTEED TO YOUR
         CREDIT CARD FOR LATE ARRIVAL. PLEASE CANCEL
         6PM DAY OF ARRIVAL HOTEL TIME

**Wed, Sep 27**

| | | | |
|---|---|---|---|
| Air | AMERICAN AIRLINES | Flight # : 1009 | Economy |
| | From : WASHINGTON REAGAN, DC | | 0515P |
| | Departure Terminal : B | | 2Hr  00Min |
| | To : CHICAGO OHARE, IL | 0615P | Non Stop |
| | Arrival Terminal : 3 | | |
| | Equipment : MCDONNELL DOUGLAS MD-80 JET | | |
| | MATHIAS/JOHN H JR | Seat(s) - 24B | AA - XXXXX04 |
| | Notes: UPGRADE REQUESTED. | | |

**Mon, Mar 26**

Other    INFORMATION
         HAVE A GREAT TRIP

| | | | |
|---|---|---|---|
| Service Fee | XD8131717787 | Billed to   AX  XXXXXXXXXX 5005 | *40.00 |
| Ticket number | AA7778828088 | MATHIAS JOHN H JR | |
| | | Billed to   AX  XXXXXXXXXX 5005 | *721.70 |

| | |
|---|---|
| | ---------- |
| Total base fare amount | 692.20 |
| Total taxes | 69.50 |
| Net credit card billing | *761.70 |
| | ---------- |
| Total amount due | 0.00 |

OFFICE HOURS M-F 8AM-6PM CST
FOR EMERGENCY ASSISTANCE/AFTER HOURS/WEEKENDS CALL
TRAVEL HELPLINE AT 800-876-4922..
YOUR TRAVEL HELPLINE MEMBERSHIP ID IS AA/0U4B
     HU*

Your travel arranger provides the information contained in this document to you. *Sabre*®
*Virtually There*® is not responsible for the content of this document. Please contact your
travel arranger should you have any questions.

**Copyright and Trademark Notices**

**Marriott.**
HOTELS & RESORTS

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | GUEST FOLIO | |

1044  MATHIAS/JOHN/H/JR          349.00  09/27/06  12:00   6184
ROOM   NAME                      RATE    DEPART    TIME    ACCT#
NKSG                                     09/25/06  18:05
TYPE                                     ARRIVE    TIME
60                               PASSPORT:

ROOM
CLERK   ADDRESS                  PAYMENT                MR#: XXXXX4720

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|
| 09/25 MOVIE | MOVIE | ~~15.17~~ | | |
| 09/25 MOVIE | MOVIE | ~~40.85~~ | | |
| 09/25 ROOM | 1044, 1 | 349.00 ✓ | | |
| 09/25 RM TAX | 1044, 1 | 50.61 ✓ | | |
| 09/26 M GRILLE | 93421044 | 59.04 | | |
| 09/26 REGATTA | 98701044 | 21.70 | | |
| 09/26 MOVIE | MOVIE | ~~16.33~~ → | | |
| 09/26 ROOM | 1044, 1 | 349.00 ✓ | | |
| 09/26 RM TAX | 1044, 1 | 50.61 ✓ | | |
| 09/27 AX CARD | | | | |
| | | $952.31 | | |

SETTLED TO:          AMERICAN EXPRESS CURRENT BALANCE   .00

TO EXPEDITE YOUR CHECK-OUT PLEASE USE OUR VOICE MAIL
CHECK-OUT SERVICE AT EXTENSION 6565.  THANK YOU FOR STAYING
AT THE METRO CENTER MARRIOTT.

------------------------- EXP. REPORT SUMMARY --------------------
09/25 MOVIE          ~~56.02~~
      ROOM          349.00
      RM TAX         50.61

09/26 M GRILLE       ~~59.04~~ →
      REGATTA        ~~21.70~~ →
      MOVIE          ~~16.33~~ ←
      ROOM          349.00
      RM TAX         50.61

$799.22
to client

It's MegaBonus time! Time to turn your dream vacation into a reality.
Stay at Marriott between September 15, 2006 and January 31, 2007,
and pay with your Visa(R) card to receive your MegaBonus!
Register today at MarriottRewards.com or 1-888-MARRIOTT.

MARRIOTT REWARDS ACCOUNT # XXXXX4720
DATE 09/25/06 - 09/27/06 REVENUE IF APPLICABLE     $851.09
BASE POINTS EARNED: 8511   ADDITIONAL POINTS MAY APPLY
FOR ACCOUNT ACTIVITY CALL 801-468-4000
OR LOG ON TO WWW.MARRIOTTREWARDS.COM.

**Marriott.**
HOTELS & RESORTS

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1½% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including...

```
               THANK  YOU
         O'Hare International Airport
        Parking Facility - Lot A Valet
      P.O.Box 66179, Chicago, Il 60666-0179
            Tel: (773) 686-7532
```

# SALES VOUCHER/RECEIPT
### VALET RETURN
HOURLY TICKET - A Lot Level 1
```
VALET TICKET NUMBER                  A41842
TRANSACTION NUMBER
ENTRY TIME/DATE                    801001046
PAYMENT TIME/DATE          06:54  09-25-06
PAY MACHINE                20:16  09-27-06
OPERATOR                      CC48 Booth 48
FEE                                     198
                                     $96.00
AMERICAN EXPRESS
Expiry Date               3713*******5005
Pay m/c Transaction Ref:            11/07
Authorization Code             3800000915
SPS Terminal                       523004
SPS Time                      CHG0019901
SPS Reference                  0927062030
TOTAL                                8347
                                    $96.00
       Includes All Applicable Taxes
```

*CCD John R. Burton* (handwritten)

# TAXICAB RECEIPT

Time: _9/2_ (handwritten)

Date: _____

Origin of trip: _____

Destination: _*Dinner*_

Fare: _____  Sign: _*$10*_ (handwritten)

LAW OFFICES

# JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

CLIENT NUMBER   44374-000
MATTER NUMBER  10025

WINN-DIXIE STORES, INC.                                    DECEMBER 6, 2006
5050 EDGEWOOD COURT                                      INVOICE # 9049905
JACKSONVILLE, FL 32254

ATTN: JAY CASTLE, ESQ.

### XL/MARSH LITIGATION

FOR PROFESSIONAL SERVICES RENDERED
THROUGH NOVEMBER 21, 2006                                      $8,126.00

DISBURSEMENTS                                                     749.34

                              TOTAL INVOICE                    $8,875.34

BILLING ATTORNEY _____          RESPONSIBLE ATTORNEY _____
                (SHOW FULL SURNAME)                                  SHOW FULL SURNAME
                    (BILLING ATTORNEY COPY)

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE            Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

WINN-DIXIE STORES, INC.
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254

INVOICE # 9049905

ATTN: JAY CASTLE, ESQ.

DECEMBER 6, 2006

CLIENT NUMBER - 44374-000

FOR PROFESSIONAL SERVICES RENDERED
THROUGH NOVEMBER 21, 2006

XL/MARSH LITIGATION
716373

MATTER NUMBER - 10025

| | | | | |
|---|---|---|---|---|
| 11/01/06 | JHM | .10 | Review correspondence re XL engagement of expert Brandyberry (.1). | 67.00 |
| 11/01/06 | CCD | .30 | Telephone conference with T. Howell re issues relating to bankruptcy court approval of settlement and XL's proposed retention of C. Brandyberry. | 145.50 |
| 11/01/06 | CCD | .40 | E-memo to J. Castle et al. re XL's response to Winn-Dixie's fee split proposal for C. Brandyberry expert services. | 194.00 |
| 11/01/06 | CCD | .80 | Review Skadden draft motion papers requesting bankruptcy court approval for settlement. | 388.00 |
| 11/01/06 | CCD | .30 | Review and answer A. Ravin email re motion seeking bankruptcy court approval for settlement. | 145.50 |
| 11/01/06 | RXM | 1.00 | Review and organize court pleadings for filing. | 160.00 |
| 11/03/06 | JHM | .30 | Review series of correspondence re status of settlement negotiations and bankruptcy court approval issues (.3). | 201.00 |
| 11/03/06 | CCD | .50 | Exchange correspondence and email with T. Howell re XL contribution toward fees of broker liability expert C. Brandyberry. | 242.50 |
| 11/03/06 | CCD | 1.50 | Work on matters relating to bankruptcy court approval of settlement, including review of motion papers and email, and telephone conferences with counsel re same. | 727.50 |

BILLING ATTORNEY _____
(SHOW FULL SURNAME)

RESPONSIBLE ATTORNEY _____
SHOW FULL SURNAME

(BILLING ATTORNEY COPY)

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 11/03/06 | CCD | .80 | Telephone conferences with S. Morris and court clerk re settlement. | 388.00 |
| 11/03/06 | CCD | .80 | Work on settlement documentation. | 388.00 |
| 11/03/06 | JPW | .10 | Prepared email to C. Brandyberry re dispute between XL and Marsh. | 42.00 |
| 11/03/06 | CC | 2.00 | Work on organizing duplicates of court documents; create subject files. | 240.00 |
| 11/04/06 | CCD | .50 | Review and answer client and counsel email re settlement, XL contribution toward expert fees, and bankruptcy court approval. | 242.50 |
| 11/06/06 | CCD | .30 | Telephone conference with K. Bruett re settlement agreement, bankruptcy court approval and related issues. | 145.50 |
| 11/06/06 | CCD | .40 | Email messages to counsel and client re settlement agreement, bankruptcy court approval and related issues. | 194.00 |
| 11/06/06 | EYT | .10 | Review correspondence re settlement agreement; review draft agreement. | 32.50 |
| 11/06/06 | RXM | 2.50 | Review and organize court pleadings; updated court file and database. | 400.00 |
| 11/07/06 | JHM | .30 | Review correspondence re finalization of settlement and obtaining court approval for same (.2); review D. Bitter correspondence re status (.1). | 201.00 |
| 11/07/06 | CCD | .40 | Review and answer A. Ravin email re proposed revisions to settlement agreement and motion by counsel for creditors committee. | 194.00 |
| 11/07/06 | CCD | .20 | Telephone conference with A. Ravin re settlement agreement. | 97.00 |
| 11/07/06 | CCD | .40 | Review creditors counsel proposed revisions to settlement agreement and motion. | 194.00 |
| 11/07/06 | CCD | .80 | Work on completion of settlement documentation. | 388.00 |
| 11/07/06 | CCD | .30 | Review orders dismissing litigation without prejudice and with leave to reinstate. | 145.50 |
| '1/07/06 | EYT | .30 | Review court order re settlement; review red-lined settlement agreement; review bankruptcy court motion. | 97.50 |

BILLING ATTORNEY _____          RESPONSIBLE ATTORNEY _____
                          (SHOW FULL SURNAME)                                                        SHOW FULL SURNAME
                                              (BILLING ATTORNEY COPY)

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                          Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS  60611
(312) 222-9350

Page 3

| 11/08/06 | JHM | .20 | Review correspondence re settlement documentation (.2). | 134.00 |
|---|---|---|---|---|
| 11/08/06 | CCD | 1.50 | Review, edit and work on motion seeking bankruptcy approval for settlement. | 727.50 |
| 11/08/06 | CCD | .80 | Telephone conference and several email exchanges with client and counsel re matters relating to bankruptcy court approval. | 388.00 |
| 11/08/06 | JPW | .10 | Review and comment on language for submission of settlement to bankruptcy court. | 42.00 |
| 11/09/06 | CCD | .20 | Review as-filed motion seeking bankruptcy court approval for settlement. | 97.00 |
| 11/09/06 | EG | .50 | Gathered CCD working files and prepared same for eventual storage per R. Miller. | 60.00 |
| 11/10/06 | CCD | .30 | E-letter to bankruptcy counsel re submission of second interim fee application. | 145.50 |
| 1/10/06 | RACX | .50 | Gathered working files from C. Dickinson per R. Miller. | 60.00 |
| 11/14/06 | JPW | .20 | Review invoice from C. Brandyberry and forward same to M. Richard. | 84.00 |
| 11/20/06 | CCD | .20 | Email exchange with T. Howell re status of XL payment of C. Brandyberry fees. | 97.00 |
| 11/21/06 | CCD | .30 | Office conferences with J. Mathias re transfer of remaining tasks to J. Castle. | 145.50 |
| 11/21/06 | CCD | 1.00 | Gathered and reviewed file materials re tasks remaining relating to settlement, and prepared and worked on e-letter to J. Castle re same | 485.00 |
| | | 21.20 | PROFESSIONAL SERVICES | 8,126.00 |

## DISBURSEMENTS

| | |
|---|---|
| Other - cost of scanning documents for trial exhibit database | 641.69 |
| Overnight Shipping Charges: | 73.35 |
| Photocopy, Telephone & Related Expenses | 34.30 |

BILLING ATTORNEY _____
(SHOW FULL SURNAME)

RESPONSIBLE ATTORNEY _____
SHOW FULL SURNAME

(BILLING ATTORNEY COPY)

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS  60611
(312) 222-9350

TOTAL DISBURSEMENTS                                    749.34

INVOICE TOTAL                          $ 8,875.34

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| JOHN H MATHIAS JR | | 0.90 | 670.00 | 603.00 |
| CHRISTOPHER C DICKINSON | | 13.00 | 485.00 | 6,305.00 |
| JOHN P. WOLFSMITH | | 0.40 | 420.00 | 168.00 |
| ELSA Y. TRUJILLO | | 0.40 | 325.00 | 130.00 |
| REBECCA L. MILLER | | 3.50 | 160.00 | 560.00 |
| CRISTINA COVARRUBIAS | | 2.00 | 120.00 | 240.00 |
| ELENI GIANNAKOPOULOS | | 0.50 | 120.00 | 60.00 |
| RICHARD A. CORTAZA | | 0.50 | 120.00 | 60.00 |
| | TOTAL | 21.20 | | 8,126.00 |

BILLING ATTORNEY _____
(SHOW FULL SURNAME)

RESPONSIBLE ATTORNEY _____
SHOW FULL SURNAME

(BILLING ATTORNEY COPY)

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

B

## Expenses Advanced by Jenner & Block
## October 1, 2006 - November 21, 2006

| Cost Category | Amount Advanced |
|---|---|
| Out of town travel expenses | |
| - airfare | $1,406.09 |
| - hotel | $1,598.44 |
| - ground transportation | $205.00 |
| Court reporter and videographer charges | $702.62 |
| Messenger and delivery services | $467.49 |
| Computer-assisted legal research (Lexis) | $654.22 |
| Long Distance Telephone | $44.60 |
| Photocopying and printing -- $.09 per page | $187.09 |
| Document scanning and processing for database of trial exhibits (Encore Legal Solutions) | $1,529.19 |
| Postage expense | $.63 |
| **Total** | **$6,795.37** |

**Exhibit B**

C

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                    )    Case No. 05-03817-3F1
                                          )
WINN-DIXIE STORES, INC., *et al.*,         )    *Chapter 11*
                                          )
Debtors.                                  )    Jointly Administered

ORDER APPROVING THIRD INTERIM AND FINAL
FEE APPLICATION OF JENNER & BLOCK LLP
FOR ALLOWANCE AND PAYMENT OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES ADVANCED

These cases came before the Court upon the Combined Third Interim and Final Fee

Application of Jenner & Block LLP ("Jenner & Block"), special insurance counsel to Winn-

Dixie Stores, Inc. and its subsidiaries and affiliates in the above-captioned jointly-administered

cases, as debtors and debtors-in-possession, seeking entry of an order allowing Jenner & Block

(a) interim compensation for services rendered and reimbursement for expenses advanced during

the period October 1, 2006 to November 21, 2006; and (b) final compensation for services

rendered and reimbursement for expenses advanced during the period May 9, 2005 to

November 21, 2006.

The Court has reviewed the Application and exhibits and has considered the

representations of counsel, and after due deliberation and finding proper notice has been given,

the Court determines that good cause exists to grant the relief requested in the Application and

that granting such relief is in the best interest of these estates and creditors.  Accordingly, it is

ORDERED AND ADJUDGED THAT:

1.    The Application is granted;

2.      Jenner & Block is allowed interim compensation for fees in the amount of $59,091.50, and reimbursement for expenses advanced in the amount of $6,795.37, for the period October 1, 2006 to November 21, 2006;

3.      Jenner & Block is allowed final compensation in the amount of $1,089,090.25 for professional services rendered and reimbursement for expenses in the amount of $87,341.46 for the period May 9, 2005 to November 21, 2006;

4.      the Debtors are directed to pay the allowed amounts to Jenner & Block, to the extent not previously paid; and

5.      the relief granted in this Order is without prejudice to the rights of Jenner & Block to seek further allowance and payment of additional compensation and reimbursement of expenses, including any such amounts incurred during the application period for which approval has not previously been sought and denied, upon proper application to the Court.

Dated _____, 2007 in Jacksonville, Florida.


_____
Jerry A. Funk
UNITED STATES BANKRUPTCY JUDGE

Cynthia C. Jackson is directed to serve a
copy of this Order on all parties included on
the Master Service List.

2