**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**NOTICE OF FILING**

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates, as reorganized debtors, give notice of filing the attached Second Interim and Final Application of Deloitte Tax LLP for Allowance of Fees and Expenses for the period from May 29, 2006 through November 21, 2006.

Dated: January 19, 2007

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By   *s/ D. J. Baker*<br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Walker Gray | By   *s/ Cynthia C. Jackson*<br>    Stephen D. Busey<br>    James H. Post<br>    Cynthia C. Jackson (FBN 498882) |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

00554868

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | Chapter 11 Case |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | |
| Debtors. ) | |
| ) | |

## SUMMARY FOR THE SECOND INTERIM AND FINAL APPLICATION OF DELOITTE TAX LLP, TAX SERVICES PROVIDER FOR THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

### SUMMARY SHEET FOR THE PERIOD MAY 29, 2006 THROUGH NOVEMBER 21, 2006

NAME OF APPLICANT: Deloitte Tax LLP
ROLE IN THE CASE: Advisors and Consultants for Debtors and Debtors-In-Possession

| | |
|---|---|
| Fees Previously Requested in the First Interim Fee Application | $ 515,751.70 |
| Fees Currently Requested in the Second Fee Application | $ 233,748.50[1] |
| | |
| Expenses Previously Requested in the First Interim Fee Application | $ 21,531.87 |
| Expenses Currently Requested in the Second Fee Application | $ 13,051.53 |
| | |
| Total Fees and Expenses Requested | $ 784,083.60 |
| | |
| Fees and Expenses Previously Paid Pursuant to Monthly Fee Procedures: | $ 671,268.00 |
| | |
| Fees Previously Requested but Not Yet Paid | $ 112,815.60[2] |

---

[1] The total amount of fees currently requested in the Second Fee Application, included herein, is being reduced by $4,095.00 as a correction related to fees incurred during the monthly statement period November 1, 2006, through November 21, 2006 ("November 2006"). After further review, Deloitte Tax recognized that the amounts due for the November 2006 monthly period included fees for services rendered after November 21, 2006.

[2] Fees previously requested but not yet paid ($116,910.60) represent amounts for October 1, 2006, through October 31, 2006, twenty percent holdback ($31,448.00) plus the total amount billed for the period November 1, 2006, through November 21, 2006, ($85,462.60 less $4,095.00 per Footnote #1).

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>**WINN-DIXIE STORES, INC., et al.,**<br><br>Debtors[3] | Chapter 11<br>Case No. 05-03817-3F1 |

**SECOND INTERIM AND FINAL FEE APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES OF DELOITTE TAX LLP AS ADVISORS AND CONSULTANTS TO THE DEBTORS**

TO:   THE HONORABLE JERRY A. FUNK
      UNITED STATES BANKRUPTCY JUDGE

Deloitte Tax LLP ("Deloitte Tax") hereby applies to this Court for allowance of fees and expenses of Deloitte Tax as advisors and consultants to Winn-Dixie Stores, Inc., et al. (the "Debtors") and hereby files its second interim application for allowance and payment of professional fees for services rendered and reimbursement of expenses incurred for the period from October 1, 2006, through November 21, 2006 (the "Second Application Period"), and its final application for allowance and payment of professional fees for services rendered and reimbursement of expenses incurred (the "Final Application") for the period May 29, 2006, through November 29, 2006, (the "Compensation Period") pursuant to 11 U.S.C. §§330 and 331, Fed.R.Bankr Pro 2016 and MBLR 2016-1. In support of this Final Application, Deloitte Tax states:

---

[3]   In addition to Winn-Dixie Stores, Inc., the following entities are Debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks,

## Background

1. On February 21, 2005, the Debtors filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code 11 U.S.C. §§101-1330 as amended (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of New York (the "New York Court"). By Order dated April 13, 2005, the New York Court transferred venue of these cases to this Court. Any orders entered by the New York Court remain in full force and effect before this Court, unless otherwise ordered by this Court. These cases are jointly administered for procedural purposes only.

2. The Debtors continue to manage and operate their business as debtors-in-possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code.

3. On March 1, 2005, an official committee of unsecured creditors (the "Creditors Committee") was appointed to serve in these cases pursuant to Bankruptcy Code section 1103.

4. On May 9, 2006, Debtors' counsel filed an application for authority to employ Deloitte Tax as Advisors and Consultants to the Debtors.

5. On June 29, 2006, the Court authorized the employment of Deloitte Tax as Advisors and Consultants to the Debtors nunc pro tunc to May 9, 2006.

6. Under §§ 330 and 331 of the Bankruptcy Code, Deloitte Tax is entitled to "reasonable compensation for actual, necessary services" and reimbursement for actual and necessary expenses.

7. Deloitte Tax has provided professional services to the Debtors from May 29, 2006, through November 21, 2006.

---

Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

8. Pursuant to the *Final Order Approving Interim Compensation Procedures For Professionals*, Deloitte Tax filed two (2) monthly statements for the period from October 1, 2006, through November 21, 2006, requesting a total of $237,843.50 in professional fees and $13,051.53 in expenses.

9. Of the $237,843.50 in professional fees for the Second Application Period, $190,274.80, representing 80% of the professional fees for the months from October 2006, through November 21, 2006, has been approved for payment via the monthly review process. Of the $237,843.50 in professional fees for this Second Application Period, Deloitte Tax has received payments of $125,792.00 for professional services rendered. All payments and allowances noted above are subject to final determination and settlement by this Court.

10. Of the $13,051.53 in expenses for this Second Application Period, $13,051.53 has been approved for payment via the monthly review process, subject to final determination of this Court. Of the $13,051.53 in expenses for this Second Application Period, Deloitte Tax has received payments of $8,192.08 for expenses incurred.

11. The total amount of fees currently requested in the Second Fee Application, included herein, is being reduced by $4,095.00 as a correction related to fees incurred during the monthly statement period November 1, 2006, through November 21, 2006 ("November 2006"). After further review, Deloitte Tax recognized that the amounts due for the November 2006 monthly period included fees for services rendered after November 21, 2006.

12. By the Final Application, Deloitte Tax applies to this Court with respect to the Compensation Period for; (i) final allowance and payment, to the extent not already paid, of professional fees of $753,595.20 rendered by Deloitte Tax as Advisors and Consultants to the

Debtors in this case, representing 100% of the professional fees earned and (ii) final allowance and reimbursement, to the extent not already reimbursed, of $34,583.40, representing 100% of the expenses incurred by Deloitte Tax.

13. Attached hereto as **Exhibit A-1** is a summary of time by individual for the Second Application Period. Also attached hereto as **Exhibit A-2** is a summary of time by the individual for the Compensation Period.

14. Attached hereto as **Exhibit B** is a narrative description of the services rendered in the Second Application Period and the Compensation Period.

15. Attached hereto as **Exhibit C-1** is a summary of the time by project category incurred during the Second Application Period. Also attached hereto as **Exhibit C-2** is a summary of the time by project category incurred during the Compensation Period.

16. Attached hereto as **Exhibit D** are the time details indicating the date, responsible individual, project category and time charged for the Second Application Period.

17. Attached hereto as **Exhibit E** are the expenses incurred by Deloitte Tax for the Second Application Period.[4]

18. All professional services for which compensation is being sought in the Second Application were performed solely for and on behalf of the Debtors.

19. Some services incidental to the tasks to be performed by Deloitte Tax in these Chapter 11 cases may be performed by personnel employed by or associated with affiliates of Deloitte Tax, including Deloitte Financial Advisory Services LLP. The fees and expenses with respect to such services, if any, will be included in the fee applications of Deloitte Tax.

---

[4] The time and expense detail for the first application period, May 29, 2006 through September 20, 2006, have been previously filed with the Court.

Deloitte Tax has no agreement to share its revenues from the services for which it has been retained with any nonaffiliated entity.

WHEREFORE, Deloitte Tax requests that this Court (i) with respect to the Second Application Period, enter an Order awarding Deloitte Tax fees in the amount of $237,843.50 as requested on the (2) monthly statements for the period from October 1, 2006, through November 21, 2006, and expenses of $13,051.53 for a total amount of $250,895.03 in connection with services rendered to the Debtors for the period from October 1, 2006, through November 21, 2006, (ii) with respect to the Final Application and the Compensation Period, enter an Order awarding Deloitte Tax fees in the amount of $753,595.20 and expenses in the amount of $34,583.40 and (ii) grant such other relief as is just and necessary.

Respectfully submitted,

Deloitte Tax LLP

BY _____

Stephen J. Burke
Partner

Sworn to and subscribed before me,
this 19th day of January, 2007.