**Winn-Dixie Stores, Inc. et al.**
**Chapter 11 Case 05-03817-3F1**
**Deloitte Tax LLP**
**Second Interim Fee Application**
**October 01, 2006 - November 21, 2006**
**Exhibit A -1 - Summary by Individual**

| Names of Professionals / Paraprofessionals [1] | Rates | | Hours | Total | |
|---|---|---|---|---|---|
| **Partner/Principal** | | | | | |
| Burke, Stephen | $ | 560.00 | 48.1 | $ | 26,936.00 |
| Burke, Stephen -- Travel Time | $ | 280.00 | 4.0 | $ | 1,120.00 |
| Collins, B. | $ | 600.00 | 29.5 | $ | 17,700.00 |
| Collins, B. -- Travel Time | $ | 300.00 | 2.5 | $ | 750.00 |
| Walker, Deborah | $ | 600.00 | 2.5 | $ | 1,500.00 |
| Kilinskis, Robert | $ | 600.00 | 1.0 | $ | 600.00 |
| | | | | | |
| **Director** | | | | | |
| Nelson, George | $ | 600.00 | 1.5 | $ | 900.00 |
| Kelly, Thomas J | $ | 600.00 | 0.4 | $ | 240.00 |
| Thompson, Michael | $ | 560.00 | 1.0 | $ | 560.00 |
| | | | | | |
| **Senior Manager** | | | | | |
| Gareau, M. | $ | 480.00 | 22.3 | $ | 10,704.00 |
| Gareau, M.--Travel Time | $ | 240.00 | 7.0 | $ | 1,680.00 |
| Harrison, Stephen C | $ | 475.00 | 85.2 | $ | 40,470.00 |
| Harrison, Stephen C -- Travel Time | $ | 237.50 | 16.0 | $ | 3,800.00 |
| Hakerem, Jason J | $ | 475.00 | 0.3 | $ | 142.50 |
| | | | | | |
| **Manager** | | | | | |
| Pearson, Clint O. | $ | 390.00 | 121.0 | $ | 47,170.50 |
| Kukoyi, Olayinka | $ | 390.00 | 134.5 | $ | 52,455.00 |
| Kukoyi, Olayinka--Travel Time | $ | 195.00 | 8.5 | $ | 1,657.50 |
| | | | | | |
| **Senior** | | | | | |
| Rhone, James Oneal | $ | 260.00 | 2.0 | $ | 520.00 |
| | | | | | |
| **Staff** | | | | | |
| Jessica Smith | $ | 210.00 | 1.3 | $ | 273.00 |
| Pallepogu, Sreekanth Azariah John. | $ | 210.00 | 17.0 | $ | 3,570.00 |
| Sonenshine, Stephen | $ | 210.00 | 92.9 | $ | 19,509.00 |
| Sonenshine, Stephen--Travel Time | $ | 105.00 | 6.0 | $ | 630.00 |
| Sue Mei | $ | 210.00 | 4.1 | $ | 861.00 |
| | | | 608.6 | $ | 233,748.50 |

Total Expenses (10/01/06 - 11/21/06)                                $    13,051.53

**Total Due**                                                          $    246,800.03

(1) In the event of promotion during the period encompassed by this monthly statement, an individual may be listed under multiple groupings above.

**Winn-Dixie Stores, Inc. et al.**
**Chapter 11 Case 05-03817-3F1**
**Deloitte Tax LLP**
**Second Interim Fee Application**
**May 29, 2006 - November 21, 2006**
**Exhibit A -2 - Summary by Individual**

| Names of Professionals / Paraprofessionals [1] | Rates | Hours | Total |
|---|---|---|---|
| **Partner/Principal** | | | |
| Burke, Stephen | $ 560.00 | 181.3 | $ 101,528.00 |
| Burke, Stephen -- Travel Time | $ 280.00 | 17.5 | $ 4,900.00 |
| Collins, B. | $ 600.00 | 206.3 | $ 123,780.00 |
| Collins, B. -- Travel Time | $ 300.00 | 2.5 | $ 750.00 |
| Barton, Christoper | $ 600.00 | 2.0 | $ 1,200.00 |
| Fisher, Mark S | $ 600.00 | 0.7 | $ 420.00 |
| Walker, Deborah | $ 600.00 | 3.0 | $ 1,800.00 |
| Kilinskis, Robert | $ 600.00 | 4.0 | $ 2,400.00 |
| Kushner, Jonathan M | $ 600.00 | 0.4 | $ 240.00 |
| Penico, Victor | $ 600.00 | 2.0 | $ 1,200.00 |
| | | | |
| **Director** | | | |
| Nelson, George | $ 600.00 | 29.4 | $ 17,640.00 |
| Kelly, Thomas J | $ 600.00 | 0.4 | $ 240.00 |
| Thompson, Michael | $ 560.00 | 1.0 | $ 560.00 |
| | | | |
| **Senior Manager** | | | |
| Gareau, M. | $ 390.00 | 162.2 | $ 63,258.00 |
| Gareau, M | $ 480.00 | 65.1 | $ 31,248.00 |
| Gareau, M.--Travel Time | $ 195.00 | 3.0 | $ 585.00 |
| Gareau, M.--Travel Time | $ 240.00 | 7.0 | $ 1,680.00 |
| Harrison, Stephen C | $ 475.00 | 111.4 | $ 52,915.00 |
| Harrison, Stephen C -- Travel Time | $ 237.50 | 16.0 | $ 3,800.00 |
| Hakerem, Jason J | $ 475.00 | 0.3 | $ 142.50 |
| Kelly, Thomas J | $ 480.00 | 0.5 | $ 240.00 |
| Spatoliatore, Lucian V | $ 480.00 | 0.5 | $ 240.00 |
| Forrest, Jonathan I | $ 480.00 | 7.5 | $ 3,600.00 |
| Barth, Stephanie M | $ 475.00 | 1.9 | $ 902.50 |
| | | | |
| **Manager** | | | |
| Pearson, Clint O. | $ 390.00 | 121.0 | $ 47,170.50 |
| Kukoyi, Olayinka | $ 390.00 | 616.6 | $ 240,485.70 |
| Kukoyi, Olayinka--Travel Time | $ 195.00 | 16.5 | $ 3,217.50 |

**Winn-Dixie Stores, Inc. et al.**
**Chapter 11 Case 05-03817-3F1**
**Deloitte Tax LLP**
**Second Interim Fee Application**
**May 29, 2006 - November 21, 2006**
**Exhibit A -2 - Summary by Individual**

| Names of Professionals / Paraprofessionals [1] | Rates | | Hours | Total | |
|---|---|---|---|---|---|
| **Senior** | | | | | |
| Rhone, James Oneal | $ | 260.00 | 3.7 | $ | 962.00 |
| Cohan, Rick | $ | 260.00 | 14.3 | $ | 3,718.00 |
| | | | | | |
| **Staff** | | | | | |
| Farcas, Daniela | $ | 210.00 | 4.0 | $ | 840.00 |
| Jessica Smith | $ | 210.00 | 1.3 | $ | 273.00 |
| Pallepogu, Sreekanth Azariah John. | $ | 210.00 | 35.0 | $ | 7,350.00 |
| Sonenshine, Stephen | $ | 210.00 | 114.1 | $ | 23,961.00 |
| Sonenshine, Stephen--Travel Time | $ | 105.00 | 6.0 | $ | 630.00 |
| Sue Mei | $ | 210.00 | 5.2 | $ | 1,092.00 |
| | | | | | |
| **Intern** | | | | | |
| Hammond, Nathan | $ | 190.00 | 12.7 | $ | 2,413.00 |
| Leah Price | $ | 190.00 | 11.2 | $ | 2,128.00 |
| | | | 1787.5 | $ | 749,509.70 |
| | | | | | |
| Total Expenses (05/29/06 - 11/21/06) | | | | $ | 34,583.40 |
| | | | | | |
| **Total Due** | | | | $ | 784,093.10 |

(1) In the event of promotion during the period encompassed by this monthly statement, an individual may be listed under multiple groupings above.

**Winn – Dixie Stores Inc. et al.**
**Chapter 11 Case 05-03817-3F**
**Deloitte Tax LLP ("Deloitte Tax")**
**Second Interim and Final Fee Application**
**May 29, 2006 - November 21, 2006**
**Exhibit B – Narrative Description of Professional Services**

I.    **Bankruptcy related tax consulting:**
Included in this category is time associated with several Emergence Tax
Services in connection with Winn-Dixie's Chapter 11 proceeding described
below:

    a.    **Assistance with the Coordination and Management of Bankruptcy
Emergence:**
Included in this category is time associated with Deloitte Tax assisting
Winn-Dixie's tax department with the overall coordination and
management of the bankruptcy emergence process including tax
bankruptcy workplan evaluation, management and execution.

    b.    **Assistance in Tax Determination of Cancellation of Indebtedness
Income:**
Included in this category is time associated with Deloitte Tax assisting
in Winn-Dixie's determination of the likely amount of cancellation of
indebtedness income and assisting Winn-Dixie in its determination of
the effect of tax attribute reduction (for federal and state purposes)
under the bankruptcy exclusion under §108 of the Internal Revenue
Code and applicable state tax laws giving consideration to various
elections that may be beneficial for Winn-Dixie

    c.    **Assistance in Tax Determination of Ownership Change:**
Included in this category is time associated with Deloitte Tax assisting
Winn-Dixie in its determination of whether an ownership change,
within the meaning of §382 of the Internal Revenue Code, will occur
as a result of the proposed plan of reorganization and assisting Winn-
Dixie in its determination of whether Winn-Dixie would potentially
qualify for and benefit from the special bankruptcy exceptions
contained in §382(1)(5) and (1)(6) and applicable state tax laws

    d.    **Evaluation of Tax Basis in Subsidiary Stock:**
Included in this category is time associated with Deloitte Tax assisting
Winn-Dixie in its evaluation of the tax basis in subsidiary stock under
applicable consolidated return regulations and, if there is an excess
loss account (i.e., negative tax basis) with respect to the stock of any
subsidiary, providing tax consulting to Winn-Dixie regarding methods
it may employ to minimize the income recognition related thereto

**Winn – Dixie Stores Inc. et al.**
**Chapter 11 Case 05-03817-3F**
**Deloitte Tax LLP ("Deloitte Tax")**
**Second Interim and Final Fee Application**
**May 29, 2006 – November 21, 2006**
**Exhibit B – Narrative Description of Professional Services**

  e. <u>Assistance in Tax Treatment of Post-Petition Interest and</u>
    <u>Reorganization Costs:</u>
    Included in this category is time associated with Deloitte Tax advising
    Winn-Dixie in its effort to determine the tax treatment of post-petition
    interest and reorganization costs

  f. <u>Preparation and Documentation of Tax Analysis and Opinions:</u>
    Included in this category is time associated with Deloitte Tax
    documenting, as appropriate, the tax analysis, opinions,
    recommendations, conclusions, and correspondence for any tax issue
    or other tax matter

**II.** <u>Fresh start accounting and resulting tax reporting:</u>
Included in this category is time associated with Deloitte Tax providing tax
consulting in connection with Winn-Dixie's fresh start accounting and Winn-
Dixie's determination of the tax impacts and resulting tax reporting
requirements of restructuring the business operations, settlements of pre-
petition claims, treatment of intercompany balances, asset dispositions,
damages relating to rejected leases or other contracts, pending litigation or
disputed claims, reduction in tax attributes and resulting deferred taxes,
determination of the availability, limitations, and preservation of tax attributes
(such as net operating losses, tax credits and tax basis).

**III.** <u>Fees relating to retention application and order:</u>
Included in this category is time associated with Deloitte Tax's filing of the
retention documents submitted to the Bankruptcy Court in order to be engaged
to perform Winn-Dixie's Emergence Tax Services.

**IV.** <u>Fees relating to monthly and interim fee applications:</u>
Included in this category is time associated with Deloitte Tax's efforts to
prepare and comply with Court requirements concerning the recording,
categorization, summarization, review, and reconciliation of hours worked
and incurred in this Chapter 11 proceeding and prepare related Court filings.