**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**NOTICE OF FILING**

       Winn-Dixie Stores, Inc. and its subsidiaries and affiliates, as reorganized debtors, give notice of filing the attached Final Application of Deloitte Consulting LLP as Consultants to the Debtors for Allowance of Fees and Expenses for the period from May 16, 2005 through January 31, 2006.

Dated:  January 19, 2007

SKADDEN, ARPS, SLATE, MEAGHER           SMITH HULSEY & BUSEY
& FLOM LLP


By     *s/ D. J. Baker*                    By     *s/ Cynthia C. Jackson*
     D. J. Baker                           Stephen D. Busey
     Sally McDonald Henry                  James H. Post
     Rosalie Walker Gray                   Cynthia C. Jackson (FBN 498882)

Four Times Square                          225 Water Street, Suite 1800
New York, New York 10036                   Jacksonville, Florida  32202
(212) 735-3000                             (904) 359-7700
(917) 777-2150 (facsimile)                 (904) 359-7708 (facsimile)
djbaker@skadden.com                        cjackson@smithhulsey.com

Co-Counsel for Reorganized Debtors         Co-Counsel for Reorganized Debtors

00554868

**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 Case |
|  | ) |  |
| WINN-DIXIE STORES, INC., et al.[1], | ) | Case No. 05-03817-3F1 |
|  | ) |  |
| Debtors. | ) |  |
|  | ) |  |

**SUMMARY FOR THE FINAL APPLICATION**
**OF DELOITTE CONSULTING LLP AS CONSULTANTS TO THE DEBTORS**
**FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF**
**EXPENSES FOR THE PERIOD**
**MAY 16, 2005 THROUGH JANUARY 31, 2006**

| | |
|---|---|
| NAME OF APPLICANT: | Deloitte Consulting LLP |
| ROLE IN THE CASE: | Consultants to the Debtors |

| | | |
|---|---|---|
| Fees Previously Requested in the First Interim Fee Application | $ | 185,867.30 |
| Fees Previously Requested in the Second Interim Fee Application | $ | 1,861,795.10 |
| Fees Previously Requested in the Third Interim Fee Application | $ | 1,327,337.60 |
| Total Fees Previously Requested via Interim Fee Applications | $ | 3,375,000.00 |
| | | |
| Expenses Previously Requested in the First Interim Fee Application | $ | 21,533.00 |
| Expenses Previously Requested in the Second Interim Fee Application | $ | 225,828.00 |
| Expenses Previously Requested in the Third Interim Fee Application | $ | 145,992.00 |
| Total Expenses Previously Requested via Interim Fee Applications | $ | 393,353.00 |
| | | |
| Total Fees and Expenses Requested ----------------------------------------- | $ | 3,768,353.00 |
| | | |
| Total Fees and Expenses Previously Paid Pursuant to Monthly and Interim Fee Procedures ------------------------------------------------------- | $ | 3,768,353.00 |

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases:  Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

**WINN-DIXIE STORES, INC., <u>et al.</u>,**

**Debtors[1]**

**Chapter 11
Case No.  05-03817-3F1**

## FINAL FEE APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES OF DELOITTE CONSULTING LLP AS CONSULTANTS TO THE DEBTORS FOR THE PERIOD FROM <u>MAY 16, 2005 THROUGH JANUARY 31, 2006</u>

TO:    THE HONORABLE JERRY A. FUNK
       UNITED STATES BANKRUPTCY JUDGE

Deloitte Consulting LLP ("Deloitte Consulting") hereby applies to this Court for Allowance of Fees and Expenses of Deloitte Consulting as Consultants to the Winn-Dixie Stores, Inc., et al. (the "Debtor"), for the period from May 16, 2005 through January 31, 2006, pursuant to §§11 U.S.C. 330 and 331, Fed.R.Bankr Pro 2016.  In support of this Application, Deloitte Consulting states:

### <u>Background</u>

1.    On February 21, 2005, the Debtor filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code 11 U.S.C. §§101-1330 as amended (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of New York (the "New York Court").  By Order dated April 13, 2005, the New

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases:  Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

York Court transferred venue of these cases to this Court.  Any orders entered by the New York Court remain in full force and effect before this Court, unless otherwise ordered by this Court.  These cases are jointly administered for procedural purposes only.

2.      The Debtor continues to manage and operate their business as debtor-in-possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code.

3.      On March 1, 2005, an official committee of unsecured creditors (the "Creditors Committee) was appointed to serve in these cases pursuant to Bankruptcy Code section 1103.

4.      On May 27, 2005, Debtor counsel filed an application for authority to employ Deloitte Consulting as Consultants to the Debtor.

5.      On June 16, 2005, the Court authorized the employment of Deloitte Consulting as Consultants to the Debtor <u>nunc</u> <u>pro</u> <u>tunc</u> to May 16, 2005.

6.      Under §§ 330 and 331 of the Bankruptcy Code, Deloitte Consulting is entitled to "reasonable compensation for actual, necessary services" and reimbursement for actual and necessary expenses.

7.      Deloitte Consulting has provided professional services to the Debtor from May 16, 2005 through January 31, 2006.

8.      Pursuant to the *Final Order Approving Interim Compensation Procedures For Professionals*, Deloitte Consulting filed three (3) interim applications for the period from May 16, 2005 through January 31, 2006 requesting a total of $3,375,000.00 in professional fees and $393,353.00 in expenses.

9.      Of the $3,375,000.00 in professional fees for the period of May 16, 2005 through January 31, 2006, 100% of these fees have been approved for payment via the

monthly review process and interim fee application process.  Of this $3,375,000.00 in professional fees, 100% of this amount has been invoiced and collected by Deloitte Consulting.  All payments and allowances noted above are subject to final determination and settlement by this Court;

10.     Of the $393,353.00 in expenses for the period of May 16, 2005 through January 31, 2006, 100% of these expenses have been approved for payment via the monthly review process and interim fee application process.  Of this $393,353.00 in expenses incurred, 100% of this amount has been invoiced and collected by Deloitte Consulting.

11.     Attached hereto as **Exhibit A** is a summary of total fees, total fee adjustments, and total expenses for the period covered by this application.

12.     Attached hereto as **Exhibit B** is a summary of time and fees by individual for the period covered by this application.

13.     Attached hereto as **Exhibit C** is a narrative description of the services rendered in the period covered by this application.

14.     Attached hereto as **Exhibit D** is a summary of the time by matter category for the period covered by this application.

15.     Attached hereto as **Exhibit E** is a summary of the expenses incurred by Deloitte Consulting for the period covered by the application.

16.     Time and expense detail for the services described herein have been previously filed with the Court and are not included in this final application.

17.     All professional services for which compensation is being sought in this application were performed solely for and on behalf of the Debtor.

18.    Some services incidental to the tasks to be performed by Deloitte Consulting in these Chapter 11 cases have been performed by personnel employed by or associated with affiliates of Deloitte Consulting, including Deloitte Financial Advisory Services LLP.  The fees and expenses with respect to such services are included in the fee applications of Deloitte Consulting.  Deloitte Consulting has no agreement to share its revenues from the services for which it has been retained with any nonaffiliated entity.

WHEREFORE, Deloitte Consulting requests that this Court (i) enter an Order awarding Deloitte Consulting fees in the amount of $3,375,000.00 and expenses of $393,353.00 for a total amount of $3,768,353.00 in connection with services rendered to the Debtor for the period from May 16, 2005 through January 31, 2006, and (ii) grant such other relief as is just and necessary.

Dated: January 18, 2007

Deloitte Consulting LLP

BY  Anthony D. Forcum/s

Anthony D. Forcum
Principal

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case 05-03817-3F1**
**Deloitte Consulting LLP**
**Final Application**
**(05/16/05 - 01/31/06)**
**Exhibit A - Application Summary**

| | | |
|---|---|---|
| Total Fees | $ | 3,437,771.20 |
| *Adjustment to fees pursuant to previously agreed upon cap* | *$* | *(62,771.20)* |
| Adjusted Fees | $ | 3,375,000.00 |
| Total Expenses | $ | 393,353.00 |
| **Total Due** | **$** | **3,768,353.00** |

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case 05-03817-3F1**
**Deloitte Consulting LLP**
**Final Application**
**(05/16/05 - 01/31/06)**
**Exhibit B - Time By Professional**

| Names Of Professionals/<br>Paraprofessionals[1] | Rates | Hours | Total |
|---|---|---|---|
| **Principal** | | | |
| Forcum, Anthony D | $ 530.00 | 11.4 | $ 6,042.00 |
| **Director** | | | |
| Bearse, Scott F | $ 476.00 | 69.9 | $ 33,272.40 |
| Gallese, Victor J | $ 476.00 | 27.9 | $ 13,280.40 |
| **Sr. Manager** | | | |
| Gallese, Victor J | $ 400.00 | 320.7 | $ 128,280.00 |
| Gallese, Victor J | $ 425.00 | 149.3 | $ 63,452.50 |
| Tierney, Christopher J | $ 400.00 | 14.1 | $ 5,640.00 |
| **Manager** | | | |
| Maynard, Nicholas W | $ 360.00 | 519.2 | $ 186,912.00 |
| Maynard, Nicholas W | $ 380.00 | 596.7 | $ 226,746.00 |
| Nadkarni, Shrikedar S | $ 360.00 | 320.7 | $ 115,452.00 |
| Page, Kristi D | $ 360.00 | 556.8 | $ 200,448.00 |
| Page, Kristi D | $ 380.00 | 515.3 | $ 195,814.00 |
| Peterson, John D G | $ 360.00 | 325.3 | $ 117,108.00 |
| **Sr. Consultant** | | | |
| Barrenechea, Ricardo | $ 291.00 | 966.9 | $ 281,367.90 |
| Fleming, L Michael | $ 291.00 | 114.6 | $ 33,348.60 |
| Heimanson, Andrea M | $ 280.00 | 144.8 | $ 40,544.00 |
| Himlova, Martina | $ 280.00 | 750.6 | $ 210,168.00 |
| Meier, Danielle R | $ 291.00 | 905.8 | $ 263,587.80 |
| Nadkarni, Shrikedar S | $ 291.00 | 465.3 | $ 135,402.30 |
| Sexton, Scott William | $ 280.00 | 411.5 | $ 115,220.00 |
| Stanton, Elizabeth E | $ 291.00 | 1,032.1 | $ 300,341.10 |
| **Consultant** | | | |
| Arnold, Christopher A | $ 186.00 | 382.5 | $ 71,145.00 |
| Arnold, Christopher A | $ 210.00 | 613.1 | $ 128,751.00 |
| Cole, John Leland | $ 175.00 | 616.9 | $ 107,957.50 |
| Frenzel, Michael Dossin | $ 175.00 | 1,163.7 | $ 203,647.50 |
| Heimanson, Andrea M | $ 186.00 | 535.7 | $ 99,640.20 |
| Kendall, Andrea | $ 210.00 | 734.3 | $ 154,203.00 |
| | | **12,265.1** | **$ 3,437,771.20** |

(1) During the pendancy of this case, the rates of certain professionals increased due to level of experience and/or promotion. In such instances, these individuals may be listed above more than once. Deloitte Consulting LLP has purposefully presented the data in this way so that reviewers have visibility to the specific portion of hours at each rate.

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case 05-03817-3F1**
**Deloitte Consulting LLP**
**Final Application**
**(05/16/05 - 01/31/06)**
**Exhibit C - Category Narratives**

**Planning, Supervision, Administration, and Review**:

–    Included in this category is time associated with Deloitte Consulting conducting activities related to the organization and execution of the engagement, including project overview and review time of Deloitte Consulting's project management and quality assurance personnel.

**Prep/Participation in Meetings/Conference Calls with Debtor Personnel**:

–    Included in this category is time associated with Deloitte Consulting preparing for and attending meetings and conference calls with Debtors' personnel, including the preparation and review of discussion documents and other deliverables provided to Debtors' personnel.  In addition, Deloitte Consulting held regular meetings with Debtors' project sponsors and project team members as well as Debtors' functional area experts including Field Leadership, Central Procurement, Human Resources, Training, and Operations Services.  The purposes of the meetings/discussions were to provide /discuss project updates, provide proactive project management, resolve project timing/staffing/implementation issues, and to confirm or revise current project activities and deliverables as required and agreed upon.

**Store Pilot Program Materials Development**:

–    Included in this category is time associated with Deloitte Consulting's assistance with the development of store-based training programs for the eight Winn-Dixie pilot implementation stores (#2, #6, #25, #40, #80, #103, #138, #190).  These training programs include materials related to initiatives in the areas of backroom organization, grocery and general merchandise ordering, stocking productivity, direct store delivery controls, perishable shrink, and front-end customer service, cashiering and cash office improvements.  Materials developed by Deloitte Consulting include Project Sponsor, District Manager, Store Director, and Field Training Team program binders containing detailed program initiative overviews, store-based training, trainer support documentation, program initiative tools, and pilot implementation logistics, including training schedules, resource requirements, roles and expectations, certification guidelines, and key performance indicator tracking.

**Store Process Redesign:**
–    Included in this category is time associated with Deloitte Consulting's assistance with the Debtors' documentation and re-design of current store processes in the areas of front-end customer service, cashiering, and cash office as well as in the areas of perishable department loss tracking, perishable production planning, direct store delivery controls, backroom organization and inventory, grocery and general merchandise ordering, and stocking productivity.  Documentation and re-design activities include in-store process observation and review, process variation identification, incorporation of supermarket industry best practices, Debtors' subject matter expert review and feedback, and in-store testing and refinement.

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case 05-03817-3F1**
**Deloitte Consulting LLP**
**Final Application**
**(05/16/05 - 01/31/06)**
**Exhibit C - Category Narratives**

**Preparation of Fee/Expense Applications**:

–      Included in this category is time associated with Deloitte Consulting's efforts to prepare for and comply with Court requirements concerning the recording, categorization, summarization, review, and reconciliation of hours worked and expenses incurred in this Chapter 11 proceeding and prepare related Court filings.

**Store Program Management Office**:

–      Included in this category is time associated with Deloitte Consulting's assistance with the management and supervision of the pilot store program materials development, roll-out program materials development, store process redesign, store train-the-trainer training development, pilot stores implementation planning and execution, and chain-wide roll-out planning and execution.  Deloitte Consulting developed a project workplan, daily/weekly project work steps, and communication protocols to coordinate deployment of personnel project resources.  Deloitte Consulting reviewed and tracked project milestones, program scope, and overall project timeline and budget.

–      Deloitte Consulting also regularly updated the project workplan, timeline, budget and milestones to account for Debtor adjustments to project timing, resources and scope.  Deloitte Consulting analyzed, reviewed, and reported on the key performance indicators for the Pilot, Wave One, and succeeding implementation waves (collectively referred to as "Jumpstart") including the development of executive level briefings documents.  Deloitte Consulting coordinated follow-up trainer visits in Pilot, Wave One, and succeeding implementation waves to ensure program sustainability.

**Store Program Training**:

–      Included in this category is time associated with Deloitte Consulting's assistance with operational improvement clinic training, follow-up training, and post-wave re-training.  Deloitte Consulting trained key personnel in each Jumpstart store including the Store Director, Co-Managers, Perishable Department Managers, Front-End Manager, Inventory Control Manager, In-store Coordinator, Stocking Associates, and other key store associates.  Deloitte Consulting trained key store personnel on back-end programs that included backroom reorganization, non-perishable ordering, perishable department shrink, perishable department ordering, and direct store delivery vendor management.  Deloitte Consulting also trained key store personnel on front-end programs that included front-end improvements, cashier processes and behaviors, cashier performance management, and front-end roles and responsibilities.

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case 05-03817-3F1**
**Deloitte Consulting LLP**
**Final Application**
**(05/16/05 - 01/31/06)**
**Exhibit C - Category Narratives**

**Store Roll-Out Management Office**:

–      Included in this category is time associated with Deloitte Consulting's assistance with the management and supervision of the wave one (32 stores) and succeeding implementation waves of Jumpstart store program training.  Deloitte Consulting managed the logistics and execution of each six week wave, periodic key performance indicator data gathering and reporting, knowledge capture and program refinement, and succeeding wave planning and preparation.  Deloitte Consulting convened nightly debrief conference call meetings with trainer resources to facilitate store progress status reporting, issue escalation, knowledge capture, program clarifications, and schedule changes.  Deloitte developed and deployed key performance indicator scorecards and managed the collection of store-level key performance indicator data.

**Store Pilot Management Office**:

–      Included in this category is time associated with Deloitte Consulting's assistance with the management and supervision of the Pilot stores (9 stores) implementation of Jumpstart store program training.  Deloitte Consulting managed the logistics and execution of the Pilot wave, key performance indicator data gathering and reporting, and knowledge capture and program refinement.  Deloitte Consulting convened nightly debrief conference call meetings with trainer resources to facilitate store progress status reporting, issue escalation, knowledge capture, program clarifications, and schedule changes.  Deloitte developed and deployed key performance indicator Pilot store scorecards and managed the collection of Pilot store-level key performance indicator data.

**Store Roll-Out Program Materials Development**:

–      Included in this category is time associated with Deloitte Consulting's assistance with the development, review, revision, and production of store-based training programs for Wave One and succeeding Winn-Dixie implementation wave stores.  These training programs include materials related to initiatives in the areas of backroom organization, grocery and general merchandise ordering, perishable department ordering, stocking productivity, direct store delivery controls, perishable department shrink, and front-end customer service, cashiering and cash office improvements.  Materials developed by Deloitte Consulting include Project Sponsor, District Manager, Store Director, and Field Training Team program binders containing detailed program initiative overviews, store-based training materials, trainer support documentation, program initiative tools, and wave one and succeeding implementation wave logistics, including training schedules, resource requirements, roles and expectations, certification guidelines, and key performance indicator tracking.

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case 05-03817-3F1**
**Deloitte Consulting LLP**
**Final Application**
**(05/16/05 - 01/31/06)**
**Exhibit C - Category Narratives**

**Store Trainer Training**:

–      Included in this category is time associated with Deloitte Consulting's assistance with the training of Winn-Dixie and Deloitte supplemental training resources on the specific programs associated with Jumpstart.  Deloitte Consulting conducted in-store hands-on trainer training in the areas of backroom organization, grocery and general merchandise ordering, perishable department ordering, stocking productivity, direct store delivery controls, perishable department shrink, and front-end customer service, cashiering and cash office improvements.

**Meeting with Professionals re: Case Status and Developing Strategy**:

–      Included in this category is time associated with Deloitte Consulting conducting activities related to management review of case status, project workplans, resource deployment, and progress against key milestones and deliverables.

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case 05-03817-3F1**
**Deloitte Consulting LLP**
**Final Application**
**(05/16/05 - 01/31/06)**
**Exhibit D - Time By Category**

| Category Description | Hours |
|---|---|
| Meeting with Professionals re: Case Status and Developing Strategy | 46.7 |
| Planning, Supervision, Administration, and Review | 57.0 |
| Prep/Participation in Meetings/Conf Calls with Debtor Personnel | 1,033.0 |
| Preparation of Fee/Expense Applications | 422.6 |
| Store Pilot Management Office | 856.7 |
| Store Pilot Program Materials Development | 363.4 |
| Store Process Redesign | 126.0 |
| Store Program Management Office (PMO) | 1,748.4 |
| Store Program Training | 3,284.3 |
| Store Roll-Out Management Office | 2,992.7 |
| Store Roll-Out Program Materials Development | 1,109.1 |
| Store Trainer Training | 225.2 |
| **Grand Total** | **12,265.1** |

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case 05-03817-3F1**
**Deloitte Consulting LLP**
**Final Application**
**(05/16/05 - 01/31/06)**
**Exhibit E - Expenses**

| Category | | Amount |
|---|---|---|
| Accommodations | $ | 149,341.00 |
| Airfare | $ | 130,701.00 |
| Car Rental | $ | 51,902.00 |
| Meals | $ | 34,241.00 |
| Mileage and Tolls | $ | 967.00 |
| Other | $ | 1,891.00 |
| Parking | $ | 9,233.00 |
| Taxi & Public Transit | $ | 11,938.00 |
| Telephone & Cell Charges | $ | 3,139.00 |
| | | |
| Total | $ | 393,353.00 |