**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
__**JACKSONVILLE DIVISION**__

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

__**NOTICE OF FILING**__

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates, as reorganized debtors, give notice of filing the attached Fourth Interim and Final Application of Deloitte & Touche LLP for Allowance of Fees and Expenses for the period from November 14, 2005 through November 21, 2006.

Dated:  January 19, 2007

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By  ___*s/ D. J. Baker*___
    D. J. Baker
    Sally McDonald Henry
    Rosalie Walker Gray

Four Times Square
New York, New York 10036
(212) 735-3000
(917) 777-2150 (facsimile)
djbaker@skadden.com

Co-Counsel for Reorganized Debtors

SMITH HULSEY & BUSEY

By  ___*s/ Cynthia C. Jackson*___
    Stephen D. Busey
    James H. Post
    Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Reorganized Debtors

00554868

**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| | ) | |
| In re | ) | Chapter 11 Case |
| | ) | |
| WINN-DIXIE STORES, INC., et al.[1], | ) | Case No. 05-03817-3F1 |
| | ) | |
| Debtors. | ) | |
| | ) | |

**SUMMARY FOR THE FOURTH INTERIM AND FINAL FEE APPLICATION
OF DELOITTE & TOUCHE LLP TO PROVIDE RISK ASSESSMENT,
QUALITY ASSESSMENT, AND JOURNAL ENTRY TESTING SERVICES
TO THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF
NOVEMBER 14, 2005 THROUGH NOVEMBER 21, 2006**

NAME OF APPLICANT:      Deloitte & Touche LLP
ROLE IN THE CASE:       Risk Assessment, Quality Assessment, and Journal Entry Testing
                        Services to the Debtors

| | | |
|---|---|---|
| Fees Previously Requested in the First Interim Fee Application | $ | 89,682.00 |
| Fees Previously Requested in the Second Interim Fee Application | $ | 57,784.25 |
| Fees Previously Requested in the Third Interim Fee Application | $ | 4,566.00 |
| Fees Requested in the Fourth Interim Fee Application | $ | 1,417.50 |
| Total Fees Requested via Interim Fee Applications | $ | 153,449.75 |

| | | |
|---|---|---|
| Expenses Previously Requested in the First Interim Fee Application | $ | 3,859.46 |
| Expenses Previously Requested in the Second Interim Fee Application | $ | 2,331.52 |
| Expenses Previously Requested in the Third Interim Fee Application | $ | 0.00 |
| Expenses Requested in the Fourth Interim Fee Application | $ | 0.00 |
| Total Expenses Requested via Interim Fee Applications | $ | 6,190.98 |

| | | |
|---|---|---|
| Total Fees and Expenses Requested ---------------------------------------- | $ | 159,640.73 |

| | | |
|---|---|---|
| Total Fees and Expenses Previously Paid Pursuant to Monthly and Interim Fee Procedures --------------------------------------------------------- | $ | 158,223.23 |

---

[1]        In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases:  Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:

**WINN-DIXIE STORES, INC., <u>et al.</u>,**

**Debtors[1]**

Chapter 11
Case No.  05-03817-3F1

## FOURTH INTERIM AND FINAL FEE APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES OF DELOITTE & TOUCHE LLP TO PROVIDE RISK ASSESSMENT, QUALITY ASSESSMENT, AND JOURNAL ENTRY TESTING SERVICES TO THE DEBTORS FOR THE PERIOD FROM <u>NOVEMBER 14, 2005 THROUGH NOVEMBER 21, 2006</u>

TO:    THE HONORABLE JERRY A. FUNK
       UNITED STATES BANKRUPTCY JUDGE

Deloitte & Touche LLP ("Deloitte & Touche") hereby applies to this Court for

Allowance of Fees and Expenses of Deloitte & Touche as providers of risk assessment,

quality assessment, and journal entry testing services to the Winn-Dixie Stores, Inc., et al.

(the "Debtors"), for the period from November 14, 2005 through November 21, 2006,

pursuant to §§11 U.S.C. 330 and 331, Fed.R.Bankr Pro 2016.  In support of this Application,

Deloitte & Touche states:

### Background

1.      On February 21, 2005, the Debtors filed voluntary petitions for reorganization

relief under chapter 11 of title 11 of the United States Code 11 U.S.C. §§101-1330 as

amended (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases:  Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks,

District of New York (the "New York Court").  By Order dated April 13, 2005, the New York Court transferred venue of these cases to this Court.  Any orders entered by the New York Court remain in full force and effect before this Court, unless otherwise ordered by this Court.  These cases are jointly administered for procedural purposes only.

2.      The Debtors continue to manage and operate their business as debtors-in-possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code.

3.      On March 1, 2005, an official committee of unsecured creditors (the "Creditors Committee) was appointed to serve in these cases pursuant to Bankruptcy Code section 1103.

4.      On November 10, 2005, Debtor counsel filed an application for authority to employ Deloitte & Touche as providers of risk assessment, quality assessment, and journal entry testing services to the Debtor.

5.      On December 1, 2005, the Court authorized the employment of Deloitte & Touche as providers of risk assessment, quality assessment, and journal entry testing services to the Debtor nunc pro tunc to November 14, 2005.

6.      Under §§ 330 and 331 of the Bankruptcy Code, Deloitte & Touche is entitled to "reasonable compensation for actual, necessary services" and reimbursement for actual and necessary expenses.

7.      Pursuant to the *Final Order Approving Interim Compensation Procedures For Professionals*, Deloitte and Touche filed three (3) interim applications for the period from November 14, 2005 through September 30, 2006 requesting a total of $152,032.25 in professional fees and $6,190.98.00 in expenses.

---

Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

8.      Concurrent with this final fee application, and included herein, Deloitte and Touche is filing its fourth interim fee application for the period from October 1, 2006 through November 21, 2006 requesting a total of $1,417.50 in professional fees.  Deloitte and Touche is not requesting reimbursement of expenses for this fourth interim fee application.

9.      On an aggregated basis for these four interim periods, Deloitte & Touche is requesting total fees of $153,449.75 for professional services rendered to the Debtor from November 14, 2005 through November 21, 2006.

10.     On an aggregated basis for these four interim periods, Deloitte & Touche is requesting reimbursement of $6,190.98 in total expenses incurred from November 14, 2005 through November 21, 2006.

11.     Of the $152,032.25 in professional fees for the period of November 14, 2005 through September 30, 2006, 100% of these fees have been approved for payment via the monthly review process and interim fee application process.  Of this $152,032.25 in professional fees, 100% of this amount has been invoiced and collected by Deloitte & Touche.  All payments and allowances noted above are subject to final determination and settlement by this Court;

12.     Of the $1,417.50 in professional fees for the period of October 1, 2006 through November 21, 2006, 100% of these fees remain in the mandated case review process, subject to final determination and settlement by this Court.

13.     Of the $6,190.98 in expenses for the period of November 14, 2005 through September 30, 2006, 100% of these expenses have been approved for payment via the monthly review process and interim fee application process.  Of this $6,190.98 in expenses incurred, 100% of this amount has been invoiced and collected by Deloitte & Touche.

14.     Attached hereto as **Exhibit A-1** is a summary of time by individual for the fourth interim period of October 1, 2006 through November 21, 2006.

15.     Attached hereto as **Exhibit A-2** is a summary of time by individual from the date of Deloitte & Touche's retention on November 14, 2005 through November 21, 2006.

16.     Attached hereto as **Exhibit B** is a narrative description of the services provided in this case from the date of Deloitte & Touche's retention on November 14, 2005 through November 21, 2006

17.     Attached hereto as **Exhibit C-1** is a summary of time by matter category for the fourth interim period of October 1, 2006 through November 21, 2006.

18.     Attached hereto as **Exhibit C-2** is a summary of time by matter category from the date of Deloitte & Touche's retention on November 14, 2005 through November 21, 2006.

19.     Attached hereto as **Exhibit D-1** are the time details indicating the date, responsible individual, matter category, time, rate, and fees earned for the fourth interim period of October 1, 2006 through November 21, 2006.

20.     Attached hereto as **Exhibit E** is a summary of expenses by category from the date of Deloitte & Touche's retention on November 14, 2005 through November 21, 2006.

21.     Time and expense detail for the period from the date of Deloitte & Touche's retention on November 14, 2005 through September 30, 2006 have been previously filed with the court and are not included in this final fee application.

22.     All professional services for which compensation is being sought in this application were performed solely for and on behalf of the Debtor.

23.     Some services incidental to the tasks performed by Deloitte & Touche in these Chapter 11 cases have been performed by personnel employed by or associated with affiliates of Deloitte & Touche, including Deloitte Financial Advisory Services LLP.  The fees and expenses with respect to such services, if any, are included in the fee applications of Deloitte & Touche.  Deloitte & Touche has no agreement to share its revenues from the services for which it has been retained with any nonaffiliated entity.

WHEREFORE, Deloitte & Touche requests that this Court (i) enter an Order awarding

Deloitte & Touche fees in the amount of $153,449.75 and expenses in the amount of

$6,190.98 for a total sum of $159,640.73 in connection with services rendered to the Debtor

for the period from November 14, 2005 through November 21, 2006, and (ii) grant such

other relief as is just and necessary.


Dated:  January 19, 2007


Deloitte & Touche, LLP


BY   Richard M. Serafini/s

Richard M. Serafini
Principal

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case 05-03817-3F1**
**Deloitte and Touche LLP**
**Fourth Interim and Final Fee Application**
**Exhibit A1 - Time by Professional**
**for the Period of 10/01/06 to 11/21/06**

| Names Of Professionals/ Paraprofessionals | Rates | Hours | Total |
|---|---|---|---|
| **Manager** | | | |
| Peterson, John D G | $    175.00 | 8.1    $ | 1,417.50 |
| **Total Fees** | | 8.1    $ | 1,417.50 |

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case 05-03817-3F1**
**Deloitte and Touche LLP**
**Fourth Interim and Final Fee Application**
**Exhibit A2 - Time by Professional**
**for the Period of 11/14/05 to 11/21/06**

| Names Of Professionals/<br>Paraprofessionals[1] | | Rates | Hours | | Total |
|---|---|---|---|---|---|
| **Partner/Principal** | | | | | |
| Antoine, Robert | $ | 315.00 | 93.8 | $ | 29,547.00 |
| Reid, Anthony Alan | $ | 315.00 | 2.0 | $ | 630.00 |
| Serafini, Richard M | $ | 315.00 | 140.3 | $ | 44,194.50 |
| Waelter, Anthony M | $ | 315.00 | 5.5 | $ | 1,732.50 |
| Zotti, William C | $ | 315.00 | 1.5 | $ | 472.50 |
| | | | | | |
| **Sr. Manager** | | | | | |
| Achon, Rogelio O | $ | 250.00 | 8.6 | $ | 2,150.00 |
| Clarke, Matthew J | $ | 250.00 | 15.5 | $ | 3,875.00 |
| Henchock, Steven J | $ | 250.00 | 1.5 | $ | 375.00 |
| Kay, David P | $ | 125.00 | 2.8 | $ | 350.00 |
| Kay, David P | $ | 250.00 | 92.5 | $ | 23,125.00 |
| Tierney, Christopher J | $ | 250.00 | 3.4 | $ | 850.00 |
| | | | | | |
| **Manager** | | | | | |
| Brand, David S | $ | 175.00 | 4.5 | $ | 787.50 |
| Hennigar, Robert James | $ | 175.00 | 93.2 | $ | 16,310.00 |
| Lowe, Gary Wendell | $ | 175.00 | 7.5 | $ | 1,312.50 |
| Peterson, John D G | $ | 175.00 | 65.3 | $ | 11,427.50 |
| Roebuck, Steven T | $ | 175.00 | 13.4 | $ | 2,345.00 |
| | | | | | |
| **Sr Consultant/Consultant** | | | | | |
| Dang, Brandon O'Neal | $ | 135.00 | 16.2 | $ | 2,187.00 |
| Mountjoy, Reid William | $ | 135.00 | 12.1 | $ | 1,633.50 |
| Mudaliar, Kaushal Giriraj | $ | 135.00 | 10.1 | $ | 1,363.50 |
| Seaman, Darren Carl | $ | 135.00 | 7.0 | $ | 945.00 |
| Shah, Vishal Bipin | $ | 135.00 | 58.1 | $ | 7,836.75 |
| | | | | | |
| **Total Fees** | | | 654.8 | $ | 153,449.75 |

(1)  Senior Manager David P. Kay is listed twice in the above schedule at rates of $125 and $250 an hour.  The former rate represents time associated with travel and the later rate represents time associated with professional services.

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case 05-03817-3F1**
**Deloitte and Touche LLP**
**Fourth Interim and Final Fee Application**
**Exhibit B - Category Narratives**
**for the Period of 11/14/05 to 11/21/06**

This narrative describes the major areas addressed by Deloitte and Touche LLP ("Deloitte and Touche") during the period of this application on behalf of the Debtors during these Chapter 11 proceedings:

Risk and Quality Assessment Reviews:

(Also known as "Internal Audit Risk Assessment and Quality Assessment Reviews")

Deloitte and Touche assisted the Debtors' internal auditing department in completing the annual company-wide risk assessment designed to identify and prioritize the significant financial, operational, regulatory, compliance, fraud, and information systems risks facing the Debtors. Deloitte and Touche helped analyze and review (i) the audit universe and auditable entities that have been identified by the Debtors and (ii) the risk models that have been developed by the Debtors' internal auditing department.

Deloitte and Touche assisted the Debtors' director of internal audit in developing the recommended risk-based annual internal audit plan to be presented to the Debtors' audit committee for approval. As part of the Quality Assessment of the internal audit department process, Deloitte and Touche reviewed the Debtors' internal audit procedures and criteria for identifying significant risk areas and setting audit priorities. Deloitte and Touche interviewed members of the Debtor's board audit committee and selective members of the Debtor's management team to determine overall expectations regarding the Debtors' internal audit function and its role in the organization and assessed the performance of the function in meeting those expectations. In addition, Deloitte and Touche compared the Debtors' practices to "leading practices" Deloitte and Touche has encountered in the course of serving other organizations. Exit meetings were held with the internal audit department management and a draft report was prepared.

Journal Entry Testing - Quarterly Testing and Reporting:

(Also known as "Journal Entry Testing")

This category includes initial meetings held by Deloitte and Touche personnel with internal audit department representatives.  This category also includes Deloitte and Touche effort to prepare and communicate data requests, extraction requirements, and account mapping. The category also includes entries where Deloitte and Touche personnel met with representatives of the Debtor's internal audit department and information technology department to discuss the initial data download.

Preparation of Fee/Expense Applications:

Included in this category is time associated with Deloitte and Touche's efforts to prepare for and comply with Court requirements concerning the recording, categorization, summarization, review, and reconciliation of hours worked and expenses incurred in this Chapter 11 proceeding and prepare related Court filings.

Planning, Supervision, and Review

This category includes time associated with Deloitte and Touche activities related to the organization and execution of the engagement, including project overview and review time of Deloitte project management.

Travel

This category includes time associated with Deloitte and Touche engagement personnel travelling to Winn Dixie's Corporate Offices in Jacksonville, FL.

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case 05-03817-3F1**
**Deloitte and Touche LLP**
**Fourth Interim and Final Fee Application**
**Exhibit C1 - Time by Category**
**for the Period of 10/01/06 to 11/21/06**

| Category Description | Hours |
|---|---|
| Planning, Supervision, and Review | 1.1 |
| Preparation of Fee & Expense Applications | 7.0 |
| **Total** | **8.1** |

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case 05-03817-3F1**
**Deloitte and Touche LLP**
**Fourth Interim and Final Fee Application**
**Exhibit C2 - Time by Category**
**for the Period of 11/14/05 - 11/21/06**

| Category Description | Hours |
|---|---|
| Journal Entry Testing - Quarterly Testing and Reporting | 109.1 |
| Planning, Supervision, and Review | 5.1 |
| Preparation of Fee & Expense Applications | 63.6 |
| Risk and Quality Assessment Review | 474.2 |
| Travel Time | 2.8 |
| **Total** | **654.8** |

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case 05-03817-3F1**
**Deloitte and Touche LLP**
**Fourth Interim and Final Fee Application**
**Exhibit D1 - Time Detail**
**For the Period of 10/01/06 to 11/21/06**

| Date | Name | Title | Category | Description of Activity | Hours | Rate | Total |
|------|------|-------|----------|------------------------|-------|------|-------|
| 10/02/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Updated schedule template for current statement | 0.3 | 175.00 | 52.50 |
| 10/03/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Aggregated additional DPS pull, WIN01890 expenses, for Jun-Jul-Aug expenses | 0.7 | 175.00 | 122.50 |
| 10/03/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Drafted schedules for June, July, and August monthly statements and supporting documents | 0.8 | 175.00 | 140.00 |
| 10/03/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Reviewed Pacer for 2nd Interim Order, reviewed same and provided to D.Serafini | 0.3 | 175.00 | 52.50 |
| 10/03/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Aggregated additional DPS pull, WIN01890 time, for Jun-Jul-Aug monthly statements | 1.3 | 175.00 | 227.50 |
| 10/05/06 | Peterson, John D G | Manager | Planning, Supervision, and Review | Participated in conference called with D.Serafini re: emergence and drafted email to counsel and D.Herscovitz re: Deloitte engagement teams | 0.4 | 175.00 | 70.00 |
| 10/05/06 | Peterson, John D G | Manager | Planning, Supervision, and Review | Participated in conference called with counsel and drafted update to D.Serafini re: effective date and emergence | 0.7 | 175.00 | 122.50 |
| 11/10/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Began compilation of 3rd Interim time and expense datasets, schedules, and related pleadings | 1.8 | 175.00 | 315.00 |
| 11/12/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Responded to R.Serafini email re: 3rd Interim | 0.2 | 175.00 | 35.00 |
| 11/14/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Followed up with counsel re: 3rd interim filing and drafted advisement to outside counsel re: same | 0.4 | 175.00 | 70.00 |
| 11/20/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Finalized 3rd Interim Application and forwarded same to counsel for filing and service | 0.8 | 175.00 | 140.00 |
| 11/21/06 | Peterson, John D G | Manager | Preparation of Fee & Expense Applications | Compiled 3rd interim electronic datasets for Stuart Maue; forwarded same to L.Cooper; and reviewed/commented on Skadden Notice of Hearing to K.Lamaina and R.Young | 0.4 | 175.00 | 70.00 |
| | | | | | | | |
| | | | | | 8.1 | | $    1,417.50 |

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case 05-03817-3F1**
**Deloitte and Touche LLP**
**Fourth Interim and Final Fee Application**
**Exhibit E - Expenses**
**for the Period of 11/14/05 - 11/21/06**

| Category | Amount |
|---|---|
| Accommodations | $ 957.13 |
| Airfare | $ 3,073.59 |
| Auto Rental | $ 609.78 |
| Meals | $ 476.84 |
| Mileage | $ 138.84 |
| Parking | $ 208.75 |
| Reproduction Services & Express Mail | $ 264.01 |
| Taxi & Public Transit | $ 462.04 |
| | |
| Total | $ 6,190.98 |