UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3-05-bk-3817-3F1

IN RE:

**WINN-DIXIE STORES, INC., et al.**

**Debtor(s)**

## ORDER SETTING ASIDE ORDER STRIKING SECOND AMENDED APPLICATION FOR ADMINISTRATIVE CLAIM AND STRIKING FIRST APPLICATION FOR ADMINISTRATIVE CLAIM

On January 5, 2007, the Court entered an Order Striking Second Amended Application for Administrative Claim for paper filing, filed by Eric N. Assouline on behalf of Tamara Rodriguez. Review of the file indicates that it was not a Second Amended Application but a First Application. It is

**ORDERED**:

The Order Striking Second Amended Application for Administrative Claim is set aside and the First Application for Administrative Claim filed in paper form is stricken from the record.

DATED January 16, 2007, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Eric N. Assouline, 213 E. Sheridan Street, Suite 3, Dania Beach, FL 33021

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3        User: pcathy              Page 1 of 1              Date Rcvd: Jan 17, 2007
Case: 05-03817              Form ID: pdfdoc           Total Served: 2
```

The following entities were served by first class mail on Jan 19, 2007.
aty         +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
              Jacksonville, FL 32202-4494
aty         +Eric N. Assouline,   213 E. Sheridan Street, Suite 3,   Dania Beach, FL 33004-4607

The following entities were served by electronic transmission.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 19, 2007**                    **Signature:** _Joseph Speetjens_