# SCHEDULE A

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
11/14/2006
ACCOUNT NO: 10163-021671M
STATEMENT NO:   124891

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Asset Disposition (Real Property)

| | | | HOURS | |
|---|---|---|---|---|
| 10/03/06 | CCJ | Preparation for hearing on sale of Montgomery DC for $6 million | 1.00 | 305.00 |
| 10/05/06 | BB | Preparation of motion to approve sale of Live Oak Outparcel (3.0); correspondence to Keith Daw (.3) | 3.30 | 792.00 |
| | CCJ | Preparation of motion to sell Edgewood Outparcel (.8); conference with Beau Bowin regarding same (.3) | 1.10 | 335.50 |
| | KSW | Preparation for and electronic filing and service of motion to sell Live Oak Outparcel (.8) and notice of hearing thereon (.2) | 1.00 | 130.00 |
| 10/10/06 | TLC | Service of the order approving the sale of the Montgomery Distribution Center on the master service list and other parties' interest | 2.10 | 283.50 |
| 10/25/06 | CCJ | Preparation for and representation of Debtors at hearing on motion to sell Live Oak Outparcels | 0.80 | 244.00 |
| | SDB | Preparation for and attendance at hearing on Winn-Dixie's motion to sell outparcel in Live Oak, Florida | 0.40 | 162.00 |
| | | FOR PROFESSIONAL SERVICES RENDERED | 9.70 | 2,252.00 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 0.40 | $405.00 | $162.00 |
| Cynthia C. Jackson | 2.90 | 305.00 | 884.50 |
| Beau Bowin | 3.30 | 240.00 | 792.00 |
| *Tana L. Copeland | 2.10 | 135.00 | 283.50 |
| *Kimberly S. Ward | 1.00 | 130.00 | 130.00 |
| TOTAL | 9.70 | | $2,252.00 |

TOTAL THIS STATEMENT                    $2,252.00

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

Page: 1
12/12/2006
ACCOUNT NO: 10163-021670M
STATEMENT NO:  126035

ATTN: Larry Appel, Esq.

Chapter 11 - Asset Disposition (Inventory)

|  |  | HOURS |  |
|---|---|---|---|
| 11/20/06 TLC | Review of files and docket to determine the status of responses to the Debtors' notice of intent to abandon | 0.40 | 54.00 |
|  | FOR PROFESSIONAL SERVICES RENDERED | 0.40 | 54.00 |

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| *Tana L. Copeland | 0.40 | $135.00 | $54.00 |

| TOTAL THIS STATEMENT |  | $54.00 |
|---|---|---|

*Legal Assistant

LAW OFFICES

# Smith Hulsey & Busey

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
11/14/2006
ACCOUNT NO: 10163-021672M
STATEMENT NO:   124902

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Automatic Stay (Relief Actions)

| | | | HOURS | |
|---|---|---|---|---|
| 10/02/06 | LMP | Preparation for trial in the Shaun Johnson matter and telephone call with Rob Wilcox regarding same (.5); research regarding extension of the automatic stay to actions against employees the debtor is required to indemnify (.5) | 1.00 | 260.00 |
| 10/03/06 | LMP | Correspondence with Doyle Fuller's office regarding documents requested by Winn-Dixie and further continuing the hearing on Larry Green's motion for relief from stay (.4); correspondence with Everett Brooks and Randall Morgan regarding Doyle Fuller's questions regarding additional documents requested (.3); response to correspondence from Allen Seaman regarding action filed in violation of the automatic stay (.3); analysis of stay litigation action list (.4) | 1.40 | 364.00 |
| | JHP | Telephone call and correspondence with attorney for Deryl Phillips regarding requested stay relief | 0.50 | 185.00 |
| 10/06/06 | LMP | Telephone calls with Heather Lashley and analysis regarding whether filing a lawsuit on a workers compensation claim would constitute a violation of the automatic stay (.5); correspondence from Gino Cischke regarding Deryl Phillips' request to modify the automatic stay and review and analysis of proposed motion to modify the automatic stay (.5) | 1.00 | 260.00 |
| 10/09/06 | LMP | Analysis regarding procedures for stay relief for litigation claimants after completion of the Claims Resolution Procedure, including review and analysis of motion for approval of stipulation for adequate protection cited by Judge Funk's law clerk | 1.60 | 416.00 |
| 10/10/06 | LMP | Correspondence with Brian Zinn regarding continuing the hearing on Dortha Mohundro's motion for relief from stay pending resolution of the Medicare claim and subsequent mediation of Dortha Mohundro's claim (.5); preparation of stipulation for continuance of | | |

LAW OFFICES

Sᴍɪᴛʜ Hᴜʟsᴇʏ & Bᴜsᴇʏ

Winn-Dixie Stores, Inc.

Chapter 11 - Automatic Stay (Relief Actions)

|  |  | HOURS |  |
|---|---|---|---|
| | hearing on Dortha Mohundro's motion for relief from stay and correspondence with Brian Zinn regarding same (.5) | 1.00 | 260.00 |
| 10/11/06 LMP | Telephone calls with Stephen Ball regarding continuing the hearing on the motion for relief from stay filed by Robert Olea pending entry of the order resolving the claim (.4); preparation of stipulation continuing the hearing on the motion for relief from stay filed by Robert Olea and correspondence with Stephen Ball regarding same (.5); review and analysis of stay relief action list (.4) | 1.30 | 338.00 |
| 10/12/06 LMP | Telephone calls with Edward Jackson regarding Larry Green's motion for relief from stay (.5); analysis regarding whether Larry Green should be required to mediate his claim before obtaining relief from the automatic stay (.5); preparation of stipulation continuing the hearing on Larry Green's motion for relief from stay and correspondence with Edward Jackson regarding same (.5); correspondence with Douglas Fees and Stephen Ball regarding the entry of the order resolving the claim of Robert Olea and requesting the withdrawal of the Oleas' motion for relief from stay (.4) | 1.90 | 494.00 |
| 10/13/06 LMP | Telephone call with Kim Loverich and analysis regarding Larry Green's request for stipulation for relief from the automatic stay (.5); correspondence with Douglas Fees, Stephen Ball and Ray Readdick regarding the withdrawal of the motion for relief from stay filed by Robert Olea and the dismissal of the state court action by Robert Olea against Kerry Myrick (.4); review of dismissal of the adversary proceeding against Robert Olea, preparation of notice of dismissal and correspondence with Randall Morgan about first having the state court action by Robert Olea against Winn-Dixie's employee dismissed (.4); preparation of correspondence to Robert Faison regarding Deryl Phillips' request for modification of the automatic stay (.4); correspondence with Gino Cischke's office regarding Deryl Phillips' request for modification of the automatic stay (.3); review of BellSouth's motion for relief from stay (.3) | 2.30 | 598.00 |
| 10/16/06 LMP | Correspondence with Patrick Patangan regarding the Robert Olea and Larry Green motions for relief from stay (.4); telephone calls with Bradley Poulos and Ken Black and correspondence with Gino Cischke's office regarding Deryl Phillips' request to modify the automatic stay (.5); correspondence with Robert Faison regarding Deryl Phillips' request for modification of the automatic stay (.7); correspondence with Rob Wilcox regarding the trial scheduled in the Shaun Johnson matter (.4) | 2.00 | 520.00 |

LAW OFFICES

# Sᴍɪᴛʜ Hᴜʟsᴇʏ & Bᴜsᴇʏ

Winn-Dixie Stores, Inc.

Chapter 11 - Automatic Stay (Relief Actions)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | JHP | Review of correspondence from attorneys for Beverly Riggs and Deryl Phillips regarding stay relief, including correspondence to client regarding same | 0.40 | 148.00 |
| 10/17/06 | LMP | Telephone call and correspondence with Randall Morgan regarding the Robert Olea action against a Winn-Dixie employee (.5); telephone call with Esther Galicia regarding the status of the Chapter 11 proceedings and their effect on a pending appeal in an action asserting a pre-petition personal injury (.5); review and analysis of stay relief calendar and status of the Dortha Mohundro and Maureen Fitzgerald-Marhold claims (.4) | 1.40 | 364.00 |
|  | JHP | Review of correspondence and agreed order on Robert Olea's motion for stay relief | 0.20 | 74.00 |
| 10/18/06 | KSW | Update of index to stay litigation | 0.30 | 39.00 |
|  | LMP | Correspondence with Stephanie Biernacki regarding continuing the hearing on the motion for relief from stay filed by Maureen Fitzgerald-Marhold and preparation of stipulation for continuance | 0.50 | 130.00 |
|  | JHP | Review of correspondence and pleadings regarding Maureen Fitzgerald-Marhold's motion for stay relief | 0.20 | 74.00 |
| 10/19/06 | LMP | Correspondence with Stephanie Biernacki regarding the stipulation to continue the hearing on Maureen Fitzgerald-Marhold's motion for relief from stay (.3); correspondence with Robert Faison regarding Deryl Phillips' request for modification of the automatic stay (.3) | 0.60 | 156.00 |
|  | JHP | Review and analysis of updated index to stay relief motions and correspondence to client regarding same | 0.30 | 111.00 |
| 10/20/06 | LMP | Review and analysis of the motion for relief from stay filed by Ada Serra and analysis regarding the status of her claim (.5); review and analysis of CAPX Realty's motion for relief from stay (.5) | 1.00 | 260.00 |
| 10/23/06 | LMP | Review and analysis of correspondence from Herbert Thornbury regarding possible modification of the automatic stay to allow state court litigation of the workers compensation claim of Jaynee Beavers | 0.60 | 156.00 |
| 10/25/06 | LMP | Analysis regarding the status of the hearing on Maureen Fitzgerald-Marhold's motion for relief from stay and correspondence with Stephanie Biernacki regarding stipulation to continue same | 0.40 | 104.00 |
| 10/26/06 | KSW | Update of index to stay litigation | 0.30 | 39.00 |
| 10/30/06 | LMP | Review and analysis of correspondence from Ken Black and Kim Loverich regarding the modification of the automatic stay as to Judith Levy (.5); telephone call to Ken Black regarding the modification of the automatic stay as to Judith Levy (.3) | 0.80 | 208.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Automatic Stay (Relief Actions)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 10/31/06 | LMP | Analysis regarding settlement offer to Larry Green regarding his motion for relief from stay and telephone call to Kim Loverich regarding same (.5); analysis regarding the upcoming hearing on Thrivent Financial's motion for relief from stay and correspondence with Thomas Lallier regarding continuing the hearing pending the effective date of the Chapter 11 plan (.5); review and analysis of motion for relief from stay filed by BellSouth and correspondence with Rosalie Gray regarding the status of efforts to resolve the matter (.5); correspondence to working group regarding BellSouth's motion for relief from stay (.4) | 1.90 | 494.00 |
|  | KSW | Update of index to stay litigation | 0.20 | 26.00 |
|  | JHP | Correspondence regarding BellSouth's motion to lift stay and review of motion (.5); preparation and issuance of update to stay litigation index (.3); review of CAPX Realty's motion to lift stay and correspondence with client regarding same (.4) | 1.20 | 444.00 |

FOR PROFESSIONAL SERVICES RENDERED  24.30  6,522.00

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| James H. Post | 2.80 | $370.00 | $1,036.00 |
| *Kimberly S. Ward | 0.80 | 130.00 | 104.00 |
| Leanne McKnight Prendergast | 20.70 | 260.00 | 5,382.00 |
| TOTAL | 24.30 |  | $6,522.00 |

TOTAL THIS STATEMENT                              $6,522.00
                                                 ========

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
12/12/2006
ACCOUNT NO: 10163-021672M
STATEMENT NO:  125967

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Automatic Stay (Relief Actions)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 11/01/06 | JHP | Correspondence regarding Thrivent's motion for relief from stay (.3); correspondence regarding BellSouth's motion for relief from stay (.3) | 0.60 | 222.00 |
|  | KSW | Preparation for stipulations to continue hearing on Thrivent's motion for relief (.2) and Bellsouth's motion for relief (.2); updated index to stay litigation (.1) | 0.50 | 65.00 |
|  | LMP | Preparation of stipulation to continue the hearing on Thrivent's motion for relief from stay and correspondence with Thomas Lallier regarding same (.5); telephone calls and correspondence with Brian Rich regarding continuing the hearing on BellSouth's motion for relief from stay and preparation of stipulation for same (.5); correspondence with Beverly Riggs regarding Deryl Phillips' inquiry regarding modification of the automatic stay (.3); correspondence and telephone call with Kim Loverich regarding Larry Green's motion for relief from stay (.4) | 1.70 | 442.00 |
| 11/02/06 | JHP | Review of BellSouth's motion for relief from stay, including correspondence with client regarding same | 0.40 | 148.00 |
|  | KSW | Preparation for and electronic filing of stipulation to continue hearing regarding BellSouth's motion for relief from stay | 0.20 | 26.00 |
| 11/03/06 | JHP | Preparation and filing of stipulation to continue hearing on BellSouth's motion for relief from stay, including correspondence with client regarding same | 0.30 | 111.00 |
| 11/08/06 | JHP | Preparation for November 13, 2006 hearing on Larry Green's motion to lift stay | 0.60 | 222.00 |
|  | LMP | Correspondence with Brian Rich regarding the scheduling of the hearing on BellSouth's motion for relief from stay (.4); telephone call to Henry Hernandez regarding the motion for relief from stay filed by Ada Serra (.3) | 0.70 | 182.00 |
| 11/09/06 | JHP | Review of motion for relief from stay filed by Ada Serra (.3); preparation for November 13, 2006 hearing on Larry Green's motion to lift stay (.6) | 0.90 | 333.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Automatic Stay (Relief Actions)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | LMP | Telephone calls with Henry Hernandez regarding the motion for relief from stay filed by Ada Serra (.5); analysis regarding Larry Green's motion for relief from stay and telephone call to Edward Jackson regarding same (.4) | 0.90 | 234.00 |
| 11/10/06 | JHP | Preparation for evidentiary hearing on Larry Green's motion for relief from stay, including preparation of proposed testimony and exhibit list (1.8); telephone calls regarding same with Kim Loverich (.3) | 2.10 | 777.00 |
|  | LMP | Telephone conference with Kim Loverich regarding motion for relief from stay filed by Larry Green (.9); preparation of testimony of Kim Loverich for the hearing on Larry Green's motion for relief from stay (3.9); telephone call and correspondence with Kathleen Logan regarding the preparation of an affidavit regarding the service on Larry Green of the motion to modify the claims resolution procedure (.4); correspondence to Edward Jackson regarding the hearing on Larry Green's motion for relief from stay (.4) | 5.60 | 1,456.00 |
| 11/13/06 | JHP | Preparation for and attendance at evidentiary hearing on Larry Green's motion for relief from stay, including conferences before hearing with Kim Loverich to review testimony and documents (4.4); preparation for and attendance at hearing on CAPX motion for relief from stay (.5) | 4.90 | 1,813.00 |
|  | KSW | Updated index to stay litigation; preparation for hearing on Larry Green's motion for relief | 0.40 | 52.00 |
|  | LMP | Telephone call with Zach Bancroft regarding the motion for relief from stay filed by CAPX Realty (.3); preparation of exhibit list for hearing on Larry Green's motion for relief from stay (.5); preparation of summary of claims resolution procedure to be used as an exhibit for hearing on Larry Green's motion for relief from stay (1.7); preparation for hearing on Larry Green's motion for relief from stay (2.2); telephone call with Ken Cooper regarding stipulation to relief from stay for Vincento Trapani (.4) | 5.10 | 1,326.00 |
| 11/14/06 | JHP | Preparation of proposed order denying Larry Green's motion to lift stay and correspondence regarding same | 0.40 | 148.00 |
| 11/15/06 | LMP | Preparation of proposed order on BellSouth's motion for relief from stay (.6); telephone calls with Herbert Thornbury and Barbara Turner regarding modification of the automatic stay to allow Jaynee Beaver to prosecute a worker's compensation claim in state court in Tennessee (.5); correspondence with Herbert Thornbury and Barbara Turner regarding modification of the automatic stay to allow Jaynee Beaver to prosecute a worker's compensation claim in state court in Tennessee (.4); review of the pleadings filed in the Terrence Palmer case to determine whether that action was filed in violation of the automatic stay and telephone call |  |  |

LAW OFFICES

## Smith Hulsey & Busey

Winn-Dixie Stores, Inc.

Page: 3
12/12/2006
ACCOUNT NO: 10163-021672M
STATEMENT NO:  125967

Chapter 11 - Automatic Stay (Relief Actions)

HOURS

|  |  |  |  |
|---|---|---|---|
|  | with Eric Holshouser regarding same (.5); telephone call with Brian Davis regarding violations of the automatic stay by Michael Schwartz (.3) | 2.30 | 598.00 |
|  | KSW Preparation of proposed order regarding motion for relief from stay filed by Larry Green | 0.30 | 39.00 |
| 11/16/06 LMP | Correspondence to John Alsobrook regarding the status of the action Central Progressive Bank filed in Louisiana and analysis regarding the status of the proof of claim filed by By-Pass Partnership | 0.40 | 104.00 |
|  | KSW Update index to stay litigation (.3); preparation of stipulation and waiver regarding Ada Serra's motion for relief from stay (.3) | 0.60 | 78.00 |
| 11/17/06 LMP | Preparation of stipulation to continue the hearing on the motion for relief from stay filed by Ada Serra and correspondence with Henry Hernandez regarding same (.5); correspondence with Jeffrey Becker regarding Brianna Johnson's motion for relief from stay (.3); preparation of stipulation with Deryl Phillips for modification of the permanent injunction (3.4) | 4.20 | 1,092.00 |
| 11/20/06 LMP | Review and analysis of correspondence from Steven Ball regarding the status of the Olea state court action and requesting dismissal of the adversary proceeding against the Oleas (.3); analysis regarding and update of stay litigation action list (.5) | 0.80 | 208.00 |

FOR PROFESSIONAL SERVICES RENDERED          33.90   9,676.00

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| James H. Post | 10.20 | $370.00 | $3,774.00 |
| *Kimberly S. Ward | 2.00 | 130.00 | 260.00 |
| Leanne McKnight Prendergast | 21.70 | 260.00 | 5,642.00 |
| TOTAL | 33.90 |  | $9,676.00 |

TOTAL THIS STATEMENT                                   $9,676.00
                                                      =========

*Legal Assistant

LAW OFFICES

# Smith Hulsey & Busey

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville FL  32254

Page: 1
01/15/2007
ACCOUNT NO: 10163-021672M
STATEMENT NO:   126768

ATTN: Larry Appel, Esq.

Chapter 11 - Automatic Stay (Relief Actions)

|  |  | HOURS |  |
|---|---|---|---|
| 11/21/06 LMP | Correspondence with Randall Morgan and Steven Ball regarding the Olea state court action and adversary proceeding and revision of notice of dismissal of same (.4); telephone call with Ken Cooper regarding relief from the permanent injunction for Vinento Tripani (.2); correspondence with Barbara Tuner regarding Jaynee Beavers (.2) | 0.80 | 208.00 |
|  | FOR PROFESSIONAL SERVICES RENDERED | 0.80 | 208.00 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Leanne McKnight Prendergast | 0.80 | $260.00 | $208.00 |

TOTAL THIS STATEMENT                                      $208.00

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

Page: 1
11/14/2006
ACCOUNT NO: 10163-021673M
STATEMENT NO:  124892

ATTN: Larry Appel, Esq.

Chapter 11-Business Operations/Strategic Planning

| | | | HOURS | |
|---|---|---|---|---|
| 10/11/06 | SDB | Participate in weekly case management meeting with Winn-Dixie's senior management and senior advisors | 0.70 | 283.50 |
| 10/17/06 | CCJ | Preparation for and participation in weekly strategy call | 1.00 | 305.00 |
| | SDB | Attendance at Board of Directors meeting at Winn-Dixie (3.5); participate in weekly case management meeting for Winn-Dixie's senior management and senior advisors (.7) | 4.20 | 1,701.00 |
| 10/25/06 | SDB | Participation in weekly case management meeting for Winn-Dixie's senior management and senior advisors | 0.80 | 324.00 |
| 10/31/06 | SDB | Participate in weekly case management meeting for senior management and senior advisors | 0.70 | 283.50 |
| | CCJ | Preparation for and participation in weekly strategy call | 1.00 | 305.00 |
| | | FOR PROFESSIONAL SERVICES RENDERED | 8.40 | 3,202.00 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 6.40 | $405.00 | $2,592.00 |
| Cynthia C. Jackson | 2.00 | 305.00 | 610.00 |
| TOTAL | 8.40 | | $3,202.00 |

TOTAL THIS STATEMENT                                          $3,202.00
                                                            =========

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
12/12/2006
ACCOUNT NO: 10163-021673M
STATEMENT NO:  125956

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11-Business Operations/Strategic Planning

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 11/14/06 | SDB | Participate in weekly case management meeting for senior management and senior advisors | 1.30 | 526.50 |
|  | CCJ | Preparation for and participation in weekly strategy call | 1.00 | 305.00 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 2.30 | 831.50 |

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 1.30 | $405.00 | $526.50 |
| Cynthia C. Jackson | 1.00 | 305.00 | 305.00 |
| TOTAL | 2.30 |  | $831.50 |

TOTAL THIS STATEMENT                    $831.50

LAW OFFICES

# Sᴍɪᴛʜ Hᴜʟsᴇʏ & Bᴜsᴇʏ

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

Page: 1
11/14/2006
ACCOUNT NO: 10163-021664M
STATEMENT NO:  124888

ATTN: Larry Appel, Esq.

Chapter 11 - Case Administration

| | | | HOURS | |
|---|---|---|---|---|
| 10/02/06 | TLC | Preparation of the agenda for the omnibus hearings to be held on October 12, 2006 | 0.60 | 81.00 |
| | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (2.6); updated index to file (.6); review of notebooks for October 5, 2006 hearing (.7); revision of agenda for October 5, 2006 hearing (.2) | 4.10 | 533.00 |
| | CCJ | Preparation of agenda for Store No. 1664 and conference with clerk's office regarding same | 1.20 | 366.00 |
| | JHP | Review of ECF activity report and review of draft case calendar | 0.40 | 148.00 |
| 10/03/06 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (2.0); updated agenda for October 5, 2006 hearing (.2) and notebooks for same (.2) | 2.40 | 312.00 |
| | TLC | Review and revision of the agenda for the omnibus hearings to be held on October 12, 2006 | 1.30 | 175.50 |
| | JHP | Review of ECF activity report | 0.20 | 74.00 |
| 10/04/06 | CCJ | Preparation of orders for October 5, 2006 | 2.00 | 610.00 |
| | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (1.8); updated agenda for October 5, 2006 hearing (.6); electronic filing and service of same (.3); preparation for October 5, 2006 hearing (2.6); review and revision of agenda for October 12, 2006 hearing (.6) | 5.90 | 767.00 |
| | JHP | Review of ECF activity report | 0.30 | 111.00 |
| 10/05/06 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (1.4); preparation for and attendance at hearing (6.1); updated agenda for October 12, 2006 hearing (.2) | 7.70 | 1,001.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Case Administration

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | CCJ | Preparation of agenda for October 12, 2006 (.5); conference with Stephen D. Busey regarding same (.2) | 0.70 | 213.50 |
|  | TLC | Review and revision of the preliminary agenda for the omnibus hearings to be held on October 12, 2006 | 0.20 | 27.00 |
|  | JHP | Review of ECF activity report and case docket | 0.30 | 111.00 |
| 10/06/06 | CCJ | Preparation of agenda for October 12, 2006 (.8); preparation of agenda for confirmation hearing (.9) | 1.70 | 518.50 |
|  | SDB | Revise draft agendas for October 12 and 13, 2006 hearings | 0.50 | 202.50 |
|  | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (2.3); updated index to file (.4); preparation of agenda for October 13, 2006 confirmation hearing (1.9); revision of agenda for October 12, 2006 hearing (.5); organization of exhibits for confirmation hearing (.9) | 6.00 | 780.00 |
|  | JHP | Review of ECF activity report and case docket | 0.30 | 111.00 |
| 10/09/06 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (1.2); updated index to file (.5); review and revision of various certificates of service (.4); review of notebooks for October 12, 2006 hearing (.6) | 2.70 | 351.00 |
|  | JHP | Review of ECF activity report and draft case calendar | 0.50 | 185.00 |
| 10/10/06 | TLC | Review and revision of the notebooks for the confirmation hearing scheduled on October 13, 2006 | 0.40 | 54.00 |
|  | JHP | Review of ECF activity report and case docket | 0.30 | 111.00 |
|  | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (1.0); preparation for and service of orders entered October 5, 2006 (2.8); organization of hearing notebook for October 12, 2006 hearing (.5); review and revision of agenda for October 13, 2006 confirmation hearing (.5) | 4.80 | 624.00 |
| 10/11/06 | JHP | Review of ECF activity report and case docket | 0.30 | 111.00 |
|  | CCJ | Preparation of orders for October 12, 2006 hearings (1.2); preparation of agenda for October 13, 2006 hearings (.5); conference with Betsy Cox (.5) and with clerk regarding same (.3) | 2.50 | 762.50 |
|  | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (2.9); electronic filing and service of agenda for October 12, 2006 hearing (.3); updated agenda for October 13, 2006 confirmation hearing (.3); organization of hearing notebook for October 13, 2006 confirmation hearing (.4); preparation for October 12, 2006 hearing (.6) | 4.50 | 585.00 |

LAW OFFICES

# Smith Hulsey & Busey

Winn-Dixie Stores, Inc.

Chapter 11 - Case Administration

|  |  | | HOURS | |
|---|---|---|---|---|
| 10/12/06 | JHP | Review of ECF activity report; transmittal of inquiry from Clayton County, Georgia School Board regarding property purchase | 0.40 | 148.00 |
|  | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (2.7); review and revision of various certificates of service (.6) | 3.30 | 429.00 |
| 10/13/06 | JHP | Review of ECF activity report | 0.30 | 111.00 |
|  | TLC | Preparation of the agenda for the omnibus hearings scheduled for October 25, 2006 | 0.50 | 67.50 |
| 10/16/06 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements | 2.10 | 273.00 |
|  | JHP | Review of ECF activity report; review of draft case calendar | 0.40 | 148.00 |
| 10/17/06 | TLC | Update of the preliminary agenda for October 25, 2006 | 0.10 | 13.50 |
|  | CCJ | Preparation of agenda for October 25, 2006 (1.0); preparation for and participation in conference call on Konica (1.0) | 2.00 | 610.00 |
|  | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (2.9); review and revision of agenda for October 25, 2006 hearing (.9); updated index to file (.5); review and revision of various certificates of service (.5) | 4.80 | 624.00 |
|  | JHP | Review of ECF activity report | 0.20 | 74.00 |
| 10/18/06 | TLC | Preparation of notebooks for the omnibus hearings on October 25, 2006, including compilation of documents | 2.20 | 297.00 |
|  | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (3.2); updated agenda for October 25, 2006 hearing (.2); updated index to file (.3); telephone call with Joe Woodfield regarding case calendar (.1); review and revision of various certificates of service (.2) | 4.00 | 520.00 |
|  | JHP | Review of ECF activity report | 0.20 | 74.00 |
|  | CCJ | Reviewed and replied to correspondence regarding agenda for October 25, 2006 (.3); preparation for same (1.4) | 1.70 | 518.50 |
| 10/19/06 | JHP | Review of ECF activity report; revisions to draft calendar | 0.50 | 185.00 |
|  | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (2.9); updated index to file (.3) | 3.20 | 416.00 |
|  | TLC | Review and revision of the notebooks for the omnibus hearings to be held on October 25, 2006 | 0.40 | 54.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Case Administration

|          |     |                                                                                                                                                                                                                                                                                 | HOURS |          |
|----------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 10/20/06 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements                                                                                                                                                | 1.90  | 247.00   |
| 10/23/06 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (1.9); updated agenda for October 25, 2006 hearing (.2); review of hearing notebooks (.3)                                                       | 2.40  | 312.00   |
| 10/24/06 | JHP | Review of ECF activity report and updated case docket                                                                                                                                                                                                                           | 0.30  | 111.00   |
|          | KSW | Review of incoming pleadings and correspondence to determine responsible person, response objection and calendaring requirements (.9); updated agenda for October 25, 2006 hearing (.8); organization of hearing notebook (.3); electronic filing and service of agenda for October 25, 2006 hearing (.2); preparation for October 25, 2006 hearing (.8) | 3.00  | 390.00   |
|          | CCJ | Finalize agenda (.8); preparation for October 25, 2006 hearings (1.3); preparation of orders for same (1.0)                                                                                                                                                                      | 3.10  | 945.50   |
| 10/25/06 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (1.9); preparation for and service of orders entered October 25, 2006 (1.6); updated index to file (.3)                                         | 3.80  | 494.00   |
|          | TLC | Preparation of orders for the omnibus hearing on October 25, 2006                                                                                                                                                                                                                | 1.20  | 162.00   |
|          | JHP | Review of ECF activity report                                                                                                                                                                                                                                                   | 0.30  | 111.00   |
| 10/26/06 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (1.4); updated index to file (.3)                                                                                                              | 1.70  | 221.00   |
|          | JHP | Review of ECF activity report                                                                                                                                                                                                                                                   | 0.30  | 111.00   |
| 10/27/06 | JHP | Review of ECF activity report                                                                                                                                                                                                                                                   | 0.30  | 111.00   |
| 10/30/06 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (2.7); updated index to file (.2); review of various certificates of service (.1); updated master service list (.1)                             | 3.10  | 403.00   |
|          | JHP | Review of ECF activity report                                                                                                                                                                                                                                                   | 0.30  | 111.00   |
| 10/31/06 | JRS | Telephone conferences with Tony Saldana                                                                                                                                                                                                                                         | 0.20  | 74.00    |
|          | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (2.4); updated index to file (.2)                                                                                                              | 2.60  | 338.00   |
|          | JHP | Review of ECF activity report (.3); review and revisions to case calendar (.4)                                                                                                                                                                                                  | 0.70  | 259.00   |
|          |     | FOR PROFESSIONAL SERVICES RENDERED                                                                                                                                                                                                                                              | 103.30 | 17,888.50 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Case Administration

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 0.50 | $405.00 | $202.50 |
| James H. Post | 6.80 | 370.00 | 2,516.00 |
| John R. Smith, Jr. | 0.20 | 370.00 | 74.00 |
| Cynthia C. Jackson | 14.90 | 305.00 | 4,544.50 |
| *Tana L. Copeland | 6.90 | 135.00 | 931.50 |
| *Kimberly S. Ward | 74.00 | 130.00 | 9,620.00 |
| TOTAL | 103.30 | | $17,888.50 |

TOTAL THIS STATEMENT                                   $17,888.50
                                                      ==========

---
*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
12/12/2006
ACCOUNT NO: 10163-021664M
STATEMENT NO: 125953

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville FL 32254

ATTN: Larry Appel, Esq.

Chapter 11 - Case Administration

| | | | HOURS | |
|---|---|---|---|---|
| 11/01/06 | TLC | Review of files to determine whether Lisa Schiller appears as the attorney representing Sulphur Springs (.2); preparation of the preliminary agenda for the omnibus hearings to be held on November 16, 2006 (.6) | 0.80 | 108.00 |
| | JHP | Review of ECF activity report | 0.30 | 111.00 |
| | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (1.8); updated index to file (.2) | 2.00 | 260.00 |
| | JRS | Telephone conferences with Tony Saldana regarding voting issue under Florida corporate code (.8); review and analysis of same (.8) | 1.60 | 592.00 |
| 11/02/06 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements | 1.10 | 143.00 |
| | JHP | Review of ECF activity report and docket update | 0.30 | 111.00 |
| 11/03/06 | JHP | Review of ECF activity report and docket updates | 0.30 | 111.00 |
| | TLC | Review of files, including sale orders and store closing statements to determine whether or not the disputed cure amounts were placed in escrow and the status of the cure objections (3.1); preparation of chart reflecting same (.3) | 3.40 | 459.00 |
| | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (2.1); updated index to file (.4) | 2.50 | 325.00 |
| 11/04/06 | JHP | Review of ECF activity report and docket update | 0.30 | 111.00 |
| 11/06/06 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (2.3); updated index to file (.4) | 2.70 | 351.00 |
| | JHP | Review of ECF activity report and case calendar | 0.30 | 111.00 |
| 11/07/06 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements | 2.10 | 273.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Case Administration

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | JHP | Review of ECF activity report and draft case calendar | 0.30 | 111.00 |
| 11/08/06 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (1.1); updated index to file (.2); review of various certificates of service for filing (.2) | 1.50 | 195.00 |
|  | JHP | Review of ECF activity report | 0.20 | 74.00 |
|  | TLC | Update of the agenda for the omnibus hearings to be held on November 16, 2006 | 0.90 | 121.50 |
| 11/09/06 | JHP | Review of ECF activity report | 0.20 | 74.00 |
|  | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (1.9); updated index to file (.2) | 2.10 | 273.00 |
|  | TLC | Preparation of hearing notebooks, including compilation of documents (2.0); update of the agenda (.2) | 2.20 | 297.00 |
| 11/10/06 | SDB | Edit court agenda for November 16, 2006 hearing (.4); memorandum to Kimberly S. Ward regarding same (.2); telephone call with Cynthia C. Jackson regarding same (.1) | 0.70 | 283.50 |
|  | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (1.1); updated agenda for November 16, 2006 hearing (.9); updated index to file (.2) | 2.20 | 286.00 |
|  | JHP | Review of ECF activity report | 0.20 | 74.00 |
|  | TLC | Preparation of hearing notebooks, including compilation of documents (3.5); update of the agenda (.2) | 3.70 | 499.50 |
| 11/13/06 | JHP | Review of draft of case calendar | 0.30 | 111.00 |
|  | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (2.6); updated index to file (.3); revised agenda for November 16, 2006 hearing (.3); review and revision of various certificates of service (.3) | 3.50 | 455.00 |
| 11/14/06 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (2.6); updated agenda for November 16, 2006 hearing (.3); review of notebooks for November 16, 2006 (.4) | 3.30 | 429.00 |
|  | JHP | Review of ECF activity report and case docket | 0.20 | 74.00 |
| 11/15/06 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (1.2); updated index to file (.2); updated agenda for November 16, 2006 hearing (.4); electronic filing and service of agenda for November 16, 2006 hearing (.2) | 2.00 | 260.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Case Administration

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | JHP | Review of ECF activity report and case docket (.2); preparation of master litigation list for firm (.8) | 1.00 | 370.00 |
|  | CCJ | Preparation for November 16, 2006 hearings | 1.30 | 396.50 |
| 11/16/06 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (2.7); updated index to file (.2); preparation for November 16, 2006 hearing (.6); organization of exhibits for same (.5) | 4.00 | 520.00 |
|  | JHP | Review of ECF activity report | 0.20 | 74.00 |
| 11/17/06 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (1.8); updated index to file (.4) | 2.20 | 286.00 |
|  | JHP | Review of ECF activity report and docket update | 0.30 | 111.00 |
| 11/18/06 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements | 1.20 | 156.00 |
| 11/20/06 | JHP | Review of ECF activity report and case calendar | 0.40 | 148.00 |
|  | TLC | Preparation of the agenda for the omnibus hearings to be held on November 30, 2006 | 1.30 | 175.50 |
|  | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements | 1.30 | 169.00 |

FOR PROFESSIONAL SERVICES RENDERED          54.40   9,089.50

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 0.70 | $405.00 | $283.50 |
| James H. Post | 4.80 | 370.00 | 1,776.00 |
| John R. Smith, Jr. | 1.60 | 370.00 | 592.00 |
| Cynthia C. Jackson | 1.30 | 305.00 | 396.50 |
| *Tana L. Copeland | 12.30 | 135.00 | 1,660.50 |
| *Kimberly S. Ward | 33.70 | 130.00 | 4,381.00 |
| TOTAL | 54.40 |  | $9,089.50 |

TOTAL THIS STATEMENT                              $9,089.50

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
01/15/2007
ACCOUNT NO: 10163-021664M
STATEMENT NO:  126767

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Case Administration

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 11/21/06 | JHP | Review of ECF activity report | 0.20 | 74.00 |
|  | CCJ | Preparation of November 30, 2006 agenda and review of pleadings for same | 1.20 | 366.00 |
|  | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements | 0.80 | 104.00 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 2.20 | 544.00 |

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| James H. Post | 0.20 | $370.00 | $74.00 |
| Cynthia C. Jackson | 1.20 | 305.00 | 366.00 |
| *Kimberly S. Ward | 0.80 | 130.00 | 104.00 |
| TOTAL | 2.20 |  | $544.00 |

TOTAL THIS STATEMENT                                                    $544.00

*Legal Assistant

LAW OFFICES

# Smith Hulsey & Busey

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
11/14/2006
Winn-Dixie Stores, Inc.                                ACCOUNT NO: 10163-021675M
5050 Edgewood Ct.                                        STATEMENT NO:   124904
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Claims Admin. (General)

|  |  | | HOURS |  |
|---|---|---|---|---|
| 10/02/06 | LMP | Review and analysis of spreadsheet of de minimis settlements being held due to Medicare liens (.5); correspondence with Kim Loverich regarding de minimis settlements being held due to Medicare liens (.3) | 0.80 | 208.00 |
|  | TLC | Review and revision of the claims resolution report (.4); comparison of the claims resolution report updated as of September 25, 2006 with the current report to note any discrepancies (.6); review and revision of the cash settlement report (.2); update of the mediation calendar (.2); update of the mediation status report (.2); telephone call with Dwayne Taylor regarding the status of his claim (.2); correspondence with Stephanie Knight regarding same (.1) | 1.90 | 256.50 |
|  | KSW | Review and revision of reply to Florida Tax Collectors' motion to abstain (.9) and reply to Florida Tax Collectors' motion to dismiss (1.4); preparation and transmittal of updated cash settlement log and claims resolution log to client (.4); research and e-mail of correspondence to adjusters regarding status of agreed orders (.4) | 3.10 | 403.00 |
|  | JHP | Preparation and issuance of claims resolution procedure log (.3); processing of agreed orders, including telephone calls and correspondence with attorneys for claimants and Sedgwick Claims Management (.8) | 1.10 | 407.00 |
| 10/03/06 | KSW | Review and revision of reply to Florida Tax Collectors' motion to abstain (1.9) and reply to Florida Tax Collectors' motion to dismiss (2.7); electronic filing of both (.4); preparation and transmittal of correspondence to Logan & Company to research additional claims filed by various litigation claimants (.2) | 5.20 | 676.00 |
|  | TLC | Correspondence to Yolanda Davis regarding the mediation of Linnet Gaskins (.1); update of the mediation status report (.2); update of the mediation calendar (.1); telephone call with Gina |  |  |

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Admin. (General)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | Penner-Moore regarding the tentative date of her mediation (.2); telephone call with Amanda Vititoe regarding the tentative date of her mediation (.1) | 0.70 | 94.50 |
|  | JHP | Processing of agreed orders and mediations | 0.80 | 296.00 |
| 10/04/06 | TLC | Update of mediation calendar (.3); update of the mediation status report (.5); telephone call with counsel for Donald Francis reminding her of the mediation on October 5, 2006 (.1); telephone call with Everett Brooks regarding whether we should schedule claims for mediation that did not return questionnaires (.2); telephone call with counsel for Aurlinda Hagler regarding his client's mediation (.2); correspondence to Jodi Frey regarding the mediation of Emma Balom (.1); telephone call with Laura DeJesus regarding same (.1); correspondence to counsel for Amada Altmar regarding written confirmation of his client's mediation (.2); correspondence to counsel for George Augustinski regarding written confirmation of his client's mediation (.2); correspondence to counsel for Lori Baudot regarding written confirmation of his client's mediation (.2); correspondence to counsel for Robert Vincent Boydell regarding written confirmation of his client's mediation (.2); correspondence with counsel for James Yetton and Matthew Dale Summers reminding him of the mediation scheduled for October 12, 2006 (.1); correspondence with counsel for Alphonso Salmon regarding the tentative date of mediation (.2); correspondence to Stephanie Knight regarding the status of mediations (.2); telephone call with counsel for Della Brown regarding the tentative date of his client's mediation (.2); telephone call with counsel for Mildred English regarding the requirements to be allowed to appear by telephone at the mediation (.2); update of the mediation notebooks (1.0) | 4.20 | 567.00 |
|  | KSW | Preparation and transmittal of correspondence to Logan & Company to research additional claims filed by various litigation claimants (.9); research and correspondence to adjusters regarding status of agreed orders (.2) | 1.10 | 143.00 |
|  | JHP | Processing of agreed orders and mediations | 0.80 | 296.00 |
|  | SDB | Read and prepare for October 5, 2006 hearing on Winn-Dixie's twenty-first omnibus objections to no liability claims (.5); and Winn-Dixie's twentieth and-twenty-first omnibus objections to duplicate claims (.9) | 1.40 | 567.00 |
| 10/05/06 | KSW | Preparation and transmittal of correspondence to Logan & Company to research additional claims filed by various litigation claimants (.4); preparation and electronic filing and service of motion to approve stipulation with Del Monte Corporation (.4) | 0.80 | 104.00 |
|  | TLC | Update of mediation calendar (.4); update of the mediation status report (.6); correspondence with |  |  |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Admin. (General)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | Dawn LeBlanc regarding the mediation of Claudia Glover's proof of claim (.1); telephone calls with counsel with Donald Francis regarding their reasons for not appearing at the scheduled mediations (.4); telephone call and correspondence with Everett Brooks regarding same (.2); correspondence with Rick Reno regarding the mediation of Claudia Glover's proof of claim (.1); update of the mediation notebooks (.4); review of incoming mediation statements to determine which mediations need to be rescheduled due to insignificant claim documentation (.3); telephone call and correspondence with Mary Hayes regarding the mediations of Kathleen Donovan, Matthew Summers, James Yetton and Patricia Dufeck (.3); correspondence to Yolanda Davis regarding the mediation of Timothy Berry (.1) | 2.90 | 391.50 |
|  | JHP | Processing of agreed orders and mediation requests | 0.80 | 296.00 |
| 10/06/06 | LMP | Telephone call with Kim Loverich and analysis of whether de minimis cash settlements could be offered after the effective date of the Chapter 11 plan with the consent of the Unsecured Creditors Committee (.5); correspondence with Rosalie Gray and Kim Loverich regarding whether de minimis cash settlements could be offered after the effective date of the Chapter 11 plan with the consent of the Unsecured Creditors Committee (.4) | 0.90 | 234.00 |
|  | TLC | Review and revision of correspondence to George Follett reminding him of his client's scheduled mediation (.2); review and revision of correspondence to Devry Pruett reminding him of his client's scheduled mediation (.2); review and revision of correspondence to J. Scott Keller reminding him of his client's scheduled mediation (.2); review and revision of correspondence to Thomas Buser reminding him of his client's scheduled mediation (.2); review and revision of correspondence to Kathleen Donovan reminding her of her scheduled mediation (.2); review and revision of correspondence to Craig Goldenfarb reminding him of his client's scheduled mediation (.2); update of the mediation calendar (.3); update of the mediation status report (.4); correspondence with Bill Brownell regarding the mediation of Alphonso Salmon (.2); correspondence with the client, Sedgwick Claims Management and Logan & Company transmitting the updated mediation calendar and mediation status report (.2) | 2.30 | 310.50 |
|  | KSW | Preparation, electronic filing and service of motion to approve agreement resolving claims filed by Basin Street #2 L.P. (.9); electronic filing and service of objection to Tower Center's request for administrative expense claim (.4) and notice of hearing thereon (.3); preparation and electronic filing and service of amended notice of case management conference regarding objection to |  |  |

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Admin. (General)

| | | HOURS | |
|---|---|---|---|
| | claim of U.S. Department of Health & Human Services (.4); research and e-mail of correspondence to adjusters regarding status of agreed orders (.2) | 2.20 | 286.00 |
| JHP | Processing of agreed orders and mediation requests | 0.60 | 222.00 |
| 10/09/06 TLC | Telephone call with Isaac Levy regarding the status of mediations; review and revision of the claims resolution log; review and revision of the cash settlements log | 0.40 | 54.00 |
| CCJ | Review and analysis of Konrad claims (.8); conferences with Etty Pollack regarding same (.3) | 1.10 | 335.50 |
| LMP | Analysis regarding adding a provision to the first modification to the proposed Chapter 11 plan to provide for post-confirmation de minimis cash settlements under the Claims Resolution Procedure (.5); correspondence with Rosalie Gray, Kim Loverich, Jay Castle and Ken Black regarding adding a provision to the first modification to the proposed Chapter 11 plan to provide for post-confirmation de minimis cash settlements under the Claims Resolution Procedure (.5); preparation of provision to be added to the first modification to the proposed Chapter 11 plan to provide for post-confirmation de minimis cash settlements under the Claims Resolution Procedure (1.5); telephone calls to Kim Loverich and Jay Castle regarding adding a provision to the first modification to the proposed Chapter 11 plan to provide for post-confirmation de minimis cash settlements under the Claims Resolution Procedure (.3) | 2.80 | 728.00 |
| KSW | Preparation and transmittal of correspondence to Logan & Company regarding research of additional claims filed by various litigation claimants (.9); review and revision of correspondence and proposed agreed orders to various litigation claimants (.9); preparation and transmittal of signed agreed orders to client, Sedgwick Claims Management and Logan & Company (.4); review of signed agreed orders for filing (.3); review and revision of correspondence to various claimants regarding withdrawal of claims (.2); electronic filing of Project Assistants' withdrawal of request for administrative expense (.4) | 3.10 | 403.00 |
| JHP | Review and filing of claims resolution procedures log (.3); processing of agreed orders and mediation requests (.8); correspondence with Logan & Company regarding objections to administrative claims (.5) | 1.60 | 592.00 |
| 10/10/06 TLC | Correspondence to Stephen C. Bullock reminding him of his client's mediation scheduled on October 12, 2006 (.2); telephone call with Kathleen Donovan regarding the mediation process (.2); telephone call with counsel for Erica Legrand regarding the change in mediator (.1); update of the mediation status report (.2); correspondence with Dawn LeBlanc regarding the mediation of Claudia Glover (.2); correspondence with Mary Hayes regarding the | | |

LAW OFFICES

## SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Admin. (General)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | status of mediations to be handled by Joseph Stokes' office (.4); preparation and electronic filing of the proposed agreed order regarding the mediated claim of Robert Olea (.3) | 1.60 | 216.00 |
|  | LMP | Telephone calls and correspondence with Rosalie Gray regarding clarifications to the first modification of the proposed Chapter 11 plan requested by counsel for the Unsecured Creditors Committee (.5); revision of first modification of the proposed Chapter 11 plan (.8); correspondence with working group regarding first modification of the proposed Chapter 11 plan (.5) | 1.80 | 468.00 |
|  | JHP | Processing of agreed orders and mediation requests (.8); review and revisions to stipulation on assumption of Citicorp copier leases (.5) | 1.30 | 481.00 |
| 10/11/06 | JHP | Processing of agreed orders and mediation requests | 0.60 | 222.00 |
|  | TLC | Telephone call with Susan Baldwin regarding the proposed order of Robert Olea (.1); telephone call and correspondence with Stephanie Knight regarding the mediation of Kizzie Ann Ferguson (.3); correspondence with Jodi Frey regarding the mediation of James Hulme (.2); correspondence with Robin Laube regarding the mediation of Claudine Doree (.1); update of the mediation calendar (.1); update of the mediation status report (.2) | 1.00 | 135.00 |
|  | KSW | Electronic filing and service of notice of agreement with Information Resources, Inc. (.4); preparation and transmittal of signed agreed orders to client, Sedgwick Claims Management and Logan & Company (1.1); research and e-mail of correspondence to adjusters regarding status of agreed orders (.2) | 1.70 | 221.00 |
| 10/12/06 | SDB | Preparation and attendance at hearing on Winn-Dixie's twenty-second omnibus objection to claims | 0.70 | 283.50 |
|  | LMP | Correspondence with Kim Loverich, Robert Faison and Ken Black regarding distributions to Class 16 claimants under the Chapter 11 plan and communications regarding same with claimants' attorneys | 1.10 | 286.00 |
|  | TLC | Electronic filing and service of the unopposed motion to continue trial on Debtors' objection to Louisiana tax claims (.3); telephone call with Terry Schmidt regarding the mediation of Timothy Berry (.1); telephone call with Joni Brandy's attorney regarding the status of her claim (.1); telephone call with counsel for Linnette Gaskins rescheduling her client's mediation (.1); telephone call with Katherine Smith reconfirming the mediation of the proof of claim filed by the estate of Matthew Perrett (.1) | 0.70 | 94.50 |
|  | JHP | Processing of agreed orders, including telephone calls and correspondence with attorneys for claimants and Sedgwick Claims Management | 0.80 | 296.00 |

LAW OFFICES

# Smith Hulsey & Busey

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Admin. (General)

|  |  | HOURS |  |
|---|---|---|---|
| KSW | Electronic filing and service of motion for approval of agreement with GE Consumer Products (.7) and motion for approval of negotiated assumption and rejection with Alabama Power Company (.7) | 1.40 | 182.00 |
| 10/13/06 LMP | Telephone call with Jennifer White regarding mediations under the Claims Resolution Procedure | 0.40 | 104.00 |
| JHP | Correspondence with co-counsel regarding objections to MSI/SRP claims (.5); processing of agreed orders and mediation requests, including telephone calls and correspondence with attorneys for claimants and Sedgwick Claims Management (1.0) | 1.50 | 555.00 |
| TLC | Service of the notice of hearing regarding the second omnibus rejection to unresolved litigation claims (.3); update of the mediation calendar (.3); update of the mediation status report (.3); telephone call with Stephanie Knight regarding the status of her mediations (.2); telephone call with Mary Hayes regarding the status of the mediation of Claudine Doree (.2); telephone call with Claudine Doree's counsel regarding same (.1) | 1.40 | 189.00 |
| 10/16/06 LMP | Telephone call and correspondence with Ken Black and analysis regarding the recovery of punitive damages claims in Chapter 11 (1.1); analysis regarding whether mediations should be scheduled for claimants who have not yet provided all of the information requested or who have not had a previous opportunity to negotiate their claim (.5) | 1.60 | 416.00 |
| JHP | Processing of agreed orders and mediation requests, including telephone calls and correspondence with attorneys for claimants | 0.80 | 296.00 |

10/17/06 TLC Service of the order granting the motion to
disallow or reduce claims for voting purposes on
the master service list (.2); correspondence with
Mary Hayes regarding rescheduling of the mediation
of Linnette Gaskins (.2); correspondence with
Linnette Gaskin's attorney, Yolanda Davis and Isaac
Levy regarding same (.1); service of the order
granting the twenty-second omnibus objection to
claims on the master service list (.8);
correspondence to Ken Black regarding the name of
the adjuster currently handing the proof of claim
filed by Jacqueline Judd (.1); correspondence with
Brad Poulus regarding dates he is available to come
to Jacksonville to mediate the claim filed by
Jacqueline Judd (.1); correspondence to George
Follett reminding him of his client's mediation on
October 23, 2006 (.1); telephone call and
correspondence with counsel for Patricia Dufeck
requesting written confirmation that he and his
client will be attending the scheduled mediation in
Jacksonville, Florida (.2); correspondence with
defense counsel assigned to the claim of Rhonda
Soudat requesting dates that he is available to

LAW OFFICES

## SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Admin. (General)

HOURS

come to Jacksonville, Florida to attend the
mediation of Rhonda Soudat's claim (.1);
correspondence with Bill Cooper's office regarding
the mediation of Jacqueline Judd's claim (.1);
telephone call with Kathleen Donovan reminding her
of her mediation scheduled on October 23, 2006
(.2); correspondence with Mark Horwitz tentatively
scheduled the mediation of his client's claim (.2);
correspondence with Richard Meyers regarding
tentative dates that he and his client are willing
to travel to Jacksonville, Florida to mediate his
client's claim (.2); correspondence with counsel
for Fannie Reed reminding him of his client's
mediation on October 23, 2006 (.2); correspondence
with Jodi Frey regarding the change in location of
the mediation of Sandra de Lopez Armans (.1);
update of the mediation calendar (.2); update of
the mediation status report (.3); transmittal of
the updated mediation calendar to the Sedgwick
Claims Management adjusters (.2)                                    3.60    486.00

LMP Analysis regarding the availability of de minimis
cash settlements under the Claims Resolution
Procedure pending the effective date of the Chapter
11 plan (.9); correspondence with Ken Black
regarding the availability of de minimis cash
settlements under the Claims Resolution Procedure
pending the effective date of the Chapter 11 plan
(.7)                                                               1.60    416.00

KSW Preparation, electronic filing and service of
objection management security plan claims and
supplemental retirement plan claims (.9) and notice
of hearing regarding same (.3); review and revision
of correspondence and proposed agreed orders to
various litigation claimants (.2); review of signed
agreed orders for filing (.3); electronic filing
and service of twenty-fourth omnibus objection to
claims (.4) and notice of hearing thereon (.2)                     2.30    299.00

JHP Processing of agreed orders and mediation requests,
including telephone calls with attorneys for
claimants and Sedgwick Claims Management                           1.00    370.00

10/18/06 TLC Correspondence with Craig Goldfarb and Steve
Radford reminding them of the change in location of
the mediation of Erica Legrand (.2); telephone call
with and correspondence to Jorge Duarte regarding
his client's written confirmation that they will be
present at the scheduled mediation (.3);
correspondence with Jan Deloach and Corey Hinshaw
regarding the mediation of Fannie Reed (.2);
telephone call with and correspondence to Matthew
Branza regarding his client's written
confirmation that they will be present at the
scheduled mediation (.3); correspondence with
counsel for George Augustinski informing him of the
change in location of his mediation (.2);
correspondence with Jennifer Moorhead regarding
same (.1); correspondence with Lissitte Mirabal

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Admin. (General)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | regarding the mediation of Martha Balbuena (.2); correspondence with Ken Black regarding the procedures to be utilized by the various defense firms to close settled claims (.1); preparation of correspondence confirming the mediation of Emma Balom (.3); review of files and correspondence with Stephanie Knight regarding the status of the mediation of the proof of claim filed by Lana Allen (.2); review and revision of the cash settlements log (.2); review and revision of the claims resolution procedure log (.3); update of the mediation notebooks (.4); update of the mediation calendar (.3); update of the mediation status report (.4); review and revision of the form mediation reminder letter (.2); correspondence with Stephen Chouest regarding his client's written confirmation that they will be present at the scheduled mediation (.2) | 4.10 | 553.50 |
|  | KSW | Review and revision of correspondence and proposed agreed orders to various litigation claimants (.2); preparation and transmittal of signed agreed orders to client, Sedgwick Claims Management and Logan & Company (.5); preparation and transmittal of updated cash settlement log and claims resolution log to client (.2); review of signed agreed orders for filing (.2); research and e-mail of correspondence to adjusters regarding status of agreed orders (.1); telephone calls with creditors regarding status of settlement distributions (.1) | 1.30 | 169.00 |
|  | JHP | Preparation and issuance of claims resolution procedure log (.2); processing of agreed orders and mediation requests (1.2) | 1.40 | 518.00 |
| 10/19/06 | JHP | Processing of agreed orders and mediation requests | 0.80 | 296.00 |
|  | KSW | Preparation and transmittal of correspondence to Logan & Company to research additional claims filed by various litigation claimants (.7); review and revision of correspondence and proposed agreed orders to various litigation claimants (.7); preparation and transmittal of signed agreed orders to client, Sedgwick Claims Management and Logan & Company (.6); review of signed agreed orders for filing (.3); research and e-mail of correspondence to adjusters regarding status of agreed orders (.2); revised proposed agreed order, stipulation and notice regarding settlement with Louisiana Department of Revenue (.9); preparation of schedule of claims filed by Louisiana Department of Revenue (.8) | 4.20 | 546.00 |
|  | TLC | Telephone call with Candy Doyle regarding the mediation of America Borza and the status of the claims handled by her office (.4); telephone call with defense counsel assigned to mediate the claim of Anne Bonvillian regarding tentative dates for mediation (.2); correspondence to counsel for Anne Bonvillian regarding the tentative date of |  |  |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Admin. (General)

HOURS

mediation (.1); review of correspondence from
Michael Branz regarding the mediation of his
client's claim (.1); correspondence to counsel for
Luann Shingler regarding the tentative date of his
client's mediation (.2); correspondence with
Nicholas Sardelis regarding the tentative date of
his client's mediation (.2); telephone call with
Jennifer Marino's office regarding same (.2);
telephone call with Jan Deloach regarding the
mediation of the claim filed by the estate of
Matthew Perrett (.2); telephone call with Barbara
from Andy Custer's office regarding the mediation
of Miriam Garcia (.3); telephone call with Kent
Pratt's office regarding same (.1); correspondence
with Ken Black regarding his availability to attend
mediations in December (.2); telephone call with
and correspondence to counsel for George
Augustinski regarding his client's mediation (.2);
review of files and correspondence with James H.
Post regarding the status of claim number 2823
(.1); correspondence with Robin Laube regarding
tentative dates that Betty Marion would be
available to attend mediations in Jacksonville,
Florida (.2); telephone call with and
correspondence to Jessica Bruce regarding her
client's written confirmation that they will be
attending the mediation in Jacksonville as
scheduled (.2); telephone call with Bill Cooper's
office regarding dates in which he is available to
conduct mediations in December (.2); telephone call
with Ken Black regarding the mediation of Maria
Gonzales (.1); telephone call with and
correspondence to Maria Gonzales' counsel regarding
same (.3); correspondence with Jan Deloach
regarding the mediation of Lori Baudot (.2); update
of the mediation notebooks (.3); update of the
mediation calendar (.3); update of the mediation
status report (.4)                                                    4.70      634.50

10/20/06 TLC  Update of the mediation notebooks (.2); update of
the mediation calendar (.6); update of the
mediation status report (.8); telephone call with
and correspondence to counsel for Ada Sera
regarding the mediation process and tentative dates
for mediation (.3); telephone calls with and
correspondence to Isaac Levy regarding the
mediation of Patricia Dufeck (.3); correspondence
with Mary Hayes regarding same (.1); correspondence
with Christopher Padron regarding the mediation of
Martha Balbuena (.2); preparation of correspondence
to Maria Gonzales regarding confirmation of her
mediation (.3); correspondence to counsel for
Willie Coco regarding a tentative date and time for
his client's mediation (.2); correspondence with
Trudy Innes regarding the mediation of Santilia
Defrand (.1); correspondence to counsel for

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Admin. (General)

|  |  | HOURS |  |
|---|---|---|---|
| | Santilia Defrand regarding same (.1); telephone conference with Mary Hayes and Stephanie Knight regarding the mediation of Claudine Dorre (.3); correspondence to counsel for Mark Gianassi tentatively scheduling his client's mediation (.2); correspondence to counsel for Susan Duncan tentatively scheduling his client's mediation (.2) | 3.90 | 526.50 |
| KSW | Revision of proposed agreed order regarding claim of Rosemary Aiken; transmittal of same to Rosemary Aiken's attorney | 0.20 | 26.00 |
| LMP | Analysis regarding procedures for responding to motions to allow late claims asserting lack of notice | 0.60 | 156.00 |
| JHP | Processing of agreed orders and mediation requests, including correspondence with claimants' counsel and Sedgwick Claims Management thereon | 0.50 | 185.00 |

10/23/06 KSW Preparation and transmittal of correspondence to Logan & Company to research additional claims filed by various litigation claimants (.2); review of signed agreed orders for filing (.2); preparation and electronic filing and service of notice of agreed order regarding Birmingham Realty Company's request for administrative expenses (.5)

|  |  |  | 0.90 | 117.00 |
|---|---|---|---|---|

TLC Preparation of correspondence to counsel for Iris Davidson reminding him of his client's scheduled mediation (.2); telephone call with counsel for Cathy Guzzone regarding the tentative date of his client's mediation (.2); correspondence to counsel for Patsy Whitfield reminding him of his client's scheduled mediation (.4); correspondence to counsel for America Duran reminding him of his client's scheduled mediation (.2); correspondence to counsel for Betty Lee reminding him of his client's scheduled mediation (.2); correspondence to counsel for Christine Bass reminding him of his client's scheduled mediation (.2); correspondence to counsel for Marissa Hancock reminding him of his client's scheduled mediation (.2); telephone call with counsel for Patricia Dufeck regarding the rescheduled mediation (.3); correspondence to Isaac Levy and Lisa Hivell regarding same (.2); update of the mediation status report (.6); update of the mediation calendar (.4); update of the mediation notebooks (.2); telephone call with and correspondence to counsel for Joan Calise regarding written confirmation that his client will be attending the mediation as scheduled (.2); telephone call with and correspondence to counsel for Linda Ginn regarding written confirmation that his client will be attending the mediation as scheduled (.2); telephone call with and correspondence to counsel for Marissa Hancock regarding written confirmation that his client will be attending the mediation as scheduled (.2); telephone call with and correspondence to counsel for James Grady regarding written confirmation that

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Admin. (General)

|  |  | HOURS |  |
|---|---|---|---|
|  | his client will be attending the mediation as scheduled (.2); review and revision of the claims resolution log (.3); review and revision of the cash settlements log (.2); telephone call with Isaac Levy regarding the mediation of Patricia Dufeck (.1); correspondence with Everett Brooks regarding his availability in March and April to attend mediations (.1); correspondence with Ken Black regarding the adjusters responsible for the claims that Janet Howard was previously responsible for managing (.3); telephone call with Jan Deloach regarding the mediation of Alphonso Salmon (.1) | 5.20 | 702.00 |
| 10/24/06 LMP | Telephone call with Robert Devine regarding preparation of letter to claimants asserting unresolved employment-related claims and the availability of de minimis cash settlements pending the effective date of the Chapter 11 plan (.4); preparation of letter to be sent to claimants asserting unresolved employment related claims (2.9); correspondence to Robert Devine regarding the availability of de minimis cash settlements (.4); correspondence to Robert Devine regarding letter to be sent to claimants asserting unresolved employment related claims (.2) | 3.90 | 1,014.00 |
| KSW | Preparation and transmittal of correspondence to Logan & Company to research additional claims filed by various litigation claimants (.3); preparation and transmittal of signed agreed orders to client, Sedgwick Claims Management and Logan & Company (.2); review and revision of reply to Florida Tax Collectors' supplemental memorandum of law (.9); electronic filing of same (.2); telephone call with claimant regarding status of settlement (.1) | 1.70 | 221.00 |
| TLC | Review and revision of the claim resolution log (.3); review and revision of the cash settlements log (.2); update of the mediation status report (.3); update of the mediation calendar (.5); transmittal of the updated mediation status report and calendar to the working group (.2); correspondence with Everett Brooks regarding his availability to attend mediations in July and August (.1); correspondence with Everett Brooks regarding the mediation of Alphonso Salmon (.1); correspondence with the defense counsel assigned to mediate the claim of Aurlinda Hagler regarding the confirmed mediation and mediation procedures (.4); preparation of the confirmation letter regarding the claim of Claudia Glover (.3); transmittal of confirmation letters to the working group and the appropriate defense counsel and mediator (.4); telephone call with Ken Black regarding the claims formerly handled by Melanie Alm (.3); correspondence to and telephone call with the defense counsel assigned to mediate the claim filed by Mark Gianassi (.2); correspondence to James |  |  |

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Admin. (General)

|  |  | HOURS |  |
|---|---|---|---|
| | Yacavone's office regarding the status of the mediations that his office is responsible for mediating (.3); telephone call with James Yacavone's secretary regarding same (.2) | 3.80 | 513.00 |
| 10/25/06 LMP | Telephone call with Ken Black regarding whether notice of the Chapter 11 confirmation order should be provided to persons who have filed lawsuits against Winn-Dixie asserting pre-petition claims but have not yet filed proofs of claim and regarding the status of the negotiations on the objection to the proof of claim asserted by Medicare | 0.50 | 130.00 |
| SDB | Preparation for and attendance at hearings on Winn-Dixie's twentieth omnibus objection to claims (.4) and on the twenty-third omnibus objection to duplicate claims (.4) | 0.80 | 324.00 |
| KSW | Preparation and transmittal of signed agreed orders to client, Sedgwick Claims Management and Logan & Company (1.4); preparation and transmittal of updated cash settlement log and claims resolution log to client (.3); preparation for and transmittal of correspondence to Logan & Company to research additional claims filed by various litigation claimants (.1) | 1.80 | 234.00 |
| TLC | Update of the mediation log (.2); update of the mediation calendar (.5); telephone call with and correspondence to Richard Reno regarding the mediation of his client's claim (.4); correspondence with Dawn LeBlanc regarding the mediation of Claudia Glover (.1); correspondence with Kerry Ledbetter regarding the mediation of Jean Quirk (.2); correspondence with counsel for Adriana Harris regarding the tentative date of his client's mediation (.1); correspondence to and telephone call with Everett Brooks regarding the mediation of Mary Hayse (.3); correspondence with counsel for D-Nei Harris regarding the tentative date of mediation (.2); telephone call with and correspondence to Joe Lewis regarding the tentative date of his client's mediation (.2); correspondence with Jodi Frey regarding the mediation of Christina Hernandez (.2); correspondence with counsel for Patricia Dufeck reminding him of the change in location of his client's mediation (.1); correspondence with counsel for Juanita Jones regarding his clients mediation (.2); correspondence with counsel of Lana Allen regarding tentative dates of mediation (.1); preparation, electronic filing and service of the notices of agreed orders regarding the claims filed by Mary Murphy, James Hulme, Ken Newell, Gloria Silva, Estelle Martin and Cynthia Vaughn (1.8) | 4.60 | 621.00 |
| JHP | Review of claims resolution procedure log, including cash settlement totals (.2); processing of agreed orders and mediation requests (.4) | 0.60 | 222.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Admin. (General)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 10/26/06 | KSW | Review and revision of correspondence and proposed agreed orders to various litigation claimants (1.3); review of signed agreed orders for filing (.3); research and e-mail of correspondence to adjusters regarding status of agreed orders (.1) | 1.70 | 221.00 |
|  | TLC | Update of the mediation calendar (.3); update of the mediation notebooks (.7); review and revision of the mediation log (.5); correspondence with Everett Brooks regarding the mediation claims filed by Mary Hayse, Luann Shingler and Lori Baudot (.5); telephone call with the defense counsel assigned to mediate the claim filed by Luann Shingler (.2); telephone call with counsel for Lois Thomas regarding tentative dates of mediation (.1); telephone call with counsel for Lisa Graham regarding tentative dates of mediation (.1); telephone call with counsel for Horace Brown regarding tentative dates of mediation (.1); telephone call with the defense counsel assigned to mediate the claim filed by Gabriela Baez regarding tentative dates of mediation and the mediation process (.3) | 2.80 | 378.00 |
| 10/27/06 | TLC | Telephone call with Allan Friedman regarding the mediation procedures (.3); correspondence with Arlyne Ubl regarding the mediation of Willie Coco (.2); telephone call with Jan DeLoach regarding the mediations scheduled on December 4, 2006 (.2); update of the mediation status report (.2) | 0.90 | 121.50 |
| 10/30/06 | KSW | Review and revision of correspondence and proposed agreed orders to various litigation claimants (.3); preparation and transmittal of correspondence to Logan & Company to research additional claims filed by various litigation claimants (.3); preparation and transmittal of signed agreed orders to client, Sedgwick Claims Management and Logan & Company (.4); review of signed agreed orders for filing (.4); research and correspondence to adjusters regarding status of agreed orders (.2); electronic filing and service of notice of agreed order regarding request for payment of administrative expense by Information Builders, Inc. (.4) and motion to approve stipulation with Dell Marketing, L.P. (.4) | 2.40 | 312.00 |
|  | JHP | Correspondence with co-counsel and client regarding logistics for implementing the administrative claim bar date notice (.6); processing of agreed orders and mediation requests (1.0) | 1.60 | 592.00 |
| 10/31/06 | SDB | Read Sheon Karol's revised claims reserve analysis (.4); conference with Cynthia C. Jackson regarding same (.1); telephone conference with Jay Castle, Sheon Karol and Rosalie Gray regarding same (.7) | 1.20 | 486.00 |
|  | TLC | Electronic filing and service of the twenty-fifth omnibus objections to claims (.9), including the notice of hearing thereon on (.2); update of the |  |  |

LAW OFFICES
## SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Admin. (General)

|  |  | HOURS |  |
|---|---|---|---|
|  | mediation calendar (.3); update of the mediation status log (.2); review and revision of the claims resolution log (.2); review and revision of the cash settlements log (.1); preparation of correspondence confirming the mediation of Willie Coco (.3); preparation of reminder letter for various mediation claimants that have mediations scheduled for the week of November 6, 2006 (.5) | 2.70 | 364.50 |
| KSW | Review and revision of objection to late filed and disputed ad valorem tax claims and motion to allow remaining claims subject to setoff (.5) and proposed order (.3); review of signed agreed orders for filing (.3); research and e-mail of correspondence to adjusters regarding status of agreed orders (.2) | 1.30 | 169.00 |
| JHP | Processing of agreed orders and mediation requests, including correspondence and telephone calls regarding same with claimant's counsel and Sedgwick Claims Management | 0.80 | 296.00 |
|  | FOR PROFESSIONAL SERVICES RENDERED | 128.40 | 24,535.00 |

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 4.10 | $405.00 | $1,660.50 |
| James H. Post | 17.40 | 370.00 | 6,438.00 |
| Cynthia C. Jackson | 1.10 | 305.00 | 335.50 |
| *Tana L. Copeland | 53.40 | 135.00 | 7,209.00 |
| *Kimberly S. Ward | 36.40 | 130.00 | 4,732.00 |
| Leanne McKnight Prendergast | 16.00 | 260.00 | 4,160.00 |
| TOTAL | 128.40 | | $24,535.00 |

TOTAL THIS STATEMENT                                    $24,535.00

_____

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
12/12/2006
ACCOUNT NO: 10163-021675M
STATEMENT NO:  125969

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Claims Admin. (General)

| | | | HOURS | |
|---|---|---|---|---|
| 11/01/06 | JHP | Preparation and issuance of claims resolution procedure ("CRP") log (.3); correspondence with co-counsel and client regarding claims still requiring attention and review of material documents regarding same (1.2); processing of agreed orders and mediation requests (.8) | 2.30 | 851.00 |
| | TLC | Correspondence with Everett Brooks regarding the reason that the mediation of Robert Boydell was cancelled (.2); telephone call and correspondence to Jan DeLoach regarding the mediation of Guillero Castro (.2); telephone call with counsel for Pasty Whitfield reminding him of his client's mediation on November 3, 2006 (.1); update of the mediation status report (.1); correspondence with Amy Frissel regarding the settlement term sheet for the mediated claim of Mary Garland (.1) | 0.70 | 94.50 |
| | KSW | Electronic filing and service of motion to approve stipulation with Vogel and Vogel (.4); review and revision of correspondence and proposed agreed orders to various litigation claimants (.3); preparation for and transmittal of updated cash settlement log and CRP log to client (.2); review of signed agreed orders for filing (.2) | 1.10 | 143.00 |
| | CCJ | Reviewed and replied to correspondence from Etty Pollak regarding claims (.5); conference with Stephen D. Busey regarding same (.2); review and analysis of motion to allow late claim filed by Belk (.4); conference with Meghan R. Wojeski regarding legal research regarding same (.3); review and analysis of Consolidated Biscuit documents (1.0); conference with Kathleen Logan regarding same (.3) | 2.70 | 823.50 |
| | MRW | Research regarding whether a creditor can file a late proof of claim after a lease has been rejected, Belk's late proof of claim and informal proofs of claim for Cynthia C. Jackson | 6.80 | 918.00 |
| 11/02/06 | JHP | Correspondence with client regarding resolution of Alphonso Salmon mediation dispute (.4); processing of agreed orders and mediation requests (1.5) | 1.90 | 703.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Chapter 11 - Claims Admin. (General)

|  |  | HOURS |  |
|---|---|---|---|
| | TLC Correspondence with Everett Brooks regarding the withdrawal letter our office received from Martha Balbuena's counsel (.1); correspondence with Everett Brooks regarding the status of the claim filed by Mary Hayes (.1); correspondence with Everett Brooks regarding the mediation of American Borzo (.1); telephone call with claimant's counsel regarding same (.1); correspondence with counsel for Robert Boydell canceling the mediation scheduled on November 15, 2006 (.1); correspondence with Nick Panakis regarding the new tentative date for the mediation of Rhonda Soudat (.1); telephone call with claimant's counsel regarding same (.1); correspondence with counsel for Bruce Key canceling the mediation scheduled on November 13, 2006 (.1); correspondence with Adam Appel regarding new dates for mediating the claim filed by Bruce Key (.2); preparation of a proposed stipulation to allow claimant, Alphonso Salmon, and his counsel to appear at the scheduled mediation by telephone (.3); telephone call with counsel for Debra Burchell regarding his client's mediation (.1); correspondence with counsel for Willie Coco confirming his client's mediation (.5); correspondence with Everett Brooks regarding same (.1) | 2.00 | 270.00 |
| | KSW Electronic filing and service of notice of agreed order regarding claim of Riverdale Farm (.3) and notice of change to exhibits to objection to MSP & SRP claims (.3) | 0.60 | 78.00 |
| 11/03/06 | JHP Correspondence with co-counsel regarding procedure for withdrawal of objections to claims and related matters (.4); processing of agreed orders, including telephone calls regarding same with claimants, claimants' counsel and Sedgwick (1.0) | 1.40 | 518.00 |
| | TLC Review of correspondence from Everett Brooks regarding claimant, Mary Hayes; correspondence to Ken Black regarding the request from America Borza's counsel for an eight hour mediation | 0.30 | 40.50 |
| | KSW Review and revision of correspondence and proposed agreed orders to various litigation claimants (.2); preparation for and transmittal of signed agreed orders to client, Sedgwick and Logan & Company (.3); research and correspondence to adjusters regarding status of agreed orders (.2) | 0.70 | 91.00 |
| 11/06/06 | SDB Conference with James H. Post regarding Food Lion claim | 0.40 | 162.00 |
| | KSW Preparation for and transmittal of correspondence to Logan & Company to research additional claims filed by various litigation claimants (.4); preparation for and transmittal of signed agreed orders to client, Sedgwick and Logan & Company Company (.5); preparation for and transmittal of updated cash settlement log and CRP log to client (.4); research and correspondence to | | |

LAW OFFICES

# SMITH HULSEY & BUSEY

Page: 3
12/12/2006
Winn-Dixie Stores, Inc.
ACCOUNT NO: 10163-021675M
STATEMENT NO:  125969

Chapter 11 - Claims Admin. (General)

|  |  | HOURS |  |
|---|---|---:|---:|
| | adjusters regarding status of agreed orders (.2); electronic filing of notice of withdrawal of objection to claims 4073, 2165, 7935 and 2573 set forth in eighth omnibus objection (.2), notice of withdrawal of objection to claim 3509 set forth in ninth omnibus objection (.2), notice of withdrawal of objection to claims 465, 10147 and 8133 set forth in twelfth omnibus objection (.2) and notice of withdrawal of objection to claim 4583 set forth in fifteenth omnibus objection (.2); preparation of objection to claim filed by Esther Lee (.6); correspondence and telephone call to Ken Black regarding status of various litigation claims (.2); conference with James H. Post regarding status of claims to be included in objection to claims (.3) | 3.40 | 442.00 |
| CCJ | Preparation for and participation in claims status call with Winn-Dixie, Skadden Arps and Logan & Company | 2.00 | 610.00 |
| JHP | Processing of agreed orders and mediation requests, including telephone calls and correspondence with attorneys for claimants and Sedgwick regarding same (.8); preparation for and attendance at working group conference call regarding claims that still need attention (1.0); preparation of objections to such claims for which our firm was assigned (1.0); preparation and issuance of CRP log (.3); correspondence with co-counsel regarding proposed withdrawal of objection to claims (.3) | 3.40 | 1,258.00 |
| TLC | Review and revision of the claims resolution chart (.6); review and revision of the cash settlements chart (.2); correspondence with counsel for Lilly Sempe to set a tentative date for his client's mediation (.2); correspondence with Jan DeLoach and Everett Brooks regarding the mediation of Christine Bass (.3); telephone call with Everett Brooks regarding the mediation of Maria Gonzales (.1); telephone call with Patsy Whitfield regarding the status of her claim (.2); update of the mediation calendar (.2) | 1.80 | 243.00 |
| 11/07/06 KSW | Preparation for and transmittal of correspondence to Logan & Company to research additional claims filed by various litigation claimants (.2); review of signed agreed orders for filing (.2); preparation of revised stipulation between Debtors and Louisiana Department of Revenue (.5) | 0.90 | 117.00 |
| JHP | Processing of agreed orders and requests for mediation, including telephone calls and correspondence with claimants' attorneys and Sedgwick regarding same | 0.80 | 296.00 |
| TLC | Correspondence with Christine Lewicki regarding the twenty-fifth and twenty-six omnibus objections (.2); update of the mediation calendar (.1); telephone call with Everett Brooks regarding the mediation of Christine Bass (.2); update of the | | |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Admin. (General)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | mediation status report (.1); review and revision of mediation reminder letter for various claimants (.4); correspondence to Amy Fissel regarding Isaac Levy's upcoming mediations (.2); telephone with Amy Fissel regarding same (.2); update of the mediation notebooks (.3) | 1.70 | 229.50 |
| 11/08/06 | KSW | Preparation for and transmittal of settlement documents regarding the Estate of Christine Bass | 0.40 | 52.00 |
|  | JHP | Processing of agreed orders and requests for mediation, including telephone calls and correspondence with claimants' attorneys and Sedgwick regarding same | 0.60 | 222.00 |
|  | CCJ | Preparation for and conference call with Winn-Dixie, Skadden and Smith Gambrell regarding repair and maintenance claims | 2.00 | 610.00 |
| 11/09/06 | SDB | Conference with James H. Post regarding claims management; telephone call with Jay Castle regarding same | 0.40 | 162.00 |
|  | CCJ | Review and analysis of Logan & Company's charts regarding claim status and follow-through regarding same | 2.00 | 610.00 |
|  | TLC | Update of the mediation calendar (.2); telephone call with Rosanna Monroe's counsel reminding them of the mediation on November 17, 2006 (.1); update of the mediation status report (.2); correspondence with Robert Devine regarding the mediation of Maureen Fitzgerald-Marhold's claim (.2) | 0.70 | 94.50 |
| 11/10/06 | SDB | Conference with James H. Post regarding Winn-Dixie's objection to USHHR claim (.3); recover legal research for James H. Post regarding same (.4); telephone call with Kimberly S. Ward regarding same (.1); telephone call with Stephanie Feld regarding Ohio Casualty settlement (.3); memorandum to Jay Castle regarding claims reserves (.2) | 1.30 | 526.50 |
|  | KSW | Review of signed agreed orders for filing (.2); research and correspondence to adjusters regarding status of agreed orders (.2); telephone calls with creditors regarding status of settlement distributions (.5); preparation of objections to claims filed by Wendy Pelley (.2), Marguerite Delor (.2), Yolanda Diaz (.2), Alphonso Salmon (.2), Betty Carpenter (.2), Gaile Pfledderer (.2), Gloria Samarrippas (.2), Tausha Jones (.2), Blanca Milanes (.2), Josephine Delgado (.2), Lucy Sanchez (.2) and John Vickers (.2); electronic filing of withdrawal of objection to claim 10750 from eighth omnibus objection (.2) and withdrawal of objection to claim 6633 from twelfth omnibus objection (.2); electronic filing and service of notice of agreed order as to various claims in the seventh omnibus objection (.3) and notice of agreed order as to various claims in the eighth omnibus |  |  |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Admin. (General)

|  |  | HOURS |  |
|---|---|---|---|
| | objection (.3); preparation for and electronic filing and service of motion to approve settlement with Ohio Casualty Company (.8) and notice of hearing thereon (.3) | 5.40 | 702.00 |
| JHP | Processing of agreed orders and mediation requests, including telephone calls and correspondence with attorneys for claimants and Sedgwick regarding same (1.0); review and revisions to mediation status report (.3) | 1.30 | 481.00 |
| CCJ | Preparation for and conference call with Winn-Dixie, Skadden, Logan & Company and XRoads regarding remaining claims and actions needed | 3.20 | 976.00 |
| TLC | Update of the mediation status report (.8); telephone call with Amy Fissel regarding the settlement term sheet for the Patricia Dufeck and Erica Legrand mediations (.2); telephone call with George Ridge's office regarding the mediation of Mary Garland (.2); transmittal of the updated mediation status report to the Sedgwick claims adjusters and the client (.2); correspondence with Kerry Ledbetter regarding the mediation of Linda Perkins (.1); correspondence with Robert Devine regarding the mediation of Maureen Fitzgerald-Marhold's claim (.2); review and revision of the chart provided by Sedgwick regarding the claimants that may have Medicare liens (.5) | 2.20 | 297.00 |
| 11/13/06 SDB | Read memoranda from Jane Leamy and Jay Castle regarding All-Pro Janitorial proof of claim | 0.30 | 121.50 |
| JHP | Review of revisions to mediation status report (.3); review and revisions to proposed withdrawal of objection from eighth and twelfth omnibus objections (.3); processing of agreed orders, including correspondence and telephone calls with attorneys for claimants and Sedgwick (1.2) | 1.80 | 666.00 |
| KSW | Preparation for and transmittal of signed agreed orders to various litigation claimants (.7); review of signed agreed orders for filing (.4); research and correspondence to adjusters regarding status of agreed orders (.1) | 1.20 | 156.00 |
| 11/14/06 KSW | Telephone calls with creditors regarding status of settlement distributions (.2); electronic filing and service of twenty-seventh omnibus objection to claims (.5) and notice of hearing thereon (.3) | 1.00 | 130.00 |
| TLC | Review and revision of the mediation status report to add information regarding the claimants' counsel (1.6); correspondence with Jodi Frey regarding the mediation of Rosanna Monroe (.2); correspondence with Everett Brooks regarding his availability to attend mediations in January (.1); correspondence with Ken Black regarding the new defense counsel assigned to mediate the claim filed by Willie Thames (.1); correspondence with Kerry Ledbetter regarding the mediation of Regla Olivia (.2); update of the mediation calendar (.3); | | |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Admin. (General)

|  | | HOURS | |
|---|---|---|---|
| | correspondence with Scott Nooney regarding the status of Charlotte Smith's agreed order (.2); correspondence with counsel for Jan Sien cancelling the scheduled mediation (.2); correspondence with the defense counsel assigned to mediate the claim of Robert Starnes, Jr. for his availability to attend a mediation in Jacksonville (.2); correspondence with claimant's counsel regarding same (.1); review of the docket to check whether any responses were filed in response to the notices of agreed orders filed on various claimants (.3); service of the agreed order regarding the stipulation with Pasco County (.3) | 3.80 | 513.00 |
| SDB | Read claims reserve analyses (.4); read memoranda among Rosalie Gray, Jay Castle and XRoads regarding same (.4); telephone conference with Jay Castle, Rosalie Gray, Jamie Edmunson and others regarding the claims reserve (.4); conference with James H. Post and Cynthia C. Jackson regarding claims management and cure dispute resolutions (1.3) | 2.50 | 1,012.50 |
| JHP | Processing of agreed orders and mediation requests, including telephone calls and correspondence with claimants' attorneys and Sedgwick regarding same (.6); review of correspondence on claim reclamation selection issue and correspondence regarding the same with the co-counsel (.6) | 1.20 | 444.00 |

11/15/06 TLC   Telephone call with Everett Brooks regarding the mediation of Judith Levy (.1); correspondence to counsel for Mark Gianassi confirming her client's mediation (.3); telephone call with Amy Fissel regarding the mediation of Rosanna Monroe (.1); telephone call with counsel for Rosanna Monroe regarding the status of his client's mediation (.2); correspondence with counsel for Rosanna Monroe confirming our conversation about the date, time and location of the mediation, as well as the procedures for appearing by telephone (.3); telephone call with Kerri Kuntz regarding the status of her claim, including review of files to determine same (.2); correspondence with counsel for Regla Olivia regarding the tentative date of mediation (.2); correspondence with counsel for Felicia Patterson regarding the tentative date of mediation (.2); correspondence with counsel for Elizabeth Wright regarding the tentative date of mediation (.2); correspondence with counsel for Judith Levy regarding the tentative date of mediation (.2); correspondence with counsel for Jacqueline Judd confirming his client's mediation (.3); telephone call with defense counsel regarding same (.1); telephone call with counsel for Amada Altamar regarding the change in location for the mediation (.1); correspondence to counsel for D-Nei Harris confirming his client's mediation (.3); telephone call with Terry Schmidt's office to

LAW OFFICES

# SMITH HULSEY & BUSEY

Chapter 11 - Claims Admin. (General)

|  |  | HOURS |  |
|---|---|---|---|
| | determine whether he can mediate the claim of Ada Serra (.1); correspondence with counsel for Ada Serra confirming his client's mediation (.3); correspondence with Logan & Company to research the claims filed by various claims settled through mediation (.3); preparation of agreed orders for the claims of Patricia Dufeck, Sara Legrand, Erica Legrand, Betty Lee and Kathleen Donovan (1.0); update of the mediation status report (.3); update of the mediation calendar (.2) | 5.00 | 675.00 |
| KSW | Preparation for and transmittal of correspondence to Logan & Company to research additional claims filed by various litigation claimants (.1); preparation for and transmittal of signed agreed orders to client, Sedgwick and Logan & Company (.8); review of signed agreed orders for filing (.2); preparation of objection to claims filed by Food Lion (.5); electronic filing and service of notice of agreed order regarding claim of MMMM, Inc. (.2), notice of agreed order regarding claim of CSX (.2), notice of agreed order regarding various claims in twelfth omnibus objection (.2), and second amended notice of case management conference (.2) | 2.40 | 312.00 |
| JHP | Review of correspondence on claim reduction selection issue (.4); processing of agreed orders and mediation reports (.8) | 1.20 | 444.00 |
| CCJ | Review and analysis of administrative claims (.7); review and analysis of open claims (1.2) | 1.90 | 579.50 |
| 11/16/06 TLC | Correspondence to counsel for Lana Allen requesting tentative dates he would be willing to mediate his client's claim (.2); telephone call with counsel for Emma Balom regarding the date of the mediation (.1); correspondence to Everett Brooks and Trudy Innes regarding same (.2); telephone call with counsel for D-Nei Harris regarding the time of his client's mediation (.1); correspondence to Everett Brooks and the assigned defense counsel regarding same (.2); preparation of correspondence denying the request of Timothy Berry's counsel to appear at the mediation by telephone (.2); correspondence to Yolanda Davis requesting the Medicare lien amount associated with Timothy Berry's claim (.1); telephone call with Americo Borza's counsel denying his request to set the mediation for eight hours (.2); correspondence to Amy Fissel regarding the status of Iris Davidson's settlement term sheet (.1); correspondence to Terry Schmidt's office regarding the mediation of William Fedalen (.1); correspondence to counsel for William Fedalen confirming his client's mediation (.3); correspondence to Mary Hayes regarding new tentative dates for the mediation of Linnette Gaskins (.2); telephone call with claimant's counsel regarding same (.2); correspondence to Mary | | |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Admin. (General)

|  |  | HOURS |  |
|---|---|---|---|
| | Hayes and claimant's counsel confirming the mediation of Linnette Gaskins (.3); correspondence to counsel for James Grady reminding him of the date, time and location of his client's mediation and the procedures to appear at the mediation by telephone (.3); telephone call with and correspondence to counsel for Adriana Harris regarding the tentative date of his client's mediation (.3); correspondence to Yolanda Davis regarding same (.1); correspondence to the defense counsel assigned to mediate the claim of Thomas Hazellief regarding the tentative date of mediation (.1); correspondence to counsel for Gabriel Hughely regarding the tentative date of his client's mediation (.1); update of the mediation calendar (.5); update of the mediation status report (.6); correspondence to Brad Poulos confirming the mediation of Jacqueline Judd (.1); correspondence to Stephanie Knight regarding the mediation of Cora Floyd (.1); update of the mediation notebooks (.8) | | 5.50 | 742.50 |
| KSW | Preparation for transmittal of complaint against Woolbright/SSR Marketplace and Gooding's Supermarkets, Inc. to client (.5); correspondence to Ray Sizemore regarding status of settlement distribution (.3); preparation for and transmittal of signed agreed orders to client, Sedgwick and Logan & Company (1.8) | 2.60 | 338.00 |
| JHP | Processing of agreed orders and mediation requests, including correspondence with claimants' counsel and Sedgwick regarding same (.6); review of correspondence on claim reduction selections and revision to proposed letter settling such claims (.4) | 1.00 | 370.00 |
| CCJ | Preparation for and representation of Debtors at evidentiary hearing on MSP and SRP claims (2.0); conference with Linda Rodriguez regarding same (.6); conference with Rosalie Gray regarding same (.5) | 3.10 | 945.50 |
| 11/17/06 TLC | Transmittal of mediation confirmation letters regarding various claimants to the working group (.5); correspondence with counsel for Thomas Hazellief confirming his client's mediation (.3); correspondence with counsel for Gabriel Hugely regarding the tentative date of his client's mediation (.1); telephone call with counsel for James Grady reminding him of his client's mediation (.2); correspondence to Everett Brooks and counsel for James Grady regarding same (.1); telephone call with the defense counsel assigned to mediate the claim of Madeline Joseph for tentative dates of mediation (.2); correspondence with claimant's counsel regarding same (.1); telephone call with the defense counsel assigned to mediate the claim of Thomas Irwin for tentative dates of mediation (.2); correspondence with claimant's counsel | | |

LAW OFFICES

# Smith Hulsey & Busey

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Admin. (General)

HOURS

|  |  |  |
|---|---|---|
| regarding same (.1); correspondence to the defense counsel assigned to mediate the claim of Bruce Key regarding the status of the mediation and whether it can be reset (.2); telephone call with the defense counsel assigned to mediate the claim of Jeff Porter for tentative dates of mediation (.1); telephone call with the defense counsel assigned to mediate the claim of Anna Kindinis for tentative dates of mediation (.1); correspondence to Everett Brooks regarding the correct counsel for claimant Judith Levy (.1); telephone call with claimant Maria Llinas regarding the tentative date of her mediation (.2); telephone call with the defense counsel assigned to mediate the claim of Manuel Lopez for tentative dates of mediation (.2); correspondence with claimant's counsel regarding same (.1); correspondence with counsel for Rose Lopez regarding the tentative date of his client's mediation (.1); preparation of correspondence to counsel for Jacqueline Mack denying his client's request to appear by telephone (.3); preparation of correspondence to counsel for Martha McZeal denying his client's request to appear by telephone (.3); review and revision of the correspondence and stipulation regarding the amended claim filed by Alphonso Salmon (.3); update of the mediation calendar (.3); update of the mediation status report (.4); telephone call with counsel for America Borza denying his client's request for an eight hour mediation (.2); service of the order disallowing workers' compensation claims as set for the fifth omnibus objection (.3); service of the order on Debtors' second omnibus objection to unresolved litigation claims (.3); service of the order approving the twenty-forth omnibus objection (.7); electronic filing and service of the notice of agreed order resolving the claims filed by Autozone, et al. (.4); electronic filing of the notice of withdrawal of objection to claim number 2235 filed by Broughton Associates (.2); telephone call with Arlyne Ubl regarding the mediation of William Fadalen (.1); correspondence with Chris Jackson regarding the substitution of counsel filed by the new counsel for claimant, Alma Manzanares (.1) | 6.80 | 918.00 |
| JHP Review of proposed settlement confirmation letters and correspondence with Robert Devine regarding same (.8); processing of agreed orders and mediation requests, including telephone calls and correspondence with attorneys for claimants and Sedgwick regarding same (1.0); preparation for November 20, 2006 conference on administrative claim bar date notice, including correspondence with client and co-counsel regarding same and review of prospective claimants (.5) | 2.30 | 851.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Admin. (General)

|  |  | HOURS |  |
|---|---|---|---|
| KSW | Revision of letter to Cristal Deleon regarding settlement; electronic filing of objection to claims filed by Food Lion | 0.40 | 52.00 |
| 11/18/06 KSW | Review of signed agreed orders for filing (.2); preparation for and transmittal of signed agreed orders to client, Sedgwick and Logan & Company (.8) | 1.00 | 130.00 |
| 11/20/06 JHP | Preparation for and attendance at conference with working group regarding issues on service of administrative expense claim bar date notice (1.0); correspondence to Kim Loverich regarding same (.2); processing of agreed orders and mediation requests, including telephone calls and conferences with attorneys for claimants and Sedgwick regarding same (.6); preparation of stipulation for claimants who file amended claims for less than $100,000 and request telephonic mediation, including correspondence to working group regarding same (.6) | 2.40 | 888.00 |
| TLC | Correspondence with counsel for Ada Serra regarding his client's mediation (.1); correspondence with Terry Schmidt's office regarding same (.1); review of the proof of claim filed by Rose Lopez (.1); telephone conference with counsel for the claimant and counsel for the Debtors regarding the mediation of Rose Lopez (.4) preparation of correspondence regarding same (.4); preparation of correspondence to Kim Loverich regarding the mediation of Rosanna Monroe (.2); telephone call with Sandy Topkin regarding the mediation of Gabriel Hugley (.2); telephone call with Ken Black regarding the mediation of Maria Gonzales (.1); correspondence with Stephanie Knight regarding the mediation of Danisleidys Medina (.2) correspondence to Gloria Davis regarding the mediation of Tammy Hunt (.2); correspondence to Logan & Company to research the claims filed by Debra Burchell (.1); update of the mediation status report (.3); update of the mediation calendar (.4) | 2.80 | 378.00 |

FOR PROFESSIONAL SERVICES RENDERED

104.60 23,287.50

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 4.90 | $405.00 | $1,984.50 |
| James H. Post | 21.60 | 370.00 | 7,992.00 |
| Cynthia C. Jackson | 16.90 | 305.00 | 5,154.50 |
| *Tana L. Copeland | 33.30 | 135.00 | 4,495.50 |
| *Kimberly S. Ward | 21.10 | 130.00 | 2,743.00 |
| **Meghan R. Wojeski | 6.80 | 135.00 | 918.00 |
| TOTAL | 104.60 |  | $23,287.50 |

TOTAL THIS STATEMENT

$23,287.50

*Legal Assistant
**Summer Associate

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
01/15/2007
ACCOUNT NO: 10163-021675M
STATEMENT NO:  126769

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Claims Admin. (General)

| | | HOURS | |
|---|---|---|---|
| 11/21/06 LMP | Correspondence with Ken Black and Kim Loverich regarding the effective date of the plan of reorganization and timing for conclusion of de minimis cash settlements | 0.50 | 130.00 |
| TLC | Review and revision of the claims resolution procedure logs (.6); review and revision of the cash settlements log (.2); correspondence with Gloria Davis and Robert Faison regarding the request of Tammy Hunt's counsel to go ahead and set his client's mediation despite the Medicaid lien (.3); update the mediation calendar with Sedgwick Claims Management Services 2007 holidays and with recently scheduled mediations (1.3); correspondence with Mary Hayes regarding the mediation of Howard White (.2); preparation of amended agreed orders for various claimants (1.5); electronic filing and service of the Debtors' objection to untimely claim transfer evidenced by the notice of creditor's change of address (.4); electronic filing and service of the notice of agreed order resolving claims from the twenty-second omnibus objection (.6); electronic filing and service of the motion for order approving the stipulation resolving the claims filed by Coca-Cola Enterprises (.6); update of the mediation status report (.6) | 6.30 | 850.50 |
| JHP | Preparation of 16 revised agreed orders to reflect cash settlements and correspondence with Tim Williams regarding same (.4); processing of agreed orders and mediation requests (.8) | 1.20 | 444.00 |
| CCJ | Preparation for weekly strategy call | 0.50 | 152.50 |
| | | ---- | -------- |
| | FOR PROFESSIONAL SERVICES RENDERED | 8.50 | 1,577.00 |

LAW OFFICES

## SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Admin. (General)

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| James H. Post | 1.20 | $370.00 | $444.00 |
| Cynthia C. Jackson | 0.50 | 305.00 | 152.50 |
| *Tana L. Copeland | 6.30 | 135.00 | 850.50 |
| Leanne McKnight Prendergast | 0.50 | 260.00 | 130.00 |
| TOTAL | 8.50 | | $1,577.00 |

TOTAL THIS STATEMENT                                                           $1,577.00
                                                                              =========

*Legal Assistant