LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
11/14/2006
ACCOUNT NO: 10163-021676M
STATEMENT NO:   124905

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville FL  32254

ATTN: Larry Appel, Esq.

Chapter 11-Claims Admin. (Reclamation/Trust Funds)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 10/05/06 | BB | Correspondence to Pam Brown | 0.20 | 48.00 |
| 10/10/06 | DLG | Correspondence with Todd Wuertz regarding reclamation claim of Libbey Glass | 0.10 | 22.00 |
| 10/12/06 | DLG | Analysis of resolution of reclamation claim of Libbey Glass | 0.20 | 44.00 |
| 10/19/06 | DLG | Review of correspondence from Todd Wuertz regarding status of reclamation claim of Libbey Glass | 0.10 | 22.00 |
| 10/20/06 | DLG | Telephone call with Rick Thames' office regarding reclamation claim of Libbey Glass (.1); correspondence to Todd Wuertz regarding same (.2); telephone call with Margaret Beck regarding reclamation claim of Libbey Glass (.3) | 0.60 | 132.00 |
| 10/30/06 | DLG | Telephone call with Margaret Beck regarding contact person at Libbey Glass and regarding resolution of reclamation claim | 0.20 | 44.00 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 1.40 | 312.00 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER |  | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Beau Bowin |  | 0.20 | $240.00 | $48.00 |
| David L. Gay |  | 1.20 | 220.00 | 264.00 |
|  | TOTAL | 1.40 |  | $312.00 |

TOTAL THIS STATEMENT                                    $312.00
                                                       ======

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
12/12/2006
ACCOUNT NO: 10163-021676M
STATEMENT NO:  125965

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11-Claims Admin. (Reclamation/Trust Funds)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 11/01/06 | DLG | Telephone call with Margaret Beck regarding contact person at Libbey Glass, John Shaffer; correspondence to Daniel Roehl, Benita Kichler and Todd Wuertz regarding same | 0.40 | 88.00 |
| 11/08/06 | DLG | Correspondence to Dan Roehl and Benita Kichler regarding contact person at Libbey Glass | 0.10 | 22.00 |
| 11/13/06 | DLG | Telephone call with Margaret Beck regarding discussions regarding reclamation claim of Libbey Glass; correspondence with Todd Wuertz regarding same | 0.20 | 44.00 |
| 11/16/06 | DLG | Review of correspondence from Jane Leamy (.1) and Todd Wuertz (.1) regarding status of reclamation claim of Del Labs; review of status of reclamation claim and negotiations regarding same (.5); telephone call with Todd Wuertz (.2) and Jane Leamy (.2) regarding same | 1.10 | 242.00 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 1.80 | 396.00 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| David L. Gay | 1.80 | $220.00 | $396.00 |

TOTAL THIS STATEMENT                                   $396.00
                                                      =======

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
12/12/2006
ACCOUNT NO: 10163-021677M
STATEMENT NO:   125964

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Claims Admin. (PACA/PASA)

|  |  | HOURS |  |
|---|---|---|---|
| 11/08/06 CCJ Revision and finalization of Stuart Maue response (1.0); conference with Kim Neil regarding same (.3) |  | 1.30 | 396.50 |
| FOR PROFESSIONAL SERVICES RENDERED |  | 1.30 | 396.50 |

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Cynthia C. Jackson | 1.30 | $305.00 | $396.50 |

TOTAL THIS STATEMENT                                    $396.50

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
11/14/2006
ACCOUNT NO: 10163-022112M
STATEMENT NO:   124901

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 -  Claims Litigation


|  |  |  | HOURS |  |
|---|---|---|---|---|
| 10/01/06 | KSW | Review of privileged documents and preparation of privileged log in Visagent's claim litigation | 1.30 | 169.00 |
| 10/02/06 | LMP | Preparation of stipulation to dismiss the adversary proceeding initiated by Winn-Dixie against Elizabeth Whitbeck (.5); preparation of stipulation to dismiss the action initiated by Elizabeth Whitbeck against Sedgwick Claims Management (.5); correspondence with Rosalie Gray, Malcolm Purow and Steve Radford regarding stipulations to dismiss the Whitbeck adversaries (.4); telephone call with Alan Chaisson regarding his claim (.3); telephone calls with Gloria Davis regarding the claim of Donna Chang (.3); analysis regarding sources of authority for assessment costs of mediation as a sanction (.6); analysis regarding whether Donna Chang may have any interest in the claim that is now the property of her Chapter 7 estate (.4); analysis regarding whether a de minimis settlement should be offered to Cleavon Williams (.4); correspondence with Stephen Radford and analysis regarding Gerardo Mendez's questions regarding distributions of stock (.4) | 3.80 | 988.00 |
|  | JHP | Preparation for October 12, 2006 case management conference on objections to Medicare claims, including correspondence regarding same with Assistant U.S. Attorney (.6); telephone call and correspondence with Kim Romeo regarding same (.4); preparation, service and filing of agreed order on Deborah Washington and correspondence regarding same with Unsecured Creditors Committee and client (.3); preparation for October 5, 2006 hearing on the nineteenth, twentieth and twenty-first omnibus objections to claims (.8); preparation of motion to estimate Medicare claims (.8); correspondence with co-counsel on settlement of CIGNA claims (.3) | 3.20 | 1,184.00 |
|  | DLG | Preparation of motion to compel production of Visagent's documents (.3); legal research of |  |  |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 -  Claims Litigation

HOURS

Medicare Secondary Payer Act and Code of Federal
Regulation Sections and related case law regarding
when cause of action against third parties accrues
(2.8); research regarding scope of "liability insurance"
term under MSP (.2); research regarding voluntary
suspension or termination of collection actions by
Department of Health and Human Services under the
Medicare Secondary Payer Act (.7); research regarding
limitation on amount of Medicare recovery under
C.F.R. 411.37 (.6); research regarding waiver of
claim by Department of Health and Human Services
under MSP pursuant to C.F.R. 411.28 and 405.376 (.8);
research regarding scope of "primary payer" and
"primary payment" terms under MSP (.5); research
regarding causes of action by Department of Health
and Human Services or CMS against third parties under
MSP regarding payments to Medicare recipients (1.2);
research regarding recent amendments to MSP and
applicable codes of Federal Regulation (.6)                    7.70   1,694.00

10/03/06 LMP Response to Medicare's request for additional
analysis regarding the objection to its claim
(.7); telephone call with Kim Loverich regarding
Medicare's request for additional analysis (.3);
telephone calls with Gloria Davis and Jennifer
Worley regarding the mediation of the claim of
Donna Chang (.3); preparation of motion for
continuance of trial of the objection to the claims
of the State of Louisiana (1.7); preparation of
proposed order granting continuance of trial of the
objection to the claims of the State of Louisiana
(.8); preparation of discovery requests to the
Department of Health and Human Services (1.9);
analysis regarding response to correspondence from
Gena Padron (.3)                                               6.00   1,560.00

JHP Preparation for October 5, 2006 hearing on
nineteenth, twentieth and twenty-first omnibus
objections to claims, including correspondence with
attorneys for claimants regarding same (.8);
preparation for October 12, 2006 Medicare status
conference, including telephone call with Medicare
attorney regarding same and settlement (1.0);
telephone call with client regarding same (.2);
preparation of amended objection to Medicare claim
and alternative motion to estimate claim, including
review of legal research regarding same (.8);
correspondence with co-counsel and client regarding
IRS proof of claim and set-off issues (.3);
revisions to motion for agreed order with CIGNA,
including correspondence with co-counsel regarding
same (.3); revision to objection to administrative
claim of 12th Street, including correspondence and
telephone call with co-counsel regarding same (.3);
preparation of motion to continue hearing on
objection to claim of State of Louisiana, including
correspondence regarding same (.4)                            4.10   1,517.00

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 -  Claims Litigation

| | | | HOURS | |
|---|---|---|---|---|
| | DLG | Correspondence with Guy Rubin regarding dates for inspection of Visagent's documents; review of double recovery provision of MSP Act | 0.30 | 66.00 |
| 10/04/06 | JHP | Preparation for October 13, 2006 confirmation hearing, including review of legal research on evidentiary and substantive issues (.8); preparation for October 5, 2006 hearing on nineteenth, twentieth and twenty-first omnibus objections to claims (.8); preparation of amended objection to Medicare claim and motion to estimate claims (.8); preparation of motion to continue objection to claim filed by State of Louisiana, including correspondence to co-counsel regarding same (.6); revision to Medical Security Card stipulation and correspondence with co-counsel regarding same (.2) | 3.20 | 1,184.00 |
| | BB | Legal research regarding the burden of proof in Rule 3018 proceedings to estimate a creditor's claim (1.9); legal research regarding whether a creditor with an informal proof of claim can vote or receive distributions under debtors' plan (1.0) | 2.90 | 696.00 |
| | DLG | Preparation of motion to compel production of documents from Visagent (.3); research regarding utilization of judicial notice at confirmation hearings (1.4); research regarding procedure for requesting court to take judicial notice of court docket at confirmation hearing (.5) | 2.20 | 484.00 |
| 10/05/06 | DLG | Telephone call with Nayeli Carpenter at Rubin & Rubin regarding dates for inspection of Visagent's documents (.2); continuation of research regarding procedure for requesting court to take judicial notice of court docket at confirmation hearing (2.1); research regarding 502 claims estimation and application to Medicare claims (2.5); research regarding exhaustion of administrative remedy as bar to bankruptcy court estimation of claim (1.6) | 6.40 | 1,408.00 |
| | JHP | Revision and filing of Del Monte stipulation and agreed order (.5); preparation for November 16, 2006 hearing on rejection to Adrian Barrows' agreement (.5); correspondence with client regarding objection to three new late-filed claims (.3); preparation and filing of objection to Tower's administrative claim (.4); telephone call with attorney for Medicare regarding continuance of status conference and settlement (.5); telephone call with Kim Romeo regarding same (.4); preparation for hearing on the nineteenth, twentieth and twenty-first omnibus objections to claims (.8) | 3.40 | 1,258.00 |
| 10/06/06 | LMP | Revision of motion for continuance of trial on the objection to the claims of the State of Louisiana (.6); revision of proposed order granting continuance of trial of the objection to the claims | | |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 4
11/14/2006
ACCOUNT NO: 10163-022112M
STATEMENT NO:   124901

Chapter 11 - Claims Litigation

HOURS

|  |  |  |
|---|---|---|
| of the State of Louisiana (.4); preparation of discovery requests to the Department of Health and Human Services (.6); telephone calls with Isaac Levy and analysis regarding the impasse of the mediation of the claim of Donna Chang (.5); telephone calls with Stephen Radford regarding questions regarding transfer of stock and timing of first distribution (.4); telephone call to Andrew Dean regarding the claim of Irene Williams (.3); telephone call with Michael Patrick regarding the claim of Lumisha McDaniel (.4); telephone call with Susan Baldwin regarding the dismissal of the Whitbeck adversary proceedings (.3); telephone calls with Jack Nicholas and analysis regarding the Dekoster claim against Save Right and the Chapter 11 status of Save Right (.5); correspondence with Robert Faison regarding the mediation of the claim of Donald Francis (.2); correspondence with Stephen Radford regarding the provisions of the proposed Chapter 11 plan regarding Class 16 claimants and the projections in the disclosure statement as to the value of distributions to Class 16 claimants (.6); correspondence with Thomas Glassman regarding the status of Carol Schweitzer's Ohio action against Sedgwick Claims Management (.3) | 5.10 | 1,326.00 |
| DLG Correspondence with Nayeli Carpenter at Rubin & Rubin regarding dates for inspection of Visagent's documents | 0.10 | 22.00 |
| JHP Revision and filing of objection to Tower's administrative claim (.4); preparation, service and filing of amended case management conference on objection to Medicare claims and telephone call with attorney for Medicare regarding same (.8); preparation and service of motion to approve stipulation on claim of Medical Security Card (.5); preparation for October 12, 2006 hearing on twenty-second omnibus objections to claims, including correspondence with attorneys for claimants regarding same (.5) | 2.20 | 814.00 |
| 10/09/06 LMP Telephone call with Ken Black regarding the claims of Candi Means, Irene Williams and Deryl Phillips (.5); telephone call with Andrew Dean regarding the claim of Irene Williams (.3); correspondence with Chris Jackson regarding service of questionnaire upon Candi Means (.2); analysis regarding the status of the claim of Irene Williams and correspondence with Stephanie Knight and Ken Black regarding same (.5); correspondence with Debra Fridie and analysis regarding the status of the agreed order resolving the claim of the Florida Agency for Health Care Administration (.5); correspondence with Rob Wilcox regarding the claim of Yolanda Diaz (.3) | 2.30 | 598.00 |
| JHP Review and revision to IRI stipulation and agreed order (.4); review of Cervantes motion for leave to file late claim (.2); preparation of motion to |  |  |

LAW OFFICES

## Smith Hulsey & Busey

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Litigation

| | | HOURS | |
|---|---|---|---|
| | continue trial on State of Louisiana claim, including correspondence with co-counsel and State regarding same (.8) | 1.40 | 518.00 |
| DLG | Correspondence with Tom Barr regarding dates to inspect Visagent's documents | 0.20 | 44.00 |
| 10/10/06 LMP | Preparation of request for production of documents to the United States Department of Health and Human Services (1.1); telephone call with Patrick Patangan regarding the status of the negotiations on the objection to the claim filed by the United States Department of Health and Human Services (.3); telephone call with David Hearse regarding the claim of Cathleen Donovan (.3); review and analysis of Patricia Davis' request for telephonic mediation and correspondence with Kim Loverich regarding same (.5) | 2.20 | 572.00 |
| JHP | Preparation of motion to continue trial on objection to claim of State of Louisiana, including correspondence regarding same with co-counsel and State of Louisiana (.8); correspondence with attorney for Tampa ADA regarding settlement (.4); review and filing of motion to approve IRI stipulation to settle claims (.4) | 1.60 | 592.00 |
| DLG | Correspondence with Nayeli Carpenter at Rubin & Rubin regarding date for inspection of Visagent's documents; correspondence with Tom Barr regarding date, time and location for inspection of Visagent's documents | 0.30 | 66.00 |
| 10/11/06 LMP | Correspondence with Gary Kurz and Jane Dawson regarding negotiations on the employee group health plan segment of the proof of claim filed by the Department of Health and Human Services and telephone call with Jane Dawson regarding same (.5); preparation of interrogatories to the Department of Health and Human Services (.5); telephone call with Tony Gellorisi and analysis regarding the claim of Lilly Sempe (.4) | 1.40 | 364.00 |
| JHP | Revisions to draft discovery requests on Medicare and proposal for settlement (1.2); correspondence with attorneys for State of Louisiana and co-counsel regarding negotiations on settlement and continuance (.6) | 1.80 | 666.00 |
| TLC | Preparation of privilege log regarding Visagent's request for production of documents | 1.50 | 202.50 |
| 10/12/06 LMP | Correspondence with Rosalie Gray and Ken Black and analysis regarding the claim of Alfred Haynes (.3); telephone call with Jennifer Worley and analysis regarding the motion for sanctions for fees and costs incurred in the Donna Chang mediation (.4); correspondence with Kerry Ledbetter regarding the mediation of the claim of Fannie Reed (.2); telephone call with Isaac Levy's office regarding the proofs of claim filed by Wayne Summers and Edward Yetton (.2); telephone call with Edward | | |

LAW OFFICES

### SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 -  Claims Litigation

|  |  | | HOURS | |
|---|---|---|---|---|
| | | Denini and analysis regarding the claim of Cynthia Schaffer (.4) | 1.50 | 390.00 |
| | TLC | Preparation of privilege log regarding Visagent's request for production of documents | 1.40 | 189.00 |
| | JHP | Preparation for hearing on twenty-second omnibus objections to claims (.6); correspondence with client regarding settlement of late claim filed by Tausha Jones (.3); correspondence with co-counsel regarding Cigna agreed order (.3); correspondence with co-counsel regarding Citicorp agreed order (.3); correspondence with co-counsel and client regarding continuance of hearing on objection to claims of State of Louisiana (.4); preparation, service and filing of motion for continuance (.6) | 2.50 | 925.00 |
| | DLG | Review of exhibit to Debtors' second omnibus objection to unresolved litigation claims; review of privilege log regarding Visagent's request for production | 0.50 | 110.00 |
| 10/13/06 | LMP | Correspondence with Michael Ahearn and analysis regarding the status of Evelyn Dumay's claim (.4); correspondence with Jennifer Worley regarding the motion to tax costs in connection with the Donna Chang claim (.3); review of correspondence from Patrick Hughes regarding the claim of Mildred Hughes (.3); review of correspondence from Eric Lamb regarding the claim of Ralph Burchett (.3); review of correspondence from Anthony Glorioso regarding the claim of Lily Sempe (.3) | 1.60 | 416.00 |
| | JHP | Preparation for November 16, 2006 hearing on second omnibus objection to litigation claims (.8); preparation for November 16, 2006 hearing on case management conference for Medicare objection (.8); review and filing of Cigna agreed order (.2); review and filing of Citicorp agreed order (.2); preparation for hearing on twenty-third omnibus objection (.3); correspondence with attorney Cischke regarding claim of Beverly Riggs (.3) | 2.60 | 962.00 |
| | TLC | Preparation of privilege log regarding Visagent's request for production of documents | 3.20 | 432.00 |
| | DLG | Review of privilege log regarding Visagent's request for production | 1.20 | 264.00 |
| 10/16/06 | LMP | Telephone call and correspondence with John Rogerson regarding the twenty-third omnibus objection to claims (.4); correspondence with Gary Kurz and Jane Dawson regarding further negotiations on the employee group health plan portion of the Medicare claim (.4); correspondence with Stephanie Biernacki and Jane Leamy and analysis regarding the claim of Schneider International (.4); correspondence with Ken Black regarding the claim of Ralph Burchett (.3); correspondence with Kim Loverich regarding the Medicare claim (.2); analysis regarding the claim of Mildred English and her request to participate in mediation by telephone (.7); preparation of response to Anthony Glorioso's | | |

LAW OFFICES

# Smith Hulsey & Busey

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Litigation

| | | HOURS | |
|---|---|---|---|
| | correspondence requesting telephonic mediation of the claim of Lily Sempe (.4) | 2.80 | 728.00 |
| JHP | Preparation for January 31, 2007 trial on objections to the claims of State of Louisiana and correspondence with co-counsel regarding same (1.8); preparation for October 23, 2006 hearing on twenty-third omnibus objection to claims (1.0); preparation of correspondence with co-counsel and client regarding proposed notice, motion and agreed order on allowance of MSP/SRP claims (1.8); correspondence with co-counsel regarding proposed twenty-fourth omnibus objection to claims (.3) | 4.90 | 1,813.00 |
| 10/17/06 LMP | Correspondence with Kim Loverich, Robert Faison and Ken Black regarding Mildred English's request for telephonic mediation and regarding whether mediations should be scheduled for Medicare beneficiaries (.7); correspondence with Gary Kurz regarding the applicability of the mediation privilege to further negotiations on the Medicare claim (.4); correspondence with Anthony Glorioso regarding the mediation of the claim of Lily Sempe (.7); correspondence with Patrick Hughes regarding the mediation of the claim of Mildred English (.6); review and analysis of order rescheduling the trial of Winn-Dixie's objections to the State of Louisiana's claims (.3) | 2.70 | 702.00 |
| BB | Preparation for and participation in conference with XRoads, Jay Castle and Cynthia C. Jackson regarding claims of Konica Minolta | 1.00 | 240.00 |
| JHP | Preparation for October 25, 2006 hearing on twenty-third omnibus objection to claims, including telephone calls and correspondence with claimants' attorneys (1.6); correspondence with co-counsel and client regarding settlement of claims filed by State of Louisiana, including preparation for October 18, 2006 conference call regarding same (1.2); preparation for and attendance at telephone conference call regarding litigation strategy on Konica claims (.5); review and analysis of proposed notice, motion and proposed order on objections to MSP/SRP claims, including telephone calls regarding same with co-counsel thereon (1.6); correspondence with co-counsel regarding proposed twenty-fourth omnibus objection to claims (.3); preparation for January 31, 2007 trial on State of Louisiana claims (1.2) | 6.40 | 2,368.00 |
| 10/18/06 LMP | Correspondence and telephone call with Stephanie Knight and analysis regarding the status of the claim of Hilda Alvarez (.5); telephone calls with Jesus Cervantes and analysis regarding the claim of Yolanda Diaz (.5); correspondence with Malcolm Purow regarding the stipulation to dismiss the Elizabeth Whitbeck adversary proceedings (.4) | 1.40 | 364.00 |
| JHP | Preparation for and attendance at telephone conference call regarding proposed settlement of objections to claims filed by State of Louisiana | | |

Winn-Dixie Stores, Inc.

Chapter 11 -  Claims Litigation

HOURS

|  |  |  |  |
|---|---|---|---|
| | | (.5); preparation of proposed settlement agreement with State of Louisiana and related pleadings (3.2); preparation for October 23, 2006 hearing on objections to omnibus claims, including memorandum regarding type and scope of relief sought (.8); preparation for October 19, 2006 settlement conference with Medicare on group employee claims (.6); preparation for November 16, 2006 hearing on Debtors' objection to Medicare claims (.5); correspondence with mediator and client regarding Legrand mediation (.3) | 5.90  2,183.00 |
| 10/19/06 | LMP | Correspondence with Jennifer Worley regarding attorneys' fees incurred in connection with the mediation of the Donna Chang claim (.3); preparation of motion to tax costs and fees in connection with the mediation of the Donna Chang claim (1.6); correspondence and telephone calls with Gloria Davis regarding the claim of Donna Chang (.5); preparation for conference call with Medicare regarding the employee group health plan portion of its claim (.7); conference with Jane Dawson regarding the employee group health plan portion of Medicare's claim (.5); telephone conference with Gary Kurz and Jane Dawson regarding the employee group health plan portion of Medicare's claim (3.5); telephone call with claimant's attorney regarding the scheduling of mediation (.3); correspondence with Kerry Ledbetter regarding demands of Marc Bruner with respect to the mediation of the claim of Lana Allen (.2); preparation of correspondence to Marc Bruner regarding the mediation of Lana Allen (.7); analysis regarding whether the motion for sanctions should be filed and telephone call with Kim Loverich regarding same (.5); correspondence with Ken Black regarding the claim of Maria Gonzales (.3) | 9.10  2,366.00 |
| | JHP | Preparation and issuance of proposed notice, motion, stipulation and agreed order in settlement of objections to claims filed by State of Louisiana (3.6); telephone calls regarding same with client and co-counsel (.8); preparation for October 23, 2006 hearing on twenty-third omnibus objections to claims (.4); review of results of settlement conference with Medicare on employee health group plan limitations (.4) | 5.20  1,924.00 |
| | DLG | Review of correspondence from Chip Parker regarding the litigation claim of Susan Walker; review of updated index to lift stay litigation | 0.30    66.00 |
| 10/20/06 | LMP | Telephone call with Isaac Levy regarding the documentation of the resolution of the Yetton and Summers claims (.4); correspondence with Mark Brumer regarding the mediation of the claim of Lana Allen (.5); review and analysis of correspondence from David Perkins regarding the claim of Hilda | |

LAW OFFICES

## SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Litigation

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | Alvarez and preparation of response to same (.5); review and analysis regarding correspondence from Chip Parker regarding the claim of Susan Walker and preparation of response to same (.5); correspondence with Chris Jackson regarding providing a questionnaire to Yolanda Diaz (.3); correspondence with Rob Wilcox and Ken Black regarding the questionnaire to be provided to Yolanda Diaz (.5) | 2.70 | 702.00 |
|  | DLG | Analysis of claim of Susan Walker and appropriate response to inquiry regarding Claims Resolution Procedure (.3); research regarding and analysis of application of Medicare Secondary Payer Act or causes of action under the Act in bankruptcy cases (1.9); review of recent case law regarding MSPA (1.1); research regarding and analysis of viability of Department of Health and Human Services proof of claim where no responsibility under Act has been demonstrated (.7); analysis of Visagent's request for production (.3) | 4.30 | 946.00 |
|  | JHP | Preparation of response to Aronov's motion for summary judgment and related matters (.6); correspondence with co-counsel regarding claims, motion to approve stipulation on claims filed by Dell Marketing (.3) | 0.90 | 333.00 |
| 10/23/06 | JHP | Correspondence with co-counsel and Debtors regarding twentieth omnibus claim objection (.3), objection to William Carter claim (.3) and objection to claims filed by Earl Barker (.2); correspondence regarding omnibus objection to late-filed personal injury claims not previously identified for objection (.2); correspondence with Louisiana co-counsel regarding proposed stipulation and agreed order (.3) | 1.30 | 481.00 |
|  | LMP | Review and analysis of correspondence from James Gaidry regarding the claim of Anne Bonevillian and preparation of correspondence to Kerry Ledbetter regarding same (.5); correspondence with Malcolm Purow regarding dismissal of the Whitbeck adversary proceedings (.5); review and analysis of correspondence from Joseph Lowman regarding the claim of Pearlie McCann (.3); analysis regarding potential objections to 14 additional claims recently identified by Logan & Company as having been filed late (.5) | 1.80 | 468.00 |
| 10/24/06 | LMP | Telephone call with Ken Black regarding the mediation of the claim of Christina Bass (.3); correspondence with Kerry Ledbetter and analysis regarding the claim of Tina Chester (.5); telephone call with June Schmidt regarding her claim (.5) | 1.30 | 338.00 |
|  | JHP | Preparation for October 25, 2006 hearing on twenty-third omnibus objection (.5); conference with Stephen D. Busey and Kimberly S. Ward thereon (.3); review of revised proposed order (.2); review of proposed IDI agreed order and correspondence to co-counsel thereon (.3) | 1.30 | 481.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 -  Claims Litigation

|  |  | HOURS |  |
|---|---|---|---|
| DLG | Review and revision of privilege log regarding Visagent's request for production (2.6); analysis of litigation claim of Susan Walker (.2); correspondence to Chip Parker regarding necessity of filing motion to allow a late claim (.2) | 3.00 | 660.00 |
| 10/25/06 LMP | Review and analysis of correspondence from Stephanie Knight regarding the release of the Dunbar claim (.3); correspondence with Patrick Hughes regarding his request that the mediation of the claim of Mildred English occur in her city of residence (.4); additional correspondence with Patrick Hughes regarding his re-asserted demand for telephonic mediation of the claim of Mildred English (.6); telephone call with Jennifer Worley regarding the mediation of the Donna Chang claim, the merit of the motion for sanctions and strategies for future negotiations on the claim (.6); correspondence to Ben Tarver regarding possible Medicare or Medicaid liens on the claim of Robin Grant (.7) | 2.60 | 676.00 |
| DLG | Correspondence with Nayeli Carpenter at Rubin & Rubin regarding date for inspection of documents regarding request for production to Visagent and volume of documents (.2); correspondence with Tom Barr regarding same (.2); review and revision of privilege log description requirements under bankruptcy/federal rules (.4) | 0.80 | 176.00 |
| 10/26/06 LMP | Additional correspondence with Ben Tarver regarding the claim of Robin Grant | 0.50 | 130.00 |
| JAB | Preparation for document production by Visagent | 0.50 | 147.50 |
| DLG | Telephone call with Guy Rubin regarding documents to be produced in response to request for production to Visagent and date for inspection (.2); review and analysis of correspondence from Guy Rubin regarding same (.2); correspondence with Tom Barr regarding rescheduling of inspection of Visagent's documents (.2); correspondence to Guy Rubin regarding rescheduling of inspection of Visagent's documents (.1) | 0.70 | 154.00 |
| JHP | Correspondence with co-counsel and client regarding status of settlement negotiations | 0.40 | 148.00 |
| 10/27/06 LMP | Review of correspondence from Barry Wilen regarding the claim of Dgenane Glemaud and correspondence to David Turetsky and telephone calls with David Turetsky and Benita Kichler regarding the status of contracts with Pepsi (.5); telephone call with Chris Chase regarding categorization of claims (.3) | 0.80 | 208.00 |
| JHP | Correspondence with co-counsel regarding motions to approve agreed orders on Information Builders, Inc., Dell Marketing and T. Rowe Price (.6); correspondence with co-counsel regarding status of settlement negotiations with State of Louisiana (.4) | 1.00 | 370.00 |

LAW OFFICES

SMITH HULSEY & BUSEY

Page: 12
11/14/2006
ACCOUNT NO: 10163-022112M
STATEMENT NO:   124901

Winn-Dixie Stores, Inc.

Chapter 11 -  Claims Litigation

HOURS

| | | | | | |
|---|---|---|---|---|---|
| 10/30/06 | LMP | Review and analysis of correspondence from Richard Behr regarding settlement offer and correspondence with Everett Brooks regarding same (.5); correspondence with Jane Dawson and telephone with Gary Kurz regarding the employee group health plan portion of Medicare's proof of claim (.5) | 1.00 | 260.00 |
| | DLG | Telephone call with Harry Latham regarding agreed order on litigation claim (.3); preparation of correspondence to Ken Black regarding same (.2); review and revision of privilege log regarding Visagent's request for production regarding work product privilege (1.0) | 1.50 | 330.00 |
| | JHP | Preparation of revisions to settlement documents for claims filed by State of Louisiana, including review of material documents and correspondence regarding same (3.8); review and revision to motion to approve agreed orders on Information Builders, Dell Marketing, Adrian Barron, GE Trading and Riverdale Farms, including correspondence and telephone calls with co-counsel and client regarding same (1.6) | 5.40 | 1,998.00 |
| 10/31/06 | LMP | Review and analysis of correspondence from Kerry Ledbetter and Randall Morgan regarding workers compensation carrier's demand to be reimbursed from any settlement of the claim of Richard Boswell and telephone call with Kerry Ledbetter regarding same (.5); correspondence and telephone call with Kerry Ledbetter and analysis regarding issues with scheduling the mediation of the claim of Della Brown (.5); review and analysis of correspondence from James Gaidry regarding the claim of Anne Bonvillian and telephone call with Kerry Ledbetter regarding same (.5); correspondence with Stephanie Knight and analysis regarding attorney's demand for information regarding the settlement of the claim of Jill Spradlin (.4); correspondence with Stephanie Knight and analysis regarding whether to file an objection to the claim of Miriela Carbonell based upon insufficient claim documentation (.5); telephone call to Gary Kurz regarding the status of settlement negotiations on the objection to the Medicare proof of claim (.3); three telephone calls with Bruce Helmich and correspondence with Stephanie Knight regarding whether there may be any first dollar insurance coverage for the claim of Jill Spradlin (.5); review and analysis of correspondence from Raziuddin S. Khaja to Judge Funk regarding her claim and preparation of correspondence to Stephanie Knight regarding same (.5) | 3.70 | 962.00 |
| | DLG | Correspondence to Ken Black regarding telephone call with Harry Latham (.1); research regarding and analysis of necessity of modification to automatic stay regarding debtor's motion for summary judgment in state court proceeding (.5) | 0.60 | 132.00 |

LAW OFFICES

## SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 13
11/14/2006
ACCOUNT NO: 10163-022112M
STATEMENT NO:  124901

Chapter 11 -  Claims Litigation

|  |  | HOURS |  |
|---|---|---|---|
| JHP | Preparation and filing of twenty-fifth omnibus objection to claims (.5); preparation and filing of twenty-sixth omnibus objection to claims (.5); preparation and issuance of revised settlement documents for claims filed by State of Louisiana (2.0); review and revisions to motions to approve agreed orders on Xerox, Dell Marketing and Information Builders (1.2) | 4.20 | 1,554.00 |
| | FOR PROFESSIONAL SERVICES RENDERED | 159.10 | 46,089.00 |

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| James H. Post | 62.90 | $370.00 | $23,273.00 |
| Beau Bowin | 3.90 | 240.00 | 936.00 |
| *Tana L. Copeland | 6.10 | 135.00 | 823.50 |
| *Kimberly S. Ward | 1.30 | 130.00 | 169.00 |
| David L. Gay | 30.10 | 220.00 | 6,622.00 |
| Leanne McKnight Prendergast | 54.30 | 260.00 | 14,118.00 |
| James A. Bolling | 0.50 | 295.00 | 147.50 |
| TOTAL | 159.10 | | $46,089.00 |

TOTAL THIS STATEMENT                                  $46,089.00

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
12/12/2006
ACCOUNT NO: 10163-022112M
STATEMENT NO:  125960

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Claims Litigation

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 11/01/06 | JHP | Correspondence with client and co-counsel regarding claims asserted by Latham, Boydell and Sahon (1.2); preparation for November 16, 2006 hearing on status conference on objections to Medicare claims (1.2) | 2.40 | 888.00 |
|  | LMP | Telephone call and correspondence with Everett Brooks and analysis regarding the settlement of the claim of Cathy Price (.5); correspondence with Jeffrey Becker regarding his proposed motion on behalf of Brianna Johnson to liquidate the Medicaid lien on her claim (.5) | 1.00 | 260.00 |
|  | DLG | Telephone call with Richard Nash regarding claim of Reva Stamper and possible settlement (.2) review of status of claim of Reva Stamper and response to Debtors' omnibus objection to litigation claims (.3); revision of correspondence to Ken Black regarding telephone call with Harry Latham (.1); legal research regarding offensive use of the automatic stay in a state court action against the Debtors (1.4); analysis regarding same (.7) | 2.70 | 594.00 |
| 11/02/06 | JHP | Preparation of revised settlement documents for State of Louisiana settlement (2.6); correspondence with co-counsel regarding MSP/SRP claim hearing (.5); Harry Latham dispute (.4); an agreed order on Riverdale Farms (.4); and counsel for claimant Tampa ADA (.3) | 4.20 | 1,554.00 |
|  | DLG | Telephone call with Nayeli Carpenter regarding copying of Visagent documents responsive to request for production (.1); correspondence with Nayeli Carpenter regarding same (.2); review of correspondence from Nayeli Carpenter regarding notice of taking deposition of Winn-Dixie corporate representative (.2); review of correspondence from Ken Black regarding litigation claims of Harry Latham (.1); | 0.60 | 132.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Litigation

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 11/03/06 | JHP | Preparation for and attendance at conference call with working group on objection to IRS claim (.8); preparation and issuance to co-counsel of a final version of the settlement documents with the State of Louisiana (2.6) | 3.40 | 1,258.00 |
| 11/06/06 | JHP | Correspondence with client and co-counsel regarding revisions to settlement agreement with State of Louisiana (.8); preparation and issuance of revised settlement agreement (1.8); conference with Jay Castle regarding objection to Food Lion claims and correspondence with co-counsel regarding same (.4); review of Food Lion claims (.8) | 3.80 | 1,406.00 |
| 11/07/06 | JHP | Preparation and issuance to client and co-counsel of a revised stipulation for the settlement of the State of Louisiana claim (1.0); correspondence with client and co-counsel regarding same (.4); preparation for November 16, 2006 hearing on omnibus objections to claims (.5); attendance at Medicare case management conference (.5); preparation of objection to claims assigned to our firm (1.0) | 3.40 | 1,258.00 |
|  | DLG | Telephone call with Nayeli Carpenter regarding scheduling for production of documents and regarding copying of documents (.2); telephone call with Marie Maddox regarding response to Debtors' second omnibus objection to litigation claims (.2); review of response of Lorethia Alexander, Hubert Dessalines and Rebecca Cuyler to Debtors' second omnibus objection to litigation claims (.2) | 0.60 | 132.00 |
| 11/08/06 | JHP | Review of Food Lion proofs of claim and material documents (.5); preparation for November 16, 2006 hearing on omnibus objections to claims (.3); preparation of objection to claims assigned to our firm (.3); attendance at mediation of Bass claim, including revisions to proposed settlement stipulation (2.2); review of proposed settlement agreement with Marissa Hancock (.3) | 3.60 | 1,332.00 |
|  | DLG | Telephone call with Marie Maddox regarding litigation claimants Lorethia Alexander, Hubert Desallines and Rebecca Cuyler regarding Debtors' second omnibus objection to litigation claims (.1); review of documents produced by Visagent in response to request for production (3.1); analysis of objection to DHHS claim (.3); analysis of continuance of hearing regarding Debtors' second omnibus objection to litigation claims (.3) | 3.80 | 836.00 |
|  | LMP | Correspondence with Anthony Glorioso regarding the scheduling of the mediation of the claim of Lily Sempe (.4); correspondence with Robert Wilcox regarding the claim of David Williams (.3); review and analysis of stipulations of dismissal filed by Elizabeth Whitbeck regarding an adversary proceeding (.4) | 1.10 | 286.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Chapter 11 -  Claims Litigation

HOURS

11/09/06 JHP Review of proposed settlement agreement with
             Marissa Hancock and telephone call regarding same
             with mediator (Isaac Levy) (.4); preparation for
             November 16, 2006 hearing on omnibus objections
             (.4); and case management conference for Medicare
             (.4)                                                          1.20    444.00

         DLG Telephone call with Nayeli Carpenter regarding
             rescheduling of deposition of Winn-Dixie corporate
             representative (.1); telephone call with Marie
             Maddox regarding litigation claimants Lorethia
             Alexander, Hubert Desallines and Rebecca Cuyler
             regarding continuance of hearing on Debtors' second
             omnibus objection to litigation claims (.2); review
             of documents produced by Visagent (1.6);
             preparation of amended objection to claims filed by
             DHHS (.9)                                                     2.80    616.00

         LMP Correspondence with Everett Brooks and Randall
             Morgan regarding the settlement of the claim of
             Donald Cooley (.5); telephone calls with Robert
             Wilcox and Everett Brooks and correspondence to
             Everett Brooks regarding the claim of James Girdzus
             (.5); telephone call with Patrick Hughes regarding
             the claim of Mildred English (.4); telephone call
             with Steven Radford regarding the settlement of the
             Erica Legrand claim and the stipulations to dismiss
             the Whitbeck matters (.4); telephone call with Ken
             Black regarding the claim of Mildred English (.2);
             correspondence with Stephen Radford and analysis
             regarding the status of the proposed agreed order
             resolving the claim of Estelle Martin (.5);
             correspondence to Kim Loverich and Robert Faison
             regarding the claim of Howard White (.9); telephone
             call with David Perkins regarding the claim of
             Hilda Alvarez (.3)                                            3.70    962.00

11/10/06 DLG Legal research regarding and preparation of amended
             objection to claims filed by DHHS (3.8); research
             regarding allowance of amendment to claims (.9);
             preparation of exhibit to amended objection to claims
             (list of alleged Medicare beneficiaries) (.5);
             correspondence with Nayeli Carpenter and Tom Barr
             regarding rescheduling the deposition of Winn-Dixie's
             corporate representative (.3)                                 5.50  1,210.00

         JHP Preparation for Medicare case management
             conference, including telephone calls and
             correspondence with Kim Loverich (1.8); preparation
             of Medicare settlement offer including telephone
             calls and correspondence with Kim Loverich (1.8);
             correspondence with William Moore, Esq. regarding
             Tampa ADA claim settlement (.2); review and
             revision to agreed orders to resolve seventh and
             eighth omnibus objections (.3); review of proposed
             twenty-seventh omnibus objection (.3)                         4.40  1,628.00

         LMP Telephone calls with Collette Orlingson and
             analysis regarding the mediation of claim of Lester
             Narbow (.5); preparation of amended objection to
             Medicare's amended proof of claim (1.1);

LAW OFFICES

## SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 -  Claims Litigation

HOURS

|  |  |  |  |
|---|---|---|---|
|  | correspondence with Jane Dawson regarding documents provided by Medicare in support of the employee group health plan portion of its proof of claim (.4); review and analysis of correspondence from Barry Wilen regarding the claim of Dgenane Glemaud (.4) | 2.40 | 624.00 |
| 11/13/06 JHP | Correspondence and conference with Kim Loverich regarding proposed Medicare settlement (1.0); correspondence with Assistant U.S. Attorney regarding same (.2); preparation for November 16, 2006 case management conference regarding medicare (.8); correspondence with Louisiana co-counsel regarding settlement response (.2); preparation for November 16, 2006 hearing on objections to MSP/SRP claims (.8); correspondence with co-counsel regarding same (.3) | 3.30 | 1,221.00 |
| LMP | Telephone call with Benita Kichler regarding the request of Dgenane Glemaud to modify the standard proposed agreed order to exclude Pepsi from the release set forth therein and telephone call to Barry Wilen regarding same (.5); telephone call with Jane Leamy and analysis regarding whether the claims filed by BellSouth should be included in an omnibus objection to claims (.5); conference with Kim Loverich regarding settlement offer to Medicare (2.5); telephone call and correspondence with Jane Dawson regarding the employee group health plan portion of the Medicare claim (.4) | 3.90 | 1,014.00 |
| DLG | Review and revision of amended objection to DHHS claims (2.0); reschedule deposition of Winn-Dixie corporate representative and correspondence with Nayeli Carpenter regarding same (.4); preparation of exhibits to amended objection to DHHS claims (.5) | 2.90 | 638.00 |
| JAB | Communications regarding scheduling Tom Barr's deposition | 0.30 | 88.50 |
| 11/14/06 LMP | Preparation of settlement proposal to Medicare (6.9); telephone call with Keith Daw regarding payoff information for Thrivent mortgage and correspondence with Thomas Lallier and Keith Daw regarding same (.5); telephone call with Barry Wilen regarding the modification of the proposed agreed order resolving the claim of Dgenane Glemaud, modification of same and correspondence with Barry Wilen regarding same (.5) | 7.90 | 2,054.00 |
| JHP | Preparation for November 16, 2006 hearing on MSP/SRP objections (1.2), on fifth omnibus objection (.4); on twenty-fourth omnibus objections (.8); and second objection to litigation claims (.4); preparation for November 16, 2006 hearing on objection to medicare claim, including correspondence with client and Assistant U.S. Attorney thereon (1.2); correspondence with Tim Williams regarding procedures for resolving participation |  |  |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 -  Claims Litigation

|  |  | HOURS |  |
|---|---|---|---|
| | action filed by Robert Cumbey given that Mr. Cumbey never filed a timely proof of claim (.8) | 4.80 | 1,776.00 |
| DLG | Preparation of proposed order regarding Debtors' second omnibus objection to litigation claims (1.5); review of responses to second omnibus objection to litigation claims (.4); correspondence with Nayeli Carpenter regarding notice of taking deposition of Winn-Dixie corporate representative (.2); research regarding requirement for documents supporting proof of claim (2.4); review and revision of Debtors' amended objection to claims filed by DHHS (.7); analysis of revisions to Debtors' amended objection to claims filed by DHHS (.6) | 5.80 | 1,276.00 |
| 11/15/06 LMP | Telephone call and correspondence with Jane Dawson regarding the employee group health segment of Medicare's proof of claim (.3); preparation of settlement proposal to Medicare (2.6); telephone call with Everett Brooks regarding the claims of James Girdzus and Mildred English (.3); telephone call with Thomas Lallier regarding the payment of the Thrivent claim and withdrawal of objection to same (.3); review and analysis of documents provided by Jane Dawson prior to production to the Department of Health and Human Services in connection with the proof of claim filed by Medicare (.6); correspondence with Barry Wilen regarding the claim of Dgenane Glemaud (.4); correspondence with Gary Kurz regarding documents to be produced in connection with the employee group health portion of Medicare's proof of claim (.3) | 4.80 | 1,248.00 |
| JHP | Review of Food Lion documents, correspondence and proofs of claim (1.0); preparation of draft objection to Food Lion proof of claim (.6); preparation for November 16, 2006 hearing on objection to MSP/SRP claims (.8); preparation for hearing on fifth omnibus objection (.2); preparation for hearing on 24th omnibus objections (.6); telephone call with State of Louisiana attorney regarding proposed settlement stipulation and correspondence to counsel regarding same (1.0); preparation for November 16, 2006 hearing on second omnibus objection to litigation claims (.2) | 4.40 | 1,628.00 |
| DLG | Research regarding Bankruptcy Code Section 505 authority regarding claims estimation | 2.20 | 484.00 |
| 11/16/06 LMP | Correspondence with Gary Kurz regarding documents he requested pertaining to the employee group health plan portions of the proof of claim filed by the Department of Health and Human Services (.4); telephone call with Gary Kurz and analysis regarding the statute of limitations on Medicare Secondary Payer Act claims (.5); correspondence with Keith Daw regarding payoff information from Thrivent (.5); preparation of settlement proposal | | |

LAW OFFICES

## SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Litigation

HOURS

to Medicare (3.4); telephone call with Thomas
Lallier and correspondence with Amanda Reed
regarding payoff amount to Thrivent (.4); telephone
calls and correspondence with Keith Daw and Rosalie
Gray regarding Winn-Dixie's obligation to pay
Thrivent's attorney's fees (.4); telephone call and
correspondence with Kim Loverich regarding the
formulation of the settlement proposal to Medicare
(.4); telephone calls with Jane Dawson regarding
the employee group health plan portions of the
proof of claim filed by the Department of Health
and Human Services (.5); correspondence and
telephone call with Melissa Andrade regarding the
claims of William Knights and Howard White (.5);
analysis regarding Timothy Berry's request for
telephonic mediation (.4); review and analysis of
revised spreadsheet prepared by Jane Dawson
regarding the employee group health plan portions
of the proof of claim filed by the Department of
Health and Human Services (.5)                          7.90   2,054.00

BB   Review of lease termination agreement and related
documents for Store No. 2386 for preparation of
complaint against Goodings' and Woolbright (.5);
correspondence to Adam Ravin and Jane Leamy
regarding claim numbers 8851 and 8852 filed by
Goodings' (.3); review of claims register for all
claims filed by Goodings' or Woolbright (.3);
review of each claim filed by Goodings' or
Woolbright and determine the nature of claim,
whether the claim has been objected to and whether
the claim has been disallowed by previous court
order (1.1); review of lease and various landlord
lease assignments in preparation of complaint
against Goodings' and Woolbright (.8); preparation
of complaint against Goodings' and Woolbright (2.4)     5.40   1,296.00

JHP  Preparation for and attendance at hearing on (i)
MSP/SRP objections to claims (1.2), (ii) fifth
omnibus objection to claims (1.2), (iii)
twenty-fourth omnibus objections to claims (1.2)
and (iv) second omnibus objections to litigation
claims (1.6); correspondence to State of Louisiana
counsel regarding settlement documents and
correspondence to client regarding same (.5);
preparation of Food Lion claim, including review of
material documents and correspondence and telephone
call with outside counsel for Winn-Dixie (Doug
Stamford) (1.8); preparation of Gooding complaint
and correspondence with client regarding same (.8)     8.30   3,071.00

11/17/06 LMP Analysis regarding the employee group health plan
portions of the proof of claim filed by the
Department of Health and Human Services and revised
spreadsheet regarding same (.8); telephone calls
with Jane Dawson regarding settlement proposal on
the employee group health plan portion of the proof
of claim filed by the Department of Health and
Human Services and revised spreadsheet regarding

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Litigation

| | | HOURS | |
|---|---|---|---|
| | same (.9); telephone call with Kim Loverich regarding settlement proposal to Medicare (.2); correspondence with Jane Dawson and analysis regarding future claims by Medicare related to the employer sponsored group health plan portion of the proof of claim filed by Medicare (.3); telephone call to Vincent Sotile and analysis regarding the mediation of the claim of Martha McZeal (.4); telephone call to Franklin Kreutzer and analysis regarding the mediation of the claim of Jackuelyn Mack (.4) | 3.00 | 780.00 |
| DLG | Telephone call with Stephanie Knight regarding status of litigation claim of Reva Stamper (.2); update of research regarding application of MSPA in bankruptcy proceedings (5.8); review of response to Debtors' omnibus objection to unresolved litigation claims filed by Sunday Udoiyon (.2); review of motion to allow late filed claims filed by Susan Walker (.1) | 6.30 | 1,386.00 |
| BB | Revision of complaint against Goodings' and Woolbright | 0.30 | 72.00 |
| JHP | Preparation, service and filing of objection to Food Lion claim, including correspondence with client and co-counsel regarding same (.8); review of revisions to agreed order on fifteenth omnibus objections (.3); preparation of objections to claims "needing attention," including correspondence with co-counsel and client regarding same (.8); preparation of Gooding complaint, including review of material documents regarding same (.8); preparation of settlement offer on objection to Medicare claim, amended objection (1.0) | 3.70 | 1,369.00 |
| 11/20/06 JHP | Telephone call and correspondence with attorney for Food Lion regarding claim objection (.3); preparation of objections to claims "requiring attention," correspondence and telephone calls with co-counsel and client regarding same (.5); preparation of proposed settlement agreement with Medicare (.5); preparation, service and filing of Gooding complaint (.5); review of Alvin Chan motion for leave to file late claim (.5) | 2.30 | 851.00 |
| LMP | Telephone calls and correspondence with Jane Dawson regarding the employee group health plan component of the Medicare claim (.5); correspondence and telephone call with Kim Loverich regarding the settlement proposal for the Medicare claim (.3); telephone call with Vincent Sotile regarding the mediation of the claim of Martha McZeal (.3); correspondence with Kim Loverich and Robert Faison regarding the claims of Howard White and William Knights (.5); correspondence with Stephanie Knight regarding the claim of Marie Mathieu (.2); correspondence with Barry Wilen regarding the claim | | |

LAW OFFICES

## SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 8
12/12/2006
ACCOUNT NO: 10163-022112M
STATEMENT NO:  125960

Chapter 11 -  Claims Litigation

|  |  | HOURS |  |
|---|---|---|---|
|  | of Dgenane Glemaud (.3); review and analysis of exhibits prepared by Kim Loverich for settlement proposal to Medicare (.9) | 3.00 | 780.00 |
| BB | Revision of complaint against Goodings' and Woolbright | 0.80 | 192.00 |
| DLG | Correspondence with Tom Barr regarding rescheduling of Visagent deposition (.3); review and analysis of correspondence from Patricia Mitchell to Mark Rubin regarding intent of Visagent agreement (.5); research regarding disallowance of claim under MSPA for failure to identify alleged Medicare recipients and document alleged payments (2.6) | 3.40 | 748.00 |

FOR PROFESSIONAL SERVICES RENDERED

135.30 39,446.50

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| James H. Post | 53.20 | $370.00 | $19,684.00 |
| Beau Bowin | 6.50 | 240.00 | 1,560.00 |
| David L. Gay | 36.60 | 220.00 | 8,052.00 |
| Leanne McKnight Prendergast | 38.70 | 260.00 | 10,062.00 |
| James A. Bolling | 0.30 | 295.00 | 88.50 |
|  | 135.30 |  | $39,446.50 |

TOTAL THIS STATEMENT

$39,446.50
==========

LAW OFFICES

# Smith Hulsey & Busey

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
01/15/2007
ACCOUNT NO: 10163-022112M
STATEMENT NO:  126775

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 -  Claims Litigation


| | | | HOURS | |
|---|---|---|---|---|
| 11/21/06 | LMP | Review and analysis of correspondence from Michael Patrick regarding the claim of the estate of Lumisha McDaniel (.4); review and analysis of exhibits prepared by Kim Loverich for settlement proposal to Medicare (.9); preparation of settlement proposal to Medicare (.6); telephone calls with Kim Loverich regarding settlement proposal to Medicare (.4); preparation of request for production of documents to the Department of Health and Human Services (.9); preparation of interrogatories to the Department of Health and Human Services (2.9); preparation of exhibits to settlement proposal to Medicare (2.1); telephone call with claimant regarding the effect of the appeals on effective date of the plan (.3) | 8.50 | 2,210.00 |
| | JHP | Preparation of proposed settlement agreement regarding Medicare claim, including telephone calls and correspondence regarding same with Kim Loverich (2.8); preparation of amended objection and motion to estimate Medicare claims (1.0); review and filing of notice of agreed orders on Dell Marketing, Coca-Cola and Brown-Bottling, et al. (.3); review of filing of notice of agreed order on administrative expense claims filed by Birmingham Realty and IBI (.3); review of Alvin Chan motion to file late claim and update of applicable case law (.8); revision and filing of objection to untimely claim transfer (claim transfer issue) (.3); review of responses to twenty-fifth omnibus objections to claims and correspondence regarding same (.2) | 5.70 | 2,109.00 |
| | DLG | Continuation of research regarding disallowance of claim under MSPA for failure to identify alleged Medicare recipients and document alleged payments (2.4); revision of amended objection to DHHS claims (1.0); research regarding limitation of Section 502(j) reconsideration of allowed claim (1.9) | 5.30 | 1,166.00 |
| | | FOR PROFESSIONAL SERVICES RENDERED | 19.50 | 5,485.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.
ACCOUNT NO: 10163-022112M
STATEMENT NO:  126775

Chapter 11 - Claims Litigation

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| James H. Post | 5.70 | $370.00 | $2,109.00 |
| David L. Gay | 5.30 | 220.00 | 1,166.00 |
| Leanne McKnight Prendergast | 8.50 | 260.00 | 2,210.00 |
| TOTAL | 19.50 | | $5,485.00 |

TOTAL THIS STATEMENT $5,485.00

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
11/14/2006
ACCOUNT NO: 10163-021681M
STATEMENT NO:   124893

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Employee Matters (General)


| | | | HOURS | |
|---|---|---|---|---|
| 10/11/06 | SDB | Read Winn-Dixie's draft motion to approve employment contract with Peter Lynch (.4); memorandum to David Turetsky regarding comments on the motion (.5); read revised draft of motion (.3) | 1.20 | 486.00 |
| 10/12/06 | TLC | Electronic filing and service of the motion to approve the employment contract with Peter Lynch (.9); electronic filing and service of the notice of hearing regarding motion to approve the employment contract with Peter Lynch (.2) | 1.10 | 148.50 |
| 10/14/06 | SDB | Read draft Winn-Dixie omnibus objection to MSP/SRP claims | 0.40 | 162.00 |
| 10/16/06 | SDB | Read memoranda regarding omnibus objection to MSP/SRP claims and responses from the Ad Hoc Committee of retirees | 0.30 | 121.50 |
| | | FOR PROFESSIONAL SERVICES RENDERED | 3.00 | 918.00 |


PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 1.90 | $405.00 | $769.50 |
| *Tana L. Copeland | 1.10 | 135.00 | 148.50 |
| TOTAL | 3.00 | | $918.00 |


TOTAL THIS STATEMENT                                     $918.00
                                                        =======


―――――――――
*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100515

Page: 1
12/12/2006
ACCOUNT NO: 10163-021681M
STATEMENT NO:  125948

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Employee Matters (General)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 11/13/06 | SDB | Read memorandum from Rosalie Gray regarding responses to Winn-Dixie's objection to MSP/SRP claims (.3); two telephone calls with James H. Post regarding same and preparation for November 16 hearing (.3) | 0.60 | 243.00 |
| 11/14/06 | SDB | Read Rosalie Gray memoranda regarding responses to Winn-Dixie's omnibus objection to MSP/SRP claims (.2); telephone conference with Rosalie Gray and Jay Castle regarding same (.3); preparation for November 16 hearing on same (.3) | 0.80 | 324.00 |
| 11/15/06 | SDB | Memoranda to Flip Huffard regarding his testimony at the November 16 hearing on Winn-Dixie's motion to approve Peter Lynch's contract (.4); telephone call with Larry Appel regarding same (.3); draft Q and A for Mr. Huffard's direct testimony in support of the motion (1.4); read Rosalie Gray's memoranda regarding Mr. Hodges' response to Winn-Dixie's omnibus objection to MSP/SRP claimants' proofs of claim, together with attachments (.6); conference with James H. Post regarding same (.3); telephone conference with Rosalie Gray and James H. Post regarding same (.4); telephone conference with Rosalie Gray, James H. Post and Jay Castle regarding preparation for hearing on the omnibus objection (.6); telephone call with Jay Castle regarding proof preparation (.3); preparation of witness questions and answers (.6); telephone call with Rosalie Gray regarding witness outlines (.3) | 5.20 | 2,106.00 |
| 11/16/06 | SDB | Read Winn-Dixie's motion to transfer assets from the SRP T. Rowe Price Trust to the debtors, together with exhibits (.5); preparation for and attendance at hearing on the motion (.5); read Winn-Dixie's omnibus objection to MSP/SRP claims (.4); read responses to the omnibus objection |  |  |

LAW OFFICES

# Smith Hulsey & Busey

Winn-Dixie Stores, Inc.

Page: 2
12/12/2006
ACCOUNT NO: 10163-021681M
STATEMENT NO:  125948

Chapter 11 – Employee Matters (General)

HOURS

|  |  | HOURS |  |
|---|---|---|---|
| (.3); revise draft direct testimony outline of Linda Rodriguez for testimony in support of the omnibus objection (1.2); prepare Ms. Rodriguez for her direct testimony in support of the omnibus objection (1.6); prepare exhibits in support of the omnibus objection (.4); attend hearing and secure court approval of the omnibus objection, overruling participant responses (.9); revise direct testimony outline of Paul Huffard in support of Winn-Dixie's motion to approve Peter Lynch's contract (.5); preparation of Paul Huffard for his testimony (.5); attendance at hearing on Winn-Dixie's motion to approve plaintiff's contract (.8) | | 7.60 | 3,078.00 |
| CCJ | Preparation for and representation of debtor at hearing on Lynch contract and MSP objection | 1.10 | 335.50 |
| 11/17/06 TLC | Service of the order authorizing the employment of Peter Lynch (.8); service of the order reducing and reclassifying management security plan claims and supplemental retirement plan claims (.7) | 1.50 | 202.50 |
| FOR PROFESSIONAL SERVICES RENDERED | | 16.80 | 6,289.00 |

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 14.20 | $405.00 | $5,751.00 |
| Cynthia C. Jackson | 1.10 | 305.00 | 335.50 |
| *Tana L. Copeland | 1.50 | 135.00 | 202.50 |
| TOTAL | 16.80 |  | $6,289.00 |

TOTAL THIS STATEMENT                                          $6,289.00
                                                             =========

---

*Legal Assistant

LAW OFFICES

# Smith Hulsey & Busey

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
11/14/2006

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ACCOUNT NO: 10163-021666M
STATEMENT NO:   124889

ATTN: Larry Appel, Esq.

Chapter 11 - Executory Contracts

| | | | HOURS | |
|---|---|---|---|---|
| 10/04/06 | SDB | Read and prepare for October 5 hearing on Winn-Dixie's first, second and third omnibus motions authorizing negotiated assumption of executory contracts and leases (.9); read and prepare for October 5, 2006 hearing on first omnibus motion to reject executory contracts (.6) | 1.50 | 607.50 |
| 10/06/06 | KSW | Electronic filing and service of motion to approve stipulation between Debtors and Medical Security Card Company | 0.40 | 52.00 |
| 10/09/06 | SDB | Review seven motions for authority to assume and reject executory contracts and leases set for hearing on October 12, 2006 | 0.90 | 364.50 |
| 10/12/06 | SDB | Preparation for and attendance at hearing on Winn-Dixie's fourth and fifth omnibus motions to assume executory contracts (.5); preparation for and attendance at hearing on Winn-Dixie's second omnibus motion to reject executory contracts (.2), Winn-Dixie's motion to assume Cardtronic's agreement (.4) and Winn-Dixie's motion to reject Rexall Sundown's agreement (.3) | 1.40 | 567.00 |
| | TLC | Preparation, electronic filing and service of the Debtors' motion for order approving negotiated assumptions of agreements with Oracle USA, Inc. (.4), including the notice of hearing thereon (.2); preparation, electronic filing and service of the Debtors' motion for order authorizing assumption of the modified supply and service agreement with Anderson News (.4), including the notice of hearing thereon (.2); preparation, electronic filing and service of the Debtors' sixth omnibus motion to assume executory contracts (.6), including the notice of hearing thereon (.2); preparation, electronic filing and service of the Debtors' motion for order approving negotiated assumption of agreement with Hobart Corporation | | |

LAW OFFICES

## SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Executory Contracts

|  |  | | HOURS |  |
|---|---|---|---|---|
| | | (.5), including the notice of hearing thereon (.2); preparation, electronic filing and service of the notice of agreed order authorizing the assumption of the agreements with Connecticut General Life Insurance Companies (.4); preparation, electronic filing and service of the motion for approval of stipulation and assumption of leases between the Debtors and Citicorp Vendor Finance, Inc. (.4) | 3.50 | 472.50 |
| 10/17/06 | TLC | Service of the order pursuant to the second omnibus motion for order authorizing negotiated rejection of executory contracts on the master service list (.3); service of the order pursuant to the fourth omnibus motion for order authorizing negotiated rejection of executory contracts on the master service list (.3); service of the order pursuant to the fifth omnibus motion for order authorizing negotiated rejection of executory contracts on the master service list (.3); service of the order approving the assumption of the modified agreement with Cardtronics LP on the master service list (.3); service of the order authorizing the negotiated rejection of the executory contract with Rexall Sundown on the master service list (.3); service of the order approving the stipulation with Deutsche Bank Trust Company Americas on the master service list (.3) | 1.80 | 243.00 |
| 10/24/06 | SDB | Preparation for October 25, 2006 hearing on Winn-Dixie's motions to assume executory contracts with Oracle, General Electric, Anderson News, Hobart Corporation and Alabama Power Company (1.1); preparation for October 25, 2006 hearing on Winn-Dixie's sixth omnibus motion to assume executory contracts (.4) | 1.50 | 607.50 |
| 10/25/06 | SDB | Preparation for (.8) and attendance at hearing on Winn-Dixie's motions to assume executory contracts with Oracle, General Electric, Anderson News, Hobart Corporation and Alabama Power Company (.6); preparation for and attendance at hearings on Winn-Dixie's sixth omnibus motion to assume executory contracts (.6) | 2.00 | 810.00 |
| | TLC | Service of the order approving the agreement with Anderson News (.3); service of the order approving the agreement with Hobart Corporation (.3); service of the order approving the agreement with Oracle (.3); service of the order pursuant to the sixth omnibus motion to assume executory contracts (.4) | 1.30 | 175.50 |
| 10/26/06 | BB | Legal research regarding whether creditor that terminated a pre-petition executory contract post-petition is entitled to administrative expense priority for debtor's obligations under contract | 4.80 | 1,152.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Page: 3
11/14/2006
ACCOUNT NO: 10163-021666M
STATEMENT NO:  124889

Winn-Dixie Stores, Inc.

Chapter 11 - Executory Contracts

|  |  | HOURS |  |
|---|---|---|---|
| 10/27/06 TLC | Electronic filing and service of the motion directing transfer of assets held by T. Rowe Price and the notice of hearing thereon | 1.60 | 216.00 |
| 10/31/06 BB | Legal research regarding creditor's right to administrative expense claim for debtor's post-petition breach of contract where the contract has not yet been assumed or rejected (2.4); legal research regarding creditor's right to administrative expense claim for debtor's obligations arising upon termination of contract where contract has not been assumed or rejected (3.1) | 5.50 | 1,320.00 |
|  | FOR PROFESSIONAL SERVICES RENDERED | 26.20 | 6,587.50 |

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 7.30 | $405.00 | $2,956.50 |
| Beau Bowin | 10.30 | 240.00 | 2,472.00 |
| *Tana L. Copeland | 8.20 | 135.00 | 1,107.00 |
| *Kimberly S. Ward | 0.40 | 130.00 | 52.00 |
| TOTAL | 26.20 |  | $6,587.50 |

TOTAL THIS STATEMENT                                    $6,587.50

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
12/12/2006
ACCOUNT NO: 10163-021666M
STATEMENT NO:  125955

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Executory Contracts

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 11/01/06 | BB | Legal research regarding creditor's right to administrative expense claim for debtor's post-petition breach of "buy back" provision of warehousing agreement, terminated post-petition, where agreement has not been assumed or rejected | 2.10 | 504.00 |
| 11/09/06 | KSW | Service of agreed order authorizing assumption of agreement with Information Resources, Inc. | 0.30 | 39.00 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 2.40 | 543.00 |

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Beau Bowin | 2.10 | $240.00 | $504.00 |
| *Kimberly S. Ward | 0.30 | 130.00 | 39.00 |
| TOTAL | 2.40 |  | $543.00 |

TOTAL THIS STATEMENT                    $543.00

---

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

Page: 1
11/14/2006
ACCOUNT NO: 10163-021667M
STATEMENT NO:  124890

ATTN: Larry Appel, Esq.

Chapter 11 - Financing

| | | HOURS | |
|---|---|---|---|
| 10/24/06 BB | Legal research regarding whether debtor is exempt from recurring intangible tax under 1146(c) of the Bankruptcy Code | 1.70 | 408.00 |
| 10/25/06 BB | Review of Smith Gambrell's proposed legal opinion regarding exit financing (.8); legal research regarding tax exemption under 1146(c) of the Bankruptcy Code (3.0) | 3.80 | 912.00 |
| | FOR PROFESSIONAL SERVICES RENDERED | 5.50 | 1,320.00 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Beau Bowin | 5.50 | $240.00 | $1,320.00 |

TOTAL THIS STATEMENT                                    $1,320.00

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
12/12/2006
ACCOUNT NO: 10163-021667M
STATEMENT NO:  125950

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Financing

|  |  | HOURS |  |
|---|---|---|---|
| 11/15/06 LMP | Telephone call with Barry McMenamy regarding possible judgment lien filed by Terrence Palmer and research regarding same (.5); review of the docket in the district court proceeding filed by Terrence Palmer, analysis regarding whether that action must be disclosed in applications for financing, and telephone call and correspondence with Barry McMenamy regarding same (.5) | 1.00 | 260.00 |
| 11/16/06 CCJ | Conference with Rosalie Gray and Jay Castle regarding exit financing (.8); preparation of correspondence regarding same (.3); review of correspondence regarding same (.3) | 1.40 | 427.00 |
| 11/20/06 CCJ | Conference with Skadden, Smith Gambrell and Wachovia regarding title issues (1.0); conference with Stephen D. Busey regarding same (.5) | 1.50 | 457.50 |
|  |  | ---- | -------- |
|  | FOR PROFESSIONAL SERVICES RENDERED | 3.90 | 1,144.50 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Cynthia C. Jackson | 2.90 | $305.00 | $884.50 |
| Leanne McKnight Prendergast | 1.00 | 260.00 | 260.00 |
|  | ---- |  | --------- |
| TOTAL | 3.90 |  | $1,144.50 |

TOTAL THIS STATEMENT                                      $1,144.50
                                                         =========

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
12/12/2006
ACCOUNT NO: 10163-021668M
STATEMENT NO:  126034

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - General Corporate Advice

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 11/15/06 | JRS | Telephone conferences with Tony Saldana and Kimberly S. Ward regarding filing of amended and restated articles for Winn Dixie | 0.80 | 296.00 |
| 11/16/06 | JRS | Correspondence to and telephone conferences with Tony Saldana regarding articles and bylaws (.6); review articles and bylaws (1.0); telephone conference with CSC and Tony Saldana regarding filing of articles (.6) | 2.20 | 814.00 |
| 11/17/06 | JRS | Telephone conference with Tony Saldana regarding filing of articles | 0.40 | 148.00 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 3.40 | 1,258.00 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| John R. Smith, Jr. | 3.40 | $370.00 | $1,258.00 |

TOTAL THIS STATEMENT                                          $1,258.00

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
11/14/2006
ACCOUNT NO: 10163-021688M
STATEMENT NO:   124894

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 -  Leases (Real Property)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 10/02/06 | TLC | Review of files to determine the landlords represented by Mark Kelley and Mary Dowd (.5); correspondence with Cynthia C. Jackson regarding same (.1); review of the chart prepared by Logan and Company, Inc. regarding claims filed by landlords whose leases were assumed to determine the docket number of the orders which allowed the Debtors to assume the leases (1.9); preparation of the exhibits to the Debtors' motion to approve the assumption of the Marathon, Florida leases (.5) | 3.00 | 405.00 |
|  | MRH | Review of Store No. 2056 Windsor Station responses to Winn-Dixie's objections for escrow issue (.3); correspondence to Jim Bird and Allan E. Wulbern regarding release of escrow funds for Windsor Station (.4); correspondence to David Pollack regarding release of escrow funds for Store No. 2736 (.4) | 1.10 | 181.50 |
|  | AEW | Review and revision of order on motion to assume leases (.5); work on exhibits for motion to assume leases (2.3); telephone call with Catherine Ibold regarding same (.3); preparation of order assuming Benderson leases (.3); memorandum to Megan R. Harper regarding escrow from Store No. 2056 (.1); correspondence with Ian Kukoff regarding Store No. 214 (.1); correspondence with Catherine Ibold regarding stores not yet assumed (.2); memorandum to Kimberly S. Ward regarding hearing on motion to reject Store No. 1417 (.2); correspondence with counsel for various landlords regarding proposed order on motion to assume leases (.3) | 4.30 | 1,161.00 |
| 10/03/06 | TLC | Review of files to determine the landlords represented by the law firm of Held & Israel (2.3); correspondence with Bryan Gaston regarding same (.1); telephone call with Keith Daw regarding the proposed order for Store No. 202 (.1) | 2.50 | 337.50 |
|  | MRH | Review and summarization of arguments in Windsor Station responses to Winn-Dixie's objections |  |  |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 -  Leases (Real Property)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | (1.0); discussion of same with Allan E. Wulbern (.4); telephone call with Amy Hatch, attorney for landlord Windsor Station regarding release of escrow funds (.2); telephone call with Jane Leamy at Skadden Arps regarding release of Windsor Station escrow funds (.3); telephone call with and correspondence with Kim Neil regarding release of Windsor Station's escrow funds (.3); review of Winn-Dixie's objections to no liability claims and Windsor Station's objection regarding CAM and real estate taxes (1.0) | 3.20 | 528.00 |
|  | CCJ | Preparation for hearings on first and second negotiated assumption motions (1.0); preparation for hearing on rejection motion (.5); preparation for hearings on assumption motions (.6); preparation of order on Birmingham (.5); conference call with 1417 representatives regarding damage issues (.8) | 3.40 | 1,037.00 |
|  | AEW | Revision of assumption order (.5); comparison of cure amounts on exhibit to order with status chart of resolved cure objections (.8); preparation of outline of testimony for Bill Warren in response to confirmation objection from Store No. 1417 (2.7) | 4.00 | 1,080.00 |
| 10/04/06 | TLC | Correspondence with Kim Neil regarding updated landlord addresses (.2); review and revision of the order authorizing the Debtors to terminate the lease for Store No. 202 (.5) | 0.70 | 94.50 |
|  | MRH | Telephone call with Any Hatch, counsel for Windsor Station, regarding release of escrow funds for Store No. 2056 (.2); telephone call with Jane Leamy, counsel at Skadden Arps, regarding release of escrow funds for Store No. 2056 (.3); correspondence to and from Kim Neil and Erin O'Carroll at Winn-Dixie regarding releasing Windsor Station's escrow funds (.5); correspondence to Jane Leamy regarding release of Windsor Station's escrow funds (.5); preparation of correspondence to and review of correspondence from Amy Hatch regarding release of Windsor Station's escrow funds (.3); correspondence to Allan E. Wulbern regarding status update of Windsor Station's escrow funds release (.2) | 2.00 | 330.00 |
|  | CHK | Review of correspondence from Tony Saldana regarding further questions and comments to the corporate charter of Winn-Dixie Stores, Inc. | 1.40 | 385.00 |
| 10/05/06 | BB | Preparation of motion to extend time to file reply in Winn-Dixie, Inc. v. Newport Partners, Store No. 251 (.5); correspondence to Dan Gonzalez regarding same (.2) | 0.70 | 168.00 |
|  | MRH | Preparation of correspondence to and review of correspondence from Kim Neil regarding release of escrow funds for Windsor Station and amount of administrative expenses (.6); preparation of correspondence to and review of correspondence from Allan E. Wulbern and Cynthia C. Jackson regarding Store No. 1417, Bundy Road, New Orleans (Bundy) and |  |  |

LAW OFFICES

# Smith Hulsey & Busey

Winn-Dixie Stores, Inc.

Chapter 11 - Leases (Real Property)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | legal research on admissibility of discovery productions (.2); legal research regarding admissibility of documents produced during discovery and review of cases cited by Store No. 1417 opposing counsel, Russell Mills, and memorandum of summary of same to Cynthia C. Jackson (2.4); preparation of correspondence to and review of correspondence from Jane Leamy regarding order setting cure amounts for Store Nos. 470, 535 and 520 and review of order regarding same (.7) | 3.90 | 643.50 |
|  | CCJ | Preparation for and representation of Debtors at hearing on five different assumption and rejection motions | 2.40 | 732.00 |
|  | TLC | Review of files to determine the status of Store Nos. 651 and 655 (.2); review and revision of the proposed order for Store No. 202 (.6); correspondence with Meagan R. Harper regarding the status of Store Nos. 470, 535 and 570, including review of files to determine same (.2); correspondence to Lyndel Mason regarding the status of Store No. 2231, including review of files regarding same (.3); review of files to determine the status of Store No. 2435 (.4); correspondence to Jeffrey Worsdell regarding same (.1); correspondence with Kim Neil regarding the updated landlord address for Store No. 198 (.1) | 1.90 | 256.50 |
| 10/06/06 | TLC | Preparation of the chart depicting Winn-Dixie stores that have been rejected (2.6); review of the order regarding the second omnibus motion to assume leases to determine the total number of leases that were assumed (.5); service of the second omnibus motion to assume leases (.6); correspondence to Marie Mills regarding landlord addresses for various stores (.2) | 3.90 | 526.50 |
|  | JRS | Review research regarding articles of incorporation and correspondence and telephone conference with Tony Saldana regarding same | 0.60 | 222.00 |
|  | JAT | Research Florida law regarding incorporating extrinsic evidence into articles of incorporation; draft correspondence to John R. Smith, Jr. regarding same | 1.20 | 198.00 |
| 10/07/06 | CCJ | Revisions to Birmingham motion (.5); conferences with Adam Ravin regarding same and regarding lease issues (.3); review of pending motions to compel (1.0) | 1.80 | 549.00 |
| 10/09/06 | TLC | Review of the motion and order regarding the second omnibus motion to assume leases to determine the status of each of the 501 leases listed in the motion (2.1); review of files to determine the status of thirty-nine stores in response to a request received by Daniel Greenstein (.6); correspondence with Cynthia C. Jackson regarding same (.1); telephone calls with landlords for Store |  |  |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Leases (Real Property)

|  |  | HOURS |  |
|---|---|---|---|
| | Nos. 988, 983 and 2197 to determine their correct mailing addresses and fax number (.3) | 3.10 | 418.50 |
| CCJ | Preparation for hearings on October 12, 2006 on three motions to assume or reject executory contracts (1.4); correspondence to David Turetsky regarding same (.5) | 1.90 | 579.50 |
| AEW | Locate and review documents identified in Bundy's exhibit list (6.5); correspondence with Russell Mills regarding exhibit list (.3); telephone call with Russell Mills regarding Bundy's objection to confirmation (.4); conferences with Stephen D. Busey and Cynthia C. Jackson regarding same (.5) | 7.70 | 2,079.00 |
| MRH | Legal research and memorandum to Allan E. Wulbern regarding interest rates on rent in states Winn-Dixie is assuming stores (2.8); telephone call from Amy Hatch, counsel for Windsor Station regarding amount of 2004 real estate taxes (.2); preparation of correspondence to and review of correspondence from Kim Neil regarding 2004 Windsor real estate taxes and release of escrow funds (.3); review of 2004 Windsor Station tax assessments and related documents to determine amount still owing to Windsor Station from escrow (.8) | 4.10 | 676.50 |
| KSW | Preparation and electronic filing and service of motion to assume Marathon property lease (.6) and notice of hearing thereon (.4) | 1.00 | 130.00 |
| JRS | Review and revision of proposed resolutions and telephone conference with Tony Saldana regarding same | 1.60 | 592.00 |
| 10/10/06 TLC | Review and analysis of the order on the second omnibus motion to assume leases to determine the status of all the stores that were originally listed on the motion (.6); review and revision of the order regarding the second omnibus motion to assume leases to include Store Nos. 481, 2244 and 2638 (.3); review of files to determine the status of Store Nos. 124, 162, 202 , 276, 380, 420, 565, 605, 692, 893, 1059, 1385, 1389, 1391, 1409, 1417, 1434, 1437, 2308 and 2344 (.9); correspondence with Allan E. Wulbern regarding same (.1); service of the order approving the retroactive rejection of approval of assignment and termination agreements on the master service list and other parties in interest (.6) | 2.50 | 337.50 |
| AEW | Work on outline of testimony for Bill Warren at confirmation hearing (.8); correspondence with landlords regarding order granting second motion to assume (.2); correspondence with Jaques Mollaison regarding roofing dispute at Store No. 370 (.3); review of documents provided by Mollaison (.4); correspondence with landlord regarding cure objection (.3); memorandum to Megan R. Harper regarding obtaining release of escrowed lease sale proceeds (.3); correspondence with Adam Ravin regarding status of assumption of Benderson lease | | |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Leases (Real Property)

|  |  | HOURS |  |
|---|---|---|---|
| | (.3); correspondence with Kim Neil and Joey Schlossberg regarding calculation of interest on Benderson cure amounts (.2); correspondence with Helen Ball regarding cure objection (.2); identification of documents listed in Bundy's exhibit list and review of exhibits (2.0); correspondence with Russell Mills regarding reservation of objections to hearsay and relevance (.9); conference with Stephen D. Busey regarding same (.4); correspondence with Betsy Cox, counsel for Wachovia, regarding assumption of various leases (.1) | 6.40 | 1,728.00 |
| 10/11/06 MRH | Conference with Allan E. Wulbern regarding Alabama's interest rates on leases | 0.50 | 82.50 |
| CCJ | Review of assumption and rejection motions to determine actions needed for completion | 1.10 | 335.50 |
| TLC | Review and revision of the order on the second omnibus motion to assume leases to determine the status of all the stores that were originally listed on the motion (.5); review of files to determine the service addresses of Winn-Dixie landlords as requested by Keith Daw (.5); correspondence to Keith Daw regarding same (.1); review and revision of order correcting the order entered on August 18, 2006 in regards to the first omnibus motion to assume leases (.3); review and revision of order correcting the order in regards to the first omnibus motion to assume leases for Store No. 6 (.2); preparation of order rejecting Store Nos. 1403, 1434 and 1437 (.3); preparation of order correcting the order dated September 7, 2006 to include the undisputed cure amounts for the stores listed on exhibit A (.2) | 2.10 | 283.50 |
| AEW | Work on revised orders on first and second motions to assume and correspondence with landlords regarding revised orders (1.8); preparation for confirmation hearing and for evidentiary resolution to Bundy's objection to confirmation (5.1); correspondence regarding settlement of Benderson's cure objections (.4); correspondence with Brad Markey regarding rent payments to landlord (.1); correspondence with landlords regarding order on motion to assume (.5); correspondence with Mary Joanne Dowd regarding Alabama law on interest rate for past due lease payments (.4); correspondence with counsel for Store No. 251 regarding continuation of hearing (.2) | 8.50 | 2,295.00 |
| JAT | Research Florida law regarding pre-clearance of amendment to articles of incorporation; telephone call to Florida Secretary of State and Corporation Services Company of Florida; conference with John R. Smith, Jr. regarding same | 3.20 | 528.00 |
| JRS | Correspondence to Tony Saldana regarding filing of articles for Winn-Dixie and subsidiaries and review statutes and rules regarding same | 0.40 | 148.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Leases (Real Property)


|  |  | HOURS |  |
|---|---|---:|---:|
| 10/12/06 TLC | Review of the first omnibus motion and various orders to determine the status of all the leases listed on the motion (.5); electronic filing of the proposed order approving the assumption of the leases for Store Nos. 637, 651, 656, 660 and 737 (.2); review, revision and electronic filing of the proposed order approving the rejection of the leases for Store Nos. 1043, 1434 and 1437 (.3) | 1.00 | 135.00 |
| MRH | Correspondence to Kim Neil and to Allan E. Wulbern regarding release of escrow funds for Store No. 524 and documentation from landlord's counsel on repairs (.9); correspondence to Kim Neil and Tana Copeland regarding court orders for paying pre-petition sums to landlords for Store Nos. 2623 and 2056 (.3); conference with Allan E. Wulbern regarding interest rates in states where Winn-Dixie is assuming stores (.3) | 1.50 | 247.50 |
| CCJ | Preparation for and representation of Debtors at hearings on fifth omnibus motion to assume (.8); fourth omnibus motion to assume (.5); preparation for and representation of Debtors at hearing on second omnibus motion to reject (.5); preparation for and representation of Debtors at motion to assume Cardtronics contract (.7); preparation for and representation of Debtors at hearing on motion to reject Rexall Sundown (.5); representation of Debtors at second omnibus hearing (.3) | 3.30 | 1,006.50 |
| AEW | Conference with Bill Warren, Jay Castle and Stephen D. Busey to prepare Bill Warren for testifying at confirmation (2.2); review and revision of proposed orders on motions to assume leases (1.2); preparation for hearing on Bundy's objection to confirmation (2.2); review of interest calculations prepared by Benderson (.2); memorandum to Jay Castle regarding subpoenas of Kim Neil and Dale Bitter (.3); correspondence with Russell Mills objecting to subpoenas (.2); correspondence and telephone call with landlord regarding withdrawal of objection to confirmation (.2); correspondence with Winn-Dixie attorneys regarding Deutsche Bank assumption order (.1); telephone call with and correspondence with counsel for Crowder Family Partnerships (Crowder) regarding discovery and settlement (.3) | 6.90 | 1,863.00 |
| 10/13/06 LMP | Analysis regarding whether the counterclaim asserted by Winn-Dixie against BOSC in state court in Texas should be and has been asserted as a set-off against any lease rejection damages or cure demands in connection with the BOSC lease | 0.50 | 130.00 |
| AEW | Attendance at confirmation hearing to assist Stephen D. Busey in responding to Bundy's objection to confirmation | 8.20 | 2,214.00 |
| MRH | Legal research and revision of memorandum for Allan E. Wulbern on interest rates in states where Winn-Dixie is assuming leases (3.2); correspondence | | |

LAW OFFICES

# Smith Hulsey & Busey

Winn-Dixie Stores, Inc.

Chapter 11 - Leases (Real Property)

| | | HOURS | |
|---|---|---|---|
| | to Jane Leamy and Amy Hatch regarding release of escrow funds for Store No. 2056 (.6) | 3.80 | 627.00 |
| TLC | Preparation of chart describing the status of all the Winn-Dixie stores that are to be assumed | 1.80 | 243.00 |
| JRS | Telephone conferences with Tony Saldana regarding filing of articles and review of Form 8-A | 0.40 | 148.00 |
| 10/16/06 AEW | Preparation of three proposed orders on first motion to assume (2.1); preparation of revised proposed order on second motion to assume (.9); correspondence with landlords regarding order on second motion to assume and changes needed to order (.7); review of agreement with landlord regarding waiver of cure and telephone call with Bryan Gaston and Kim Neil regarding same (.8); preparation of memorandum to Cynthia C. Jackson regarding waiver of cure agreement (.6); correspondence with Kim Neil regarding cure on sold store (.3); correspondence with Russell Mills regarding status of claim and need for information from Bundy to submit claim to insurers (.4); memorandum to Keith Daw regarding Wachovia consent to close on financing without assumption of Store No. 251 (.2) | 6.00 | 1,620.00 |
| 10/17/06 TLC | Correspondence with Susan Baldwin regarding the status of the proposed order for Store Nos. 1403, 1434 and 1437 (.1); review of files and correspondence with Bryan Gaston regarding the status of the rejection orders for Store Nos. 1403, 1409, 1417, 1437 and 1434 (.2); service of the order approving the rejection of Store Nos. 1403, 1434 and 1437 on the master service list and other parties in interest (.3); service of the order of approving the assumption of Store Nos. 637, 651, 656, 660 and 737 on the master service list and other parties in interest (.4) | 1.00 | 135.00 |
| CCJ | Review and analysis of purported backup for cure claims by Terranova (1.6); correspondence to Tom Lehman regarding same (.3); correspondence to Karen Specie regarding same (.2); preparation for hearing on Bundy (.5); conferences with Allan E. Wulbern regarding same (.3) | 2.90 | 884.50 |
| SDB | Telephone call with Jay Castle regarding rejection motion hearing regarding Bundy New Orleans (.2); conference with Allan E. Wulbern regarding witness preparation for the hearing (.3) | 0.50 | 202.50 |
| MRH | Revision of memorandum on state interest rates to Allan E. Wulbern (1.5); discuss same with Allan E. Wulbern (.3); correspondence to Windsor Station counsel regarding release of escrow funds for Store No. 2056 (.4); correspondence to Kim Neil and Jane Leamy regarding settlement of Windsor Station administrative claim and payment under the Plan (.3) | 2.50 | 412.50 |
| BB | Research regarding whether or when court may condition debtor's rejection of lease (2.9); review | | |

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 -  Leases (Real Property)

|  |  | HOURS |  |
|---|---|---|---|
|  | of 12th Street and Washington Associates, L.P.'s application for administrative expense and attached exhibits (.8) | 3.70 | 888.00 |
| AEW | Telephone call with Kim Loverich regarding testifying at hearing on motion to reject Bundy lease (.6); conference with Stephen D. Busey regarding same (.3); review of Bundy's objection to rejection (.4); research regarding bad faith rejection and whether rejection can be conditional (3.0); preparation of outline of testimony (1.7); correspondence with Mary Jo Dowd regarding landlord's waiver of cure agreement (.4); correspondence with landlord regarding order on second motion to assume (.3); correspondence with Betsy Cox regarding payment of interest and fees for lease cure (.3) | 7.00 | 1,890.00 |
| 10/18/06 MRH | Revision of memorandum on state interest rates (1.0); legal research regarding Alabama, Florida and Louisiana interest rates (1.0); conference with Allan E. Wulbern regarding same (.3); correspondence to Marjorie Dabbs regarding release of escrow funds for Store No. 524, Lehmberg Station (.1) | 2.40 | 396.00 |
| CCJ | Review and analysis of several motions by landlords for payment of administrative expenses | 1.80 | 549.00 |
| AEW | Conference with Megan R. Harper regarding interest rate memorandum and reviewing objections to determine which landlords request interest and fees (.3); correspondence with Bryan Gaston regarding same (.2); review of Judge Funk opinion on bad faith rejection (.4); review and revision of Kim Loverich's testimony outline (.5); correspondence with landlords regarding assumption of leases (.8) | 2.20 | 594.00 |
| 10/19/06 MRH | Correspondence to landlord's counsel for Store Nos. 142, 1235, 531 and 1506 regarding order on Second Omnibus motion (.3); review of order on second omnibus for response to landlord's counsel (.5) | 0.80 | 132.00 |
| CCJ | Reviewed and replied to correspondence from landlords regarding cures | 1.40 | 427.00 |
| AEW | Correspondence with Store No. 1417 counsel regarding counsel's need to coordinate Dale Bitter's deposition through our firm (.1); correspondence with Dale Bitter regarding subpoena for his deposition (.2); correspondence with landlord attorneys regarding cure objection (.3) | 0.60 | 162.00 |
| 10/20/06 CCJ | Conference with Allan E. Wulbern and Stephen D. Busey regarding Store No. 1417 (1.0); preparation for hearing on same (1.2); reviewed and replied to correspondence regarding cure issues (.5) | 2.70 | 823.50 |
| TLC | Review of files to determine the status of approximately 230 stores for Keith Daw, including preparation of chart depicting the date and docket number of any applicable order | 2.40 | 324.00 |
| AEW | Telephone call with Jay Castle regarding evidence to support Winn-Dixie's motion to reject Store No. | | |

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Leases (Real Property)

HOURS

|  |  |  |  |
|---|---|---|---|
|  | 1417 and overcome the landlord's objection (.5); telephone call with Stephen D. Busey and Cynthia C. Jackson regarding same (.5); correspondence with Dale Bitter regarding testifying at hearing on motion to reject and preparation for deposition (.8); telephone call with Dale Bitter and Kim Loverich regarding same (.6); preparation for hearing on motion to reject (1.0); research regarding business judgment standard for rejecting lease (.7); telephone call with counsel for landlord regarding landlord's need to dismiss pending eviction action (.3); correspondence with landlord regarding cure dispute (.4); memorandum to Beau Bowin regarding Crowder settlement (.3); correspondence with Russell Mills regarding Mr. Bitter's deposition (.4); memorandum to Holly Etlin regarding XRoads representative to testify at hearing (.3); memorandum to Bryan Gaston regarding Store No. 1417's administrative claim (.2) | 6.00 | 1,620.00 |
| SDB | Review of Bundy's objection to Winn-Dixie's motion to reject the lease on Store No. 1417 (.3); telephone conference with Cynthia C. Jackson and Allan E. Wulbern regarding Winn-Dixie Inc.'s response to Bundy's subpoenas (.4); telephone call with Jay Castle regarding preparation for October 25, 2006 hearing on Winn-Dixie's motion to reject (.4); other preparation for the hearing (.4) | 1.50 | 607.50 |
| 10/22/06 AEW | Preparation of testimony outline for Dale Bitter (1.2); review of cases for hearing on motion to reject leases (.7); conference with Stephen D. Busey in preparation for hearing on motion to reject (.3) | 2.20 | 594.00 |
| MRH | Preparation of chart compiling store numbers, location and interest rate on stores Winn-Dixie is assuming leases that objected to cure amounts | 7.50 | 1,237.50 |
| 10/23/06 CCJ | Preparation for and participation on cure claim call with Skadden, Arps, XRoads and Logan (1.0); preparation of Birmingham motion (.8) | 1.80 | 549.00 |
| AEW | Conference with Dale Bitter and Jay Castle to prepare Dale Bitter for deposition on Tuesday and trial on Wednesday (4.5); correspondence with landlords regarding cure objections (.2); telephone call with Bryan Gaston regarding identification of undisputed cure payments (.4); telephone call with Russell Mills regarding deposition of Dale Bitter and potential for resolution of insurance dispute (.2) | 5.30 | 1,431.00 |
| SDB | Conference with Dale Bitter, Jay Castle and Allan E. Wulbern to prepare for October 25, 2006 hearing on Winn-Dixie's motion to reject Store No. 1417 lease (.9); conference with Allan E. Wulbern regarding preparation for Dale Bittner's deposition and preparation for the trial (.4) | 1.30 | 526.50 |

LAW OFFICES

S M I T H   H U L S E Y   &   B U S E Y

Page: 10
Winn-Dixie Stores, Inc.                                              11/14/2006
                                                   ACCOUNT NO: 10163-021688M
                                                   STATEMENT NO:  124894

    Chapter 11 -  Leases (Real Property)

                                                                HOURS

        MRH  Preparation of chart compiling store number,
             location and interest rates on stores Winn-Dixie is
             assuming leases which objected to cure amounts        3.50     577.50
        TLC  Review, revision and electronic filing of the
             proposed order correcting the order on the second
             omnibus motion to assume leases                       0.30      40.50

10/24/06 MRH  Preparation of spreadsheet on stores where
             landlords objected to motions to assume leases –
             claims for interest and attorneys' fees and review
             of lease terms on issues (5.7); review of second
             Omnibus motion objections for landlord claims as
             to cure amount (1.3)                                  7.00   1,155.00
        AEW  Conference with Dale Bitter and counsel for Store
             No. 1417 to settle dispute over insurance proceeds
             (4.0); review of assumption objections to determine
             amounts claimed by landlords and transmittal of
             that data to Bryan Gaston (2.4); telephone call
             with Bryan Gaston and Kim Neil regarding cure
             issues (.5); correspondence with Doug Nobles
             regarding Crowder settlement (.4); draft prepared
             order on motion to assume Deutsche Bank leases
             (1.2); conference with Stephen D. Busey and Cynthia
             C. Jackson regarding agenda for hearing tomorrow
             and review and revision of agenda (.5); review for
             statements in support of Skinner's request for fees
             to cure lease (.4); correspondence with Kim Neil
             and Bryan Gaston regarding same (.2);
             correspondence with Bryan Gaston and Kim Neil
             regarding Dustin Branch's clients request for fees
             (.3)                                                  9.90   2,673.00
        BB   Conference with Adam Ravin regarding 12th Street
             and Washington Associates application for allowance
             of administrative expense claim for damages to
             leased premises (.3); legal research regarding
             landlord's right to administrative expense claim
             for damages to leased premises (2.0)                  2.30     552.00
        SDB  Conference with counsel for Bundy regarding
             resolution of Bundy's objection to Winn-Dixie's
             motion to reject the lease of Store No. 1417
             (1.7); telephone call with Jay Castle regarding
             same (.3); telephone call with Sheon Karol
             regarding same (.2); preparation for second
             omnibus motion to assume leases (.7)                  2.90   1,174.50
        TLC  Review, revision and electronic filing of the
             proposed order correcting the order dated September
             7, 2006 to attach amended exhibit A (.3); review,
             revision and electronic filing of the proposed
             order correcting the order dated August 18, 2006 to
             attach amended exhibit A (.3); review, revision and
             electronic filing of the proposed order revising
             the order authorizing the assumption of
             non-residential real property leases (.5)             1.10     148.50

10/25/06 CCJ  Preparation for and representation of Debtors at
             hearings on five motions to assume negotiated
             leases                                                1.50     457.50

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Leases (Real Property)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | SDB | Preparation for and attendance at hearing on Winn-Dixie's motion to assume Marathon, Florida, tenant leases (.6); preparation for and attendance at hearing on Winn-Dixie's second omnibus motion to assume real property leases (.6); preparation for and attendance at hearing on Winn-Dixie's motion to reject the lease on Store No. 1417 (.4); telephone call with Larry Appel regarding Bundy negotiations (.2) | 1.80 | 729.00 |
|  | MRH | Preparation of chart on objection to assumption of leases/state interest rates | 5.10 | 841.50 |
|  | AEW | Review and revision of Deutsche Bank order (.2); correspondence with Jaques Mollaison regarding Store No. 89 (.1); review of background correspondence regarding Store No. 89 dispute (.6); search for orders related to assumption of various stores in response to query from Wachovia and preparation of response to that query (1.0); conference with Cynthia C. Jackson and Stephen D. Busey regarding status of Store No. 1417 settlement (.2); read and edit settlement agreement drafted by counsel for Crowder (.8) | 2.90 | 783.00 |
|  | BB | Legal research regarding whether and when a landlord may be entitled to administrative expense claim for damages incurred both pre-petition and post-petition (1.5); legal research regarding who bears the burden of establishing whether the damages to leased premises occurred pre-petition or post-petition for administrative expense purposes (1.1); correspondence to Bryan Gaston regarding 12th Street & Washington Associates' claim for administrative expense (.3) | 2.90 | 696.00 |
| 10/26/06 | AEW | Conference call with Skadden attorneys and XRoads consultants regarding objections to landlord claims (1.0); telephone call with Bryan Gaston in preparation for conference call (.3); research regarding information on Store No. 218 (.2); telephone call with Keith Daw regarding payment of October rent to Store No. 1417's landlord (.2); conference with Cynthia C. Jackson regarding same (.4); telephone call with Russell Mills regarding effective date for rejection and status of settlement (.4) | 2.50 | 675.00 |
|  | MRH | Preparation of chart on objecting LL's claiming interest and fees/review of lease terms for these stores | 7.80 | 1,287.00 |
|  | BB | Preparation of agreed motion for extension of time to file reply and proposed order granting same (.5); correspondence to Dan Gonzalez regarding extension of time (.3); correspondence to Jeffrey Milton and Milbank Tweed regarding termination of lease on Store No. 1409 (.3) | 1.10 | 264.00 |
| 10/27/06 | AEW | Telephone call with Russell Mills regarding comments to settlement agreement (.5); review of revised draft settlement agreement (.3); memorandum to Stephen D. Busey regarding same (.1); research |  |  |

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 -  Leases (Real Property)

                                                        HOURS

regarding whether settlement agreement requires
court approval (1.0); telephone call with Russell
Mills regarding same (.2); correspondence with Adam
Ravin regarding status of assumption of leases
(.2); telephone call with Rosalie Gray and Jane
Leamy regarding objection to claims filed by
landlords of assumed leases (.4); review of chart
regarding interest and attorneys fees claimed by
landlords of assumed leases (.3); transmittal of
same to Bryan Gaston and Kim Neil (.1);
correspondence with Jane Leamy regarding form of
order on motions to assume (.1); review of
outstanding motions related to leases for
resolution of same (.4)                               3.60     972.00

TLC Preparation of notebooks regarding cure to objections
for approximately 100 leases                         4.80     648.00

MRH Correspondence to Marjorie Dabbs, counsel for Lehmberg
Crossing LL, regarding release of escrow funds
(.7); telephone call with Marjorie Dabbs regarding
the same (.3)                                         1.00     165.00

10/28/06 SDB Read evidence of service on Sulphur Springs
Partners, LLP                                        0.30     121.50

10/29/06 SDB Read draft agreement with Bundy (.6); memorandum
to Allan E. Wulbern regarding same (.3)              0.90     364.50

10/30/06 SDB Review comments on draft Bundy agreement with Allan
E. Wulbern (.4); read memoranda among Russell
Mills, Allan E. Wulbern, Jay Castle and Mike Bynum
regarding same (.4); conference with Allan E.
Wulbern regarding Bundy's objections to confirmation
(.2); read revisions to proposed agreement (.4)     1.40     567.00

MRH Review of leases for stores objecting to cure
amounts from second omnibus motion to assume leases
and incorporation into chart on interest claims and
attorney fees                                        3.40     561.00

AEW Review and revision of Bundy settlement agreement
and transmittal of same to Jay Castle and Dale
Bitter (.4); correspondence with landlord regarding
cure claim (.3); conference with Stephen D. Busey
regarding resolution of Bundy's objection to
confirmation (.5); telephone call with Kim Neil and
Bryan Gaston regarding process for resolving cure
disputes (1.3); correspondence with Skadden
attorneys and Logan representatives regarding
filing twenty-sixth omnibus objection to claims
(.6); memorandum to Cynthia C. Jackson regarding
same (.3)                                            3.40     918.00

10/31/06 CCJ Revise, finalize and file cure claim objection
(1.2); conferences with Allan E. Wulbern regarding
same (.5); with Keith Daw regarding same (.5); with
Etty Pollak regarding same (.3); reviewed and
replied to correspondence from Rosalie Gray
regarding same (.2)                                  2.70     823.50

LAW OFFICES

# Smith Hulsey & Busey

Winn-Dixie Stores, Inc.

Chapter 11 -  Leases (Real Property)

|  |  | HOURS |  |
|---|---|---|---|
| MRH | Review of leases for stores' objection to second omnibus motion to assume leases for interest and attorney fee provisions (4.2); correspondence to Amy Hatcher regarding release of escrow funds regarding Store No. 2036 (.2) | 4.40 | 726.00 |
| SDB | Conference with Cynthia C. Jackson regarding Winn-Dixie's omnibus objection to lease rejection claims of landlords with assumed leases (.3); conference with Allan E. Wulbern regarding Bundy agreement (.3) | 0.60 | 243.00 |
| TLC | Review and revision of the twenty-sixth omnibus objection to claims regarding non-residential real property leases (.8); electronic filing and service regarding same (1.3); preparation, electronic filing and service of the notice of hearing regarding same (.3); correspondence with Keith Daw requesting copies of missing leases (.1) | 2.50 | 337.50 |
| BB | Legal research regarding landlord's right to administrative expense claim for damages incurred by landlord because of a repair and maintenance provision of a lease | 3.20 | 768.00 |
| AEW | Telephone call with Skadden attorneys and representatives from Logan and XRoads regarding filing twenty-sixth omnibus objection (.8); cross check of seventy pages of exhibits to motion with status of assumption of 580 stores in assumption orders (4.7); review and revision of twenty-sixth omnibus objection (1.2); telephone call with Adam Frisch regarding objections to cure (.2) | 6.90 | 1,863.00 |
|  | FOR PROFESSIONAL SERVICES RENDERED | 268.70 | 62,800.00 |

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 11.20 | $405.00 | $4,536.00 |
| John R. Smith, Jr. | 3.00 | 370.00 | 1,110.00 |
| Cynthia C. Jackson | 28.70 | 305.00 | 8,753.50 |
| Charles H. Keller | 1.40 | 275.00 | 385.00 |
| Beau Bowin | 13.90 | 240.00 | 3,336.00 |
| *Tana L. Copeland | 34.60 | 135.00 | 4,671.00 |
| *Kimberly S. Ward | 1.00 | 130.00 | 130.00 |
| Joy A. Tenhagen | 4.40 | 165.00 | 726.00 |
| Megan R. Harper | 65.50 | 165.00 | 10,807.50 |
| Leanne McKnight Prendergast | 0.50 | 260.00 | 130.00 |
| Allan E. Wulbern | 104.50 | 270.00 | 28,215.00 |
| TOTAL | 268.70 |  | $62,800.00 |

TOTAL THIS STATEMENT                                    $62,800.00

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
12/12/2006
ACCOUNT NO: 10163-021688M
STATEMENT NO:   125968

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 -  Leases (Real Property)

| | | | HOURS | |
|---|---|---|---|---|
| 11/01/06 | TLC | Preparation of attorney contact list and landlord contact list for all landlords that filed objections to proposed cure amounts | 1.90 | 256.50 |
| | AEW | Telephone call with Mark Bogandovich regarding resolving cure objection and whether his clients' claim should have been included in twenty-sixth omnibus claims objection (.3); correspondence to Bryan Gaston and Skadden attorneys regarding same (.3); correspondence to counsel for landlord regarding assertion in twenty-sixth omnibus objection that cure was fixed for landlord's store (.3); search for court order fixing cure, closing statement on sale of lease and objection to motion to assume and assign lease (.9); correspondence with Skadden attorneys regarding potential discrepancy in motion (.5); correspondence to Kim Neil and Bryan Gaston regarding need for meeting to discuss how to proceed with cure disputes (.2); review and revision of Bundy New Orleans' settlement agreement (1.0); memorandum to Stephen D. Busey regarding same (.2) | 3.70 | 999.00 |
| | CCJ | Review and analysis of chart regarding lease cures (.5); conference with Megan R. Harper regarding expansion of same (.2) | 0.70 | 213.50 |
| | MRH | Correspondence to Marjorie Dobbs regarding escrow release for Store No. 524 (.2); correspondence to Betty Sawyer, Dorothy Dowl, Megan Toborg and Colleen Callahan regarding release of escrow funds for Store No. 2056 (.6); discussion of additions to motion to assume lease and interest claim chart with Cynthia C. Jackson and correspondence to Allan E. Wulbern and Tana L. Copeland regarding same (.5); review of second omnibus motion to assume store leases with landlords objecting to lease provisions regarding interest and fees (1.4); telephone conferences with Megan Toborg and escrow agent regarding release of Store No. 2056 funds (.2) | 2.90 | 478.50 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 -  Leases (Real Property)

|  |  | HOURS |  |
|---|---|---|---|
| SDB | Conference with Allan E. Wulbern regarding Winn-Dixie's objection to lease rejection claims | 0.30 | 121.50 |
| 11/02/06 MRH | Review of leases for attorney fee and interest on default provisions (5.2); correspondence to Allan E. Wulbern, Colleen Callahan, Bryan Gaston, Jane Leamy and Amy Hatch regarding release of escrow funds for Store No. 2056 (1.5); telephone conferences with Bryan Gaston and Allan E. Wulbern regarding Store No. 2056 escrow release letters (.3); telephone call with Catherine Ibold regarding escrow release on Store No. 2056 (.7) | 7.70 | 1,270.50 |
| SDB | Provide comments to Allan E. Wulbern regarding revised agreement with Bundy New Orleans (.3); edit draft memorandum to Russell Mills and conference with Allan E. Wulbern regarding same (.4) | 0.70 | 283.50 |
| CCJ | Conference call with Pam Windham, Catherine Ibold and Jacques Mollaison regarding Store No. 2358 (.2); review and analysis of documents regarding same (1.0) | 1.20 | 366.00 |
| TLC | Compilation of contact information for all landlords and their counsel who filed cure objections to both of the Debtors' motions to assume leases | 1.50 | 202.50 |
| AEW | Two telephone calls with Bryan Gaston regarding how to resolve issues on twenty-sixth omnibus motion related to assumed and assigned leases where cure is not fixed (.7); conference with Tana L. Copeland regarding obtaining universe of orders on assumed and assigned leases (.1); review and revision of Crowder Family Joint Venture's settlement agreement (.3); correspondence with Catherine Ibold regarding documents required to release escrow of cure (.2); correspondence to Cynthia C. Jackson, Bryan Gaston and Kim Neil regarding outstanding cure issues for assigned and assumed leases (.2) | 1.50 | 405.00 |
| TLC | Review of files, including sale orders and store closing statements, to determine whether or not the disputed cure amounts were placed in escrow and the status of the cure objections | 3.90 | 526.50 |
| 11/03/06 CCJ | Preparation for conference at Winn-Dixie on cure issues (1.2); conference with Meghan R. Wojeski regarding legal research on Belk rejection claim (.8) | 2.00 | 610.00 |
| TLC | Compilation of contact information for all landlords and their counsel who filed cure objections to both of the Debtors' motions to assume leases | 5.30 | 715.50 |
| AEW | Telephone call with Bryan Gaston and Kim Neil regarding various cure issues (.8); telephone call with counsel for landlord of Store No. 214 regarding roofing dispute (.4); correspondence to XRoads consultant regarding scheduling meeting to discuss cure issues (.3); review and revision of draft settlement agreement with Crowder Family Joint Venture and memorandum to Beau Bowin regarding |  |  |

LAW OFFICES

# Smith Hulsey & Busey

Winn-Dixie Stores, Inc.

Chapter 11 -  Leases (Real Property)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | | motion to compromise (.4); memorandum to Megan R. Harper regarding draft correspondence asking for release of escrowed cure and revision of same (.4); memorandum to Adam Ravin regarding outstanding administrative claims (.3); telephone call with Kim Neil regarding KRG cure resolution and telephone call with counsel for landlord regarding same (.4); correspondence to counsel for Store No. 630 regarding cure of attorneys' fees (.1) | 3.10 | 837.00 |
| | MRH | Correspondence to Allan E. Wulbern and Colleen Callahan regarding release of Store No. 2056 regarding escrow (.3); review of leases for stores objecting to cure amounts for second omnibus and incorporation of notes on lease provision into Microsoft Excel chart (6.5); correspondence to Allan E. Wulbern and Cynthia C. Jackson regarding same (.2) | 7.00 | 1,155.00 |
| | MRW | Legal research regarding informal proof of claim (1.3); conference with Cynthia C. Jackson regarding same (.8); legal research regarding forfeiture of leases (1.0) | 3.10 | 418.50 |
| 11/04/06 | CCJ | Review and analysis of schedule regarding outstanding claims (1.2); reviewed and replied to correspondence regarding same (.3); review and analysis of alleged default letter on Store No. 254 (.6); correspondence to Winn-Dixie regarding same (.5); reviewed and replied to correspondence regarding cure issues (1.2) | 3.80 | 1,159.00 |
| | TLC | Compilation of contact information for all landlords and their counsel who filed cure objections to both of the Debtors' motions to assume leases | 1.00 | 135.00 |
| 11/05/06 | TLC | Compilation of contact information for all landlords and their counsel who filed cure objections to both of the Debtors' motions to assume leases | 1.20 | 162.00 |
| | AEW | Review and revision of correspondence drafted by Megan R. Harper regarding release of escrow | 0.30 | 81.00 |
| 11/06/06 | MRH | Correspondence to Allan E. Wulbern regarding attorney fee provision for Store No. 630 (.3); review of Store No. 630 lease for attorney fee provision (.4); correspondence to Allan E. Wulbern, Tana L. Copeland and Bryan Gaston regarding Store No. 2228 objection to assumption (.3); correspondence to Amy Hatch and Allan E. Wulbern regarding release of escrow for Store No. 2056 (.6); preparation of correspondence to Near North National Title regarding release of escrow funds (.5); correspondence with Bryan Gaston and Tana L. Copeland regarding chart on objecting stores claiming interest and attorneys' fees (.4); review of objecting store leases for attorney fee and interest provisions and incorporation into chart (5.5) | 8.00 | 1,320.00 |
| | SDB | Read memoranda from Russell Mills including his comments on the settlement regarding Store No. | | |

LAW OFFICES

# Smith Hulsey & Busey

Page: 4
12/12/2006
Winn-Dixie Stores, Inc.                                        ACCOUNT NO: 10163-021688M
STATEMENT NO:  125968

Chapter 11 -  Leases (Real Property)

|  |  | HOURS |  |
|---|---|---|---|
| | 1417 (.7); read memorandum from Adam Ravin regarding lease objections (.2) | 0.90 | 364.50 |
| CCJ | Reviewed and replied to correspondence regarding Store No. 1417 (.5); conference with Allan E. Wulbern regarding same (.3); reviewed and replied to correspondence from number of landlords regarding cure disputes (1.4) | 2.20 | 671.00 |
| AEW | Correspondence to Mary Jo Dowd regarding dispute over whether waiver agreement included waiver of pre-petition taxes and corrected order which acknowledged that dispute (.6); read draft settlement agreement from Russell Mills (.4); transmit same to Jay Castle for his review (.2); correspondence to Nina LaFleur regarding twenty-sixth omnibus motion (.1) memorandum to Megan R. Harper regarding release of escrowed cure (.1) | 1.40 | 378.00 |
| MRW | Legal research regarding court's reluctance to find forfeiture of a lease | 3.50 | 472.50 |
| TLC | Compilation of contact information for all landlords and their counsel who filed cure objections to both of the Debtors' motions to assume leases (.6); review of the cure objections related to the second motion to assume stores to determine the reasons for the landlord's objection and whether the landlord is claiming that the Debtors are also responsible for repairs (3.7) | 4.30 | 580.50 |
| 11/07/06 SDB | Read memoranda among Allan E. Wulbern, Jay Castle and Russell Mills regarding revisions to the settlement agreement | 0.40 | 162.00 |
| MRH | Review of leases for stores objecting to motions to assume lease cure amounts and incorporation of information on lease provisions for interest or attorneys' fees into spreadsheet (7.8); telephone call with Marjorie Dobbs regarding release of Store No. 524 escrow funds (.2); correspondence to Allan E. Wulbern and Kim Neil regarding release of Store No. 524 escrow (.2) | 8.20 | 1,353.00 |
| CCJ | Review and analysis of documents regarding cure disputes | 1.80 | 549.00 |
| AEW | Correspondence to Doug Noble regarding settlement agreement (.1); correspondence to Ian Kukoff regarding roofing dispute (.2); memorandum to Jacques Mollaison regarding whether to settle or proceed with self-help remedy in roofing dispute (.4) | 0.70 | 189.00 |
| MRW | Legal research regarding court's reluctance to find forfeiture in leases | 1.00 | 135.00 |
| TLC | Review of the cure objections related to the second motion to assume stores to determine the reasons for the landlord's objection and whether the landlord is claiming that the Debtors are also responsible for repairs | 2.50 | 337.50 |
| 11/08/06 SDB | Conference with Allan E. Wulbern regarding Jay Castle's comments on settlement agreement with Bundy New Orleans (.3); review terms of the | | |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 -  Leases (Real Property)

|  |  | HOURS |  |
|---|---|---|---|
| | agreement (.2); conference with Cynthia C. Jackson regarding management of cure objections and related issues (.4) | 0.90 | 364.50 |
| AEW | Read and respond to 75 e-mails with Winn-Dixie lease team regarding lease assumption and cure issues (1.3); telephone call with Jay Castle regarding Bundy New Orleans' settlement agreement (.3); conference with Stephen D. Busey regarding same (.2); conference with Cynthia C. Jackson regarding lease assumption issues (.3) | 2.10 | 567.00 |
| MRW | Review of case law regarding Supreme Court, Florida Court's and Bankruptcy Court's reluctance to find forfeiture of a lease | 4.00 | 540.00 |
| MRH | Review of and reply to correspondence from Kim Neil regarding balance of disputed cure amount for Store No. 1362 and release of escrow for Store No. 1906 (.4); conference with David Pollack regarding release of escrow funds for Store Nos. 2736 and 1900 (.3); conference with Cynthia C. Jackson and Tana L. Copeland regarding chart on stores objecting to cure amounts (.3); review of objections filed by landlords for store leases regarding attorney fee and interest provisions for incorporation into chart (6.4) | 7.40 | 1,221.00 |
| TLC | Review of files and correspondence to Kim Neil and Bryan Gaston transmitting copies of approximately twenty-six of the cure objections relating to the second motion to assume leases (.9); review of the cure objections related to the first motion to assume stores to determine the reasons for the landlord's objection and whether the landlord is claiming that the Debtors are also responsible for repairs (2.6); update the cure objection chart with the Debtors' proposed cure amounts (1.7) | 5.20 | 702.00 |
| CCJ | Preparation for conference with XRoads regarding cure disputes (1.2); review and analysis of documents regarding same (2.0); conferences with Tana L. Copeland regarding same (.5) | 3.70 | 1,128.50 |
| 11/09/06 MRH | Review and reply to correspondence from Kim Neil regarding withdrawal of objection for Store No. 2061 and conference with Tana L. Copeland regarding same (1.0); conference with Tana L. Copeland regarding chart on landlords objecting to cure amounts claiming interest and attorney fees (.4); conference with Allan E. Wulbern regarding Store No. 2056 escrow release (.2); conference with Allan E. Wulbern regarding release of escrow for Store No. 524 (.3); conference with Allan E. Wulbern regarding remaining balance of disputed cure costs for Store No. 1362; conference with Kim Neil regarding same (.6); conference with Allan E. Wulbern regarding disputed cure costs in escrow for Store No. 217 (.3); conference with Kim Neil regarding objection withdrawal for Store No. 2710 (.4); review of master cure dispute chart/update | | |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Leases (Real Property)

|  |  | HOURS |  |
|---|---|---|---|
|  | (1.2); conference with Brian Gaston and Kim Neil regarding Store No. 2056 escrow release letter (.2); preparation and revision of correspondence to Near North National Title regarding release of Store No. 2056 escrow funds (.6) | 5.20 | 858.00 |
| SDB | Telephone conference with Jay Castle and Cynthia C. Jackson regarding management of resolution of lease rejection damage claims and lease assumption cure dispute issues (.5); telephone call with Jay Castle regarding Bundy New Orleans (.3) | 0.80 | 324.00 |
| AEW | Correspondence to XRoads consultants regarding issues for conference call later in the day (.3); conference call regarding cure and lease assumption issues (.5); telephone call with Bryan Gaston regarding transaction out of Winn-Dixie lease cure team (.4); conference with Megan R. Harper regarding transition of lease cure issues (.2); edit letter drafted by Megan R. Harper regarding escrow release (.4); telephone call with landlord regarding status of insurance claim (.2); correspondence to Jacques Mollaison regarding roofing dispute (.3): correspondence to Doug Myers regarding status of assumed leases (.1); correspondence to landlord regarding twenty-sixth omnibus hearing (.2) | 2.60 | 702.00 |
| BB | Correspondence to Dan Gonzalez regarding extension of time to file reply in Winn-Dixie v. Newport Partners adversary (.3); preparation of motion for extension of time and proposed order approving same (.3) | 0.60 | 144.00 |
| CCJ | Conference call with Stephen D. Busey and Jay Castle regarding Store No. 1417 and cure disputes (.5); review and analysis of cure documents (1.4) | 1.90 | 579.50 |
| TLC | Review of the cure objections related to the first motion to assume stores to determine the reasons for the landlord's objection and whether the landlord is claiming that the Debtors are also responsible for repairs (1.8); correspondence to Kim Neil regarding the status of Store Nos. 2601 and 64 (.1); review of the docket to determine whether Store No. 2601 withdrew the cure objection (.2) | 2.10 | 283.50 |
| KSW | Preparation of notice of cancellation of hearing regarding Crowder Family Joint Venture's motion to compel payment of cure amounts | 0.20 | 26.00 |
| 11/10/06 SDB | Telephone call with David Berger regarding Miami distribution center (.2); memorandum to Sheon Karol regarding same (.3); memorandum to Jay Castle regarding Chester Dix rejection damage claims (.6) | 1.10 | 445.50 |
| AEW | Correspondence to landlords regarding assumption issues and objections to twenty-sixth omnibus motion (.5); conference with Stephen D. Busey regarding Jay Castle's comments to settlement agreement (.4); telephone conference and correspondence to Russell Mills regarding Winn-Dixie's additional revisions to Bundy New Orleans' agreement (.4); edit |  |  |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 -  Leases (Real Property)

|  |  | | HOURS |  |
|---|---|---|---|---|
|  |  | Bundy New Orleans' agreement (.5); memorandum to Tana Copeland regarding Bundy New Orleans' rejection hearing (.1) | 1.90 | 513.00 |
|  | MRH | Correspondence to Colleen Callahan regarding release of escrow funds for Store No. 2056 (.3); correspondence to Kim Neil regarding escrow wire instructions (.2); correspondence to Amy Hatch regarding release of Store No. 2056 escrow (.3); correspondence to Brian Amero regarding withdrawal of objection for Store No. 2710 (.3); correspondence to Allan E. Wulbern regarding withdrawal of objections for Store No. 1360 (.5); review and organization of all correspondence regarding escrow release and withdrawal objections for stores (1.8) | 3.40 | 561.00 |
|  | BB | Legal research regarding whether damage to leased premises resulting from debtor-lessee's post-petition breach of repair and maintenance obligations may be recovered by landlord as administrative expense | 3.50 | 840.00 |
|  | KSW | Electronic filing and service of notice of cancellation of hearing regarding Crowder Family Joint Venture's motion to compel payment of cure amounts | 0.30 | 39.00 |
| 11/13/06 | SDB | Conference with Cynthia C. Jackson regarding resolution of cure disputes and related issues | 0.30 | 121.50 |
|  | AEW | Conference with Tim E. Sleeth regarding drafting language in settlement agreement to address breaches in policy provisions (.5); correspondence with Bundy New Orleans regarding status of drafting settlement agreement (.3) | 0.80 | 216.00 |
|  | BB | Legal research regarding whether damages to leased premises resulting from debtor-lessee's breach of repair and maintenance obligation entitle landlord to an administrative expense | 3.20 | 768.00 |
|  | MRH | Review and reply to correspondence from Kim Neil regarding status of unresolved claims (.3); review and update Excel chart on Winn-Dixie's unresolved claims and stores for which escrow is held with notes on contracts to resolve (2.5); review and reply to correspondence from Kim Neil regarding Store No. 2039 status of objection and correspondence to Tana L. Copeland regarding same (.3); review of objection to cure amounts and assumption filed by Store No. 2039 and legal research by Logan & Company for filing of withdrawal by landlord (.7) | 3.80 | 627.00 |
|  | CCJ | Preparation for and participation in cure dispute conference call | 2.80 | 854.00 |
|  | MRW | Legal research regarding court's reluctance to find forfeiture of a lease and whether failure to give proper notice to renew lease terminates the lease | 5.50 | 742.50 |
| 11/14/06 | CCJ | Preparation for and participation in cure dispute call (2.4); review and analysis of cure disputes (3.0); preparation of settlement documents to resolve dispute on Store No. 489 (1.0) | 6.40 | 1,952.00 |

LAW OFFICES

# Smith Hulsey & Busey

Chapter 11 -  Leases (Real Property)

|  |  | HOURS |  |
|---|---|---|---|
| MRH | Legal research regarding interest and attorney fees as part of cure where not in lease (.5); review of first omnibus motion landlord objections for disputed cure amounts (2.2); correspondence to David Pollack regarding release of escrow for Store Nos. 1906 and 2736 (.2); telephone call with Amy Hatch regarding Store No. 2056 escrow release (.1); telephone conference with Cynthia C. Jackson, Bryan Gaston and Kim Neil regarding status of unresolved objections and cure amounts (.8) | 3.80 | 627.00 |
| BB | Legal research regarding anti-forfeiture doctrine in Florida for non-residential leases (2.3); legal research regarding landlord's right to administrative expense claim for storing debtor's personal property post-rejection (2.1) | 4.40 | 1,056.00 |
| MRW | Legal research regarding cases where lessee failed to give notice to renew lease and court relieved lessee of consequences of breach and allowed lessee to renew the lease | 1.50 | 202.50 |
| AEW | Telephone call with Joey Schlossberg regarding Benderson's objection to twenty-sixth omnibus motion (.3); memorandum to Cynthia C. Jackson regarding same (.2); memorandum to Cynthia C. Jackson regarding Dustin Branch's claim for attorney's fees as cure (.2); conference with Megan R. Harper and Cynthia C. Jackson regarding research regarding interest and attorneys' fees for cure (.2) | 0.90 | 243.00 |
| TLC | Update of the landlord attorney chart | 0.90 | 121.50 |
| 11/15/06 MRW | Legal research regarding cases where lessee failed to give notice to renew lease and court relieved lessee of consequences of breach and allowed lessee to renew the lease (6.0); conference with Cynthia C. Jackson regarding same (.2) | 6.20 | 837.00 |
| MRH | Legal research regarding interest allowed as cure if not part of lease and correspondence to Cynthia C. Jackson regarding same (.8); correspondence to Colleen Callahan regarding release of escrow for Store No. 2056 and telephone call with Amy Hatch regarding same (.3); correspondence to Kim Neil and Tana L. Copeland regarding withdrawal of objection of Store No. 2039 (.2); correspondence to Kim Neil and Tana L. Copeland regarding withdrawal of objection of Store No. 452 (.2); correspondence to Kim Neil and Bryan Gaston regarding Store No. 2001 objection withdrawal (.2); correspondence to Tana L. Copeland regarding Store No. 1362 contact information and telephone call with Brad Ramey regarding Store No. 1362 status of canceled check (.3); review and reply to correspondence from Marjorie Dobbs regarding Store No. 524 escrow release and parking lot repairs (.2); review of lease for Store No. 524 for Winn-Dixie's obligation to repair parking lot and review of landlord's description of needed repair work (1.2); review and reply to correspondence from Doug Myers and Allan |  |  |

LAW OFFICES

# SMITH HULSEY & BUSEY

Chapter 11 - Leases (Real Property)

|  |  | | HOURS | |
|---|---|---|---|---|
|  |  | E. Wulbern regarding Store No. 217 escrow (.5); review of Tom Lehman's correspondence to Cynthia C. Jackson regarding landlord's demand for cure amounts for Store No. 217, review of Store No. 217 closing statement for disputed cure amounts and review of Store No. 217 lease for attorney fee provisions (1.2) | 5.10 | 841.50 |
|  | TLC | Review of the docket to determine whether the cure objection filed by Store No. 452 was withdrawn, including correspondence to Megan R. Harper regarding same (.2); review of files to determine the contact information for the buyer of Store No. 1362 (.2); correspondence to Kim Neil requesting a copy of the lease for Store No. 524 (.1); review of files to determine the status of the cure objection for Store No. 217 (.2) | 0.70 | 94.50 |
|  | BB | Preparation of response to 12th Street and Washington Associate's request for administrative expense claim (3.1); legal research regarding landlord's right to administrative expense claim for storing debtor's personal property post-rejection where there is no order allowing abandonment of property (1.8); legal research regarding landlord's right to administrative expense claim for storing debtor's personal property post-rejection where the landlord has notice that the debtor is abandoning the property even though no order granting abandonment has be entered (2.1); legal research regarding Florida's anti-forfeiture doctrine and its application to a debtor's failure to timely exercise its renewal option under the lease (1.8) | 8.80 | 2,112.00 |
|  | CCJ | Preparation for and participation in cure dispute conference call with XRoads and Winn-Dixie (1.4); review of and response to correspondence regarding same from Bryan Gaston (1.0); conference with Sheon Karol regarding same (.3) | 2.70 | 823.50 |
| 11/16/06 | TLC | Review of the docket to determine whether the cure objection for Store No. 1938 has been withdrawn | 0.20 | 27.00 |
|  | BB | Legal research regarding landlord's entitlement to administrative expense claim under 365(d) for costs of removing debtor's trade fixtures post-petition (2.8) preparation of response to 12th Street and Washington's request for administrative expense claim (3.1) | 5.90 | 1,416.00 |
|  | MRH | Correspondence to Kim Neil regarding withdrawal of objection/status on Store No. 1915 (.2); correspondence to Tana L. Copeland regarding objection withdrawal for Store No. 1938 (.2); correspondence to David Pollack regarding withdrawal of objection for Store No. 452 (.2); update Excel master cure dispute chart and status on sold store disputes chart (1.1); review of correspondence from Doug Myers regarding escrow for Store No. 217 (.4); review of closing statement on Store No. 217 (.2); review of correspondence from Tom Lehman to Cynthia C. Jackson (.4); review of |  |  |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 -  Leases (Real Property)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | landlord objection to cure (.4); review of court's order on Winn-Dixie sale of Store No. 217 to Wal-Mart (.4) ; review of Store No. 217 lease (.4); correspondence to Cynthia C. Jackson and Doug Myers regarding escrow release for Store No. 217 (.5); preparation of correspondence and confirmation of landlord sending escrow release letter to escrow agent on Store No. 2056 (.5); telephone call with Brad Ramey regarding Store No. 1362 reimbursement of cure amounts (.2); conference with Stephanie Pilkinton regarding Store No. 1362 canceled check (.3) | 5.40 | 891.00 |
|  | CCJ | Review of and response to correspondence regarding cure disputes | 1.00 | 305.00 |
| 11/17/06 | TLC | Preparation, electronic filing and service of the Debtors' objection to the request of C & A Ltd. for allowance and payment of administrative expense and the notice of hearing thereon | 0.50 | 67.50 |
|  | AEW | Correspondence to Russell Mills and Jay Castle regarding status of settlement agreement (.4); telephone call with Prudential attorney regarding twenty-sixth omnibus motion (.3); correspondence with Joey Schlossberg regarding same (.2); correspondence to Kim Neil regarding status of negotiating new lease for Store No. 251 (.2) | 1.10 | 297.00 |
|  | SDB | Review of memoranda regarding Food Lion's claim regarding Store No. 978 (.3); conference with James H. Post regarding actions to determine Winn-Dixie's defenses to Food Lion's claims (.4); conference with Allan E. Wulbern regarding Store No. 1417 negotiations (.3) | 1.00 | 405.00 |
|  | BB | Preparation of response to 12th Street and Washington's request for administrative expense | 8.10 | 1,944.00 |
|  | CCJ | Preparation for and participation in conference call on cure issues (2.0); review of and response to correspondence from landlords regarding same (1.3); preparation of stipulation with Miller LP (1.1); review of and response to correspondence for Miller LP's conference regarding same (.5) | 4.90 | 1,494.50 |
| 11/19/06 | MRH | Conference with Amy Hatch, Allan E. Wulbern and Colleen Callahan regarding release of Store No. 2056 escrow (.3); conference with Cynthia C. Jackson regarding Store No. 217 escrow (.2); preparation of Cynthia C. Jackson letter to Tom Lehman regarding Sore No. 217 escrow release (.5); review of Winn-Dixie twenty-sixth omnibus motion; review of court's October 25, 2006 order to assume leases including lease for Store No. 286 for correct cure amounts (1.6) | 2.60 | 429.00 |
| 11/20/06 | AEW | Correspondence to landlord regarding twenty-sixth omnibus motion | 0.20 | 54.00 |
|  | MRH | Review of and reply to correspondence from Rod Goldstein regarding Met Life cure claim (.3); correspondence to Stephanie Pilkington regarding |  |  |

LAW OFFICES

# SMITH HULSEY & BUSEY

Page: 11
12/12/2006
Winn-Dixie Stores, Inc.
ACCOUNT NO: 10163-021688M
STATEMENT NO:  125968

Chapter 11 -  Leases (Real Property)

|  | | HOURS | |
|---|---|---|---|
| | Store No. 1362 canceled check (.2); review of and reply to correspondence from Bryan Gaston/Kim Neil regarding interest and attorney fees provisions for Store No. 1483 (.3); correspondence to Kim Neil regarding update on objection withdrawal for Store Nos. 452 and 1938, and escrow release for Store Nos. 1906 and 2736 (.2); correspondence to Bob Lettane regarding Store No. 2039 cure amount (.3); correspondence to Brian Amero regarding Store No. 2710 payment of penalties and telephone call with Amero regarding same (.5); correspondence to Brian Guiney regarding Store No. 468 escrow release (.2); review of twenty-sixth omnibus cure amounts and order to assume leases of October 25, 2006 and update resolution of cure status chart (2.2) | | 4.20 | 693.00 |
| CCJ | Review and revision of objection to 12th Street and Washington's motion (1.2); conference with Beau Bowin regarding same (.3); review and analysis of 12th Street and Washington's pleading (1.0); review of and response to cure correspondence (.8) | | 3.30 | 1,006.50 |
| BB | Preparation of response to 12th Street and Washington's request for administrative expense | | 4.10 | 984.00 |
| TLC | Review of files to determine the status of Store No. 1264 and correspondence to Cynthia C. Jackson regarding same | | 0.30 | 40.50 |
| | FOR PROFESSIONAL SERVICES RENDERED | | 235.20 | 49,040.00 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 6.40 | $405.00 | $2,592.00 |
| Cynthia C. Jackson | 38.40 | 305.00 | 11,712.00 |
| **Meghan R. Wojeski | 24.80 | 135.00 | 3,348.00 |
| Beau Bowin | 38.60 | 240.00 | 9,264.00 |
| *Tana L. Copeland | 31.50 | 135.00 | 4,252.50 |
| *Kimberly S. Ward | 0.50 | 130.00 | 65.00 |
| Megan R. Harper | 74.70 | 165.00 | 12,325.50 |
| Allan E. Wulbern | 20.30 | 270.00 | 5,481.00 |
| TOTAL | 235.20 | | $49,040.00 |

TOTAL THIS STATEMENT                                                    $49,040.00

*Legal Assistant
**Summer Associate

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

Page: 1
01/15/2007
ACCOUNT NO: 10163-021688M
STATEMENT NO:  126770

ATTN: Larry Appel, Esq.

Chapter 11 -  Leases (Real Property)

|  |  | HOURS |  |
|---|---|---|---|
| 11/21/06 MRH | Telephone call with Mark Bogdanowicz regarding Store No. 2270 inclusion in order on twenty-sixth omnibus hearing (.4); correspondence to Mark Bogdanowicz regarding same (.2); review of and reply to correspondence from Allan E. Wulbern to Robert Croteau regarding Store Nos. 1438, 1411 and 533 (.4); conference with Bob Lehane regarding Store No. 2039 objection cure amount (.2) | 1.20 | 198.00 |
|  | FOR PROFESSIONAL SERVICES RENDERED | 1.20 | 198.00 |

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Megan R. Harper | 1.20 | $165.00 | $198.00 |

TOTAL THIS STATEMENT                                           $198.00