LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
11/14/2006
ACCOUNT NO: 10163-021689M
STATEMENT NO: 124903

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Litigation (General)

| | | | HOURS | |
|---|---|---|---|---|
| 10/03/06 | LMP | Analysis regarding amending objection to lease rejection claim to assert set off in the Aronov adversary proceeding | 0.40 | 104.00 |
| 10/06/06 | LMP | Correspondence to Will Gamble and analysis regarding whether the Aronov corporations are the same entities as the defendants to the Aronov adversary proceeding for set off purposes | 0.40 | 104.00 |
| 10/16/06 | LMP | Telephone call to Will Gamble regarding the Aronov adversary proceeding and analysis of courses of action | 0.70 | 182.00 |
| 10/17/06 | LMP | Telephone calls with Will Gamble regarding the factual basis for arguing that the corporate veil between Fairfield Partners and its principals should be pierced (.5); analysis regarding strategy for the Aronov adversary proceeding and set-off argument as to the Fairfield Partners' claim (.6) | 1.10 | 286.00 |
| 10/18/06 | LMP | Telephone call to Aaron Honaker regarding outstanding discovery requests (.2); analysis of legal research and documents regarding strategies for the Aronov adversary proceeding and Fairfield Partners' claim (1.9) | 2.10 | 546.00 |
| 10/19/06 | LMP | Analysis regarding strategy for the Aronov adversary proceeding and set-off issue as to the Fairfield Partners' claim | 0.70 | 182.00 |
| 10/20/06 | LMP | Analysis regarding strategy for Aronov adversary proceeding and set-off to the claim of Fairfield Partners (1.6); correspondence with Jay Castle regarding Aronov's discovery requests (.3); telephone call and correspondence with Aaron Honaker regarding motion to approve mediation order and extensions for responses to discovery requests | | |

LAW OFFICES

# Smith Hulsey & Busey

Winn-Dixie Stores, Inc.

Page: 2
11/14/2006
ACCOUNT NO: 10163-021689M
STATEMENT NO:  124903

Chapter 11 –  Litigation (General)

|  |  | HOURS |  |
|---|---|---|---|
| | and motion for summary judgment (.5); preparation of proposed order requiring mediation of the Aronov adversary proceeding (.9); preparation of motion for entry of order requiring mediation of the Aronov adversary proceeding (.7) | 4.00 | 1,040.00 |
| 10/23/06 LMP | Preparation of motion for order directing mediation of the Aronov adversary proceeding (1.7); revision of proposed order directing mediation of the Aronov adversary proceeding (.5); preparation of motion for continuance of summary judgment motion response deadline pending mediation of the Aronov adversary proceeding (1.8); preparation of proposed order continuing the summary judgment motion response deadline pending mediation of the Aronov adversary proceeding (.9); analysis regarding the scheduling of the mediation of the Aronov adversary proceeding (.5) | 5.40 | 1,404.00 |
| 10/24/06 LMP | Correspondence to Aaron Honaker and analysis regarding mediation of the Aronov adversary proceeding and continuance of the deadline for responding to defendants' motion for partial summary judgment | 0.50 | 130.00 |
| 10/25/06 LMP | Telephone calls with Aaron Honaker regarding the motion for order directing mediation and for continuance in the Aronov adversary proceeding | 0.30 | 78.00 |
| 10/26/06 LMP | Telephone calls with Aaron Honaker and Richard Thames regarding the scheduling of mediation and authorization to file unopposed motion to extend deadline for response to defendants' motion for partial summary judgment (.4); revision and filing of motion to extend deadline for response to defendants' motion for partial summary judgment and proposed order thereon (.5) | 0.90 | 234.00 |
| | FOR PROFESSIONAL SERVICES RENDERED | 16.50 | 4,290.00 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Leanne McKnight Prendergast | 16.50 | $260.00 | $4,290.00 |

TOTAL THIS STATEMENT                                                    $4,290.00

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
12/12/2006
ACCOUNT NO: 10163-021689M
STATEMENT NO: 125966

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 -  Litigation (General)

| | | | HOURS | |
|---|---|---|---|---|
| 11/01/06 | LMP | Telephone call with Richard Thames regarding mediation of the Aronov adversary proceeding | 0.30 | 78.00 |
| 11/08/06 | LMP | Correspondence to Richard Thames regarding the status conference and discovery schedule in the Aronov adversary proceeding | 0.30 | 78.00 |
| 11/13/06 | LMP | Preparation for status conference for the Aronov adversary proceeding | 0.40 | 104.00 |
| 11/14/06 | LMP | Preparation for and attendance at status conference for Aronov adversary proceeding | 1.10 | 286.00 |
| 11/15/06 | KSW | Preparation of index to pending litigation matters (.5); research regarding pending adversary proceedings (.5) | 1.00 | 130.00 |
| 11/16/06 | KSW | Preparation of index to pending litigation matters and schedules to same | 0.90 | 117.00 |
| 11/20/06 | LMP | Telephone call with Jay Castle and Pam Windham regarding discovery responses, amending adversary complaint, producing documents, preparing outgoing discovery requests and follow-up telephone conferences in the Aronov adversary proceeding (.8); correspondence with Jay Castle regarding the material pleadings in the Aronov adversary proceeding and the Fairfield Partners claim objection (.5) | 1.30 | 338.00 |
| | TLC | Review, revision and electronic filing of the complaint against Gooding's Supermarkets | 0.60 | 81.00 |
| | | FOR PROFESSIONAL SERVICES RENDERED | 5.90 | 1,212.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 2
12/12/2006
ACCOUNT NO: 10163-021689M
STATEMENT NO:  125966

Chapter 11 -  Litigation (General)

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| *Tana L. Copeland | 0.60 | $135.00 | $81.00 |
| *Kimberly S. Ward | 1.90 | 130.00 | 247.00 |
| Leanne McKnight Prendergast | 3.40 | 260.00 | 884.00 |
| TOTAL | 5.90 | | $1,212.00 |

TOTAL THIS STATEMENT                                     $1,212.00
                                                        ========

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
12/12/2006
ACCOUNT NO: 10163-021694M
STATEMENT NO:   125952

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 -  Regulatory and SEC Matters

|  |  | HOURS |  |
|---|---|---|---|
| 11/07/06 CCJ | Conference with Catherine Ibold and Susan Maggadino regarding liquor license issues (.5); legal research under Section 108 regarding tolling of statutory provisions (1.6) | 2.10 | 640.50 |
| 11/08/06 CCJ | Conference with Catherine Ibold and Susan Maggadino regarding liquor licenses | 0.50 | 152.50 |
| 11/20/06 BB | Legal research regarding preventing the revocation of several liquor licenses for failure to keep licensed stores open for business pursuant to Florida Statute 561.29(h) and (i) | 3.60 | 864.00 |
| | FOR PROFESSIONAL SERVICES RENDERED | 6.20 | 1,657.00 |

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Cynthia C. Jackson | 2.60 | $305.00 | $793.00 |
| Beau Bowin | 3.60 | 240.00 | 864.00 |
| TOTAL | 6.20 | | $1,657.00 |

TOTAL THIS STATEMENT                                    $1,657.00

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
01/15/2007
ACCOUNT NO: 10163-021694M
STATEMENT NO:    126771

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Regulatory and SEC Matters

|  |  | HOURS |  |
|---|---|---|---|
| 11/21/06 BB | Legal research regarding 11 U.S.C 525's application to revocation of liquor license for failure to keep licensed stores open pending bankruptcy (3.1); legal research regarding administrative procedures for revocation of a liquor license (1.8); legal research regarding a licensee's right to appeal the Department's decision to revoke a liquor license (1.6); legal research regarding Florida Administrative Procedures Act (2.1); legal research regarding ability of bankruptcy court to enjoin state agencies from taking action otherwise authorized under state law (3.1) | 11.70 | 2,808.00 |
| MRW | Conference with Beau Bowin; research regarding Florida Statute 561.29 whether there is judicial oversight over Agency's decision to revoke liquor license | 5.00 | 675.00 |
|  | FOR PROFESSIONAL SERVICES RENDERED | 16.70 | 3,483.00 |

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| *Meghan R. Wojeski | 5.00 | $135.00 | $675.00 |
| Beau Bowin | 11.70 | 240.00 | 2,808.00 |
| TOTAL | 16.70 |  | $3,483.00 |

TOTAL THIS STATEMENT                                     $3,483.00

*Summer Associate

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100818

Page: 1
11/14/2006
ACCOUNT NO: 10163-021695M
STATEMENT NO: 124906

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 -  Reorganization Plan/Plan Sponsors

| | | | HOURS | |
|---|---|---|---|---|
| 10/01/06 | SDB | Read revised vote tabulation results (.3); read summary of creditors 3018 and plan classification motions (.7); memorandum to Rosalie Gray regarding voting results (.2) | 1.20 | 486.00 |
| 10/02/06 | SDB | Conference with Cynthia C. Jackson regarding objections of the Florida Tax Collectors to the proposed plan (.7); conference with James H. Post to review needed proofs for Section 1129(b)(2)(A) (.8); memorandum to Flip Huffard regarding confirmation hearing exhibits (.3); read Logan's ballot presentation alternatives (.4); telephone conference with Rosalie Gray, Jan Baker, Sally Henry, Cynthia C. Jackson and James H. Post regarding tabulation issues, 3018 motions and plan classification motions (.9); telephone conference with Flip Huffard, Jan Baker and Sally Henry regarding preparation of demonstrative exhibits for the confirmation hearing (.6); telephone call with Jan Baker regarding negotiations with the Creditors Committee (.3); review valuation analysis prepared by Blackstone (.4); conference with Cynthia C. Jackson regarding response to Duval County Tax Collector's plan objection (.4); memorandum to Larry Appel regarding revisions to his proposed testimony (.3) | 5.10 | 2,065.50 |
| | TLC | Review of files to determine the landlords that filed objections to the Debtors' plan | 0.60 | 81.00 |
| | KSW | Electronic filing and service of notice for substantive consolidation and related documents (.9); organization of exhibits for confirmation hearing (.9) | 1.80 | 234.00 |
| | CCJ | Conferences with Skadden Arps regarding 3018 motions (1.0); conference with Kate Logan regarding voting issues (.5); preparation for confirmation hearing (1.4); review and analysis of voting tabulation results (.8) | 3.70 | 1,128.50 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 -  Reorganization Plan/Plan Sponsors

|  |  | | HOURS |  |
|---|---|---|---|---|
|  | JHP | Preparation, service and filing of notice of filing Ad Hoc Committee's memorandum of law in support of subcon, including correspondence with co-counsel regarding same (.4); preparation for and attendance at telephone conference of working group to respond to Rule 3018 and other plan-related motions (1.2); preparation for October 5, 2006 hearing regarding same (.6); preparation for October 13, 2006 confirmation hearing, including proposed testimony and exhibits and telephone call with working group regarding same (1.0); revisions to claim settlement protocols and correspondence with co-counsel and client regarding same (.4); correspondence and telephone calls with working group on disputed claim reserves (.5) | 4.10 | 1,517.00 |
| 10/03/06 | SDB | Memoranda to Rosalie Gray and Jan Baker regarding coordination with the Creditors Committee and Retiree Committee in preparation for the confirmation hearing (.4); review 27 Rule 3018 motions and Winn-Dixie's responses in preparation for October 5 hearing (1.3); read 9 plan classification motions and Winn-Dixie's responses in preparation for the October 5 hearing (1.2) | 2.90 | 1,174.50 |
|  | LMP | Telephone call and correspondence with John Rogerson regarding the United States Trustee's objection to the proposed Chapter 11 plan | 0.30 | 78.00 |
|  | KSW | Electronic filing of plan supplement pursuant to section 12.18 of the joint plan | 0.40 | 52.00 |
|  | JHP | Preparation for October 5, 2006 hearing on Rule 3018 motions and plan-related motions, including revisions to proposed order regarding same (1.2); preparation for October 13, 2006 confirmation hearing, including necessary exhibits and case law regarding proof issues (.8); review of terms of plan supplement filed with Court (.3); review of case law regarding evidence for confirmation hearing (.8); review of vote tabulation issues and correspondence with Kate Logan regarding same (.6) | 3.70 | 1,369.00 |
| 10/04/06 | SDB | Telephone call with Ryan Davis, counsel for Alliance Shipping, regarding its plan classification motion to be heard on October 5 (.4); review 30 plan classification motions, Winn-Dixie responses in preparation for October 5 hearing (1.5) | 1.90 | 769.50 |
|  | CCJ | Preparation for hearing on Rule 3018 motions (1.6); preparation for hearings on plan classification motions (.8); conference with Stephen D. Busey regarding same (1.0); conferences with Adam Ravin regarding same (.8); telephone calls with Adam Ravin and Rick Thames regarding same (.5); telephone call with Adam Ravin and Tom Lehman regarding same (.5) | 5.20 | 1,586.00 |
|  | KSW | Preparation of notice of filing certificate of service as to Provisional Rule 3018 ballots; electronic filing of same | 0.40 | 52.00 |

LAW OFFICES

S M I T H   H U L S E Y   &   B U S E Y

Winn-Dixie Stores, Inc.

Chapter 11 -  Reorganization Plan/Plan Sponsors

|  |  | | HOURS |  |
|---|---|---|---|---|
|  | JHP | Preparation for October 5, 2006 hearing on Rule 3018 motions and plan-related motions, including revisions to proposed order regarding same (.8); correspondence and telephone calls with Kate Logan regarding vote tabulation issues (.4); preparation for October 13, 2006 confirmation hearing, including correspondence with attorneys for Unsecured Creditors Committee and MSP claimants regarding same (.6); review of effective date plan payment schedule and other post-confirmation issues (.3) | 2.10 | 777.00 |
| 10/05/06 | SDB | Preparation for hearing on 20 Rule 3018 motions to allow provisional votes on the plan (1.5); conference with Robert Wilcox regarding same (.2); attendance at hearings on the 20 Rule 3018 motions (1.0); preparation for (.6) and attendance at hearing on 9 motions for plan classification (.6); revise draft order granting and denying Rule 3018 motions (.7); telephone conference with Rosalie Gray, Jay Castle and Adam Ravin regarding Rule 3018 and related issues (.7); read and comment on Winn-Dixie's draft response to confirmation objections (1.2); memorandum to Rosalie Gray regarding Big Pine 3018 motion (.4) | 6.90 | 2,794.50 |
|  | CCJ | Conference calls with Skadden Arps representatives regarding 3018 hearing results (.5); revisions to proposed order (.5); preparation for and representation of Debtors at hearings on 3018 motion (2.0) | 3.00 | 915.00 |
|  | TLC | Telephone call with Michael Milgore regarding his client's motion to determine plan classification; correspondence with Adam Ravin regarding same | 0.30 | 40.50 |
|  | JHP | Review of proposed plan modifications and correspondence regarding same with attorneys for Internal Revenue Service and Unsecured Creditors Committee (.8); telephone call with attorneys for creditors filing Rule 3018 motions on possible resolution of disputes (.8); preparation for October 13, 2006 confirmation hearing and objections regarding same, including review of legal research on Bankruptcy Court files as record evidence in a confirmation hearing (1.2) | 2.80 | 1,036.00 |
| 10/06/06 | CCJ | Preparation for confirmation hearing (1.2); review of proposed voting certification (1.1); conference with Stephen D. Busey regarding same (.5); review and analysis of correspondence and exhibits from Bundy (1.2); conference with Rob Wilcox regarding Big Pue ballot (.3); correspondence to Rosalie Gray and Kate Logan regarding same (.2); conference call with Skadden Arps regarding confirmation issues (1.0); conference call with Skadden Arps and UCC regarding confirmation issues (.9) | 6.40 | 1,952.00 |
|  | SDB | Telephone conference with Rosalie Gray, Sally Henry, Adam Ravin and Cynthia C. Jackson regarding preparation for the confirmation hearing (.8); |  |  |

LAW OFFICES
SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Reorganization Plan/Plan Sponsors

HOURS

|  |  | HOURS |  |
|---|---|---|---|
|  | telephone conference with Skadden, Milbank and Smith Hulsey regarding coordination of responses to objections to the plan and preparation for the confirmation hearing (.6); memorandum to Sally Henry regarding draft response to plan objections (.7); prepare exhibits for the confirmation hearing (1.4); finalize proposed order on 3018 motions (.8); revise Flip Huffard's testimony outline for the confirmation hearing (1.7); memorandum to Flip Huffard and Larry Appel regarding their testimony outlines (.3); read Wachovia's response to Winn-Dixie's plan (.3); review draft of third period monthly operating report (.3); memorandum to Sally Henry and Jan Baker regarding Class Ten interest rate (.4) | 7.30 | 2,956.50 |
| KSW | Preparation for and service of order with respect to motions for allowance of claims for voting purposes (.5) and order with respect to motions seeking determination of plan class (.5) | 1.00 | 130.00 |
| JHP | Review of draft voting declaration (.8); review of plan modification drafts and correspondence regarding same (.8) | 1.60 | 592.00 |
| 10/07/06 CCJ | Preparation for confirmation hearing | 1.00 | 305.00 |
| SDB | Read first modification to the plan (.6); read and comment on Kate Logan's affidavit (.4); read stipulation with Terranova (.2); conference with Cynthia C. Jackson regarding filing of September monthly operations report (.2); read Bundy New Orleans' witness list and exhibit list for the confirmation hearing (.4); memoranda to Sally Henry with comments on Winn-Dixie's draft response to objections (1.2); edit outline of Holly Etlin's testimony at the confirmation hearing (1.3); read Blackstone's proposed graphics for use at the confirmation hearing (.8); revise Winn-Dixie's trial exhibits and exhibit list (1.4); memorandum to Kimberly S. Ward regarding same (.2) | 6.70 | 2,713.50 |
| 10/08/06 SDB | Read case law on Section 1122 classification issues raised by objections to the plan (1.3); read case law regarding Section 1129 cramdown issues raised by the Tax Collectors' objections (1.1); conference with Cynthia C. Jackson regarding preparation for the confirmation hearing (.3) | 2.70 | 1,093.50 |
| CCJ | Preparation for hearing on reduced ballots (1.0); correspondence to counsel regarding same (.5); preparation for confirmation hearing (1.8) | 3.30 | 1,006.50 |
| 10/09/06 SDB | Read the Creditors Committee's memorandum in support of confirmation of the plan (.4); conference with Allan E. Wulbern regarding review of Bundy's exhibit list for the confirmation hearing and preparation of evidence in response to Bundy's objection (.4); revise witness outline for Bill Warren (.5); telephone call with Sheon Karol regarding preparation of Holly Etlin to testify |  |  |

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 -  Reorganization Plan/Plan Sponsors

|  |  | HOURS |  |
|---|---|---|---|
|  | (.1); telephone call with Rob Soriano regarding release provisions in Anchor Glass plan (.4); read Anchor Glass documents (.9); read additional case law regarding cramdown interest rate established by an efficient market (1.3); memoranda with Milbank regarding preparation for the confirmation hearing (.5); read Ad Hoc Vendors' brief in support of confirmation (.6); conference with James H. Post regarding the confirmation order (.4); conference with Allan E. Wulbern regarding response to Bundy's objection (.7); read plan modifications (.7); memoranda with Rosalie Gray regarding same (.3); review revised Blackstone graphics (.4); telephone conference with Flip Huffard and Jamie Edmondson regarding same (.7) | 8.30 | 3,361.50 |
| TLC | Preparation of the notebooks for the confirmation hearing on October 13, 2006 | 2.00 | 270.00 |
| CCJ | Preparation for October 12, 2006 hearing on voting motion (1.2); conference with Kimberly S. Ward regarding same (.5); conferences with Kate Logan and Adam Ravin regarding vote tabulation (.9); review of vote certification (.5); conferences with Stephen D. Busey regarding confirmation hearing (.6); preparation for same (1.8) | 5.50 | 1,677.50 |
| LMP | Correspondence with John Rogerson regarding the objection of the United States Trustee to the proposed Chapter 11 plan | 0.30 | 78.00 |
| KSW | Organization of exhibits for October 13, 2006 confirmation hearing (.6); revision of exhibit list for same (.2); electronic filing of vote tabulation (.4) | 1.20 | 156.00 |
| BB | Legal research regarding proper method for determining appropriate interest rate on deferred cash payments under 11 U.S.C. 1129(b)(2)(a)(i)(II) (5.2); legal research regarding relevance of interest rate paid to Exit Financier to court's determination of appropriate interest rate under 1129(b)(2) (1.9) | 7.10 | 1,704.00 |
| JHP | Review of draft voting declaration (.3); telephone call with Logan & Company regarding stock distribution issues and personal injury claimants (.4); review of proposed plan modification for payment of de minimis claims under claims resolution procedure and correspondence regarding same with c-counsel and client (1.2); correspondence with client and co-counsel regarding the right of the State of Louisiana to vote any portion of its disputed claim (.4); review of draft confirmation brief (.8) | 3.10 | 1,147.00 |
| 10/10/06 SDB | Read draft plan modification (.4); read memoranda related to draft modification (.4); conference with Cynthia C. Jackson regarding filing of monthly operations report in connection with the confirmation hearing (.3); read summary of Owens-Corning decision (.4); memoranda to Flip Huffard regarding confirmation testimony (.4); | | |

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 -   Reorganization Plan/Plan Sponsors

| | | HOURS | |
|---|---|---|---|
| | memoranda to Larry Appel regarding confirmation testimony (.5); draft revisions to Larry Appel's testimony outline (.7); read final draft of Winn-Dixie's confirmation brief (1.3); read case law cited in the brief (1.2); revise Flip Huffard's testimony outline (.9); conference with Allan E. Wulbern regarding Bundy New Orleans' objection (.8); telephone call with Jan Baker and Rosalie Gray regarding preparation for the confirmation hearing (.7); review vote tabulations for classes 10 and 11 and backup documentation for the class 11 rejection ballot (.7); conference with James H. Post regarding the confirmation order (.4) | 9.10 | 3,685.50 |
| BB | Legal research regarding the quantum of proof a debtor must establish to confirm its plan under 11 U.S.C. 1129 - compare the cases in the state of Florida with the cases throughout the country | 7.60 | 1,824.00 |
| JHP | Review of proposed confirmation order (2.1); correspondence regarding same to co-counsel (.3); revisions to proposed plan modification relating to the payment of de minimis personal injury claims, including correspondence with client and co-counsel (1.2); correspondence to co-counsel regarding subcon issues (.4) | 4.00 | 1,480.00 |
| CCJ | Preparation for confirmation hearing (2.5); review of plan objections and analysis of ways to resolve (2.6); reviewed brief in support by Ad Hoc Trade Committee (.6); reviewed brief in support by Debtors (.9); reviewed and replied to correspondence from Jerrett McConnell regarding same (.3) | 6.90 | 2,104.50 |
| KSW | Preparation for confirmation hearing (.8); preparation of exhibit list (.4); organization of exhibits (.4); preparation for and electronic filing of confirmation brief (.8) and first plan modification (.2) | 2.60 | 338.00 |
| 10/11/06 LMP | Review and analysis of Notice of Administrative Bar Date and correspondence with Rosalie Gray regarding same | 0.50 | 130.00 |
| JHP | Review of confirmation brief and proposed confirmation order (3.2); correspondence to co-counsel regarding provisions to reject administrative claims bar date and review of legal research regarding same (1.2); review of final version of plan modification (.4) | 4.80 | 1,776.00 |
| CCJ | Conference call with Sally Henry and Elena Escamilla regarding U.S. Trustee plan objections (.5); revisions to plan objection summaries (1.4); review and analysis of plan objections and responses (2.9); conferences with Adam Ravin, Sally Henry, Rosalie Gray and Jan Baker regarding same (1.5); conference with Allan E. Wulbern regarding bidding (.5); conference with Stephen D. Busey regarding issues for confirmation (.8); preparation for confirmation hearing (3.4) | 11.00 | 3,355.00 |

LAW OFFICES

SMITH HULSEY & BUSEY

Page: 7
Winn-Dixie Stores, Inc.                                           11/14/2006
ACCOUNT NO: 10163-021695M
STATEMENT NO:   124906

Chapter 11 -  Reorganization Plan/Plan Sponsors

|  | | HOURS | |
|---|---|---|---|
| KSW | Preparation for confirmation hearing (.8); meeting with Mike Shadburn and Cynthia C. Jackson regarding courtroom setup for confirmation hearing (1.2); preparation for and electronic filing of notice of withdrawal of objection to claims for voting purposes as to various creditors (.5) | 2.50 | 325.00 |
| BB | Legal research regarding the appropriate interest rate to be paid on deferred payments to secured creditors under 11 U.S.C. 1129(b) (3.2); legal research regarding what constitutes improper solicitation of acceptance or rejection of a proposed plan of reorganization (3.5) | 6.70 | 1,608.00 |
| SDB | Reread all objections to the plan (1.7); read and highlight applicable case law (1.9); read Wachovia's response to the U.S. Trustee's objection (.4); review trial exhibits, add exhibits and put exhibits in electronic form (1.4); conference with Sally Henry regarding Winn-Dixie response to U.S. Trustee's objection (.9); conference with Jan Baker, Sally Henry and Cynthia C. Jackson regarding preparation for confirmation hearing (1.3); read supplemental objections by Kentucky Taxing Authority and Duval County (.5); read U.S. Trustee's comments on draft confirmation order (.3); telephone call with Adam Ravin regarding summary of objections (.2) | 8.60 | 3,483.00 |

| 10/12/06 | SDB | Prepare Flip Huffard for his testimony at the confirmation hearing (3.1); prepare Larry Appel for his testimony at the confirmation hearing (1.8); prepare Kate Logan for her testimony at the confirmation hearing (1.2); revise Kate Logan's ballot tabulation declaration to account for order disallowing the Sell ballot (.6); revise Bill Warren's testimony outline (.3); prepare Bill Warren for his testimony at the confirmation hearing (1.3); prepare Holly Etlin for her testimony at the confirmation hearing (1.1); read draft confirmation order (.9); telephone call with Cynthia C. Jackson regarding same (.3); reread confirmation brief and selected case law (1.1); prepare argument (.6) | 12.30 | 4,981.50 |
| | JHP | Preparation for October 13, 2006 confirmation hearing, including review of Florida Tax Collectors' request for judicial notice and correspondence with Rob Wilcox and other attorneys for landlords and personal injury claimants, regarding possible resolution of objections to claims (1.2); correspondence with co-counsel and client regarding status of claims for exit facility purposes (.6); correspondence with co-counsel and client regarding logistics for plan distribution to personal injury claimants and attorneys (.6) | 2.40 | 888.00 |
| | CCJ | Preparation for and representation of Debtors at hearing on motion to reduce ballots of Mr. and Mrs. Sell (.8); preparation for confirmation hearing (6.4) | 7.20 | 2,196.00 |

LAW OFFICES

SMITH HULSEY & BUSEY

Page: 8
11/14/2006
ACCOUNT NO: 10163-021695M
STATEMENT NO:  124906

Winn-Dixie Stores, Inc.

Chapter 11 -  Reorganization Plan/Plan Sponsors

|  |  | | HOURS | |
|---|---|---|---|---|
| | KSW | Preparation for confirmation hearing (2.7); revision of exhibit list (.2); organization of exhibits (.3); preparation of notice of filing amended ballot tabulation (.2); electronic filing of same (.5) | 3.90 | 507.00 |
| | BB | Legal research regarding what constitutes improper solicitation of acceptance or rejection of proposed plan of reorganization (2.8); legal research regarding relevance of state statutory interest rate on delinquent tax claim to be applied under 11 U.S.C. 1129(a)(7) and 1129(b)(2) to preserve present value (3.5); legal research regarding whether and when the sale of tax certificates for delinquent property taxes constitutes a violation of the automatic stay (3.3); legal research regarding the extent to which debts incurred in the ordinary cause of business must be treated as administrative expenses (2.0) | 11.60 | 2,784.00 |
| 10/13/06 | SDB | Preparation for (1.7) and attendance at Winn-Dixie's confirmation hearing (8.2); conferences with Larry Appel, Jan Baker, Jay Castle and Matt Barr regarding confirmation related issues (.8) | 10.70 | 4,333.50 |
| | CCJ | Preparation for and representation of Debtors at confirmation hearing | 11.00 | 3,355.00 |
| | KSW | Preparation for and attendance at confirmation hearing | 10.70 | 1,391.00 |
| | JHP | Correspondence with co-counsel and client regarding logistics for plan distribution to personal injury claimants and attorneys (.4); correspondence with co-counsel regarding status of litigation for exit facility purposes (.4) | 0.80 | 296.00 |
| | BB | Preparation for and attendance at hearing on confirmation of the Debtors' plan of reorganization | 9.50 | 2,280.00 |
| 10/14/06 | SDB | Organize confirmation hearing materials | 0.60 | 243.00 |
| 10/16/06 | SDB | Memoranda with Rosalie Gray and Sally Henry regarding modification of draft confirmation order (.7); conference with Cynthia C. Jackson regarding same (.2); memorandum to Adam Ravin regarding findings for the confirmation order (.4); memorandum to Larry Appel regarding evidence to support approval of Peter Lynch's contract (.4); memoranda with Flip Huffard regarding same (.4); review memorandum regarding Bundy New Orleans' objections to the plan (.2) | 2.30 | 931.50 |
| | CCJ | Review of correspondence from Rosalie Gray regarding confirmation order (.5); conferences with Stephen D. Busey regarding same (.6); conference call to Judge Funk's law clerk regarding same (.5); conference call with Adam Ravin regarding same (.7); review of proposed confirmation order (1.0) | 3.30 | 1,006.50 |
| | BB | Legal research regarding effect of separately classifying similar claims on the Debtors' plan of reorganization (1.6); legal research regarding effect of including dissimilar claims in same class (1.5) | 3.10 | 744.00 |

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 -  Reorganization Plan/Plan Sponsors

HOURS

10/17/06 CCJ Review and revise proposed confirmation order (.9); correspondence to Skadden Arps regarding same (.2); conference with Judge Funk's law clerk regarding same (.2); conference with Rosalie Gray regarding same (.3); review and revise notice of filing (.4)     2.00     610.00

SDB Conference with Larry Appel, Flip Huffard, Jan Baker and Bennett Nussbaum at Winn-Dixie regarding the confirmation order, planning for emergence and related issues (1.3); read draft amended confirmation order (.8); edit notice of filing amended confirmation order (.4); conference with Peter Lynch regarding the confirmation hearing (.3)     2.80   1,134.00

10/18/06 CCJ Conference with Sally Henry regarding certification order (.5); preparation and filing of order and notice (.8)     1.30     396.50

10/19/06 KSW Preparation for and electronic filing of notice of changes to proposed confirmation order     0.40     52.00

BB Review of Florida Tax Collectors' memorandum in opposition to confirmation (.8); legal research regarding multiple issues raised in Florida Tax Collector's memorandum (4.1)     4.90   1,176.00

10/23/06 SDB Review of landlord's post-trial brief in opposition to confirmation of the plan (.8); conference with Cynthia C. Jackson regarding proposed response (.3); conference with Jay Castle regarding confirmation issues (.5); telephone call with Larry Appel regarding confirmation issues (.3)     1.90     769.50

10/24/06 SDB Telephone call with Sally Henry and Jay Castle regarding outline of Winn-Dixie's response to the objecting landlords' post-hearing brief in support of their objection to confirmation (.8); telephone call with Jan Baker regarding same and other confirmation issues (.4); telephone call with Jay Castle regarding responses to landlords' objections (.4); conference with Cynthia C. Jackson regarding post-trial meeting (.3)     1.90     769.50

CCJ Review and analysis of landlord memorandum in support of objection to confirmation (1.0); telephone conference with Jay Castle and Mike Byrum regarding confirmation issues (.2); conference with Sally Henry, Jay Castle and Stephen D. Busey regarding same (.5)     1.70     518.50

10/25/06 CCJ Review of proposed reply to landlord brief (.7); reviewed and replied to correspondence regarding confirmation issues (.5)     1.20     366.00

SDB Revision of draft of Winn-Dixie's brief in opposition to supplemental memorandum filed by the objecting landlords (1.8); telephone call with Sally Henry regarding same (.3); memorandum to Sally Henry regarding same (.4); telephone call with Jay Skelton regarding status of confirmation order (.2); telephone conference with Larry Appel

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 -  Reorganization Plan/Plan Sponsors

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | and Jeff Gleason regarding status of confirmation order and handling of filing of Winn-Dixie's monthly operating report and Form 10Q (.4) | 3.10 | 1,255.50 |
| 10/26/06 | KSW | Preparation for and electronic filing of memorandum of law in response to post hearing brief of objecting landlords | 0.50 | 65.00 |
|  | CCJ | Review and analysis of Ad Hoc Trade Committee's response to landlord brief (.8); review and analysis of Unsecured Creditors Committee's response to landlord brief (1.0); review of Debtors' proposed response (1.0); conference with Stephen D. Busey regarding same (.5); conference with law clerk regarding confirmation order (.3) | 3.60 | 1,098.00 |
|  | SDB | Read Creditors Committee's response to the landlord's post-confirmation hearing briefing (.4); revise and finalize Winn-Dixie's reply to same (1.2); memoranda to Sally Henry, Cynthia C. Jackson and Kimberly S. Ward regarding same (.4); telephone call with Jay Castle regarding Bundy New Orleans (.3); conference with Allan E. Wulbern regarding withdrawal of Bundy's objection to confirmation (.3) | 2.60 | 1,053.00 |
| 10/27/06 | SDB | Telephone conference with Larry Appel, Jay Castle, Jan Baker and Rosalie Gray regarding timing of confirmation process, resolution of outstanding objections, financing and consummation issues (.8); conference with Betsy Cox regarding Wachovia's concerns regarding objections to confirmation and timing of order (.4); conference with John Macdonald regarding confirmation issues (.3); review Sheon Karol's claims reserve analysis (.4) | 1.90 | 769.50 |
| 10/31/06 | SDB | Memorandum to Matt Barr regarding confirmation order (.3); telephone call with Larry Appel regarding same (.2) | 0.50 | 202.50 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 287.90 | 91,580.50 |

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 101.30 | $405.00 | $41,026.50 |
| James H. Post | 29.40 | 370.00 | 10,878.00 |
| Cynthia C. Jackson | 77.30 | 305.00 | 23,576.50 |
| Beau Bowin | 50.50 | 240.00 | 12,120.00 |
| *Tana L. Copeland | 2.90 | 135.00 | 391.50 |
| *Kimberly S. Ward | 25.40 | 130.00 | 3,302.00 |
| Leanne McKnight Prendergast | 1.10 | 260.00 | 286.00 |
| TOTAL | 287.90 |  | $91,580.50 |

TOTAL THIS STATEMENT                                   $91,580.50

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
12/12/2006
ACCOUNT NO: 10163-021695M
STATEMENT NO: 125963

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Reorganization Plan/Plan Sponsors

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 11/01/06 | CCJ | Preparation of letter to counsel for landlord regarding plan notice (1.0); review of correspondence from Kathleen Logan regarding same (.2); conference with Rosalie Gray regarding same (.2); conference with Tana L. Copeland regarding same (.1); conference with Rosalie Gray regarding stock distribution motions (.4) | 1.90 | 579.50 |
|  | SDB | Conference with Cynthia C. Jackson regarding post confirmation date requirements and conditions to the effective date of the plan (.3); read memoranda from Rosalie Gray and Larry Appel regarding confirmation issues (.3); memorandum to Larry Appel regarding same (.3) | 0.90 | 364.50 |
| 11/02/06 | SDB | Read memoranda regarding prospective director issue (.4); telephone call with Larry Appel regarding same (.2); read applicable plan, disclosure statement, plan supplement and draft confirmation order provisions regarding same (.9); telephone call with Larry Appel regarding analysis of these issues (.3); read memoranda with Ron Barusch regarding same (.2); telephone call with Jan Baker regarding same (.3); memoranda to Jan Baker regarding proposed resolution (.2) | 2.50 | 1,012.50 |
|  | CCJ | Review of plan and related documents to determine actions needed between confirmation date and effective date (1.0); conference with Stephen D. Busey regarding same (.2) | 1.20 | 366.00 |
| 11/03/06 | SDB | Telephone call with Rosalie Gray regarding resignation of nominated director while confirmation is sub judice (.3); read memoranda from Rosalie Gray, Larry Appel and Mike Freitag regarding same (.2); memorandum to Larry Appel and others regarding recommended course of action (.5); |  |  |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 -  Reorganization Plan/Plan Sponsors

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | read memoranda from Rosalie Gray and Jerrett McConnell regarding retiree claimant's issues regarding withholding from plan distributions (.4); memorandum to Larry Appel regarding confirmation order (.2); read Winn-Dixie's monthly operating report for period 4 (.3) | 1.90 | 769.50 |
| 11/04/06 | SDB | Read memoranda in opposition to confirmation filed by Centre Stage LLP | 0.30 | 121.50 |
| 11/07/06 | CCJ | Conference with counsel for Wachovia and counsel for Winn-Dixie regarding exit financing issues (1.0); review of proposed pleadings for enforcement in Louisiana (.8) | 1.80 | 549.00 |
| 11/09/06 | JHP | Review of confirmation order and correspondence with co-counsel regarding same | 0.80 | 296.00 |
|  | KSW | Review of confirmation order | 1.20 | 156.00 |
|  | SDB | Telephone call with Jay Skelton regarding confirmation (.2); memorandum to Michael Freitag regarding imminence of ruling on confirmation (.3); edit draft press release (.4); memorandum to Michael Freitag regarding same (.1); telephone call with Jan Baker regarding estimate of the effective date and the proposed confirmation order (.4); memorandum to Larry Appel regarding same (.2); telephone call with Larry Appel regarding likelihood of the confirmation order being entered and necessary actions (.4); review Winn-Dixie's proposed confirmation order and exhibits (.4); read order confirming plan and comparison with draft order (1.4); memorandum to Larry Appel regarding same (.3); telephone call with Larry Appel regarding the order's ruling on objections of the U.S. Trustee (.3); telephone call with Jan Baker regarding confirmation order (.3); review plan release provisions, U.S. Trustee objections and compare with confirmation order (.5) | 5.20 | 2,106.00 |
|  | CCJ | Conference with clerk's office regarding confirmation order (1.0); review and analysis of same (1.5); conference with Stephen D. Busey regarding same (.5); conference with Adam Ravin regarding same (.3) | 3.30 | 1,006.50 |
| 11/10/06 | SDB | Telephone call with Bennett Nussbaum regarding confirmation order (.2); memoranda with John Macdonald regarding same (.2); memoranda with Jay Castle regarding plan distribution and the effective date (.3); read memoranda from Rosalie Gray regarding distribution and preserve issues (.3) | 1.00 | 405.00 |
|  | TLC | Electronic filing and service of the notice of entry of confirmation order (.3); electronic filing and service of the notice of distribution date (.3) | 0.60 | 81.00 |

LAW OFFICES

# Smith Hulsey & Busey

Winn-Dixie Stores, Inc.

Chapter 11 -  Reorganization Plan/Plan Sponsors

|  |  | | HOURS | |
|---|---|---|---|---|
| 11/14/06 | SDB | Memoranda among Larry Appel and Jan Baker and Stephen D. Busey regarding resignation of pre-effective date directors | 0.40 | 162.00 |
| 11/15/06 | TLC | Telephone call with Judicial Research to order certified copies of the final plan, the plan modification, the plan supplement and the order confirming the Debtors' plan for Keith Daw | 0.20 | 27.00 |
| | SDB | Telephone call with Mark Basch regarding effective date issues (.2); review and revise claims reserves estimates (.4); telephone call with Jay Castle regarding effective date issues (.2) | 0.80 | 324.00 |
| 11/16/06 | SDB | Read Judge Funk's findings of fact and conclusions of law in support of his order confirming Winn-Dixie's plan of reorganization (.7); conference with Jay Castle regarding same (.3) | 1.00 | 405.00 |
| | JHP | Review of findings on confirmation order | 0.40 | 148.00 |
| | CCJ | Review and analysis of Court's findings of fact and conclusion of law confirming plan of reorganization | 1.00 | 305.00 |
| 11/17/06 | SDB | Telephone conferences with Larry Appel and Jay Castle regarding consummation issues (.4); telephone conference with Larry Appel, Jay Castle and Rosalie Gray regarding Board vacancy and issues regarding the filling of that vacancy (.4); review of provisions of the plan, plan supplement and confirmation order regarding those issues (.8); review of notices of approval filed by Liquidity Solutions and the Florida Tax Collectors (.3); memorandum to Larry Appel, Jay Castle and D. J. Baker regarding same (.2); review of law and rules regarding stays pending appeals (.5); telephone call with Larry Appel regarding same and stay issues (.4) | 3.00 | 1,215.00 |
| | JHP | Review of proposed revisions to proposed effective date notice (.5); review of notice of appeal and correspondence regarding same (.5) | 1.00 | 370.00 |
| | CCJ | Review and analysis of notices of appeal for conference regarding order (1.0); conference with Stephen D. Busey and with Larry Appel regarding same (.3) | 1.30 | 396.50 |
| 11/18/06 | SDB | Telephone call with Jan Baker regarding the right of the Creditors Committee to fill a vacancy on Winn-Dixie's Board of Directors (.4); memoranda to Larry Appel and Jan Baker regarding same (.3); review of draft memorandum to Larry Appel regarding Creditors Committee's assertion that it is entitled to fill the vacancy on Winn-Dixie's new Board of Directors (.5); memorandum to Jan Baker regarding comments on Skadden's draft memorandum (.7) | 1.90 | 769.50 |

LAW OFFICES

# Smith Hulsey & Busey

Winn-Dixie Stores, Inc.

Page: 4
12/12/2006
ACCOUNT NO: 10163-021695M
STATEMENT NO:  125963

Chapter 11 -  Reorganization Plan/Plan Sponsors

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 11/19/06 | SDB | Review of Skadden's draft memorandum in opposition to motions for stay pending the appeal (.5); telephone call with Jan Baker regarding Winn-Dixie's board vacancy (.3); telephone call with Cynthia C. Jackson regarding same (.2); telephone conference with Larry Appel, Jan Baker and Rosalie Gray regarding alternatives for filling the board vacancy (.7) | 1.70 | 688.50 |
|  | CCJ | Conference with Stephen D. Busey regarding replacement director (.8); review and analysis of correspondence and memoranda regarding same (1.2); conference call with Stephen D. Busey, Larry Appel, Jay Castle, Jan Baker and Rosalie Gray regarding same (.8) | 2.80 | 854.00 |
| 11/20/06 | JHP | Correspondence to co-counsel regarding effective date issues related to appeal notice | 0.50 | 185.00 |
|  | TLC | Telephone calls with Judicial Research regarding the status of the certified copies of the Debtors' plan (.4); correspondence and telephone call with Keith Daw regarding same (.2) | 0.60 | 81.00 |

FOR PROFESSIONAL SERVICES RENDERED          39.20 13,743.50

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 20.60 | $405.00 | $8,343.00 |
| James H. Post | 2.70 | 370.00 | 999.00 |
| Cynthia C. Jackson | 13.30 | 305.00 | 4,056.50 |
| *Tana L. Copeland | 1.40 | 135.00 | 189.00 |
| *Kimberly S. Ward | 1.20 | 130.00 | 156.00 |
| TOTAL | 39.20 |  | $13,743.50 |

TOTAL THIS STATEMENT                    $13,743.50

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
01/15/2007
ACCOUNT NO: 10163-021695M
STATEMENT NO:  126772

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 -  Reorganization Plan/Plan Sponsors

| | | | HOURS | |
|---|---|---|---|---|
| 11/21/06 | TLC | Telephone call with Judicial Research to order a certified copy of the Debtors' confirmation order to be sent to Wachovia's counsel | 0.20 | 27.00 |
| | JHP | Correspondence with Kim Loverich and others regarding effective date and related issues | 0.40 | 148.00 |
| | CCJ | Preparation for and participation in conference call regarding closing of plan confirmation (2.8); conference with Catherine Ibold regarding same (.5), with Keith Daw regarding same (.3), and with Stephen D. Busey regarding same (.5); reviewed and replied to correspondence regarding director change (1.0); conferences with Stephen D. Busey regarding same (.8) | 5.90 | 1,799.50 |
| | | FOR PROFESSIONAL SERVICES RENDERED | 6.50 | 1,974.50 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| James H. Post | 0.40 | $370.00 | $148.00 |
| Cynthia C. Jackson | 5.90 | 305.00 | 1,799.50 |
| *Tana L. Copeland | 0.20 | 135.00 | 27.00 |
| TOTAL | 6.50 | | $1,974.50 |

TOTAL THIS STATEMENT                                    $1,974.50

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 -  Reports and Schedules

Page: 1
11/14/2006
ACCOUNT NO: 10163-021696M
STATEMENT NO:  124895

|  |  | HOURS |  |
|---|---|---|---|
| 10/25/06 KSW Preparation for and electronic filing of monthly operating report for August 24, 2006 through September 20, 2006 (.2) and affidavit of Michael Byrum in support of same (.2) |  | 0.40 | 52.00 |
| FOR PROFESSIONAL SERVICES RENDERED |  | 0.40 | 52.00 |

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| *Kimberly S. Ward | 0.40 | $130.00 | $52.00 |

TOTAL THIS STATEMENT                                              $52.00

─────────

*Legal Assistant

LAW OFFICES

# Smith Hulsey & Busey

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
11/14/2006
ACCOUNT NO: 10163-021697M
STATEMENT NO: 124896

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville FL 32254

ATTN: Larry Appel, Esq.

Chapter 11 - Retention/Fee Matters (SH&B)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 10/25/06 | CCJ | Review and analysis of Stuart Maue's report | 1.20 | 366.00 |
| 10/26/06 | CCJ | Preparation of response to Stuart Maue's report on Smith, Hulsey & Busey's third and fourth interim applications | 2.40 | 732.00 |
| 10/30/06 | CCJ | Continued preparation of response to Stuart Maue (1.4); review of files regarding hourly rates and related matters (.6) | 2.00 | 610.00 |
| 10/31/06 | CCJ | Revisions to Stuart Maue's response | 1.00 | 305.00 |
|  |  |  | ---- | -------- |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 6.60 | 2,013.00 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Cynthia C. Jackson | 6.60 | $305.00 | $2,013.00 |

TOTAL THIS STATEMENT                                          $2,013.00
                                                             =========

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
12/12/2006
ACCOUNT NO: 10163-021697M
STATEMENT NO:          125958

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 -  Retention/Fee Matters (SH&B)

| | | HOURS | |
|---|---|---|---|
| 11/06/06 CCJ Preparation of Stuart Maue response | | 1.20 | 366.00 |
| 11/07/06 CCJ Revisions to Stuart Maue response (1.0); review and revise WIPS (1.0) | | 2.00 | 610.00 |
| 11/17/06 KSW Preparation of fifth interim fee application | | 1.00 | 130.00 |
| 11/18/06 KSW Preparation of fifth interim fee application | | 3.80 | 494.00 |
| FOR PROFESSIONAL SERVICES RENDERED | | 8.00 | 1,600.00 |

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Cynthia C. Jackson | 3.20 | 305.00 | $976.00 |
| *Kimberly S. Ward | 4.80 | 130.00 | 624.00 |
| | 8.00 | | $1,600.00 |

TOTAL THIS STATEMENT                                    $1,600.00

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

Page: 1
01/15/2007
ACCOUNT NO: 10163-021697M
STATEMENT NO:  126773

ATTN: Larry Appel, Esq.

Chapter 11 -  Retention/Fee Matters (SH&B)

|  |  | HOURS |  |
|---|---|---|---|
| 11/21/06 CCJ Preparation of fee application |  | 1.80 | 549.00 |
|  | FOR PROFESSIONAL SERVICES RENDERED | 1.80 | 549.00 |

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Cynthia C. Jackson | 1.80 | $305.00 | $549.00 |

TOTAL THIS STATEMENT                         $549.00

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
11/14/2006
ACCOUNT NO: 10163-021698M
STATEMENT NO:  124897

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 -  Retention/Fee Matters (Others)

| | | | HOURS | |
|---|---|---|---|---|
| 10/09/06 | KSW | Electronic filing of statement of payments to Ordinary Course Professionals | 0.10 | 13.00 |
| 10/20/06 | KSW | Telephone call with Kim Lamaina regarding hearing date for fee applications | 0.10 | 13.00 |
| 10/23/06 | SDB | Review of motions by the Creditors Committee to amend the retention agreements with Houlihan and Alvarez & Marcell (.6); memorandum to Larry Appel regarding same (.3); telephone call with Jan Baker regarding same (.3); telephone call with Larry Appel regarding same (.2); revision of October 25, 2006 agenda regarding the applications (.2) | 1.60 | 648.00 |
| 10/31/06 | SDB | Telephone call with Ken Meeker regarding the Creditors Committee's application to amend the retention agreements of the Committee's financial advisors (.4); telephone call with Larry Appel regarding same (.3) | 0.70 | 283.50 |
| | | | ---- | ------ |
| | | FOR PROFESSIONAL SERVICES RENDERED | 2.50 | 957.50 |

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 2.30 | $405.00 | $931.50 |
| *Kimberly S. Ward | 0.20 | 130.00 | 26.00 |
| | ---- | | ------- |
| TOTAL | 2.50 | | $957.50 |

TOTAL THIS STATEMENT                                      $957.50
                                                         =======

_____

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

Page: 1
12/12/2006
ACCOUNT NO: 10163-021698M
STATEMENT NO:  125957

ATTN: Larry Appel, Esq.

Chapter 11 - Retention/Fee Matters (Others)

|  |  | | HOURS | |
|---|---|---|---|---|
| 11/03/06 KSW | Electronic filing and service of sixth supplemental declaration of D. J. Baker | | 0.30 | 39.00 |
| 11/16/06 KSW | Preparation for filing of fee application of Stuart, Maue, James & Mitchell (1.0) and Smith, Gambrell & Russell (.7) | | 1.70 | 221.00 |
| 11/20/06 KSW | Preparation for and electronic filing of interim fee applications of Stuart Maue (.8), Deloitte & Touche (.3), Deloitte Consulting (.3), Deloitte Financial Advisory Services (.3), The Blackstone Group, L.P. (.3), Carlton Fields, P.A. (.3) and King and Spalding, LLP (.3) | | 2.60 | 338.00 |
|  | FOR PROFESSIONAL SERVICES RENDERED | | 4.60 | 598.00 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| *Kimberly S. Ward | 4.60 | 130.00 | $598.00 |
| TOTAL | 4.60 | | $598.00 |

TOTAL THIS STATEMENT                                    $598.00

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
01/15/2007
ACCOUNT NO: 10163-021698M
STATEMENT NO:   126774

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 -  Retention/Fee Matters (Others)


|            |     |                                                                                                                                                        | HOURS |        |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 11/21/06   | KSW | Preparation for and electronic filing of fee applications of Smith Gambrell & Russell LLP (.8), XRoads Solutions Group, LLC (.3) and PricewaterhouseCoopers LLP (.3) | 1.40  | 182.00 |
|            |     | FOR PROFESSIONAL SERVICES RENDERED                                                                                                                      | 1.40  | 182.00 |


### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER        | HOURS | HOURLY RATE | TOTAL    |
|-------------------|-------|-------------|----------|
| *Kimberly S. Ward | 1.40  | $130.00     | $182.00  |


TOTAL THIS STATEMENT                                      $182.00

*Legal Assistant

LAW OFFICES

# Smith Hulsey & Busey

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
11/14/2006
ACCOUNT NO: 10163-021700M
STATEMENT NO:  124898

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Tax Matters

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 10/01/06 | SDB | Revise draft Winn-Dixie memorandum of law in opposition to the Florida Tax Collectors' motion to abstain (1.4); revise new draft of Winn-Dixie memorandum in opposition to Florida Tax Collectors' motion to dismiss and constitutional challenge to Sections 106 and 505 of the Bankruptcy Code (2.4) | 3.80 | 1,539.00 |
|  | CCJ | Preparation of reply to motion to abstain (1.5); preparation of reply to motion to dismiss (4.9); conferences with Stephen D. Busey regarding same (1.3); legal research regarding same (2.0) | 9.70 | 2,958.50 |
| 10/02/06 | SDB | Finalize Winn-Dixie's memoranda in opposition to the Florida Tax Collectors' motion to abstain (1.1); and motion to dismiss (1.6); read case law for preparation for hearing on the Florida Tax Collectors' motions on October 5 (1.1) | 3.80 | 1,539.00 |
|  | BB | Legal research regarding Section 505 tax reassessment cases naming only the tax collector (3.8); legal research regarding necessary parties for in rem proceedings (1.1); legal research regarding whether Florida Tax Collectors are arms of the state under Florida law (2.3); revision of response to Florida Tax Collectors' motion to dismiss (1.2) | 8.40 | 2,016.00 |
|  | CCJ | Preparation for and participation in weekly tax call (.7); conference with ATECH regarding replies (1.0); revisions and reply to motion to dismiss (1.5); revisions to reply to motion to abstain (.9); review and analysis of case law (.5); conference with Stephen D. Busey regarding same (1.0); conferences with Beau Bowin regarding same (.9); review and analysis of Duval County's amended response to tax objection (.3) | 6.80 | 2,074.00 |
|  | MRW | Research regarding whether a concurring opinion is binding on a bankruptcy court | 2.30 | 310.50 |
| 10/03/06 | SDB | Further revise memoranda of law in opposition to the Florida Tax Collectors' motions to abstain and |  |  |

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 -  Tax Matters

|  |  | HOURS |  |
|---|---|---|---|
| | dismiss (1.8); read the Florida Tax Collectors' motions, memoranda, and case law cited by the Florida Tax Collectors and Winn-Dixie in preparation for hearing on the Florida Tax Collectors' motion for leave to file its proof of claim without prejudice (.9); motion for adequate protection (.8); motion to abstain (1.2); and motion to dismiss (2.3) | 7.00 | 2,835.00 |
| MRW | Research regarding concurring opinion (1.0); research regarding whether it is improper for a bankruptcy court to abstain when no other court has jurisdiction (.9) | 1.90 | 256.50 |
| CCJ | Conferences with Angela Baragona and Tom Creichton regarding IRS claim (.5); revise and file reply to motion to abstain (1.4); revise and file reply to motion to dismiss (2.8); conference with ATECH regarding same (.5); conference with Stephen D. Busey regarding same (.6) | 5.80 | 1,769.00 |
| BB | Legal research regarding whether bankruptcy court may abstain from hearing case when no other court has jurisdiction over matter (2.0); legal research regarding commencing Section 505 proceeding as contested matter pursuant to Rule 9019 (2.8); revision of Debtors' response to the Florida Tax Collectors' motion to dismiss (2.2); revision of Debtors' response to the Florida Tax Collectors' motion to abstain (2.3) | 9.30 | 2,232.00 |
| 10/04/06 SDB | Conference with ATECH personnel regarding preparation for October 5 hearing on Florida Tax Collectors' motions (1.7); read case cited in briefs filed by the Florida Tax Collectors and Winn-Dixie and related law (3.6) | 5.30 | 2,146.50 |
| TLC | Review of files to determine whether the second tax motion that was sent to the County of Transylvania was returned for insufficient addresses (.3); correspondence with Cheri Gilbert regarding same (.1); update of the notebook regarding the motions filed by the Florida Tax Collectors (.2) | 0.60 | 81.00 |
| CCJ | Preparation for Florida Tax Collectors' hearings (four motions) (2.5); conference with Stephen D. Busey with Beau Bowin, with ATECH and with Winn-Dixie regarding same (1.4); telephone call with Rick Thames regarding same (.5) | 4.40 | 1,342.00 |
| BB | Revision of Debtors' response to the Florida Tax Collectors' motion to dismiss (2.4); revision of Debtors' response to the Florida Tax Collectors' motion to abstain (adding case law) (1.1); legal research regarding bankruptcy court's authority to determine a debtor's ad valorem tax liability without bringing County Property Appraisers before the court (3.7) | 7.20 | 1,728.00 |
| MRW | Research regarding abstention of bankruptcy court | 1.60 | 216.00 |
| 10/05/06 SDB | Read case law and outline arguments in opposition to Florida Tax Collectors' motions to dismiss, | | |

LAW OFFICES
# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 -  Tax Matters

| | | | HOURS | |
|---|---|---|---|---|
| | | abstain, for adequate protection and for leave to file their proof of claims without prejudice (2.7); conference with ATECH officers and Jay Castle to prepare for hearing on the Florida Tax Collectors' motions (1.6); attendance at hearing on the Florida Tax Collectors' motions (2.1); conference with ATECH and Jay Castle regarding resolution of claims of Duval, Okalooska and Escambia Counties (1.1) | 7.50 | 3,037.50 |
| | BB | Preparation for and attendance at hearings on Florida Tax Collectors' motion for adequate protection, motion to file a proof of claim without prejudice, motion to abstain, and motion to dismiss | 7.00 | 1,680.00 |
| | CCJ | Preparation for and representation of Debtors at hearings on four motions filed by Florida Tax Collectors (3.4); conferences with Winn-Dixie representatives, ATECH representatives regarding same (1.0) | 4.40 | 1,342.00 |
| 10/06/06 | CCJ | Conferences with Rick Thames, John Lammert and Keith Daw regarding Duval County (1.0); conferences with Jay Castle, Rick Thames, John Lammert and Keith Daw regarding same (1.0) | 2.00 | 610.00 |
| 10/07/06 | CCJ | Preparation of objection to IRS claim | 2.30 | 701.50 |
| 10/09/06 | CCJ | Conference with Etty Pollack regarding IRS claims (1.0); preparation of objections to same (2.0) | 3.00 | 915.00 |
| 10/10/06 | CCJ | Preparation of IRS objection (1.9); conference call with Winn-Dixie and ATECH regarding ad valorem objection and status (.7); conferences with Rick Thames regarding potential settlement of plan objections (.8); reviewed and replied to correspondence from Brian Hanlon regarding proposed offer (.1); conference with Tom Creichton and Angela Baragona regarding IRS objection (.5); conference with Jay Castle regarding same (.1); conference with Rosalie Gray regarding same (.2); revisions to cleanup tax objection (.8); conference with Etty Pollak regarding same (.5) | 5.60 | 1,708.00 |
| 10/16/06 | CCJ | Review and analysis of documents from Logan & Company all for ATECH to determine cleanup tax claims (1.4); preparation of objection (.8) | 2.20 | 671.00 |
| 10/17/06 | CCJ | Revisions to ad valorem tax objection (.5); reviewed and replied to correspondence from Logan & Company regarding IRS objection (.3); preparation for and participation in weekly tax strategy call (1.0) | 1.80 | 549.00 |
| | SDB | Read settlement proposal from Louisiana Department of Revenue and related memoranda (.3); conference with James H. Post regarding same and proposed trial date (.2) | 0.50 | 202.50 |
| 10/18/06 | CCJ | Preparation for and participation in tax claim call with ATECH, Winn-Dixie and Logan & Company | | |

LAW OFFICES

### SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 4
11/14/2006
ACCOUNT NO: 10163-021700M
STATEMENT NO:  124898

Chapter 11 - Tax Matters

| | | | HOURS | |
|---|---|---|---|---|
| | | (2.0); reviewed and replied to correspondence from Logan & Company regarding tax issues (.5); reviewed and replied to correspondence from Keith Daw regarding same (.3); conference with Keith Daw regarding same (.5) | 3.30 | 1,006.50 |
| 10/19/06 | CCJ | Review and analysis of Florida Tax Collectors' supplemental memorandum (2.8); review of prior pleading and case law regarding same (2.0) | 4.80 | 1,464.00 |
| 10/20/06 | CCJ | Preparation of response to Florida Tax Collectors' supplemental memorandum (3.4); conference with Stephen D. Busey regarding same (1.0) | 4.40 | 1,342.00 |
| | BB | Legal research regarding rights under Florida law to offset tax overpayments against future tax liabilities (5.1); conference with Jacksonville City Attorney regarding whether a taxpayer may seek offset of future tax liability rather than refund (.3); conference with Florida Department of Revenue regarding whether a taxpayer may seek offset of future tax liability rather than refund (.3); legal research regarding a debtor's right to assert defense of offset under 11 U.S.C. 558 (2.4) | 8.10 | 1,944.00 |
| | SDB | Review of Winn-Dixie's draft motion to approve settlement with the Louisiana Department of Revenue (.4); review of Florida Tax Collectors' supplemental meeting on jurisdictional issues (.8); telephone call with Jay Castle regarding same (.2); conference with Cynthia C. Jackson regarding Winn-Dixie's response (.5); outline of Winn-Dixie's response (.6) | 2.50 | 1,012.50 |
| 10/21/06 | BB | Legal research regarding right of debtor to offset past tax overpayments against future tax liabilities under 11 U.S.C. 558 | 4.00 | 960.00 |
| | CCJ | Revisions to reply to Florida Tax Collectors' memorandum (1.8); research regarding same (.6) | 2.40 | 732.00 |
| 10/22/06 | SDB | Preparation of brief in reply to Florida Tax Collectors' supplemental memorandum of law, including review of appendix of Florida Tax Collectors' pleadings and briefs and review of applicable case law | 5.60 | 2,268.00 |
| 10/23/06 | CCJ | Reviewed and revised tax memorandum draft (.2); conferences with Stephen D. Busey regarding same (.8); preparation of inserts for same (1.8); preparation of ad valorem claim objection (.3); reviewed and replied to correspondence from Logan & Company regarding same (.5); preparation of IRS objection (.5); legal research regarding setoff rights and conference with Beau Bowin regarding same (1.4) | 5.50 | 1,677.50 |
| | SDB | Finalization of memorandum of law in opposition to Florida Tax Collectors' supplemental memorandum in support of their motion to dismiss and in opposition to confirmation | 2.90 | 1,174.50 |

LAW OFFICES
SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 5
11/14/2006
ACCOUNT NO: 10163-021700M
STATEMENT NO:  124898

Chapter 11 -  Tax Matters

| | | | HOURS | |
|---|---|---|---|---|
| | BB | Legal research regarding the doctrine of "equitable setoff" under Florida (4.0); legal research regarding right of recoupment under Florida Law (1.4) | 5.40 | 1,296.00 |
| 10/24/06 | BB | Legal research regarding "equitable setoff" under Florida law | 0.80 | 192.00 |
| | SDB | Incorporation of comments from Jay Castle and Skadden Arps to finalize and file Winn-Dixie's reply to the Florida Tax Collectors' supplemental memorandum in support of their motion to dismiss | 1.90 | 769.50 |
| | CCJ | Preparation for and participation in tax call (1.0); conference with Etty Pollak regarding ad valorem and IRS tax claims (.5); conference with Etty Pollak and Cheri Gilbert regarding ad valorem claims (.6); preparation of reply to Florida Tax Collectors brief (1.4) | 3.50 | 1,067.50 |
| 10/30/06 | CCJ | Preparation of ad valorem tax objection (1.5); preparation of IRS tax objection (1.8); review and analysis of tax claims (.9); conference call with Sheon Karol regarding same (.4); review of files regarding status of Escambia and Okaloosa (.3); review of correspondence from Rick Thames regarding sales tax (.2); conference with Rosalie Gray, June Leamy and Adam Ravin regarding same (.5) | 5.60 | 1,708.00 |
| 10/31/06 | CCJ | Revise, finalize and file ad valorem tax objection (1.4); conferences with Etty Pollak regarding same (.5); preparation for and participation in weekly tax strategy call (1.0); conference with Keith Daw regarding ATECH issues (.7); conference with Angela Baragona and Tom Creichton regarding IRS claims (.3); conference with Stephen D. Busey regarding same (.2); conference with David Turetsky regarding Barrow claim and GEEC claim (.5) | 4.60 | 1,403.00 |
| | SDB | Review draft documentation of settlement with the Louisiana Department of Revenue (.4); conference with James H. Post regarding same (.1); conference with Cynthia C. Jackson regarding status of ATECH's objections (.2); telephone call with Phillip Bates, counsel for Escambia and Okaloosa counties (.4); conference with Cynthia C. Jackson regarding IRS claim (.4); telephone call with Jay Castle regarding same (.3) | 1.80 | 729.00 |
| | TLC | Preparation, electronic filing and service of the Debtors' objection to ad valorem tax claims (.6); preparation, electronic filing and service of the notice of hearing regarding same (.3) | 0.90 | 121.50 |
| | | | ------ | --------- |
| | | FOR PROFESSIONAL SERVICES RENDERED | 182.20 | 55,327.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 6
11/14/2006
ACCOUNT NO: 10163-021700M
STATEMENT NO:  124898

Chapter 11 -  Tax Matters

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 42.60 | $405.00 | $17,253.00 |
| Cynthia C. Jackson | 82.10 | 305.00 | 25,040.50 |
| Meghan R. Wojeski | 5.80 | 135.00 | 783.00 |
| Beau Bowin | 50.20 | 240.00 | 12,048.00 |
| *Tana L. Copeland | 1.50 | 135.00 | 202.50 |
| TOTAL | 182.20 | | $55,327.00 |

TOTAL THIS STATEMENT                                          $55,327.00
                                                           ==========

_____
*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
12/12/2006
ACCOUNT NO: 10163-021700M
STATEMENT NO: 125946

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Tax Matters

| | | | HOURS | |
|---|---|---|---|---|
| 11/01/06 | BB | Legal research regarding whether post-petition sale of tax deed to debtor property violates the automatic stay and whether sale is void or voidable. | 2.00 | 480.00 |
| | CCJ | Conference with Keith Daw regarding Louisiana sales of tax deed (.5); conference with Beau Bowin regarding same (.2); conference with Angela Baragona (Winn-Dixie) regarding IKS issues (.5); review of files regarding same (.8) | 2.00 | 610.00 |
| 11/02/06 | SDB | Review IRS amended proof of claim (.2); conference with Cynthia C. Jackson regarding Winn-Dixie's objection to IRS claims, IRS's right of set off for its secured claim, Winn-Dixie's claims for refunds, and related Section 505 issues (.5); read memoranda from Louisiana counsel regarding settlement with Louisiana Department of Revenue (.2); review of Sheri Gilbert memoranda regarding settlement with Okaloosa and Escambia counties (.2) | 1.10 | 445.50 |
| | CCJ | Review and analysis of IRS documents to determine claim amounts and refunds (1.0); conference with Angela Baragona regarding same (1.0); conference with Jeff Gottlieb and Angela Baragona regarding same (.5); legal research regarding cause of action under Section 505 (.8); conference with Beau Bowin regarding same (.3); review of research regarding tax deeds in Louisiana (1.4); conference with Beau Bowin regarding same (.3); conference with Stephen D. Busey regarding IRS issues (.5); preparation for and conference call with Rich Tansi, ATECH and Keith Daw regarding ATECH issues (.8) | 6.60 | 2,013.00 |
| | BB | Legal research regarding whether Internal Revenue Service may offset debtor's tax liability against refunds owed for loss carryback from taxes incurred by debtor in 2004 and 2005 (1.2); legal research regarding whether sale of tax deed post-petition violates stay and if so, whether sale is void or voidable (4.1); difference between void and voidable (2.0) | 7.30 | 1,752.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Page: 2
12/12/2006
Winn-Dixie Stores, Inc.                                      ACCOUNT NO: 10163-021700M
STATEMENT NO:  125946

Chapter 11 - Tax Matters

HOURS

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 11/03/06 | SDB | Conference with Cynthia C. Jackson regarding preparation of Winn-Dixie's objection to the IRS's amended proof of claim (.3); telephone conference with Angela Baragona, Jeff Gottlieb, Tom Creighton and the IRS regarding 2003 adjustments (1.0); telephone conference with Rosalie Gray, Jeff Gottlieb and Angela Baragona and Cynthia C. Jackson regarding preparation of Winn-Dixie's objection to IRS's proof of claim (.5); review schedule of Winn-Dixie's claimed refunds due from the IRS (.4); telephone conference with Jeff Gottlieb and James H. Post regarding Winn-Dixie's settlement with Louisiana Department of Revenue (.2); review of memoranda from Jones Walker regarding same (.1) | 2.50 | 1,012.50 |
| | CCJ | Review and analysis of documents from Winn-Dixie regarding IRS credits and debits (2.8); conference with Angela Baragona regarding same (1.5); conference with Stephen D. Busey regarding same (1.0); conference with Jeff Gottlieb, Angela Baragona, Rosalie Gray, James H. Post and Stephen D. Busey regarding same (.5); conference with Stephen D. Busey and James H. Post regarding same (.6); conference with Beau Bowin regarding legal research regarding setoff and Section 505 (.5) | 6.90 | 2,104.50 |
| | BB | Continued legal research regarding whether Internal Revenue Service may offset debtor's tax liability against refunds owed for loss carryback from taxes incurred by debtor in 2004 and 2005 (5.3); legal research regarding Internal Revenue Service's right to offset tax refunds under Internal Revenue Code (2.5) | 7.80 | 1,872.00 |
| 11/06/06 | CCJ | Preparation for tax call | 1.00 | 305.00 |
| | BB | Legal research regarding whether tax loss carrybacks based on post-petition losses and carried back to pre-petition years constitutes pre-petition or post-petition claim against IRS (3.1); legal research regarding how to determine whether a right to tax refund accrues pre-petition or post-petition (3.2) | 6.30 | 1,512.00 |
| 11/07/06 | BB | Legal research regarding whether tax loss carrybacks based on post-petition losses and carried back to pre-petition years constitutes pre-petition or post-petition claim against IRS (4.0); legal research regarding IRS's ability to net overpayment and order payments of tax when determining amount of refunds due to the debtor (1.8); legal research regarding whether netting tax overpayments and underpayments constitutes a setoff under 11 U.S.C. 553 (2.3) | 8.10 | 1,944.00 |
| 11/08/06 | BB | Legal research regarding whether a creditor's otherwise valid right to setoff is lost when a plan is confirmed which does not preserve the creditor's setoff rights (4.3); legal research regarding whether mere retention of a portion of a debtor's tax refund constitutes a setoff under 11 U.S.C., Section 553 (2.2) | 6.50 | 1,560.00 |

LAW OFFICES

# Smith Hulsey & Busey

Winn-Dixie Stores, Inc.

Page: 3
12/12/2006
ACCOUNT NO: 10163-021700M
STATEMENT NO:  125946

Chapter 11 -  Tax Matters

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | CCJ | Revision to IRS tax claim objection (1.1); review of legal research regarding same (.8); conferences with Beau Bowin regarding same (.3) | 2.20 | 671.00 |
| 11/09/06 | SDB | Review of memoranda from Cheri Gilbert and Phil Bates regarding Okaloosa and Escambia County taxes | 0.30 | 121.50 |
|  | BB | Legal research regarding whether mere retention of a potion of a debtor's tax refund violates the automatic stay (2.6); legal research regarding sanctions against the federal government for violation of the automatic stay (2.1); legal research regarding non-bankruptcy law limitations on the Internal Revenue Service's ability to offset tax liabilities of a different nature and from different years (1.7) | 6.40 | 1,536.00 |
| 11/10/06 | BB | Review of Internal Revenue Service memorandum regarding right to setoff debtor's pre-petition tax liabilities against refunds due to debtor for loss carrybacks from loss incurred both pre-petition and post-petition | 2.40 | 576.00 |
| 11/14/06 | CCJ | Review and analysis of correspondence from Winn-Dixie regarding proposed IRS settlement (.6); conference with Stephen D. Busey regarding same (.2); review and analysis of correspondence from ATECH regarding ad valorem issues (.5) | 1.30 | 396.50 |
|  | SDB | Conference with Cynthia C. Jackson regarding status of Winn-Dixie's objection to IRS claim | 0.30 | 121.50 |
| 11/15/06 | CCJ | Conference with Sheon Karol regarding tax issues (.5); review of IRS proposal (.6); conference with Angela Baragona regarding same (.3); conference with Jeff Gottlieb regarding same (.2) | 1.60 | 488.00 |
| 11/20/06 | CCJ | Revision to IRS objection (.9); review of and response to correspondence from Winn-Dixie and from Skadden regarding same (.5) | 1.40 | 427.00 |

FOR PROFESSIONAL SERVICES RENDERED          74.00 19,948.00

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 4.20 | $405.00 | $1,701.00 |
| Cynthia C. Jackson | 23.00 | 305.00 | 7,015.00 |
| Beau Bowin | 46.80 | 240.00 | 11,232.00 |
| TOTAL | 74.00 |  | $19,948.00 |

TOTAL THIS STATEMENT                                      $19,948.00

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

Page: 1
11/14/2006
ACCOUNT NO: 10163-021701M
STATEMENT NO:  124899

ATTN: Larry Appel, Esq.

Chapter 11 -  U.S. Trustee Matters

|  |  | HOURS |  |
|---|---|---|---|
| 10/23/06 CCJ Conferences with Ken Meeker regarding MORS and regarding October 25, 2006 hearing (.8); reviewed and replied to correspondence from Skadden, Arps regarding MORS (.5) | | 1.30 | 396.50 |
| FOR PROFESSIONAL SERVICES RENDERED | | 1.30 | 396.50 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Cynthia C. Jackson | 1.30 | $305.00 | $396.50 |

TOTAL THIS STATEMENT                                        $396.50

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
11/14/2006
ACCOUNT NO: 10163-021704M
STATEMENT NO:   124909

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 -  Disbursements (Costs/Expenses)


Document Duplicating                                    7,325.85
Postage                                                1,601.55
Long Distance Toll Charges                             1,542.10
Westlaw                                                2,155.75
Facsimile Transmission                                    67.00
Outside Document Duplicating Service                   1,362.38
Express Mail                                              25.35
Meals                                                  1,145.40
Transcripts - Statewide Reporting Service
     (Hearings on 10/05/06 and 10/13/06)                 956.50
                                                      ---------
TOTAL COSTS THRU 10/31/06                             16,181.88


TOTAL THIS STATEMENT                                 $16,181.88
                                                      ==========

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
12/12/2006
ACCOUNT NO: 10163-021704M
STATEMENT NO:  125951

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 -  Disbursements (Costs/Expenses)


| | |
|---|---:|
| Document Duplicating | 2,892.15 |
| Postage | 242.55 |
| Long Distance Toll Charges | 565.59 |
| Westlaw | 1,266.89 |
| Facsimile Transmission | 49.00 |
| Outside Document Duplicating Service | 257.27 |
| Express Mail | 19.18 |
| Meals | 116.65 |
| | --------- |
| TOTAL COSTS THRU 11/30/06 | 5,409.28 |


| | |
|---|---:|
| TOTAL THIS STATEMENT | $5,409.28 |
| | ========= |

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

Page: 1
01/15/2007
ACCOUNT NO: 10163-021704M
STATEMENT NO:   126776

ATTN: Larry Appel, Esq.

Chapter 11 -  Disbursements (Costs/Expenses)

| | |
|---|---:|
| Document Duplicating | 231.90 |
| Postage | 15.75 |
| Long Distance Toll Charges | 37.27 |
| Westlaw | 247.09 |
| Meals | 34.24 |
| | ------ |
| TOTAL COSTS THRU 11/21/06 | 566.25 |

| | |
|---|---:|
| TOTAL THIS STATEMENT | $566.25 |
| | ======= |