## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

### NOTICE OF FILING

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates, as reorganized debtors, give notice of filing the attached Sixth Interim and Final Application of King & Spalding LLP for Allowance of Fees and Expenses for the period from February 21, 2005 through November 21, 2006.

Dated:  January 22, 2007

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP


By    *s/ D. J. Baker*
    D. J. Baker
    Sally McDonald Henry
    Rosalie Walker Gray

Four Times Square
New York, New York 10036
(212) 735-3000
(917) 777-2150 (facsimile)
djbaker@skadden.com

Co-Counsel for Reorganized Debtors

SMITH HULSEY & BUSEY


By    *s/ Cynthia C. Jackson*
    Stephen D. Busey
    James H. Post
    Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Reorganized Debtors

00554868

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | **Chapter 11** |
| | ) | |
| **WINN-DIXIE STORES, INC.,** *et al.,* | ) | **Case Nos. 05-03817-3F1** |
| | ) | |
| Debtors. | ) | **Jointly Administered** |
| ———————————————— | ) | |

**SIXTH INTERIM AND FINAL APPLICATION FOR ALLOWANCE
OF ATTORNEYS' FEES AND REIMBURSEMENT
OF EXPENSES INCURRED BY KING & SPALDING LLP,
SPECIAL CORPORATE AND LITIGATION COUNSEL TO THE DEBTORS**

King & Spalding LLP ("K&S"), special corporate and litigation counsel to Winn-Dixie Stores, Inc. and its debtor affiliates (collectively, the "Debtors") in these Chapter 11 cases, hereby submits this sixth interim and final application (the "Application") seeking allowance of compensation and reimbursement of expenses pursuant to Sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 2016(a) of the Federal Rules of Bankruptcy Procedure.   K&S submits this Application for (a) allowance of reasonable compensation for professional services rendered by K&S to the Debtors and (b) reimbursement of actual and necessary charges and disbursements incurred by K&S in the rendition of required professional services on behalf of the Debtors.  In support of this Application, K&S respectfully represents as follows:

**Background**

1.      On February 21, 2005, (the "Petition Date"), the Debtors filed their respective voluntary petitions for relief under Chapter 11 of the Bankruptcy Code, in the United States Bankruptcy Court for the Southern District of New York (the "New York Court").  By order dated April 13, 2005, the New York Court transferred venue of these cases to this Court.  The

Debtors continued in possession of their respective properties and operated their respective businesses as debtors-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code until November 21, 2006 (the "Effective Date"), when their confirmed plan of reorganization became effective. The above-referenced bankruptcy cases are being jointly administered by order of the New York Court for procedural purposes only.

2.      Five prior fee applications have been filed by K&S and approved by this Court. Pursuant to K&S' first, second, third, fourth and fifth interim fee applications and this Court's Orders dated August 4, 2005, December 1, 2005, April 6, 2006, August 10, 2006, and December 14, 2006, respectively, K&S has received prior payment of $3,226,782.75 in compensation and reimbursement of $70,014.50 in expenses for the period from February 21, 2005 through September 30, 2006.

3.      In this Application, K&S seeks final allowance of the interim compensation and expense reimbursement previously approved by this Court and described in the immediately preceding paragraph, and it incorporates by reference its prior interim applications and the supporting detail included therein. K&S also seeks final allowance of an additional $133,155.50 in fees and reimbursement of $539.49 in additional expenses incurred during the period from October 1, 2006 through the Effective Date (the "Sixth Period"). Thus, in total, K&S seeks final allowance of $3,359,938.25 in fees and reimbursement of $70,553.99 in expenses in connection with these cases.

4.      No trustee has been appointed in these bankruptcy cases. An official committee of unsecured creditors (the "Committee") was appointed in these cases on March 1, 2005, and the Committee has retained counsel.

5.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue of this case in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  The statutory predicates for the relief sought herein are sections 330 and 331 of the Bankruptcy Code.

6.      This Application has been prepared in accordance with the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on January 30, 1996 (the "UST Guidelines").

7.      The Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Plan") and accompanying Disclosure Statement were filed June 29, 2006.   On August 24, 2006, the Court entered an Order approving the Disclosure Statement and on November 9, 2006, the Court entered an Order Confirming the Plan.

## Retention of K&S

8.      On February 22, 2005, the Debtors applied to the New York Court for an order approving the retention of K&S as its bankruptcy co-counsel and general corporate counsel (the "Retention Application") to perform legal services necessary to enable the Debtors to execute their financial restructuring through Chapter 11 reorganizations and continue to advise the Debtors with respect to the non-bankruptcy matters traditionally handled by K&S.  On March 4, 2005, the New York Court entered an order granting the Retention Application on an interim basis.  On March 15, 2005, the New York Court entered a final order (the "Retention Order") authorizing the Debtors to retain K&S as its (i) bankruptcy co-counsel, from the Petition Date through March 15, 2005, on the terms set forth in the Retention Application and the declaration of Sarah R. Borders (the "Borders Declaration"), and (ii) special corporate and litigation counsel, as of the Petition Date, under the terms set forth in the Retention Application and the Borders Declaration as modified by the Retention Order.

## Fee Procedures Order

9.      On March 15, 2005, the New York Court entered the Final Order Approving Interim Compensation Procedures for Professionals (the "Fee Procedures Order") pursuant to sections 105(a) and 331 of the Bankruptcy Code.  Pursuant to the Fee Procedures Order, all professionals retained in this case are authorized to seek interim compensation for professional services rendered and reimbursement for expenses incurred.

## Fee Examiner

10.      On December 14, 2005, the Court entered an Order Authorizing Debtors to Employ and Retain Stuart, Maue, Mitchell & James Ltd. as Fee Examiner (the "Fee Examiner Order").  To the best of its knowledge, K&S has complied with all requests made by the fee examiner pursuant to the Fee Examiner Order.

## Compensation Paid and Its Source

11.      All services for which K&S seeks compensation were performed for or on behalf of the Debtors.

12.      There is no agreement or understanding between K&S and any other person except for the partners of K&S for the sharing of compensation to be received for the services rendered in these cases.

## Requested Fees and Reimbursement of Disbursements

13.      In connection with its efforts during the Sixth Period, K&S now seeks interim allowance of $133,155.50 in fees calculated at the hourly billing rates of the firm's personnel who have worked on this case, and $539.49 in charges and disbursements actually and necessarily incurred by K&S while providing services to the Debtors during the Sixth Period.

14.      Pursuant to the terms of the Fee Procedures Order and Fee Examiner Order, K&S has submitted statements for services rendered during the Sixth Period.  As of January 17, 2007,

K&S has received payment of $69,986.08 on account of services rendered during the Sixth Period.

15.    Exhibit A attached hereto sets forth the time spent and the work performed by each attorney and paraprofessional for the Sixth Period.  To the best of K&S' knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, the UST Guidelines, and the Fee Procedures Order.

16.    K&S' charges for its professional services are based upon the time, nature, extent and value of such services and the cost of comparable services in a case other than under the Bankruptcy Code.

## Actual and Necessary Expenses

17.    A summary of actual and necessary expenses and daily logs of expenses incurred by K&S for the Sixth Period is attached hereto as Exhibit B.

18.    K&S customarily charges $0.10 per page for photocopying expenses.  K&S uses an "Equitrac" device that automatically records the number of copies made.  K&S summarizes each client's photocopying charges on a daily basis.

19.    K&S charges $0.25 per page plus actual long distance telephone charges for outgoing facsimile transmissions.  The charge for outgoing facsimiles reflects K&S' calculation of the actual costs incurred by K&S for use of the machines, supplies and extra labor expenses associated with sending facsimile transmissions and is reasonable in relation to the amount charged by outside vendors who provide similar services.  There is no charge for incoming faxes.

20.    K&S charges the standard usage rates billed by providers of on-line legal research (e.g., LEXIS and Westlaw) for computerized legal research.  Any volume discount received by K&S is passed on to the client.

21.     K&S charges its clients for the actual expenses related to travel, hotel lodging and business meals.  Generally, K&S employees travel in coach.

22.     K&S does not charge for local calls placed by attorneys from their offices.  K&S charges its clients for the actual cost charged for long-distance calls.  K&S also bills its clients for the actual costs charged to K&S for engaging teleconferencing services in the event that a multiple-party teleconference is initiated through K&S.

23.     K&S believes the foregoing rates are the market rates generally employed by the majority of law firms when charging their clients for such services.

### Professional Services Rendered

24.     In accordance with the UST Guidelines, all K&S professionals kept a contemporaneous record of time spent rendering services and have separated tasks in billing increments of one-tenth (0.10) of an hour.

25.     Exhibit C attached to this Application is a summary of the legal services that K&S rendered to the Debtors during the Sixth Period.  The services rendered by K&S during the Sixth Period can be grouped into the categories set forth in Exhibit C.  K&S attempted to place the services performed in the category that best relates to the services provided.  However, because certain services may relate to more than one category, services pertaining to one category may in fact be included in another category.  Finally, the actual detailed daily time entries for all work performed by the attorneys and paraprofessionals who rendered services during the Sixth Period are attached as Exhibit D.  Such time entries are organized by subject matter category as required by the UST Guidelines.

26.     Among other things, K&S has advised the Debtors during the application period with respect to (a) the disposition of store operations outside of the geographic area in which the Debtors plan to operate in the future; (b) class actions filed by the Debtors' shareholders and

ERISA beneficiaries; (c) a federal grand jury investigation involving possible violations of federal criminal law arising out of activities related to illegal importation, possession, transportation and sale of undersized lobster in and within the United States and the State of Florida; (d) reporting issues under the securities laws; and (e) employee benefits issues.

## **Valuation of Services**

27.     Attorneys and professionals of K&S expended a total of 361.9 hours in connection with these cases during the Sixth Period.  The reasonable value of those services is $133,155.50, based on the hourly rates set forth on Exhibit A.

28.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by K&S is fair and reasonable given (a) the nature of this reorganization; (b) the complexity of this case; (c) the time and labor required to represent the Debtors effectively; (d) the nature and extent of services rendered; (e) K&S' experience, reputation and ability; (f) the value of K&S' services; and (g) the cost of comparable services other than in a case under the Bankruptcy Code.

29.     K&S has reviewed the requirements of the UST Guidelines and believes that this Application complies in all material respects with those requirements.  To the extent this Application does not comply in every respect with the requirements of such guidelines, K&S respectfully requests a waiver for any such technical non-compliance.

## **Compliance with Rule 2016 of Federal Rules of Bankruptcy Procedure**

30.     In accordance with Rule 2016 of the Federal Rules of Bankruptcy Procedure, K&S hereby states that (a) all services for which compensation is sought herein were rendered to the Debtors solely in connection with their Chapter 11 cases and not on behalf of any committee, individual creditor or other person; (b) K&S has received only those payments allowed under the Fee Procedures Order; (c) no agreement or understanding exists between K&S and any other

person for the sharing of compensation to be received for services rendered in or in connection with these cases; and (d) no division of compensation will be made by K&S, except as between members of K&S, and no agreement prohibited by 18 U.S.C. § 155 or Section 504 of the Bankruptcy Code has been made.

**WHEREFORE,** K&S respectfully requests that the Court enter an Order providing (i) that K&S be allowed, on a final basis, $3,226,782.75 in compensation and $70,014.50 for reimbursement of expenses incurred from the Petition Date through September 30, 2006, (ii) that K&S be allowed, on a final basis, $133,155.50 in additional compensation and $539.49 for reimbursement of additional expenses incurred during the Sixth Period (the "To-Be-Allowed Amounts"), (iii) that K&S be authorized to apply against such To-Be-Allowed Amounts the amounts that have been and, subsequent to the date of this Application, will be paid to it by the Debtors in respect of the Sixth Period, (iv) that the Debtors pay to K&S such To-Be-Allowed Amounts (less a credit for amounts paid to K&S in respect of the Sixth Period), and (v) for such other and further relief as this Court may deem just and proper.

This 22nd day of January, 2007.

Respectfully submitted,

KING & SPALDING LLP

Sarah Robinson Borders
Georgia Bar No. 610649
1180 Peachtree Street
Atlanta, Georgia  30309
(404) 572-4600
Fax:  (404) 572-5129

SPECIAL COUNSEL FOR THE DEBTORS

**EXHIBIT A**

**WINN-DIXIE STORES, INC.**

**Summary of Attorney and Paraprofessional Fees**

**Sixth Period**
**October 1, 2006 Through November 21, 2006**

| Timekeeper | Position | Year Admitted to Practice | Hourly Billing Rate | Total Hours Billed | Total |
|---|---|---|---|---|---|
| Borders, Sarah | Partner | 1989 | $   575.00 | 1.4 | $ 805.00 |
| Kohla, Donald | Partner | 1972 | $   650.00 | 3.6 | $ 2,340.00 |
| Reisner, Susan | Partner | 1986 | $   480.00 | 70.4 | $33,792.00 |
| Stein, Jeffrey | Partner | 1981 | $   595.00 | 1.8 | $ 1,071.00 |
| Tetrick, Jr., David | Partner | 1996 | $   385.00 | 0.7 | $ 269.50 |
| Thornton, Robert | Partner | 1976 | $   590.00 | 0.3 | $ 177.00 |
| Edwards, Donna | Counsel | 1996 | $   360.00 | 16.8 | $ 6,048.00 |
| Hewett, Laura | Counsel | 1993 | $   400.00 | 64.9 | $25,960.00 |
| Meyer, Donald | Counsel | 1981 | $   375.00 | 112.6 | $42,225.00 |
| Goldstrom, Julie | Associate | 2001 | $   330.00 | 3.4 | $ 1,122.00 |
| Humphreys, Adam | Associate | 2004 | $   255.00 | 3.1 | $ 790.50 |
| Nolen, Laura | Associate | 2000 | $   335.00 | 0.9 | $ 301.50 |
| Norris, Jamie | Associate | 2005 | $   230.00 | 58.7 | $13,501.00 |
| Sheppard, Shannon | Associate | 2004 | $   265.00 | 0.2 | $ 53.00 |
| Marsh, Jan | Consultant | n/a | $   360.00 | 0.4 | $ 144.00 |
| Ansah, Yvette | Paraprofessional | n/a | $   160.00 | 3.6 | $ 576.00 |
| Heinz, Melissa | Paraprofessional | n/a | $   215.00 | 17.6 | $ 3,784.00 |
| Matuszek, Michael | Paraprofessional | n/a | $   120.00 | 1.3 | $ 156.00 |
| Moore, Heather | Paraprofessional | n/a | $   200.00 | 0.2 | $ 40.00 |
| **Grand Total** | | | | **361.9** | **$ 133,155.50** |

## EXHIBIT B

### WINN-DIXIE STORES, INC.

### Summary of Disbursements and Charges

**Sixth Period**
**October 1, 2006 Through November 21, 2006**

| Disbursement Category | Total |
|---|---:|
| Computer Research | $135.74 |
| Document Delivery | 244.47 |
| Document Retrieval | 18.43 |
| Duplicating Costs | 48.70 |
| Long Distance Phone Calls | 12.80 |
| Telecopy | 3.75 |
| Teleconference Charge | 75.60 |
| **Grand Total** | **$ 539.49** |

**Disbursement Detail**

| Date | Description | Total |
|------|-------------|------:|
| 09-21-2006 | Telephone/Conference Calls Soundpath Legal Conferencing - 09/01/06 | $ 75.60 |
| 09-30-2006 | Computer Research Global Securities Information, Inc. - Usage for September 2006 | $ 24.00 |
| 09-30-2006 | Computer Research Global Securities Information, Inc. - Usage for September 2006 | $ 40.00 |
| 09-30-2006 | Document Retrieval Iron Mountain Records Management | $ 9.23 |
| 09-30-2006 | Document Retrieval Iron Mountain Records Management | $ 9.20 |
| 10-05-2006 | Telecopy/Telex-ATL | $ 3.75 |
| 10-05-2006 | Long Distance Phone Calls-ATL | $ 1.25 |
| 10-05-2006 | Document Delivery - UPS -ATTN: Mr. Will Slat-The NASDAQ Stock Market LLC-ROCKVILLE-MD---- | $ 9.98 |
| 10-06-2006 | Duplicating Costs-ATL (100 copies) | $ 10.00 |
| 10-12-2006 | Duplicating Costs-ATL (264 copies) | $ 26.40 |
| 10-12-2006 | Document Delivery - UPS -ATTN: Mr. Benjamin-The NASDAQ Stock Market, LL-Rockville-MD---- | $ 9.98 |
| 10-12-2006 | Document Delivery - UPS -The NASDAQ Stock Mar-Mr. Will Slattery-Rockville-MD---- | $ 9.98 |
| 10-12-2006 | Document Delivery - UPS -ATTN: Ronald C. Bar-Skadden, Arps, Slate, Meagh-Washington-DC---- | $ 9.98 |
| 10-12-2006 | Document Delivery - UPS -ATTN: Mr. Laurence-Winn-Dixie Store, Inc.-Jacksonville-FL---- | $ 9.20 |
| 10-12-2006 | Long Distance Phone Calls-ATL | $ 3.80 |
| 10-14-2006 | Document Delivery UPS - 10/12/06 - Nasdaq Stock Market, Trumbull, CT | $ 10.46 |
| 10-17-2006 | Document Delivery - UPS -ATTN: Mr. Benjamin-The NASDAQ Stock Market LLC-Rockville-MD---- | $ 9.98 |
| 10-17-2006 | Document Delivery - UPS -Kenneth C. Meeker, E-Office of the United States-Orlando-FL---- | $ 9.98 |
| 10-17-2006 | Document Delivery - UPS -Stephen D. Busey, Es-Smith Hulsey & Busey-Jacksonville-FL---- | $ 9.20 |
| 10-17-2006 | Document Delivery - UPS -Dennis F. Dunne, Esq-Milbank, Tweed, Hadley & Mc-New York-NY---- | $ 10.46 |
| 10-17-2006 | Document Delivery - UPS -Jonathan N. Helfat,-Otterbourg, Steindler, Hous-New York-NY---- | $ 10.46 |
| 10-17-2006 | Document Delivery - UPS -D.J. Baker, Esq.-Skadden, Arps, Slate, Meagh-New York-NY---- | $ 10.46 |
| 10-17-2006 | Document Delivery - UPS -Linda K. Cooper-Stuart Mauve-HAZELWOOD-MO---- | $ 9.98 |
| 10-17-2006 | Document Delivery - UPS -Laurence B. Appel, E-Winn-Dixie Stores, Inc.-Jacksonville-FL---- | $ 9.20 |
| 10-18-2006 | Duplicating Costs-ATL (19 copies) | $ 1.90 |
| 10-23-2006 | Computer Research-Lexis/Westlaw-ATL LEXIS | $ 22.88 |
| 10-25-2006 | Duplicating Costs-ATL (4 copies) | $ 0.40 |
| 10-27-2006 | Long Distance Phone Calls-ATL | $ 0.25 |
| 10-30-2006 | Computer Research-Lexis/Westlaw-ATL LEXIS | $ 5.72 |
| 10-30-2006 | Long Distance Phone Calls-ATL | $ 1.60 |

| Date | Description | Total |
|------|-------------|------:|
| 10-31-2006 | Computer Research Pacer Service Center (ATL) | $  20.40 |
| 10-31-2006 | Computer Research Pacer Service Center (ATL) | $   3.60 |
| 11-08-2006 | Long Distance Phone Calls-ATL | $   0.20 |
| 11-10-2006 | Duplicating Costs-ATL (12 copies) | $   1.20 |
| 11-10-2006 | Document Delivery - UPS -Benjamin Haskell-The NASDAQ Stock Market LLC-Rockville-MD---- | $   9.64 |
| 11-15-2006 | Document Delivery - UPS -Laurence B. Appel, E-Winn-Dixie Stores, Inc.-Jacksonville-FL---- | $   8.89 |
| 11-15-2006 | Document Delivery - UPS -Stephen D. Busey, Es-Smith Hulsey & Busey-Jacksonville-FL---- | $   8.89 |
| 11-15-2006 | Document Delivery - UPS -Kenneth C. Meeker, E-Office of the United States-Orlando-FL---- | $   9.64 |
| 11-15-2006 | Document Delivery - UPS -Dennis F. Dunne, Esq-Milbank, Tweed, Hadley & Mc-New York-NY---- | $  10.10 |
| 11-15-2006 | Document Delivery - UPS -Jonathan N. Helfat,-Otterbourg, Steindler, Hous-New York-NY---- | $  10.10 |
| 11-15-2006 | Document Delivery - UPS -Linda K. Cooper-Stuart Mauve-BRIDGETON-MO---- | $   9.64 |
| 11-15-2006 | Document Delivery - UPS -D.J. Baker, Esq.-Skadden, Arps, Slate, Meagh-New York-NY---- | $  10.10 |
| 11-16-2006 | Long Distance Phone Calls-ATL | $   1.55 |
| 11-16-2006 | Duplicating Costs-ATL (18 copies) | $   1.80 |
| 11-16-2006 | Document Delivery - UPS -Benjamin Haskell-The NASDAQ Stock Market LLC-Rockville-MD---- | $   9.64 |
| 11-16-2006 | Document Delivery - UPS -Ronald Barusch-Skadden, Arps, Slate, Meagh-Washington-DC---- | $   9.64 |
| 11-16-2006 | Document Delivery - UPS -ATTN: Mr. Laurence-Winn-Dixie Stores, Inc.-Jacksonville-FL---- | $   8.89 |
| 11-16-2006 | Long Distance Phone Calls-ATL | $   3.85 |
| 11-16-2006 | Duplicating Costs-ATL (70 copies) | $   7.00 |
| 11-20-2006 | Computer Research-Lexis/Westlaw-ATL LEXIS | $  19.14 |
| 11-21-2006 | Long Distance Phone Calls-ATL | $   0.30 |
|  |  | $ 539.49 |

**EXHIBIT C**

**WINN-DIXIE STORES, INC.**

**Project Categories**

**Sixth Period**
**October 1, 2006 Through November 21, 2006**

| Category | Total Hours | Total Amount |
|---|---|---|
| 401(k) Plan | 2.5 | $1,152.00 |
| B110   Case Administration | 0.3 | 172.50 |
| B160   Fee Applications | 18.7 | 4,416.50 |
| B220   Business Operations | 77.4 | 35,137.50 |
| Corporate General | 249.4 | 85,401.50 |
| ERISA General | 13.1 | 6,645.50 |
| Facility Dispositions | 0.2 | 53.00 |
| Shareholder Class Action | 0.3 | 177.00 |
| **Grand Total** | **361.9** | **$133,155.50** |

**EXHIBIT D**

**WINN-DIXIE STORES, INC.**

**Detailed Time Entries**

**Sixth Period**
**October 1, 2006 Through November 21, 2006**

| Date | Timekeeper | Category | Description | Time |
|------|-----------|----------|-------------|------|
| 10-03-2006 | Marsh, Jan | 401(k) Plan | Conference with S. Reisner regarding amendment and action needed | 0.4 |
| 10-03-2006 | Reisner, Susan | 401(k) Plan | Prepared for and telephone conference with T. Williams regarding 401(k) amendment | 1.2 |
| 10-04-2006 | Reisner, Susan | 401(k) Plan | Prepared for call with T. Williams regarding July amendment (0.5); telephone conference with T. Williams and L. Rodriguez regarding 401(k) amendment changes (0.4) | 0.9 |
| 10-06-2006 | Borders, Sarah | B110 | Conference regarding billing issue | 0.1 |
| 11-13-2006 | Borders, Sarah | B110 | Telephone conference with creditor regarding confirmation | 0.2 |
| 10-05-2006 | Heinz, Melissa | B160 | Attention to billing issues and fee application deadline | 0.3 |
| 10-09-2006 | Heinz, Melissa | B160 | Conference with M. Hays regarding billing issues (0.1); email to T. Williams regarding same (0.2) | 0.3 |
| 10-24-2006 | Borders, Sarah | B160 | Addressed fee application issues | 0.3 |
| 10-30-2006 | Borders, Sarah | B160 | Document review regarding fee application deadlines | 0.1 |
| 10-30-2006 | Heinz, Melissa | B160 | Review memorandum from K. LaMaina regarding fifth fee application (0.2); calendar deadlines (0.1); prepare draft fee application (0.6) | 0.9 |
| 11-08-2006 | Borders, Sarah | B160 | Conference with M. Heinz regarding examiners report | 0.3 |
| 11-14-2006 | Heinz, Melissa | B160 | Reviewed Fee Examiners Reports and conference with S. Borders regarding same | 3 |
| 11-15-2006 | Borders, Sarah | B160 | Document review fee examiners response | 0.4 |
| 11-15-2006 | Heinz, Melissa | B160 | Reviewed fee examiner report, prepare response to same and transmit response to examiner and trustee | 5 |
| 11-16-2006 | Heinz, Melissa | B160 | Email to K. LaMaina regarding fifth fee application (0.2); draft same (4.8) | 5 |
| 11-17-2006 | Heinz, Melissa | B160 | Prepare fee application | 2.6 |

| Date | Timekeeper | Category | Description | Time |
|------|-----------|----------|-------------|------|
| 11-20-2006 | Heinz, Melissa | B160 | Revise fee application and transmit same to K. Ward for filing | 0.5 |
| 10-11-2006 | Edwards, Donna | B220 | Prepare 409A memo | 0.6 |
| 10-12-2006 | Edwards, Donna | B220 | Draft 409A memo | 1.7 |
| 10-16-2006 | Edwards, Donna | B220 | Draft 409A memo | 2.6 |
| 10-16-2006 | Reisner, Susan | B220 | Telephone conference with R. Gray regarding frequently asked questions and claims (0.3); review R. Gray's draft notice (0.2); review objections from Skadden (1.5); telephone conference with R. Gray regarding Skadden objections (0.5); revisions to frequently asked questions (0.7) | 3.3 |
| 10-16-2006 | Reisner, Susan | B220 | Reviewed QDRO issue regarding MSP distribution | 1.1 |
| 10-17-2006 | Edwards, Donna | B220 | Draft 409A memo | 3.4 |
| 10-17-2006 | Reisner, Susan | B220 | Mark-up frequently asked questions (0.3); legal research 409A and MSP QDROs (0.8); email to T. Williams regarding 409A (0.2); telephone conference with T. Williams regarding QDROs for MSP (0.2); review emails regarding Broker assisted withholding (0.1) | 1.6 |
| 10-18-2006 | Edwards, Donna | B220 | Draft 409A memo | 2 |
| 10-18-2006 | Reisner, Susan | B220 | Prepare for and participate in conference call regarding tax withholding brokerage option | 1.5 |
| 10-19-2006 | Edwards, Donna | B220 | Draft 409A memo | 4.3 |
| 10-19-2006 | Reisner, Susan | B220 | Review and respond to emails regarding FICA withholding question from participant (0.4); telephone conference with D. Schwartz (Mercer) regarding state income tax (0.3); legal research regarding state income tax (0.8); telephone conference with R. Gray regarding scope of state income law issues (0.5); conference call with Mercer and L. Rodrigues regarding state income tax (1.1) | 3.1 |
| 10-20-2006 | Reisner, Susan | B220 | Draft response to participant regarding telephone call to social security administration regarding FICA withholding on MSP (1.7); legal research regarding state income taxation of service income (1.7) | 3.4 |

| Date | Timekeeper | Category | Description | Time |
|------|-----------|----------|-------------|------|
| 10-23-2006 | Reisner, Susan | B220 | Legal research regarding state taxation (0.5); telephone conference with T. Williams regarding state taxation and draft email to T. Williams regarding same (1.6); review order to transfer assets (0.2); review Winn-Dixie Motion to court and SRP trust documents (0.8) | 3.1 |
| 10-24-2006 | Reisner, Susan | B220 | Review SRP and Motion for assets (0.7); telephone conference with R. Gray regarding Class 5 and 17 claims (0.3); telephone conference with T. Williams regarding response to participants and email regarding same (0.4); telephone conferences with R. Gray regarding claims trading (0.5); analyze transferability issue (0.8); telephone conference with T. Williams regarding transferability/revocability of SRP and emails to R. Gray regarding same (1.0); review emails (0.4) | 4.1 |
| 10-25-2006 | Edwards, Donna | B220 | Revise 409A memo | 1.1 |
| 10-25-2006 | Reisner, Susan | B220 | Legal research transfer issue regarding MSP/SRP interests (1.1); telephone conference with David Turetsky (Skadden) regarding ERISA caselaw in support of non-non-transferability (0.6); caselaw research Top Hat plans and federal law of contracts and non-transferability (2.2) | 3.9 |
| 10-26-2006 | Reisner, Susan | B220 | Revise MSP and SRP resolutions (0.6); update board and committee resolutions (0.3); telephone conference with Tony Saldana and Amanda Amann (Skadden) regarding withholding (0.4); email to T. Williams regarding withholding (0.4) | 1.7 |
| 10-27-2006 | Reisner, Susan | B220 | Review TRP Motion (0.1); analyze withholding pertaining to what happens if participant does not consent and telephone conference with R. Gray and R. Barusch regarding same (0.6) | 0.7 |
| 10-30-2006 | Reisner, Susan | B220 | Conference call regarding broker assisted withholding (1.4); telephone conference with Skadden, Arps regarding broker assisted withholding (0.5) | 1.9 |

| Date | Timekeeper | Category | Description | Time |
|------|-----------|----------|-------------|------|
| 10-31-2006 | Reisner, Susan | B220 | Prepare for call regarding broker assisted withholding (0.3); telephone conference with Skadden, Arps regarding broker program (0.4); conference call with Skadden, Arps and Winn-Dixie regarding broker assisted withholding (0.6) | 1.3 |
| 11-01-2006 | Reisner, Susan | B220 | Emails regarding participant compensation for MSP FICA calculations (0.2); telephone conference with R. Gray and L. Rodriguez regarding Courtney QDRO and SRP tax question (0.4); participate in broker conference call with Skadden, Wachovia and Winn-Dixie personnel (0.8) | 1.4 |
| 11-02-2006 | Reisner, Susan | B220 | Reviewed withholding materials (0.8); revised cover letter for 2006 compensation and review cover letter email (1.1); revised frequently asked questions document (0.4) | 2.3 |
| 11-03-2006 | Reisner, Susan | B220 | Email regarding frequently asked questions document (0.1); conference call regarding broker assisted withholding (0.4); telephone conference with R. Gray (0.3); telephone conference with T. Williams (0.4); drafted and reviewed email to Jerrett regarding tax consequences (0.6) | 1.8 |
| 11-06-2006 | Reisner, Susan | B220 | Reviewed withholding mechanics (0.4); reviewed withholding instructions (1.7) | 2.1 |
| 11-07-2006 | Reisner, Susan | B220 | Telephone conference with T. Williams regarding Milbank questions and revised documents (0.9); prepared for conference call regarding withholding mechanics (0.5); conference call regarding cashless program (1.0) | 2.4 |
| 11-08-2006 | Nolen, Laura | B220 | Researched taxation of nonqualified deferred compensation in divorce action (0.2); read Rev. Rule 2004-60 and emailed findings to S. Reisner | 0.4 |
| 11-08-2006 | Reisner, Susan | B220 | Legal research regarding divorce taxation of MSP/SRP | 0.2 |
| 11-09-2006 | Nolen, Laura | B220 | Researched withholding issue; conference with S. Reisner regarding same | 0.5 |

| Date | Timekeeper | Category | Description | Time |
|------|-----------|----------|-------------|------|
| 11-09-2006 | Reisner, Susan | B220 | Legal research regarding taxation of distribution upon divorce (1.4); legal research regarding death distributions (1.0); telephone conference with T. Williams regarding Henderson issues (0.2) | 2.6 |
| 11-10-2006 | Reisner, Susan | B220 | Email to T. Saldana regarding withholding | 0.2 |
| 11-13-2006 | Reisner, Susan | B220 | Reviewed documents regarding distribution mechanics (1.6); telephone conference with R. Barusch and T. Saldana regarding distribution mechanics (0.5); conference regarding fair market value of shares (0.3); revised documents regarding withholding (0.3); telephone conference with R. Barusch regarding distribution mechanics (0.4) | 3.1 |
| 11-14-2006 | Reisner, Susan | B220 | Analyzed taxation of small claims and drafted email regarding same (0.4); email to R. Gray regarding Class 16 claims (0.3); reviewed claims emails (0.2); prepared for and participated in distribution mechanics conference call (1.5); reviewed and revised resolution to terminate MSP/SRP (0.4) | 2.8 |
| 11-15-2006 | Reisner, Susan | B220 | Reviewed withholding documents (1.9); telephone conference with T. Williams regarding local tax (0.3); telephone conference with Michael Comerford (Milbank) (0.4); emails to T. Williams regarding plan termination amendment (0.3) | 2.9 |
| 11-16-2006 | Reisner, Susan | B220 | Reviewed withholding document (0.4); telephone conference with R. Barusch and R. Gray regarding constructive receipt issue raised by Milbank (0.3); telephone conference with Mercer and document review (0.3); draft email to T. Williams and L. Appel regarding constructive receipt issue raised by Milbank (1.0); reviewed, revised and finalized email to T. Williams, L. Appel, R. Gray and R. Barusch regarding tax consequences (4.3) | 6.3 |
| 11-17-2006 | Reisner, Susan | B220 | Mark-up of withholding schedule and documents (1.3); conference call with Skadden regarding withholding mechanics (0.4) | 1.7 |

| Date | Timekeeper | Category | Description | Time |
|------|-----------|----------|-------------|------|
| 11-20-2006 | Reisner, Susan | B220 | Revised resolutions regarding plan termination | 0.3 |
| 10-01-2006 | Hewett, Laura | Corporate General | Reviewed press release | 0.3 |
| 10-02-2006 | Goldstrom, Julie | Corporate General | Telephone conference with L. Hewett regarding risk factors in press release (0.5); revised risk factors in press release to conform with risk factors in Form 10-K (2.9) | 3.4 |
| 10-02-2006 | Hewett, Laura | Corporate General | Telephone conference with J. Goldstrom regarding drafting of updated risk factors for press release | 0.5 |
| 10-02-2006 | Hewett, Laura | Corporate General | Began reviewing and revising risk factors for press release | 0.6 |
| 10-02-2006 | Meyer, Donald | Corporate General | Coordinated with Bowne representative regarding Section 16 filer system | 0.8 |
| 10-02-2006 | Meyer, Donald | Corporate General | Assembled information needed for listing application | 3.5 |
| 10-02-2006 | Norris, Jamie | Corporate General | Reviewed and revised independence questionnaires (1.8); draft 8-A registering new common stock (3.3) | 5.1 |
| 10-03-2006 | Ansah, Yvette | Corporate General | Telephone call regarding Winn-Dixie board Edgar codes | 0.4 |
| 10-03-2006 | Hewett, Laura | Corporate General | Continued updating risk factors for press release | 0.8 |
| 10-03-2006 | Hewett, Laura | Corporate General | Reviewed and revised D&O questionnaire for new directors | 1.9 |
| 10-03-2006 | Hewett, Laura | Corporate General | Conference with D. Meyer regarding status of Nasdaq listing application | 0.3 |
| 10-03-2006 | Meyer, Donald | Corporate General | Assembled required documents and finalize NASDAQ listing application and file with NASDAQ Stock Market | 4.9 |
| 10-03-2006 | Norris, Jamie | Corporate General | Reviewed and revised 8-A (0.4); research Florida law for 8-A disclosure (0.5) | 0.9 |
| 10-04-2006 | Ansah, Yvette | Corporate General | Prepared Form ID application re: A. Austin | 0.5 |
| 10-04-2006 | Hewett, Laura | Corporate General | Telephone conference with M. Byrum regarding public float, SOX 404 and related issues | 0.3 |
| 10-04-2006 | Meyer, Donald | Corporate General | Discussions with L. Appel, R. Barusch and NASDAQ | 1 |
| 10-04-2006 | Meyer, Donald | Corporate General | Revised NASDAQ application | 1.3 |
| 10-04-2006 | Meyer, Donald | Corporate General | Discussed Section 16 issues with S. Stoesser | 0.8 |
| 10-04-2006 | Norris, Jamie | Corporate General | Research Florida law for stock description (1.3); reviewed code of ethics (0.5); reviewed precedent 8-Ks (0.5) | 2.3 |

| Date | Timekeeper | Category | Description | Time |
|------|-----------|----------|-------------|------|
| 10-05-2006 | Ansah, Yvette | Corporate General | Generated EDGAR codes re: A. Austin | 0.2 |
| 10-05-2006 | Meyer, Donald | Corporate General | Discussions regarding EDGAR codes | 0.5 |
| 10-05-2006 | Meyer, Donald | Corporate General | Prepare supplemental letter to NASDAQ stock market regarding application | 2.3 |
| 10-05-2006 | Norris, Jamie | Corporate General | Reviewed code of ethics | 0.3 |
| 10-06-2006 | Ansah, Yvette | Corporate General | Edited market makers section of Nasdaq application | 0.5 |
| 10-06-2006 | Meyer, Donald | Corporate General | Addressed several NASDAQ listing issues and obtain market maker information | 1.5 |
| 10-06-2006 | Meyer, Donald | Corporate General | Addressed section 16 issues | 0.9 |
| 10-06-2006 | Norris, Jamie | Corporate General | Review code of ethics | 0.6 |
| 10-09-2006 | Hewett, Laura | Corporate General | Reviewed and analyzed independence issues with respect to Y. Jackson | 1.1 |
| 10-09-2006 | Hewett, Laura | Corporate General | Telephone conference with L. Appel regarding independence analysis and conclusions | 0.3 |
| 10-09-2006 | Hewett, Laura | Corporate General | Reviewed and considered amendments to code of ethics | 0.9 |
| 10-09-2006 | Hewett, Laura | Corporate General | Began reviewing 10-Q | 0.9 |
| 10-09-2006 | Meyer, Donald | Corporate General | Discussed with Mr. Austin Form 3 issues | 0.4 |
| 10-09-2006 | Meyer, Donald | Corporate General | Discussions and e-mails regarding ticker symbol | 1.8 |
| 10-09-2006 | Meyer, Donald | Corporate General | Market maker research | 1.1 |
| 10-10-2006 | Ansah, Yvette | Corporate General | Prepared A. Austin's form 3 for EDGAR submission | 0.4 |
| 10-10-2006 | Hewett, Laura | Corporate General | Reviewed and commented on 8-K and MOR | 1.1 |
| 10-10-2006 | Hewett, Laura | Corporate General | Conference with J. Norris regarding drafting of 8-K, comments to code, governance materials and deregistration statement | 0.8 |
| 10-10-2006 | Hewett, Laura | Corporate General | Research on S-3 deregistration of existing shelf registration statement | 0.8 |
| 10-10-2006 | Meyer, Donald | Corporate General | Discussions regarding when issued issue with R. Barausch and others | 1.8 |
| 10-10-2006 | Meyer, Donald | Corporate General | Researched EDGAR code issues and discussed with S. Stoesser | 1.4 |
| 10-10-2006 | Norris, Jamie | Corporate General | Reviewed of code of conduct and code of ethics | 0.6 |
| 10-10-2006 | Norris, Jamie | Corporate General | Meeting regarding documents to be drafted | 0.5 |
| 10-10-2006 | Norris, Jamie | Corporate General | Reviewed and revised Form 8-A | 0.6 |

| Date | Timekeeper | Category | Description | Time |
|------|-----------|----------|-------------|------|
| 10-11-2006 | Ansah, Yvette | Corporate General | Telephone call to S. Stoesser regarding Edgar codes (0.1); complete Nasdaq application with relevant contact information (0.4) | 0.5 |
| 10-11-2006 | Hewett, Laura | Corporate General | Reviewed and commented on draft 8-A | 1.8 |
| 10-11-2006 | Hewett, Laura | Corporate General | Conference with D. Meyer regarding Nasdaq issues | 0.3 |
| 10-11-2006 | Meyer, Donald | Corporate General | Several e-mails regarding "when-issued" and NASDAQ listing issue | 0.8 |
| 10-11-2006 | Meyer, Donald | Corporate General | Revised listing application and prepared cover letter | 0.8 |
| 10-11-2006 | Meyer, Donald | Corporate General | Prepared draft of letter to NASDAQ Market Operations | 2.1 |
| 10-11-2006 | Norris, Jamie | Corporate General | Drafted checklist for Form B-A | 0.2 |
| 10-11-2006 | Norris, Jamie | Corporate General | Reviewed and revised Form 8-A | 2.6 |
| 10-12-2006 | Hewett, Laura | Corporate General | Reviewed and commented on draft Nasdaq letter | 0.8 |
| 10-12-2006 | Hewett, Laura | Corporate General | Telephone conference with J. Norris regarding comments to 8-A and governance materials | 0.3 |
| 10-12-2006 | Humphreys, Adam | Corporate General | Compliance check 10-Q | 2.1 |
| 10-12-2006 | Meyer, Donald | Corporate General | Prepared submission to NASDAQ Market Operations | 2.8 |
| 10-12-2006 | Meyer, Donald | Corporate General | Provided additional information to NASDAQ Listing Qualifications Department | 2.3 |
| 10-12-2006 | Meyer, Donald | Corporate General | Discussed issues with NASDAQ examiner, Ben Haskell | 0.4 |
| 10-12-2006 | Norris, Jamie | Corporate General | Drafted corporate governance checklist | 2.8 |
| 10-12-2006 | Norris, Jamie | Corporate General | Reviewed code of conduct | 2.3 |
| 10-13-2006 | Hewett, Laura | Corporate General | Revised committee charters; reviewed code of conduct | 3.5 |
| 10-13-2006 | Humphreys, Adam | Corporate General | Compliance check 10-Q | 1 |
| 10-13-2006 | Meyer, Donald | Corporate General | Reviewed comment letter from NASDAQ Listing Qualifications examiner and begin to assemble information for a response | 4.8 |
| 10-13-2006 | Norris, Jamie | Corporate General | Reviewed and revised charter checklist | 1.7 |
| 10-15-2006 | Hewett, Laura | Corporate General | Continued reviewing charters | 0.8 |
| 10-16-2006 | Hewett, Laura | Corporate General | Telephone conference with L. Appel regarding disclosure items | 0.3 |
| 10-16-2006 | Hewett, Laura | Corporate General | Telephone conference with D. Meyer and R. Barusch regarding form 8-A and related issues | 0.3 |
| 10-16-2006 | Meyer, Donald | Corporate General | Assembled information required to respond to comment letter received by NASDAQ Stock Market | 2.1 |

| Date | Timekeeper | Category | Description | Time |
|------|-----------|----------|-------------|------|
| 10-16-2006 | Meyer, Donald | Corporate General | Prepared draft of response letter to NASDAQ | 2.1 |
| 10-16-2006 | Meyer, Donald | Corporate General | Discussions with Ron Barusch and L. Hewett regarding Form 8-A; reserve of shares and other issues | 0.5 |
| 10-16-2006 | Norris, Jamie | Corporate General | Reviewed reorganization documents to draft 8-K | 1.9 |
| 10-17-2006 | Hewett, Laura | Corporate General | Telephone conference with Nasdaq regarding status of listing application and related issues | 0.5 |
| 10-17-2006 | Hewett, Laura | Corporate General | Reviewed listing application and related corporate governance certifications in preparation for call with Nasdaq | 0.8 |
| 10-17-2006 | Hewett, Laura | Corporate General | Reviewed and commented on code of conduct for senior officers | 0.7 |
| 10-17-2006 | Hewett, Laura | Corporate General | Reviewed and commented on Form 10-Q | 2.1 |
| 10-17-2006 | Hewett, Laura | Corporate General | Conference with J. Norris regarding preparation of 8-K upon emergence | 0.5 |
| 10-17-2006 | Hewett, Laura | Corporate General | E-mail correspondence with R. Barusch regarding draft documents necessary to prepare 8-K | 0.3 |
| 10-17-2006 | Hewett, Laura | Corporate General | Reviewed and commented on response letter to Nasdaq | 0.7 |
| 10-17-2006 | Hewett, Laura | Corporate General | Continued reviewing charters | 0.5 |
| 10-17-2006 | Hewett, Laura | Corporate General | Began reviewing document received from Skadden (revised articles, bylaws, etc.) | 1.6 |
| 10-17-2006 | Meyer, Donald | Corporate General | Several conferences | 1.5 |
| 10-17-2006 | Meyer, Donald | Corporate General | Several revisions of response letter to NASDAQ | 1.9 |
| 10-17-2006 | Meyer, Donald | Corporate General | Obtained information for NASDAQ Response letter | 3.8 |
| 10-17-2006 | Norris, Jamie | Corporate General | Drafted 8-K | 5.7 |
| 10-17-2006 | Norris, Jamie | Corporate General | Reviewed code of ethics | 2.3 |
| 10-18-2006 | Hewett, Laura | Corporate General | Conference with J. Norris regarding separate 8-K for Lynch agreement and plan modification | 0.4 |
| 10-18-2006 | Hewett, Laura | Corporate General | Continued reviewing current documents, including draft Lynch agreement and plan modification | 1.4 |
| 10-18-2006 | Hewett, Laura | Corporate General | Conference with J. Norris about corporate governance checklist for L. Appel | 0.2 |
| 10-18-2006 | Hewett, Laura | Corporate General | Continued reviewing charters | 0.7 |

| Date | Timekeeper | Category | Description | Time |
|---|---|---|---|---|
| 10-18-2006 | Matuszek, Michael | Corporate General | Research - LivEdgar precedent search for examples of 8-K SEC filings announcing an emergence from bankruptcy for Ms. J. Norris | 1.3 |
| 10-18-2006 | Meyer, Donald | Corporate General | Reviewed comments from L. Appel regarding NASDAQ letter | 3.3 |
| 10-18-2006 | Norris, Jamie | Corporate General | Responded to request for NYSE corporate governance rules | 0.4 |
| 10-19-2006 | Hewett, Laura | Corporate General | Reviewed revised 10-Q | 1.3 |
| 10-19-2006 | Hewett, Laura | Corporate General | Continued reviewing charters and obtained final comments to L. Appel | 0.8 |
| 10-19-2006 | Meyer, Donald | Corporate General | Discussed market marker issues and NASDAQ listing issues | 4.3 |
| 10-19-2006 | Norris, Jamie | Corporate General | Drafted 8-K announcing employment agreement and amended bankruptcy plan | 2.5 |
| 10-20-2006 | Ansah, Yvette | Corporate General | Telephone call with S. Stoesser regarding Edgar codes for new directors | 0.3 |
| 10-20-2006 | Hewett, Laura | Corporate General | Reviewed and commented on draft 8-K for Lynch agreement and plan modification | 1.6 |
| 10-20-2006 | Hewett, Laura | Corporate General | Telephone conference with J. Norris regarding comments to 8-K | 0.3 |
| 10-20-2006 | Hewett, Laura | Corporate General | Participated in conference call with D. Meyer, R. Barusch, R. Gray and others regarding Nasdaq and related timing issues | 1 |
| 10-20-2006 | Hewett, Laura | Corporate General | Reviewed Nasdaq status and issues and related governance issues in preparation for conference call | 0.9 |
| 10-20-2006 | Meyer, Donald | Corporate General | Assisted Starla Stoesser in obtaining CCC Edgar Codes from other companies for directors | 1.1 |
| 10-20-2006 | Meyer, Donald | Corporate General | Addressed BR emergence and prepared for conference call with NASDAQ repo, BR counsel and Larry Appel | 2.5 |
| 10-20-2006 | Meyer, Donald | Corporate General | Located pro forma financial statements and discuss with Mike Byrum with NASDAQ and file | 0.8 |
| 10-20-2006 | Norris, Jamie | Corporate General | Reviewed and revised 8-K for employment agreement and emergence from bankruptcy | 4.4 |
| 10-22-2006 | Norris, Jamie | Corporate General | Drafted form 8-K for emergence from bankruptcy | 3 |

| Date | Timekeeper | Category | Description | Time |
|------|-----------|----------|-------------|------|
| 10-23-2006 | Hewett, Laura | Corporate General | Telephone conference with C. Nass regarding MOR filing requirements post-emergence and draft Form 8-K for Lynch employment agreement | 0.5 |
| 10-23-2006 | Hewett, Laura | Corporate General | E-mail correspondence with R. Gray and R. Barusch regarding MOR filing requirements post-emergence and related Form 8-K requirements | 0.5 |
| 10-23-2006 | Hewett, Laura | Corporate General | Conference with J. Norris regarding preparation of Form 8-K upon emergence | 0.7 |
| 10-23-2006 | Hewett, Laura | Corporate General | Reviewed Skadden comments to Form 8-K for Lynch employment agreement | 0.3 |
| 10-23-2006 | Hewett, Laura | Corporate General | Reviewed and revised Form 8-K for Lynch employment agreement and plan modification and sent to working group for review | 0.5 |
| 10-23-2006 | Hewett, Laura | Corporate General | Telephone conference with T. Saldana regarding further comments to Form 8-K for Lynch agreement and plan modification | 0.4 |
| 10-23-2006 | Norris, Jamie | Corporate General | Drafted Form 8-K for emergence from bankruptcy | 2 |
| 10-23-2006 | Norris, Jamie | Corporate General | Drafted Form 8-K for emergence from bankruptcy | 2.7 |
| 10-23-2006 | Norris, Jamie | Corporate General | Revised Form 8-K for Lynch employment agreement | 1.7 |
| 10-23-2006 | Norris, Jamie | Corporate General | Drafted Form 8-K for emergence from bankruptcy | 0.4 |
| 10-23-2006 | Norris, Jamie | Corporate General | Drafted Form 8-K for emergence from bankruptcy | 1.2 |
| 10-24-2006 | Hewett, Laura | Corporate General | Conference with J. Norris regarding further revisions to Form 8-K for Lynch agreement and plan modification | 0.2 |
| 10-24-2006 | Hewett, Laura | Corporate General | Reviewed and revised language in Form 8-K for Lynch agreement per further comments of T. Saldana | 0.4 |
| 10-24-2006 | Meyer, Donald | Corporate General | Reviewed latest draft of Form 8-K; organize file | 2.1 |
| 10-24-2006 | Norris, Jamie | Corporate General | Revised Form 8-K for employment agreement | 0.7 |
| 10-24-2006 | Norris, Jamie | Corporate General | Drafted Form 8-K for emergence from bankruptcy | 1.8 |
| 10-24-2006 | Norris, Jamie | Corporate General | Revised Form 8-K for employment agreement | 0.3 |
| 10-25-2006 | Hewett, Laura | Corporate General | Telephone conference with C. Nass regarding changes to 10-Q and proposed filing date | 0.5 |

| Date | Timekeeper | Category | Description | Time |
|------|-----------|----------|-------------|------|
| 10-25-2006 | Hewett, Laura | Corporate General | Reviewed and commented on revised Form 10-Q | 1.9 |
| 10-25-2006 | Norris, Jamie | Corporate General | Revised Form 8-K for emergence from bankruptcy | 0.7 |
| 10-25-2006 | Norris, Jamie | Corporate General | Revised Form 8-K for emergence from bankruptcy | 0.5 |
| 10-26-2006 | Ansah, Yvette | Corporate General | Telephone call to S. Stoesser regarding Edgar codes for new directors | 0.2 |
| 10-26-2006 | Hewett, Laura | Corporate General | Conference with J. Norris regarding SEC filing to deregister S-3 debt shelf | 0.2 |
| 10-26-2006 | Norris, Jamie | Corporate General | Revised Form 8-K | 2 |
| 10-29-2006 | Hewett, Laura | Corporate General | Reviewed and commented on draft Form 8-K to be filed upon emergence | 1.8 |
| 10-30-2006 | Ansah, Yvette | Corporate General | Prepared letter to SEC regarding S. Reinken's duplicate CIK codes | 0.4 |
| 10-30-2006 | Hewett, Laura | Corporate General | Reviewed and analyzed independence analysis for new directors | 1.9 |
| 10-30-2006 | Hewett, Laura | Corporate General | Conference with J. Stein regarding independence issues for proposed director | 0.2 |
| 10-30-2006 | Hewett, Laura | Corporate General | Drafted e-mail to L. Appel summarizing director independence analysis and conclusions | 0.4 |
| 10-30-2006 | Hewett, Laura | Corporate General | E-mail correspondence regarding status of Lynch employment agreement | 0.1 |
| 10-30-2006 | Hewett, Laura | Corporate General | Continued reviewing and revising Form 8-K to be filed upon emergence | 1.4 |
| 10-30-2006 | Stein, Jeffrey | Corporate General | Conference with L. Appel and related legal research and correspondence | 1.5 |
| 10-30-2006 | Stein, Jeffrey | Corporate General | Conference with L. Hewett | 0.3 |
| 10-31-2006 | Hewett, Laura | Corporate General | Continued review and comment on Form 8-K to be filed upon emergence | 0.9 |
| 11-02-2006 | Hewett, Laura | Corporate General | E-mail correspondence on status of confirmation order, suggested changes to key documents upon emergence and possible change in directors upon emergence | 0.3 |
| 11-03-2006 | Hewett, Laura | Corporate General | Reviewed e-mail correspondence regarding possible disclosures required with respect to change in director nominee | 0.5 |
| 11-03-2006 | Hewett, Laura | Corporate General | Conference with D. Meyer regarding Nasdaq requirements with respect to change in director nominee | 0.2 |
| 11-03-2006 | Meyer, Donald | Corporate General | E-mails regarding replacement of director nominee and other NASDAQ administrative duties | 2.9 |

| Date | Timekeeper | Category | Description | Time |
|------|-----------|----------|-------------|------|
| 11-06-2006 | Hewett, Laura | Corporate General | Reviewed and commented on 8-K and MOR for four-week period | 1.2 |
| 11-06-2006 | Meyer, Donald | Corporate General | Discussion with NASDAQ representative and e-mails to Ron Barusch and others regarding same | 0.8 |
| 11-09-2006 | Hewett, Laura | Corporate General | Addressed disclosure requirements relating to issuance of confirmation order by bankruptcy court | 0.9 |
| 11-09-2006 | Hewett, Laura | Corporate General | Telephone conference with C. Nass regarding entry of confirmation order and need for possible 8-K | 0.3 |
| 11-09-2006 | Meyer, Donald | Corporate General | Several e-mails regarding bankruptcy court order | 1.1 |
| 11-09-2006 | Meyer, Donald | Corporate General | Reviewed additional comment letter from NASD | 2.6 |
| 11-10-2006 | Hewett, Laura | Corporate General | Telephone conference with R. Barusch regarding 8-K for confirmation order | 0.3 |
| 11-10-2006 | Hewett, Laura | Corporate General | Drafted 8-K for confirmation order | 1 |
| 11-10-2006 | Meyer, Donald | Corporate General | Drafted cover letter for documents sent to NASDAQ (0.8); participated in discussions regarding NASDAQ comments (1.0); addressed confirmation order issues (1.0) | 2.8 |
| 11-13-2006 | Hewett, Laura | Corporate General | Reviewed and revised S-3 to deregister debt shelf and sent same to L. Appel | 1.9 |
| 11-13-2006 | Meyer, Donald | Corporate General | Conference calls with Larry Appel and others regarding NASDAQ listing and other issues | 1.7 |
| 11-13-2006 | Meyer, Donald | Corporate General | Located information for NASDAQ listing application | 2.8 |
| 11-14-2006 | Meyer, Donald | Corporate General | Participated in several conference calls regarding disclosure issues | 1.7 |
| 11-14-2006 | Meyer, Donald | Corporate General | Drafted NASDAQ response to comments letter | 1.7 |
| 11-14-2006 | Meyer, Donald | Corporate General | Obtained information concerning Mr. Garcia | 2.8 |
| 11-14-2006 | Meyer, Donald | Corporate General | Discussions with Gary Klein (attorney for Mr. Garcia) | 0.8 |
| 11-14-2006 | Meyer, Donald | Corporate General | Contact Ms. Jackson for information regarding disclosures about bankruptcy issues | 0.4 |
| 11-15-2006 | Meyer, Donald | Corporate General | Drafted letter to NASDAQ regarding comments | 1.7 |
| 11-15-2006 | Meyer, Donald | Corporate General | Discussed Section 16 issues with Starla Stoesser relating to preparing filings for new directors | 0.4 |
| 11-15-2006 | Meyer, Donald | Corporate General | Addressed Garcia issue and conference calls, etc. | 2.8 |

| Date | Timekeeper | Category | Description | Time |
|------|-----------|----------|-------------|------|
| 11-16-2006 | Hewett, Laura | Corporate General | Revised 8-K for Lynch agreement and circulated to working group | 0.9 |
| 11-16-2006 | Hewett, Laura | Corporate General | Reviewed changes to charter and corresponding changes to Form 8-A and Form 8-K | 1.4 |
| 11-16-2006 | Hewett, Laura | Corporate General | Reviewed confirmation order issued by court | 0.5 |
| 11-16-2006 | Hewett, Laura | Corporate General | Telephone conference with T. Saldana regarding charter changes, director issues and Forms 8-A and 8-K | 0.5 |
| 11-16-2006 | Meyer, Donald | Corporate General | Finalized NASDAQ response letter and circulated same | 2.8 |
| 11-16-2006 | Meyer, Donald | Corporate General | Conference calls with NASDAQ and R. Barusch and others | 2.4 |
| 11-16-2006 | Norris, Jamie | Corporate General | Reviewed and revised 8-A to conform to revised articles | 0.7 |
| 11-17-2006 | Meyer, Donald | Corporate General | Obtained clearance letter from NASDAQ | 0.5 |
| 11-17-2006 | Meyer, Donald | Corporate General | Relayed fee wiring instructions for filing to client | 0.3 |
| 11-17-2006 | Meyer, Donald | Corporate General | Addressed filing issues for NASDAQ | 2.1 |
| 11-18-2006 | Hewett, Laura | Corporate General | Reviewed amended Bylaws | 0.5 |
| 11-18-2006 | Hewett, Laura | Corporate General | Reviewed comments of T. Saldana to 8-K for Lynch agreement | 0.3 |
| 11-20-2006 | Ansah, Yvette | Corporate General | Telephone call to S. Stoesser regarding Edgar codes | 0.2 |
| 11-20-2006 | Hewett, Laura | Corporate General | Further revisions to Form 8-A | 1.8 |
| 11-20-2006 | Hewett, Laura | Corporate General | Reviewed and revised draft 8-K to be filed after emergence | 1.4 |
| 11-20-2006 | Meyer, Donald | Corporate General | Discussions and e-mails with NASDAQ Operations and listing representative | 1.8 |
| 11-20-2006 | Meyer, Donald | Corporate General | Assembled information needed for final filing with NASDAQ | 3.9 |
| 11-20-2006 | Norris, Jamie | Corporate General | Reviewed and revised Forms 8-A and 8-K | 2.2 |
| 11-21-2006 | Hewett, Laura | Corporate General | Addressed filing of Form 8-A and Form 8-A/A and related issues | 3.2 |
| 11-21-2006 | Meyer, Donald | Corporate General | Addressed remaining issues with NASDAQ Listing Qualifications and Market Operations submitting final documents and representations and telephone calls with Skadden, NASDAQ Stock Market representatives and company representative and others | 6.7 |
| 11-21-2006 | Meyer, Donald | Corporate General | Reviewed and commented on Form 8-A | 1.1 |
| 11-21-2006 | Norris, Jamie | Corporate General | Reviewed and revised Form 8-A | 1.1 |
| 10-03-2006 | Edwards, Donna | ERISA General | Conference with T. Williams and S. Reisner regarding 409A issues | 1.1 |

| Date | Timekeeper | Category | Description | Time |
|------|-----------|----------|-------------|------|
| 10-03-2006 | Reisner, Susan | ERISA General | Conference with J. Marsh regarding committee action for amendments | 0.3 |
| 10-03-2006 | Tetrick, Jr., David | ERISA General | Prepared for and telephone conference with D. Hinson regarding 401(k) strategy | 0.7 |
| 10-05-2006 | Kohla, Donald | ERISA General | Review of 409A issue | 0.5 |
| 10-12-2006 | Kohla, Donald | ERISA General | Review of governance issues, plan amendment and MSP/SRP | 0.5 |
| 10-12-2006 | Reisner, Susan | ERISA General | Review and revisions to resolutions (1.6); drafted email regarding steps to terminate MSP/SRP (0.8); conference with D. Kohla regarding ratification of MSP committee (0.6); telephone conference with T. Williams regarding resolutions and committee action (1.1) | 4.1 |
| 10-13-2006 | Reisner, Susan | ERISA General | Revisions to resolutions and email regarding steps to terminate executive plans (1.7); telephone conference with M. Shah (Skadden) regarding SRP Trust (0.5); telephone conference with R. Gray (0.4); review T. Rowe trust for SRP (0.5) | 3.1 |
| 10-19-2006 | Kohla, Donald | ERISA General | Review of state tax issue | 0.4 |
| 10-20-2006 | Kohla, Donald | ERISA General | Review of participant report on social security tax withholding | 0.2 |
| 10-20-2006 | Moore, Heather | ERISA General | Telephone call with S. Reisner; legal research regarding P.L. 104-95 | 0.2 |
| 10-23-2006 | Kohla, Donald | ERISA General | Review of state tax issue | 0.2 |
| 10-24-2006 | Kohla, Donald | ERISA General | Review of MSP transfer issue | 0.7 |
| 10-27-2006 | Kohla, Donald | ERISA General | Conference with S. Reisner regarding stock distribution withholding issue | 0.2 |
| 11-14-2006 | Kohla, Donald | ERISA General | Review of tax issues on stock settlement | 0.5 |
| 11-16-2006 | Kohla, Donald | ERISA General | Review of stock transfer tax issues | 0.4 |
| 10-05-2006 | Sheppard, Shannon | Facility Dispositions | Review invoice from R. Hodges for title exam fees for Store 2702 and Store 1851 | 0.1 |
| 11-01-2006 | Sheppard, Shannon | Facility Dispositions | Review e-mail from C. Callahan regarding cure cost escrow for 2056 | 0.1 |
| 11-15-2006 | Thornton, Robert | Shareholder Class Action | Telephone conference with S. Selzer (ACE USA) regarding case status | 0.3 |