### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

-------------------------------------------------------x
:
In re                                                   :        *Chapter 11*
                                                        :
WINN-DIXIE STORES, INC., et al.,                        :        **Case No. 05-03817-3F1**
                                                        :
                                                        :        **Jointly Administered**
          Debtors.                                      :
                                                        :
-------------------------------------------------------x

### NOTICE OF REQUEST FOR REMOVAL FROM SERVICE LIST

**PLEASE TAKE NOTICE** that David Conroy and the law firm of Milling Benson

Woodward L.L.P., on behalf of **Ernst Properties, Inc.,** hereby gives notice that their representation

of Ernst Properties, Inc. in this matter is concluded, and requests that it be removed from any and

all service lists by e-mail or otherwise, in this mater, and receive no further notices, pleadings,

motions, orders and other documents filed in this proceeding.

Respectfully submitted,

**MILLING BENSON WOODWARD L.L.P.**

By: _____
          David Conroy (La Bar #4338)

909 Poydras Street, Suite 2300
New Orleans, LA   70112-1010
Tel: 504-569-7000
Fax: 504-569-7001
E-mail: dconroy@millinglaw.com

Attorneys for Ernst Properties, Inc.

/356394