**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**NOTICE OF FILING**

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates, as reorganized debtors, give notice of filing the attached Sixth Interim and Final Application of XRoads Solutions Group, LLC for Allowance of Fees and Expenses, for the interim application period from October 1, 2006 through November 21, 2006 and final application period from February 21, 2005 through November 21, 2006.

Dated: January 22, 2007

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By *s/ D. J. Baker*
D. J. Baker
Sally McDonald Henry
Rosalie Gray

Four Times Square
New York, New York 10036
(212) 735-3000
(917) 777-2150 (facsimile)
djbaker@skadden.com

Co-Counsel for Reorganized Debtors

SMITH HULSEY & BUSEY

By *s/ Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Reorganized Debtors

00554868

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **CASE NO. 05-03817-3F1** |
| | ) | |
| **WINN-DIXIE STORES, INC., et. al.,** | ) | **Chapter 11** |
| | ) | |
| **Debtors.** | ) | **Jointly Administered** |

**SUMMARY OF SIXTH INTERIM AND FINAL FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF XROADS SOLUTIONS GROUP, LLC, AS FINANCIAL AND OPERATIONS RESTRUCTURING CONSULTANTS FOR THE PERIOD OCTOBER 1, 2006 TO NOVEMBER 21, 2006 AND FINAL APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FEBRUARY 21, 2005 THROUGH AND INCLUDING NOVEMBER 21, 2006**

**1.** Name of Applicant: XRoads Solutions Group, LLC

**2.** Role of Applicant: Financial Advisors and Operations Restructuring Consultants for the Debtors

**3.** Name of Certifying Professional: Holly Felder Etlin

**4.** Date Case Filed: February 21, 2005

**5.** Date of Application for Employment: February 21, 2005

**6.** Date of Order Approving Employment: June 2, 2005 (final Order)

**7.** If Debtors' counsel, date of disclosure of Compensation form: N/A

**8.** Date of this Application: January 18, 2007

**9.** Dates of Services Covered: October 1, 2006 through November 21, 2006, and February 21, 2005 through November 21, 2006

**SIXTH INTERIM PERIOD:**
October 1, 2006, through November 21, 2006

| | | |
|---|---|---|
| **10.** | Amount of 100% compensation of fees sought as actual, reasonable and necessary: | $736,057.50 |
| **11.** | Amount of 100% expense reimbursement sought as actual, reasonable and necessary: | $ 37,106.63 |
| **12.** | Total Amount Requested for 6th Interim: | **$773,164.13** |
| **13.** | Total of Fees and Expenses for this period paid to date: | ($567,515.03) |
| **14.** | **Total Balance Due for 6th Interim Period:** | **$205,649.10** |

**FINAL APPLICATION PERIOD:**

February 21, 2005 through November 21, 2006

| | | |
|---|---|---|
| **15.** | Total Fees to date including the 6th interim period: | $ 21,288,694.00 |
| **16.** | *Voluntary discounts and credits for fees given from February 21, 2005 through November 21, 2006* | ($ 80,149.70) |
| **17.** | Net Fees after Discounts | $ 21,208,544.30 |
| **18.** | Total Expenses to Date: | $ 1,707,675.21 |
| **19.** | *Voluntary discounts and credits given for expenses from February 21, 2005 through November 21, 2006* | ($ 332,271.83) |
| **20.** | Net Expenses after Discounts | $ 1,375,403.38 |
| **21.** | **Total of Fees and Expenses** | **$22,583,947.68** |
| **22.** | Total of Fees and Expenses paid to date: | ($22,378,298.58) |
| **23.** | Additional Voluntary Discount | ($ 71,085.36) |
| **24.** | Amount due for the Final Application Period | **$ 134,563.74** |

This is XRoads' 6TH Interim and Final Fee Application

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **CASE NO. 05-03817-3F1** |
| | ) | |
| **WINN-DIXIE STORES, INC., et. al.,** | ) | **Chapter 11** |
| | ) | |
| **Debtors.** | ) | **Jointly Administered** |

**SIXTH INTERIM AND FINAL FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF XROADS SOLUTIONS GROUP, LLC, AS FINANCIAL AND OPERATIONS RESTRUCTURING CONSULTANTS FOR THE PERIOD OCTOBER 1, 2006 TO NOVEMBER 21, 2006 AND FINAL APPROVAL OF COMPENSATION AND REIMBURSMENT OF EXPENSES FOR THE PERIOD FEBRUARY 21, 2005 THROUGH AND INCLUDING NOVEMBER 21, 2006**

XRoads Solutions Group, LLC (“XRoads” or “Applicant”), financial advisors and operations restructuring consultants to the Debtors and Debtors-in-possession in the above-captioned cases (Winn-Dixie Stores, Inc. is hereinafter sometimes referred to as the “Company”, and the Debtors-in-possession are collectively referred to as the “Debtors”), hereby makes its Sixth Interim and Final Fee Application for Allowance and Payment of Compensation and Reimbursement of Expenses for services rendered and costs incurred in this Chapter 11 proceeding (the “Application”) from October 1, 2006 through November 21, 2006 (the “Application Period”) and final approval for compensation of fees and expenses for the period February 21, 2005 through November 21, 2006, the Final Application Period (the “Final Application Period”). This Application is filed pursuant to 11 U.S.C § 330 and Federal Rule of Bankruptcy Procedure 2016, as well as the Court’s Order Establishing Procedures to Permit Monthly Payment of Interim Fee Applications of Chapter 11 professionals entered on March 15, 2005. This is the Sixth Interim and Final Fee Application filed by the XRoads, financial and operations restructuring consultants for the Debtors and is not an amendment or supplement to a previous Fee Application. The Exhibits attached to this Application, pursuant to the Guidelines are:

**Exhibit “1”** – Retention Order

**Exhibit “2”** – Application to Employ XRoads

**Exhibit “3”** – Summary of Professionals’ Time for the Application Period

**Exhibit “4”** – Summary of Requested Reimbursement of Expenses for the Application Period

**Exhibit “5”** – XRoads’ complete time records, in chronological order, by activity code for the time period covered during this Application Period. The requested fees are itemized to the tenth of an hour.

**Exhibit “6”** – XRoads’ complete expense records, in chronological order, by activity code for the time period covered during this Application Period.

In support of this Application, XRoads respectfully represents as follows:

**GENERAL BACKROUND**

1. The Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on February 21, 2005 (the "Petition Date").

2. The Debtors continued in possession of their property and operated and managed their businesses as Debtors-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code during the pendency of their Chapter 11 cases.

3. The Debtors are grocery and drug retailers operating in the southeastern United States, primarily under the "Winn-Dixie" and "Winn-Dixie Marketplace" banners. The Debtors' business was founded in 1925 with a single grocery store and has grown through acquisitions and internal expansion. The Debtors currently operate approximately 530 stores in the United States (down from over 900 at the commencement of these cases). Substantially all of the Debtors' store locations are leased rather than owned.

4. The Debtors operate in a highly competitive supermarket industry that is generally characterized by intense competition and narrow profit margins. The Debtors compete directly with national, regional, and local supermarket chains and independent supermarkets, as well as with Wal-Mart, similar super centers, and other non-traditional grocery retailers such as dollar discount stores, drug stores, convenience stores, warehouse club stores, and conventional department stores.

5. XRoads filed five previous interim fee applications for services rendered and costs incurred during the Debtors' Chapter 11 cases from February 21, 2005 through September 30, 2006, which included professional and non-professional services totaling $20,472,486.80. The average hourly rate charged to the Debtors for the five previous interim periods based on total billed hours incurred is $375. The overall hourly rate charged during this period averaged $315 based on total gross hours incurred (i.e. both billable and non-billable hours). No objections were filed to XRoads' previous interim fee applications, and XRoads' fees were approved as presented.

6. As authorized in the Order approving Interim Compensation Procedures for Professionals in Debtors' Case, XRoads submitted monthly requests for payment of fees and reimbursement of expenses to the Debtors during the Application Period, with copies to the Office of the United States Trustee, counsel to the Committee of Unsecured Creditors, counsel for the Debtors and the Fee Examiner. No objections to XRoads' monthly requests for payment have been submitted. As such, the Company has paid XRoads 80% of its fees and 100% of its expenses incurred for the months of October and November, 2006 in the amount of $567,515.03.

**RETENTION OF XROADS**

7. By Final Order dated June 6, 2005 under section 327(a) of the Bankruptcy Code (the "Retention Order"), XRoads was employed by the Debtors as Financial and Operations Restructuring Consultant in connection with the Chapter 11 cases *nunc pro tunc* to February 21, 2005. A true and correct copy of the Retention Order is attached hereto as Exhibit "1," and a true and correct copy of the Application by Debtors to Employ XRoads Solutions Group, LLC as Financial and Operations Restructuring Consultants is attached hereto as Exhibit "2." Pursuant to XRoads' Engagement Letter Agreement dated March 4, 2005 ("Engagement Agreement"), which was attached to the Application by Debtors to Employ XRoads Solutions Group, LLC as Financial and Operations Restructuring Consultants, the computation for XRoads' fees earned during this Application Period includes a base monthly rate of $200,000 for the first 400 hours of service plus $400 per hour for all hours over the 400 hour threshold.

8. XRoads incurred a gross amount of 1,736.60 hours of professional services during the Application Period. XRoads charged the Debtors a net amount of 1,553.20 hours due to a voluntary reduction of 183.40 hours. Pursuant to XRoads' Engagement Agreement, the final month of November 2106 was prorated for a portion of the month from November 1st through November 21, 2006 due to the effective date of the confirmed Plan of Reorganization. The first 667.00 hours (400 for October and 267 for November) are capped at $333,333.00 (based on $200,000 per month, prorated for the month of November). The remaining 886.20 hours are billed at $400 per hour (or $354,480.00).

9. In addition, non-professional services including database management, technical support and certain portions of the claims reconciliation process have been charged at rates of $85 to $160 per hour in accordance with XRoads' Engagement Agreement. Clerical and secretarial services have been provided free of charge. Costs incurred by the "on-client site" clerical and secretarial support while at the Debtors' location have not been charged to the Estate. XRoads incurred a gross amount of 428.50 hours for non-professional services during this Application Period of which 387.00 were billed ($48,244.50).

10. Combined fees for professional and non-professional services for this Application Period total $736,057.50. The overall hourly rate charged to the Debtors for this Application Period based on total gross hours incurred is $339.

**OVERVIEW OF XROADS' ROLE DURING THE DEBTORS' CASES**

11. XRoads established cross-functional teams to oversee and manage key initiatives, described in greater detail below. XRoads' teams included: (1) real estate planning and management, (2) treasury and finance, which covered vendor management, cash management and financial reporting and lender

communications, (3) strategic advisory, (4) procurement/strategic sourcing, (5) claims management services and (6) contract management.  The activities of the cross-functional teams included:

a.  **Real Estate Management:**  XRoads was tasked with reducing occupancy costs and cash outflows and maximizing asset recoveries from stores, warehouses, distribution centers, aircraft and manufacturing facilities throughout the organization.  In addition, XRoads managed the lease disposition process, including negotiations with landlords, equipment sales, the orderly closure of stores and the going out of business ("GOB") process. XRoads negotiated all liquidation agreements and conducted the auctions for lease interests, pharmacy assets, and manufacturing / distribution equipment.

In this role, XRoads:

   i.  Managed and supported with analytics the negotiations by real estate firms and Blackstone.

   ii.  Developed and implemented work-plans and timelines for many store dispositions including coordination between functional areas of Debtors to ensure that disposition proceeds were maximized and that other goals of the Debtors were met.

   iii.  Developed and delivered over 900 "tear sheets" containing key financial and lease information related to operating stores and to be used by potential purchasers.

   iv.  Established, managed and updated a due diligence data site containing 30,000 documents to be used by potential purchasers of leases, and responded to inquiries concerning materials in the data site.

   v.  Improved quality and accuracy of the real property database to produce comprehensive and timely reporting tools for internal and external constituencies.

   vi.  Improved reporting systems to enable senior management to make more informed decisions on issues such as lease renewal, rejection and renegotiation.

XRoads also negotiated all liquidation agreements and conducted the auctions for lease interests, pharmacy assets, and manufacturing / distribution equipment.

For 12 months, a XRoads team member served as the interim head of this department for the Debtors.

In addition, with the assistance of outside counsel and Debtors' personnel, XRoads managed the process of negotiating and resolving assumption and cure cost objections filed by landlords in response to omnibus lease assumption motions, as well as provided the analysis and reconciliation of approximately 2,000 real estate claims filed in the Debtors' cases.  The cures and claims efforts are on-going and have continued beyond the effective date of the Plan.

XRoads work in this area has been so well received by the Debtors that XRoads has been asked to continue providing these services and finalize this project.

b.   **Treasury and Finance:**   During the first, and for a portion of the second interim application periods, a XRoads team member served as the acting head of this department for the Debtors. The XRoads team was responsible for cash management, borrowing base computations, covenant reporting and forecasting.  In addition to the credit facility reporting requirements, the financial reporting was a key piece of the Debtors' external communications to creditors and lenders.   Working with the Company, XRoads developed, among other effective management tools, the 12-week rolling cash flow model which allowed the Debtors to forecast and monitor weekly revenue and disbursements by category and track its overall cash burn rate and thus manage cash.

During the Second Application Period, XRoads turned over the maintenance and updating of the cash flow forecast to the Company's finance department; however, the Company asked XRoads to assist with emergency updates to the 12 week cash forecast needed to address the immediate and mid-term impact to cash caused by hurricane Katrina.

Thereafter the XRoads team continued to support the Company's cash management process, borrowing base computations, covenant reporting and forecasting. In addition, XRoads served in a liaison role working with the DIP bank agent and the financial advisors to the Official Committee of Unsecured Creditors ("UCC") regarding information requests, cash reporting, variance analysis and business plan development. XRoads finance team evaluated Winn-Dixie key supply contracts to determine if they should be assumed, rejected or renegotiated. The process included the evaluation of existing contract terms and assessing the need for potential rejection, assumption or renegotiation in order to address inequities in the contracts due to the Company's new footprint and related vendor claims and cure cost. While leading Winn-Dixie's effort to expand vendor liquidity opportunities, XRoads Treasury and Finance team evaluated short and long term vendor credit opportunities.  This involved, among other things, working with the merchandising and finance groups to identify targeted post emergence vendor liquidity improvement objectives by vendor based on current credit line deficiencies. XRoads served as the liaison between several cross functional Winn-Dixie departments and Winn-Dixie accounting.   XRoads assisted Winn-Dixie's accounting

department by obtaining and communicating timely, accurate information related to significant asset dispositions, relevant claim matters and other transactions that impacted the Company's financial reporting.

c.      **Strategy and Advisory:**  This XRoads team integrated the information provided by other XRoads groups and the Company to develop strategic alternatives and recommendations. Specifically, this team managed the coordination, communication and analysis in support of the strategic and tactical advice given to the Company as it related to store closing decisions, development of financial projections and business plans, and the interface between the Unsecured Creditors' Committee, as well as questions from the Ad Hoc Trade Committee, and other bankruptcy and restructuring related matters as more fully described below:

    i.  Advising the Company and assisting in the preparation of financial projections/business plan for the year ended June 2006 which was required to be delivered to the DIP Lender on May 31, 2005 under the terms of the DIP agreement.

    ii.  Advising the Company, along with the real estate team, with respect to its recommended store closing program that was announced in June 2005.  The program was designed to focus the Debtors' resources in better performing stores and significantly improve cash flow from operations.  XRoads work in this area primarily related to the overall store closing strategy as well as communication with the Unsecured Creditors Committee and the DIP Lenders as to the Company's decisions and implementation thereof.

    iii.  Managing the interface between the Debtor and the Unsecured Creditors Committee's dual financial advisors who submitted multiple and voluminous information and due diligence requests.  In order to ensure effective communication, XRoads developed a weekly and monthly standard reporting package to provide the Unsecured Creditors Committee with critical monitoring information.  In doing so, XRoads was able to incorporate reports already prepared by the Debtors' finance department thereby minimizing costs to the estate.  XRoads involvement in this process allowed Company personnel to focus on running the business and execution of approved initiatives.  Additionally, the Committee was kept fully informed of all major decisions and timelines, resulting in a more efficient and less costly process.

    iv.  Advised the Company with respect to other issues including, but not limited to the negotiation of the cash management order, supporting analysis related to financial projection/business plan development including analysis of sensitivities and alternatives, analysis of various insurance issues and coordination and development of detailed work plans and case execution timelines.

    v.  Advised the Company, along with its other advisors, with respect to the evaluation of offers for the Debtors' various manufacturing facilities.  This advice included addressing operational matters related to the sales; preparing sensitivity analyses of the facilities operations for purposes of evaluating the proposals; preparing liquidation analyses for each facility; and providing coordination to the equipment liquidation process such that all excess equipment could be liquidated in the most efficient matter.  XRoads worked closely with Blackstone and the Company's internal and external legal counsel in this effort and divided responsibilities in advance in order to minimize costs.

vi.   Prepared and presented the business plan (along with Blackstone and Winn-Dixie) that was presented and distributed in November 2005 and revised in May 2006.

vii.   Production of documents and responses to questions from the UCC regarding substantive consolidation, as well as questions from the Ad Hoc Trade Committee. In support of the substantive consolidation issue, XRoads spent considerable time in collecting and analyzing information requested by the UCC professionals, particularly questions regarding how the workings of the Company's intercompany accounting and related transactions.

viii.   Utilized its integrated valuation analysis, created in May 2006, to sensitize the business plan for various recovery scenarios for the Plan of Reorganization.

ix.   Together with Company personnel and other outside professionals, XRoads facilitated an accurate count on plan votes.

x.   For certain contested claims and classes at risk of an unfavorable vote, XRoads together with Debtors' other professionals actively sought (and received) favorable votes through educational discussions with creditors and their representatives (e.g., Class 13 Landlords) who were otherwise undecided or potentially adverse to the Plan. These votes helped ensure acceptance of the Plan by a majority of every voting class.

d.   **Procurement/Strategic Sourcing:**   XRoads managed Winn-Dixie's Corporate Sourcing and Procurement function.

XRoads strategic sourcing group identified Strategic Sourcing opportunities in 3 major phases (Wave I, Wave II and Wave III), which resulted in cost savings to the Debtors of $25-28 million. In order to track sourcing savings and the additional benefits, XRoads designed a scorecard system and trained Winn-Dixie's staff in the use of these tools. XRoads then transitioned the resulting contracts from this first phase of cost reductions to the Winn-Dixie personnel. In order to effectuate a sustainable program, XRoads developed a standard set of tools and templates to facilitate industry analysis, supplier research, RFP creation, negotiation execution, and savings tracking.

XRoads completed work with Winn-Dixie IT to evaluate outsourcing opportunities for shelf tags printing along with related pricing and data processing responsibilities. XRoads developed a robust implementation plan for the consolidation of Data Processing Centers and their related activities. This work resulted in approximately $1.5 million in annual savings to the Debtors cost structure.

XRoads analyzed the indirect spend and developed a commodity classification system for all categories and then began a reset of the spend information from Fiscal Year 2006. This analysis serves as the basis for future sourcing strategies for the Debtors and reflects the spending patterns associated with the new footprint of the Debtors' business.

e.   **Claims Management Services:**  XRoads' Case Management Services was charged with, among other things, negotiating and resolving PACA claims and reclamation demands made on the Debtors.  In addition, the Case Management team focused on at least the following four additional major projects:   (1) working with Winn-Dixie to oversee the claims reconciliation teams, (2) preparation of reports for management to reflect the progress of each reconciliation team and also to estimate the dollar amount of claims in each major category for the purposes of drafting the plan of reorganization, (3) reconciliation of the general unsecured portion of the reclamation claims, reconciliation of claims involving executory contracts, including real estate 502(b)(6) rejection damages, as well as rejection damages and cure payments for non-real estate executory contracts  and (4) contract and real estate claims management, including extensive negotiations and renegotiations of those contracts and claims.

f.   **Contract Management and Analysis:**  XRoads was responsible for reviewing and analyzing approximately 3,000 executory contracts for Winn-Dixie.  In connection with the Debtors' Plan of Reorganization, the Debtor filed numerous motions to assume and reject non-real estate executory contracts and unexpired leases.  The XRoads Contracts Team reviewed the contracts and identified agreements that the Debtors rejected, assumed, or terminated. Additionally, the Contracts Team identified and assisted in the renegotiation of several hundred contracts with creditors, which resulted in substantial cost-savings to the debtor. In addition, the Contracts Team reconciled approximately $140 million in claims filed by creditors for rejection damages, reducing the allowed amount to approximately $28 million.

**XROADS' SELECTED KEY ACCOMPLISHMENTS DURING THE DEBTORS' CASES**

12.   During the Debtors' cases, XRoads managed the key initiatives outlined above, completing the majority of the work ahead of schedule and beating initial cost and savings estimates.  Below is a detailed description of selected XRoads' major accomplishments during the cases.

**Overhead Cost Reductions:**  XRoads managed several significant areas of cost reductions on behalf of the Debtors including sourcing, contract renegotiations and specific cost reduction initiatives.  The following is a brief outline of the quantifiable sourcing cost reductions that were achieved by XRoads' Performance Improvement Group as well as the fees charged by XRoads associated with each portion of the project:

| **Selected Example Projects** | **XRoads' Fees** | **Savings** |
|---|---|---|
| Wave I of overhead cost savings targeted at: office supplies, paper, security guard services, temporary services, pallets, shrink films, lighting, temporary pharmacy services and store facility repairs. | $ 800,000 | $2.4 million |
| Wave II of overhead cost savings targeted at commercial print, janitorial and store equipment purchases | $ 800,000 | $20.6 million |
| Wave III of overhead cost savings. | $ 800,000 | $2.5 to $5 million |
| Data Processing Center Consolidation | $ 150,000 | $1.5 million |
| Winn-Dixie department savings under the direction of XRoads' Brad Boggess | $ 0[1] | $6.5 million |
| **Total** | **$2,550,000** | **$33.5 to $36.0 million** |

**Increased Liquidity:** XRoads managed the documentation and communication between vendors and Winn-Dixie with respect to the trade lien program implemented early on in the case. XRoads' efforts in this area enabled the Debtors to increase liquidity by approximately $170 million. XRoads also led Winn-Dixie's initiative for both short term and long term liquidity improvement by: (1) opening up credit terms with trade vendors, (2) eliminate CIA prepaid inventory, (3) collection of vendor deposits, and (4) collection of post-petition vendor credits from CIA vendors.

**Disposition of Excess/Unused Assets:** During the Debtors' case, XRoads assisted in the disposition of 368 stores, resulting in proceeds of approximately $245 million to the Debtors. In addition, XRoads led the marketing, auction and sale of excess owned properties that resulted in more than $89 million in proceeds to the Debtors, which is approximately double the $45 million estimate in the Company's business plan. The sales of these distribution centers, warehouses, dairies, plants, stores and outparcels also resulted in the avoidance of tens of millions of dollars in potential claims.

Additionally, XRoads initiated and managed lease re-negotiations that to date have resulted in savings over the life of the leases totaling approximately $11.3 million.

XRoads also managed the sale and disposition of two aircraft for combined proceeds of approximately $33 million. XRoads' real estate group also provided analysis in support of the

1 Fees associated with Brad Bogess's work on this project are included in the Wave I, II and III overhead cost savings projects noted above.

Debtors' decisions to assume or reject selected contracts and analysis in support of the correct downsized footprint.

In addition XRoads developed better data and reporting systems for the operation of the Debtors' Real Estate Department for the benefit of Debtors' senior management.

**Occupancy Cost Reduction**:  Through XRoads' efforts, over 458 real estate leases were rejected in the Debtors' cases (with creditor committee and court approval), resulting in the reduction of annual lease payments by approximately $182.7 million and reduction of total lease liabilities by approximately $1.5 billion.  In addition, XRoads managed and implemented the lease disposition process, including negotiations with landlords, equipment sales, the orderly closure of stores and the GOB processes.  XRoads' real estate team completed the elimination of sandwich leases with rent subsidies. Through its efforts XRoads eliminated approximately 47 negative subsidy "sandwich" leases, which had historically cost the Company approximately $6 million per year and had an average lease term of 7 years left to run.  In addition, XRoads continued negotiations with all landlords on the go-forward stores to resolve claims and potential cure payments for lease assumptions associated with the Plan of Reorganization.

**Resolution of Claims:**  During the Debtors' cases, XRoads was integral in the claims reconciliation process.  XRoads assisted management in managing and reporting on the ongoing process to resolve claims, as well as negotiating with claimants to resolve disputes in connection with those claims.  In addition, XRoads assisted Debtors' counsel in reviewing and finalizing the numerous exhibits to the omnibus objections to claims.  XRoads completed the analysis and reconciliation of over 4,300 claims assigned to its claims teams – reclamation, real estate, and contract claims.  The $2.2 billion filed amount of these claims was reduced to an estimated allowed amount of $414.5 million, a reduction of more than $1.8 billion. XRoads completed the majority of reclamation claims reconciliation work by December 2005.  XRoads was responsible for generating the documents (term memos, reconciliation worksheets and addendums to stipulations) for each vendor opting into the Trade Lien Program.  XRoads also served as the primary party communicating with the vendors and Winn-Dixie's merchandising group to effectuate the changes in terms as vendors opted into the Trade Lien Program, including those opting into the program in 2006.

In addition, XRoads was, and continues to be, responsible for monitoring and reporting to management and constituents on the progress of the claims reconciliation process, and estimating the ultimate claims amount. The Debtors substantially completed the reconciliation process for over

23,000 claims by the end of September, 2006.  This reconciliation resulted in the reduction of claims from a filed amount in excess of $25 billion to an estimated allowed amount of approximately $1.1 billion.

**Selected Plan of Reorganization Activities:**  XRoads, in conjunction with Blackstone and Debtors' counsel, performed substantial analysis in connection with the finalization of the Debtors' Disclosure Statement and Plan of Reorganization.  This analysis included preparation of liquidation analyses in connection with the formulation of the Plan, the estimation of allowed claims for the various classes in the Plan, and analysis of the Debtors' business practices, accounting records and other evidence associated with the assessment of the Debtors' potential substantive consolidation.  In addition, XRoads assisted the Debtors with analysis of their pre and post exit liquidity and the associated implications on the Debtors' exit financing structure.

13.    Hurricane Katrina impacted 120 of Winn-Dixie's stores in the New Orleans operating area. XRoads efforts to assist the Debtors in their successful reorganization initially appeared to be in jeopardy following the August 29, 2005 landfall of Hurricane Katrina, however the tremendous efforts of Winn-Dixie's executive management, area leaders and store staff, combined with supplemental leadership from XRoads' real estate group brought about favorable results under extremely difficult circumstances.  Within 2 months, all except 12 damaged stores were reopened – some also serving as FEMA bases.  In many of these locations, Winn-Dixie was the first supermarket to reopen its doors for business.  These efforts resulted in an increase in sales and customer loyalty in these devastated areas, with an incalculable contribution to the long-term enterprise value of Winn-Dixie.

14.    In addition to a rapid recovery from Hurricane Katrina, by October 2005, the bulk of the footprint downsizing and asset disposition was completed by XRoads.  This result was achieved through strong leadership combined with communication and cooperation throughout the entire organization from finance to supply chain, real estate to merchandising.  In 2006, XRoads assisted the Debtors in developing a secondary list of "bubble stores" which were placed on a watch list and resulted in thirty five supplemental store closures.

15.    XRoads, Blackstone, Skadden Arps and Winn-Dixie worked together to complete the Business Plan which was presented to the Creditors' Committee and other key constituents in early November 2005 and updated in connection with preparation of the Plan of Reorganization in May 2006.  The Business Plan formed the basis for the development of the Plan of Reorganization and exit strategy by the Company from Chapter 11 in November, 2006.

**THE SIXTH INTERIM APPLICATION PERIOD**

16. For the Sixth Interim Period beginning October 1, 2006 and ending November 21, 2006, XRoads incurred professional and non-professional fees of $736,057.50 and expenses of $37,106.63 for a total of $773,164.13. Pursuant to XRoads Engagement Agreement, the November statement was prorated as a partial month for the period November 1st through November 21st, 2006. XRoads has received payment in the amount of $530,408.40 for professional fees (80% fees) and $37,106.63 for expenses (100% expenses) for a total of $567,515.03 for the period of October 1, 2006 through November 21, 2006. Accordingly, XRoads requests an interim allowance of compensation for professional services XRoads rendered to the Debtors for the period October 1, 2006 to November 21, 2006 in the amount of $773,164.13 and payment for the balance of the 20% holdback for October 1, 2006 through November 21, 2006, totaling $205,649.10.

17. XRoads seeks approval of the fees and expenses incurred during the Application Period in the amounts as summarized in the following table:

| **Monthly Statements** | **Capped Fees to 400 hours** | **Fees over 400 Hours @ $400 per hr** | **Admin Fees** | **Total Fees** | **Expenses** | **Total Fees & Expenses** | **Payments 80% Fees – 100% Exp** |
|---|---|---|---|---|---|---|---|
| October, 2006 | $200,000.00 | $175,160.00 | $24,967.00 | $400,127.00 | $24,273.75 | $424,400.75 | ($344,375.35) |
| November 1-20, 2006 (pro-rated) | $133,333.00 | $109,640.00 | $19,910.50 | $262,883.50 | $12,832.88 | $275,716.38 | ($223,139.68) |
| Fee Auditor Response Time not Previously Billed | | $ 73,047.00 | | $ 73,047.00 | | $ 73,047.00 | ($ 0.00) |
| Totals | $333,333.00 | $357,847.00 | $44,877.50 | $736,057.50 | $37,106.63 | $773,164.13 | ($567,515.03) |
| Amount Due for 6th Interim Period | | | | | | | **$205,649.10** |

18. The professional services and related expenses for which XRoads requests an interim allowance of compensation and reimbursement of expenses were rendered and incurred in connection with this case in the discharge of XRoads' professional responsibilities as financial and operations restructuring consultants for the Debtors in these Chapter 11 cases. XRoads' services have been substantial, necessary and beneficial to the Debtors and their estates, creditors and other parties-in-interest.

19. XRoads has maintained written records of the time expended by its professionals and staff in this case as required in the Middle District of Florida. Time records are maintained contemporaneously with the rendering of services by each of XRoads' professionals and staff in the ordinary course of business. Such records set forth in detail the services rendered on behalf of the Debtors, the dates upon which services were rendered, the nature of the services, the time spent and the identity of the professional or staff who performed such services during the Application Period, and are annexed hereto as Exhibits 3 to 5. A schedule setting

forth the number of hours expended by the individual professional and staff personnel during the Application Period are annexed hereto as Exhibit 3.

**SUMMARY OF SERVICES RENDERED DURING THE APPLICATION PERIOD**

20. During the Application Period, XRoads provided extensive services to the Debtors in furtherance of XRoads' professional responsibilities as financial and operations restructuring consultants. Moreover, the number of hours expended by XRoads' professionals and staff were actual, necessary and beneficial to the Debtors. XRoads encountered numerous complex financial advisory, restructuring and case management issues during the Application Period. XRoads was called upon to respond, often upon very short notice, to a host of issues and demands. XRoads professionals have rendered advice in all of these areas with skill and great dispatch. The single most important factor this Court should consider when determining Applicant's allowance in these proceedings is the value of XRoads' services as measured by the results obtained. XRoads can show that the work it performed in these bankruptcy cases is beneficial to the Debtors. The full breadth of XRoads services are described in detail in the attached XRoads time records annexed hereto as Exhibit "5".

21. XRoads incurred fees during the Application Period in researching and responding to the four final reports of Stuart, Maue, Mitchell and James, LTD ("Stuart Maue") of the review and analysis of XRoads' first, second, third and fourth interim fee applications. This research required the review of 16 months of time slips and expenses, and analysis of over 15 topics discussed in Stuart Maue's final reports for the four interim periods. XRoads' fees incurred for the analysis and preparation of its response to Stuart Maue's reports was not included in the monthly statements submitted as this was an ongoing project during the Application Period. The majority of the hours incurred were processed for payment after the filing of XRoads response on December 19, 2006. The total amount of unbilled fees for time spent responding to the fee auditor reports requested for this Application Period total $73,047.00. These additional fees are included in the fee calculations throughout this Application. These fees represent less than half of one percent (0.05%) of XRoads' Final Application Period fees and are appropriate given the volume of time and expense records identified by Stuart Maue's four reports and the associated fees put at issue.

22. The following summary of services rendered during the Application Period is not intended to be a detailed or exhaustive description of the work performed, as those day-to-day services and the time expended in performing such services are more fully available by reviewing Exhibit "5" attached hereto. Rather, it is merely an attempt to highlight certain of the areas in which services were rendered to the Debtors, as well as to identify some of the issues that XRoads was required to address. XRoads has attempted to place

the services it has provided to the Debtor in the particular category that best relates to such services. However, because certain services may relate to one or more categories, services pertaining to one category may be included in another category.

**A.** **BUSINESS ANALYSIS (501.10 hours):** This billing category includes work done by all of the cross-functional teams described above, including: analysis of real property leases done by the real estate group, and analysis of non-real estate executory contracts and vendor agreements done by the procurement group. During this Application period, this category includes substantial hours on, among other items, the following: (i) executing and closing the sale of a warehouse and an owned out parcel resulting in gross proceeds of approximately $6.5 million to the Debtors; (ii) finalizing the renegotiation, assumption and rejection of the remaining key contracts; (iii) concluding the final reporting process by reviewing and updating the analysis of contracts to track cure amounts and rejection damage claims; and (iv) managing the process of negotiating and resolving assumption and cure cost objections filed by landlords in response to omnibus assumption motions.

**B.** **BUSINESS OPERATIONS (51.60 hours):** This billing category includes XRoads involvement in the management of on-going day-to-day operations of the Debtors' business. A large portion of the time in this category has been incurred by the strategic sourcing group, which managed the on-going day-to-day operations of the sourcing and purchasing groups. This also includes work being done by the treasury group in the collection of accounts receivable and the strategic planning group in areas such as merchandising and vendor negotiations. During the Application Period, XRoads transitioned the role of Interim Vice President of Corporate Sourcing and Procurement to a new interim manager. XRoads provided a robust transition document and worked extensively with the incoming Vice President to ensure his success.

**C.** **CASE ADMINISTRATION (12.20 hours):** This billing category includes communications between the cross-functional teams to ensure that critical tasks are identified and coordinated as the reorganization initiatives are implemented, including reviewing the Debtors' case docket regularly to ensure that transferred claims were properly categorized for contract cure and reclamation claim payments, as well as reviewing responses to omnibus claim objections.

D. **CLAIMS (617.10 hours):** This billing category includes work on the Reclamation Claims and the Debtors' general claims reconcilation process. This billing category also includes all of the time spent by XRoads negotiating with trade vendors and exchanging documents to complete the process of opting into the Trade Lien Program and reconciling claims. Primary activities in this category during the Application Period includes: (i) working with Company personnel and other outside professionals, to facilitate and develop the detailed claims reserves for distributions of stock under the Plan; (ii) analyzing filed claims and assisting in determining recommended reserves for each claim not finally allowed (i.e., subject to objection, on hold, or open); (iii) assisting Debtors' counsel in resolving responses to omnibus objections to claims, as well as identifying claims to be included on the 19th through 27th omnibus objections filed during the Application Period; and (iv) resolving several large general unsecured claims, which resulted in a total allowed savings versus filed claims of nearly $4.5 million.

E. **FEE APPLICATION (241.30 hours):** This billing category includes the preparation of the Fifth Interim Fee Application, the narrative sections of the monthly fee statements, a portion of the accounting work done by XRoads' billing department to prepare and file the monthly fee statements, and time spent by Xroads in analyzing the Stuart Maue reports on Xroads first, second, third and fourth interim fee applicaitons and preparing the response thereto.

F. **PLAN (92.30 hours):** This billing category includes time spent by XRoads assisting the Debtors and their other advisors on finalizing the Plan of Reorganization and Disclosure Statement, including preparing the Company for its plan confirmation hearing. XRoads analyzed several key objections to plan confirmation (primarily from the landlord and tax classes and related to the substantive consolidation compromise). XRoads also assisted in preparing expert witnesses for testimony and provided the claims and noticing agent and outside counsel with analyses related to confirmation objections.

G. **TAX ( 37.60 hours):** This billing category includes time incurred by XRoads in connection with the ongoing analysis of the Company's tax liabilities and identification of strategies for reducing the tax liabilities through reassessment as well as footprint reductions.

**SUMMARY OF EXPENSES REQUESTED**

23. Applicant seeks reimbursement for actual, necessary expenses (the "Expenses") incurred in rendering services during the Application Period. The total amount of the Expenses is $24,273.75.

24. Section 330 of the Bankruptcy Code authorizes "reimbursement for actual, necessary expenses" incurred by a professional person employed by the Debtors. Attached hereto as Exhibit "6" are XRoads' complete expense records, in chronological order, by activity code for the time period covered in this Application Period.

25. The following is a brief cost summary as to the different types of expenses for which XRoads is seeking reimbursement:

A. Airfare: All of XRoads professionals flew coach fare and booked flights in advance, whenever necessary and possible, to reduce costs for the Debtors. In this Application Period, XRoads incurred airfare charges of $10,865.98 on travel for the Debtors.

B. Ground: XRoads incurred the sum of $5,260.40 in ground transportation charges including car rentals, gas, taxi, mileage, parking and tolls. XRoads' internal policy for car rentals is that whenever possible, XRoads' professionals share rental cars to lower the cost of car per person. For the period October 1, 2006, through November 21, 2006, although the number of professionals decreased considerably, fewer professionals meant that each needed their own rental cars due to the different times the professionals were at the client site. XRoads' continued to voluntarily discount transportation to/from residence to the airport (capped at $35.00) and travel from the hotel to the Company's office (capped at $40.00) for other ground transportation costs. This internal cap resulted in XRoads excluding $859.14 from charges to the Debtor.

C. Lodging: XRoads entered into several short term apartment lease agreements during the majority of this case to offset the cost of hotel charges to the estate. As of July, 2006, XRoads terminated the leases due to the decrease of professionals working on the case. Whenever possible, XRoads negotiated corporate rates with hotels to reduce the cost of lodging, however, hotel rates do fluctuate based on availability at the time of reservation. XRoads incurred total hotel expenses in the amount of $6,534.15 for the period October 1, 2006 through November 21, 2006.

D. Meals: XRoads incurred the sum of $4,275.66 in meal charges while traveling to and from and working at Company's offices, however, these meal charges were not billed to the Debtors. Pursuant to the Bankruptcy Guidelines, XRoads did not charge the Debtors for breakfast, lunch or dinner unless XRoads was participating, during the meal, in a necessary meeting respecting the case. Accordingly, XRoads has only billed the sum of $1,009.13 in accordance with the Bankruptcy Guidelines.

E. Photocopy and Scanning Charges: XRoads incurred the sum of $25.50 in photocopy charges directly related to this case.

26. Applicant maintains the following policies with respect to Expenses:

a. No amortization of the cost of any investment, equipment, or capital outlay is included in the Expenses.

b. Applicant uses FedEx or similar express mail delivery only for emergency or exigent circumstances (i.e., when next-day response from the recipient was necessary) and when less costly than other available alternatives in light of the time constraints involved.

c. In-house photocopying by Applicant is charged at $.15 per page. To the extent practicable, Applicant generally uses and will continue to use less expensive, outside copying services.

d. All expenses for which Applicant seeks reimbursement are of the kind, and at the least expensive rate, Applicant customarily charges non-bankruptcy/insolvency clients.

e. All amounts paid to third party providers of goods and services are billed by Applicant at actual cost, without enhancements for handling or other administrative charges.

f. No portion of the expenses represents secretarial time, secretarial overtime, word processing time, charges for after-hour and/or weekend air conditioning and other utilities, cost of meals or transportation provided to professionals and staff who work late or on weekends or other office overhead.

g. Any and all automotive travel expenses are billed in accordance with the amount allowed by the Internal Revenue Service pursuant to IRC §274(d) and the current applicable I.R.B. Announcement.

**APPROVAL OF COMPENSATION REQUESTED**

**FOR THE FINAL APPLICATION PERIOD**

27. On July 15, 2005 , XRoads filed its First Interim Fee Application of XRoads Solutions Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Management and Restructuring Consultant for the Debtor (the "First Application") for the period February 21, 2005 through May 26, 2005 (the "First Application Period") [Docket 2252]. No objections were filed relative to the First Application for the First Application Period, and on August 4, 2005, the Court entered an Order (the "First Application Order") granting XRoads a total of $4,534,122.50 in fees and $326,995.50 in expenses for the First Application and, authorizing the Debtors to pay the twenty percent (20%) holdback of fees to XRoads [Docket 2812].

28.    On November 11, 2005, XRoads filed its Second Interim Fee Application of XRoads Solutions Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Management and Restructuring Consultant for the Debtor (the "Second Application") for the period May 29, 2005 through October 1, 2005 (the "Second Application Period") [Docket 4152].  No objections were filed relative to the Second Application for the Second Application Period, and on December 1, 2005, the Court entered an Order (the "Second Application Order") granting XRoads a total of $5,984,350.00 in fees and $374,713.55 in expenses for the Second Application and, authorizing the Debtors to pay the twenty percent (20%) holdback of fees to XRoads [Docket 4421].

29.    On March 15, 2006, XRoads filed its Third Interim Fee Application of XRoads Solutions Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Management and Restructuring Consultant for the Debtor (the "Third Application") for the period October 2, 2005 through January 28, 2006 (the "Third Application Period") [Docket 6487].  No objections were filed relative to the Third Application for the Third Application Period, and on April 6, 2006, the Court entered an Order (the "Third Application Order") granting XRoads a total of $4,426,882.80 in fees and $277,328.74 in expenses for the Third Application and, authorizing the Debtors to pay the twenty percent (20%) holdback of fees to XRoads [Docket 6966].

30.    On July 21, 2006, XRoads filed its Fourth Interim Fee Application of XRoads Solutions Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Management and Restructuring Consultant for the Debtor (the "Fourth Application") for the period January 29, 2006 through May 27, 2006 (the "Fourth Application Period") [Docket 9404].  No objections were filed relative to the Fourth Application for the Fourth Application Period, and on August 10, 2006, the Court entered an Order (the "Fourth Application Order") granting XRoads a total of $3,716,110.50 in fees and $236,989.35 in expenses for the Fourth Application and, authorizing the Debtors to pay the twenty percent (20%) holdback of fees to XRoads [Docket 10159].

31.    On November 22, 2006, XRoads filed its Fifth Interim Fee Application of XRoads Solutions Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Management and Restructuring Consultant for the Debtor (the "Fifth Application") for the period May 28, 2006 through September 30, 2006 (the "Fifth Application Period") [Docket 12772].  No objections were filed relative to the Fifth Application for the Fifth Application Period, and on December 14, 2006, the Court entered an Order (the "Fifth Application Order") granting XRoads a total of $1,811,021.00 in fees and $122,269.61 in expenses for

the Fifth Application and, authorizing the Debtors to pay the twenty percent (20%) holdback of fees to XRoads [Docket 13115].

32. The table below shows the payments requested and received to date pursuant to the Monthly and Interim Fee Applications:

| Type | Inv/Pant Date | Total Fees | Gross Exp | Courtesy Discount | Net Total Expenses | Total Invoice | Payments | Balance |
|---|---|---|---|---|---|---|---|---|
| 2/21/05 - 3/31/05 | 4/20/05 | 1,619,520.00 | 146,724.93 | (24,495.47) | 122,229.46 | 1,741,740.46 | | 1,741,749.46 |
| Payment – Wire | 5/20/05 | | | | | | (1,417,845.46) | 323,904.00 |
| 4/1/05 - 4/30/05 | 5/26/05 | 1,401,764.00 | 133,358.19 | (24,593.82) | 108,764.37 | 1,510,528.37 | | 1,834,432.37 |
| Payment – Wire | 6/17/05 | | | | | | (1,230,175.57) | 604,256.80 |
| 5/1/05 - 5/28/05 | 6/23/05 | 1,512,838.50 | 114,163.67 | (18,162.00) | 96,001.67 | 1,608,840.17 | | 2,213,096.97 |
| Payment – Wire | 7/7/05 | | | | | | (1,306,272.47) | 906,824.50 |
| 5/29/05 - 6/30/05 | 7/31/05 | 1,663,362.50 | 129,412.81 | (22,589.92) | 106,822.89 | 1,770,185.39 | | 2,677,009.89 |
| Payment – Wire | 8/16/05 | | | | | | (906,824.50) | 1,770,185.39 |
| 7/1/05-7/30/05 | 8/30/05 | 1,414,362.50 | 109,271.18 | (18,834.21) | 90,436.97 | 1,504,799.47 | | 3,274,984.86 |
| Payment – Wire | 9/1/05 | | | | | | (1,437,870.49) | 1,837,114.37 |
| 7/31/05 - 8/27/05 | 9/26/05 | 1,340,584.50 | 104,939.80 | (19,644.01) | 85,295.79 | 1,425,880.29 | | 3,262,994.66 |
| Payment – Wire | 9/28/05 | | | | | | (1,221,926.97) | 2,041,067.69 |
| Payment – Wire | 10/17/05 | | | | | | (1,159,939.39) | 881,128.30 |
| 8/28/05 - 10/01/05 | 10/25/05 | 1,566,040.50 | 112,135.12 | (19,977.22) | 92,157.90 | 1,658,198.40 | | 2,539,326.70 |
| Payment – Wire | 11/18/05 | | | | | | (1,344,990.30) | 1,194,336.40 |
| 10/02/05 - 10/29/05 | 11/22/05 | 1,199,319.00 | 98,888.80 | (19,982.71) | 78,906.09 | 1,278,225.09 | | 2,472,561.49 |
| Payment – Wire | 12/13/05 | | | | | | (1,038,724.69) | 1,433,836.80 |
| Payment – Wire | 12/13/05 | | | | | | (1,194,336.40) | 239,500.40 |
| 10/30/05 - 11/26/05 | 12/14/05 | 1,070,973.00 | 97,395.99 | (17,986.49) | 79,409.50 | 1,150,382.50 | | 1,389,882.90 |
| Payment – Wire | 1/16/06 | | | | | | (936,187.90) | 453,695.00 |
| 11/27/05 - 12/31/05 | 1/23/06 | 1,253,278.50 | 82,841.49 | (29,629.28) | 53,212.21 | 1,306,490.71 | | 1,760,185.71 |
| Payment – Wire | 2/16/06 | | | | | | (1,055,925.01) | 704,260.70 |
| 1/31/06 - 1/28/06 | 2/22/06 | 903,312.30 | 83,806.84 | (18,005.90) | 65,800.94 | 969,113.24 | | 1,673,373.94 |
| Payment – Wire | 3/16/06 | | | | | | (788,450.78) | 884,923.16 |
| 1/29/06 - 2/25/06 | 3/24/06 | 1,196,993.10 | 91,242.74 | (24,459.26) | 66,783.48 | 1,263,776.58 | | 2,148,699.74 |
| Payment – Wire | 4/13/06 | | | | | | (884,923.16) | 1,263,776.58 |
| 2/26/06 - 3/25/06 | 4/20/06 | 1,010,505.40 | 80,661.18 | (18,194.90) | 62,466.28 | 1,072,971.68 | | 2,336,748.26 |
| Payment – Wire | 4/25/06 | | | | | | (1,024,377.96) | 1,312,370.30 |
| 3/26/06 - 4/29/06 | 5/26/06 | 885,085.50 | 81,208.46 | (18,996.95) | 62,211.51 | 947,297.01 | | 2,259,667.31 |
| Payment – Wire | 5/31/06 | | | | | | (870,870.60) | 1,388,796.71 |
| Payment – Wire | 6/9/06 | | | | | | (770,279.91) | 618,516.80 |
| 4/30/06 - 5/27/06 | 6/19/06 | 623,526.50 | 49,886.44 | (4,358.36) | 45,528.08 | 669,054.58 | | 1,287,571.38 |
| Payment – Wire | 7/21/06 | | | | | | (544,349.28) | 743,222.10 |
| 5/28/06 - 7/01/06 | 7/21/06 | 599,757.50 | 66,898.69 | (13,443.55) | 53,455.14 | 653,212.64 | | 1,396,434.74 |
| Payment – Wire | 8/23/06 | | | | | | (743,222.10) | 653,212.64 |
| 7/02/06 - 7/29/06 | 8/29/06 | 306,076.00 | 22,416.48 | (5,372.60) | 17,043.88 | 323,119.88 | | 976,332.52 |
| Payment – Wire | 9/13/06 | | | | | | (795,165.82) | 181,166.70 |
| 7/30/06 - 8/26/06 | 10/4/06 | 345,870.50 | 19,386.12 | (2,500.84) | 16,885.28 | 362,755.78 | | 543,922.48 |
| Payment – Wire | 10/25/06 | | | | | | (293,581.68) | 250,340.80 |
| 8/27 - 9/30/2006 | 10/30/06 | 559,317.00 | 40,210.78 | (5,325.47) | 34,885.31 | 594,202.31 | | 844,543.11 |
| Payment – Wire | 11/9/06 | | | | | | (482,338.91) | 362,204.20 |
| 10/1 - 10/28/2006 | 11/21/06 | 400,127.00 | 27,540.28 | (3,266.53) | 24,273.75 | 424,400.75 | | 786,604.95 |
| 11/1/06 – 11/20/06 | 12/15/06 | 262,883.50 | 15,285.22 | (2,452.34) | 12,832.88 | 275,716.38 | | 1,062,321.33 |
| Payment – Wire | 12/19/06 | | | | | | (344,375.35) | 717,945.98 |
| Apply Retainer | 12/28/06 | | | | | | (362,204.20) | 355,741.78 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Apply Retainer | 1/5/07 | | | | | | (137,795.60) | 217,946.18 |
| Payment - Wire | 1/5/07 | | | | | | (85,344.08) | 132,602.10 |
| Fee Auditor Response fees | | 73,047.00 | | | | 73,047.00 | | 205,649.10 |
| Voluntary Discounts | | (71,085.36) | | | | (71,085.36) | | 134,563.74 |
| | | **21,208.544.30** | **1,707,675.21** | **(332,271.83)** | **1,375,403.38** | **22,512,862.32** | **(22,378,298.58)** | **134,563.74** |

33. XRoads incurred a gross amount of 56,843.90 hours of professional services during the Final Application Period. XRoads charged the Debtors a net amount of 48,519.00 hours (a voluntary reduction of 8,324.90 hours). The first 400 hours per month (a total of 8,365.00 for the period of February 21, 2005 through November 21, 2006) were capped based on $200,000 per month, prorated for the first and last months (or $4,183,333). The remaining 40,154.00 hours were billed at $400 per hour (or $15,981,450.30, which included a courtesy discount of fees in the amount of $80,149.70).

34. In addition, non-professional services including database management, technical support and certain portions of the claims reconciliation process were charged at rates of $85 to $160 per hour in accordance with XRoads' Engagement Agreement. Clerical and secretarial services were provided free of charge. Costs incurred by the "on-client site" clerical and secretarial support while at the Debtors' location were not charged to the Estate. XRoads incurred a gross amount of 10,483.70 hours for non-professional services during the Final Application Period of which 7,935.60 were billed ($1,047,128.00).

35. Combined fees for professional and non-professional services for the Final Application Period total $21,208,544.30. The overall hourly rate charged to the Debtors for the Final Application Period averaged $376 based on net billable hours (or an average hourly rate of $315 based on total gross hours incurred).

36. On December 19, 2006, XRoads filed a response to the Stuart, Maue, Mitchell and James, LTD ("Stuart Maue") final reports of their review and analysis of XRoads first, second, third and fourth interim applications (the "Response"). As fully disclosed in the Response, XRoads carefully researched and analyzed each of the topics and issues presented by Stuart Maue and as a result, XRoads has agreed to take an additional discount in the amount of $71,085.36.

**LEGAL ARGUMENT**

37. XRoads believes that the requested fee amount of $736,057.50 during the Application Period is reasonable considering the twelve factors enumerated in Johnson v. Georgia Highway Express, Inc., 488 F.2d 714 (5th Cir. 1974), made applicable to bankruptcy proceedings by In re First Colonial Corp. of America, 544 F.2d 1291 (5th Cir. 1977), as follows:

**TIME AND LABOR REQUIRED**

38. Applicant rendered a total of 2,165.10 hours of professional and administration services on behalf of the Debtors during the Applicable Period. The time expended and expenses incurred were

necessary, reasonable and appropriate under the circumstances of these cases based on the complex and time sensitive matters addressed.

**THE NOVELTY AND DIFFICULTY OF THE SERVICE**

39. Applicant represents and would demonstrate to this Court that its role as financial and operations restructuring consultants to the Debtors' in these cases has involved significant sophistication and expertise by XRoads professionals addressing and resolving complex, novel and difficult retail, real estate, supply chain and financial issues in this very large restructuring case.

**THE SKILL REQUISITE TO PERFORM THE SERVICES PROPERLY**

40. Due to the nature of the financial and operating issues presented in these cases, a high degree of skill is required by Applicant in its representation of the Debtors. Applicant's experience and expertise facilitated and expedited the results. Less experienced advisors would have required extra time and expense to handle the matters performed by XRoads.

41. Admittedly, the criterion of "the skill requisite to perform the services properly" is a subjective standard. XRoads submits that the paramount factor that the Court should consider in applying this standard, however, is whether the results being achieved by Applicant are beneficial to the estates. Applicant believes that the answer to such a query justifies allowance of the fees and costs requested in this Application.

**THE PRECLUSION OF OTHER EMPLOYMENT BY THE PROFESSIONAL DUE TO THE ACCEPTANCE OF THE CASE**

42. Due to the heavy work demands placed on XRoads for this case, work on other clients and matters was often deferred or delayed.

**THE CUSTOMARY FEE**

43. Applicant represents and would demonstrate that the rates charged by Applicant for the services performed herein are competitive and customary for the degree of skill and expertise required in the performance of similar services rendered by other experienced financial advisors in bankruptcy matters and in the Middle District of Florida.

**WHETHER THE FEE IS FIXED OR CONTINGENT**

44. Applicant's fee is neither fixed nor contingent (other than the contingency of court-allowance and available assets to pay professionals). It is based primarily upon the actual total number of hours worked, plus the actual costs incurred.

**TIME LIMITATIONS IMPOSED BY THE CLIENT OR OTHER CIRCUMSTANCES**

45. Throughout these bankruptcy cases and XRoads' involvement herein, there were many issues arising that needed immediate attention. Because of the size and complexity of these cases, in many

instances, XRoads has assisted the Debtors and Debtors' counsel in preparing for meetings and hearings covering a wide range of issues and impacting many constituencies. These matters often placed increased time constraints on Applicant's representation of the Debtors' interests.

**EXPERIENCE, REPUTATION AND ABILITY OF APPLICANT**

46. The professionals who provided services on behalf of Applicant in this case are thoroughly experienced in all matters of bankruptcy, insolvency, and reorganization. The ability of XRoads' professionals who have assisted the Debtors should be considered by this Court in measuring the results obtained.

**THE UNDESIRABILITY OF THE CASE**

47. The uncertainty of success or payment for services rendered, or for reimbursement of out-of-pocket expenses incurred in this case, could cause this case to be considered undesirable. Notwithstanding the difficulties imposed by the uncertainty of payment, Applicant was nevertheless willing to undertake these risks.

**THE NATURE AND LENGTH OF THE PROFESSIONAL RELATIONSHIP WITH THE CLIENT**

48. Applicant has been employed by the Debtors since the Court's entry of its Employment Order, effective February 21, 2005. None of the members of the Debtors are members of Applicant, and Applicant has not agreed to share any fees received in the Bankruptcy Case with anyone other than members of Applicant.

**AWARDS IN SIMILAR CASES**

49. Applicant represents and would demonstrate that the compensation sought in connection with the services rendered and expenses incurred in these cases is not excessive and is commensurate with the compensation sought or awarded in similar cases under the Bankruptcy Code. The amounts sought in this Application are based in part on the usual and customary hourly rates which Applicant charges other clients in similar matters. Applicant routinely scrutinizes its bills to ensure that its fees are in compliance with the customary rates in this District and voluntarily writes off certain fees and all overhead expenses, including its use of counsel, secretarial overtime, after-hour utilities, supplies, etc. Moreover, Applicant believes its billing rates are equivalent to or may even be less than those charged by other nationally recognized financial advisors in the bankruptcy community. Therefore, taking into consideration the time and labor spent, the nature and extent of the representation and the nature of this proceeding, Applicant believes the allowance prayed for herein is reasonable and just.

**REASONABLENESS OF XROADS' FEES**

50. The general areas of focus in this stage of the case as described earlier in this Application are certainly not exhaustive of the variety or number of issues and problems encountered in connection with its

role as financial and operations restructuring consultants herein. XRoads has been asked to assist, and represent the Debtors throughout these cases on novel and difficult tasks. Many of the issues have arisen under exigent circumstances and have required XRoads to dedicate significant resources exclusively to these cases within a compressed period of time.

51. XRoads represents and would demonstrate that the fees and expenses requested herein are not excessive and are, in its opinion, fair and reasonable in connection with the services provided by XRoads on behalf of the Debtors.

52. XRoads would show that the work it has performed during the Application Period has been beneficial to the Debtors and its constituency as set forth above and in the Fee Statements attached hereto. Taking into consideration the time and labor spent, the nature and extent of the representation and the nature of these proceedings, XRoads believes the allowance prayed for herein is reasonable and just.

**CONCLUSION**

53. XRoads respectfully submits that the compensation requested herein is for actual and necessary services rendered on behalf of the Debtor. XRoads has made every effort to minimize cost, efficiently plan and execute its work, and carry out the duties of operations and financial advisors relative to the needs of this case so as to benefit the Debtors and the estates constituents. Accordingly, XRoads respectfully submits that its request for compensation and reimbursement of expenses is reasonable and is justified by the benefits received by the Debtors, and therefore, this Application should be allowed in full.

WHEREFORE, XRoads respectfully requests entry of an order granting it (a) allowance of compensation for professional services rendered in the amount of $736,057.50, plus expenses incurred in the amount of $37,106.63 totaling $773,164.13 for the period of October 1, 2006 through November 21, 2006; (b) final approval, allowance, and payment of its professional fees in the amount of $21,208,544.30 less the additional voluntary discount of $71,085.36 for a net amount of $21,137,458.94 and expenses in the amount of $1,375,403.38 for the period February 21, 2005 through and including November 21, 2006; and (c) such other and further relief as is just and proper.

Dated: January 18, 2007

Respectfully submitted:

By: ________________________________

Dennis I. Simon
XRoads Solutions Group, LLC
1821 E. Dyer Road, Suite 225
Santa Ana, CA 92705
Financial Advisors and Operations
Restructuring Consultants for the Debtors

**CERTIFICATION**

1. I have been designated by XRoads Solutions Group, LLC (the "Applicant") as the professional with responsibility in this case for compliance with the "Guidelines for Fee Applications for Professionals in the Middle District of Florida in Bankruptcy Cases" (the Guidelines").

2. I have read the Applicant's Application for Compensation and Reimbursement of Expenses (the "Application"). The Application complies with the Guidelines, and the fees and expenses sought fall within the guidelines, except as specifically noted in this Certification and described in the Application.

3. The fees and expenses sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

4. In seeking reimbursement for the expenditures described on Exhibit "2", the Applicant is seeking reimbursement only for the actual expenditure and has not marked-up the actual cost to provide a profit or to recover the amortized cost of invstment in staff time or equiptment or capital outlay (except to the extent that the Applicant has elected to charge for in-house photocopies and outgoing facsimily transmissions at the maximum rates permitted by the Guidelines).

5. In seeking reimbursement for any service provided by a third party, the Applicant is seeking reimbursement only for the amount actually paid by the Applicant to the third party.

6. The following are the variances with the provisions of the Guidelines, the date of each Court Order approving the variance, and the justification for the variance: NONE

XRoads Solutions Group, LLC

Dennis I Simon
XRoads Solutions Group, LLC
1821 East Dyer Road
Suite 225
Santa Ana, CA 92705

FINANCIAL ADVISORS AND OPERATIONS RESTRUCTURING CONSULTANTS FOR THE DEBTORS

**EXHIBIT "1"**

Retention Order

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

**FINAL ORDER AUTHORIZING DEBTORS TO EMPLOY XROADS SOLUTIONS GROUP, LLC AS FINANCIAL AND OPERATIONS RESTRUCTURING CONSULTANTS**

These cases came before the Court for hearing on June 2, 2005, upon the application filed on February 21, 2005 by Winn-Dixie Stores, Inc. and its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for entry of an order pursuant to Sections 327(a) and 328 of the Bankruptcy Code authorizing the Debtors to employ XRoads Solutions Group, LLC ("XRoads") as financial and operations restructuring consultants (the "Application").[1] The Court has reviewed the Application, the letter agreement attached to the Application (the "Agreement"), the initial declaration and first and second supplemental declarations of Dennis I. Simon (the "Simon Declarations"), the interim order authorizing such retention entered on March 29, 2005 by the United States Bankruptcy Court for the Southern District of New York, and Amendment #1 to the Agreement attached hereto as Exhibit A (the "Amendment," and the Agreement as modified by the Simon Declarations and the Amendment, the "Amended Agreement"); and the Court has considered the evidence and heard the argument of counsel. The Court has determined that the terms of compensation being sought by XRoads as described in the Amended Agreement are

[1] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Application.

reasonable. After due deliberation and finding proper notice has been given, the Court determines that good cause exists to grant the relief and that granting the relief is in the best interest of these estates and creditors. Accordingly, it is

ORDERED AND ADJUDGED THAT:

1. The Application is granted as set forth in this Order.

2. The Debtors are authorized to retain XRoads as their financial and operations restructuring consultants on a final basis, pursuant to Sections 327(a) and 328 of the Bankruptcy Code, as of February 21, 2005 (the "Petition Date"), on the terms set forth in the Application and the Amended Agreement; provided, however, that in the event of any inconsistency between this Order and the Application or the Amended Agreement, this Order shall govern.

3. If any supplemental declarations are filed and served after the entry of this Order, absent any objections filed within twenty (20) days after the filing and service of such supplemental declarations, XRoads' employment shall continue as authorized pursuant to this Order.

4. The terms of compensation and reimbursement of expenses to be paid to XRoads as set forth in the Application, the Amended Agreement and this Order are "reasonable" as such term is used in Section 328(a) of the Bankruptcy Code, and XRoads shall be compensated and reimbursed in accordance with the terms of the Application, the Amended Agreement and this Order, but such compensation and reimbursement shall be subject to prior approval of this Court in accordance with the standards of and requirements under Section 328(a) of the Bankruptcy Code and any order of this Court establishing procedures for monthly compensation and reimbursement of expenses; provided that, notwithstanding the preceding

clause, only the United States Trustee retains the right to object to XRoads' interim and final fee applications (including expense reimbursement) on all grounds, including but not limited to the reasonableness standard provided for in Section 330 of the Bankruptcy Code.

5. XRoads shall provide forty-five (45) days' notice of any application for deferred fees and/or performance fees based upon the consummation of one or more Qualifying Transaction (as defined in the Agreement, which is defined in the Application), which notice shall be provided to the United States Trustee, counsel for the official committee of unsecured creditors, counsel for the Debtors' secured lenders, and the parties named on the master service list maintained in these cases.

6. XRoads' application for any performance fee in excess of $1,500,000 shall be permitted upon the Debtors' Board of Director's determination that such additional amount is warranted based on XRoads performance for the Debtors, including but not limited to an analysis of the over-all contribution to the reorganization process made by XRoads and the respective recoveries achieved by the various constituencies in the case. Notwithstanding paragraph 4 above, all parties in interest retain the right to object to XRoads' application for any performance fee in excess of $1,500,000 on all grounds, including but not limited to the reasonableness standard provided for in Section 330 of the Bankruptcy Code.

7. XRoads shall contemporaneously maintain time entries in six-minute increments for each individual working on the engagement.

8. In the event XRoads seeks reimbursement for attorneys' fees from the debtors pursuant to the Amended Agreement, the invoices and supporting time records from such attorneys shall be included in XRoads' own applications (both interim and final), and such invoices and time records shall be subject to the United States Trustee's guidelines for

compensation and reimbursement of expenses and the approval of the Bankruptcy Court under the standards of Sections 330 and 331 of the Bankruptcy Code without regard to whether such attorney has been retained under Section 327 of the Bankruptcy Code and without regard to whether such attorneys' services satisfy Section 330(a)(3)(C) of the Bankruptcy Code. Notwithstanding the foregoing, XRoads shall not seek reimbursement from the Debtors of any legal fees or expenses related to XRoads' employment pursuant to the Application or Amended Agreement.

9.    To the extent that any pre-petition retainer received by XRoads from the Debtors remains after application to pre-petition fees, charges, costs, or expenses, XRoads is authorized to hold such remaining retainer for application to allowed amounts owed pursuant to XRoads' final application in these cases; provided, however, that XRoads shall hold the retainer in a segregated account as funds clearly designated for the account of the Debtors and make periodic interest payments to the Debtors; and provided, further, however, that any party in interest may at any time challenge the use and application of the retainer by XRoads; and provided further, however, that to the extent the pre-prepetition retainer is insufficient to satisfy all pre-petition fees, charges, costs, or expenses, XRoads shall waive any unpaid pre-petition fees, charges, costs, or expenses.

10.    The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

11.    XRoads shall serve upon all creditors of the Debtors a notice in a form approved by the United States Trustee that discloses the material terms of XRoads' approved retention under Section 328 of the Bankruptcy Code and provides a thirty (30) day period within which any objections to such retention must be filed with the Court and served upon XRoads;

provided, however, that parties in interest who previously received notice of the Application and an opportunity to object and who failed to file an objection by the previously applicable objection deadline (the "Previously Noticed Creditors") shall not be entitled to file and serve objections or to have their objections heard. The Court shall consider any objections (other than objections filed by Previously Noticed Creditors, which shall be denied) at the omnibus hearing next following the expiration of such thirty (30) day period. This Order shall be final as to all creditors who do not file a timely objection and to all Previously Noticed Creditors.

Dated June 3, 2005 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve a copy of this Order on all parties included on the Master Service List.

**EXHIBIT A**



400 Madison Avenue, 3rd Floor
New York, NY 10017
main 212.610.5600
fax 212.610.5601
www.xroadsllc.com

H. Jay Skelton
Chairman of the Board
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, Florida 32254

Re: Winn-Dixie Stores, Inc.
Amendment #1 to XRoads Engagement Agreement dated February 16, 2004

Dear Mr. Skelton:

This Amendment #1 shall amend that certain engagement letter agreement dated February 16, 2004 (the "Agreement") between Winn-Dixie Stores, Inc. and its affiliates and subsidiaries (collectively, the "Company") and XRoads Solutions Group, LLC and its affiliates (collectively, "XRoads"). This Amendment #1 shall be effective as of May 31, 2005.

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, XRoads and the Company hereby agree that the Agreement shall be amended as follows:

1. **Section 2.c. of the Agreement entitled "Post-Petition Monthly Fees & Hourly Fees", is hereby amended to add the following language thereto**:

   "In XRoads final fee application, XRoads shall waive recovery of ten percent (10%) of its Hourly Fees up to a maximum of $1.5 million ("Fee Waiver"), provided however in the event any objections to XRoads' fee application are filed and granted, any reductions to XRoads fees or expenses shall be first offset against XRoads Fee Waiver."

2. **Section 2.h. of the Agreement entitled "Performance Fee", is hereby deleted in its entirety and replaced with the following language**:

   "h. Performance Fee. In addition to the Monthly Fees and Hourly Fees provided for above, XRoads shall be entitled to a performance fee for this Engagement in the amount of $1,500,000 (the "Performance Fee"), which shall be paid by the Company to XRoads upon the consummation of a Qualifying Transaction. "Qualifying Transaction" shall mean the earlier of one of the following events providing a 100% claim recovery to the Company's secured and approved unsecured creditors, plus a recovery to the Company's equity holders: (i) the sale or monetization of all or substantially all of the assets or equity of the Company in one or more transactions; (ii) the merger or consolidation of the Company with or into any other entity in one or more

_____ Initial
_____ Here

transactions; (iii) the substantial consummation of a plan of reorganization for the Company; or (iv) the liquidation of the Company. At the sole discretion of the Board of Directors of the Company, the Performance Fee payable to XRoads may be increased, provided that the maximum Performance Fee payable hereunder shall not exceed $5,000,000. Any increase in the Performance Fee over the $1,500,000 amount shall be subject to the approval of the bankruptcy court after due notice and opportunity for hearing given to the U.S. Trustee, the unsecured creditors committee and any secured lenders of the Company. Notwithstanding the preceding, in the event the Performance Fee awarded to XRoads is $3,000,000 or more, XRoads shall be paid the Performance Fee in the following manner: (i) 50% in cash upon the consummation of a Qualifying Transaction, and (ii) 50% payable over five years with fully amortized quarterly payments bearing interest at the applicable 5 year treasury rate."

3. **Entire Agreement/Conflicts**: This Amendment #1 incorporates by reference all of the terms and conditions contained in the Agreement, which shall remain unchanged and in full force and effect, except as amended by this Amendment #1. In the event of any conflict between the terms of the Agreement and the terms of this Amendment #1, the terms of this Amendment #1 will be deemed to have superseded those of the Agreement and exclusively will govern the matter in question.

If you agree to the terms and conditions set forth above, please indicate your acceptance and approval by signing this letter in the space provided below and on the duplicate copy enclosed. Please return one fully executed original to the undersigned for our files.

**AGREED AND ACCEPTED**:

Very truly yours,

**XRoads Solutions Group, LLC**

Dennis I. Simon
Managing Principal

**Winn-Dixie Stores, Inc.**

By:____________________________

H. Jay Skelton
Chairman of the Board

Date: __________________________

____ Initial

____ Here

**EXHIBIT "2"**

Application to Employ

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
D.J. Baker (DB 0085)

KING & SPALDING LLP
191 Peachtree Street
Atlanta, Georgia 30303
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Sarah Robinson Borders

Proposed Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** | : | |
| | : | **Chapter 11** |
| | : | |
| **WINN-DIXIE STORES, INC., et al.,** | : | **Case No. 05-11063** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

**APPLICATION FOR AUTHORITY TO EMPLOY XROADS SOLUTIONS GROUP, LLC AS FINANCIAL AND OPERATIONS RESTRUCTURING CONSULTANTS**

Winn-Dixie Stores, Inc. and its debtor affiliates,[1] as debtors and debtors-in-possession (collectively, the "Debtors"), respectfully represent:

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie

## Background

### A. Chapter 11 Filings.

1. The Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on February 21, 2005 (the "Petition Date").

2. The Debtors will continue in possession of their property and will operate and manage their businesses as debtors-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

3. No request has been made for the appointment of a trustee or examiner, and no official committee has yet been appointed in these cases.

4. This Court has jurisdiction over this Application under 28 U.S.C. § 1334. Venue of this proceeding is proper pursuant to 28 U.S.C. § 1409. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

### B. Company Background.

5. The Debtors are grocery and drug retailers operating in the southeastern United States, primarily under the "Winn-Dixie" and "Winn-Dixie Marketplace" banners. According to published reports, the Debtors are the eighth-largest food retailer in the United States and one of the largest in the Southeast. The Debtors' business was founded in 1925 with a single grocery store and has grown through acquisitions and internal expansion. The Debtors currently operate more than 900 stores in the United States. Substantially all of the Debtors' store locations are leased rather than owned.

6. The Debtors employ nearly 79,000 associates, of whom approximately 33,000 are employed on a full-time basis and 46,000 on a part-time basis.

---

Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie

7. The Debtors operate in a highly competitive supermarket industry that is generally characterized by intense competition and narrow profit margins. The Debtors compete directly with national, regional, and local supermarket chains and independent supermarkets, as well as with Wal-Mart, similar supercenters, and other non-traditional grocery retailers such as dollar discount stores, drug stores, convenience stores, warehouse club stores, and conventional department stores.

**C. Capital Structure.**

8. The Debtors' primary secured obligations arise under a Second Amended and Restated Credit Agreement dated June 29, 2004, with Wachovia Bank, N.A., as administrative agent; GMAC Commercial Finance LLC, as syndication agent; Wells Fargo Foothill, LLC, General Electric Capital Corporation, and The CIT Group/Business Credit, Inc., as co-documentation agents; Wachovia Bank, N.A., as successor by merger to Congress Financial Corporation (Florida), as collateral monitoring agent; and the several lenders from time to time party thereto (as amended, the "Credit Agreement").

9. The Debtors' maximum borrowing capacity under the Credit Agreement totals $600 million. Beginning on September 22, 2004, the Debtors failed to meet a financial test under the Credit Agreement that limited the amount available for borrowings; however, the Debtors obtained a waiver of this financial test on February 9, 2005. The waiver requires that the Debtors perfect the lenders' security interest in assets with a requisite value on or before March 31, 2005. The waiver expires on June 29, 2005.

10. The Credit Agreement provides for revolving loans and the issuance of letters of credit. It is secured by substantially all of the personal property and owned real property of the

---

Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Debtors that are parties thereto.  As of the Petition Date, the Debtors were liable for obligations

under the Credit Agreement in the aggregate amount of approximately $427 million.  The

Debtors are seeking authority to refinance their obligations under the Credit Agreement pursuant

to a debtor-in-possession financing facility provided by Wachovia Bank, N.A. and other lenders.

11.     Certain of the Debtors are parties to an Indenture with Wilmington Trust

Company dated December 26, 2000 (as amended and supplemented, the "Indenture").  Pursuant

to the Indenture, Debtor Winn-Dixie Stores, Inc. issued $300 million in principal amount of

Senior Notes bearing interest at 8.875% per annum, and certain other Debtors guaranteed the

Senior Notes.  The Senior Notes mature in 2008 and require semi-annual interest-only payments

until maturity.  The Senior Notes are unsecured obligations that are *pari passu* with most of the

Debtors' other unsecured obligations, which generally consist of trade debt, contract and lease

obligations (including possible rejection damages), employee obligations, and litigation claims.

12.     Parent company Winn-Dixie Stores, Inc. is publicly owned, and its common stock

has been traded on the New York Stock Exchange since 1952 under the ticker symbol WIN.  All

of the other Debtors are direct and indirect subsidiaries of Winn-Dixie Stores, Inc.

**D.     Events Leading to the Debtors' Chapter 11 Cases.**

13.     In January 2004, the Debtors announced a series of actions designed to improve

their competitive position (the "Strategic Plan").  The Strategic Plan included (a) a review of

business strategies and marketing programs, (b) an expense reduction plan designed to achieve a

$100 million annual expense reduction, (c) a market positioning review through which markets

will be identified as either core, and positioned for future investment and growth, or non-core,

and evaluated for sale or closure, (d) an image makeover program targeting approximately 700

stores for facilities improvement, and (e) a process re-engineering initiative that is intended to enhance organizational effectiveness and company business initiatives.

14.    As part of the Strategic Plan, the Debtors committed to focus on a core base of stores across 36 designated marketing areas in the United States.  The Debtors decided to exit 156 stores, exit three distribution centers, sell or close four manufacturing plants, and consolidate two dairy operations.  Of these facilities, the Debtors exited 135 stores, three distribution centers, and three manufacturing plants between April 2004 and the Petition Date.

15.    Despite the implementation of the Strategic Plan, during the remainder of 2004, the Debtors continued to experience significant sales declines and market-share losses.  The Debtors' financial performance was affected not only by operating losses but also by ongoing obligations relating to a significant number of store locations where the Debtors no longer operate.  The Debtors are seeking authority to reject a substantial number of the leases relating to these stores, effective immediately.

16.    In part in anticipation of the 2004 holiday season, the Debtors increased their purchasing activities in October and November.  When holiday sales were lower than expected, the Debtors experienced higher-than-anticipated inventory levels and lower-than-anticipated accounts payable, resulting in increased borrowings under the Credit Agreement and reduced liquidity.

17.    On February 10, 2005, the Debtors announced that during their first and second fiscal quarters ending on January 12, 2005, the Debtors incurred losses in the amount of $552.8 million, or $3.93 per share of common stock.  The Debtors also announced that for their second fiscal quarter, identical-store sales declined by 4.9% as compared to the second quarter of the prior year.

18. The Debtors' financial results and decrease in liquidity, coupled with downgrades by Moody's Investor Services and Standard & Poor's Rating Services, as well as negative press coverage, led a number of the Debtors' trade creditors to demand shorter payment terms. Since the announcement of the Debtors' financial results on February 10, 2005, the Debtors have experienced a reduction in vendor and other credit by more than $130 million. As a result, the Debtors have been forced to conclude, after consultation with their advisors, that their interests and the interests of their creditors, employees, and customers will be best served by a reorganization under Chapter 11 of the Bankruptcy Code.

19. As part of their restructuring under Chapter 11, the Debtors, led by a chief executive officer hired in December 2004, intend to implement further asset rationalization and expense reduction plans and to utilize new sales initiatives to improve the Debtors' brand image and competitive position, with the goal of improving their operations and financial performance and strengthening their business for the benefit of creditors, customers, employees, and the communities in which the Debtors operate.

**Relief Requested**

20. By this Application, the Debtors request entry of an order, pursuant to Section 327(a) of the Bankruptcy Code, approving the employment of XRoads Solutions Group, LLC ("XRoads") as financial and operations restructuring consultants to the Debtors during these cases. The Debtors request that XRoads be retained to perform the services and on the terms as detailed in this Application.

**Basis for Relief**

21.     Pursuant to Section 327(a) of the Bankruptcy Code, the Debtors request that the Court approve their retention of XRoads to provide certain financial and operations restructuring consulting services during their Chapter 11 cases.

22.     The Debtors request that the retention of XRoads be on the terms and conditions detailed in the letter agreement between the Debtors and XRoads (the "Agreement"), dated February 16, 2005 and attached to this Application as Exhibit A.

23.     The Debtors have selected XRoads as their financial and operations restructuring consultants because of XRoads's general experience and knowledge and its recognized expertise in the fields of, among other things, real estate planning and management, vendor management, cash management, contingency planning, and extensive experience advising companies in Chapter 11 cases.  The Debtors believe that XRoads is both well qualified and uniquely able to represent them in these cases and in other matters in a most efficient and timely manner.

24.     XRoads has worked on numerous Chapter 11 cases during its eight years in business, and its senior professionals providing services to the Debtors each have over twenty years' experience in restructuring cases.  XRoads has been retained as consultants in large Chapter 11 cases, such as Impath, Inc., Intrepid USA, Inc., Ormet Primary Aluminum Corp., and Farmland Industries, Inc., all cases in which XRoads advised or continues to advise the debtors.

25.     The employment of XRoads is appropriate and necessary to enable the Debtors to successfully reorganize their operations and emerge from these Chapter 11 cases as a profitable enterprise.  Subject to further order of this Court, it is proposed that XRoads be employed for the following purposes:

**Real Estate Planning and Management:**

- Perform assessments of marketability versus holding costs of excess real estate;
- Assist the Debtors in their selection and management of third parties to evaluate, market, and sell leases associated with stores and facilities to be closed;
- Assist the Debtors in the valuation of potential lease reductions for continuing stores and facilities;
- Assist in the renegotiation of existing real estate leases;
- Assist in the disposition of non-essential real estate;

**Vendor Management:**

- Assist the Debtors in their communications, negotiations with, and presentations to vendors, trade creditors, and holders of such debt;

**Cash Management:**

- Analyze and redesign the Debtors' cash management and all related activities;
- Advise the Debtors on their cash forecasting process, including reviewing cash flow projection models previously prepared by the Debtors, and redesigning the Debtors' cash forecasting processes;
- Assist the Debtors in redesigning and implementing new effective management and financial reporting methodologies for the Debtors' business;
- Assist the Debtors in the development of a reliable long-term liquidity forecast;
- Assist with developing a more detailed financial reporting package with commentary, including an analysis of monthly performance, an outlook to the next period based on current trends and backlogs, and a comparison to budget so that deviations therefrom, if any, can be tracked and explained along with providing a view toward any changes to the budget model which may become necessary as a result;

**Lender Management:**

- Assist with communication with lenders;
- Validate reports;

**Strategic Advisory:**

- Evaluate the Debtors' strategic alternatives; and
- Evaluate the Debtors' business plan, including the level of execution of said plans, plans for business closings, shut downs or other improvements or changes, and advising on same and integrating the same into the Debtors' reorganization and restructuring plans;

**Case Management Services:**

- If requested by the Debtors, provide certain bankruptcy support services.

26.    XRoads has stated its desire and willingness to act in these cases and to render the services detailed in the preceding paragraph for the Debtors.

27.    To the best of the Debtors' knowledge: (a) XRoads neither holds nor represents any interest adverse to the Debtors' estates; (b) XRoads has had no affiliation with the Debtors, their creditors or any party in interest, or their respective attorneys and accountants, the United States Trustee, any person employed in the office of the United States Trustee, or the Bankruptcy Judge presiding over these cases; and (c) XRoads is a "disinterested person" within the meaning of Sections 101(14) and 327(a) of the Bankruptcy Code, except as specifically disclosed more fully in the Declaration of Dennis I. Simon, the Managing Principal of XRoads (the "Simon Declaration"), attached hereto as Exhibit B.

28.    The Debtors and XRoads have agreed that XRoads will be compensated as set forth in the Agreement. Specifically, the Debtors will pay XRoads a fixed minimum fee of $200,000 per month. If XRoads's professionals spend more than 400 hours in any calendar month on the engagement, the Debtors will pay XRoads for any additional hours at the rate of $400 per hour. The Debtors will compensate XRoads for the time spent by XRoads's personnel who perform administrative services under the terms of the Agreement at a rate of $85-$160 per hour, and such administrative services will not be applied toward the 400-hour threshold described above. Non-working travel time to and from the Debtors' designated workplace will not be billed to the Debtors nor will such time be applied toward the 400-hour threshold described above. The Debtors also will reimburse XRoads for its actual and necessary expenses. In addition, XRoads will be entitled to receive a performance fee in the amount of $1,250,000, which will be paid under certain circumstances, as outlined in the Agreement, and which may be

increased up to a maximum performance fee amount of $5,000,000 if approved by this Court and in accordance with the procedures outlined in the Agreement.

29. XRoads will file fee applications with the Court in accordance with applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules, and orders of this Court.

30. The Agreement provides for the Debtors' indemnification of XRoads for certain claims or losses. Notwithstanding the Agreement, the Debtors do not seek approval of any indemnification provision, and XRoads has agreed that it will not seek to enforce any indemnification provision.

31. Prior to the Petition Date, XRoads received from the Debtors a retainer in the amount of $500,000, which continues to be held by XRoads as a "last bill" retainer subject to the future direction and orders of the Court.

32. Prior to the Petition Date, XRoads received certain amounts (as set forth in the Simon Declaration) from the Debtors as compensation for professional services performed, and additional amounts (as set forth in the Simon Declaration) for the reimbursement of reasonable and necessary expenses incurred in connection therewith.

**Notice**

33. Notice of this Application has been provided to the Office of the United States Trustee, counsel for Wachovia Bank, N.A., as agent for the Debtors' secured lenders, the indenture trustee for the Debtors' noteholders, and the Debtors' fifty (50) largest unsecured creditors. In light of the nature of the relief requested, the Debtors submit that no further notice is necessary.

**Waiver of Memorandum of Law**

34. Pursuant to Local Bankruptcy Rule 9013-1(b) for the Southern District of New York, because there are no novel issues of law presented herein, the Debtors respectfully request that the Court waive the requirement that the Debtors file a memorandum of law in support of this Application.

WHEREFORE, the Debtors respectfully request that this Court:

(a) enter an order pursuant to Section 327(a) of the Bankruptcy Code authorizing the Debtors to employ XRoads Solutions Group, LLC as financial and operations restructuring consultants in these cases; and

(b) grant the Debtors such other and further relief as is just and proper.

Dated: February 21, 2005
New York, New York

*/s/ D. J. Baker*
D. J. Baker (DB 0085)
Sally McDonald Henry (SH 0839)
Rosalie Walker Gray
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (917) 777-2150

-and-

Sarah Robinson Borders
Brian C. Walsh
KING & SPALDING LLP
191 Peachtree Street
Atlanta, Georgia 30303
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

PROPOSED ATTORNEYS FOR THE DEBTORS

**EXHIBIT A**

**AGREEMENT**



400 Madison Avenue, 3rd Floor
New York, NY 10017
main 212.610.5600
fax 212.610.5601
www.xroadsllc.com

February 16, 2004

H. Jay Skelton
Chairman of the Board
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, Florida 32254

Re: Winn-Dixie Stores, Inc. / XRoads Solutions Group, LLC

Dear Mr. Skelton:

This letter agreement ("Agreement") sets forth the services to be provided by XRoads Solutions Group, LLC and its affiliates (collectively, "XRoads") to Winn-Dixie Stores, Inc. and its affiliates and subsidiaries (collectively, the "Company") and the terms and conditions under which such services will be performed (the "Engagement"). All references in this Agreement to XRoads shall include officers, agents, and employees of XRoads.

1. **Scope of Services and Fees: Pre-Petition**.

a. Pre-Petition Services. From February 15, 2005 through February 21, 2005 (the "Pre-Petition Period"), the Company shall employ XRoads to assist the Company and its bankruptcy counsel in preparations for a possible filing of a petition for protection under the United States Bankruptcy Code, which assistance shall include without limitation, assisting in the preparation of schedules of assets and statements of financial affairs, financial and cash flow forecasting, review of contracts (including executory contracts), review of accounts payable, coordination with investor and public relations professionals, analysis of the Company's largest unsecured creditors, real estate analysis, business plan review, and assistance in arranging for Debtor-in-Possession ("DIP") financing, as may be requested.

b. Pre-Petition Fees. The Company shall pay XRoads a fixed flat fee of $300,000 ("Pre-Petition Fee") for XRoads' pre-petition services during the Pre-Petition Period, which Pre-Petition Fee shall include payment for all of XRoads personnel's time spent performing the services set forth in Section 1.a. above during the Pre-Petition period and all of XRoads' anticipated out-of-pocket expenses for travel, meals and living expenses incurred during the Pre-Petition Period. The Company shall pay the Pre-Petition Fee to XRoads on or before 12:00 noon EST on February 18, 2005.

_____ Initial
_____ Here

2. **Scope of Services: Post-Petition**.

a. Within three (3) days after the Company has filed its petition for bankruptcy protection under the United States Bankruptcy Code, the Company shall seek bankruptcy court approval of XRoads' Engagement as provided for in this Agreement, pursuant to 11 U.S.C. § 328 or such other appropriate code section as determined by the parties and the Company's counsel. During the Company's bankruptcy ("Post-Petition Period"), XRoads shall be engaged to advise the Company in connection with various debtor, financial and operations restructuring advisory matters, including but not limited to:

i. **Real Estate Planning and Management**

- Assessments of marketability versus holding costs of excess real estate
- Assisting the Company in its selection and management of third parties to evaluate, market and sell leases associated with stores and facilities to be closed
- Assisting the Company in the valuation of potential lease reductions for continuing stores and facilities
- Assist with renegotiation of existing real estate leases
- Assist with disposition of non-essential real estate

ii. **Vendor Management**

- Assisting the Company in its communications, negotiations with, and presentations to vendors, trade creditors and holders of such debt

iii. **Cash Management and Financial Reporting**

- Analyzing and redesigning the Company's cash management and all related activities
- Advising the Company on its cash forecasting process, including reviewing cash flow projection models previously prepared by the Company, and redesigning the Company's cash forecasting processes
- Assisting the Company in redesigning and implementation of new effective management and financial reporting methodologies for the Company's business
- Assisting the Company in the development of a reliable long-term liquidity forecast

_____ Initial
_____ Here



- Assisting the Company in developing a more detailed financial reporting package with commentary, including an analysis of monthly performance, an outlook to the next period based on current trends and backlogs, and a comparison to budget so that deviations therefrom, if any, can be tracked and explained along with providing a view toward any changes to the budget model which may become necessary

iv. **Lender Management**

- Communication
- Validate reports

v. **Strategic Advisory**

- Evaluating and advising the Company on its Company's strategic alternatives
- Evaluating the Company's business plan, including the level of execution of said plans, plans for business closings, shut downs or other improvements or changes, and advising on same; assisting the Company in the integration of same into the Company's reorganization and restructuring plans

vi. **Case Management Services**

- XRoads understands that the Company has retained Logan & Company, Inc. to provide the Company with bankruptcy management and analysis work in connection with claims filed by the Company's creditors, including analysis of claims, reconciliations, litigation / objection support functions, and exhibit preparation. XRoads shall not duplicate such services but may provide supplementary services if requested to do so by the Company and its bankruptcy counsel. XRoads shall provide the Company with such other selected bankruptcy support services and bankruptcy administrative services as the Company in consultation with its bankruptcy counsel elects from the list of such services set forth on Schedule A attached hereto, which Schedule A is incorporated herein by this reference, all at the rates set forth on Schedule A attached hereto (the "BK Admin Charges"). BK Admin Charges shall be paid in accordance with the payment procedures approved by the Bankruptcy Court overseeing the Company's bankruptcy case.

b. Expansion of Services. The scope of XRoads' post-petition services may be expanded from time to time, provided that XRoads and the Company mutually agree in writing to any such expansion and any corresponding increase in fees.

_____ Initial

_____ Here



c. Post-Petition Monthly Fees & Hourly Fees. XRoads will charge the Company a fixed minimum fee of $200,000 per month during the Post-Petition Period (the "Monthly Fees") for XRoads services set forth in Sections 2.a. and b. above, provided that if XRoads' personnel's time spent "performing the Services" (as defined below) total more than 400 hours in any calendar month during the Post-Petition Period, then the Company shall pay XRoads for such additional hours at the rate of rate of $400 per hour ("Hourly Fees"). The Company shall pay XRoads the Monthly Fees in advance on the first day of each month, subject to the bankruptcy court's authorized procedures for payments to professionals. The Monthly Fee for February 2005 and the final month of this Engagement shall be prorated, as will the 400 hour threshold provided for above. "Performing the Services" shall include time spent by XRoads professional personnel performing the services provided for in Sections 2.a. and b. above, and shall exclude non-working time spent traveling to, from and for the Company to perform such services.

d. Payment of Hourly and Admin Fees. XRoads will submit monthly invoices for any Hourly Fees hereunder, which invoices shall be due and payable in accordance with the bankruptcy court's payment procedures for the Company's bankruptcy case. XRoads' administrative non-professional services performed in connection with this Engagement shall be charged at rates of $85 - $160 per hour ("Admin Fees") and such administrative services shall not be applied towards the 400 hour threshold provided for above. Administrative services includes paralegal, technical support and document management services. Administrative services do not include clerical or secretarial services. Admin Fees shall be included in XRoads monthly invoices for Hourly Fees and shall be payable therewith.

e. Travel Time. The Company shall not pay XRoads for the travel time spent by XRoads personnel while traveling to and from the Company's designated workplace ("Travel Time"). Travel Time will be non-working commuting time measured from the time XRoads personnel leave the location from which he or she departs until arrival at the Company designated workplace, including commuting time while XRoads personnel are temporarily living near the Company's designated workplace.

f. Expenses. XRoads shall be entitled to reimbursement of its expenses reasonably incurred in connection with this Engagement (e.g., actual out of pocket expenses such as communications, travel, meals and living expenses incurred in connection with the Engagement). The Company shall only be charged for coach class airline travel during this Engagement. XRoads will submit periodic invoices for these expenses, which invoices shall be due and payable in accordance with the bankruptcy court's payment procedures for the Company's bankruptcy case.

g. Retainer. The Company shall pay to XRoads $500,000 as a retainer due on or before 12:00 noon EST on February 18, 2005. The retainer is a "security retainer" to secure payment to XRoads for services to be rendered and expenses to be incurred by XRoads

_____ Initial

_____ Here



during the Pre-Petition Period and Post-Petition Period. The retainer is not to be applied or credited to amounts due from the Company as they come due, but will be returned to the Company once all amounts due hereunder are paid in full. The Company hereby grants a security interest in the retainer to XRoads to secure payment of all amounts due hereunder and expressly authorizes XRoads to pay itself any amounts past due from the retainer. The Company acknowledges and agrees that this security interest is perfected by virtue of XRoads' possession of the retainer. Interest earned on the retainer is the property of the Company and shall be periodically delivered to the Company.

h. Performance Fee. In addition to the Monthly Fees and Hourly Fees provided for above, XRoads shall be entitled to a performance fee for this Engagement in the amount of $1,250,000 (the "Performance Fee"), which shall be paid by the Company to XRoads upon the consummation of a Qualifying Transaction. "Qualifying Transaction" shall mean the earlier of (i) the sale or monetization of all or substantially all of the assets or equity of the Company in one or more transactions; (ii) the merger or consolidation of the Company with or into any other entity in one or more transactions; (iii) the substantial consummation of a plan of reorganization for the Company; or (iv) the liquidation of the Company. At the sole discretion of the Board of Directors of the Company, the Performance Fee payable to XRoads may be increased, provided that the maximum Performance Fee payable hereunder shall not exceed $5,000,000. Any increase in the Performance Fee over the $1,250,000 amount shall be subject to the approval of the bankruptcy court after due notice and opportunity for hearing given to the U.S. Trustee, the unsecured creditors committee and any secured lenders of the Company.

k. Wire Transfer. All payments required hereunder shall be paid by wire transfer unless otherwise permitted by XRoads. Set forth below are XRoads' wire transfer instructions:

Bank Name: Comerica Bank
Bank Address: 611 Anton Blvd; Costa Mesa, CA 92626
Bank Phone: Phone (800) 888-3595
ABA Routing: ABA: 121137522
Account Name: XRoads Solutions Group, LLC
Account No: 189-262-1549
Contact Person: J.Simon / E.Lyons

Payments made by mail should be sent to XRoads Solutions Group, LLC, Attention: Edward Lyons, Controller, 9 Executive Circle, Suite 190, Irvine, California 92614.

l. Right to Terminate Services. Failure of the Company to promptly pay amounts due for services rendered or for reimbursement of expenses shall constitute justification for XRoads to terminate this Agreement upon three (3) days written notice and XRoads shall have the right to recover from the Company (i) all unpaid amounts owed, (ii) the $1,250,000 minimum amount Performance Fee, and (iii) any Performance Fee amount in excess of

_____ Initial
_____ Here



$1,250,000 ~~$2,000,000~~ as determined appropriate by the Company's Board of Directors or the bankruptcy court overseeing the Company's bankruptcy, as applicable, based on XRoads services performed.

3. **Term of Engagement**.

The term of the Engagement shall commence as of February 15, 2005. Either the Company or XRoads may terminate this Agreement upon thirty (30) days' advance written notice, with payment due to XRoads for fees through the termination date (including Monthly Fees, Hourly Fees, Admin Fees and the minimum Performance Fee) and expenses incurred through the termination date. Notwithstanding the preceding, in the event the Company terminates this Agreement for good cause, the Company shall not be obligated to pay XRoads the Performance Fee, provided that XRoads shall have the right to have any such termination for cause ruled upon by the bankruptcy court overseeing the Company's bankruptcy case. XRoads may withdraw for good cause without the Company's consent. Good cause includes a party's breach of this Agreement (including the Company's failure to pay any appropriate invoice when due), the Company's or XRoads' failure or refusal to cooperate with the other, or any fact or circumstance that would render XRoads' continuing representation unlawful or unethical. In such withdrawal event, the Company shall pay to XRoads all fees through the withdrawal date (including Monthly Fees, Hourly Fees, Admin Fees and the minimum Performance Fee) and expenses incurred through the withdrawal date.

4. **Work Performed**.

XRoads work for the Company will be performed on a "level-of-effort" basis; that is, the depth of our analyses and extent of our authentication of the information on which our advice to the Company will be predicated, may be limited in some respects due to the extent and sufficiency of available information, time constraints dictated by the circumstances of our engagement, and other factors. Moreover, we do not contemplate examining any such information in accordance with generally accepted auditing or attestation standards. Rather, it is understood that, in general, we are to rely on information disclosed or supplied to us by employees and representatives of the Company without audit or other detailed verification of its accuracy and validity.

5. **Reports**.

XRoads will submit oral and/or written reports, at the request of the Company, summarizing our evaluations and analyses based on our work pursuant to this Agreement. Our reports will encompass only matters that come to our attention in the course of our work that we perceive to be significant in relation to the objective of our Engagement. However, because of the time and scope limitations implicit in our Engagement and the related limitations on the depth of our analyses and the extent of our verification of information, we may not discover all such matters or perceive their significance. Accordingly, we will be unable to and will not provide assurances in our reports concerning the integrity of the information used in our analyses and on which our findings and advice to the Company may be based. In addition, we

Initial Here



have no obligation to and will not update our reports or extend our activities beyond the scope set forth herein unless the Company requests and we agree to do so.

6. **Disclosures**.

XRoads has represented, and will in the future represent, many different clients with various business interests in numerous industries. These clients are often referred to XRoads by intermediaries such as lawyers, investment bankers, lenders and accountants ("Referral Sources"). In undertaking the Engagement on behalf of the Company, XRoads' objective is to provide services for the Company to the best of its ability, but without precluding XRoads from representation of other clients or from accepting referrals from or making referrals to Referral Sources. We have undertaken a reasonable review of our records to determine XRoads' professional relationships with the persons or entities the Company has identified. We are not aware of any conflicts of interest or relationships that would preclude us from performing the above work for the Company. XRoads agrees to update its disclosure information from time to time if and when additional parties with an interest in or a relationship with the Company are identified by the Company, in writing, to XRoads.

7. **Entire Agreement, Waiver, Modification, and Notices**.

This Agreement, including any Exhibits, constitutes the final and complete expression of the parties with respect to its subject matter and supersedes and replaces any other written or oral agreement or understanding between the parties. This Agreement may be amended, modified, supplemented or waived only by a written instrument signed by both parties. No waiver of a breach hereof shall be deemed to constitute a waiver of a future breach, whether of a similar or a dissimilar nature. All notices, demands or other communications which are required or are permitted to be given in this Agreement shall be in writing and shall be deemed to have been sufficiently given (i) upon personal delivery, (ii) the third business day following due deposit in the United States mail, postage prepaid, and sent certified mail, return receipt requested, correctly addressed or (iii) when receipt is acknowledged if sent via facsimile transmission. Notices to you shall be sent to the address set forth on page one of this Agreement. Notices to XRoads shall be sent to the address set forth below:

XRoads Solutions Group, LLC
Attn: General Counsel
9 Executive Circle, Suite 190
Irvine, CA 92614
Fax (949) 567-1702

Either party may give written notice of a change of address by certified mail, return receipt requested, and after notice of such change has been received, any notice shall be given to such party in the manner above described at such new address.

Initial
Here



8. **Authority**.

The Company has all requisite corporate power and authority to enter into this Agreement. The Company and XRoads have fully reviewed this Agreement, have obtained counsel on its terms, and have participated in the drafting of this Agreement such that it shall not be construed against any one party. This Agreement has been duly and validly authorized by all necessary corporate action on the part of the Company and has been duly executed and delivered by the Company and constitutes a legal, valid and binding agreement of the Company, enforceable in accordance with its terms.

9. **Expiration of Offer**.

If this Agreement is not executed within seven days from its issue date, XRoads reserves the right to amend or revoke the terms after such date.

**THE ADDITIONAL TERMS AND CONDITIONS ATTACHED TO THIS AGREEMENT ARE HEREBY MADE PART OF THIS AGREEMENT AS THOUGH FULLY SET FORTH HEREIN.**

If you agree to the terms and conditions set forth above, please indicate your acceptance and approval by signing this letter in the space provided below and on the duplicate copy attached. Please return one fully executed original to the undersigned for our files.

XRoads looks forward to serving you in this important matter.

Very truly yours,

**XRoads Solutions Group, LLC**

Dennis I. Simon
Managing Principal

**AGREED AND ACCEPTED:**

**Winn-Dixie Stores, Inc.**

By:____________________ Date:____________________

H. Jay Skelton
Chairman of the Board

____ Initial

____ Here



## ADDITIONAL TERMS AND CONDITIONS

**Amounts Not Paid**. All amounts not paid when due will bear interest at an annual rate of 12% or the maximum rate allowed by law, whichever is greater.

**Agreement Not to Employ**. XRoads' business is in part centered on its ability to identify and secure the services of talented personnel for its client companies. Absent an agreement with XRoads providing it fair compensation, XRoads would suffer serious economic harm were its client companies to hire directly or through other companies XRoads' employees. The Company agrees that during the term of this Agreement and for twelve months thereafter it shall not, directly or indirectly, knowingly solicit, offer employment to or hire any employee or independent contractor of XRoads with whom the Company has had contact as a result of this Engagement. If the Company and XRoads agree that the Company may hire a XRoads' employee or independent contractor, notwithstanding the prohibition in the immediately preceding sentence, and such hiring occurs within twelve months after the termination of this Agreement, the Company shall pay XRoads an amount equal to the particular individual's standard hourly rate at XRoads multiplied by an assumed annual billing of 2,000 hours as liquidated damages. Any such payment shall be made on the date the XRoads' employee or independent contractor begins work for the Company. This paragraph shall not preclude the Company from making general employment solicitations not specifically aimed at XRoads' employees or independent contractors.

**Warranties and Indemnification**. XRoads neither expresses nor implies any warranties of its work nor predicts results of the Engagement. XRoads has not offered any assurances that the efforts to resolve the financial, structural or management issues facing the Company can or will be successful.

XRoads shall not be subject to any liability to the Company for any act or omission relating to, in connection with or arising out of services rendered hereunder, unless XRoads' acts or omissions constitute willful malfeasance, gross negligence or the reckless disregard of XRoads' obligations or duties hereunder. In furtherance of the foregoing, the Company agrees and covenants that it will not initiate any legal or administrative proceedings whatsoever against XRoads relating to, in connection with or arising from the services rendered hereunder seeking more than the amount of the fees actually paid to XRoads for the Engagement. The Company acknowledges and agrees that the allocation of risk provided by this paragraph is fair and reasonable.

The Company releases, indemnifies and holds XRoads harmless from and against any losses, claims, damages or liabilities ("Losses") to which XRoads may become subject and shall promptly reimburse XRoads for any legal or other expenses (including the cost of any investigations and the hiring of any accountant or other experts) reasonably incurred by XRoads relating to, in connection with or arising from the services rendered hereunder, whether or not resulting in any liability, unless such Losses resulted from XRoads' willful malfeasance, gross negligence or the reckless disregard of its obligations or duties hereunder.

In the event of a bankruptcy involving the Company, XRoads understands that the foregoing provisions may be modified by the order of the bankruptcy court approving the engagement of XRoads.

_____ Initial

_____ Here



**Legal Proceedings**. If after the termination of the Engagement XRoads is requested and agrees or is required to participate in any manner in legal or administrative proceedings regarding the Company, compensation shall be paid to XRoads for time spent in preparation, travel, attendance at and work related thereto, all at XRoads' then current hourly rates for the relevant personnel involved, unless XRoads is a party litigant. XRoads shall be further entitled to such compensation in the event XRoads is required to participate in any manner in legal or administrative proceedings concerning the Company during the Engagement, if such participation requires work outside the scope of services to be performed under this Engagement. For individuals no longer employed by XRoads, at the time of such participation, payment shall be made to such individuals directly or to their employers, as applicable.

**Accuracy of Information**. The Company will use reasonable efforts to assure that all information, financial or otherwise, provided by or on behalf of the Company with respect to the Engagement (the "Information") to XRoads will, as of its respective dates, be accurate and complete in all its material respects. The Company understands that XRoads will not be responsible for independently verifying the accuracy of the Information. The Company assumes full responsibility for inaccuracies in any Information provided by or on behalf of the Company to XRoads or any third party. The Company will reasonably cooperate with XRoads in all phases of XRoads' services under the Engagement. Specifically, without limiting the generality of the foregoing, if at any time during the Engagement, the Company discovers that any of the Information is inaccurate in any material respect it will immediately notify XRoads.

**Work Output**. XRoads' work processes used, prepared or assembled by XRoads during the Engagement, including XRoads' proprietary methodology, know-how and computer models ("Work Processes") shall be the exclusive property of XRoads. The Company shall not be entitled to the Work Processes. XRoads shall retain copies of the Work Processes pursuant to its document retention policy as in effect from time to time. Upon the conclusion of the Engagement, XRoads shall deliver to the Company any data, reports, or runs assembled or prepared by XRoads for the Engagement specifically and for the benefit of the Company. The data, reports and runs shall be the property of the Company.

**Future Engagements**. XRoads has offices throughout the United States. XRoads is or expects to be engaged by other clients from time to time and cannot assure that, following the Engagement, an engagement will not be accepted elsewhere for an interested party.

**Independent Contractor**. The Company acknowledges that XRoads is being retained as an independent contractor to the Company and no employment relationship, partnership, joint venture or other association shall be deemed created by this Agreement.

**Confidentiality**. During the term of the Engagement and thereafter, XRoads shall keep secret and retain in strictest confidence, any and all confidential information relating to the Company or which XRoads shall obtain knowledge of by reason of the Engagement, including, without limitation, trade secrets, customer lists, financial plans or projections, pricing policies, marketing plans or strategies, business acquisition or divestiture plans, new personnel acquisition plans, technical processes and other research projects. XRoads shall not, except in connection with the performance of its duties hereunder, disclose any such information to anyone outside the Company, other than to XRoads' legal counsel, as required by applicable law (provided prior written notice thereof is given by XRoads to the Company) or with the

_____ Initial
_____ Here



Company's prior written consent, which shall not be unreasonably withheld or delayed. The obligations of XRoads in this paragraph shall not apply to information which is (i) known generally to the public; (ii) known to XRoads prior to the date of this Agreement; (iii) lawfully disclosed to XRoads by a third party; (iv) generally known in the industry in which the Company is engaged; or (v) required by law to be disclosed by XRoads, in which event XRoads shall provide the Company with prompt notice thereof.

The Company shall not, except as required in the conduct of its business, disclose any Work Processes to any third party other than the Company's lenders, attorneys and advisors or as otherwise required by law, without the prior written consent of XRoads, which consent shall not be unreasonably withheld or delayed.

**Engagement of Legal Counsel**. XRoads will have the right to retain independent legal counsel to obtain advice with respect to its services under the Engagement. The Company will reimburse XRoads upon demand for the reasonable fees and expenses of such independent legal counsel incurred as an expense by XRoads on behalf of the Company up to $37,500 per calendar quarter, on a cumulative basis. Nothing in this Section limits the rights of XRoads to employ counsel and to pay legal expenses, and any obligation of the Company or any other party to indemnify XRoads for such expenses, in the event any claim is asserted against XRoads or any litigation is commenced in connection with the Engagement.

**Agreement to Mediate/Arbitrate:**

a. **Mediation.** The parties shall mediate all disputes and claims between them arising out of or related to the Engagement or any resulting transaction (a "Dispute") before resorting to arbitration. Selection of a mediator shall occur within ten days of a demand for mediation. If the parties cannot agree on the selection of a mediator within ten days, either or both party shall request the American Arbitration Association (AAA) to appoint one for them within fifteen days. The mediation shall take place within ten days of the date of the selection or appointment of the mediator and shall take place in New York City, New York. Mediation fees, if any, shall be divided equally among the parties involved and prepaid. If any party commences an arbitration based on a Dispute without first attempting to resolve the matter through mediation or initiates an unauthorized court action, then that party shall be required to pay the other party's attorneys' fees, expert costs and other expenses in connection with the arbitration or unauthorized court action. The parties agree that any Dispute which is not settled through mediation shall be decided by neutral, binding arbitration and not by court action, except as provided by law for judicial review and enforcement of arbitration proceedings and awards and as provided in subsection c. below.

b. **Arbitration.** The arbitration shall be conducted in accordance with AAA's Expedited Procedures for arbitration (unless the parties agree in writing to use AAA's Commercial Arbitration Rules) and shall be conducted in New York City, New York. The parties have no right to discovery and the arbitrator(s) shall have no power to allow discovery unless the parties agree in writing to modify this limitation. Except as provided above, each party shall be responsible for its own attorneys' fees and costs. The arbitrator shall apply New York law as the applicable state law governing the Dispute, without reference to choice of law principles, applying New York rules of

Initial
Here



evidence as applicable in a court of law. The award of the arbitrator shall be final and binding upon the parties without right of appeal or judicial review. Application may be had by any party to any court of general jurisdiction for entry and enforcement of judgment based on said award. Such judgment shall be binding, final and nonappealable.

c. **Provisional Remedies**. Notwithstanding the above, either party may, without waiving any remedy under this Agreement, seek from any court having jurisdiction, any interim or provisional relief available under applicable law that is necessary to protect the rights, property or remedies of that party, pending the outcome of the mediation and/or arbitration, including but not limited to, applications for injunctive relief, writs of attachment or possession.

d. **Bankruptcy Court**. Notwithstanding the foregoing, in the event of a bankruptcy filing by the Company, the Company shall have the right to seek a determination of any Disputes by the bankruptcy court having jurisdiction over the Company's case.

**Use of Name**. The Company agrees that XRoads shall have the right to use the Company's name and logo in a description of the services provided by XRoads under the Agreement.

**Applicable Law; Headings**. The Agreement shall be governed in accordance with the laws of the State of New York, without giving effect to the principles of conflicts of laws. The paragraph headings in the Agreement and the Additional Terms and Conditions are for informational purposes only.

END OF DOCUMENT

Initial Here

**Exhibit B**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** | : | |
| | : | **Chapter 11** |
| **WINN-DIXIE STORES, INC., et al.,** | : | **Case No. 05-11063** |
| **Debtors.** | : | **(Jointly Administered)** |

**DECLARATION OF DENNIS I. SIMON**
**AND DISCLOSURE OF COMPENSATION**

I, Dennis I. Simon hereby state and declare as follows:

1. I am the Managing Principal of XRoads Solutions Group, LLC ("XRoads") and work from the firm's office located at 400 Madison Avenue, Third Floor, New York, New York 10017. I am duly authorized to make this Declaration on behalf of XRoads, and I make this Declaration in support of the application of Winn-Dixie Stores, Inc. and its debtor affiliates (collectively, the "Debtors") for the approval of their engagement of XRoads to provide financial and operations restructuring consulting services (the "Application"). The facts set forth in this Declaration are personally known to me, and, if called as a witness, I could and would testify thereto. Unless otherwise defined, all capitalized terms used herein have the meanings given to them in the Application.

2. Neither I, XRoads, nor any professional associated with XRoads has been engaged by any entity other than the Debtors in connection with the Debtors' Chapter 11 cases.

3. XRoads is a "disinterested person," as that term is defined in Section 101(14) of the Bankruptcy Code, in that, except as otherwise disclosed herein, XRoads, its members and professionals:

(a)     are not creditors, equity holders, or insiders of the Debtors;

(b)     are not and were not investment bankers for any outstanding security of the Debtors;

(c)     have not been, within three years before the Petition Date, (i) investment bankers for a security of the Debtors, or (ii) an attorney for such an investment banker in connection with the offer, sale, or issuance of a security of the Debtors;

(d)     are not and were not, within two years before the Petition Date, a director, officer, or employee of the Debtors or of an investment banker specified in subparagraph (b) or (c) of this paragraph; and

(e)     have not represented any party in connection with matters relating to the Debtors (although XRoads has in the past represented and currently represents various of the Debtors' creditors and parties in interest in matters unrelated to the Debtors or their Chapter 11 bankruptcy cases).

4.     XRoads is not a creditor of the Debtors.  Since January 1, 2005, the Debtors have paid XRoads approximately $800,000.  Of that amount, approximately $300,000 was for services rendered and disbursements, and $500,000 was for a retainer (the "Retainer"), to be held as security during these cases.

5.     To the best of my knowledge, information, and belief formed after reasonable inquiry, other than in connection with these cases, neither XRoads nor I have any affiliation with the Debtors, their creditors, the United States Trustee, any person employed by the office of the United States Trustee, the Bankruptcy Judge presiding over these cases, or any other party with an actual or potential interest in these Chapter 11 cases, or their respective attorneys or accountants, except that (a) XRoads may have been engaged from time to time in the past, and may be engaged in the future, in other cases where one or more of such parties may have been or may be involved, and (b) XRoads may have been engaged by certain creditors and other parties in interest or their attorneys, accountants, or professionals in other cases unrelated to the Debtors' Chapter 11 cases.

6. XRoads has researched its client databases to determine whether it has any relationship with the following entities (collectively, the "Interested Parties"):

(a) the Debtors;

(b) the agents for and lenders in the Debtors' senior secured credit facility;

(c) the indenture trustee for the Debtors' noteholders;

(d) the Debtors' fifty (50) largest unsecured trade creditors on a consolidated basis as of February 18, 2005;

(e) the Debtors' non-debtor affiliates;

(f) the Debtors' current officers and directors and former officers and directors during the prior (4) four years;

(g) the Debtors' accountants for the prior (3) three years; and

(h) those other creditors and parties in interest listed on Attachment 1 hereto.

7. My review of the results of the search of our client database with regard to the Interested Parties indicates that XRoads currently is engaged and was previously engaged by the following entities or one or more of their parent companies, subsidiaries, or affiliates in connection with matters totally unrelated to the Debtors or their Chapter 11 cases:

**Aegon USA, Inc. (Transamerica Financial Life Insurance Company)** has previously been an adverse and a non-adverse party to XRoads' clients in unrelated matters.

**Allied Capital Corporation** was previously an adverse party to a XRoads' client in an unrelated matter.

**American International Group, Inc.** ("AIG") was previously a member of a note holder group of an unrelated entity to which XRoads is currently the Responsible Officer. AIG was also previously an adverse and a non-adverse party to XRoads' clients in unrelated matters.

**Arlington, LLC** was previously a non-adverse party to XRoads' client in an unrelated matter.

The **Bank of New York** is an affiliate of a current XRoads' client in an unrelated matter and was previously a non-adverse and an adverse party to XRoads' clients in other unrelated matters.

**Bank One Corporation** is a referral source for XRoads and XRoads refers business to Bank One. Bank One is currently a non-adverse party to a XRoads' client and was previously an adverse and a non-adverse party to XRoads' clients in unrelated matters. Also, Bank One has previously been a client of XRoads in an unrelated matter.

The **Blackstone Group** previously represented adverse parties to XRoads' clients in unrelated matters.

**CIT Group** ("CIT") is a referral source for XRoads and XRoads refers business to CIT. CIT is currently a member of a bank group that XRoads advises in an unrelated matter and is an adverse party to XRoads' clients in other unrelated matters. CIT has previously been a non-adverse and an adverse party to XRoads' clients in unrelated matters. Also, CIT Retail Finance Group was previously a XRoads' client on an unrelated matter.

**Collins & Aikman Floor Coverings** was previously an adverse party to a XRoads' client in an unrelated matter.

**Congra Foods** is currently a non-adverse party in a current, unrelated XRoads engagement.

**Congress Financial Corporation** has previously been an adverse and a non-adverse party to XRoads' clients in unrelated matters.

**Equity One, Inc.** formerly known as **IRT Property Company** is currently an adverse party to a XRoads' client in an unrelated matter.

**Fleet Boston Financial Corporation** and its affiliated entities ("Fleet Boston") is a referral source for XRoads and XRoads refers business to Fleet Boston. Currently, Fleet Boston is an adverse party to XRoads' clients in unrelated matters. Fleet Boston was previously an adverse and a non-adverse party to XRoads' clients in other unrelated matters. In addition, Fleet Boston was previously a client of XRoads, as a member of a bank group, in an unrelated matter.

**GE Capital Corporation** ("GECC") is a referral source for XRoads and XRoads refers business to GECC. GECC is currently a XRoads' client in an unrelated matter and is an adverse and a non-adverse party to XRoads' clients in other unrelated matters. GECC was previously a non-adverse and an adverse party to XRoads' clients in other unrelated matters.

**General Electric Company** is currently an adverse party to XRoads' clients in unrelated matters.

**General Mills** is currently a non-adverse party to a XRoads' client in an unrelated matter.

**GMAC** is currently a member of a bank group that XRoads advises in an unrelated matter and was previously an adverse party to XRoads' clients in other unrelated matters.

The **Hartford Insurance Company** was previously an adverse party to a XRoads' client in an unrelated matter and was previously a member of a note holder group that XRoads advised in another unrelated matter.

**Kimberly Clark** was previously an adverse party to XRoads' client in an unrelated matter.

**KPMG, LLP** is currently a non-adverse party to XRoads' clients in unrelated matters and has previously been an adverse and a non-adverse party to XRoads' clients in unrelated matters. KPMG is a referral source for XRoads and XRoads refers business to KPMG.

**Lafayette Insurance Company** was previously an adverse party to XRoads' client in an unrelated matter.

**Liberty Mutual Insurance Company** was previously an adverse party to a XRoads' client in an unrelated matter.

**Mellon Financial Corporation** was previously an adverse party to XRoads' clients in unrelated matters.

**Merrill Lynch & Co., Inc.** is currently an adverse and a non-adverse party to XRoads' clients in unrelated matters and was previously an adverse and a non-adverse party to XRoads' clients in other unrelated matters.

**National City Bank** ("National City") and its affiliates have referred business to XRoads. National City is currently an adverse party to XRoads' clients in unrelated matters and has previously been an adverse and a non-adverse party to XRoads' clients in other unrelated matters.

**Orix Corporation** and its affiliated entities were previously adverse and non-adverse parties to XRoads' clients in unrelated matters.

**Parkland Mall Associates** was previously an adverse party to a XRoads' client in an unrelated matter.

**Pepsi Cola Company** is currently an adverse party to XRoads' client in an unrelated matter and was previously a non-adverse party in other unrelated XRoads engagements.

**PNC Bank, N.A.** is currently an adverse and non-adverse party to XRoads' clients and is a member of a bank group that XRoads' currently represents, all in unrelated matters. Previously, PNC Bank, N.A. was an adverse party to XRoads' clients in other unrelated matters.

**Principal Life Insurance Company** was previously an adverse and a non-adverse party to XRoads' clients in unrelated matters.

**RZB Finance, LLC** was previously an adverse party to a XRoads' client in an unrelated matter.

**Skadden, Arps, Slate, Meagher & Flom, LLP** ("Skadden") is a referral source for XRoads, and XRoads refers business to Skadden. Skadden currently is an adverse party to a XRoads' client in an unrelated matter and previously represented adverse as well as non-adverse parties to XRoads' clients in other unrelated matters. Skadden was previously a XRoads' client (on behalf of a Skadden client) in an unrelated matter and in another unrelated matter was counsel to a XRoads' client.

**St. Paul International Insurance Company, Ltd. (Travelers Insurance Company)** was previously an adverse party to a XRoads' client in an unrelated matter.

**Sun Trust Bank** was previously a secured lender to a XRoads' client in an unrelated matter.

**Swiss Reinsurance Company** was previously a bondholder to a former XRoads' client in an unrelated matter.

**UBS** is currently an adverse and a non-adverse party to XRoads' clients in unrelated matters and was previously an adverse and a non-adverse party to XRoads' clients in other unrelated matters.

**US Bank** is a referral source for XRoads, and XRoads refers business to US Bank. US Bank is currently an adverse party to XRoads' clients in unrelated matters. US Bank has previously been an adverse and non-adverse party to XRoads' clients in other unrelated matters. US Bank has also previously been a part of various bank groups that XRoads advised in unrelated matters.

**Wachovia Bank,** successor by merger to First Union National Bank ("First Union") is currently an adverse party to XRoads' clients in unrelated matters and has previously been a non-adverse and an adverse party to XRoads' clients in other unrelated matters. First Union has referred business to XRoads. In addition, First Union was previously a client of XRoads, as a member of a bank group, in an unrelated matter.

**Wells Fargo** refers business to XRoads, and XRoads refers business to Wells Fargo. Wells Fargo is currently a non-adverse and an adverse party to XRoads' clients in unrelated matters and has previously been an adverse and a non-adverse party to XRoads' clients in other unrelated matters. In addition, Wells Fargo has been both an agent bank and a member of bank groups that XRoads advised in previous unrelated matters.

**Wilmington Trust Company** was previously a member of a group of bondholders that XRoads advised in an unrelated matter.

**XL America, Inc.** and its affiliates are currently adverse and non-adverse parties to XRoads' clients in unrelated matters.

8. XRoads is engaged by many clients in locations throughout the world on matters involving many different attorneys, accountants, financial consultants, and investment bankers, including other professionals representing the Debtors. In certain instances, such professionals may be the client of XRoads. All of the other cases, proceedings and transactions in which XRoads is involved and professionals representing the Debtors or other parties in interest are also involved are totally unrelated to the Debtors and these Chapter 11 cases.

9. There are thousands of creditors and parties in interest in the Debtors' Chapter 11 bankruptcy cases. I anticipate that a review of XRoads's client database with regard to all of the Debtors' creditors and parties in interest would disclose that XRoads previously was engaged by or is currently engaged by one or more creditors or parties in interest (or one or more of their respective parent companies, subsidiaries, and affiliates) in addition to those of the Interested Parties who are specifically identified in paragraph 7 of this Declaration. My review of the results of the search of our client database indicates, however, that any and all such other engagement(s) of a creditor or party in interest would have been or would be in connection with matters totally unrelated to the Debtors or their Chapter 11 cases.

10. To the best of my knowledge, information, and belief formed after reasonable inquiry, neither I nor XRoads holds or represents any interest adverse to the Debtors' estates.

11. In addition, and based upon inquiries made in connection with the preparation of this Declaration, I have reason to believe that one or more members or employees of XRoads (a) owns publicly issued debt or equity securities issued by one or more of the Interested Parties (other than the Debtors); (b) was formerly an employee of, or has a relative who is or was an employee of, one or more of the Interested Parties (other than the Debtors); or (c) maintains a

bank account, brokerage account, credit card account, or loan or mortgage relationship with, or is insured by, one or more of the Interested Parties (other than the Debtors).

12.     The Debtors have consented to the continued and future engagement of XRoads by persons and entities who are creditors or parties in interest in these Chapter 11 cases on matters unrelated to the Debtors and these Chapter 11 cases, and have waived any conflict that might otherwise exist as a result of such other unrelated engagements.

13.     Prior to the filing of these Chapter 11 cases, the Debtors caused to be paid to XRoads the Retainer, in the amount of $500,000, which continues to be held by XRoads as a "last bill" retainer subject to the future direction and orders of the Court.

14.     The Debtors and XRoads have agreed that XRoads will be compensated, subject to Court approval, as set forth in the Agreement.  Specifically, the Debtors will pay XRoads a fixed minimum fee of $200,000 per month.  If XRoads's professionals spend more than 400 hours in any calendar month on the engagement, the Debtors will pay XRoads for any additional hours at the rate of $400 per hour.  The Debtors will compensate XRoads for the time spent by XRoads's personnel who perform administrative services under the terms of the Agreement at a rate of $85-$160 per hour, and such administrative services will not be applied toward the 400-hour threshold described above.  Non-working travel time to and from the Debtors' designated workplace will not be billed to the Debtors nor will such time be applied toward the 400-hour threshold described above.  The Debtors also will reimburse XRoads for its actual and necessary expenses.  In addition, XRoads will receive a performance fee in the amount of $1,250,000, which will be paid under certain circumstances, as outlined in the Agreement and which may be increased up to a maximum performance fee amount of $5,000,000 if approved by this Court and in accordance with the procedures outlined in the Agreement.

15.     The Agreement provides for the Debtors' indemnification of XRoads for certain claims or losses.  Notwithstanding the Agreement, XRoads understands that the Application does not seek approval of an indemnification provision, and XRoads will not seek to enforce any indemnification provision.

16.     No agreement or understanding in any form or guise exists between XRoads and any other person for a division of compensation for services rendered in or in connection with these cases, and no such division of compensation prohibited by Section 504 of the Bankruptcy Code will be made, except among members of XRoads.  XRoads has not shared or agreed to share any compensation received in these cases with any entity other than its members.

17.     Accordingly, I believe the proposed employment of XRoads is appropriate under Section 327(a) of the Bankruptcy Code and is not prohibited by or improper under Federal Rule of Bankruptcy Procedure 5002.  XRoads and the professionals it employs are qualified to be engaged by the Debtors in the matters for which XRoads is proposed to be employed.

18.     To the extent any information disclosed herein requires amendment or modification upon XRoads's completion of further review or as additional party-in-interest information becomes available, a supplemental declaration will be submitted to the Court reflecting such amended or modified information.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on February 21, 2005, at Jacksonville, FL.


*/s/    Dennis I. Simon*
Dennis I. Simon

# Attachment 1

# List of Interested Parties

**Debtors**
Astor Products, Inc.
Crackin' Good, Inc.
Deep South Distributors, Inc.
Deep South Products, Inc.
Dixie Darling Bakers, Inc.
Dixie-Home Stores, Inc.
Dixie Packers, Inc.
Dixie Spirits, Inc.
Dixie Stores, Inc.
Economy Wholesale Distributors, Inc.
Foodway Stores, Inc.
Kwik Chek Supermarkets, Inc.
Sunbelt Products, Inc.
Superior Food Company
Table Supply Food Stores Co., Inc.
WD Brand Prestige Steaks, Inc.
Winn-Dixie Handyman, Inc.
Winn-Dixie Logistics, Inc.
Winn-Dixie Montgomery, Inc.
Winn-Dixie Procurement, Inc.
Winn-Dixie Raleigh, Inc.
Winn-Dixie Stores, Inc.
Winn-Dixie Supermarkets, Inc.

**Non-Debtor Affiliates**
Bahamas Supermarkets Limited
The City Meat Markets Limited
W-D (Bahamas) Limited
WIN General Insurance, Inc.

**Current Officers and Directors**
John E. Anderson
Laurence B. Appel
J. R. Brogan
D. Michael Byrum
K. B. Cherry
John H. Dasburg
G. L. Estill
T. Wayne Davis
Tillie K. Fowler
Kellie D. Hardee
David F. Henry
H. I. Hopkins, Jr.
Michael J. Istre
J. J. James
Richard C. Judd
P. J. Kennedy
D. G. Lafever
Peter L. Lynch
Richard P. McCook
D. J. Maroney
Mark W. Matta
J. P. Medina
Edward W. Mehrer, Jr.
D. A. Moore, Jr.
Julia B. North
Paul Novak
Bennett L. Nussbaum
E. L. Rainwater
Carleton T. Rider
J. J. Roy
C. S. Rubio
Mark A. Sellers
Dennis M. Sheehan

H. Jay Skelton
Charles P. Stephens
P. L. Tiberio
Ronald Townsend
H. S. Wadford
D. M. Young

**Former Officers and Directors**
Keva M. Bethel
D. H. Bitter
A. Dano Davis
Judith W. Dixon
L. B. Johnson
Bryan C. S. Knowles
Frank Lazaran
Barry J. Rassin
K. A. Romeo
Allen R. Rowland
Karen E. Salem
Hugh G. Sands
John R. Sheehan
Bruce R. Souder

**Senior Secured Lenders**
Amsouth Bank
Bank One
Congress Financial Corporation (Florida), n/k/a Wachovia National Bank, N.A.
Fleet Retail Group, Inc.
General Electric Capital Corporation
GMAC Commercial Finance LLC
Israel Discount Bank
Merrill Lynch Capital
National City Business Credit, Inc.
PNC Business Credit
RZB Finance LLC
Siemens Financial Services, Inc.
SunTrust Bank
The CIT Group/Business Credit, Inc.
UBS AG, Stamford Branch
Wachovia Bank, National Association
Webster Business Credit Corp
Wells Fargo Foothill LLC

**Mortgage Holders**
Lutheran Brotherhood

**Top 50 Unsecured Trade Creditors on a Consolidated Basis as of February 18, 2005**
Alberto Culver USA, Inc.
Anderson News LLC
Bayer Corp
Campbell Soup Co.
CH Robinson Worldwide Inc
Clorox Sales Co - KPD
Coca Cola Bottling Co
Coca Cola Bottling Works
Conagra Grocery Products Co.
Del Monte Foods USA
DLJ Produce Inc
Edy's Grand Ice Cream
Fin Tech
Florida Coca Cola
Front End Services Corp.
General Electric Company
General Mills Inc.
Georgia Pacific Corp.
Gerber Products Company
Gillette Company
Good Humor Breyers Ice Cream
Gourmet Award Foods Mid Atlantic
Gulf Coast Coca-Cola Bottling Co.
Hershey Chocolate USA
Johnson & Johnson
Keebler Company
Kellogg Sales Company
Kimberly Clark
Konica Photo Imaging
Kraft (Kraft Foods, Kraft Pizza, Nabisco)
Louisiana Coca Cola
McKee Foods Corporation
Nestle (Nestle Usa, Nestle Purina, Nestle Water)
Pepperidge Farm Inc-Cookies
Pepsico. & Affiliates
Powerhouse Produce LLC
Procter & Gamble Dist Co.
Riverdale Farms
Ross Laboratories
Safe Harbor Seafood
Sanderson Farms
Sara Lee Foods
Schering Plough Health Care
Schreiber Foods Inc.
Smith Kline Beecham
Unilever (Hpc Usa & Best Foods)
US Bank Corporation
Warner Lambert Consumer Group
Wyeth Consumer Healthcare

**Parties with Filed UCC Financing Statements**
Bennett's Leasing Incorporated
Cargill, Incorporated
Cisco Systems Capital Corporation
Computer Leasing Company of Michigan, Inc.
EMC Corporation
Fidelity Leasing, Inc.
Fleet Capital Leasing - Technology Finance
Fleet Leasing Corporation
GATX Technology Services Corporation
Healthguard Finance Corporation
Healthguard International, Inc.
IBM Credit Corporation
IBM Credit LLC
Ikon Office Solutions Inc.
Konica Photo Imaging
Konica USA Inc.
National City Bank of MI/IL
NCR Corporation
Norse Dairy Systems
Storagetek Financial Services Corporation
US Bancorp
Xpedex - Division of International Paper

**Indenture Trustee**
Wilmington Trust Company

**Senior Unsecured Noteholders and Related Funds and Administrators**
American Bond Fund of America
American Capital World Bond Fund
American Funds
American Funds High Income Trust
American Funds Insurance – Asset Allocation
American Funds Insurance
American Funds Smallcap World Fund
American Memorial Life Insurance Co.
Amerihealth Insurance Company of New Jersey
Ameriprime Funds
ANIA High Yield Bond Portfolio
Arnhold & S Bleichroeder Advisers, LLC
Assurant Inc.
Austin Investment Management Co.
Aviva Life Insurance Company
Capital Research and Management Company
Clariden US High Yield Bond Fund
Colonial Intermarket Income Trust
Columbia Management Advisors
CGU Insurance Group
Credit Suisse Asset Management Ltd.
Credit Suisse FS High Yield Bond
Credit Suisse High Yield Bond Fund
Delphi Financial Group
Denver Investment Advisors Inc.
DLJ Investment Management Corp.
Dynamic American Value
Dynamic American Value Fund
First Eagle Funds
First Eagle US Value Fund
First Fortis Life Insurance Company
Fortis Benefits Insurance Company
Fortis Group
Fortis Insurance Company
Fringe Benefit Life Insurance Company
Goodman & Co. Investment Counsel
High Yield Plus Fund
IMS Capital Management
IMS Strategic Income Fund
Independence Blue Cross
John Alden Life Insurance Company
Julius Meinl Investment Gmbh
Liberty Funds Distributor, Inc.
Meinl Capitol
PHUP Training
Prudential Investments Fund Management LLC
QCC Insurance Company
Regence Blue Shield
Regence BlueCross BlueShield of Oregon
Regence BlueCross BlueShield of Utah
Reliance Standard Life Insurance Company
Securities Management and Research, Inc.
The Vanguard Group
Vanguard Group Incorporated
Vanguard High-Yield Corporate Bond Portfolio
Vanguard VVIF HighYield Bond Fund
Wellington Management Co. LLP
Westcore Flexible Income Fund

Westcore Funds

**Lessors of Real Property**
100 Executive Drive LP
11010 Seventh Ave Investments
145 Associates Ltd
17161 N W 27th Avenue LLC
1954 Unionport Associates LLC
1980 Unionport Associates LLC
1997 Properties
2525 East Hillsborough Ave LLC
40/86 Mortgage Capital Inc
440 Group Ltd
4JS Family LLLC
5 Points West Shopping Center
51st Street & 8th Ave Corp
7595 Centurion Parkway LLC
9 SC Associates
98 Palms Ltd
99 Eglin Ltd
A F I Management
A G Edwards
A J & C Garfunkel
A L S Telfair Plaza
Ackerberg Group
Ackerman-Midtown Assoc
Acorn Assoc Ltd
Acron USA Fonds Winn Dixie LP
Adams Realty
Aegis Waterford LLC
Aegon USA Realty Advisors Inc
AEI Income & Growth Fund XXI L
AEI Net Lease Income & Growth
AEM Stiftung LLC
Agree Limited Partnership
Aintsar Realty Corp
Airkaman Of Jacksonville Inc
Al Bellotto Inc
Alabama '83 Center Associates
Albert J Cirignano Sr
Albion Pacific Prop Resources
Alfa Mutual Fire Ins Co
Allard LLC
Allied Capital Corporation
Allied Capital REIT Inc
Altamonte SSG Inc
Alvin B Chan Family LP
Alvin B Chan Inc
Alvyn L Woods
Amelia Plaza Shopping Center
American Commercial Realty
American Federal Properties
American Mortgage & Realty Cor
American Paper Box Company Inc
American Plaza Ltd Partnership
American United Life Ins Co
Americana East Investments Inc
Ansel Properties Inc
Applewood Shopping Center
Arcadia FL Diversey West
Arco Realty Company
Arlington Properties Inc
ARS Investment Corporation
Asbury Commons Ltd
Ashy-Brown Gonzales
August Urbanek Investments
Avon Square Ltd
Avondale Square Limited
Azalea Management And Leasing

Azalea Shopping Center
B V Belk Jr
Bainbridge Associates
Baker & Baker
Bakersmith Corners LLC
Banc One
Bank Midwest
Bank Of New York
Bardstown SC LLC
Barlind Enterprises
Barrett Crossing Shopping Cent
Baumgardner-Hogan I LLC
Baxley Zamagias Lp
Baylanding Inc
Bayview Loan Servicing LLC
Beachwalk Centre II LLC
Bedford Avenue Realty Inc
Beer Wells Real Estate Service
Belco Enterprises
Belk Investments
Belleview Square Corp
Belmart Inc
Benderson 85-1 Trust And Wayne
Benderson Trust & Wayne Ruben
Benjamin Adam Setzer As Truste
Bennett V York
BEP II Limited Partnership
Bergeron WD Palmetto LLC
BG Highlands LLC
BG Turfway LLC
BHBS Inc
BHR LLC
Big Pine Shopping Center LLC
Bill Agapion
Bird Square Plaza Management I
Birmingham Realty Co
Blaine Lake LLC
Blanchard and Calhoun Real Est
Blue Angel Crossings
Bob Neill & Associates
Bogalusa Shopping Center Co
Bonners Point LLC
Bordeaux Center Inc
Bowdoin Square LLC
Boyd L Hyder
Boynton Lakes Plaza
Brandon Centre South
Brandywine Plaza Ltd
Brent Lance Trager
Brierwood Village Plaza
Bright-Meyers Dublin Assoc
Broad Street Station S.C.,LLC
Broadmoor Development Co
Brookhaven Retail LLC
Brookwood Flamingo Partners Lp
Brookwood LLC
Brown Investment Properties
Brown Noltemeyer Company
BT Marietta LLC
Bundy New Orleans Co LLC
Bunkie Investment Co LLC
Burlington Associates Ltd Prt
BW Dix Inc
BW Treasure Inc
Byars & Co Inc
C & A Ltd, Lc
C C Altamonte Joint Venture
Ca New Fixed Rate Partnership
Ca New Plan Venture Fund Louis

Cadillac Partnership
Caffery Center LLC
Caldwell Realty & Investment C
California Club Mall
Callahan Plaza Shopping Center
Cameron Edenton Co
Cameron Sanford Company LLC
Camilla Marketplace Associates
Cane River Shopping Cen
Capco 1998 D-7 Arlington Cente
Capital Advisors Inc
Capital Development Company
Capital Properties Associates
Capmark Services LP
Cardinal Entities Company LLC
Carl Dupuis
Carolina Enterprises Inc
Casselsquare LLC
Casto Investments Co Ltd
Cayce Marketplace LP
CC Realty Intermediate Fund I
CDC Paying Agent LLC
Cedar Creek Crossing Associate
Cedar Mountain Village
Cedar Springs Ctr Assocs
Central Progressive Bank
Central Texas Shopping
Centrex Properties Inc
Century Management And
CFG Limited
Chambers Square LLC
Chapel Trail Associates Ltd
Chapin Development Co
Charles Simon Trustee Of Same
Charleston Square Inc Bank Of
CHK & Associates
Cityview LLC
Civic Center Station Ltd
Clayton Crossings LLC
Clearlake Square
Cleveland Marketplace Ltd
Cliffdale Corner Inc
Clinton House Company
CMC Real Estate Program
Collett Management LLC
Collins & Aikman
Collins Pointe Shopping Center
Colonial Development Co LLC
Colonial Properties Services
Colonial Properties Trust
Columbia Marketplace LLC
Columbus Life Insurance Co
Comke Inc
Commercial Leasing One
Commercial Leasing Two
Commercial Net Lease Realty Inc.
Commodore Realty Inc
Concire Centers Inc
Concord Advantage Ii LP
Conseco Mortgage Capital Inc
Constellation Apartments
Cooper Smolen Joint Venture
Coralwood Shopping Center
Cordova Collection Lp
Country Club Centre LLC
CPG Finance I LLC
CPM Associates LP
Crawford Norwood Realtors Inc
Crenshaw-Singleton Properties
Crescent Investment Corp
Crest Haven LLC
Crestview Marketplace LLC
Cross County Associates LP
Crossing Of Orlando Ltd
Crowder Family Joint Venture
Crown Liquors Broward In
Crump Investments Ltd
Crystal Beach Acquistion LP
Crystal Lake At Orlando
Curry Ford LP
Cypress Run LLC
D R Plaza Ltd
Dahlem Enterprises Inc
Dairy Plaza Associates Ltd
Dalraida Properties Inc
Daniel G Kamin
Daniel H Case And
Dauksch Family Partnership
Davie Plaza Limited Partnership
Davis Mill Station
Day Properties LLC
DDR Downreit LLC
DDR MDT Carillon Place LLC
Debary Common Shopping Center
Decatur Realty LLC
Deerfield Company Inc
Deerfoot Marketplace LLC
Defuniak Square Partners Ltd
Del Fair Inc
Del Mar Shopping Center
Delnice Corp N.V.
Delta Interest LLC
Delta Plaza LLC
Deltona Assoc Ltd
DEM Partnership
Dept of Finance State of Alabama
Deutsche Bank f/k/a Bankers Trust Company
Devcon Enterprises Inc
Dickinson Logan Todd & Barber
Dixon Realty Trust 1999-1
DMI Agent For IDR Jr LLR Jr &
Downtown Destin S/C
Downtown Two LLC
DPJ Company Limited
Dr Ralph Dayan
Drake Rental Account
Drinkard Development
Duckworth Morris Realty
Durham Plaza Associates
E & A Southeast LP
E and A Aquisition Two LP
East Partners Ltd
Eastdale Square LLC
Eastern Retail Holdings Lp
Eastgate Center LLC
Eastgate Investors LLC
Ebinport Assoc
EBR Partnership
Eckstein Properties LLC
Ed Street Dev Co
Eden Meadow Greens Associates
Edens & Avant Inc
Edens & Avant Properties LP
EIG Gordon Village LLC
EIG Hampton Square LLC
Elfers Square Center Inc
Eliot Properties
Elkmont Associates
Elston/Leetsdale LLC
Englewood Village LLC
English Village LLC
Equity Assoc
Equity One (Delta) Inc
Equity One (Hunters Creek)Inc
Equity One (Lantana) Inc
Equity One (Pointe Royale) Inc
Equity One (Summerlin) Inc
Equity One (West Lake) Inc
Equity One Alpha Inc
Equity One Commonwealth Inc
Equity One Inc
Equity One Monument Pointe Inc
Ernst Properties, Inc
Ervin & Susanne Bard
Euclid Warehouses, Inc.
Eugene M Mclain
Eupora Shopping Center
Eutis Mortgage Corporation
Evangeline Life Insurance Co
Excel Realty Partners LP
F R O LLC VII
Fairfield Partners LP
Fairway Food Stores
First National Bank
First Republic Corp of America
First Security Bank
First Security Bank Natl Assoc
First Union National Bank
First Union Wholesale Lockbox
First Westgate Mall LP
Flag Bank
Flagler Retail Associates Ltd
Flamingo East Ltd
Flint Crossing LLC
Florida Dickens Associates Ltd
FMV Associates
Folmar & Associates
Foothills Partnership
Fountain Columbus Assoc LLC
Four Florida Shopping Centers
Francine Trager Kempner
Francis Carrington
Frank D Boren And Gail F Boren
Frank W Guilford Jr Trustee
FRO LLC VIII
FU/WD Opa Locka, LLC
FU/WD Atlanta, LLC
Fury's Ferry Shoppes
FWI 16 LLC
FWI 20 LLC
FWI 23 LLC
FWI 5 LLC
G H I of West Palm Beach LLC
Gad & Asher Realty Ltd
Galileo Cmb T1 Hl TX LP
Galt Ocean Marketplace
Gardens Park Plaza 219
Gates Of St Johns LLC
Gator Carriage Partners Ltd
Gator Jacaranda Ltd
Gator Linton Partners Ltd
Gehr Development Florida LLC
Gem Warwick LLC
General Electric Business Asse
General Electric Capital Business
Genoa Associates LLC

Gentilly Square
George B Nalley Jr
George C Walker
George Chen
George Chen Formosa Developers
George D Zamias
George Dewrell
GLA LLC
Glenwood Midway Co LLC
Glimcher Properties Limited
Glynn Enterprises LLC
Goodings Supermarkets Inc
Gordon K Konrad
Gottlieb Family Trust Houma Ll
Graham And Company
Gray - White LLC
GRE Coralwodd LP
GRE Properties L L C
Great Oak LLC
Great South Mgmt LLC
Greenville Associates
Greenville Compress Co
Greenville Compress Co
Greenville Grocery LLC
Greenwood Commons Assoc
Greer Plaza Inc
GS II Brook Highland LLC
GS II Jacksonville Regional LL
Gulf Coast Properties
Gulfport Plaza Center Inc
H C Plunkett
H R Orlando LLC
H V McCoy & Company Inc
Haddco Properties Ltd Partners
Hall Properties
Hall Properties Inc
Halpern Enterprises
Halpern Enterprises Inc
Hamilton Square LLC
Hammerdale Inc
Hammonton Partners
Harold G  Bagwell
Harvey Lindsay Commercial Real
Hasco Properties
Hayday Inc
Haydel Realty Company Inc
Heathrow Square LLC
Helena Marketplace LLC
Henderson Corporation
Herbert Singer
Heritage Community Bank
Heritage Crossing Associates
Heritage Prop Investment Ltd
Heritage SPE LLC
Heritage Square Assoc
Herman Maisel & Co Inc
Hialeah Fee Commons Ltd
Hialeah Promenade Limited Part
Highland Associates Lp
Highland Commons Boone LLC
Highland Lakes Associates
Highland Sq Shop Center
Hildebran Associates
Hillcrest Shopping Center
Hillsboro-Lyons Investors Ltd
Hilyard Manor Associates LLP
Hobe Sound S C Company Ltd
Holbrook Heritage Hills LP
Homestead Plaza

Homewood Associates Inc
Homosassa Assoc
Houston Centre LLC
Howell Mill Vlge Shpg Ct
HPC Wade Green LLC
Hudson Square Center Inc
Hurtak Family Partnership Ltd
I Reiss & Company
I Reiss and Co as Agent For
ICOS LLC
III T West LLC Marco Island Ma
Imperial Christina Shopping Ct
Independence Square
Indian Creek Crossing E&A LLC
Indian Village Group Inc
Indianapolis Life Ins Co
Indianapolis Life Insurance Co
Indrio Crossings Inc
Inland Southeast Property Mgmt
Interchange Associates Inc
Interwest Capital Corporation
Intracoastal Mall LLC
Invesco Lp
IPF Heights Limited Partnership
IPF/Capital Limited Partnership
IRT Partners LP
IRT Partners LP Equity One Rea
IRT Property Company
Island Plaza LLC
Isram Realty & Management Inc
Ivey Electric Company
J B Levert Land Co Inc
Jack Fiorella Iii
Jamerson Investments
James And Carolyn Sell
JDN Realty Corporation
Jefferson-Pilot Life
JEM Investments Ltd
Jerome H And Faith Pearlman Tr
JKA Enterprises LLC
JNB Company of Virginia LLC
John Benetti Associates
John C Eyster and E Lee Barran
John T Henley et al
JRT Realty Group - TIAA
Jula Trust
Jupiter Palm Assoc
JWV (La) LLC dba Sunshine Sq
K B Properties Inc
Keller Crossing Texas Lp
Kemor Properties Inc
Kenneth City Partners
Kerbby Partnership
Killen Marteplace LLC
Kimco Development Corp
Kimco University Co Inc
Kingfisher Inc
Kir Augusta 1 044 LLC
Kir Colerain 017 LLC
Kirk Meraux Winn-Dixie LLC
Kite Eagle Creek LLC
KJump Inc
Kmart Corporation
Knightdale Crossing LLC
Koger Equity
Kotis Properties
KPT Communities LLC
KRG Waterford Lakes LLC
L J Melody & Company

L O L LLC
L W Smith Jr Trust
La Petite Roche Center General
Lafayette Life Insurance Co
Lagrange Marketplace LLC
Lake Jackson Tradng Post
Lake Mary Limited Partnership
Lake Sun Properties Ltd
Lakeland Partners
Lakewood Associates Ltd
Lancaster Community Investors
Land Dade Inc
Landing Station
Landmark Enterprises
Landsouth Partners
Langdale Tire Co
Langston Place
Lapalco Village Shop Cen
Laramie River Bay Limited Part
Larissa Lake June Limited Ptnr
Lasala Pinebrook Associates LP
Lasco Realty LLC
Lauderhill Mall
Laureate Capital
Lawrence M Heard
Leatherman Assoc
Leesburg Bansal LLC
Lehmberg Crossing LLC
Leonard R Setzer
LF Limited Lp & Walnut Street
Libby Cross Station Enterprise
LIF Realty Trust
Life Insurance Co Of George
Lincoln Square Partners LP
Lincoln Trust Company
Linpro Investments Inc
Lisette Stanish as Trustee
Litchfield Investments Riverwo
LN Piedmont Village LLC
Lockwood Assoc of GA Ltd Ptr
London Associates Ltd
LPI Key West Associates Ltd
LRS General Partnership
Lucy Company Of South Carolina
LW Jog S C Ltd
M & P Shopping Center
Macon Gravlee
Madison Mall Shopping Ctr Inc
Madison Station Properties LLC
Magnolia Park Shopping Center
Main Street Marketplace LLC
Manatee Village Investments Inc.
Mandarin Loretto Development
Mar Bay Investments LLC
Marions Hope LLC
Market Place Partners
Market Square Inc
Marketown Investors Inc
Marketplace of Americus LLC
Marketplace of Delray Ltd
Marketplace Shopping Center
Mason Shopping Center Partnership
McComb Associates
McDonough Marketplace Partners
McDuffie Square L P
McNab Plaza Inc
MCW Development Inc
MCW RC FL Highlands LLC
MDC South Wind Ltd

MDC Westgate Ltd
Melbourne Beach LLC
Mellon Trust Of California
Merchants Square Investments L
Meridian Supermarket LLC
Metro International Property
Miami Gardens Acquisition LLC
Michael & Irene Simon
Mid American Management Corp
Mid South Yazoo Lp
Midland Loan Services
Midland Loan Services Inc
Midwest Centers
Milford Station Ltd
Miller Group Properties Corp
Miramar Parkway Plaza LLC
Mitchell Co
Mitchell Mortgage Company LLC
Modern Woodman
Modern Woodmen Of America
Mohatra Inc
Monroeville Center Partners
Moorings of Manatee Inc
Morgran Co
Morris Track Corp & Williston
Morro Palms Shopping Center
Moulton Properties
Mount Castle Properties
Mr E M Arnovitz & Mr M Plasker
Mr Hugh M Tarbutton
Mr Malcolm Rosenberg
Mrs Mildred V Gray
Mt Dora Marketplace Ltd
Museum Associates
N K C Properties
N O M Properties Inc
Nalley Construction Co Inc
Naples South Realty Associates
Naranja Lakes Joint Ventures
National Western Insurance Co
National Western Life Insurance
Navarre Square
NB/85 Associates Wayne M Ruben
NDC Asset Management
New Bay Minette LLC
New England Realty Resources
New Plan Excel Realty Trust
New Plan Excel Realty Trust In
New Plan Realty Trust
Newberry Square Shopping Center
Newton Associates
NMB Partners L P
Noble Management Company
Normandy Equities Ltd
North & South Station
North Columbus Crossing Shoppi
North Hixson Marketplace LLC
North Madison Associates Ltd
North Port Village Shopping
Northcross Land & Development
Northeast Plaza Associates
Northern Funds FBO Urbanek Inv
Northside Development Group
Northside Shopping Center
Northway Investments LLC
Northwest Junction Partners
Northwood Oaks LLC Providence
Northwood Plaza LLC
Oakdale Investors Lp

Oaks Shopping Center Inc
Oakwood Village Associates
O'Brien Kiernan Investment Co
Oceanway Plaza Assoc Ltd
Old 97 Inc
Old Kings Highway Assoc
Opal Lee Smith & Sara N Jordan
Orange Grove Shopping Ce
Orix Capital Markets LLC
Orix Real Estate Capital Marke
Orlando Marketplace Limited Pa
PAJ
Palisades Investors LLC
Palm Aire Marketplace LL
Palm Bay West
Palm Beach 2000 Inc
Palm Coast Corners Assoc Lp
Palm Trails Plaza
Palmetto Place Center LLC
Paradise Isle LLC
Park Plaza LLC
Park Plaza Shopping Ctr LLC
Parkland Partnership Lp
Parkview Square Owner Corp
Parkwood Plaza Shopping Center
Parkwood Village Joint Venture
Pass Christian Village
Patricia Or Marshall Weigel
Patton Plaza LLC
Paw Creek Crossing
Peach Orchard Center
Peachtree Parkway Plaza
Pearl Brittain Inc
Pelican Associates
Pell City Marketplace Partners
Peninsula Utilities Inc
Penman Plaza Associates Ltd
Peregine Properties LP
Perimeter Place Associates
Peripety Group Inc c/o Comm P
Phoenix Jr Inc
Pinar Assoc Sc Co Ltd
Pine Island Shopping Center
Pine Plaza
Pinel LP
Pineroots LLC
Pines/Carter
Pinetree Partners Ltd
Pinewood Plaza Associates
Pinson Valley Ltd
Plaza West 15190117351
Pmt Partners V LLC
Pnc Bank Philadelphia
Ponce Realty Company
Ponderosa Center Inc
Popps Ferry Ms Dev
Potter Square Associates
PRB Investments LLC
Premier Plaza Associates LLC
Prestonburg Village Shop Cente
Primax Properties LLC
Prime Shoppes Partners
Primo Justice Properties LLC
Principal Capital Management L
Principal Life Insurance Co
Procacci Commerical Realty Inc
Professional Mortgage Co Inc
Promenades Mall (E&A), LLC
Promventure Limited Partnership

PSI of Louisiana Inc
PSMA Ltd AP FHA FP FLA TIC
Quail Roost Associates
Quail Run Village
Quincy Associates Ltd
R & G Associates
R P Barren River LLC
Rab Land & Development Inc
Rainbow Marketplace LLC
Rainbow Springs Ventures Lc
Ralph Meitin Family
Ramco USA Development Inc
Randall Benderson 1993-1 Trust
Randy Roark
Rappaport Management Co
Rayne Plaza Shopping Center
Red Oak Shopping Center LLC
Reef Associates Ltd
Regency Centers Inc
Regency Saving Bank FSB
Regent Investment Corporation
Retail Center Hampton LLC
Retail Management Group Inc
Retreat Village Management Co
Rial Corporation
Richard Ball & Associates
Ridgeview Inc
Riley Place LLC
River Oaks
Riverwalk Plaza Joint Venture
RK Associates
Robert D Powers
Robert G  Horsman
Robert H Palmer Jr
Robert N Rizika
Robertsdale Dev LLC
Rockbridge Place
Roebuck Ventures Ltd
Ronald Benderson 1995 Trust
Rosemyr Corp
Roxborough Associates LLC
Royal & Son
Royal Companies
Royal Homes Inc
Royal Oaks Brandon Partners
Royal Oaks Plaza Inc
Royals O K Lunch Inc
RSSC LLC
Rudco Properties Inc
Rushmore Friendship LLC
Ruth Guest House Inc
Ruth S Smith Snodgrass Aires
S & C Properties
Salem Crossing Shopping Center
Salemo Village Shopping Center
Sam Development Associates LLC
Samuel Oschin Trustee Michael
Sandefur Investments Inc
Sandifer Partnership Ltd
Sandra Mackey
Sarria Enterprises Inc
Sarria Holdings II Inc
Sarria Holdings Inc
Satterfield Plaza T I C
Saufley Field Partners Ltd
Savitar A/M/A SRA/American LLC
Sawicki Realty Co
SCG Management Inc
Schilleci Millbrook SC LLC

School St Crossing LP
Schwartz Family Trust
Scotland Mall Inc
SCP Winter Garden Fl LLC
Scribe Riviera JV
Sea Pea Inc
Sebring Square Ltd
Selig Enterprises Inc
Sendero Commercial Investments
Seven  Springs Plaza LLC
Shades Creek Partners
Shadrall Associates
Shannon Village Shopping Cente
Shepherdsville Mall Assoc Lp
Sherffield Estates Inc
Sheri Trager Weiss
Shields Plaza
Shoals Marketplace LLC
Shoppes @ 104
Shoppes At 18th & Commercial
Shoppes At Lake Avenue Inc
Shoppes Of Liberty Cit LLC
Sidney Kohl Company
Sidney Lefcourt
Simmons & Harris Inc
Situs Servicing Inc
Sizeler Companies
SJS-Woodlake Plaza LP
Skinners Of Jacksonville Inc
SKS Properties LC
Small Properties
Smith Barney Fbo Weinacker's
Snellville Plaza Ltd
Sormi Inc
South Broadway Corp
South Monroe Commons LLC
South Plaza Associates LLC
South Rockdale Shopping Center
South Square Marketplace
South Win Limited Partnership
Southbrook Partners LLC
Southchase Investors LLC
Southeast US Retail Fund LP
Southern Boulevard Corp
Southern Farm Bureau
Southern Farm Bureau Life Ins
Southern Partners
Southern Stores II LLC
Southgate Associates II LP
Southgate Plaza 93 Ltd
Southgate Plaza Associates LLC
Southmark Properties LLC
Southtrust Bank
Southview Square LLC
SPCP Group LLC
Spectrum Walker
Spectrum/Grandview Pines
Spiller Investment Inc
Spishores LLC
Spring Hill Assoc Ltd
Spring Plaza Limited Prtnrshp
Springdale Station Ltd
Springfield Crossing LLC
Springhill Associates LLC
Springland Associates LLC
Springs Corners LLC
SR JLP JAP LLC
SR TCS LLC
SRT Acquistion Corporation

SSKIB Corporation
St Charles Partners
St Johns Commons Owner Corp
St. Stephens Partners
Staunton Plaza Associate
Stiles West Associates Ltd
Stockman & Nalley Partnership
Stonebridge Village
Structured Product Servicing
STW Holdings LLC
Sugarland Shopping Center
Sulphur Springs Partners LLLP
Sumter Crossing Properties Inc
Sun Lake Plaza Inc
Sun West NC III Ptn Lim
Sunburst Properties Corp
Sunset Centres Ltd
Sunset Centres Ltd Partnership
Sunset Station Partners LLC
Sunset West Shopping Plaza
Sunwest NC III Partnerships
Suwanee County Investors LLC
Swiss Re Investors Inc
T K Harris Comm Re Ser
T S Margate Co Ltd
TA/Western LLC (Pom. Mktplce)
Talladega Community Builders
Tappen Properties LP
Tatone Properties Fla Inc
Tavares Assoc Ltd
Taylor Square Venture
Teachers Retirement System
Ted Glasrud Associates Inc
Terra Nova The Realty Assoc Fu
THC LLC
The Market at Byram LLC
The Marketplace LLC
The Schreiber Co Belleview Ass
The Sembler Company
Tifton Mall Inc
Timberlake Station LLC
TL Nguyen LLC
Toulouse Village Associates
Tower Associates Ltd
Town & Country Shopping Center
Town Square Development
Town'n Country Realty
Trail Plaza
Triangle IV LLLP
Tri-State Commercial Asc
TRL Properties LLC
Troy Marketplace LLC
Trustee Of Trust B
Trustees Of Trust A/C -1
Trustmark National Bank
TS Pierce Sc Co Ltd
TSO Volusia LLC
Tunica Village Partnership
Twelth Street & Washington
Tyrone Gardens LLC
U P SC Ltd
Ullmann Company
United Commercial Mortgage Cor
United Investors Realty
University Crossing
University Tenancy In Common
UrbanAmerica
US Bank Trust Na Corp Trust TF
USPG Portfolio Two LLC

USRP I LLC Glen Lea Shopping C
USRP I LLC Shoppes Of Kildaire
Vachlia Inc
Valrico Square
Venetia Village Center
Ventures LLC
Victoria Square Partners LLC
Victory Berryland LLC
Victory Investments Inc
Victory Kenner LLC
Vigouroux Development LLC
Villa Rica Retail Properties L
Village Marketplace Of
Village Plaza Inc
Village Royale Properties LLC
Vogel & Vogel Partnership
W D Route 3 Limited
W T H II LLC
Wachovia Securities
Walker LA Commercial
Watch Omega Holdings Lp
Waters & Armenia Plaza
Waters Inc S C Mgmt Trust Acct
Watkins Investment
Wayne Ruben
Waynesville Shopping
WBFV Inc
WCL Five LLC
WD Development LLC
WD Jacksonville Fl LLC
WD Marianna Portfolio LP
WD Milton Portfolio L P
W-D Shelby Partnership
Weavers Corner Jt Venture
Webb/Lexington Ventures #108
Webber Commercial Properties L
Weeki Wachee Village Shop Cntr
Weingarten Realty Investors
Wesley Chapel Sc Co Ltd
West Eck Partners LP
West Napoleon Joint Venture
Westfork Plaza
Westgate LLC
Westland Shopping Center LP
Weston Road Shopping Center LL
Westside City Inc
Westwood Shopping Center
WIAB Properties LLC Operating
Wiedemann Square Ltd
Wiedmann Square LLC
Wiggs Realty Co
William H Hall
Willowood Partners Ltd
Winbrook Management Inc
Windsor Place
Windsor Station LC
Windward Partners IV LP
Winyah Village Shopping Ctr
Wiregrass Plaza LLC
Wolfchase Assoc LLC North Palm
Woodberry Plaza E&A LLC
Woodland Village Partnership
WRI/Texla LLC
Xarla Realty LLC
YBD Three Lakes LC
ZSF/WD Bartow, LLC
ZSF/WD Charlotte, LLC
ZSF/WD Clayton, LLC
ZSF/WD Fitzgerald, LLC

ZSF/WD Greenville, LLC
ZSF/WD Hammond, LLC
ZSF/WD High Point, LLC
ZSF/WD Jacksonville, LLC
ZSF/WD Montgomery-31, LLC
ZSF/WD Montgomery-Gunter, LLC
ZSF/WD Opa Locka, LLC
ZSF/WD Orlando, LLC
ZSF/WD Sarasota, LLC
Zuppardo Properties LLC
Zuppardo Real Estate Co
Zurich Structured Finance, Inc.

**Insurance Companies**
ACE American Insurance Co.
ACE Bermuda Insurance, Ltd.
ACE (Illinois Union)
AIG Aviation, Inc.
American Casualty Company of Reading
PA
American Guarantee Liability (Zurich)
Arch Insurance Co.
AWAC - Side A DIC (Bermuda)
AWAC (Bermuda)
AXIS (Bermuda)
Axis Surplus Insurance Co.
AXIS US
CNA
Commonwealth Ins. Co.
Employers Ins. Co. of Wausau
Federal Insurance Co.
Great American Assurance Company
Hanseatic Ins. Co. (Bermuda)
Houston Casualty Company
Illinois National Insurance Co.
Illinois Union Ins. Co.
Lexington Insurance Co.
Liberty Ins. Underwriters, Inc.
Liberty Mutual
Liberty Mutual Insurance Company
Liberty Mutual Insurance Europe Ltd.
Lloyd's of London
Magna Carta Insurance Ltd.
Max Re - Side-A DIC (Bermuda)
Max Re (Bermuda)
Max Re (Bermuda) Ltd.
National Union
National Union Fire Insurance Co.
National Union Fire Insurance Co.
Pittsburgh, PA
Quanta Specialty Lines Insurance Company
RLI Insurance Co.
SR Int'l Business Ins. Co. Ltd.
St. Paul Re (Bermuda) Ltd.
St. Paul Fire & Marine Ins. Co.
St. Paul Mercury Insurance Co.
Starr Excess (Bermuda)
Starr Excess Liability Ins. Int'l Ltd.
(Bermuda)
Starr Excess Liability Insurance
International Ltd. (Ireland)
Travelers Indemnity Co. of Illinois
Twin City Fire Insurance Company
WIN General Ins., Inc.
XL Insurance America, Inc.
XL Insurance Ltd. (Bermuda)
XL Specialty Insurance Company
Zurich
Zurich American Ins. Co.

**Publicly Identified Shareholders**
Brandes Investment Partners L.P.
Brandes Investment Partners, Inc.
Brandes Worldwide Holdings, L.P.
Charles H. Brandes
Jeffrey A. Busby
Glenn R. Carlson
A. Dano Davis
Robert D. Davis
T. Wayne Davis
Davis Family Special Trust 2004
Davis Family Irrevocable Term Trust
DAVFAM Ltd.
DAVFAM II, Ltd.
D.D.I., Inc.
Scott A. Oko, Trustee, Davis Family
Special Trust 2004
SIVAD Investors, LLC
SIVAD Investors II, LLC
Charles P. Stephens

**Accountants**
KPMG LLP

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** | : | |
| | : | **Chapter 11** |
| **WINN-DIXIE STORES, INC., et al.,** | : | **Case No. 05-11063** |
| **Debtors.** | : | **(Jointly Administered)** |

**INTERIM ORDER AUTHORIZING DEBTORS TO EMPLOY XROADS SOLUTIONS GROUP, LLC AS FINANCIAL AND OPERATIONS RESTRUCTURING CONSULTANTS**

Upon the application dated February 21, 2005 (the "Application") of Winn-Dixie Stores, Inc. and its debtor affiliates (collectively, the "Debtors") for an order pursuant to Section 327(a) of the Bankruptcy Code for authority to employ XRoads Solutions Group, LLC ("XRoads") as financial and operations restructuring consultants, all as more fully set forth in the Application; and upon consideration of the declaration of Dennis I. Simon (the "Simon" Declaration"); and upon consideration of the Declaration of Bennett L. Nussbaum pursuant to Local Bankruptcy Rule 1007-2 (the "Local Rules") in Support of First-Day Motions and Applications sworn to on the 21st day of February, 2005; and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Referral of Cases to Bankruptcy Court Judges of the District Court for the Southern District of New York, dated July 19, 1984 (Ward, Acting C.J.); and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been provided to (i) the Office of the United States Trustee, (ii) counsel for Wachovia Bank, N.A., as agent for the Debtors' secured lenders,

(iii) the indenture trustee for the Debtors' noteholders, and (iv) the Debtors' fifty (50) largest unsecured creditors, and no other or further notice being required; and the relief requested in the Application being in the best interests of the Debtors, their estates, and creditors; and the Court having reviewed the Application; and the Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Application is granted on an interim basis until such time as the Court conducts a final hearing on this matter (the "Final Hearing Date"); and it is further

ORDERED that the Final Hearing Date shall be ________, 2005, at _____ _.m.; and it is further

ORDERED that any objection to the relief requested by the Application on a final basis must be filed with the Court and be served upon (i) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004; (ii) D.J. Baker, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036; (iii) Sarah Robinson Borders, King & Spalding LLP, 191 Peachtree Street, Atlanta, Georgia 30303; and (iv) Dennis I. Simon, XRoads Solutions Group, LLC, 400 Madison Avenue, Third Floor, New York, New York 10017, so as to be received by ______, 2005 at 5:00 p.m.; and it is further

ORDERED that the Debtors are authorized to retain XRoads as their financial and operations restructuring consultants, pursuant to Section 327(a) of the Bankruptcy Code, as of February 21, 2005 (the "Petition Date") on the terms set forth in the Application, the Agreement (as defined in the Application), and the Simon Declaration; and it is further

ORDERED that if any supplemental declarations are filed and served after the entry of this Order, absent any objections filed within twenty (20) days after the filing and service of such supplemental declarations, XRoads's employment shall continue as authorized pursuant to this Order; and it is further

ORDERED that XRoads shall be compensated upon appropriate application in accordance with Sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, and orders of this Court; and it is further

ORDERED that XRoads shall contemporaneously maintain time entries in half-hour increments for each individual working on the engagement; and it is further

ORDERED that XRoads is authorized to apply the retainer received from the Debtors to pay any fees, charges, costs, or expenses relating to services rendered to the Debtors prior to the Petition Date that remain unpaid and to hold any remaining portion of the retainer for application to allowed amounts owed pursuant to XRoads's final application in these cases; provided, however, that XRoads shall hold the retainer as funds clearly designated for the account of the Debtors; and provided, further, however, that any party in interest may at any time challenge the use and application of the retainer by XRoads; and it is further

ORDERED that within five (5) days of the entry of this Order, the Debtors shall serve a copy of this Order on the Office of the United States Trustee, counsel for the Debtors' pre-petition secured lenders, the indenture trustee for the Debtors' senior note holders, counsel to the Agent for the Debtors' proposed debtor-in-possession lenders, the Debtors' fifty (50) largest unsecured creditors on a consolidated basis, and any counsel or party that has filed a notice of appearance or request for notice within such time; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; and it is further

ORDERED that the requirement pursuant to Local Rule 9013-1(b) that the Debtors file a memorandum of law in support of the Application is hereby waived.

Dated: February ___, 2005
New York, New York

_______________________________
UNITED STATES BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** | : | |
| | : | **Chapter 11** |
| | : | |
| **WINN-DIXIE STORES, INC., et al.,** | : | **Case No. 05-11063** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

**FINAL ORDER AUTHORIZING DEBTORS**
**TO EMPLOY XROADS SOLUTIONS GROUP, LLC AS**
**FINANCIAL AND OPERATIONS RESTRUCTURING CONSULTANTS**

Upon the application dated February 21, 2005 (the “Application”) of Winn-Dixie Stores, Inc. and its debtor affiliates (collectively, the “Debtors”) for an order pursuant to Section 327(a) of the Bankruptcy Code for authority to employ XRoads Solutions Group, LLC (“XRoads”) as financial and operations restructuring consultants, all as more fully set forth in the Application; and upon consideration of the declaration of Dennis I. Simon (the “Simon Declaration”); and upon consideration of the Declaration of Bennett L. Nussbaum pursuant to Local Bankruptcy Rule 1007-2 (the “Local Rules”) in Support of First-Day Motions and Applications sworn to on the 21st day of February, 2005; and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Referral of Cases to Bankruptcy Court Judges of the District Court for the Southern District of New York, dated July 19, 1984 (Ward, Acting C.J.); and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been provided to (i) the Office of the United States Trustee, (ii) counsel for Wachovia Bank, N.A., as agent for the Debtors’ secured lenders,

(iii) the indenture trustee for the Debtors' noteholders, and (iv) the Debtors' fifty (50) largest unsecured creditors, and no other or further notice being required; and the relief requested in the Application being in the best interests of the Debtors, their estates, and creditors; and the Court having reviewed the Application; and the Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Application is granted; and it is further

ORDERED that the Debtors are authorized to retain XRoads as their financial and operations restructuring consultants, pursuant to Section 327(a) of the Bankruptcy Code, as of February 21, 2005 (the "Petition Date") on the terms set forth in the Application, the Agreement (as defined in the Application), and the Simon Declaration; and it is further

ORDERED that if any supplemental declarations are filed and served after the entry of this Order, absent any objections filed within twenty (20) days after the filing and service of such supplemental declarations, XRoads's employment shall continue as authorized pursuant to this Order; and it is further

ORDERED that XRoads shall be compensated upon appropriate application in accordance with Sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, and orders of this Court; and it is further

ORDERED that XRoads shall contemporaneously maintain time entries in half-hour increments for each individual working on the engagement; and it is further

ORDERED that XRoads is authorized to apply the retainer received from the Debtors to pay any fees, charges, costs, or expenses relating to services rendered to the Debtors

prior to the Petition Date that remain unpaid and to hold any remaining portion of the retainer for application to allowed amounts owed pursuant to XRoads's final application in these cases; provided, however, that XRoads shall hold the retainer as funds clearly designated for the account of the Debtors; and provided, further, however, that any party in interest may at any time challenge the use and application of the retainer by XRoads; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; and it is further

ORDERED that the requirement pursuant to Local Rule 9013-1(b) that the Debtors file a memorandum of law in support of the Application is hereby waived.

Dated: ________ ___, 2005
New York, New York

_______________________________
UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT "3"**

Summary of Time by Professional
6th Interim Application Period
October 1, 2006 – November 20, 2006

**XRoads Solution Group, LLC**
**Winn Dixie Summary of Fees**
**Period October 1, 2006 through November 20, 2006**

| | | |
|---|---|---|
| Billed at Monthly Fixed Fee of $200,000 per Month (10/1 - 10/31) | | $200,000.00 |
| Billed at Monthly Fixed Fee of $200,000 per Month (pro-rated 11/1 - 11/20) | | $133,333.00 |
| 437.90 | Hours over the 400 cap (Total Hours: 837.90 for 10/1 - 10/31) | $175,160.00 |
| 274.10 | Hours over the 400 cap pro-rated to 267 hours (11/1 - 11/20) (Total Hours: 817.80) | $109,640.00 |
| 174.20 | Fee Auditor response time not previously billed* | $69,680.00 |
| Administrative Personnel | | $44,877.50 |
| Fee Auditor response time not previously billed* | | $3,367.00 |
| Total Amount Due | | $736,057.50 |

| | Gross hours | Net Hours |
|---|---|---|
| Total Hours - BK | 1,736.60 | 1,553.20 |
| Total Hours - Admin | 428.50 | 387.00 |
| Total Hours | 2,165.10 | 1,940.20 |
| Weighted Average | 339.96 | 379.37 |

**Period October 1, 2006 through November 20, 2006**

| Professional | Position | Gross Hours Consulting and Travel | Less Travel time/non billable time | Net Hours Consulting-Billed to Winn-Dixie |
|---|---|---|---|---|
| Gaston, B. | Senior Consultant | 342.20 | 62.00 | 280.20 |
| Edmonson, J. | Director | 243.60 | 4.80 | 238.80 |
| Wuertz, T. | Senior Consultant | 233.10 | 16.00 | 217.10 |
| Fagerstrom, K. | Director | 389.30 | 56.60 | 332.70 |
| Young, J. | Director | 224.90 | 32.00 | 192.90 |
| Karol, S. | Managing Director | 174.90 | 0.00 | 174.90 |
| Boggess, B. | Managing Director | 41.60 | 0.00 | 41.60 |
| Doyle, Todd | Principal | 48.30 | 0.00 | 48.30 |
| Etlin, H | Principal | 25.40 | 12.00 | 13.40 |
| Vander Hooven, J | Managing Director | 10.90 | 0.00 | 10.90 |
| Simon, J. | Principal | 1.60 | 0.00 | 1.60 |
| McCarty, L | Managing Director | 0.80 | 0.00 | 0.80 |
| | | 1,736.60 | 183.40 | 1,553.20 |

**Claims and Administration Hours**

| User | Rate | Billable Hours | Non Billable Travel Hours | Amount |
|---|---|---|---|---|
| Bloemen, L. | 85.00 | 136.10 | 0.00 | 11,568.50 |
| Cooper, Carla | 100.00 | 57.80 | 0.00 | 5,780.00 |
| Liu, A | 160.00 | 193.10 | 41.50 | 30,896.00 |
| | | 387.00 | 41.50 | 48,244.50 |

*XRoads' fees incurred for the analysis and preparation of its response to Stuart Maue's reports was not included in the monthly statements submitted as this was an ongoing project during the Application Period. The majority of the hours incurred were processed for payment after the filing of XRoads response on December 19, 2006. The total amount of unbilled response fees requested for this Application Period total $73,047.00

# EXHIBIT "4"

Summary of Expenses
6th Interim Application Period
October 1, 2006 – November 20, 2006

**XRoads Solutions Group, LLC**
**Winn-Dixie**
**Summary of Expenses**
**Period October 1, 2006 through November 20, 2006**

|  | Gross Amount | Courtesy Discounts | Net Amount |
|---|---|---|---|
| Airfare *** | 16,516.92 | (578.59) | 15,938.33 |
| Ground Transportation* | 8,380.85 |  | 8,380.85 |
| Lodging | 10,405.21 |  | 10,405.21 |
| Meals** | 6,581.44 | (5,140.28) | 1,441.16 |
| Mileage | 415.20 |  | 415.20 |
| Photocopies | 36.90 |  | 36.90 |
| Overnight Delivery | 48.96 |  | 48.96 |
| Conference Calls | 437.32 |  | 437.32 |
| Totals | 42,822.80 | (5,718.87) | **37,103.93** |

* XRoads did not charge the Estate for travel from the Client location to the hotel or Client location to the Airport. Courtesy discounts for ground transportation also includes reduction of travel to/from residence to the Airport (capped at $35.00) and travel from the hotel to the Client location (capped at $40.00).

** Pursuant to the Bankruptcy Guidelines, XRoads did not charge the client for breakfast, lunch or dinner unless XRoads was participating , during the meal, in a necessary meeting respecting the case.

*** Credit in the amount of $578.59 for airfare erroneously billed on the October statement

**EXHIBIT "5"**

Detail Time Reports
6th Interim Application Period
October 1, 2006 – November 20, 2006

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| Activity: BK-Business Analysis | | | | |
| 10/02/06 | Fagerstrom, K. | BK-Business Analysis | Call with L Martin (PHH) regarding auto leases | 0.70 |
| 10/02/06 | Young, J. | BK-Business Analysis | Review of Contract Status Details with K Fagerstrom (XRoads) and B Gaston (XRoads) | 0.90 |
| 10/02/06 | Fagerstrom, K. | BK-Business Analysis | Review of Contract Status Details with J Young (XRoads Solutions Group) and B Gaston (XRoads Solutions Group) | 0.90 |
| 10/02/06 | Young, J. | BK-Business Analysis | Development of presentation deck related to Alabama Power contract | 3.20 |
| 10/02/06 | Young, J. | BK-Business Analysis | Review of Futuristic Foods pleadings in response to request from J Castle (WD) | 0.70 |
| 10/02/06 | Gaston, B. | BK-Business Analysis | Meeting with K. Fagerstrom and J. Young (XRoads) to review contract status | 0.90 |
| 10/02/06 | Young, J. | BK-Business Analysis | Analysis of filed motions/orders to evaluate contract cure amounts and GUCs. | 2.30 |
| 10/03/06 | Fagerstrom, K. | BK-Business Analysis | Meeting with J James (WD), J Young (XRoads Solutions Group) and B Gaston (XRoads Solutions Group) regarding Hobart | 0.30 |
| 10/03/06 | Karol, S. | BK-Business Analysis | Analysis of Store 380 | 0.90 |
| 10/03/06 | Gaston, B. | BK-Business Analysis | Contract status review with J. Young and K. Fagerstrom (XRoads) | 1.20 |
| 10/03/06 | Gaston, B. | BK-Business Analysis | Prepare for conference call with S. Eichel and D. Turetsky (Skadden), B. Kichler and J. James (WD) and J. Young and K. Fagerstrom (XRoads) regarding open contract issues | 1.10 |
| 10/03/06 | Fagerstrom, K. | BK-Business Analysis | Meeting with J James (WD) regarding options for open contract issues | 0.80 |
| 10/03/06 | Young, J. | BK-Business Analysis | Meeting with J James (WD), K Fagerstrom (XRoads) and B Gaston (XRoads) regarding Hobart | 0.30 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/03/06 | Young, J. | BK-Business Analysis | Meeting with K Fagerstrom (XRoads) and B Gaston (XRoads) regarding Hobart | 0.50 |
| 10/03/06 | Gaston, B. | BK-Business Analysis | Call with K. Fagerstrom and J. Young (XRoads) to discuss Hobart contract modification and cure | 0.50 |
| 10/03/06 | Fagerstrom, K. | BK-Business Analysis | Research related to cure costs for Oracle contract | 1.10 |
| 10/03/06 | Young, J. | BK-Business Analysis | Conference call with K Fagerstrom (XRoads), B Gaston (XRoads), S Eichel (Skadden), D Turetsky (Skadden), B Kichler (WD), and J James (WD) regarding open contract issues | 1.10 |
| 10/03/06 | Young, J. | BK-Business Analysis | Contract status review with K. Fagerstrom (XRoads) and B Gaston (XRoads) | 1.20 |
| 10/03/06 | Fagerstrom, K. | BK-Business Analysis | Discussion with J Ranne (WD) regarding EADS payment | 0.40 |
| 10/03/06 | Fagerstrom, K. | BK-Business Analysis | Discussion with D Young (WD) regarding XEROX stipulation | 0.90 |
| 10/03/06 | Gaston, B. | BK-Business Analysis | Analysis of rejection damages for lease of store 978 | 0.20 |
| 10/03/06 | Fagerstrom, K. | BK-Business Analysis | Preparation for Rexall call with Alvarez & Marsal | 0.90 |
| 10/03/06 | Fagerstrom, K. | BK-Business Analysis | Review/analysis of Pepsi Vending Fountain Equipment Agreement | 0.70 |
| 10/03/06 | Fagerstrom, K. | BK-Business Analysis | Meeting with B Kichler (WD) regarding Rexall questions received from UCC | 0.60 |
| 10/03/06 | Edmonson, J. | BK-Business Analysis | Review updated contracts open issues report. | 0.30 |
| 10/03/06 | Gaston, B. | BK-Business Analysis | Analysis of annual purchases from Hobart to prepare for contract negotiation | 0.40 |
| 10/03/06 | Karol, S. | BK-Business Analysis | Analysis of store terminations and motions | 1.30 |

XRoads Solutions Group
Daily Detail Reports

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/03/06 | Fagerstrom, K. | BK-Business Analysis | Conference call with M Gavejian (A&M) and B Kichler (WD) regarding Rexall assumption agreement | 0.60 |
| 10/03/06 | Fagerstrom, K. | BK-Business Analysis | Meeting with J Ranne (WD) regarding copier inventory issues | 0.50 |
| 10/03/06 | Fagerstrom, K. | BK-Business Analysis | Meeting with S Grimm (WD) regarding oracle | 0.50 |
| 10/03/06 | Fagerstrom, K. | BK-Business Analysis | Preparation of edits to daily contracts update spreadsheet | 0.70 |
| 10/03/06 | Edmonson, J. | BK-Business Analysis | Review email and attached contract from D. Turetsky (Skadden) in connection with Pepsi vending agreement. | 0.30 |
| 10/03/06 | Fagerstrom, K. | BK-Business Analysis | Conference call with J Young (XRoads Solutions Group), B Gaston (XRoads Solutions Group), S Eichel (Skadden), D Turetsky (Skadden), B Kichler (WD), and J James (WD) regarding open contract issues | 1.10 |
| 10/03/06 | Fagerstrom, K. | BK-Business Analysis | Meeting with T McNamara (WD) regarding Pepsi contract for location #336 | 0.50 |
| 10/03/06 | Young, J. | BK-Business Analysis | Continued development of presentation deck related to Alabama Power contract | 1.60 |
| 10/03/06 | Fagerstrom, K. | BK-Business Analysis | Contract status review with J Young (XRoads Solutions Group) and B Gaston (XRoads Solutions Group) | 1.20 |
| 10/03/06 | Young, J. | BK-Business Analysis | Continued development of presentation deck related to Alabama Power contract | 0.70 |
| 10/03/06 | Fagerstrom, K. | BK-Business Analysis | Meeting with J Young (XRoads Solutions Group) and B Gaston (XRoads Solutions Group) regarding Hobart | 0.50 |
| 10/03/06 | Young, J. | BK-Business Analysis | Telephonic meeting with M Gavejian (A&M) to discuss status of contracts | 0.60 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/03/06 | Young, J. | BK-Business Analysis | Review of Vending and Fountain Equipment agreement provided by D Turetsky (Skadden) | 0.40 |
| 10/03/06 | Young, J. | BK-Business Analysis | Telephonic meeting to discuss claims reserves with S Karol and J Edmonson (XRoads); R Gray and J Leamy (Skadden); J Castle, J Roy and D Young (WD) and J O'Connell (Blackstone) | 1.10 |
| 10/03/06 | Gaston, B. | BK-Business Analysis | Prepare for call with K. Fagerstrom and J. Young (XRoads) to discuss Hobart contract modification and cure | 0.50 |
| 10/03/06 | Gaston, B. | BK-Business Analysis | Call with K. Fagerstrom and J. Young (XRoads) and J. James (WD) to discuss Hobart contract modification and cure | 0.30 |
| 10/03/06 | Gaston, B. | BK-Business Analysis | Prepare for conference call with S. Eichel and D. Turetsky (Skadden), B. Kichler and J. James (WD) and J. Young and K. Fagerstrom (XRoads) regarding open contract issues | 0.60 |
| 10/04/06 | Fagerstrom, K. | BK-Business Analysis | Review and analysis of copier rejection motion | 0.90 |
| 10/04/06 | Gaston, B. | BK-Business Analysis | Conference call with S. Eichel, and D. Turetsky (Skadden), B. Kichler and J. James (WD) and J. Young and K. Fagerstrom (XRoads) regarding open contract issues | 0.80 |
| 10/04/06 | Gaston, B. | BK-Business Analysis | Meeting with K. Fagerstrom and J. Young (XRoads) to review contract status | 1.10 |
| 10/04/06 | Fagerstrom, K. | BK-Business Analysis | Call with D Turetsky (Skadden) regarding copier rejection motion | 0.70 |
| 10/04/06 | Fagerstrom, K. | BK-Business Analysis | Call with J Ranne (WD) regarding oracle | 1.10 |
| 10/04/06 | Gaston, B. | BK-Business Analysis | Prepare Alabama Power business case deck | 1.20 |
| 10/04/06 | Gaston, B. | BK-Business Analysis | Revise Alabama Power business case deck | 0.90 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/04/06 | Fagerstrom, K. | BK-Business Analysis | Review of Contract Status Details with J Young (XRoads Solutions Group) and B Gaston (XRoads Solutions Group) | 1.10 |
| 10/04/06 | Edmonson, J. | BK-Business Analysis | Review updated contracts issues spreadsheet from K. Fagerstrom (XRoads). | 0.30 |
| 10/04/06 | Gaston, B. | BK-Business Analysis | Contract call J. James and B. Kichler (WD), K. Fagerstrom and J. Young (XRoads), D. Turetsky and S. Eichel (Skadden) | 0.60 |
| 10/04/06 | Gaston, B. | BK-Business Analysis | Call with L. Coletrane (Gilbarco) to discuss lease for fuel monitoring equipment at former Atlanta, DC and Clayton, NC facilities | 0.50 |
| 10/04/06 | Gaston, B. | BK-Business Analysis | Analysis of debtor/lessee entity for store 1829 | 0.30 |
| 10/04/06 | Gaston, B. | BK-Business Analysis | Call with A. Frisch, Held & Isreal, to discuss Crowder motion to compel for cure on lease for store 1328 | 0.40 |
| 10/04/06 | Gaston, B. | BK-Business Analysis | Call with D. Noble, Phelps & Dunbar, to discuss Crowder motion to compel for cure on lease for store 1328 | 0.60 |
| 10/04/06 | Young, J. | BK-Business Analysis | Review of Contract Status Details with K. Fagerstrom (XRoads) and B Gaston (XRoads) | 1.10 |
| 10/04/06 | Fagerstrom, K. | BK-Business Analysis | Work on reconciliation of copiers rejected for J Ranne (WD) | 2.20 |
| 10/04/06 | Fagerstrom, K. | BK-Business Analysis | Discussion with B Kichler (WD) regarding Rexall and Anderson news | 0.80 |
| 10/04/06 | Fagerstrom, K. | BK-Business Analysis | Call with J Ranne (WD) regarding copiers | 0.60 |
| 10/04/06 | Fagerstrom, K. | BK-Business Analysis | Conference call with D Turetsky (Skadden), B Kichler (WD) and J James (WD) regarding Anderson news | 0.80 |
| 10/04/06 | Fagerstrom, K. | BK-Business Analysis | Call with J Landon (Xerox) regarding Xerox claims | 0.70 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/04/06 | Young, J. | BK-Business Analysis | Continued development of presentation deck related to Alabama Power contract | 0.40 |
| 10/04/06 | Edmonson, J. | BK-Business Analysis | Email communications with D. Turetsky (Skadden) and B. Kichler (WD) regarding General Electric contract and claim amount. | 0.20 |
| 10/04/06 | Fagerstrom, K. | BK-Business Analysis | Discussion with B Kichler (WD) regarding Anderson news and CF Sauer | 0.60 |
| 10/04/06 | Fagerstrom, K. | BK-Business Analysis | Meeting with J Castle (WD) regarding Kemper Insurance | 0.50 |
| 10/05/06 | Gaston, B. | BK-Business Analysis | Analysis of cure cost for store 214 | 0.40 |
| 10/05/06 | Fagerstrom, K. | BK-Business Analysis | Call with J Young (XRoads Solutions Group) regarding Oracle contracts | 0.60 |
| 10/05/06 | Gaston, B. | BK-Business Analysis | Call with K. Fagerstrom (XRoads) regarding Alabama Power contracts | 0.60 |
| 10/05/06 | Fagerstrom, K. | BK-Business Analysis | Call with J Ranne (WD) regarding oracle | 0.90 |
| 10/05/06 | Fagerstrom, K. | BK-Business Analysis | Call with S Christianson (Buchalter) regarding Oracle contract assumptions | 1.00 |
| 10/05/06 | Gaston, B. | BK-Business Analysis | Prepare for call with J. Young (XRoads) to discuss Alabama Power contract | 0.70 |
| 10/05/06 | Fagerstrom, K. | BK-Business Analysis | Call with D Turetsky (Skadden) regarding Oracle contract assumptions | 0.80 |
| 10/05/06 | Gaston, B. | BK-Business Analysis | Call with J. Young (XRoads) to discuss Alabama Power contract | 0.70 |
| 10/05/06 | Fagerstrom, K. | BK-Business Analysis | Review and analysis of oracle contract regarding Peoplesoft Financials - Asset Mgmt, Acct Payable, Acct Receivable, General Ledger, Budgets | 0.60 |
| 10/05/06 | Fagerstrom, K. | BK-Business Analysis | Review and analysis of oracle contract regarding Peoplesoft HRMS - Flexible Spending Administration, Payroll North American, Benefits Administration, & HRMS | 0.60 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/05/06 | Fagerstrom, K. | BK-Business Analysis | Review and analysis of oracle contract regarding Peoplesoft HRMS eApps | 0.50 |
| 10/05/06 | Fagerstrom, K. | BK-Business Analysis | Review and analysis of oracle contract regarding Merant Net Express (Micro Focus Int. Ltd. Net Express COBOL for Windows) | 0.30 |
| 10/05/06 | Fagerstrom, K. | BK-Business Analysis | Review and analysis of oracle contract regarding Master Software License and Services Agreement | 0.90 |
| 10/05/06 | Fagerstrom, K. | BK-Business Analysis | Preparation of analysis of all Oracle contracts to be assumed | 0.70 |
| 10/05/06 | Fagerstrom, K. | BK-Business Analysis | Work on edits to mast contract spreadsheet for daily conference call | 0.50 |
| 10/05/06 | Fagerstrom, K. | BK-Business Analysis | Call with V Adams (Xerox) regarding Xerox admin and pre-petition claims | 0.90 |
| 10/05/06 | Gaston, B. | BK-Business Analysis | Prepare for call with E. Ray, Alabama Power attorney, to discuss terms of negotiated contract assumption | 0.60 |
| 10/05/06 | Fagerstrom, K. | BK-Business Analysis | Call with D Young (WD) regarding Xerox admin and pre-petition claims | 0.70 |
| 10/05/06 | Fagerstrom, K. | BK-Business Analysis | Preparation of analysis of Xerox admin and pre-petition claims | 0.70 |
| 10/05/06 | Fagerstrom, K. | BK-Business Analysis | Call with B Gaston (XRoads Solutions Group) regarding Alabama Power contracts | 0.60 |
| 10/05/06 | Young, J. | BK-Business Analysis | Call with K Fagerstrom (XRoads) regarding open contract issues | 0.80 |
| 10/05/06 | Young, J. | BK-Business Analysis | Call with K. Fagerstrom (XRoads) regarding Oracle contracts | 0.60 |
| 10/05/06 | Gaston, B. | BK-Business Analysis | Call with E. Ray, Alabama Power attorney, to discuss terms of negotiated contract assumption | 0.60 |
| 10/05/06 | Fagerstrom, K. | BK-Business Analysis | Call with J Young (XRoads Solutions Group) regarding open contract issues | 0.80 |

XRoads Solutions Group
Daily Detail Reports

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/05/06 | Edmonson, J. | BK-Business Analysis | Email to D. Turetsky (Skadden) regarding contracts with cure payments. | 0.10 |
| 10/05/06 | Edmonson, J. | BK-Business Analysis | Review email and attached real estate cure analysis from B. Gaston (XRoads). | 0.40 |
| 10/05/06 | Fagerstrom, K. | BK-Business Analysis | Review and analysis of newly received Alabama power contracts received | 1.10 |
| 10/05/06 | Gaston, B. | BK-Business Analysis | Analysis of Crowder motion to compel payment on cure for store 1328 | 0.70 |
| 10/05/06 | Gaston, B. | BK-Business Analysis | Call with K. Neil (WD) to discuss analysis of Crowder motion to compel payment on cure for store 1328 | 0.50 |
| 10/06/06 | Karol, S. | BK-Business Analysis | Participation in weekly call with Peter Lynch (Winn-Dixie) regarding status | 0.70 |
| 10/06/06 | Fagerstrom, K. | BK-Business Analysis | Discussion with J Young (XRoads Solutions Group) regarding CF Sauer and Anderson news | 0.90 |
| 10/06/06 | Gaston, B. | BK-Business Analysis | Call with K. Fagerstrom (XRoads), J. James (WD) and D. Turetsky (Skadden) to discuss Alabama Power contracts | 0.60 |
| 10/06/06 | Fagerstrom, K. | BK-Business Analysis | Conference call with J James (WD), D Turetsky (Skadden) and B Gaston (XRoads Solutions Group) regarding Alabama Power company | 0.60 |
| 10/06/06 | Fagerstrom, K. | BK-Business Analysis | Call with D Turetsky (Skadden) and J James (WD) regarding Alabama Power | 0.70 |
| 10/06/06 | Karol, S. | BK-Business Analysis | Analysis of staffing needs including discussion regarding same with Holly Etlin (XRoads) | 1.60 |
| 10/06/06 | Fagerstrom, K. | BK-Business Analysis | Call with S Eichel (Skadden), D Turetsky (Skadden), J James (WD) regarding open contacts | 0.90 |
| 10/06/06 | Fagerstrom, K. | BK-Business Analysis | Review and analysis of revised alabama power contracts provided | 1.30 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/06/06 | Fagerstrom, K. | BK-Business Analysis | Discussion with J Ranne (WD) regarding Information Builders | 0.70 |
| 10/06/06 | Fagerstrom, K. | BK-Business Analysis | Discussion with J James (WD) regarding APCO contracts | 0.90 |
| 10/06/06 | Gaston, B. | BK-Business Analysis | Call with E. Ray, Attorney for Alabama Power Company, to negotiate modified contract assumption | 0.90 |
| 10/06/06 | Gaston, B. | BK-Business Analysis | First follow up call with E. Ray, Attorney for Alabama Power Company, to negotiate modified contract assumption | 0.40 |
| 10/06/06 | Gaston, B. | BK-Business Analysis | Review 3 new Alabama Power contracts with WD Montgomery, Inc. for against previously negotiated Master Service agreement with Winn-Dixie Stores, Inc. assumption or rejection | 1.20 |
| 10/06/06 | Gaston, B. | BK-Business Analysis | Second follow up call with E. Ray, Attorney for Alabama Power Company, to negotiate modified contract assumption | 0.40 |
| 10/06/06 | Young, J. | BK-Business Analysis | Review of PHH agreement and correspondence related to PHH contracts | 0.80 |
| 10/06/06 | Young, J. | BK-Business Analysis | Telephonic meeting with M Istre (WD) regarding PHH | 0.20 |
| 10/06/06 | Young, J. | BK-Business Analysis | Analysis of Information Builders documents provided by D Turetsky (Skadden) | 0.80 |
| 10/06/06 | Karol, S. | BK-Business Analysis | Preparation of materials for 10/13 confirmation hearing | 1.90 |
| 10/06/06 | Young, J. | BK-Business Analysis | Discussion with K Fagerstrom (XRoads) regarding CF Sauer and Anderson news | 0.90 |
| 10/06/06 | Fagerstrom, K. | BK-Business Analysis | Call with S Christianson (Buchalter) regarding Oracle claim and contracts to be assumed | 1.10 |
| 10/07/06 | Gaston, B. | BK-Business Analysis | Prepare for call with D. Turetsky (Skadden) to discuss Alabama Power contract | 0.60 |

XRoads Solutions Group
Daily Detail Reports

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/07/06 | Gaston, B. | BK-Business Analysis | Review proposed amendments to Alabama Power contract | 0.70 |
| 10/07/06 | Gaston, B. | BK-Business Analysis | Call with E. Ray, Alabama Power counsel, to discuss proposed amendments to Alabama Power contract | 0.60 |
| 10/07/06 | Gaston, B. | BK-Business Analysis | Prepare for follow up call with E. Ray, Alabama Power counsel, to discuss proposed amendments to Alabama Power contract | 0.70 |
| 10/07/06 | Gaston, B. | BK-Business Analysis | Follow up call with E. Ray, Alabama Power counsel, to discuss proposed amendments to Alabama Power contract | 0.70 |
| 10/07/06 | Gaston, B. | BK-Business Analysis | Call with D. Turetsky (Skadden) to discuss Alabama Power contract | 0.60 |
| 10/07/06 | Gaston, B. | BK-Business Analysis | Analysis of DJM rent reduction invoice | 1.10 |
| 10/08/06 | Young, J. | BK-Business Analysis | Review of draft IRI order provided by D Turetsky (Skadden) | 0.60 |
| 10/09/06 | Gaston, B. | BK-Business Analysis | Analysis of cure cost at store 1328 to resolve motion to compel | 0.80 |
| 10/09/06 | Gaston, B. | BK-Business Analysis | Review motion to compel cure payment filed by LL for store 1328 | 0.30 |
| 10/09/06 | Fagerstrom, K. | BK-Business Analysis | Review and analysis of Draft Amendment to Agreement with Winn-Dixie Montgomery | 0.50 |
| 10/09/06 | Fagerstrom, K. | BK-Business Analysis | Preparation of analysis of Oracle pending and recent payments in response to objection received | 1.40 |
| 10/09/06 | Fagerstrom, K. | BK-Business Analysis | Conference call with D Turetsky and S Eichel (Skadden), B Kichler and J James (WD), J Young and B Gaston (XRoads) regarding open contract assumption and objection issues | 0.70 |
| 10/09/06 | Fagerstrom, K. | BK-Business Analysis | Discussion with J Young and B Gaston (XRoads) regarding potential cure payment analysis | 0.30 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/09/06 | Fagerstrom, K. | BK-Business Analysis | Review and analysis of court docket in search of all approved assumption motions with cure payments | 1.80 |
| 10/09/06 | Gaston, B. | BK-Business Analysis | Conference call with D Turetsky (Skadden), S Eichel (Skadden), B Kichler (WD), J James (WD), J Young and K. Fagerstrom (XRoads) regarding open contract assumption and objection issues | 0.70 |
| 10/09/06 | Young, J. | BK-Business Analysis | Conference call with D Turetsky (Skadden), J James (WD), B Gaston and K Fagerstrom (XRoads) to discuss Alabama Power | 0.60 |
| 10/09/06 | Young, J. | BK-Business Analysis | Conference call with D Turetsky and S Eichel (Skadden), B Kichler and J James (WD), K Fagerstrom and B Gaston (XRoads) to review open contract assumption and objection issues | 0.70 |
| 10/09/06 | Young, J. | BK-Business Analysis | Meeting with K Fagerstrom and B Gaston (XRoads) to review potential cure payment analysis | 0.30 |
| 10/09/06 | Fagerstrom, K. | BK-Business Analysis | Preparation of cure payment analysis | 1.90 |
| 10/09/06 | Fagerstrom, K. | BK-Business Analysis | Meeting with D Young (WD) regarding reconciliation of Xerox payments | 1.30 |
| 10/09/06 | Fagerstrom, K. | BK-Business Analysis | Review and analysis of revised APCO documents | 0.90 |
| 10/09/06 | Gaston, B. | BK-Business Analysis | Participate in contract status review meeting with J Young and K. Fagerstrom (XRoads) | 1.10 |
| 10/09/06 | Fagerstrom, K. | BK-Business Analysis | Review and analysis of revised IRI motion and supporting documents | 0.90 |
| 10/09/06 | Gaston, B. | BK-Business Analysis | Participate in conference call with D Turetsky (Skadden), J James (WD), K. Fagerstrom and J Young (XRoads) regarding Alabama Power | 0.60 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/09/06 | Gaston, B. | BK-Business Analysis | Call with D Turetsky (Skadden) to discuss modified assumption of Alabama Power contracts | 0.40 |
| 10/09/06 | Edmonson, J. | BK-Business Analysis | Review updated contracts issue spreadsheet in preparation for contract conference call. | 0.30 |
| 10/09/06 | Fagerstrom, K. | BK-Business Analysis | Contract status review meeting with J Young and B Gaston (XRoads) | 1.10 |
| 10/09/06 | Fagerstrom, K. | BK-Business Analysis | Conference call with D Turetsky (Skadden), J James (WD), B Gaston and J Young (XRoads) regarding Alabama Power | 0.60 |
| 10/09/06 | Young, J. | BK-Business Analysis | Review of contract status spreadsheet to evaluate staffing needs | 0.60 |
| 10/09/06 | Young, J. | BK-Business Analysis | Telephonic meeting with D Turetsky (Skadden) to discuss contract-related cure requirements | 0.40 |
| 10/09/06 | Gaston, B. | BK-Business Analysis | Meeting with J. James (WD) to discuss modified assumption of Alabama Power contracts | 0.60 |
| 10/09/06 | Gaston, B. | BK-Business Analysis | Prepare for meeting with J. James (WD) to discuss modified assumption of Alabama Power contracts | 0.60 |
| 10/09/06 | Fagerstrom, K. | BK-Business Analysis | Review and analysis of new oracle post-petition invoices received from Oracle | 0.70 |
| 10/09/06 | Fagerstrom, K. | BK-Business Analysis | Conference call with S Christenson (Buchalter) regarding open Oracle invoices and contracts to be assumed | 0.80 |
| 10/09/06 | Gaston, B. | BK-Business Analysis | Review amendment to Winn-Dixie Stores, Inc. Alabama Power contracts | 0.70 |
| 10/09/06 | Gaston, B. | BK-Business Analysis | Review amendment to Winn-Dixie Montgomery, Inc. Alabama Power contracts | 0.60 |

XRoads Solutions Group
Daily Detail Reports

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/09/06 | Young, J. | BK-Business Analysis | Review and analysis of contract related pleadings to develop order-referenced detail supporting contract-related cure estimate | 2.80 |
| 10/09/06 | Young, J. | BK-Business Analysis | Review and analysis of CF Sauer proof of claim to evaluate validity and basis for claim | 1.70 |
| 10/09/06 | Gaston, B. | BK-Business Analysis | Prepare for contract status review meeting with J Young and K. Fagerstrom (XRoads) | 0.50 |
| 10/09/06 | Gaston, B. | BK-Business Analysis | Prepare for conference call with D Turetsky (Skadden), J James (WD), K. Fagerstrom and J Young (XRoads) regarding Alabama Power | 0.60 |
| 10/09/06 | Gaston, B. | BK-Business Analysis | Discussion with J Young and K. Fagerstrom (XRoads) regarding potential cure payment analysis | 0.30 |
| 10/09/06 | Young, J. | BK-Business Analysis | Continued development of detailed contract cure detail and analysis of pleadings as needed to support detail. | 2.60 |
| 10/09/06 | Young, J. | BK-Business Analysis | Development of contract-related cured cost detail to support sources and uses schedule prepared by Blackstone. | 1.90 |
| 10/09/06 | Gaston, B. | BK-Business Analysis | Call with D. Noble, Phelps & Dunbar, Attorney for LL at sold store 1328 to negotiate cure cost resolution | 0.60 |
| 10/10/06 | Fagerstrom, K. | BK-Business Analysis | Discussion with B Kichler (WD) regarding Bergonson's and TRM | 0.60 |
| 10/10/06 | Fagerstrom, K. | BK-Business Analysis | Review and analysis of revised Draft Amendment to Agreement with Winn-Dixie Montgomery | 0.50 |
| 10/10/06 | Fagerstrom, K. | BK-Business Analysis | Meeting with B Kichler (WD) regarding CF Sauer rejection damage analysis | 0.50 |
| 10/10/06 | Gaston, B. | BK-Business Analysis | Respond to UCC data request for information on appraised value of Live Oak outparcel sale and assumption of Marathon FL subleases | 0.30 |

XRoads Solutions Group
Daily Detail Reports

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/10/06 | Fagerstrom, K. | BK-Business Analysis | Meeting with J Young (XRoads) regarding CF Sauer rejection damage analysis | 0.60 |
| 10/10/06 | Young, J. | BK-Business Analysis | Review and analysis of CF Sauer claim to evaluate basis of claim and nature of damages | 0.90 |
| 10/10/06 | Fagerstrom, K. | BK-Business Analysis | Cures Conference call with D Turetsky and R Gray (Skadden), J Castle and D Young (WD), J Young, S Karol and B Gaston (all XRoads) | 0.60 |
| 10/10/06 | Young, J. | BK-Business Analysis | Meeting with B Kichler (WD) to discuss CF Sauer claim | 0.30 |
| 10/10/06 | Fagerstrom, K. | BK-Business Analysis | Add tax ID numbers and addresses to cure analysis | 1.90 |
| 10/10/06 | Fagerstrom, K. | BK-Business Analysis | Meeting with J Young (XRoads) regarding changes to cure analysis | 0.80 |
| 10/10/06 | Young, J. | BK-Business Analysis | Development of revised contract cure detail based on feedback from R Gray (Skadden) and D Young (WD) | 2.30 |
| 10/10/06 | Gaston, B. | BK-Business Analysis | Meeting with J Young and K. Fagerstrom (XRoads) to discuss cure payment analysis | 0.80 |
| 10/10/06 | Young, J. | BK-Business Analysis | Review of draft Alabama Power Co motion and order provided by D Turetsky (Skadden) | 0.40 |
| 10/10/06 | Young, J. | BK-Business Analysis | Analysis of open claims spreadsheet provided by J Castle (WD) | 0.50 |
| 10/10/06 | Gaston, B. | BK-Business Analysis | Call with S. Karol, Jamie Edmonson and K. Fagerstrom (XRoads) regarding contract estimates | 0.40 |
| 10/10/06 | Young, J. | BK-Business Analysis | Development of team 14, 15 and 16 claims population from Logan database for comparison to J Castle (WD) open claims document as needed to verify completeness in developing general unsecured claims reserve. | 1.30 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/10/06 | Young, J. | BK-Business Analysis | Meeting with K Fagerstrom and B Gaston (XRoads) to review cure payment analysis | 0.80 |
| 10/10/06 | Fagerstrom, K. | BK-Business Analysis | Continue preparation of cure payment analysis | 2.20 |
| 10/10/06 | Fagerstrom, K. | BK-Business Analysis | Meeting with J Young and B Gaston (XRoads) to discuss cure payment analysis | 0.80 |
| 10/10/06 | Young, J. | BK-Business Analysis | Meeting with K Fagerstrom (XRoads) to review CF Sauer rejection damage analysis | 0.60 |
| 10/10/06 | Young, J. | BK-Business Analysis | Telephonic meeting with D Turetsky and R Gray (Skadden), J Castle and D Young (WD), K Fagerstrom, S Karol and B Gaston (XRoads) to discuss contract-related cure requirements | 0.60 |
| 10/10/06 | Young, J. | BK-Business Analysis | Meeting with Bryan Gaston, Jamie Edmonson, S Karol and K Fagerstrom (all XRoads) regarding contract estimates | 0.40 |
| 10/10/06 | Young, J. | BK-Business Analysis | Conference call with D Turetsky, S Eichel (Skadden), B Kichler and J James (WD), K Fagerstrom and B Gaston (XRoads) regarding open contract assumption and objection issues | 0.70 |
| 10/10/06 | Fagerstrom, K. | BK-Business Analysis | Call with Bryan Gaston, Jamie Edmonson, S Karol and J Young (XRoads) regarding contract estimates | 0.40 |
| 10/10/06 | Young, J. | BK-Business Analysis | Meeting with K Fagerstrom (XRoads) regarding changes to cure analysis | 0.80 |
| 10/10/06 | Fagerstrom, K. | BK-Business Analysis | Review and analysis of CF Sauer proof of claim | 1.30 |
| 10/10/06 | Gaston, B. | BK-Business Analysis | Review comprehensive draft motion to modified assumption of Alabama Power contracts | 0.60 |
| 10/10/06 | Fagerstrom, K. | BK-Business Analysis | Preparation of edits to cure analysis | 0.90 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/11/06 | Gaston, B. | BK-Business Analysis | Contract status call D. Turetsky (Skadden), J. James and B. Kichler (both WD) and J. Young ( XRoads) | 1.10 |
| 10/11/06 | Young, J. | BK-Business Analysis | Research of 251 claims excluded from company spreadsheet. | 1.00 |
| 10/11/06 | Fagerstrom, K. | BK-Business Analysis | Meeting with J Young (XRoads) to discuss layout of GUC analysis to be prepared | 0.80 |
| 10/11/06 | Gaston, B. | BK-Business Analysis | Call to discuss contracts with M. Gavejian (A&M), D. Turetsky (Skadden), J. James and B. Kichler (both WD) and J. Young (XRoads) | 0.70 |
| 10/11/06 | Fagerstrom, K. | BK-Business Analysis | Call with J Ranne (WD) regarding new copiers leases | 0.60 |
| 10/11/06 | Gaston, B. | BK-Business Analysis | Call with P. Brown (SG&R) to discuss sale of Montgomery, AL warehouse | 0.30 |
| 10/11/06 | Gaston, B. | BK-Business Analysis | Follow up call with P. Brown (SG&R) to discuss sale of Montgomery, AL warehouse | 0.30 |
| 10/11/06 | Fagerstrom, K. | BK-Business Analysis | Discussion with J Young (XRoads) regarding preparation of GUC analysis | 0.50 |
| 10/11/06 | Young, J. | BK-Business Analysis | Reconciliation of Logan claims population for teams 14,15 and 16 to claims detail provided by company. | 1.10 |
| 10/11/06 | Young, J. | BK-Business Analysis | Continued research of 251 claims found in Logan database but excluded from team 14, 15 and 16 claims detail provided by company; needed to ascertain completeness of population for developing general unsecured claim reserve. | 2.40 |
| 10/11/06 | Young, J. | BK-Business Analysis | Telephonic meeting with Eric Mann of Konica to discuss disputed claim | 0.80 |
| 10/11/06 | Fagerstrom, K. | BK-Business Analysis | Call with D Turetsky (Skadden) regarding oracle contracts | 0.70 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/11/06 | Young, J. | BK-Business Analysis | Telephonic meeting with M Gavejian (A&M) to discuss contract-related information requests | 0.40 |
| 10/11/06 | Young, J. | BK-Business Analysis | Conference call with D Turetsky and S Eichel (Skadden), B Kichler and J James (WD) and B Gaston (XRoads) regarding open contract assumption and objection issues | 1.10 |
| 10/11/06 | Young, J. | BK-Business Analysis | Meeting with K Fagerstrom (XRoads) to discuss layout of GUC analysis to be prepared | 0.80 |
| 10/11/06 | Young, J. | BK-Business Analysis | Conference call with M Gavejian (A&M), S Eichel (Skadden), B Kichler and J James (WD) and B Gaston (XRoads) regarding to discuss contract related information requests | 0.70 |
| 10/11/06 | Young, J. | BK-Business Analysis | Telephonic meeting with K Fagerstrom (XRoads) regarding St. Johns & Partners claim | 0.30 |
| 10/11/06 | Fagerstrom, K. | BK-Business Analysis | Consolidation of 1st-5th Omni assumption motions and 1st-4th negotiated assumption motions for GUC analysis | 2.40 |
| 10/11/06 | Fagerstrom, K. | BK-Business Analysis | Review and analysis of draft motion regarding oracle assumption | 0.90 |
| 10/11/06 | Gaston, B. | BK-Business Analysis | Call with E. Ray, Attorney for Alabama Power, to discuss modified assumption of utility contracts | 0.60 |
| 10/11/06 | Young, J. | BK-Business Analysis | Meeting with J Castle (WD) to discuss CF Sauer claim and damage related defenses | 0.90 |
| 10/11/06 | Gaston, B. | BK-Business Analysis | Call with M. Gavejian (A&M) to discuss modified assumption of Alabama Power utility contracts | 0.40 |
| 10/11/06 | Fagerstrom, K. | BK-Business Analysis | Call with J Young (XRoads) regarding St. Johns claim | 0.30 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/11/06 | Fagerstrom, K. | BK-Business Analysis | Preparation of GUC analysis for Winn-Dixie claims groups | 2.50 |
| 10/11/06 | Edmonson, J. | BK-Business Analysis | Review updated contract issues report. | 0.30 |
| 10/11/06 | Edmonson, J. | BK-Business Analysis | Review and revise spreadsheet of payment information for contracts with cure amounts. | 1.70 |
| 10/11/06 | Fagerstrom, K. | BK-Business Analysis | Continue preparation of GUC analysis for Winn-Dixie claims | 2.20 |
| 10/12/06 | Fagerstrom, K. | BK-Business Analysis | Call with J Ranne (WD) regarding Oracle | 0.80 |
| 10/12/06 | Gaston, B. | BK-Business Analysis | Call with D. Noble, Phelps & Dunbar, Attorney for LL at sold store 1328 to complete negotiation on cure cost | 0.60 |
| 10/12/06 | Fagerstrom, K. | BK-Business Analysis | Call with D Turetsky (Skadden) regarding copier leases | 0.50 |
| 10/12/06 | Gaston, B. | BK-Business Analysis | Meeting with J. James (WD) to discuss Alabama Power Contracts, Citicorp copier leases and Oracle contracts | 0.60 |
| 10/12/06 | Edmonson, J. | BK-Business Analysis | Review revised draft motion and order in connection with assumption of GE contract. | 0.40 |
| 10/12/06 | Fagerstrom, K. | BK-Business Analysis | Review and analysis of revised Oracle contracts and motions | 1.10 |
| 10/12/06 | Fagerstrom, K. | BK-Business Analysis | Call with V Adams (Xerox) regarding claims reconciliation | 0.90 |
| 10/12/06 | Fagerstrom, K. | BK-Business Analysis | Review and analysis of final GUC analysis prepared by J Edmonson (XRoads) | 1.20 |
| 10/12/06 | Gaston, B. | BK-Business Analysis | Call with L. Mabile (WD) to discuss LL repairs at store 489 | 0.30 |
| 10/12/06 | Gaston, B. | BK-Business Analysis | Research status of Oct 06 rent payment for store 726 | 0.30 |
| 10/12/06 | Edmonson, J. | BK-Business Analysis | Review motion to approve negotiated assumption and rejection of Alabama Power contracts. | 0.40 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/12/06 | Karol, S. | BK-Business Analysis | Call with Emilio Amendola (DJM) regarding owned properties | 0.40 |
| 10/12/06 | Karol, S. | BK-Business Analysis | Analysis of claims to resolve | 1.60 |
| 10/12/06 | Karol, S. | BK-Business Analysis | Analysis of owned properties sales | 1.70 |
| 10/12/06 | Karol, S. | BK-Business Analysis | Revising owned properties sales analysis | 1.10 |
| 10/12/06 | Young, J. | BK-Business Analysis | Telephonic meeting with and K Fagerstrom and J Edmonson (XRoads) regarding GUC analysis | 0.70 |
| 10/12/06 | Young, J. | BK-Business Analysis | Telephonic meeting with and K Fagerstrom (XRoads) regarding GUC analysis | 0.60 |
| 10/12/06 | Young, J. | BK-Business Analysis | Development of detailed general unsecured claims reserve for team 14, 15 and 16 executory contracts claims. | 2.40 |
| 10/12/06 | Young, J. | BK-Business Analysis | Call with K Fagerstrom (XRoads) regarding open claims issues | 0.70 |
| 10/12/06 | Karol, S. | BK-Business Analysis | Drafting summary for Bennett Nussbaum (WD) of proposed services and fees post-emergence | 1.80 |
| 10/12/06 | Fagerstrom, K. | BK-Business Analysis | Call with and J Young and J Edmonson (XRoads) regarding GUC analysis | 0.70 |
| 10/12/06 | Fagerstrom, K. | BK-Business Analysis | Call with and J Young (XRoads) regarding GUC analysis | 0.60 |
| 10/12/06 | Fagerstrom, K. | BK-Business Analysis | Call with J Young (XRoads) regarding open claims issues | 0.70 |
| 10/12/06 | Karol, S. | BK-Business Analysis | Analysis of claims reserve | 0.90 |
| 10/12/06 | Fagerstrom, K. | BK-Business Analysis | Continue preparation of GUC analysis for Winn-Dixie claims | 2.20 |
| 10/13/06 | Gaston, B. | BK-Business Analysis | Prepare for confirmation hearing at SH&B offices | 0.90 |
| 10/13/06 | Gaston, B. | BK-Business Analysis | Attend confirmation hearing to first break | 3.00 |

XRoads Solutions Group
Daily Detail Reports

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/13/06 | Gaston, B. | BK-Business Analysis | Attend confirmation hearing from first break to lunch | 1.00 |
| 10/13/06 | Fagerstrom, K. | BK-Business Analysis | Call with V Adams (Xerox) regarding claims reconciliations | 0.90 |
| 10/13/06 | Edmonson, J. | BK-Business Analysis | Review sixth Omnibus motion to assume contracts. | 0.30 |
| 10/13/06 | Fagerstrom, K. | BK-Business Analysis | Preparation of analysis of Xerox Claims reconciliations | 1.40 |
| 10/13/06 | Gaston, B. | BK-Business Analysis | Attend confirmation hearing from post lunch resumption to completion | 4.00 |
| 10/13/06 | Fagerstrom, K. | BK-Business Analysis | Discussion with L Martin (PHH) regarding auto leases | 0.60 |
| 10/13/06 | Young, J. | BK-Business Analysis | Analysis and reconciliation of electronic data provided by Konica and Winn-Dixie regarding disputed claim (8469) | 2.40 |
| 10/13/06 | Fagerstrom, K. | BK-Business Analysis | Review and analysis and response to Winn-Dixie Legalgard requests | 0.70 |
| 10/13/06 | Edmonson, J. | BK-Business Analysis | Review motion to approve GE Consumer contract. | 0.30 |
| 10/13/06 | Edmonson, J. | BK-Business Analysis | Review motion to approve CIGNA contract. | 0.30 |
| 10/13/06 | Edmonson, J. | BK-Business Analysis | Review motion to approve assumption of Citicorp contracts. | 0.30 |
| 10/13/06 | Fagerstrom, K. | BK-Business Analysis | Preparation of edits to GUC analysis to finalize | 1.10 |
| 10/14/06 | Gaston, B. | BK-Business Analysis | Prepare memorandum for settlement of cure cost dispute for store 1328 | 0.40 |
| 10/14/06 | Young, J. | BK-Business Analysis | Development of report to J Castle regarding disputed Konica claim 8469 | 0.30 |
| 10/14/06 | Young, J. | BK-Business Analysis | Review of contract related pleading filed by D Turetsky (Skadden) on 10/13 | 0.90 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/16/06 | Gaston, B. | BK-Business Analysis | Participate by phone in meeting to discuss UCC information requests related to executory contracts ; M Gavejian (A&M); J. Young (XRoads), J James and B Kichler (WD); | 0.70 |
| 10/16/06 | Fagerstrom, K. | BK-Business Analysis | Preparation of edits to daily contract status report | 0.80 |
| 10/16/06 | Young, J. | BK-Business Analysis | Meeting with J Roy (WD) regarding requests from A&M. | 0.50 |
| 10/16/06 | Young, J. | BK-Business Analysis | Meeting with M Istre (WD) to discuss PHH non-payment and status | 0.40 |
| 10/16/06 | Young, J. | BK-Business Analysis | Meeting with J James (WD) to discuss PHH non-payment and status | 0.30 |
| 10/16/06 | Young, J. | BK-Business Analysis | Development of responses to requests submitted by Alvarez and Marsal | 1.30 |
| 10/16/06 | Fagerstrom, K. | BK-Business Analysis | Meeting with J Young (XRoads), J James (WD) and B Kichler (WD) regarding open contract issues | 0.40 |
| 10/16/06 | Fagerstrom, K. | BK-Business Analysis | Meeting with J Young (XRoads), J James (WD), B Kichler (WD) and M Gavejian (Alvarez & Marsal) regarding Anderson News | 0.30 |
| 10/16/06 | Young, J. | BK-Business Analysis | Development of correspondence to David Kimberling (PHH) regarding non-payment | 0.60 |
| 10/16/06 | Fagerstrom, K. | BK-Business Analysis | Discussion with J Young (XRoads) regarding PHH lease issues | 0.70 |
| 10/16/06 | Fagerstrom, K. | BK-Business Analysis | Meeting with J James (WD) regarding PHH Lease | 0.70 |
| 10/16/06 | Gaston, B. | BK-Business Analysis | Participate by phone in meeting to discuss status of outstanding issues related to executory contracts; J. Young (XRoads), J James and B Kichler (WD); D Turetsky (Skadden) | 0.80 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/16/06 | Gaston, B. | BK-Business Analysis | Prepare to participate by phone in meeting to discuss UCC information requests related to executory contracts ; M Gavejian (A&M); J. Young (XRoads), J James and B Kichler (WD); | 0.40 |
| 10/16/06 | Gaston, B. | BK-Business Analysis | Prepare for call with K. Neil (WD) to discuss cure cost for lease on store 390 | 0.40 |
| 10/16/06 | Young, J. | BK-Business Analysis | Meeting to discuss UCC information requests related to executory contracts ; M Gavejian (A&M); B Gaston (XRoads), J James and B Kichler (WD); | 0.70 |
| 10/16/06 | Gaston, B. | BK-Business Analysis | Call with K. Neil (WD) to discuss cure cost for lease on store 390 | 0.40 |
| 10/17/06 | Fagerstrom, K. | BK-Business Analysis | Work on edits to the Cure Analysis prepared for J Castle (WD) | 1.30 |
| 10/17/06 | Fagerstrom, K. | BK-Business Analysis | Meeting with J James (WD) regarding PHH | 0.70 |
| 10/17/06 | Fagerstrom, K. | BK-Business Analysis | Meeting with J James (WD) and D Kimberling (PHH) regarding PHH lease issues | 0.90 |
| 10/17/06 | Young, J. | BK-Business Analysis | Meeting with K Fagerstrom (XRoads) and J Castle (WD) regarding Open Cure and GUC issues | 0.90 |
| 10/17/06 | Young, J. | BK-Business Analysis | Discussion with K Fagerstrom (XRoads) regarding PHH Lease issues | 0.70 |
| 10/17/06 | Fagerstrom, K. | BK-Business Analysis | Meeting with J Veal (WD) regarding payments to PHH | 0.60 |
| 10/17/06 | Gaston, B. | BK-Business Analysis | Prepare for call with D. Aulabaugh (A&M) to discuss assumption of Marathon, FL shopping center leases | 0.40 |
| 10/17/06 | Gaston, B. | BK-Business Analysis | Analysis of hurricane setoff to cure cost on lease assumption for store 726 | 0.50 |
| 10/17/06 | Gaston, B. | BK-Business Analysis | Analysis of FRO LLC VII cure cost waiver | 0.30 |

XRoads Solutions Group
Daily Detail Reports

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/17/06 | Gaston, B. | BK-Business Analysis | Call with D. Aulabaugh (A&M) to discuss assumption of Marathon, FL shopping center leases | 0.40 |
| 10/17/06 | Gaston, B. | BK-Business Analysis | Revise analysis of FRO LLC VII cure cost waiver | 0.20 |
| 10/17/06 | Fagerstrom, K. | BK-Business Analysis | Meeting with J James (WD) and D Young (WD) regarding Xerox claim | 0.70 |
| 10/17/06 | Fagerstrom, K. | BK-Business Analysis | Preparation of analysis of payments to Information Builder for 2005-2006 | 0.70 |
| 10/17/06 | Fagerstrom, K. | BK-Business Analysis | Meeting with J Ranne (WD) and S Grimm (WD) regarding Information builders | 1.10 |
| 10/17/06 | Fagerstrom, K. | BK-Business Analysis | Meeting with J Young (XRoads) and J Castle (WD) regarding Open Cure and GUC issues | 0.90 |
| 10/17/06 | Young, J. | BK-Business Analysis | Supervisory review of updates to contract cure detail prepared by K Fagerstrom (XRoads). | 0.40 |
| 10/17/06 | Young, J. | BK-Business Analysis | Analysis of Konica claims as needed for preparation for settlement discussions with Konica and transferees | 1.80 |
| 10/17/06 | Fagerstrom, K. | BK-Business Analysis | Preparation of analysis of Xerox revised claim amounts | 1.30 |
| 10/18/06 | Gaston, B. | BK-Business Analysis | Revise interest calculation template for objections to real estate lease assumptions on 5 Benderson leases | 0.60 |
| 10/18/06 | Young, J. | BK-Business Analysis | Telephonic meeting re Konica litigation; J Castle, M Richard and D Young (all WD); S Henry (Skadden), J Post (SHB) | 0.70 |
| 10/18/06 | Gaston, B. | BK-Business Analysis | Revise interest calculation template for objections to real estate lease assumptions on 6 leases where LL are represented by M. Kelley | 0.70 |

XRoads Solutions Group
Daily Detail Reports

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/18/06 | Gaston, B. | BK-Business Analysis | Meeting with K. Neil (WD) to discuss interest calculation template for objections to real estate lease assumptions | 0.40 |
| 10/18/06 | Fagerstrom, K. | BK-Business Analysis | Research related to Konica claim transfer | 0.40 |
| 10/18/06 | Fagerstrom, K. | BK-Business Analysis | Continue work on reconciliation of Xerox revised claims | 1.10 |
| 10/18/06 | Fagerstrom, K. | BK-Business Analysis | Meeting with D Young (WD) regarding reconciliation of revised Xerox Claims | 0.90 |
| 10/18/06 | Fagerstrom, K. | BK-Business Analysis | 2nd Meeting with D Young (WD) regarding reconciliation of revised Xerox Claims | 0.70 |
| 10/18/06 | Fagerstrom, K. | BK-Business Analysis | Meeting with S Grimm (WD) regarding information builders | 0.80 |
| 10/18/06 | Gaston, B. | BK-Business Analysis | Meeting with K. Neil (WD) to discuss Marathon, FL shopping center leases | 0.60 |
| 10/18/06 | Gaston, B. | BK-Business Analysis | Analysis of Marathon, FL shopping center leases to be assumed | 0.70 |
| 10/18/06 | Gaston, B. | BK-Business Analysis | Call with E. Amendola (DJM) to discuss valuation and marketing efforts to sell Marathon, FL shopping center | 0.40 |
| 10/18/06 | Gaston, B. | BK-Business Analysis | Follow up call with D. Aulabaugh (A&M) to discuss research on Marathon, FL shopping center leases | 0.30 |
| 10/18/06 | Gaston, B. | BK-Business Analysis | Meeting with J Roy, K Stubs (WD), J. Young (XRoads) to discuss process for distributing contract and real estate contract cure payments | 0.60 |
| 10/18/06 | Young, J. | BK-Business Analysis | Telephonic meeting with D Turetsky (Skadden) related to PHH non-payment | 0.40 |
| 10/18/06 | Young, J. | BK-Business Analysis | Telephonic meeting with J Carney (Silverpoint) regarding Konica claim settlement | 0.30 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/18/06 | Young, J. | BK-Business Analysis | Development of response to B Nussbaum (WD) related to question re Deep South Products | 0.80 |
| 10/18/06 | Young, J. | BK-Business Analysis | Telephonic meeting with J Carney & B Jarmain (Silverpoint) regarding Konica claim settlement | 0.50 |
| 10/18/06 | Young, J. | BK-Business Analysis | Meeting with J Castle (WD) regarding cure payment process | 0.40 |
| 10/18/06 | Young, J. | BK-Business Analysis | Meeting with J Roy, K Stubs (WD) and B Gaston (XRoads) to discuss process for distributing contract and real estate contract cure payments. | 0.60 |
| 10/18/06 | Gaston, B. | BK-Business Analysis | Prepare interest calculation template for objections to real estate lease assumptions | 2.10 |
| 10/19/06 | Young, J. | BK-Business Analysis | Reconciliation of cure detail to detail found in Logan database to identify inconsistencies and possible errors | 2.30 |
| 10/19/06 | Fagerstrom, K. | BK-Business Analysis | Work on invoice request list for Xerox | 0.90 |
| 10/19/06 | Fagerstrom, K. | BK-Business Analysis | Preparation of reconciliation package for discussion with Xerox | 1.10 |
| 10/19/06 | Fagerstrom, K. | BK-Business Analysis | Work on cure analysis for real estate cures | 0.90 |
| 10/19/06 | Fagerstrom, K. | BK-Business Analysis | Discussion with B Gaston (XRoads) regarding real estate cures | 0.60 |
| 10/19/06 | Young, J. | BK-Business Analysis | Review of Deep South Products invoices as requested by B Nussbaum (WD) | 1.30 |
| 10/19/06 | Young, J. | BK-Business Analysis | Detailed review of executory contract cure detail for use in preparing final cash distributions. | 2.80 |
| 10/19/06 | Young, J. | BK-Business Analysis | Detailed review of executory contract claim reserve for use in preparing final cash distributions. | 2.40 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/19/06 | Young, J. | BK-Business Analysis | Development of settlement offers for Konica claims | 0.80 |
| 10/19/06 | Young, J. | BK-Business Analysis | Telephonic meeting with M Mulrooney (Longacre) re Konica claim | 0.40 |
| 10/19/06 | Gaston, B. | BK-Business Analysis | Prepare for meeting with K. Fagerstrom (XRoads) to discuss real estate cure cost analysis | 0.40 |
| 10/19/06 | Young, J. | BK-Business Analysis | Meeting with C Weston (WD) to discuss NCR Teradata payment options | 0.60 |
| 10/19/06 | Gaston, B. | BK-Business Analysis | Meeting with K. Fagerstrom (XRoads) to discuss real estate cure cost analysis | 0.60 |
| 10/20/06 | Edmonson, J. | BK-Business Analysis | Review and analysis of spreadsheet from J. Young (XRoads) showing updated cure payments for assumed contracts. | 0.40 |
| 10/20/06 | Young, J. | BK-Business Analysis | Development of response to information request from A&M re AFCO insurance premiums. | 0.90 |
| 10/20/06 | Young, J. | BK-Business Analysis | Development of email correspondence to D Hakula (Konica) re claims settlement | 0.40 |
| 10/20/06 | Young, J. | BK-Business Analysis | Development of second email correspondence to D Hakula (Konica) re claims settlement | 0.30 |
| 10/20/06 | Young, J. | BK-Business Analysis | Telephonic discussion with V Krish (Cactus Capital, transferee of claim 1378) re payment of cure | 0.40 |
| 10/20/06 | Young, J. | BK-Business Analysis | Review and analysis of Dell stipulation | 0.30 |
| 10/20/06 | Young, J. | BK-Business Analysis | Review and analysis of Konica claim 13213 | 0.30 |
| 10/20/06 | Young, J. | BK-Business Analysis | Reconciliation of Logan database and contract cure and claim detail maintained by XRoads. | 2.10 |
| 10/23/06 | Gaston, B. | BK-Business Analysis | Review revised proposed order for cure costs on assumed real estate leases | 0.80 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/23/06 | Gaston, B. | BK-Business Analysis | Meeting with K. Stubbs (WD) to discuss analysis of cure costs on real estate leases to be assumed | 0.50 |
| 10/23/06 | Gaston, B. | BK-Business Analysis | Meeting with T. McNichols (WD) to discuss status of pre-petition liability cure on lease for store 1838 | 0.30 |
| 10/23/06 | Young, J. | BK-Business Analysis | Development of reconciliation of contract cures with information contained in Logan database | 2.90 |
| 10/23/06 | Young, J. | BK-Business Analysis | Telephonic meeting with J Carney (Silverpoint) regarding options for treatment of claim | 0.40 |
| 10/23/06 | Gaston, B. | BK-Business Analysis | Analysis of LL objections from confirmation hearing | 0.70 |
| 10/23/06 | Young, J. | BK-Business Analysis | Analysis of claim 8469 | 0.90 |
| 10/23/06 | Young, J. | BK-Business Analysis | Draft of proposal to Konica related to claim 13213 | 0.80 |
| 10/23/06 | Young, J. | BK-Business Analysis | Telephonic meeting with M Mulrooney (Longacre Capital) regarding options for treatment of claim 13212 | 0.60 |
| 10/23/06 | Young, J. | BK-Business Analysis | Continued development of reconciliation of contract cures with information contained in Logan database | 2.40 |
| 10/23/06 | Young, J. | BK-Business Analysis | Telephonic meeting with J Castle (WD) to discuss authority for negotiating claim 13212 | 0.50 |
| 10/24/06 | Fagerstrom, K. | BK-Business Analysis | Meeting with D Young (WD) regarding Xerox claim | 1.10 |
| 10/24/06 | Fagerstrom, K. | BK-Business Analysis | Conference call with S Grimm (WD) and M Gavejian (Alvarez and Marsal) regarding information builders and dell assumptions | 0.80 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/24/06 | Gaston, B. | BK-Business Analysis | Prepare for meeting with K. Neil (WD) to discuss second omnibus lease assumption motion and related cure cost objections | 0.50 |
| 10/24/06 | Fagerstrom, K. | BK-Business Analysis | Conference call with S Grimm (WD) and M Gavejian (Alvarez and Marsal) regarding information builders and dell assumptions | 0.80 |
| 10/24/06 | Fagerstrom, K. | BK-Business Analysis | Call with D Young (WD) regarding Consolidated Biscuit | 0.50 |
| 10/24/06 | Fagerstrom, K. | BK-Business Analysis | Call with V Adams (Xerox) regarding Xerox claim issues | 0.60 |
| 10/24/06 | Gaston, B. | BK-Business Analysis | Prepare for call with A. Wullbern (SH&B) and K. Neil (WD) to discuss second omnibus lease assumption motion and related cure cost objections | 0.60 |
| 10/24/06 | Fagerstrom, K. | BK-Business Analysis | Review and analysis of Winn-Dixie's response to Consolidated Biscuit objection | 0.90 |
| 10/24/06 | Gaston, B. | BK-Business Analysis | Call with A. Wullbern (SH&B) and K. Neil (WD) to discuss second omnibus lease assumption motion and related cure cost objections | 0.60 |
| 10/24/06 | Gaston, B. | BK-Business Analysis | Call with A. Wullbern (SH&B) and K. Neil (WD) to discuss second omnibus lease assumption motion and related cure cost objections | 0.60 |
| 10/24/06 | Gaston, B. | BK-Business Analysis | Meeting with K. Neil (WD) to discuss second omnibus lease assumption motion and related cure cost objections | 0.70 |
| 10/24/06 | Young, J. | BK-Business Analysis | Meeting with T Upton (CAO of Cardtronics -- WD Vendor) to discuss execution of contractual terms | 2.10 |
| 10/24/06 | Young, J. | BK-Business Analysis | Telephonic meeting with J Edmonson (XRoads) to discuss Longacre/Konica claim negotiations | 0.20 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/24/06 | Young, J. | BK-Business Analysis | Telephonic meeting with M Gavejian (A&M) to discuss contract related information requests | 0.60 |
| 10/24/06 | Young, J. | BK-Business Analysis | Development of reconciliation of contract claims with information contained in Logan database | 2.10 |
| 10/24/06 | Young, J. | BK-Business Analysis | Continued development of reconciliation of contract claims with information contained in Logan database | 2.60 |
| 10/24/06 | Young, J. | BK-Business Analysis | Development of updated contract cure payment and claim detail for use in cash and stock distributions | 1.80 |
| 10/24/06 | Young, J. | BK-Business Analysis | Telephonic meeting with D Turetsky (Skadden) to discuss PHH payment status | 0.40 |
| 10/25/06 | Fagerstrom, K. | BK-Business Analysis | Call with J. Young and B. Gaston (both XRoads) to discuss status of real estate cure costs, class 10 secured tax claims and responses to real estate claim objections | 0.60 |
| 10/25/06 | Fagerstrom, K. | BK-Business Analysis | Call with J James (WD) and J Young (XRoads) regarding PHH | 0.40 |
| 10/25/06 | Fagerstrom, K. | BK-Business Analysis | Meeting with J James (WD) regarding PHH | 0.60 |
| 10/25/06 | Young, J. | BK-Business Analysis | Development of status update related to disputed claims for J Castle (WD) | 1.30 |
| 10/25/06 | Fagerstrom, K. | BK-Business Analysis | Call with J Young (XRoads) to discuss CF Sauer | 0.60 |
| 10/25/06 | Young, J. | BK-Business Analysis | Development of situation overview related to PHH as requested by J James (WD) | 2.30 |
| 10/25/06 | Fagerstrom, K. | BK-Business Analysis | Call with J Young (XRoads) to discuss status of cure analysis | 0.50 |
| 10/25/06 | Young, J. | BK-Business Analysis | Second 10/25 telephonic meeting with M Mulrooney (Longacre Capital) for negotiation of claim 13212 | 0.60 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/25/06 | Young, J. | BK-Business Analysis | Call with J James (WD) and K Fagerstrom (XRoads) regarding PHH | 0.40 |
| 10/25/06 | Fagerstrom, K. | BK-Business Analysis | Meeting with J Ranne and S Grimm (WD) regarding NCR contracts | 0.90 |
| 10/25/06 | Fagerstrom, K. | BK-Business Analysis | Meeting with B Kichler (WD) regarding CF Sauer | 0.60 |
| 10/25/06 | Young, J. | BK-Business Analysis | Telephonic meeting with M Mulrooney (Longacre Capital) regarding settlement of claim 13212 | 0.40 |
| 10/25/06 | Young, J. | BK-Business Analysis | Telephonic meeting with D Kimerling and Linda Martin (PHH) to discuss return of Winn-Dixie funds held, related issues and timing. | 0.90 |
| 10/25/06 | Young, J. | BK-Business Analysis | Call with K Fagerstrom (XRoads) to discuss CF Sauer | 0.60 |
| 10/25/06 | Young, J. | BK-Business Analysis | Call with B Gaston and K. Fagerstrom (XRoads) to discuss status of real estate cure costs, class 10 secured tax claims and responses to real estate claim objections | 0.60 |
| 10/26/06 | Gaston, B. | BK-Business Analysis | Call with D. Aulabaugh (A&M) to discuss lease termination agreement for store 1409 | 0.30 |
| 10/26/06 | Gaston, B. | BK-Business Analysis | Call with K. Daw (SG&R) to discuss lease termination agreement for store 1409 | 0.30 |
| 10/26/06 | Gaston, B. | BK-Business Analysis | Call with A. Wullbern (SH&B) to discuss real estate cure payments and related objections | 0.30 |
| 10/26/06 | Gaston, B. | BK-Business Analysis | Follow up call with D. Aulabaugh (A&M) to discuss lease termination for store 1409 | 0.20 |
| 10/26/06 | Young, J. | BK-Business Analysis | Telephonic meeting with J Roy (WD) re PHH payment | 0.20 |
| 10/26/06 | Edmonson, J. | BK-Business Analysis | Review email and attached proposed motion in connection with Dell Marketing from D. Turetsky (Skadden). | 0.20 |

XRoads Solutions Group
Daily Detail Reports

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/26/06 | Edmonson, J. | BK-Business Analysis | Review entered orders on Oracle, GE Consumer, Hobart assumptions and miscellaneous assumption order. | 0.40 |
| 10/26/06 | Young, J. | BK-Business Analysis | Telephonic meeting with M Mulrooney (Longacre Capital) regarding settlement of claim 13212 | 0.50 |
| 10/26/06 | Young, J. | BK-Business Analysis | Review of contract related orders entered on 10/25 | 1.30 |
| 10/27/06 | Fagerstrom, K. | BK-Business Analysis | Discussion with D Young (WD) regarding CCE Claims | 0.90 |
| 10/27/06 | Fagerstrom, K. | BK-Business Analysis | Discussion with M Gavejian (Alvarez and Marsal) regarding CCE Claims | 0.90 |
| 10/30/06 | Young, J. | BK-Business Analysis | Reconciliation of PHH payment to amount due per Winn-Dixie | 2.60 |
| 10/30/06 | Young, J. | BK-Business Analysis | Telephonic meeting with K Fagerstrom (XRoads) re PHH payment obligations | 0.70 |
| 10/30/06 | Young, J. | BK-Business Analysis | Meeting with M Istre (WD) to discuss status of PHH issues | 0.40 |
| 10/30/06 | Young, J. | BK-Business Analysis | Meeting with J Roy (WD) regarding receipt of payment from PHH. | 0.50 |
| 10/30/06 | Gaston, B. | BK-Business Analysis | Revise real estate cure cost log to increase proposed cure for store 167 | 0.20 |
| 10/30/06 | Young, J. | BK-Business Analysis | Telephonic discussion with D Turetsky (Skadden) regarding PHH. | 0.50 |
| 10/30/06 | Fagerstrom, K. | BK-Business Analysis | Discussions with J Young (XRoads) regarding PHH payments | 0.70 |
| 10/30/06 | Young, J. | BK-Business Analysis | Meeting with J James (WD) regarding receipt of payment from PHH. | 0.80 |
| 10/30/06 | Young, J. | BK-Business Analysis | Telephonic discussion with D Kimberling (PHH) regarding payment obligation. | 0.30 |
| 10/30/06 | Fagerstrom, K. | BK-Business Analysis | Review and analysis of PHH proposed payment | 0.90 |

XRoads Solutions Group
Daily Detail Reports

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/30/06 | Gaston, B. | BK-Business Analysis | Call with L. Higdon (WD) to discuss Refron invoice for freon removal at former store 1223 | 0.40 |
| 10/31/06 | Fagerstrom, K. | BK-Business Analysis | Call with B Gaston (XRoads) regarding deferred maintenance claims | 0.30 |
| 10/31/06 | Fagerstrom, K. | BK-Business Analysis | Call with J Young (XRoads) regarding non-real estate cure analysis | 0.90 |
| 10/31/06 | Edmonson, J. | BK-Business Analysis | Email communications with J. Young (XRoads) regarding Opelousas Sweeping contract and assumption or rejection thereof. | 0.40 |
| 10/31/06 | Fagerstrom, K. | BK-Business Analysis | Preparation of Reconciliation of Non-Real Estate Cure Obligations | 2.50 |
| 10/31/06 | Fagerstrom, K. | BK-Business Analysis | Call with D Turetsky (Skadden) regarding open cure issues | 1.20 |
| 10/31/06 | Young, J. | BK-Business Analysis | Telephonic meeting with K Fagerstrom (XRoads) re non-real estate cure obligations | 0.90 |
| 10/31/06 | Young, J. | BK-Business Analysis | Continued development of analysis bridging estimated cure obligations as of May 3, 2006 to estimate as of October 31, 2006 as requested by Blackstone | 1.80 |
| 10/31/06 | Young, J. | BK-Business Analysis | Telephonic discussion with D Turetsky (Skadden) regarding claim 33980. | 0.40 |
| 10/31/06 | Young, J. | BK-Business Analysis | Development of analysis bridging estimated cure obligations as of May 3, 2006 to estimate as of October 31, 2006 as requested by Blackstone | 2.30 |
| 10/31/06 | Young, J. | BK-Business Analysis | Continued development of analysis bridging estimated cure obligations as of May 3, 2006 to estimate as of October 31, 2006 as requested by Blackstone | 2.70 |
| 10/31/06 | Fagerstrom, K. | BK-Business Analysis | Review and analysis of final Xerox motion to be filed | 0.50 |

XRoads Solutions Group
Daily Detail Reports

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/31/06 | Fagerstrom, K. | BK-Business Analysis | Review and analysis of 12th St. & Washington Assoc. - Application for Payment of Administrative Claims | 2.20 |
| 10/31/06 | Young, J. | BK-Business Analysis | Analysis of claim 33980. | 0.80 |
| 10/31/06 | Fagerstrom, K. | BK-Business Analysis | Review and analysis of Winn-Dixie Memo-Failure to leave premises in broom-clean condition (00523867) | 0.80 |
| 10/31/06 | Fagerstrom, K. | BK-Business Analysis | Analysis of various emails regarding Chester Dix/12st claims | 0.90 |
| 11/01/06 | Karol, S. | BK-Business Analysis | Analysis of sources & uses of cash at emergence | 0.80 |
| 11/01/06 | Gaston, B. | BK-Business Analysis | Review of reconciliation for transaction involving lease and sublease for store 893 | 0.30 |
| 11/01/06 | Young, J. | BK-Business Analysis | Review of electronic files for information related to exit costs as requested by A Reed (WD) | 0.60 |
| 11/01/06 | Young, J. | BK-Business Analysis | Analysis of contract details provided by D Turetsky (Skadden) | 1.40 |
| 11/01/06 | Young, J. | BK-Business Analysis | Telephonic meeting with T Upton (Cardtronics - WD Vendor) to discuss status of claim and cure | 0.30 |
| 11/02/06 | Young, J. | BK-Business Analysis | Review of outstanding claim detail provided by J Castle (WD) | 0.60 |
| 11/02/06 | Karol, S. | BK-Business Analysis | Analysis of sources & uses of cash at emergence | 0.60 |
| 11/02/06 | Gaston, B. | BK-Business Analysis | Revise real estate cure cost log to increase proposed cure for stores: 51, 54, 361, 572, 627, 1353, and 2383 | 0.60 |
| 11/02/06 | Gaston, B. | BK-Business Analysis | Meeting with K. Neil (WD) to discuss cure status on stores 390 and 738 | 0.60 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/02/06 | Gaston, B. | BK-Business Analysis | Meeting with R. Tansi (WD) to discuss payment status of 2005 business personal property tax for Leon and St. John's county as well as Baton Rouge parish | 0.40 |
| 11/02/06 | Gaston, B. | BK-Business Analysis | Call with J. Lammert (Assessment Technology) to discuss status of 2005 tax payments non-objectors tax objections | 0.40 |
| 11/02/06 | Gaston, B. | BK-Business Analysis | Analysis of cure payment for claim 12953, store 2056 | 0.30 |
| 11/02/06 | Gaston, B. | BK-Business Analysis | Meeting with K. Neil (WD) to discuss analysis of cure payment for claim 12953, store 2056 | 0.20 |
| 11/02/06 | Gaston, B. | BK-Business Analysis | Revise cure cost assumption log to reflect partial waiver of cure on store 656 | 0.20 |
| 11/02/06 | Gaston, B. | BK-Business Analysis | Call with A. Wullbern (SH&B) to discuss resolution of cure payment on store 2056 | 0.30 |
| 11/02/06 | Gaston, B. | BK-Business Analysis | Call with S. Karol (XRoads) to discuss real estate cure costs | 0.30 |
| 11/02/06 | Gaston, B. | BK-Business Analysis | Call with A. Wullbern (SH&B) to discuss analysis of claims 8720 and 8721 | 0.30 |
| 11/02/06 | Gaston, B. | BK-Business Analysis | Follow up call with A. Wullbern (SH&B) to discuss analysis of claims 8720 and 8721 | 0.40 |
| 11/03/06 | Young, J. | BK-Business Analysis | Call with B Gaston (XRoads) to discuss real estate cure costs and claims | 0.40 |
| 11/03/06 | Young, J. | BK-Business Analysis | Meeting with J James and B Kichler (WD) to discuss CF Sauer claim | 0.70 |
| 11/03/06 | Young, J. | BK-Business Analysis | Meeting with J Castle and M Richard (WD) to discuss claims reconciliation status | 0.40 |
| 11/03/06 | Young, J. | BK-Business Analysis | Meeting with K Stubbs (WD) to review PHH payment detail for accounting treatment | 0.90 |
| 11/03/06 | Young, J. | BK-Business Analysis | Meeting with K Stubbs (WD) to review documents related to payment of PHH deposit | 0.70 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/04/06 | Young, J. | BK-Business Analysis | Development of correspondence to D Kimberling of PHH related to unreturned portion of monies held by PHH. | 0.40 |
| 11/06/06 | Young, J. | BK-Business Analysis | Development of analysis of contractual interest on PHH deposit | 0.80 |
| 11/06/06 | Fagerstrom, K. | BK-Business Analysis | Review and analysis of real estate claims 5070 and 5071 related to store 979 | 0.80 |
| 11/06/06 | Young, J. | BK-Business Analysis | Preparation for telephonic meeting with D Kimberling of PHH re negotiation of return of deposit moneys held. | 0.60 |
| 11/06/06 | Fagerstrom, K. | BK-Business Analysis | Review and analysis of real estate claims 12399 and 12400 related to store 1264 | 0.80 |
| 11/06/06 | Young, J. | BK-Business Analysis | Telephonic meeting with J James (WD) to discuss PHH deposit | 0.20 |
| 11/06/06 | Young, J. | BK-Business Analysis | Telephonic meeting with D Kimberling (PHH) re return of PHH deposit | 0.40 |
| 11/06/06 | Fagerstrom, K. | BK-Business Analysis | Review and analysis of 12th St. & Washington Assoc. - Application for Payment of Administrative Claims | 1.50 |
| 11/06/06 | Fagerstrom, K. | BK-Business Analysis | Review and analysis of Chester Dix claims support | 1.50 |
| 11/06/06 | Fagerstrom, K. | BK-Business Analysis | Call with D Young (WD) regarding Xerox claims | 0.80 |
| 11/06/06 | Fagerstrom, K. | BK-Business Analysis | Call with J Leamy (Skadden) regarding Xerox claims | 0.70 |
| 11/06/06 | Fagerstrom, K. | BK-Business Analysis | Follow-up call with D Young (WD) regarding Xerox claims | 0.60 |
| 11/06/06 | Gaston, B. | BK-Business Analysis | Analysis of lease status for store 1906 | 0.20 |
| 11/06/06 | Gaston, B. | BK-Business Analysis | Call with C. Smith, prospective subtenant at former Winn-Dixie store 2117, to discuss potential lease of space | 0.20 |

| Date | Professional | Activity | Description | Hours |
| --- | --- | --- | --- | --- |
| 11/06/06 | Gaston, B. | BK-Business Analysis | Follow up call with C. Smith, prospective subtenant at former Winn-Dixie store 2117, to discuss potential lease of space | 0.10 |
| 11/06/06 | Fagerstrom, K. | BK-Business Analysis | Participate in Winn-Dixie conference call regarding Claims Still Requiring Attention with J Young (XRoads), J Castle (WD) and B Gaston (XRoads) | 0.60 |
| 11/06/06 | Gaston, B. | BK-Business Analysis | Research status and store numbers for landlords: Live Oak 99 Member, LLC, Zachary 99 Member, LLC | 0.30 |
| 11/06/06 | Gaston, B. | BK-Business Analysis | Research status and store numbers for landlord: Clarksville 99 Member, LLC | 0.30 |
| 11/06/06 | Fagerstrom, K. | BK-Business Analysis | Preparation of analysis of Real Estate Deferred Maintenance Claims | 2.30 |
| 11/07/06 | Fagerstrom, K. | BK-Business Analysis | Continue preparation of analysis of Real Estate Deferred Maintenance Claims | 1.40 |
| 11/07/06 | Young, J. | BK-Business Analysis | Call with K Fagerstrom and B Gaston (XRoads) regarding status of real estate claim project | 0.80 |
| 11/07/06 | Fagerstrom, K. | BK-Business Analysis | Review and analysis of IKON claim #475 to determine proper rejection damages to be allowed | 0.90 |
| 11/07/06 | Fagerstrom, K. | BK-Business Analysis | Review and analysis of IKON claim #13624 to determine proper rejection damages to be allowed | 1.10 |
| 11/07/06 | Young, J. | BK-Business Analysis | Review of settlement documents provided by M Gavejian (A&M) re XL-Marsh | 0.60 |
| 11/07/06 | Fagerstrom, K. | BK-Business Analysis | Meeting with D Young (WD) regarding Updated Non-Real Estate Cure Detail analysis | 0.70 |
| 11/07/06 | Fagerstrom, K. | BK-Business Analysis | Preparation of revised Non-Real Estate Cure Detail analysis | 1.20 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/07/06 | Fagerstrom, K. | BK-Business Analysis | Discussion with B Gaston (XRoads) regarding Real Estate Deferred Maintenance Claims Analysis | 0.80 |
| 11/07/06 | Young, J. | BK-Business Analysis | Telephonic meeting with M Gavejian (A&M) re XL-Marsh | 0.20 |
| 11/07/06 | Fagerstrom, K. | BK-Business Analysis | Review and analysis of real estate claims 1031, 12008 and 12009 related to store 1350 | 0.90 |
| 11/07/06 | Fagerstrom, K. | BK-Business Analysis | Call with J Young and B Gaston (XRoads) regarding status of real estate claim project | 0.80 |
| 11/07/06 | Fagerstrom, K. | BK-Business Analysis | Review and analysis of real estate claims 12859, 11851, 11852 related to store 1673 and 1674 | 1.10 |
| 11/07/06 | Fagerstrom, K. | BK-Business Analysis | Review and analysis of real estate claims 12293, 36971 related to store 1872 | 0.80 |
| 11/07/06 | Fagerstrom, K. | BK-Business Analysis | Meeting with J Veal (WD) regarding PHH interest calculations | 0.70 |
| 11/07/06 | Fagerstrom, K. | BK-Business Analysis | Review and analysis of PHH Arval Interest calculation on 300k Deposit | 1.10 |
| 11/08/06 | Gaston, B. | BK-Business Analysis | Analysis of cure cost objection for store 210 | 0.60 |
| 11/08/06 | Young, J. | BK-Business Analysis | Development of outstanding real estate claims/cures issues tracking document for use in resolving outstanding real estate claims/cures matters. | 2.30 |
| 11/08/06 | Gaston, B. | BK-Business Analysis | Analysis of cure cost objection for store 2207 | 0.50 |
| 11/08/06 | Gaston, B. | BK-Business Analysis | Analysis of cure cost objection for store 2215 | 0.40 |
| 11/08/06 | Gaston, B. | BK-Business Analysis | Analysis of cure cost objection for store 422 | 0.60 |
| 11/08/06 | Fagerstrom, K. | BK-Business Analysis | Review and analysis of Claims Objection Responses Log prepared by B Gaston (XRoads) | 1.30 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/08/06 | Fagerstrom, K. | BK-Business Analysis | Preparation for Chester Dix Claims meeting | 0.60 |
| 11/08/06 | Fagerstrom, K. | BK-Business Analysis | Meeting with K Daw (Smith Gambrell), C Jackson (Smith Hulsey), A Ravin (Skadden), K Cherry (WD), S Peay (WD), E O'Carroll (WD), and B Gaston (XRoads) regarding open real estate claim issues | 0.70 |
| 11/08/06 | Gaston, B. | BK-Business Analysis | Update cure cost analysis for revisions to cure costs for stores: 210, 2207, 2215 and 422 | 0.40 |
| 11/08/06 | Gaston, B. | BK-Business Analysis | Revise cure cost analysis for revisions to cure costs for stores: 2247, 2393, 473, and 549 | 0.70 |
| 11/08/06 | Young, J. | BK-Business Analysis | Analysis of cures and claims detail provided by B Gaston (XRoads) as needed for development of outstanding real estate cure/claim detail tracking sheet. | 1.20 |
| 11/08/06 | Fagerstrom, K. | BK-Business Analysis | Review and analysis of High Point lease rejection analysis | 0.80 |
| 11/08/06 | Fagerstrom, K. | BK-Business Analysis | Review and analysis of XL/Marsh settlement agreements in preparation for meeting with J Castle (WD) | 0.80 |
| 11/08/06 | Fagerstrom, K. | BK-Business Analysis | Review and analysis of Coca-Cola settlement agreements | 1.10 |
| 11/08/06 | Edmonson, J. | BK-Business Analysis | Review entered order on Information Resources negotiated assumption | 0.20 |
| 11/08/06 | Young, J. | BK-Business Analysis | Review of enter orders related to executory contracts provided by D Turetsky (Skadden) | 0.50 |
| 11/08/06 | Fagerstrom, K. | BK-Business Analysis | Meeting with B Gaston (XRoads) to discuss structure of real estate claims reporting tool | 0.80 |
| 11/08/06 | Fagerstrom, K. | BK-Business Analysis | Preparation of real estate claims reporting tool for claims team | 2.30 |
| 11/08/06 | Fagerstrom, K. | BK-Business Analysis | Call with M Gavejian (Alvarez & Marsal) regarding XL and CCE claims | 0.90 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/08/06 | Gaston, B. | BK-Business Analysis | Prepare for call with S. Karol (XRoads) and C. Jackson (SH&B) to discuss resolution of real estate cure cost objections | 0.50 |
| 11/08/06 | Edmonson, J. | BK-Business Analysis | Review entered order on Cigna negotiated assumption | 0.20 |
| 11/08/06 | Edmonson, J. | BK-Business Analysis | Review correspondence from K. Daw (Smith Gambrell) regarding escrow agreement | 0.10 |
| 11/08/06 | Gaston, B. | BK-Business Analysis | Call with S. Karol (XRoads) and C. Jackson (SH&B) to discuss resolution of real estate cure cost objections | 0.70 |
| 11/08/06 | Gaston, B. | BK-Business Analysis | Meeting with R. Tansi (WD) to discuss analysis of cure cost objection for store 2207 | 0.60 |
| 11/09/06 | Fagerstrom, K. | BK-Business Analysis | Review and analysis of Equity One Email correspondence regarding cure status | 0.80 |
| 11/09/06 | Fagerstrom, K. | BK-Business Analysis | Conference call with Jamie Edmonson, Bryan Gaston and S Karol (all XRoads) , K. O'Neill (WD) and C. Jackson (SH&B) to discuss resolution of real estate cure cost objections | 0.60 |
| 11/09/06 | Fagerstrom, K. | BK-Business Analysis | Conference call regarding real estate cures with S Karol, J Edmonson and B Gaston (XRoads) | 0.70 |
| 11/09/06 | Young, J. | BK-Business Analysis | Review of Plan confirmation order. | 0.20 |
| 11/09/06 | Young, J. | BK-Business Analysis | Meeting with J James (WD) to discuss PHH settlement discussions. | 0.60 |
| 11/09/06 | Fagerstrom, K. | BK-Business Analysis | Review and analysis of Cure Objection chart prepared by K Neil (WD) | 1.10 |
| 11/09/06 | Fagerstrom, K. | BK-Business Analysis | Continue with edits to Real Estate Deferred Maintenance Claims Analysis | 2.20 |
| 11/09/06 | Young, J. | BK-Business Analysis | Meeting with B Kichler (WD) to discuss non-real estate executory contracts and CF Sauer. | 0.60 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/09/06 | Gaston, B. | BK-Business Analysis | Call to discuss real estate cures: K. Neil (WD), C. Jackson and A. Wullbern (SH&B) and K. Fagerstrom, S. Karol and J. Edmonson (XRoads) | 0.70 |
| 11/09/06 | Gaston, B. | BK-Business Analysis | Prepare with K. Fagerstrom (XRoads) for call to discuss real estate cures: K. Neil (WD), C. Jackson and A. Wullbern (SH&B), S. Karol and J. Edmonson (XRoads) | 0.60 |
| 11/09/06 | Gaston, B. | BK-Business Analysis | Call with J. Lammert (Assessment Technology) to discuss secured class 10 tax claims | 0.30 |
| 11/09/06 | Young, J. | BK-Business Analysis | Development of outstanding real estate cure/claim database for use in resolving outstanding claims/cures matters. | 1.80 |
| 11/09/06 | Young, J. | BK-Business Analysis | Continued development of outstanding real estate cure/claim database for use in resolving outstanding claims/cures matters. | 2.60 |
| 11/09/06 | Young, J. | BK-Business Analysis | Telephonic meeting with T Upton (Cardtronics/Vendor) re confirmation of POR and distribution date. | 0.40 |
| 11/09/06 | Gaston, B. | BK-Business Analysis | Call with K. Fagerstrom, J. Edmonson and S. Karol (all XRoads) to discuss real estate cure costs | 0.60 |
| 11/09/06 | Young, J. | BK-Business Analysis | Continued development of outstanding real estate cure/claim database for use in resolving outstanding claims/cures matters. | 2.30 |
| 11/09/06 | Gaston, B. | BK-Business Analysis | Review The Food Partners' and DJM's success fee invoice for the sale of leases for store 202 and 380 | 0.20 |
| 11/09/06 | Young, J. | BK-Business Analysis | Continued development of outstanding real estate cure/claim database for use in resolving outstanding claims/cures matters. | 1.90 |
| 11/09/06 | Young, J. | BK-Business Analysis | Analysis of outstanding claims data provided by E Pollock of Logan & Co. | 0.70 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/09/06 | Fagerstrom, K. | BK-Business Analysis | Meeting with B Gaston (XRoads) to discuss real estate cures in preparation for call with Smith Hulsey | 0.60 |
| 11/09/06 | Fagerstrom, K. | BK-Business Analysis | Meeting with D Young (WD) regarding IKON claim | 0.60 |
| 11/10/06 | Young, J. | BK-Business Analysis | Telephonic meeting with M Zubi (Zubi) re confirmation and distribution information | 0.30 |
| 11/10/06 | Young, J. | BK-Business Analysis | Supervisory review of modifications to non-real estate cure database prepared by K Fagerstrom (XRoads) | 0.40 |
| 11/10/06 | Fagerstrom, K. | BK-Business Analysis | Preparation of revisions to Real Estate Cure Issues Log. | 2.30 |
| 11/10/06 | Fagerstrom, K. | BK-Business Analysis | Preparation of email response to M Istre (WD) regarding PHH cars | 0.20 |
| 11/10/06 | Fagerstrom, K. | BK-Business Analysis | Preparation of responses to J Leamy (Skadden) and D Young (WD) regarding IKON | 0.30 |
| 11/11/06 | Gaston, B. | BK-Business Analysis | Revise cure objection chart for assumed, non-footprint leases | 0.40 |
| 11/11/06 | Gaston, B. | BK-Business Analysis | Analysis of cure cost objection for lease on store 507 | 0.40 |
| 11/11/06 | Gaston, B. | BK-Business Analysis | Analysis of cure cost objection for lease on store 561 | 0.40 |
| 11/13/06 | Fagerstrom, K. | BK-Business Analysis | Call with B Gaston (XRoads) regarding Real Estate Cure Status | 0.20 |
| 11/13/06 | Edmonson, J. | BK-Business Analysis | Conference call with S. Karol, B. Gaston and K. Fagerstrom (XRoads), K. Neil (WD) and C. Jackson (Smith Hulsey) regarding real estate cure costs. | 0.70 |
| 11/13/06 | Fagerstrom, K. | BK-Business Analysis | Conversation with K Neil (WD) regarding Real Estate Cure Status | 0.50 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/13/06 | Fagerstrom, K. | BK-Business Analysis | Preparation of response to K Neil (WD) questions regarding Cure for stores 142, 235, 531, 1500 | 0.50 |
| 11/13/06 | Fagerstrom, K. | BK-Business Analysis | Review and analysis of SH&B Issues/Questions - Cure Costs prepared by B Gaston (XRoads) | 0.60 |
| 11/13/06 | Fagerstrom, K. | BK-Business Analysis | Review and analysis of Victory Real Estate Investments LLC and Victory Investments objection to Winn-Dixie proposed cure amount | 1.30 |
| 11/13/06 | Fagerstrom, K. | BK-Business Analysis | Review and analysis of emails from K Neil (WD) regarding store 279 and 290 cures | 0.60 |
| 11/13/06 | Fagerstrom, K. | BK-Business Analysis | Review and analysis of Victory pre-petition balances in AP system | 2.30 |
| 11/13/06 | Fagerstrom, K. | BK-Business Analysis | Review and analysis of CCE AP detail provided to Alvarez and Marsal by D Young (WD) | 1.40 |
| 11/13/06 | Gaston, B. | BK-Business Analysis | Call with M. Haut, Attorney for LL on stores 228, 263, 283 and 299 | 0.30 |
| 11/13/06 | Gaston, B. | BK-Business Analysis | Conference call with Cynthia Jackson (SH), S. Karol, J Edmonson and K. Fagerstrom (XRoads), K. Neil (WD) regarding timing of cure payments | 0.70 |
| 11/13/06 | Fagerstrom, K. | BK-Business Analysis | Conference call with Bryan Gaston and S Karol (XRoads) regarding timing of cure payments | 0.20 |
| 11/13/06 | Gaston, B. | BK-Business Analysis | Prepare for conference call with Cynthia Jackson (SH) , S. Karol and K. Fagerstrom (XRoads), K. Neil (WD) regarding timing of cure payments | 0.40 |
| 11/13/06 | Gaston, B. | BK-Business Analysis | Conference call with S. Karol and K. Fagerstrom (XRoads) regarding timing of cure payments | 0.20 |
| 11/13/06 | Gaston, B. | BK-Business Analysis | Meeting with S. Karol (XRoads) regarding workplan for completion of cures | 0.90 |

XRoads Solutions Group
Daily Detail Reports

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/13/06 | Gaston, B. | BK-Business Analysis | Prepare for meeting with S. Karol (XRoads) regarding workplan for completion of cures | 0.30 |
| 11/13/06 | Fagerstrom, K. | BK-Business Analysis | Conference call with Cynthia Jackson (SH) , Bryan Gaston, J Edmonson and S Karol (XRoads), K. Neil (WD) regarding timing of cure payments | 0.70 |
| 11/13/06 | Gaston, B. | BK-Business Analysis | Revise cure cost objection analysis to stratify lease objections between formal court objections and informal objections/inquiries | 0.90 |
| 11/13/06 | Edmonson, J. | BK-Business Analysis | Review real estate cure cost analysis in preparation for conference call with S. Karol, B. Gaston and K. Fagerstrom (XRoads), K. Neil (WD) and C. Jackson (Smith Hulsey). | 0.40 |
| 11/14/06 | Fagerstrom, K. | BK-Business Analysis | Discussion with J James (WD) regarding PHH | 0.70 |
| 11/14/06 | Fagerstrom, K. | BK-Business Analysis | Meeting with B Gaston (XRoads) and J James (WD) to discuss GE cure objection on assumed trailer contract | 0.40 |
| 11/14/06 | Gaston, B. | BK-Business Analysis | Update cure cost objection file for cure on store 214 | 0.20 |
| 11/14/06 | Gaston, B. | BK-Business Analysis | Read letter prepared by landlord's attorney regarding asserted damages for equipment removal and repairs for rejected lease on store 124 | 0.30 |
| 11/14/06 | Gaston, B. | BK-Business Analysis | Meeting with K. Fagerstrom (XRoads) and J. James (WD) to discuss GE cure objection on assumed trailer contract | 0.40 |
| 11/14/06 | Fagerstrom, K. | BK-Business Analysis | Conference call with Cynthia Jackson (SH) , Bryan Gaston, Jamie Edmonson and S Karol (XRoads) and K. Neil (WD) regarding timing of cure payments | 0.80 |
| 11/14/06 | Fagerstrom, K. | BK-Business Analysis | Discussion with J James (WD) regarding GE Copiers | 0.60 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/14/06 | Fagerstrom, K. | BK-Business Analysis | Discussion with B Kichler (WD) regarding CF Sauer Status | 0.40 |
| 11/14/06 | Fagerstrom, K. | BK-Business Analysis | Research related to work completed on GE Lease assumptions and rejections | 1.20 |
| 11/14/06 | Gaston, B. | BK-Business Analysis | Meeting with J. Roy and K. Stubbs (WD) to discuss accounting treatment and processing of real estate cure payments | 0.40 |
| 11/14/06 | Fagerstrom, K. | BK-Business Analysis | Review and analysis of support provided for GE admin claims | 1.10 |
| 11/14/06 | Fagerstrom, K. | BK-Business Analysis | Discussion with D Young (WD) regarding GE Admin Claims | 0.70 |
| 11/14/06 | Gaston, B. | BK-Business Analysis | Prepare landlord cure objection analysis for review by Winn-Dixie real estate department | 1.10 |
| 11/14/06 | Fagerstrom, K. | BK-Business Analysis | Discussion with J Edmonson (XRoads) regarding GE leases | 0.20 |
| 11/14/06 | Fagerstrom, K. | BK-Business Analysis | Meeting with B Gaston (XRoads) and K Neil (WD) to discuss revised landlord cure objection analysis | 0.60 |
| 11/14/06 | Fagerstrom, K. | BK-Business Analysis | Meeting with B Gaston (XRoads) and P. Pichulo (WD), P. Windham (WD), C. Ibold (WD) and K Neil (WD) to discuss resolution of real estate cure objections | 0.70 |
| 11/14/06 | Fagerstrom, K. | BK-Business Analysis | Meeting with B Gaston (XRoads) and P. Pichulo (WD) to discuss resolution of real estate cure objections | 0.50 |
| 11/14/06 | Gaston, B. | BK-Business Analysis | Prepare for meeting with J. Roy and K. Stubbs (WD) to discuss accounting treatment and processing of real estate cure payments | 0.30 |
| 11/14/06 | Gaston, B. | BK-Business Analysis | Meeting with K. Fagerstrom (XRoads) to prepare for discussion with P. Pichulo (WD) regarding resolution of real estate cure objections | 0.40 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/14/06 | Fagerstrom, K. | BK-Business Analysis | Prepare for discussion with P. Pichulo (WD) regarding resolution of real estate cure objections | 0.60 |
| 11/14/06 | Fagerstrom, K. | BK-Business Analysis | Preparation of edits to real estate cure log | 1.50 |
| 11/14/06 | Gaston, B. | BK-Business Analysis | Prepare for meeting with K. Fagerstrom (XRoads) to prepare for discussion with P. Pichulo (WD) regarding resolution of real estate cure objections | 0.30 |
| 11/14/06 | Gaston, B. | BK-Business Analysis | Meeting with K. Fagerstrom (XRoads) and P. Pichulo (WD) to discuss resolution of real estate cure objections | 0.50 |
| 11/14/06 | Gaston, B. | BK-Business Analysis | Revise landlord cure objection analysis for review by Winn-Dixie real estate department | 0.50 |
| 11/14/06 | Fagerstrom, K. | BK-Business Analysis | Meeting with J. Roy (WD) and K. Stubbs (WD) and B Gaston (XRoads) to discuss accounting treatment and processing of real estate cure payments | 0.40 |
| 11/14/06 | Young, J. | BK-Business Analysis | Telephonic meeting with K Fagerstrom (XRoads) re PHH | 0.60 |
| 11/14/06 | Fagerstrom, K. | BK-Business Analysis | Meeting with B Gaston (XRoads) and K. Stubbs, L. Barton, J. Wordsell, P. Pichulo and P. Windham (all WD) to discuss real estate claims and Fresh Start accounting | 0.60 |
| 11/14/06 | Gaston, B. | BK-Business Analysis | Prepare for meeting with K. Fagerstrom (XRoads) and P. Pichulo (WD) to discuss resolution of real estate cure objections | 0.20 |
| 11/14/06 | Gaston, B. | BK-Business Analysis | Conference call with Cynthia Jackson (SH), S. Karol, Jamie Edmonson and K. Fagerstrom (XRoads),and K. Neil (WD) regarding timing of cure payments | 0.80 |
| 11/14/06 | Gaston, B. | BK-Business Analysis | Prepare for conference call with Cynthia Jackson (SH), S. Karol, Jamie Edmonson and K. Fagerstrom (XRoads), and K. Neil (WD) regarding timing of cure payments | 0.40 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/14/06 | Gaston, B. | BK-Business Analysis | Meeting with K. Fagerstrom (XRoads) and P. Pichulo, P. Windham, C. Ibold and K. Neil (all WD) to discuss resolution of real estate cure objections | 0.70 |
| 11/14/06 | Gaston, B. | BK-Business Analysis | Prepare for meeting with K. Fagerstrom (XRoads) and P. Pichulo, P. Windham, C. Ibold and K. Neil (all WD) to discuss resolution of real estate cure objections | 0.40 |
| 11/14/06 | Gaston, B. | BK-Business Analysis | Meeting with K. Fagerstrom (XRoads and K. Neil (WD) to discuss revised landlord cure objection analysis | 0.60 |
| 11/14/06 | Gaston, B. | BK-Business Analysis | Call with K. Neil (WD) and M. Haut, Attorney for LL on stores 228, 263, 283, and 299 | 0.60 |
| 11/14/06 | Gaston, B. | BK-Business Analysis | Meeting with K. Fagerstrom (XRoads) and K. Stubbs, L. Barton, J. Wordsell, P. Pichulo and P. Windham (all WD) to discuss real estate claims and Fresh Start accounting | 0.60 |
| 11/15/06 | Gaston, B. | BK-Business Analysis | Conference call with Jay Castle (WD), Cynthia Jackson (SH), S. Karol and Jamie Edmonson (XRoads) regarding cure payments and real estate department input | 0.50 |
| 11/15/06 | Gaston, B. | BK-Business Analysis | Call with S. Karol (XRoads) regarding cure payments and real estate department input | 0.30 |
| 11/15/06 | Fagerstrom, K. | BK-Business Analysis | Review and analysis of memo written by J Leamy (Skadden) regarding Real Estate Cure Objections | 0.50 |
| 11/15/06 | Gaston, B. | BK-Business Analysis | Prepare for conference call with Jay Castle (WD), Cynthia Jackson (SH), S. Karol and Jamie Edmonson (XRoads) regarding cure payments and real estate department input | 0.30 |
| 11/15/06 | Fagerstrom, K. | BK-Business Analysis | Analysis of email correspondence J Leamy (Skadden) and K Neil (WD) regarding Winn-Dixie 2270 KRG Waterford Lakes cure objections | 0.20 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/15/06 | Fagerstrom, K. | BK-Business Analysis | Analysis of email correspondence J Leamy (Skadden) and K Neil (WD) regarding Real Estate Cures: 237, 487 and 2659 | 0.20 |
| 11/15/06 | Gaston, B. | BK-Business Analysis | Meeting with K. Neil (WD) to reconcile and negotiate cure cost objection for store 512 | 0.40 |
| 11/15/06 | Fagerstrom, K. | BK-Business Analysis | Review and analysis of remaining cure issues for non-real estate contracts | 0.90 |
| 11/15/06 | Gaston, B. | BK-Business Analysis | Meeting with S. Reinken (WD) to exit facility availability (class 10 secured tax claims reserve) | 0.30 |
| 11/15/06 | Gaston, B. | BK-Business Analysis | Meeting with S. Reinken, and J. Roy (WD) to exit facility availability (class 10 secured tax claims reserve) and payoff of Thrivent Bank mortgage | 0.20 |
| 11/15/06 | Fagerstrom, K. | BK-Business Analysis | Review and analysis of Cure Objection Chart prepared by K Neil (WD) | 0.50 |
| 11/15/06 | Gaston, B. | BK-Business Analysis | Prepare for call with P. Redmond, Attorney for LL at store 512 (Partner of A. McNamee) to reconcile and negotiate cure cost objection | 0.30 |
| 11/15/06 | Gaston, B. | BK-Business Analysis | Analysis of cure cost objection for store 561 | 0.40 |
| 11/15/06 | Young, J. | BK-Business Analysis | Analysis of claims information provided by J Leamy of Skadden. | 0.40 |
| 11/15/06 | Gaston, B. | BK-Business Analysis | Analysis of cure cost objection for leases on stores 228, 263, 283, 299 and 368 | 0.90 |
| 11/15/06 | Gaston, B. | BK-Business Analysis | Analysis of cure cost objection for store 512 | 0.30 |
| 11/15/06 | Gaston, B. | BK-Business Analysis | Call with A. McNamee, Attorney for LL at store 512, to reconcile and negotiate cure cost objection | 0.30 |
| 11/15/06 | Gaston, B. | BK-Business Analysis | Meeting with K. Neil (WD) to discuss analysis of cure cost objection for store 494 | 0.30 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/15/06 | Gaston, B. | BK-Business Analysis | Call with P. Redmon, Attorney for LL at store 512 (Partner of A. McNamee) to reconcile and negotiate cure cost objection | 0.40 |
| 11/15/06 | Karol, S. | BK-Business Analysis | Updating proceeds analysis | 0.60 |
| 11/15/06 | Gaston, B. | BK-Business Analysis | Prepare for meeting with K. Neil (WD) to discuss analysis of cure cost objection for store 512 | 0.30 |
| 11/15/06 | Fagerstrom, K. | BK-Business Analysis | Review and analysis of revised cure log edits received from K Neil (WD) | 0.60 |
| 11/15/06 | Young, J. | BK-Business Analysis | Analysis of cure payment information provided by B Gaston (XRoads) | 0.70 |
| 11/15/06 | Gaston, B. | BK-Business Analysis | Revise analysis of cure cost objection for stores: 163, 288, 632 and 708 | 0.30 |
| 11/15/06 | Gaston, B. | BK-Business Analysis | Meeting with B. McMenamy (WD) to exit facility availability (class 10 secured tax claims reserve) | 0.40 |
| 11/15/06 | Gaston, B. | BK-Business Analysis | Analysis of cure cost objection for stores: 163, 288, 632 and 708 | 0.80 |
| 11/15/06 | Gaston, B. | BK-Business Analysis | Meeting with K. Neil (WD) to discuss analysis of cure cost objection for store 512 | 0.60 |
| 11/15/06 | Gaston, B. | BK-Business Analysis | Analysis of cure cost objection for store 494 | 0.40 |
| 11/15/06 | Edmonson, J. | BK-Business Analysis | Conference call with Jay Castle (WD) , Cynthia Jackson (SH) , Bryan Gaston and Sheon Karol (XRoads) regarding cure payments and real estate department input | 0.50 |
| 11/16/06 | Gaston, B. | BK-Business Analysis | Prepare for call with J. O' Connell and D. Irom (Blackstone), R. Gray (Skadden), S. Karol and J. Edmonson (XRoads), S. Reinken and J. Roy (WD), J. Lammert and J. Hausman (Assessment Technology) and K. Daw (SG&R) to discuss cash sources and uses analysis to be paid at effective date | 0.60 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/16/06 | Gaston, B. | BK-Business Analysis | Analysis of claim objection for stores: 1605, 1703, 2434 and 2709 | 0.60 |
| 11/16/06 | Gaston, B. | BK-Business Analysis | Analysis of reclamation payments and real cure costs for sources and uses paid on effective date | 0.60 |
| 11/16/06 | Gaston, B. | BK-Business Analysis | Analysis of cure cost objection on store 251 | 0.50 |
| 11/16/06 | Gaston, B. | BK-Business Analysis | Revise analysis of claim objection for stores: 1605, 1703, 2434 and 2709 | 0.60 |
| 11/16/06 | Gaston, B. | BK-Business Analysis | Revise analysis of cure cost objection on store 558 | 0.30 |
| 11/16/06 | Gaston, B. | BK-Business Analysis | Revise analysis of cure cost objection for store 255 | 0.30 |
| 11/16/06 | Gaston, B. | BK-Business Analysis | Read draft of Crowder settlement for resolution of cure cost objection on store 1328 | 0.40 |
| 11/16/06 | Young, J. | BK-Business Analysis | Review of pleadings related to Ohio Casualty to prepare for requested discussion with M Gavejian (A&M) | 0.80 |
| 11/16/06 | Gaston, B. | BK-Business Analysis | Revise analysis of cure cost objection on store 507 | 0.30 |
| 11/16/06 | Gaston, B. | BK-Business Analysis | Analysis of cure cost objection for store 494 | 0.40 |
| 11/16/06 | Gaston, B. | BK-Business Analysis | Analysis of cure cost objection on store 558 | 0.40 |
| 11/16/06 | Gaston, B. | BK-Business Analysis | Analysis of cure cost objection on store 803 | 0.30 |
| 11/16/06 | Gaston, B. | BK-Business Analysis | Revise analysis of cure cost objection for store 494 | 0.30 |
| 11/16/06 | Gaston, B. | BK-Business Analysis | Call with J. O' Connell and D. Irom (Blackstone), R. Gray (Skadden), S. Karol and J. Edmonson (XRoads), S. Reinken and J. Roy (WD), J. Lammert and J. Hausman (Assessment Technology) and K. Daw (SG&R) to discuss cash sources and uses analysis to be paid at effective date | 1.10 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/16/06 | Young, J. | BK-Business Analysis | Analysis of historical payment information to PHH | 0.70 |
| 11/16/06 | Gaston, B. | BK-Business Analysis | Meeting with T. McNichols (WD) to discuss real estate cure cost and real estate claim Fresh Start accounting | 0.60 |
| 11/16/06 | Gaston, B. | BK-Business Analysis | Analysis of cure cost objection for store 255 | 0.40 |
| 11/16/06 | Gaston, B. | BK-Business Analysis | Analysis of cure cost objection for lease on store 256 | 0.40 |
| 11/16/06 | Gaston, B. | BK-Business Analysis | Analysis of cure cost objection for store 345 | 0.30 |
| 11/16/06 | Gaston, B. | BK-Business Analysis | Prepare for meeting with T. McNichols (WD) to discuss real estate cure cost and real estate claim Fresh Start accounting | 0.50 |
| 11/17/06 | Fagerstrom, K. | BK-Business Analysis | Review and analysis of PHH historical AP records | 1.40 |
| 11/17/06 | Gaston, B. | BK-Business Analysis | Prepare for conference call with Catherine Ibold and K. Neil (WD), Cynthia Jackson (SH) and S. Karol (XRoads) regarding cure cost letter | 0.40 |
| 11/17/06 | Gaston, B. | BK-Business Analysis | Call with K. Neil (WD) to discuss cure cost objection for store 255, 265 and letter to accompany all cure cost checks | 0.60 |
| 11/17/06 | Gaston, B. | BK-Business Analysis | Review revised insurance and cure settlement for store 489 | 0.40 |
| 11/17/06 | Fagerstrom, K. | BK-Business Analysis | Analysis of email correspondence from J Leamy (Skadden) and K Neil (WD) regarding Real Estate Cures: 237, 487 and 2659 | 0.30 |
| 11/17/06 | Fagerstrom, K. | BK-Business Analysis | Review and analysis of Updated Non-Real Estate Cure Detail | 0.90 |
| 11/17/06 | Fagerstrom, K. | BK-Business Analysis | Review and analysis of Ohio Casualty settlement | 0.90 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/17/06 | Fagerstrom, K. | BK-Business Analysis | Preparation of analysis of Sara Lee Agreement an 19th & 21st Omnibus objections to said agreement | 1.40 |
| 11/17/06 | Fagerstrom, K. | BK-Business Analysis | Call with M Gavejian (Alvarez & Marsal) regarding Ohio Casualty | 0.80 |
| 11/17/06 | Gaston, B. | BK-Business Analysis | Conference call with Catherine Ibold and K. Neil (WD), Cynthia Jackson (SH) and S. Karol (XRoads) regarding cure cost letter | 0.80 |
| 11/17/06 | Gaston, B. | BK-Business Analysis | Call with S. Karol (XRoads) regarding cure cost letter | 0.30 |
| 11/20/06 | Gaston, B. | BK-Business Analysis | Call with JR Lederer (Skadden) regarding landlord objections to plan or reorganization | 0.30 |
| 11/20/06 | Gaston, B. | BK-Business Analysis | Prepare for call with K. Neil, WD to discuss real estate cure payments for multi-payee leases | 0.70 |
| 11/20/06 | Gaston, B. | BK-Business Analysis | Call with K. Neil, WD to discuss real estate cure payments for multi-payee leases | 0.70 |
| 11/20/06 | Gaston, B. | BK-Business Analysis | Call with S. Karol (XRoads) to discuss letter to accompany real estate cure payments | 0.60 |
| 11/20/06 | Gaston, B. | BK-Business Analysis | Prepare for call with K. Neil (WD) to discuss real estate cure payments for multi-payee leases | 0.40 |
| 11/20/06 | Gaston, B. | BK-Business Analysis | Prepare for call with S. Karol (XRoads) to discuss letter to accompany real estate cure payments | 0.40 |
| 11/20/06 | Gaston, B. | BK-Business Analysis | Call with K. Stubbs (WD) to discuss real estate cure payments | 0.40 |
| 11/20/06 | Gaston, B. | BK-Business Analysis | Call with J. Roy (WD) to discuss real estate cure payments | 0.30 |
| 11/20/06 | Gaston, B. | BK-Business Analysis | Call with K. Neil (WD) to discuss real estate cure payment for store 461 | 0.30 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/20/06 | Gaston, B. | BK-Business Analysis | Call with A. Ravin (Skadden) regarding landlord objections to plan or reorganization | 0.30 |
| 11/20/06 | Karol, S. | BK-Business Analysis | Analysis of communications to landlords regarding emergence | 0.40 |
| 11/20/06 | Karol, S. | BK-Business Analysis | Call with Bryan Gaston (XRoads) to discuss letter to accompany real estate cure payments | 0.60 |
| 11/20/06 | Fagerstrom, K. | BK-Business Analysis | Conference call with K. Neil (WD) and S Karol (XRoads) regarding cures | 0.10 |

Total: BK-Business Analysis 501.10

Activity: BK-Business Operations

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/02/06 | Boggess, B. | BK-Business Operations | Worked with Tal Booth (WD) to resolve store equipment issues | 1.40 |
| 10/02/06 | Boggess, B. | BK-Business Operations | Worked with Craig Bower from Christian Timbers to restart executive search of VP Sourcing | 2.50 |
| 10/02/06 | Boggess, B. | BK-Business Operations | Researched candidates for VP Sourcing on Institute of Supply Management website | 1.20 |
| 10/02/06 | Boggess, B. | BK-Business Operations | Updated weekly status presentation for Bennett Nussbaum (WD) | 2.90 |
| 10/02/06 | Boggess, B. | BK-Business Operations | Worked with Joe Ragase (WD) to update contract and project status | 2.10 |
| 10/12/06 | Boggess, B. | BK-Business Operations | Interviewed candidates (3) for the interim VP of Sourcing role - continued | 2.00 |
| 10/12/06 | Boggess, B. | BK-Business Operations | Interviewed candidates (4) for the interim VP of Sourcing role | 2.90 |
| 10/17/06 | Gaston, B. | BK-Business Operations | Prepare for meeting with P. Pichulo, K. Stubbs, L. Barton, and J. Molaison (all WD) to discuss minutes from 9-15-06 meeting between real estate and accounting and to | 0.60 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| | | | develop communication process between accounting and real post emergence | |
| 10/17/06 | Gaston, B. | BK-Business Operations | Meeting with P. Pichulo, K. Stubbs, L. Barton, and J. Molaison (all WD) to discuss minutes from 9-15-06 meeting between real estate and accounting and to develop communication process between accounting and real post emergence | 0.60 |
| 10/17/06 | Gaston, B. | BK-Business Operations | Meeting with P. Pichulo, K. Stubbs, L. Barton, and J. Molaison (all WD) to discuss cure settlement on Crowder, store 1328 | 0.30 |
| 10/20/06 | Boggess, B. | BK-Business Operations | Working with Bruce Beavis and Jan Malasek (Executive Recruiter) to transition Bruce Beavis into Winn-Dixie VP Sourcing role | 2.90 |
| 10/24/06 | Boggess, B. | BK-Business Operations | Met with Winn-Dixie's CFO, B Nussbaum, and B Beavis, new Interim Winn-Dixie VP of Sourcing and Procurement for transition of responsibilities | 1.70 |
| 10/24/06 | Boggess, B. | BK-Business Operations | Introduced Sourcing department to Bruce Beavis (WD) | 0.70 |
| 10/24/06 | Boggess, B. | BK-Business Operations | Met with Bruce Beavis (WD) to go over transition materials | 2.90 |
| 10/24/06 | Boggess, B. | BK-Business Operations | Met with Bruce Beavis (WD) to go over transition materials - Continued | 2.80 |
| 10/24/06 | Karol, S. | BK-Business Operations | Analysis of status of closings of auctioned stores | 0.60 |
| 10/24/06 | Boggess, B. | BK-Business Operations | Met with Bruce Beavis (WD) in preparation for first day of transition | 2.50 |
| 10/24/06 | Karol, S. | BK-Business Operations | Analysis of status of closings of owned properties | 0.20 |
| 10/24/06 | Karol, S. | BK-Business Operations | Analysis of Store 1417 | 0.80 |
| 10/24/06 | Boggess, B. | BK-Business Operations | Met with Charlie Weston (WD) to discuss Copiers, PeopleSoft, and Print Centers | 0.80 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/25/06 | Boggess, B. | BK-Business Operations | Introduced Bruce Beavis (WD) to Winn Dixie Senior Executives | 1.70 |
| 10/25/06 | Boggess, B. | BK-Business Operations | Worked on resolution of MBO and Bonus discrepancy for Sourcing team | 2.30 |
| 10/25/06 | Boggess, B. | BK-Business Operations | Reviewed additional transition materials with Bruce Beavis (WD) | 2.90 |
| 10/25/06 | Boggess, B. | BK-Business Operations | Met with Joe Ragase and Tal Booth (WD) to ensure all categories had assignments and all details were transitioned to new VP | 1.40 |
| 10/25/06 | Karol, S. | BK-Business Operations | Participation in weekly meeting with Peter Lynch (WD) to review status of case | 0.80 |
| 10/26/06 | Boggess, B. | BK-Business Operations | Met with Janie Locke (WD) and Jason Kurtz (Ariba) to transition Winn Dixie to Bruce Beavis (WD) | 1.10 |
| 10/26/06 | Boggess, B. | BK-Business Operations | Met with Ron Levin (WD) to discuss eSourcing and career goals | 0.40 |
| 10/26/06 | Boggess, B. | BK-Business Operations | Introduced Bruce Beavis (WD) to Finance staff at Winn-Dixie (Controller, Risk, Compliance, CIO) | 1.40 |
| 11/01/06 | Karol, S. | BK-Business Operations | Meeting with Holly Etlin (XRoads) regarding staffing | 0.90 |
| 11/03/06 | Boggess, B. | BK-Business Operations | Spoke with Laura Boras (WD) about VP Recruiting | 1.10 |
| 11/06/06 | Gaston, B. | BK-Business Operations | Review and approve payment on Refron invoices: 173308-0 and 174941-0 | 0.30 |
| 11/09/06 | McCarty, L. | BK-Business Operations | Reviewed analysis of PeopleSoft Procurement Implementation and printer/copier deployment initiative | 0.80 |
| 11/10/06 | Karol, S. | BK-Business Operations | Analysis of unsold owned properties | 0.70 |
| 11/13/06 | Etlin, H. | BK-Business Operations | Wrap-up Meetings with management. | 3.40 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| Total: BK-Business Operations | | | | 51.60 |
| Activity: BK-Case Administration | | | | |
| 10/02/06 | Edmonson, J. | BK-Case Administration | Review recent docket entries for transferred claims. | 0.30 |
| 10/03/06 | Edmonson, J. | BK-Case Administration | Review updated case calendar. | 0.30 |
| 10/03/06 | Edmonson, J. | BK-Case Administration | Review email and further updated case calendar from J. Woodfield (Skadden). | 0.10 |
| 10/04/06 | Etlin, H. | BK-Case Administration | Meeting with S Karol (XRoads) on claims, other post confirmation issues | 0.50 |
| 10/04/06 | Karol, S. | BK-Case Administration | Meeting with H Etlin (XRoads) regarding claims and other post confirmation issues. | 0.50 |
| 10/05/06 | Edmonson, J. | BK-Case Administration | Review recent docket entries for transferred claims. | 0.10 |
| 10/09/06 | Edmonson, J. | BK-Case Administration | Review updated docket entries for transferred claims affecting contracts and reclamation claims. | 0.30 |
| 10/10/06 | Edmonson, J. | BK-Case Administration | Review updated case calendar. | 0.20 |
| 10/10/06 | Edmonson, J. | BK-Case Administration | Review recent docket entries for transferred claims. | 0.20 |
| 10/10/06 | Karol, S. | BK-Case Administration | Analysis of staffing issues | 1.60 |
| 10/11/06 | Edmonson, J. | BK-Case Administration | Review recent docket entries for transferred claims. | 0.30 |
| 10/12/06 | Doyle, T | BK-Case Administration | Analyze performance fee matrix; email to H. Etlin (XRoads) regarding preliminary analysis | 1.40 |
| 10/16/06 | Edmonson, J. | BK-Case Administration | Review recent docket entries for transferred claims affecting reclamation or cure payments. | 0.30 |
| 10/17/06 | Edmonson, J. | BK-Case Administration | Review updated case calendar. | 0.20 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/18/06 | Edmonson, J. | BK-Case Administration | Review recent docket entries for transferred claims affecting reclamation, contracts or real estate claims. | 0.30 |
| 10/18/06 | Edmonson, J. | BK-Case Administration | Review and analysis of time entries for Winn-Dixie team members for week ended 9/30/06. | 1.60 |
| 10/18/06 | Edmonson, J. | BK-Case Administration | Review and analysis of time entries for Winn-Dixie team members for week ended 9/23/06. | 1.20 |
| 10/19/06 | Edmonson, J. | BK-Case Administration | Review recent docket entries for transferred claims affecting reclamation claims. | 0.20 |
| 10/20/06 | Edmonson, J. | BK-Case Administration | Review recent docket entries for transferred claims. | 0.20 |
| 10/23/06 | Edmonson, J. | BK-Case Administration | Review recent docket entries for transferred claims affecting reclamation or cure payments under the plan. | 0.20 |
| 11/01/06 | Edmonson, J. | BK-Case Administration | Review recent docket entries for transferred claims affecting reclamation or contract payments. | 0.30 |
| 11/03/06 | Edmonson, J. | BK-Case Administration | Review recent docket activity for transferred claims. | 0.30 |
| 11/07/06 | Edmonson, J. | BK-Case Administration | Review recent docket activity for transferred claims and responses to omnibus objections to claims | 0.30 |
| 11/09/06 | Edmonson, J. | BK-Case Administration | Telephone call with S. Karol and J. Vander Hooven (both XRoads) regarding staffing for real estate claim work | 0.20 |
| 11/09/06 | Edmonson, J. | BK-Case Administration | Telephone call with S. Karol (XRoads) regarding staffing needs | 0.20 |
| 11/13/06 | Edmonson, J. | BK-Case Administration | Review recent docket entries for transfers of claims and responses to omnibus claim objections. | 0.30 |
| 11/14/06 | Edmonson, J. | BK-Case Administration | Review recent docket activity for transferred claims affecting administrative payments. | 0.30 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/15/06 | Edmonson, J. | BK-Case Administration | Review updated case calendar for upcoming deadlines. | 0.30 |

Total: BK-Case Administration

12.20

Activity: BK-Claims

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/02/06 | Gaston, B. | BK-Claims | Meet with T. McNichols and K. Stubbs (WD) to discuss real estate claim analysis for quarter ended 9-20-06 | 1.10 |
| 10/02/06 | Edmonson, J. | BK-Claims | Review email and reports of resolved litigation claims from K. Ward (Smith Hulsey). | 0.40 |
| 10/02/06 | Wuertz, T. | BK-Claims | Review of open claims listing to identify bottlenecks in information exchange and other open issues to determine next steps for resolution. | 2.20 |
| 10/02/06 | Gaston, B. | BK-Claims | Revise analysis of real estate claim analysis for quarter ended 9-20-06 | 0.80 |
| 10/02/06 | Wuertz, T. | BK-Claims | Continue to respond to correspondence from Winn-Dixie, Winn-Dixie vendors and counsel regarding unresolved claims issues and exchange of related data and analyses. | 0.80 |
| 10/02/06 | Edmonson, J. | BK-Claims | Prepare reports of claims as of filing, current claims and transferred claims for Y. Kukoyi (Deloitte). | 2.80 |
| 10/02/06 | Wuertz, T. | BK-Claims | Phone call with Aphay Liu (XRoads) regarding unresolved claims issues. | 0.20 |
| 10/02/06 | Edmonson, J. | BK-Claims | Review email and attached revised stipulation resolving Kraft claim from S. Schirmang (Kraft Foods). | 0.40 |
| 10/02/06 | Gaston, B. | BK-Claims | Follow up meeting with T. McNichols and K. Stubbs (WD) to discuss real estate claim analysis for quarter ended 9-20-06 | 1.30 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/02/06 | Wuertz, T. | BK-Claims | Review/analysis of Unilever Slimfast and Best Foods claims and related analysis to determine next steps towards resolution. | 1.30 |
| 10/02/06 | Edmonson, J. | BK-Claims | Telephone conference with D. Young (WD) regarding claims issues. | 0.30 |
| 10/02/06 | Wuertz, T. | BK-Claims | Phone call with John James (WD) and Paul Tremblay (WD) regarding Scunci claim and next steps to resolve open issues. | 0.30 |
| 10/02/06 | Edmonson, J. | BK-Claims | Email communications with S. Parker (Deloitte) regarding intercompany claims. | 0.10 |
| 10/02/06 | Gaston, B. | BK-Claims | Meet with D. Young (WD) to discuss real estate claim analysis for quarter ended 9-20-06 | 0.90 |
| 10/02/06 | Edmonson, J. | BK-Claims | Review docket for order authorizing rejection of Futuristic Foods contract. | 0.30 |
| 10/02/06 | Edmonson, J. | BK-Claims | Email communications with T. Wuertz and A. Liu (both XRoads) regarding open claims. | 0.30 |
| 10/02/06 | Edmonson, J. | BK-Claims | Research GE Capital and Citicorp Finance claims in connection with contract assumptions or rejections. | 0.80 |
| 10/02/06 | Edmonson, J. | BK-Claims | Further revisions to claims estimates for plan distribution. | 0.30 |
| 10/02/06 | Edmonson, J. | BK-Claims | Prepare email to J. James (WD) regarding GE Capital and Citicorp Finance claims. | 0.20 |
| 10/02/06 | Wuertz, T. | BK-Claims | Respond to correspondence from Winn-Dixie, Winn-Dixie vendors and counsel regarding unresolved claims issues and exchange of related data and analyses. | 2.40 |
| 10/02/06 | Wuertz, T. | BK-Claims | Review/analysis of MGM claim and related analysis to determine next steps towards resolution. | 0.80 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/02/06 | Edmonson, J. | BK-Claims | Review email from J. James (WD) regarding claims linked to assumption motions. | 0.20 |
| 10/02/06 | Edmonson, J. | BK-Claims | Telephone conference with Y. Kukoyi (Deloitte) regarding traded claims. | 0.30 |
| 10/02/06 | Edmonson, J. | BK-Claims | Review email and attached spreadsheet from D. Turetsky (Skadden) regarding claims linked to assumption motions. | 0.40 |
| 10/02/06 | Gaston, B. | BK-Claims | Analysis of real estate claim analysis for quarter ended 9-20-06 | 0.60 |
| 10/03/06 | Edmonson, J. | BK-Claims | Review email from R. Tansi (WD) regarding Kentucky Department of Revenue claim. | 0.10 |
| 10/03/06 | Edmonson, J. | BK-Claims | Conference call with S. Karol (XRoads), R. Gray (Skadden) and K. Logan (Logan & Co) regarding claims estimates and reserves. | 0.80 |
| 10/03/06 | Edmonson, J. | BK-Claims | Conference call with S. Karol (XRoads) and J. Castle (WD) regarding claims estimates and reserves. | 0.10 |
| 10/03/06 | Wuertz, T. | BK-Claims | Review/analysis of Unilever Slimfast and Best Foods claims and related analysis to determine next steps towards resolution. | 1.10 |
| 10/03/06 | Wuertz, T. | BK-Claims | Prepare memorandum to Benita Kichler (WD) regarding Krispy Kreme payment issues. | 0.60 |
| 10/03/06 | Edmonson, J. | BK-Claims | Review email and attached report from K. Logan (Logan & Co) regarding claims needing reserves. | 0.40 |
| 10/03/06 | Gaston, B. | BK-Claims | Analysis of 32160, 33151, and 257 (Store 2490) | 0.60 |
| 10/03/06 | Gaston, B. | BK-Claims | Analysis claims 13365 and 13366 (Brookshires Store 2435) | 0.40 |
| 10/03/06 | Edmonson, J. | BK-Claims | Review email from J. James (WD) regarding Paycenter claim. | 0.10 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/03/06 | Wuertz, T. | BK-Claims | Phone call with Frank Guthrie (KK) and Steve Eichel (Skadden) regarding KK payment issues. | 0.30 |
| 10/03/06 | Wuertz, T. | BK-Claims | Phone call with Charlotte Fox (Wyeth) regarding unresolved claim issues. | 0.10 |
| 10/03/06 | Wuertz, T. | BK-Claims | Analysis of Krispy Kreme payments and related data in response to correspondence from Heather Berkowitz (ASM). | 0.50 |
| 10/03/06 | Edmonson, J. | BK-Claims | Review email from J. Parrotta (WD) regarding General Electric reclamation claim. | 0.10 |
| 10/03/06 | Edmonson, J. | BK-Claims | Email communication with A. Liu (XRoads) regarding General Electric reclamation claim. | 0.10 |
| 10/03/06 | Edmonson, J. | BK-Claims | Prepare email to Winn-Dixie claim reconciliation teams regarding responses outstanding on omnibus objections to claims. | 0.20 |
| 10/03/06 | Gaston, B. | BK-Claims | Claims call: J. O'Connell (Blackstone), J. Edmonson, S, Karol and J. Young ( XRoads), J. Castle, D. Young and J. Roy (WD), J. Leamy, A. Ravin and R. Gray (Skadden) | 1.10 |
| 10/03/06 | Wuertz, T. | BK-Claims | Review/analysis of HP Hood GUC and response to Julie Drowse (WD) regarding the same. | 0.30 |
| 10/03/06 | Wuertz, T. | BK-Claims | Phone call with Aphay Liu (XRoads) regarding Falcon Farms claim. | 0.30 |
| 10/03/06 | Wuertz, T. | BK-Claims | Revise claim reconciliation and related analysis to accurately reflect agreed upon claim amount for American Pasta Company and update the Logan system to reflect the same. | 0.30 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/03/06 | Edmonson, J. | BK-Claims | Review email from J. Castle (WD) regarding resolution of Coca Cola Enterprises claims. | 0.10 |
| 10/03/06 | Wuertz, T. | BK-Claims | Review/analysis of outstanding Wyeth claim issues. | 0.20 |
| 10/03/06 | Edmonson, J. | BK-Claims | Review email from B. Kichler (WD) regarding Krispy Kreme reclamation claims and payments. | 0.20 |
| 10/03/06 | Wuertz, T. | BK-Claims | Review of claim objections responses provided by Jamie Edmonson (XRoads) to ensure all open issues are being addressed. | 0.60 |
| 10/03/06 | Wuertz, T. | BK-Claims | Phone call with Aphay Liu (XRoads) regarding American Int'l Pasta negotiations. | 0.20 |
| 10/03/06 | Edmonson, J. | BK-Claims | Significant revisions and updates to claims objection response log. | 3.80 |
| 10/03/06 | Edmonson, J. | BK-Claims | Review weekly claims report from E. Pollack (Logan). | 0.60 |
| 10/03/06 | Wuertz, T. | BK-Claims | Phone call with Aphay Liu (XRoads) regarding Anderson News open issues. | 0.20 |
| 10/03/06 | Karol, S. | BK-Claims | Conference call with Jay Castle (Winn-Dixie) , Rosalie Gray (Skadden) Jamie Edmonson (XRoads) and J. O'Connell (Blackstone) regarding reserve and estimated claims | 1.10 |
| 10/03/06 | Karol, S. | BK-Claims | Conference call with K. Logan (Logan & Co), Rosalie Gray (Skadden) and Jamie Edmonson (XRoads) regarding reserve and estimated claims | 0.80 |
| 10/03/06 | Karol, S. | BK-Claims | Analysis of claims | 1.80 |
| 10/03/06 | Wuertz, T. | BK-Claims | Phone call with Aphay Liu (XRoads) regarding Krispy Kreme issues and Allen Flavors. | 0.10 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/03/06 | Wuertz, T. | BK-Claims | Revise claim reconciliation and related analysis to accurately reflect agreed upon claim amount for Morningstar and update the Logan system to reflect the same. | 0.70 |
| 10/03/06 | Wuertz, T. | BK-Claims | Review/analysis of Allen Flavors claim open issues. | 0.30 |
| 10/03/06 | Edmonson, J. | BK-Claims | Email communications with D. Turetsky (Skadden) and B. Kichler (WD) regarding General Electric reclamation claim. | 0.20 |
| 10/03/06 | Wuertz, T. | BK-Claims | Respond to correspondence from Winn-Dixie, Winn-Dixie vendors and counsel regarding unresolved claims issues and exchange of related data and analyses. | 1.70 |
| 10/03/06 | Wuertz, T. | BK-Claims | Continue respond to correspondence from Winn-Dixie, Winn-Dixie vendors and counsel regarding unresolved claims issues and exchange of related data and analyses. | 0.60 |
| 10/03/06 | Karol, S. | BK-Claims | Conference call with Bryan Gaston (XRoads) regarding real estate claims | 0.30 |
| 10/03/06 | Edmonson, J. | BK-Claims | Prepare weekly claims report as of 9/25/06. | 1.70 |
| 10/03/06 | Edmonson, J. | BK-Claims | Conference call with J. Castle, J. Roy, D. Young, C. Nass and K. Loverich (WD), J. O'Connell (Blackstone); R. Gray and J. Leamy (Skadden); S. Parker (Deloitte); J. Young and S. Karol (XRoads); E. Pollack and K. Logan (Logan & Co) (partial participation) regarding claims estimates. | 1.10 |
| 10/04/06 | Edmonson, J. | BK-Claims | Review email from T. Wuertz (XRoads) regarding resolution of Allen Beverages claim. | 0.10 |
| 10/04/06 | Edmonson, J. | BK-Claims | Update claims objections response log to reflect additional updates on claims. | 0.40 |
| 10/04/06 | Edmonson, J. | BK-Claims | Review/analysis of updated claims report of claims needing reserves. | 0.80 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/04/06 | Edmonson, J. | BK-Claims | Email communications with A. Liu (XRoads) regarding General Electric allowed claim. | 0.20 |
| 10/04/06 | Edmonson, J. | BK-Claims | Review email and attached reconciliations from A. Liu (XRoads) in connection with Master Foods claims. | 0.30 |
| 10/04/06 | Edmonson, J. | BK-Claims | Conference call with S. Karol (XRoads) and K. Logan (Logan) regarding claims estimates and reserves. | 0.40 |
| 10/04/06 | Edmonson, J. | BK-Claims | Conference call with S. Karol (XRoads), J. Roy, J. Castle and D. Young (WD) and Kurt (Deloitte) regarding claims estimates and reserves. | 0.70 |
| 10/04/06 | Edmonson, J. | BK-Claims | Prepare report of approved assumed contracts with cure payments. | 1.70 |
| 10/04/06 | Karol, S. | BK-Claims | Analysis of claims estimate | 1.80 |
| 10/04/06 | Wuertz, T. | BK-Claims | Phone call with Marie Jones (WD) regarding Buffalo Rock research. | 0.30 |
| 10/04/06 | Karol, S. | BK-Claims | Analysis of claims | 1.90 |
| 10/04/06 | Wuertz, T. | BK-Claims | Phone call with Cameron Brooks (WD) regarding MGM research.. | 0.20 |
| 10/04/06 | Wuertz, T. | BK-Claims | Research status of American Italian Pasta Company claim and resolution of open issues. | 0.40 |
| 10/04/06 | Wuertz, T. | BK-Claims | Respond to correspondence from Winn-Dixie, Winn-Dixie vendors and counsel regarding unresolved claims issues and exchange of related data and analyses. | 1.30 |
| 10/04/06 | Wuertz, T. | BK-Claims | Review/analysis of Morningstar claim and related analysis received from John Hernando (Morningstar). | 0.50 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/04/06 | Wuertz, T. | BK-Claims | Review/analysis of Unilever claims and related analysis received from Jennifer Antilez (Unilever). | 0.70 |
| 10/04/06 | Wuertz, T. | BK-Claims | Continue respond to correspondence from Winn-Dixie, Winn-Dixie vendors and counsel regarding unresolved claims issues and exchange of related data and analyses. | 0.90 |
| 10/04/06 | Edmonson, J. | BK-Claims | Review email from A. Liu (XRoads) regarding General Electric claim. | 0.20 |
| 10/04/06 | Edmonson, J. | BK-Claims | Email communications with D. Young (WD) regarding General Electric claim. | 0.20 |
| 10/04/06 | Edmonson, J. | BK-Claims | Telephone call with D. Young (WD) regarding claims estimates. | 0.10 |
| 10/04/06 | Edmonson, J. | BK-Claims | Prepare weekly claims report as of 10/3/06. | 1.20 |
| 10/04/06 | Karol, S. | BK-Claims | Call with Jamie Edmonson (XRoads) and Kate Logan (Logan & Co) regarding payment agent and claims estimate | 0.40 |
| 10/04/06 | Karol, S. | BK-Claims | Call with Rosalie Gray (Skadden) regarding payment agent and claims estimate | 0.20 |
| 10/04/06 | Karol, S. | BK-Claims | Call with J. Roy (WD) and Dave Young (WD) and Jamie Edmonson (XRoads) regarding claims estimate | 0.70 |
| 10/05/06 | Wuertz, T. | BK-Claims | Phone call with Cameron Brooks (WD) regarding Unilever claim backup. | 0.20 |
| 10/05/06 | Edmonson, J. | BK-Claims | Complete draft of assumed contracts with cure amounts for Logan and Company. | 1.90 |
| 10/05/06 | Edmonson, J. | BK-Claims | Email communications with D. Young (WD) regarding General Electric claim. | 0.20 |
| 10/05/06 | Edmonson, J. | BK-Claims | Review email and attached spreadsheet from D. Turetsky (Skadden) regarding contract cures. | 0.40 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/05/06 | Edmonson, J. | BK-Claims | Email communications with D. Young and J. Drouse (WD) regarding Cajun Cutters cure payment. | 0.20 |
| 10/05/06 | Wuertz, T. | BK-Claims | Review/analysis of Unilever claim backup provided by Jennifer Antilez (Unilever). | 0.40 |
| 10/05/06 | Edmonson, J. | BK-Claims | Review email from A. Liu (XRoads) regarding General Electric reclamation claim. | 0.10 |
| 10/05/06 | Wuertz, T. | BK-Claims | Respond to correspondence from Winn-Dixie, Winn-Dixie vendors and counsel regarding unresolved claims issues and exchange of related data and analyses. | 1.30 |
| 10/05/06 | Wuertz, T. | BK-Claims | Phone call with Aphay Liu (XRoads) regarding Baker and Taylor claim analysis and to review open claims listing. | 0.70 |
| 10/05/06 | Wuertz, T. | BK-Claims | Phone call with Barbara Wines (Motts) regarding exchange of backup data for claim. | 0.10 |
| 10/05/06 | Edmonson, J. | BK-Claims | Review email and attached responses of Pepsi, Buffalo Rock, Quaker, and Nestle Waters from J. Leamy (Skadden) regarding responses to objections to claims. | 0.90 |
| 10/05/06 | Edmonson, J. | BK-Claims | Review email and attached numerous responses of landlords from J. Leamy (Skadden) regarding responses to objections to claims. | 1.20 |
| 10/05/06 | Edmonson, J. | BK-Claims | Review email and attached reconciliation from T. Wuertz (XRoads) regarding resolution of Morningstar claim. | 0.20 |
| 10/05/06 | Wuertz, T. | BK-Claims | Review/analysis of Motts claim reconciliation and related data provided by Winn-Dixie. | 0.30 |
| 10/05/06 | Wuertz, T. | BK-Claims | Review/analysis of Morningstar claim and related backup. | 0.30 |

XRoads Solutions Group
Daily Detail Reports

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/05/06 | Wuertz, T. | BK-Claims | Continue to respond to correspondence from Winn-Dixie, Winn-Dixie vendors and counsel regarding unresolved claims issues and exchange of related data and analyses. | 0.90 |
| 10/05/06 | Wuertz, T. | BK-Claims | Review of open claims listing to identify bottlenecks in information exchange and other open issues to determine next steps for resolution. | 1.90 |
| 10/05/06 | Gaston, B. | BK-Claims | Analysis of claims 12154 and 10122 | 0.40 |
| 10/05/06 | Wuertz, T. | BK-Claims | Phone call with David Young (WD) regarding Brown Bottling and Pepsi Bottling Group claims. | 1.10 |
| 10/06/06 | Karol, S. | BK-Claims | Analysis of claims | 1.80 |
| 10/06/06 | Karol, S. | BK-Claims | Analysis of sources & uses | 1.90 |
| 10/06/06 | Edmonson, J. | BK-Claims | Review email and attached request for payment of administrative claim from D. Turetsky (Skadden) in connection with Information Builders contract and claim. | 0.60 |
| 10/06/06 | Edmonson, J. | BK-Claims | Review email from D. Turetsky (Skadden) regarding resolution of GE Consumer claim. | 0.10 |
| 10/06/06 | Edmonson, J. | BK-Claims | Review entered orders on 19th, 20th and 21st omnibus objection to claims. | 0.70 |
| 10/06/06 | Edmonson, J. | BK-Claims | Telephone conference with A. Liu (XRoads) regarding claims issues. | 0.20 |
| 10/06/06 | Edmonson, J. | BK-Claims | Review email and revised spreadsheet from D. Young (WD) regarding reclamation claims outstanding. | 0.40 |
| 10/06/06 | Wuertz, T. | BK-Claims | Respond to correspondence from Winn-Dixie, Winn-Dixie vendors and counsel regarding unresolved claims issues and exchange of related data and analyses. | 1.60 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/06/06 | Gaston, B. | BK-Claims | Analysis of claim 11958 | 0.40 |
| 10/07/06 | Gaston, B. | BK-Claims | Analysis of 20 claims where allowed amount varied from Winn-Dixie's books and records by greater than $250,000 | 0.80 |
| 10/07/06 | Gaston, B. | BK-Claims | Analysis of claims 8579, 8576, 12202, 12203, 13002, and 13003 | 0.40 |
| 10/09/06 | Wuertz, T. | BK-Claims | Phone call with Christie Stark (Madison) to discuss response filed with regards to Conair claim. | 0.20 |
| 10/09/06 | Edmonson, J. | BK-Claims | Email communications with J. Young (XRoads) regarding contract cure payments. | 0.30 |
| 10/09/06 | Wuertz, T. | BK-Claims | Meeting with Aphay Liu (XRoads) regarding claims reconciliation process and status of analyzing various filed responses to claims objections. | 0.60 |
| 10/09/06 | Wuertz, T. | BK-Claims | Meeting with Aphay Liu (XRoads) regarding Heinz, Nestle, Sanford and Wyeth claims and proposed settlements. | 0.40 |
| 10/09/06 | Wuertz, T. | BK-Claims | Phone call with Frank Guthrie (Krispy Kreme) regarding reclamation payments and discussion with ASM. | 0.30 |
| 10/09/06 | Wuertz, T. | BK-Claims | Review and analysis of detail reclamation payment analysis prepared by Aphay Liu (XRoads) in preparation for conference call with Winn-Dixie and counsel. | 0.30 |
| 10/09/06 | Edmonson, J. | BK-Claims | Review/analysis of spreadsheet of remaining reclamation payments to be made. | 0.40 |
| 10/09/06 | Wuertz, T. | BK-Claims | Phone call with Linda Solemina (WD) regarding Unilever claims research. | 0.20 |
| 10/09/06 | Wuertz, T. | BK-Claims | Review of open claims issues to identify next steps and responsible parties to fully resolve open items. | 1.40 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/09/06 | Gaston, B. | BK-Claims | Analysis of claim 1659 | 0.30 |
| 10/09/06 | Edmonson, J. | BK-Claims | Review email from Y. Kukoyi (Deloitte) regarding claims by entity analysis. | 0.10 |
| 10/09/06 | Edmonson, J. | BK-Claims | Review/analysis of updated weekly claims status from E. Pollack (Logan & Co). | 0.60 |
| 10/09/06 | Karol, S. | BK-Claims | Preparation for conference calls on 10/11 regarding contracts, reclamation and real estate | 1.90 |
| 10/09/06 | Edmonson, J. | BK-Claims | Update and revise claims reconciliation and response spreadsheet to include responses received to 22nd Omnibus objection and entered orders on 19th, 20th and 21st Omnibus objections. | 1.70 |
| 10/09/06 | Edmonson, J. | BK-Claims | Prepare email to claims reconciliation team members regarding updated claims reconciliation and response spreadsheet. | 0.20 |
| 10/09/06 | Edmonson, J. | BK-Claims | Begin preparation of revised claims by entity analysis. | 2.10 |
| 10/09/06 | Wuertz, T. | BK-Claims | Phone call with Gary Popp (Sanford) regarding resolving claim offsets issues. | 0.30 |
| 10/09/06 | Edmonson, J. | BK-Claims | Review email from D. Young (WD) regarding allowance of Pro Temp claim. | 0.10 |
| 10/09/06 | Wuertz, T. | BK-Claims | Analysis of Buffalo Rock accounts payable backup data provided by Marie Jones (WD) in an effort to reconcile with data provided by Buffalo Rock. | 1.20 |
| 10/09/06 | Edmonson, J. | BK-Claims | Review/analysis of updated litigation resolved claims report from K. Ward (Smith Hulsey). | 0.40 |
| 10/09/06 | Wuertz, T. | BK-Claims | Prepare Sanford claim settlement proposal and related analysis per discussion with Gary Popp (Sanford) for review by Derrick Bryant (WD). | 0.70 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/09/06 | Edmonson, J. | BK-Claims | Revise spreadsheet of contract cure payments. | 1.10 |
| 10/09/06 | Wuertz, T. | BK-Claims | Respond to correspondence from Winn-Dixie, Winn-Dixie vendors and counsel regarding resolving responses filed in claims objections process, and facilitating related data requests. | 1.50 |
| 10/09/06 | Wuertz, T. | BK-Claims | Phone call with Steve Eichel (Skadden) regarding Krispy Kreme payments and process for resolution. | 0.10 |
| 10/09/06 | Wuertz, T. | BK-Claims | Revise Pepsi Bottling Group reconciliation sheet per the request of David Young (WD). | 0.60 |
| 10/09/06 | Wuertz, T. | BK-Claims | Draft memorandum to Heather Berkowitz (ASM) regarding Krispy Kreme reclamation payments and process for resolution of open issues. | 0.60 |
| 10/09/06 | Wuertz, T. | BK-Claims | Continue to respond to correspondence from Winn-Dixie, Winn-Dixie vendors and counsel regarding resolving responses filed in claims objections process, and facilitating related data requests. | 1.10 |
| 10/10/06 | Karol, S. | BK-Claims | Analysis of claims estimates | 1.80 |
| 10/10/06 | Edmonson, J. | BK-Claims | Continued preparation of analysis of claims by entity as of 10/9/06. | 2.80 |
| 10/10/06 | Edmonson, J. | BK-Claims | Review email and attached proofs of claim from J. Young (XRoads) in connection with CF Sauer contract. | 0.60 |
| 10/10/06 | Edmonson, J. | BK-Claims | Review email and attached reconciliations from T. Wuertz (XRoads) in connection with resolution of Sanford and Newell Rubbermaid claims. | 0.20 |
| 10/10/06 | Edmonson, J. | BK-Claims | Further revisions to master log of responses to omnibus claims objections to reflect additional updates and resolutions to claims. | 0.40 |

| Date | Professional | Activity | Description | Hours |
| --- | --- | --- | --- | --- |
| 10/10/06 | Karol, S. | BK-Claims | Call with Rosalie Gray (Skadden), Jamie Edmonson (XRoads) and Jay Castle (Winn-Dixie) regarding reclamation | 0.20 |
| 10/10/06 | Edmonson, J. | BK-Claims | Telephone call with D. Young (WD) regarding claims reserve issues. | 0.20 |
| 10/10/06 | Edmonson, J. | BK-Claims | Review email from T. Wuertz (XRoads) regarding Quaker claim and negotiations to resolve. | 0.10 |
| 10/10/06 | Karol, S. | BK-Claims | Call with Rosalie Gray (Skadden), Jamie Edmonson (XRoads) and Jay Castle (Winn-Dixie) regarding real estate | 0.80 |
| 10/10/06 | Karol, S. | BK-Claims | Call with Rosalie Gray (Skadden), J. Young, Bryan Gaston, K. Fagerstrom and Jamie Edmonson (all XRoads) and Jay Castle (WD) regarding contracts | 0.60 |
| 10/10/06 | Karol, S. | BK-Claims | Call with Rosalie Gray (Skadden) regarding Section 4.6 of the Plan | 0.50 |
| 10/10/06 | Wuertz, T. | BK-Claims | Review and analysis of data exchanged between Winn-Dixie and Sanford, and facilitate resolution of claim amount. | 0.80 |
| 10/10/06 | Edmonson, J. | BK-Claims | Review updated report of reclamation claim open items. | 0.30 |
| 10/10/06 | Wuertz, T. | BK-Claims | Review reclamation payment analysis and provide comments to Jinnee Parrotta (WD) and Aphay Liu (XRoads) for final distribution to reclamation claimants. | 0.40 |
| 10/10/06 | Wuertz, T. | BK-Claims | Review and analysis of outstanding Scunci claim issues per data provided Winn-Dixie and Scunci. | 0.30 |
| 10/10/06 | Wuertz, T. | BK-Claims | Respond to correspondence from Winn-Dixie, Winn-Dixie vendors and counsel regarding resolving responses filed in claims objections process, and faciliating related data requests. | 1.40 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/10/06 | Wuertz, T. | BK-Claims | Phone call with Aphay Liu (XRoads) regarding reclamation payment analysis. | 0.10 |
| 10/10/06 | Wuertz, T. | BK-Claims | Phone call with Chuck Mears (WD) regarding Scunci claim analysis. | 0.10 |
| 10/10/06 | Wuertz, T. | BK-Claims | Continue to review and analysis of outstanding Scunci claim issues per data provided Winn-Dixie and Scunci. | 0.80 |
| 10/10/06 | Wuertz, T. | BK-Claims | Conference call with Winn-Dixie, Skadden, Logan and XRoads regarding final distribution to reclamation claimants upon effective date of the plan of reorganization. | 0.20 |
| 10/10/06 | Wuertz, T. | BK-Claims | Research and analysis of Quaker claim issues and outstanding negotiations. | 0.90 |
| 10/10/06 | Edmonson, J. | BK-Claims | Review email from J. Drouse (WD) regarding allowance of Precision Plumbing claim. | 0.10 |
| 10/10/06 | Wuertz, T. | BK-Claims | Phone call with Anja Parker (WD) regarding Conair and Scunci claim settlements. | 0.20 |
| 10/10/06 | Wuertz, T. | BK-Claims | Research and analysis of Pepsi AP offset and review of issues for potentially combining claims for settlement per correspondence from Jon Carroll (PBG). | 1.30 |
| 10/10/06 | Wuertz, T. | BK-Claims | Continue to respond to correspondence from Winn-Dixie, Winn-Dixie vendors and counsel regarding resolving responses filed in claims objections process, and faciliating related data requests. | 1.80 |
| 10/10/06 | Wuertz, T. | BK-Claims | Review and analysis of Schuster Marketing claims issues in preparation for call with Steve Schuster (Schuster). | 1.20 |
| 10/10/06 | Edmonson, J. | BK-Claims | Review spreadsheet of contract claims needing reserves. | 0.30 |
| 10/10/06 | Karol, S. | BK-Claims | Analysis of contract estimates | 1.90 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/10/06 | Wuertz, T. | BK-Claims | Review and analysis of Brachs, Colorado Boxed Beef, Deans Specialty Foods, Libbey Glass, Motts, Promotions Unlimited, and Rich Seapak claims, related and data to determine next steps for resolution of claim amounts. | 2.30 |
| 10/10/06 | Karol, S. | BK-Claims | Call with B Gaston, J Edmonson and K Fagerstrom (all XRoads) regarding contract estimates | 0.40 |
| 10/11/06 | Edmonson, J. | BK-Claims | Review email and revised reclamation claims report from A. Liu (XRoads) in connection with payments to be made under the Plan. | 0.30 |
| 10/11/06 | Karol, S. | BK-Claims | Call with Jamie Edmonson (XRoads) regarding Section 4.6 of the Plan and claims estimate | 0.50 |
| 10/11/06 | Karol, S. | BK-Claims | Call with Jamie Edmonson (XRoads) regarding claims estimate | 0.30 |
| 10/11/06 | Edmonson, J. | BK-Claims | Review proposed agreed order resolving IRI claims. | 0.20 |
| 10/11/06 | Edmonson, J. | BK-Claims | Telephone conference with J. Young (XRoads) regarding claims reserves. | 0.20 |
| 10/11/06 | Edmonson, J. | BK-Claims | Review email from A. Parker (WD) regarding resolution of Ocean Duke claim. | 0.10 |
| 10/11/06 | Wuertz, T. | BK-Claims | Analysis of MGM backup data provided Cameron Brooks (WD) and reconciliation with data provided by Janice Sasaki (MGM). | 1.10 |
| 10/11/06 | Gaston, B. | BK-Claims | Meeting with K. Stubbs and T. McNichols (WD) to discuss significant variances between allowed claim amounts and accounting accruals on rejected leases | 0.80 |
| 10/11/06 | Edmonson, J. | BK-Claims | Review ADT and Ikon claims for hold status. | 0.20 |
| 10/11/06 | Edmonson, J. | BK-Claims | Email communications with E. Pollack (Logan & Co) regarding holds to be removed from claims. | 0.20 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/11/06 | Gaston, B. | BK-Claims | Resolve responses to GEM Nickerson and GEM Warwick claims 12853 and 12851 | 0.40 |
| 10/11/06 | Edmonson, J. | BK-Claims | Update master log of responses to claims objections to reflect additional resolutions of claims. | 0.40 |
| 10/11/06 | Wuertz, T. | BK-Claims | Review and analysis of Quaker backup data provided by David Young (WD) and David Pilat (Quaker) in an effort to resolve claim issues. | 1.70 |
| 10/11/06 | Wuertz, T. | BK-Claims | Phone call with Jamie Edmonson (XRoads) regarding Quaker reserve. | 0.20 |
| 10/11/06 | Karol, S. | BK-Claims | Call with Rosalie Gray (Skadden) regarding common stock reserve | 0.30 |
| 10/11/06 | Wuertz, T. | BK-Claims | Phone call with Cameron Brooks (WD) regarding MGM accounts payable data. | 0.20 |
| 10/11/06 | Karol, S. | BK-Claims | Analysis of common stock reserve under Plan | 1.40 |
| 10/11/06 | Edmonson, J. | BK-Claims | Review email from M. Richard (WD) regarding establishing reserves for claims. | 0.30 |
| 10/11/06 | Wuertz, T. | BK-Claims | Phone call with David Pilat (Quaker) regarding unresolved Quaker claim issues. | 0.40 |
| 10/11/06 | Wuertz, T. | BK-Claims | Phone call with Paul Tiberio (WD) and Larry Biggerstaff (WD) regarding Quaker claim issues. | 0.40 |
| 10/11/06 | Edmonson, J. | BK-Claims | Email communications with S. Karol (XRoads) regarding reclamation claim Trade Lien Program. | 0.10 |
| 10/11/06 | Wuertz, T. | BK-Claims | Finalize documentation to fully resolve Colorado Boxed Beef claim. | 0.60 |
| 10/11/06 | Wuertz, T. | BK-Claims | Phone call with Aphay Liu (XRoads) regarding Nestle claims. | 0.20 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/11/06 | Edmonson, J. | BK-Claims | Telephone conference with J. Young (XRoads) regarding claim estimates and reserves. | 0.30 |
| 10/11/06 | Wuertz, T. | BK-Claims | Review of Reclamation Payment analysis provided by Aphay Liu (XRoads) and provide comments and suggested changes. | 0.50 |
| 10/11/06 | Edmonson, J. | BK-Claims | Review email and attached report from A. Liu (XRoads) regarding reclamation claims remaining to be paid on Effective Date. | 0.40 |
| 10/11/06 | Wuertz, T. | BK-Claims | Phone call with Aphay Liu (XRoads) regarding discuss reclamation payment analysis, Heinz, Nestle, MGM, Southern Wine, Quaker and Maybelline claims. | 0.70 |
| 10/11/06 | Edmonson, J. | BK-Claims | Review email from J. Young (XRoads) regarding contract claims and estimates. | 0.20 |
| 10/11/06 | Wuertz, T. | BK-Claims | Phone call with Tamie Griffith (Rich Seapak) to discuss unresolved claims issues. | 0.20 |
| 10/11/06 | Wuertz, T. | BK-Claims | Review and analysis of open issues related to Southern Wine claims. | 0.40 |
| 10/11/06 | Wuertz, T. | BK-Claims | Respond to correspondence from Winn-Dixie, Winn-Dixie vendors and counsel regarding resolving responses filed in claims objections process, and faciliating related data requests. | 1.90 |
| 10/11/06 | Edmonson, J. | BK-Claims | Review email from T. Wuertz (XRoads) regarding resolution of Colorado Boxed Beef claim. | 0.10 |
| 10/11/06 | Wuertz, T. | BK-Claims | Continue to respond to correspondence from Winn-Dixie, Winn-Dixie vendors and counsel regarding resolving responses filed in claims objections process, and faciliating related data requests. | 0.40 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/11/06 | Edmonson, J. | BK-Claims | Review email from T. Wuertz (XRoads) regarding Southern Wine and Spirits claims to be subject to objection. | 0.10 |
| 10/12/06 | Wuertz, T. | BK-Claims | Prepare documentation to finalize Scunci claim. | 0.70 |
| 10/12/06 | Wuertz, T. | BK-Claims | Phone call with Aphay Liu (XRoads) and David Young (WD) regarding Scunci claim. | 0.20 |
| 10/12/06 | Wuertz, T. | BK-Claims | Prepare settlement proposal for Dana Kirk (PU) and Paul Dradk (PU) for resolution of Promotions Unlimited claim. | 0.70 |
| 10/12/06 | Wuertz, T. | BK-Claims | Respond to correspondence from Winn-Dixie, Winn-Dixie vendors and counsel regarding resolving responses filed in claims objections process, and faciliating related data requests. | 1.70 |
| 10/12/06 | Wuertz, T. | BK-Claims | Review and analysis of Nestle claims and related data, and preparation of settlement proposal for review by Derrick Bryant (WD) prior to presenting to Nestle. | 1.90 |
| 10/12/06 | Edmonson, J. | BK-Claims | Conference call with K. Fagerstrom and J. Young (XRoads) regarding contract claim estimates for reserves. | 0.30 |
| 10/12/06 | Wuertz, T. | BK-Claims | Continue to respond to correspondence from Winn-Dixie, Winn-Dixie vendors and counsel regarding resolving responses filed in claims objections process, and faciliating related data requests. | 0.80 |
| 10/12/06 | Edmonson, J. | BK-Claims | Revise reserve spreadsheet for contract claims. | 0.60 |
| 10/12/06 | Edmonson, J. | BK-Claims | Review email and attached revised reconciliation from T. Wuertz (XRoads) regarding resolution of Scunci claim. | 0.20 |
| 10/12/06 | Edmonson, J. | BK-Claims | Review email from J. Drouse (WD) regarding resolution of Clark Distributing claim. | 0.10 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/12/06 | Edmonson, J. | BK-Claims | Update master log of responses to claims objections to reflect additional resolutions to claims. | 0.30 |
| 10/12/06 | Edmonson, J. | BK-Claims | Review claims reserve files from B. Crocker (Logan & Co). | 0.80 |
| 10/12/06 | Gaston, B. | BK-Claims | Prepare real estate claim reserve analysis | 1.20 |
| 10/12/06 | Gaston, B. | BK-Claims | Revise real estate claim reserve analysis | 0.30 |
| 10/12/06 | Edmonson, J. | BK-Claims | Conference call with B. Gaston and S. Karol (XRoads); R. Tansi (WD) and J. Lammert (Assessment Technology) regarding tax claim reserves. | 0.20 |
| 10/12/06 | Edmonson, J. | BK-Claims | Review email and revised proof of claim from K. Fagerstrom (XRoads) in connection with Xerox. | 0.20 |
| 10/12/06 | Edmonson, J. | BK-Claims | Review email and attached real estate claim reserve spreadsheet from B. Gaston (XRoads). | 0.60 |
| 10/12/06 | Edmonson, J. | BK-Claims | Review email from S. Feld (Skadden) regarding Kemper claim and resolution thereof. | 0.10 |
| 10/12/06 | Edmonson, J. | BK-Claims | Email communications with R. Gray (Skadden) regarding tax claim estimates. | 0.10 |
| 10/12/06 | Karol, S. | BK-Claims | Analysis of sources and uses | 1.30 |
| 10/12/06 | Edmonson, J. | BK-Claims | Review/analysis of tax claims reserve provided by J. Lammert (Assessment Technology). | 0.40 |
| 10/12/06 | Karol, S. | BK-Claims | Participation in conference call with J. Lammert (Assessment Technology), Jamie Edmonson and Bryan Gaston (XRoads) and R. Tansi (WD) to discuss sec 505 tax project. | 0.20 |
| 10/12/06 | Gaston, B. | BK-Claims | Analysis of claim 12009 filed by Ocean 505 | 0.20 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/12/06 | Karol, S. | BK-Claims | Conference call to discuss sources and uses of cash at emergence with R. Gray (Skadden), S. Renkin, J. Roy, and C. Nass (all WD) and D. Irom (Blackstone) , Bryan Gaston and Jamie Edmonson (XRoads) | 0.90 |
| 10/12/06 | Karol, S. | BK-Claims | Call with Jamie Edmonson (XRoads) regarding Assessment Technology and sources & uses | 0.40 |
| 10/12/06 | Edmonson, J. | BK-Claims | Review/analysis of report of contract claims for reserve/estimation purposes. | 1.60 |
| 10/12/06 | Wuertz, T. | BK-Claims | Phone call with Steve Eichel (Skadden) regarding Krispy Kreme payment issues. | 0.10 |
| 10/12/06 | Edmonson, J. | BK-Claims | Review email from B. Kichler (WD) regarding possible resolution of CF Sauer contract negotiations and claim. | 0.20 |
| 10/13/06 | Edmonson, J. | BK-Claims | Prepare email to claims reconciliation team leaders in connection with completing open claims reserves. | 0.20 |
| 10/13/06 | Edmonson, J. | BK-Claims | Email to B. Kichler (WD) regarding CF Sauer claim. | 0.10 |
| 10/13/06 | Edmonson, J. | BK-Claims | Review spreadsheets for Teams 1 and 2 in connection with reserve amounts. | 0.60 |
| 10/13/06 | Edmonson, J. | BK-Claims | Review draft exhibits for 24th Omnibus Objection to claims. | 0.70 |
| 10/13/06 | Edmonson, J. | BK-Claims | Review spreadsheets for Teams 12, 13 and 20 in connection with reserve estimates. | 0.80 |
| 10/13/06 | Edmonson, J. | BK-Claims | Telephone call with S. Karol (XRoads) regarding claims estimates. | 0.20 |
| 10/13/06 | Edmonson, J. | BK-Claims | Review email and attached spreadsheet from D Young (WD) regarding AP claim reserves. | 0.60 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/13/06 | Edmonson, J. | BK-Claims | Review email and attached reconciliation from T. Wuertz (XRoads) regarding Motts claim resolution. | 0.20 |
| 10/13/06 | Edmonson, J. | BK-Claims | Review/analysis of revised tax reserve report. | 0.40 |
| 10/13/06 | Wuertz, T. | BK-Claims | Respond to correspondence from Winn-Dixie, Winn-Dixie vendors and counsel regarding resolving responses filed in claims objections process, and faciliating related data requests. | 2.20 |
| 10/13/06 | Wuertz, T. | BK-Claims | Phone call with Jim Treaster (Motts) regarding finalizing claim issues. | 0.10 |
| 10/13/06 | Wuertz, T. | BK-Claims | Phone call with Scott Neal (Heinz) regarding status of claim research. | 0.10 |
| 10/13/06 | Wuertz, T. | BK-Claims | Finalize documentation to resolve Pepsi of Va claim and send to Jane Leamy (Skadden) and David Young (WD). | 0.30 |
| 10/13/06 | Wuertz, T. | BK-Claims | Phone call with Aphay Liu (XRoads) regarding status claims reconciliation process. | 0.20 |
| 10/13/06 | Wuertz, T. | BK-Claims | Continue to respond to correspondence from Winn-Dixie, Winn-Dixie vendors and counsel regarding resolving responses filed in claims objections process, and faciliating related data requests. | 0.80 |
| 10/13/06 | Vander Hooven | BK-Claims | Review status report of open issues and responsibility assignments regarding contracts and open claims. | 2.20 |
| 10/16/06 | Wuertz, T. | BK-Claims | Second phone call with Octavia Fuller (Maybelline) regarding outstanding claims issues. | 0.20 |
| 10/16/06 | Wuertz, T. | BK-Claims | Phone call with Jeri Newland (WD) regarding outstanding Maybelline claim issues. | 0.30 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/16/06 | Wuertz, T. | BK-Claims | Second phone call with Jeri Newland (WD) regarding outstanding Maybelline claim issues. | 0.20 |
| 10/16/06 | Wuertz, T. | BK-Claims | Phone call with Paul Tremblay (WD) regarding Schuster settlement proposal. | 0.30 |
| 10/16/06 | Wuertz, T. | BK-Claims | Review and analysis of additional data provided by Jeri Newland (WD) with respect to Maybelline claim. | 0.60 |
| 10/16/06 | Wuertz, T. | BK-Claims | Review Master Open Item Claim listing provided by Jamie Edmonson (XRoads) and provide feedback and comments. | 0.70 |
| 10/16/06 | Edmonson, J. | BK-Claims | Review email from T. Wuertz (XRoads) regarding status of claims negotiations. | 0.10 |
| 10/16/06 | Wuertz, T. | BK-Claims | Review/analysis of Reddy Ice reconciliation and related analysis in an effort to fully resolve claim issues. | 0.60 |
| 10/16/06 | Edmonson, J. | BK-Claims | Prepare email to claims reconciliation team members including T. Wuertz, A. Liu and B. Gaston (XRoads); D. Young, J. James, B. Kichler, J. Castle, A. Baragona, R. Tansi, and T. Williams (all WD) and J. Leamy (Skadden) regarding updated claims response log. | 0.20 |
| 10/16/06 | Wuertz, T. | BK-Claims | Phone call with Aphay Liu (XRoads) regarding outstanding Maybelline claim issues. | 0.60 |
| 10/16/06 | Gaston, B. | BK-Claims | Review draft of Omni 24 for accuracy and completeness for real estate claims | 0.50 |
| 10/16/06 | Wuertz, T. | BK-Claims | Continue to respond to correspondence from Winn-Dixie, Winn-Dixie vendors and Winn-Dixie counsel regarding outstanding claim issues and related data requests. | 1.40 |
| 10/16/06 | Wuertz, T. | BK-Claims | Review 24th Omni circulated by Jane Leamy (Skadden) and provide feedback and comments. | 0.40 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/16/06 | Edmonson, J. | BK-Claims | Review email from B. Kichler (WD) regarding CF Sauer claim. | 0.10 |
| 10/16/06 | Edmonson, J. | BK-Claims | Email communications with K. Logan (Logan & Co) regarding claims reserves. | 0.40 |
| 10/16/06 | Edmonson, J. | BK-Claims | Email communications with M. Richard (WD) regarding status of claim reserve estimates. | 0.30 |
| 10/16/06 | Edmonson, J. | BK-Claims | Email communications with M. Richard (WD) regarding Wilmington Trust and AmSouth Bank claims. | 0.20 |
| 10/16/06 | Edmonson, J. | BK-Claims | Review claims estimates spreadsheet for Team 10. | 0.20 |
| 10/16/06 | Edmonson, J. | BK-Claims | Review claims estimates spreadsheet for Team 19. | 0.20 |
| 10/16/06 | Edmonson, J. | BK-Claims | Review spreadsheet of claim reserves for Teams 21 and 23. | 0.40 |
| 10/16/06 | Wuertz, T. | BK-Claims | Respond to correspondence from Winn-Dixie, Winn-Dixie vendors and Winn-Dixie counsel regarding outstanding claim issues and related data requests. | 1.60 |
| 10/16/06 | Edmonson, J. | BK-Claims | Review draft 24th Omnibus Objection to claims and related exhibits. | 0.80 |
| 10/16/06 | Wuertz, T. | BK-Claims | Prepare revised reconciliation spreadsheet and related analysis to fully document resolution of Deans Specialty Foods claim. | 0.70 |
| 10/16/06 | Wuertz, T. | BK-Claims | Review/analysis of analyses and backup documentation for Winn-Dixie's proposal to fully resolve the Schuster Marketing claim in preparation for a call with Steve Schuster (Schuster). | 0.80 |
| 10/16/06 | Wuertz, T. | BK-Claims | Phone call with Aphay Liu (XRoads) regarding Del Labs and Gortons claim issues. | 0.30 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/16/06 | Wuertz, T. | BK-Claims | Review/analysis of backup data provided by Octavia Fuller (Maybelline) and Jeri Newland (WD) to prepare a proposal with the intent to fully resolve the claims issues. | 1.20 |
| 10/16/06 | Edmonson, J. | BK-Claims | Review email and revised reconciliation from T. Wuertz (XRoads) in connection with Dean Foods claim. | 0.20 |
| 10/16/06 | Edmonson, J. | BK-Claims | Review revised spreadsheet for reserves for Teams 12 and 13. | 0.40 |
| 10/16/06 | Wuertz, T. | BK-Claims | Continue review and analysis of backup data provided by Octavia Fuller (Maybelline) and Jeri Newland (WD) to prepare a proposal with the intent to fully resolve the claims issues. | 1.10 |
| 10/16/06 | Edmonson, J. | BK-Claims | Review email from A. Liu (XRoads) regarding 24th Omnibus Objection to claims. | 0.10 |
| 10/16/06 | Wuertz, T. | BK-Claims | Phone call with Octavia Fuller (Maybelline) regarding outstanding claims issues. | 0.30 |
| 10/17/06 | Edmonson, J. | BK-Claims | Review Xerox claim for proper reserve amount. | 0.20 |
| 10/17/06 | Edmonson, J. | BK-Claims | Telephone call with K. Fagerstrom (XRoads) regarding Xerox claim reserve. | 0.20 |
| 10/17/06 | Edmonson, J. | BK-Claims | Conference call with Y. Kukoyi (Deloitte) and other Deloitte professionals regarding claims by entity analysis. | 0.30 |
| 10/17/06 | Edmonson, J. | BK-Claims | Review and revise spreadsheet of claims with no reserves. | 2.80 |
| 10/17/06 | Edmonson, J. | BK-Claims | Review email and attachments from J. James (WD) regarding Oracle and IRI responses to claims objections. | 0.30 |
| 10/17/06 | Edmonson, J. | BK-Claims | Review email from J. Castle (WD) regarding claims still needing reserve estimates. | 0.20 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/17/06 | Edmonson, J. | BK-Claims | Research Information Builders' claims for allowed amounts. | 0.40 |
| 10/17/06 | Edmonson, J. | BK-Claims | Email communications with K. Fagerstrom (XRoads) regarding Information Builders. | 0.20 |
| 10/17/06 | Edmonson, J. | BK-Claims | Review email and updated spreadsheet from D. Young (WD) regarding reclamation claims with open issues. | 0.40 |
| 10/17/06 | Wuertz, T. | BK-Claims | Respond to correspondence from Winn-Dixie, Winn-Dixie vendors and Winn-Dixie counsel regarding outstanding claim issues and related data requests. | 2.30 |
| 10/17/06 | Wuertz, T. | BK-Claims | Phone call with Steve Schuster (Schuster) regarding Winn-Dixie proposal to resolve general unsecured claim and post-petition reclamation issues. | 0.60 |
| 10/17/06 | Wuertz, T. | BK-Claims | Phone call with Aphay Liu (XRoads) regarding status of Nestle and Heinz claims. | 0.20 |
| 10/17/06 | Wuertz, T. | BK-Claims | Review/analysis of Heinz claim data provided by Scott Neal (Heinz) and Cameron Brooks (WD) in an effort to fully reconcile the claim issues. | 0.80 |
| 10/17/06 | Wuertz, T. | BK-Claims | Continue to respond to correspondence from Winn-Dixie, Winn-Dixie vendors and Winn-Dixie counsel regarding outstanding claim issues and related data requests. | 0.80 |
| 10/18/06 | Edmonson, J. | BK-Claims | Complete analysis of claims needing estimates. | 0.70 |
| 10/18/06 | Edmonson, J. | BK-Claims | Email communications with K. Logan (Logan & Co) regarding claims needing estimates. | 0.20 |
| 10/18/06 | Edmonson, J. | BK-Claims | Email communications with D. Young (WD) regarding claims needing estimates. | 0.10 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/18/06 | Edmonson, J. | BK-Claims | Revise master claims response log to reflect additional claims resolutions and new responses received to 23rd omnibus claims objection. | 0.70 |
| 10/18/06 | Edmonson, J. | BK-Claims | Telephone call with B. Gaston (XRoads) regarding transferred claims subject to cure payments. | 0.20 |
| 10/18/06 | Edmonson, J. | BK-Claims | Review and analysis of spreadsheet of real estate claims subject to cure payments and compare to transferred claims report to determine those claims for which transfers have occurred. | 2.60 |
| 10/18/06 | Edmonson, J. | BK-Claims | Email communications with B. Gaston (XRoads) regarding transferred real estate claims subject to cure payments. | 0.20 |
| 10/18/06 | Edmonson, J. | BK-Claims | Review emails and attached responses to 23rd Omnibus Objection to claims for Teams 1, 4, 18 and 21 from J. Leamy (Skadden). | 0.60 |
| 10/18/06 | Wuertz, T. | BK-Claims | Phone call with Nancy DeForrest (Nestle) and Nancy Reynoso (Nestle) to discuss Winn-Dixie settlement proposal. | 0.40 |
| 10/18/06 | Wuertz, T. | BK-Claims | Phone call with Aphay Liu (XRoads) regarding Maybelline claim issues. | 0.50 |
| 10/18/06 | Wuertz, T. | BK-Claims | Phone call with Aphay Liu (XRoads) regarding Maybelline, Nestle, and Heinz claim issues. | 0.40 |
| 10/18/06 | Wuertz, T. | BK-Claims | Respond to correspondence from Winn-Dixie, Winn-Dixie vendors and Winn-Dixie counsel regarding outstanding claim issues and related data requests. | 1.80 |
| 10/18/06 | Edmonson, J. | BK-Claims | Review email from J. Castle (WD) regarding responses to objections to claims based on mechanics' liens and insurance. | 0.20 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/18/06 | Edmonson, J. | BK-Claims | Review email from J. Young (XRoads) regarding resolution of Konica Minolta claim 8469. | 0.10 |
| 10/18/06 | Edmonson, J. | BK-Claims | Telephone call with D. Young (WD) regarding claims by entity analysis for Deloitte. | 0.20 |
| 10/18/06 | Edmonson, J. | BK-Claims | Telephone call with K. Logan (Logan & Co) regarding claims estimates and reserves. | 0.50 |
| 10/18/06 | Edmonson, J. | BK-Claims | Review updated weekly claims reports from E. Pollack (Logan & Co). | 0.60 |
| 10/19/06 | Edmonson, J. | BK-Claims | Email communications with J. Young (XRoads) regarding Hobart, Medical Security Card, Kwentoh, and Cardtronics claims and cure payments. | 0.40 |
| 10/19/06 | Gaston, B. | BK-Claims | Prepare for call with L. Appel, J. Castle, D. Young and J. Roy (all WD), K. Logan (Logan & Co), R. Gray (Skadden) and J. Edmonson (XRoads) to discuss claim reserves | 0.60 |
| 10/19/06 | Gaston, B. | BK-Claims | Revise class 13 claim reserve analysis to add 11 recently rejected leases for which no claims have been filed | 0.80 |
| 10/19/06 | Gaston, B. | BK-Claims | Revise class 13 claim reserve analysis to add damages for approximately 25 leases rejected early in the case for which no claims were filed | 0.60 |
| 10/19/06 | Wuertz, T. | BK-Claims | Respond to correspondence from Winn-Dixie, Winn-Dixie vendors and Winn-Dixie counsel regarding outstanding claim issues and related data requests. | 1.70 |
| 10/19/06 | Gaston, B. | BK-Claims | Call with R. Gray, A. Ravin and J. Leamy (all Skadden), K. Logan (Logan & Co) and J. Edmonson (XRoads) to discuss class 13 claim reserve | 0.60 |
| 10/19/06 | Gaston, B. | BK-Claims | Prepare analysis of class 13 claim reserve | 2.60 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/19/06 | Edmonson, J. | BK-Claims | Email to D. Young (WD) regarding claims by entity analysis. | 0.20 |
| 10/19/06 | Gaston, B. | BK-Claims | Revise class 13 claim reserve analysis for removal of claims related to assumed leases | 1.60 |
| 10/19/06 | Gaston, B. | BK-Claims | Revise class 13 claim reserve analysis to eliminate claims previously resolved by waiver through lease termination agreements or assumption and cure related to assigned leases | 1.90 |
| 10/19/06 | Gaston, B. | BK-Claims | Call with L. Appel, J. Castle, D. Young and J. Roy (all WD), K. Logan (Logan & Co), R. Gray (Skadden) and J. Edmonson (XRoads) to discuss claim reserves | 1.10 |
| 10/19/06 | Edmonson, J. | BK-Claims | Review email and attached reports of de minimus and resolved litigation claims from K. Ward (Smith Hulsey). | 0.40 |
| 10/19/06 | Wuertz, T. | BK-Claims | Review/analysis of Maybelline reconciliation and related data in an effort to bring resolution to the outstanding discrepancies | 0.60 |
| 10/19/06 | Wuertz, T. | BK-Claims | Phone call with Aphay Liu (XRoads) regarding status of Heinz, Warnet Lambert, Wyeth, MGM, Libbey Glass, and Schuster negotiations. | 0.50 |
| 10/19/06 | Wuertz, T. | BK-Claims | Preparation of memorandum to Derrick Bryant (WD) summarizing MGM issues and next steps for resolution of claim issues. | 0.70 |
| 10/19/06 | Wuertz, T. | BK-Claims | Review and analysis of MGM reconciliation and related supplied by MGM and Winn-Dixie. | 1.30 |
| 10/19/06 | Wuertz, T. | BK-Claims | Respond to correspondence from Winn-Dixie, Winn-Dixie vendors and Winn-Dixie counsel regarding outstanding claim issues and related data requests. | 0.70 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/19/06 | Edmonson, J. | BK-Claims | Telephone call with J. Young (XRoads) regarding resolution of Konica claim number 8469. | 0.10 |
| 10/19/06 | Wuertz, T. | BK-Claims | Phone call with Cameron Brooks (WD) regarding MGM claim analysis. | 0.20 |
| 10/19/06 | Wuertz, T. | BK-Claims | Review outstanding claim listing and determine nest steps for pushing unresolved issues forward. | 0.80 |
| 10/19/06 | Wuertz, T. | BK-Claims | Continue to respond to correspondence from Winn-Dixie, Winn-Dixie vendors and Winn-Dixie counsel regarding outstanding claim issues and related data requests. | 1.20 |
| 10/19/06 | Wuertz, T. | BK-Claims | Phone call with Jamie Edmonson (XRoads) regarding unresolved claims issues and impact of confirmation timing. | 0.20 |
| 10/19/06 | Edmonson, J. | BK-Claims | Email communications with J. Leamy (Skadden) regarding resolution of Konica claim number 8469 and distribution on initial distribution date. | 0.20 |
| 10/20/06 | Gaston, B. | BK-Claims | Call with J. Castle, L. Appel and D. Young (WD), R. Gray (Skadden), K. Logan (Logan & Co) and J. Edmonson (XRoads) to discuss reserve analysis for unliquidated claims | 0.60 |
| 10/20/06 | Gaston, B. | BK-Claims | Prepare for call with R. Gray and A. Ravin (Skadden), K. Logan (Logan & Co) and J. Edmonson (XRoads) to discuss analysis of class 13 claim reserves | 0.70 |
| 10/20/06 | Edmonson, J. | BK-Claims | Conference call with D. Young (WD) and K. Logan (Logan & Co) regarding claims by entity analysis. | 0.70 |
| 10/20/06 | Wuertz, T. | BK-Claims | Phone call with Charlotte Fox (Wyeth) regarding unresolved claim issues including a review of the claim reconciliation. | 0.40 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/20/06 | Gaston, B. | BK-Claims | Call with K. Logan (Logan & Co) to discuss revisions to class 13 claim reserve | 0.60 |
| 10/20/06 | Gaston, B. | BK-Claims | Call with R. Gray and A. Ravin (Skadden), K. Logan (Logan & Co) and J. Edmonson (XRoads) to discuss analysis of class 13 claim reserves | 1.00 |
| 10/20/06 | Wuertz, T. | BK-Claims | Review/analysis of Wyeth claim reconciliation and related data and preparation of summary proposal for Derrick Bryant (WD). | 1.60 |
| 10/20/06 | Gaston, B. | BK-Claims | Prepare for call with K. Logan (Logan & Co) to discuss revisions to class 13 claim reserve | 0.60 |
| 10/20/06 | Gaston, B. | BK-Claims | Analysis of claim 13298 | 0.30 |
| 10/20/06 | Gaston, B. | BK-Claims | Analysis of claim 31241 | 0.30 |
| 10/20/06 | Gaston, B. | BK-Claims | Analysis of reserve for claim by Bundy, LL for lease on store 1417 | 0.40 |
| 10/20/06 | Edmonson, J. | BK-Claims | Review email from J. Young (XRoads) regarding Konica claim negotiations with Longacre Capital. | 0.20 |
| 10/20/06 | Edmonson, J. | BK-Claims | Review master log of responses to objections to claims to reflect additional updates received. | 0.30 |
| 10/20/06 | Edmonson, J. | BK-Claims | Prepare email to Winn-Dixie claims reconciliation team members including T. Wuertz, A. Liu and B. Gaston (XRoads); D. Young, J. James, B. Kichler, J. Castle, A. Baragona, R. Tansi, and T. Williams (all WD) and J. Leamy (Skadden) in connection with updates to master log of responses to objections to claims. | 0.10 |
| 10/20/06 | Edmonson, J. | BK-Claims | Review email from B. Gaston (XRoads) regarding claim on Bundy lease. | 0.10 |
| 10/20/06 | Edmonson, J. | BK-Claims | Review email and attached report of open claims from R. Gray (Skadden). | 0.30 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/20/06 | Gaston, B. | BK-Claims | Revise class 13 claim analysis | 0.80 |
| 10/20/06 | Wuertz, T. | BK-Claims | Phone call with Jennifer Antilez (Unilever) and Richard Bellis (Unilever) regarding resolving open issues by taking a sample of disputed items. | 0.30 |
| 10/20/06 | Edmonson, J. | BK-Claims | Review and analysis of report from E. Pollack (Logan & Co) indicating contracts to be assumed with no prepetition amounts owing. | 0.40 |
| 10/22/06 | Edmonson, J. | BK-Claims | Email communications with R. Gray (Skadden) regarding claim objection resolution process. | 0.20 |
| 10/22/06 | Edmonson, J. | BK-Claims | Review email from J. Leamy (Skadden) regarding resolution of Konica claim 8469. | 0.10 |
| 10/23/06 | Gaston, B. | BK-Claims | Analysis of claims filed against real estate leases to be assumed | 1.80 |
| 10/23/06 | Gaston, B. | BK-Claims | Call with A. Wullbern (SH&B) to discuss analysis of claims filed against real estate leases to be assumed | 0.30 |
| 10/23/06 | Wuertz, T. | BK-Claims | Review and analysis of Wyeth claim reconciliation and prepare preliminary proposal to Derrick Bryant (WD) regarding approval. | 0.60 |
| 10/23/06 | Wuertz, T. | BK-Claims | Review and analysis of Quaker claim reconciliation and related analysis in preparation of a proposal for settlement on reclaim items. | 0.80 |
| 10/23/06 | Wuertz, T. | BK-Claims | Review and analysis of ConAgra claims issues per request from David Young (WD). | 0.40 |
| 10/23/06 | Wuertz, T. | BK-Claims | Respond to correspondence from Winn-Dixie, Winn-Dixie vendors, and Winn-Dixie counsel regarding unresolved claims issues and related data requests. | 1.30 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/23/06 | Wuertz, T. | BK-Claims | Review and analysis of open claims issues and determine next steps/contacts to bring issues to resolution. | 1.30 |
| 10/23/06 | Gaston, B. | BK-Claims | Call with K. Neil and E. O'Carroll (WD), A. Ravin and R. Gray (Skadden) and C. Jackson (SH&B) to discuss process for treatment of claims filed against leases to be assumed and cured | 0.60 |
| 10/23/06 | Gaston, B. | BK-Claims | Meeting with K. Neil and E. O'Carroll (WD) to discuss status "open" and "held" real estate claims | 0.60 |
| 10/23/06 | Edmonson, J. | BK-Claims | Review email from T. Wuertz (XRoads) regarding remaining open reclamation claims. | 0.10 |
| 10/23/06 | Edmonson, J. | BK-Claims | Review and analysis of Citicorp and GE Capital claims for amounts owing prepetition. | 0.80 |
| 10/23/06 | Edmonson, J. | BK-Claims | Prepare email to J. Leamy (Skadden) regarding GE Capital and Citicorp claims and prepetition amounts outstanding. | 0.20 |
| 10/23/06 | Edmonson, J. | BK-Claims | Review email and attached reconciliation from T. Wuertz (XRoads) in connection with ConAgra claim. | 0.30 |
| 10/23/06 | Edmonson, J. | BK-Claims | Review email and attached report of claims filed by Earl Barker from J. Leamy (Skadden). | 0.30 |
| 10/23/06 | Edmonson, J. | BK-Claims | Email communications with D. Young (WD) regarding submission of remaining reclamation claims for objection. | 0.20 |
| 10/23/06 | Edmonson, J. | BK-Claims | Review email from J. Leamy (Skadden) regarding Konica claim number 13213. | 0.10 |
| 10/23/06 | Gaston, B. | BK-Claims | Call with E. Pollack (Logan & Co) to discuss analysis of claims filed against real estate leases to be assumed | 0.30 |

XRoads Solutions Group
Daily Detail Reports

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/24/06 | Edmonson, J. | BK-Claims | Conference call with J. Castle, R. Tansi and M. Byrum (WD); C. Jackson (Smith Hulsey); K. Daw (SG&R); S. Gardner (Assessment Technology); E. Pollack (Logan & Co) regarding tax claim update. | 0.40 |
| 10/24/06 | Edmonson, J. | BK-Claims | Telephone call with V. Jelisavcic (Longacre Capital) regarding Konica claim and possible resolution. | 0.20 |
| 10/24/06 | Edmonson, J. | BK-Claims | Conference call with J. Castle and D. Young (WD); R. Gray and J. Leamy (Skadden); and S. Karol (XRoads) regarding push to resolve responses to objections to claims. | 0.80 |
| 10/24/06 | Edmonson, J. | BK-Claims | Review and analysis of email and attached proof of claim from A. Liu (XRoads) in connection with Consolidated Biscuit claim. | 0.60 |
| 10/24/06 | Edmonson, J. | BK-Claims | Prepare email to D. Young (WD), A. Liu and T. Wuertz (XRoads) regarding Consolidated Biscuit contract and claim. | 0.20 |
| 10/24/06 | Edmonson, J. | BK-Claims | Review email from D. Young (WD) regarding Southern Bottled Water claim. | 0.10 |
| 10/24/06 | Karol, S. | BK-Claims | Conference call with J. Castle (WD) to discuss claims reserves and methodology | 0.70 |
| 10/24/06 | Gaston, B. | BK-Claims | Call with A. Ravin (Skadden) to discuss analysis of claims against assumed leases | 0.20 |
| 10/24/06 | Gaston, B. | BK-Claims | Prepare for call with A. Ravin (Skadden) to discuss claim reserve analysis | 0.30 |
| 10/24/06 | Karol, S. | BK-Claims | Analysis of status of claims resolution | 1.80 |
| 10/24/06 | Gaston, B. | BK-Claims | Call with A. Ravin (Skadden) to discuss claim reserve analysis | 0.30 |
| 10/24/06 | Gaston, B. | BK-Claims | Call with S. Karol (XRoads) to discuss objection by Bundy, LL for store 1417 | 0.40 |

XRoads Solutions Group
Daily Detail Reports

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/24/06 | Gaston, B. | BK-Claims | Call with A. Ravin (Skadden) and K. Logan (Logan & Co) to discuss class 13 claim reserve | 0.50 |
| 10/24/06 | Gaston, B. | BK-Claims | Call with K. Daw (SG&R) to prepare for call with A. Schafferman, Attorney for LL at store 382, regarding claim negotiation | 0.30 |
| 10/24/06 | Wuertz, T. | BK-Claims | Meeting with Aphay Liu (XRoads) regarding status of unresolved claims issues and next steps to bring resolution to issues. | 0.80 |
| 10/24/06 | Wuertz, T. | BK-Claims | Meeting with Aphay Liu (XRoads) regarding Quaker claim, proposed resolution, and status of current negotiations, | 0.60 |
| 10/24/06 | Wuertz, T. | BK-Claims | Meeting with Aphay Liu (XRoads) regarding log of unresolved claims of Team #2, updated notes to the status of claims, and reserve analysis. | 1.20 |
| 10/24/06 | Wuertz, T. | BK-Claims | Respond to correspondence from Winn-Dixie, Winn-Dixie vendors and Winn-Dixie counsel regarding unresolved claims issues and related data requests. | 1.20 |
| 10/24/06 | Wuertz, T. | BK-Claims | Review and analysis of Quaker claim reconciliation and related analysis in preparation of a proposal for settlement on reclaim items. | 1.40 |
| 10/24/06 | Wuertz, T. | BK-Claims | Review and analysis of Heinz claim reconciliation and related analysis in preparation of a proposal for settlement on reclaim items. | 0.70 |
| 10/24/06 | Gaston, B. | BK-Claims | Call with K. Daw (SG&R) and A. Schafferman, Attorney for LL at store 382, to negotiate claim | 0.40 |
| 10/24/06 | Gaston, B. | BK-Claims | Call with K. Daw (SG&R) to debrief and plan next steps to negotiation on claim 979 (store 382) | 0.30 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/24/06 | Gaston, B. | BK-Claims | Analysis of cure costs objections from 2nd Omni lease assumption motion filed 6-28-06 | 1.90 |
| 10/24/06 | Edmonson, J. | BK-Claims | Call with J. Young (XRoads) to discuss Konica settlement negotiation strategy. | 0.20 |
| 10/24/06 | Gaston, B. | BK-Claims | Revise analysis of cure costs objections from 2nd Omni lease assumption motion filed 6-28-06 | 0.90 |
| 10/24/06 | Karol, S. | BK-Claims | Call with Bryan Gaston (XRoads) to discuss objection by Bundy, LL for store 1417 | 0.40 |
| 10/24/06 | Edmonson, J. | BK-Claims | Review email from D. Young (WD) regarding Earl Barker claims and objections thereto. | 0.10 |
| 10/24/06 | Karol, S. | BK-Claims | Call with Jamie Edmonson (XRoads) to discuss resolution of claims | 0.80 |
| 10/25/06 | Karol, S. | BK-Claims | Conference call with J. Castle (WD), T. Williams (partial) (WD), Jamie Edmonson (XRoads) , R. Gray (Skadden) to discuss claims reserves and methodology | 0.60 |
| 10/25/06 | Edmonson, J. | BK-Claims | Review email and attached response to objection to claim from J. Leamy (Skadden) regarding Clark County claim. | 0.30 |
| 10/25/06 | Edmonson, J. | BK-Claims | Meeting with S. Karol (XRoads) regarding Class 13 claims. | 1.10 |
| 10/25/06 | Wuertz, T. | BK-Claims | Respond to correspondence from Winn-Dixie, Winn-Dixie vendors and Winn-Dixie counsel regarding unresolved claims issues and related data requests. | 1.50 |
| 10/25/06 | Wuertz, T. | BK-Claims | Phone call with Scott Neil (Heinz) regarding his analysis of claim backup provided by Winn-Dixie. | 0.30 |
| 10/25/06 | Wuertz, T. | BK-Claims | Phone call with Aphay Liu (XRoads) regarding Mead Johnson reconciliation. | 0.20 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/25/06 | Wuertz, T. | BK-Claims | Phone call with Charlotte Fox (Wyeth) regarding outstanding claim issues. | 0.10 |
| 10/25/06 | Wuertz, T. | BK-Claims | Review and analysis of Heinz reconciliation and related data provided by Scott Neil (Heinz) and Denise Townsend (WD) in an effort to resolve claim discrepancies. | 0.40 |
| 10/25/06 | Wuertz, T. | BK-Claims | Phone call with Cameron Brooks (WD) regarding data requested to support Heinz claim analysis. | 0.20 |
| 10/25/06 | Wuertz, T. | BK-Claims | Phone call with Steve Eichel (Skadden) regarding Krispy Kreme reclamation payments and next steps. | 0.30 |
| 10/25/06 | Wuertz, T. | BK-Claims | Review and analysis of backup documentation and analysis provided by Jennifer Antilez (Unilever) in support of the Unilever Best Foods and Slimfast claims. | 1.20 |
| 10/25/06 | Gaston, B. | BK-Claims | Analysis of status and reserve for claim 11984 | 0.40 |
| 10/25/06 | Gaston, B. | BK-Claims | Prepare for call with J. Leamy (Skadden) to discuss status and reserve for claim 11984 and settlement on claim by World of Sleep for former Rawson store #661 | 0.40 |
| 10/25/06 | Vander Hooven | BK-Claims | Work on resolution of ASM assigned claim and review correspondence relating to said claim. | 1.50 |
| 10/25/06 | Vander Hooven | BK-Claims | Review transferred claim analysis and corresponding payment history report. | 2.50 |
| 10/25/06 | Gaston, B. | BK-Claims | Call with J. Leamy (Skadden) to discuss status and reserve for claim 11984 and settlement on claim by World of Sleep for former Rawson store #661 | 0.40 |
| 10/25/06 | Edmonson, J. | BK-Claims | Meeting with S. Karol (XRoads) regarding Class 14 claims | 1.80 |
| 10/25/06 | Karol, S. | BK-Claims | Call with J. Edmonson and Bryan Gaston (both XRoads) to discuss status of real estate cure costs, class 10 secured tax | 0.40 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| | | | claims and responses to real estate claim objections | |
| 10/25/06 | Gaston, B. | BK-Claims | Call with T. Scherer, Attorney for Buehler, to discuss reserves for Buehler claims: 10077, 10078, 10079, 10080, 10081, and 10082 | 0.30 |
| 10/25/06 | Karol, S. | BK-Claims | Meeting with Jamie Edmonson (XRoads) regarding Class 13 claims | 1.10 |
| 10/25/06 | Karol, S. | BK-Claims | Meeting with Jamie Edmonson (XRoads) regarding Class 14 claims | 1.80 |
| 10/25/06 | Edmonson, J. | BK-Claims | Meeting with S. Karol (XRoads) regarding Class 16 claims | 1.40 |
| 10/25/06 | Karol, S. | BK-Claims | Meeting with Jamie Edmonson (XRoads) regarding Class 16 claims | 1.40 |
| 10/25/06 | Karol, S. | BK-Claims | Meeting with Jamie Edmonson (XRoads) regarding claims estimates and reserves | 1.90 |
| 10/25/06 | Karol, S. | BK-Claims | Analysis of claims estimates and reserves | 1.70 |
| 10/25/06 | Gaston, B. | BK-Claims | Call with P. Dignan, Attorney for Buehler, to discuss reserves for Buehler claims: 10077, 10078, 10079, 10080, 10081, and 10082 | 0.20 |
| 10/25/06 | Gaston, B. | BK-Claims | Call with S. Karol and J. Edmonson (XRoads) to discuss status of real estate cure costs, class 10 secured tax claims and responses to real estate claim objections | 0.40 |
| 10/25/06 | Gaston, B. | BK-Claims | Call with J. Young and K. Fagerstrom (XRoads) to discuss status of real estate cure costs, class 10 secured tax claims and responses to real estate claim objections | 0.60 |
| 10/25/06 | Gaston, B. | BK-Claims | Call with B. Bowin (SH&B) to discuss admin claim filed by 12th Street & Washington regarding store 1264 | 0.50 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/25/06 | Edmonson, J. | BK-Claims | Review updated weekly claim report from E. Pollack (Logan & Co). | 0.60 |
| 10/25/06 | Gaston, B. | BK-Claims | Call with D. Stanford (SG&R) to discuss Buehler claims: 10077, 10078, 10079, 10080, 10081, and 10082 | 0.20 |
| 10/25/06 | Gaston, B. | BK-Claims | Call with K. Neil (WD) and A. Ravin (Skadden) to discuss resolution of pre-petition and administrative claims filed by Catamount, LL at stores 1673, 1676, 2045 and 2712 | 0.60 |
| 10/25/06 | Karol, S. | BK-Claims | Analysis of stock reserve and methodology | 0.90 |
| 10/25/06 | Edmonson, J. | BK-Claims | Review email from J. Young (XRoads) regarding Konica administrative claim. | 0.20 |
| 10/25/06 | Gaston, B. | BK-Claims | Call with S. Hoff, Attorney for Dean Foods, to discuss reconciliation and negotiation of claim 8881 for the High Point, NC dairy | 0.40 |
| 10/25/06 | Edmonson, J. | BK-Claims | Review email from R. Gray (Skadden) regarding Konica administrative claim and other disputed administrative claims. | 0.20 |
| 10/25/06 | Gaston, B. | BK-Claims | Analysis of claim 8881 for the High Point, NC dairy | 0.40 |
| 10/25/06 | Gaston, B. | BK-Claims | Meeting with T. McNichols (WD) to discuss real estate cure costs and Zurich claim stipulation | 0.50 |
| 10/25/06 | Edmonson, J. | BK-Claims | Call with S. Karol and B. Gaston (both XRoads) to discuss status of real estate cure costs, class 10 secured tax claims and responses to real estate claim objections | 0.40 |
| 10/25/06 | Edmonson, J. | BK-Claims | Review secured tax claim analysis. | 0.40 |
| 10/25/06 | Edmonson, J. | BK-Claims | Conference call with J. Castle (WD), T. Williams (partial) (WD), S. Karol (XRoads), R. Gray (Skadden) to discuss claims reserves and methodology. | 0.60 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/25/06 | Edmonson, J. | BK-Claims | Review email and attached proposed stipulation to resolve Coca Cola Enterprises claims from K. Fagerstrom (XRoads). | 0.40 |
| 10/25/06 | Edmonson, J. | BK-Claims | Email to K. Fagerstrom (XRoads) regarding estimated allowed amounts for CCE claims in disclosure statement. | 0.20 |
| 10/25/06 | Gaston, B. | BK-Claims | Review of Logan Assumed Lease Claim Omni Exhibit drafts | 0.30 |
| 10/25/06 | Gaston, B. | BK-Claims | Revise Logan Assumed Lease Claim Omni Exhibit drafts | 0.40 |
| 10/25/06 | Gaston, B. | BK-Claims | Call with A. Ravin (Skadden) to discuss reserves for Buehler claims: 10077, 10078, 10079, 10080, 10081, and 10082 | 0.30 |
| 10/25/06 | Gaston, B. | BK-Claims | Call with A. Ravin (Skadden) to discuss reserves for Gooding claims: 8851 and 8852 | 0.20 |
| 10/25/06 | Edmonson, J. | BK-Claims | Telephone call with A. Liu (XRoads) regarding claims reserves and estimates. | 0.20 |
| 10/25/06 | Edmonson, J. | BK-Claims | Review and analysis of resolved litigation claims report from K. Ward (Smith Hulsey). | 0.40 |
| 10/26/06 | Edmonson, J. | BK-Claims | Review updated best case claim scenarios from K. Loverich (WD). | 0.40 |
| 10/26/06 | Wuertz, T. | BK-Claims | Draft letter to Heather Berkowitz (ASM), Frank Guthrie (KK) and Mark Gautier (KK) regarding reclamation payments, and preparation of related exhibits. | 1.90 |
| 10/26/06 | Edmonson, J. | BK-Claims | Call with K. Loverich (WD) and S. Karol (XRoads) to discuss class 16 claim reserve (and Jay Castle (WD) for portion). | 0.50 |
| 10/26/06 | Wuertz, T. | BK-Claims | Meeting with Aphay Liu (XRoads) to discuss current status of MGM, Nestle, Mead Johnson, Reddy Ice, Wyeth and Heinz claims in preparation of meetings | 1.60 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| | | | with Derrick Bryant (WD) to discuss proposed resolutions. | |
| 10/26/06 | Edmonson, J. | BK-Claims | Review email from R. Gray (Skadden) regarding motion to allow late filed landlord rejection damage claim and reserve for claim. | 0.20 |
| 10/26/06 | Edmonson, J. | BK-Claims | Conference call with B. Gaston and S. Karol (XRoads); A. Ravin, R. Gray and J. Leamy (Skadden); E. Pollack (Logan & Co) and A. Wulbern (Smith Hulsey) regarding assumed real estate leases and cure payments (partial participation). | 0.80 |
| 10/26/06 | Edmonson, J. | BK-Claims | Review email from J. Leamy (Skadden) regarding Texas HHS claim and inquiry to objection. | 0.10 |
| 10/26/06 | Karol, S. | BK-Claims | Call with J. Edmonson and B. Gaston (both XRoads) to discuss class 13 claim reserve | 0.50 |
| 10/26/06 | Karol, S. | BK-Claims | Call with K. Loverich (WD) and J. Edmonson (XRoads) to discuss class 16 claim reserve (and Jay Castle (WD) for portion) | 0.50 |
| 10/26/06 | Edmonson, J. | BK-Claims | Review email from J. Castle (WD) regarding Texas HHS claim and inquiry to objection. | 0.10 |
| 10/26/06 | Edmonson, J. | BK-Claims | Review and analysis of spreadsheet from A. Liu (XRoads) regarding middle ground reserves for reclamation claims. | 0.30 |
| 10/26/06 | Karol, S. | BK-Claims | Analysis of classes 13, 14 and 16 claim reserves | 1.90 |
| 10/26/06 | Karol, S. | BK-Claims | Analysis of NASDAQ requirements and standards | 1.80 |
| 10/26/06 | Karol, S. | BK-Claims | Call with A. Ravin (Skadden) , Rosalie Gray (Skadden) , E. Pollack (Logan & Co), Bryan Gaston and Jamie Edmonson (XRoads) and A. Wulbern (Smith Hulsey) regarding | 0.50 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| | | | Assumed Lease Claims (partial participation) | |
| 10/26/06 | Karol, S. | BK-Claims | Call with K. Loverich (WD) and J. Edmonson (XRoads) to discuss class 16 claim reserve | 0.20 |
| 10/26/06 | Karol, S. | BK-Claims | Call with J. Edmonson (XRoads) to discuss class 16 claim reserve | 0.40 |
| 10/26/06 | Karol, S. | BK-Claims | Discussion with D. Irom (Blackstone) regarding NASDAQ requirements and standards | 0.30 |
| 10/26/06 | Edmonson, J. | BK-Claims | Review email and attached spreadsheet of updated remaining reclamation payments remaining from A. Liu (XRoads) | 0.20 |
| 10/26/06 | Doyle, T | BK-Claims | Telephone call with Vander Hooven & Wuertz regarding PACA claimant matters | 0.60 |
| 10/26/06 | Edmonson, J. | BK-Claims | Review email from D. Young (WD) regarding Pepsi Charlotte reclamation claim. | 0.10 |
| 10/26/06 | Karol, S. | BK-Claims | Call with Rosalie Gray (Skadden) and Jamie Edmonson (XRoads) regarding claims estimates and reserves | 0.20 |
| 10/26/06 | Gaston, B. | BK-Claims | Revise claim reserve analysis for lease termination agreement for store 1409 | 0.20 |
| 10/26/06 | Gaston, B. | BK-Claims | Analysis of motion to allow late filing of proof of claim for store 2001 | 0.60 |
| 10/26/06 | Karol, S. | BK-Claims | Analysis of claims estimates and reserves | 1.70 |
| 10/26/06 | Karol, S. | BK-Claims | Drafting analysis of stock reserve | 1.90 |
| 10/26/06 | Gaston, B. | BK-Claims | Analysis of claims: 1031, 2703, 2704, 9761, 10889, and 13620 | 0.50 |
| 10/26/06 | Edmonson, J. | BK-Claims | Update master response log for objections to claims to reflect additional responses/inquiries received and updated status. | 0.40 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/26/06 | Gaston, B. | BK-Claims | Prepare for call with A. Wullbern (SH&B), A. Ravin, R. Gray and J. Leamy (all Skadden), J. Edmonson( XRoads) (partial participation) and S. Karol, XRoads (partial participation) regarding Assumed Real Estate Leases and cure payments. | 0.60 |
| 10/26/06 | Edmonson, J. | BK-Claims | Prepare email to C. Jackson and K. Logan (Logan & Co) regarding outstanding reclamation payments. | 0.10 |
| 10/26/06 | Edmonson, J. | BK-Claims | Review email from D. Young (WD) regarding Checkpoint claim. | 0.10 |
| 10/26/06 | Edmonson, J. | BK-Claims | Conference call with S. Karol and B. Gaston (XRoads) regarding Class 13 landlord claims. | 0.50 |
| 10/26/06 | Edmonson, J. | BK-Claims | Review email from D. Young (WD) regarding Dell Marketing claim and settlement. | 0.20 |
| 10/26/06 | Gaston, B. | BK-Claims | Call with A. Wullbern (SH&B), A. Ravin, R. Gray and J. Leamy (all Skadden), J. Edmonson (XRoads) (partial participation) and S. Karol (XRoads) (partial participation) regarding Assumed Real Estate Leases and cure payments. | 1.10 |
| 10/26/06 | Gaston, B. | BK-Claims | Prepare Exhibit A to assumed lease claim Omni objection | 0.80 |
| 10/26/06 | Gaston, B. | BK-Claims | Prepare Exhibit B to assumed lease claim Omni objection | 0.90 |
| 10/26/06 | Wuertz, T. | BK-Claims | Phone call with Denise Townsend (WD) regarding Heinz analysis and research. | 0.20 |
| 10/26/06 | Gaston, B. | BK-Claims | Prepare Exhibit C to assumed lease claim Omni objection | 0.60 |
| 10/26/06 | Wuertz, T. | BK-Claims | Phone call with Scott Neal (Heinz) to provide an update regarding WD's research of the backup that he supplied to support his claim. | 0.20 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/26/06 | Gaston, B. | BK-Claims | Revise Omni exhibit to resolve claims against assumed leases | 0.60 |
| 10/26/06 | Karol, S. | BK-Claims | Analysis of tax claims | 0.20 |
| 10/26/06 | Gaston, B. | BK-Claims | Revise Exhibits A, B, C and E to assumed lease claim Omni objection | 0.80 |
| 10/26/06 | Gaston, B. | BK-Claims | Call with J. Edmonson and S. Karol (both XRoads) to discuss class 13 claim reserve | 0.50 |
| 10/26/06 | Gaston, B. | BK-Claims | Prepare Exhibit D to assumed lease claim Omni objection | 0.70 |
| 10/26/06 | Wuertz, T. | BK-Claims | Review and analysis of Heinz reconciliation and additional related data provided by Scott Neil (Heinz) and Denise Townsend (WD) in an effort to resolve claim discrepancies. | 0.60 |
| 10/26/06 | Gaston, B. | BK-Claims | Revise Exhibit D to assumed lease claim Omni objection | 0.70 |
| 10/26/06 | Karol, S. | BK-Claims | Call with Rosalie Gray (Skadden) regarding calculation of claims reserves | 0.30 |
| 10/26/06 | Gaston, B. | BK-Claims | Prepare Exhibit E to assumed lease claim Omni objection | 0.40 |
| 10/26/06 | Wuertz, T. | BK-Claims | Respond to correspondence from Winn-Dixie, Winn-Dixie vendors and Winn-Dixie counsel regarding unresolved claims issues and related data requests. | 1.40 |
| 10/26/06 | Wuertz, T. | BK-Claims | Phone call with Richard Bellis (Unilever) regarding status of WD's analysis of the backup that he provided in support of his claim. | 0.10 |
| 10/26/06 | Wuertz, T. | BK-Claims | Phone call with Jinnee Parrotta (WD) regarding Krispy Kreme reclamation payments. | 0.30 |
| 10/27/06 | Gaston, B. | BK-Claims | Analysis of claim Omni 19 and 20 for period four accounting close | 0.80 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/27/06 | Wuertz, T. | BK-Claims | Respond to correspondence from Winn-Dixie, Winn-Dixie vendors and Winn-Dixie counsel regarding unresolved claims issues and related data requests. | 0.80 |
| 10/27/06 | Wuertz, T. | BK-Claims | Review and analysis of open claims issues and determine next steps/contacts to bring issues to resolution. | 1.60 |
| 10/27/06 | Gaston, B. | BK-Claims | Analysis of claim Omni 21 and 22 for period four accounting close | 0.70 |
| 10/27/06 | Karol, S. | BK-Claims | Call with Rosalie Gray (Skadden) regarding claims estimates and reserves | 0.30 |
| 10/27/06 | Karol, S. | BK-Claims | Call with Jamie Edmonson (XRoads) and K. Loverich (WD) regarding Class 16 claims | 0.30 |
| 10/27/06 | Karol, S. | BK-Claims | Call with Jamie Edmonson (XRoads) regarding Classes 13, 14 and 16 claims | 0.70 |
| 10/27/06 | Karol, S. | BK-Claims | Drafting claims reserve analysis | 1.80 |
| 10/27/06 | Karol, S. | BK-Claims | Revising claims reserve analysis | 1.70 |
| 10/27/06 | Gaston, B. | BK-Claims | Prepare for call with K. Stubbs and T. McNichols (WD) to discuss claim analysis for period four accounting close | 0.50 |
| 10/27/06 | Gaston, B. | BK-Claims | Call with K. Stubbs and T. McNichols (WD) to discuss claim analysis for period four accounting close | 0.50 |
| 10/27/06 | Gaston, B. | BK-Claims | Call with E. Pollack (Logan & Co) to discuss claim 9425 and assumed lease claim Omni Exhibit | 0.50 |
| 10/27/06 | Gaston, B. | BK-Claims | Follow up call with K. Neil (WD) to discuss claim 9425 | 0.30 |
| 10/27/06 | Karol, S. | BK-Claims | Discussion with D. Irom (Blackstone) regarding share price calculation | 0.20 |
| 10/27/06 | Wuertz, T. | BK-Claims | Review and analysis of Nestle counter-proposal received from Nancy DeForest (Nestle) and prepare a summary | 1.30 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| | | | of proposals and related analysis for review by Derrick Bryant. | |
| 10/27/06 | Wuertz, T. | BK-Claims | Review and analysis of Heinz reconciliation and related data provided by Scott Neil (Heinz) and Denise Townsend (WD) in an effort to resolve claim discrepancies. | 0.80 |
| 10/27/06 | Wuertz, T. | BK-Claims | Draft letter to Heather Berkowitz (ASM), Frank Guthrie (KK) and Mark Gautier (KK) regarding reclamation payments, and preparation of related exhibits. | 2.20 |
| 10/27/06 | Karol, S. | BK-Claims | Calculation of claims estimates and reserves | 1.90 |
| 10/27/06 | Edmonson, J. | BK-Claims | Prepare email to claims reconciliation team members including T. Wuertz, A. Liu and B. Gaston (XRoads); D. Young, J. James, B. Kichler, J. Castle, A. Baragona, R. Tansi, and T. Williams (all WD) and J. Leamy (Skadden) with updated master log of responses and inquiries received to Omnibus objections to claims. | 0.20 |
| 10/27/06 | Edmonson, J. | BK-Claims | Email communications with J. Leamy (Skadden) regarding Konica claim 13212. | 0.10 |
| 10/27/06 | Gaston, B. | BK-Claims | Call with E. Pollack (Logan & Co) to discuss claim 9425 | 0.40 |
| 10/27/06 | Gaston, B. | BK-Claims | Prepare for call with E. Pollack (Logan & Co) to discuss claim 9425 and assumed lease claim Omni Exhibit | 0.40 |
| 10/27/06 | Gaston, B. | BK-Claims | Call with K. Neil (WD) to discuss claim 9425 | 0.30 |
| 10/27/06 | Gaston, B. | BK-Claims | Call with K. Neil (WD) to discuss claim 31241 | 0.40 |
| 10/27/06 | Gaston, B. | BK-Claims | Call with K. Neil (WD) to discuss real estate cure costs | 0.60 |
| 10/27/06 | Gaston, B. | BK-Claims | Call with K. Stubbs (WD) to discuss claim analysis for period four accounting close | 0.40 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/27/06 | Gaston, B. | BK-Claims | Prepare for call with K. Stubbs and T. McNichols (WD) to discuss claim analysis for period four accounting close | 0.40 |
| 10/30/06 | Wuertz, T. | BK-Claims | Prepare detail memorandum to Derrick Bryant (WD) and Aphay Liu (XRoads) regarding outstanding issues with Wyeth, MGM, Unilever, Nestle, and Heinz, in an effort to bring resolution to the issues. | 1.30 |
| 10/30/06 | Wuertz, T. | BK-Claims | Review and analysis of outstanding Unilever Best Foods and Slimfast claims in an effort to propose an aggregate settlement. | 1.30 |
| 10/30/06 | Wuertz, T. | BK-Claims | Phone call with Mark Gauthier (KK) regarding reclamation payment issues. | 0.20 |
| 10/30/06 | Wuertz, T. | BK-Claims | Review and analysis of outstanding Heinz claims in an effort to propose an aggregate settlement. | 0.80 |
| 10/30/06 | Wuertz, T. | BK-Claims | Review and analysis of outstanding Nestle Purina, USA and Prepared Foods claims in an effort to propose an aggregate settlement. | 0.70 |
| 10/30/06 | Gaston, B. | BK-Claims | Call with S. Karol (XRoads) re objection to assumed lease claims | 0.30 |
| 10/30/06 | Gaston, B. | BK-Claims | Analysis of claims: 4583, 7450, and 11980 | 0.50 |
| 10/30/06 | Gaston, B. | BK-Claims | Review draft of assumed lease claim Omni objection | 0.60 |
| 10/30/06 | Gaston, B. | BK-Claims | Revise draft of assumed lease claim Omni objection | 0.60 |
| 10/30/06 | Karol, S. | BK-Claims | Analysis of objection to assumed lease claims | 1.10 |
| 10/30/06 | Karol, S. | BK-Claims | Call with Jamie Edmonson (XRoads) regarding Class 16 | 0.40 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/30/06 | Wuertz, T. | BK-Claims | Phone call with Aphay Liu (XRoads) regarding outstanding hi-priority claims issues. | 0.20 |
| 10/30/06 | Wuertz, T. | BK-Claims | Review exhibits for 25th Omnibus Objection prepared by Jane Leamy (Skadden) and provide comments. | 0.40 |
| 10/30/06 | Wuertz, T. | BK-Claims | Review revisions and comments from T. Doyle regarding Krispy Kreme payment letters and update missing data and make revisions before forwarding to Steve Eichel (Skadden). | 1.40 |
| 10/30/06 | Karol, S. | BK-Claims | Analysis of Class 16 estimates | 1.90 |
| 10/30/06 | Wuertz, T. | BK-Claims | Respond to correspondence from Winn-Dixie, Winn-Dixie vendors, and Winn-Dixie counsel related to unresolved claims and related data requests. | 1.30 |
| 10/30/06 | Karol, S. | BK-Claims | Analysis of Claims Reserve revisions | 1.30 |
| 10/30/06 | Wuertz, T. | BK-Claims | Continue to respond to correspondence from Winn-Dixie, Winn-Dixie vendors, and Winn-Dixie counsel related to unresolved claims and related data requests. | 0.80 |
| 10/30/06 | Karol, S. | BK-Claims | Call with Larry Appel (Winn-Dixie) , Jay Castle (Winn-Dixie) , Rosalie Gray (Skadden) , J. O'Connell and D. Irom (Blackstone) and Jamie Edmonson (XRoads) regarding claim reserve | 0.60 |
| 10/30/06 | Karol, S. | BK-Claims | Call with Cynthia Jackson (SH) regarding ad valorem taxes and claims reserve | 0.40 |
| 10/30/06 | Karol, S. | BK-Claims | Drafting back-up analysis to Claims Reserve Analysis for provision to UCC | 1.80 |
| 10/30/06 | Doyle, T | BK-Claims | Review/revise reclamation letters to Krispy Kreme claimants; analysis of Krispy Kreme claimants claims and facts | 2.50 |
| 10/30/06 | Karol, S. | BK-Claims | Call with Bryan Gaston (XRoads) re objection to assumed lease claims | 0.30 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/30/06 | Karol, S. | BK-Claims | Analysis of Class 14 estimates | 1.60 |
| 10/30/06 | Karol, S. | BK-Claims | Revising back-up analysis to claims reserve for provision to UCC | 1.70 |
| 10/30/06 | Edmonson, J. | BK-Claims | Review draft exhibits for 25th Omnibus objection to claims. | 0.80 |
| 10/30/06 | Edmonson, J. | BK-Claims | Email communications with J. Leamy (Skadden) regarding GE Capital claims. | 0.30 |
| 10/30/06 | Edmonson, J. | BK-Claims | Review letter from T. Wuertz (XRoads) to Krispy Creme and ASM regarding reclamation payments. | 0.20 |
| 10/31/06 | Wuertz, T. | BK-Claims | Review and analysis of Brach's Confections claim open issues in preparation for call with Robert Wilcox (Brachs). | 0.80 |
| 10/31/06 | Wuertz, T. | BK-Claims | Review and analysis of claims reserve analysis prepared by J. Edmonson and A. Liu (both XRoads) in preparation for call with A. Liu to discuss the ranges of reserves. | 0.70 |
| 10/31/06 | Edmonson, J. | BK-Claims | Review and analysis of weekly claims report for October 30, 2006 from E. Pollack (Logan & Co) | 0.60 |
| 10/31/06 | Wuertz, T. | BK-Claims | Respond to correspondence from Winn-Dixie, Winn-Dixie vendors, and Winn-Dixie counsel related to unresolved claims and related data requests. | 1.10 |
| 10/31/06 | Gaston, B. | BK-Claims | Prepare for call with R. Gray, A. Ravin and J. Leamy (Skadden), E. Pollack and K. Logan (Logan & Co), A. Wullbern (SH&B) to discuss assumed lease claim Omni | 0.50 |
| 10/31/06 | Gaston, B. | BK-Claims | Call with A. Wullbern (SH&B) and K. Neil (WD) to discuss assumed lease claim Omni | 0.90 |
| 10/31/06 | Gaston, B. | BK-Claims | Analysis of Exhibit A to assumed lease claim omni | 1.20 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/31/06 | Gaston, B. | BK-Claims | Analysis of Exhibit B to assumed lease claim omni | 1.60 |
| 10/31/06 | Gaston, B. | BK-Claims | Revise analysis of Exhibit A to assumed lease claim omni | 0.40 |
| 10/31/06 | Gaston, B. | BK-Claims | Revise analysis of Exhibit B to assumed lease claim omni | 0.60 |
| 10/31/06 | Gaston, B. | BK-Claims | Call with E. Pollack (Logan & Co) to discuss claims 9425 and 10889 related to assumed lease claim Omni | 0.30 |
| 10/31/06 | Gaston, B. | BK-Claims | Call with E. Pollack (Logan & Co) to discuss claims 8641 and 8594 related to assumed lease claim Omni | 0.40 |
| 10/31/06 | Gaston, B. | BK-Claims | Call with A. Ravin (Skadden) to discuss LLs and assignment of lease on 8 claims appearing on Exhibit B to assumed lease Omni | 0.20 |
| 10/31/06 | Gaston, B. | BK-Claims | Call with A. Ravin (Skadden) and E. Pollack (Logan & Co) to discuss LLs and assignment of lease on 8 claims appearing on Exhibit B to assumed lease Omni | 0.20 |
| 10/31/06 | Gaston, B. | BK-Claims | Meeting with K. Neil (WD) to discuss LLs and assignment of lease on 8 claims appearing on Exhibit B to assumed lease Omni | 0.30 |
| 10/31/06 | Gaston, B. | BK-Claims | Meeting with T. McNichols (WD) to discuss 11 orders entered on assumed leases | 0.20 |
| 10/31/06 | Gaston, B. | BK-Claims | Meeting with T. McNichols (WD) to discuss accounting adjustments and period end close related to 11 orders entered on assumed leases | 0.30 |
| 10/31/06 | Gaston, B. | BK-Claims | Call with R. Gray, A. Ravin and J. Leamy (Skadden), E. Pollack and K. Logan (Logan & Co), A. Wullbern (SH&B) to discuss assumed lease claim Omni | 0.80 |

XRoads Solutions Group
Daily Detail Reports

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/31/06 | Doyle, T | BK-Claims | Prepare claim letters to Krispy Kreme constituents | 1.80 |
| 10/31/06 | Karol, S. | BK-Claims | Revising claim reserve analysis to reflect call with Larry Appel (Winn-Dixie) , Jay Castle (Winn-Dixie) , Rosalie Gray (Skadden) , J. O'Connell and D. Irom (Blackstone) and Jamie Edmonson (XRoads) | 1.90 |
| 10/31/06 | Karol, S. | BK-Claims | Revising claim reserve analysis to reflect changes to Class 13 | 0.90 |
| 10/31/06 | Karol, S. | BK-Claims | Analysis of Classes 13 and 14 estimates | 1.40 |
| 10/31/06 | Karol, S. | BK-Claims | Call with Jay Castle and D. Young (Winn-Dixie) , Rosalie Gray (Skadden) , S. Busey (Smith Hulsey), J. O'Connell and D. Irom (Blackstone) and Jamie Edmonson (XRoads) regarding claim reserve | 0.70 |
| 10/31/06 | Karol, S. | BK-Claims | Preparation for call with Jay Castle and D. Young (Winn-Dixie) , Rosalie Gray (Skadden) , S. Busey (Smith Hulsey), J. O'Connell and D. Irom (Blackstone) and Jamie Edmonson (XRoads) regarding claim reserve | 0.40 |
| 10/31/06 | Gaston, B. | BK-Claims | Call with K. Fagerstrom (XRoads) regarding deferred maintenance claims | 0.30 |
| 10/31/06 | Edmonson, J. | BK-Claims | Telephone conference with J. Young (XRoads) regarding contract claims. | 0.40 |
| 10/31/06 | Edmonson, J. | BK-Claims | Email communications with J. Young (XRoads) regarding settlement of Konica claim. | 0.20 |
| 10/31/06 | Karol, S. | BK-Claims | Call with Jamie Edmonson (XRoads) regarding Classes 13, 14 and 16 estimates | 0.30 |
| 10/31/06 | Karol, S. | BK-Claims | Revising claim reserve analysis to reflect call with Jay Castle and D. Young (Winn-Dixie) , Rosalie Gray (Skadden) , S. Busey (Smith Hulsey), J. O'Connell and D. | 0.80 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| | | | Irom (Blackstone) and Jamie Edmonson (XRoads) regarding claim reserve | |
| 10/31/06 | Karol, S. | BK-Claims | Participation in weekly meeting with Peter Lynch (Winn-Dixie) regarding status | 0.50 |
| 10/31/06 | Karol, S. | BK-Claims | Revising claim reserve analysis to reflect SRP changes | 0.40 |
| 10/31/06 | Karol, S. | BK-Claims | Finalizing claim reserve analysis to furnish to UCC professionals | 1.80 |
| 10/31/06 | Karol, S. | BK-Claims | Analysis of Class 16 estimate | 1.30 |
| 10/31/06 | Edmonson, J. | BK-Claims | Telephone call with D. Young (WD) and A. Liu (XRoads) regarding claim reserves. | 0.30 |
| 10/31/06 | Edmonson, J. | BK-Claims | Review draft 25th Omnibus objection to claims and revised exhibits. | 0.80 |
| 10/31/06 | Wuertz, T. | BK-Claims | Respond to correspondence from Winn-Dixie, Winn-Dixie vendors, and Winn-Dixie counsel related to unresolved claims and related data requests. | 1.60 |
| 10/31/06 | Wuertz, T. | BK-Claims | Review Open Claim Response Log circulated by Jamie Edmonson (XRoads) and respond with comments. | 1.40 |
| 10/31/06 | Wuertz, T. | BK-Claims | Phone call with Aphay Liu (XRoads) regarding Kellogg claims resolutions. | 0.20 |
| 10/31/06 | Wuertz, T. | BK-Claims | Phone call with Steve Eichel (Skadden) regarding Krispy Kreme payment letters. | 0.30 |
| 10/31/06 | Wuertz, T. | BK-Claims | Phone call with Octavia Fuller (Maybelline) to review proposed settlement and discuss open items. | 0.40 |
| 10/31/06 | Wuertz, T. | BK-Claims | Review and analysis of Maybelline claim reconciliation and related analysis in preparation for call with Octavia Fuller (Maybelline). | 1.10 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/31/06 | Wuertz, T. | BK-Claims | Phone call with Aphay Liu (XRoads) regarding status of Gwaltney Smithfield and Smithfield Packing analysis, and claim reserve analysis. | 0.40 |
| 10/31/06 | Wuertz, T. | BK-Claims | Phone call with Aphay Liu (XRoads) regarding status of Maybelline analysis and claim reserve analysis. | 0.30 |
| 11/01/06 | Wuertz, T. | BK-Claims | Receive agreement of Promotions Unlimited proposal from Dana Kirk (LSI), document final agreement, update Logan system with appropriate documentation to Jane Leamy (Skadden) and David Young (WD). | 1.50 |
| 11/01/06 | Gaston, B. | BK-Claims | Call with C. Jackson (SH&B) to discuss treatment of motion to allow late filing of rejection claim against store 2001 | 0.20 |
| 11/01/06 | Wuertz, T. | BK-Claims | Phone call with Aphay Liu (XRoads) regarding schedule of remaining reclamation payments and reconciliation with data on Logan system. | 0.30 |
| 11/01/06 | Edmonson, J. | BK-Claims | Review updated litigation claims resolution reports from K. Ward (Smith Hulsey). | 0.40 |
| 11/01/06 | Wuertz, T. | BK-Claims | Phone call with Aphay Liu (XRoads) regarding schedule of remaining American Italian Pasta, NCR reclamation payments, and revised claim amounts for certain liquor distributors. | 0.20 |
| 11/01/06 | Wuertz, T. | BK-Claims | Prepare revised summary of proposed Schuster settlement offer in response to email from Steve Schuster (Schuster) asking for clarification. | 0.70 |
| 11/01/06 | Edmonson, J. | BK-Claims | Review email from T. Wuertz (XRoads) regarding resolution of Promotions Unlimited claim. | 0.10 |
| 11/01/06 | Edmonson, J. | BK-Claims | Review email and attached spreadsheet from D. Young (WD) regarding revised reclamation payment amounts. | 0.30 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/01/06 | Edmonson, J. | BK-Claims | Review email from D. Young (WD) regarding American Italian Pasta and NCR claim payments. | 0.10 |
| 11/01/06 | Edmonson, J. | BK-Claims | Review email and attached reports from R. Gray (Skadden) regarding claims still requiring attention. | 0.60 |
| 11/01/06 | Edmonson, J. | BK-Claims | Review email from D. Young (WD) regarding Xerox claims. | 0.10 |
| 11/01/06 | Gaston, B. | BK-Claims | Analysis of Exhibit A to 10-25-06 Assumed Lease Order revising 10-4-06 Assumed Lease Order | 1.10 |
| 11/01/06 | Gaston, B. | BK-Claims | Analysis of Exhibit D to 10-25-06 Assumed Lease Order revising 10-4-06 Assumed Lease Order | 2.90 |
| 11/01/06 | Gaston, B. | BK-Claims | Revise analysis of Exhibit D to 10-25-06 Assumed Lease Order revising 10-4-06 Assumed Lease Order | 1.60 |
| 11/01/06 | Gaston, B. | BK-Claims | Call with J. Leamy (Skadden) to discuss resolution of objection response to claim 4583 | 0.30 |
| 11/01/06 | Gaston, B. | BK-Claims | Call with K. Neil (WD) to discuss resolution of objection response to claim 4583 | 0.40 |
| 11/01/06 | Gaston, B. | BK-Claims | Analysis of KRG Waterford Lakes claim objection for assumed lease 2270 | 0.40 |
| 11/01/06 | Gaston, B. | BK-Claims | Analysis of cure payment and objection status for lease on store 738, assumed and assigned to Kash N Karry Foods on 5-22-06 | 0.40 |
| 11/01/06 | Gaston, B. | BK-Claims | Call with S. Karol (XRoads) to discuss class 13 claim reserves | 0.30 |
| 11/01/06 | Etlin, H. | BK-Claims | Discuss remaining claims process with S Karol (XRoads) | 0.70 |
| 11/01/06 | Karol, S. | BK-Claims | Analysis of allocation of claims among classes | 0.90 |

XRoads Solutions Group
Daily Detail Reports

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/01/06 | Karol, S. | BK-Claims | Analysis of changes to Class 13 estimates | 0.80 |
| 11/01/06 | Karol, S. | BK-Claims | Preparation for 11/2 meeting with UCC professionals (review of Class 14 increases) | 0.40 |
| 11/02/06 | Gaston, B. | BK-Claims | Analysis of claim 13562 | 0.30 |
| 11/02/06 | Gaston, B. | BK-Claims | Call with S. Karol (XRoads) to discuss class 13 claim reserve | 0.40 |
| 11/02/06 | Gaston, B. | BK-Claims | Call with J. Leamy (Skadden) to discuss claims 8720, 8721, and 33472 | 0.40 |
| 11/02/06 | Gaston, B. | BK-Claims | Analysis of claims 8720 and 8721 | 0.60 |
| 11/02/06 | Wuertz, T. | BK-Claims | Phone call with Aphay Liu (XRoads) regarding workplan and timeline regarding remaining unresolved claims. | 0.30 |
| 11/02/06 | Wuertz, T. | BK-Claims | Phone call with Aphay Liu (XRoads) regarding priority claims and status of approval of proposals from Winn-Dixie accounting staff. | 0.20 |
| 11/02/06 | Wuertz, T. | BK-Claims | Phone call with Steve Eichel (Skadden) regarding revisions to Krispy Kreme payment letters. | 0.30 |
| 11/02/06 | Wuertz, T. | BK-Claims | Second phone call with Steve Eichel (Skadden) regarding revisions to Krispy Kreme payment letters. | 0.10 |
| 11/02/06 | Wuertz, T. | BK-Claims | Respond to correspondence from Winn-Dixie, Winn-Dixie vendors, and Winn-Dixie counsel related to unresolved claims and related data requests. | 1.30 |
| 11/02/06 | Wuertz, T. | BK-Claims | Revise Krispy Kreme payment letters per discussion with Steve Eichel (Skadden). | 0.80 |
| 11/02/06 | Wuertz, T. | BK-Claims | Review and analysis of Unilever, Wyeth, Heinz, and Nestle remaining open issues with follow-up on proposals being reviewed by Winn-Dixie accounting staff. | 1.60 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/02/06 | Karol, S. | BK-Claims | Call with Bryan Gaston (XRoads) regarding class 13 claim reserve | 0.40 |
| 11/02/06 | Karol, S. | BK-Claims | Meeting with M. Barr and M. Comerford (Milbank), J. Baker and Rosalie Gray (Skadden) , J. O'Connell (Blackstone), D. Young and Jay Castle (Winn-Dixie) , Y. Song and G. Lewis (Houlihan) and M Gavejian (A&M) regarding claims reserve | 1.70 |
| 11/02/06 | Karol, S. | BK-Claims | Conference with Rosalie Gray (Skadden) and (partial) D. Young (Winn-Dixie) regarding claims reserve meeting with UCC professionals | 0.80 |
| 11/02/06 | Karol, S. | BK-Claims | Meeting with Rosalie Gray (Skadden) to prepare for claims reserve meeting with UCC professionals | 0.30 |
| 11/02/06 | Gaston, B. | BK-Claims | Prepare for call with D. Dickens, LL representative for former Winn-Dixie store 2117 to discuss status of Winn-Dixie former subtenant and claims 12843 and 13324 | 0.40 |
| 11/02/06 | Gaston, B. | BK-Claims | Call with D. Dickens, LL representative for former Winn-Dixie store 2117 to discuss status of Winn-Dixie former subtenant and claims 12843 and 13324 | 0.40 |
| 11/02/06 | Gaston, B. | BK-Claims | Prepare for meeting with T. McNichols and K. Stubbs (WD) to develop strategy to execute real estate lease cure payments and real estate Fresh Start accounting adjustments | 0.30 |
| 11/02/06 | Karol, S. | BK-Claims | Preparation for claims reserve meeting with UCC professionals (particularly regarding Class 13) | 1.80 |
| 11/02/06 | Karol, S. | BK-Claims | Call with J. O'Connell (Blackstone), Bryan Gaston (XRoads) and R. Gray (Skadden) to discuss analysis of cash sources and uses | 0.40 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/02/06 | Karol, S. | BK-Claims | Call with Bryan Gaston (XRoads) to discuss real estate cure costs | 0.30 |
| 11/02/06 | Karol, S. | BK-Claims | Drafting materials to respond to data requests from claims reserve meeting with UCC professionals | 1.20 |
| 11/02/06 | Vander Hooven | BK-Claims | Calls with Sheon Karol (XRoads) regarding Real Estate and Claim reconciliation matters | 0.40 |
| 11/02/06 | Gaston, B. | BK-Claims | Meeting with T. McNichols (WD) and K. Stubbs (WD) to develop strategy to execute real estate lease cure payments and real estate Fresh Start accounting adjustments | 0.50 |
| 11/02/06 | Gaston, B. | BK-Claims | Prepare stratification analysis of 186 lease assumption objections | 1.40 |
| 11/02/06 | Gaston, B. | BK-Claims | Revise stratification analysis of 186 lease assumption objections | 0.90 |
| 11/02/06 | Karol, S. | BK-Claims | Analysis of claims status and staffing | 0.20 |
| 11/02/06 | Karol, S. | BK-Claims | Call with J. Vander Hooven (XRoads) regarding claims status and staffing | 0.40 |
| 11/03/06 | Wuertz, T. | BK-Claims | Phone call with Aphay Liu (XRoads) regarding status of unresolved claims and workplan for upcoming week. | 0.20 |
| 11/03/06 | Wuertz, T. | BK-Claims | Second phone call with Aphay Liu (XRoads) regarding status of unresolved claims and workplan for upcoming week. | 0.30 |
| 11/03/06 | Wuertz, T. | BK-Claims | Respond to correspondence from Winn-Dixie, Winn-Dixie vendors, and Winn-Dixie counsel related to unresolved claims and related data requests. | 1.10 |
| 11/03/06 | Edmonson, J. | BK-Claims | Review email from K. Logan (Logan & Co) regarding allowed claims in Class 14. | 0.20 |
| 11/03/06 | Gaston, B. | BK-Claims | Call with K. Neil (WD) to discuss resolution of real estate cure objections | 0.60 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/03/06 | Gaston, B. | BK-Claims | Analysis of 34 real estate cure objections | 2.30 |
| 11/03/06 | Gaston, B. | BK-Claims | Prepare for call with J. Young (XRoads) to discuss real estate cure costs and claims | 0.40 |
| 11/03/06 | Gaston, B. | BK-Claims | Prepare for call with A. Wullbern (SH&B) and K. Neil (WD) to discuss real estate cure costs and claims | 0.60 |
| 11/03/06 | Gaston, B. | BK-Claims | Call with A. Wullbern (SH&B) and K. Neil (WD) to discuss real estate cure costs and claims | 1.10 |
| 11/03/06 | Edmonson, J. | BK-Claims | Review email and attached spreadsheets from B. Crocker (Logan & Co) regarding claims filed after August 1 voting deadline and classification of claims. | 0.70 |
| 11/03/06 | Karol, S. | BK-Claims | Analysis of claims summaries | 1.30 |
| 11/03/06 | Gaston, B. | BK-Claims | Revise real estate cure cost analysis to reflect resolved disputes on approximately 50 leases | 2.40 |
| 11/03/06 | Gaston, B. | BK-Claims | Meeting with J. Bolton, Fulbright & Jaworski, attorney for LL at former store 2420 to discuss claim 13436 and objection to plan confirmation | 1.00 |
| 11/03/06 | Gaston, B. | BK-Claims | Call with J. Young (XRoads) to discuss real estate cure costs and claims | 0.40 |
| 11/04/06 | Gaston, B. | BK-Claims | Analysis of lease provisions for interest and attorney fees for objections to lease assumption motions | 1.20 |
| 11/04/06 | Gaston, B. | BK-Claims | Revise analysis of lease provisions for interest and attorney fees for objections to lease assumption motions | 0.60 |
| 11/06/06 | Wuertz, T. | BK-Claims | Prepare Unilever Claim Settlement Proposal per discussion with Derrick Bryant (WD). | 1.30 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/06/06 | Edmonson, J. | BK-Claims | Review email from J. Leamy (Skadden) regarding National Sales Service inquiry on 15th Omnibus Objection to claim and reduction of claim | 0.20 |
| 11/06/06 | Edmonson, J. | BK-Claims | Review email from A. Parker (WD) regarding resolution of National Sales Service claim | 0.10 |
| 11/06/06 | Edmonson, J. | BK-Claims | Review email from A. Parker (WD) regarding resolution of F. Gavina claim | 0.10 |
| 11/06/06 | Edmonson, J. | BK-Claims | Review email from A. Parker (WD) regarding resolution of Compass and Sweet Blessings claims | 0.10 |
| 11/06/06 | Edmonson, J. | BK-Claims | Revise master log of responses and inquiries to omnibus objections to claims to reflect additional responses and inquiries and resolutions of claims | 1.40 |
| 11/06/06 | Edmonson, J. | BK-Claims | Conference call with J. Castle, D. Young, R. Tansi, K. Loverich and L. Rodriguez (WD); C. Jackson and J. Post (Smith Hulsey); A. Ravin, J. Leamy (Skadden); E. Pollack (Logan & Co); and B. Gaston (XRoads) regarding remaining open claims and strategy to resolve | 0.60 |
| 11/06/06 | Edmonson, J. | BK-Claims | Review email from J. Drouse (WD) regarding resolution of Hawaiian Tropic claim | 0.10 |
| 11/06/06 | Gaston, B. | BK-Claims | Prepare for call to discuss open and held claims: J. Castle, D. Young and M. Richards (all WD), A. Ravin and J. Leamy (Skadden), E. Pollack (Logan & Co), K. Fagerstrom (XRoads) and C. Jackson (SH&B) | 0.40 |
| 11/06/06 | Wuertz, T. | BK-Claims | Continue review of PBG claim backup in an effort to provide Jon Carroll (PBG) all of the data that he has requested in an effort to resolve his claims. | 0.60 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/06/06 | Wuertz, T. | BK-Claims | Continue to respond to Winn-Dixie, Winn-Dixie vendor and Winn-Dixie counsel correspondence related to unresolved claims and related data requests. | 0.40 |
| 11/06/06 | Wuertz, T. | BK-Claims | Review of unresolved claims issues circulated by David Young (WD) | 0.50 |
| 11/06/06 | Gaston, B. | BK-Claims | Call to discuss open and held claims: J. Castle, D. Young and M. Richards (all WD), A. Ravin and J. Leamy (Skadden), E. Pollack (Logan & Co), K. Fagerstrom (XRoads) and C. Jackson (SH&B) | 0.60 |
| 11/06/06 | Wuertz, T. | BK-Claims | Respond to Winn-Dixie, Winn-Dixie vendor and Winn-Dixie counsel correspondence related to unresolved claims and related data requests. | 0.70 |
| 11/06/06 | Gaston, B. | BK-Claims | Prepare for meeting with K. Fagerstrom (XRoads) to discuss analysis of deferred maintenance and repair real estate claims | 0.30 |
| 11/06/06 | Gaston, B. | BK-Claims | Analysis of claims 8721 and 8722 | 0.40 |
| 11/06/06 | Wuertz, T. | BK-Claims | Assemble supporting backup in preparation for conference call with Winn-Dixie to discuss. | 0.30 |
| 11/06/06 | Gaston, B. | BK-Claims | Call with A. Wullbern (SH&B) to discuss analysis of claims 8721 and 8722 | 0.30 |
| 11/06/06 | Gaston, B. | BK-Claims | Meeting with K. Neil (WD) to discuss analysis of claims 8721 and 8722 | 0.40 |
| 11/06/06 | Gaston, B. | BK-Claims | Analysis of claims 9761, 12496 and 12230 | 0.40 |
| 11/06/06 | Gaston, B. | BK-Claims | Meeting with K. Fagerstrom (XRoads) to discuss analysis of deferred maintenance and repair real estate claims | 0.30 |
| 11/06/06 | Edmonson, J. | BK-Claims | Review inquiry of Vista Healthcare to 24th Omnibus Objection to claims | 0.20 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/06/06 | Edmonson, J. | BK-Claims | Review email from T. Wuertz (XRoads) regarding resolution of Promotions Unlimited response to objection to claim | 0.10 |
| 11/06/06 | Edmonson, J. | BK-Claims | Review response of Wyeth Consumer Healthcare to 22nd Omnibus Objection to claims | 0.20 |
| 11/06/06 | Edmonson, J. | BK-Claims | Review response of Kentucky Cabinet for Health & Family Services to 23rd Omnibus Objection to claims | 0.20 |
| 11/06/06 | Wuertz, T. | BK-Claims | Respond to Winn-Dixie, Winn-Dixie vendor and Winn-Dixie counsel correspondence related to unresolved claims and related data requests. | 1.30 |
| 11/06/06 | Wuertz, T. | BK-Claims | Phone call with Jane Leamy (Skadden) regarding MGM, Pepsi, and Revlon claim open issues. | 0.30 |
| 11/06/06 | Wuertz, T. | BK-Claims | Review of PBG claim backup in an effort to provide Jon Carroll (PBG) all of the data that he has requested in an effort to resolve his claims. | 0.70 |
| 11/06/06 | Wuertz, T. | BK-Claims | Conference call with Derrick Bryant (WD), Aphay Liu (XRoads), David Young, Cameron Brooks and Jinnee Parrotta (all WD) regarding team 2 open claim issues. | 1.20 |
| 11/07/06 | Edmonson, J. | BK-Claims | Review email from J. Leamy (Skadden) regarding Schwartz Family Trust inquiry on objection to claim | 0.20 |
| 11/07/06 | Gaston, B. | BK-Claims | Revise lease assumption analysis for disputed cure costs | 1.10 |
| 11/07/06 | Edmonson, J. | BK-Claims | Review draft motion from J. Leamy (Skadden) regarding MMMM claim | 0.40 |
| 11/07/06 | Edmonson, J. | BK-Claims | Email communications with J. Castle (WD) regarding updated claims reserve analysis | 0.30 |
| 11/07/06 | Wuertz, T. | BK-Claims | Phone call with Aphay Liu (XRoads) regarding Schuster claim and claim class. | 0.30 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/07/06 | Edmonson, J. | BK-Claims | Review email and attached reports from K. Ward (Smith Hulsey) regarding updated resolved litigation claims | 0.40 |
| 11/07/06 | Wuertz, T. | BK-Claims | Phone call with Jamie Edmonson (XRoads) regarding reclamation claimant claims classes. | 0.20 |
| 11/07/06 | Edmonson, J. | BK-Claims | Telephone call with T. Wuertz (XRoads) regarding Schuster Marketing claim and treatment under the plan | 0.10 |
| 11/07/06 | Gaston, B. | BK-Claims | Call with J. Leamy (Skadden) to discuss resolution to claims 12933 and 13440 | 0.40 |
| 11/07/06 | Gaston, B. | BK-Claims | Call with J Young and K. Fagerstrom (XRoads) regarding status of real estate claim project | 0.80 |
| 11/07/06 | Gaston, B. | BK-Claims | Prepare for call with J. Leamy (Skadden) to discuss resolution to claims 12933 and 13440 | 0.40 |
| 11/07/06 | Gaston, B. | BK-Claims | Prepare for call with J Young and K. Fagerstrom (XRoads) regarding status of real estate claim project | 0.60 |
| 11/07/06 | Gaston, B. | BK-Claims | Meeting with K. Neil (WD) to discuss status of 186 disputed real estate cure costs | 0.30 |
| 11/07/06 | Gaston, B. | BK-Claims | Meeting with K. Neil (WD) to develop strategy to resolution of 186 disputed real estate cure costs | 0.70 |
| 11/07/06 | Gaston, B. | BK-Claims | Review objection to Omni 26 by Walker LA Commercial development | 0.40 |
| 11/07/06 | Gaston, B. | BK-Claims | Analysis of claim 5493, store 2709 filed by Coweta County, GA for real estate taxes | 0.50 |
| 11/07/06 | Gaston, B. | BK-Claims | Prepare for discussion with K. Fagerstrom (XRoads) regarding Real Estate Deferred Maintenance Claims Analysis | 0.40 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/07/06 | Gaston, B. | BK-Claims | Discussion with K. Fagerstrom (XRoads) regarding Real Estate Deferred Maintenance Claims Analysis | 0.80 |
| 11/07/06 | Gaston, B. | BK-Claims | Revise analysis of Real Estate Deferred Maintenance Claims | 0.40 |
| 11/07/06 | Gaston, B. | BK-Claims | Meeting with K. Neil (WD) to discuss real estate cure costs | 0.90 |
| 11/08/06 | Edmonson, J. | BK-Claims | Review correspondence from J. Castle (WD) regarding Listeria case settlement | 0.20 |
| 11/08/06 | Edmonson, J. | BK-Claims | Update master list of responses to objections to claims to reflect additional responses filed and updated status for claims resolved | 1.70 |
| 11/08/06 | Gaston, B. | BK-Claims | Prepare for call to discuss deferred maintenance & repair real estate claims with A. Ravin (Skadden), K. Daw (SG&R), K. Cherry, S. Peavey and E. O'Carroll (all WD), C. Jackson (SH&B) and K. Fagerstrom (XRoads) | 0.60 |
| 11/08/06 | Gaston, B. | BK-Claims | Call to discuss deferred maintenance & repair real estate claims with A. Ravin (Skadden), K. Daw (SG&R), K. Cherry, S. Peavey and E. O'Carroll (all WD), C. Jackson (SH&B) and K. Fagerstrom (XRoads) | 0.70 |
| 11/08/06 | Edmonson, J. | BK-Claims | Telephone call with J. James (WD) regarding GE Capital claims | 0.10 |
| 11/08/06 | Edmonson, J. | BK-Claims | Telephone call with K. Logan (Logan & Co) regarding claims reserves | 0.20 |
| 11/08/06 | Edmonson, J. | BK-Claims | Review entered stipulation and order on Citicorp claims | 0.20 |
| 11/08/06 | Gaston, B. | BK-Claims | Prepare for meeting with P. Pichulo (WD) to discuss call regarding deferred maintenance & repair real estate claims | 0.40 |

XRoads Solutions Group
Daily Detail Reports

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/08/06 | Gaston, B. | BK-Claims | Meeting with K. Fagerstrom (XRoads) to discuss structure of real estate claims reporting tool | 0.80 |
| 11/08/06 | Wuertz, T. | BK-Claims | Meeting with Cameron Brooks (WD) and Marie Jones (WD) regarding analysis and research of unresolved claims. | 0.30 |
| 11/08/06 | Wuertz, T. | BK-Claims | Phone call with Aphay Liu (XRoads) and David Young (WD) regarding discrepancies between master reclamation claim database and Logan system in an effort to ensure an accurate distribution upon confirmation. | 0.70 |
| 11/08/06 | Wuertz, T. | BK-Claims | Meeting with David Young (WD) regarding discrepancies between master reclamation claim database and Logan system in an effort to ensure an accurate distribution upon confirmation. | 0.70 |
| 11/08/06 | Edmonson, J. | BK-Claims | Review email from J. Drouse (WD) regarding resolution of Sioux Honey claim | 0.10 |
| 11/08/06 | Wuertz, T. | BK-Claims | Phone call with Aphay Liu (XRoads) regarding Pinnacle Foods, Dial Corp, and US Foodservice reclamation claim amount issues. | 0.40 |
| 11/08/06 | Edmonson, J. | BK-Claims | Review response to 24th Omnibus Objection to claims filed by Pepsi Bottling Group | 0.20 |
| 11/08/06 | Wuertz, T. | BK-Claims | Preparation of a settlement proposal to be sent to Charlotte Fox (Wyeth). | 0.50 |
| 11/08/06 | Edmonson, J. | BK-Claims | Review email from D. Young (WD) regarding status of negotiations with Pepsi Bottling Group | 0.10 |
| 11/08/06 | Wuertz, T. | BK-Claims | Meeting with David Young (WD) and Derrick Bryant (WD) regarding Wyeth and Dial claim issues and proposed settlements in an effort to fully resolve. | 0.70 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/08/06 | Edmonson, J. | BK-Claims | Review email from J. Leamy (Skadden) regarding Vista Healthcare inquiry on 24th Omnibus Objection to claims | 0.10 |
| 11/08/06 | Wuertz, T. | BK-Claims | Phone call with Steve Eichel (Skadden) regarding Krispy Kreme payment issues. | 0.20 |
| 11/08/06 | Wuertz, T. | BK-Claims | Research and analysis of Checkpoint, Commonwealth, Irving Tissue, Mack LLC, Maybelline, Schuster, Southern Wine, US Foodservice, Wayne, Wyeth, Allen Flavors, and Borden Dairy claim amounts and related analysis to ensure proper distribution upon confirmation. | 1.80 |
| 11/08/06 | Wuertz, T. | BK-Claims | Continue to research and analysis of Checkpoint, Commonwealth, Irving Tissue, Mack LLC, Maybelline, Schuster, Southern Wine, US Foodservice, Wayne, Wyeth, Allen Flavors, and Borden Dairy claim amounts and related analysis to ensure proper distribution upon confirmation. | 1.30 |
| 11/08/06 | Wuertz, T. | BK-Claims | Respond to Winn-Dixie, Winn-Dixie vendor and Winn-Dixie counsel correspondence related to unresolved claims and related data requests. | 1.10 |
| 11/08/06 | Gaston, B. | BK-Claims | Meeting with P. Pichulo (WD) to discuss call regarding deferred maintenance & repair real estate claims | 0.50 |
| 11/08/06 | Wuertz, T. | BK-Claims | Continue to respond to Winn-Dixie, Winn-Dixie vendor and Winn-Dixie counsel correspondence related to unresolved claims and related data requests. | 0.80 |
| 11/08/06 | Wuertz, T. | BK-Claims | Second meeting with David Young (WD) regarding discrepancies between master reclamation claim database and Logan system in an effort to ensure an accurate distribution upon confirmation. | 0.40 |
| 11/08/06 | Wuertz, T. | BK-Claims | Review and analysis of Wyeth claim reconciliation and related backup | 0.30 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/08/06 | Wuertz, T. | BK-Claims | Phone call with Aphay Liu (XRoads) regarding Libbey Glass claim and strategy for resolving claim issues. | 0.20 |
| 11/08/06 | Gaston, B. | BK-Claims | Revise real estate claim reserve analysis | 0.90 |
| 11/08/06 | Karol, S. | BK-Claims | Call with Bryan Gaston (XRoads) and C. Jackson (SH&B) to discuss resolution of real estate cure cost objections | 0.70 |
| 11/08/06 | Karol, S. | BK-Claims | Analysis of real estate cure cost objections and staffing | 1.30 |
| 11/08/06 | Edmonson, J. | BK-Claims | Review response to 24th Omnibus Objection to claims filed by Pro-Active Janitorial Services | 0.20 |
| 11/08/06 | Karol, S. | BK-Claims | Analysis of updated Logan spreadsheets of Classes 13, 14 and 16 claims | 1.90 |
| 11/08/06 | Edmonson, J. | BK-Claims | Review email from J. Castle (WD) regarding Vista Healthcare claim | 0.10 |
| 11/08/06 | Karol, S. | BK-Claims | Analysis of claims reserve to reflect revised data | 1.80 |
| 11/08/06 | Karol, S. | BK-Claims | Analysis of claims reserve to reflect revised data (performed at Skadden) | 1.10 |
| 11/08/06 | Edmonson, J. | BK-Claims | Review email from J. Castle (WD) regarding Pro-Active Janitorial Services claim and amounts outstanding 90 days pre petition. | 0.10 |
| 11/08/06 | Edmonson, J. | BK-Claims | Review email from J. Leamy (Skadden) and attached responses to 24th Omnibus Objection to claims filed E. Meeker and Daniel Kamin | 0.40 |
| 11/08/06 | Edmonson, J. | BK-Claims | Review email from B. Gaston (XRoads) regarding Daniel Kamin claim | 0.10 |
| 11/08/06 | Edmonson, J. | BK-Claims | Review email from B. Gaston (XRoads) regarding credit agreement schedule of claims | 0.10 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/08/06 | Edmonson, J. | BK-Claims | Review email from J. Castle (WD) regarding responses filed to 24th Omnibus Objection to claims concerning real estate claims | 0.10 |
| 11/08/06 | Edmonson, J. | BK-Claims | Review email from A. Ravin (Skadden) and attached numerous responses filed to 24th Omnibus Objection to claims concerning real estate claims | 1.40 |
| 11/08/06 | Edmonson, J. | BK-Claims | Review email from A. Parker (WD) regarding resolution of Checkpoint Systems claim | 0.10 |
| 11/08/06 | Edmonson, J. | BK-Claims | Review email from J. Castle (WD) regarding claims requiring follow-up | 0.10 |
| 11/09/06 | Wuertz, T. | BK-Claims | Prepare settlement proposal for Unilever claims per discussion with Richard Bellis (Unilever) and Jennifer Antilez (Unilever). | 1.10 |
| 11/09/06 | Gaston, B. | BK-Claims | Analysis of cure costs for store 190 | 0.40 |
| 11/09/06 | Edmonson, J. | BK-Claims | Telephone call with T. Wuertz (XRoads) regarding real estate claims issues | 0.20 |
| 11/09/06 | Wuertz, T. | BK-Claims | Phone call with Charlotte Fox (Wyeth) regarding settlement proposal. | 0.30 |
| 11/09/06 | Gaston, B. | BK-Claims | Review rent reduction agreement for store 1438 | 0.40 |
| 11/09/06 | Wuertz, T. | BK-Claims | Phone call with Aphay Liu (XRoads) regarding remaining unresolved claims and workplan to most efficiently finish analysis and settle. | 0.40 |
| 11/09/06 | Edmonson, J. | BK-Claims | Review updates claims reserves reports from K. Logan (Logan & Co) for Classes 13, 14 and 16 | 0.60 |
| 11/09/06 | Edmonson, J. | BK-Claims | Revise class 16 reserve spreadsheet | 1.60 |
| 11/09/06 | Wuertz, T. | BK-Claims | Meeting with Cameron Brooks (WD) regarding status of outstanding data requests. | 0.30 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/09/06 | Wuertz, T. | BK-Claims | Review and analysis of Libbey Glass claim issues. | 0.40 |
| 11/09/06 | Wuertz, T. | BK-Claims | Meeting with David Young (WD) to review claim amount discrepancies between Logan systems and master claims database. | 0.70 |
| 11/09/06 | Wuertz, T. | BK-Claims | Prepare listing of claims from updated master reclamation claim database reflecting adjustments per discussion with Aphay Liu (XRoads) and David Young (WD) to be adjusted on the Logan system. | 0.60 |
| 11/09/06 | Wuertz, T. | BK-Claims | Meeting with David Young (WD) and Aphay Liu (XRoads) to review claim amount discrepancies between Logan systems and master claims database. | 0.70 |
| 11/09/06 | Wuertz, T. | BK-Claims | Update master reclamation claim database to reflect adjustments per discussion with Aphay Liu (XRoads) and David Young (WD) | 0.80 |
| 11/09/06 | Wuertz, T. | BK-Claims | Phone call with John Vander Hooven (XRoads) regarding workplan for real estate claims project. | 0.30 |
| 11/09/06 | Wuertz, T. | BK-Claims | Phone call with Jamie Edmonson (XRoads) regarding workplan for real estate claims project. | 0.30 |
| 11/09/06 | Wuertz, T. | BK-Claims | Phone call with Richard Bellis (Unilever) and Jennifer Antilez (Unilever) to discuss claim discrepancies and methodology for settlement. | 0.50 |
| 11/09/06 | Wuertz, T. | BK-Claims | Second meeting with David Young (WD) to review claim amount discrepancies between Logan systems and master claims database. | 0.50 |
| 11/09/06 | Wuertz, T. | BK-Claims | Phone call with Steve Eichel (Skadden) regarding methodology for resolving Krispy Kreme payment issues. | 0.20 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/09/06 | Edmonson, J. | BK-Claims | Revise class 13 reserve spreadsheet | 0.70 |
| 11/09/06 | Wuertz, T. | BK-Claims | Phone call with Etty Pollack (Logan) and David Young (WD) regarding updating the Logan system to reflect updated reclamation claim amounts. | 0.20 |
| 11/09/06 | Edmonson, J. | BK-Claims | Revise class 14 reserve spreadsheet | 0.80 |
| 11/09/06 | Karol, S. | BK-Claims | Conference call with Jamie Edmonson, Bryan Gaston and K. Fagerstrom (all XRoads), K. O'Neill (WD) and C. Jackson (SH&B) to discuss resolution of real estate cure cost objections | 0.60 |
| 11/09/06 | Karol, S. | BK-Claims | Call with Jamie Edmonson (XRoads) to discuss real estate cure cost objections and methodology for completion (including partial participation by XRoads' J. Vander Hooven) | 1.10 |
| 11/09/06 | Wuertz, T. | BK-Claims | Phone call with Heather Berkowitz (ASM) regarding methodology for resolving Krispy Kreme payment issues. | 0.20 |
| 11/09/06 | Edmonson, J. | BK-Claims | Review real estate cure and claims issues spreadsheets in preparation for conference call with Smith Hulsey and XRoads. | 0.60 |
| 11/09/06 | Edmonson, J. | BK-Claims | Conference call with S. Karol, B. Gaston and K. Fagerstrom (XRoads); C. Jackson and A. Wulbern (Smith Hulsey); and K. Neil (WD) regarding real estate claims and cure issues | 0.60 |
| 11/09/06 | Karol, S. | BK-Claims | Revising claims reserve analysis | 1.60 |
| 11/09/06 | Karol, S. | BK-Claims | Conference call with Jamie Edmonson, Bryan Gaston and K. Fagerstrom (all XRoads) to follow up discussion of resolution of real estate cure cost objections | 0.70 |
| 11/09/06 | Edmonson, J. | BK-Claims | Review reports of claims filed after 8/1/06 voting deadline | 0.30 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/09/06 | Vander Hooven | BK-Claims | Review draft proposal letters to ASM regarding its acquisition of certain claims relating to the Trade Lien Program and corresponding payment structure with respect to each purchased claim. | 2.70 |
| 11/09/06 | Vander Hooven | BK-Claims | Review emails from ASM regarding resolution of Trade Lien claims. | 1.00 |
| 11/09/06 | Vander Hooven | BK-Claims | Conference call with Jamie Edmonson and Sheon Karol (XRoads) regarding real estate claim resolution. | 0.60 |
| 11/09/06 | Edmonson, J. | BK-Claims | Update master log of responses to omnibus objections to claims to reflect additional responses received in connection with real estate claims | 1.20 |
| 11/09/06 | Wuertz, T. | BK-Claims | Respond to correspondence from Winn-Dixie and Winn-Dixie vendors regarding unresolved claim issues and related data requests | 0.80 |
| 11/09/06 | Wuertz, T. | BK-Claims | Meeting with Cameron Brooks (WD) regarding status of outstanding data requests. | 0.30 |
| 11/10/06 | Wuertz, T. | BK-Claims | Respond to correspondence from Winn-Dixie and Winn-Dixie vendors regarding unresolved claim issues and related data requests | 0.70 |
| 11/10/06 | Edmonson, J. | BK-Claims | Review email from J. Leamy (Skadden) regarding settlement of Vista Healthcare claim | 0.10 |
| 11/10/06 | Edmonson, J. | BK-Claims | Further updates to master log of responses to omnibus objections to claims to include settlements and additional responses received | 1.30 |
| 11/10/06 | Edmonson, J. | BK-Claims | Review response to 24th Omnibus Objection to claim filed by Hillard (landlord) | 0.30 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/10/06 | Edmonson, J. | BK-Claims | Review email from T. Wuertz (XRoads) regarding settlement of Wyeth Consumer Products claim | 0.20 |
| 11/10/06 | Edmonson, J. | BK-Claims | Analysis of Class 14 reserves and revise same to reflect company's best estimates | 1.70 |
| 11/10/06 | Edmonson, J. | BK-Claims | Review correspondence from T. Wuertz (XRoads) regarding settlement of Nestle claims | 0.30 |
| 11/10/06 | Edmonson, J. | BK-Claims | Review and analysis of claims disallowed for Class 14 reserve amounts | 0.60 |
| 11/10/06 | Edmonson, J. | BK-Claims | Review email from J. Castle (WD) regarding Creditors' Committee acceptance of reserve estimates | 0.20 |
| 11/10/06 | Edmonson, J. | BK-Claims | Review email from J. Castle (WD) regarding updated claims reserve estimates | 0.20 |
| 11/10/06 | Edmonson, J. | BK-Claims | Email communications with K. Logan (Logan & Co) regarding discrepancies in filed liquidated claim amounts. | 0.30 |
| 11/10/06 | Gaston, B. | BK-Claims | Prepare for call with J. Castle, D. Young and R. Tansi (all WD), K. Logan and E. Pollack (Logan & Co), J. Leamy and A. Ravin (Skadden) and C. Jackson and J. Post (SH&B) and J. Lammert (Assessment Technology) to discuss open and held claims | 0.70 |
| 11/10/06 | Gaston, B. | BK-Claims | Call with J. Castle, D. Young and R. Tansi (all WD), K. Logan and E. Pollack (Logan & Co), J. Leamy and A. Ravin (Skadden) and C. Jackson and J. Post (SH&B) and J. Lammert (Assessment Technology) to discuss open and held claims | 1.00 |
| 11/10/06 | Gaston, B. | BK-Claims | Call with J. Castle, D. Young and R. Tansi (all WD), K. Logan and E. Pollack (Logan & Co) and J. Lammert (Assessment Technology) to discuss processing of tax claim payments | 0.40 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/10/06 | Gaston, B. | BK-Claims | Prepare for call with J. Castle, D. Young and R. Tansi (all WD), K. Logan and E. Pollack (Logan & Co) and J. Lammert (Assessment Technology) to discuss processing of tax claim payments | 0.30 |
| 11/10/06 | Gaston, B. | BK-Claims | Call with K. Neil (WD) to discuss analysis of cure objection for store 512 | 0.60 |
| 11/10/06 | Gaston, B. | BK-Claims | Analysis of cure objection for store 512 | 0.80 |
| 11/10/06 | Gaston, B. | BK-Claims | Analysis of claim 13619 | 0.90 |
| 11/10/06 | Gaston, B. | BK-Claims | Analysis of claim 12095 | 0.40 |
| 11/10/06 | Gaston, B. | BK-Claims | Analysis of claim 13620 | 0.40 |
| 11/10/06 | Gaston, B. | BK-Claims | Analysis of hurricane insurance claim and related cure cost for lease of store 489 | 0.50 |
| 11/10/06 | Wuertz, T. | BK-Claims | Meeting with Derrick Bryant (WD) regarding counter-proposal from Wyeth to resolve claim. | 0.30 |
| 11/10/06 | Wuertz, T. | BK-Claims | Meeting with Derrick Bryant (WD) regarding Nestle and Unilever claim proposals. | 0.40 |
| 11/10/06 | Wuertz, T. | BK-Claims | Document final claim agreements for Nestle USA, Nestle Purina, and Nestle Prepared Foods with copies of paperwork to Jane Leamy (Skadden) and David Young (WD). | 1.30 |
| 11/10/06 | Wuertz, T. | BK-Claims | Document final claim agreements for Wyeth with copies of paperwork to Jane Leamy (Skadden) and David Young (WD). | 0.80 |
| 11/10/06 | Wuertz, T. | BK-Claims | Phone call with Jennifer Antilez (Unilever) regarding revised claim proposal and analysis of related data. | 0.40 |
| 11/10/06 | Wuertz, T. | BK-Claims | Meeting with David Young (WD) regarding Wyeth counter proposal. | 0.20 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/10/06 | Wuertz, T. | BK-Claims | Phone call with Jane Leamy (Skadden) regarding status of continued claims and distribution timing. | 0.20 |
| 11/10/06 | Wuertz, T. | BK-Claims | Meeting with Paul Tiberio (WD) regarding Nestle claim settlement proposal. | 0.20 |
| 11/10/06 | Wuertz, T. | BK-Claims | Meeting with Larry Biggerstaff (WD) regarding status of Quaker negotiations. | 0.20 |
| 11/10/06 | Wuertz, T. | BK-Claims | Meeting with Dewayne Rabon (WD) regarding Unilever claim settlement proposal. | 0.20 |
| 11/10/06 | Wuertz, T. | BK-Claims | Review and analysis of Wyeth counter-proposal to claim settlement. | 0.30 |
| 11/10/06 | Wuertz, T. | BK-Claims | Review and analysis of Unilever claims detail in an effort to address discrepancies noted by Jennifer Antilez (Unilever). | 0.90 |
| 11/10/06 | Wuertz, T. | BK-Claims | Phone call with Charlotte Fox (Wyeth) regarding claim settlement proposal. | 0.20 |
| 11/10/06 | Wuertz, T. | BK-Claims | Second phone call with Charlotte Fox (Wyeth) regarding claim settlement proposal. | 0.10 |
| 11/10/06 | Wuertz, T. | BK-Claims | Meeting with Jinnee Parrotta (WD) regarding reclamation stipulation payments and address discrepancies. | 0.30 |
| 11/10/06 | Wuertz, T. | BK-Claims | Phone call with Chris Hawkins (Bradley Arant) regarding Coke United stipulation payments. | 0.10 |
| 11/10/06 | Gaston, B. | BK-Claims | Prepare for call with M. Held, Jenkens & Gilcrest, Attorney for LL of store 489, to discuss hurricane insurance claim and related cure cost for lease assumption | 0.30 |
| 11/10/06 | Gaston, B. | BK-Claims | Call with M. Held, Jenkens & Gilcrest, Attorney for LL of store 489, to discuss hurricane insurance claim and related cure cost for lease assumption | 0.30 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/10/06 | Gaston, B. | BK-Claims | Call with K. Neil (WD) to discuss cure cost analysis for lease of store 110 | 0.30 |
| 11/10/06 | Gaston, B. | BK-Claims | Analysis of cure cost analysis for lease of store 364 (incorrectly referenced by creditor as store 245) | 0.30 |
| 11/10/06 | Gaston, B. | BK-Claims | Analysis of objection response to claim 12311 | 0.20 |
| 11/10/06 | Gaston, B. | BK-Claims | Prepare for call with L. Reavis (Assessment Technology) to discuss status of payment for 2006 real estate taxes on store 512 | 0.20 |
| 11/10/06 | Gaston, B. | BK-Claims | Call with L. Reavis (Assessment Technology) to discuss status of payment for 2006 real estate taxes on store 512 | 0.40 |
| 11/10/06 | Gaston, B. | BK-Claims | Review proposed order for resolution of 7 claim objections from Omnibus 15 | 0.30 |
| 11/10/06 | Karol, S. | BK-Claims | Revising claims reserve to reflect revised data for Classes 13, 14 and 16 | 1.90 |
| 11/10/06 | Karol, S. | BK-Claims | Call with Jamie Edmonson (XRoads) regarding updated Logan spreadsheets of Classes 13, 14 and 16 claims | 0.70 |
| 11/10/06 | Gaston, B. | BK-Claims | Reconcile claim 13621 | 0.50 |
| 11/11/06 | Wuertz, T. | BK-Claims | Respond to correspondence from Winn-Dixie and Winn-Dixie vendors regarding unresovled claim issues and related data requests | 0.60 |
| 11/11/06 | Gaston, B. | BK-Claims | Resolve responses to 17 real estate claims from 24th Omnibus Objection | 1.40 |
| 11/11/06 | Gaston, B. | BK-Claims | Analysis of cure payment for lease on store 1559 | 0.30 |
| 11/12/06 | Wuertz, T. | BK-Claims | Phone with Aphay Liu (XRoads) regarding reclamation data requested by Steve Eichel (Skadden). | 0.20 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/12/06 | Wuertz, T. | BK-Claims | Respond to correspondence from Winn-Dixie, Winn-Dixie claimants, and Winn-Dixie counsel regarding outstanding claims issues and related data requests. | 0.80 |
| 11/13/06 | Edmonson, J. | BK-Claims | Review email from D. Young (WD) regarding resolution of Riviana Foods claims. | 0.20 |
| 11/13/06 | Edmonson, J. | BK-Claims | Review email and draft 27th Omnibus Objection to claims and exhibits thereto from J. Leamy (Skadden). | 0.40 |
| 11/13/06 | Wuertz, T. | BK-Claims | Review and analysis of Maybelline Garnier claims in preparation for call with Kenny Wine (MG). | 0.60 |
| 11/13/06 | Wuertz, T. | BK-Claims | Continue to respond to correspondence from Winn-Dixie, Winn-Dixie claimants, and Winn-Dixie counsel regarding outstanding claims issues and related data requests. | 0.90 |
| 11/13/06 | Wuertz, T. | BK-Claims | Phone call with Jon Carroll (PBG) regarding reconciliation of GUC. | 0.30 |
| 11/13/06 | Wuertz, T. | BK-Claims | Phone call with Cameron Brooks (WD) regarding open issues surrounding Pepsi claims. | 0.20 |
| 11/13/06 | Wuertz, T. | BK-Claims | Respond to correspondence from Winn-Dixie, Winn-Dixie claimants, and Winn-Dixie counsel regarding outstanding claims issues and related data requests. | 1.30 |
| 11/13/06 | Wuertz, T. | BK-Claims | Phone call Scott Neil (Heinz) regarding extension of claims deadline. | 0.10 |
| 11/13/06 | Karol, S. | BK-Claims | Drafting Claims Reserve Analysis | 1.90 |
| 11/13/06 | Karol, S. | BK-Claims | Conference call with Cynthia Jackson (SH), Bryan Gaston, Jamie Edmonson and K. Fagerstrom (XRoads), K. Neil (WD) regarding timing of cure payments | 0.70 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/13/06 | Karol, S. | BK-Claims | Conference call with Bryan Gaston and K. Fagerstrom (XRoads) regarding timing of cure payments | 0.20 |
| 11/13/06 | Karol, S. | BK-Claims | Revising back-up schedules for Classes 13, 14 and 16 | 1.80 |
| 11/13/06 | Edmonson, J. | BK-Claims | Review correspondence from A. Parker (WD) regarding resolution of Pacific World claim. | 0.20 |
| 11/13/06 | Karol, S. | BK-Claims | Call with Jamie Edmonson (XRoads) regarding claims reserve analysis | 0.20 |
| 11/13/06 | Wuertz, T. | BK-Claims | Phone call with Paul Tiberio (WD) regarding status of Quaker negotiations. | 0.30 |
| 11/13/06 | Edmonson, J. | BK-Claims | Review correspondence from R. Tansi (WD) regarding status of State of Georgia and Clark County, Indian claims. | 0.20 |
| 11/13/06 | Wuertz, T. | BK-Claims | Phone call with David Young (WD) regarding status of open issues with Maybelline Garnier. | 0.40 |
| 11/13/06 | Edmonson, J. | BK-Claims | Review email from R. Gray (Skadden) regarding additional proofs of claim filed and impact on reserves. | 0.10 |
| 11/13/06 | Edmonson, J. | BK-Claims | Review email and draft exhibits to 27th Omnibus Objection to claims from J. Leamy (Skadden). | 0.90 |
| 11/13/06 | Karol, S. | BK-Claims | Call with J. O' Connell and D. Irom (Blackstone) regarding claims reserve analysis | 0.20 |
| 11/13/06 | Karol, S. | BK-Claims | Meeting with Bryan Gaston (XRoads) regarding workplan for completion of cures | 0.90 |
| 11/13/06 | Edmonson, J. | BK-Claims | Review email from B. Gaston (XRoads) regarding status of real estate claims on 24th Omnibus Objection. | 0.40 |

XRoads Solutions Group
Daily Detail Reports

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/13/06 | Edmonson, J. | BK-Claims | Update master log of responses to omnibus objections to claims to reflect updated status and resolutions for claims. | 1.10 |
| 11/13/06 | Edmonson, J. | BK-Claims | Telephone call with S. Karol (XRoads) regarding claims reserve estimates. | 0.20 |
| 11/13/06 | Karol, S. | BK-Claims | Review of recovery analysis | 0.80 |
| 11/13/06 | Edmonson, J. | BK-Claims | Review email from E. Pollack (Logan & Co) regarding claim filed by PRB Investments. | 0.10 |
| 11/13/06 | Edmonson, J. | BK-Claims | Review proof of claim filed by PRB Investments. | 0.20 |
| 11/14/06 | Karol, S. | BK-Claims | Revising claims reserve analysis to reflect comments from Winn-Dixie | 0.90 |
| 11/14/06 | Karol, S. | BK-Claims | Conference call regarding claims reserve and distribution of shares with Jay Castle (Winn-Dixie), Rosalie Gray and R. Barusch (Skadden), Jamie Edmonson (XRoads), J. O' Connell and D. Irom (Blackstone) | 0.30 |
| 11/14/06 | Karol, S. | BK-Claims | Call with Cynthia Jackson (SH) regarding timing of payment of cures | 0.30 |
| 11/14/06 | Edmonson, J. | BK-Claims | Review correspondence from J. Castle (WD) regarding Pro-Active Janitorial Services. | 0.20 |
| 11/14/06 | Gaston, B. | BK-Claims | Analysis of claim 13622 (store 124) and comparison against letter prepared by landlord's attorney regarding asserted damages for equipment removal and repairs for rejected lease on store 124 | 0.30 |
| 11/14/06 | Wuertz, T. | BK-Claims | Review and analysis of Libbey Glass claim and related backup in preparation of call with John Schaffer (LG). | 0.70 |
| 11/14/06 | Gaston, B. | BK-Claims | Call with J. Lammert (Assessment Technology) to discuss class 10 secured claims | 0.30 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/14/06 | Wuertz, T. | BK-Claims | Research and analysis of Heinz claim and related data provided by Denise Townsend (WD) and Scott Neal (Heinz). | 0.50 |
| 11/14/06 | Edmonson, J. | BK-Claims | Review email from D. Young (WD) regarding revised claim reserve analysis and issues. | 0.40 |
| 11/14/06 | Wuertz, T. | BK-Claims | Continue research and analysis of Heinz claim and related data provided by Denise Townsend (WD) and Scott Neal (Heinz). | 0.60 |
| 11/14/06 | Edmonson, J. | BK-Claims | Telephone call with S. Karol (XRoads) regarding updated claims reserve analysis. | 0.20 |
| 11/14/06 | Wuertz, T. | BK-Claims | Phone call with Denise Townsend (WD) regarding Heinz claim backup and related analysis. | 0.20 |
| 11/14/06 | Wuertz, T. | BK-Claims | Phone call with David Young (WD) regarding Heinz, Libbey Glass, and Maybelline Garnier claims and related analysis. | 0.60 |
| 11/14/06 | Edmonson, J. | BK-Claims | Review email from K. Daw (Smith Gambrell) regarding real estate claims. | 0.20 |
| 11/14/06 | Gaston, B. | BK-Claims | Meeting with B. McMenamy (WD) to discuss class 10 secured claims | 0.30 |
| 11/14/06 | Gaston, B. | BK-Claims | Analysis of claim 10636 | 0.50 |
| 11/14/06 | Edmonson, J. | BK-Claims | Telephone call with J. James (WD) regarding GE Capital claims. | 0.20 |
| 11/14/06 | Gaston, B. | BK-Claims | Meeting with B. McMenamy (WD) and D. Irom (Blackstone) to discuss class 10 secured claims and real estate cure costs | 0.20 |
| 11/14/06 | Karol, S. | BK-Claims | Conference call with Cynthia Jackson (SH), Bryan Gaston, Jamie Edmonson and K. Fagerstrom (XRoads) and K. Neil (WD) regarding timing of cure payments | 0.80 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/14/06 | Karol, S. | BK-Claims | Participation in weekly conference call with Peter Lynch (Winn-Dixie) regarding status of engagement | 1.30 |
| 11/14/06 | Edmonson, J. | BK-Claims | Telephone conference with K. Fagerstrom (XRoads) regarding GE Capital claims. | 0.20 |
| 11/14/06 | Karol, S. | BK-Claims | Preparation for weekly conference call with Peter Lynch (Winn-Dixie) regarding status of engagement | 0.40 |
| 11/14/06 | Karol, S. | BK-Claims | Analysis of timing of cure payments | 0.90 |
| 11/14/06 | Gaston, B. | BK-Claims | Meeting with B. McMenamy (WD) to discuss analysis and payment of claim 8 secured claim by Thrivent / Lutheran Bank | 0.20 |
| 11/14/06 | Wuertz, T. | BK-Claims | Phone call with Octavia Fuller (Maybelline) regarding outstanding claim reconciliation issues. | 0.50 |
| 11/14/06 | Wuertz, T. | BK-Claims | Phone call with Jane Leamy (Skadden) and Etty Pollack (Logan & Co) regarding treatment of Maybelline claim objection. | 0.60 |
| 11/14/06 | Wuertz, T. | BK-Claims | Phone call with Aphay Liu (XRoads) regarding status of unresolved claims. | 0.20 |
| 11/14/06 | Wuertz, T. | BK-Claims | Phone call with John Schaffer (Libbey) regarding claim reconciliation issues. | 0.10 |
| 11/14/06 | Wuertz, T. | BK-Claims | Phone call with Jon Carroll (PBG) regarding Charlotte claim. | 0.30 |
| 11/14/06 | Wuertz, T. | BK-Claims | Phone call with David Young (WD) and Jane Leamy (Skadden) regarding Buffalo Rock revised claim. | 0.40 |
| 11/14/06 | Wuertz, T. | BK-Claims | Respond to correspondence from Winn-Dixie, Winn-Dixie claimants, and Winn-Dixie counsel regarding outstanding claims issues and related data requests. | 1.60 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/14/06 | Wuertz, T. | BK-Claims | Continue to respond to correspondence from Winn-Dixie, Winn-Dixie claimants, and Winn-Dixie counsel regarding outstanding claims issues and related data requests. | 0.90 |
| 11/14/06 | Wuertz, T. | BK-Claims | Review and analysis of backup supplied by Derrek Meek (Burr) related to Buffalo Rock Claim. | 1.30 |
| 11/14/06 | Wuertz, T. | BK-Claims | Phone call with David Young (WD) and Anja Parker (WD) regarding Allen Flavors claim research. | 0.30 |
| 11/14/06 | Wuertz, T. | BK-Claims | Second phone call with Aphay Liu (XRoads) regarding status of unresolved claims. | 0.40 |
| 11/14/06 | Karol, S. | BK-Claims | Analysis of new claims and effect on total | 1.30 |
| 11/14/06 | Karol, S. | BK-Claims | Call with D. Irom (Blackstone) regarding claims reserve analysis | 0.30 |
| 11/15/06 | Wuertz, T. | BK-Claims | Phone call with Kenny Wine (Maybelline) regarding treatment of Garnier claim. | 0.30 |
| 11/15/06 | Karol, S. | BK-Claims | Analysis of cure payment obligations | 1.10 |
| 11/15/06 | Edmonson, J. | BK-Claims | Review report from J. Leamy (Skadden) of remaining open or on hold claims that still need resolution. | 0.40 |
| 11/15/06 | Wuertz, T. | BK-Claims | Phone call with David Young (WD) regarding Unilever claims. | 0.30 |
| 11/15/06 | Wuertz, T. | BK-Claims | Phone call with Scott Neal (Heinz) regarding extension of claim deadline. | 0.10 |
| 11/15/06 | Wuertz, T. | BK-Claims | Phone call with Eric Snyder (Allen Flavors) regarding revising claim objection. | 0.20 |
| 11/15/06 | Edmonson, J. | BK-Claims | Review email from D. Young (WD) regarding allowance of Commonwealth of Kentucky claim. | 0.10 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/15/06 | Wuertz, T. | BK-Claims | Phone call with Jane Leamy (Skadden) regarding status of Promotions Unlimited claim objection. | 0.10 |
| 11/15/06 | Edmonson, J. | BK-Claims | Review email and attached response from J. Leamy (Skadden) regarding resolution of Brown Bottling claim. | 0.20 |
| 11/15/06 | Edmonson, J. | BK-Claims | Review email from S. Sollis (Otterbourg) regarding reconciliation of secured tax claims. | 0.20 |
| 11/15/06 | Karol, S. | BK-Claims | Conference call with Jay Castle (Winn-Dixie), Cynthia Jackson (SH) , Bryan Gaston and Jamie Edmonson (XRoads) regarding cure payments and real estate department input | 0.50 |
| 11/15/06 | Wuertz, T. | BK-Claims | Phone call with Aphay Liu (XRoads) regarding status of unresolved claim issues. | 0.40 |
| 11/15/06 | Wuertz, T. | BK-Claims | Phone call with Aphay Liu (XRoads) regarding Riverdale claim documentation. | 0.10 |
| 11/15/06 | Edmonson, J. | BK-Claims | Review email and attached schedules from A. Liu (XRoads) concerning remaining reclamation payments outstanding. | 0.30 |
| 11/15/06 | Karol, S. | BK-Claims | Call with Bryan Gaston (XRoads) regarding cure payments and real estate department input | 0.30 |
| 11/15/06 | Wuertz, T. | BK-Claims | Second phone call with Jane Leamy (Skadden) regarding status of Promotions Unlimited claim. | 0.20 |
| 11/15/06 | Wuertz, T. | BK-Claims | Continue to respond to correspondence from Winn-Dixie, Winn-Dixie claimants, and Winn-Dixie counsel regarding outstanding claims issues and related data requests. | 0.70 |
| 11/15/06 | Wuertz, T. | BK-Claims | Respond to correspondence from Winn-Dixie, Winn-Dixie claimants, and Winn-Dixie counsel regarding outstanding claims issues and related data requests. | 1.60 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/15/06 | Edmonson, J. | BK-Claims | Review email from J. Leamy (Skadden) regarding follow up for Commonwealth of Kentucky motion to request late claim. | 0.20 |
| 11/15/06 | Wuertz, T. | BK-Claims | Respond to correspondence from Winn-Dixie, Winn-Dixie claimants, and Winn-Dixie counsel regarding outstanding claims issues and related data requests. | 1.30 |
| 11/15/06 | Wuertz, T. | BK-Claims | Receive and review data provided by Anja Parker (WD) related to Allen Flavors claim. | 0.30 |
| 11/15/06 | Wuertz, T. | BK-Claims | Phone call with Craig Stargardt (Unilever) and Richard Bellis (Unilever) regarding reconciliation of Slimfast and Best Foods claims. | 0.40 |
| 11/15/06 | Wuertz, T. | BK-Claims | Second phone call with Craig Stargardt (Unilever) and Richard Bellis (Unilever) regarding reconciliation of Slimfast and Best Foods claims. | 0.10 |
| 11/15/06 | Wuertz, T. | BK-Claims | Review and analysis of Slimfast and Best Foods claims in preparation of call with Richard Bellis (Unilever). | 0.80 |
| 11/15/06 | Karol, S. | BK-Claims | Analysis of cash payment obligations | 1.30 |
| 11/16/06 | Wuertz, T. | BK-Claims | Phone call with Steve Schuster (Schuster) regarding status of reclamation claim. | 0.20 |
| 11/16/06 | Wuertz, T. | BK-Claims | Phone call with Aphay Liu (XRoads) regarding Libbey Glass claim. | 0.20 |
| 11/16/06 | Gaston, B. | BK-Claims | Prepare for call with Cynthia Jackson (SH) and S. Karol (XRoads) regarding calculation of secured tax claims (partial participation) | 0.40 |
| 11/16/06 | Karol, S. | BK-Claims | Call with Cynthia Jackson (SH) regarding calculation of secured tax claims [partial participation by Bryan Gaston (XRoads)] | 0.50 |
| 11/16/06 | Gaston, B. | BK-Claims | Analysis of cure objection for store 1438 | 0.40 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/16/06 | Karol, S. | BK-Claims | Analysis of calculation of secured tax claims [partial participation by Bryan Gaston (XRoads)] | 0.60 |
| 11/16/06 | Wuertz, T. | BK-Claims | Phone call with David Gay (Smith Hulsey) regarding Libbey Glass and Del Labs claim. | 0.20 |
| 11/16/06 | Wuertz, T. | BK-Claims | Respond to correspondence from Winn-Dixie, Winn-Dixie claimants, and Winn-Dixie counsel regarding outstanding claims issues and related data requests. | 0.70 |
| 11/16/06 | Gaston, B. | BK-Claims | Analysis of cure objection for store 343 | 0.40 |
| 11/16/06 | Wuertz, T. | BK-Claims | Continue to respond to correspondence from Winn-Dixie, Winn-Dixie claimants, and Winn-Dixie counsel regarding outstanding claims issues and related data requests. | 1.50 |
| 11/16/06 | Gaston, B. | BK-Claims | Call with Cynthia Jackson (SH) and S. Karol (XRoads) regarding calculation of secured tax claims (partial participation) | 0.50 |
| 11/16/06 | Wuertz, T. | BK-Claims | Receive and review Revised Order for 22nd Omni provided by Jane Leamy (Skadden). | 0.40 |
| 11/16/06 | Wuertz, T. | BK-Claims | Review and analysis of $500k debit memo and related backup per the request of Jon Carroll (PBG). | 0.40 |
| 11/16/06 | Gaston, B. | BK-Claims | Revise analysis of claims 8851 and 8852 | 0.40 |
| 11/16/06 | Karol, S. | BK-Claims | Analysis of cash payments and effectuation of payments within 12 months | 1.70 |
| 11/16/06 | Edmonson, J. | BK-Claims | Review email from A. Liu (XRoads) regarding payment of reclamation claims to transferees. | 0.10 |
| 11/16/06 | Edmonson, J. | BK-Claims | Review email from K. Daw (Smith Gambrell) regarding secured tax claims and percentages allocated to real property and personal property. | 0.10 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/16/06 | Karol, S. | BK-Claims | Analysis of claims and methodology for completion | 1.80 |
| 11/16/06 | Edmonson, J. | BK-Claims | Review email from T. Wuertz (XRoads) regarding resolution of Unilever claims. | 0.20 |
| 11/16/06 | Wuertz, T. | BK-Claims | Document final agreements of Slimfast and Best Foods claims with copies to David Young (WD) and Jane Leamy (Skadden) | 0.70 |
| 11/16/06 | Gaston, B. | BK-Claims | Analysis of claims 8851 and 8852 | 0.60 |
| 11/16/06 | Gaston, B. | BK-Claims | Call with J. Post (SH&B) to deferred maintenance components of Chester Dix claims | 0.30 |
| 11/17/06 | Edmonson, J. | BK-Claims | Review email from A. Parker (WD) regarding resolution of Dales Doughnuts claim. | 0.10 |
| 11/17/06 | Edmonson, J. | BK-Claims | Email communications with R. Gray (Skadden) regarding secured claims other than secured tax claims. | 0.20 |
| 11/17/06 | Edmonson, J. | BK-Claims | Review email from E. Pollack (Logan & Co) regarding secured claims other than tax claims. | 0.10 |
| 11/17/06 | Gaston, B. | BK-Claims | Analysis of cure cost objection for store 1483 | 0.40 |
| 11/17/06 | Edmonson, J. | BK-Claims | Review email from S. Reinken (WD) regarding secured tax claim detail requested by exit financer. | 0.20 |
| 11/17/06 | Edmonson, J. | BK-Claims | Review email and attached report on secured tax claims from E. Pollack (Logan & Co). | 0.20 |
| 11/17/06 | Gaston, B. | BK-Claims | Call with S. Peay (WD) and A. Ravin (Skadden) to discuss analysis of Catamount claim for store 2405 | 0.30 |
| 11/17/06 | Gaston, B. | BK-Claims | Call with A. Ravin (Skadden) to discuss Catamount claim for store 2405 | 0.20 |

XRoads Solutions Group
Daily Detail Reports

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/17/06 | Edmonson, J. | BK-Claims | Revise master response log to reflect additional settlements and status for omnibus objections to claims. | 0.40 |
| 11/17/06 | Gaston, B. | BK-Claims | Analysis of Catamount claim for store 2405 | 0.40 |
| 11/17/06 | Karol, S. | BK-Claims | Conference call with Catherine Ibold and K. Neil (WD), Cynthia Jackson (SH) and Bryan Gaston (XRoads) regarding cure cost letter | 0.80 |
| 11/17/06 | Karol, S. | BK-Claims | Call with Bryan Gaston (XRoads) regarding cure cost letter | 0.30 |
| 11/17/06 | Karol, S. | BK-Claims | Analysis of cure cost issues | 1.10 |
| 11/17/06 | Gaston, B. | BK-Claims | Prepare for call with S. Peay (WD) and A. Ravin (Skadden) to discuss analysis of Catamount claim for store 2405 | 0.30 |
| 11/17/06 | Wuertz, T. | BK-Claims | Respond to correspondence from Winn-Dixie, Winn-Dixie claimants, and Winn-Dixie counsel regarding outstanding claims issues and related data requests. | 0.80 |
| 11/17/06 | Gaston, B. | BK-Claims | Call with A. Schaffer, Attorney for LL at store 382, to negotiate claim | 0.30 |
| 11/17/06 | Gaston, B. | BK-Claims | Revise analysis of cure cost objection for store 1483 | 0.20 |
| 11/18/06 | Gaston, B. | BK-Claims | Prepare detail schedule of real estate cure payments for 528 leases | 1.20 |
| 11/18/06 | Gaston, B. | BK-Claims | Revise detail schedule of real estate cure payments for 528 leases | 0.60 |
| 11/20/06 | Wuertz, T. | BK-Claims | Respond to correspondence from Winn-Dixie and Winn-Dixie vendors related to unresolved claims and related data requests. | 1.10 |
| 11/20/06 | Gaston, B. | BK-Claims | Analysis of allowed amount and reserves for claims: 12940, 12740, 13501, 13440, 12995, 13325, and 13307 | 0.90 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/20/06 | Gaston, B. | BK-Claims | Read Charles Cohen letter regarding cure objection to lease for store 390 on behalf of ICOS, LL | 0.20 |
| 11/20/06 | Gaston, B. | BK-Claims | Analysis of cure for store 390 | 0.40 |
| 11/20/06 | Wuertz, T. | BK-Claims | Phone call with Aphay Liu (XRoads) regarding reclamation payments, Maybelline, Libbey Glass, and Pepsi claims. | 0.40 |
| 11/20/06 | Wuertz, T. | BK-Claims | Conference call with David Young, Cameron Brooks and Jinnee Parrotta (all WD) and Aphay Liu (XRoads) to review listing of unresolved claims and determine next steps for resolution. | 0.60 |
| 11/20/06 | Wuertz, T. | BK-Claims | Phone call with Jane Leamy (Skadden) regarding status of Brachs claim. | 0.20 |
| 11/20/06 | Wuertz, T. | BK-Claims | Review and analysis of Pfizer/Warner Lambert claim and related backup provided by Wanda Borgess (Pfizer). | 0.50 |
| 11/20/06 | Wuertz, T. | BK-Claims | Continue review and analysis of Pfizer/Warner Lambert claim, reconciliation, and related backup provided by Wanda Borgess (Pfizer). | 1.70 |
| 11/20/06 | Karol, S. | BK-Claims | Analysis of communications to landlords regarding cures | 0.90 |
| 11/20/06 | Edmonson, J. | BK-Claims | Review and analysis of email and attached motion to allow late filed claim of Alvin B. Chan Family LP from J. Leamy (Skadden). | 0.40 |
| 11/20/06 | Wuertz, T. | BK-Claims | Review and analysis of Brachs claim in preparation for call with Robert Wilcox (Brachs). | 0.50 |
| 11/20/06 | Wuertz, T. | BK-Claims | Phone call with Cameron Brooks (WD) regarding Warner Lambert claim backup provided by Wanda Borgess (Pfizer). | 0.30 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/20/06 | Edmonson, J. | BK-Claims | Review and analysis of amended motion to allow late filed claim of Alvin B. Chan Family LP. | 0.20 |
| 11/20/06 | Wuertz, T. | BK-Claims | Phone call with Jon Carroll (PBG) regarding analysis of AP credits and next steps to fully reconcile the claim(s). | 0.30 |
| 11/20/06 | Karol, S. | BK-Claims | Conference call with K. Neil (WD) and K. Fagerstrom (XRoads) regarding cures | 0.10 |
| 11/20/06 | Edmonson, J. | BK-Claims | Review email from J. Castle (WD) regarding motion to allow late filed claim by Alvin Chan Family LP. | 0.10 |
| 11/20/06 | Wuertz, T. | BK-Claims | Prepare correspondence with details of counter offer from Schuster for Paul Tremblay's (WD) review. | 0.40 |

Total: BK-Claims

617.10

Activity: BK-Fee Application

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/10/06 | Doyle, T | BK-Fee Application | Review fee auditor report | 1.80 |
| 10/11/06 | Edmonson, J. | BK-Fee Application | Prepare email to Winn-Dixie XRoads team regarding September fee statement. | 0.20 |
| 10/12/06 | Doyle, T | BK-Fee Application | Conference call with H. Etlin and J. Simon (both XRoads) regarding fee auditor reports and XRoads response thereto | 0.80 |
| 10/12/06 | Simon, J. | BK-Fee Application | Fee Examiner report issues, etc. | 1.00 |
| 10/12/06 | Karol, S. | BK-Fee Application | Drafting sections of fee summary | 1.20 |
| 10/14/06 | Gaston, B. | BK-Fee Application | Complete September fee letter application | 0.60 |
| 10/16/06 | Fagerstrom, K. | BK-Fee Application | Review and analysis of Stuart Maue's 4th interim fee auditor final report | 1.90 |
| 10/16/06 | Fagerstrom, K. | BK-Fee Application | Continue Review and analysis of Stuart Maue's 3rd interim fee auditor final report | 1.80 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/16/06 | Fagerstrom, K. | BK-Fee Application | Review and analysis of Stuart Maue's 3rd interim fee auditor final report | 2.30 |
| 10/17/06 | Fagerstrom, K. | BK-Fee Application | Discussion with J Young (XRoads) regarding review of Fee Auditor reports | 0.70 |
| 10/17/06 | Fagerstrom, K. | BK-Fee Application | Review and analysis of Deloitte FAS Response to Fee Auditor Report | 0.60 |
| 10/17/06 | Edmonson, J. | BK-Fee Application | Begin preparation of September fee statement. | 1.20 |
| 10/17/06 | Fagerstrom, K. | BK-Fee Application | Review and analysis of Deloitte Consulting Response to Fee Auditor Report | 0.40 |
| 10/17/06 | Fagerstrom, K. | BK-Fee Application | Meeting with J Young (XRoads) and C Cooper (XRoads) regarding fee auditor response | 0.60 |
| 10/17/06 | Fagerstrom, K. | BK-Fee Application | Meeting with J Young (XRoads) regarding report format for summarization of fee auditor reports | 0.70 |
| 10/17/06 | Fagerstrom, K. | BK-Fee Application | Prepare summary reports for response to Fee Auditor Report | 1.70 |
| 10/18/06 | Fagerstrom, K. | BK-Fee Application | Continue preparation of summary reports for response to Fee Auditor Report | 1.70 |
| 10/18/06 | Fagerstrom, K. | BK-Fee Application | Continue work on summary reports for response to Fee Auditor Report | 2.20 |
| 10/18/06 | Young, J. | BK-Fee Application | Meeting with K Fagerstrom (XRoads) regarding report format for summarization of fee auditor reports | 0.70 |
| 10/18/06 | Fagerstrom, K. | BK-Fee Application | Continue work on summary reports for response to Fee Auditor Report (Report 2) | 2.10 |
| 10/18/06 | Fagerstrom, K. | BK-Fee Application | Work on summary reports for response to Fee Auditor Report | 2.20 |
| 10/19/06 | Fagerstrom, K. | BK-Fee Application | Continue Work on summary reports for response to Fee Auditor Report | 2.20 |

XRoads Solutions Group
Daily Detail Reports

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/19/06 | Fagerstrom, K. | BK-Fee Application | Meetings with J Young (XRoads) regarding fee auditor response | 1.10 |
| 10/19/06 | Fagerstrom, K. | BK-Fee Application | Continue Work on summary reports for response to Fee Auditor Report | 1.90 |
| 10/19/06 | Young, J. | BK-Fee Application | Meeting with K Fagerstrom and C Cooper (XRoads) regarding fee auditor response | 0.60 |
| 10/19/06 | Young, J. | BK-Fee Application | Discussion with K Fagerstrom (XRoads) to review Fee Auditor reports | 1.10 |
| 10/19/06 | Fagerstrom, K. | BK-Fee Application | Meetings with J Young (XRoads) and C Cooper (XRoads) regarding fee auditor response | 0.50 |
| 10/20/06 | Edmonson, J. | BK-Fee Application | Complete draft of September fee statement. | 0.70 |
| 10/20/06 | Fagerstrom, K. | BK-Fee Application | Continue work on summary reports for response to Fee Auditor Report | 2.30 |
| 10/20/06 | Fagerstrom, K. | BK-Fee Application | Continue Work on summary reports for response to Fee Auditor Report | 2.40 |
| 10/23/06 | Fagerstrom, K. | BK-Fee Application | Meeting with C Cooper (XRoads) and T Doyle (XRoads) regarding response to fee auditor report | 0.90 |
| 10/23/06 | Doyle, T | BK-Fee Application | Review of Fee Auditor analysis reports | 2.40 |
| 10/23/06 | Fagerstrom, K. | BK-Fee Application | Work on response document for fee auditor response | 8.60 |
| 10/23/06 | Edmonson, J. | BK-Fee Application | Revise September fee statement. | 0.60 |
| 10/24/06 | Doyle, T | BK-Fee Application | Review Stuart Maue reports and related materials in preparation for response | 1.50 |
| 10/24/06 | Doyle, T | BK-Fee Application | Review analysis by Fagerstrom of Fee Auditor reports | 1.10 |
| 10/24/06 | Gaston, B. | BK-Fee Application | Call with T Doyle, E Lyons, C Cooper and K. Fagerstrom (all XRoads) regarding Fee Auditor Response | 0.80 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/24/06 | Fagerstrom, K. | BK-Fee Application | Call with J Young (XRoads) regarding Fee Auditor response | 0.80 |
| 10/24/06 | Fagerstrom, K. | BK-Fee Application | Call with T Doyle, E Lyons, C Cooper and B Gaston (all XRoads) regarding Fee Auditor Response | 0.80 |
| 10/24/06 | Fagerstrom, K. | BK-Fee Application | Work on response document for fee auditor response | 5.90 |
| 10/24/06 | Doyle, T | BK-Fee Application | Conference call regarding analysis of XRoads billing statements for preparation of response to Stuart Maue reports - K. Fagerstrom, JMS; H. Etlin, C. Cooper | 0.70 |
| 10/24/06 | Young, J. | BK-Fee Application | Call with K Fagerstrom (XRoads) regarding Fee Auditor response | 0.80 |
| 10/24/06 | Karol, S. | BK-Fee Application | Revising September fee letter | 1.30 |
| 10/25/06 | Edmonson, J. | BK-Fee Application | Review and revise September fee letter to reflect comments from S. Karol (XRoads). | 0.30 |
| 10/25/06 | Fagerstrom, K. | BK-Fee Application | Work on analysis of potential duplicate time entries for fee apps 1 | 2.10 |
| 10/25/06 | Fagerstrom, K. | BK-Fee Application | Work on analysis of potential duplicate time entries for fee apps 2 | 1.90 |
| 10/25/06 | Fagerstrom, K. | BK-Fee Application | Work on analysis of potential duplicate time entries for fee apps 3 | 1.70 |
| 10/25/06 | Fagerstrom, K. | BK-Fee Application | Work on analysis of potential duplicate time entries for fee apps 4 | 1.90 |
| 10/26/06 | Fagerstrom, K. | BK-Fee Application | Work on analysis of blocked time entries for fee app 1 | 2.20 |
| 10/26/06 | Fagerstrom, K. | BK-Fee Application | Work on analysis of Skadden Responses to Days with time in excess of 12 hours | 1.10 |
| 10/26/06 | Fagerstrom, K. | BK-Fee Application | Work on analysis of Winn Dixie Days with time in excess of 12 hours | 2.90 |
| 10/26/06 | Fagerstrom, K. | BK-Fee Application | Continue work on analysis of potential duplicate time entries | 2.30 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/26/06 | Fagerstrom, K. | BK-Fee Application | Work on analysis of time spent on the retention of case professionals | 1.80 |
| 10/26/06 | Fagerstrom, K. | BK-Fee Application | Work on analysis of blocked time entries for fee app 2 | 1.90 |
| 10/27/06 | Fagerstrom, K. | BK-Fee Application | Work on preparation of response to T Doyle (XRoads) regarding time in excess of 12 hours | 0.70 |
| 10/27/06 | Fagerstrom, K. | BK-Fee Application | Work on preparation of response to T Doyle (XRoads) regarding time spent on retention of other case professionals | 0.90 |
| 10/27/06 | Fagerstrom, K. | BK-Fee Application | Work on analysis of blocked time entries for fee app 4 | 2.10 |
| 10/27/06 | Fagerstrom, K. | BK-Fee Application | Work on analysis of blocked time entries for fee app 3 | 1.90 |
| 10/30/06 | Fagerstrom, K. | BK-Fee Application | Continue work on analysis of Fee Auditor reports | 2.90 |
| 10/30/06 | Fagerstrom, K. | BK-Fee Application | Work on analysis of blocked time from fee auditor report | 2.20 |
| 11/06/06 | Fagerstrom, K. | BK-Fee Application | Work on blocked time entry analysis for fee auditor response | 1.10 |
| 11/07/06 | Doyle, T | BK-Fee Application | Analysis of Fee Auditor reports in preparation for XRoads response to the reports | 2.60 |
| 11/07/06 | Gaston, B. | BK-Fee Application | Prepare and revise October 2006 fee statement | 0.60 |
| 11/07/06 | Edmonson, J. | BK-Fee Application | Review and revise time entries for Winn-Dixie XRoads team for week ended 10/7/06 | 1.30 |
| 11/08/06 | Doyle, T | BK-Fee Application | Analysis for response to Fee Auditor reports to XRoads 1st 2nd & 3rd Interim Fee Applications | 2.20 |
| 11/08/06 | Fagerstrom, K. | BK-Fee Application | Discussion with T Doyle (XRoads) regarding fee auditor response | 0.80 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/08/06 | Doyle, T | BK-Fee Application | Prepare first draft of response to Fee Auditor reports to XRoads Fee Applications | 3.60 |
| 11/09/06 | Doyle, T | BK-Fee Application | Continued drafting of response to Fee Auditor reports | 3.80 |
| 11/09/06 | Fagerstrom, K. | BK-Fee Application | Work on analysis of duplicate time entries for Fee Audit response | 1.50 |
| 11/09/06 | Fagerstrom, K. | BK-Fee Application | Conference call with H Etlin, S Karol and T Doyle (XRoads) regarding Fee Audit Response | 0.70 |
| 11/09/06 | Etlin, H. | BK-Fee Application | Call with billing team on fee auditor response | 0.90 |
| 11/09/06 | Karol, S. | BK-Fee Application | Analysis of audit analysis | 1.90 |
| 11/10/06 | Fagerstrom, K. | BK-Fee Application | Work on files for Winn-Dixie Fee Auditor response | 1.50 |
| 11/10/06 | Edmonson, J. | BK-Fee Application | Begin preparation of 5th interim fee application | 1.40 |
| 11/13/06 | Fagerstrom, K. | BK-Fee Application | Discussion with C Cooper (XRoads) regarding duplicated time entries | 0.70 |
| 11/15/06 | Etlin, H. | BK-Fee Application | Review fee auditor reports, discuss with billing team | 1.90 |
| 11/15/06 | Karol, S. | BK-Fee Application | Analysis of October description and of timing for filings | 1.80 |
| 11/15/06 | Edmonson, J. | BK-Fee Application | Review email from K. Fagerstrom (XRoads) regarding October fee statement. | 0.10 |
| 11/15/06 | Karol, S. | BK-Fee Application | Analysis of 5th Interim fee app fees | 0.60 |
| 11/16/06 | Karol, S. | BK-Fee Application | Drafting 5th Interim Fee Application sections | 1.90 |
| 11/16/06 | Edmonson, J. | BK-Fee Application | Continued preparation of 5th Interim Fee Application. | 4.30 |
| 11/16/06 | Edmonson, J. | BK-Fee Application | Telephone call with S. Karol (XRoads) regarding 5th Interim Fee Application. | 0.20 |

XRoads Solutions Group
Daily Detail Reports

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/16/06 | Karol, S. | BK-Fee Application | Analysis of hours and fee calculations | 1.80 |
| 11/17/06 | Karol, S. | BK-Fee Application | Review of fee application draft | 1.90 |
| 11/17/06 | Fagerstrom, K. | BK-Fee Application | Initial review of Fee Auditor response prepared by T Doyle (XRoads) | 1.20 |
| 11/17/06 | Karol, S. | BK-Fee Application | Redrafting fee application draft | 1.80 |
| 11/17/06 | Fagerstrom, K. | BK-Fee Application | Work on Winn-Dixie fee auditor response documents regarding time billed in excess of 12 hours | 2.90 |
| 11/17/06 | Karol, S. | BK-Fee Application | Revision of hours and fee calculations | 0.70 |
| 11/17/06 | Edmonson, J. | BK-Fee Application | Review email from B. Boggess (XRoads) regarding procurement's role in October for fee statement. | 0.20 |
| 11/19/06 | Edmonson, J. | BK-Fee Application | Review email and revised fifth interim fee application from S. Karol (XRoads). | 0.60 |
| 11/19/06 | Edmonson, J. | BK-Fee Application | Revise fifth interim fee application. | 0.70 |
| 11/19/06 | Edmonson, J. | BK-Fee Application | Email communications with S. Karol (XRoads) regarding fifth interim fee application. | 0.30 |
| 11/20/06 | Karol, S. | BK-Fee Application | Drafting sections of response to fee auditors report | 1.40 |
| 11/20/06 | Fagerstrom, K. | BK-Fee Application | Preparation of analysis of Exhibit for other vaguely described time activities | 1.90 |
| 11/20/06 | Fagerstrom, K. | BK-Fee Application | Continue preparation of analysis of Exhibit for other vaguely described time activities | 1.50 |
| 11/20/06 | Fagerstrom, K. | BK-Fee Application | Provided detailed comments to draft of response to fee auditor reports | 2.30 |
| 11/20/06 | Karol, S. | BK-Fee Application | Discussion with Jamie Edmonson (XRoads) re 5th interim fee application | 0.30 |
| 11/20/06 | Karol, S. | BK-Fee Application | Revising 5th Interim Fee Application | 1.80 |
| 11/20/06 | Karol, S. | BK-Fee Application | Drafting 5th Interim Fee Application | 1.90 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/20/06 | Karol, S. | BK-Fee Application | Revising October fee letter | 0.70 |
| 11/20/06 | Edmonson, J. | BK-Fee Application | Telephone conference with S. Karol (XRoads) regarding fifth interim fee application. | 0.30 |
| 11/20/06 | Fagerstrom, K. | BK-Fee Application | Review and analysis of draft of response to fee auditor reports | 2.90 |
| 11/20/06 | Fagerstrom, K. | BK-Fee Application | Work on analysis of time billed in excess of 12 hours for fee auditor responses | 2.50 |
| 11/20/06 | Edmonson, J. | BK-Fee Application | Review and revise XRoads Winn-Dixie team time for week ended 10/28/06. | 1.60 |
| 11/20/06 | Edmonson, J. | BK-Fee Application | Review further revised fifth interim fee application. | 0.70 |
| 11/20/06 | Edmonson, J. | BK-Fee Application | Prepare XRoads fee statement for October 2006, including review of suggested changes from B. Gaston, B. Boggess and S. Karol (all XRoads). | 2.20 |
| 11/20/06 | Edmonson, J. | BK-Fee Application | Review and revise XRoads Winn-Dixie time entries for week ended 10/21/06. | 1.10 |
| 11/20/06 | Edmonson, J. | BK-Fee Application | Review and revise XRoads Winn-Dixie time entries for week ended 10/14/06. | 1.40 |
| 11/20/06 | Karol, S. | BK-Fee Application | Providing input for response to fee auditors report | 1.60 |
| 11/20/06 | Doyle, T | BK-Fee Application | Review and analyze input from XRoads personnel to first draft of response to Fee Auditor reports | 1.50 |
| 11/20/06 | Karol, S. | BK-Fee Application | Revising October fee letter (continued) | 0.60 |
| 11/20/06 | Young, J. | BK-Fee Application | Review of Fee Auditor Draft Response | 1.00 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/21/06 | Edmonson, J. | BK-Fee Application | Review draft response to fee examiners' report for first through fourth fee applications. | 1.20 |
| 11/26/06 | Doyle, T | BK-Fee Application | Preparation of XRoads response to Fee Auditor reports | 0.60 |
| 11/27/06 | Doyle, T | BK-Fee Application | Revise response to Fee Auditor reports | 1.20 |
| 11/28/06 | Young, J. | BK-Fee Application | Analysis and review related to fee auditor report | 2.50 |
| 11/29/06 | Edmonson, J. | BK-Fee Application | Review and analyze revised draft of response to fee examiner's reports. | 1.70 |
| 11/29/06 | Fagerstrom, K. | BK-Fee Application | Review and analysis of revised Fee Auditor response from T Doyle (XRoads) | 2.60 |
| 11/29/06 | Fagerstrom, K. | BK-Fee Application | Discussion with P Windham (WD) regarding missing time slip descriptions | 0.40 |
| 11/29/06 | Fagerstrom, K. | BK-Fee Application | Call with T Doyle and C Cooper (XRoads) regarding fee auditor response | 1.70 |
| 11/29/06 | Fagerstrom, K. | BK-Fee Application | Preparation of revised analysis of hours in excess of 12 hours analysis | 1.10 |
| 11/29/06 | Doyle, T | BK-Fee Application | Preparation for and lead Conference call with Carla Cooper and K. Fagerstrom to review and revise response to Fee Auditor reports (1.6) | 1.60 |
| 11/30/06 | Fagerstrom, K. | BK-Fee Application | Continue work on review of duplicate time entries for exhibit to fee auditor response | 2.90 |
| 11/30/06 | Fagerstrom, K. | BK-Fee Application | Continue work on review of duplicate time entries for exhibit to fee auditor response | 2.30 |
| 11/30/06 | Fagerstrom, K. | BK-Fee Application | Discussion with J Young (XRoads) regarding fee auditor report open issues | 0.80 |
| 11/30/06 | Young, J. | BK-Fee Application | Discussion with K Fagerstrom (XRoads) regarding fee auditor report open issues | 0.80 |
| 12/01/06 | Fagerstrom, K. | BK-Fee Application | Continue work on analysis of duplicate time entries | 3.20 |

XRoads Solutions Group
Daily Detail Reports

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 12/01/06 | Fagerstrom, K. | BK-Fee Application | Work on edits to response to Stuart Maue report | 2.30 |
| 12/01/06 | Fagerstrom, K. | BK-Fee Application | Review and analysis of vaguely described conferences from fee auditor report | 1.30 |
| 12/04/06 | Fagerstrom, K. | BK-Fee Application | Work on analysis of non-firm conferences | 1.90 |
| 12/04/06 | Doyle, T | BK-Fee Application | Further revisions to XRoads Fee Auditor response based on input from W-D team members | 1.60 |
| 12/04/06 | Doyle, T | BK-Fee Application | Revise Fee Auditor response | 2.60 |
| 12/05/06 | Fagerstrom, K. | BK-Fee Application | Work on edits to fee auditor report | 2.80 |
| 12/05/06 | Doyle, T | BK-Fee Application | Revise response to Fee Auditor reports based on additional information | 1.30 |
| 12/05/06 | Young, J. | BK-Fee Application | Analysis and review related to fee auditor report | 2.50 |
| 12/06/06 | Doyle, T | BK-Fee Application | Revise response to Fee Auditor reports based on additional information; Telephone call with K. Faggerstrom & Carla Cooper regarding response to fee auditor reports | 2.20 |
| 12/06/06 | Fagerstrom, K. | BK-Fee Application | Call with T Doyle and C Cooper (XRoads) regarding response to fee auditor report | 0.70 |
| 12/06/06 | Fagerstrom, K. | BK-Fee Application | Preparation for call with T Doyle and C Cooper (XRoads) regarding response to fee auditor report | 0.90 |
| 12/07/06 | Young, J. | BK-Fee Application | Discussion with K Fagerstrom (XRoads) regarding fee auditor report open issues | 0.80 |
| 12/07/06 | Fagerstrom, K. | BK-Fee Application | Review and analysis of latest draft of fee audit report | 2.50 |
| 12/07/06 | Fagerstrom, K. | BK-Fee Application | Work on exhbits for fee auditor report | 6.90 |
| 12/07/06 | Doyle, T | BK-Fee Application | Prepare exhibits for XRoads response to Fee Auditor reponse | 2.80 |

XRoads Solutions Group
Daily Detail Reports

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 12/11/06 | Etlin, H. | BK-Fee Application | Conference call on reponse to fee auditor, review document | 1.70 |
| 12/11/06 | Simon, J. | BK-Fee Application | Fee matters with T. Doyle, d. Simon & H. Etlin | 0.60 |
| 12/12/06 | Doyle, T | BK-Fee Application | Prepare exhibits to XRoads response to fee auditor reports | 2.20 |
| 12/12/06 | Doyle, T | BK-Fee Application | Revise response to fee auditor reports and transmit to XRoads team for final review | 1.60 |
| 12/13/06 | Karol, S. | BK-Fee Application | Analysis of Mauer response | 1.80 |
| 12/17/06 | Doyle, T | BK-Fee Application | Scheduling & Planning for final review of fee auditor response with Holly Etlin & Sheon Karol | 0.30 |
| 12/18/06 | Fagerstrom, K. | BK-Fee Application | Meeting with T Doyle, S Karol and H Etlin (XRoads) regarding Winn-Dixie final fee audit report and go forward billing | 0.50 |
| 12/18/06 | Doyle, T | BK-Fee Application | Finalize fee auditor response; conference call with Holly Etlin, Sheon Karol, K. Fagerstronm & Carla Cooper regarding fee auditor response and filing thereof | 0.80 |
| 12/19/06 | Doyle, T | BK-Fee Application | Telephone call with Skadden attorneys regarding XRoads response to fee auditor reports; finalize format of response for filing; transmit fee auditor response to K. Ward (Skadden) for court filing | 1.20 |

Total: BK-Fee Application 241.30

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| Activity: BK-Plan | | | | |
| 10/02/06 | Gaston, B. | BK-Plan | Prepare analysis of plan objections filed by LLs | 1.60 |
| 10/02/06 | Gaston, B. | BK-Plan | Meet with K. Neil (WD) to discuss analysis of plan objections filed by LLs | 0.60 |
| 10/02/06 | Gaston, B. | BK-Plan | Revise analysis of plan objections filed by LLs | 0.70 |
| 10/03/06 | Gaston, B. | BK-Plan | Prepare for call with K. Neil (WD), A. Ravin (Skadden) and JR. Lederer (Skadden) to discuss plan objection filed by LLs | 0.40 |
| 10/03/06 | Edmonson, J. | BK-Plan | Review claim reduction election report from K. Logan. | 0.30 |
| 10/03/06 | Gaston, B. | BK-Plan | Call with K. Neil (WD), A. Ravin (Skadden) and JR. Lederer (Skadden) to discuss plan objection filed by LLs | 1.00 |
| 10/04/06 | Edmonson, J. | BK-Plan | Review email from R. Gray (Skadden) regarding effective date payments. | 0.20 |
| 10/04/06 | Edmonson, J. | BK-Plan | Review email from S. Karol (XRoads) regarding effective date payments. | 0.10 |
| 10/04/06 | Gaston, B. | BK-Plan | Call with C. Bice (Hobart) to negotiate contract assumption and cure | 0.80 |
| 10/04/06 | Gaston, B. | BK-Plan | Follow up call with C. Bice (Hobart) to negotiate contract assumption and cure | 0.70 |
| 10/04/06 | Edmonson, J. | BK-Plan | Telephone call with S. Karol and B. Gaston (XRoads) regarding payments to be made on effective date. | 0.20 |
| 10/06/06 | Edmonson, J. | BK-Plan | Email communications with T. Williams (WD) regarding KERP and severance payments. | 0.20 |
| 10/07/06 | Edmonson, J. | BK-Plan | Review email from R. Gray (Skadden) regarding secured tax claims and other secured claims to be paid under the Plan. | 0.20 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/09/06 | Edmonson, J. | BK-Plan | Review email from P. Neckles (Skadden) regarding sources and use for effective date payments. | 0.10 |
| 10/09/06 | Edmonson, J. | BK-Plan | Email communications with S. Karol (XRoads) and J. O'Connell (Blackstone) regarding sources and uses for effective date payments. | 0.20 |
| 10/09/06 | Edmonson, J. | BK-Plan | Review email from R. Gray (Skadden) regarding effective date payments for reclamation claims, contract cures and real estate cures. | 0.20 |
| 10/09/06 | Edmonson, J. | BK-Plan | Telephone call with T. Williams (WD) regarding KERP and severance payment obligations. | 0.20 |
| 10/10/06 | Edmonson, J. | BK-Plan | Review/analysis of spreadsheet of contract cure payments to be made on the effective date and compare to report of 10/9/06. | 0.30 |
| 10/10/06 | Edmonson, J. | BK-Plan | Provide claim information for inclusion in confirmation brief. | 0.10 |
| 10/10/06 | Edmonson, J. | BK-Plan | Conference call with S. Karol (XRoads) and partial with B. Gaston, K. Fagerstrom and J. Young (all XRoads) regarding effective date payments to be made. | 0.40 |
| 10/10/06 | Edmonson, J. | BK-Plan | Conference call with J. Castle, J. Roy, B. Kichler, J. James, J. Roy and D. Young (WD); S. Karol, J. Young, K. Fagerstrom and B. Gaston (XRoads); R. Gray and D. Turetsky (Skadden); K. Logan and E. Pollack (Logan & Co), J. O'Connell (Blackstone), A. Wilburn (Smith Hulsey), regarding contract cure payments to be made on the effective date. | 0.60 |
| 10/10/06 | Gaston, B. | BK-Plan | Prepare updated real estate cure cost analysis in preparation for call on cash emergence requirements | 1.30 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/10/06 | Edmonson, J. | BK-Plan | Telephone call with J. Young (XRoads) regarding effective date contract cure payments. | 0.10 |
| 10/10/06 | Edmonson, J. | BK-Plan | Conference call with J. Castle, D. Young, J. Roy and J. Parrotta (WD); A. Liu, T. Wuertz and S. Karol (XRoads); R. Gray, A. Ravin, S. Eichel (Skadden); K. Logan and E. Pollack (Logan & Co), J. O'Connell (Blackstone) regarding reclamation claims and effective date payments. | 0.20 |
| 10/10/06 | Edmonson, J. | BK-Plan | Conference call with J. Castle, C. Ibold, D. Young, J. Roy, K. Stubbs and K. Neil (all WD); S. Karol and B. Gaston (XRoads); R. Gray and A. Ravin, (Skadden); K. Logan and E. Pollack (Logan), J. O'Connell (Blackstone), A. Wilburn (Smith Hulsey), K. Daw (SG&R) regarding real estate cure payments to be made on the effective date. | 0.80 |
| 10/10/06 | Edmonson, J. | BK-Plan | Review email and attached spreadsheet of real estate cure payments to be made on the effective date from B. Gaston (XRoads). | 0.30 |
| 10/10/06 | Gaston, B. | BK-Plan | Prepare for call to discuss effective date claim payments (Real Estate): J. Castle (WD), R. Gray (Skadden), J. O'Connell (Blackstone), D. Young (WD), S. Karol, J. Edmonson (XRoads), K. Daw (SG&R), A. Wullbern (SH&B), J. Roy and K. Stubbs (WD) | 0.80 |
| 10/10/06 | Gaston, B. | BK-Plan | Participate on call to discuss effective date claim payments (Real Estate): J. Castle (WD), R. Gray (Skadden), J. O'Connell (Blackstone), D. Young (WD), S. Karol and J. Edmonson (XR), K. Daw (SG&R), A. Wullbern, (SH&B), J. Roy and K. Stubbs (WD) | 0.80 |
| 10/10/06 | Gaston, B. | BK-Plan | Prepare for call to discuss effective date claim payments (Executory Contracts): J. Castle (WD), R. Gray (Skadden), J. O'Connell (Blackstone), D. Young (WD), S. Karol and J. Edmonson (XRoads), J. Roy | 0.60 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| | | | (WD), J. Young and K. Fagerstrom (XRoads) | |
| 10/10/06 | Gaston, B. | BK-Plan | Participate on call to discuss effective date claim payments (Executory Contracts): J. Castle (WD), R. Gray (Skadden), J. O'Connell (Blackstone), D. Young (WD), S. Karol and J. Edmonson (XRoads), J. Roy (WD), J. Young and K. Fagerstrom (XRoads) | 0.60 |
| 10/11/06 | Gaston, B. | BK-Plan | Call with D. Irom (Blackstone), S. Renkin and J. Roy (WD), R. Gray (Skadden), S. Karol and J. Edmonson (XRoads) to discuss cash sources and uses at plan distribution. | 0.90 |
| 10/11/06 | Edmonson, J. | BK-Plan | Telephone conference with S. Karol (XRoads) regarding section 4.6 and claims reserves. | 0.50 |
| 10/11/06 | Edmonson, J. | BK-Plan | Review email and attached revised sources and use analysis from D. Irom (Blackstone). | 0.20 |
| 10/11/06 | Edmonson, J. | BK-Plan | Review email from J. Castle (WD) regarding claims reserves for disputed claims and stock pricing. | 0.20 |
| 10/11/06 | Edmonson, J. | BK-Plan | Email communications with D. Young (WD) regarding Class 4 claims secured by letters credit and details needed by company. | 0.20 |
| 10/11/06 | Edmonson, J. | BK-Plan | Review ballot tabulation affidavit for percentages and amounts accepting and rejecting the Plan. | 0.30 |
| 10/11/06 | Gaston, B. | BK-Plan | Analysis of cure costs for assumed leases on stores: 218, 222, and 1537 | 0.60 |
| 10/11/06 | Gaston, B. | BK-Plan | Revise cure cost log to reflect 5 instances where payees are not current landlords to ensure Winn-Dixie accounting makes timely, accurate payment to proper party at emergence | 0.40 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/11/06 | Gaston, B. | BK-Plan | Analysis of cure cost for store 359 | 0.40 |
| 10/11/06 | Edmonson, J. | BK-Plan | Conference call with D. Irom (Blackstone), S. Renkin and J. Roy (WD), R. Gray (Skadden), S. Karol and B. Gaston (XRoads) to discuss claims reserves and payments under the plan. | 0.70 |
| 10/11/06 | Edmonson, J. | BK-Plan | Telephone conference with S. Karol (XRoads) regarding claim reserves for plan. | 0.30 |
| 10/11/06 | Edmonson, J. | BK-Plan | Telephone conference with K. Logan (Logan & Co) regarding claim estimates and analysis for distributions. | 0.30 |
| 10/11/06 | Edmonson, J. | BK-Plan | Review draft report from K. Logan (Logan & Co) in connection with reserves for landlord claim. | 0.30 |
| 10/12/06 | Etlin, H. | BK-Plan | Prepare for confirmation testimony | 0.70 |
| 10/12/06 | Edmonson, J. | BK-Plan | Conference call with D. Irom (Blackstone); B. Gaston, S. Karol (XRoads); R. Gray (Skadden); J. Roy, C. Ness, S. Reinken (WD) regarding sources and uses of funds for effective date payments. | 0.90 |
| 10/12/06 | Edmonson, J. | BK-Plan | Conference call with S. Karol (XRoads) regarding sources and uses and tax claims. | 0.40 |
| 10/12/06 | Edmonson, J. | BK-Plan | Review spreadsheet detailing Class 4 secured letter of credit claims under the Plan. | 0.30 |
| 10/12/06 | Gaston, B. | BK-Plan | Analysis of cure cost for store 2270 | 0.30 |
| 10/12/06 | Edmonson, J. | BK-Plan | Review updated report of contract cure payments to be made on effective date. | 0.30 |
| 10/12/06 | Gaston, B. | BK-Plan | Analysis of cure cost for store 660 | 0.30 |
| 10/12/06 | Gaston, B. | BK-Plan | Meeting with K. Neil (WD) to discuss cure cost updates and plan strategy for release of cure payments | 0.90 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/13/06 | Etlin, H. | BK-Plan | Attend plan confirmation hearing | 3.60 |
| 10/14/06 | Gaston, B. | BK-Plan | Analysis of cure costs for lease on store 214 | 0.60 |
| 10/14/06 | Gaston, B. | BK-Plan | Analysis of cure costs for lease on store 596 | 0.50 |
| 10/16/06 | Edmonson, J. | BK-Plan | Review email from R. Gray (Skadden) regarding plan claims reserves. | 0.10 |
| 10/16/06 | Edmonson, J. | BK-Plan | Email communications with R. Gray (Skadden) regarding plan claims reserves. | 0.10 |
| 10/16/06 | Edmonson, J. | BK-Plan | Begin preparation of claims estimate reports to determine proper reserves. | 3.20 |
| 10/17/06 | Edmonson, J. | BK-Plan | Conference call with J. Castle, D. Young (WD); R. Gray (Skadden); K. Logan (Logan & Co); J. O'Connell (Blackstone) regarding claim reserves and stock distributions. | 1.10 |
| 10/18/06 | Gaston, B. | BK-Plan | Call with D. Irom (Blackstone) to discuss cash sources and uses analysis | 0.30 |
| 10/18/06 | Gaston, B. | BK-Plan | Call with D. Irom (Blackstone) to discuss proceeds from sale of Montgomery, AL and Harahan, LA warehouses | 0.30 |
| 10/19/06 | Edmonson, J. | BK-Plan | Review and analysis of cure payments to be made under the plan and preparation of analysis showing discrepancies from report prepared by Logan. | 2.30 |
| 10/19/06 | Edmonson, J. | BK-Plan | Review and analysis of reserve reports for Classes 13, 14 and 16 and claims for which no reserve is required under the Plan provided by K. Logan (Logan & Co). | 2.80 |
| 10/19/06 | Edmonson, J. | BK-Plan | Prepare for conference call with company and Skadden to discuss claim reserves. | 0.70 |
| 10/19/06 | Edmonson, J. | BK-Plan | Prepare for conference call with R. Gray, A. Ravin (Skadden); K. Logan (Logan & Co) and B. Gaston (XRoads) to discuss Class 13 landlord claims under the Plan. | 0.60 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/19/06 | Edmonson, J. | BK-Plan | Telephone conference with B. Gaston (XRoads) regarding claim reserves under the Plan. | 0.30 |
| 10/19/06 | Edmonson, J. | BK-Plan | Review email from B. Gaston (XRoads) regarding real estate reserves for rejected leases, including those for which bar date has not passed. | 0.10 |
| 10/19/06 | Edmonson, J. | BK-Plan | Conference call with K. Logan (Logan & Co); R. Gray, A. Ravin and J. Leamy (Skadden); B. Gaston (XRoads); J. Castle, D. Young, L. Appel and J. Roy (WD); J. O'Connell (Blackstone) regarding claim reserves under the Plan. | 1.10 |
| 10/19/06 | Edmonson, J. | BK-Plan | Conference call with K. Logan and B. Crocker (Logan & Co); R. Gray, A. Ravin and J. Leamy (Skadden); B. Gaston (XRoads) regarding claim reserves under the Plan. | 0.60 |
| 10/20/06 | Edmonson, J. | BK-Plan | Prepare report of remaining reclamation payments for K. Logan (Logan & Co). | 1.20 |
| 10/20/06 | Edmonson, J. | BK-Plan | Conference call with B. Gaston (XRoads); R. Gray, A. Ravin (Skadden); K. Logan (Logan & Co) regarding Class 13 landlord claims and reserves. | 1.00 |
| 10/20/06 | Edmonson, J. | BK-Plan | Conference call with L. Appel, J. Castle, D. Young (WD); B. Gaston (XRoads); R. Gray (Skadden); K. Logan (Logan & Co) regarding worst case scenario reserves to be established. | 0.60 |
| 10/20/06 | Edmonson, J. | BK-Plan | Telephone call with K. Logan (Logan & Co) regarding reclamation payments under the Plan. | 0.20 |
| 10/20/06 | Edmonson, J. | BK-Plan | Review and analysis of reclamation payments remaining and compare to Logan report. | 2.60 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/20/06 | Edmonson, J. | BK-Plan | Prepare for conference call with B. Gaston (XRoads), R. Gray (Skadden), K. Logan (Logan & Co) to discuss claim reserves for landlord claims under the Plan. | 0.60 |
| 10/23/06 | Edmonson, J. | BK-Plan | Review email from K. Logan (Logan & Co) and attached spreadsheet of Class 13 landlord claims with reserves and worst case scenarios. | 0.70 |
| 10/23/06 | Edmonson, J. | BK-Plan | Review email from B. Gaston (XRoads) regarding Class 13 landlord claims. | 0.20 |
| 10/23/06 | Edmonson, J. | BK-Plan | Review email and attached spreadsheet from K. Logan (Logan & Co) regarding additional contracts with possible cure payments. | 0.40 |
| 10/24/06 | Edmonson, J. | BK-Plan | Email communications with R. Gray (Skadden) regarding reserves. | 0.10 |
| 10/24/06 | Edmonson, J. | BK-Plan | Review/analysis of spreadsheet of possible additional cure payments. | 0.40 |
| 10/24/06 | Edmonson, J. | BK-Plan | Prepare email to K. Logan and C. Jackson (Logan & Co) regarding additional cure payments. | 0.20 |
| 10/24/06 | Edmonson, J. | BK-Plan | Telephone call with S. Karol (XRoads) and partial with R. Gray (Skadden) regarding claims reserves. | 0.20 |
| 10/24/06 | Edmonson, J. | BK-Plan | Review and analysis of Team 14 vendor supplier claims reserves and worst case scenario. | 0.80 |
| 10/24/06 | Edmonson, J. | BK-Plan | Review and analysis of Team 16 miscellaneous unsecured claims reserves and worst case scenario. | 0.60 |
| 10/24/06 | Edmonson, J. | BK-Plan | Meeting with S. Karol (XRoads) to review and analyze claims and reserve estimates for plan distribution purposes. | 3.50 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/25/06 | Edmonson, J. | BK-Plan | Review and analysis of revised reports from K. Logan (Logan & Co) concerning Class 14 and Class 16 estimates and reserves. | 0.90 |
| 10/25/06 | Edmonson, J. | BK-Plan | Meeting with S. Karol (XRoads) regarding claims estimates and reserves for plan distribution. | 1.90 |
| 10/25/06 | Edmonson, J. | BK-Plan | Review email and attached spreadsheet from A. Liu (XRoads) regarding reclamation claim reserves with potential estimates and worst case scenarios. | 0.60 |
| 10/25/06 | Edmonson, J. | BK-Plan | Review email and attached spreadsheet from C. Jackson (Logan & Co) regarding differences in reclamation payments outstanding. | 0.70 |
| 10/25/06 | Edmonson, J. | BK-Plan | Telephone call with K. Logan and C. Jackson (Logan & Co) regarding reclamation payments outstanding and differences for 11 claims. | 0.20 |
| 10/26/06 | Edmonson, J. | BK-Plan | Review email and attached report from D. Irom (Blackstone) in connection with Plan section 4.6. | 0.30 |
| 10/26/06 | Edmonson, J. | BK-Plan | Call with S. Karol (XRoads) to discuss Classes 13, 14 and 16 claim reserves | 1.40 |
| 10/26/06 | Edmonson, J. | BK-Plan | Review email from B. Gaston (XRoads) regarding reserve revisions for Class 13 claims. | 0.20 |
| 10/26/06 | Edmonson, J. | BK-Plan | Call with K. Loverich (WD) and S. Karol (XRoads) to discuss class 16 claim reserve. | 0.20 |
| 10/26/06 | Edmonson, J. | BK-Plan | Call with S. Karol (XRoads) to discuss class 16 claim reserve. | 0.40 |
| 10/26/06 | Edmonson, J. | BK-Plan | Review stock reserve analysis prepared by Blackstone. | 0.30 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/26/06 | Edmonson, J. | BK-Plan | Call with Rosalie Gray (Skadden) and S. Karol (XRoads) regarding claims estimates and reserves | 0.20 |
| 10/27/06 | Edmonson, J. | BK-Plan | Review revised claims reserve analysis. | 0.20 |
| 10/27/06 | Edmonson, J. | BK-Plan | Review and analysis of Class 16 litigation claims for reserve purposes. | 1.20 |
| 10/27/06 | Edmonson, J. | BK-Plan | Telephone call with K. Loverich (WD) and S. Karol (XRoads) to discuss revisions to Class 16 reserves. | 0.30 |
| 10/27/06 | Edmonson, J. | BK-Plan | Telephone call with S. Karol (XRoads) to discuss Class 13, 14 and 16 claim reserves for best and recommended scenarios. | 0.70 |
| 10/27/06 | Edmonson, J. | BK-Plan | Review email from R. Gray (Skadden) regarding MSP/SRP possible inclusion of interest in plan reserves. | 0.10 |
| 10/27/06 | Edmonson, J. | BK-Plan | Review email from S. Karol (XRoads) regarding claims reserve analysis. | 0.10 |
| 10/27/06 | Edmonson, J. | BK-Plan | Prepare claims reserve analysis for best and worst case scenarios. | 1.70 |
| 10/27/06 | Edmonson, J. | BK-Plan | Review email from R. Gray (Skadden) regarding equity committee professionals fees. | 0.10 |
| 10/27/06 | Edmonson, J. | BK-Plan | Review email from J. O'Connell (Blackstone) regarding equity committee professionals fees. | 0.10 |
| 10/27/06 | Edmonson, J. | BK-Plan | Review email and attached revised spreadsheet from B. Gaston (XRoads) for assumed real estate leases with cure payments. | 0.40 |
| 10/30/06 | Edmonson, J. | BK-Plan | Conference call with R. Gray (Skadden); J. O'Connell and D. Irom (Blackstone); S. Karol (XRoads); L. Appel and J. Castle (WD) regarding claims reserves. | 0.60 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/30/06 | Gaston, B. | BK-Plan | Call with J. O'Connell and D. Irom (Blackstone) to discuss revisions to sources and uses of cash at distribution date | 0.30 |
| 10/30/06 | Edmonson, J. | BK-Plan | Revise Class 14 reserve spreadsheet to reflect suggested reserve amounts. | 0.90 |
| 10/30/06 | Edmonson, J. | BK-Plan | Email communications with S. Karol (XRoads) regarding claims reserve for A. Rowland indemnity claim. | 0.20 |
| 10/30/06 | Edmonson, J. | BK-Plan | Review email from R. Gray (Skadden) regarding SRP interest calculation. | 0.20 |
| 10/30/06 | Edmonson, J. | BK-Plan | Telephone conference with S. Karol (XRoads) regarding claims reserves. | 0.40 |
| 10/30/06 | Edmonson, J. | BK-Plan | Review email from B. Gaston (XRoads) regarding Class 13 landlord claim reserve revisions. | 0.20 |
| 10/30/06 | Edmonson, J. | BK-Plan | Review class 16 analysis to reflect updated numbers from K. Loverich (WD). | 0.40 |
| 10/31/06 | Edmonson, J. | BK-Plan | Analysis of revised reserve recommendations. | 0.70 |
| 10/31/06 | Edmonson, J. | BK-Plan | Analysis and revisions to Class 14 reserve recommended amounts. | 1.40 |
| 10/31/06 | Edmonson, J. | BK-Plan | Review and analysis of revised contract cure payment schedule. | 0.20 |
| 10/31/06 | Edmonson, J. | BK-Plan | Review and analysis of contract cure payment reconciliation from May Business Plan to current estimates. | 0.30 |
| 10/31/06 | Gaston, B. | BK-Plan | Follow up call with J. O'Connell and D. Irom (Blackstone) to discuss revisions to sources and uses of cash at distribution date | 0.30 |
| 10/31/06 | Edmonson, J. | BK-Plan | Conference call with J. Castle, J. Roy and D. Young (WD); R. Gray, J. Baker (Skadden); J. O'Connell and D. Irom | 0.70 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| | | | (Blackstone); S. Karol (XRoads); S. Busey (Smith Hulsey) regarding claims reserves. | |
| 10/31/06 | Edmonson, J. | BK-Plan | Call with S. Karol (XRoads) regarding Classes 13, 14 and 16 estimates. | 0.30 |
| 10/31/06 | Edmonson, J. | BK-Plan | Review email from A . Margolis (Skadden) regarding credit agreement schedule items needed. | 0.20 |
| 10/31/06 | Edmonson, J. | BK-Plan | Prepare analysis of Class 14 increase from disclosure statement estimates. | 1.20 |
| 11/01/06 | Edmonson, J. | BK-Plan | Review revised Sources and Use analysis for cash under Plan prepared by Blackstone. | 0.30 |
| 11/01/06 | Gaston, B. | BK-Plan | Call with C. Jackson (SH&B) to discuss entry of confirmation order and order for FL tax jurisdiction | 0.20 |
| 11/02/06 | Edmonson, J. | BK-Plan | Email communications with S. Karol (XRoads) regarding Class 14 reserves. | 0.20 |
| 11/02/06 | Gaston, B. | BK-Plan | Meeting with A. Reed (WD) to discuss amount and timing of the following payments at distribution date/emergence: Lease assumption cure costs, taxes, professional fees, advisor success fees | 0.30 |
| 11/02/06 | Edmonson, J. | BK-Plan | Revise Class 14 large discrepancy claim analysis. | 0.30 |
| 11/02/06 | Edmonson, J. | BK-Plan | Email communications with S. Karol (XRoads) regarding claims reserves and discrepancies and results of meeting with UCC professionals. | 0.20 |
| 11/02/06 | Edmonson, J. | BK-Plan | Email communications with S. Karol (XRoads) regarding claims reserves for litigation claims. | 0.10 |
| 11/03/06 | Edmonson, J. | BK-Plan | Review email from D. Young (WD) regarding class 14 claim reserves and payments to be made on Effective Date. | 0.20 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/03/06 | Edmonson, J. | BK-Plan | Review email from B. Gaston (XRoads) and attached revised sources and use analysis for payments under the Plan. | 0.30 |
| 11/07/06 | Edmonson, J. | BK-Plan | Email communications with K. Logan (Logan & Co) regarding Class 14, 15 and 16 reserves under the Plan | 0.70 |
| 11/09/06 | Edmonson, J. | BK-Plan | Update claims reserve analysis for best case and recommended reserves | 0.40 |
| 11/09/06 | Edmonson, J. | BK-Plan | Review entered confirmation order | 0.40 |
| 11/09/06 | Edmonson, J. | BK-Plan | Conference call with B. Gaston, K. Fagerstrom, and S. Karol (XRoads) regarding real estate cure and objection response issues | 0.40 |
| 11/09/06 | Gaston, B. | BK-Plan | Read confirmation order for plan of reorganization | 0.60 |
| 11/13/06 | Edmonson, J. | BK-Plan | Review email and attached recovery analysis from D. Irom (Blackstone). | 0.40 |
| 11/14/06 | Edmonson, J. | BK-Plan | Revise recovery analysis spreadsheet to reflect updated claim reserve information. | 0.70 |
| 11/14/06 | Edmonson, J. | BK-Plan | Conference call regarding claims reserve and distribution of shares with Jay Castle (Winn-Dixie), Rosalie Gray and R. Barusch (Skadden), Sheon Karol (XRoads), J. O' Connell and D. Irom (Blackstone) | 0.30 |
| 11/14/06 | Edmonson, J. | BK-Plan | Conference call with Cynthia Jackson (SH), Bryan Gaston, Sheon Karol and K. Fagerstrom (XRoads) and K. Neil (WD) regarding timing of cure payments | 0.80 |
| 11/14/06 | Edmonson, J. | BK-Plan | Review and analysis of recovery analysis from J. O' Connell (Blackstone). | 0.80 |
| 11/15/06 | Edmonson, J. | BK-Plan | Telephone call with S. Karol (XRoads) regarding revised Schedule 6.35 to exit credit facility. | 0.20 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/15/06 | Edmonson, J. | BK-Plan | Further revisions to Schedule 6.35 to credit facility to reflect revised reclamation payments due and Thrivent/Lutherans payment timing. | 0.40 |
| 11/15/06 | Edmonson, J. | BK-Plan | Telephone call with R. Gray (Skadden) regarding revisions to Schedule 6.35 for credit facility. | 0.20 |
| 11/15/06 | Edmonson, J. | BK-Plan | Prepare revised Schedule 6.35 to credit facility agreement in accordance with request from Wachovia Bank and its counsel. | 1.70 |
| 11/15/06 | Edmonson, J. | BK-Plan | Further revisions to Schedule 6.35 to exit facility credit agreement. | 0.40 |
| 11/15/06 | Edmonson, J. | BK-Plan | Email communications with L. Barton (WD) regarding payoff information of Thrivent/Lutherans mortgage. | 0.20 |
| 11/15/06 | Edmonson, J. | BK-Plan | Review email from R. Gray (Skadden) regarding company's intent to payoff Thrivent mortgage on Effective Date. | 0.10 |
| 11/15/06 | Edmonson, J. | BK-Plan | Review email and attached schedules from D. Irom (Blackstone) regarding Schedule 6.35 to credit facility and need for discussion on discrepancies. | 0.30 |
| 11/15/06 | Edmonson, J. | BK-Plan | Review email from R. Gray (Skadden) regarding request from Wachovia Bank regarding exit facility schedules. | 0.30 |
| 11/16/06 | Edmonson, J. | BK-Plan | Email communications with B. Gaston (XRoads) regarding updated reclamation claim numbers, real estate cure amounts and secured tax claims. | 0.30 |
| 11/16/06 | Edmonson, J. | BK-Plan | Further revisions to Schedule 6.35 to reflect comments from R. Gray (Skadden), S. Karol (XRoads), J. Roy and S. Reinken (WD) and to add additional column for internal purposes to reflect timing of payments and by whom. | 1.30 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 11/16/06 | Edmonson, J. | BK-Plan | Review email from S. Soll (Otterbourg) regarding revised Schedule 6.35 | 0.20 |
| 11/16/06 | Edmonson, J. | BK-Plan | Conference call with J. O' Connell and D. Irom (Blackstone); T. Boydell, J. Paoli and R. Gray (Skadden); K. Daw (Smith Gambrell); S. Karol and B. Gaston (XRoads); J. Roy, D. Young, S. Reinken and B. McMenamy (WD) regarding Schedule 6.35 to credit facility and revisions thereto. | 1.10 |
| 11/17/06 | Edmonson, J. | BK-Plan | Further revisions to and finalize Schedule 6.35 to exit credit facility. | 1.30 |
| 11/17/06 | Edmonson, J. | BK-Plan | Review email from T. Boydell (Skadden) regarding secured tax claim detail. | 0.20 |
| 11/17/06 | Edmonson, J. | BK-Plan | Review email and attached spreadsheet from R. Gray (Skadden) regarding letter of credit backed claims for payment on Effective Date. | 0.20 |

Total: BK-Plan

92.30

Activity: BK-Tax

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/03/06 | Young, J. | BK-Tax | Telephonic meeting with J Harrison (retained by Assessment Technology) to discuss 10/5 hearing | 0.70 |
| 10/03/06 | Young, J. | BK-Tax | Telephonic meeting with J Lammert (Assessment Technology) to discuss tax project and 10/5 hearing | 0.50 |
| 10/06/06 | Young, J. | BK-Tax | Analysis of tax information provided by J Lammert (Assessment Technology) | 0.50 |
| 10/06/06 | Young, J. | BK-Tax | Telephonic meeting with J Lammert (Assessment Technology) to discuss 8/16 executive tax update and 8/5 hearing. | 0.70 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/11/06 | Gaston, B. | BK-Tax | Meeting with R. Tansi, O. Brathwaite, N. Buzaki (WD) and J. Lammert (Assessment Technology - by phone) to discuss Winn-Dixie tax accruals | 0.90 |
| 10/11/06 | Gaston, B. | BK-Tax | Meeting with R. Tansi (WD) to discuss tax analysis and emergence cash requirements | 0.40 |
| 10/12/06 | Gaston, B. | BK-Tax | Meeting with R. Tansi and J. Roy (WD) to discuss tax analysis and accounting accrual | 0.80 |
| 10/12/06 | Gaston, B. | BK-Tax | Participation in conference call with J. Lammert (Assessment Technology), Jamie Edmonson and S. Karol (XRoads) and R. Tansi (WD) to discuss sec 505 tax project. | 0.20 |
| 10/13/06 | Young, J. | BK-Tax | Telephonic meeting with J Lammert (Assessment Technology) to discuss 10/18 property tax update to executive management | 0.70 |
| 10/16/06 | Gaston, B. | BK-Tax | Prepare for call with J. Young (XRoads) to review work product related to 10/18 property tax deck | 0.40 |
| 10/16/06 | Young, J. | BK-Tax | Meeting with B Gaston (XRoads) to review work product related to 10/18 property tax deck | 0.60 |
| 10/16/06 | Young, J. | BK-Tax | Development of analysis for inclusion in 10/18 property tax update | 1.80 |
| 10/16/06 | Young, J. | BK-Tax | Meeting with J Castle (WD) to discuss 10/18 property tax update | 0.70 |
| 10/16/06 | Young, J. | BK-Tax | Development of draft presentation of property tax status and issues to be delivered to Winn-Dixie management on 10/18 | 2.40 |
| 10/16/06 | Young, J. | BK-Tax | Analysis of property tax data provided by Assessment Technologies | 1.10 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/16/06 | Young, J. | BK-Tax | Telephonic meeting with J Lammert (Assessment Technology) to discuss revised reduction estimates | 0.80 |
| 10/16/06 | Gaston, B. | BK-Tax | Call with J. Young (XRoads) to review work product related to 10/18 property tax deck | 0.60 |
| 10/17/06 | Gaston, B. | BK-Tax | Call with J. Lammert (Assessment Technology) to discuss reconciliation of class 10 claims including real property taxes on leased locations to class 10 claims excluding real property taxes on owned locations | 0.60 |
| 10/17/06 | Gaston, B. | BK-Tax | Prepare for call with J. Lammert Assessment Technology) to discuss reconciliation of class 10 claims including real property taxes on leased locations to class 10 claims excluding real property taxes on owned locations | 0.60 |
| 10/17/06 | Young, J. | BK-Tax | Preparation of property tax status deck for presentation to Winn-Dixie accounting and finance leadership | 2.90 |
| 10/17/06 | Young, J. | BK-Tax | Meeting with R Tansi (WD) and B Gaston (XRoads) to discuss 10/18 property tax update | 1.40 |
| 10/17/06 | Young, J. | BK-Tax | Development of deck related to Winn-Dixie property tax reduction initiatives for 10/18 delivery to Winn-Dixie* accounting and finance management | 2.60 |
| 10/17/06 | Gaston, B. | BK-Tax | Revise class 10 secured tax claim presentation to Executive Management for base case outcome of FL objection | 0.70 |
| 10/17/06 | Gaston, B. | BK-Tax | Revise class 10 secured tax claim presentation to Executive Management for worst case outcome of FL objection | 0.80 |
| 10/17/06 | Gaston, B. | BK-Tax | Meeting with R Tansi (WD) and J. Young (XRoads) to discuss 10/18 property tax update | 1.40 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| 10/17/06 | Gaston, B. | BK-Tax | Revise class 10 secured tax claim presentation to Executive Management for payments remaining on "responder" claims where orders have been entered which will be paid at distribution | 0.50 |
| 10/17/06 | Gaston, B. | BK-Tax | Prepare presentation to Executive Management on class 10 secured tax claims | 1.20 |
| 10/18/06 | Gaston, B. | BK-Tax | Presentation of property tax update to Winn-Dixie management and counsel; B Nussbaum, J Castle, M Byrum, B McMenamy, J Gotfried, S Renkin, J Roy, K Stubbs and R Tansi (all WD); J Lammert (Assessment Technology); C Jackson (SHB), K Daw (SG&R); J. Young (XRoads) | 1.10 |
| 10/18/06 | Young, J. | BK-Tax | Telephonic meeting with J Lammert (Assessment Technology) to discuss follow up requirements from 10/18 property tax update | 0.40 |
| 10/18/06 | Young, J. | BK-Tax | Continued development of deck for delivery to Winn-Dixie accounting and finance management related to property tax reduction initiates | 1.30 |
| 10/18/06 | Young, J. | BK-Tax | Development of deck for delivery to Winn-Dixie accounting and finance management related to property tax reduction initiates | 2.70 |
| 10/18/06 | Young, J. | BK-Tax | Telephonic conference with J Lammert of Assessment Technologies to discuss outstanding issues requiring resolution prior to the 10/18 tax reduction update; B Gaston (XRoads), J Lammert (Assessment Technology) and R Tansi (WD) | 1.30 |
| 10/18/06 | Young, J. | BK-Tax | Presentation of property tax update to Winn-Dixie management and counsel; B Nussbaum, J Castle, M Byrum, B McMenamy, J Gotfried, S Renkin, J Roy, K Stubbs and R Tansi (all WD); J Lammert | 1.10 |

| Date | Professional | Activity | Description | Hours |
|---|---|---|---|---|
| | | | (Assessment Technology); C Jackson (SHB), K Daw (SG&R); B Gaston (XRoads) | |
| 10/18/06 | Gaston, B. | BK-Tax | Telephonic conference with J Lammert of Assessment Technologies to discuss outstanding issues requiring resolution prior to the 10/18 tax reduction update; J. Young (XRoads), J Lammert (Assessment Technology); R Tansi (WD) | 1.30 |
| 11/09/06 | Fagerstrom, K. | BK-Tax | Review and analysis of Bankruptcy Property Tax Cure Amounts for Winn-Dixie stores # 1438, 1411, 533 | 0.90 |
| 11/10/06 | Young, J. | BK-Tax | Telephonic meeting with J Lammert (Assessment Technology) to review status of property tax savings initiative. | 0.70 |
| 11/15/06 | Fagerstrom, K. | BK-Tax | Review and analysis of email correspondence regarding Bankruptcy Property Tax Cure Amounts for Winn-Dixie stores # 1438, 1411, 533 | 0.30 |
| Total: BK-Tax | | | | 37.60 |
| Grand Total | | | | 1,553.20 |

XRoads Solutions Group
Daily Detail Administration Time

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/02/06 | Bloemen, L. | BK-Case Administration | Further research of receipts and make revisions to September expenses to ensure proper charges to the estate in preparation for September fee statement | 4.10 | 85.00 | 348.50 |
| 10/02/06 | Bloemen, L. | BK-Case Administration | Further research of receipts and make revisions to September expenses to ensure proper charges to the estate in preparation for September fee statement | 3.30 | 85.00 | 280.50 |
| 10/03/06 | Bloemen, L. | BK-Case Administration | Research of receipts and make revisions to expenses to ensure proper charges to the estate in preparation of September statement | 3.00 | 85.00 | 255.00 |
| 10/06/06 | Bloemen, L. | BK-Case Administration | Research of receipts and make revisions to expenses to ensure proper charges to the estate w/e 9/23 9/30 - continued | 1.70 | 85.00 | 144.50 |
| 10/10/06 | Bloemen, L. | BK-Case Administration | Review descriptions to Winn-Dixie time detail to ensure compliance with district guidelines w/e 9/23 | 2.30 | 85.00 | 195.50 |
| 10/10/06 | Bloemen, L. | BK-Case Administration | Review descriptions to Winn-Dixie time detail to ensure compliance with district guidelines w/e 9/30 | 4.30 | 85.00 | 365.50 |
| 10/13/06 | Bloemen, L. | BK-Case Administration | Review descriptions to Winn-Dixie time detail to ensure compliance with district guidelines w/e 9/30 | 1.90 | 85.00 | 161.50 |
| 10/17/06 | Bloemen, L. | BK-Case Administration | Continue research of receipts and make corrections to expenses to ensure proper charges to the estate in preparation for September statement | 1.80 | 85.00 | 153.00 |
| 10/17/06 | Bloemen, L. | BK-Case Administration | Review descriptions to Winn-Dixie time detail to ensure compliance with district guidelines w/e 10/7 | 0.80 | 85.00 | 68.00 |
| 10/18/06 | Bloemen, L. | BK-Case Administration | Continue review descriptions to Winn-Dixie time detail to ensure compliance with district guidelines w/e 10/7 | 1.60 | 85.00 | 136.00 |

XRoads Solutions Group
Daily Detail Administration Time

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/19/06 | Bloemen, L. | BK-Case Administration | Complete S Karol time detail for August / prepare as Word document / email to Conference call for review | 0.70 | 85.00 | 59.50 |
| 10/19/06 | Bloemen, L. | BK-Case Administration | Continue to review descriptions to Winn-Dixie time detail to ensure compliance with district guidelines w/e 10/7 | 3.10 | 85.00 | 263.50 |
| 10/20/06 | Bloemen, L. | BK-Case Administration | Continue review of descriptions to Winn-Dixie time detail to ensure compliance with district guidelines w/e 9/23 9/30 | 2.00 | 85.00 | 170.00 |
| 10/20/06 | Bloemen, L. | BK-Case Administration | Continue review of receipts and make revisions to expenses to ensure proper charges to the estate in preparation for September Fee Statement | 3.80 | 85.00 | 323.00 |
| 10/23/06 | Bloemen, L. | BK-Case Administration | Preparation of September Fee Statement and Fee Calculation | 3.90 | 85.00 | 331.50 |
| 10/23/06 | Bloemen, L. | BK-Case Administration | Continue review of receipts and make revisions to expenses to ensure proper charges to the estate in preparation for September Fee Statement | 2.40 | 85.00 | 204.00 |
| 10/24/06 | Bloemen, L. | BK-Case Administration | Research of receipts and make revisions to expenses to ensure proper charges to the estate w/e 10/7 and 10/14 | 1.60 | 85.00 | 136.00 |
| 10/24/06 | Bloemen, L. | BK-Case Administration | Prepare October Car Analysis report for analysis of monthly rental car expenses in preparation for fee statement | 1.40 | 85.00 | 119.00 |
| 10/25/06 | Bloemen, L. | BK-Case Administration | Review description to Winn-Dixie time detail to ensure compliance with district guidelines w/e 10/7 | 1.50 | 85.00 | 127.50 |
| 10/26/06 | Bloemen, L. | BK-Case Administration | Research of receipts and make revisions to expenses to ensure proper charges to the estate w/e 10/21 | 1.60 | 85.00 | 136.00 |
| 10/26/06 | Bloemen, L. | BK-Case Administration | Review descriptions to Winn-Dixie time detail to ensure compliance with district guidelines w/e 10/7 | 1.60 | 85.00 | 136.00 |

XRoads Solutions Group
Daily Detail Administration Time

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/26/06 | Bloemen, L. | BK-Case Administration | Review Time Detail and totals in preparation of September fee statement | 1.20 | 85.00 | 102.00 |
| 10/27/06 | Bloemen, L. | BK-Case Administration | Final review and preparation of reports for Admin time detail and Professional time detail for 8-27 to 9-30 in preparation for September fee statement | 1.60 | 85.00 | 136.00 |
| 10/27/06 | Bloemen, L. | BK-Case Administration | Continue research of receipts and make revisions to expenses to ensure proper charges to the estate w/e 10/21 | 1.40 | 85.00 | 119.00 |
| 10/30/06 | Bloemen, L. | BK-Case Administration | Continue research of receipts and make revisions to expenses to ensure proper charges to the estate w/e 10/14, 10/21 | 1.60 | 85.00 | 136.00 |
| 10/31/06 | Bloemen, L. | BK-Case Administration | Begin preparation of 5th Interim Fee Application with review of expenses | 1.20 | 85.00 | 102.00 |
| 10/31/06 | Bloemen, L. | BK-Case Administration | Continue preparation of 5th Interim Fee Application with review of time | 2.00 | 85.00 | 170.00 |
| 10/31/06 | Bloemen, L. | BK-Case Administration | Research of receipts and revisions to expenses to ensure proper charges to the estate w/e 10/21, 10/28 | 2.20 | 85.00 | 187.00 |
| 11/01/06 | Bloemen, L. | BK-Case Administration | Continue research of receipts and revisions to expenses to ensure proper charges to the estate w/e 10/28 | 2.90 | 85.00 | 246.50 |
| 11/01/06 | Bloemen, L. | BK-Case Administration | Continue preparation of 5th Interim Fee Application with review of time | 2.60 | 85.00 | 221.00 |
| 11/01/06 | Bloemen, L. | BK-Case Administration | Continue preparation of 5th Interim Fee Application with updating fee calculation document | 1.40 | 85.00 | 119.00 |
| 11/01/06 | Bloemen, L. | BK-Case Administration | Review descriptions to Winn-Dixie time detail to ensure compliance with district guidelines w/e 10/7 | 0.70 | 85.00 | 59.50 |
| 11/02/06 | Bloemen, L. | BK-Case Administration | Continue preparation of 5th Interim Fee Application with updating fee calculation document | 2.90 | 85.00 | 246.50 |

XRoads Solutions Group
Daily Detail Administration Time

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/03/06 | Bloemen, L. | BK-Case Administration | Continue final preparation of 5th Interim Fee Application | 3.60 | 85.00 | 306.00 |
| 11/06/06 | Bloemen, L. | BK-Case Administration | Review descriptions to Winn-Dixie time detail to ensure compliance with district guidelines w/e 10/14 | 3.70 | 85.00 | 314.50 |
| 11/06/06 | Bloemen, L. | BK-Case Administration | Research of receipts and make revisions to expenses to ensure proper charges to the estate w/e 10/28 | 0.40 | 85.00 | 34.00 |
| 11/06/06 | Bloemen, L. | BK-Case Administration | Continue to review descriptions to Winn-Dixie time detail to ensure compliance with district guidelines w/e 10/14 | 3.50 | 85.00 | 297.50 |
| 11/07/06 | Bloemen, L. | BK-Case Administration | Continue review of descriptions to Winn-Dixie time detail to ensure compliance with district guidelines w/e 10/14 | 2.10 | 85.00 | 178.50 |
| 11/07/06 | Bloemen, L. | BK-Case Administration | Continue research of receipts and make revisions to expenses to ensure proper charges to the estate w/e 10/28 | 1.00 | 85.00 | 85.00 |
| 11/08/06 | Bloemen, L. | BK-Case Administration | Review of descriptions to Winn-Dixie time detail to ensure compliance with district guidelines w/e 10/7 | 0.80 | 85.00 | 68.00 |
| 11/08/06 | Bloemen, L. | BK-Case Administration | Continue research of receipts and make revisions to expenses to ensure proper charges to the estate w/e 10/28 | 0.90 | 85.00 | 76.50 |
| 11/09/06 | Bloemen, L. | BK-Case Administration | Review descriptions to Winn-Dixie time detail to ensure compliance with district guidelines w/e 10/21 | 2.50 | 85.00 | 212.50 |
| 11/10/06 | Bloemen, L. | BK-Case Administration | Review descriptions to Winn-Dixie time detail to ensure compliance with district guidelines w/e 10/28 | 3.40 | 85.00 | 289.00 |
| 11/10/06 | Bloemen, L. | BK-Case Administration | Continue review descriptions to Winn-Dixie time detail to ensure compliance with district guidelines w/e 10/21 | 3.90 | 85.00 | 331.50 |

XRoads Solutions Group
Daily Detail Administration Time

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/13/06 | Bloemen, L. | BK-Case Administration | Make revisions to Winn-Dixie time detail as directed by email responses to Legalgard flagged descriptions for October. | 3.20 | 85.00 | 272.00 |
| 11/13/06 | Bloemen, L. | BK-Case Administration | Research of receipts and make corrections to expenses to endure proper charges to the estate in preparation of October fee statement | 1.20 | 85.00 | 102.00 |
| 11/14/06 | Bloemen, L. | BK-Case Administration | Additional review of descriptions to Winn-Dixie time detail to ensure compliance to district guidelines for October in preparation of October fee statement | 3.30 | 85.00 | 280.50 |
| 11/14/06 | Bloemen, L. | BK-Case Administration | Begin preparation of reports for analysis of rental cars and lodging for October to ensure proper charges to the estate | 2.60 | 85.00 | 221.00 |
| 11/14/06 | Bloemen, L. | BK-Case Administration | Review descriptions to Winn-Dixie time detail to ensure compliance with district guidelines w/e 11/4 | 1.60 | 85.00 | 136.00 |
| 11/15/06 | Bloemen, L. | BK-Case Administration | Complete preparation of Car Rental Analysis for October | 0.90 | 85.00 | 76.50 |
| 11/15/06 | Bloemen, L. | BK-Case Administration | Continue review of descriptions to Winn-Dixie time detail to ensure compliance with district guidelines w/e 11/4 | 2.30 | 85.00 | 195.50 |
| 11/15/06 | Bloemen, L. | BK-Case Administration | Continuing review of descriptions to Winn-Dixie time detail to ensure compliance with district guidelines w/e 11/4 | 2.80 | 85.00 | 238.00 |
| 11/16/06 | Bloemen, L. | BK-Case Administration | Revisions to Winn-Dixie time detail per responses to Legalgard flagged descriptions to ensure compliance with district guidelines w/e 11/14 | 0.60 | 85.00 | 51.00 |
| 11/16/06 | Bloemen, L. | BK-Case Administration | Research of receipts and make revisions to expenses to ensure proper charges to the estate w/e 11/11 | 0.60 | 85.00 | 51.00 |

XRoads Solutions Group
Daily Detail Administration Time

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/17/06 | Bloemen, L. | BK-Case Administration | Research of receipts and make revisions to expenses to ensure proper charges to the estate w/e 11/4 | 4.10 | 85.00 | 348.50 |
| 11/17/06 | Bloemen, L. | BK-Case Administration | Continue research of receipts and make revisions to expenses to ensure proper charges to the estate w/e 11/11 | 2.60 | 85.00 | 221.00 |
| 11/20/06 | Bloemen, L. | BK-Case Administration | Research of receipts and make revisions to expenses to ensure proper charges to the estate w/e 11/4 | 0.10 | 85.00 | 8.50 |
| 11/20/06 | Bloemen, L. | BK-Case Administration | Review descriptions to Winn-Dixie time detail to ensure compliance with district guidelines w/e 10/14 & 10/21 | 3.70 | 85.00 | 314.50 |
| 11/20/06 | Bloemen, L. | BK-Case Administration | Prepare Time and Expenses detail for 5th Interim | 2.40 | 85.00 | 204.00 |
| 10/23/06 | Cooper, C. | BK-Case Administration | Discussion with Liz regarding time and expense entry discrepancies to ensure accurate time recording | 0.30 | 100.00 | 30.00 |
| 10/24/06 | Cooper, C. | BK-Case Administration | Teleconference with T. Doyle , K. Fagerstrom , B. Gaston and E. Lyons regarding fee auditor response issues | 0.70 | 100.00 | 70.00 |
| 10/25/06 | Cooper, C. | BK-Case Administration | Review statement for September for approval and disbursement to the notice party list | 0.60 | 100.00 | 60.00 |
| 10/26/06 | Cooper, C. | BK-Case Administration | Prepare report for K. Fagerstrom on daily time for fee auditor's response | 1.10 | 100.00 | 110.00 |
| 10/27/06 | Cooper, C. | BK-Case Administration | Researched data for fee auditors report | 2.10 | 100.00 | 210.00 |
| 10/31/06 | Cooper, C. | BK-Case Administration | Phone conference with K. Fagerstrom (XRoads) and T. Doyle (XRoads) regarding potential duplicate entries and blocked time entries analyzed in Stuart Maue 1st, 2nd and 3rd interim reports | 0.30 | 100.00 | 30.00 |
| 11/03/06 | Cooper, C. | BK-Case Administration | Start preparation of 5th interim fee application for the period 5/28/06 - 9/30/06 | 2.70 | 100.00 | 270.00 |

XRoads Solutions Group
Daily Detail Administration Time

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/03/06 | Cooper, C. | BK-Case Administration | Prepare hour by category by week for monthly statement | 0.60 | 100.00 | 60.00 |
| 11/06/06 | Cooper, C. | BK-Case Administration | Breakdown September statement for posting by practice and finalize in Timeslips | 1.00 | 100.00 | 100.00 |
| 11/09/06 | Cooper, C. | BK-Case Administration | Continued research on expense issues on fee auditor response for 1st, 2nd and 3rd interim periods | 2.50 | 100.00 | 250.00 |
| 11/09/06 | Cooper, C. | BK-Case Administration | Fee auditor response research on expense issues | 2.10 | 100.00 | 210.00 |
| 11/10/06 | Cooper, C. | BK-Case Administration | Research expense matters for fee auditor response | 3.40 | 100.00 | 340.00 |
| 11/11/06 | Cooper, C. | BK-Case Administration | Research expenses that were flagged as possible double billed for the fee auditors response | 2.90 | 100.00 | 290.00 |
| 11/14/06 | Cooper, C. | BK-Case Administration | Meeting with T. Doyle (XRoads) regarding expenses issues with the fee auditor reports | 1.00 | 100.00 | 100.00 |
| 11/16/06 | Cooper, C. | BK-Case Administration | Phone conference with S. Karol (XRoads) regarding fee application calculations | 0.20 | 100.00 | 20.00 |
| 11/17/06 | Cooper, C. | BK-Case Administration | Prepared Excel analysis of 2nd Interim Fee Application over 12 hours by professional for fee auditors report | 1.90 | 100.00 | 190.00 |
| 11/17/06 | Cooper, C. | BK-Case Administration | Review fee auditor response draft from T. Doyle (XRoads) for accuracy with calculation and responses regarding fees/expense discrepancies | 1.70 | 100.00 | 170.00 |
| 11/17/06 | Cooper, C. | BK-Case Administration | Prepared Excel analysis of 1st Interim Fee Application over 12 hours by professional for fee auditors response | 2.10 | 100.00 | 210.00 |
| 11/17/06 | Cooper, C. | BK-Case Administration | Prepared Excel analysis of 3rd Interim Fee Application over 12 hours by professional for fee auditor report | 1.90 | 100.00 | 190.00 |

XRoads Solutions Group
Daily Detail Administration Time

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/20/06 | Cooper, C. | BK-Case Administration | Review and make changes to 5th Interim fee application calculations | 0.60 | 100.00 | 60.00 |
| 11/20/06 | Cooper, C. | BK-Case Administration | Research expenses for potential double billing on airfares | 1.10 | 100.00 | 110.00 |
| 11/20/06 | Cooper, C. | BK-Case Administration | Review expenses for final approval for October statement | 0.30 | 100.00 | 30.00 |
| 10/02/06 | Liu, A. | BK-Claims | Drafted email to J Leamy (Skadden) regarding the approval needed from Winn-Dixie on the proposed treatment of the credits on the claims of Dairy Farmers of America | 0.20 | 160.00 | 32.00 |
| 10/02/06 | Liu, A. | BK-Claims | Drafted email response to S Sutton (counsel of Dairy Farmers) regarding the review needed by Winn-Dixie on the payment of the scan down and the need to address the remaining AP and AR credits | 0.20 | 160.00 | 32.00 |
| 10/02/06 | Liu, A. | BK-Claims | Drafted email to C Brooks (Winn-Dixie) regarding the contact at Nestle Waters who provided the additional information on the missing invoices | 0.10 | 160.00 | 16.00 |
| 10/02/06 | Liu, A. | BK-Claims | Analyzed the backup from Dairy Farmers of America regarding a partial payment on a scan down on the books and records and determine the validity of the payment | 0.30 | 160.00 | 48.00 |
| 10/02/06 | Liu, A. | BK-Claims | Drafted email to D Bryant (Winn-Dixie) regarding the update of the claim of Dairy Farmer and the need to review the partial payment of the scan down | 0.20 | 160.00 | 32.00 |
| 10/02/06 | Liu, A. | BK-Claims | Discussed with T Wuertz (XRoads) regarding the status and previous discussion with Schuster Marketing and the outstanding issues related to the claim | 0.30 | 160.00 | 48.00 |
| 10/02/06 | Liu, A. | BK-Claims | Analyzed the email from S Sutton (counsel of Dairy Farmers) regarding the proposed treatment of the AP/AR credits | 0.20 | 160.00 | 32.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | and the allowed amounts after the treatment | | | |
| 10/02/06 | Liu, A. | BK-Claims | Drafted email to D Bryant (Winn-Dixie) regarding the status of the document request for Sara Lee | 0.10 | 160.00 | 16.00 |
| 10/02/06 | Liu, A. | BK-Claims | Drafted email to D Bryant (Winn-Dixie) regarding the backup on the chargeback for Domino Foods and the need to review the documents and notes within the email from the claimant | 0.20 | 160.00 | 32.00 |
| 10/02/06 | Liu, A. | BK-Claims | Drafted email to D Bryant (Winn-Dixie) regarding the proposed treatment of the AP/AR credits of Dairy Farmers over the 2 claims and the revised reconciliation of the 2 claims | 0.20 | 160.00 | 32.00 |
| 10/02/06 | Liu, A. | BK-Claims | Revised the reconciliation spreadsheet of the 2 claims of Dairy Farmers with the proposed treatment of the AP/AR credits | 0.30 | 160.00 | 48.00 |
| 10/02/06 | Liu, A. | BK-Claims | Analyzed the backup documents and the email notes from Domino Foods to verify the nature and explanation of the chargebacks to their claim to prepare for review by Winn-Dixie accounting | 0.60 | 160.00 | 96.00 |
| 10/02/06 | Liu, A. | BK-Claims | Drafted email response to D Young (Winn-Dixie) regarding the validity of the proposal from Dairy Farmers of America on the treatment of the credits over the 2 claims | 0.20 | 160.00 | 32.00 |
| 10/02/06 | Liu, A. | BK-Claims | Discussed with D Young (Winn-Dixie) regarding the proposal of the treatment of the AP/AR credits of Dairy Farmers and open issues in other claims | 0.60 | 160.00 | 96.00 |
| 10/02/06 | Liu, A. | BK-Claims | Discussed with J Leamy (Skadden) regarding the allowance of a claim to be re-opened after the omnibus objection process and the application of the credits for Dairy Farmers | 0.30 | 160.00 | 48.00 |

XRoads Solutions Group
Daily Detail Administration Time

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/02/06 | Liu, A. | BK-Claims | Analyzed the reclamation master list to verify the opt-in status of Schuster Marketing and the allowed amount of their claim | 0.10 | 160.00 | 16.00 |
| 10/02/06 | Liu, A. | BK-Claims | Confirmed the contact person at Nestle Waters from M Jones (Winn-Dixie) to for additional discussions with R Espinosa (Nestle Waters) | 0.10 | 160.00 | 16.00 |
| 10/02/06 | Liu, A. | BK-Claims | Drafted email to S Sutton (counsel of Dairy Farmers) regarding the agreement to the proposed treatment of the AP/AR credits over the 2 claims and the confirmation from the claimant for the claims to be re-filed | 0.20 | 160.00 | 32.00 |
| 10/02/06 | Liu, A. | BK-Claims | Analyzed the proof of claim of Schuster Marketing to verify the non-invoice items filed in the claim | 0.20 | 160.00 | 32.00 |
| 10/03/06 | Liu, A. | BK-Claims | Revised the reconciliation spreadsheet of AIPC to update the opt-in to the Trade Lien Program and reduced the allowed amount as payments are in transit | 0.30 | 160.00 | 48.00 |
| 10/03/06 | Liu, A. | BK-Claims | Drafted email response to J Leamy (Skadden) regarding the revisions to the claim of AIPC with the current opt-in to the Trade Lien Program and possible agreement with the claimant on the changes | 0.20 | 160.00 | 32.00 |
| 10/03/06 | Liu, A. | BK-Claims | Conference call with C Straub (Pinnacle) and W O'Malley (Pinnacle) regarding the status of the claim, the treatment of the AP/AR credits, the chargebacks on the claims, and the extension on the objections hearing | 0.30 | 160.00 | 48.00 |
| 10/03/06 | Liu, A. | BK-Claims | Discussed with T Wuertz (XRoads) regarding the status of the opt-in for Anderson News and the treatment of their reclamation and general unsecured claims | 0.20 | 160.00 | 32.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/03/06 | Liu, A. | BK-Claims | Drafted email to S Miller (counsel of HP Hood) regarding the receipt of the sample claim and the need to be reviewed by Winn-Dixie accounting | 0.20 | 160.00 | 32.00 |
| 10/03/06 | Liu, A. | BK-Claims | Drafted email to D Bryant (Winn-Dixie) regarding the sample explanation of the chargebacks on the HP Hood claim and the need to review the information for validity | 0.20 | 160.00 | 32.00 |
| 10/03/06 | Liu, A. | BK-Claims | Drafted email to D Bryant (Winn-Dixie) regarding the discussions with Pinnacle Foods on the status of the claim, the treatment of the AP/AR credits, the chargebacks on the claims, and the extension on the objections hearing | 0.30 | 160.00 | 48.00 |
| 10/03/06 | Liu, A. | BK-Claims | Drafted email to J Leamy (Skadden) regarding the extension of the hearing date for Pinnacle Foods in order to resolve the claim | 0.10 | 160.00 | 16.00 |
| 10/03/06 | Liu, A. | BK-Claims | Drafted an email to C Straub (Pinnacle) and W O'Malley (Pinnacle) regarding the extension on the objections hearing and the timeline to resolve the open issues with Winn-Dixie | 0.20 | 160.00 | 32.00 |
| 10/03/06 | Liu, A. | BK-Claims | Analyzed the log on the updated claims objections to verify the open issues and the notes on the claims for Team 2 | 0.40 | 160.00 | 64.00 |
| 10/03/06 | Liu, A. | BK-Claims | Drafted an email confirmation to F Glass (Fair Harbor) that the claims were reduced to an amended allowed amount on the specified claims | 0.20 | 160.00 | 32.00 |
| 10/03/06 | Liu, A. | BK-Claims | Analyzed the email from T Wuertz (XRoads) regarding the discussions on the status of the Krispy Kreme affiliates on the incorrect payee information | 0.30 | 160.00 | 48.00 |
| 10/03/06 | Liu, A. | BK-Claims | Drafted email to T Wuertz (XRoads) regarding the previous discussions with the Krispy Kreme affiliates and the verbal | 0.20 | 160.00 | 32.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | acknowledgement of the payee information | | | |
| 10/03/06 | Liu, A. | BK-Claims | Analyzed the agreement to opt-in by Anderson News to determine the status and possible open issue with the credit terms | 0.20 | 160.00 | 32.00 |
| 10/03/06 | Liu, A. | BK-Claims | Analyzed the sample explanations of the chargebacks on the claim of HP Hood to verify the items on the claim | 0.30 | 160.00 | 48.00 |
| 10/03/06 | Liu, A. | BK-Claims | Analyzed the current, proposed treatment of the claims of Morningstar Foods to prepare for next week's meeting with Winn-Dixie | 0.20 | 160.00 | 32.00 |
| 10/03/06 | Liu, A. | BK-Claims | Analyzed the current, proposed treatment of the claims of Unilever Best Foods and Slimfast to prepare for next week's meeting with Winn-Dixie | 0.30 | 160.00 | 48.00 |
| 10/03/06 | Liu, A. | BK-Claims | Revised the reconciliation spreadsheet of AIPC to note the treatment of the reclamation claim payments upon the upcoming effective date per the Trade Lien Program | 0.20 | 160.00 | 32.00 |
| 10/03/06 | Liu, A. | BK-Claims | Discussed with J Leamy (Skadden) regarding the revisions to the claims of AIPC with the recent opt-ins, the benefits gained and lost by the claimants, and the need to obtain approval from the claimant on the changes | 0.20 | 160.00 | 32.00 |
| 10/03/06 | Liu, A. | BK-Claims | Discussed with T Wuertz (XRoads) regarding the need to obtain approval from the claimant on the changes to their claim for AIPC's recent opt-in to the Trade Lien Program | 0.10 | 160.00 | 16.00 |
| 10/03/06 | Liu, A. | BK-Claims | Drafted email to T Wuertz (XRoads) with the revised reconciliation of AIPC with the note on the treatment of the reclamation claim through the Trade Lien Program | 0.20 | 160.00 | 32.00 |

XRoads Solutions Group
Daily Detail Administration Time

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/03/06 | Liu, A. | BK-Claims | Analyzed the agreement to the revised claim of Allen Flavors to prepare for next week's meeting with Winn-Dixie | 0.10 | 160.00 | 16.00 |
| 10/03/06 | Liu, A. | BK-Claims | Analyzed the email response from D Young (Winn-Dixie) regarding the current trial balance of General Electric and the proposed allowed claim amount from the claimant | 0.10 | 160.00 | 16.00 |
| 10/03/06 | Liu, A. | BK-Claims | Drafted email to E Pollack (Logan) regarding the claim of General Electric to be amended by the revised allowed amount | 0.10 | 160.00 | 16.00 |
| 10/03/06 | Liu, A. | BK-Claims | Analyzed the email trails regarding the status and the open issues of the claims of Master Foods M&M | 0.20 | 160.00 | 32.00 |
| 10/03/06 | Liu, A. | BK-Claims | Drafted email to T Wuertz (XRoads) regarding the previous contacts with Master Foods M&M and their claim | 0.10 | 160.00 | 16.00 |
| 10/03/06 | Liu, A. | BK-Claims | Discussed with T Wuertz (XRoads) regarding the transitions of the open claims, the validity of the transfer of claims from Credit Suisse to VR Global, and the opt-in status of HP Hood | 0.20 | 160.00 | 32.00 |
| 10/03/06 | Liu, A. | BK-Claims | Analyzed the agreement to confirm the treatment of the 2 claims of Dairy Farmers of America and the revisions needed to the claims | 0.20 | 160.00 | 32.00 |
| 10/03/06 | Liu, A. | BK-Claims | Drafted email to D Young (Winn-Dixie) regarding the revised reconciliation spreadsheets to Dairy Farmers and the possible entries to rec sheet online for the revised allowed amounts | 0.20 | 160.00 | 32.00 |
| 10/03/06 | Liu, A. | BK-Claims | Analyzed the allowed amount on rec sheet online for Falcon Farms to confirm the allowed amount to the claims transferred to VR Global | 0.10 | 160.00 | 16.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/03/06 | Liu, A. | BK-Claims | Revised the reconciliation spreadsheet of HP Hood to update the opt-in to the Trade Lien Program and reduced the allowed amount as payments are in transit | 0.40 | 160.00 | 64.00 |
| 10/03/06 | Liu, A. | BK-Claims | Analyzed the opt-in documents of HP Hood to verify the allowed reclamation claim amount to offset the proof of claim filed | 0.20 | 160.00 | 32.00 |
| 10/03/06 | Liu, A. | BK-Claims | Drafted email to T Wuertz (XRoads) regarding the revised reconciliation of AIPC to address the opt-in amount and the amended allowed amount with reclamation payments in transit | 0.20 | 160.00 | 32.00 |
| 10/03/06 | Liu, A. | BK-Claims | Discussed with T Wuertz (XRoads) regarding the status of the claims reconciliation with AIPC and the recent list of claims objections and the assignee | 0.20 | 160.00 | 32.00 |
| 10/03/06 | Liu, A. | BK-Claims | Analyzed the rec sheet online to verify the allowed amounts of the specific claims requested by Fair Harbor Capital | 0.60 | 160.00 | 96.00 |
| 10/03/06 | Liu, A. | BK-Claims | Drafted email to F Glass (Fair Harbor) regarding the allowed amounts of the claims requested by Fair Harbor Capital | 0.30 | 160.00 | 48.00 |
| 10/03/06 | Liu, A. | BK-Claims | Analyzed the proof of claim and the rec sheet online notes for General Electric to determine the allowed amount of their general unsecured claim | 0.50 | 160.00 | 80.00 |
| 10/03/06 | Liu, A. | BK-Claims | Drafted email to J Edmonson (XRoads) regarding the pre-petition balance and the claim asserted by General Electric and the allowance depending on the current trial balance | 0.20 | 160.00 | 32.00 |
| 10/03/06 | Liu, A. | BK-Claims | Drafted email to J Drouse (Winn-Dixie) regarding the revised reconciliation of HP Hood and the open issues of the claim which may change the allowed amount | 0.20 | 160.00 | 32.00 |

XRoads Solutions Group
Daily Detail Administration Time

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/03/06 | Liu, A. | BK-Claims | Analyzed the opt-in documents of American Italian Pasta to verify the allowed reclamation claim amount to offset the proof of claim filed | 0.10 | 160.00 | 16.00 |
| 10/04/06 | Liu, A. | BK-Claims | Drafted email to S Basto (Master Foods) regarding the reconciliation of the 3 Master Foods USA claims and the need to discuss the open issues on the AP/AR credits | 0.20 | 160.00 | 32.00 |
| 10/04/06 | Liu, A. | BK-Claims | Updated the notes and information on the revised allowed amount of the claim of General Electric on rec sheet online | 0.20 | 160.00 | 32.00 |
| 10/04/06 | Liu, A. | BK-Claims | Drafted email to J Edmonson (XRoads) to confirm the revision to the claim of General Electric on rec sheet online | 0.10 | 160.00 | 16.00 |
| 10/04/06 | Liu, A. | BK-Claims | Analyzed the email response on the extension of the hearing for HP Hood and the available time to resolve the open issues | 0.10 | 160.00 | 16.00 |
| 10/04/06 | Liu, A. | BK-Claims | Discussed with R Espinosa (Nestle Waters) regarding the missing invoices to validate the discrepancy and the timeline to complete the process | 0.20 | 160.00 | 32.00 |
| 10/04/06 | Liu, A. | BK-Claims | Drafted email of the updates to the claim of Nestle Waters to D Bryant (Winn-Dixie) and D Young (Winn-Dixie) regarding the backup and invoices to resolved the open issue | 0.20 | 160.00 | 32.00 |
| 10/04/06 | Liu, A. | BK-Claims | Drafted email to J Leamy (Skadden) regarding the allowed amount and claims class to be included in the revised order for the settled claim of AIPC | 0.10 | 160.00 | 16.00 |
| 10/04/06 | Liu, A. | BK-Claims | Discussed with T Wuertz (XRoads) regarding the open issues of Dreyers and the meeting to transfer the open issues of Team 2 claims | 0.20 | 160.00 | 32.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/04/06 | Liu, A. | BK-Claims | Drafted email to T Wuertz (XRoads) regarding the agreement between Dreyers on the reconciliation of their claims | 0.10 | 160.00 | 16.00 |
| 10/04/06 | Liu, A. | BK-Claims | Analyzed the research provided by D Townsend (Winn-Dixie) and C Brooks (Winn-Dixie) on the AP credits of Dairy Farmers to resolve their claim | 0.20 | 160.00 | 32.00 |
| 10/04/06 | Liu, A. | BK-Claims | Drafted email to J Leamy (Skadden) regarding the claims amount listed on rec sheet online after the current opt-in of vendors and how the different classes would be treated | 0.20 | 160.00 | 32.00 |
| 10/04/06 | Liu, A. | BK-Claims | Drafted email to J Leamy (Skadden) regarding the disagreement filed by Dreyers on their claim and the open issues which still exist after an agreement was reached | 0.20 | 160.00 | 32.00 |
| 10/04/06 | Liu, A. | BK-Claims | Drafted email to D Townsend (Winn-Dixie) and C Brooks (Winn-Dixie) regarding the resolution and agreement to the claim of Dairy Farmers and their proposed allocation of the credits over their claims | 0.20 | 160.00 | 32.00 |
| 10/04/06 | Liu, A. | BK-Claims | Analyzed the agreement to the revised amount of the claim of American Italian Pasta after the claimant opted in to the Trade Lien Program | 0.10 | 160.00 | 16.00 |
| 10/04/06 | Liu, A. | BK-Claims | Analyzed the email from the counsel of Masterfoods regarding the confirmation of the extension of the objections hearing date and confirmation from Skadden | 0.10 | 160.00 | 16.00 |
| 10/04/06 | Liu, A. | BK-Claims | Analyzed the letter from Dreyers regarding the disagreement to their claim after the settlement and determine the open issues which would need to be resolved | 0.20 | 160.00 | 32.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/04/06 | Liu, A. | BK-Claims | Drafted email to J Leamy (Skadden) regarding the ongoing review of the chargebacks of Domino Foods by Winn-Dixie and the need to extend the objections hearing date | 0.20 | 160.00 | 32.00 |
| 10/04/06 | Liu, A. | BK-Claims | Discussed with S Basto (Master Foods) regarding the documents received on the AP/AR credits, the timeline to complete the review for discussion, and any open issues with the claims | 0.20 | 160.00 | 32.00 |
| 10/04/06 | Liu, A. | BK-Claims | Analyzed the previous emails with representatives of Dreyers to determine the agreed amounts, resolution to claim, and explanation of the omnibus objections process | 0.20 | 160.00 | 32.00 |
| 10/04/06 | Liu, A. | BK-Claims | Drafted email to J Leamy (Skadden) regarding the previous email correspondences with representatives of Dreyers on the resolution of their claim, confirmation of the full payment of the reclamation claim, and possible open issue with their claim | 0.20 | 160.00 | 32.00 |
| 10/04/06 | Liu, A. | BK-Claims | Drafted email to T Wuertz (XRoads) regarding the inquiry from Skadden on the extension needed for Nestle Prepared Foods and Purina PetCare | 0.10 | 160.00 | 16.00 |
| 10/04/06 | Liu, A. | BK-Claims | Drafted an email to D Amero (Gorton's) to obtain an update on the review of the documentation of the AR credit and a timeline to resolve the claim | 0.20 | 160.00 | 32.00 |
| 10/04/06 | Liu, A. | BK-Claims | Discussed with S Miller (counsel of HP Hoods) regarding the extension needed on the hearing date and the information sent to Winn-Dixie for review | 0.20 | 160.00 | 32.00 |
| 10/04/06 | Liu, A. | BK-Claims | Drafted email to J Leamy (Skadden) regarding the extension needed for HP Hood claim and the objections hearing date scheduled for Master Foods USA claims | 0.20 | 160.00 | 32.00 |

XRoads Solutions Group
Daily Detail Administration Time

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/04/06 | Liu, A. | BK-Claims | Drafted email to D Young (Winn-Dixie) to update the call with Master Foods and note the current status of the documents being reviewed by the claimant | 0.10 | 160.00 | 16.00 |
| 10/04/06 | Liu, A. | BK-Claims | Drafted email to J Edmonson (XRoads) regarding the open claim of General Electric and the agreed allowed amount of their claim | 0.10 | 160.00 | 16.00 |
| 10/04/06 | Liu, A. | BK-Claims | Drafted email to S Basto (Master Foods) to confirm the extension on the deadline to resolve the discrepancies in the claim | 0.10 | 160.00 | 16.00 |
| 10/04/06 | Liu, A. | BK-Claims | Revised the reconciliation spreadsheet on the check requests for the 3 claims of Master Foods USA to reflect the allocation of the reclamation claim payments | 0.70 | 160.00 | 112.00 |
| 10/05/06 | Liu, A. | BK-Claims | Discussed with T Wuertz (XRoads) regarding the open items which need Winn-Dixie's responses and the revised reconciliation spreadsheets of resolved claimants | 0.70 | 160.00 | 112.00 |
| 10/05/06 | Liu, A. | BK-Claims | Revised the reconciliation spreadsheet of Morningstar Foods to reflect the settled allowed amounts and the treatment of the chargebacks | 0.30 | 160.00 | 48.00 |
| 10/05/06 | Liu, A. | BK-Claims | Drafted email to D Bryant (Winn-Dixie) regarding the revised reconciliation spreadsheet of Morningstar Foods to reflect the agreed allowed amount | 0.10 | 160.00 | 16.00 |
| 10/05/06 | Liu, A. | BK-Claims | Analyzed the emails from T Wuertz (XRoads) regarding the agreements to the amended claims for Southeast Provisions and Interstate Brands with the notes on the breakdown of the claims | 0.40 | 160.00 | 64.00 |
| 10/05/06 | Liu, A. | BK-Claims | Revised the reconciliation spreadsheet of Southeast Provisions to reflect the agreed allowed amount of their claim and note the agreed changes to the deductions | 0.20 | 160.00 | 32.00 |

XRoads Solutions Group
Daily Detail Administration Time

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/05/06 | Liu, A. | BK-Claims | Revised the reconciliation spreadsheet of Interstate Brands to reflect the agreed allowed amount of their claim and note the agreed changes to the deductions | 0.20 | 160.00 | 32.00 |
| 10/05/06 | Liu, A. | BK-Claims | Revised the reconciliation spreadsheet of Schick Wilkinson to reflect the agreed allowed amount of their claim and note the agreed changes to the deductions | 0.10 | 160.00 | 16.00 |
| 10/05/06 | Liu, A. | BK-Claims | Drafted email to D Young (Winn-Dixie) regarding the revised reconciliation spreadsheets of Schick Wilkinson, Southeast Provisions, and Interstate Brands with notes of the changes to each claim to reflect the agreed allowed amounts | 0.30 | 160.00 | 48.00 |
| 10/05/06 | Liu, A. | BK-Claims | Drafted email response to J Leamy (Skadden) regarding the status of the discussions with Nestle Waters and the timeline to resolve the open items on their claim | 0.20 | 160.00 | 32.00 |
| 10/05/06 | Liu, A. | BK-Claims | Analyzed the email from D Townsend (Winn-Dixie) on the initial research completed on the chargebacks of HP Hood and its entities and the questions from their documentation | 0.20 | 160.00 | 32.00 |
| 10/05/06 | Liu, A. | BK-Claims | Drafted mail response to D Townsend (Winn-Dixie) regarding additional explanation on the documentation provided and additional information/document request from HP Hood | 0.20 | 160.00 | 32.00 |
| 10/05/06 | Liu, A. | BK-Claims | Drafted email to S Miller (counsel of HP Hood) regarding the status of the research of HP Hood's chargebacks and the additional information on the original item numbers used to reduced the pre-petition payments to the claimants | 0.20 | 160.00 | 32.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/05/06 | Liu, A. | BK-Claims | Analyzed the letter from counsel of Dairy Farmers regarding a revised allowed amount to settle the 2 claims of Dairy Farmers | 0.20 | 160.00 | 32.00 |
| 10/05/06 | Liu, A. | BK-Claims | Drafted email to D Townsend (Winn-Dixie) regarding the request made to HP Hood for the original document number/ID used on the deductions and copies of additional documents for review | 0.20 | 160.00 | 32.00 |
| 10/05/06 | Liu, A. | BK-Claims | Analyzed the POCs and reconciliation of the reclamation claims to verify the assertions in the letter from Dairy Farmers on their claims | 0.20 | 160.00 | 32.00 |
| 10/05/06 | Liu, A. | BK-Claims | Drafted email to D Young (Winn-Dixie) regarding the findings on the revised reconciliation of the claims of Dairy Farmers and possible agreement to the revised allowed amount | 0.20 | 160.00 | 32.00 |
| 10/05/06 | Liu, A. | BK-Claims | Analyzed the additional backup documents from HP Hood regarding the validity of the chargebacks | 0.20 | 160.00 | 32.00 |
| 10/05/06 | Liu, A. | BK-Claims | Revised the reconciliation spreadsheet of Dairy Farmers to reflect the revised allowed amount per the proposal from Dairy Farmers | 0.20 | 160.00 | 32.00 |
| 10/05/06 | Liu, A. | BK-Claims | Analyzed the proposed treatment and the allowed amount of the claim of Sara Lee Bakery to verify the claim on the omnibus objection | 0.10 | 160.00 | 16.00 |
| 10/05/06 | Liu, A. | BK-Claims | Analyzed the proposed treatment and the allowed amount of the claim of Sara Lee Bakery to verify the claim on the omnibus objection | 0.10 | 160.00 | 16.00 |
| 10/05/06 | Liu, A. | BK-Claims | Analyzed the notes from T Wuertz (XRoads) on the status of the claim of Mott's and the request for documentation on the AP/AR credits | 0.10 | 160.00 | 16.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/05/06 | Liu, A. | BK-Claims | Analyzed the notes from T Wuertz (XRoads) on the status of the claims coming up for objections hearing and the extension needed to resolve the claims | 0.20 | 160.00 | 32.00 |
| 10/05/06 | Liu, A. | BK-Claims | Drafted email to S Sutton (counsel of Dairy Farmers) regarding the receipt the letter on the revised allowed amount and awaiting the approval from Winn-Dixie | 0.10 | 160.00 | 16.00 |
| 10/05/06 | Liu, A. | BK-Claims | Analyzed the responses of the omnibus objections of the claims of Nestle Waters, Quaker Sales, Buffalo Rock, and Pepsi Bottling Group | 0.30 | 160.00 | 48.00 |
| 10/05/06 | Liu, A. | BK-Claims | Drafted email to D Bryant (Winn-Dixie) regarding the status of the research on the backup information provided by Mead Johnson | 0.10 | 160.00 | 16.00 |
| 10/05/06 | Liu, A. | BK-Claims | Drafted email to C Brooks (Winn-Dixie) regarding the status of the research on the backup information provided by Riviana Foods | 0.10 | 160.00 | 16.00 |
| 10/05/06 | Liu, A. | BK-Claims | Discussed with S Sponik (Sara Lee) regarding the open issues of the 2 claims of Sara Lee and the requests for documentation to resolve the AP/AR credits | 0.20 | 160.00 | 32.00 |
| 10/05/06 | Liu, A. | BK-Claims | Drafted email to B Kichler (Winn-Dixie) regarding the status of the contract with Sara Lee Bakery which may resolve the claims | 0.10 | 160.00 | 16.00 |
| 10/05/06 | Liu, A. | BK-Claims | Updated the masterlist of reclamation claimants to update the allowed reclamation claim amounts through court orders, negotiations, and opt-ins | 0.40 | 160.00 | 64.00 |
| 10/05/06 | Liu, A. | BK-Claims | Analyzed the court orders, agreement letters, and opt-in documents to verify the allowed reclamation claim amounts for the masterlist of reclamation claimants | 0.80 | 160.00 | 128.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/05/06 | Liu, A. | BK-Claims | Drafted email to H Besold (Reckitt Benkiser) regarding the status of the research on the documents provided on the AP/AR credits | 0.10 | 160.00 | 16.00 |
| 10/05/06 | Liu, A. | BK-Claims | Analyzed the inquiry from D Young (Winn-Dixie) on the consumption deduction taken on the claim of General Electric | 0.10 | 160.00 | 16.00 |
| 10/05/06 | Liu, A. | BK-Claims | Drafted email response to D Young (Winn-Dixie) regarding the methodology on the calculation of the consumption deduction for General Electric and the validity from the invoices related to the reclamation claim filed in the proof of claim | 0.20 | 160.00 | 32.00 |
| 10/05/06 | Liu, A. | BK-Claims | Drafted email update to D Bryant (Winn-Dixie) regarding the status of the discussion with Sara Lee and request to expedite the process on the documentation for the AP/AR credits of the 2 claims | 0.20 | 160.00 | 32.00 |
| 10/05/06 | Liu, A. | BK-Claims | Analyzed the email from J Leamy (Skadden) on the possible settlement of the issues with Dreyers and the lack of response from their counsel | 0.10 | 160.00 | 16.00 |
| 10/05/06 | Liu, A. | BK-Claims | Analyzed the email from D Young (Winn-Dixie) that confirmed the agreement to the proposed reduction in the claim of Dairy Farmer | 0.10 | 160.00 | 16.00 |
| 10/05/06 | Liu, A. | BK-Claims | Analyzed the email from J Leamy (Skadden) on the claim of Morningstar Foods which was not participate of an omnibus objection | 0.10 | 160.00 | 16.00 |
| 10/06/06 | Liu, A. | BK-Claims | Drafted email to D Bryant (Winn-Dixie) regarding the additional notes on the document requests made by Sara Lee and the similarities to previous requests | 0.10 | 160.00 | 16.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/06/06 | Liu, A. | BK-Claims | Analyzed the email from J Sponik (Sara Lee) regarding the missing items and the detail listing of items to verify to previous requests sent to Winn-Dixie accounting | 0.20 | 160.00 | 32.00 |
| 10/06/06 | Liu, A. | BK-Claims | Analyzed the email confirmation from J Leamy (Skadden) regarding the revised order to be sent to Dairy Farmers with the agreed allowed claim amount | 0.10 | 160.00 | 16.00 |
| 10/06/06 | Liu, A. | BK-Claims | Drafted email to C Brooks (Winn-Dixie) and D Bryant (Winn-Dixie) regarding the receipt of the partial analysis and possible treatment of items which were no longer within Winn-Dixie records | 0.20 | 160.00 | 32.00 |
| 10/06/06 | Liu, A. | BK-Claims | Analyzed the update log of unresolved claims of Team to verify the open issues and determine any other outstanding claims missing from the log | 0.40 | 160.00 | 64.00 |
| 10/06/06 | Liu, A. | BK-Claims | Analyzed the notes to the agreement of Dial Corporation to be drafted by J Leamy (Skadden) with inclusion of duplicate claims disallowed and the allowed amount due to Winn-Dixie | 0.20 | 160.00 | 32.00 |
| 10/06/06 | Liu, A. | BK-Claims | Analyzed the email from D Bryant (Winn-Dixie) regarding the explanation of items considered "too old" on the research of the chargebacks | 0.20 | 160.00 | 32.00 |
| 10/06/06 | Liu, A. | BK-Claims | Prepared the files of the open claims of Team 2 for the meetings next week with Winn-Dixie to resolve with the claimants | 2.10 | 160.00 | 336.00 |
| 10/06/06 | Liu, A. | BK-Claims | Analyzed the email from D Young (Winn-Dixie) on the current status of the claim of Sanford and the treatment of the AP/AR credits | 0.20 | 160.00 | 32.00 |
| 10/06/06 | Liu, A. | BK-Claims | Drafted email confirmation to S Sutton (counsel of Dairy Farmers) regarding the agreement to the proposed amendment to the allowed amount of the claim of Dairy Farmers | 0.20 | 160.00 | 32.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/06/06 | Liu, A. | BK-Claims | Drafted email response to E Pollack (Logan) regarding the need to input the revised amount of the claim for Morningstar Foods into rec sheet online | 0.10 | 160.00 | 16.00 |
| 10/06/06 | Liu, A. | BK-Claims | Drafted email to J Leamy (Skadden) regarding the extension needed on the hearing on the claim of Riviana Foods and the current status of the research by Winn-Dixie | 0.20 | 160.00 | 32.00 |
| 10/06/06 | Liu, A. | BK-Claims | Analyzed the proof of claim of Pacific World, email from Pacific World, and notes on rec sheet online to determine the current reconciliation and the explanation needed on the deductions of the claim | 0.40 | 160.00 | 64.00 |
| 10/06/06 | Liu, A. | BK-Claims | Drafted email to M Matulis (Pacific World) regarding the explanation to each of the deductions to the claim of Pacific World Cosmetics and inquiries on detail to made to Team 1 | 0.30 | 160.00 | 48.00 |
| 10/06/06 | Liu, A. | BK-Claims | Analyzed the treatment of the claims of General Electric based upon the status of the pre-petition contract | 0.10 | 160.00 | 16.00 |
| 10/06/06 | Liu, A. | BK-Claims | Drafted email to J Edmonson (XRoads) regarding the claim class scenario of General Electric based upon the treatment of the contract | 0.10 | 160.00 | 16.00 |
| 10/06/06 | Liu, A. | BK-Claims | Analyzed the initial and partial research by Winn-Dixie on the chargebacks of Riviana Foods to determine the valid items to be allowed on the claim | 0.50 | 160.00 | 80.00 |
| 10/06/06 | Liu, A. | BK-Claims | Discussed with J Edmonson (XRoads) regarding the open issues on the claims and contracts which would need to be resolved or discussed next week at Winn-Dixie | 0.20 | 160.00 | 32.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/06/06 | Liu, A. | BK-Claims | Analyzed the confirmation on the extension of the hearing for Riviana Foods from J Leamy (Skadden) | 0.10 | 160.00 | 16.00 |
| 10/09/06 | Liu, A. | BK-Claims | Drafted email to T Wuertz (XRoads) regarding the initial analysis of the remaining balances of the reclamation claims as of the effective date for review with notes on the methodology | 0.20 | 160.00 | 32.00 |
| 10/09/06 | Liu, A. | BK-Claims | Analyzed the email from T Wuertz (XRoads) on the proposal and status of the claims of the Nestle entities with previous discussions and latest reconciliation to resolve the open issues | 0.40 | 160.00 | 64.00 |
| 10/09/06 | Liu, A. | BK-Claims | Analyzed the email from T Wuertz (XRoads) on the proposal and status of the claim of the Wyeth with previous discussions and latest reconciliation to resolve the open issues | 0.20 | 160.00 | 32.00 |
| 10/09/06 | Liu, A. | BK-Claims | Analyzed the email from T Wuertz (XRoads) on the proposal and status of the claim of the Heinz with previous discussions and latest reconciliation to resolve the open issues | 0.20 | 160.00 | 32.00 |
| 10/09/06 | Liu, A. | BK-Claims | Analyzed the email from T Wuertz (XRoads) regarding the current status of the return of the funds from a Krispy Kreme affiliate to the claims buyer | 0.10 | 160.00 | 16.00 |
| 10/09/06 | Liu, A. | BK-Claims | Analyzed the email from T Wuertz (XRoads) on the status of the claim of the MGM with previous discussions and documents reviewed by Winn-Dixie | 0.20 | 160.00 | 32.00 |
| 10/09/06 | Liu, A. | BK-Claims | Discussed with D Young (Winn-Dixie) regarding the consensus on the opt-in agreements and the treatment of the remaining preference claims | 0.20 | 160.00 | 32.00 |
| 10/09/06 | Liu, A. | BK-Claims | Analyzed the updated log on the objections to the claims to verify the open items for Team 2 and responses needed | 0.50 | 160.00 | 80.00 |

XRoads Solutions Group
Daily Detail Administration Time

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/09/06 | Liu, A. | BK-Claims | Drafted email response to J Leamy (Skadden) regarding the opt-in documents for Dell Marketing and the remaining preference claim exposure per the terms of the stipulation | 0.20 | 160.00 | 32.00 |
| 10/09/06 | Liu, A. | BK-Claims | Analyzed the opt-in documents for Dell Marketing to verify the potential preference claim exposure | 0.10 | 160.00 | 16.00 |
| 10/09/06 | Liu, A. | BK-Claims | Analyzed the email and the reconciliation spreadsheet of Sanford to determine the feasibility of the proposal to settle the discrepancies of the claim | 0.30 | 160.00 | 48.00 |
| 10/09/06 | Liu, A. | BK-Claims | Analyzed the email for the scheduled calls on claims to determine the time/date for the topic of reclamation claims | 0.10 | 160.00 | 16.00 |
| 10/09/06 | Liu, A. | BK-Claims | Meeting with T Wuertz (XRoads) regarding claims reconciliation process and status of analyzing various filed responses to claims objections | 0.60 | 160.00 | 96.00 |
| 10/09/06 | Liu, A. | BK-Claims | Discussed with T Wuertz (XRoads) regarding the status of the claims of Heinz, Wyeth, Nestle entities, and Sanford and the list of reclamation claims and the remaining balance | 0.40 | 160.00 | 64.00 |
| 10/09/06 | Liu, A. | BK-Claims | Analyzed the list of payees to verify the payment schedules of the claimants who opted in to compile the analysis of the remaining balances of the reclamation claims as of the effective date | 0.90 | 160.00 | 144.00 |
| 10/09/06 | Liu, A. | BK-Claims | Analyzed the list of reclamation claims to verify the opt-ins and the agreed amount of the claims for the analysis of the remaining balances of the reclamation claims as of the effective date | 0.70 | 160.00 | 112.00 |
| 10/09/06 | Liu, A. | BK-Claims | Compiled the first draft of the analysis of the remaining balances of the reclamation claims of vendors who opted | 1.60 | 160.00 | 256.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | in and the agreed amount of the vendors who opted-out as of the effective date | | | |
| 10/09/06 | Liu, A. | BK-Claims | Drafted email to S Eichel (Skadden) regarding the request of the analysis of the remaining balances of the reclamation claims as of the effective date and the notes to explain the treatment of the multiple Krispy Kreme claims | 0.20 | 160.00 | 32.00 |
| 10/09/06 | Liu, A. | BK-Claims | Analyzed the confirmation of the agreement to the settlement offer for the discrepancy of the claim of Sanford from D Bryant (Winn-Dixie) | 0.10 | 160.00 | 16.00 |
| 10/09/06 | Liu, A. | BK-Claims | Revised the reconciliation spreadsheet of Sanford to reflect the agreed settlement of the claim with the adjustments to the AP/AR credits and allowance of claim items | 0.20 | 160.00 | 32.00 |
| 10/09/06 | Liu, A. | BK-Claims | Drafted email to T Wuertz (XRoads) regarding the revised the reconciliation spreadsheet of Sanford to reflect the agreed settlement of the claim and the possible treatment of the remaining reclamation claim | 0.20 | 160.00 | 32.00 |
| 10/10/06 | Liu, A. | BK-Claims | Conference call with R Gray and S Eichel (Skadden), J Castle and J Roy (Winn-Dixie), K Logan and E Pollack (Logan & Co), J Edmonson (XRoads), J Parrotta and D Young (Winn-Dixie), and S Karol (XRoads) regarding the status and additional information needed on the distribution list of the reclamation claim and timeline to complete the file | 0.20 | 160.00 | 32.00 |
| 10/10/06 | Liu, A. | BK-Claims | Analyzed the update from J Parrotta (Winn-Dixie) regarding the remaining balances of the 3 reclamation claimants with different opt-in periods | 0.20 | 160.00 | 32.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/10/06 | Liu, A. | BK-Claims | Analyzed the additional information needed on the distribution list of the remaining balance of reclamation claim from R Gray (Skadden) | 0.20 | 160.00 | 32.00 |
| 10/10/06 | Liu, A. | BK-Claims | Analyzed the request from F Glass (Fair Harbor) regarding the status of the claim of Process Technologies | 0.10 | 160.00 | 16.00 |
| 10/10/06 | Liu, A. | BK-Claims | Analyzed the status of the claim of Process Technologies on rec sheet online to verify the allowed amount and claim class | 0.10 | 160.00 | 16.00 |
| 10/10/06 | Liu, A. | BK-Claims | Drafted email to F Glass (Fair Harbor) regarding the status of the claim of Process Technologies with the allowed amount and claim class | 0.10 | 160.00 | 16.00 |
| 10/10/06 | Liu, A. | BK-Claims | Analyzed the email from E Gallagher (NCR) regarding the missing reclamation claim installments of NCR, the correct payee address, and the treatment of the missing payments | 0.20 | 160.00 | 32.00 |
| 10/10/06 | Liu, A. | BK-Claims | Analyzed the payee information of NCR to verify the remit address and contact information | 0.10 | 160.00 | 16.00 |
| 10/10/06 | Liu, A. | BK-Claims | Drafted email to J Parrotta (Winn-Dixie) regarding the payment status of the missing installments for NCR | 0.10 | 160.00 | 16.00 |
| 10/10/06 | Liu, A. | BK-Claims | Drafted email response to E Gallagher (NCR) regarding the payee address and the research needed on the missing payments | 0.20 | 160.00 | 32.00 |
| 10/10/06 | Liu, A. | BK-Claims | Discussed with J Parrotta (Winn-Dixie) regarding the stop payment and re-issue of checks for the initial 4 installments of the reclamation claim of NCR and the first 4 checks without any clearance | 0.20 | 160.00 | 32.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/10/06 | Liu, A. | BK-Claims | Analyzed the court docket for documents of potential claim transfer of NCR to a claims buyer | 0.10 | 160.00 | 16.00 |
| 10/10/06 | Liu, A. | BK-Claims | Drafted email to J Parrotta (Winn-Dixie) regarding the confirmation of the first 4 payments for stop payment and reissue | 0.10 | 160.00 | 16.00 |
| 10/10/06 | Liu, A. | BK-Claims | Meeting with D Young (Winn-Dixie) regarding the open issues for Team 2 and the reclamation distribution list with meetings with Winn-Dixie accounting | 1.40 | 160.00 | 224.00 |
| 10/10/06 | Liu, A. | BK-Claims | Drafted email response to J Leamy (Skadden) regarding the current status of the review of the AP/AR credits of Reckitt Benkiser and the extension needed to resolve the open issues | 0.20 | 160.00 | 32.00 |
| 10/10/06 | Liu, A. | BK-Claims | Drafted email response to T Wuertz (XRoads) regarding the reconciliation spreadsheet for Quaker Sales and Schuster Marketing | 0.20 | 160.00 | 32.00 |
| 10/10/06 | Liu, A. | BK-Claims | Analyzed the rec sheet online and court docket to determine the contact address, TIN, and possible transferee for the revised list of the balance of unpaid reclamation claims | 2.40 | 160.00 | 384.00 |
| 10/10/06 | Liu, A. | BK-Claims | Revised the list of the unpaid balance of the reclamation claims to include payee information, TIN, and contact for unpaid balance and revised the formula to reflect the new effective | 2.80 | 160.00 | 448.00 |
| 10/11/06 | Liu, A. | BK-Claims | Discussed with T Wuertz (XRoads) regarding the action items from the meeting with Winn-Dixie accounting, updated status of the open items, and any open issues of the list of the unpaid reclamation claims | 0.70 | 160.00 | 112.00 |

XRoads Solutions Group
Daily Detail Administration Time

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/11/06 | Liu, A. | BK-Claims | Analyzed the comments on the additional information for the list of the unpaid reclamation claims with the surviving claim numbers | 0.20 | 160.00 | 32.00 |
| 10/11/06 | Liu, A. | BK-Claims | Discussed with D Young (Winn-Dixie) regarding the suggestion of the addition of claim numbers to the list of the unpaid reclamation claims for easier reference for Logan | 0.10 | 160.00 | 16.00 |
| 10/11/06 | Liu, A. | BK-Claims | Analyzed the email from J Leamy (Skadden) on the signed documents filed in court for the return of funds to Winn-Dixie to settle the pre-petition and post-petition credits and overwires | 0.20 | 160.00 | 32.00 |
| 10/11/06 | Liu, A. | BK-Claims | Analyzed the email from B Bowden (assistant to the counsel of Domino Foods) regarding the counter proposal on the treatment of the chargebacks of the claim of Domino Foods and the revised allowed claim amount | 0.20 | 160.00 | 32.00 |
| 10/11/06 | Liu, A. | BK-Claims | Drafted email response to B Bowen (assistant to the counsel of Domino Foods) regarding the confirmation of the proposed allowed amount of Domino Foods and possible agreement with Winn-Dixie | 0.10 | 160.00 | 16.00 |
| 10/11/06 | Liu, A. | BK-Claims | Analyzed the email confirmation from B Bowen (assistant to the counsel of Domino Foods) regarding the proposed allowed amount of Domino Foods | 0.10 | 160.00 | 16.00 |
| 10/11/06 | Liu, A. | BK-Claims | Drafted email to D Bryant (Winn-Dixie) regarding the proposed allowed amount of Domino Foods and the explanation of the treatment of the chargebacks | 0.20 | 160.00 | 32.00 |
| 10/11/06 | Liu, A. | BK-Claims | Meeting with D Bryant, D Young and C Brooks (Winn-Dixie) regarding the open claims of Team 2 - the proposals for settlement for some of the vendors, status on the research and the discussions with claimants, and any | 1.70 | 160.00 | 272.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | open issues - and the review of the balances of the unpaid reclamation claims | | | |
| 10/11/06 | Liu, A. | BK-Claims | Meeting with D Young and A Parker (Winn-Dixie) regarding the pre-petition liabilities of Scunci, Conair, Bristol Meyers, Novartis, and Mead Johnson, transfer of AP/AR credits to correct vendors, and the possible discussion of settlement with the claimants | 1.30 | 160.00 | 208.00 |
| 10/11/06 | Liu, A. | BK-Claims | Analyzed the notes from the updated log of Team 2 from D Young (Winn-Dixie) to prepare for meeting with Winn-Dixie accounting on the open issues | 0.30 | 160.00 | 48.00 |
| 10/11/06 | Liu, A. | BK-Claims | Drafted email to D Bryant (Winn-Dixie) regarding the second draft of the list of the unpaid reclamation claims with notes on the breakdown of opt-in and opt-out amounts through September 2006 | 0.20 | 160.00 | 32.00 |
| 10/11/06 | Liu, A. | BK-Claims | Completed the third draft of the list of the unpaid reclamation claims through September 2006 with additional information on the payee information and tax ID number | 1.10 | 160.00 | 176.00 |
| 10/11/06 | Liu, A. | BK-Claims | Analyzed the previous breakdown of the Krispy Kreme claim to determine the address to match to the scheduled or filed claims on rec sheet online | 0.40 | 160.00 | 64.00 |
| 10/11/06 | Liu, A. | BK-Claims | Analyzed the claims of Krispy Kreme on rec sheet online to verify the payee address, transferred claims status, and the tax ID number for the list of the unpaid reclamation claims | 0.50 | 160.00 | 80.00 |
| 10/11/06 | Liu, A. | BK-Claims | Drafted email to E Gallagher (NCR) regarding the stop payments on the missing reclamation claim payments, the re-issue of checks, the confirmation of the original payee address, and checks to the new payee address | 0.20 | 160.00 | 32.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/11/06 | Liu, A. | BK-Claims | Analyzed the email from P King (Winn-Dixie) regarding the stop payments on the missing checks of NCR and re-issue of the checks | 0.10 | 160.00 | 16.00 |
| 10/11/06 | Liu, A. | BK-Claims | Discussed with A Gasso (XRoads) regarding the letter from the counsel of Dairy Farmers on the proposal of the claim and if any actions would be needed | 0.20 | 160.00 | 32.00 |
| 10/11/06 | Liu, A. | BK-Claims | Analyzed the extracted data from rec sheet online on the updated list of the claims of team 2 with notes on the status, allowed amount, and the contact information for inclusion of surviving claim numbers to the analysis on the unpaid reclamation claims | 0.80 | 160.00 | 128.00 |
| 10/11/06 | Liu, A. | BK-Claims | Drafted email to J Edmonson (XRoads) and T Wuertz (XRoads) regarding the revised list of the unpaid reclamation claims with notes on the assumptions and open issues of the analysis | 0.30 | 160.00 | 48.00 |
| 10/11/06 | Liu, A. | BK-Claims | Drafted email to B Bowden (assistant to the counsel of Domino Foods) regarding the proposed settlement to resolve the claims of Domino Foods and the allowed amount for the claim | 0.20 | 160.00 | 32.00 |
| 10/11/06 | Liu, A. | BK-Claims | Discussed with T Wuertz (XRoads) regarding the settlement agreement to Colorado Box Beef and the reconciliation spreadsheet needed | 0.20 | 160.00 | 32.00 |
| 10/11/06 | Liu, A. | BK-Claims | Extracted the report on the updated list of the claims of team 2 with notes on the status, allowed amount, and the contact information to verify the surviving claim numbers | 0.20 | 160.00 | 32.00 |
| 10/11/06 | Liu, A. | BK-Claims | Analyzed the claims on rec sheet online to verify the information on the reclamation claims to match the information on the analysis of the unpaid reclamation claims | 0.60 | 160.00 | 96.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/11/06 | Liu, A. | BK-Claims | Completed the fourth draft of the analysis on the unpaid reclamation claims with additional fields on the surviving claim numbers of the proof of claim or scheduled claims | 1.40 | 160.00 | 224.00 |
| 10/11/06 | Liu, A. | BK-Claims | Drafted email to K Logan and E Pollack (Logan & Co) regarding the revised draft of the analysis of the unpaid reclamation claims with notes on the issues, assumptions, and thoughts of the analysis | 0.40 | 160.00 | 64.00 |
| 10/11/06 | Liu, A. | BK-Claims | Analyzed the confirmation from D Bryant (Winn-Dixie) on the agreement to the proposal from Domino Foods on the revised allowed amount of their claim | 0.10 | 160.00 | 16.00 |
| 10/11/06 | Liu, A. | BK-Claims | Drafted email to B Bowen (assistant to the counsel of Domino Foods) regarding the agreement from Winn-Dixie to the proposed amount and confirmation on an agreement to move forward with Skadden | 0.20 | 160.00 | 32.00 |
| 10/11/06 | Liu, A. | BK-Claims | Revised the reconciliation spreadsheet of Domino Foods to reflect the agreed allowed amount of the proposed treatment of the chargeback | 0.20 | 160.00 | 32.00 |
| 10/11/06 | Liu, A. | BK-Claims | Discussed with J Leamy (Skadden) regarding the status of Dreyers and any responses from D Cook, counsel of Dreyers, the agreement to the extension of the claim for Riviana, and the process of claims reconciliation with Winn-Dixie | 0.30 | 160.00 | 48.00 |
| 10/11/06 | Liu, A. | BK-Claims | Drafted email to D Young (Winn-Dixie) regarding the revised reconciliation spreadsheet of Domino Foods and the email trail on the agreements to the proposed amount from both parties | 0.10 | 160.00 | 16.00 |
| 10/12/06 | Liu, A. | BK-Claims | Drafted email to S Basto (Master Foods) regarding the status of the review of the documents of Master Foods entities and | 0.20 | 160.00 | 32.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | the upcoming deadline to resolve the claims | | | |
| 10/12/06 | Liu, A. | BK-Claims | Discussed with D Young (Winn-Dixie) regarding the explanation of the issue with Domino Foods on the language/wording with the order submitted on the claim amount | 0.10 | 160.00 | 16.00 |
| 10/12/06 | Liu, A. | BK-Claims | Drafted email response to D Young (Winn-Dixie) regarding the proposal on the treatment of the offsets already sent to Scunci and the confirmation needed from the claimant | 0.20 | 160.00 | 32.00 |
| 10/12/06 | Liu, A. | BK-Claims | Drafted email to T Wuertz (XRoads) regarding the message from Schuster Marketing and re-iterating the proposal to resolve the claims | 0.20 | 160.00 | 32.00 |
| 10/12/06 | Liu, A. | BK-Claims | Meeting with D Young (Winn-Dixie) regarding the estimate reserves for the open claims of Team 2 with agreements on updates, methodologies, and assumptions | 3.20 | 160.00 | 512.00 |
| 10/12/06 | Liu, A. | BK-Claims | Discussed with D Young (Winn-Dixie) regarding the initial analysis on the treatment of the pre-petition wire of Pinnacle from previous research by Winn-Dixie | 0.20 | 160.00 | 32.00 |
| 10/12/06 | Liu, A. | BK-Claims | Analyzed the email from T Wuertz (XRoads) regarding the updated address for the payee information for the reclamation and general unsecured claims | 0.10 | 160.00 | 16.00 |
| 10/12/06 | Liu, A. | BK-Claims | Drafted email response to T Wuertz (XRoads) regarding the steps to revised the payee information on the previous version of the analysis on the unpaid reclamation claims | 0.10 | 160.00 | 16.00 |
| 10/12/06 | Liu, A. | BK-Claims | Discussed with T Wuertz (XRoads) regarding the claims transfer file from Logan and the reserves set for the open | 0.20 | 160.00 | 32.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | claims of Team 2 with citations of specific claimants | | | |
| 10/12/06 | Liu, A. | BK-Claims | Discussed with D Young (Winn-Dixie) regarding the estimated allowance for the claim of CF Sauer and possible full allowance of claim | 0.20 | 160.00 | 32.00 |
| 10/12/06 | Liu, A. | BK-Claims | Analyzed the update from D Gay (Smith-Hulsey) on the status of the discussions with Libbey Glass | 0.10 | 160.00 | 16.00 |
| 10/12/06 | Liu, A. | BK-Claims | Revised the reconciliation spreadsheet of Scunci to reflect the revised agreed amount and the consistent format of the spreadsheets | 0.20 | 160.00 | 32.00 |
| 10/12/06 | Liu, A. | BK-Claims | Analyzed the draft of the proposed settlement with Nestle entities to verify the allowed amounts to the methodology discussed in the meeting | 0.30 | 160.00 | 48.00 |
| 10/12/06 | Liu, A. | BK-Claims | Analyzed the email trails on the missing reclamation claims for the claims buyer VR Global on the reclamation claim of Falcon Farms and the possible next step to resolve the missing installments | 0.20 | 160.00 | 32.00 |
| 10/12/06 | Liu, A. | BK-Claims | Analyzed the status of the meeting with Del Laboratories for the treatment of the claims and the amount due to Winn-Dixie | 0.10 | 160.00 | 16.00 |
| 10/12/06 | Liu, A. | BK-Claims | Analyzed the email trail on the proposed treatment of the return of the promotional dollars from the Pepsi bottlers by Winn-Dixie | 0.20 | 160.00 | 32.00 |
| 10/12/06 | Liu, A. | BK-Claims | Analyzed the email from T Wuertz (XRoads) regarding the status of the discussions with Brach's to resolve the discrepancy of their claim | 0.10 | 160.00 | 16.00 |
| 10/12/06 | Liu, A. | BK-Claims | Analyzed the email from T Wuertz (XRoads) regarding the status of return of the reclamation claim amount from | 0.10 | 160.00 | 16.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Krispy Kreme to ASM Capital and the deadline to resolve the issue | | | |
| 10/12/06 | Liu, A. | BK-Claims | Analyzed the emails from G Tarr (counsel of Domino Foods) regarding the agreement to the revised allowed claim of Domino Foods and the inquiry on the language of the revised order of the agreed amount | 0.30 | 160.00 | 48.00 |
| 10/13/06 | Liu, A. | BK-Claims | Drafted email to J Parrotta (Winn-Dixie) regarding the status of the missing checks for NCR | 0.10 | 160.00 | 16.00 |
| 10/13/06 | Liu, A. | BK-Claims | Drafted email to J Leamy (Skadden) regarding the explanation of the allowance of the different classes of the claim of Riverdale Farms | 0.20 | 160.00 | 32.00 |
| 10/13/06 | Liu, A. | BK-Claims | Analyzed the reserves for all teams on the allowed amount on the unresolved claims from D Young (Winn-Dixie) | 0.60 | 160.00 | 96.00 |
| 10/13/06 | Liu, A. | BK-Claims | Analyzed the 24th Omnibus Objection with 7 exhibits to verify the claims possibly related to Team 2 and comments to the claim | 0.40 | 160.00 | 64.00 |
| 10/13/06 | Liu, A. | BK-Claims | Analyzed the proposed treatment of the claim#1060 with the resolved allowed amount from T Wuertz (XRoads) | 0.20 | 160.00 | 32.00 |
| 10/13/06 | Liu, A. | BK-Claims | Analyzed the agreement to the allowed amount of the claim of Mott's with resolution of the AP/AR credits | 0.20 | 160.00 | 32.00 |
| 10/13/06 | Liu, A. | BK-Claims | Call with T Wuertz (XRoads) regarding status claims reconciliation process on the open items discussed with Winn-Dixie | 0.20 | 160.00 | 32.00 |
| 10/16/06 | Liu, A. | BK-Claims | Drafted email to D Young (Winn-Dixie) regarding the analysis prepared by Winn-Dixie on the treatment of the overwire by Pinnacle Foods for the upcoming meeting | 0.10 | 160.00 | 16.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/16/06 | Liu, A. | BK-Claims | Analyzed the updated log from J Edmonson (XRoads) on the responses of the objections to verify the open items of Team 2 | 0.40 | 160.00 | 64.00 |
| 10/16/06 | Liu, A. | BK-Claims | Analyzed the confirmation from E Gallagher (NCR) regarding the treatment of the initial checks if found later on the process | 0.10 | 160.00 | 16.00 |
| 10/16/06 | Liu, A. | BK-Claims | Discussed with T Wuertz (XRoads) regarding the details to the claim of Maybelline-Garnier and the current discussions, the status of the claim of Reddy Ice with the large discrepancies, and review of the proposed numbers of Nestle with Winn-Dixie accounting | 0.60 | 160.00 | 96.00 |
| 10/16/06 | Liu, A. | BK-Claims | Drafted emails to D Young (Winn-Dixie) regarding the status of the claims of Maybelline-Garnier and need to discuss the open items | 0.20 | 160.00 | 32.00 |
| 10/16/06 | Liu, A. | BK-Claims | Analyzed the claims of Team#2 up for objection on the 24th omnibus objection and verify any discrepancies in the amounts or language | 0.40 | 160.00 | 64.00 |
| 10/16/06 | Liu, A. | BK-Claims | Drafted email to T Wuertz (XRoads) regarding the result of the review of the 24th Omnibus objections with the note of the claim which need additional review | 0.20 | 160.00 | 32.00 |
| 10/16/06 | Liu, A. | BK-Claims | Discussed with T Wuertz (XRoads) regarding the status of the claims of Del Laboratories, Gorton's, and Deans Specialty Foods with the agreements for 2 of the claims | 0.30 | 160.00 | 48.00 |
| 10/16/06 | Liu, A. | BK-Claims | Conference call with M Lyons (Del Laboratories), D Young (Winn-Dixie), and K LeGarde (Winn-Dixie) regarding the proposed treatment of the claim of Del Laboratories and the possible agreement to amounts due to Winn-Dixie | 0.30 | 160.00 | 48.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/16/06 | Liu, A. | BK-Claims | Post-conference call with D Young (Winn-Dixie) and K LeGarde (Winn-Dixie) regarding the next steps to resolve the claim of Del Laboratories, the documents and files for their review, and the re-iteration of the AP/AR credits | 0.20 | 160.00 | 32.00 |
| 10/16/06 | Liu, A. | BK-Claims | Post-conference call with D Young (Winn-Dixie) regarding the next steps to resolve the claim of Del Laboratories and the proposed treatment by Gorton's on their claim | 0.30 | 160.00 | 48.00 |
| 10/16/06 | Liu, A. | BK-Claims | Analyzed the proposed treatment of the claim from the counsel of Gorton's and the amount due to Winn-Dixie on their claim | 0.20 | 160.00 | 32.00 |
| 10/16/06 | Liu, A. | BK-Claims | Drafted email response to J Dejonker (counsel for Gorton's) regarding the agreement to the proposed treatment of the claim, the treatment of the amount due to Winn-Dixie, and the agreement drafted by Skadden to resolve all the pre-petition issues | 0.20 | 160.00 | 32.00 |
| 10/16/06 | Liu, A. | BK-Claims | Drafted email to D Bryant (Winn-Dixie) regarding the revised reconciliation spreadsheet of the agreed allowed amount of Gorton's | 0.10 | 160.00 | 16.00 |
| 10/16/06 | Liu, A. | BK-Claims | Analyzed the status of the missing reclamation claim checks for NCR from J Parrotta (Winn-Dixie) | 0.10 | 160.00 | 16.00 |
| 10/16/06 | Liu, A. | BK-Claims | Analyzed the confirmation from D Amero (Gorton's) regarding the agreement to the proposed treatment of the amount due to Winn-Dixie from Gorton's | 0.10 | 160.00 | 16.00 |
| 10/16/06 | Liu, A. | BK-Claims | Drafted email to J Leamy (Skadden) regarding the final outcome of the claim of Gorton's and any open issues to complete a draft of the agreement | 0.10 | 160.00 | 16.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/16/06 | Liu, A. | BK-Claims | Analyzed the email from T Wuertz (XRoads) regarding the agreement to the claim of Dean Specialty Foods with the agreed amount due to Winn-Dixie and the treatment of the amount | 0.20 | 160.00 | 32.00 |
| 10/16/06 | Liu, A. | BK-Claims | Revised the reconciliation spreadsheet of Gorton's to reflect the agreed amount with the additional notes on the AP/AR credits | 0.10 | 160.00 | 16.00 |
| 10/16/06 | Liu, A. | BK-Claims | Drafted email to E Gallagher (NCR) regarding the status of the missing installments for NCR, treatment of the initial checks if found, and the stop payments placed on the initial checks | 0.20 | 160.00 | 32.00 |
| 10/17/06 | Liu, A. | BK-Claims | Analyzed the emails from T Wuertz (XRoads), J Parrotta (WD) and E Eliseeva (VR Global) on the re-issue and status of the checks for VR Global on the missing reclamation claim installments | 0.20 | 160.00 | 32.00 |
| 10/17/06 | Liu, A. | BK-Claims | Drafted email response to T Wuertz (XRoads) regarding the allowance of the claim of Pepsi Bottling Group and the treatment of the AP/AR credits | 0.20 | 160.00 | 32.00 |
| 10/17/06 | Liu, A. | BK-Claims | Analyzed the email from T Wuertz (XRoads) regarding the missing claimants on the response to the Omnibus objections and the possible reason behind the omission | 0.20 | 160.00 | 32.00 |
| 10/17/06 | Liu, A. | BK-Claims | Analyzed the research from Winn-Dixie accounting on the chargebacks of Heinz to determine the status of the claim | 0.20 | 160.00 | 32.00 |
| 10/17/06 | Liu, A. | BK-Claims | Meeting with D Young (Winn-Dixie) regarding the details to the issues of the claims of Pinnacle Foods, Nestle, and Maybelline in preparation to present to D Bryant (Winn-Dixie) | 1.10 | 160.00 | 176.00 |
| 10/17/06 | Liu, A. | BK-Claims | Meeting with D Bryant (Winn-Dixie), D Young (Winn-Dixie), and E Britton (Winn-Dixie) regarding the open issues of the claims of Pinnacle Foods, Nestle, | 0.60 | 160.00 | 96.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | and Maybelline and the acceptance/feasibility of the proposals for the vendors | | | |
| 10/17/06 | Liu, A. | BK-Claims | Drafted email to E Britton (Winn-Dixie) regarding the revised analysis on the application of the pre-petition wire of Pinnacle Foods | 0.10 | 160.00 | 16.00 |
| 10/17/06 | Liu, A. | BK-Claims | Drafted email to T Wuertz (XRoads) regarding the confirmation on the proposal of the claims of the Nestle entities and agreement from Winn-Dixie accounting | 0.20 | 160.00 | 32.00 |
| 10/17/06 | Liu, A. | BK-Claims | Drafted email to T Wuertz (XRoads) regarding the proposed treatment of the invalid deductions, the treatment of the post-petition credit, and the allowed claims for each class of Maybelline with the revised reconciliation | 0.20 | 160.00 | 32.00 |
| 10/17/06 | Liu, A. | BK-Claims | Revised the reconciliation spreadsheet of the Maybelline-Garnier to reflect the proposed amount to the vendor contingent on several assumed points of discussion | 0.30 | 160.00 | 48.00 |
| 10/17/06 | Liu, A. | BK-Claims | Reviewed the updated log from D Young (Winn-Dixie) regarding the open claims of Team#2 and status of the claimants this far | 0.40 | 160.00 | 64.00 |
| 10/17/06 | Liu, A. | BK-Claims | Analyzed the claims of Maybelline and Garnier to verify the pre-petition balances of the AP and AR to determine the allowance and possible proposal to resolve the discrepancies of their 2 claims | 0.60 | 160.00 | 96.00 |
| 10/17/06 | Liu, A. | BK-Claims | Revised the analysis of the unpaid reclamation claim to reflect a possible delay in the effective date and specific reclamation claim adjusted due to amended agreements | 0.20 | 160.00 | 32.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/17/06 | Liu, A. | BK-Claims | Analyzed the email to Nestle entities from T Wuertz (XRoads) to confirm the proposed treatment of the claims to resolve the open issues of the claims | 0.20 | 160.00 | 32.00 |
| 10/18/06 | Liu, A. | BK-Claims | Analyzed the emails from C Brooks (Winn-Dixie) regarding the current status of the research on Riviana Foods, HP Hood, and Mead Johnson | 0.40 | 160.00 | 64.00 |
| 10/18/06 | Liu, A. | BK-Claims | Discussed with D Young (Winn-Dixie) regarding the possible relationship of Southern Bottled Water and Reddy Ice and the current status of the claim | 0.20 | 160.00 | 32.00 |
| 10/18/06 | Liu, A. | BK-Claims | Drafted email request to D Young (Winn-Dixie) regarding the files on the reconciliation completed on the claim of Southern Bottled Water to determine the open items | 0.20 | 160.00 | 32.00 |
| 10/18/06 | Liu, A. | BK-Claims | Analyzed the proof of claim of Southern Bottled Water to verify the open items for the revised reconciliation of their claim | 0.20 | 160.00 | 32.00 |
| 10/18/06 | Liu, A. | BK-Claims | Revised the reconciliation spreadsheet of Southern Bottled Water to reflect the details to the claim with the invoices which were part of the reclamation claim of Reddy Ice | 0.70 | 160.00 | 112.00 |
| 10/18/06 | Liu, A. | BK-Claims | Analyzed the email response from E Britton (Winn-Dixie) regarding the research on the invoices to the applied amounts of Pinnacle Foods and the issue with invoices never sent to Winn-Dixie | 0.10 | 160.00 | 16.00 |
| 10/18/06 | Liu, A. | BK-Claims | Discussed with T Wuertz (XRoads) regarding the proposal from Winn-Dixie to resolve the claim of Maybelline and the explanation of the different pieces to arrive at the proposed amount | 0.50 | 160.00 | 80.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/18/06 | Liu, A. | BK-Claims | Discussed with T Wuertz (XRoads) regarding the status and the open issues of the claims of Team#2 in preparation of the weekly meeting with Winn-Dixie | 0.40 | 160.00 | 64.00 |
| 10/18/06 | Liu, A. | BK-Claims | Revised the reconciliation spreadsheet of Riviana Foods to reflect the research from Winn-Dixie accounting on the chargebacks with the amended allowed amount and notes | 0.80 | 160.00 | 128.00 |
| 10/18/06 | Liu, A. | BK-Claims | Drafted email to D Bryant (Winn-Dixie) regarding the revised claim of Riviana Foods and the need to discuss the remaining chargebacks on the claim | 0.20 | 160.00 | 32.00 |
| 10/18/06 | Liu, A. | BK-Claims | Drafted email to E Britton (Winn-Dixie) regarding the findings on the revised application of wires by Pinnacle Foods and the possible duplicate payments on the invoice numbers | 0.20 | 160.00 | 32.00 |
| 10/18/06 | Liu, A. | BK-Claims | Compared the 2 analysis on the application of the pre-petition wires for Pinnacle Foods to verify the changes in the invoice amounts as noted by E Britton (Winn-Dixie) | 0.40 | 160.00 | 64.00 |
| 10/18/06 | Liu, A. | BK-Claims | Drafted email response to E Britton (Winn-Dixie) regarding the additional findings on the discrepancy of the invoice amounts on the 2 analysis of the application of the pre-petition wire and the response needed from D Bryant (Winn-Dixie) | 0.20 | 160.00 | 32.00 |
| 10/18/06 | Liu, A. | BK-Claims | Analyzed the claim of Ecolab to verify the allowed amount and if any court order approved the amounts on rec sheet online | 0.10 | 160.00 | 16.00 |
| 10/18/06 | Liu, A. | BK-Claims | Drafted email to F Glass (Fair Harbor) regarding the claim amount allowed for Ecolab per the Omnibus objection filed in court | 0.20 | 160.00 | 32.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/18/06 | Liu, A. | BK-Claims | Drafted email to J Parrotta (Winn-Dixie) regarding the opt-in for October 2006 with the note on the remit address and payee information | 0.20 | 160.00 | 32.00 |
| 10/18/06 | Liu, A. | BK-Claims | Analyzed the confirmation from J Parrotta (Winn-Dixie) regarding opt-in information for American Italian Pasta and the remit address provided | 0.10 | 160.00 | 16.00 |
| 10/18/06 | Liu, A. | BK-Claims | Analyzed the proof of claim of Reddy Ice to verify the open items for the revised reconciliation of their claim | 0.80 | 160.00 | 128.00 |
| 10/18/06 | Liu, A. | BK-Claims | Revised the reconciliation spreadsheet of Reddy Ice to reflect the details to the claim and indicate the open items which may need additional review from Winn-Dixie accounting | 1.90 | 160.00 | 304.00 |
| 10/18/06 | Liu, A. | BK-Claims | Drafted email to C Brooks (Winn-Dixie) regarding the revised reconciliation for Reddy Ice and the research needed on the open items of their claim | 0.20 | 160.00 | 32.00 |
| 10/19/06 | Liu, A. | BK-Claims | Drafted email to D Young (Winn-Dixie) regarding the status of the review of the AP/AR credits for Master Foods USA and continuing process | 0.10 | 160.00 | 16.00 |
| 10/19/06 | Liu, A. | BK-Claims | Drafted email inquiry to S Basto (Master Foods) regarding the progress and status of the review of the documents of the AP/AR credits of the Master Foods entities | 0.10 | 160.00 | 16.00 |
| 10/19/06 | Liu, A. | BK-Claims | Drafted the email to D Young (Winn-Dixie) regarding the latest information on the claim of Schuster Marketing and the possible steps to resolve the reclaims | 0.20 | 160.00 | 32.00 |
| 10/19/06 | Liu, A. | BK-Claims | Discussed with D Young (Winn-Dixie) regarding the status of the negotiation and discussion with NCR | 0.10 | 160.00 | 16.00 |

XRoads Solutions Group
Daily Detail Administration Time

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/19/06 | Liu, A. | BK-Claims | Drafted email to D Young (Winn-Dixie) regarding the revised reconciliation of Southern Bottled Water and need to review the reconciliation completed by Team#1 | 0.10 | 160.00 | 16.00 |
| 10/19/06 | Liu, A. | BK-Claims | Discussed with J Leamy (Skadden) regarding the details needed and negotiated items in the agreements for Gorton's and Dial Corporation and the timeline to complete the first draft for review | 0.30 | 160.00 | 48.00 |
| 10/19/06 | Liu, A. | BK-Claims | Analyzed the email from S Basto (Master Foods) regarding the progress and status of the review of the documents of the AP/AR credits of the Master Foods entities with the review in process | 0.10 | 160.00 | 16.00 |
| 10/19/06 | Liu, A. | BK-Claims | Drafted email to J Leamy (Skadden) regarding the opt-in documents for CCE and the notes of the reclamation claim payments made to date | 0.20 | 160.00 | 32.00 |
| 10/19/06 | Liu, A. | BK-Claims | Analyzed the update from T Wuertz (XRoads) regarding the status of the claim of Buffalo Rock, Heinz, and Brach's and the proposed treatment of the AP/AR credit | 0.40 | 160.00 | 64.00 |
| 10/19/06 | Liu, A. | BK-Claims | Drafted email to R Espinosa (Nestle Waters) regarding the status of the missing invoices for Nestle Waters to resolve the discrepancies on the claim | 0.20 | 160.00 | 32.00 |
| 10/19/06 | Liu, A. | BK-Claims | Prepared for the meeting with Winn-Dixie accounting by reviewing emails, update log of open items, and notes from discussion with T Wuertz (XRoads) regarding the status of the open claims of Team#2 | 0.40 | 160.00 | 64.00 |
| 10/19/06 | Liu, A. | BK-Claims | Meeting with D Bryant (Winn-Dixie), D Young (Winn-Dixie), and C Brooks (Winn-Dixie) regarding the status of the open claims of Team#2 with the update | 0.70 | 160.00 | 112.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | on the research and proposed settlement of their claim | | | |
| 10/19/06 | Liu, A. | BK-Claims | Discussed with E Britton (Winn-Dixie) regarding the check request to adjust the pre-petition balance of the wire for Pinnacle Foods based upon the application to the post-petition invoices | 0.10 | 160.00 | 16.00 |
| 10/19/06 | Liu, A. | BK-Claims | Prepared the analysis on the chargebacks of Pinnacle Foods for review by Winn-Dixie accounting from the proof of claim and all the pertinent notes | 0.40 | 160.00 | 64.00 |
| 10/19/06 | Liu, A. | BK-Claims | Drafted email to C Brooks (Winn-Dixie) regarding the analysis on the chargebacks of Pinnacle Foods for review by Winn-Dixie accounting | 0.10 | 160.00 | 16.00 |
| 10/19/06 | Liu, A. | BK-Claims | Discussed with T Wuertz (XRoads) regarding the status of the open claims of Team#2 under his negotiation and discussions with the direct inquiries from Winn-Dixie accounting | 0.50 | 160.00 | 80.00 |
| 10/19/06 | Liu, A. | BK-Claims | Revised the reconciliation spreadsheet of Riviana Foods to reflect the additional items for proposed settlement on the chargebacks per the discussion with D Bryant (Winn-Dixie), the revised allowed amount, and summary of the categories of the disallowance | 0.40 | 160.00 | 64.00 |
| 10/19/06 | Liu, A. | BK-Claims | Drafted email to D Bryant (Winn-Dixie) regarding the revised the reconciliation spreadsheet of Riviana Foods to reflect the additional items for proposed settlement on the chargebacks and notes of the methodology for each explanation of chargeback | 0.20 | 160.00 | 32.00 |
| 10/19/06 | Liu, A. | BK-Claims | Discussed with D Young (Winn-Dixie) regarding the treatment of the reclamation claim for Southern Bottled Water, the relationship to Reddy Ice's claim, the proposed settlement for Reddy | 0.90 | 160.00 | 144.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Ice and Southern Wine, and discrepancy of open invoices to these claims | | | |
| 10/19/06 | Liu, A. | BK-Claims | Analyzed the confirmation from J Leamy (Skadden) regarding the timeline on the agreement to resolve the claim of Gorton's | 0.10 | 160.00 | 16.00 |
| 10/19/06 | Liu, A. | BK-Claims | Analyzed the status of the amount due to Winn-Dixie from MGM with the notes on the possible negotiated points and the internal discussion needed to settle the large difference in the perceived amount owed | 0.20 | 160.00 | 32.00 |
| 10/19/06 | Liu, A. | BK-Claims | Discussed with J James (Winn-Dixie) regarding the current status of the claim of Schuster Marketing and the counter-proposal from the claimant to treat the reclaims | 0.20 | 160.00 | 32.00 |
| 10/20/06 | Liu, A. | BK-Claims | Discussed with D Young (Winn-Dixie) regarding the estimates needed on the remaining claim balance of Team#2 in order to provide a better reserve for the claims | 0.20 | 160.00 | 32.00 |
| 10/20/06 | Liu, A. | BK-Claims | Analyzed the file from D Young (Winn-Dixie) on the status of Team#2 with the estimates of the discrepancies of the claim | 0.40 | 160.00 | 64.00 |
| 10/20/06 | Liu, A. | BK-Claims | Analyzed the email from T Wuertz (XRoads) regarding the status of the discussion with Schuster Marketing | 0.20 | 160.00 | 32.00 |
| 10/20/06 | Liu, A. | BK-Claims | Analyzed the email from T Wuertz (XRoads) regarding the updated status of the discussion with Unilever entities, the analysis of the response from the claimant and the attached analysis on the proposed claim, and the need to review the information provided by claimant | 0.40 | 160.00 | 64.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/20/06 | Liu, A. | BK-Claims | Analyzed the revised log on responses to the claims objection with the claims related to Team#2 and additional notes on the responses | 0.60 | 160.00 | 96.00 |
| 10/20/06 | Liu, A. | BK-Claims | Analyzed the response from D Bryant (Winn-Dixie) regarding the review and research status on the discrepancy of the claim of MGM and the decision on the counter-proposal from Winn-Dixie procurement | 0.20 | 160.00 | 32.00 |
| 10/20/06 | Liu, A. | BK-Claims | Completed the estimates of the reserves for the open claims currently negotiated with the notes on the details and amount of the discrepancies | 1.80 | 160.00 | 288.00 |
| 10/20/06 | Liu, A. | BK-Claims | Drafted email to D Young (Winn-Dixie) regarding the analysis on the estimates of the reserves for the open claims of Team#2 and notes on the details | 0.20 | 160.00 | 32.00 |
| 10/21/06 | Liu, A. | BK-Claims | Analyzed the exhibits on the remaining claims up for omnibus objection to verify the allowed amount and the notes on the offsets to the claim | 0.40 | 160.00 | 64.00 |
| 10/21/06 | Liu, A. | BK-Claims | Analyzed the email from J Edmonson (XRoads) regarding the deadline on the final claims up for omnibus objection | 0.10 | 160.00 | 16.00 |
| 10/21/06 | Liu, A. | BK-Claims | Drafted email to J Edmonson (XRoads) regarding the agreement to the final claims of team#2 up for omnibus objection process | 0.20 | 160.00 | 32.00 |
| 10/23/06 | Liu, A. | BK-Claims | Reviewed the opt-in documents of Kraft to verify the agreed preference claims liable for the claimants | 0.10 | 160.00 | 16.00 |
| 10/23/06 | Liu, A. | BK-Claims | Drafted email response to J Leamy (Skadden) regarding the opt-in documents for Kraft with the notes on the potential preference claims | 0.20 | 160.00 | 32.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/23/06 | Liu, A. | BK-Claims | Drafted email to D Young (WD) regarding the complete list of the payments of PACA claims and note on the resolution to all PACA claims | 0.20 | 160.00 | 32.00 |
| 10/23/06 | Liu, A. | BK-Claims | Analyzed the email from C Brooks (WD) regarding the notes on the research on Reddy Ice and the possible scenarios to settle the differences | 0.20 | 160.00 | 32.00 |
| 10/23/06 | Liu, A. | BK-Claims | Analyzed the spreadsheet from C Brooks (WD) on the research of the open claims of Reddy Ice and the notes on the open items | 0.40 | 160.00 | 64.00 |
| 10/23/06 | Liu, A. | BK-Claims | Analyzed the current status of the reconciliation spreadsheet of ConAgra to verify the open items on the invoices and the AP/AR credits | 0.50 | 160.00 | 80.00 |
| 10/23/06 | Liu, A. | BK-Claims | Drafted email to J Leamy (Skadden) regarding the opt-in documents for Gorton's and Dial Corporation with the notes on the potential preference claims | 0.20 | 160.00 | 32.00 |
| 10/23/06 | Liu, A. | BK-Claims | Analyzed the previous reconciliation spreadsheet of ConAgra to compare the proposed treatment of the open invoices and AP/AR credits to the current discussion | 0.30 | 160.00 | 48.00 |
| 10/23/06 | Liu, A. | BK-Claims | Drafted email to D Bryant (WD) regarding the proposal for the treatment of the remaining item of the claim of Reddy Ice | 0.20 | 160.00 | 32.00 |
| 10/23/06 | Liu, A. | BK-Claims | Analyzed the email from T Wuertz (XRoads) regarding the timeline of the discussion with the Winn-Dixie merchandising to resolve the discrepancies of MGM and possible settlement | 0.10 | 160.00 | 16.00 |
| 10/23/06 | Liu, A. | BK-Claims | Reviewed the opt-in documents of Gorton's and Dial Corporation to verify the agreed preference claims liable for the claimants | 0.30 | 160.00 | 48.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/23/06 | Liu, A. | BK-Claims | Analyzed the report on the PACA claims to verify the exhibits on the status of the claim of Boyd's Produce and the reasons for disallowing the claim | 0.40 | 160.00 | 64.00 |
| 10/23/06 | Liu, A. | BK-Claims | Drafted email to D Bryant (WD) regarding the status of the review of the proposal for Riviana Foods | 0.10 | 160.00 | 16.00 |
| 10/23/06 | Liu, A. | BK-Claims | Analyzed the emails from S Toussi (Skadden) on the previous discussions with Boyd's Produce and the determination behind the disallowance of the PACA claim | 0.30 | 160.00 | 48.00 |
| 10/23/06 | Liu, A. | BK-Claims | Analyzed the proof of claim of Boyd's Produce to verify the status of the PACA claim for proper language on the invoices | 0.30 | 160.00 | 48.00 |
| 10/23/06 | Liu, A. | BK-Claims | Drafted email response to D Young (WD) regarding the explanations behind the disallowance of the PACA claim of Boyd's Produce and the documents behind the explanations | 0.30 | 160.00 | 48.00 |
| 10/23/06 | Liu, A. | BK-Claims | Analyzed the email from J Parrotta (WD) on the returned check from PepsiAmericas and the address used to date | 0.10 | 160.00 | 16.00 |
| 10/23/06 | Liu, A. | BK-Claims | Analyzed the proof of claim of PepsiAmericas to verify the contact information for the payee address | 0.10 | 160.00 | 16.00 |
| 10/23/06 | Liu, A. | BK-Claims | Analyzed the notes on rec sheet online of PepsiAmericas to verify the contact information for the payee address | 0.10 | 160.00 | 16.00 |
| 10/23/06 | Liu, A. | BK-Claims | Drafted email to T Wuertz (XRoads) regarding the possible change of address for PepsiAmericas with his current discussions on their pre-petition claims | 0.10 | 160.00 | 16.00 |
| 10/23/06 | Liu, A. | BK-Claims | Discussed with M Graves (Master Foods USA) regarding the status of the review of the AP/AR credits, the explanation of the | 0.40 | 160.00 | 64.00 |

XRoads Solutions Group
Daily Detail Administration Time

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | reconciliation spreadsheet of the individual items, and the additional information needed on the coupon billings | | | |
| 10/23/06 | Liu, A. | BK-Claims | Analyzed the spreadsheet from M Graves (Master Foods) on the missing information request on some of the AP/AR credits of the entities of Master Foods USA | 0.30 | 160.00 | 48.00 |
| 10/23/06 | Liu, A. | BK-Claims | Drafted email to D Bryant (WD) regarding the additional information needed on the AP/AR credits of Master Foods USA entities and the current discussion with the buyer of Winn-Dixie | 0.20 | 160.00 | 32.00 |
| 10/23/06 | Liu, A. | BK-Claims | Drafted email to C Brooks (WD) regarding the previous inquiry from Brach's on the discrepancies of the post-petition invoices | 0.20 | 160.00 | 32.00 |
| 10/23/06 | Liu, A. | BK-Claims | Drafted email to H Besold (Reckitt Benkiser) regarding the status of the review of the AP/AR credits and the possible results on the discrepancies of the claim | 0.20 | 160.00 | 32.00 |
| 10/23/06 | Liu, A. | BK-Claims | Analyzed the letter from Brach's regarding the discrepancies on the post-petition invoices and possible pre-petition offsets used on the post-petition invoices | 0.20 | 160.00 | 32.00 |
| 10/24/06 | Liu, A. | BK-Claims | Analyzed the previous email discussions with Southern Bottled Water and Winn-Dixie to determine the status of the claim and the discrepancies resolved to-date | 0.40 | 160.00 | 64.00 |
| 10/24/06 | Liu, A. | BK-Claims | Drafted email to K Aurzada (counsel of Southern Bottled Water) to discuss the status of the claim of Southern Bottled Water, the need to resolve the remaining open items, and potential link to Reddy Ice | 0.20 | 160.00 | 32.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/24/06 | Liu, A. | BK-Claims | Analyzed the emails from J Leamy (Skadden) regarding the current discussions with Southern Bottled Water on their claim and the new contact information | 0.20 | 160.00 | 32.00 |
| 10/24/06 | Liu, A. | BK-Claims | Drafted email to J Leamy (Skadden) regarding additional emails and notes with Southern Bottled Water on the discussion of their claim | 0.10 | 160.00 | 16.00 |
| 10/24/06 | Liu, A. | BK-Claims | Discussed with S Miller (counsel of HP Hood) regarding the potential extension on the resolution of the claim and the current status of the research by Winn-Dixie on the chargebacks | 0.20 | 160.00 | 32.00 |
| 10/24/06 | Liu, A. | BK-Claims | Analyzed the email confirmation from J Parrotta (WD) on the re-issue of payment on the last installment of the reclamation claim of PepsiAmericas to the new address | 0.10 | 160.00 | 16.00 |
| 10/24/06 | Liu, A. | BK-Claims | Analyzed the note from T Wuertz (XRoads) regarding the status of the claim of Heinz and the need to object to their claim as participate of deadline from Skadden | 0.10 | 160.00 | 16.00 |
| 10/24/06 | Liu, A. | BK-Claims | Analyzed the email and attachments from C Brooks (WD) regarding the response to the letter from Brach's on the potential use of pre-petition credits on post-petition invoices | 0.20 | 160.00 | 32.00 |
| 10/24/06 | Liu, A. | BK-Claims | Discussed with J Leamy (Skadden) regarding the formal objection filed by Southern Bottled Water and any previous discussions with Winn-Dixie | 0.20 | 160.00 | 32.00 |
| 10/24/06 | Liu, A. | BK-Claims | Analyzed the formal objection of Southern Bottled Water to the deductions taken from the claim and the items in dispute | 0.20 | 160.00 | 32.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/24/06 | Liu, A. | BK-Claims | Discussion with T Wuertz (XRoads) regarding the details to their proposal and previous discussions with the claim of Quaker Sales | 0.60 | 160.00 | 96.00 |
| 10/24/06 | Liu, A. | BK-Claims | Discussion with T Wuertz (XRoads) regarding the log of the unresolved claims of Team#2 along with updated notes to the status of the claims and the allowed reserve amounts | 1.20 | 160.00 | 192.00 |
| 10/24/06 | Liu, A. | BK-Claims | Analyzed the email confirmation from D Bryant (WD) regarding the proposed treatment to resolve the open invoices of Reddy Ice | 0.10 | 160.00 | 16.00 |
| 10/24/06 | Liu, A. | BK-Claims | Analyzed the email from L Biggerstaff (WD) regarding the potential settlement with Quaker Sales on the unsaleables and the revised allowed amount of their claim | 0.20 | 160.00 | 32.00 |
| 10/24/06 | Liu, A. | BK-Claims | Discussed with D Young (WD) regarding the additional information needed for the reserves on the disputed claims of team#2 to show the potential allowed amount of their claims and the potential allowed amount of Quaker Sales after discussions with merchandising | 0.30 | 160.00 | 48.00 |
| 10/24/06 | Liu, A. | BK-Claims | Revised the analysis on the reserves of the disputed claims of Team#2 to include additional fields for analysis including the potential allowed amount | 0.40 | 160.00 | 64.00 |
| 10/24/06 | Liu, A. | BK-Claims | Drafted email to D Young (WD) regarding the revised analysis of the reserves of the disputed claims of Team#2 with notes of the changes and need to discuss the methodology and assumption to derive the potential reserve amount | 0.20 | 160.00 | 32.00 |
| 10/24/06 | Liu, A. | BK-Claims | Drafted email to D Mattox (Mead Johnson) regarding the status of the research of the dispute in the claim of Mead Johnson and the claim up for the | 0.30 | 160.00 | 48.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | omnibus objection per the formality of all claims | | | |
| 10/24/06 | Liu, A. | BK-Claims | Drafted email to D Young (WD) regarding the update to the missing invoices for Nestle Waters | 0.10 | 160.00 | 16.00 |
| 10/24/06 | Liu, A. | BK-Claims | Discussed with D Young (WD) regarding the proposed negotiations to resolve the claims of Reddy Ice and Southern Bottled Water and the contract claims of Consolidated Biscuit Company | 0.30 | 160.00 | 48.00 |
| 10/24/06 | Liu, A. | BK-Claims | Analyzed the proof of claim of Consolidated Biscuit Company to verify the detail to their claim, the attached purchase agreement on the repurchase of raw materials upon termination, and the individual items open on their claim | 0.40 | 160.00 | 64.00 |
| 10/24/06 | Liu, A. | BK-Claims | Analyzed the contracts database to verify the status of the contract of Consolidated Biscuit Company and the responsible party to negotiate the contract | 0.10 | 160.00 | 16.00 |
| 10/24/06 | Liu, A. | BK-Claims | Drafted email to D Young (WD) and J Edmonson (XRoads) regarding the findings from the proof of claim of Consolidated Biscuit Company and verification of the re-purchase agreement upon termination of the contract | 0.20 | 160.00 | 32.00 |
| 10/24/06 | Liu, A. | BK-Claims | Analyzed the response from J Edmonson (XRoads) regarding the findings of the re-purchase agreement upon termination of the contract and the potential requirements on their contract | 0.10 | 160.00 | 16.00 |
| 10/24/06 | Liu, A. | BK-Claims | Analyzed the details provided by Winn-Dixie accounting on the invoice numbers for the coupon billings Masterfoods USA to verify the amounts to the summary | 0.20 | 160.00 | 32.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/24/06 | Liu, A. | BK-Claims | Drafted email to M Graves (Master Foods) regarding the details to the coupon billings and the explanation of the breakdown into the individual invoices | 0.20 | 160.00 | 32.00 |
| 10/24/06 | Liu, A. | BK-Claims | Discussion with T Wuertz (XRoads) regarding the status on the open items of Team#2 with individual inquiries of certain claims | 0.80 | 160.00 | 128.00 |
| 10/25/06 | Liu, A. | BK-Claims | Discussed with D Young (WD) regarding the settlement with Pepsi Bottling of Charlotte on the offset of the reclamation claim to the deposits owed to Winn-Dixie | 0.20 | 160.00 | 32.00 |
| 10/25/06 | Liu, A. | BK-Claims | Analyzed the 2 reconciliation spreadsheet of the scheduled claims of Alcoa to determine the allocation of the reclamation claims over the 2 claims | 0.20 | 160.00 | 32.00 |
| 10/25/06 | Liu, A. | BK-Claims | Analyzed the notes from rec sheet of the 2 scheduled claims of Alcoa to verify the proper allocation of the reclamation claims over the 2 claims | 0.10 | 160.00 | 16.00 |
| 10/25/06 | Liu, A. | BK-Claims | Drafted email to J Edmonson (XRoads) regarding the findings on the reclamation claim of Alcoa and need to allocate the claim over the 2 scheduled claims with copies of the reconciliation spreadsheet as proof | 0.20 | 160.00 | 32.00 |
| 10/25/06 | Liu, A. | BK-Claims | Drafted email to K Aurzada (counsel of Reddy Ice and Southern Bottled Water) to confirm a date/time to discuss the claims of his 2 clients | 0.10 | 160.00 | 16.00 |
| 10/25/06 | Liu, A. | BK-Claims | Drafted email response to J Edmonson (XRoads) regarding the potential issues with the log of the reclamation claim from rec sheet online, the need to review the amounts, and the potential issues with the claims | 0.20 | 160.00 | 32.00 |
| 10/25/06 | Liu, A. | BK-Claims | Drafted email to D Mattox (Mead Johnson) regarding the revised allowed amount for the objections process, the | 0.20 | 160.00 | 32.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | claim to be adjourned until finalized an agreement, and the setup for discussion of the remaining items | | | |
| 10/25/06 | Liu, A. | BK-Claims | Analyzed the email from T Wuertz (XRoads) regarding the current discussion with Wyeth on the claim and need to have Winn-Dixie discuss the final piece of the disagreement | 0.10 | 160.00 | 16.00 |
| 10/25/06 | Liu, A. | BK-Claims | Discussed with J Leamy (Skadden) regarding the deadline for changes to claims for the last Omnibus objections and the claim of Mead Johnson to be adjourned until a settlement is reached | 0.20 | 160.00 | 32.00 |
| 10/25/06 | Liu, A. | BK-Claims | Discussion with S Karol and J Edmonson (XRoads) regarding the estimation needed for the disputed Team#2 claims between the allowed and the maximum amounts | 0.20 | 160.00 | 32.00 |
| 10/25/06 | Liu, A. | BK-Claims | Drafted email to D Young (Winn-Dixie) regarding the claim of Mead Johnson to be re-opened on rec sheet online to revised the allowed amounts and input the notes for the last Omnibus objection | 0.10 | 160.00 | 16.00 |
| 10/25/06 | Liu, A. | BK-Claims | Revised the claim of Mead Johnson on rec sheet online to reflect the proposed allowed amount for the final omnibus objections with details of the reductions and the notes on the claim | 0.20 | 160.00 | 32.00 |
| 10/25/06 | Liu, A. | BK-Claims | Discussion with T Wuertz (XRoads) regarding the status of the Krispy Kreme claim owed to ASM Capital and potential litigation to resolve the dispute | 0.10 | 160.00 | 16.00 |
| 10/25/06 | Liu, A. | BK-Claims | Analyzed the emails from T Wuertz (XRoads) regarding the status of the discussions with ASM Capital on the return of the funds from Krispy Kreme | 0.20 | 160.00 | 32.00 |
| 10/25/06 | Liu, A. | BK-Claims | Discussed with D Young (WD) regarding the reclamation claim amount in Logans' website and the current discussions with | 0.20 | 160.00 | 32.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Dell Marketing, Checkpoint Systems, and CF Sauer | | | |
| 10/25/06 | Liu, A. | BK-Claims | Discussed with R Espinosa (Nestle Waters) regarding the whereabouts of the missing invoices of Nestle Waters and the timeline to resolve the discrepancies in their claim | 0.20 | 160.00 | 32.00 |
| 10/25/06 | Liu, A. | BK-Claims | Drafted email to D Young (WD) regarding the timeline to receive the missing invoices of Nestle Waters and the possibility of the electronic copies to expedite the process | 0.20 | 160.00 | 32.00 |
| 10/25/06 | Liu, A. | BK-Claims | Discussion with J Edmonson (XRoads) regarding the estimated allowed amount for the disputed claims of Team#2 and the data needed for the spreadsheet | 0.10 | 160.00 | 16.00 |
| 10/25/06 | Liu, A. | BK-Claims | Analyzed the email from T Wuertz (XRoads) regarding the current discussion with Heinz and the AR credits still in dispute with Winn-Dixie | 0.20 | 160.00 | 32.00 |
| 10/25/06 | Liu, A. | BK-Claims | Verified the analysis on the reclamation claims outstanding in Logan by comparing the current analysis on the unpaid reclamation claims for any differences | 1.60 | 160.00 | 256.00 |
| 10/25/06 | Liu, A. | BK-Claims | Revised the analysis on the reclamation claims outstanding in Logan with additional fields of allowed reclamation claim from list of unpaid reclamation claims and possible differences | 0.30 | 160.00 | 48.00 |
| 10/25/06 | Liu, A. | BK-Claims | Drafted email to J Edmonson (XRoads) regarding the results of the verification of the reclamation claim amount from Logan's database and the list of the unpaid reclamation claim with the note of the potential discrepancy with one claimant and confirmation needed from Winn-Dixie | 0.20 | 160.00 | 32.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/25/06 | Liu, A. | BK-Claims | Analyzed the emails, objections log, rec sheet online, and the reconciliation spreadsheets to determine the estimated allowed amount of the disputed claims of Team#2 | 1.20 | 160.00 | 192.00 |
| 10/25/06 | Liu, A. | BK-Claims | Updated the list of the open claims of Team#2 with the estimated allowed amounts along with the notes of the status of these allowed amounts | 0.60 | 160.00 | 96.00 |
| 10/25/06 | Liu, A. | BK-Claims | Drafted email to J Edmonson (XRoads) regarding the updated list of the open claims with the estimates of the allowed amount of Team#2 and need to discuss the potential problems and methodology used | 0.20 | 160.00 | 32.00 |
| 10/25/06 | Liu, A. | BK-Claims | Analyzed the email from J Sponik (Sara Lee) regarding the open items for the claim of Sara Lee and the documentations needed to resolve the missing items | 0.20 | 160.00 | 32.00 |
| 10/25/06 | Liu, A. | BK-Claims | Discussed with D Mattox (Mead Johnson) regarding the omnibus objections process and its formality, the revised claim amount for the objection, and the potential resolution with Winn-Dixie personnel | 0.40 | 160.00 | 64.00 |
| 10/25/06 | Liu, A. | BK-Claims | Discussion with T Wuertz (XRoads) regarding the allowed amount of the claim of Mead Johnson and the previous amounts used on disputed claims | 0.20 | 160.00 | 32.00 |
| 10/25/06 | Liu, A. | BK-Claims | Revised the reconciliation spreadsheet of Mead Johnson to reflect the proposal from the claimant and adjust the AP/AR credits and the chargebacks | 0.20 | 160.00 | 32.00 |
| 10/26/06 | Liu, A. | BK-Claims | Analyzed the stipulation and order to verify the treatment of the claim of Dell Marketing and the allowed amount of their claim | 0.30 | 160.00 | 48.00 |

XRoads Solutions Group
Daily Detail Administration Time

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/26/06 | Liu, A. | BK-Claims | Discussed with M Graves (Master Foods) regarding the details needed for the coupon billings of the AR credits of Master Foods USA and examples of the details needed | 0.20 | 160.00 | 32.00 |
| 10/26/06 | Liu, A. | BK-Claims | Drafted email to F Cooney (WD) regarding the details needed for the coupon billings of Master Foods along with examples of the details | 0.20 | 160.00 | 32.00 |
| 10/26/06 | Liu, A. | BK-Claims | Analyzed the confirmation from J Leamy (Skadden) regarding the extension granted to Sara Lee to resolve their claims | 0.10 | 160.00 | 16.00 |
| 10/26/06 | Liu, A. | BK-Claims | Drafted an email to C Brooks (WD) regarding the copies of invoices from Nestle Waters to be sent for review by her department | 0.10 | 160.00 | 16.00 |
| 10/26/06 | Liu, A. | BK-Claims | Meeting with T Wuertz (XRoads) to discuss current status of MGM, Nestle, Mead Johnson, Reddy Ice, Wyeth and Heinz claims in preparation of meetings with D Bryant (Winn-Dixie) to discuss proposed resolutions | 1.60 | 160.00 | 256.00 |
| 10/26/06 | Liu, A. | BK-Claims | Analyzed the confirmation from D Young (WD) regarding the status of the discussions with Del Laboratories and the files requested by Del Laboratories | 0.10 | 160.00 | 16.00 |
| 10/26/06 | Liu, A. | BK-Claims | Discussed with K Aurzada (counsel of Reddy Ice) regarding the discrepancies of the claim of Reddy Ice and Southern Bottled Water and the proposal to settle the differences | 0.20 | 160.00 | 32.00 |
| 10/26/06 | Liu, A. | BK-Claims | Analyzed the open items of the claim of Reddy Ice to determine a reasonable offer and methodology to settle the differences of the claim | 0.60 | 160.00 | 96.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/26/06 | Liu, A. | BK-Claims | Revised the reconciliation spreadsheet of Reddy Ice to reflect the proposal to settle the differences in the claim and maintain the methodology to treat the open items | 0.40 | 160.00 | 64.00 |
| 10/26/06 | Liu, A. | BK-Claims | Analyzed the open items of the claim of Southern Bottled Water to determine a reasonable offer and methodology to settle the differences of the claim | 0.40 | 160.00 | 64.00 |
| 10/26/06 | Liu, A. | BK-Claims | Revised the reconciliation spreadsheet of Southern Bottled Water to reflect the proposal to settle the differences in the claim and maintain the methodology to treat the open items | 0.30 | 160.00 | 48.00 |
| 10/26/06 | Liu, A. | BK-Claims | Drafted email to D Bryant (WD) regarding the proposal summary to the claims of Reddy Ice and Southern Bottled Water and the notes on the methodology of the open items | 0.30 | 160.00 | 48.00 |
| 10/26/06 | Liu, A. | BK-Claims | Analyzed the email response from D Bryant (WD) confirming the proposals for Reddy Ice and Southern Bottled Water and the notes on the leeway on the negotiations | 0.10 | 160.00 | 16.00 |
| 10/26/06 | Liu, A. | BK-Claims | Drafted email to K Aurzada (counsel of Reddy Ice and Southern Bottled Water) regarding the proposal summary to the claims of Reddy Ice and Southern Bottled Water, the notes on the methodology of the open items, reconciliation spreadsheets for the 2 claims with notes on the different tabs, and the need to settle on the claim | 0.30 | 160.00 | 48.00 |
| 10/26/06 | Liu, A. | BK-Claims | Conference call with T Doyle (XRoads), J Vander Hooven (XRoads) and T Wuertz (XRoads) regarding the next steps to resolve the reclamation claim payment issues with ASM Capital | 0.30 | 160.00 | 48.00 |
| 10/30/06 | Liu, A. | BK-Claims | Discussed with T Wuertz (XRoads) regarding the emails on the current status of the claim proposals in | 0.20 | 160.00 | 32.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | preparation for meeting with Winn-Dixie accounting | | | |
| 10/30/06 | Liu, A. | BK-Claims | Drafted email response to J Leamy (Skadden) regarding the potential preference claim for Gorton's on the agreement to resolve their claim and amount owed to Winn-Dixie | 0.20 | 160.00 | 32.00 |
| 10/30/06 | Liu, A. | BK-Claims | Analyzed the emails from T Wuertz (XRoads) regarding the current discussions and status of the claim of Heinz in preparation of meeting with D Bryant (Winn-Dixie) | 0.50 | 160.00 | 80.00 |
| 10/30/06 | Liu, A. | BK-Claims | Analyzed the email from T Wuertz (XRoads) regarding the current discussions and status of the claim of Schuster Marketing in preparation of meeting with D Bryant (Winn-Dixie) | 0.20 | 160.00 | 32.00 |
| 10/30/06 | Liu, A. | BK-Claims | Analyzed the email from T Wuertz (XRoads) regarding the current discussions and status of the claim of MGM in preparation of meeting with D Bryant (Winn-Dixie) | 0.20 | 160.00 | 32.00 |
| 10/30/06 | Liu, A. | BK-Claims | Analyzed the email from T Wuertz (XRoads) regarding the current discussions and status of the claim of Wyeth in preparation of meeting with D Bryant (Winn-Dixie) | 0.30 | 160.00 | 48.00 |
| 10/30/06 | Liu, A. | BK-Claims | Analyzed the email from T Wuertz (XRoads) regarding the current discussions and status of the claims of Nestle entities in preparation of meeting with D Bryant (Winn-Dixie) | 0.30 | 160.00 | 48.00 |
| 10/30/06 | Liu, A. | BK-Claims | Analyzed the email from T Wuertz (XRoads) regarding the current discussions and status of the claims of Unilever entities in preparation of meeting with D Bryant (Winn-Dixie) | 0.30 | 160.00 | 48.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/30/06 | Liu, A. | BK-Claims | Analyzed the revised exhibits of the 25th Omnibus objection to verify the allowed amounts and the notes on the reduction on the claims related to team#2 | 0.40 | 160.00 | 64.00 |
| 10/30/06 | Liu, A. | BK-Claims | Drafted email to J Leamy (Skadden) regarding the agreement to the allowed amount of the claims of Team#2 along with the notes to reduction | 0.10 | 160.00 | 16.00 |
| 10/30/06 | Liu, A. | BK-Claims | Analyzed the rec sheet online to verify the allowed amount and the status of the specific claims inquired from Fair Harbor Capital | 0.60 | 160.00 | 96.00 |
| 10/30/06 | Liu, A. | BK-Claims | Drafted email response to F Glass (Fair Harbor) regarding the allowed amounts of the specific claims with the status of the claims | 0.30 | 160.00 | 48.00 |
| 10/30/06 | Liu, A. | BK-Claims | Drafted email response to F Glass (Fair Harbor) regarding the assumption on the claim class number of Marketown Investors | 0.10 | 160.00 | 16.00 |
| 10/30/06 | Liu, A. | BK-Claims | Analyzed the rec sheet online, list of unpaid reclamation claims, agreement letters, and masterlist of reclamation claims to determine the discrepancies notes from Logan on the reclamation claims | 0.70 | 160.00 | 112.00 |
| 10/30/06 | Liu, A. | BK-Claims | Drafted email to D Young (Winn-Dixie) regarding the meeting to discuss the discrepancy in the reclamation claims | 0.10 | 160.00 | 16.00 |
| 10/30/06 | Liu, A. | BK-Claims | Drafted email to J Drouse (Winn-Dixie) regarding the status of the discussion on the claim of HP Hood and the chargebacks still up for negotiation | 0.20 | 160.00 | 32.00 |
| 10/30/06 | Liu, A. | BK-Claims | Analyzed the updated claims objections log to verify the open claims of Team#2 which still need to be resolved | 0.40 | 160.00 | 64.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/30/06 | Liu, A. | BK-Claims | Analyzed the 25th Omnibus objection to verify the claims of Team#2 along with the allowed amounts and notes on the reduction to the claims | 0.60 | 160.00 | 96.00 |
| 10/30/06 | Liu, A. | BK-Claims | Analyzed the first draft letter for ASM Capital regarding the Krispy Kreme payments and verify the facts and timeline listed in the document | 0.30 | 160.00 | 48.00 |
| 10/31/06 | Liu, A. | BK-Claims | Discussed with T Wuertz (XRoads) regarding the settlement and resolution to the claims of Kelloggs | 0.20 | 160.00 | 32.00 |
| 10/31/06 | Liu, A. | BK-Claims | Discussed with T Wuertz (XRoads) regarding status of the claims of Gwaltney Smithfield and Smithfield Packing for the claims reserve analysis. | 0.40 | 160.00 | 64.00 |
| 10/31/06 | Liu, A. | BK-Claims | Discussed with T Wuertz (XRoads) regarding the proposal for Maybelline and the details to the multiple parts and the claim reserve analysis | 0.30 | 160.00 | 48.00 |
| 10/31/06 | Liu, A. | BK-Claims | Discussed with E Britton (Winn-Dixie) regarding the possible relationship of the post-petition settlement of ConAgra to the pre-petition claim and the pre-petition application of the wire of Smithfield Packing Company | 0.50 | 160.00 | 80.00 |
| 10/31/06 | Liu, A. | BK-Claims | Discussed with J Edmonson (XRoads) and D Young (Winn-Dixie) regarding the reserve amounts used for the analysis for additional reserves and the difference from the initial analysis and the use for Fresh Start accounting | 0.30 | 160.00 | 48.00 |
| 10/31/06 | Liu, A. | BK-Claims | Discussed with D Young (Winn-Dixie) regarding the status of the claims with amount due to Winn-Dixie and the settlement and resolution to the balance of the amount due | 0.60 | 160.00 | 96.00 |
| 10/31/06 | Liu, A. | BK-Claims | Discussed with D Young (Winn-Dixie) regarding the revisions to the reserves for team#2 for the open claims for proper | 2.20 | 160.00 | 352.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | financial adjustments and the issuance of stocks adjustments | | | |
| 10/31/06 | Liu, A. | BK-Claims | Analyzed the email from P Tremblay (Winn-Dixie) regarding the proposal for Schuster's Marketing and the treatment of the post-petition reclaims | 0.10 | 160.00 | 16.00 |
| 10/31/06 | Liu, A. | BK-Claims | Analyzed the emails (3) from the status of the discussion with MGM and the details for review by Winn-Dixie on the amount owed | 0.20 | 160.00 | 32.00 |
| 10/31/06 | Liu, A. | BK-Claims | Analyzed the confirmation email from T Wuertz (XRoads) regarding the proposal made to Maybelline and need for approval on the proposal from management | 0.10 | 160.00 | 16.00 |
| 10/31/06 | Liu, A. | BK-Claims | Analyzed the email response from T Wuertz (XRoads) regarding the status of the discussions with Wyeth and the current hold-up on the treatment of the chargebacks | 0.10 | 160.00 | 16.00 |
| 11/01/06 | Liu, A. | BK-Claims | Analyzed the response from J Leamy (Skadden) to ASM Capital regarding the payments made on Southern Eagle's claim which would confirm the disallowance of the entire the pre-petition claim | 0.10 | 160.00 | 16.00 |
| 11/01/06 | Liu, A. | BK-Claims | Drafted email to D Bryant (Winn-Dixie) regarding the revised meeting to discuss the status of the open claims of Team#2 | 0.10 | 160.00 | 16.00 |
| 11/01/06 | Liu, A. | BK-Claims | Analyzed the listing of reclamation payments from October 2006 to confirm the remaining payments made on the opt-ins to match the remaining payments on the unpaid reclamation claimants who opted-in | 0.20 | 160.00 | 32.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/01/06 | Liu, A. | BK-Claims | Revised the analysis of the unpaid reclamation claims with the updated payments made for October 2006 to claimants | 0.20 | 160.00 | 32.00 |
| 11/01/06 | Liu, A. | BK-Claims | Discussed with T Wuertz (XRoads) regarding the resolution to the discrepancies to the reclamation claim from Logan's database and the masterlist along with the emails and files on the treatment to resolve the differences | 0.20 | 160.00 | 32.00 |
| 11/01/06 | Liu, A. | BK-Claims | Discussed with J Leamy (Skadden) regarding the potential issue of the reclamation claim payments made in October 2006, the status of the agreements for Kraft, Gorton's, and Dial, the wire information for Del Monte, and the response for ASM on the claim of Southern Eagle | 0.80 | 160.00 | 128.00 |
| 11/01/06 | Liu, A. | BK-Claims | Drafted email to E Pollack (Logan & Co) regarding the agreement to the language for the next Omni on American Italian Pasta and question on the allowed amount for their claim | 0.20 | 160.00 | 32.00 |
| 11/01/06 | Liu, A. | BK-Claims | Discussed with T Wuertz (XRoads) regarding the remaining payments on the reclamation claimants who opted-in and the potential issues with the payments made | 0.30 | 160.00 | 48.00 |
| 11/01/06 | Liu, A. | BK-Claims | Analyzed the status of the claim of Chattanooga Times Free Press to verify the allowed amount and the class allowed | 0.20 | 160.00 | 32.00 |
| 11/01/06 | Liu, A. | BK-Claims | Drafted email response to F Glass (Fair Harbor) regarding the status of the claim of Chattanooga Times Free Press on the status and allowed amount | 0.20 | 160.00 | 32.00 |
| 11/01/06 | Liu, A. | BK-Claims | Drafted email to T Wuertz (XRoads) regarding the list of reclamation claim payments made for October 2006 and the | 0.20 | 160.00 | 32.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | potential issues with the payments made for the claimants who opted in | | | |
| 11/01/06 | Liu, A. | BK-Claims | Conference call with K Logan (Logan & Co) and D Young (Winn-Dixie) regarding the treatment of the discrepancies on the reclamation claims along with additional information needed to remedy the problems | 0.30 | 160.00 | 48.00 |
| 11/01/06 | Liu, A. | BK-Claims | Drafted email to A Reed (Winn-Dixie) regarding the wire instructions for Winn-Dixie for amount due from Del Monte per the order set for November 9th | 0.10 | 160.00 | 16.00 |
| 11/01/06 | Liu, A. | BK-Claims | Discussed with D Young (Winn-Dixie) regarding the potential disallowance of reclamation claims on the alcohol vendors with reduced liabilities on the schedule F | 0.20 | 160.00 | 32.00 |
| 11/01/06 | Liu, A. | BK-Claims | Drafted email to J Leamy (Skadden) regarding the wiring instructions for Del Monte for the amount owed to Winn-Dixie per the upcoming order | 0.10 | 160.00 | 16.00 |
| 11/01/06 | Liu, A. | BK-Claims | Analyzed the scheduled claims of alcohol vendors with demand letters for reclamation claims to determine adjustments to their claims from the CIA wires made days before and after the petition date | 0.40 | 160.00 | 64.00 |
| 11/01/06 | Liu, A. | BK-Claims | Drafted email to D Young (Winn-Dixie) regarding the revision needed to the allowed reclamation claim amount of Southern Eagle per the compliance to the disallowance of their pre-petition claims | 0.20 | 160.00 | 32.00 |
| 11/01/06 | Liu, A. | BK-Claims | Worked with D Young (Winn-Dixie) on the email confirmation of the treatments of the discrepancies of the reclamation claims along with the additional information needed to resolve the open items | 0.60 | 160.00 | 96.00 |

XRoads Solutions Group
Daily Detail Administration Time

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/01/06 | Liu, A. | BK-Claims | Discussed with J James (Winn-Dixie) regarding open claims and issues related to the contract claims with any immediate issues which needed to be addressed | 0.30 | 160.00 | 48.00 |
| 11/01/06 | Liu, A. | BK-Claims | Discussed with D Young (Winn-Dixie) regarding the revised list needed for the reclamation claim amounts listed in the Logan database | 0.10 | 160.00 | 16.00 |
| 11/01/06 | Liu, A. | BK-Claims | Prepared for the meeting with D Bryant (Winn-Dixie) with review of emails and the attached documents to have full knowledge of the status | 0.60 | 160.00 | 96.00 |
| 11/01/06 | Liu, A. | BK-Claims | Drafted email confirmation to E Pollack (Logan & Co) regarding the amounts listed in the revised Omni for the claim of American Italian Pasta | 0.10 | 160.00 | 16.00 |
| 11/01/06 | Liu, A. | BK-Claims | Analyzed the rec sheet online to verify the allowed amount of claim#1710 and the status of the claim | 0.10 | 160.00 | 16.00 |
| 11/01/06 | Liu, A. | BK-Claims | Drafted email to F Glass (Fair Harbor) regarding the allowed amount of claim#1710 and the status of the claim | 0.10 | 160.00 | 16.00 |
| 11/01/06 | Liu, A. | BK-Claims | Prepared for the meeting with D Young (Winn-Dixie) with the review of the signed opt-in or agreement documentation to the reclamation claims to discussed the discrepancies on the reclamation claim in Logan's system and the master list | 0.40 | 160.00 | 64.00 |
| 11/01/06 | Liu, A. | BK-Claims | Meeting with D Young (Winn-Dixie) regarding the resolution and correction to the discrepancy to the allowed reclamation claims through the review of the objection orders, opt-in or agreements to the claim, and the payments made to date | 1.60 | 160.00 | 256.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/02/06 | Liu, A. | BK-Claims | Discussed with J Wehde (Sara Lee) regarding the additional backups needed for the credit and the sample items for review by Winn-Dixie accounting | 0.20 | 160.00 | 32.00 |
| 11/02/06 | Liu, A. | BK-Claims | Discussed with T Wuertz (XRoads) regarding the priority claims to seek approval from Winn-Dixie accounting and the explanation of the proposals | 0.20 | 160.00 | 32.00 |
| 11/02/06 | Liu, A. | BK-Claims | Analyzed the proposal from J Leamy (Skadden) to put Dairy Farmers of America on the next Omni to resolve their claim | 0.10 | 160.00 | 16.00 |
| 11/02/06 | Liu, A. | BK-Claims | Analyzed the scanned document from Sara Lee regarding the requests for the documentation of the AP/AR credits from Winn-Dixie | 0.10 | 160.00 | 16.00 |
| 11/02/06 | Liu, A. | BK-Claims | Drafted email to J Wehde (Sara Lee) regarding the documentation request already in the works by Winn-Dixie and the reconciliation spreadsheet for review of the open AP/AR credits currently being contested | 0.20 | 160.00 | 32.00 |
| 11/02/06 | Liu, A. | BK-Claims | Discussed with T Wuertz (XRoads) regarding the potential workplan and timeline for next week on the claims along with current open issues on the claims | 0.30 | 160.00 | 48.00 |
| 11/02/06 | Liu, A. | BK-Claims | Drafted email to K Aurzada (counsel of Reddy Ice and Southern Bottled Water) regarding the status of the review of the proposal to the claims of Reddy Ice and Southern Bottled Water | 0.10 | 160.00 | 16.00 |
| 11/02/06 | Liu, A. | BK-Claims | Analyzed the email response from K Aurzada (counsel of Reddy Ice and Southern Bottled Water) regarding the timeline and status of the review of the proposal to the claims of Reddy Ice and Southern Bottled Water for next week | 0.10 | 160.00 | 16.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/02/06 | Liu, A. | BK-Claims | Drafted email to D Young (Winn-Dixie) regarding the timeline and workplan on the claims for next week and the meeting with D Bryant (Winn-Dixie) | 0.20 | 160.00 | 32.00 |
| 11/02/06 | Liu, A. | BK-Claims | Discussed with C Brooks (Winn-Dixie) regarding the receipt of the invoices from Nestle Waters, any open issues with the documentation, and the timeline to review all the documents | 0.20 | 160.00 | 32.00 |
| 11/02/06 | Liu, A. | BK-Claims | Drafted email to T Wuertz (XRoads) regarding the proposed exhibits and summary on the reserves to the UCC for review with notes on the attached files | 0.20 | 160.00 | 32.00 |
| 11/02/06 | Liu, A. | BK-Claims | Meeting with E Britton (Winn-Dixie) regarding all of the pre-petition wires and the status of the resolution to the application of the wires or settlements of the wires | 2.10 | 160.00 | 336.00 |
| 11/02/06 | Liu, A. | BK-Claims | Analyzed the application of the pre-petition wires of Sara Lee Bakery and Sara Lee to determine the allocation between pre-petition and post-petition | 0.70 | 160.00 | 112.00 |
| 11/02/06 | Liu, A. | BK-Claims | Analyzed the agreement on the settlement of the post-petition overwires and credits with Sara Lee to verify a pre-petition wire | 0.20 | 160.00 | 32.00 |
| 11/02/06 | Liu, A. | BK-Claims | Analyzed the order regarding the resolution of the claim of Gwaltney with the revised allowed amount after proper allocation of the pre-petition wire applied to post-petition invoices | 0.20 | 160.00 | 32.00 |
| 11/02/06 | Liu, A. | BK-Claims | Analyzed the emails from E Britton (Winn-Dixie) regarding the notes on the application of the pre-petition wires of Sara Lee | 0.40 | 160.00 | 64.00 |
| 11/03/06 | Liu, A. | BK-Claims | Drafted email to J Leamy (Skadden) regarding the confirmation to the draft on the agreement to the claims of Gorton's | 0.10 | 160.00 | 16.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/03/06 | Liu, A. | BK-Claims | Discussed with D Young (Winn-Dixie) regarding the status of the claim of Mead Johnson and the agreement to the allowed amount on the Omni | 0.20 | 160.00 | 32.00 |
| 11/03/06 | Liu, A. | BK-Claims | Analyzed the emails (5) from VR Global regarding the resolution to the reclamation claims of Falcon Farms and the confirmation from Winn-Dixie accounting | 0.20 | 160.00 | 32.00 |
| 11/03/06 | Liu, A. | BK-Claims | Analyzed the email from D Bryant (Winn-Dixie) regarding the current status on discussion with Winn-Dixie procurement on the treatment of the reclaims on the claim of MGM | 0.20 | 160.00 | 32.00 |
| 11/03/06 | Liu, A. | BK-Claims | Analyzed the email from D Bryant (Winn-Dixie) regarding the current status on discussion with Winn-Dixie procurement on the treatment of the chargebacks of Heinz | 0.20 | 160.00 | 32.00 |
| 11/03/06 | Liu, A. | BK-Claims | Discussed with T Wuertz (XRoads) regarding the additional information on the workplan for next week and the status of the reclamation claim owed as of confirmation | 0.20 | 160.00 | 32.00 |
| 11/03/06 | Liu, A. | BK-Claims | Analyzed the email confirmation from Winn-Dixie regarding the draft on the agreement to Dial Corporation and Gorton's | 0.20 | 160.00 | 32.00 |
| 11/03/06 | Liu, A. | BK-Claims | Revised the application of the pre-petition wire of Sara Lee with additional note on the allocation of pre-petition and post-petition | 0.30 | 160.00 | 48.00 |
| 11/03/06 | Liu, A. | BK-Claims | Drafted email to E Britton (Winn-Dixie) regarding the findings on the $63k of pre-petition wire and the additional information needed on the relationship to the post-petition settlement with Sara Lee | 0.20 | 160.00 | 32.00 |

XRoads Solutions Group
Daily Detail Administration Time

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/03/06 | Liu, A. | BK-Claims | Drafted email to E Britton (Winn-Dixie) regarding the findings on the $1.1 million of pre-petition wire and the note on the potential allocation of pre-petition and post-petition of the wire | 0.20 | 160.00 | 32.00 |
| 11/03/06 | Liu, A. | BK-Claims | Analyzed the rec sheet online for the claims of Sassy, Sav On Contacts, City of Fairhope, and Kittrich Corporation for the allowed amounts and status of the claims | 0.40 | 160.00 | 64.00 |
| 11/03/06 | Liu, A. | BK-Claims | Drafted email to F Glass (Fair Harbor) regarding the status and allowed amounts of the claims of Sassy, Sav On Contacts, City of Fairhope, and Kittrich Corporation | 0.20 | 160.00 | 32.00 |
| 11/03/06 | Liu, A. | BK-Claims | Drafted email to E Britton (Winn-Dixie) regarding the findings from the order on the revised and allowed amount of the claim of Gwaltney | 0.20 | 160.00 | 32.00 |
| 11/03/06 | Liu, A. | BK-Claims | Revised the analysis of the unpaid reclamation claim with the notes on the claims paid for October 2006 and the current open items owed after the effective dates | 0.20 | 160.00 | 32.00 |
| 11/03/06 | Liu, A. | BK-Claims | Drafted email to B Gaston (XRoads) regarding the revised analysis on the unpaid reclamation claims and the notes on the amount owed after the confirmation date | 0.20 | 160.00 | 32.00 |
| 11/03/06 | Liu, A. | BK-Claims | Analyzed the draft of the agreement to Dial Corporation to verify the treatment of the credits owed to Winn-Dixie and the treatment of the claims of the claimant | 0.20 | 160.00 | 32.00 |
| 11/03/06 | Liu, A. | BK-Claims | Drafted email to J Leamy (Skadden) regarding the confirmation to the draft on the agreement to the claims of Dial Corporation | 0.10 | 160.00 | 16.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/03/06 | Liu, A. | BK-Claims | Analyzed the draft of the agreement to Gorton's to verify the treatment of the credits owed to Winn-Dixie and the treatment of the claims of the claimant | 0.20 | 160.00 | 32.00 |
| 11/03/06 | Liu, A. | BK-Claims | Drafted email to D Young (Winn-Dixie) regarding the status of the claim of Gwaltney and the order resolving the claims | 0.20 | 160.00 | 32.00 |
| 11/03/06 | Liu, A. | BK-Claims | Drafted email to D Mattox (Mead Johnson) regarding the agreement to the allowed amount of the claim of Mead Johnson on the Omni and no actions needed to resolve the claim | 0.20 | 160.00 | 32.00 |
| 11/03/06 | Liu, A. | BK-Claims | Analyzed the sources and uses analysis from Blackstone to verify the details needed for the reclamation claim owed on effective date | 0.20 | 160.00 | 32.00 |
| 11/03/06 | Liu, A. | BK-Claims | Discussed with D Young (Winn-Dixie) regarding the workplan for next week, the status of the reclamation claim still owed to vendors, and the discussions on the pre-petition wires | 0.20 | 160.00 | 32.00 |
| 11/06/06 | Liu, A. | BK-Claims | Revised the reconciliation spreadsheet of HP Hood to reflect the payments made on all reclamation claims, the reduction to the consumption per the terms of the stipulation, and the proposed treatment of the chargebacks | 0.40 | 160.00 | 64.00 |
| 11/06/06 | Liu, A. | BK-Claims | Drafted email to S Miller (counsel of HP Hood) regarding the revised reconciliation spreadsheet of HP Hood which reflected the payments made on all reclamation claims, the reduction to the consumption per the terms of the stipulation, and the proposed treatment of the chargebacks, and the upcoming deadline for the first distribution of claim | 0.40 | 160.00 | 64.00 |

XRoads Solutions Group
Daily Detail Administration Time

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/06/06 | Liu, A. | BK-Claims | Analyzed the email from C Brooks (WD) regarding the updates to the documents for Sara Lee and the notes on the research on the Nestle Waters invoices | 0.20 | 160.00 | 32.00 |
| 11/06/06 | Liu, A. | BK-Claims | Drafted email to C Brooks (WD) regarding the address to send the copies of the remaining documents for Sara Lee | 0.10 | 160.00 | 16.00 |
| 11/06/06 | Liu, A. | BK-Claims | Drafted email to C Brooks (WD) regarding the spreadsheet on the chargebacks of Pinnacle Foods for review and research | 0.10 | 160.00 | 16.00 |
| 11/06/06 | Liu, A. | BK-Claims | Drafted email to M Graves (Master Foods) regarding the proposed treatment of the coupon billings of M&M Mars and the need to discuss the remaining AP/AR credits of Master Foods entities | 0.20 | 160.00 | 32.00 |
| 11/06/06 | Liu, A. | BK-Claims | Analyzed the status of claim of Hershey from D Bryant (WD) with the proposed treatment of the AP/AR credits and the chargebacks | 0.20 | 160.00 | 32.00 |
| 11/06/06 | Liu, A. | BK-Claims | Analyzed the sample research from Winn-Dixie accounting on the documents provided by Nestle Waters and the potential issues to review the open items | 0.10 | 160.00 | 16.00 |
| 11/06/06 | Liu, A. | BK-Claims | Analyzed the rec sheet online to determine the status and the allowed amounts of some claims owned by Fair Harbor Capital | 0.60 | 160.00 | 96.00 |
| 11/06/06 | Liu, A. | BK-Claims | Drafted email to F Glass (Fair Harbor) regarding the status and the allowed amount of some claims owned by Fair Harbor Capital | 0.30 | 160.00 | 48.00 |
| 11/06/06 | Liu, A. | BK-Claims | Analyzed the status of the claim of MGM and potential stipulation to resolve the open issues | 0.10 | 160.00 | 16.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/06/06 | Liu, A. | BK-Claims | Analyzed the rec sheet online to determine the status and the allowed amounts of additional claims owned by Fair Harbor Capital | 0.50 | 160.00 | 80.00 |
| 11/06/06 | Liu, A. | BK-Claims | Drafted email to F Glass (Fair Harbor) regarding the status and the allowed amount of additional claims owned by Fair Harbor Capital | 0.30 | 160.00 | 48.00 |
| 11/06/06 | Liu, A. | BK-Claims | Analyzed the final draft of the letters to be sent to Krispy Kreme and ASM Capital on the treatment of the reclamation claims | 0.20 | 160.00 | 32.00 |
| 11/06/06 | Liu, A. | BK-Claims | Prepared for the conference call with Winn-Dixie accounting with review of the spreadsheet of the current status of the open claims of Team#2 and emails with the claimants | 0.40 | 160.00 | 64.00 |
| 11/06/06 | Liu, A. | BK-Claims | Conference call with D Bryant and D Young (WD), T Wuertz (XRoads), J Parrotta and D Wade (WD) regarding the status of the open claims of Team#2 with proposals to settle the claims | 1.10 | 160.00 | 176.00 |
| 11/06/06 | Liu, A. | BK-Claims | Discussed with D Mattox (Mead Johnson) regarding the agreement to the revised allowed amount and no actions needed to resolve the claims as the objections process already have the agreed amount | 0.20 | 160.00 | 32.00 |
| 11/06/06 | Liu, A. | BK-Claims | Analyzed the email confirmation from D Mattox (Mead Johnson) regarding the agreement to the revised allowed amount | 0.10 | 160.00 | 16.00 |
| 11/06/06 | Liu, A. | BK-Claims | Drafted email to J Leamy (Skadden) regarding the possible actions needed for the resolution to the claim of Mead Johnson with the allowed amount on the Omni and the agreement to the allowed amount | 0.10 | 160.00 | 16.00 |
| 11/06/06 | Liu, A. | BK-Claims | Analyzed the email to J Leamy (Skadden) regarding the possible actions needed for the resolution to the claim of Mead Johnson with the allowed amount on the | 0.10 | 160.00 | 16.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Omni and the agreement to the allowed amount | | | |
| 11/06/06 | Liu, A. | BK-Claims | Revised the analysis on the proposed treatment of the chargebacks of Riviana Foods to include the updated allowed amount and the notes on the reasons for denial | 0.20 | 160.00 | 32.00 |
| 11/06/06 | Liu, A. | BK-Claims | Drafted email to A Gasso (XRoads) regarding the incoming documents for Sara Lee and need to scan for electronic copies | 0.10 | 160.00 | 16.00 |
| 11/06/06 | Liu, A. | BK-Claims | Drafted email to S Bryant (counsel of Riviana Foods) regarding the proposed amount on the claim, notes on the treatment of the attachments, and upcoming deadlines for the first distribution | 0.30 | 160.00 | 48.00 |
| 11/06/06 | Liu, A. | BK-Claims | Drafted email to H Besold (Reckitt Benkiser) regarding the update to research on the AP/AR credits of Reckitt Benkiser and the upcoming deadline for the first distribution of claims | 0.20 | 160.00 | 32.00 |
| 11/07/06 | Liu, A. | BK-Claims | Drafted email response to H Besold (Reckitt Benkiser) regarding the agreement on the allowed amount of the claim of Reckitt Benkiser and the response needed to set the claim on the next order | 0.20 | 160.00 | 32.00 |
| 11/07/06 | Liu, A. | BK-Claims | Drafted email response to J Drouse (WD) regarding the agreed allowed amount for Sunbeam and the attachment on the reconciliation spreadsheet | 0.20 | 160.00 | 32.00 |
| 11/07/06 | Liu, A. | BK-Claims | Revised the details of the payments to list only the claimant of Southern Eagle Distributing for review by ASM Capital in response to the omnibus objection | 0.30 | 160.00 | 48.00 |
| 11/07/06 | Liu, A. | BK-Claims | Drafted email to D Young (WD) and D Bryant (WD) regarding the approval needed on the payment details for | 0.10 | 160.00 | 16.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Southern Eagle Distributing for review by ASM Capital | | | |
| 11/07/06 | Liu, A. | BK-Claims | Drafted email to J Leamy (Skadden) regarding the details to the payments made on Southern Eagle Distributing and the notes on the available information | 0.20 | 160.00 | 32.00 |
| 11/07/06 | Liu, A. | BK-Claims | Drafted email to J Leamy (Skadden) regarding the status of the discussion of the claim with K Aurzada (counsel of Reddy Ice and Southern Bottled Water) | 0.20 | 160.00 | 32.00 |
| 11/07/06 | Liu, A. | BK-Claims | Analyzed the discrepancy on the reclamation claim payments owed from Logan and compared to the analysis of the unpaid reclamation claim in preparation for the conference call with D Young (WD) | 0.90 | 160.00 | 144.00 |
| 11/08/06 | Liu, A. | BK-Claims | Conference call with D Young (WD) and T Wuertz (XRoads) regarding the discrepancies on the reclamation claim in Logan's database and the masterlist with the explanation of the expected treatment of specific claimants | 0.70 | 160.00 | 112.00 |
| 11/08/06 | Liu, A. | BK-Claims | Discussed with T Wuertz (XRoads) regarding the open items on the claim of Pinnacle Foods and the research needed on the chargebacks and the preference claim of Dial Corporation | 0.40 | 160.00 | 64.00 |
| 11/08/06 | Liu, A. | BK-Claims | Completed a preference claim analysis of Dial Corporation to determine any potential preference claims of payments reserved on the Stipulation | 0.30 | 160.00 | 48.00 |
| 11/08/06 | Liu, A. | BK-Claims | Drafted email to T Wuertz (XRoads) regarding the analysis of the potential preference claim of Dial Corporation along with the methodology, trade terms, and explanation of the additional days due to differences from DOI and DOR | 0.20 | 160.00 | 32.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/08/06 | Liu, A. | BK-Claims | Discussed with D Young (WD) regarding the sampling analysis and methodology needed for the chargebacks of Pinnacle Foods | 0.10 | 160.00 | 16.00 |
| 11/08/06 | Liu, A. | BK-Claims | Discussed with S Miller (counsel of HP Hood) regarding the additional information needed on the chargebacks and the counter-offer on the proposal to the treatment of the chargebacks | 0.20 | 160.00 | 32.00 |
| 11/08/06 | Liu, A. | BK-Claims | Drafted email to D Young (WD) and T Wuertz (XRoads) regarding the counter proposal by S Miller (counsel of HP Hood) and the analysis needed on the sampling of the chargebacks to verify the fair value of the original proposal | 0.20 | 160.00 | 32.00 |
| 11/08/06 | Liu, A. | BK-Claims | Drafted email to J Leamy (Skadden) regarding the preliminary agreement to waive the potential preference claim of Gorton's with the analysis completed of payments in ordinary course | 0.20 | 160.00 | 32.00 |
| 11/08/06 | Liu, A. | BK-Claims | Drafted email to J Leamy (Skadden) regarding the agreement to the resolution of Sunbeam and the agreed allowed amount to the claim | 0.20 | 160.00 | 32.00 |
| 11/08/06 | Liu, A. | BK-Claims | Analyzed the notes and revisions made to the agreement with Gorton's from J Dejonker (counsel of Gorton's) | 0.10 | 160.00 | 16.00 |
| 11/08/06 | Liu, A. | BK-Claims | Drafted email to J Leamy (Skadden) regarding the agreement to the resolution of Borden and the revised allowed amount to their claim | 0.20 | 160.00 | 32.00 |
| 11/08/06 | Liu, A. | BK-Claims | Discussed with T Wuertz (XRoads) regarding the status of the claim of Libbey Glass and the upcoming discussion with their counsel | 0.20 | 160.00 | 32.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/08/06 | Liu, A. | BK-Claims | Drafted email to J Leamy (Skadden) regarding the relationship of Borden and Milk Products and the update to the status of Irving Tissue | 0.20 | 160.00 | 32.00 |
| 11/08/06 | Liu, A. | BK-Claims | Analyzed the rec sheet online and email notes to verify the agreement to the allowed amount on the 2 upcoming orders to resolve the claims | 0.40 | 160.00 | 64.00 |
| 11/08/06 | Liu, A. | BK-Claims | Drafted email to J Leamy (Skadden) regarding the agreement to the revised allowed amount of the claims related to Team#2 on the first set of orders | 0.20 | 160.00 | 32.00 |
| 11/08/06 | Liu, A. | BK-Claims | Drafted email to J Leamy (Skadden) regarding the agreement to the revised allowed amount of the claims related to Team#2 on the second set of orders | 0.20 | 160.00 | 32.00 |
| 11/09/06 | Liu, A. | BK-Claims | Drafted email to C Brooks (WD) regarding the analysis needed on the chargebacks of HP Hood and the possible used to backup up the original proposal | 0.20 | 160.00 | 32.00 |
| 11/09/06 | Liu, A. | BK-Claims | Discussed with T Wuertz (XRoads) regarding the follow up to the revisions on the unpaid reclamation claim schedules and the workplan for the next few weeks on the open items on the claims | 0.40 | 160.00 | 64.00 |
| 11/09/06 | Liu, A. | BK-Claims | Drafted email response to S Bryant (counsel of Riviana Foods) regarding the review and approval needed by Winn-Dixie accounting on the counterproposal to settle the claim of Riviana Foods | 0.10 | 160.00 | 16.00 |
| 11/09/06 | Liu, A. | BK-Claims | Analyzed the research on the sampling of the chargebacks of Pinnacle Foods to determine a proposal to settle the chargebacks in their claim | 0.60 | 160.00 | 96.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/09/06 | Liu, A. | BK-Claims | Revised the research on the sampling of the chargebacks of Pinnacle Foods with additional notes and allocation on the proposed settlement | 0.30 | 160.00 | 48.00 |
| 11/09/06 | Liu, A. | BK-Claims | Drafted email to D Bryant (WD) and D Young (WD) regarding the meeting to decide on a proposed agreement to the treatment of the chargebacks and the notes on the initial proposal based upon the research by Winn-Dixie accounting | 0.20 | 160.00 | 32.00 |
| 11/09/06 | Liu, A. | BK-Claims | Conference call with T Wuertz (XRoads) and D Young (WD) regarding the treatment of the discrepancies for the reclamation claims between the masterlist and Logan's database | 0.70 | 160.00 | 112.00 |
| 11/09/06 | Liu, A. | BK-Claims | Drafted email to J Leamy (Skadden) regarding the agreements to ACH Foods and New World Pasta along with copies of emails and documents | 0.20 | 160.00 | 32.00 |
| 11/09/06 | Liu, A. | BK-Claims | Analyzed the counterproposal from S Bryant (counsel of Riviana Foods) regarding the methodology of the counterproposal and the revised allowed amount to their claim | 0.30 | 160.00 | 48.00 |
| 11/09/06 | Liu, A. | BK-Claims | Drafted email to D Young (WD) and D Bryant (WD) regarding the analysis on the counterproposal of the claim of Riviana Foods and the possible agreements to the proposal on the treatment of the chargebacks | 0.20 | 160.00 | 32.00 |
| 11/09/06 | Liu, A. | BK-Claims | Analyzed the confirmation order of the plan signed by the judge Jerry Funk to determine the effective date and any open issues with the claims | 0.30 | 160.00 | 48.00 |
| 11/10/06 | Liu, A. | BK-Claims | Analyzed the email from T Wuertz (XRoads) regarding the agreement to the claims of the Nestle entities with the revised allowed amount and the deductions taken | 0.30 | 160.00 | 48.00 |

XRoads Solutions Group
Daily Detail Administration Time

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/10/06 | Liu, A. | BK-Claims | Analyzed the email from T Wuertz (XRoads) regarding the agreement to the claim of the Wyeth with the revised allowed amount and the deductions taken | 0.20 | 160.00 | 32.00 |
| 11/10/06 | Liu, A. | BK-Claims | Discussed with D Amiros (counsel of Heinemanns) regarding the payments on the reclamation claim of Heinemanns and the opt-in status of his client | 0.20 | 160.00 | 32.00 |
| 11/10/06 | Liu, A. | BK-Claims | Researched the opt-in documents to verify the opt-out status of Heinemanns | 0.10 | 160.00 | 16.00 |
| 11/10/06 | Liu, A. | BK-Claims | Drafted email response to D Young (WD) regarding the status of the claims of Reddy Ice and Southern Bottled Water | 0.10 | 160.00 | 16.00 |
| 11/10/06 | Liu, A. | BK-Claims | Analyzed the exhibits of the 27th Omnibus Objections to verify the allowed amounts on the claims related to Team#2 | 1.40 | 160.00 | 224.00 |
| 11/10/06 | Liu, A. | BK-Claims | Analyzed the updated list of the responses to the objections for the open and revised agreement to the claims of Team#2 | 0.40 | 160.00 | 64.00 |
| 11/10/06 | Liu, A. | BK-Claims | Analyzed the email from S Eichel (Skadden) regarding the questions to open issues on the reclamation claims with updates needed | 0.10 | 160.00 | 16.00 |
| 11/12/06 | Liu, A. | BK-Claims | Discussed with T Wuertz (XRoads) regarding the deliverables for S Eichel (Skadden) regarding the reclamation claims and the final tally on the opt-ins to the Trade Lien Program | 0.20 | 160.00 | 32.00 |
| 11/12/06 | Liu, A. | BK-Claims | Analyzed the masterlist of reclamation claims to determine the number of opt-ins and the percentage of opt-ins to the Trade Lien Program to address the deliverables on the reclamation claim for S Eichel (Skadden) | 0.20 | 160.00 | 32.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/12/06 | Liu, A. | BK-Claims | Drafted email to S Eichel (Skadden) regarding the results of the number and percentage of opt-ins to the Trade Lien Program under the reclamation claim | 0.20 | 160.00 | 32.00 |
| 11/12/06 | Liu, A. | BK-Claims | Analyzed the email response from T Wuertz (XRoads) to verify the allowed amounts for the treatment of the claims of Promotions Unlimited | 0.10 | 160.00 | 16.00 |
| 11/12/06 | Liu, A. | BK-Claims | Analyzed the email confirmation from T Wuertz (XRoads) regarding the treatment of the reclamation claims of Revlon net of the additional pre-petition AP/AR credits | 0.10 | 160.00 | 16.00 |
| 11/12/06 | Liu, A. | BK-Claims | Analyzed the email confirmation from T Wuertz (XRoads) regarding the final agreement to the claim of Russell Stovers to verify the opt-in and the allowed amount on the reclamation claim | 0.10 | 160.00 | 16.00 |
| 11/12/06 | Liu, A. | BK-Claims | Analyzed the email response from T Wuertz (XRoads) regarding the update to the discussion of the claim of Libbey Glass and the new contact to resolve the open issues | 0.10 | 160.00 | 16.00 |
| 11/13/06 | Liu, A. | BK-Claims | Analyzed the email confirmation from D Bryant (Winn-Dixie) regarding the counter-proposal from Riviana Foods on the treatment of the chargebacks | 0.10 | 160.00 | 16.00 |
| 11/13/06 | Liu, A. | BK-Claims | Drafted email to S Bryant (counsel of Riviana Food) regarding the agreement from Winn-Dixie accounting to the proposal of the treatment of the chargebacks and the revised allowed amount on the claim of Riviana Foods | 0.20 | 160.00 | 32.00 |
| 11/13/06 | Liu, A. | BK-Claims | Drafted additional email to S Bryant (counsel of Riviana Food) regarding the update to the allowed amount along with the notes on the next steps after agreement received to obtained an order | 0.20 | 160.00 | 32.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/13/06 | Liu, A. | BK-Claims | Drafted email response to S Bryant (counsel of Riviana Food) regarding the listing of the treatment of the 3 claims of Riviana Foods and the allowed amount for each claim for agreement | 0.20 | 160.00 | 32.00 |
| 11/13/06 | Liu, A. | BK-Claims | Analyzed the email confirmation from S Bryant (counsel of Riviana Foods) regarding the agreement to the treatment of the 3 claims of Riviana Foods | 0.10 | 160.00 | 16.00 |
| 11/13/06 | Liu, A. | BK-Claims | Analyzed the email to D Young (Winn-Dixie) regarding the agreement to the 3 claims of Riviana Foods | 0.10 | 160.00 | 16.00 |
| 11/13/06 | Liu, A. | BK-Claims | Drafted email to K Aurzada (counsel of Reddy Ice and Southern Bottled Water) on the proposal on the claims of Reddy Ice and Southern Bottled Water | 0.10 | 160.00 | 16.00 |
| 11/13/06 | Liu, A. | BK-Claims | Analyzed the revised exhibits for the 27th Omnibus Objection sent by J Leamy (Skadden) to verify the allowed amounts of the claim of Team#2 | 0.60 | 160.00 | 96.00 |
| 11/13/06 | Liu, A. | BK-Claims | Analyzed the email confirmation from D Young (Winn-Dixie) regarding the counter-proposal from Riviana Foods on the treatment of the chargebacks | 0.10 | 160.00 | 16.00 |
| 11/13/06 | Liu, A. | BK-Claims | Analyzed the email to J Leamy (Skadden) regarding the agreement to the 3 claims of Riviana Foods with the inquiry into the placement of the agreed claims on the next Omni | 0.20 | 160.00 | 32.00 |
| 11/13/06 | Liu, A. | BK-Claims | Analyzed the emails form T Wuertz (XRoads) regarding the status of the claims of Maybelline-Garnier and awaiting agreements for the treatment of the post-petition offset to the potential amount returned to Winn-Dixie | 0.20 | 160.00 | 32.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/13/06 | Liu, A. | BK-Claims | Revised the 3 reconciliation spreadsheets of Riviana Foods to match the agreement on the claims from S Bryant (counsel of Riviana Foods) | 0.60 | 160.00 | 96.00 |
| 11/13/06 | Liu, A. | BK-Claims | Drafted email to D Young (Winn-Dixie) regarding the revised reconciliation spreadsheets of Riviana Foods and the notes of the changes made to match the allowed amounts | 0.20 | 160.00 | 32.00 |
| 11/13/06 | Liu, A. | BK-Claims | Analyzed the emails from T Wuertz (XRoads) regarding the status of the negotiation with Maybelline-Garnier and the treatment of the scheduled claim of Garnier | 0.20 | 160.00 | 32.00 |
| 11/13/06 | Liu, A. | BK-Claims | Analyzed the email from D Young (Winn-Dixie) regarding the status of the backups collected to be sent to Del Laboratories for review on the AP/AR credits | 0.10 | 160.00 | 16.00 |
| 11/13/06 | Liu, A. | BK-Claims | Drafted email to D Young (Winn-Dixie) regarding the status of the negotiation with K Aurzada (counsel of Reddy Ice and Southern Bottled Water) on the claims of Reddy Ice and Southern Bottled Water | 0.10 | 160.00 | 16.00 |
| 11/14/06 | Liu, A. | BK-Claims | Analyzed the email confirmation from S Miller (counsel of HP Hood) regarding the agreement to the revised allowed amount of the claim | 0.10 | 160.00 | 16.00 |
| 11/14/06 | Liu, A. | BK-Claims | Drafted the email confirmation to D Young (Winn-Dixie) regarding the settlement agreement to the revised allowed amount of the claim of HP Hood along with the reconciliation spreadsheet | 0.20 | 160.00 | 32.00 |
| 11/14/06 | Liu, A. | BK-Claims | Drafted the email confirmation to J Leamy (Skadden) regarding the settlement agreement to the revised allowed amount of the claim of HP Hood | 0.10 | 160.00 | 16.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/14/06 | Liu, A. | BK-Claims | Analyzed the email from S Sturzel (Sargento Foods) regarding the attachment on the post-petition credit taken by Winn-Dixie with the explanation on the net pre-petition balance owed | 0.20 | 160.00 | 32.00 |
| 11/14/06 | Liu, A. | BK-Claims | Analyzed the notes on the treatment of the marketing debit memo of Sargento Foods allocated over the general unsecured claim, reclamation claim, and the remainder as post-petition credit owed | 0.20 | 160.00 | 32.00 |
| 11/14/06 | Liu, A. | BK-Claims | Drafted email to S Sturzel (Sargento Foods) regarding the treatment of the marketing debit memo of Sargento Foods allocated over the general unsecured claim, reclamation claim, and the remainder as post-petition credit owed and the potential additional amount owed to Winn-Dixie | 0.20 | 160.00 | 32.00 |
| 11/14/06 | Liu, A. | BK-Claims | Discussed with D Young (Winn-Dixie) regarding the review needed on the payee information of the list of unpaid reclamation claim | 0.20 | 160.00 | 32.00 |
| 11/14/06 | Liu, A. | BK-Claims | Analyzed the rec sheet online to verify the transferred status of the subset of the reclamation claims as listed on unpaid reclamation claims | 0.40 | 160.00 | 64.00 |
| 11/14/06 | Liu, A. | BK-Claims | Discussed with D Young (Winn-Dixie) regarding the result of the findings on the treatment of the chargebacks of HP Hood, the revised proposal to settle the claim of HP Hood, and the potential issue on the timeliness of the first distribution | 0.30 | 160.00 | 48.00 |
| 11/14/06 | Liu, A. | BK-Claims | Discussed with J Leamy (Skadden) regarding the timeliness of the settlement of claim to be part of the first distribution and the upcoming omnis for claims from Omni#22 | 0.20 | 160.00 | 32.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/14/06 | Liu, A. | BK-Claims | Discussed with J Leamy (Skadden) regarding the analysis needed on the payment details for Southern Eagle and the responses from counsel of Southern Wine & Spirits, and the hearing date to settle the claim of Southern Wine & Spirits | 0.20 | 160.00 | 32.00 |
| 11/14/06 | Liu, A. | BK-Claims | Revised the reconciliation spreadsheet of HP Hood to represent the updated proposed treatment of the chargebacks | 0.30 | 160.00 | 48.00 |
| 11/14/06 | Liu, A. | BK-Claims | Discussed with S Miller (counsel of HP Hood) regarding the revised allowed amount after the updated treatment of the chargebacks of HP Hood and the settlement as part of the first distribution | 0.20 | 160.00 | 32.00 |
| 11/14/06 | Liu, A. | BK-Claims | Discussed with J Leamy (Skadden) regarding the explanation onto the analysis on the payment details for Southern Eagle and assurance on the claim of HP Hood as part of the first distribution | 0.20 | 160.00 | 32.00 |
| 11/14/06 | Liu, A. | BK-Claims | Dratted email to S Miller (counsel of HP Hood) regarding the revised allowed amount per the update to the treatment of the chargebacks for HP Hood and the notes on the timeliness to be included in the first distribution for the agreement on record | 0.20 | 160.00 | 32.00 |
| 11/14/06 | Liu, A. | BK-Claims | Analyzed the details to notice of transfers to verify the class of claims transferred by the original claimant in order to l provide the correct payee information | 0.80 | 160.00 | 128.00 |
| 11/14/06 | Liu, A. | BK-Claims | Revised the list of the unpaid reclamation claims with update to the payee information after verification of details to claims class sold on the notice of transfer | 0.20 | 160.00 | 32.00 |
| 11/14/06 | Liu, A. | BK-Claims | Drafted email to D Young (XRoads) regarding the update to the payee information to the list of the unpaid reclamation claims after verification of | 0.20 | 160.00 | 32.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | details to claims class sold on the notice of transfer | | | |
| 11/14/06 | Liu, A. | BK-Claims | Drafted email to J Leamy (Skadden) regarding payment details of Southern Eagle for review by the claimant | 0.10 | 160.00 | 16.00 |
| 11/14/06 | Liu, A. | BK-Claims | Drafted email to M Graves (Master Foods) regarding the status of the review of the AP/AR credits of the entities of Master Foods and the proposed treatment of the coupon billings | 0.20 | 160.00 | 32.00 |
| 11/14/06 | Liu, A. | BK-Claims | Drafted email to J Leamy (Skadden) regarding the agreement to the allowed amounts and notes listed in the 27th Omni related to Team#2 | 0.10 | 160.00 | 16.00 |
| 11/14/06 | Liu, A. | BK-Claims | Discussed with T Wuertz (XRoads) regarding the treatment of the scheduled claims of Maybelline-Garnier and the open issues with the negotiations | 0.20 | 160.00 | 32.00 |
| 11/14/06 | Liu, A. | BK-Claims | Discussed with T Wuertz (XRoads) regarding the updates needed on the revised schedule of the reclamation claim file to the masterlist of reclamation claim, open issues on the liquid vendors on the payments made in the post-petition to their admin claim, and the last date for the settlement of claims to be part of the first distribution | 0.40 | 160.00 | 64.00 |
| 11/14/06 | Liu, A. | BK-Claims | Discussed with S Miller (counsel of HP Hood) regarding the update on the research on the treatment of the chargebacks from Winn-Dixie accounting and the resolution needed to be part of the first distribution | 0.20 | 160.00 | 32.00 |
| 11/14/06 | Liu, A. | BK-Claims | Drafted email to C Brooks (Winn-Dixie) regarding the status on the research on the treatment of the chargebacks of HP Hood | 0.10 | 160.00 | 16.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/15/06 | Liu, A. | BK-Claims | Discussed with D Young (Winn-Dixie) regarding the allocation of the claims for Riverdale Farms with increase to resolve the correct reclamation claim and the response on the revised list of the reclamation claim with additional notes on claims included in the first distribution and the potential distribution date for the remaining reclamation claims | 0.40 | 160.00 | 64.00 |
| 11/15/06 | Liu, A. | BK-Claims | Analyzed the revised list of unpaid reclamation claims to determine the variance of the current balance from the original balance presented to B Gaston (XRoads) | 0.40 | 160.00 | 64.00 |
| 11/15/06 | Liu, A. | BK-Claims | Drafted email to B Gaston (XRoads) regarding the updated balance of the unpaid reclamation claims with explanation of the variance from the original balance along with the listing claims set for payment on the first distribution and claim set for future disbursements due to unresolved filed claim | 0.30 | 160.00 | 48.00 |
| 11/15/06 | Liu, A. | BK-Claims | Drafted email response to H Besold (Reckitt Benkiser) regarding the explanation of the Omni process where a written agreement is needed and an additional motion to reach an order | 0.30 | 160.00 | 48.00 |
| 11/15/06 | Liu, A. | BK-Claims | Drafted 5 emails from T Wuertz (XRoads) regarding the negotiation progress of the settlement of the reclamation claim with Sargento Foods and the previous discussions with the treatment of the debit memo | 0.40 | 160.00 | 64.00 |
| 11/15/06 | Liu, A. | BK-Claims | Drafted email response to D Young (Winn-Dixie) regarding the analysis provided to Sargento Foods on the treatment of the debit memo and need to await a response from claimant on next steps | 0.20 | 160.00 | 32.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/15/06 | Liu, A. | BK-Claims | Analyzed the notice of withdrawal of objection to the claim of Brown Bottling Group to determine the allowed amount of the claim and resolution to their claim | 0.20 | 160.00 | 32.00 |
| 11/15/06 | Liu, A. | BK-Claims | Drafted email to D Young (Winn-Dixie) regarding the updated list of the unpaid reclamation claims with the notes on the changes made from the previous version | 0.20 | 160.00 | 32.00 |
| 11/15/06 | Liu, A. | BK-Claims | Drafted email to D Young (Winn-Dixie) regarding the agreement email from Riverdale Farms with the settlement of the claim and no additional discussions needed | 0.20 | 160.00 | 32.00 |
| 11/15/06 | Liu, A. | BK-Claims | Analyzed the email confirmation from T Wuertz (XRoads) regarding the agreement with the Unilever entities with the agreed allowed amounts | 0.10 | 160.00 | 16.00 |
| 11/15/06 | Liu, A. | BK-Claims | Drafted email to A Gasso (XRoads) regarding the data transferred from the POC of Libbey Glass to the spreadsheet in order to reconcile the claim | 0.20 | 160.00 | 32.00 |
| 11/15/06 | Liu, A. | BK-Claims | Analyzed the email from T Wuertz (XRoads) regarding the negotiations with Schuster Marketing and the potential litigation to resolve their claim | 0.20 | 160.00 | 32.00 |
| 11/15/06 | Liu, A. | BK-Claims | Analyzed the breakdown of the unpaid reclamation claim with the amounts listed for the first distribution and future distribution | 0.20 | 160.00 | 32.00 |
| 11/15/06 | Liu, A. | BK-Claims | Drafted email to J Leamy (Skadden) regarding the settlement to the claim of Reckitt Benkiser and the potential motion needed since claim had been adjourned | 0.20 | 160.00 | 32.00 |
| 11/15/06 | Liu, A. | BK-Claims | Analyzed the stipulation for the Trade Lien Program to verify the treatment of the reclamation claims of non-participating vendors and the potential pay date | 0.20 | 160.00 | 32.00 |

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/15/06 | Liu, A. | BK-Claims | Drafted email to S Eichel (Skadden) regarding the language in the stipulation that addressed the treatment and pay date for the unpaid reclamation claim of non-participating vendors | 0.20 | 160.00 | 32.00 |
| 11/15/06 | Liu, A. | BK-Claims | Analyzed the proof of claim of Libbey Glass to determine the details to their claim and the reconciliation methods needed | 0.30 | 160.00 | 48.00 |
| 11/15/06 | Liu, A. | BK-Claims | Revised the reconciliation spreadsheet of Libbey Glass to determine the open items from the scheduled claim and the potential credits from the POC and the pre-petition AP/AR credits | 1.80 | 160.00 | 288.00 |
| 11/15/06 | Liu, A. | BK-Claims | Discussed with T Wuertz (XRoads) regarding the negotiations with the Unilever entities and the potential agreement, the open issues of potential increase on their unsecured claim, and the current AP balance of Unilever Best Foods and Slimfast | 0.40 | 160.00 | 64.00 |
| 11/15/06 | Liu, A. | BK-Claims | Discussed with J Leamy (Skadden) regarding the agreement with Reckitt Benkiser and the next Omni for approval, the response needed for the claimant to address an additional motion for review, and the status of the claims with responses to the Omni | 0.30 | 160.00 | 48.00 |
| 11/16/06 | Liu, A. | BK-Claims | Drafted email to J Leamy (Skadden) regarding the confirmation to the allowed amounts represented in the upcoming order | 0.10 | 160.00 | 16.00 |
| 11/16/06 | Liu, A. | BK-Claims | Discussed with K Logan (Logan & Co) and D Young (Winn-Dixie) regarding the confirmation needed from Milk Products and Schuster Marketing on the payee information for the reclamation claim | 0.20 | 160.00 | 32.00 |

XRoads Solutions Group
Daily Detail Administration Time

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/16/06 | Liu, A. | BK-Claims | Discussed with T Wuertz (XRoads) regarding the confirmation needed from Schuster Marketing on the payee information on the reclamation claim | 0.10 | 160.00 | 16.00 |
| 11/16/06 | Liu, A. | BK-Claims | Discussed with J Hannan (Milk Products) regarding the confirmation needed from Milk Products on the payee information on the reclamation claim | 0.10 | 160.00 | 16.00 |
| 11/16/06 | Liu, A. | BK-Claims | Drafted email to K Logan (Logan & Co) and D Young (Winn-Dixie) regarding the payee information confirmed by the original claimants Milk Products and Schuster Marketing | 0.20 | 160.00 | 32.00 |
| 11/16/06 | Liu, A. | BK-Claims | Analyzed the email from B Gaston (XRoads) regarding the inquiry on the additional amounts owed for the reclamation claim and large discrepancy from any analysis | 0.20 | 160.00 | 32.00 |
| 11/16/06 | Liu, A. | BK-Claims | Discussed with J Edmonson (XRoads) regarding the additional reclamation claim owed from any analysis and the possible error in the calculation from Logan | 0.20 | 160.00 | 32.00 |
| 11/16/06 | Liu, A. | BK-Claims | Analyzed the agreements with the claimants to verify the agreed allowed amount on the exhibits of the upcoming order | 0.40 | 160.00 | 64.00 |
| 11/17/06 | Liu, A. | BK-Claims | Drafted email to D Brown (Winn-Dixie) regarding the written agreement needed for the resolution to the claim of Sunbeam and the status of the review of the AP/AR credits | 0.20 | 160.00 | 32.00 |
| 11/20/06 | Liu, A. | BK-Claims | Analyzed the email from P Tremblay (Winn-Dixie) regarding the details of the counterproposal for Schuster's Marketing and the potential resolution on the counteroffer | 0.20 | 160.00 | 32.00 |

XRoads Solutions Group
Daily Detail Administration Time

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/20/06 | Liu, A. | BK-Claims | Analyzed the order of the withdrawal of objection from PepsiAmericas on the Omni to verify the original allowed amount and details of the agreement to the claim | 0.20 | 160.00 | 32.00 |
| 11/20/06 | Liu, A. | BK-Claims | Analyzed the email from T Wuertz (XRoads) regarding the open status of the claim of Brach's | 0.10 | 160.00 | 16.00 |
| 11/20/06 | Liu, A. | BK-Claims | Analyzed the email from T Wuertz (XRoads) regarding the reconciliation needed on the claim of Warner Lambert and the potential duplication the AP/AR credits used | 0.20 | 160.00 | 32.00 |
| 11/20/06 | Liu, A. | BK-Claims | Discussed with D Amiros (counsel of Heinemann's) regarding the status of the reclamation claim payment for Heinemann's and the confirmation of the payee address for their claim | 0.20 | 160.00 | 32.00 |
| 11/20/06 | Liu, A. | BK-Claims | Conference call with T Wuertz (XRoads), D Young, J Parrotta and C Brooks (all WD) regarding the status of the open claims of team#2, the updates needed to the notes, and the research still needed from Winn-Dixie accounting | 0.60 | 160.00 | 96.00 |
| 11/20/06 | Liu, A. | BK-Claims | Drafted email to D Young (Winn-Dixie) regarding the updated address for the payment of the reclamation claim to Heinemann's | 0.10 | 160.00 | 16.00 |
| 11/20/06 | Liu, A. | BK-Claims | Analyzed the updated log of open issues on claims of Team#2 on the notes of the current status | 0.20 | 160.00 | 32.00 |
| 10/11/06 | Bloemen, L. | BK-Fee Application | Research time detail for 3rd Interim flagged by WD Fee Auditor as duplicate entries | 2.00 | 85.00 | 170.00 |
| 10/12/06 | Bloemen, L. | BK-Fee Application | Continue research time detail for 3rd Interim flagged by WD Fee Auditor as duplicate entries | 1.90 | 85.00 | 161.50 |

XRoads Solutions Group
Daily Detail Administration Time

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/29/06 | Bloemen, L. | BK-Fee Application | Send Interim Responses to K Fagerstrom as Carla's request | 0.20 | 85.00 | 17.00 |
| 11/29/06 | Bloemen, L. | BK-Fee Application | Research 2005 expenses flagged by WD fee auditor's interim report | 1.10 | 85.00 | 93.50 |
| 12/04/06 | Bloemen, L. | BK-Fee Application | Research interim expenses flagged by WD Fee Auditor | 3.00 | 85.00 | 255.00 |
| 10/10/06 | Cooper, C. | BK-Fee Application | Fee Auditor review for 1st interim fee application | 5.50 | 100.00 | 550.00 |
| 10/11/06 | Cooper, C. | BK-Fee Application | Review of 2nd and 3rd interim fee auditors report | 5.00 | 100.00 | 500.00 |
| 10/12/06 | Cooper, C. | BK-Fee Application | Phone conference with H. Etlin, T. Doyle, E. Lyons and J. Simon to discuss fee auditor's response strategy | 0.90 | 100.00 | 90.00 |
| 10/17/06 | Cooper, C. | BK-Fee Application | Phone conversation with J. Young and K. Fagerstrom regarding fee auditor's response | 0.30 | 100.00 | 30.00 |
| 11/13/06 | Cooper, C. | BK-Fee Application | Discussion with K Fagerstrom (XRoads) regarding duplicated time entries | 0.70 | 100.00 | 70.00 |
| 11/27/06 | Cooper, C. | BK-Fee Application | Pacer research for fee auditor final report for the 4th interim period | 0.20 | 100.00 | 20.00 |
| 11/29/06 | Cooper, C. | BK-Fee Application | Discussion with K. Fagerstrom and T. Doyle regarding Fee Auditor response for 1st, 2nd, 3rd and 4th interim periods | 1.60 | 100.00 | 160.00 |
| 11/29/06 | Cooper, C. | BK-Fee Application | Fee Auditor report research to complete response | 4.00 | 100.00 | 400.00 |
| 12/04/06 | Cooper, C. | BK-Fee Application | Fee Auditor report research to complete response | 2.70 | 100.00 | 270.00 |
| 12/05/06 | Cooper, C. | BK-Fee Application | Review of version 5 draft of fee auditor's response from T. Doyle for accuracy | 2.90 | 100.00 | 290.00 |
| 12/06/06 | Cooper, C. | BK-Fee Application | Phone conference with T. Dolye and K. Fagerstrom regarding fee auditors response | 1.00 | 100.00 | 100.00 |

XRoads Solutions Group
Daily Detail Administration Time

| Date | Professional | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/07/06 | Cooper, C. | BK-Fee Application | Review final draft of fee auditors response | 1.30 | 100.00 | 130.00 |
| 12/18/06 | Cooper, C. | BK-Fee Application | Phone conference with Holly, Sheon, Kipp Todd regarding engagement amendment and fee auditor's response | 0.60 | 100.00 | 60.00 |
| Grand TotalGrand Total | | | | 387.00 | | 48,244.50 |

**EXHIBIT "6"**

Detail Expense Reports
6th Interim Application Period
October 1, 2006 – November 20, 2006

XRoads Solutions Group
Daily Detail Expense Reports

| Date | Professional | Activity | Description | Quantity | Amount |
|---|---|---|---|---|---|
| Activity: Air Transport. | | | | | |
| 10/3/2006 | Liu, A. | Air | Round trip coach airfare to client 10/10/2006 and 10/13/2006 | 1 | 370.20 |
| 10/3/2006 | Liu, A. | Air | Round trip coach airfare to client 10/17/2006 and 10/20/2006 | 1 | 285.30 |
| 10/3/2006 | Gaston, B. | Air | Round trip economy/coach airfare to client 10/8/2006 and 10/12/2006 | 1 | 1,026.10 |
| 10/6/2006 | Boggess, B. | Air | Round trip coach airfare to Jacksonville 10/11/2006 and 10/12/2006 | 1 | 578.21 |
| 10/6/2006 | Fagerstrom, K. | Air | Round trip coach airfare to client 10/16/2006 and 10/19/2006 | 1 | 568.59 |
| 10/6/2006 | Fagerstrom, K. | Air | Round trip coach airfare to client 10/24/2006 and 10/27/2006 | 1 | 568.59 |
| 10/7/2006 | Young, J. | Air | Round trip economy/coach airfare 10/15/2006 and 10/20/2006 | 1 | 1,026.10 |
| 10/13/2006 | Gaston, B. | Air | Round trip economy/coach airfare to client 10/15/2006 and 10/20/2006 | 1 | 1,026.10 |
| 10/18/2006 | Boggess, B. | Air | One way coach airfare to client 10/23/2006 | 1 | 164.30 |
| 10/18/2006 | Boggess, B. | Air | One way coach airfare from Winn-Dixie to recruiting meeting 10/26/2006 | 1 | 209.30 |
| 10/20/2006 | Gaston, B. | Air | Round trip economy/coach airfare to client 10/23/2006 and 10/27/2006 | 1 | 1,026.10 |
| 10/21/2006 | Young, J. | Air | Round trip economy/coach airfare to client 10/30/2006 and 11/03/2006 | 1 | 1,026.10 |
| 10/23/2006 | Liu, A. | Air | Round trip coach airfare to client 10/31/2006 and 11/3/2006 | 1 | 370.20 |
| 10/27/2006 | Fagerstrom, K. | Air | Round trip coach airfare to client 11/6/2006 and 11/10/2006 | 1 | 568.59 |
| 10/27/2006 | Gaston, B. | Air | Round trip economy/coach airfare to client 10/30/2006 and 11/2/2006 | 1 | 1,026.10 |

| Date | Professional | Activity | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 10/27/2006 | Boggess, B. | Air | Round trip coach airfare to client 11/01/2006 and 11/03/2006 | 1 | 578.59 |
| 10/28/2006 | Young, J. | Air | Round trip economy/coach airfare to client 11/08/2006 and 11/10/2006 | 1 | 1,026.10 |
| 11/3/2006 | Wuertz, T. | Air | Round trip economy airfare to client 11/7/2006 and 11/10/2006 | 1 | 558.25 |
| 11/3/2006 | Gaston, B. | Air | Round trip economy/coach airfare to client 11/6/2006 and 11/9/2006 | 1 | 1,026.10 |
| 11/10/2006 | Fagerstrom, K. | Air | Round trip coach airfare 11/13/2006 and 11/16/2006 | 1 | 491.81 |
| 11/11/2006 | Gaston, B. | Air | Round trip economy/coach airfare to client 11/13/2006 and 11/16/2006 | 1 | 829.60 |
| 11/13/2006 | Fagerstrom, K. | Air | Round trip airfare to client 11/27/2006 and 11/30/2006 | 1 | 568.59 |
| 11/13/2006 | Etlin, H. | Air | Round trip coach airfare to client 11/13/2006 and 11/14/2006 | 1 | 248.60 |
| 11/16/2006 | Liu, A. | Air | Round trip coach airfare to client 11/27/2006 and 12/1/2006 | 1 | 555.20 |
| 11/20/2006 | Wuertz, T. | Air | Round trip economy airfare to client 11/27/2006 and 12/01/2006 | 1 | 794.20 |

Total: Air Transport. 16,516.92

Activity: Copies-In hous

| Date | Professional | Activity | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 10/3/2006 | MSC | Photocopies | In house (XRCA) Photocopies From: 9/15/06 to 9/22/06 170 pages @ 0.15/each | 170 | 25.50 |
| 11/20/2006 | MSC | Photocopies | In house (XRCA) Photocopies From: 11/3/06 to 11/17/06 94 pages @ $0.15 per page | 94 | 14.10 |

| Date | Professional | Activity | Description | Quantity | Amount |
|---|---|---|---|---|---|
| Total: Copies-In hous | | | | | 39.60 |
| Activity: Ground Transp. | | | | | |
| 10/1/2006 | Gaston, B. | Ground | Transportation from residence to airport | 1 | 35.00 |
| 10/2/2006 | Boggess, B. | Ground | Parking at airport in Atlanta 9/28/06 | 1 | 56.00 |
| 10/3/2006 | Gaston, B. | Ground | Parking at hotel in Jacksonville 10/1/06 to 10/4/06 | 1 | 45.00 |
| 10/4/2006 | Gaston, B. | Ground | Transportation from airport to residence | 1 | 35.00 |
| 10/4/2006 | Gaston, B. | Ground | Rental car in Jacksonville 10/1/06 to 10/4/06 | 1 | 216.22 |
| 10/6/2006 | Fagerstrom, K. | Ground | Rental car in Jacksonville 10/03/06 to 10/06/06 | 1 | 244.12 |
| 10/6/2006 | Fagerstrom, K. | Ground | Parking at hotel in Jacksonville 10/3/06 to 10/6/06 | 1 | 36.00 |
| 10/7/2006 | Gaston, B. | Ground | Transportation from 1) Young 2) Gaston residences to airport 10-8-06 | 1 | 35.00 |
| 10/11/2006 | Fagerstrom, K. | Ground | Parking at hotel in Jacksonville 10/09/06 to 10/11/06 | 1 | 24.00 |
| 10/11/2006 | Fagerstrom, K. | Ground | Rental car in Jacksonville 10/9/06 to 10/11/06 | 1 | 203.22 |
| 10/11/2006 | Fagerstrom, K. | Ground | Parking at airport in Atlanta 8/28/06 thru 9/29/06 | 1 | 390.00 |
| 10/12/2006 | Gaston, B. | Ground | Parking at hotel in Jacksonville | 1 | 70.00 |
| 10/12/2006 | Young, J. | Ground | Parking at the hotel in Jacksonville 10/8/06 to 10/12/06 | 1 | 60.00 |
| 10/13/2006 | Liu, A. | Ground | Rental car in Jacksonville 10/10/06 to 10/13/06 | 1 | 326.79 |

XRoads Solutions Group
Daily Detail Expense Reports

| Date | Professional | Activity | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 10/13/2006 | Gaston, B. | Ground | Rental car in Jacksonville 10/8/06 to 10/13/06 | 1 | 278.38 |
| 10/13/2006 | Gaston, B. | Ground | Gas for rental car | 1 | 11.50 |
| 10/13/2006 | Liu, A. | Ground | Parking at hotel in Jacksonville 10/10/06 to 10/13/06 | 1 | 51.00 |
| 10/13/2006 | Gaston, B. | Ground | Transportation from airport to residence | 1 | 35.00 |
| 10/14/2006 | Etlin, H. | Ground | Rental car in Jacksonville 10/11/06 to 10/14/06 | 1 | 81.68 |
| 10/16/2006 | Gaston, B. | Ground | Transportation from residence to airport | 1 | 35.00 |
| 10/18/2006 | Gaston, B. | Ground | Parking at hotel in Jacksonville 10/16/06 to 10/18/06 | 1 | 51.00 |
| 10/19/2006 | Fagerstrom, K. | Ground | Rental car in Jacksonville 10/16/06 to 10/19/06 | 1 | 262.03 |
| 10/19/2006 | Fagerstrom, K. | Ground | Parking at hotel in Jacksonville 10/16/06 to 10/19/06 | 1 | 36.00 |
| 10/20/2006 | Liu, A. | Ground | Parking at airport in Orange County | 1 | 1.00 |
| 10/20/2006 | Young, J. | Ground | Gas for rental car | 1 | 28.50 |
| 10/20/2006 | Young, J. | Ground | Rental car in Jacksonville 10/8/06 to 10/20/06 | 1 | 551.93 |
| 10/20/2006 | Young, J. | Ground | Transportation from airport to residence | 1 | 35.00 |
| 10/20/2006 | Liu, A. | Ground | Rental car in Jacksonville 10/17/06 to 10/20/06 | 1 | 216.47 |
| 10/20/2006 | Liu, A. | Ground | Parking at hotel in Jacksonville | 1 | 51.00 |
| 10/20/2006 | Gaston, B. | Ground | Transportation from airport to residence | 1 | 35.00 |
| 10/20/2006 | Gaston, B. | Ground | Gas for rental car | 1 | 10.50 |
| 10/20/2006 | Gaston, B. | Ground | Rental car in Jacksonville 10/17/06 to 10/20/06 | 1 | 227.85 |

| Date | Professional | Activity | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 10/25/2006 | Edmonson, J. | Ground | Parking at train station in Wilmington, DE 10/25/06 | 1 | 7.00 |
| 10/25/2006 | Edmonson, J. | Ground | Round trip train to New York City for meeting with S. Karol (XRoads) and R. Gray (Skadden) to review claims reserves under the Plan. | 1 | 289.00 |
| 10/25/2006 | Edmonson, J. | Ground | Transportation from New York office to Penn Station (meeting w/S Karol/XRoads and R Grey/Skadden) | 1 | 9.00 |
| 10/25/2006 | Edmonson, J. | Ground | Transportation from Penn Station to New York office (meeting w/S Karol/XRoads and R Grey/Skadden) | 1 | 7.00 |
| 10/26/2006 | Boggess, B. | Ground | Parking at airport in Atlanta 10/23/06 to 10/28/06 | 1 | 70.00 |
| 10/26/2006 | Boggess, B. | Ground | Rental car in Jacksonville 10/23/06 to 10/26/06 | 1 | 187.49 |
| 10/26/2006 | Gaston, B. | Ground | Parking at hotel in Jacksonville 10/25/06 to 10/26/06 | 1 | 10.00 |
| 10/27/2006 | Gaston, B. | Ground | Rental car in Jacksonville 10/23/06 to 10/27/06 | 1 | 227.85 |
| 10/27/2006 | Fagerstrom, K. | Ground | Rental car in Jacksonville 10/24/06 to 10/27/06 | 1 | 206.78 |
| 10/27/2006 | Gaston, B. | Ground | Cab fare from airport to residence | 1 | 35.00 |
| 10/27/2006 | Gaston, B. | Ground | Parking at hotel in Jacksonville 10/23/06 to 10/27/06 | 1 | 60.00 |
| 10/27/2006 | Fagerstrom, K. | Ground | Parking at hotel in Jacksonville 10/24/06 to 10/27/06 | 1 | 36.00 |
| 10/27/2006 | Gaston, B. | Ground | Gas for rental car | 1 | 9.00 |
| 10/30/2006 | Gaston, B. | Ground | Transportation from residence to airport | 1 | 35.00 |
| 10/30/2006 | MSC | Ground | Transportation for Sheon Karol on 9/28/06 from airport to residence | 1 | 35.00 |

XRoads Solutions Group
Daily Detail Expense Reports

| Date | Professional | Activity | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 10/30/2006 | Gaston, B. | Ground | Transportation from residence to airport 10/23/06 | 1 | 35.00 |
| 11/1/2006 | Young, J. | Ground | Parking at hotel in Jacksonville 10/30/06 to 11/01/06 | 1 | 30.00 |
| 11/2/2006 | Gaston, B. | Ground | Parking at hotel in Jacksonville 10/30/06 to 11/2/06 | 1 | 51.00 |
| 11/2/2006 | Gaston, B. | Ground | Transportation from airport to residence | 1 | 35.00 |
| 11/2/2006 | Gaston, B. | Ground | Rental car in Jacksonville 10/30/06 to 11/02/06 | 1 | 244.68 |
| 11/3/2006 | Liu, A. | Ground | Parking at airport in Orange County California | 1 | 1.00 |
| 11/3/2006 | Liu, A. | Ground | Rental car in Jacksonville 10/31/06 to 11/3/06 | 1 | 215.13 |
| 11/3/2006 | Liu, A. | Ground | Parking at the hotel 10/31/06 to 11/03/06 | 1 | 51.00 |
| 11/3/2006 | Young, J. | Ground | Rental car in Jacksonville 10/30/06 thru 11/01/06 and 11/3 | 1 | 200.83 |
| 11/3/2006 | Young, J. | Ground | Gas for rental car | 1 | 29.00 |
| 11/3/2006 | Young, J. | Ground | Transportation from airport to residence 11/02/06 | 1 | 35.00 |
| 11/6/2006 | Gaston, B. | Ground | Transportation from residence to airport | 1 | 35.00 |
| 11/7/2006 | Wuertz, T. | Ground | Transportation from residence to airport | 1 | 32.00 |
| 11/8/2006 | Karol, S. | Ground | Transportation from Skadden to XRoads New York City office | 1 | 6.00 |
| 11/8/2006 | Gaston, B. | Ground | Parking at hotel in Jacksonville 11/06/06 to 11/08/06 | 1 | 53.00 |
| 11/8/2006 | Young, J. | Ground | Transportation from residence to airport | 1 | 35.00 |
| 11/9/2006 | Wuertz, T. | Ground | Rental car in Jacksonville 11/07/06 to 11/10/06 | 1 | 211.42 |

| Date | Professional | Activity | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 11/9/2006 | Gaston, B. | Ground | Transportation from airport to residence | 1 | 35.00 |
| 11/9/2006 | Gaston, B. | Ground | Rental car in Jacksonville 11/06/06 to 11/09/06 | 1 | 243.41 |
| 11/10/2006 | Fagerstrom, K. | Ground | Rental car in Jacksonville 11/06/06 to 11/10/06 | 1 | 392.85 |
| 11/10/2006 | Fagerstrom, K. | Ground | Parking at hotel in Jacksonville 11/06/06 to 11/10/06 | 1 | 48.00 |
| 11/10/2006 | Young, J. | Ground | Gas for rental car | 1 | 9.00 |
| 11/10/2006 | Fagerstrom, K. | Ground | Parking at airport in Atlanta 9/30/06 to 10/31/2006 | 1 | 303.00 |
| 11/10/2006 | Young, J. | Ground | Rental car in Jacksonville 11/08/06 to 11/10/06 | 1 | 101.59 |
| 11/10/2006 | Young, J. | Ground | Transportation from airport to residence | 1 | 35.00 |
| 11/10/2006 | Young, J. | Ground | Parking at hotel in Jacksonville 11/08/06 to 11/10/06 | 1 | 30.00 |
| 11/11/2006 | Gaston, B. | Ground | Transportation from XRoads Office/New York to Newark airport | 1 | 35.00 |
| 11/11/2006 | Gaston, B. | Ground | Transportation from residence to airport 11/12/06 | 1 | 35.00 |
| 11/12/2006 | Wuertz, T. | Ground | Parking at hotel in Jacksonville 11/07/06 to 11/9/06 | 1 | 55.00 |
| 11/13/2006 | Etlin, H. | Ground | Rental car in Jacksonville 11/13/06 to 11/14/06 | 1 | 49.49 |
| 11/14/2006 | Fagerstrom, K. | Ground | Parking at hotel 11/13/06 to 11/14/06 | 1 | 12.00 |
| 11/14/2006 | Fagerstrom, K. | Ground | Gas for rental car | 1 | 38.70 |
| 11/16/2006 | Fagerstrom, K. | Ground | Rental car in Jacksonville 11/13/06 to 11/16/06 | 1 | 396.50 |
| 11/16/2006 | Gaston, B. | Ground | Parking at hotel in Jacksonville 11/14/06 to 10/16/06 | 1 | 36.00 |

| Date | Professional | Activity | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 11/16/2006 | Gaston, B. | Ground | Transportation from airport to residence | 1 | 35.00 |
| 11/16/2006 | Gaston, B. | Ground | Rental car in Jacksonville 11/13/06 to 11/16/06 | 1 | 190.94 |
| Total: Ground Transp. | | | | | 8,380.85 |
| Activity: Lodging | | | | | |
| 10/3/2006 | Gaston, B. | Lodging | Lodging at corporate rate in Jacksonville 10/01/06 to 10/04/06 | 1 | 409.41 |
| 10/6/2006 | Fagerstrom, K. | Lodging | Lodging at corporate rate in Jacksonville 10/3/06 to 10/6/06 | 1 | 478.79 |
| 10/11/2006 | Fagerstrom, K. | Lodging | Lodging at city rate in Jacksonville 10/09/06 to 10/11/06 (hotel sold out months in advance, would not honor XRoads Rate for this week only) | 1 | 514.88 |
| 10/12/2006 | Young, J. | Lodging | Lodging at corporate rate in Jacksonville 10/8/06 to 10/12/06 | 1 | 549.88 |
| 10/12/2006 | Gaston, B. | Lodging | Lodging at corporate rate in Jacksonville 10/8/06 to 10/13/06 | 1 | 672.35 |
| 10/13/2006 | Liu, A. | Lodging | Lodging at corporate rate in Jacksonville 10/10/06 to 10/13/06 | 1 | 409.41 |
| 10/18/2006 | Gaston, B. | Lodging | Lodging at corporate rate in Jacksonville 10/16/06 thru 10/18/06 | 1 | 407.41 |
| 10/19/2006 | Fagerstrom, K. | Lodging | Lodging at corporate rate in Jacksonville 10/16/06 to 10/19/06 | 1 | 473.79 |
| 10/19/2006 | Gaston, B. | Lodging | Lodging at corporate rate in Jacksonville 10/19/06 to 10/20/06 | 1 | 134.47 |
| 10/20/2006 | Liu, A. | Lodging | Lodging at corporate rate in Jacksonville 10/17/06 to 10/20/06 | 1 | 409.41 |
| 10/20/2006 | Young, J. | Lodging | Lodging at corporate rate in Jacksonville 10/15/06 to 10/20/06 | 1 | 672.35 |

XRoads Solutions Group
Daily Detail Expense Reports

| Date | Professional | Activity | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 10/24/2006 | Boggess, B. | Lodging | Lodging at corporate rate in Jacksonville 10/23/06 to 10/26/06 | 1 | 390.33 |
| 10/27/2006 | Fagerstrom, K. | Lodging | Lodging at corporate rate in Jacksonville 10/24/06 to 10/27/06 | 1 | 473.79 |
| 10/27/2006 | Gaston, B. | Lodging | Lodging at corporate rate in Jacksonville 10/23/06 to 10/27/06 | 1 | 537.88 |
| 11/1/2006 | Young, J. | Lodging | Lodging at corporate rate in Jacksonville 10/30/06 to 11/01/06 | 1 | 280.94 |
| 11/2/2006 | Gaston, B. | Lodging | Lodging at corporate rate in Jacksonville 10/30/06 to 11/2/06 | 1 | 405.41 |
| 11/3/2006 | Liu, A. | Lodging | Lodging at corporate rate in Jacksonville 10/31/06 to 11/3/06 | 1 | 409.41 |
| 11/8/2006 | Gaston, B. | Lodging | Lodging at corporate rate in Jacksonville 11/6/06 to 11/9/06 | 1 | 403.41 |
| 11/10/2006 | Fagerstrom, K. | Lodging | Lodging at corporate rate in Jacksonville 11/06/06 to 11/10/06 | 1 | 631.72 |
| 11/10/2006 | Young, J. | Lodging | Lodging at corporate rate in Jacksonville 11/08/06 to 11/10/06 | 1 | 268.94 |
| 11/12/2006 | Wuertz, T. | Lodging | Lodging at city rate in Jacksonville 11/07/06 to 11/9/06 | 1 | 765.42 |
| 11/13/2006 | Etlin, H. | Lodging | Lodging at corporate rate in Jacksonville 11/13/60 to 11/14/06 | 1 | 149.47 |
| 11/14/2006 | Fagerstrom, K. | Lodging | Lodging at corporate rate in Jacksonville 11/13/06 to 11/14/06 | 1 | 152.93 |
| 11/16/2006 | Gaston, B. | Lodging | Lodging at corporate rate in Jacksonville 11/13/06 to 11/16/06 | 1 | 403.41 |

Total: Lodging

10,405.21

| Date | Professional | Activity | Description | Quantity | Amount |
|---|---|---|---|---|---|
| Activity: Meals | | | | | |
| 10/11/2006 | Liu, A. | Meals | Working lunch with D Young (Winn-Dixie) Discussed the reserves and the methodology to calculate the amounts needed for Team 2 | 1 | 50.00 |
| 10/11/2006 | Liu, A. | Meals | Working dinner with D Young (Winn-Dixie) Discussed the claims process after confirmation and timeline to resolve the Team 2 claims | 1 | 82.00 |
| 10/17/2006 | Liu, A. | Meals | Working dinner with J Edmonson (XRoads), D Young (Winn-Dixie) and E Britton (Winn-Dixie) Discussed the adjustments needed to the application of the pre-petition wires to the post-petition invoices | 1 | 205.00 |
| 10/18/2006 | Liu, A. | Meals | Working dinner with D Young (Winn-Dixie), J Edmonson (XRoads), and E Britton (Winn-Dixie) Discussed the reserves for the remaining claims and the potential timeline to the confirmation date | 1 | 224.00 |
| 10/18/2006 | Liu, A. | Meals | Working lunch with K Fagerstrom (XRoads), D Young (Winn-Dixie), and J Edmonson (XRoads) Discussed the cure and reserves for the contract claims | 1 | 93.00 |
| 10/19/2006 | Liu, A. | Meals | Working dinner with D Young (Winn-Dixie), J Edmonson (XRoads), E Britton (Winn-Dixie) and D Bryant (Winn-Dixie) Discussed the fresh start accounting for the emergence and the remaining research on the claims | 1 | 234.00 |
| 10/24/2006 | Young, J. | Meals | Working lunch with Thomas Upton, Cardtronics (WD Vendor) to discuss implementation of operational terms of negotiated contract. | 1 | 62.00 |
| 10/25/2006 | Fagerstrom, K. | Meals | Working lunch with D Young (WD) and J Ranne (WD) Discussed GE copier leases and IT contract cures. | 1 | 59.13 |

XRoads Solutions Group
Daily Detail Expense Reports

| Date | Professional | Activity | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 10/31/2006 | Liu, A. | Meals | Working lunch with D Young (WD) to discuss the upcoming meeting on the reserves with the UCC | 1 | 36.00 |
| 11/1/2006 | Liu, A. | Meals | Working lunch with D Young (WD) to discuss the comparative analysis on the review of the open reclamation claims | 1 | 55.00 |
| 11/2/2006 | Liu, A. | Meals | Working dinner with E Britton (WD) to discuss the preliminary findings on the pre-petition wires of Sara Lee | 1 | 79.00 |
| 11/3/2006 | Gaston, B. | Meals | Lunch with J. Bolton, Fulbright & Jaworski, attorney for LL at former store 2420 to discuss claim 13436 and objection to plan confirmation | 1 | 94.00 |
| 11/8/2006 | Wuertz, T. | Meals | Working dinner with David Young (WD) to discuss status of unresolved claims issues, reclamation payment analysis and next steps to fully resolve all claims. | 1 | 143.48 |
| 11/9/2006 | Wuertz, T. | Meals | Working lunch with David Young (WD) to discuss status of unresolved claims issues, reclamation payment analysis and next steps to fully resolve all claims. | 1 | 24.55 |
| Total: Meals | | | | | 1,441.16 |
| Activity: Mileage | | | | | |
| 10/3/2006 | Fagerstrom, K. | Mileage | Round trip mileage from residence to airport 140 miles @ 0.445 per mile | 140 | 62.30 |
| 10/9/2006 | Liu, A. | Mileage | Round trip mileage from residence to Los Angeles airport 33 miles @ 0.445 per mile | 33 | 14.69 |
| 10/9/2006 | Fagerstrom, K. | Mileage | Round trip mileage from residence to airport 140 miles @ 0.445 per mile | 140 | 62.30 |
| 10/13/2006 | Liu, A. | Mileage | Round trip mileage from Orange County airport to residence 16 miles @ 0.445 per mile | 16 | 7.12 |

| Date | Professional | Activity | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 10/15/2006 | Young, J. | Mileage | Round trip mileage from residence to airport 60 miles @ 0.445 per mile | 60 | 26.70 |
| 10/16/2006 | Liu, A. | Mileage | Round trip mileage from residence to Los Angeles airport 33 miles @ 0.445 per mile | 33 | 14.69 |
| 10/16/2006 | Fagerstrom, K. | Mileage | Round trip mileage from residence to airport 140 miles @ 0.445 per mile | 140 | 62.30 |
| 10/20/2006 | Liu, A. | Mileage | Round trip mileage from Orange County airport to residence 16 miles @ 0.445 per mile | 16 | 7.12 |
| 10/24/2006 | Fagerstrom, K. | Mileage | Round trip mileage from residence to airport 140 miles @ 0.445 per mile | 140 | 62.30 |
| 10/25/2006 | Edmonson, J. | Mileage | Round trip mileage from residence to Wilmington train station 26 miles @ 0.445 per mile | 26 | 11.57 |
| 10/31/2006 | Liu, A. | Mileage | Round trip mileage from residence to Los Angeles airport 33 miles @ 0.445 per mile | 33 | 14.69 |
| 11/3/2006 | Liu, A. | Mileage | Round trip mileage from Orange County airport to residence 16 miles @ 0.445 per mile | 16 | 7.12 |
| 11/13/2006 | Fagerstrom, K. | Mileage | Round trip mileage from residence to airport 140 miles @ 0.445 per mile | 140 | 62.30 |

Total: Mileage 415.20

Activity: Overnight

| Date | Professional | Activity | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 11/20/2006 | MSC | Overnight | Fed Ex Priority Overnight from Kamilah Hatcher, XRoads Solutions Group, 400 Madison Avenue, New York City, NY, 10017 to Joe Ragase, Sourcing and Procurement, Winn-Dixie, 5050 Edgewood Ct, Jacksonville, FL 32254 Service date: 9/26/06 (B Boggess-Transistion binder for new interim VP) | 1 | 48.96 |

XRoads Solutions Group
Daily Detail Expense Reports

| Date | Professional | Activity | Description | Quantity | Amount |
|---|---|---|---|---|---|
| Total: Overnight | | | | | 48.96 |
| Activity: Telephone | | | | | |
| 10/30/2006 | MSC | Telephone/Cell | Conference call charges on 10/06/2006. Host Kipp Fagerstrom (plus 2 participants) | 1 | 27.82 |
| 10/30/2006 | MSC | Telephone/Cell | Conference call charges on 10/06/2006. Host Kipp Fagerstrom (plus 5 participants) | 1 | 42.12 |
| 10/30/2006 | MSC | Telephone/Cell | Conference call charges on 10/04/2006. Host Kipp Fagerstrom (plus 2 participants) | 1 | 27.82 |
| 10/30/2006 | MSC | Telephone/Cell | Conference call charges on 9/27/2006. Host Kipp Fagerstrom (plus 3 participants) | 1 | 6.24 |
| 10/30/2006 | MSC | Telephone/Cell | Conference call charges on 9/27/2006. Host Kipp Fagerstrom (plus 3 participants) | 1 | 47.32 |
| 10/30/2006 | MSC | Telephone/Cell | Conference call charges on 9/28/2006. Host Kipp Fagerstrom (plus 3 participants) | 1 | 36.40 |
| 10/30/2006 | MSC | Telephone/Cell | Conference call charges on 9/26/2006. Host Kipp Fagerstrom (plus 3 participants) | 1 | 48.62 |
| 10/30/2006 | MSC | Telephone/Cell | Conference call charges on 9/29/2006. Host Kipp Fagerstrom (plus 5 participants) | 1 | 53.82 |
| 10/30/2006 | MSC | Telephone/Cell | Conference call charges on 10/03/2006. Host Sheon Karol (plus 3 participants) | 1 | 53.04 |
| 10/30/2006 | MSC | Telephone/Cell | Conference call charges on 10/03/2006. Host Kipp Fagerstrom (plus 2 participants) | 1 | 35.62 |
| 10/30/2006 | MSC | Telephone/Cell | Conference call charges on 10/12/2006. Host Kipp Fagerstrom (plus 2 participants) | 1 | 13.52 |
| 10/30/2006 | MSC | Telephone/Cell | Conference call charges on 10/10/2006. Host Sheon Karol (plus 4 participants) | 1 | 17.16 |
| 10/30/2006 | MSC | Telephone/Cell | Conference call charges on 10/9/2006. Host Kipp Fagerstrom (plus 1 participant) | 1 | 14.30 |

XRoads Solutions Group
Daily Detail Expense Reports

| Date | Professional | Activity | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 10/30/2006 | MSC | Telephone/Cell | Conference call charges on 10/11/2006. Host Kipp Fagerstrom (plus 1 participant) | 1 | 13.52 |
| Total: Telephone | | | | | 437.32 |
| Grand Total | | | | | 37,685.22 |
| Credit adjustment on Airfare | | | | | (581.29) |
| Net Total Expenses | | | | | 37,103.93 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1<br>Chapter 11 |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that, on January 19, 2007, I caused to be served the SIXTH INTERIM AND FINAL FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF XROADS SOLUTIONS GROUP, LLC, AS FINANCIAL AND OPERATIONS RESTRUCTURING CONSULTANTS FOR THE PERIOD OCTOBER 1, 2006 TO NOVEMBER 21, 2006 AND FINAL APPROVAL OF COMPENSATION AND REIMBURSMENT OF EXPENSES FOR THE PERIOD FEBRUARY 21, 2005 THROUGH AND INCLUDING NOVEMBER 21, 2006 by having a true and correct copy sent via Federal Express, to the parties listed below:

Elena L. Escamilla
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
Phone: 407-648-6465
Fax: 407-648-6323
Elena.L.Escamilla@usdoj.gov

Kenneth C. Meeker
Assistant U.S. Trustee
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
Phone: 407-648-6301
Fax: 407-648-6323
ken.meeker@usdoj.gov

Winn-Dixie Stores, Inc.
Attn: Laurence B. Appel
5050 Edgewood Court
Jacksonville, FL 32254-3699
Phone: 904-783-5000
Fax: 904-783-5059
LarryAppel@winn-dixie.com

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: D. J. Baker
Four Times Square
New York, New York 10036
Phone: 212-735-2150
Fax: 917-777-2150
djbaker@skadden.com

Otterbourg, Steindler, Houston & Rosen, P.C.
Attn: Jonathan N. Helfat
230 Park Avenue, 29th Floor
New York, NY  10169
Phone: 212-661-9100
Fax: 212-682-6104
Jhelfat@oshr.com

Milbank, Tweed, Hadley & McCloy LLP
Attn: Matthew Barr
1 Chase Manhattan Plaza
New York, NY 10005
Phone: 212-530-5000
Fax: 212-530-5219
Mbarr@milbank.com

/s/ *Liz Bloemen*

Liz Bloemen