# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. [1] | ) | Jointly Administered |
| | ) | |

## PROOFS OF PUBLICATION FOR
## NOTICE OF (A) ENTRY OF ORDER CONFIRMING PLAN OF REORGANIZATION, (B) OCCURRENCE OF EFFECTIVE DATE OF PLAN, AND (C) BAR DATES FOR FILING CLAIMS ARISING BEFORE EFFECTIVE DATE AND OTHER ADMINISTRATIVE CLAIMS

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as reorganized

debtors and debtors-in-possession in the above-captioned cases, hereby submit by attachment

hereto copies of the affidavits or other proofs evidencing publication (the "Proofs of

Publication"), on the dates specified therein, of the Notice of (a) Entry of Order Confirming Plan

of Reorganization, (b) Occurrence of Effective Date of Plan, and (c) Bar Dates for Filing Claims

Arising Before Effective Date and Other Administrative Claims, in the following newspapers or

periodicals:

A:    The New York Times (National Edition)

B:    The Wall Street Journal (National Edition)

C:    Sun-Sentinel (Fort Lauderdale, Florida)

D:    Florida Times-Union (Jacksonville, Florida)

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

E:     <u>Orlando Sentinel</u> (Orlando, Florida)

F:     <u>Miami Herald</u> (Miami, Florida)

G:     <u>Palm Beach Post</u> (West Palm Beach, Florida)

H:     <u>The Tampa Tribune</u> (Tampa, Florida)

I:     <u>St. Petersburg Times</u> (St. Petersburg, Florida)

J:     <u>News & Observer</u> (Raleigh, North Carolina)

K:     <u>Albany Herald</u> (Albany, Georgia)

L:     <u>Ledger-Inquirer</u> (Columbus, Georgia)

M:     <u>Savannah Morning News</u> (Savannah, Georgia)

N:     <u>The Courier Herald</u> (Dublin, Georgia)

O:     <u>The Times-Picayune</u> (New Orleans, Louisiana)

P:     <u>Press-Register</u> (Mobile, Alabama)

Q:     <u>Birmingham News</u> (Birmingham, Alabama)

R:     <u>The Meridian Star</u> (Meridian, Mississippi)

S:     <u>Sun Herald</u> (Biloxi, Mississippi)

Dated:  January 22, 2007

SKADDEN, ARPS, SLATE, MEAGHER          SMITH, HULSEY & BUSEY
& FLOM, LLP

By      */s/ D.J. Baker*_____          By      */s/ Cynthia C. Jackson*_____
        D.J. Baker                                      Stephen D. Busey
        Sally McDonald Henry                            James H. Post
        Rosalie Walker Gray                             Cynthia C. Jackson,
        Adam S. Ravin                                   Florida Bar Number 498882
Four Times Square                               225 Water Street, Suite 1800
New York, New York 10036                        Jacksonville, Florida  32202
(212) 735-3000                                  (904) 359-7700
(917) 777-2150 (facsimile)                      (904) 359-7708 (facsimile)
djbaker@skadden.com                             cjackson@smithhulsey.com

Co-Attorneys for Reorganized Debtors            Co-Attorneys for Reorganized Debtors

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA,
JACKSONVILLE DIVISION

In re:                          Case No. 05-03817-3F1
Winn-Dixie Stores, Inc., et al.,   Chapter 11
Reorganized Debtors.            Jointly Administered

NOTICE OF (A) ENTRY OF ORDER CONFIRMING
PLAN OF REORGANIZATION, (B) OCCURRENCE
OF EFFECTIVE DATE OF PLAN, AND (C) BAR DATES
FOR FILING CLAIMS ARISING BEFORE EFFECTIVE
DATE AND OTHER ADMINISTRATIVE CLAIMS

TO ALL PERSONS AND ENTITIES WITH CLAIMS
AGAINST AND INTERESTS IN ANY OF THE FOLLOW-
ING: Winn-Dixie Stores, Inc., Astor Products, Inc.,
Crackin' Good, Inc., Deep South Distributors, Inc., Deep
South Products, Inc., Dixie Darling Bakers, Inc., Dixie-
Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc.,
Dixie Stores, Inc., Economy Wholesale Distributors,
Inc., Foodway Stores, Inc., Kwik Chek Supermarkets,
Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Supe-
rior Food Company, Table Supply Food Stores Co., Inc.,
WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman,
Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery,
Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh,
Inc., and Winn-Dixie Supermarkets, Inc.

1.  On November 9, 2006, the United States Bank-
ruptcy Court for the Middle District of Florida, Jackson-
ville Division (the "Bankruptcy Court") entered its Order
Confirming Joint Plan of Reorganization of Winn-Dixie
Stores, Inc. and Affiliated Debtors (the "Confirmation
Order"). Unless otherwise defined herein, capitalized
terms used in this Notice shall have the meanings
ascribed to such terms in the Joint Plan of Reorganiza-
tion of Winn-Dixie Stores, Inc. and Affiliated Debtors
dated August 9, 2006, as modified by the First Modi-
fication to Joint Plan of Reorganization of Winn-Dixie
Stores, Inc. and Affiliated Debtors dated October 10,
2006 (together, the "Plan"). Copies of the Confirmation
Order and the Plan may be obtained by accessing http:/
/www.loganandco.com. The Plan became effective in
accordance with its terms on November 21, 2006 (the
"Effective Date"). All references in the Plan and the Con-
firmation Order to the Effective Date are to November
21, 2006.

2.  In accordance with Section 12.1 of the Plan, all
requests for payment of an Administrative Claim or any
Claim arising against the Debtors in the period between
February 21, 2005 and November 21, 2006, (other
than as set forth in Section 4.1(a), 12.1, 12.2, 12.3,
12.4, or 12.5 of the Plan) must be made by application
filed with the Bankruptcy Court and served on counsel
for the Reorganized Debtors and the Post-Effective
Date Committee no later than January 5, 2007, which
is the date forty-five (45) days after the Effective
Date. The filing of an application must be made via
the Bankruptcy Court's electronic filing procedures
(electronic filing is mandatory for all attorneys) or by
delivery of a hard copy to the Clerk of the Court, United
States Courthouse, 300 North Hogan St., Suite 3-350,
Jacksonville, Florida 32202. The service of an applica-
tion on counsel for the Reorganized Debtors must be
made by delivery of a copy upon James Post, Smith
Hulsey & Busey, 225 Water Street, Suite 1800, Jack-
sonville, Florida 32202, Fax: (904) 359-7708, E-mail:
jpost@smithhulsey.com; and service of an application
on counsel for the Post-Effective Date Committee must
be made by delivery of a copy upon Matthew Barr, Mil-
bank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan
Plaza, New York, New York 10005, Fax: (212) 822-
5194, E-mail: mbarr@milbank.com. In the event that
the Reorganized Debtors object to an application, the
Bankruptcy Court shall determine the Allowed amount
of such Administrative Claim. An Administrative Claim
or any Claim arising against the Debtors in the period
between February 21, 2005 and November 21, 2006
that is not asserted in an application filed and served
no later than January 5, 2007 (other than as set forth
in Section 4.1(a), 12.1, 12.2, 12.3, 12.4, or 12.5 of the
Plan) shall be forever barred and deemed waived and
relinquished in full, and the Reorganized Debtors shall
have no obligation to pay such Claim.

D. J. Baker
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square, New York, NY 10036

Stephen D. Busey
SMITH HULSEY & BUSEY
225 Water Street, Suite 1800, Jacksonville, FL 32202
Co-Counsel for Reorganized Debtors

# CERTIFICATION OF PUBLICATION

NOV 0 4 2006 ____20____

Arlene Moller

I, _____ , in my capacity as a Principal Clerk
of the Publisher of *The New York Times* a daily newspaper of general
circulation printed and published in the City, County and State of New
York, hereby certify that the advertisement annexed hereto was published
in the editions of *The New York Times* on the following date or dates,
to wit on

_____

NOV 0 4 2006 ____20____

Approved:

_Rich Ueland_

THIS CERTIFICATION
NOT VALID
WITHOUT NYT RAISED SEAL

**EXHIBIT B**

STATE OF TEXAS        )
                             )  ss:
CITY AND COUNTY OF DALLAS)

I, <u>Glenn Hellums Jr.</u>, being duly sworn, depose and say that I am the Advertising Clerk

of the Publisher of <u>THE WALL STREET JOURNAL</u> , a daily national newspaper

published and of general circulation in the City and County of New York, New York,

City of Naperville, DuPage County, Illinois, and in the city and County of Dallas, Texas

and that the attached Notice has been regularly published in <u>THE WALL STREET</u>

<u>JOURNAL</u> for national distribution for <u>one</u> insertion(s) on the following date(s): <u>12/4/06</u>

at the request of advertiser: <u>Winn Dixie Stores, Inc.</u> and that the foregoing statements are

true and correct to the best of my knowledge, information, and belief.

Sworn to before me this
_7th_ day of _December_ 20_06_

_____
Notary Public

◈ **BANKRUPTCIES** ◈

**UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION**

In re:
Winn-Dixie Stores, Inc., et al.,
Reorganized Debtors.

Case No. 05-03817-3F1
Chapter 11
Jointly Administered

**NOTICE OF (A) ENTRY OF ORDER CONFIRMING PLAN OF REORGANIZATION, (B) OCCURRENCE OF EFFECTIVE DATE OF PLAN, AND (C) BAR DATES FOR FILING CLAIMS ARISING BEFORE EFFECTIVE DATE AND OTHER ADMINISTRATIVE CLAIMS**

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST AND INTERESTS IN ANY OF THE FOLLOWING: Winn-Dixie Stores, Inc., Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

1.  On November 9, 2006, the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Bankruptcy Court") entered its Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Confirmation Order"). Unless otherwise defined herein, capitalized terms used in this Notice shall have the meanings ascribed to such terms in the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated August 9, 2006, as modified by the First Modification to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated October 10, 2006 (together, the "Plan"). Copies of the Confirmation Order and the Plan may be obtained by accessing http://www.loganandco.com. The Plan became effective in accordance with its terms on November 21, 2006 (the "Effective Date"). All references in the Plan and the Confirmation Order to the Effective Date are to November 21, 2006.

2.  In accordance with Section 12.1 of the Plan, all requests for payment of an Administrative Claim or any Claim arising against the Debtors in the period between February 21, 2005 and November 21, 2006, (other than as set forth in Section 4.1(a), 12.1, 12.2, 12.3, 12.4, or 12.5 of the Plan) must be made by application filed with the Bankruptcy Court and served on counsel for the Reorganized Debtors and the Post-Effective Date Committee no later than January 5, 2007, which is the date forty-five (45) days after the Effective Date. The filing of an application must be made via the Bankruptcy Court's electronic filing procedures (electronic filing is mandatory for all attorneys) or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202. The service of an application on counsel for the Reorganized Debtors must be made by delivery of a copy upon James Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, Fax: (904) 359-7708, E-mail: jpost@smithhulsey.com; and service of an application on counsel for the Post-Effective Date Committee must be made by delivery of a copy upon Matthew Barr, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Fax: (212) 822-5194, E-mail: mbarr@milbank.com. In the event that the Reorganized Debtors object to an application, the Bankruptcy Court shall determine the Allowed amount of such Administrative Claim. An Administrative Claim or any Claim arising against the Debtors in the period between February 21, 2005 and November 21, 2006 that is not asserted in an application filed and served no later than January 5, 2007 (other than as set forth in Section 4.1(a), 12.1, 12.2, 12.3, 12.4, or 12.5 of the Plan) shall be forever barred and deemed waived and relinquished in full, and the Reorganized Debtors shall have no obligation to pay such Claim.

D. J. Baker
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square, New York, NY 10036
Co-Counsel for Reorganized Debtors

Stephen D. Busey
SMITH HULSEY & BUSEY
225 Water St., Ste. 1800, Jacksonville, FL 32202
Co-Counsel for Reorganized Debtors

**EXHIBIT C**

**SUN-SENTINEL**

Published Daily

Fort Lauderdale, Broward County, Florida

Boca Raton, Palm Beach County, Florida

Miami, Miami-Dade County, Florida

STATE OF FLORIDA

COUNTY OF BROWARD/PALM BEACH/MIAMI-DADE

Before the undersigned authority personally appeared _James H. Croteau_ who on oath says that he/she *is* a duly authorized representative of the Classified Department of the Sun-Sentinel, daily newspaper published in Broward/Palm Beach/Miami-Dade County, Florida, the City newspaper published in Broward/Palm Beach/Miami-Dade County, Florida, that the attached copy of advertisement, being, a _Notice_ in the matter of _(A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan and (C) Bar Dates for Filing Claims Arising Before Effective Date and Other Administrative Claims_ paper in the issues of _November 04, 2006_ Affiant further says that the said Sun-Sentinel is a newspaper published in said Broward/Palm Beach/ Miami-Dade County, Florida, and that the said newspaper has heretofore been continuously published in said Broward/Palm Beach/Miami-Dade County, Florida, each day, and has entered as second class matter at the post office in Fort Lauderdale, in said Broward County, Florida, for a period of one year next preceding the first publication of the attached copy of advertisement; and affiant says that he/she has neither paid, nor promised, any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in said newspaper.

(Signature of Affiant)

Sworn to and subscribed before me on _December 4, 2006 A.D._

(Signature of Notary Public)

NOTARY PUBLIC STATE OF FLORIDA
Idella M. Johnson
Commission # DD326508
Expires June 6, 2008
Bonded Thru Atlantic Bonding Co., Inc.

(Name of Notary typed, printed or stamped) personally

Known ____ ✓ ____ or Produced Identification ____

333 S.W. 12th Avenue
Deerfield Beach, FL 33442
Fax-954-425-1518

**Sentinel** a TRIBUNE company

...s diversity and encourages those who share our vision in diversity
...ort a smoke-free, drug-free work environment. EOE

**ARS OR OLDER?**

to have fun?
g Opportunity for you!
and prizes, and more.
ling home delivery of the Sun-Sentinel.
led to and from work.

ave a work permit signed by parent(s)
-Friday and 5 hours on Saturday

0 to $150.00 + per week.
...om. Contact 954-385-7555.

enefits of diversity in the workplace.
...se background are encouraged to apply.

**Sentinel**

**n-Sentinel**



This Month

nt

Payment $700

ities $300

$200

Total $1,200

com

---

Part time H/R Administrator
needed. Call Duly Xtreme
Inc at (954) 960-4 nicely located in Pembroke Pines.
Call 954-962-0926
Fax 954-962-5054
www.starmulticare.com
EOE, DFWP

**career**builder
sun-sentinel.com/careerbuilder
SF13084332

**PHONE AGENTS**

**$10/HR + BONUS**
M-F 9-2:15 - Benefits
954-978-3905

**PHONE HELPERS** — Earn $10hr + bonus. While helping a good cause. Award winning co Sincere voices needed 9-2:30 M-F 954-768-2811

**PLANT TECH** — Exp. Maintain plants. Broward/Boynton. Own car. 954-370-7899.

---

**Employment Opportunities Wanted**

**ADULT AIDE** — CNA elderly. 18 yrs exp. 8 or 12 hrs days or nights. 954-839-5668

**ADULT AIDE** — Wknds/8-12 hrs. Drive, Exp/refs 305-542-2939 or 561-856-1713

**ADULT CARE/COMPANION** — F/T Live in Ft Laud Cooking, hskpg for elderly F. Refs & exp req. Fax 217-772-3634

**ADULT CARE GIVER** — Reasonable rate. 10 yrs Exp. Exc reff. live in/out - weekends. Will travel. 954-439-7443

**ADULT CAREGIVER** — W/warm heart, home/hospital care exp. White F local, ref, live in/out. Car. 954-782-0721

**CLEANING LADY** — Impeccable work, minimum 1 day/wk/8 hours 954-428-8683

**CNA/HHA** — Seek job with elderly, day/night, excellent references ♦ 954-600-7044

**COMPANION/AIDE** — Live in/Out Refs Night Or Day 954-478-4735 OR 954-297-6549

**COMPANION** — Help w/ errands, etc. Own car 5 yrs experience 954-892-1936

**ELDERLY/DISABLED CARE** — in my home or your home. Exp., car, exc refs call 954-722-8925 or 954-242-8656

**HHA** — Cert companion.Live in or out & wknds Exc refs Best rate. 954-986-7202, lv mnsg

**HHA CNA** — Jewish Lady, live in/out, exp. good refs, spk English, car. 954-726-0012

**HHA** — Nurse from Europe to take care of elderly live in, exc ref. 561-740-7356

**HHA** — Seeking job. Live in or out. Refs avail. Responsible. Reliable. Call 561-572-8982

**HOME HEALTH AIDE** — To care for elderly. Car, Refs, avail anytime. All areas. 954-496-6325 or 954-828-1493

**HOME HEALTH AIDE** — Hrly or live in ♦ care for elderly. Exp with refs. 954-548-1965

**MARKETING PRO** — Will write & produce brochures, web sites, press releases, news letters, TV spots, interactive CD's that sell! As needed! Call 561-251-0744.

**NURSES AIDE** — seeks elderly to care for in my home. 30+ yrs exp. reff. 954-485-1104

**RETIRED PSYCHOLOGIST** — Offers case mgmt svcs to srs in Nassau or Queens Cty, NY. Svcs incl medication monitoring, transpt needs, outings to pts of interest, companionship & respite care ♦ 516-484-8131

---

**Adult Employment**

NOTICE: All ads under 489 Adult Employment are scheduled for 7 days.

**COMPANION/ESCORT**

**JOIN US! ENROLL NOW!**
Solid 10 yrd Escort Friendly Agency. 100% verified regular clients. Drivers available. Make money without the hassle. 954-545-0555.

---

ceedings, and for such Purpose, to ensure that a verbatim record includes the testimony and evidence upon which the appeal is to be based.

In accordance with the Americans with Disability Act and Florida Statute 286.26, persons with disabilities needing special accommodation to participate in this proceeding should contact the City Clerk no later than three (3) days prior to the meeting at (954) 753-5040 for assistance.
Sandra Couzzo, CMC
City Clerk
December 4, 2006

Further information may be obtained from the Planning and Growth Management Department, City Hall, 150 NE 2nd Avenue, Deerfield Beach, Florida 33441 or by calling (954) 480-4206.

Any person requiring auxiliary aids and services at this meeting may contact the City Clerk's Office at (954) 480-4213 at least 24 hours prior to the meeting. If you are hearing or speech impaired, please contact the Florida Relay Service by using the following numbers: 1-800-955-8770 or 1-800-955-8771.
December 4, 2006

---

**CLASSIFICATION CONTINUES ON PAGE 10**

---

**UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION**

In re:                    Case No. 05-03817-3F1
Winn-Dixie Stores, Inc., et al.,   Chapter 11
Reorganized Debtors.      Jointly Administered

**NOTICE OF (I) ENTRY OF ORDER CONFIRMING PLAN OF REORGANIZATION, (II) OCCURRENCE OF EFFECTIVE DATE OF PLAN, AND (III) BAR DATES FOR FILING CLAIMS ARISING BEFORE EFFECTIVE DATE AND OTHER ADMINISTRATIVE CLAIMS**

**TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST AND INTERESTS IN ANY OF THE FOLLOWING:** Winn-Dixie Stores, Inc., Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

1. On November 9, 2006, the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Bankruptcy Court") entered the Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Confirmation Order"). Unless otherwise defined herein, capitalized terms used in this Notice shall have the meanings ascribed to such terms in the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated August 9, 2006, as modified by the First Modification to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated October 10, 2006 (together, the "Plan"). Copies of the Confirmation Order and the Plan may be obtained by accessing http://www.loganandco.com. The Plan became effective in accordance with its terms on November 21, 2006 (the "Effective Date"). All references in the Plan and the Confirmation Order to the Effective Date are to November 21, 2006.

2. In accordance with Section 12.1 of the Plan, all requests for payment of an Administrative Claim or any Claim arising against the Debtors in the period between February 21, 2005 and November 21, 2006, (other than as set forth in Section 4.1(a), 12.1, 12.2, 12.3, 12.4, or 12.5 of the Plan) must be made by application filed with the Bankruptcy Court and served on counsel for the Reorganized Debtors and the Post-Effective Date Committee no later than January 5, 2007, which is the date forty-five (45) days after the Effective Date. The filing of an application must be made via the Bankruptcy Court's electronic filing procedures (electronic filing is mandatory for all attorneys) or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202. The service of an application on counsel for the Reorganized Debtors must be made by delivery of a copy upon James Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, Fax (904) 359-7708, E-mail: jpost@smithhulsey.com; and service of an application on counsel for the Post-Effective Date Committee must be made by delivery of a copy upon Matthew Barr, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Fax: (212) 822-5194, E-mail: mbarr@milbank.com. In the event that the Reorganized Debtors object to an application, the Bankruptcy Court shall determine the Allowed amount of such Administrative Claim. An Administrative Claim or any Claim arising against the Debtors in the period between February 21, 2005 and November 21, 2006 that is not asserted in an application filed and served no later than January 5, 2007 (other than as set forth in Section 4.1(a), 12.1, 12.2, 12.3, 12.4, or 12.5 of the Plan) shall be forever barred and deemed waived and relinquished in full, and the Reorganized Debtors shall have no obligation to pay such Claim.

D. J. Baker
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square, New York, New York 10036

Stephen D. Busey
SMITH HULSEY & BUSEY
225 Water Street, Suite 1800, Jacksonville, Florida 32202

Co-Counsel for Reorganized Debtors

**EXHIBIT D**

THE FLORIDA TIMES-UNION
Jacksonville, FL
Affidavit of Publication

Florida Times-Union

Miller Advertising Agency, Inc
71 Fifth Ave
New York, NY 10003

REFERENCE: 0409425
          R140844

State of Florida
County of Duval

Before the undersigned authority personally appeared Sharon Walker who on oath says she is a Legal Advertising Representative of The Florida Times-Union, a daily newspaper published in Jacksonville in Duval County, Florida; that the attached copy of advertisement is a legal ad published in The Florida Times-Union. Affiant further says that The Florida Times-Union is a newspaper published in Jacksonville, in Duval County, Florida, and that the newspaper has heretofore been continuously published in Duval County, Florida each day, has been entered as second class mail matter at the post office in Jacksonville, in Duval County, Florida for a period of one year proceeding the first publication of the attached copy of advertisement; and affiant further says that he/she has neither paid nor promised any person, firm or corporation any discount, rebate, commission, or refund for the purpose of securing this advertisement for publication in said newspaper.

PUBLISHED ON:, 12/4

FILED ON: 12/4

---

**LEGAL NOTICE**

UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

In re:                                    Case No.05-03817-3F1
Winn-Dixie Stores, Inc., et al.,          Chapter 11
Reorganized Debtors.                      Jointly Administered

NOTICE OF (A) ENTRY OF ORDER CONFIRMING PLAN OF REORGANIZATION, (B) OCCURRENCE OF EFFECTIVE DATE OF PLAN, AND (C) BAR DATES FOR FILING CLAIMS ARISING BEFORE EFFECTIVE DATE AND OTHER ADMINISTRATIVE CLAIMS

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST AND INTERESTS IN ANY OF THE FOLLOWING:
Winn-Dixie Stores, Inc., Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

1.   On November 9, 2006, the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Bankruptcy Court") entered its Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Confirmation Order"). Unless otherwise defined herein, capitalized terms used in this Notice shall have the meanings ascribed to such terms in the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated August 9, 2006, as modified by the First Modification to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated October 10, 2006 (together, the "Plan"). Copies of the Confirmation Order and the Plan may be obtained by accessing http://www.loganandco.com. The Plan became effective in accordance with its terms on November 21, 2006 (the "Effective Date"). All references in the Plan and the Confirmation Order to the Effective Date are to November 21, 2006.

2.   In accordance with Section 12.1 of the Plan, all requests for payment of an Administrative Claim or any Claim arising against the Debtors in the period between February 21, 2005 and November 21, 2006 (other than as set forth in Section 4.1(a), 12.1, 12.2, 12.3, 12.4, or 12.5 of the Plan) must be made by application filed with the Bankruptcy Court and served on counsel for the Reorganized Debtors and the Post-Effective Date Committee no later than January 5, 2007, which is the date forty-five (45) days after the Effective Date. The filing of an application must be made via the Bankruptcy Court's electronic filing procedures (electronic filing is mandatory for all attorneys) or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202. The service of an application on counsel for the Reorganized Debtors must be made by delivery of a copy upon James Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, Fax: (904) 359-7708, E-mail: jpost@smithhulsey.com; and service of an application on counsel for the Post-Effective Date Committee must be made by delivery of a copy upon Matthew Barr, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Fax: (212) 822-5194, E-mail: mbarr@milbank.com. In the event that the Reorganized Debtors object to an application, the Bankruptcy Court shall determine the Allowed amount of such Administrative Claim. An Administrative Claim or any Claim arising against the Debtors in the period between February 21, 2005 and November 21, 2006 that is not asserted in an application filed and served no later than January 5, 2007 (other than as set forth in Section 4.1(a), 12.1, 12.2, 12.3, 12.4, or 12.5 of the Plan) shall be forever barred and deemed waived and relinquished in full, and the Reorganized Debtors shall have no obligation to pay such Claim.

D. J. Baker                               Stephen D. Busey
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP  SMITH HULSEY & BUSEY
Four Times Square, New York, New York 10036   225 Water Street, Suite 1800, Jacksonville, FL 32202
Co-Counsel for Reorganized Debtors        Co-Counsel for Reorganized Debtors

---

Name:  Sharon Walker  Title:  Legal Advertising Representative
In testimony whereof, I have hereunto set my hand and affixed my official Seal, the day and year aforesaid.

NOTARY:

TWILLA SHIPP
MY COMMISSION # DD536453
EXPIRES: May 13, 2010
Fl. Notary Discount Assoc. Co.

**EXHIBIT E**

# Orlando Sentinel

## c o m m u n i c a t i o n s

633 North Orange Avenue • Orlando, Florida 32801

*Shirley Gibbons, General Advertising Sales Representative*
Ph. (407) 420-5332 • Fax (407) 418-4120
Sgibbons@orlandosentinel.com

December 5, 2006

Adam B. Levin
2520 N. Sheffield Avenue, Suite T
Chicago, IL   60614

Dear Mr. Levin:

This letter will serve as confirmation that the following advertisement published in
The Orlando Sentinel:

| Date | Size | Section | Caption |
|------|------|---------|---------|
| December 4, 2006 | 2 col x 4.5" | ROP | Legal Notice |

Please accept this letter as proof of publication only.   A tearsheet from the
publication date is enclosed.

Sincerely,

Shirley Gibbons
Sales Representative
General Advertising

The foregoing instrument was acknowledged before me this 6th day of
December 2006, by Shirley Gibbons, who is personally known to me.

Notary

STATE OF FLORIDA
COUNTY OF ORANGE



JULIE D. CLARK
MY COMMISSION # DD 256673
EXPIRES: November 25, 2007
Bonded Thru Notary Public Underwriters

# earn 10%

Diversify your portfolio with a safe & secured investment in residential first mortgages.

### Investors

800-895-5440 • investorsmortgage.com

---

**CALL a lease consultant TODAY!**
407-896-8888 M-F 10am-5pm *or*
407-276-5158 after 5pm and weekends
888-517-8882 recorded information
www.providencerp.com



**PROVIDENCE**
REALTY & PROPERTIES

Over 20 executive homes in the best locations in and around Orlando
• Owner Financing • Lease to Own •
• Easy Qualifying • Negotiable Down Payments •

Help us help you make your *dream home*
your *current home.*

---



# MURPHY BEDS

### Systems & Styles For Every Home

**more SPACE place™**

*America's Murphy Bed Store.*

SR 436 Altamonte Springs (407) 339-5077
9225 South OBT (407) 850-9295
www.MurphyBedsOrlando.com

## LEGAL NOTICE

UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA,
JACKSONVILLE DIVISION

In re:
Winn-Dixie Stores, Inc., et al.,
Reorganized Debtors.

Case No. 05-03817-3F1
Chapter 11
Jointly Administered

NOTICE OF (A) ENTRY OF ORDER CONFIRMING PLAN OF REORGANIZATION, (B) OCCURRENCE OF EFFECTIVE DATE OF PLAN, AND (C) BAR DATES FOR FILING CLAIMS ARISING BEFORE EFFECTIVE DATE AND OTHER ADMINISTRATIVE CLAIMS

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST AND INTERESTS IN ANY OF THE FOLLOWING: Winn-Dixie Stores, Inc., Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

1. On November 9, 2006, the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Bankruptcy Court") entered its Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Confirmation Order"). Unless otherwise defined herein, capitalized terms used in this Notice shall have the meanings ascribed to such terms in the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated August 9, 2006, as modified by the First Modification to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated October 10, 2006 (together, the "Plan"). Copies of the Confirmation Order and the Plan may be obtained by accessing http://www.loganandco.com. The Plan became effective in accordance with its terms on November 21, 2006 (the "Effective Date"). All references in the Plan and the Confirmation Order to the Effective Date are to November 21, 2006.

2. In accordance with Section 12.1 of the Plan, all requests for payment of an Administrative Claim or any Claim arising against the Debtors in the period between February 21, 2005 and November 21, 2006 (other than as set forth in Section 4.1(a), 12.1, 12.2, 12.3, 12.4, or 12.5 of the Plan) must be made by application filed with the Bankruptcy Court and served on counsel for the Reorganized Debtors and the Post-Effective Date Committee no later than January 5, 2007, which is the date forty-five (45) days after the Effective Date. The filing of an application must be made via the Bankruptcy Court's electronic filing procedures (electronic filing is mandatory for all attorneys) or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202. The service of an application on counsel for the Reorganized Debtors must be made by delivery of a copy upon James Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, Fax: (904) 359-7708, E-mail: jpost@smithhulsey.com; and service of an application on counsel for the Post-Effective Date Committee must be made by delivery of a copy upon Matthew Barr, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Fax: (212) 822-5194, E-mail: mbarr@milbank.com. In the event that the Reorganized Debtors object to an application, the Bankruptcy Court shall determine the Allowed amount of such Administrative Claim. An Administrative Claim or any Claim arising against the Debtors in the period between February 21, 2005 and November 21, 2006 that is not asserted in an application filed and served no later than January 5, 2007 (other than as set forth in Section 4.1(a), 12.1, 12.2, 12.3, 12.4, or 12.5 of the Plan) shall be forever barred and deemed waived and relinquished in full, and the Reorganized Debtors shall have no obligation to pay such Claim.

D. J. Baker
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square, New York, NY 10036
Co-Counsel for Reorganized Debtors

Stephen D. Busey
SMITH HULSEY & BUSEY
225 Water Street, Suite 1800, Jacksonville, FL 32202
Co-Counsel for Reorganized Debtors

| Company, ticker, market | | Last week's close | Last week High | Last week Low | Weekly change | % | 52 week High | 52 week Low | Last Traded (000) |
|---|---|---|---|---|---|---|---|---|---|
| AMR Corp | AMR | N | 31.80 | 33.91 | 31.00 | -2.30 | -6.7 | 34.40 | 16.74 | 38,237 |
| AT&T Inc | T | N | 34.00 | 34.20 | 32.56 | +1.33 | +4.1 | 34.20 | 24.24 | 132,307 |
| Action Products | APII | O | 1.04 | 1.67 | 1.52 | -.05 | -3.0 | 3.05 | 1.35 | 17 |
| Advance Auto Parts | AAP | N | 35.29 | 37.88 | 34.14 | -2.78 | -7.3 | 45.50 | 27.65 | 11,125 |
| AirTran Holdings | AAI | N | 12.53 | 13.34 | 12.32 | -.81 | -6.1 | 16.80 | 9.50 | 16,600 |
| Anheuser Busch | BUD | N | 47.63 | 48.03 | 46.05 | +1.35 | +2.9 | 49.98 | 40.17 | 19,247 |
| AutoNation Inc | AN | N | 20.55 | 20.73 | 20.25 | -.08 | -.4 | 22.94 | 18.95 | 6,885 |
| AvisBudget Group | CAR | N | 21.35 | 21.47 | 19.93 | +.64 | +3.1 | 25.50 | 11.30 | 5,905 |
| Baimco | BZ | N | 12.25 | 12.34 | 12.20 | NA | NA | 13.70 | .12 | 12 |
| Bank of America | BAC | N | 53.50 | 54.69 | 53.01 | -.50 | -.9 | 55.08 | 42.75 | 59,525 |
| Bank of NY | BK | N | 35.81 | 35.13 | 35.13 | -.32 | -.9 | 38.00 | 30.81 | 16,112 |
| BellSouth | BLS | N | 44.60 | 44.84 | 41.70 | +1.91 | +4.5 | 45.99 | 26.42 | 55,460 |
| Best Buy Co | BBY | N | 53.70 | 56.69 | 53.00 | -1.38 | -2.5 | 59.50 | 42.75 | 29,306 |
| Blockbuster Inc | BBI | N | 5.23 | 5.49 | 5.15 | -.17 | -3.1 | 5.49 | 3.30 | 17,979 |
| Boeing Co | BA | N | 89.55 | 90.05 | 86.86 | -.22 | -.2 | 92.05 | 65.90 | 24,692 |
| Brown & Brown | BRO | N | 28.98 | 29.35 | 28.59 | -.29 | -1.0 | 35.25 | 27.06 | 1,840 |
| Brunswick Corp | BC | N | 31.65 | 32.58 | 31.25 | -1.10 | -3.4 | 43.39 | 27.08 | 3,442 |
| Burger King Hldgs | BKC | N | 18.41 | 18.62 | 17.50 | +.61 | +3.4 | 18.99 | 13.80 | 1,844 |
| CVS Corp | CVS | N | 28.67 | 28.38 | 27.00 | +.70 | +2.5 | 36.14 | 28.06 | 89,431 |
| Circuit City Strs | CC | N | 24.95 | 25.35 | 23.92 | +.70 | +2.8 | 31.54 | 20.21 | 25,645 |
| Clear Channel | CCU | N | 35.37 | 35.45 | 35.15 | +.09 | +.3 | 35.88 | 27.17 | 31,245 |
| CocaCola | KO | N | 46.57 | 47.01 | 46.02 | -.04 | -.1 | 47.50 | 39.36 | 42,066 |
| Colonial Bcorp | CNB | N | 24.62 | 24.92 | 24.49 | +.45 | +1.8 | 27.27 | 23.38 | 3,294 |
| Cons Tomoka | CTO | A | 70.74 | 72.00 | 68.00 | +1.49 | +2.7 | 72.59 | 52.00 | 69 |
| ContlAir B | CAL | N | 40.29 | 45.25 | 39.58 | -5.09 | -11.2 | 45.41 | 15.43 | 25,412 |
| Converys Corp | CVG | N | 23.97 | 24.54 | 23.55 | -.57 | -2.3 | 24.93 | 15.43 | 5,555 |
| Darden Rest | DRI | N | 40.36 | 40.64 | 39.60 | -.19 | -.5 | 44.43 | 33.61 | 5,024 |
| Dillards Inc | DDS | N | 35.70 | 36.05 | 34.46 | -.13 | -.4 | 36.47 | 20.38 | 8,546 |
| Disney | DIS | N | 33.09 | 33.24 | 34.40 | +.18 | +.5 | 33.85 | 23.70 | 46,486 |
| Electronic Arts | ERTS | O | 55.23 | 58.54 | 54.40 | -3.19 | -.5.5 | 59.85 | 39.99 | 18,105 |
| Embarq Corp | EQ | N | 51.03 | 51.79 | 50.05 | +.44 | +.9 | 52.40 | 38.71 | 5,016 |
| Empire Fncl Hldg | EFH | A | 3.55 | 3.59 | 3.36 | +.13 | +3.8 | 5.60 | 2.90 | 75 |
| Express Scripts | ESRX | O | 68.46 | 69.00 | 66.48 | +1.47 | +2.2 | 96.39 | 58.79 | 9,991 |
| FPL Group | FPL | N | 53.16 | 53.93 | 52.07 | +.35 | +.7 | 53.46 | 37.81 | 11,161 |
| Faro Technologies | FARO | O | 21.97 | 22.32 | 21.18 | -.28 | -1.3 | 23.00 | 11.70 | 508 |
| FedEx Corp | FDX | N | 114.67 | 118.04 | 113.47 | -2.49 | -2.1 | 120.01 | 95.79 | 7,790 |
| Federal Trust Corp | FDT | N | 10.00 | 10.27 | 10.00 | -.24 | -2.3 | 12.45 | 9.71 | 98 |
| Federated DS | FD | N | 41.82 | 43.70 | 40.22 | -2.51 | -5.8 | 45.01 | 31.76 | 57,963 |
| Fiserv | FISV | O | 50.91 | 51.90 | 50.26 | -1.14 | -2.2 | 53.00 | 40.05 | 5,486 |
| Gannett Co | GCI | N | 60.08 | 61.50 | 59.33 | -.16 | +.3 | 63.00 | 54.56 | 13,408 |
| Gaylord Entertain | GET | N | 48.52 | 48.70 | 47.68 | -1.23 | -2.5 | 50.96 | 36.83 | 903 |
| Gen Electric | GE | N | 36.29 | 36.75 | 34.90 | -.41 | -1.1 | 36.48 | 31.61 | 115,307 |
| Goldfield | GV | A | 1.03 | 1.03 | 1.00 | +.02 | +2.0 | 2.94 | .60 | 634 |
| Harris Corp | HRS | N | 45.44 | 44.03 | 41.95 | -.44 | -.9 | 48.99 | 38.24 | 3,638 |
| HealthExtras | HLEX | O | 25.54 | 26.49 | 24.54 | +.44 | +1.8 | 30.23 | 19.01 | 6,143 |
| Hilton Hotels | HLT | N | 32.69 | 33.43 | 31.66 | -1.07 | -3.2 | 34.05 | 21.84 | 17,688 |
| Home Depot | HD | N | 38.97 | 39.96 | 38.40 | +1.48 | +3.9 | 43.95 | 32.85 | 100,060 |
| Intl Asset Hold | IAAC | O | 35.75 | 36.98 | 31.70 | +.35 | +1.0 | 38.44 | 8.18 | 1,948 |
| Intl Game Tech | IGT | N | 45.63 | 47.48 | 44.79 | -2.10 | -2.2 | 49.74 | 29.55 | 11,240 |
| Intl Speedway | ISCA | O | 51.96 | 52.98 | 51.24 | -1.07 | -2.0 | 55.00 | 43.48 | 842 |
| Intersil Corp | ISIL | O | 24.44 | 25.23 | 23.99 | -.64 | -2.6 | 30.99 | 20.26 | 9,885 |
| Interstate Hotels | IHR | N | 7.94 | 8.26 | 7.75 | -.20 | -2.5 | 11.49 | 3.94 | 2,352 |
| JPMorgan Chase & Co | JPM | N | 48.01 | 47.28 | 45.51 | -1.26 | -2.7 | 49.57 | 37.88 | 61,411 |
| Jacobs Eng | JEC | N | 83.76 | 84.76 | 80.69 | +.76 | +.9 | 93.27 | 60.39 | 4,920 |
| JetBlue Airways Cp | JBLU | O | 13.38 | 14.75 | 13.30 | -1.33 | -9.0 | 16.85 | 9.83 | 20,250 |
| Lennar Corp A | LEN | N | 52.52 | 53.05 | 49.40 | +1.65 | +3.2 | 66.44 | 38.66 | 13,163 |
| LightPath Tech | LPTH | O | 5.18 | 5.70 | 5.10 | -.20 | -3.7 | 7.87 | 1.60 | 169 |
| Lockheed Martin | LMT | N | 90.35 | 91.14 | 89.22 | +1.57 | +1.5 | 93.45 | 60.06 | 8,301 |
| Lowes Corp | LTR | N | 40.30 | 40.37 | 39.55 | +.31 | +.8 | 40.35 | 30.42 | 6,235 |
| Lowes Cos | LOW | N | 31.19 | 31.43 | 29.75 | +.69 | +3.0 | 34.85 | 26.15 | 15,756 |
| Marriott Intl A | MAR | N | 45.21 | 45.80 | 44.24 | -1.24 | -2.7 | 46.87 | 31.65 | 13,660 |
| McDonalds Corp | MCD | N | 42.08 | 42.98 | 40.79 | +.20 | +.5 | 44.50 | 31.73 | 31,900 |
| Natl Retail Prop | NNN | N | 23.58 | 23.95 | 22.90 | +.19 | +.8 | 24.65 | 18.16 | 2,918 |
| Northrop Grumman | NOC | N | 67.22 | 67.83 | 64.83 | +1.17 | +1.8 | 71.37 | 56.62 | 8,120 |
| Oracle Corp | ORCL | O | 18.81 | 19.55 | 18.63 | -.79 | -4.0 | 19.75 | 11.96 | 163,546 |
| Papa Holdings | JPZ | N | 1.01 | 1.05 | 1.00 | -.02 | -1.9 | 2.59 | 51.80 | 1,401 |
| Penney JC Co | JCP | N | 78.33 | 81.60 | 75.88 | -4.48 | -5.5 | 86.99 | 54.18 | 18,250 |
| PepsiCo | PEP | N | 61.96 | 62.52 | 61.21 | -.38 | -.6 | 65.99 | 56.00 | 25,175 |
| Progress Energy | PGN | N | 47.94 | 48.50 | 46.92 | +.20 | +.4 | 48.50 | 40.27 | 5,523 |
| Reed Elsevier PLC | RUK | N | 44.33 | 45.51 | 44.27 | +1.07 | +2.5 | 46.21 | 35.73 | 99 |
| Roiach Healthcare | ROHI | O | 1.60 | 1.67 | 1.45 | +.14 | +9.6 | 17.49 | .74 | 580 |
| Ruths Chris Steak | RUTH | O | 19.42 | 19.96 | 18.68 | -.42 | -2.1 | 24.61 | 16.90 | 2,043 |
| St Paul Travelers | STA | N | 51.25 | 52.25 | 50.90 | +.19 | +.4 | 54.85 | 39.25 | 18,750 |
| Saks Inc | SKS | N | 18.88 | 19.36 | 14.90 | +.53 | +2.9 | 20.79 | 15.22 | 14,609 |
| Schwab Corp | SCHW | O | 18.02 | 19.02 | 17.78 | -.97 | -5.1 | 19.36 | 13.64 | 33,333 |
| Sears Holdings Corp | SHLD | O | 170.13 | 177.19 | 168.17 | -6.32 | -3.6 | 182.38 | 113.92 | 9,594 |
| Siemens AG | SI | N | 94.81 | 96.51 | 94.12 | -2.73 | -2.8 | 99.53 | 75.55 | 1,761 |
| Smart & Final | SMF | N | 15.45 | 16.31 | 15.40 | -.80 | -4.9 | 16.39 | 10.78 | 1,908 |
| Starbucks Corp | SBUX | O | 35.20 | 36.31 | 34.98 | -1.11 | -3.0 | 40.01 | 28.72 | 34,957 |
| Starwood Hotels | HOT | N | 63.82 | 65.30 | 62.30 | -1.56 | -2.4 | 68.00 | 49.98 | 8,691 |
| Steak n Shake | SNS | N | 17.03 | 17.46 | 16.74 | -.30 | -1.7 | 21.10 | 13.25 | 480 |
| Stewart Ent A | STEI | N | 8.31 | 8.47 | 8.14 | -.19 | -2.9 | 8.68 | 6.46 | 4,778 |
| Suntrust Bks | STI | N | 82.00 | 83.07 | 81.10 | -.44 | -.5 | 85.31 | 69.68 | 6,834 |
| Super Vision Intl | SUPVA | O | 4.20 | 4.63 | 4.20 | -.30 | -6.6 | 6.20 | 3.30 | 20 |
| Symantec Corp | SYMC | O | 20.64 | 21.42 | 20.33 | -.29 | -1.4 | 22.19 | 14.78 | 63,631 |
| Sysco Corp | SYY | N | 35.78 | 36.46 | 34.85 | +.24 | +.7 | 36.46 | 26.50 | 13,884 |
| Target Corp | TGT | N | 58.73 | 58.65 | 56.40 | -.41 | -.7 | 60.34 | 44.70 | 24,524 |
| Tribune Co | TRB | N | 31.81 | 32.22 | 31.48 | -.01 | NA | 34.28 | 27.09 | 22,863 |
| Triquint Semi | TQNT | O | 4.52 | 4.57 | 4.40 | -.11 | -2.4 | 5.62 | 3.70 | 11,686 |
| Trustreet Prop | TSY | N | 16.82 | 16.85 | 16.75 | +.14 | +.8 | 17.25 | 11.00 | 8,653 |
| Tupperware Brands | TUP | N | 22.11 | 21.44 | 20.61 | +.21 | +1.0 | 23.83 | 16.34 | 8,040 |
| Tyco Intl Ltd | TYC | N | 30.19 | 30.50 | 29.69 | +.04 | +.1 | 33.77 | 24.80 | 40,940 |
| UPS class B | UPS | N | 77.31 | 79.50 | 76.66 | -1.53 | -1.9 | 83.99 | 65.50 | 15,613 |
| Wachovia Corp | WB | N | 54.10 | 54.58 | 53.29 | -.34 | -.6 | 58.80 | 49.25 | 24,117 |
| WalMart Strs | WMT | N | 45.87 | 47.69 | 45.42 | -2.03 | -4.2 | 52.15 | 42.31 | 96,678 |
| Wachovia Corp | WAG | N | 40.27 | 41.31 | 39.91 | -.30 | -1.0 | 51.60 | 39.55 | 36,427 |
| Wash Mut Inc | WM | N | 44.00 | 44.00 | 42.73 | +.02 | +2.4 | 47.01 | 40.56 | 30,453 |
| Waste Services | WSII | O | 9.73 | 9.96 | 9.50 | +.02 | +.2 | 11.00 | 7.98 | 282 |
| Yum! Brands Inc | YUM | N | 60.95 | 63.11 | 60.01 | -.18 | -.3 | 63.68 | 44.21 | 6,468 |

Market N - New York Stock Exchange, A - American Stock Exchange, O - Nasdaq

**EXHIBIT F**



**Miami Herald**
MiamiHerald.com

PUBLISHED DAILY
MIAMI-DADE-FLORIDA

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

Before the undersigned authority personally appeared:

**ORFINDO MORENO**

who on oath says that he/she is

**CUSTODIAN OF RECORDS**

of The Miami Herald, a daily newspaper published at Miami in Miami-Dade County, Florida; that the attached copy of advertisement was published in said newspaper in the issues of:

December 4, 2006

Affiant further says that the said The Miami Herald is a newspaper published at Miami, in the said Miami-Dade County, Florida and that the said newspaper has heretofore been continuously published in said Miami-Dade County, Florida each day and has been entered as second class mail matter at the post office in Miami, in said Miami-Dade County, Florida, for a period of one year next preceding the first publication of the attached copy of advertisement; and affiant further says that he has neither paid nor promised any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in the said newspapers(s).

Sworn to and subscribed before me this
4th day of December 2006

My Commission
Expires: _____August 1, 2010_____
Silvia Sendra
Notary



SILVIA SENDRA
MY COMMISSION # DD550863
EXPIRES: Aug. 1, 2010
(407) 398-0153   Florida Notary Service.com

UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE
DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

In re:                           Case No. 05-03817-3F1
Winn-Dixie Stores, Inc., et al.,   Chapter 11
Reorganized Debtors.             Jointly Administered

NOTICE OF (A) ENTRY OF ORDER CONFIRMING PLAN
OF REORGANIZATION, (B) OCCURRENCE OF EFFECTIVE
DATE OF PLAN, AND (C) BAR DATES FOR FILING
CLAIMS ARISING BEFORE EFFECTIVE DATE AND
OTHER ADMINISTRATIVE CLAIMS

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST
AND INTERESTS IN ANY OF THE FOLLOWING Winn-Dixie
Stores, Inc., Astor Products, Inc., Crackin' Good, Inc., Deep
South Distributors, Inc., Deep South Products, Inc., Dixie
Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers,
Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale
Distributors, Inc., Foodway Stores, Inc., Kwik Chek Super-
markets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc.,
Superior Food Company, Table Supply Food Stores Co., Inc.,
WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc.,
Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-
Dixie Procurement, Inc., Winn Dixie Raleigh, Inc., and Winn-
Dixie Supermarkets, Inc.

1.   On November 9, 2006, the United States Bankruptcy
Court for the Middle District of Florida, Jacksonville Division
(the "Bankruptcy Court") entered its Order Confirming Joint
Plan of Reorganization of Winn Dixie Stores, Inc. and Affili-
ated Debtors (the "Confirmation Order"). Unless otherwise
defined herein, capitalized terms used in this Notice shall
have the meanings ascribed to such terms in the Joint Plan
of Reorganization of Winn-Dixie Stores, Inc. and Affiliated
Debtors dated August 9, 2006, as modified by the First Modi-
fication to Joint Plan of Reorganization of Winn-Dixie Stores,
Inc. and Affiliated Debtors dated October 10, 2006 (together,
the "Plan"). Copies of the Confirmation Order and the Plan
may be obtained by accessing http://www.loganandco.com.
The Plan became effective in accordance with its terms on
November 21, 2006 (the "Effective Date"). All references in
the Plan and the Confirmation Order to the Effective Date are
to November 21, 2006.

2.   In accordance with Section 12.1 of the Plan, all
requests for payment of an Administrative Claim or any Claim
arising against the Debtors in the period between February
21, 2006 and November 21, 2006, (other than as set forth
in Section 4.1(e), 12.1, 12.2, 12.3, 12.4, or 12.5 of the Plan)
must be made by application filed with the Bankruptcy Court
and served on counsel for the Reorganized Debtors and
the Post-Effective Date Committee no later than January 5,
2007, which is the date forty five (45) days after the Effec-
tive Date. The filing of an application must be made via the
Bankruptcy Court's electronic filing procedures (electronic
filing is mandatory for all attorneys) or by delivery of a hard
copy to the Clerk of the Court, United States Courthouse, 300
North Hogan St., Suite 3-350, Jacksonville, Florida 32202.
The service of an application on counsel for the Reorganized
Debtors must be made by delivery of a copy upon James
Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800,
Jacksonville, Florida 32202, Fax: (904) 359-7708, E-mail:
jpost@smithhulsey.com; and service of an application on
counsel for the Post-Effective Date Committee must be
made by delivery of a copy upon Matthew Barr, Milbank,
Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza,
New York, New York 10005, Fax: (212) 822-5194, E-mail:
mbarr@milbank.com. In the event that the Reorganized Debt-
ors object to an application, the Bankruptcy Court shall deter-
mine the Allowed amount of such Administrative Claim. An
Administrative Claim or any Claim arising against the Debtors
in the period between February 21, 2006 and November 21,
2006 that is not asserted in an application filed and served
no later than January 5, 2007 (other than as set forth in Sec-
tion 4.1(e), 12.1, 12.2, 12.3, 12.4, or 12.5 of the Plan) shall
be forever barred and deemed waived and relinquished in
full, and the Reorganized Debtors shall have no obligation to
pay such Claim.

D.J. Baker
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square, New York, New York 10036

Stephen D. Busey
SMITH HULSEY & BUSEY
225 Water Street, Suite 1800, Jacksonville, Florida 32202

Co-Counsel for Reorganized Debtors

**EXHIBIT G**

# THE PALM BEACH POST
### Published Daily and Sunday
### West Palm Beach, Palm Beach County, Florida

## PROOF OF PUBLICATION

STATE OF FLORIDA
COUNTY OF PALM BEACH

Before the undersigned authority personally appeared **Marc Kramer**, who on oath says that he is **Inside Sales Supervisor** of The Palm Beach Post, a daily and Sunday newspaper, published at West Palm Beach in Palm Beach County, Florida; that the attached copy of advertising for a **Notice** in the matter of **IO #NB280110** was published in said newspaper in the issues of **December 4, 2006**. Affiant further says that the said The Post is a newspaper published at West Palm Beach, in said Palm Beach County, Florida, and that the said newspaper has heretofore been continuously published in said Palm Beach County, Florida, daily and Sunday and has been entered as second class mail matter at the post office in West Palm Beach, in said Palm Beach County, Florida, for a period of one year next preceding the first publication of the attached copy of advertisement; and affiant further says that she/he has neither paid nor promised any person, firm or corporation any discount rebate, commission or refund for the purpose of securing this advertisement for publication in the said newspaper.

Sworn to and subscribed before 4th day of December A.D. 2006

Personally known **XX** or Produced Identification_____
Type of Identification Produced_____



NOTARY PUBLIC-STATE OF FLORIDA
Kristen J. Maxfield
Commission # DD528685
Expires: MAR. 14, 2010
Bonded Thru Atlantic Bonding Co., Inc.

## NOTICE

FOR THE MIDDLE DISTRICT OF FLORIDA,
ILLE DIVISION

Case No. 05-03817-3F1
Chapter 11
Jointly Administered

NFIRMING PLAN OF REORGANIZATION,
'LAN, AND (6) BAR DATES FOR FILING CLAIMS
AND OTHER ADMINISTRATIVE CLAIMS

GAINST AND INTERESTS IN ANY OF THE FOLLOWING:
' Good, Inc., Deep South Distributors, Inc., Deep South
e Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie
, Foodway Stores, Inc., Kwik Chek Supermarkets, Inc.,
rior Food Company, Table Supply Food Stores Co., Inc.,
man, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Mont-
xie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

> Bankruptcy Court for the Middle District of Florida,
red its Order Confirming Joint Plan of Reorganization of
'Confirmation Order"). Unless otherwise defined herein,
e meanings ascribed to such terms in the Joint Plan of
ated Debtors dated August 9, 2006, as modified by the
of Winn-Dixie Stores, Inc. and Affiliated Debtors dated
he Confirmation Order and the Plan may be obtained by
ecame effective in accordance with its terms on Novem-
in the Plan and the Confirmation Order to the Effective

), all requests for payment of an Administrative Claim or
l between February 21, 2005 and November 21, 2006,
2.2, 12.3, 12.4, or 12.5 of the Plan) must be made by
erved on counsel for the Reorganized Debtors and the
y 5, 2007, which is the date forty-five (45) days after the
made via the Bankruptcy Court's electronic filing proce-
rs) or by delivery of a hard copy to the Clerk of the Court,
Suite 3-350, Jacksonville, Florida 32202. The service of
ebtors must be made by delivery of a copy upon James
uite 1800, Jacksonville, Florida 32202, Fax: (904) 359-
of an application on counsel for the Post-Effective Date
on Matthew Barr, Milbank, Tweed, Hadley & McCloy LLP,
005, Fax: (212) 822-5194, E-mail: mbarr@milbank.com.
to an application, the Bankruptcy Court shall determine
An Administrative Claim or any Claim arising against the
and November 21, 2006 that is not asserted in an appli-
07 (other than as set forth in Section 4.1(a), 12.1, 12.2,
red and deemed waived and relinquished in full, and the
y such Claim.

Stephen D. Busey
SMITH HULSEY & BUSEY
225 Water Street, Suite 1800, Jacksonville, FL 32202
Co-Counsel for Reorganized Debtors

**EXHIBIT H**

# The Tampa Tribune

## Published Daily

## Tampa, Hillsborough County, Florida

State of Florida        }
County of Hillsborough } SS.

Before the undersigned authority personally appeared C. Pugh , who on oath says that she is the Advertising Billing Supervisor of The Tampa Tribune, a daily newspaper published at Tampa in Hillsborough County, Florida; that the attached copy of the

Legal Ads   IN THE   Tampa Tribune

In the matter of                    Legal Notices

was published in said newspaper in the issues of

12/04/2006

Affiant further says that the said The Tampa Tribune is a newspaper published at Tampa in said Hillsborough County, Florida, and that the said newspaper has heretofore been continuously published in said Hillsborough County, Florida, each day and has been entered as second class mail matter at the post office in Tampa, in said Hillsborough County, Florida for a period of one year next preceding the first publication of the attached copy of advertisement; and affiant further says that she has neither paid nor promised any person, this advertisement for publication in the said newspaper.

Sworn to and subscribed by me, this 4 day
of December, A.D. 2006

Personally Known ⁄ or Produced Identification ___
Type of Identification Produced _____



**Legal Notices**

UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE
DISTRICT OF FLORIDA, JACKSONVILLE DIVISION
In re:                                    Case No. 05-03817-3F1
Winn-Dixie Stores, Inc., et al.,          Chapter 11
Reorganized Debtors.                      Jointly Administered

NOTICE OF (A) ENTRY OF ORDER CONFIRMING PLAN
OF REORGANIZATION, (B) OCCURRENCE OF EFFECTIVE
DATE OF PLAN, AND (C) BAR DATES FOR FILING
CLAIMS ARISING BEFORE EFFECTIVE DATE AND
OTHER ADMINISTRATIVE CLAIMS
TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST
AND INTERESTS IN ANY OF THE FOLLOWING: Winn-Dixie
Stores, Inc., Astor Products, Inc., Crackin' Good, Inc., Deep
South Distributors, Inc., Deep South Products, Inc., Dixie
Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers,
Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale
Distributors, Inc., Foodway Stores, Inc., Kwik Chek Super-
markets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc.,
Superior Food Company, Table Supply Food Stores Co., Inc.,
WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc.,
Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-
Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-
Dixie Supermarkets, Inc.
   1.   On November 9, 2006, the United States Bankruptcy
Court for the Middle District of Florida, Jacksonville Division
(the "Bankruptcy Court") entered its Order Confirming Joint
Plan of Reorganization of Winn-Dixie Stores, Inc. and Affili-
ated Debtors (the "Confirmation Order"). Unless otherwise
defined herein, capitalized terms used in this Notice shall
have the meanings ascribed to such terms in the Joint Plan
of Reorganization of Winn-Dixie Stores, Inc. and Affiliated
Debtors dated August 9, 2006, as modified by the First Modi-
fication to Joint Plan of Reorganization of Winn-Dixie Stores,
Inc. and Affiliated Debtors dated October 10, 2006 (together,
the "Plan"). Copies of the Confirmation Order and the Plan
may be obtained by accessing http://www.loganandco.com.
The Plan became effective in accordance with its terms on
November 21, 2006 (the "Effective Date"). All references to

requests for payment of an Administrative Claim or any Claim arising against the Debtors in the period between February 21, 2005 and November 21, 2006 (other than as set forth in Section 4.1(a), 12.1, 12.2, 12.3, 12.4, or 12.5 of the Plan) must be made by application filed with the Bankruptcy Court and served on counsel for the Reorganized Debtors and the Post-Effective Date Committee no later than January 5, 2007, which is the date forty-five (45) days after the Effective Date. The filing of an application must be made via the Bankruptcy Court's electronic filing procedures (electronic filing is mandatory for all attorneys) or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202. The service of an application on counsel for the Reorganized Debtors must be made by delivery of a copy upon James Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, Fax: (904) 359-7708, E-mail: jpost@smithhulsey.com; and service of an application on counsel for the Post-Effective Date Committee must be made by delivery of a copy upon Matthew Barr, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Fax: (212) 822-5194, E-mail: mbarr@milbank.com. In the event that the Reorganized Debtors object to an application, the Bankruptcy Court shall determine the Allowed amount of such Administrative Claim. An Administrative Claim or any Claim arising against the Debtors in the period between February 21, 2005 and November 21, 2006 that is not asserted in an application filed and served no later than January 5, 2007 (other than as set forth in Section 4.1(a), 12.1, 12.2, 12.3, 12.4, or 12.5 of the Plan) shall be forever barred and deemed waived and relinquished in full, and the Reorganized Debtors shall have no obligation to pay such Claim.

D. J. Baker
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square, New York, New York 10036.

Stephen D. Busey
SMITH HULSEY & BUSEY

**EXHIBIT I**

1002201585

# ST. PETERSBURG TIMES

### Published Daily
### St. Petersburg, Pinellas County, Florida

STATE OF FLORIDA   } S.S.
COUNTY OF PINELLAS }

Before the undersigned authority personally appeared ____ B. Harr ____
who on oath says that he is _____ Legal Clerk _____
of the _St. Petersburg Times – Full Run Edition_
a daily newspaper published at St. Petersburg, in Pinellas County, Florida: that the
attached copy of advertisement, being a _Legal Notice_
in the matter ___ RE: Bankruptcy Court ___
_____ Winn Dixie Stores, Inc. etc. _____

was published in said newspaper in the issues of ____ December 4, 2006 ____

Affiant further says the said _____ St. Petersburg Times – Full Run Edition _____
is a newspaper published at St. Petersburg, in said Pinellas County, Florida, and that the said
newspaper has heretofore been continuously published in said Pinellas County, Florida, each
day and has been entered as second class mail matter at the post office in St. Petersburg, in
said Pinellas County, Florida, for a period of one year next preceding the first publication of
the attached copy of advertisement, and affiant further says that he has neither paid nor
promised any person, firm, or corporation any discount, rebate, commission or refund for the
purpose of securing this advertisement for publication in the said newspaper.

_signature_

**Signature of Affiant**

Sworn to and subscribed before
me this _18th_ _____ day of
_____ December _____ A.D. 2006

_signature_

**Notary Public**

JOSEPH F FISH
MY COMMISSION #DD537744
EXPIRES: JUN 23, 2010
Bonded through 1st State Insurance

UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE
DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

In re:                          Case No. 05-03817-3F1
Winn-Dixie Stores, Inc., et al.,   Chapter 11
Reorganized Debtors.            Jointly Administered

NOTICE OF (A) ENTRY OF ORDER CONFIRMING PLAN
OF REORGANIZATION, (B) OCCURRENCE OF EFFECTIVE
DATE OF PLAN, AND (C) BAR DATES FOR FILING
CLAIMS ARISING BEFORE EFFECTIVE DATE AND
OTHER ADMINISTRATIVE CLAIMS

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST
AND INTERESTS IN ANY OF THE FOLLOWING: Winn-Dixie
Stores, Inc., Astor Products, Inc., Crackin' Good, Inc., Deep
South Distributors, Inc., Deep South Products, Inc., Dixie
Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers,
Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale
Distributors, Inc., Foodway Stores, Inc., Kwik Chek Super-
markets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc.,
Superior Food Company, Table Supply Food Stores Co., Inc.,
WD Brand Prestige Steaks, Inc., Winn-Dixie Handymen, Inc.,
Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-
Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-
Dixie Supermarkets, Inc.

1.  On November 9, 2006, the United States Bankruptcy
Court for the Middle District of Florida, Jacksonville Division
(the "Bankruptcy Court") entered its Order Confirming Joint
Plan of Reorganization of Winn-Dixie Stores, Inc. and Affili-
ated Debtors (the "Confirmation Order"). Unless otherwise
defined herein, capitalized terms used in this Notice shall
have the meanings ascribed to such terms in the Joint Plan
of Reorganization of Winn-Dixie Stores, Inc. and Affiliated
Debtors dated August 9, 2006, as modified by the First Modi-
fication to Joint Plan of Reorganization of Winn-Dixie Stores,
Inc. and Affiliated Debtors dated October 10, 2006 (together,
the "Plan"). Copies of the Confirmation Order and the Plan
may be obtained by accessing http://www.loganandco.com.
The Plan became effective in accordance with its terms on
November 21, 2006 (the "Effective Date"). All references in
the Plan and the Confirmation Order to the Effective Date are
to November 21, 2006.

2.  In accordance with Section 12.1 of the Plan, all
requests for payment of an Administrative Claim or any Claim
arising against the Debtors in the period between February
21, 2005 and November 21, 2006, (other than as set forth
in Section 4.1(a), 12.1, 12.2, 12.3, 12.4, or 12.5 of the Plan)
must be made by application filed with the Bankruptcy Court
and served on counsel for the Reorganized Debtors and
the Post-Effective Date Committee no later than January 5,
2007, which is the date forty-five (45) days after the Effec-
tive Date. The filing of an application must be made via the
Bankruptcy Court's electronic filing procedures (electronic
filing is mandatory for all attorneys) or by delivery of a hard
copy to the Clerk of the Court, United States Courthouse, 300
North Hogan St., Suite 3-350, Jacksonville, Florida 32202.
The service of an application on counsel for the Reorganized
Debtors must be made by delivery of a copy upon James
Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800,
Jacksonville, Florida 32202, Fax: (904) 359-7708, E-mail:
jpost@smithhulsey.com; and service of an application on
counsel for the Post-Effective Date Committee must be
made by delivery of a copy upon Matthew Barr, Milbank,
Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza,
New York, New York 10005, Fax: (212) 822-5194, E-mail:
mbarr@milbank.cfm. In the event that the Reorganized Debt-
ors object to an application, the Bankruptcy Court shall deter-
mine the Allowed amount of such Administrative Claim. An
Administrative Claim or any Claim arising against the Debtors
in the period between February 21, 2005 and November 21,
2006 that is not asserted in an application filed and served
no later than January 5, 2007 (other than as set forth in Sec-
tion 4.1(a), 12.1, 12.2, 12.3, 12.4, or 12.5 of the Plan) shall
be forever barred and deemed waived and relinquished in
full, and the Reorganized Debtors shall have no obligation to
pay such Claim.

D. J. Baker
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square, New York, New York 10036

Stephen D. Busey
SMITH HULSEY & BUSEY
225 Water Street, Suite 1800, Jacksonville, Florida 32202
Co-Counsel for Reorganized Debtors

12/4/06                                    201585 01

# ST. PETERSBURG TIMES

### Published Daily

### St. Petersburg, Pinellas County, Florida

STATE OF FLORIDA
COUNTY OF PINELLAS    } S.S.

Before the undersigned authority personally appeared **B. STAMPER** who on oath says that he/she is **Legal Clerk** of the *St. Petersburg Times* a daily newspaper published at St. Petersburg, in Pinellas County, Florida; that the attached copy of advertisement, being a **Legal Notice** in the matter **RE: BANKRUPTCY COURT** was published in said newspaper in the issues of **Classified Full Run , 12/4/06**

     Affiant further says the said **ST. PETERSBURG TIMES** is a newspaper published at St. Petersburg, in said Pinellas County, Florida and that the said newspaper has heretofore been continuously published in said Pinellas County, Florida, each day and has been entered as second class mail matter at the post office in St. Petersburg, in said Pinellas County, Florida, for a period of one year next preceding the first publication of the attached copy of advertisement, and affiant further says that he /she has neither paid nor promised any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in the said newspaper.

*B. Stamper*

**Signature of Affiant**

Sworn to and subscribed before me
this 4th day of **December A.D.2006**

*Joseph L. Fish*

**Signature of Notary Public**

Personally known   X   or produced indentification

Type of indentification produced _____

JOSEPH F FISH
MY COMMISSION #DD537744
EXPIRES: JUN 23, 2010
Bonded through 1st State Insurance

UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

In re:    Case No. 05-03817-3F1
Winn-Dixie Stores, Inc., et al.,    Chapter 11
Reorganized Debtors.    Jointly Administered

NOTICE OF (A) ENTRY OF ORDER CONFIRMING PLAN OF REORGANIZATION, (B) OCCURRENCE OF EFFECTIVE DATE OF PLAN, AND (C) BAR DATES FOR FILING CLAIMS ARISING BEFORE EFFECTIVE DATE AND OTHER ADMINISTRATIVE CLAIMS

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST AND INTERESTS IN ANY OF THE FOLLOWING: Winn-Dixie Stores, Inc., Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Super-markets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

1. On November 9, 2006, the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Bankruptcy Court") entered its Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affili-ated Debtors (the "Confirmation Order"). Unless otherwise defined herein, capitalized terms used in this Notice shall have the meanings ascribed to such terms in the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated August 9, 2006, as modified by the First Modi-fication to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated October 10, 2006 (together, the "Plan"). Copies of the Confirmation Order and the Plan may be obtained by accessing http://www.loganandco.com. The Plan became effective in accordance with its terms on November 21, 2006 (the "Effective Date"). All references in the Plan and the Confirmation Order to the Effective Date are to November 21, 2006.

2. In accordance with Section 12.1 of the Plan, all requests for payment of an Administrative Claim or any Claim arising against the Debtors in the period between February 21, 2005 and November 21, 2006 (other than as set forth in Section 4.1(a), 12.1, 12.2, 12.3, 12.4, or 12.5 of the Plan) must be made by application filed with the Bankruptcy Court and served on counsel for the Reorganized Debtors and the Post-Effective Date Committee no later than January 5, 2007, which is the date forty-five (45) days after the Effec-tive Date. The filing of an application must be made via the Bankruptcy Court's electronic filing procedures (electronic filing is mandatory for all attorneys) or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202. The service of an application on counsel for the Reorganized Debtors must be made by delivery of a copy upon James Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, Fax: (904) 359-7708, E-mail: jpost@smithhulsey.com; and service of an application on counsel for the Post-Effective Date Committee must be made by delivery of a copy upon Matthew Barr, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Fax: (212) 822-5194, E-mail: mbarr@milbank.com. In the event that the Reorganized Debt-ors object to an application, the Bankruptcy Court shall deter-mine the Allowed amount of such Administrative Claim. An Administrative Claim or any Claim arising against the Debtors in the period between February 21, 2005 and November 21, 2006 that is not asserted in an application filed and served no later than January 5, 2007 (other than as set forth in Sec-tion 4.1(a), 12.1, 12.2, 12.3, 12.4, or 12.5 of the Plan) shall be forever barred and deemed waived and relinquished in full, and the Reorganized Debtors shall have no obligation to pay such Claim.

D. J. Baker
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square, New York, New York 10036

Stephen D. Busey
SMITH HULSEY & BUSEY
225 Water Street, Suite 1800, Jacksonville, Florida 32202
Co-Counsel for Reorganized Debtors

12/4/06      201585-01

**EXHIBIT J**

# AFFIDAVIT OF PUBLICATION

NORTH CAROLINA. )
Wake     County. ) Ss.

**UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION**

In re:      Case No. 05-03817-3F1
Winn-Dixie Stores, Inc., et al.,    Chapter 11
Reorganized Debtors.     Jointly Administered

**NOTICE OF (A) ENTRY OF ORDER CONFIRMING PLAN OF REORGANIZATION, (B) OCCURRENCE OF EFFECTIVE DATE OF PLAN, AND (C) BAR DATES FOR FILING CLAIMS ARISING BEFORE EFFECTIVE DATE AND OTHER ADMINISTRATIVE CLAIMS**

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST AND INTERESTS IN ANY OF THE FOLLOWING: Winn-Dixie Stores, Inc., Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

1.   On November 9, 2006, the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Bankruptcy Court") entered its Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Confirmation Order"). Unless otherwise defined herein, capitalized terms used in this Notice shall have the meanings ascribed to such terms in the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated August 9, 2006, as modified by the First Modification to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated October 10, 2006 (together, the "Plan"). Copies of the Confirmation Order and the Plan may be obtained by accessing http://www.loganandco.com. The Plan became effective in accordance with its terms on November 21, 2006 (the "Effective Date"). All references in the Plan and the Confirmation Order to the Effective Date are to November 21, 2006.

2.   In accordance with Section 12.1 of the Plan, all requests for payment of an Administrative Claim or any Claim arising against the Debtors in the period between February 21, 2005 and November 21, 2006, (other than as set forth in Section 4.1(a), 12.1, 12.2, 12.3, 12.4, or 12.5 of the Plan) must be made by application filed with the Bankruptcy Court and served on counsel for the Reorganized Debtors and the Post-Effective Date Committee no later than January 5, 2007, which is the date forty-five (45) days after the Effective Date. The filing of an application must be made via the Bankruptcy Court's electronic filing procedures (electronic filing is mandatory for all attorneys) or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202. The service of an application on counsel for the Reorganized Debtors must be made by delivery of a copy upon James Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, Fax: (904) 359-7708, E-mail: jpost@smithhulsey.com; and service of an application on counsel for the Post-Effective Date Committee must be made by delivery of a copy upon Matthew Barr, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Fax: (212) 822-5194, E-mail: mbarr@milbank.com. In the event that the Reorganized Debtors object to an application, the Bankruptcy Court shall determine the Allowed amount of such Administrative Claim. An Administrative Claim or any Claim arising against the Debtors in the period between February 21, 2005 and November 21, 2006 that is not asserted in an application filed and served no later than January 5, 2007 (other than as set forth in Section 4.1(a), 12.1, 12.2, 12.3, 12.4, or 12.5 of the Plan) shall be forever barred and deemed waived and relinquished in full, and the Reorganized Debtors shall have no obligation to pay such Claim.

D. J. Baker
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square, New York, New York 10036

Stephen D. Busey
SMITH HULSEY & BUSEY
225 Water Street, Suite 1800, Jacksonville, Florida 32202
Co-Counsel for Reorganized Debtors

Before the undersigned, a Notary Public of Chatham County North Carolina, duly commissioned and authorized to administer oaths, affirmations, etc., personally appeared Debra Peebles, who, being duly sworn or affirmed, doth depose and say that she is Billing Manager-Legal Advertising of The News and Observer a corporation organized and doing business under the Laws of the State of North Carolina, and publishing a newspaper known as The News and Observer, in the City of Raleigh     , Wake County and State aforesaid, the said newspaper in which such notice, paper, document, or legal advertisement was published was, at the time of each and every such publication, a newspaper meeting all of the requirements and qualifications of Section 1-597 of the General Statutes of North Carolina and was a qualified newspaper within the meaning of Section 1-597 of the General Statutes of North Carolina, and that as such she makes this affidavit; that she is familiar with the books, files and business of said corporation and by reference to the files of said publication the attached advertisement for MILLER ADVERTISING        was inserted in the aforesaid newspaper on dates as follows: 12/04/06

Account Number: 92922002

the books and files of the aforesaid Corporation and publication.



Debra Peebles, Billing Manager-Legal Advertising
Wake County, North Carolina

Sworn or affirmed to, and subscribed before me, this 05 day of DECEMBER , 2006 AD ,by Debra Peebles.
In Testimony Whereof, I have hereunto set my hand and affixed my official seal, the day and year aforesaid.

Janet Scroggs, Notary Public

My commission expires 14th of March 2009.

**EXHIBIT K**

# THE ALBANY HERALD

P U B L I S H I N G   C O M P A N Y ,   I N C.

## Affidavit of Publication

Georgia, Dougherty County

Personally, appeared before the undersigned, an officer, authorized to administer oaths, Donna L. Garcia, who being sworn, says that she, the Legal Clerk for The Albany Herald Publishing Inc., a corporation with principle offices at Albany, Dougherty County, Georgia, and having general circulation within the area of Dougherty, Early, Clay, Calhoun, Mitchell, Decatur, Baker, Worth, Lee, Terrell, Miller, Randolph, Turner, Sumter and Seminole counties, and that the **Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, (c) Bar Dates for Filing Claims Arising Before Effective Date and Other Administrative Claims** a TRUE COPY of which is affixed hereto, was published in the Albany Herald in all its editions for **December 4, 2006.**

*Donna L. Garcia*

Donna L. Garcia

Sworn to and subscribed before

me at Albany, Georgia this _____ 12th_____

Day of _____December_____, 2006

_____

Notary Public

ANNETTE OLIVER
NOTARY
EXPIRES
GEORGIA
JUNE 29, 2010
PUBLIC
DOUGHERTY COUNTY

126 NORTH WASHINGTON STREET  ■  P.O. BOX 48  ■  ALBANY, GEORGIA 31702-0048  ■  229 888-9300

RECEIVED

2006 DEC 20 AM 9: 38

LOGAN & CO., INC.

UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE
DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

In re:                        )  Case No. 05-03817-3F1
Winn-Dixie Stores, Inc., et al.  )  Chapter 11
Reorganized Debtors.          )  Jointly Administered

NOTICE OF (A) ENTRY OF ORDER CONFIRMING PLAN
OF REORGANIZATION, (B) OCCURRENCE OF EFFECTIVE
DATE OF PLAN, AND (C) BAR DATES FOR FILING
CLAIMS ARISING BEFORE EFFECTIVE DATE AND
OTHER ADMINISTRATIVE CLAIMS

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST
AND INTERESTS IN ANY OF THE FOLLOWING: Winn-Dixie
Stores, Inc., Astor Products, Inc., Crackin' Good, Inc., Deep
South Distributors, Inc., Deep South Products, Inc., Dixie
Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers,
Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale
Distributors, Inc., Foodway Stores, Inc., Kwik Chek Super-
markets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc.,
Superior Food Company, Table Supply Food Stores Co., Inc.,
WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc.,
Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-
Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-
Dixie Supermarkets, Inc.

1.   On November 9, 2006, the United States Bankruptcy
Court for the Middle District of Florida, Jacksonville Division
(the "Bankruptcy Court") entered its Order Confirming Joint
Plan of Reorganization of Winn-Dixie Stores, Inc. and Affili-
ated Debtors (the "Confirmation Order"). Unless otherwise
defined herein, capitalized terms used in this Notice shall
have the meanings ascribed to such terms in the Joint Plan
of Reorganization of Winn-Dixie Stores, Inc. and Affiliated
Debtors dated August 9, 2006, as modified by the First Modi-
fication to Joint Plan of Reorganization of Winn-Dixie Stores,
Inc. and Affiliated Debtors dated October 10, 2006 (together,
the "Plan"). Copies of the Confirmation Order and the Plan
may be obtained by accessing http://www.loganandco.com.
The Plan has gone effective in accordance with its terms on
November 21, 2006 (the "Effective Date"). All references in
the Plan and the Confirmation Order to the Effective Date are
to November 21, 2006.

2.   In accordance with Section 12.1 of the Plan, all
requests for payment of an Administrative Claim or any Claim
arising against the Debtors in the period between February
21, 2005 and November 21, 2006 (other than as set forth
in Section 4 (Plan), 12.1, 12.2, 12.3, 12.4, or 12.5 of the Plan)
must be made by application filed with the Bankruptcy Court
and served on counsel for the Reorganized Debtors and
the Post Effective Date Committee no later than January 5,
2007, which is the date forty-five (45) days after the Effec-
tive Date. The filing of an application must be made via the
Bankruptcy Court's electronic filing procedures (electronic
filing is mandatory for all attorneys) or by delivery of a hard
copy to the Clerk of the Court, United States Courthouse, 300
North Hogan St., Suite 3-350, Jacksonville, Florida 32202.
The service of an application on counsel for the Reorganized
Debtors must be made by delivery of a copy upon James
Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800,
Jacksonville, Florida 32202, Fax: (904) 359-7708, Email:
jpost@smithhulsey.com and service of an application on
counsel for the Post Effective Date Committee must be
made by delivery of a copy upon Matthew Barr, Milbank,
Tweed, Hadley & McCoy LLP, 1 Chase Manhattan Plaza,
New York, New York 10005, Fax: (212) 822-5194, Email:
mbarr@milbank.com. In the event that the Reorganized Debt-
ors object to an application, the Bankruptcy Court shall deter-
mine the Allowed amount of such Administrative Claim. An
Administrative Claim or any Claim arising against the Debtors
in the period between February 21, 2005 and November 21,
2006 that is not asserted in an application filed and served
no later than January 5, 2007 (other than as set forth in Sec-
tion 4 (Plan), 12.1, 12.2, 12.3, 12.4, or 12.5 of the Plan) shall
be forever barred and deemed waived and relinquished in
full, and the Reorganized Debtors shall have no obligation to
pay such Claim.

D. J. Baker
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square, New York, New York 10036

Stephen D. Busey
SMITH HULSEY & BUSEY
225 Water Street, Suite 1800, Jacksonville, Florida 32202

Co-Counsel for Reorganized Debtors

**EXHIBIT L**

COLUMBUS

# Ledger-Enquirer

## AFFIDAVIT

State of Georgia
County of Muscogee

To Whom It May Concern:

This is to certify that the legal advertisement has been published in The Columbus
Ledger-Enquirer, legal organ for Muscogee County on the following dates:

December 4, 2006

Sworn to and subscribed before

me this 5ᵗʰ day of December, 2006

Notary Public, Muscogee County, Georgia
(My Commission Expires June 21, 2008)

Str. 5
..., Germany 91438

... by commanded to be and appear at
... Court of Muscogee County, Georgia,
... the clerk and serve upon the plain-
... an answer within sixty (60) days of
... first publication of notice. Witness
... B. Followill, Judge of said
... ] November, 2006.
...rce
...perior Court
...13,20,27,Dec.4,2006(1817129)

...scogee County Superior Court
...Notice to Change Name – Kim
Case #:  Ex Parte 06-917

... hereby given that YongMi Kim filed his
... the Superior Court of Muscogee
... on 11-27-06, praying for a change in
... YongMi Kim to Kim YongMi Peters .
... hereby given pursuant to law to any
... or affected party to appear in said
... to file objections to such name change.
... must be filed with said court within 30
... of filing of said petition
...04,11,18,25,2006(1828099)

Muscogee County Superior Court
Trade Name – ASAP Locksmith, LLC
Case #: Ex Parte 06-887

...ce is hereby given that the business operated
...001 13th Street, Columbus, Georgia 31901,
...der the trade name of ASAP Locksmith, LLC is
...ned and carried on by Stephen Parker, and
...at the statement related thereto required by
...C.G.A. 10-1-490, has been filed with the Clerk
...Superior Court of Muscogee County, Georgia.
...b.Nov.27,Dec.4,2006

Muscogee County Superior Court

Libel for Divorce – Jenkins
Case # Su 06drl 3641
Date Filed:  November 6, 2006
Date of Order for Service by
Publication:  November 6, 2006

Ashley Nicole Jenkins
Vs
Anthony Wayne Jenkins

To: Anthony Wayne Jenkins
Address Unknown

You are hereby commanded to be and appear at
the Superior Court of Muscogee County, Georgia,
and file with the clerk and serve upon the plain-
tiff's attorney an answer within sixty (60) days of
the date of first publication of notice.
Witness the Honorable, Kenneth B. Followill,
Judge of said Court, this 6 November, 2006.
M. Linda Pierce, Clerk
Pub.Nov.13,20,27,Dec.4,2006(1817121)

Muscogee County Superior Court
Notice of Trade Name – Referral Associates, LLC
Case # Ex Parte 06-899

Notice is hereby given that the business operated
at 800 2nd Ave, Columbus, Muscogee County,
GA., under the trade name of Amplitude Record-
ing, is owned and carried on by Dennis Beck,
whose address is 828 N. Lumpkin Street, Cuth-
bert, Randolph County, GA., and that the state-
ment relating thereto required by OCGA 10-1-490
has been filed with the Clerk of Superior Court of
Muscogee County, GA.
Pub.Nov.27,Dec.4,2006

Muscogee County Superior Court
Notice to Change Name –Strum
Case # Ex Parte 06-903

Notice is hereby given that Georgia Mae Strum
filed her petition in the Superior Court of Musco-
gee County, Georgia, on November 21, 2006,
praying for a change in name of Georgia Mae
Strum to Georgia Mae Beasley. Notice is given
pursuant to law to any interested or affected
party to appear in said Court and to file objec-
tions within 30 days of the filing of said petition.
Pub.Nov.27,Dec.4,11,18,2006

Muscogee County Superior Court

Libel for Divorce – Murphy
Case # Su 06dm 3729
Date Filed:  November 14, 2006
Date of Order for Service by
Publication:  November 14, 2006

Phyllis Denise Murphy
Vs
Jarrod Donelle Murphy

To: Jarrod Donelle Murphy
831 Rigdon Road
Apt 2
Columbus, Georgia 31906

You are hereby commanded to be and appear at
the Superior Court of Muscogee County, Georgia,
and file with the clerk and serve upon the plain-
tiff's attorney an answer within sixty (60) days of
the date of first publication of notice.
Witness the Honorable, Douglas C. Pullen, Judge
of said Court, this 14 November, 2006.
M. Linda Pierce, Clerk
Pub.Nov.20,27,Dec.4,11,2006(18210511)

Columbus, GA 31902-2707

HATCHER STUBBS, LAND
HOLLIS & ROTHSCHILD, LLP
P. O. Box 2707
Columbus, Georgia 31902-2707
Pub.Dec.4,11,18,25,2006(1828610)

NOTICE TO DEBTORS AND CREDITORS

STATE OF GEORGIA
COUNTY OF MUSCOGEE

All creditors of the Estate of Charles Ward, Sr.,
deceased, late of Muscogee County, Georgia, are
hereby notified to render in their demands
against the said estate to the undersigned, and
all persons indebted to the estate are required
make immediate payment to the undersigned.
This the 6th day of November, 2006.

Tamera L. Ward
Co-Executor
6105 Capitol Knoll
Fairburn, GA 30213

Sharon Ann Easley
Co-Executor
4214 Sherwood Avenue
Columbus, GA 31904
Pub.Nov.13,20,27,Dec.4,2006(1817639)

NOTICE TO DEBTORS AND CREDITORS

All creditors of the estate of GWENDOLYN E.
HUNT, late of Muscogee County, Georgia, are
hereby notified to render demands to the under-
signed according to law. All persons indebted to
said estate are required to make immediate pay-
ment to the undersigned.
Dated: November 14, 2006

Lorrell Wilkerson, Administrator
c/o Houser Pugh, Attorney
Post Office Box 2807
Columbus, Ga. 31902
706-324-4234
Pub.Nov.20,27,Dec.4,11,2006(1821501)

NOTICE TO DEBTORS AND CREDITORS

STATE OF GEORGIA,
MUSCOGEE COUNTY.

IN RE: ESTATE OF RALPH O. SMITH, DECEASED

All creditors of the Estate of Ralph O. Smith,
deceased, late of Columbus, Muscogee County,
Georgia, are hereby notified to render their
demands to the undersigned according to law,
and all persons indebted to said estate are
required to make immediate payment to the
undersigned.

Ralph A. Smith and Angela S. Jeter,
Co-Executors of the Last
Will and Testament
of Ralph O. Smith

Robert R. Lomax, Esq.
MARCHETTI & LOMAX, LLP
Post Office Box 2339
Columbus, Georgia 31902-2339
Pub.Dec.4,11,18,25,2006(1829497)

Notice to Debtors and Creditors

State of Georgia
County of Muscogee
In re: Estate of
Mr. Ephraim O. Porterfield

All creditors of the Estate of Mr.. Ephraim O. Por-
terfield deceased, late of said county, are here by
notified to render their demands to the under-
signed according to law. And all persons in debt-
ed to said estate are required to make immedi-
ate payment to me.

Steve Porterfield, Executor
704 Pickett's Lake Dr.
Acworth, Ga. 30101
Pub.Dec.4,11,18,25,2006(1828738)

"NOTICE OF INTENT TO INCORPORATE

Notice is given that Articles of Incorporation
which will incorporate HOFSTETTER RENOVA-
TIONS, INC. have been delivered to the Secretary
of State for filing in accordance with the Georgia
Business Corporation Code. The initial registered
office of the corporation will be located at 1437
West Dinglewood Drive, Columbus, Georgia
31906, and its initial registered agent at such
address is Edwin L. Hofstetter.

HATCHER, STUBBS, LAND,
HOLLIS & ROTHSCHILD, LLP,
Attorneys for HOFSTETTER
RENOVATIONS, INC."
Pub.Dec.4,11,2006(1828692)

"NOTICE OF INTENT TO VOLUNTARILY DISSOLVE
A CORPORATION"

Notice is hereby given that the corporation
known as Designing Health Incorporated, doing
business at 3808 Gentian Blvd, Columbus, Geor-
gia 31907 will be dissolved by mutual consent of
the partners as of December 31, 200½. All debts
owed to the corporation and all claims against
the corporation will be reviewed by Sally D. Lin-
coln at the business address set forth above.
Pub Dec.4,11,2006(1826360)

Pat Foster, deceased
c/o Jacob Beil
Attorney-at-Law
P. O. Box 1126
Columbus, Georgia 31902-1126
Pub.Nov.13,20,27,Dec.4,2006(1818057)

TO THE CREDITORS OF
ROSE ROBBINS, DECEASED:

You are hereby notified to render to the under-
signed your demands against the Estate of the
above-named deceased or lose priority as to
claims, and all persons indebted to said Estate
are required to make immediate payment to me
of the debts owed to such decedent and now to
such Estate.
This 9th day of November, 2006.

Kenneth Harvey Robbins,
Executor of the Estate of
Rose Robbins, Deceased
c/o Jacob Beil
Attorney-at-Law
P. O. Box 1126
Columbus, Georgia  31902-1126
Pub.Nov.13,20,27,Dec.4,2006(1817609)

PUBLIC SALE

The following property shall be sold to the high-
est bidder for cash with sealed bids received
between 9:30 a.m. and 12:00 noon, Thursday,
December 7, 2006, at Mini Storage Units of
Phenix City, 910 25th Avenue (off 280 By-Pass
near Bonanza) to satisfy liens due for past rent.
Bids will be opened on December 7, 2006 at 12:00
noon. For further information, call 298-1935. The
following is a brief description of the property to
be sold:

Drum set, dresser, chest, china cabinet, dining
table with chairs, coffee table, end table, shelves,
microwave, tool chest, tools, stereo, exercise
equipment, pots, french horn, washer/dryer, bar-
becue grill, TV, children's desk, rims and tires, TV
stand, baby walker, dresser, misc. household fur-
niture and furnishings, numerous bags and boxes
and unknown goods.

#3 Joann Gordon, 2302 Ct., Phenix City, AL
#5 Cordell Walton 845 16th Ave. Phenix City, AL
#11 Howell, 1818 6th Ct. Phenix City, AL
#64E. Sean Michael Schoff 701 2nd Ave., Colum-
bus, GA
#75A 12th Ave.. Apt 10-E Phenix City, AL
#83 Laura Ann Bellamy P.O. Box 3936, Phenix
City, AL
#122 Shyorter Jackson 2407 13th Ave. Apt 3-D
Phenix City, AL
#269 Estate of Tanylta Scott 4468 Pyburn St.,
Columbus, GA
#310 Anthony Butler 3511 14th St. Phenix City,
AL
#326 Bridget Williams 2984 Lee Rd. 279 Salem,
AL 36874
*371 Jan Fulks 1322A Ashley Ave., Charleston, SC

MINI STORAGE UNITS OF PHENIX CITY
910 25th Avenue, Phenix City, AL
Pub.Dec.4,2006(1829408)

ten requirements listed below:
• Intel Pentium-based PC or compatible, 133 MHz
... processor recommended
• Microsoft Windows XP Professional, Windows
2000, Windows 98, Windows ME, or Windows N.T.
4.0 (SP3 or later)
• 32 MB RAM (minimum); 64 MB RAM recom-
mended
• 70 MB free disk space (minimum)
• 64 MB disk swap space (minimum)
• VGA video display of 800x600 or higher
(1024x768 recommended)
• Microsoft Internet Explorer 5.01 or higher (5.5
recommended)
• Mouse or other pointing device

Bidders may obtain access to the Buzzsaw site by
submitting the full name and email address of the
person to be granted permission to download
files. That individual will be notified by email of
their addition to the site and will be provided ini-
tial instructions and a password for connecting to
the site and installation of browser based soft-
ware for access. The individual must be a mem-
ber of the local pc administrator's group in order
to install the software. Bidders should contact
Ms. Diana Waller, Lockwood Greene Engineers,
at the above address and fax number or via tele-
phone direct at (912) 330-3016.

There is no charge for the utilization of the
Buzzsaw service. Bidders are responsible for the
printing and/or distribution of bid documents for
their own or sub-contractor use. Only prime con-
tractors will be granted access to the Buzzsaw
service. As changes or modifications to the bid
documents are posted to the Buzzsaw site, notifi-
cation will be sent to the registered users via
email. Bidders will be responsible for obtaining
the current information in the preparation of
their bids.

Bidders may obtain a CD of the bid documents
for the nonrefundable sum of $20.00. Submit
application and payment to Architect/Engineer,
attention Ms. Diana Waller.

Bidders may obtain a printed set of the bid docu-
ments for the nonrefundable sum of *90.00. Par-
tial sets will not be made available.) Submit
application and payment to Architect/Engineer,
attention Ms. Diana Waller.

Bid must be accompanied by a bid security equal
to 10 percent of bid sum. If a construction con-
tract is awarded, successful bidder will be
required to furnish performance and payment
bonds, each equal in amount to contract sum.

Interested parties are invited to attend a pre-bid
meeting that will convene at 9:30 A.M. 15 Decem-
ber 2006, in Conference Center of The Georgia
Ports Authority's Executive Office Building
located at intersection of Highway 25 and High-
way 307, Garden City, GA.

All questions related to the proposed work should
be directed to Architect/Engineer's project man-
ager, Mr. Gary Boettner.
Pub.Dec.4,2006(1828217)

UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA,
JACKSONVILLE DIVISION

In re.
Winn-Dixie Stores, Inc., et al.                    Case No. 05-03817-3F1
Reorganized Debtors.                               Chapter 11
                                                   Jointly Administered

NOTICE OF (A) ENTRY OF ORDER CONFIRMING PLAN OF REORGANIZATION,
(B) OCCURRENCE OF EFFECTIVE DATE OF PLAN, AND (C) BAR DATES FOR FILING CLAIMS
ARISING BEFORE EFFECTIVE DATE AND OTHER ADMINISTRATIVE CLAIMS
TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST AND INTERESTS IN ANY OF THE FOL-
LOWING: Winn-Dixie Stores, Inc., Astor Products, Inc., Crackin' Good, Inc., Deep South Products,
Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc.,
Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik
Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table
Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie
Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc.
and Winn-Dixie Supermarkets, Inc.

1.    On November 9, 2006, the United States Bankruptcy Court for the Middle District of Florida,
Jacksonville Division (the "Bankruptcy Court") entered its Order Confirming Joint Plan of Reorganization
of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Confirmation Order"). Unless otherwise defined
herein, capitalized terms used in this Notice shall have the meanings ascribed to such terms in the Joint
Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated August 9, 2006, as modi-
fied by the First Modification to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debt-
ors dated October 10, 2006 (together, the "Plan"). Copies of the Confirmation Order and the Plan may
be obtained by accessing http://www.loganandco.com. The Plan became effective in accordance with its
terms on November 21, 2006 (the "Effective Date"). All references in the Plan and the Confirmation Order
to the Effective Date are to November 21, 2006.

2.    In accordance with Section 12.1 of the Plan, all requests for payment of an Administrative Claim
or any claim arising against the Debtors in the period between February 21, 2005 and November 21,
2006, (other than as set forth in Section 4.1(a), 12.1, 12.2, 12.3, 12.4, or 12.5 of the Plan) must be made
by application filed with the Bankruptcy Court and served on counsel for the Reorganized Debtors and
the Post-Effective Date Committee no later than January 5, 2007, which is the sixty-five (45) days
after the Effective Date. The filing of an application must be made via the Bankruptcy Court's electronic
filing procedures (electronic filing is mandatory for all attorneys) or by delivery of a hard copy to the Clerk
of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.
The service of an application on counsel for the Reorganized Debtors must be made by delivery of a copy
upon James Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, Fax
(904) 359-7708, E-mail jpost@smithhulsey.com; and service of an application on counsel for the Post-
Effective Date Committee must be made by delivery of a copy upon Matthew Barr, Milbank, Tweed, Had-
ley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Fax  (212) 822-5194, E-mail
mbarr@milbank.com. In the event that the Reorganized Debtors object to an application, the Bankruptcy
Court shall determine the Allowed amount of such Administrative Claim. An Administrative Claim or any
Claim arising against the Debtors in the period between February 21, 2005 and November 21, 2006 that
is not asserted in an application filed and served no later than January 5, 2007 (other than as set forth in
Section 4.1(a), 12.1, 12.2, 12.3, 12.4, or 12.5 of the Plan) shall be forever barred and asserted and
relinquished in full, and the Reorganized Debtors shall have no obligation to pay such Claim.

[faded text]

**EXHIBIT M**

AFFIDAVIT OF PUBLICATION
SAVANNAH MORNING NEWS

STATE OF GEORGIA
COUNTY OF CHATHAM

     Personally appeared before me, Alaina Williams-Fincher, to me known, who being sworn, deposes and says:

     That she is the Obituary/Legal Clerk for Southeastern Newspaper Corporation, a Georgia corporation, doing business in Chatham County, GA, under the trade name of Savannah Morning News, a daily newspaper published in said county;

     That he is authorized to make affidavits of publication on behalf of said published corporation;

     That said newspaper is of general circulation in said county and in the area adjacent thereto;

     That he has reviewed the regular editions of the Savannah Morning News, published on:

_Dec. 4_____ , 2006_____ , 2006,

_____ , 2006, _____ , 2006,

and finds that the following advertisement, to-wit:

RECEIVED
2006 DEC 20  AM 9:37
LOGAN & CO., INC.

Appeared in each of said editions.
Sworn to and subscribed before me

_____
(Deponent)

This _12_ day of _Dec_ , 2006

_Eugene J Cronk_
Notary Public, Chatham County, Ga.

EUGENE J. CRONK
Notary Public, Chatham County, GA
My Commission Expires January 26, 2010

# LEGAL NOTICE

**UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA,
JACKSONVILLE DIVISION**

| | |
|---|---|
| In re:<br>Winn-Dixie Stores, Inc., et al.,<br>Reorganized Debtors. | Case No. 05-03817-3F1<br>Chapter 11<br>Jointly Administered |

**NOTICE OF (A) ENTRY OF ORDER CONFIRMING PLAN OF REORGANIZATION,
(B) OCCURRENCE OF EFFECTIVE DATE OF PLAN, AND (C) BAR DATES FOR FILING CLAIMS
ARISING BEFORE EFFECTIVE DATE AND OTHER ADMINISTRATIVE CLAIMS**

**TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST AND INTERESTS IN ANY OF THE FOLLOWING:**
Winn-Dixie Stores, Inc., Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Super Markets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

1. On November 9, 2006, the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Bankruptcy Court") entered its Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Confirmation Order"). Unless otherwise defined herein, capitalized terms used in this Notice shall have the meanings ascribed to such terms in the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated August 9, 2006, as modified by the First Modification to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated October 10, 2006 (together, the "Plan"). Copies of the Confirmation Order and the Plan may be obtained by accessing http://www.loganandco.com. The Plan became effective in accordance with its terms on November 21, 2006 (the "Effective Date"). All references in the Plan and the Confirmation Order to the Effective Date are to November 21, 2006.

2. In accordance with Section 12.1 of the Plan, all requests for payment of an Administrative Claim or any Claim arising against the Debtors in the period between February 21, 2005 and November 21, 2006 (other than as set forth in Section 4.1(a), 12.1, 12.2, 12.3, 12.4, or 12.5 of the Plan) must be made by application filed with the Bankruptcy Court and served on counsel for the Reorganized Debtors and the Post-Effective Date Committee no later than January 5, 2007, which is the date forty-five (45) days after the Effective Date. The filing of an application must be made via the Bankruptcy Court's electronic filing procedures (electronic filing is mandatory for all attorneys) or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202. The service of an application on counsel for the Reorganized Debtors must be made by delivery of a copy upon James Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, Fax: (904) 359-7708, E-mail: jpost@smithhulsey.com; and service of an application on counsel for the Post-Effective Date Committee must be made by delivery of a copy upon Matthew Barr, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Fax: (212) 822-5194, E-mail: mbarr@milbank.com. In the event that the Reorganized Debtors object to an application, the Bankruptcy Court shall determine the Allowed amount of such Administrative Claim. An Administrative Claim or any Claim arising against the Debtors in the period between February 21, 2005 and November 21, 2006 that is not asserted in an application filed and served no later than January 5, 2007 (other than as set forth in Section 4.1(a), 12.1, 12.2, 12.3, 12.4, or 12.5 of the Plan) shall be forever barred and deemed waived and relinquished in full, and the Reorganized Debtors shall have no obligation to pay such Claim.

| | |
|---|---|
| D. J. Baker<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Four Times Square, New York, NY 10036<br>Co-Counsel for Reorganized Debtors | Stephen D. Busey<br>SMITH HULSEY & BUSEY<br>225 Water Street, Suite 1800, Jacksonville, FL 32202<br>Co-Counsel for Reorganized Debtors |

7252029

**EXHIBIT N**

# THE COURIER HERALD

STATE OF GEORGIA
COUNTY OF LAURENS

Legal No. _Case # 05-03817-3F1_

## AFFIDAVIT OF PUBLISHER

Personally appeared before me, the undersigned officer, duly authorized to administer oaths in said State and County, _Arrie Harden_, who, having been duly sworn, deposes and says that he/she is authorized to make this affidavit, and that the legal notice was published in *The Courier Herald*, a local newspaper of general circulation in Dublin, Georgia on _December 4, 2006_.

This ___5th___ day of ___December___, ___2006___.

_____
AGENT
THE COURIER HERALD

Sworn to and subscribed before me
this _5th_ day of _December, 2006_

Notary Public _Sybil Scott_

My Commission Expires: _My Commission Expires June 14, 2008_

Drawer B, Court Square Station, Dublin, Georgia 31040 (912) 272-5522 • FAX (912) ___

**580 AGRICULTURE LIVESTOCK**

i horse slant load goose neck trail-
rs. Also paint philly. 463-3100

**630 MISCELLANEOUS SERVICES**

Will do pressure washing & lawn
care. Call 1-912-529-5918.

**711 PRESSURE EXT. CLEANING**

Make your home look its best.
Pressure washing.
H. Shannon, 478-463-3100.

**715 HOME IMPROVEMENT & REPAIR**

My Repair Man
Maintenance-Repair Service. Air
Cond., Heat, Electrical, Plumbing,
Carpentry. 478-290-2603

# CALENDAR

## ATTENTION

The Black Festival Pageant
Committee is now taking
applications for Miss Black Festival
2007. All interested contestants
grades 9-12 are asked to meet at
Theatre Dublin Jan. 5 at 6 p.m. Non-
refundable registration fee is $50.
Contestants must meet certain
criteria. For more information, please
call director/chairperson Alicia Lewis
Gordon, 478-296-0795 or 478-275-
959.

A meeting of the Oconee High
School National Alumni
Association will be held Saturday,
November 25 at 10 a.m. at Highest
Praise Gospel Supper Club in East
Dublin. Any and all OHS Alumni and
faculty are encouraged to attend.
See the school's website at
www.ohstrojans.com.

Middle Georgia Bikers group
meets the second Thursday of every
month at Ole' Times Country Buffett
with dinner and fellowship at 6 p.m.
and the meeting at 7 p.m. For more
information call 478-875-2096 or on
the website at
www.middlegeorgiabikers.com.

Confidential Eating Disorder
Suport Group is being formed.
Those interested are asked to send
an email to
ealthyeatingedsupportgroup@yaho
.com.

A new Cancer Support Group
as started meeting the first
Thursday of every month at 5 p.m. at
Dublin Hematology and Oncology.

---

sponsoring a Bus Trip to New York
each month at 6:30 p.m. in East
Dublin at Plumtree School.
The cost is $750 and includes bus
trip, play and room. A $50 deposit is
due October 1 for those interested.
For more information, call 272-4262
or 275-4424.

Michael Gay Memorial Fund
has been established at Farmers
State Bank.

DHS Class of 1976 graduates
are encouraged to contact Jeff
Lindsey at 272-5537 or
Mortica2002@yahoo or Kelly
Canady at 275-4551 or
KellyCanady@DublinIrish.com.

CODA (Codependents
Anonymous) a recovery and support
group based on the 12 step program
will meet on the 1st and 3rd
Thursday of each month at Christ
Episcopal Church in the fellowship
hall at 7:30 p.m. The only
requirement for membership is a
desire for healthy and fulfilling
relationships with self and others.
Confidential/No charge. Call 272-
1559 for more information.

The WLHS Class of 1976 is
planning their 30-year reunion. For
information contact Dennis Johnson
(272-6683), Lynne Self Towson
(272-5100), John "Bud" Ware (toll
free 1-888-814-3150), or send an e-
mail to
wlhsclassof1976@bellsouth.net.

Conner Tyson, 3, contracted
bacterial meningitis as an infant, and
as a result suffered severe brain
damage. Conner is the son of Elliott
and Kim Tyson of Dublin and is the

---

each month at 6:30 p.m. in East
Orland School Reunion is
being planned for all who attended
the school. For more information,
contact: Darvin Shepherd (912)529-
3929; Lois Byrd (912)529-6348; Sue
Meeks (912)529-3066; Wade Clark
(912)529-4949 or Bobby Cone
(912)529-4430.

Dublin NA Phoenix group meets
7 days a week. Meeting locations
and times: Monday - 8 p.m.
Presbyterian Church, South
Washington Street; Tuesday - 7:30
p.m. Central Baptist Church, 521
Smith Street; Wednesday - 8 p.m.
Presbyterian Church, South
Washington Street; Thursday - 7:30
p.m. Central Baptist Church, 521
Smith Street; Friday - 8 p.m.
Presbyterian Church, South
Washington Street; Saturday - 7:30
p.m. Presbyterian Church (speaker)
and Sunday - 7:30 p.m. Dublin
Housing Authority, 509 W. Mary
Street.

The Lighthouse Adult Daycare
Center is now open from 8 a.m. until
4 p.m. Monday through Friday. This
change will allow working families to
bring their loved ones in for 8
consecutive hours a day. The
Daycare offers enjoyable and
stimulating socialization, physical
and mental exercises, arts & crafts,
music therapy and personal care in
a safe, secure environment
conveniently located at 611 Bellevue
Avenue. For more information, call
274-0003.

---

## LEGAL NOTICE

### UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| Winn-Dixie Stores, Inc., et al., | Chapter 11 |
| Reorganized Debtors. | Jointly Administered |

**NOTICE OF (A) ENTRY OF ORDER CONFIRMING PLAN OF REORGANIZATION,
(B) OCCURRENCE OF EFFECTIVE DATE OF PLAN, AND (C) BAR DATES FOR FILING CLAIMS
ARISING BEFORE EFFECTIVE DATE AND OTHER ADMINISTRATIVE CLAIMS**

**TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST AND INTERESTS IN ANY OF THE FOLLOWING:**
Winn-Dixie Stores, Inc., Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South
Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie
Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc.,
Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc.,
WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Mont-
gomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

1. On November 9, 2006, the United States Bankruptcy Court for the Middle District of Florida,
Jacksonville Division (the "Bankruptcy Court") entered its Order Confirming Joint Plan of Reorganization of
Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Confirmation Order"). Unless otherwise defined herein,
capitalized terms used in this Notice shall have the meanings ascribed to such terms in the Joint Plan of
Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated August 9, 2006, as modified by the
First Modification to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated
October 10, 2006 (together, the "Plan"). Copies of the Confirmation Order and the Plan may be obtained by
accessing http://www.loganandco.com. The Plan became effective in accordance with its terms on Novem-
ber 21, 2006 (the "Effective Date"). All references in the Plan and the Confirmation Order to the Effective
Date are to November 21, 2006.

2. In accordance with Section 12.1 of the Plan, all requests for payment of an Administrative Claim or
any Claim arising against the Debtors in the period between February 21, 2005 and November 21, 2006
(other than as set forth in Section 4.1(a), 12.1, 12.2, 12.3, 12.4, or 12.5 of the Plan) must be made by
application filed with the Bankruptcy Court and served on counsel for the Reorganized Debtors and the
Post-Effective Date Committee no later than January 5, 2007, which is the date forty-five (45) days after the
Effective Date. The request for payment must be made via the Bankruptcy Court's electronic filing proce-
dures (electronic filing is mandatory for all attorneys) or by delivery of a hard copy to the Clerk of the Court,
United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202. The service of
an application on counsel for the Reorganized Debtors must be made by delivery of a copy upon James
Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, Fax: (904) 359-
7708, E-mail: jpost@smithhulsey.com; and service of an application on counsel for the Post-Effective Date
Committee must be made by delivery of a copy upon Matthew Barr, Milbank, Tweed, Hadley & McCloy LLP,
1 Chase Manhattan Plaza, New York, New York 10005, Fax: (212) 822-5194, E-mail: mbarr@milbank.com.
In the event that the Reorganized Debtors object to an application, the Bankruptcy Court shall determine
the allowed amount of such Administrative Claim. An Administrative Claim or any Claim arising against the
Debtors in the period between February 21, 2005 and November 21, 2006 that is not asserted in an appli-
cation filed and served no later than January 5, 2007 (other than as set forth in Section 4.1(a), 12.1, 12.2,
12.3, 12.4, or 12.5 of the Plan) shall be forever barred and deemed waived and relinquished in full, and the
Reorganized Debtors shall have no obligation to pay such Claim.

| | |
|---|---|
| D. J. Baker | Stephen D. Busey |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| Four Times Square, New York, NY 10036 | 225 Water Street, Suite 1800, Jacksonville, FL 32202 |
| Co-Counsel for Reorganized | Co-Counsel |

**EXHIBIT O**



# The Times-Picayune

**3800 HOWARD AVENUE, NEW ORLEANS, LOUISIANA 70140-1097**   **TELEPHONE (504) 826-3206**

---

## LEGAL NOTICE

**UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION**

In re:                                          Case No. 05-03817-3F1
Winn-Dixie Stores, Inc., _et al.,_              Chapter 11
Reorganized Debtors.                            Jointly Administered

**NOTICE OF (A) ENTRY OF ORDER CONFIRMING PLAN OF REORGANIZATION, (B) OCCURRENCE OF EFFECTIVE DATE OF PLAN, AND (C) BAR DATES FOR FILING CLAIMS ARISING BEFORE EFFECTIVE DATE AND OTHER ADMINISTRATIVE CLAIMS**

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST AND INTERESTS IN ANY OF THE FOLLOWING: Winn-Dixie Stores, Inc., Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

1. On November 9, 2006, the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Bankruptcy Court") entered its Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Confirmation Order"). Unless otherwise defined herein, capitalized terms used in this Notice shall have the meanings ascribed to such terms in the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated August 9, 2006, as modified by the First Modification to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated October 10, 2006 (together, the "Plan"). Copies of the Confirmation Order and the Plan may be obtained by accessing http://www.loganandco.com. The Plan became effective in accordance with its terms on November 21, 2006 (the "Effective Date"). All references in the Plan and the Confirmation Order to the Effective Date are to November 21, 2006.

2. In accordance with Section 12.1 of the Plan, all requests for payment of an Administrative Claim _or any Claim arising against the Debtors in the period between February 21, 2005 and November 21, 2006,_ (other than as set forth in Section 4.1(a), 12.1, 12.2, 12.3, 12.4, or 12.5 of the Plan) must be made by application filed with the Bankruptcy Court and served on counsel for the Reorganized Debtors and the Post-Effective Date Committee _no later than January 5, 2007,_ which is the date forty-five (45) days after the Effective Date. The filing of an application must be made via the Bankruptcy Court's electronic filing procedures (electronic filing is mandatory for all attorneys) or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202. The service of an application on counsel for the Reorganized Debtors must be made by delivery of a copy upon James Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, Fax: (904) 359-7708, E-mail: jpost@smithhulsey.com; and service of an application on counsel for the Post-Effective Date Committee must be made by delivery of a copy upon Matthew Barr, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Fax: (212) 822-5194, E-mail: mbarr@milbank.com. In the event that the Reorganized Debtors object to an application, the Bankruptcy Court shall determine the Allowed amount of such Administrative Claim. _An Administrative Claim or any Claim arising against the Debtors in the period between February 21, 2005 and November 21, 2006 that is not asserted in an application filed and served no later than January 5, 2007 (other than as set forth in Section 4.1(a), 12.1, 12.2, 12.3, 12.4, or 12.5 of the Plan) shall be forever barred and deemed waived and relinquished in full, and the Reorganized Debtors shall have no obligation to pay such Claim._

D. J. Baker
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square, New York, New York 10036

Stephen D. Busey
SMITH HULSEY & BUSEY
225 Water Street, Suite 1800, Jacksonville, Florida 32202

Co-Counsel for Reorganized Debtors

---

State of Louisiana

Parish of Orleans

City of New Orleans

Personally appeared before me, a Notary in and for the parish of Orleans, Robert J. Chiasson who deposes and says that he is the Accounts Receivable Manager, of The Times-Picayune Publishing Corporation, a Louisiana Corporation, Publishers of The Times-Picayune, Daily and Sunday, of general circulation; doing business in the City of New Orleans and the State of Louisiana, and that the attached     METRO - Page B2

RE:  Legal Notice - Winn-Dixie - Reorganized Debtors

Advertisement of     Miller Legal Services

Miller Advertising Agency, Inc.
2520 N. Sheffield Avenue, Suite T
Chicago, IL   60614

Was published in     The Times-Picayune

On the following dates     Monday, December 4, 2006

Sworn to and subscribed before me this

4th     Day of   December, 2006

Notary Public

My commission expires at my death.
Charles A. Ferguson, Jr.

Notary identification number 23492

**EXHIBIT P**

Alabama Oldest Newspaper

# MOBILE PRESS REGISTER

## LEGAL AFFIDAVIT

WINN DIXIE

ACCT #1026356

| REFERENCE NUMBER | DATE | DESCRIPTION OR TAGLINE | SECTION | AD SIZE |
|---|---|---|---|---|
| 1068589 | 12/4/2006 | NB280101 WINN DIXIE LEGAL | CLASSIFIED LEGALS | 2X7 |

Tami Gafford _____ being sworn, says that she is advertising sales assistant of the MOBILE PRESS REGISTER, INC.  which publishes a daily newspaper in the City and County of Mobile, State of Alabama: and the attached notice appeared in the issue of

THE MOBILE REGISTER

Sworn to and subscribed before me this 5 ᵗʰ day of December 2006.

Janine D Harrell

NOTARY PUBLIC

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Jan 22, 2008
BONDED THRU NOTARY PUBLIC UNDERWRITERS

, December 4, 2006

## Legal Notices

**SALE:**

**SALE:**
TRUCK SALES
T I-65 SERVICE ROAD

AL 36612

**SALE:**

serves the right to bid
above property and to re-
and all bids.

Press-Register
November 27
December 4, 2006

### NOTICE

Notice is hereby given in
nce with The Alabama
governing the sale of
ed motor vehicles, that
I FREIGHTLINER bearing
number
B6PP493842 and regis-
JOHN MCCOVERY, will
along with all contents of
e automobile for repair
age charges and for the
his sale as follows:

**SALE:**

**SALE:**
TRUCK SALES
T I-65 SERVICE ROAD

AL 36612

**SALE:**

serves the right to bid
above property and to re-
and all bids.

Press-Register
November 27
December 4, 2006

---

### IN COURT PROCEEDING
se No. 2006-065?
PROBATE COURT OF
COUNTY, ALABAMA

I FLOYD BURNS PARKS,
EASED

nt Monday, January 22,
9:30:00 AM in Courtroom
Mobile Government Plaza
t will proceed to consid-
e SETTLEMENT. NOTICE
y given to all parties in
who may appear and
same or file a proper re-
e pleading thereto if they
per.

ns, Judge of Probate

Press-Register
mber 4, 11, 18, 25, 2006

---

### 336 Legal Notices

Commencing at the Southwest
corner of the Northwest Quarter
of the Southwest Quarter of Sec-
tion 30, Township 5 South, Range
3 West, Mobile County, Alabama,
and the point of beginning of the
property described herein;
thence North 00 degrees 13 min-
utes West 322 feet to a point;
thence North 89 degrees 47 min-
utes East 326 feet to a point or
the Northwesterly right of way of
Dawes Road; thence South 27
degrees 26 minutes 51 seconds
West 411 feet along said right of
way line of Dawes Road to a
point; thence South 89 degrees
47 minutes West 70 feet to the
point of beginning.

Parcel Three:

Commencing at the Southwest
corner of the Northwest Quarter
of Southwest Quarter of Section
30, Township 5 South, Range 3
West, Mobile County, Alabama
and the point of beginning of the
property described herein;
thence South 89 degrees 47 min-
utes West 100 feet to a point;
thence North 00 degrees 13 min-
utes West 439.1 feet to a point;
thence North 89 degrees 47 min-
utes East 100 feet to a point;
thence South 00 degrees 13 min-
utes East 439.1 feet to the point
of beginning.

WM SPECIALTY MORTGAGE, LLC

Arthur M. Stephens
STEPHENS, MILLIRONS,
HARRISON & GAMMONS, P.C.
P. O. Box 307
Huntsville, AL 35804
Attorney for Mortgagee

Press-Register
November 27
December 4, 2006

### NOTICE OF FORECLOSURE

Default having been made in the
payment of the indebtedness se-
cured by that certain Vendor's
Lien Deed dated November 4,
1996, from Brenda Woodard,
to BAY SHORE INVESTMENTS,
INC., which Vendor's Lien Deed
was recorded on November 15,
1996, in Real Property Book
4415, Page 0095, of the Real
Property records in the Office of
the Judge of Probate of Mobile
County, Alabama, which Vendor's
Lien was, together with the in-
debtedness secured thereby, and
the note evidencing the same,
duly transferred to ASSOCIATES
FINANCIAL SERVICES COMPA-
NY, INC., the undersigned has
elected to declare the entire in-
debtedness secured by the said
Vendor's Lien to be due and pay-
able as provided in said Vendor's
Lien Deed, and notice is hereby
given that pursuant to law and
the power of sale contained in
said Vendor's Lien Deed, the un-
dersigned will sell at public out-
cry, to the highest bidder for
cash, in front of the Public en-
trance door at the Mobile Gov-
ernment Plaza, 205 Government
Street to the Mobile County
Courthouse at Mobile, Alabama,
during the legal hours of sale on
the 12th day of December, 2006,
the following described real es-
tate, situated in Mobile County,
Alabama, to-wit:

Lots 4 and 5, Block 8, FAIROAKS
SUBDIVISION, according to the
plat thereof recorded in Map
Book 4, Pages 95-96 in the Office
of the Judge of Probate, Mobile
County, Alabama.

CITIFINANCIAL CORPORATION
216, LLC,
A DELAWARE LIMITED LIABILI-
TY COMPANY (SUCCESSOR BY REA-
SON OF MERGER WITH ASSOCIATES
FINANCIAL SERVICES COMPA-
NY, INC.)
Transferee

Arthur M. Stephens
STEPHENS, MILLIRONS,
HARRISON & GAMMONS, P.C.
Post Office Box 307
Huntsville, AL 35804
Attorney for Mortgagee

Press-Register
November 27
December 4, 2006

### NOTICE OF FORECLOSURE

Default having been made in the
payment of the indebtedness se-
cured by that certain mortgage
dated January 31, 2005, execut-
ed by LEANDER FOSTER SR., a
married man, to MORTGAGE
ELECTRONIC REGISTRATION
SYSTEMS, INC. ("MERS") solely
as nominee for HOMEGOLD
CAPITAL FUNDING, which mort-
gage was recorded on February
2, 2005, in Book 5723, Page 779,
of the mortgage records in the
Office of the Judge of Probate of
Mobile County, Alabama.

LASALLE BANK NATIONAL ASSO-
CIATION, AS TRUSTEE FOR
CERTIFICATEHOLDERS OF BEAR
STEARNS ASSET BACKED SECUR-
ITIES I LLC, ASSET-BACKED CER-
TIFICATES, SERIES 2005-HE4, as
assignee of the note secured by
said mortgage has elected to de-
clare the entire indebtedness

---

### 336 Legal Notices

---

## UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

In re:
Winn-Dixie Stores, Inc., et al.,
Reorganized Debtors.

Case No. 05-03817-3F1
Chapter 11
Jointly Administered

### NOTICE OF (A) ENTRY OF ORDER CONFIRMING PLAN OF REORGANIZATION, (B) OCCURRENCE OF EFFECTIVE DATE OF PLAN, AND (C) BAR DATES FOR FILING CLAIMS ARISING BEFORE EFFECTIVE DATE AND OTHER ADMINISTRATIVE CLAIMS

**TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST AND INTERESTS IN ANY OF THE FOLLOWING:** Winn-Dixie Stores, Inc., Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Super-markets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

1.  On November 9, 2006, the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Bankruptcy Court") entered its Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Confirmation Order"). Unless otherwise defined herein, capitalized terms used in this Notice shall have the meanings ascribed to such terms in the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated August 9, 2006, as modified by the First Modification to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated October 10, 2006 (together, the "Plan"). Copies of the Confirmation Order and the Plan may be obtained by accessing http://www.loganandco.com. The Plan became effective in accordance with its terms on November 21, 2006 (the "Effective Date"). All references in the Plan and the Confirmation Order to the Effective Date are to November 21, 2006.

2.  In accordance with Section 12.1 of the Plan, all requests for payment of an Administrative Claim or any Claim arising against the Debtors in the period between February 21, 2005 and November 21, 2006 (other than as set forth in Section 4.1(a), 12.1, 12.2, 12.3, 12.4, or 12.5 of the Plan) must be made by application filed with the Bankruptcy Court and served on counsel for the Reorganized Debtors and the Post-Effective Date Committee no later than January 5, 2007, which is the date forty five (45) days after the Effective Date. The filing of an application must be made via the Bankruptcy Court's electronic filing procedures (electronic filing is mandatory for all attorneys) or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202. The service of an application on counsel for the Reorganized Debtors must be made by delivery of a copy upon James Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, Fax: (904) 359-7708, E-mail: jpost@smithhulsey.com; and service of an application on counsel for the Post-Effective Date Committee must be made by delivery of a copy upon Matthew Barr, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Fax: (212) 822-5194, E-mail: mbarr@milbank.com. In the event that the Reorganized Debtors object to an application, the Bankruptcy Court will adjudicate the Allowed amount of such Administrative Claim. An Administrative Claim or any Claim arising against the Debtors in the period between February 21, 2005 and November 21, 2006 that is not asserted in an application filed and served no later than January 5, 2007 (other than as set forth in Section 4.1(a), 12.1, 12.2, 12.3, 12.4, or 12.5 of the Plan) shall be forever barred and deemed waived, and relinquished in full, and the Reorganized Debtors shall have no obligation to pay such Claim.

D. J. Baker
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square, New York, New York 10036

Stephen D. Busey
SMITH HULSEY & BUSEY
225 Water Street, Suite 1800, Jacksonville, Florida 32202

Co-Counsel for Reorganized Debtors

---

### 336 Legal Notices

HARRISON & GAMMONS, P.C.
P. O. Box 307
Huntsville, AL 35804
Attorney for Mortgagee

Press-Register
November 27
December 4, 2006

### NOTICE OF FORECLOSURE

Default having been made in the
payment of the indebtedness se-
cured by that certain mortgage
dated January 31, 2005, execut-
ed by LEANDER FOSTER SR., a
married man, to MORTGAGE
ELECTRONIC REGISTRATION
SYSTEMS, INC. ("MERS") solely
as nominee for HOMEGOLD
CAPITAL FUNDING, which mort-
gage was recorded on February
2, 2005, in Book 5723, Page 779,
of the mortgage records in the
Office of the Judge of Probate of
Mobile County, Alabama.

LASALLE BANK NATIONAL ASSO-
CIATION, AS TRUSTEE FOR
CERTIFICATEHOLDERS OF BEAR
STEARNS ASSET BACKED SECUR-
ITIES I LLC, ASSET-BACKED CER-
TIFICATES, SERIES 2005-HE4, as
assignee of the note secured by
said mortgage has elected to de-
clare the entire indebtedness

---

### 336 Legal Notices

North line of Section 28 a dis-
tance of 467.78 feet; thence run
South 52 degrees 14 minutes 25
seconds East and along the
North margin of a graded dirt
road a distance of 582.71 feet to
a point on the East line of the
West Half of the Northeast Quar-
ter of the Northwest Quarter of
said Section 28; thence run
North 01 degrees 08 minutes 37
seconds East and along said East
line a distance of 355.03 feet to
the point of beginning.

LESS AND EXCEPT that portion
conveyed to the County of Mobile
by deed recorded in Real Proper-
ty Book 5194, Page 808.

CHASE HOME FINANCE LLC
Transferee

The sale provided for
hereinabove was postponed or
the 14th day of November, 2006,
by public announcement being
made at the public entrance at
the Mobile Government Plaza,
205 Government Street, Mobile
County Courthouse, Mobile, Ala-
bama, during the legal hours of
sale. Said foreclosure sale shall
be held on the 19th day of De-
cember, 2006, at the public en-
trance to the Mobile Government
Plaza, 205 Government Street,
Mobile County Courthouse, Mo-
bile, Alabama, during the legal
hours of sale.

Arthur M. Stephens
STEPHENS, MILLIRONS,
HARRISON & GAMMONS, P.C.
P. O. Box 307
Huntsville, AL 35804
Attorney for Mortgagee

Press-Register
November 27
December 4, 2006

### NOTICE OF FORECLOSURE

Default having been made in the
payment of the indebtedness se-
cured by that certain mortgage
dated February 26, 1993, execut-
ed by HELEN BUSH, an unmar-
ried person, to ASSOCIATES FI-
NANCIAL SERVICES CORPORATION
OF ALABAMA, INC., which mort-
gage was recorded on March 3,
1993, in Real Property Book
4027, Page 744, of the mortgage
records in the Office of the
Judge of Probate of Mobile
County, Alabama, the under-
signed has elected to declare the
entire indebtedness secured by
the said mortgage to be due and
payable as provided in said mort-
gage, and notice is hereby given
that pursuant to law and the
power of sale contained in said
mortgage, the undersigned will
sell at public outcry, to the high-
est bidder for cash, in front of
the public entrance door at the
Mobile Government Plaza, 205
Government Street, at Mobile,
Alabama, during the legal hours
of sale on the 9th day of January,
2007, the following described real
estate, situated in Mobile
County, Alabama, to-wit:

Lot 244 as shown on plat of Ala-
bama Village, Prichard, Mobile
County, Alabama, formerly War
Housing Project "Alabama 1034"
by Ladd Engineering Company,
Fort Payne, Alabama, filed in the
Office of the Judge of Probate of
Mobile County, Alabama on May
7, 1957 recorded in Map Book 9,
Page 326.

CITIFINANCIAL CORPORATION,
LLC (A DELAWARE LIMITED LIA-
BILITY COMPANY) (SUCCESSOR
BY REASON OF MERGER WITH
CITIFINANCIAL CORPORATION
216, LLC) (SUCCESSOR BY REA-
SON OF MERGER WITH ASSOCI-
ATES FINANCIAL SERVICES
COMPANY OF ALABAMA, INC.)
Mortgagee

Arthur M. Stephens
STEPHENS, MILLIRONS,
HARRISON & GAMMONS, P.C.
P. O. Box 307
Huntsville, AL 35804
Attorney for Mortgagee

Press-Register
November 27
December 4, 2006

### NOTICE OF FORECLOSURE

Default having been made in the
payment of the indebtedness se-
cured by that certain mortgage
dated June 16, 2000, executed
by BOBBY EDWARD BROWN, sin-
gle man, to SYSTEMS & MORT-
GAGE COMPANY, LLC, which
mortgage was recorded on June
19, 2000, in Book 4847, Page
1193, of the mortgage records in
the Office of the Judge of Pro-
bate of Mobile County, Alabama,
which mortgage was, together
with the indebtedness secured
thereby, and the note evidencing
the same, duly transferred to
CITIMORTGAGE, INC. the under-
signed has elected to declare the
entire indebtedness secured by

---

### 336 Legal Notices

cured thereby, and the note evi-
dencing the same, duly transfer-
red to EMC MORTGAGE CORPO-
RATION, the undersigned has
elected to declare the entire in-
debtedness secured by the said
mortgage to be due and payable
as provided in said mortgage,
and notice is hereby given that
pursuant to law and the power of
sale contained in said mortgage,
the undersigned will sell at public
outcry, to the highest bidder for
cash, in front of the public en-
trance door at the Mobile Gov-
ernment Plaza, 205 Government
Street of Mobile, Alabama, dur-
ing the legal hours of sale on the
3rd day of January, 2007, the fol-
lowing described real estate, sit-
uated in Mobile County, Alabama,
to-wit:

Lot 69, Gulf Field Subdivision, ac-
cording to plat thereof recorded
in Map Book 6, Page 291 of the
records in the Office of the
Judge of Probate of Mobile
County, Alabama.

EMC MORTGAGE CORPORATION
Transferee

Arthur M. Stephens
STEPHENS, MILLIRONS,
HARRISON & GAMMONS, P.C.
P. O. Box 307
Huntsville, AL 35804
Attorney for Mortgagee

Press-Register
November 27
December 4, 2006

### NOTICE OF FORECLOSURE

Default having been made in the
payment of the indebtedness
secured by that certain mortgage
dated February 26, 1993, execut-
ed by HELEN BUSH, an unmar-
ried person, to ASSOCIATES FI-
NANCIAL SERVICES CORPORATION

---

### 336 Legal Notices

Arthur M. Stephens
STEPHENS, MILLIRONS,
HARRISON & GAMMONS, P.C.
P. O. Box 307
Huntsville, AL 35804
Attorney for Mortgagee

Press-Register
December 4, 11, 18, 2006

### NOTICE OF FORECLOSURE

Default having been made in the
payment of the indebtedness se-
cured by that certain mortgage
dated March 31, 1998, executed
by THOMAS B. BEALLE, III, an
unmarried man, to SOUTH
ALABAMA BANK, which mort-
gage was recorded on April 1,
1998, in Real Property Book
4569, Page 1008, of the mort-
gage records in the Office of the
Judge of Probate of Mobile
County, Alabama, which mort-
gage was, together with the in-
debtedness secured thereby, and
the note evidencing the same,
duly transferred to CHASE
MORTGAGE COMPANY the un-
dersigned has elected to declare
the entire indebtedness secured
by the said mortgage to be due
and payable as provided in said
mortgage, and notice is hereby
given that pursuant to law and
the power of sale contained in
said mortgage, the undersigned
will sell at public outcry, to the
highest bidder for cash, in front
of the public entrance at the Mo-
bile Government Plaza, 205 Gov-
ernment Street, Mobile County
Courthouse at Mobile, Alabama,
during the legal hours of sale on
the 3rd day of January, 2007, the
following described real es-
tate, situated in Mobile County,
Alabama, to-wit:

Beginning at a point on the East
line of South Julia Street 69.99
feet North of the Northeast cor-
ner of South Julia Street and
Brown Street; thence run East-
wardly 130.97 feet to a point,
which is 61.2 feet Northwardly
from Brown Street; thence with
an interior angle of 88 degrees
48 minutes 36 seconds run
Northwardly 47 feet to a point;
thence with an interior angle of
271 degrees 05 minutes 47 sec-
onds run Eastwardly 2 feet to a
point; thence with an interior an-
gle of 88 degrees 54 minutes 13
seconds run Northwardly 45.33
feet to a point; thence with an in-
terior angle of 91 degrees 05 min-
utes 57 seconds run
Westwardly 132 feet to a point
on the East line of South Julia
Street; thence with an interior
angle of 90 degrees 00 minutes
22 seconds run Southwardly 50
feet along said East line of South
Julia Street to the point of begin-
ning. Being a part of Lots 9 and
10, Block 2, Davis-Oates Subdivi-
sion, according to map thereof
recorded in Deed Book 156 N.S.,
Pages 425-453, Probate Court
Records, Mobile County, Ala-
bama.

CHASE HOME FINANCE LLC SUC-
CESSOR
BY MERGER TO CHASE MANHAT-
TAN
MORTGAGE CORPORATION SUC-
CESSOR
BY MERGER WITH CHASE MORT-
GAGE
COMPANY
Transferee

Arthur M. Stephens
STEPHENS, MILLIRONS,
HARRISON & GAMMONS, P.C.
P. O. Box 307
Huntsville, AL 35804
Attorney for Mortgagee

Press-Register
December 4, 11, 18, 2006

### NOTICE OF FORECLOSURE

Default having been made in the
payment of the indebtedness se-
cured by that certain mortgage
dated June 16, 2000, executed
by BOBBY EDWARD BROWN, sin-
gle man, to SYSTEMS & MORT-
GAGE COMPANY, LLC, which

---

### 336 Legal Notices

#### NOTICE O

Default havin
payment of th
cured by th
dated April 5
by MARCUS S
Texas, Inc.,
person, to
TRONIC RE
SYSTEMS, INC.
nominee for
PARTNERS, I
SHIP, which
corded on Ap
5765, Page 2
records in th
Judge of
County, Alab
NATIONAL A
TRUSTEE
CERTIFICATE
STEARNS AS
ITIES I LLC,
assignee of
said mortgag
clare the ent
cured by the
due and pay
said mortgag
hereby given
law and the
sale containe
the undersig
public outcry,
der for cash
public entran
bile Governm
Government S
County Courth
bama, during
sale on the
2007, the foll
real estate,
County, Alaba
Lot 9, Block
dition, accord
in Map Book
the records in
the Judge of
bile County, A

NATIONAL
TRUSTEE
("MERS" S
ASSET BA
CIATION
CERTIFICA
STEARNS AS
ITIES I LLC,
Mortgagee

Arthur M. S
STEPHENS,
HARRISON &
P. O. Box 307
Huntsville, A
Attorney for M

Press-Register
December 4, 1

#### NOTICE OF

Default havin
payment of th
cured by th
dated Novem
by ROBERT
BROCKLY, to
SECURITY
Government S
Mobile, Alab
gal hours of
described real
Mobile County

Lot 9, Blk
Mapp Book
Records, in t
the Judge of
Mobile County

Arthur M. S

**EXHIBIT Q**

AFFIDAVIT OF PUBLICATION

## THE BIRMINGHAM NEWS COMPANY

### PUBLISHERS OF
# THE BIRMINGHAM NEWS

PASTE CLIPPING HERE

---

UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

In re:      Case No. 05-03817-3F1
Winn-Dixie Stores, Inc., et al.,    Chapter 11
Reorganized Debtors.     Jointly Administered

**NOTICE OF (A) ENTRY OF ORDER CONFIRMING PLAN OF REORGANIZATION, (B) OCCURRENCE OF EFFECTIVE DATE OF PLAN, AND (C) BAR DATES FOR FILING CLAIMS ARISING BEFORE EFFECTIVE DATE AND OTHER ADMINISTRATIVE CLAIMS**

**TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST AND INTERESTS IN ANY OF THE FOLLOWING:** Winn-Dixie Stores, Inc., Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

1. On November 9, 2006, the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Bankruptcy Court") entered its Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Confirmation Order"). Unless otherwise defined herein, capitalized terms used in this Notice shall have the meanings ascribed to such terms in the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated August 9, 2006, as modified by the First Modification to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated October 10, 2006 (together, the "Plan"). Copies of the Confirmation Order and the Plan may be obtained by accessing http://www.loganandco.com. The Plan became effective in accordance with its terms on November 21, 2006 (the "Effective Date"). All references in the Plan and the Confirmation Order to the Effective Date are to November 21, 2006.

2. In accordance with Section 12.1 of the Plan, all requests for payment of an Administrative Claim or any Claim arising against the Debtors in the period between February 21, 2005 and November 21, 2006 (other than as set forth in Section 4.1(a), 12.1, 12.2, 12.3, 12.4, or 12.5 of the Plan) must be made by application filed with the Bankruptcy Court and served on counsel for the Reorganized Debtors and the Post-Effective Date Committee no later than January 5, 2007, which is the date forty-five (45) days after the Effective Date. The filing of an application must be made via the Bankruptcy Court's electronic filing procedures (electronic filing is mandatory for all attorneys) or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202. The service of an application on counsel for the Reorganized Debtors must be made by delivery of a copy upon James Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, Fax: (904) 359-7708, E-mail: jpost@smithhulsey.com; and service of an application on counsel for the Post-Effective Date Committee must be made by delivery of a copy upon Matthew Barr, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Fax: (212) 822-5194, E-mail: mbarr@milbank.com. In the event that the Reorganized Debtors object to an application, the Bankruptcy Court shall determine the Allowed amount of such Administrative Claim. An Administrative Claim or any Claim arising against the Debtors in the period between February 21, 2005 and November 21, 2006 that is not asserted in an application filed and served no later than January 5, 2007 (other than as set forth in Section 4.1(a), 12.1, 12.2, 12.3, 12.4, or 12.5 of the Plan) shall be forever barred and deemed waived and relinquished in full, and the Reorganized Debtors shall have no obligation to pay such Claim.

D. J. Baker
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square, New York, New York 10036

Stephen D. Busey
SMITH HULSEY & BUSEY
225 Water Street, Suite 1800, Jacksonville, Florida 32202
Co-Counsel for Reorganized Debtors

4422824

---

On this **4** day of **Dec**

A.D. Two Thousand, and Six, Randy S. Crayne

declares that he is the Billing Manager of "The Birmingham News" published in the City of Birmingham, in the County of Jefferson, in the State of Alabama, and that the advertisement, a true copy of which is herewith attached, appeared in "The Birmingham News" on the following dates:

_____

12-4-06

_____

_____

Signed- Randy S. Crayne

State of Alabama
County of Jefferson

On **12-4**, 20 **06**, Randy S. Crayne personally appeared before me, who is personally known to me to be the signer of the above document, and he acknowledged that he signed it.

Eunice Spitzley     Notary Public

MY COMMISSION EXPIRES JANUARY 23, 2008

4422824

**EXHIBIT R**

**STATE OF MISSISSIPPI,**
**COUNTY OF LAUDERDALE**
**CITY OF MERIDIAN**

I, _Susan Aude_, Clerk of The Meridian Star, a newspaper
published daily at Meridian, Mississippi, do solemnly swear that a copy of this
notice, as per clipping attached, was published once a week for ___1___ weeks
in the regular and entire issue of said newspaper, and not in any supplement
thereof, to-wit:
in the issue dated _Dec. 4_, 20_06_, and in the issue dated _____
_____, 20__, and in the issue dated _____, 20__.

_Susan Aude_

Clerk

Sworn to and subscribed before me, this the ___4th___ day of
_____ 20_06_

_Notary Public_

1942 See Code, Sec. 1758

Graphic Printers • Meridian

## AUTOS FOR SALE

2004 GMC Yukon SLT 4x4, white w/tan leather, sun roof, DVD, Bose system, XM, 3rd row seating, 78,000 miles. New tires. 1 Owner. Excellent condition. $22,995.
601-479-1267

2004 Toyota 4 Runner, Sport Edition, V8, moon roof, towing pkg., 1 owner, exc. cond., $21,500.
Phone (601)604-0554

2002 Toyota Tacoma SR5, Crew Cab, auto, 4WD, power, tilt, cruise, towing pkg., 91K mi., V6, $16,350. 1999 Toyota Tacoma PreRunner, SR5, Xtra cab, 4 cyl. auto, power, tilt, cruise, 91,860 mi., $8,900. 601-693-6693. 938-6439

1995 Toyota Tacoma 4x4, Red, Ext. Cab Auto, 138,000 miles. 4 cylinder. $6,500.
601-604-4828
wrwedge@hotmail.com for pics.

## LOOK!
1995 Chevy Tahoe, 2 dr, Z71, Super super nice! $4,900.
601-527-0384

## LOOK!
2001 Jeep Cherokee 4x4, only 85K miles, book value $10,600, asking $6,900.
601-527-0384

Price reduced— must sale!
2004 Chevy Silverado Ext. Cab, Z71 4WD 5.3 V8, auto trans, dual A/C controls, keyless entry, new tires. 40k mi. CD player, cruise, sprayed-in bed liner, asking $18,200
601-227-0872

## 825 MOTORCYCLES

*1982 Kawasaki KZ440 LTD $750.
Prices good only thru 12/16/06 (601)483-2118

*1975 Harley FLH $8,500
Prices good only thru 12/16/06 (601)483-2118

*2004 Honda VTX 1300 $5500
Prices good only thru 12/16/06 (601)483-2118

2006 Suzuki GSX 600 Black Asking $5,000
205-398-3695 lv msg.

I REALTY
83-3384
nrealtyms.com

AUTOS FOR SALE
lution:
your onions

k Honda Accldan, 1 owner. manual trans. 28mpg /city ond. $3200 616-4147

oyota Camry 00 miles. Navy. t condition.
601-693-0141

LS SPECIAL your car, truck, motorcycle, ng on wheels plays $31 lassified dept. 693-1551 ce your ad

5 Taurus ent Condition igine work. Best ar at Meridian rake, corner of ue & B Street. 1250, 934-0747

as Saver VW Jetta VE charcoal gray, c transmission, impact air bags 7,500 (neg) 1-938-0087

uick LeSabre n - 62,000 miles. lent condition. Color. $15,000. 1-527-4691

onda Accord nice tep side,SW8, V8 Malibu, extra nice a Maxima, nice Carlo, 2dr, nice nzm Grand Caravan r XLT, V6, auto Grand Prix, nice les 300 diesel Altima $3495 ck 601-483-2254 corner of North St. & PS Drive

CARS CHEAP d Credit ok. pply on line igcardeals.com

NEED SOME EXTRA SPACE?
Placing a classified ad is an easy and affordable way to clean out your clutter by presenting your unwanted items to hundreds of potential buyers. What are you waiting for? Contact us today and start turning the stuff you don't want into something you do want CASH!

GET THINGS MOVING WITH THE CLASSIFIEDS!
The Meridian Star CLASSIFIEDS
601-693-1551



## 899 LEGALS

IN THE CHANCERY COURT OF LAUDERDALE COUNTY THE STATE OF MISSISSIPPI
IN THE MATTER OF THE ESTATE OF DELOIS A. BAILEY CAUSE NO. 03-623-M
KEVIN BAILEY AND CHRISTAL BAILEY          PETITIONERS
TO: THE HEIRS AT LAW OF DELOIS BAILEY, DECEASED
SUMMONS
(Service by Publication, Residence Unknown)
You have been made a Defendant in the lawsuit filed in this Court by the Estate of Delois A. Bailey, Kevin Bailey and Christal Bailey, Petitioners.
The Complaint filed against you has initiated a civil action. The object of the Complaint is to Adjudicate the Heirs at Law and Wrongful Death Beneficiaries Delois Bailey, grant the relief prayed for the Petitioners and to grant any fees, Court costs, attorney's fees, and related relief incurred in the administration of this Estate.
You are summoned to appear and defend against the Petition filed against you in this action at 8:00 o'clock, A.M. on the 21st day of December, 2006, in the courtroom of the Lauderdale County Courthouse at Meridian, Mississippi, and in case of your failure to appear and defend a judgment will be entered against you for the money and other things demanded in the Complaint.
You are not required to file an answer or other pleading but you may do so if you desire.
Issued under my hand and the seal of said Court, this 17th day of November, 2006.
Ann Wilson Hayes
Chancery Clerk of Lauderdale County, Mississippi
410 Constitution Avenue
Meridian, MS 39301
By: Cerienza Grace, DC
Deputy Clerk

(Seal)
READY & ASSOCIATES, ATTORNEYS
517 23rd Avenue
PO Box 927
Meridian MS 39302-0927
601-693-6678
Fax 601-693-1485
William E. Ready Bar No. 4677
11/20, 11/27, 12/4/06

CIVIL SERVICE COMMISSION
BY: JOHN WATTS, CHAIRPERSON
11/29, 12/4/2006

SUBSTITUTED TRUSTEE'S NOTICE OF SALE
WHEREAS, Alicia Michelle Brown, Willie James Brown, Jr., and Jamilia Laquan Brown became justly indebted unto Community Bank, Meridian, Mississippi, and to secure said indebtedness they executed a certain deed of trust dated January 21, 2004, to Robert D. Huff, trustee for Community Bank, Meridian, Mississippi, which deed of trust is of record in the office of the Chancery Clerk of Lauderdale County, Mississippi, in Book 1977 at page 055; said deed of trust conveying in trust the hereinafter described property; and
WHEREAS, Community Bank, Meridian, Mississippi substituted Ronnie L. Walton as trustee in the place of Robert D. Huff, the said substitution being made in an instrument dated November 6, 2006, and recorded in the aforesaid Chancery Clerk's office in Book 2195 at page 258, said instrument appointing the undersigned as substituted trustee in the aforesaid deed of trust by virtue of the authority contained therein and granting to the said substituted trustee full power in said deed of trust, together with all of the rights, title and privileges thereunto belonging; and
WHEREAS, a default has been made in the payment of the said indebtedness; and
WHEREAS, Community Bank, Meridian, Mississippi has directed the undersigned to execute this trust in accordance with the terms of the deed of trust aforesaid;
NOW, THEREFORE, I, Ronnie L. Walton, Substituted Trustee in said deed of trust, will, within legal hours on the 11th day of December, 2006, at the West front door of the County Courthouse of Lauderdale County, Mississippi, at Meridian, Mississippi, offer for sale and sell at public auction and outcry to the highest bidder for cash the following described land and property situated in the County of Lauderdale, State of Mississippi, to-wit:
Lot 286 of and according to Dalewood Shore Lakes Subdivision #3 a subdivision located in Lauderdale County, Mississippi, as plat located in Map Book 5 at Page 71 of the office of the Chancery Clerk of Lauderdale County, Mississippi.
INDEXING INSTRUCTIONS: Lot 286 of and according to Dalewood Shore Lakes Subdivision in Lauderdale County, Mississippi.
I will convey only such title as is vested in me as substituted trustee.
WITNESS my signature this the 20th day of November, 2006.
RONNIE L. WALTON
SUBSTITUTED TRUSTEE
Glover, Young, Walton & Simmons, PLLC
Post Office Box 5514
Meridian, Mississippi 39302-5514
(601)693-1301
MS Bar No. 6933
Nov. 20, 27, Dec. 4, 2006

CALL TO SUBSCRIBE
601-693-1551

UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION
In re:                                    Case No. 05-03817-3F1
Winn-Dixie Stores, Inc., et al.,          Chapter 11
Reorganized Debtors.                      Jointly Administered

NOTICE OF (A) ENTRY OF ORDER CONFIRMING PLAN OF REORGANIZATION, (B) OCCURRENCE OF EFFECTIVE DATE OF PLAN, AND (C) BAR DATES FOR FILING CLAIMS ARISING BEFORE EFFECTIVE DATE AND OTHER ADMINISTRATIVE CLAIMS

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST AND INTERESTS IN ANY OF THE FOLLOWING: Winn-Dixie Stores, Inc., Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

1. On November 9, 2006, the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Bankruptcy Court") entered its Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Confirmation Order"). Unless otherwise defined herein, capitalized terms used in this Notice shall have the meanings ascribed to such terms in the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated August 9, 2006, as modified by the First Modification to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated October 30, 2006 (together, the "Plan"). Copies of the Confirmation Order and the Plan may be obtained by accessing http://www.loganandco.com. The Plan became effective in accordance with its terms on November 21, 2006 (the "Effective Date"). All references in the Plan and the Confirmation Order to the Effective Date are to November 21, 2006.

2. In accordance with Section 12.1 of the Plan, all requests for payment of an Administrative Claim (or any Claim arising against the Debtors in the period between February 21, 2005 and November 21, 2006, (other than as set forth in Section 4.1(a), 12.1, 12.2, 12.3, 12.4, or 12.5 of the Plan) must be made by application filed with the Bankruptcy Court and served on counsel for the Reorganized Debtors and the Post-Effective Date Committee no later than January 5, 2007, which is the date forty-five (45) days after the Effective Date. The filing of an application must be made via the Bankruptcy Court's electronic filing procedures (electronic filing is mandatory for all attorneys) or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202. The service of an application on counsel for the Reorganized Debtors must be made by delivery of a copy upon James Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202; Fax: (904) 359-7708, E-mail: jpost@smithhulsey.com; and service of an application on counsel for the Post-Effective Date Committee must be made by delivery of a copy upon Matthew Barr, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Fax: (212) 822-5194, E-mail: mbarr@milbank.com. In the event that the Reorganized Debtors object to an application, the Bankruptcy Court shall determine the Allowed amount of such Administrative Claim. An Administrative Claim or any Claim arising against the Debtors in the period between February 21, 2005 and November 21, 2006 that is not asserted in an application filed and served no later than January 5, 2007 (other than as set forth in Section 4.1(a), 12.1, 12.2, 12.3, 12.4, or 12.5 of the Plan) shall be forever barred and deemed waived and relinquished in full, and the Reorganized Debtors shall have no obligation to pay such Claim.

D. J. Baker
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square, New York, New York 10036

Stephen D. Busey
SMITH HULSEY & BUSEY
225 Water Street, Suite 1800, Jacksonville, Florida 32202
Co-Counsel for Reorganized Debtors

Find the familiar phrase, saying or name in this arrangement of letters.

L
YOUR
NO
KNOW

REE

**EXHIBIT S**

# PROOF OF PUBLICATION

STATE OF MISSISSIPPI
COUNTY OF HARRISON

Before me, the undersigned Notary of Harrison County, Mississippi personally appeared _Ashley Benkfield_ who, being by me first duly sworn, did depose and say that she is a clerk of ___The Sun Herald___, a newspaper published in the city ___Gulfport___, in Harrison County, Mississippi, and the publication of the notice, a copy of which is hereto attached, has been made in said paper ___1___ times in the following numbers and on the following dates of such paper, viz:

Vol. _123_ No., _02_ dated _4_ day of _December_ 20 _06_

Vol. _____ No., _____ dated _____ day of_____ , 20 ____

Vol. _____ No., _____ dated _____ day of_____ , 20 ____

Vol. _____ No., _____ dated _____ day of_____ , 20 ____

Vol. _____ No., _____ dated _____ day of_____ , 20 ____

Vol. _____ No., _____ dated _____ day of_____ , 20 ____

Vol. _____ No., _____ dated _____ day of_____ , 20 ____

Affiant further states on oath that said newapaper has been established and published continuously in said country for a period of more than twelve months next prior to the first publication of said notice.

Clerk

Sworn to and subscribed before me this _13_ day of _December_ , A.D., 20 _06_

Karen Shook
Notary Public

Commission Expires on:
October 15, 2007

Printer's Fee ..................................................... $_____

Furnishing proof of publication ........................ $_____

TOTAL................................................ $_____

UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

In re: Winn-Dixie Stores, Inc., et al. Reorganized Debtors.

Case No. 05-03817-3F1 Chapter 11 Jointly Administered

NOTICE OF (A) ENTRY OF ORDER CONFIRMING PLAN OF REORGANIZATION, (B) OCCURRENCE OF EFFECTIVE DATE OF PLAN, AND (C) BAR DATES FOR FILING CLAIMS ARISING BEFORE EFFECTIVE DATE AND OTHER ADMINISTRATIVE CLAIMS

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST AND INTERESTS IN ANY OF THE FOLLOWING: Winn-Dixie Stores, Inc., Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

1. On November 9, 2006, the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Bankruptcy Court") entered its Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Confirmation Order"). Unless otherwise defined herein, capitalized terms used in this Notice shall have the meanings ascribed to such terms in the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated August 9, 2006, as modified by the First Modification to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated October 10, 2006 (together, the "Plan"). Copies of the Confirmation Order and the Plan may be obtained by accessing http://www.loganandco.com. The Plan became effective in accordance with its terms on November 21, 2006 (the "Effective Date"). All references in the Plan and the Confirmation Order to the Effective Date are to November 21, 2006.

2. In accordance with Section 12.1 of the Plan, all requests for payment of an Administrative Claim or any Claim arising against the Debtors in the period between February 21, 2005 and November 21, 2006 (other than as set forth in Section 4.1(a), 12.1, 12.2, 12.3, 12.4, or 12.5 of the Plan) must be made by application filed with the Bankruptcy Court and served on counsel for the Reorganized Debtors and the Post-Effective Date Committee no later than January 5, 2007, which is the date forty-five (45) days after the Effective Date. The filing of an application must be made via the Bankruptcy Court's electronic filing procedures (electronic filing is mandatory for all attorneys) or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202. The service of an application on counsel for the Reorganized Debtors must be made by delivery of a copy upon James Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, Fax (904) 359-7708, E-mail: jpost@smithhulsey.com; and service of an application on counsel for the Post-Effective Date Committee must be made by delivery of a copy upon Matthew Barr, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Fax (212) 822-5194, E-mail: mbarr@milbank.com. In the event that the Reorganized Debtors object to an application, the Bankruptcy Court shall determine the Allowed amount of such Administrative Claim. An Administrative Claim or any Claim arising against the Debtors in the period between February 21, 2005 and November 21, 2006 that is not asserted in an application filed and served no later than January 5, 2007 (other than as set forth in Section 4.1(a), 12.1, 12.2, 12.3, 12.4, or 12.5 of the Plan) shall be forever barred and deemed waived and relinquished in full, and the Reorganized Debtors shall have no obligation to pay such Claim.

D. J. Baker
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square, New York, New York 10036

Stephen D. Busey
SMITH HULSEY & BUSEY
225 Water Street, Suite 1800, Jacksonville, Florida 32202

Co-Counsel for Reorganized Debtors