## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Reorganized Debtors. [1] | Jointly Administered |

### AGREED ORDER WITHDRAWING CLAIM NUMBER 12758 FILED BY US BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, AS SET FORTH IN THE DEBTORS' TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION

This cause originally came before the Court for hearing upon the Twenty-Fourth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on the Exhibits to the Objection.[2] A response to the Objection was filed by US Bank National Association, as successor indenture trustee under that certain Indenture of Mortgage from Commonwealth Avenue Warehouse, Inc., as grantor, to Bank of New England Trust Company, National Association, and F.W. Kawam as Trustees, dated as of June 20, 1986, as amended on November 1, 1987 ("US Bank"), as a result of which the Debtors agreed to continue the Objection with respect to claim no. 12758 filed by US Bank, among others.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

Claim no. 12758 arose from amounts allegedly owed under a non-residential real property lease for property located at 523 Commonwealth Avenue, Jacksonville, Florida (the "Lease").  A related rejection damage claim for amounts allegedly owed under the Lease had been filed by FT-WD Property, LLC as claim no. 12493 (the "Landlord Claim").  The Landlord Claim was ultimately allowed in a reduced amount by the Fifteenth Omnibus Claims Objection Order dated August 24, 2006.

On November 16, 2006, the Court entered an order (Docket No. 12660) sustaining the Objection as to the proofs of claim listed on the exhibits to the order and continuing the hearing on the Objection as to claim no. 12758 and other unsecured claims.

Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1.      In light of the prior disposition of the Landlord Claim, Claim no. 12758 filed by US Bank is withdrawn in its entirety.

3.      The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 22 day of January, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY

By _/s/ James H. Post_____
     James H. Post

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

-and-

SKADDEN, ARPS, SLATE,
MEAGHER
& FLOM LLP

D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Co-Counsel for Reorganized Debtors


WALLER LANSDEN DORTCH &
DAVIS, LLP

By _/s/ David E. Lemke*_____
     David E. Lemke
     Robert J. Welhoelter

Nashville City Center
511 Union Street, Suite 2700
Nashville, TN  37219
(615) 244-6380
(615) 244-6804 (facsimile)

Counsel for US Bank National Association,
as Indenture Trustee


* Counsel has authorized his electronic signature

3