UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,   Case No.: 3:05-bk-03817-JAF

    Debtors.   Chapter 11

    Jointly Administered

_____/

## NOTICE OF FILING

The Official Committee of Unsecured Creditors appointed in the above-captioned cases of Winn-Dixie Stores, Inc. and its affiliated debtors and debtors in possession hereby gives notice of the filing of the attached Sixth Interim and Final Application of Houlihan Lokey Howard & Zukin Capital, Inc. as Financial Advisor for the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Interim Period October 1, 2006 through and including November 21, 2006 and Final Period March 3, 2005 through and including November 21, 2006.

Dated: January 22, 2007.

    AKERMAN SENTERFITT

    By: /s/ John B. Macdonald
        John B. Macdonald
        Florida Bar No.: 230340
        E-mail: john.macdonald@akerman.com
        50 N. Laura St., Suite 2500
        Jacksonville, FL 32202
        Telephone: (904) 798-3700
        Facsimile: (904) 798-3730

    Co-Counsel for the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al.

{JA306344;1}