# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
|       Reorganized Debtors. | ) | Jointly Administered |

## NOTICE OF FILING

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates, as reorganized debtors, give notice of filing the attached Sixth Interim and Final Application of Skadden, Arps, Slate, Meagher & Flom LLP for Allowance of Fees and Expenses for the period from February 21, 2005 through November 21, 2006.

Dated:  January 22, 2007

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By ___*s/ D. J. Baker*___
    D. J. Baker
    Sally McDonald Henry
    Rosalie Walker Gray

Four Times Square
New York, New York 10036
(212) 735-3000
(917) 777-2150 (facsimile)
djbaker@skadden.com

Co-Counsel for Reorganized Debtors

SMITH HULSEY & BUSEY

By ___*s/ Cynthia C. Jackson*___
    Stephen D. Busey
    James H. Post
    Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Reorganized Debtors

00554868

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

In re:                                                  )    Case No. 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,                        )    *Chapter 11*

Debtors.[1]                                              )    Jointly Administered

## SUMMARY OF SIXTH INTERIM APPLICATION OF SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (OCTOBER 1, 2006 THROUGH NOVEMBER 21, 2006) AND FINAL APPLICATION OF SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FEBRUARY 21, 2005 THROUGH NOVEMBER 21, 2006)

| | |
|---|---|
| Name of applicant: | Skadden, Arps, Slate, Meagher & Flom LLP |
| Authorized to provide professional services to: | Winn-Dixie Stores, Inc., et al., Debtors |
| Date of retention: | February 21, 2005, Petition Date |

*Sixth Interim Application:*

| | |
|---|---|
| Period for which compensation and reimbursement are sought: | 10/01/06 – 11/21/06 |
| Amount of compensation sought as actual, reasonable, and necessary: | $2,154,834.50 |
| Amount of reimbursement sought as actual, reasonable, and necessary: | $41,352.70 |
| Amount of compensation paid/to be paid as actual, reasonable, and necessary: | $1,723,867.60 |
| Amount of reimbursement paid/to be paid as actual, reasonable, and necessary: | $41,352.70 |
| Total amount of holdback fees sought: | $430,966.90 |
| This is: | X  an Interim Application    __ a Final Application |

*Final Application:*

| | |
|---|---|
| Period for which compensation and reimbursement are sought: | 02/21/05 – 11/21/06 |
| Amount of compensation sought as actual, reasonable, and necessary: | $18,501,989.75 |
| Amount of reimbursement sought as actual, reasonable, and necessary: | $486,975.98 |
| This is: | __ an Interim Application    X  a Final Application |

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases:  Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Summary of monthly statements:

| DATE SUBMITTED/ PERIOD COVERED | TOTAL FEES REQUESTED | TOTAL EXPENSES REQUESTED | FEES PAID/ TO BE PAID (80%) | EXPENSES PAID/TO BE PAID (100%) | HOLDBACK FEES TO BE SOUGHT |
|---|---|---|---|---|---|
| May 24, 2005 First Monthly 02/21/05 – 02/28/05 | $226,065.50 | $2,790.83 | $180,852.40 | $2,790.83 | $45,213.10 |
| May 23, 2005 Second Monthly 03/01/05 – 03/31/05 | $1,602,540.00[2] | $87,053.45 | $1,282,032.00 | $87,053.45 | $320,508.00 |
| June 17, 2005 Third Monthly 04/01/05 – 04/30/05 | $1,212,305.50 | $54,639.91 | $969,844.40 | $54,639.91 | $242,461.10 |
| **Interim Subtotal[3]** | **$3,012,628.00** | **$144,484.19** | **$2,432,728.80** | **$144,484.19** | **$608,182.20** |
| September 13, 2005 Fourth Monthly 05/01/05 – 05/31/05 | $1,157,668.00 | $25,844.71 | $926,134.40 | $25,844.71 | $231,533.60 |
| September 13, 2005 Fifth Monthly 06/01/05 – 06/30/05 | $1,001,608.00 | $34,312.07 | $801,286.40 | $34,312.07 | $200,321.60 |
| October 25, 2005 Sixth Monthly 07/01/05 – 07/31/05 | $658,542.50 | $40,860.71 | $526,834.00 | $40,860.71 | $131,708.50 |
| October 28, 2005 Seventh Monthly 08/01/05 – 08/31/05 | $663,027.00 | $30,805.51 | $530,421.60 | $30,805.51 | $132,605.40 |
| November 9, 2005 Eighth Monthly 09/01/05 – 09/30/05 | $677,167.00 | $13,232.82 | $541,733.60 | $13,232.82 | $135,430.40 |
| **Interim Subtotal** | **$4,158,012.50** | **$145,055.82** | **$3,326,410.00** | **$145,055.82** | **$831,599.50** |
| December 5, 2005 Ninth Monthly 10/01/05 – 10/31/05 | $445,878.00 | $7,869.83 | $356,702.40 | $7,869.83 | $89,175.60 |
| December 20, 2005 Tenth Monthly 11/01/05 – 11/30/05 | $410,747.50 | $7,023.24 | $328,598.00 | $7,023.24 | $82,149.50 |
| January 30, 2006 Eleventh Monthly 12/01/05 – 12/31/05 | $443,190.00 | $11,280.88 | $354,552.00 | $11,280.88 | $88,638.00 |
| March 1, 2006 Twelfth Monthly 01/01/06 – 01/31/06 | $603,701.00 | $13,812.23 | $482,960.80 | $13,812.23 | $120,740.20 |
| **Interim Subtotal** | **$1,903,516.50** | **$39,986.18** | **$1,522,813.20** | **$39,986.18** | **$380,703.30** |
| June 6, 2006 Thirteenth Monthly 02/01/06 – 02/28/06 | $695,695.50 | $15,893.03 | $556,556.40 | $15,893.03 | $139,139.10 |
| June 26, 2006 Fourteenth Monthly 03/01/06 – 03/31/06 | $820,266.50 | $10,640.68 | $656,213.20 | $10,640.68 | $164,053.30 |

---

[2]    Subsequently, Skadden, Arps voluntarily made a reduction in the fees requested in the amount of $28,283.00, reflecting the amount previously charged for non-working travel time.

[3]    The total takes into account the adjustment described in Note 2, above.

| DATE SUBMITTED/ PERIOD COVERED | TOTAL FEES REQUESTED | TOTAL EXPENSES REQUESTED | FEES PAID/ TO BE PAID (80%) | EXPENSES PAID/TO BE PAID (100%) | HOLDBACK FEES TO BE SOUGHT |
|---|---|---|---|---|---|
| July 7, 2006 Fifteenth Monthly 04/01/06 – 04/30/06 | $782,708.50 | $15,186.75 | $626,166.80 | $15,186.75 | $156,541.70 |
| July 18, 2006 Sixteenth Monthly 05/01/06 – 05/31/06 | $856,190.50 | $17,597.96 | $684,952.40 | $17,597.96 | $171,238.10 |
| **Interim Subtotal** | **$3,154,861.00** | **$59,318.42** | **$2,523,888.80** | **$59,318.42** | **$630,972.20** |
| September 20, 2006 Seventeenth Monthly 06/01/06 – 06/30/06 | $1,148,763.50 | $11,894.71 | $919,010.80 | $11,894.71 | $229,752.70 |
| October 20, 2006 Eighteenth Monthly 07/01/06 – 07/31/06 | $884,712.00 | $15,870.45 | $707,769.60 | $15,870.45 | $176,942.40 |
| October 31, 2006 Nineteenth Monthly 08/01/06 – 08/31/06 | $1,037,826.50 | $15,462.79 | $830,261.20 | $15,462.79 | $207,565.30 |
| November 22, 2006 Twentieth Monthly 09/01/06 – 09/30/06 | $1,050,738.50 | $13,779.23 | $840,590.80 | $13,779.23 | $210,147.70 |
| **Interim Subtotal** | **$4,122,040.50** | **$57,007.18** | **$3,297,632.40** | **$57,007.18** | **$824,408.10** |
| January 3, 2007 Twenty-First Monthly 10/01/06 – 10/31/06 | $1,316,485.00 | $34,564.52 | $1,053,188.00 | $34,564.52 | $263,297.00 |
| January 22, 2007 Twenty-Second Monthly 11/01/06 – 11/21/06 | $838,408.00 | $6,788.18 | $670,726.40 | $6,788.18 | $167,681.60 |
| **Interim Subtotal*** | **$2,154,834.50** | **$41,352.70** | **$1,723,867.60** | **$41,352.70** | **$430,966.90** |
| **Grand Totals for Final Fee Application**** | **$18,501,989.75** | **$486,975.98** | **$14,801,591.80** | **$486,975.98** | **$3,700,397.95** |

Summary of interim applications:

| DATE FILED/ PERIOD COVERED | TOTAL FEES REQUESTED | TOTAL EXPENSES REQUESTED | TOTAL FEES ALLOWED | TOTAL EXPENSES ALLOWED | TOTAL FEES/EXPENSES DISALLOWED |
|---|---|---|---|---|---|
| July 16, 2005 First Interim 02/21/05 – 04/30/05 | $3,012,628.00 | $144,484.19 | $3,012,628.00 | $144,484.19 | $0.00 |
| November 11, 2005 Second Interim 05/01/05 – 09/30/05 | $4,158,012.50 | $145,055.82 | $4,158,012.50 | $145,055.82 | $0.00 |
| March 17, 2006 Third Interim 10/01/05 – 1/31/06 | $1,903,516.50 | $39,986.18 | $1,903,516.50 | $39,986.18 | $0.00 |
| July 21, 2006 Fourth Interim 02/1/06 – 05/31/06 | $3,154,861.00 | $59,318.42 | $3,154,861.00 | $59,318.42 | $0.00 |
| November 22, 2006 Fifth Interim 06/1/06 – 09/30/06 | $4,122,040.50 | $57,007.18 | $4,122,040.50 | $57,007.18 | $0.00 |
| January 22, 2007 Sixth Interim* 10/1/06 – 11/21/06 | $2,154,834.50 | $41,352.70 | N/A | N/A | N/A |

* Includes credit of $58.50.  See infra at v.

** Includes reduction in fees of $3,903.25 and expenses of $228.51 agreed to by Skadden, Arps in connection with the Fee Examiner process on Skadden, Arps' First through Fourth Applications.

**Skadden, Arps, Slate, Meagher & Flom LLP**

**SIXTH INTERIM CUMULATIVE TIME SUMMARY**
**(OCTOBER 1, 2006 THROUGH NOVEMBER 21, 2006)**

| NAME | YEAR OF ADMISSION | RATE | HOURS | AMOUNT |
|------|------------------|------|-------|--------|
| **PARTNERS** | | | | |
| D. J. (Jan) Baker | 1973 | $875 | 192.40 | $168,350.00 |
| Ronald C. Barusch | 1978 | 845 | 179.30 | 151,508.50 |
| Sally McDonald Henry | 1983 | 790 | 155.60 | 122,924.00 |
| Peter J. Neckles | 1978 | 875 | 119.30 | 104,387.50 |
| Regina Olshan | 1991 | 810 | 11.30 | 9,153.00 |
| Wallace L. Schwartz | 1977 | 875 | 35.50 | 31,062.50 |
| Ronald J. Weiss | 1981 | 810 | 7.00 | 5,670.00 |
| | **TOTAL PARTNERS** | | **700.40** | **$593,055.50** |
| **COUNSEL** | | | | |
| Tiffany T. Boydell | 1996 | $595 | 249.90 | $148,690.50 |
| Stephanie R. Feld | 1984 | 625 | 36.30 | 22,687.50 |
| Rosalie W. Gray | 1982 | 625 | 307.50 | 192,187.50 |
| Joy E. Maddox | 1988 | 625 | 36.70 | 22,937.50 |
| Alexandra Margolis | 1986 | 625 | 25.40 | 15,875.00 |
| Christy L. McElhaney | 1988 | 625 | 7.00 | 4,375.00 |
| Anthony Saldana | 1996 | 625 | 184.10 | 115,062.50 |
| | **TOTAL COUNSEL** | | **846.90** | **$521,815.50** |
| **ASSOCIATES/LAW CLERKS** | | | | |
| Amanda A. Amann | 1999 | $585 | 145.70 | $ 85,234.50 |
| Todd A. Atkinson | 2004 | 435 | 17.30 | 7,525.50 |
| Franklyn Duporte | 2003 | 495 | 5.30 | 2,623.50 |
| Steven Eichel | 1988 | 585 | 14.00 | 8,190.00 |
| Kimberly Harris* | N/A | 315 | 132.50 | 41,737.50 |
| Denise Kaloudis | 2002 | 495 | 13.30 | 6,583.50 |
| Jessica Kempf | 2005 | 435 | 135.20 | 58,812.00 |
| Kimberly A. LaMaina | 2001 | 535 | 165.30 | 88,435.50 |
| Jane M. Leamy | 1995 | 585 | 338.20 | 197,847.00 |
| J.R. Lederer* | N/A | 315 | 59.00 | 18,585.00 |
| Jessenia Paoli | 2005 | 435 | 139.60 | 60,726.00 |

| | | | | |
|---|---|---|---|---|
| Angela M. Pappas* | N/A | 315 | 6.90 | 2,173.50 |
| Kristhy M. Peguero | 2006 | 315 | 44.80 | 14,112.00 |
| Adam S. Ravin | 1995 | 585 | 300.20 | 175,617.00 |
| Keba U. Riley | 2002 | 435 | 25.50 | 11,092.50 |
| Dacia M. Russell | 2006 | 355 | 77.00 | 27,335.00 |
| Teddy Schwarzman* | N/A | 315 | 115.00 | 36,225.00 |
| Manan D. Shah | 1999 | 585 | 11.50 | 6,727.50 |
| David M. Turetsky | 2002 | 495 | 256.70 | 127,066.50 |
| Christian P. Wenzel | 2002 | 495 | 35.00 | 17,325.00 |
| | | | | |
| | **TOTAL ASSOCIATES/LAW CLERKS** | | **2,038.00** | **$993,974.00** |
| | | | | |
| **PARAPROFESSIONALS** | | | | |
| Bella P. Burgos | N/A | $190 | 6.90 | $ 1,311.00 |
| Sheaquan M. Datts | N/A | 190 | 6.00 | 1,140.00 |
| Margaret Herman | N/A | 160 | 14.60 | 2,336.00 |
| Geoffrey Lorenz | N/A | 190 | 33.50 | 6,365.00 |
| Kevin W. Lustik | N/A | 160 | 7.20 | 1,152.00 |
| Adriana G. Salazar | N/A | 225 | 5.50 | 1,237.50 |
| Douglas M. Weissinger | N/A | 160 | 12.00 | 1,920.00 |
| Joseph Woodfield | N/A | 160 | 190.80 | 30,528.00 |
| | | | | |
| | **TOTAL PARAPROFESSIONALS** | | **276.50** | **$45,989.50** |
| | | | | |
| | **TOTAL** | | **3,861.80** | **$2,154,834.50**\*** |
| | | | | |
| | **BLENDED HOURLY RATE** | | | **$557.99** |

* Law clerks are law school graduates who are not presently admitted to practice.
** The firm adjusts its hourly rates from time to time.  Hours billed for non-working travel time represent 50% of the actual time spent traveling.
*** Includes credit of $58.50.  Credit due to one timekeeper inadvertently billed for nine hours at a rate of $592.00, instead of $585.00 in the month of October 2006.

**Skadden, Arps, Slate, Meagher & Flom LLP**

**SIXTH INTERIM CUMULATIVE PROJECT CATEGORY SUMMARY**
**(OCTOBER 1, 2006 THROUGH NOVEMBER 21, 2006)**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| General Corporate Advice | 462.40 | $263,482.00 |
| Asset Disposition / General | 10.50 | $5,441.50 |
| Business Operations / Strategic Planning | 9.40 | $6,222.50 |
| Case Administration | 233.80 | $49,928.00 |
| Claims Administration / General | 601.90 | $342,506.50 |
| Claims Administration / Reclamation / Trust Funds | 5.00 | $2,880.00 |
| Disclosure Statement / Voting Issues | 22.50 | $14,886.50 |
| Employee Matters / General | 80.90 | $52,263.00 |
| Executory Contracts / Personalty | 157.80 | $80,709.00 |
| Financing (DIP and Emergence) | 1,026.20 | $547,454.00 |
| Insurance | 25.90 | $16,167.50 |
| Lease (Real Property) | 32.30 | $18,890.50 |
| Litigation (General) | 23.20 | $13,009.00 |
| Non-Working Travel Time | 10.80 | $7,363.50 |
| Reorganization Plan / Plan Sponsors | 883.30 | $584,910.00 |
| Retention / Fee Matters (SASM&F) | 160.20 | $92,392.00 |
| Retention / Fee Matter / Objections  (Others) | 24.80 | $13,150.00 |
| Utilities | 16.80 | $8,927.00 |
| Fee Examiner | 74.10 | $34,252.00 |
| **TOTAL** | **3,861.80** | **$2,154,834.50** |

**Skadden, Arps, Slate, Meagher & Flom LLP**

**SIXTH INTERIM CUMULATIVE EXPENSE SUMMARY**
**(OCTOBER 1, 2006 THROUGH NOVEMBER 21, 2006)**

| Expense Category | Total Expenses |
| --- | --- |
| Computer Legal Research | $19,020.33 |
| Long Distance Telephone | $2,002.58 |
| In-House Reproduction (@ $.10 per page) | $1,629.50 |
| Reproduction-Color | $13.50 |
| Outside Research | $3,928.72 |
| Filing/Court Fees | $2,496.00 |
| Out-Of-Town Travel | $7,194.53 |
| Business Meals | $1,309.56 |
| Courier & Express Carriers (e.g., Federal Express) | $728.04 |
| Postage | $17.94 |
| Other | $3,012.00 |
| **TOTAL** | **$41,352.70** |

**Skadden, Arps, Slate, Meagher & Flom LLP**

**FINAL CUMULATIVE TIME SUMMARY**
**(FEBRUARY 21, 2005 THROUGH NOVEMBER 21, 2006)**

| NAME | YEAR OF ADMISSION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| **PARTNERS** | | | | |
| D. J. (Jan) Baker | 1973 | $825 | 803.30 | $  662,722.50 |
| | | 835 | 1,472.50 | 1,229,537.50 |
| | | 875 | 192.40 | 168,350.00 |
| Ronald C. Barusch | 1978 | 780 | 51.00 | 39,780.00 |
| | | 795 | 369.70 | 293,911.50 |
| | | 845 | 179.30 | 151,508.50 |
| Katherine M. Bristor | 1981 | 825 | 18.40 | 15,180.00 |
| | | 835 | 79.10 | 66,048.50 |
| Eric M. Davis | | 630 | 158.40 | 99,792.00 |
| Linda C. Hayman | 1982 | 820 | 0.50 | 410.00 |
| Sally McDonald Henry | 1983 | 680 | 937.60 | 637,568.00 |
| | | 730 | 1,050.90 | 767,157.00 |
| | | 790 | 155.60 | 122,924.00 |
| Mark A. McDermott | 1991 | 585 | 0.50 | 292.50 |
| Peter J. Neckles | 1978 | 825 | 137.75 | 113,643.75 |
| | | 835 | 250.20 | 208,917.00 |
| | | 875 | 119.30 | 104,387.50 |
| Regina Olshan | 1991 | 695 | 9.70 | 6,741.50 |
| | | 755 | 31.40 | 23,707.00 |
| | | 810 | 11.30 | 9,153.00 |
| Timothy G. Reynolds | 1981 | 770 | 1.20 | 924.00 |
| William S. Scherman | 1984 | 730 | 2.70 | 1,971.00 |
| Wallace L. Schwartz | 1977 | 795 | 47.20 | 37,524.00 |
| | | 820 | 32.70 | 26,814.00 |
| | | 875 | 35.50 | 31,062.50 |
| Ronald J. Weiss | 1981 | 755 | 3.70 | 2,793.50 |
| | | 810 | 7.00 | 5,670.00 |
| George A. Zimmerman | 1980 | 825 | 67.25 | 55,481.25 |
| | **TOTAL PARTNERS** | | **6,226.10** | **$4,883,972.00** |
| **COUNSEL** | | | | |
| Michael J. Balch | 1994 | $560 | 1.50 | $      840.00 |
| Tiffany T. Boydell | 1996 | 560 | 170.00 | 95,200.00 |
| | | 595 | 249.90 | 148,690.50 |

| NAME | YEAR OF ADMISSION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Linda M. Chang | 1997 | 560 | 0.70 | 392.00 |
| Stephanie R. Feld | 1984 | 535 | 845.90 | 452,556.50 |
| | | 560 | 657.40 | 368,144.00 |
| | | 625 | 36.30 | 22,687.50 |
| Rosalie W. Gray | 1982 | 535 | 877.20 | 469,302.00 |
| | | 560 | 1,761.60 | 986,496.00 |
| | | 625 | 307.50 | 192,187.50 |
| Joy E. Maddox | 1988 | 610 | 16.90 | 10,309.00 |
| | | 625 | 36.70 | 22,937.50 |
| Alexandra Margolis | 1986 | 535 | 188.70 | 100,954.50 |
| | | 560 | 116.10 | 65,016.00 |
| | | 625 | 25.40 | 15,875.00 |
| Thomas J. Matz | 1976 | 535 | 732.40 | 391,834.00 |
| Christy L. McElhaney | 1988 | 560 | 13.90 | 7,784.00 |
| | | 625 | 7.00 | 4,375.00 |
| Suzanne E. Rothwell | 1981 | 560 | 22.80 | 12,768.00 |
| Nancy G. Rubin | 1986 | 560 | 2.40 | 1,344.00 |
| Anthony Saldana | 1996 | 560 | 430.50 | 241,080.00 |
| | | 625 | 184.10 | 115,062.50 |
| | | | | |
| **TOTAL COUNSEL** | | | **6,684.90** | **$3,725,835.50** |

**ASSOCIATES/LAW CLERKS**

| NAME | YEAR OF ADMISSION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Carolyn G. Aberman | 1998 | $510 | 22.30 | $ 11,373.00 |
| Amanda A. Amann | 1999 | 585 | 145.70 | 85,234.50 |
| Todd A. Atkinson | 2004 | 435 | 17.30 | 7,525.50 |
| Rotem Bar-Kokhva | 1999 | 410 | 10.50 | 4,305.00 |
| Tiffany T. Boydell | 1996 | 540 | 88.70 | 47,898.00 |
| Erin Brown | 2006 | 295 | 5.60 | 1,652.00 |
| Jessica N. Cohen | 2000 | 510 | 33.60 | 17,136.00 |
| Aileen A. Dowd | 2001 | 460 | 111.90 | 51,474.00 |
| | | 510 | 7.50 | 3,825.00 |
| Franklyn Duporte | 2003 | 495 | 5.30 | 2,623.50 |
| Steven Eichel | 1988 | 495 | 858.50 | 424,957.50 |
| | | 540 | 1,088.80 | 587,952.00 |
| | | 585 | 14.00 | 8,190.00 |
| Erik Elsea | 1998 | 540 | 13.90 | 7,506.00 |
| Stacy-Ann J. Elvy | 2005 | 295 | 11.00 | 3,245.00 |
| Laura Englehardt | 2001 | 430 | 30.80 | 13,244.00 |
| Ronald Falls, Jr. | 2006 | 295 | 87.40 | 25,783.00 |
| | | 335 | 171.50 | 57,452.50 |
| Mordecai L. Geisler | 2003 | 375 | 19.80 | 7,425.00 |
| Lisa A. Gootee | 2005 | 375 | 12.10 | 4,537.50 |

| NAME | YEAR OF ADMISSION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Carolyn B. Handler | 1989 | 540 | 7.40 | 3,996.00 |
| Kimberly Harris* | N/A | 295 | 12.70 | 3,746.50 |
| | | 315 | 132.50 | 41,737.50 |
| Danny J. Hart Jr. | 2005 | 295 | 28.10 | 8,289.50 |
| | | 335 | 319.10 | 106,898.50 |
| Jillian E. Hooper | 2005 | 335 | 7.60 | 2,546.00 |
| Michael D. Horowitz | 2005 | 265 | 126.60 | 33,549.00 |
| | | 295 | 191.20 | 56,404.00 |
| Denise Kaloudis | 2002 | 375 | 661.60 | 248,100.00 |
| | | 440 | 411.30 | 180,972.00 |
| | | 495 | 13.30 | 6,583.50 |
| Kelley M. Keller | 1989 | 540 | 198.90 | 107,406.00 |
| Jessica Kempf | 2005 | 375 | 187.90 | 70,462.50 |
| | | 435 | 135.20 | 58,812.00 |
| Suling Lam | 1998 | 480 | 120.30 | 57,744.00 |
| | | 540 | 20.50 | 11,070.00 |
| Kimberly A. LaMaina | 2001 | 395 | 1,064.70 | 420,556.50 |
| | | 465 | 1,085.00 | 504,525.00 |
| | | 535 | 165.30 | 88,435.50 |
| Jay Larry | 1992 | 375 | 55.10 | 20,662.50 |
| Jane M. Leamy | 1995 | 495 | 704.00 | 348,480.00 |
| | | 540 | 1,570.40 | 848,016.00 |
| | | 585 | 338.20 | 197,847.00 |
| J.R. Lederer* | N/A | 295 | 42.90 | 12,655.50 |
| | | 315 | 59.00 | 18,585.00 |
| Andrew R. Levinson | 2005 | 265 | 36.40 | 9,646.00 |
| William B. Mack III | 2004 | 335 | 178.60 | 59,831.00 |
| Kelly Makins Baugh | 2000 | 510 | 25.00 | 12,750.00 |
| Jiten N. Naran | 2003 | 410 | 29.60 | 12,136.00 |
| Eamonn O'Hagan | 2004 | 375 | 16.00 | 6,000.00 |
| Jessenia Paoli | 2005 | 265 | 112.20 | 29,733.00 |
| | | 295 | 270.45 | 79,782.75 |
| | | 375 | 121.70 | 45,637.50 |
| | | 435 | 139.60 | 60,726.00 |
| Angela M. Pappas | N/A | 315 | 6.90 | 2,173.50 |
| Kristhy M. Peguero | 2006 | 315 | 44.80 | 14,112.00 |
| Carlos R. Pineiro | 2006 | 335 | 9.40 | 3,149.00 |
| Ted Powers III | 2003 | 375 | 36.50 | 13,687.50 |
| Adam S. Ravin | 1995 | 480 | 796.10 | 382,128.00 |
| | | 540 | 1,863.10 | 1,006,074.00 |
| | | 585 | 300.20 | 175,617.00 |
| Abraham A. Reshtick | 2001 | 395 | 5.50 | 2,172.50 |
| | | 465 | 240.70 | 111,925.50 |
| Keba U. Riley | 2002 | 435 | 25.50 | 11,092.50 |

| NAME | YEAR OF ADMISSION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Dacia M. Russell | 2006 | 355 | 77.00 | 27,335.00 |
| Anthony Saldana | 1996 | 495 | 7.80 | 3,861.00 |
| Keith Sambur | 2005 | 265 | 227.30 | 60,234.50 |
|  |  | 295 | 207.00 | 61,065.00 |
|  |  | 375 | 876.80 | 328,800.00 |
| Teddy Schwarzman | N/A | 315 | 115.00 | 36,225.00 |
| Manan D. Shah | 1999 | 510 | 22.70 | 11,577.00 |
|  |  | 585 | 11.50 | 6,727.50 |
| Douglas W. Squasoni | 2001 | 485 | 30.90 | 14,986.50 |
| Shane J. Stroud | 2002 | 465 | 16.50 | 7,672.50 |
| Christopher W. Stuart | 2003 | 375 | 82.90 | 31,087.50 |
| James S. Talbot | 1997 | 540 | 9.20 | 4,968.00 |
| Stephanie Teicher | 1997 | 495 | 9.50 | 4,702.50 |
| Sina Toussi | 1995 | 495 | 712.30 | 352,588.50 |
| Dionysios V. Tsiros | N/A | 295 | 73.50 | 21,682.50 |
| David M. Turetsky | 2002 | 375 | 874.00 | 327,750.00 |
|  |  | 440 | 2,146.60 | 944,504.00 |
|  |  | 495 | 256.70 | 127,066.50 |
| Christopher J. Ulery | 1997 | 495 | 4.40 | 2,178.00 |
|  |  | 540 | 16.60 | 8,964.00 |
| Christian P. Wenzel | 2002 | 440 | 47.30 | 20,812.00 |
|  |  | 495 | 35.00 | 17,325.00 |
| Joseph N. Wharton | 1998 | 430 | 7.20 | 3,096.00 |
| Jennifer L. Wilson | 2005 | 295 | 61.30 | 18,083.50 |
| Venera E. Ziegler | 2003 | 460 | 174.10 | 80,086.00 |
|  |  |  |  |  |
|  | **TOTAL ASSOCIATES/LAW CLERKS** |  | **20,776.35** | **$9,393,170.75** |
|  |  |  |  |  |
| **SUMMER/WINTER ASSOCIATE** |  |  |  |  |
| Jennifer A. Karpe | N/A | $170 | 39.40 | $6,698.00 |
| Richard L. Oliver | N/A | 170 | 4.20 | 714.00 |
|  |  |  |  |  |
|  | **TOTAL SUMMER/WINTER ASSOCIATES** |  | **43.60** | **$7,412.00** |
|  |  |  |  |  |
| **CLIENT SPECIALIST** |  |  |  |  |
| Jay Wasserman | N/A | $260 | 0.80 | $208.00 |
|  |  |  |  |  |
|  | **TOTAL CLIENT SPECIALIST** |  | **0.80** | **$208.00** |

| NAME | YEAR OF ADMISSION | RATE | HOURS | AMOUNT |
|------|-------------------|------|-------|--------|
| **PARAPROFESSIONALS** | | | | |
| Nkiruka Amalu | N/A | $125 | 7.00 | $    875.00 |
| Luisa Bonachea | N/A | 125 | 753.70 | 94,212.50 |
| | | 175 | 186.00 | 32,550.00 |
| Stephen S. Brown | N/A | 145 | 275.20 | 39,904.00 |
| Bella P. Burgos | N/A | 175 | 6.20 | 1,085.00 |
| | | 190 | 6.90 | 1,311.00 |
| Karla N. Chee-a-tow | N/A | 175 | 7.50 | 1,312.50 |
| Sheaquan M. Datts | N/A | 190 | 6.00 | 1,140.00 |
| Tracy Jo Figueroa | N/A | 145 | 10.30 | 1,493.50 |
| Lisa M. Francis | N/A | 55 | 5.75 | 316.25 |
| Margaret Herman | N/A | 160 | 14.60 | 2,336.00 |
| Michael L. Kreiner | N/A | 170 | 122.40 | 20,808.00 |
| | | 210 | 21.90 | 4,599.00 |
| Kara D. Landon | N/A | 145 | 10.00 | 1,450.00 |
| Jasper Liou | N/A | 125 | 72.40 | 9,050.00 |
| Geoffrey Lorenz | N/A | 190 | 33.50 | 6,365.00 |
| Kevin W. Lustik | N/A | 90 | 25.70 | 2,313.00 |
| | | 160 | 7.20 | 1,152.00 |
| Johan Matthew | N/A | 125 | 562.20 | 70,275.00 |
| Larry S. Morton | N/A | 230 | 26.60 | 6,118.00 |
| Isaac Pirolo | N/A | 175 | 30.80 | 5,390.00 |
| Krystal R. Reaves | N/A | 55 | 36.50 | 2,007.50 |
| Maria Rivera | N/A | 75 | 23.20 | 1,740.00 |
| Donald Rockness | N/A | 135 | 21.00 | 2,835.00 |
| | | 175 | 5.50 | 962.50 |
| Joseph J. Roman | N/A | 70 | 271.00 | 18,970.00 |
| | | 75 | 62.30 | 4,672.50 |
| Adriana G. Salazar | N/A | 125 | 108.10 | 13,512.50 |
| | | 225 | 5.50 | 1,237.50 |
| Stephanie Skelly | N/A | 170 | 21.00 | 3,570.00 |
| Toy-Fung N. Tung | N/A | 195 | 13.50 | 2,632.50 |
| Douglas M. Weissinger | N/A | 160 | 12.00 | 1,920.00 |
| Johannes A. Wetzel | N/A | 175 | 329.10 | 57,592.50 |
| Ronald E. Wittman, Jr. | N/A | 230 | 122.50 | 28,175.00 |
| Joseph Woodfield | N/A | 95 | 87.50 | 8,312.50 |
| | | 145 | 145.30 | 21,068.50 |
| | | 160 | 190.80 | 30,528.00 |

| NAME | YEAR OF ADMISSION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Cora L. Yeung | N/A | 125 | 56.20 | 7,025.00 |
| Andrew Zsoldas | N/A | 90 | 80.40 | 7,236.00 |
| | | 145 | 38.10 | 5,524.50 |
| | | | | |
| **TOTAL PARAPROFESSIONALS** | | | **3,821.35** | **$523,577.75** |
| | | | | |
| | **TOTAL\*\*\*** | | **37,553.10** | **$18,501,989.75** |
| | **BLENDED HOURLY RATE** | | | **$492.69** |

\* Law clerks are law school graduates who are not presently admitted to practice.

\*\*The firm adjusts its hourly rates from time to time.  Rate increases occurred firm-wide in September 2005 and September 2006.  Skadden, Arps deferred the rate increase for the month of September 2006.  Skadden, Arps did not charge for non-working travel time from February 2005 – July 2005.  Beginning August 1, 2005, hours billed for non-working travel time represent 50% of the actual time spent traveling after July 2005.

\*\*\* Includes reduction of $28,283.00 (discussed at Note 2, above) and $3,903.25 agreed to by Skadden, Arps in connection with the Fee Examiner process on Skadden, Arps' First through Fourth Applications.

**Skadden, Arps, Slate, Meagher & Flom LLP**

**FINAL CUMULATIVE PROJECT CATEGORY SUMMARY**
**(FEBRUARY 21, 2005 THROUGH NOVEMBER 21, 2006)**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| General Corporate Advice | 1,051.90 | $603,140.00 |
| Asset Analysis and Recovery | 14.10 | $6,556.50 |
| Asset Disposition / General | 1,657.70 | $843,322.00 |
| Asset Disposition / Inventory | 30.70 | $14,746.00 |
| Asset Disposition / Real Prop | 55.00 | $20,901.00 |
| Automatic Stay / Relief Actions | 155.90 | 78,224.00 |
| Business Operations / Strategic Planning | 249.00 | $175,192.00 |
| Case Administration | 3,030.30 | $752,898.50 |
| Claims Administration / General | 2,986.00 | $1,569,388.50 |
| Claims Administration / Reclamation / Trust Funds | 3,458.50 | $1,438,965.00 |
| Claims Administration / PACA/PASA | 686.10 | $339,581.50 |
| Credit Card Agreements | 0.60 | 371.00 |
| Creditor Meetings / Statutory Committees | 1,151.80 | $637,515.50 |
| Disclosure Statement / Voting Issues | 1,162.90 | $638,215.00 |
| Employee Matters / General | 1,307.60 | $755,961.00 |
| Environmental Matters | 3.30 | $1,317.50 |
| Executory Contracts / Personality | 2,143.70 | $1,066,921.50 |
| Financing (DIP and Emergence) | 3,644.30 | $1,903,108.00 |
| Insurance | 809.90 | $429,961.00 |
| Investigations and Reviews | 299.40 | $170,884.00 |
| Lease (Real Property) | 2,586.10 | $1,212,094.50 |
| Litigation (General) | 476.15 | $258,798.25 |
| Liquidation / Feasibility | 2.90 | $1,566.00 |

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Non-Working Travel Time | 162.40 | $69,704.00 |
| Regulatory and SEC Matters | 14.70 | $7,957.00 |
| Reorganization Plan / Plan Sponsors | 4,700.80 | $2,832,953.00 |
| Reports and Schedules | 325.30 | $158,560.50 |
| Retention / Fee Matters (SASM&F) | 1,354.85 | $613,720.75 |
| Retention / Fee Matters / Objections  (Others) | 933.30 | $459,673.50 |
| Secured Claims | 1.20 | $616.00 |
| Tax Matters | 287.90 | $171,115.00 |
| U.S. Trustee Matters | 19.90 | $13,139.50 |
| Utilities | 1,752.40 | $780,343.00 |
| Vendor Matters | 299.00 | $175,223.50 |
| Disbursements | 0.80 | $156.00 |
| Fee Examiner | 736.70 | $331,386.00 |
| **TOTAL*** | **37,553.10** | **$18,501,989.75** |

*** Total includes reduction of $28,283.00 (discussed at Note 2, above) and $3,903.25 agreed to by Skadden, Arps in connection with the Fee Examiner process on Skadden, Arps' First through Fourth Applications.

**Skadden, Arps, Slate, Meagher & Flom LLP**

**FINAL CUMULATIVE EXPENSE SUMMARY**
**(FEBRUARY 21, 2005 THROUGH NOVEMBER 21, 2006)**

| Expense Category | Total Expenses |
|---|---|
| Computer Legal Research | $191,365.44 |
| Long Distance Telephone | $14,816.69 |
| Outside Telephone | $49.40 |
| In-House Reproduction (@ $.10 per page) | $64,984.00 |
| Reproduction-Color | $1,392.50 |
| Outside Reproduction | $19,245.08 |
| Outside Research | $24,189.47 |
| Filing/Court Fees | $4,492.70 |
| Court Reporting | $9,752.76 |
| Local Travel | $667.67 |
| Out-Of-Town Travel | $78,939.41 |
| Business Meals | $14,861.52 |
| Other Out-of-Pocket | $2,485.94 |
| Courier & Express Carriers (e.g., Federal Express) | $8,873.02 |
| Postage | $6,959.20 |
| Electronic Document Management | $3,771.69 |
| Other | $40,358.00 |
| **TOTAL*** | **$486,975.98** |

* Total includes reduction of $228.51 agreed to by Skadden, Arps in connection with the Fee Examiner process on Skadden, Arps' First through Fourth Applications.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors.[1] | ) | Jointly Administered |

**SIXTH INTERIM APPLICATION OF SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (OCTOBER 1, 2006 THROUGH NOVEMBER 21, 2006) AND FINAL APPLICATION OF SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FEBRUARY 21, 2005 THROUGH NOVEMBER 21, 2006)**

Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden, Arps"), bankruptcy counsel for Winn-Dixie Stores, Inc. ("Winn-Dixie") and certain of its subsidiaries and affiliates while debtors and debtors-in-possession in the above-captioned case (collectively, the "Debtors" or the "Company"), files its (i) sixth interim application for allowance and payment of compensation for services rendered and reimbursement of expenses incurred ("Sixth Application") for the period from October 1, 2006 through November 21, 2006 (the "Interim Application Period") and (ii) final application for allowance and payment of compensation for services rendered and reimbursement of expenses incurred ("Final Application") for the period

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases:  Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

from February 21, 2005 through November 21, 2006 (the "Entire Case Period").  In support of

this Sixth Application and Final Application (collectively, the "Applications"), Skadden, Arps

respectfully represents the following:

<div align="center">JURISDICTION</div>

1.    This Court has jurisdiction to consider this Sixth Application under

28 U.S.C. §§ 157 and 1334.  Consideration of this Sixth Application is a core proceeding under

28 U.S.C. § 157(b)(2).  The relief requested may be granted in accordance with the provisions of

11 U.S.C. §§ 330 and 331.

<div align="center">BACKGROUND</div>

A.    The Chapter 11 Cases

2.    On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions

for reorganization relief under chapter 11 of title 11 of the United States Code (as amended, the

"Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of New

York (the "New York Court").  By order dated April 13, 2005, the New York Court transferred

venue of these cases to this Court.  The Debtors' cases are jointly administered for procedural

purposes only.

3.    The Debtors are grocery and pharmaceutical retailers operating in the

southeastern United States, primarily under the "Winn-Dixie" and "Winn-Dixie Marketplace"

banners.  The Debtors operated their business and managed their properties as debtors-in-

possession under Bankruptcy Code sections 1107(a) and 1108.

4.    On March 1, 2005, an official committee of unsecured creditors (the "Creditors

Committee") was appointed to serve in these cases under Bankruptcy Code sections 1102 and

1103.  On August 17, 2005, an official committee of equity holders (the "Equity Committee")

<div align="center">2</div>

was appointed to serve in these cases under Bankruptcy Code sections 1102 and 1103, but the Equity Committee was subsequently disbanded.

5.      Ordinary course administrative obligations are paid in the ordinary course of the Debtors' business, and fees and expenses incurred by professionals have been and continue to be paid under procedures previously established by the New York Court.

6.      On August 10, 2005, this Court entered an order providing for the appointment of a fee examiner in these cases.  The Debtors later selected Stuart, Maue, Mitchell & James, Ltd. ("Stuart Maue") to serve as the fee examiner ("Fee Examiner").  By order dated December 14, 2005, this Court authorized the retention of Stuart Maue in these cases (the "Fee Examiner Order").

7.      On November 9, 2006, this Court entered an order (the "Confirmation Order") confirming the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Plan").

8.      On November 21, 2006, the Plan went effective.  Since the effective date (the "Effective Date"), the Debtors have taken all steps necessary to implement and consummate the confirmed Plan, including making distributions to holders of allowed claims in accordance with the Plan.

B.      Retention of Skadden, Arps

9.      On February 21, 2005, the Debtors filed the Application for Authority to Retain Skadden, Arps, Slate, Meagher & Flom LLP as Lead Restructuring and Bankruptcy Counsel to the Debtors (Docket No. 68, the "Employment Application").  A copy of the Employment Application is attached to this Sixth Application at Exhibit A.

10.    The Employment Application was supported by the Declaration of D. J. Baker and Disclosure of Compensation, a copy of which is included as part of Exhibit A.[2]

11.    On March 7, 2005, the New York Court entered an interim order approving the Employment Application.  On March 15, 2005, the New York Court entered a final order (the "Employment Order") authorizing the Debtors to retain Skadden, Arps effective as of the Petition Date.  A copy of the Employment Order is attached to this Sixth Application at Exhibit B.[3]

12.    Skadden, Arps continues to hold prepetition retainer funds for application against prepetition fees and expenses, as permitted by the Employment Order.  As of the date of this Sixth Application, Skadden, Arps estimates that remaining retainer funds are in the amount of $341,350.00.

C.    Interim Payment Procedures

13.    The procedures governing the rights of Skadden, Arps and other professionals to obtain interim payment for services rendered and expenses incurred are set forth in the Final Order Approving Interim Compensation Procedures for Professionals (Docket No. 434, the "Interim Payment Order").

14.    Under the Interim Payment Order, professionals may be paid on a monthly basis, up to 80% of fees earned and 100% of expenses incurred, by the submission of monthly

---

[2]    On May 18, 2005, Skadden, Arps filed its First Supplemental Declaration of D. J. Baker.  On August 2, 2005, October 10, 2005, February 23, 2006, June 5, 2006 and November 3, 2006, Skadden, Arps filed its Second, Third, Fourth, Fifth and Sixth Supplemental Declarations of D. J. Baker, respectively.  These supplemental declarations are included as part of Exhibit A.

[3]    King & Spalding, LLP was originally to be retained as co-counsel for the Debtors to assist Skadden, Arps with a variety of matters pursuant to Bankruptcy Code section 327(a).  After Winn-Dixie filed King & Spalding's retention application, King & Spalding's role was limited.  As a result, some matters originally designated to be handled by King & Spalding were transferred to Skadden, Arps.  These matters included insurance and utilities issues.

4

statements to the Debtors.  Such payments are subject to ratification, and the remaining 20% of fees are payable, after court approval of interim fee applications.

15.    The first interim fee application (the "First Application") covered the period from the Petition Date through April 30, 2005.  The First Application was approved by this Court on August 4, 2005.

16.    The second interim fee application (the "Second Application") covered the period from May 1, 2005 through September 30, 2005.  The Second Application was approved by this Court on December 1, 2005.

17.    The third interim fee application (the "Third Application") covered the period from October 1, 2005 through January 31, 2006.  The Third Application was approved by this Court on April 6, 2006.

18.    The fourth interim fee application (the "Fourth Application") covered the period from February 1, 2006 through May 31, 2006.  The Fourth Application was approved by this Court on August 10, 2006.

19.    The fifth interim fee application (the "Fifth Application") covered the period from June 1, 2006 through September 30, 2006.  The Fifth Application was approved by this Court on December 14, 2006.

20.    This Sixth Application covers the period from October 1, 2006 through November 21, 2006.  Under the monthly statement procedures of the Interim Payment Order, for the period of October 1, 2006 through October 31, 2006, the Debtors are authorized to pay Skadden, Arps an aggregate amount of $1,087,752.52, representing 80% of fees ($1,053,188.00) and 100% of expenses ($34,564.52) for services rendered and expenses incurred, assuming no objections are received by Skadden, Arps by January 23, 2007.  For the period from November 1, 2006 through

November 21, 2006, the Debtors are authorized to pay Skadden, Arps an aggregate amount of $677,514.58, representing 80% of fees ($670,726.40) and 100% of expenses ($6,788.18) for services rendered and expenses incurred, assuming no objections are received by Skadden, Arps by February 12, 2007.

D.    Final Fee Application

21.    Plan section 12.2(a) requires that final fee applications covering fees earned and expenses incurred prior to the effective date (November 21, 2006) be filed with the Court and served on necessary parties no later than 60 days after the Effective Date. The Final Application is timely filed in accordance with that Plan section.

22.    As indicated above, Skadden, Arps continues to hold a retainer of $341,350.00. Skadden, Arps proposes that the Debtors be permitted either to (a) credit such amount against sums owed under the Final Application, (b) obtain the refund of such amount from Skadden, Arps, or (c) request Skadden, Arps to continue to hold such amount as a retainer against future services to be rendered to the Debtors.

E.    Post-Effective Date Fees and Expenses

23.    Under Plan section 12.2(b), the Debtors may pay reasonable professional fees and expenses in connection with services rendered to them after the Effective Date without application to or approval by the Court. In reliance on that provision, the Applications do not extend to fees earned and expenses incurred after November 21, 2006, the Effective Date.

<u>SIXTH APPLICATION</u>

24.    By this Sixth Application, Skadden, Arps requests that this Court authorize and order, on an interim basis:  (a) allowance of compensation for professional services rendered by Skadden, Arps during the Interim Application Period on behalf of the Debtors in the amount of $2,154,834.50, representing 100% of the fees earned, and payment of such fees to the extent not previously paid, and (b) allowance of actual necessary expenses incurred by Skadden, Arps during the Interim Application Period in connection with the rendition of such professional services in the amount of $41,352.70, representing 100% of expenses incurred by Skadden, Arps during the Interim Application Period, and payment of such expenses to the extent not previously paid.

25.    All legal services performed by Skadden, Arps were performed for and on behalf of the Debtors and not for or on behalf of any other individual or entity.  These services were rendered in discharge of Skadden, Arps' professional responsibilities as bankruptcy counsel for the Debtors in these cases.  Skadden, Arps' services have been substantial, necessary and of significant benefit to the Debtors and their estates.

26.    No agreement or understanding exists between Skadden, Arps and any other entity for the sharing of compensation to be received for services rendered in connection with these cases.  <u>See</u> Exhibit A.

27.    Skadden, Arps spent a total of 3,861.80 hours during the Interim Application Period, resulting in an average billing rate of $557.99 per hour.  The rates charged by Skadden, Arps are the normal hourly bundled billing rates that were in effect for the Debtors' cases during the Interim Application Period.  The summary preceding this Sixth Application contains a list of the attorneys and paraprofessionals who have performed services on behalf of the Debtors during

7

the Interim Application Period, as well as a breakdown of the hours, hourly rates and fees attributable to those individuals.  Also included is a summary of total hours and fees by project category.

28.    Skadden, Arps maintains written records of the time spent by attorneys and paraprofessionals in the rendition of professional services to the Debtors.  Such time records are made substantially contemporaneously with the rendition of services by the person rendering such services.  Skadden, Arps' daily time records for each monthly segment of the Interim Application Period, allocated by matter, listing the name of the attorney or paraprofessional, the date on which the services were performed, and the amount of time spent in performing the services, are attached to this Sixth Application at Exhibit C-1 for the period from October 1, 2006 through October 31, 2006 and Exhibit D-1 for the period from November 1, 2006 through November 21, 2006.

29.    Skadden, Arps also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with its rendition of services on behalf of the Debtors.  The summary preceding this Sixth Application includes a breakdown of expenses incurred during the Interim Application Period.  The detail for such expenses is attached to this Sixth Application at Exhibit C-2 for the period from October 1, 2006 through October 31, 2006 and Exhibit D-2 for the period from November 1, 2006 through November 21, 2006.  Skadden, Arps has included in this Sixth Application all compensation for fees and disbursements processed by its accounting department for the Interim Application Period.

## SUMMARY OF SERVICES RENDERED

30.    Skadden, Arps' services during the Interim Application Period were primarily focused on obtaining confirmation on the Plan and having the Debtors emerge from their large and complex chapter 11 cases.  In this regard, Skadden, Arps worked closely with the Debtors, Smith Hulsey & Busey ("SH&B") and other professionals in these cases to resolve issues on the Plan and prepare for confirmation.  The Plan called for, among other things, an issuance of new stock for unsecured creditors, and payment in full for administrative and secured creditors.

31.    Following a contested confirmation hearing on the Plan on October 13, 2006 and post-hearing briefing on Plan confirmation, this Court entered an order confirming the Plan on November 9, 2006.  Thereafter, Skadden, Arps, SH&B and the Debtors' professionals worked diligently to ensure that all conditions for Plan effectiveness would be met.  The Plan went effective on November 21, 2006, less than two years after the Petition Date.  The Debtors' emergence from bankruptcy as a Reorganized Company in this time frame is a formidable accomplishment given the magnitude and complexity of these chapter 11 cases.

32.    While work during the Interim Application Period focused chiefly on Plan-related services, Skadden, Arps continued its necessary work on other areas for the Debtors and worked closely with the Debtors and their advisors to administer these estates and maximize the return for estate creditors.  Skadden, Arps has acted at all times in the best interests of creditors and other parties in interest in these cases.  Skadden, Arps' services have been directed toward a myriad of tasks necessary to achieve this result.  To meet the Debtors' needs during the Interim Application Period, Skadden, Arps provided multi-disciplinary services on a daily basis, often working nights and weekends.  Throughout this process, certain of the principal Skadden, Arps

professionals working on the cases were required to devote the vast majority of their time to this matter, often to the exclusion of other clients.

33.    The daily time records attached at Exhibits C-1 and D-1 provide a detailed description of the services rendered by Skadden, Arps during the Interim Application Period. For the convenience of the Court, the following summary[4] identifies the areas to which Skadden, Arps devoted substantial time and attention during the Interim Application Period:[5]

(a)    General Corporate Advice

During the Interim Application Period, Skadden, Arps prepared for and attended board of directors meetings and governance meetings with the Debtors.  Skadden, Arps assisted the Debtors with reviewing board materials and advising on board of directors' issues.

Skadden, Arps also assisted the Debtors on a wide variety of general corporate bankruptcy issues, including, without limitation, fiduciary duties, issues implicating the Debtors' corporate structure and matters of corporate governance.

In particular, in connection with the Plan, Skadden, Arps (i) analyzed and researched Securities Act issues, (ii) advised the Company on issues related to its old and new common stock, (iii) reviewed and addressed the registration rights agreement, (iv) advised the compensation committee of the Debtors, (v) analyzed D&O insurance issues, and (vi) prepared indemnification agreements.

In addition, Skadden, Arps advised the Company on post-emergence governance matters relevant to emergence from chapter 11.  In this regard, Skadden, Arps drafted and prepared resolutions, charter documents and bylaws for the parent and subsidiary companies.

Skadden, Arps also advised on the establishment of procedures and prepared documentation to allow certain creditors whose distributions were subject to tax

---

[4]    The summary is presented in matter number order, consistent with the order in which the time records are organized.

[5]    The summary necessarily does not include a description or discussion of all Skadden, Arps' services during the Interim Application Period.  To the extent the following summary does not encompass a particular Skadden, Arps service, the service is contained in the corresponding time detail at Exhibits C-1 and D-1. Skadden, Arps seeks compensation for all of its services in these cases as detailed in exhibits submitted with its interim fee applications.

withholding requirements to satisfy those requirements by selling shares of new common stock.

Moreover, Skadden, Arps prepared, reviewed and commented upon the Company's filings with the SEC, including the Company's quarterly report and current reports, and reviewed and commented on press releases.

Finally, Skadden, Arps worked with the Debtors on corporate closing issues necessary for emergence from chapter 11. In this regard, Skadden, Arps assisted in developing closing lists and working with the Debtors to ensure satisfaction of conditions for the Plan to become effective, which occurred November 21, 2006 at 10:15 a.m.

During the Interim Application Period, Skadden, Arps professionals devoted a total of 462.40 hours to this category, for which compensation is sought in the aggregate amount of $263,482.00.

(b)    <u>Asset Dispositions / General</u>

During the Interim Application Period, Skadden, Arps assisted the Debtors on issues relating to the closing on the sale of their Bahamas operations. After the Debtors determined that their Bahamas operations were not necessary for their reorganization efforts and that it was in the best interest of the estates to sell these assets, Skadden, Arps assisted the Debtors in obtaining maximum value for these assets.

In the fourth interim period, Skadden, Arps (i) prepared a motion allowing the Debtors to sell their Bahamas operations to BK Foods, Ltd., subject to higher and better offers, (ii) reviewed issues relating to the transition of services under the transition services agreement and prepared the accompanying transition services agreement, (iii) drafted the non-competition agreement, (iv) assisted in the preparation of the underlying sale documents, (v) assisted the Debtors in avoiding negative tax implications that could have arisen in connection with the sale, (vi) conducted the auction with The Blackstone Group, L.P. ("Blackstone"), (vii) assisted the Debtors in determining the "highest and best" offer for the assets, and (viii) prepared an order that was entered by this Court authorizing the sale.

During the fifth interim period, Skadden, Arps performed necessary services for a successful closing on the sale that occurred in August 2006. In this regard, Skadden, Arps prepared and finalized closing documentation for the sale, facilitated resolution of the conditions precedent to closing and assisted the Debtors in arranging for the orderly transfer of the Bahamas operations.

During the Interim Application Period, Skadden, Arps also reviewed the Bahamas Sales Transaction to respond to inquiries from the company arising from the sale and closing on the sale. The Debtors received approximately $54 million for the sale of their Bahamas operations.

The work performed in this matter throughout these cases necessarily involved the services of more than one Skadden, Arps professional and necessarily required intraoffice conferences and non-firm conferences with parties in interest in these cases. For example, it was necessary for Skadden, Arps to hold (i) conferences with the Company and counsel for the Creditors Committee and other professionals to review closing issues and (ii) intraoffice conferences to coordinate work among professionals working on various aspects of the sale from different departments within Skadden, Arps, which were needed to address non-bankruptcy issues.  By coordinating the work among the professionals, Skadden, Arps effectively resolved issues that arose, such as banking, corporate and tax, in a cost-effective manner.

During the Interim Application Period, Skadden, Arps professionals devoted a total of 10.50 hours to this category, for which compensation is sought in the aggregate amount of $5,441.50.

(c)      Business Operations / Strategic Planning

During the Interim Application Period, Skadden, Arps reviewed and advised on legal issues relating to the Debtors' business operations and the restructuring of their operations.

Skadden, Arps also engaged in weekly conference calls with the Debtors' management and advisors to strategize regarding upcoming matters and business issues, including emergence and public relations issues.  These weekly calls necessarily involved more than one Skadden, Arps professional to address the numerous issues raised (on which different Skadden, Arps lawyers were working) and to ensure that strategy issues and client concerns were communicated to the appropriate attorneys.

Moreover, Skadden, Arps assisted the Debtors' management in addressing legal issues relating to the Plan for emergence from these chapter 11 cases.

The work performed in this matter throughout these cases necessarily involved the services of more than one Skadden, Arps professional and necessarily required intraoffice conferences and non-firm conferences with parties in interest in these cases. Specifically, it was necessary for Skadden, Arps to speak with the Debtors' management regarding business operations and strategic planning and to communicate, where necessary and appropriate, with other Skadden, Arps professionals.

During the Interim Application Period, Skadden, Arps professionals devoted a total of 9.40 hours to this category, for which compensation is sought in the aggregate amount of $6,222.50.

(d)      Case Administration

During the Interim Application Period, Skadden, Arps spent time performing administrative matters typical for any large chapter 11 case, including matters relating to

12

(i) general communications with parties in interest, (ii) general case administration, including duties relating to staffing, service of process, and pleading and file maintenance, (iii) preparation for court hearings, (iv) general advice with respect to the prosecution of the cases and (v) general advice with respect to the rights and duties of debtors-in-possession in the administration of the cases.

Given the size and complexity of these chapter 11 cases, the Debtors and Skadden, Arps were presented with a unique set of challenges in managing the process, tracking motions filed by others, responding to inquiries from parties in interest, and maintaining organization and control over these cases.

Skadden, Arps maintained various files to enable Skadden, Arps and others to promptly address issues that arose during the Interim Application Period. Skadden, Arps reviewed pleadings and ensured that those primarily responsible for the cases were kept informed of significant events and filed documents. The efficient management of administrative matters in a paper-intensive case of this size is a significant task. Each week, the Debtors and Skadden, Arps were inundated with numerous items of correspondence, documents, requests, pleadings and other papers. As of the end of the Interim Application Period, the main docket contained over 12,759 entries. Indeed, during the approximate 52-day Interim Application Period, nearly 1,226 pleadings were filed, resulting in over 23 filings on average per day. There are numerous other docketed entries, due to the over 16 adversary proceedings in these cases.

To handle this volume of activity, Skadden, Arps continued its adherence to various procedures implemented to create efficiencies in the management of the cases and to avoid unnecessary duplication of effort between its own professionals and other professionals for the Debtors. For instance, Skadden, Arps maintained detailed calendars of future events in the cases and maintained other planning tools to track and meet deadlines.

Skadden, Arps also spent time on necessary services designed to promote efficiency in these cases, including preparing for and attending meetings on significant case events and reviewing recent events outside of filed pleadings to ensure that issues affecting these cases were handled promptly. Skadden, Arps coordinated appropriate staffing to avoid duplicative or unnecessary services.

Due to the size and complexity of these cases, Skadden, Arps professionals necessarily communicated internally in order to coordinate case responsibilities and to ensure efficient administration of these cases. Furthermore, to ensure efficient administration of the estates, Skadden, Arps communicated frequently with SH&B on upcoming hearing matters and other events in these cases.

During the Interim Application Period, Skadden, Arps professionals devoted a total of 233.80 hours to this category, for which compensation is sought in the aggregate amount of $49,928.00.

(e)   Claims Administration / General

During the Interim Application Period, Skadden, Arps continued to assist the Debtors with various issues relating to claims and claims-related processes and procedures.

Skadden, Arps worked extensively with the Company, XRoads Solution Group LLC ("XRoads") and Logan & Company, Inc. ("Logan") (the claims agent) in reviewing and analyzing the remaining unresolved claims as the Debtors neared confirmation of their Plan.  Skadden, Arps monitored updated claims reports prepared by Logan, reflecting new proof of claim filings, including administrative claims, and analyzed certain significant claims appearing on the reports.  The review of claims necessarily required Skadden, Arps to spend considerable time analyzing and performing legal research on numerous issues associated with the claims, including claim classification, priority status and other issues.

During the Interim Application Period, Skadden, Arps drafted and filed four omnibus claim objections.  The claim objections resulted in the disallowance, or other resolution, of approximately 900 claims.  This, in turn, reduced the estates' potential liability by millions of dollars.  Skadden, Arps also drafted and filed an omnibus objection and motion to adjust and confirm amounts of over 1,000 Management Security Plan claims and Supplemental Retirement Plan claims held by current and former employees in order to ensure that such claims received treatment that was consistent with the terms of the Plan.

In connection with the claim objection process, Skadden, Arps continued to respond to numerous filed responses and other inquiries from creditors generated by the claim objections.  Skadden, Arps spent considerable time working with various parties in interest and counsel for the claimants to resolve claim objections that were filed in the Interim Application Period and in prior interim periods, but not yet resolved.  This necessarily involved the drafting and filing of numerous agreed orders and stipulations for resolution of the previously adjourned claim objections.

After confirmation of the Plan, Skadden, Arps worked with the Debtors to analyze disputed claims for the purpose of setting reserve amounts for such claims.  Skadden, Arps also assisted the Debtors with numerous issues that arose regarding the distribution process for allowed claims and in developing strategies to ensure compliance with claims-related deadlines in the Plan.

The work performed in this matter throughout these cases necessarily involved the services of more than one Skadden, Arps professional and necessarily required intraoffice conferences and non-firm conferences with parties in interest in these cases. The sheer number of claims alone filed in these cases (over 13,600) explains the necessity for, at times, more than one Skadden, Arps professional.

During the Interim Application Period, Skadden, Arps professionals devoted a total of 601.90 hours to this category, for which compensation is sought in the aggregate amount of $342,506.50.

(f)    Claims Administration / Reclamation / Trust Funds

In the ordinary course of the Debtors' business, the Debtors purchase materials, supplies, goods, products and other related items (collectively, the "Goods") from various vendors for use and sale in their stores.  Before and after the Petition Date, the Debtors received demands from their vendors asserting a right to reclaim their Goods.  The Debtors received approximately 480 reclamation demands asserting aggregate claims of approximately $125 million on or before the reclamation demand deadline.

To maintain normal business operations and prevent the vendors from reclaiming their Goods, as well as costly and distracting litigation relating to the reclamation claims, which would have negatively affected the Debtors' business, the Debtors sought to consensually resolve their vendors' reclamation claims.  In this regard, Skadden, Arps negotiated with a number of the Debtors' reclamation vendors and reached a resolution of reclamation procedures to be applied in these cases, which is reflected in the final reclamation order, dated April 4, 2005 (the "Final Reclamation Order").

Under the Final Reclamation Order, as modified by order dated May 19, 2005, Skadden, Arps assisted XRoads and the Debtors in reviewing, analyzing and reconciling each vendor's reclamation claim (including asserting appropriate defenses with respect to each reclamation claim).

To facilitate a global resolution of the reclamation issues that would provide the Debtors with additional trade credit, Skadden, Arps, on behalf of the Debtors, and certain reclamation trade vendors entered into discussions that resulted in an agreement for, among other things, (i) the establishment of a trade vendor lien program and (ii) procedures for the calculation and treatment of trade vendors' reclamation claims (the "Reclamation/Trade Lien Program").  By order dated August 5, 2005 (the "Reclamation/Trade Lien Order"), this Court granted the motion approving the Reclamation/Trade Lien Program, which benefited the Debtors by (i) virtually eliminating reclamation litigation, except for two omnibus reclamation motions filed since the Court entered the Reclamation/Trade Lien Order, (ii) significantly increasing the amount of trade credit available to the Debtors from those vendors who opted into the Reclamation/Trade Lien Program and (iii) fostering good vendor relations.

During the Interim Application Period, Skadden, Arps assisted XRoads in resolving reclamation claims remaining against the Debtors.  Skadden, Arps (i) analyzed issues relating to the outstanding reclamation claims and payments to reclamation vendors, (ii) reviewed and revised a proposed letter to reclamation claimants regarding required tax identification information in connection with their distribution, and (iii) communicated with (a) XRoads regarding reconciliation of the remaining reclamation claims, and (b) reclamation claimants regarding the reconciliation of their

15

claims.  As a result of the overall efforts of Skadden, Arps and XRoads, more than 99% of the reclamation claims have been resolved and approximately two-thirds of those reclamation vendors opted into the Reclamation/Trade Lien Program.

During the Interim Application Period, Skadden, Arps professionals devoted a total of 5.00 hours to this category, for which compensation is sought in the aggregate amount of $2,880.00.

(g)    Disclosure Statement / Voting Issues

During the fifth interim period, this Court approved the Debtors' disclosure statement on the Plan and the Debtors' solicitation motion that governed voting processes on the Plan.  Under approved voting procedures in these cases, the deadline to vote to accept or reject the Plan expired September 25, 2006.

During the Interim Application Period, Skadden, Arps spent considerable time assisting the Debtors in moving forward to obtain confirmation on the Plan.  In this regard, Skadden, Arps coordinated with Logan on voting issues.  Skadden, Arps (i) analyzed voting reports, (ii) reviewed submitted ballots by voting parties, (iii) addressed classification issues and (iv) reviewed issues relating to 3018 motions and ballots.

In addition to the above, Skadden, Arps spent time addressing issues and responding to inquiries from various constituencies on the disclosure statement, the Plan and voting processes.

Finally, Skadden, Arps spent time during the Interim Application Period assisting Logan with its declaration of voting results along with an amended declaration.  The declarations were filed with this Court on October 9, 2006 and October 12, 2006, respectively.

As a result of Plan solicitation efforts, the Plan received overwhelming acceptance in all classes of claims, except two classes involving claims that were to be paid in full.

During the Interim Application Period, Skadden, Arps professionals devoted a total of 22.50 hours to this category, for which compensation is sought in the aggregate amount of $14,886.50.

(h)    Employee Matters / General

During the Interim Application Period, Skadden, Arps provided a variety of services relating to employee matters.

Skadden, Arps assisted the Debtors in their efforts to ensure the continued service of their President and Chief Executive Officer, Peter L. Lynch ("Mr. Lynch").  In this regard, Skadden, Arps, together with certain of the Debtors' other professionals, advised

the Debtors in reaching a new employment agreement with Mr. Lynch (the "New Employment Agreement"). Skadden, Arps provided the Debtors with legal advice regarding appropriate terms for the New Employment Agreement and assisted the Debtors in negotiating the terms for the agreement with (i) Mr. Lynch and his legal counsel and (ii) the Creditors Committee and its advisors. In large part as a result of Skadden, Arps' efforts, the Debtors, Mr. Lynch, and the Creditors Committee were able to reach agreement on the terms of the New Employment Agreement. Furthermore, after successfully assisting in brokering an agreement between the Debtors, Mr. Lynch, and the Creditors Committee, Skadden, Arps drafted and filed a motion seeking approval of the New Employment Agreement. This Court entered an order approving the New Employment Agreement on November 16, 2006.

Furthermore, Skadden, Arps assisted the Debtors in compelling the turnover from T. Rowe Price ("TRP") of approximately $16.2 million in assets held in trust (the "Trust Assets"). The Trust Assets had been held in trust by TRP to support the Debtors' obligations under the Winn-Dixie Supplemental Retirement Plan (the "SRP"). Skadden, Arps researched and advised the Debtors with respect to the relevant legal issues and drafted and filed a motion seeking to compel TRP to turn over the Trust Assets to the Debtors subject to the occurrence of the Effective Date of the Debtors' joint plan of reorganization. Due in large part to Skadden, Arps' efforts, the Court entered an order approving the motion on November 16, 2006, thereby ensuring that the Debtors' estates would have access to the Trust Assets subject to the occurrence of the Effective Date.

Additionally, Skadden, Arps assisted the Debtors with a variety of issues concerning claims arising under the SRP and the Winn-Dixie Management Security Plan (the "MSP"), including researching and advising the Debtors with respect to the trading of MSP and SRP claims and responding to inquiries from plan participants regarding their MSP and SRP claims.

During the Interim Application Period, Skadden, Arps professionals devoted a total of 80.90 hours to this category, for which compensation is sought in the aggregate amount of $52,263.00.

(i)      Executory Contracts / Personalty

The Debtors estimate that, as of the Petition Date, they were parties to at least 2,800 executory contracts and leases of personal property (some of which have expired or terminated during the pendency of these cases). The contracts pertain to almost all aspects of the Debtors' business, including supply contracts with vendors for thousands of different products sold in the Debtors' stores and contracts with independent contractors that provide numerous services to the Debtors. The personal property leases include leases of several different types of computer equipment, customer check-out equipment, security equipment and other items. In certain instances, the Debtors lease hundreds of pieces of equipment under these leases.

17

During the Interim Application Period, Skadden, Arps assisted the Debtors with various executory contract and personal property lease issues, including providing information as to their rights and obligations under the Bankruptcy Code, the ability to assume or reject and the consequences of either course of action, the treatment of prepetition arrearages in the event of assumption or rejection, and related matters.

Skadden, Arps worked closely with the Debtors and XRoads in evaluating multiple contracts and leases for assumption or rejection, analyzing contract-related claims, consensually resolving issues/disagreements with various contract parties and negotiating the terms for consensual assumptions and/or rejections of various executory contracts, drafting language for proposed contract amendments, and drafting agreements to assume and/or reject contracts on negotiated and/or amended terms. Skadden, Arps also responded to inquiries from certain contract and lease parties and coordinated with the Debtors to resolve issues raised by such parties.

During the Interim Application Period, Skadden, Arps drafted and filed pleadings reflecting consensual assumptions and/or rejections of contracts with the following contract parties and, thereby, assisted the Debtors in achieving the indicated benefits: (i) Alabama Power Company (resolving disagreements among the parties with respect to assumption and rejection of contracts, ensuring the continued benefit of electric services agreements and the rejection of agreement that was no longer beneficial to the Debtors, and resulting in an immediate estimated savings of $1 million to the Debtors' estates and an additional estimated annual savings of $1 million thereafter); (ii) Anderson News, L.L.C. (resolving disagreements among the parties with respect to assumption and ensuring the continued benefit to the Debtors of merchandise agreement on amended terms beneficial to the Debtors); (iii) Connecticut General Life Insurance Company and related CIGNA entities (collectively, "CIGNA") (resolving an objection to assumption filed by CIGNA and ensuring the continued benefit to the Debtors of third-party pharmaceutical agreements); (iv) Citicorp Vendor Finance, Inc. (ensuring the continued availability of copier equipment used in the Debtors' everyday business and saving the Debtors' estates $51,795 in unsecured claims); (v) GE Consumer Products (ensuring the continued benefit of program agreement for purchase of lighting products on amended terms beneficial to the Debtors and sparing the Debtors' estates a $338,969.58 general unsecured claim and a $291,491.70 priority unsecured claim); (vi) Hobart Corporation (resolving disagreements among the parties with respect to assumption, ensuring the continued benefit to the Debtors of servicing agreement on beneficial modified terms, and saving the Debtors $282,876.67 in cure obligations); (vii) Information Resources, Inc. ("IRI") (resolving objection to assumption filed by IRI, ensuring the continued benefit to the Debtors of Infoscan Agreement on negotiated and beneficial terms, and saving the Debtors' estates $443,892 in unsecured claims); (viii) Medical Security Card Company (resolving disagreements among the parties with respect to assumption and ensuring the continued benefit to the Debtors of pharmaceutical agreements); and (ix) Oracle USA, Inc. (resolving disagreements among the parties with respect to assumption and ensuring the continued benefit to the Debtors of software license and support agreements). The Court entered orders approving these pleadings on October 25,

2006 (for items (i), (ii), (v), (vi), and (ix) above), October 30, 2006 (for item (viii) above), and November 6, 2006 (for items (iii), (iv), and (vii) above).

Skadden, Arps also drafted and filed an omnibus motion seeking the assumption of certain leases for copier equipment employed in the Debtors' everyday business.  An order approving this motion was entered on October 25, 2006.

As a result of Skadden, Arps' efforts, the Debtors successfully assumed numerous beneficial contracts, rejected unnecessary contracts, and, in the process, achieved significant savings resulting from (i) the amendments to, or the negotiated terms surrounding, various assumed contracts, (ii) the rejection of unnecessary contracts, and (iii) the consensual resolution of disagreements with contract parties over assumption/rejection, that spared the Debtors' significant litigation costs.

In addition to the foregoing, Skadden, Arps assisted the Debtors in recovering over $1.4 million in amounts owed by PHH/DL Peterson ("PHH") under an assumed contract.  Specifically, Skadden, Arps researched and advised the Debtors with respect to the relevant legal issues, negotiated with PHH for a consensual turnover of the amounts due, and arranged with PHH for such turnover.  As a result of Skadden, Arps' efforts, the Debtors recovered over $1.4 million from PHH without the need for Court involvement.

Skadden, Arps also researched and assisted the Debtors in responding to cure cost issues relating to assumed executory contracts and reserve issues relating to rejected executory contracts.  As a result of Skadden, Arps' efforts, the Debtors were able to successfully resolve these issues.

The complexity of the work performed in this matter throughout these cases necessarily involved the services of more than one Skadden, Arps professional.  The work performed on this matter also necessarily involved non-firm conferences with parties in interest in these cases.

During the Interim Application Period, Skadden, Arps professionals devoted a total of 157.80 hours to this category, for which compensation is sought in the aggregate amount of $80,709.00.

(j)    Financing (DIP and Emergence)

During the Interim Application Period, Skadden, Arps worked with the Debtors to obtain an exit financing facility ("Exit Facility"), a cornerstone for the Debtors' emergence from chapter 11.  Throughout this period, Skadden, Arps was principally involved in representing the Company at the closing of the Exit Facility, issuing letters of credit thereunder, and consummating the Plan.  As a result of these efforts, the Debtors were able to obtain the Exit Facility in an amount sufficient to (i) satisfy the secured lender's claim, (ii) support other payments required to be made under the Plan, (iii) pay transaction costs, and (iv) fund working capital and general corporate purposes of the reorganized Debtors.

During the Interim Application Period, Skadden, Arps worked closely with the Company to prepare all of the loan documents necessary for the Exit Facility. Skadden, Arps, together with the Debtors, engaged in significant contract negotiations and reviewed and commented extensively on various drafts of the Revised Credit Agreement, Pledge Agreement, Account and Control Agreement, and other ancillary loan documents to ensure that all terms were in the best interests of the Debtors and that the Agent's terms could be satisfied. Skadden, Arps also expended significant efforts in drafting and revising the corporate and security interest opinions.

While preparing the loan documents, Skadden, Arps spent considerable time devising and implementing the post-exit structure of the several real estate subsidiaries that now hold the Company's leases and fee-owned properties. Skadden, Arps, on behalf of the Debtors, coordinated internally and with the Company to determine the most advantageous and cost-effective means of transferring and holding the Company's real estate assets. With the help of the Company, the Creditors Committee, and the Company's long-time real estate counsel, Smith, Gambrell & Russell LLP ("Smith Gambrell"), Skadden, Arps also prepared and revised numerous corporate formation documents and operating agreements to govern the operations of the real estate subsidiaries that now hold the Company's fee-owned and leasehold estates. Skadden, Arps also analyzed and advised the Company on the dissolution of certain Winn-Dixie affiliated entities and the appointment of officers for the new real estate subsidiaries.

Because the Company's fee-owned properties and leasehold interests comprise a large portion of the collateral for the financing, Skadden, Arps devoted considerable efforts to collateralizing the Company's real estate assets for the Exit Facility. Skadden, Arps worked closely with Smith Gambrell throughout the Interim Application Period, and helped resolve a number of complex title insurance issues, including whether potential objections to the Plan could interfere with the acquisition of title insurance policies. Skadden, Arps also researched and advised the Company on the applicability of the Florida Note Holder Tax and the need for post-closing affidavits and an Order in Aid of Consummation for the Company's Louisiana properties.

In addition to expending considerable efforts on the real estate portions of the transaction, Skadden, Arps worked with Smith Gambrell and counsel for Wachovia to refine the closing checklist and establish suitable deadlines for the completion of various closing deliverables on the Exit Facility. Skadden, Arps reviewed a number of closing deliverables, including, without limitation, the necessary collateral documents, UCC search results, state lien and judgment lien search results, insurance certificates, guarantor resolutions, organizational documents, good standing certificates, secretary certificates, and stock certificates to complete the Exit Facility. Skadden, Arps also analyzed and advised the Company on a host of legal issues related to the Exit Facility, including questions about permitted liens and the sweep mechanism for the Wachovia Collection Account. Additionally, Skadden, Arps coordinated many aspects of the closing logistics, including verifying information for the Patriot Act, obtaining collateral access agreements for the Company's major warehouse and distribution centers, preparing

exhibits and schedules for the loan documents, and arranging for the execution and delivery of the final Exit Facility documents.

As a result of the significant efforts detailed above, the Company was able to obtain the Exit Facility and emerge from its chapter 11 bankruptcy cases on the morning of November 21, 2006.

During the Interim Application Period, Skadden, Arps professionals devoted a total of 1,026.20 hours to this category, for which compensation is sought in the aggregate amount of $547,454.00.

(k)     Insurance

During the Interim Application Period, Skadden, Arps assisted the Debtors with insurance issues affecting their business and in connection with the Plan.

In connection with the Debtors' business, to comply with various federal and state laws and regulations (as well as various utility provider requirements), the Debtors must post, or have a surety post, bonds or other forms of security, including, by way of example, bonds to (i) comply with workers' compensation insurance regulations, (ii) comply with government licensing, tax and other regulations, and (iii) maintain or establish water, waste, telephone and electric utility accounts.

Before the Petition Date, Ohio Casualty Insurance Company ("Ohio Casualty") issued two surety bonds to the Debtors effective May 3, 2002, qualifying the Debtors as self-insured employers for workers' compensation purposes in Mississippi. Ohio Casualty provided notice of cancellation of the bonds shortly before the Petition Date on January 28, 2005, which effective date of cancellation occurred 60 days later on March 28, 2005. Ohio Casualty's cancellation of the bonds did not terminate enforceability of the bonds for the period from May 3, 2002 through March 28, 2005. As a result, the Debtors and Ohio Casualty continued to be exposed to liability for workers' compensation claims that arise during the above period. Ohio Casualty asserted over $1 million in liability for the prepetition period alone.

Skadden, Arps worked with the Debtors to resolve outstanding issues on Ohio Casualty's bonds and settle Ohio Casualty's filed prepetition claims and assertions of postpetition claims. Skadden, Arps worked with the Debtors and Ohio Casualty in drafting and preparing a settlement motion that was filed on November 10, 2006, and approved by this Court on November 30, 2006.

In addition to the above, Skadden, Arps worked with the Debtors in resolving issues relating to insurance policies issued by Kemper Insurance Companies ("Kemper"). Skadden, Arps worked with the Debtors in preparing a motion and stipulation involving the Kemper policies, which work is presently ongoing.

In connection with the Plan, Skadden, Arps performed numerous insurance-related services, including reviewing and resolving filed Plan objections by insurers and drafting language in the Plan to resolve issues raised by insurance companies.

During the Interim Application Period, Skadden, Arps professionals devoted a total of 25.90 hours to this category, for which compensation is sought in the aggregate amount of $16,167.50.

(l)    Lease (Real Property)

During the Interim Application Period, Skadden, Arps advised the Debtors with respect to various real property lease issues and their rights and obligations under the Bankruptcy Code with respect to such leases.

For example, during the Interim Application Period, Skadden, Arps handled and responded to daily inquiries by landlords regarding their respective leases and assisted the Debtors in resolving disputes with various parties relating to leased properties, including disputes relating to postpetition rent, taxes and common area maintenance charges.  In this regard, during the Interim Application Period, Skadden, Arps devoted time to the analysis of (and discussion with counsel for the Creditors Committee regarding) various applications and motions filed by the landlords seeking administrative expense treatment for certain claims arising under their respective leases.  In many instances, it was necessary for Skadden, Arps to communicate with counsel for those landlords and explain the legal and factual basis upon which the Debtors had determined that all or a portion of the claim was not entitled to administrative status.  Skadden, Arps was successful during the Interim Application Period in facilitating the resolution of several administrative expense applications, either by negotiating the outright withdrawal of such application or by negotiating an agreed order resolving such application in a manner favorable to the Debtors.  Where a resolution did not seem possible, Skadden, Arps drafted and, with SH&B, filed several objections during the Interim Application Period that challenged the relief sought in several administrative expense applications.  Through all of the aforementioned efforts, Skadden, Arps helped the Debtors to minimize their administrative claim liability.

The work performed in this matter throughout these cases necessarily involved the services of more than one Skadden, Arps professional and necessarily required intraoffice conferences and non-firm conferences with parties in interest in these cases.

During the Interim Application Period, Skadden, Arps professionals devoted a total of 32.30 hours to this category, for which compensation is sought in the aggregate amount of $18,890.50.

(m)    Litigation (General)

During the Interim Application Period, Skadden, Arps assisted the Debtors in implementing and obtaining approval on an insurance litigation with XL Insurance

America, Inc. and Marsh USA, Inc. (the "XL/Marsh Litigation").  In this regard, Skadden, Arps drafted bankruptcy-related language for inclusion in settlement documents and drafted and filed a motion seeking approval of the Debtors' settlement of the XL/Marsh Litigation.  The Court entered an order approving the motion on November 30, 2006.  The settlement resulted in a $7 million benefit to the Debtors' estates.

Skadden, Arps also continued to represent the Debtors in pursuing a $374,849.79 claim against Able Laboratories, Inc. ("Able") in Able's bankruptcy case that is pending in the United States Bankruptcy Court for the District of New Jersey.  In this regard, Skadden, Arps researched issues relevant to the claim and negotiated a settlement of the claim.  In large measure as a result of Skadden, Arps' efforts, the parties have agreed to settle the claim for $210,000 subject to documentation.

During the Interim Application Period, Skadden, Arps professionals devoted a total of 23.20 hours to this category, for which compensation is sought in the aggregate amount of $13,009.00.

(n)    Reorganization Plan / Plan Sponsors

During the Interim Application Period, Skadden, Arps' resources were primarily focused on obtaining confirmation on the Plan and emerging from chapter 11.

Skadden, Arps was instrumental in negotiating with relevant claimholders to resolve the issues present in the cases that involved hundreds of millions of dollars in assets and claims.  As a result of significant efforts by the Debtors, Skadden, Arps, the Debtors' other professionals, professionals for the Creditors Committee and other constituencies in these cases, the Plan was confirmed and became effective during the Interim Application Period.

During the prior interim period and as a result of extraordinary efforts by the Debtors, Skadden, Arps and many professionals and parties in interest in these cases, the Debtors filed their first Plan on June 29, 2006 and an amended and revised Plan on August 9, 2006.  Objections to the Plan were due by September 25, 2006 and the confirmation hearing was scheduled for October 13, 2006.

During the Interim Application Period, Skadden, Arps continued to spend significant time and effort reviewing, negotiating, and responding to objections that were filed against the Plan.

Skadden, Arps negotiated with various landlords in an attempt to reach a consensual disposition of their objections to the Plan.  The majority of objections that were filed to the confirmation of the Plan, however, were those filed by landlords who had leased space to Winn-Dixie or one of its subsidiaries.  Many of the landlords objected to the fact that, under Plan section 7.4, the Debtors had discretion to reject an unexpired lease that was subject to a then pending assumption motion.  Skadden, Arps spent

23

substantial time communicating and negotiating with these landlords to explain that the section applied only to unexpired leases assumed under the Plan.  All of the leases that were the subject of these landlords' objections were being assumed by the Debtors via separate motions.  In an attempt to reach a consensual Plan and resolution of this discrepancy, Skadden, Arps added clarifying language to the proposed Confirmation Order, that was accepted by this Court.

Skadden, Arps further worked with the Debtors in addressing objections that attacked the Plan's classification scheme.  Certain parties objected to the Plan, arguing that the Plan was not confirmable under Bankruptcy Code section 1123(a)(4).  These parties, mostly landlords, argued that the Plan could not be confirmed because it provided different treatment of claimholders in the same class.  Skadden, Arps devoted considerable time and resources to illustrate that no such disparate treatment existed and that valid factual reasons existed for the Plan's classification of claims, namely, the Substantive Consolidation Compromise, as discussed in the disclosure statement to the Plan.  The Substantive Consolidation Compromise, which was necessary for the resolution of these cases, was a settlement that negotiating parties, including landlords, concluded was fair, appropriate and rational.

Skadden, Arps conducted extensive case law research and reviewed numerous confirmed plans to show that courts repeatedly give plan proponents considerable discretion to classify claims and interests according to the circumstances of the case.

In addition, Skadden, Arps spent time briefing responses to classification objections in the Confirmation Brief (defined below).  Despite the fact that all Plan classes (except 2 classes discussed above) overwhelmingly approved the Plan, Skadden, Arps' services were necessary to ensure confirmation of the Plan.  The objections were overruled by the Confirmation Order.

Skadden, Arps also spent time addressing objections filed by certain taxing authorities (the "Tax Objectors").  The Tax Objectors objected to the Plan on the basis that the 6% interest rate for secured tax claims originally provided for in the Plan was inadequate.  Skadden, Arps and SH&B spent time working with the taxing authorities in an attempt to reach an amicable resolution.  After making this initial (but unsuccessful) effort to settle the matter globally with respect to the Tax Objectors, Skadden, Arps and SH&B spent time researching case law and precedent to determine the appropriate or applicable interest rates.  Ultimately, this Court resolved the issues.

Moreover, Skadden, Arps spent considerable time responding to an objection to the Plan's release provisions.  Article XII of the Plan included several provisions that released or otherwise defined the liabilities of various non-Debtors in connection with actions taken or liabilities arising before the Plan's Effective Date.  These provisions were the subject of an objection to confirmation asserted by the United States Trustee (but not by any entity affected by the releases).  The United States Trustee argued that non-debtor releases are inconsistent with the Bankruptcy Code.  Skadden, Arps devoted considerable resources to expressing Winn-Dixie's belief that this objection lacked merit.  Skadden,

Arps communicated with the United States Trustee and her office to reiterate the fact that the releases were drafted only after the careful and detailed Creditors Committee investigation of certain potential claims of the Debtors.  The objections were overruled by the Confirmation Order.

Skadden, Arps also drafted a brief in opposition to objections to the Plan (the "Confirmation Brief").  The Confirmation Brief was commented on and received input from the Company and other professionals retained in these cases, including SH&B, Blackstone and counsel for the Creditors Committee.  The Confirmation Brief attempted to be a thorough discussion of the facts and law relevant to the issues this Court had to address in connection with confirmation of the Plan.

Moreover, to resolve some of the outstanding objections, Skadden, Arps worked with the Debtors and other professionals in these cases to prepare and file the First Modification to the Plan (the "Plan Modification"), containing modified Plan language designed to resolve certain objections.  The Plan Modification was also filed on October 10, 2006.

Skadden, Arps also drafted and later submitted a revised Confirmation Order to resolve objections.  The revised proposed Confirmation Order was filed with the Plan Modification.

Skadden, Arps further spent time (i) responding to 3018 motions, (ii) addressing issues relating to disbursements under the Plan, including drafting the Disbursing Agreement and (iii) addressing reserve issues under the Plan to ensure proper distributions under the Plan.

The culmination of these efforts enabled the Debtors to seek confirmation. Preparation for the confirmation hearing entailed significant work by Skadden, Arps and SH&B, including witness preparation.

The confirmation hearing took place on October 13, 2006, and concluded that day with the matter under advisement.  Following conclusion of the hearing, several parties filed post hearing briefs objecting to confirmation.  Skadden, Arps spent time reviewing the briefs and issues raised and working on a response brief that was filed with this Court on October 26, 2006.

On November 9, 2006, this Court entered an order confirming the Plan. Following Plan confirmation, Skadden, Arps spent significant time working with the Debtors and their professionals in ensuring that necessary conditions to consummation of the Plan would be achieved.  On November 21, 2006, all necessary conditions to consummation of the Plan were met and the Plan became effective.

In addition to the foregoing, Skadden, Arps extensively advised the Debtors on Plan-related corporate governance issues relating both to ongoing management of the Debtors' business as a debtor-in-possession and issues present upon emergence from

chapter 11.  For example, Skadden, Arps (i) advised the compensation committee of the Debtors, (ii) reviewed issues relating to the Registration Rights Agreement, (iii) advised on the Plan's effect on litigation and release issues, (v) advised on the appropriate level and duration of director and officer insurance, (vi) worked with the Board of Directors and others on employee retention issues, and (vii) provided advice in conjunction with various NASDAQ listing issues.

The work performed in this matter throughout these cases necessarily involved the services of more than one Skadden, Arps professional and required numerous interoffice conferences and conferences with parties in interest in these cases to coordinate their efforts.  The ability to work in a constructive manner with various Skadden, Arps professionals in multi-disciplinary practices, as well as counsel for the Creditors Committee and financial advisors, enabled Skadden, Arps, on behalf of the Debtors, to negotiate effectively and adapt Plan provisions efficiently, resulting in additional preserved value of the estates and reduced professional fees.

During the Interim Application Period, Skadden, Arps professionals devoted a total of 883.30 hours to this category, for which compensation is sought in the aggregate amount of $584,910.00.

(o)    Retention / Fee Matters / Skadden, Arps

During the Interim Application Period, Skadden, Arps performed services associated with the firm's compliance with the Bankruptcy Code's retention and compensation requirements.  In this regard, Skadden, Arps continued reviewing disclosure parties to ensure compliance with rules and procedures relating to its retention in these cases.  In connection therewith, Skadden, Arps prepared and filed a supplemental declaration disclosing connections with parties in interest and other necessary information.

In addition, under an administrative order governing payment of professionals, Skadden, Arps prepared monthly statements that contain detailed records of services rendered and expenses incurred.  Preparation of monthly statements is time-consuming, as it requires a review of all time and expense entries to ensure that they are properly charged to the Debtors, that they are recorded in the proper category and that they do not reveal privileged information.  In these cases, Skadden, Arps also had to review its records for compliance with Stuart Maue's billing guidelines.

Through the fee review process, Skadden, Arps refines its bills and voluntarily makes reductions in charges.  For example, total voluntary reductions made with respect to the months covered by the Interim Application Period for fees and expenses were approximately $192,000.00.

Skadden, Arps also spent time preparing the Fifth Application (consisting of hundreds of pages and multiple exhibits) in accordance with established procedures in these cases.  On December 14, 2006, this Court approved the Fifth Application.

To render the services provided in this category necessarily required the services of more than one Skadden, Arps professional because lawyers from various areas that had generated fees needed to assist in the fee application, statement and review process.

During the Interim Application Period, Skadden, Arps professionals devoted a total of 160.20 hours to this category, for which compensation is sought in the aggregate amount of $92,392.00.

(p)    Retention / Fee Matters / Objections (Others)

During the Interim Application Period, Skadden, Arps performed services associated with retention and compensation issues involving professionals other than Skadden, Arps.

Skadden, Arps provided services to the Debtors' estates in accordance with the Order Authorizing Debtors to Retain and Compensate Professionals Used in the Ordinary Course of Business, entered by the New York Court on March 4, 2005) (the "Ordinary Course Professional Order").  Skadden, Arps assisted the Debtors in complying with the quarterly reporting requirements under the Ordinary Course Professional Order.  Under the Ordinary Course Professional Order, the Debtors are required to report on payments made to ordinary course professionals.  Skadden, Arps assisted in the preparation of the required report that was filed with this Court on October 9, 2006.

Skadden, Arps also worked with the Debtors in communicating with professionals in these cases regarding compliance with established procedures for fee applications.  Skadden, Arps worked with SH&B and coordinated the timely notice and filing of such fee applications.

Skadden, Arps also responded to inquiries from the Debtors on several professionals regarding their retentions and fee claims in accordance with the Plan.

The work performed in this matter throughout these cases necessarily involved the services of more than one Skadden, Arps professional and required intraoffice conferences and conferences with parties in interest in these cases.  For example, Skadden, Arps had to hold conferences with the Debtors' outside professionals and intraoffice conferences to coordinate fee retention matters among the Debtors' other professionals to ensure that the Debtors' other professionals were complying with applicable Court orders.

During the Interim Application Period, Skadden, Arps professionals devoted a total of 24.80 hours to this category, for which compensation is sought in the aggregate amount of $13,150.00.

(q)    <u>Utilities</u>

During the Interim Application Period, Skadden, Arps continued to assist the Debtors in pursuing resolutions with various utility companies that provide, or had provided as of the Petition Date, utility services to the Debtors with respect to such utility companies' requests for adequate assurance or demands on surety bonds that backed payment of prepetition utility services to the Debtors (the "Bond Demands").

To reach a successful resolution with these utility companies, Skadden, Arps drafted, negotiated, revised, and finalized stipulations setting forth the terms of proposed settlements.  In connection therewith, Skadden, Arps coordinated with the Debtors to obtain the relevant information from the Debtors' records to verify and analyze the information obtained from such utility companies.  In accordance with an order, dated May 19, 2005, granting the Debtors authority to settle disputes with certain utility companies without further court order, Skadden, Arps prepared and furnished notice of each resolution to the parties specified in such order.  Following the passing of the applicable objection period, Skadden, Arps worked with the Debtors and the applicable utility company to consummate the terms of the settlement resolution.

Skadden, Arps also continued to update reports concerning the status of the resolutions of Bond Demands respecting bonds issued by Liberty Mutual Insurance Company.

In addition, Skadden, Arps facilitated the resolutions of various issues regarding utility services, including misapplication payments and noncompliance with the order, dated March 10, 2005, prohibiting utility companies from altering or refusing service to the Debtors.

During the Interim Application Period, Skadden, Arps professionals devoted a total of 16.80 hours to this category, for which compensation is sought in the aggregate amount of $8,927.00.

(r)    <u>Fee Examiner</u>

During the Application Period, Skadden, Arps spent necessary time working on matters relating to the Court-appointed fee examiner, Stuart Maue, and the Fee Examiner Order.

Skadden, Arps spent significant time reviewing Stuart Maue's reports, consisting of hundreds of pages.  During the Application Period, Skadden, Arps drafted responses to Stuart Maue's preliminary report and final report on the Fourth Application.  Responding to Stuart Maue in accordance with the Fee Examiner Order required considerable work by Skadden, Arps.

The reports themselves were voluminous, and addressed numerous issues. Skadden, Arps spent considerable time (i) reviewing the reports, (ii) strategizing and

developing an efficient work plan to handle responses to each report, (iii) researching legal issues raised in the reports, (iv) producing additional documentation to Stuart Maue, (v) preparing lengthy and detailed response briefs for the reports, and (vi) otherwise complying with Stuart Maue's guidelines under the Fee Examiner Order.

The work performed in this matter necessarily involved the services of multiple Skadden, Arps professionals and required Skadden, Arps professionals to hold intraoffice conferences.

During the Interim Application Period, Skadden, Arps professionals devoted a total of 74.10 hours to this category, for which compensation is sought in the aggregate amount of $34,252.00.

<u>SUPPORT FOR ALLOWANCE OF COMPENSATION</u>

34.    Bankruptcy Code section 330 authorizes the Court to award "reasonable compensation for actual, necessary services rendered by the . . . professional person . . . ." 11 U.S.C. § 330(a)(1)(A).  In order to evaluate services rendered by a professional person, a court must determine whether such services were necessary and reasonable.

35.    Skadden, Arps respectfully submits that the fees requested in this Sixth Application are allowable pursuant to the factors generally considered by courts in awarding compensation in chapter 11 cases.  Those factors and the applicability of each factor to the services performed by Skadden, Arps in these cases are set forth below:

(a)    <u>Time and Labor Required</u>

During the Interim Application Period, Skadden, Arps expended an aggregate of 3,861.80 hours in the representation of the Debtors at a blended rate of approximately $557.99 per hour.  A detailed description of the services rendered during the Interim Application Period is set forth fully at Exhibits C-1 and D-1.  All of the services rendered were necessary to enable the Debtors to perform their statutory duties, fulfill their fiduciary obligations and progress through reorganization.

(b)    <u>Nature and Complexity of the Cases</u>

As should be evident from the summary of Skadden, Arps' services, as described above in this Sixth Application and previous applications, the Debtors' chapter 11 cases present a particularly unique set of circumstances and are unquestionably large and complex cases.  The chapter 11 cases require work in a broad range of fields, involving a

29

vast array of legal issues.  These cases involve 24 estates, thousands of creditors, shareholders and other parties in interest, and billions of dollars in assets and claims.

The nature and complexity of these cases have required Skadden, Arps to develop case management and staffing solutions at every stage of the proceedings.  These tasks have been particularly daunting in light of the size and complexity of the Company's operations.  Skadden, Arps, nonetheless, has assisted the Company by employing streamlined case management procedures and has assigned various professionals to discrete tasks, where possible, to avoid the performance of duplicative or unnecessary work.

Given the size of the cases and the number of matters that continually need to be addressed, there have been occasions when a number of Skadden, Arps professionals must be present and participate in discussions and negotiations.  This is particularly true of weekly business calls, case management meetings and other meetings involving cash collateral, leases, claims, litigation and plan-related issues.  Skadden, Arps believes that, as evidenced by the summaries contained in this Sixth Application and the time entries attached to this Sixth Application, it has demonstrated reasons for attendance by more than one Skadden, Arps professional at some meetings and calls.

During the Interim Application Period, Skadden, Arps professionals researched a number of complex legal issues.  The time spent on legal research was necessary and appropriate to resolve the issues to be addressed by Skadden, Arps professionals.  For example, Skadden, Arps researched a number of issues relating to substantive consolidation of the Debtors' estates in accordance with the terms of the Plan.  One significant issue was the effect of intercorporate guarantees on arguments for and against substantive consolidation that was reviewed and researched by Skadden, Arps throughout these cases.  Similarly, substantive consolidation and the proposed compromise of substantive consolidation raised a host of complicated issues, including under what circumstances a court could approve a settlement as part of a plan that was researched by Skadden, Arps.

In addition, Skadden, Arps professionals researched other complex matters.  For example, with respect to the Plan, Skadden, Arps researched (i) classifications of claims, (ii) payments on claims and collection of money owed to the Debtors, (iii) applicable interest rates on claims, (iv) release and exculpation provisions, (v) emergence issues, such as stock listing issues, board structures, by-laws and company operating agreements, (vi) setoff issues on claims, (vii) issues involving the Exit Facility, (viii) standards for approving settlements, (ix) numerous 11 U.S.C. § 1129(a) claims, and (x) insurance renewals and executory contract issues.  Skadden, Arps did not undertake research on routine issues because the Skadden, Arps team included a number of lawyers with years of restructuring experience.

Issues researched by Skadden, Arps were necessary to resolve objections and file briefs in support of the Plan.

(c)    <u>Skill Requisite to Perform Legal Services</u>

Skadden, Arps respectfully submits that it has the specialized skill necessary to perform the legal services required by the Debtors.  In order to address the issues presented during the Interim Application Period, Skadden, Arps utilized its skills and expertise in bankruptcy, banking, corporate, employee and other areas of the law.

Skadden, Arps is among the largest law firms, with one of the largest restructuring groups, in the world.  Skadden, Arps restructuring attorneys and attorneys from other practice areas have extensive knowledge and experience in dealing with the multitude of fast-paced issues that arise in chapter 11 cases.  Accordingly, Skadden, Arps' depth of experience in chapter 11 matters has ensured that a number of pressing matters could be addressed promptly.

(d)    <u>Preclusion from Other Employment</u>

Skadden, Arps was not precluded from other employment during the Interim Application Period, although it has been necessary to reduce other client commitments of certain attorneys on the team to ensure proper coverage of issues on behalf of the Debtors.

(e)    <u>Customary Fee</u>

The hourly rates at which Skadden, Arps' fees have been charged by each professional are set forth in the summary preceding this Sixth Application.  The rates are those customarily charged by Skadden, Arps to its clients in bankruptcy-related matters according to its bundled rate structure, as increased from time to time.  These hourly rates compare favorably with rates charged by other national law firms for similar legal services.

(f)    <u>Whether the Fee is Fixed or Contingent</u>

Skadden, Arps has agreed to be compensated, and has calculated its fee, on the basis of a fixed hourly rate for the services performed.  Skadden, Arps' fees are contingent only to the extent that they are subject to this Court's approval and an administratively solvent estate.

(g)    <u>Time Limitations Imposed by Client or Circumstances</u>

In general, the circumstances of these cases have at times imposed significant time constraints on Skadden, Arps' services.  Certain Skadden, Arps attorneys have committed almost all of their available time to providing services to the Debtors.

(h)    Amounts Involved and Results Obtained

Exhibits C-1 and D-1 set forth detailed descriptions of the services rendered by Skadden, Arps and the charges associated with such services. Skadden, Arps respectfully submits that the services provided were necessary to enable the Debtors to operate as debtors-in-possession, fulfill their fiduciary obligations and complete the process of restructuring their debts.

(i)    Experience, Reputation and Ability of Attorneys

Skadden, Arps respectfully submits that it and its attorneys are experienced, capable and have excellent reputations in the national restructuring industry. Skadden, Arps has extensive experience representing debtors in bankruptcy cases throughout the country.

(j)    Undesirability of Case

Skadden, Arps believes that this factor is not applicable to its representation of the Debtors in the current cases.

(k)    Nature and Length of Relationship with Client

On February 7, 2005, the Debtors retained Skadden, Arps for the specific purpose of assisting them with their reorganization efforts. By order dated March 15, 2005, Skadden, Arps' retention in these cases was effective as of the Petition Date.

(l)    Awards in Similar Cases

Skadden, Arps submits that the fees requested in this Sixth Application are comparable to fees requested and awarded in other chapter 11 bankruptcy cases of this size, nature and complexity.

## SUPPORT FOR EXPENSE REIMBURSEMENT

36.    Bankruptcy Code section 330(a)(1)(B) provides for reimbursement to approved professionals for all "actual, necessary expenses." 11 U.S.C. § 330(a)(1)(B). According to the engagement agreement entered into between Skadden, Arps and the Debtors (the "Engagement Agreement"),[6] Skadden, Arps and the Debtors have agreed that Skadden, Arps' bundled rate structure will apply to these cases. Therefore, Skadden, Arps is not seeking to be compensated

---

[6]    The Engagement Agreement is included at Exhibit A to this Sixth Application.

separately for certain staff, clerical and resource charges.  Moreover, under the bundled rate structure applicable to the Debtors, copying costs are charged at $0.10 per page, computerized research and telephone calls are billed at provider cost without reference to Skadden, Arps' internal capital costs or overhead, and document production (including secretarial and word processing time), facsimile services, proofreading, overtime meals and overtime travel allowances are not charged for separately on an incurrence basis.

37.    Consistent with the firm's policy with respect to its other clients, Skadden, Arps is seeking compensation for other charges and disbursements incurred as out-of-pocket expenses in the rendition of necessary services to the Debtors and their estates.  These charges and disbursements include costs for telephone charges, photocopying, travel, business meals, computerized research, messengers, couriers, and postage.

38.    A complete description of each disbursement is included at Exhibits C-2 and D-2. Skadden, Arps' policy requires all attorneys to retain and submit for review receipts and/or invoices for all disbursements incurred through outside vendors.  Skadden, Arps maintains all receipts and/or invoices related to each client's disbursement account in a central storage facility, and such records can be produced upon request.

<div align="center">FINAL APPLICATION</div>

39.    By this Final Application, Skadden, Arps requests that this Court authorize and order, with respect to the Entire Case Period: (a) final allowance and payment, to the extent not already paid, of compensation equal to $18,501,989.75 in fees, for professional services rendered by Skadden, Arps as counsel to the Debtors in these chapter 11 cases, representing 100% of the fees earned (not including fees that have been reduced in connection with the fee application process discussed below), and (b) final allowance and reimbursement, to the extent not already

reimbursed, of $486,975.98, representing 100% of the actual and necessary out-of-pocket disbursements made and charges incurred by Skadden, Arps as counsel to the Debtors in these chapter 11 cases (not including expenses that have been reduced in connection with the fee application process discussed below).

40.     Skadden, Arps is seeking final allowance of fee and expense amounts that reflect a reduction of $1,830,260.74 over the Entire Case Period, representing a reduction of approximately 8.8%. This reduction amount consists of (a) $1,797,186.65 for fee and expense reductions taken in connection with the preparation of monthly statements, (b) $4,131.76 for fees and expenses reduced in connection with the Fee Examiner process on Skadden, Arps' First through Fourth Applications, and (c) $28,942.33 for additional reductions/credits over the Entire Case Period. These reductions do not include fee amounts waived by Skadden, Arps as a result of its decision to defer the implementation of a firm-wide rate increase on September 1, 2006, for one month. The reduction would be larger if such amounts were counted.

41.     Skadden, Arps is charging an aggregate of 37,553.10 hours to the representation of the Debtors in their chapter 11 cases. The rates charged by Skadden, Arps are the normal hourly bundled billing rates that were in effect for the Debtors' cases during the Entire Case Period. The summary preceding the Applications contains a list of the attorneys who have performed services on behalf of the Debtors during the Entire Case Period, as well as a breakdown of the hours, hourly rates and fees attributable to those individuals. Also included is a summary of total hours and fees by project category.

42.     The daily time detail for the numerous matters on which professionals of Skadden, Arps spent time during the Entire Case Period, as well as the detail of expenses incurred during the Entire Case Period, were attached to each of the previously filed interim fee

applications and are attached at Exhibits C through Exhibit D for the Sixth Application.

Moreover, Skadden, Arps described in each of its prior interim fee applications the services

rendered during each application period and has described in the Sixth Application the services

rendered during the sixth interim period. All of the detail and descriptions for the prior interim

application periods are incorporated herein by reference and, together with the detail and

descriptions contained herein for the sixth interim period, are offered in support of this Final

Application.

      43.     Without seeking to duplicate or repeat information previously provided to this

Court, Skadden, Arps provides below an overview of the key services it rendered as counsel for

the Debtors during the Entire Case Period. That stated, it is not possible within the confines of

the Applications to describe every service rendered for and on behalf of the Debtors. For one

reason, the Debtors' cases are large and complex and raised innumerable issues throughout the

Entire Case Period. Indeed, the Debtors' bankruptcy cases were one of the 10 largest bankruptcy

cases filed in 2005, with approximately $2.2 billion in assets as of the Petition Date and have had

billions of claims asserted against them.

      44.     Second, the results achieved in these cases are the result of a collective group of

professionals and the hard work of the Debtors' management. For example, following the filing

of these cases, Skadden, Arps worked closely with King & Spalding LLP ("K&S"), the

Company's longtime corporate counsel, particularly on asset dispositions and other corporate

matters. Following the transfer of these cases from the New York Court to this Court, Skadden,

Arps worked hand in hand with SH&B in the administration and conduct of the cases, with

SH&B presenting the Debtors' issues to this Court at omnibus and off-omnibus hearings.

Skadden, Arps and SH&B divided case responsibilities and did not duplicate efforts, but always

worked together as a cohesive team on behalf of the Debtors, each providing support as necessary to the responsibilities of the other. In addition to the examples above, the results of these cases were achieved by the support of many more professionals and professionals not just representing the Debtors, but creditor constituency groups.

45. With that overview, here are a few of the many matters Skadden, Arps handled:

(a) Skadden, Arps assisted the Debtors in their transition to debtor-in-possession status, explaining the limitations imposed by the Bankruptcy Code, creating procedures for insuring compliance with the requirements of the Bankruptcy Code and Bankruptcy Rules.

(b) Skadden, Arps implemented and maintained for the Entire Case Period case management procedures that (i) kept the Debtors and their various advisors informed of activities, deadlines and hearing dates, (ii) allowed effective communications as to strategies and status, and (iii) ensured timely compliance with debtor in possession responsibilities.

(c) Skadden, Arps, together with SH&B and K&S, assisted the Debtors with their goal to sell or close over 350 stores (the "Targeted Stores") to enable the Debtors to focus on their stronger markets. Skadden, Arps, SH&B, K&S and Blackstone coordinated public auctions that succeeded in selling many of the Targeted Stores (over 131) and that resulted in receipt of nearly $80 million, inclusive of consideration received for inventory.

(d) Skadden, Arps further assisted the Debtors in selling (i) an idle warehouse facility in Harahan, Louisiana, (ii) two stores to Food Lion (these sales were not in connection with the public auctions of the Targeted Stores) and (iii) the common stock of Bahamas Supermarkets Limited. Proceeds for these sales were over $55 million.

(e) In addition to the above, Skadden, Arps assisted the Debtors in selling (i) two company airplanes for a total of $32 million and (ii) pharmaceutical prescriptions and related inventory at approximately 162 stores for a total of $17.5 million.

(f) Skadden, Arps assisted the Debtors' efforts to negotiate, document and obtain court approval for postpetition financing (the "DIP Facility"). The DIP Facility consisted of an $800 million revolving credit facility with a $300 million letter of credit sub-facility and a $40 million term loan. Skadden, Arps further assisted the Debtors with several necessary amendments on the DIP Facility. The DIP Facility was necessary for the Debtors to operate in chapter 11.

(g) Skadden, Arps assisted the Debtors' efforts to negotiate, document and obtain court approval for exit financing. The Exit Facility consisted of a $725 million facility

upon consummation of the Plan with a $300 million sublimit for letters of credit. The Exit Facility was necessary for the Debtors to emerge from chapter 11.

(h)    Skadden, Arps assisted the Debtors' efforts to negotiate, document and obtain court approval for a surety facility (the "Surety Facility") with Liberty Mutual Insurance Company of up to $50 million. The Surety Facility was necessary to have bonds posted on the Debtors' behalf for the conduct of their business under various federal and state laws.

(i)    Skadden, Arps assisted the Debtors with various insurance issues, including negotiating, drafting and filing a motion to enable the Debtors to finance insurance premiums. The Debtors' decision to finance insurance premiums, as opposed to paying them directly, was consistent with the Debtors' cash flow needs.

(j)    Skadden, Arps provided the Debtors with legal advice and assistance in connection with the preparation of their schedules of assets, liabilities and executory contracts and statements of financial affairs (collectively, the "Schedules and Statements"). The Schedules and Statements, as originally filed on April 7, 2005, consisted of over 6,000 pages of information and were amended on July 21, 2005 and November 3, 2005.

(k)    Skadden, Arps assisted the Debtors with the establishment of the general claim bar date (August 1, 2005) and with the approval by this Court of procedures and forms for providing effective notice of the bar date to creditors.

(l)    Skadden, Arps worked with the Debtors, SH&B, XRoads and Logan to establish claim objection procedures and to assist with claim reconciliation for the over 22,000 claims in the cases, consisting of over 13,000 filed proofs of claims and over 9,000 scheduled claims. Skadden, Arps assisted the Debtors in filing 29 omnibus claim objections as to over 8,500 claims and advising on legal issues in connection with the claims. The claim objections have simplified the distribution process and were necessary for obtaining confirmation. Through objections filed by Skadden, Arps and SH&B, the Debtors have objected to over 11,500 claims totaling approximately $25 billion.

(m)    Skadden, Arps assisted the Debtors on legal issues relating to reclamation demands. The Debtors received approximately 480 reclamation demands. Skadden, Arps and XRoads orchestrated a settlement to resolve reclamation claims that was approved by this Court on August 5, 2005. As a result of Skadden, Arps' and XRoads' efforts, over 99% of the reclamation claims have been resolved.

(n)    Skadden, Arps assisted the Debtors on legal issues relating to claims under the Perishable Agricultural Commodities Act ("PACA Claims"). The Debtors received approximately 140 PACA Claims. Skadden, Arps worked with the Debtors in developing procedures to resolve PACA Claims that were approved by order of the New York Court dated March 22, 2005. As a result of Skadden, Arps' efforts, there are no outstanding PACA Claims.

(o)     Skadden, Arps assisted the Debtors on legal issues relating to the appointment of official committees of creditors in these cases.  On March 1, 2005, the Creditors Committee was appointed.  Thereafter, Skadden, Arps developed confidentiality agreements to promote the flow of information between the Debtors and the Creditors Committee and worked closely with counsel for the Creditors Committee to resolve these chapter 11 cases.

(p)     Skadden, Arps assisted the Debtors on legal issues relating to the propriety of appointment of additional committees in these cases, including a committee of equity holders, committee of landlords and committee of retirees.  Skadden, Arps worked with the Debtors to prepare necessary letters and pleadings to the United States Trustee and this Court.  Skadden, Arps also assisted the Debtors in responding to a motion by certain retirees for appointment of an official committee to represent the interests of retirees (the "Retiree Motion").  Skadden, Arps provided the Debtors with legal advice regarding the propriety of having an official retiree committee given the circumstances of the cases and drafted an objection to the Retiree Motion on behalf of the Debtors.  In large part as a result of Skadden, Arps' and SH&B's efforts, on July 6, 2005, the Court denied the Retiree Motion.  Moreover, on August 17, 2005, the United States Trustee appointed the Equity Committee.  Upon learning that the Creditors Committee was going to file a motion seeking to disband the Equity Committee (the "Disbandment Motion"), Skadden, Arps worked with the Debtors in addressing issues relating to the disclosure of confidential commercial information.  Skadden, Arps' efforts, together with those of SH&B, led to an order of this Court requiring the Disbandment Motion and related papers to be filed under seal.  Moreover, in connection with the Disbandment Motion, Skadden, Arps drafted pleadings on behalf of the Debtors and worked with the Debtors and SH&B on preparing witnesses, preparing and responding to discovery requests, and advising on the propriety of the Disbandment Motion.  Ultimately, the Equity Committee was disbanded.

(q)     Skadden, Arps assisted the Debtors with a number of legal issues relating to employee matters.  Skadden, Arps assisted the Debtors in developing a key employee retention program ("KERP") and comprehensive severance program ("Severance Program") for employees.  The KERP and Severance Program were integral components of the Debtors' efforts to retain key employees, reduce significant risk of attrition in the Debtors' workforce during the chapter 11 cases and increase employee morale.  On May 27, 2005, the Debtors filed a motion for approval of the KERP and Severance Program and Skadden, Arps thereafter worked with counsel for the Creditors Committee on resolving issues on the programs and reaching a settlement for approval of the programs.  The prosecution of the motion and negotiations with counsel for the Creditors Committee led to certain modifications reflected by Skadden, Arps in a June 15, 2005 filing with this Court.  By order dated June 27, 2005, this Court approved the KERP and Severance Programs.

(r)     Skadden, Arps assisted the Debtors in their efforts to develop a program to induce the Debtors' President and Chief Executive Officer, Peter L. Lynch, to continue working

for the Debtors during the chapter 11 cases (the "CEO Retention Incentive"). The Debtors believed Mr. Lynch's continued employment with the Company was necessary for the business and in the best interests of creditors of the estates. Skadden, Arps drafted the applicable motion that was filed on January 18, 2006 and thereafter negotiated with counsel for the Creditors Committee on various terms. On February 9, 2006, this Court entered an order approving the payment to Mr. Lynch of $1.15 million in exchange for, among other things, Mr. Lynch remaining in the Debtors' employ through August 31, 2006.

(s)    Before August 31, 2006, Skadden, Arps worked with the Debtors on a new employment agreement for Mr. Lynch that was approved by this Court on November 16, 2006. Mr. Lynch presently remains with the Company providing essential services, because the Debtors believed Mr. Lynch's employ with the Company post Effective Date was necessary for the future of their business.

(t)    Skadden, Arps also assisted the Debtors on a variety of legal issues related to employee benefits, including those provided under the MSP and the SRP. Among other things, Skadden, Arps analyzed various employee benefits offered by the Debtors (including those under the MSP and SRP) and advised the Debtors on a variety of legal issues relating to the effect of the Debtors' bankruptcy cases on such benefits (including assisting the Debtors in determining whether such benefits constituted protected "retiree benefits" under Bankruptcy Code section 1114). Skadden, Arps also advised the Debtors with respect to the calculation and treatment of MSP, SRP, and other employee benefit claims under the Plan. In this regard, Skadden, Arps advised the Debtors with respect to the legal issues involved and assisted the Debtors in negotiating a consensual disposition of the claims with the ad hoc retirees committee. Skadden, Arps also drafted and filed on behalf of the Debtors an objection seeking to fix the priority and amount of the MSP and SRP claims consistent with the Plan. The Court entered an order sustaining the objection on November 16, 2006. Finally, Skadden, Arps assisted the Debtors in compelling the turnover from TRP of approximately $16.2 million in Trust Assets that were held in trust by TRP to support the Debtors' obligations under the SRP. Skadden, Arps drafted a motion to compel turnover of the Trust Assets subject to the occurrence of the Effective Date. This Court entered an order granting the motion on November 16, 2006.

(u)    Working closely with X-Roads, Skadden, Arps assisted the Debtors in (i) establishing procedures with respect to the disposition of the approximately 2,800 executory contracts and unexpired leases, (ii) analyzing various contracts and leases and contract and lease-related claims, (iii) negotiating the terms for consensual assumptions or rejections for certain of the Debtors' contracts, (iv) drafting language for proposed contract amendments, (v) drafting agreements to assume contracts on negotiated and/or amended terms, (vi) drafting agreements to reject contracts on negotiated and/or amended terms, and (vii) preparing and filing individual and omnibus motions to assume or reject contracts. Skadden, Arps also responded to inquiries from certain contract and lease parties and coordinated with the Debtors to resolve issues raised by such parties. Furthermore, Skadden, Arps advised the Debtors with respect to numerous legal issues

related to employee agreements.  Specifically, Skadden, Arps analyzed employee agreements, advised the Debtors as to their executoriness and the effect of their assumption and/or rejection, and drafted and filed omnibus motions seeking to assume/reject various employee agreements.  Due in large measure to the efforts of Skadden, Arps, substantially all contract and lease issues were resolved before the confirmation hearing on the Plan.

(v)      Skadden, Arps, together with SH&B, assisted the Debtors in rejecting unnecessary or noncore nonresidential real property leases, assuming necessary leases and providing legal advice in connection with such rejections and assumptions.  In all, the Debtors obtained approval to reject over 450 leases, including subleases and leases of the Targeted Stores.

(w)      Skadden, Arps assisted the Debtors in retaining necessary professionals to advise the Debtors on particular matters for their chapter 11 cases and to perform ordinary course of business functions.

(x)      Skadden, Arps assisted the Debtors with legal issues relating to an investigation (the "Investigation") by the Creditors Committee to identify any viable prepetition causes of action.  Skadden, Arps assisted the Debtors in cooperating fully with the Investigation and researched and advised the Debtors on innumerable issues relating to the Investigation.  Skadden, Arps further participated in the Creditors Committee interviews of twenty witnesses, with certain witnesses being interviewed multiple times and coordinated responses to follow up inquiries.  Skadden, Arps further assisted the Debtors by overseeing the Company's document production to the Creditors Committee.  The Creditors Committee ultimately filed a report concluding that there were likely no viable causes of action available to the Debtors' estates against any current or former officers or directors of the Company that had a reasonable probability of success in producing a benefit for the Debtors' estates.

(y)      Skadden, Arps assisted the Debtors with legal issues relating to litigation involving the Debtors, including litigation as to the venue of the Debtors' chapter 11 cases.  Skadden, Arps also worked with SH&B and assisted the Debtors in developing settlement procedures for pending litigation and assisted in the disposition of claims resulting from litigation.

(z)      Skadden, Arps assisted the Debtors on numerous tax matters affecting these cases.  Skadden, Arps provided advice to the Debtors in connection with the impact of the chapter 11 filings, the various sales of assets, including alternative sale structure scenarios, strategic tax planning for the cases, including providing significant assistance with respect to the structuring of the Debtors' Plan.

(aa)     Skadden, Arps assisted the Debtors in reviewing numerous tax claims and corresponding with various taxing authorities, including the Internal Revenue Service.  As a result of Skadden, Arps' efforts in conjunction with SH&B, the Debtors' tax liability has been significantly reduced in these cases.

(bb)    Skadden, Arps assisted the Debtors with numerous issues relating to their accounts that they maintained with approximately 800 utility service providers, as of the Petition Date, including negotiating and, at times, litigation with many of those utility service providers to resolve adequate assurance and other issues.

(cc)    Skadden, Arps led the Debtors' efforts to negotiate and document their initial Plan and accompanying disclosure statement.  Before filing these plan documents, Skadden, Arps assisted the Debtors on numerous plan-related issues, including issues relating to the substantive consolidation of the Debtors' estates.  The difficult issue of substantive consolidation led to heated debates among creditor constituency groups.  Skadden, Arps assisted the Debtors in responding to numerous creditor inquiries and requests for information relative to the substantive consolidation issue that resulted in large voluntary document productions.  Further, the issue of substantive consolidation required Skadden, Arps to spend a number of days of on-site due diligence at the Company in order to respond to numerous inquiries on the issue.  Skadden, Arps further spent time responding and participating in interviews and informal depositions to help resolve the issue of whether the cases should be substantively consolidated.  Ultimately, an agreement was reached that helped pave the way for a workable plan in these cases.

(dd)    With Skadden, Arps' assistance, the Debtors obtained approval of their disclosure statement and approval of the forms and procedures governing the solicitation process.  In this regard, Skadden, Arps worked with Logan to classify claims by voting class and to implement the solicitation.

(ee)    Skadden, Arps, together with SH&B, assisted the Debtors in reviewing and ultimately resolving numerous confirmation objections filed against the Plan before the confirmation hearing.  As to the unresolved objections, Skadden, Arps, with SH&B, performed substantial and necessary work, including analyzing and strategizing how to resolve the objections.

(ff)    Skadden, Arps spent substantial and necessary time researching the confirmation issues raised and prepared, with the input of SH&B and other professionals in these cases, an extensive Confirmation Brief in response to filed objections and in support of Plan confirmation.

(gg)    Skadden, Arps, together with SH&B and input from the Debtors and other professionals, drafted and filed a proposed Confirmation Order.

(hh)    Skadden, Arps assisted SH&B in preparing for the contested October 13, 2006 confirmation hearing on the Plan.  On November 9, 2006, this Court approved the Plan, less than two years after the Petition Date.

(ii)    Skadden, Arps and SH&B together prepared or negotiated all documents and assisted the Debtors in carrying out all actions necessary to satisfy the conditions precedent to the Effective Date of the confirmed Plan.  This included time-consuming and complex work relating to the Exit Facility.  As a result, the confirmed plan became

effective on November 21, 2006, thereby allowing the Debtors to emerge from chapter 11.

46.    Skadden, Arps submits that the aggregate fees sought in this Final Application represent "reasonable compensation for actual, necessary services rendered" in accordance with Bankruptcy Code section 330(a)(1)(A).  In addition, Skadden, Arps submits that the aggregate expenses for which reimbursement is sought in this Final Application represent "actual, necessary expenses" under Bankruptcy Code section 330(a)(1)(B).

<u>NOTICE OF APPLICATIONS</u>

47.    Notice of the Applications has been provided to the parties listed in the Interim Payment Order.

WHEREFORE, Skadden, Arps respectfully requests that (a) with respect to the Sixth Application and the period from October 1, 2006 through November 21, 2006, the Court approve and allow Skadden, Arps' fees in the amount of $2,154,834.50 and expenses in the amount of $41,352.70, and authorize payment of the foregoing amounts in full, to the extent not already paid; (b) with respect to the Final Application and the period from February 21, 2005 through November 21, 2006, the Court approve and allow Skadden, Arps' fees in the amount of $18,501,989.75 and expenses in the amount of $486,975.98, and authorize payment of the foregoing amounts in full, to the extent not already paid; and (c) the Court grant Skadden, Arps such other and further relief as the Court deems just and proper.

Dated:  January 22, 2007

SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP

/s/  *Sally McDonald Henry*
D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Attorneys for the Reorganized Debtors

43

# EXHIBIT A

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone:  (212) 735-3000
Facsimile:  (212) 735-2000
D.J. Baker (DB 0085)

KING & SPALDING LLP
191 Peachtree Street
Atlanta, Georgia  30303
Telephone:  (404) 572-4600
Facsimile:  (404) 572-5100
Sarah Robinson Borders

Proposed Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

| | |
|---|---|
| **In re** : | |
| : | **Chapter 11** |
| : | |
| **WINN-DIXIE STORES, INC., <u>et al.</u>,** : | **Case No. 05-11063** |
| : | |
| Debtors. : | **(Jointly Administered)** |
| : | |

-------------------------------------------------------------x

## APPLICATION FOR AUTHORITY TO RETAIN
## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AS
## <u>LEAD RESTRUCTURING AND BANKRUPTCY COUNSEL TO THE DEBTORS</u>

Winn-Dixie Stores, Inc. and its debtor affiliates,[1] as debtors and debtors-in-possession

(collectively, the "Debtors"), respectfully represent:

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

## Background

1.      The Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on February 21, 2005 (the "Petition Date").

2.      The Debtors will continue in possession of their property and will operate and manage their businesses as debtors-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

3.      No request has been made for the appointment of a trustee or examiner, and no official committee has yet been appointed in these cases.

4.      This Court has jurisdiction over this Application under 28 U.S.C. § 1334.  Venue of this proceeding is proper pursuant to 28 U.S.C. § 1409.  This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

**A.      Company Background.**

5.      The Debtors are grocery and drug retailers operating in the southeastern United States, primarily under the "Winn-Dixie" and "Winn-Dixie Marketplace" banners.  According to published reports, the Debtors are the eighth-largest food retailer in the United States and one of the largest in the Southeast.  The Debtors' business was founded in 1925 with a single grocery store and has grown through acquisitions and internal expansion.  The Debtors currently operate more than 900 stores in the United States.  Substantially all of the Debtors' store locations are leased rather than owned.

6.      The Debtors employ nearly 79,000 associates, of whom approximately 33,000 are employed on a full-time basis and 46,000 on a part-time basis.

7.      The Debtors operate in a highly competitive supermarket industry that is generally characterized by intense competition and narrow profit margins.  The Debtors compete

directly with national, regional, and local supermarket chains and independent supermarkets, as well as with Wal-Mart, similar supercenters, and other non-traditional grocery retailers such as dollar discount stores, drug stores, convenience stores, warehouse club stores, and conventional department stores.

**B.      Capital Structure**

8.       The Debtors' primary secured obligations arise under a Second Amended and Restated Credit Agreement dated June 29, 2004, with Wachovia Bank, N.A., as administrative agent; GMAC Commercial Finance LLC, as syndication agent; Wells Fargo Foothill, LLC, General Electric Capital Corporation, and The CIT Group/Business Credit, Inc., as co-documentation agents; Wachovia Bank, N.A., as successor by merger to Congress Financial Corporation (Florida), as collateral monitoring agent; and the several lenders from time to time party thereto (as amended, the "Credit Agreement").

9.       The Debtors' maximum borrowing capacity under the Credit Agreement totals $600 million.  Beginning on September 22, 2004, the Debtors failed to meet a financial test under the Credit Agreement that limited the amount available for borrowings; however, the Debtors obtained a waiver of this financial test on February 9, 2005.  The waiver requires that the Debtors perfect the lenders' security interest in assets with a requisite value on or before March 31, 2005.  The waiver expires on June 29, 2005.

10.      The Credit Agreement provides for revolving loans and the issuance of letters of credit.  It is secured by substantially all of the personal property and owned real property of the Debtors that are parties thereto.  As of the Petition Date, the Debtors were liable for obligations under the Credit Agreement in the aggregate amount of approximately $427 million.  The

Debtors are seeking authority to refinance their obligations under the Credit Agreement pursuant to a debtor-in-possession financing facility provided by Wachovia Bank, N.A. and other lenders.

11.     Certain of the Debtors are parties to an Indenture with Wilmington Trust Company dated December 26, 2000 (as amended and supplemented, the "Indenture").  Pursuant to the Indenture, Debtor Winn-Dixie Stores, Inc. issued $300 million in principal amount of Senior Notes bearing interest at 8.875% per annum, and certain other Debtors guaranteed the Senior Notes.  The Senior Notes mature in 2008 and require semi-annual interest-only payments until maturity.  The Senior Notes are unsecured obligations that are *pari passu* with most of the Debtors' other unsecured obligations, which generally consist of trade debt, contract and lease obligations (including possible rejection damages), employee obligations, and litigation claims.

12.     Parent company Winn-Dixie Stores, Inc. is publicly owned, and its common stock has been traded on the New York Stock Exchange since 1952 under the ticker symbol WIN.  All of the other Debtors are direct and indirect subsidiaries of Winn-Dixie Stores, Inc.

**C.     Events Leading to the Debtors' Chapter 11 Cases.**

13.     In January 2004, the Debtors announced a series of actions designed to improve their competitive position (the "Strategic Plan").  The Strategic Plan included (a) a review of business strategies and marketing programs, (b) an expense reduction plan designed to achieve a $100 million annual expense reduction, (c) a market positioning review through which markets will be identified as either core, and positioned for future investment and growth, or non-core, and evaluated for sale or closure, (d) an image makeover program targeting approximately 700 stores for facilities improvement, and (e) a process re-engineering initiative that is intended to enhance organizational effectiveness and company business initiatives.

14.     As part of the Strategic Plan, the Debtors committed to focus on a core base of stores across 36 designated marketing areas in the United States.  The Debtors decided to exit 156 stores, exit three distribution centers, sell or close four manufacturing plants, and consolidate two dairy operations.  Of these facilities, the Debtors exited 135 stores, three distribution centers, and three manufacturing plants between April 2004 and the Petition Date.

15.     Despite the implementation of the Strategic Plan, during the remainder of 2004, the Debtors continued to experience significant sales declines and market-share losses.  The Debtors' financial performance was affected not only by operating losses but also by ongoing obligations relating to a significant number of store locations where the Debtors no longer operate.  The Debtors are seeking authority to reject a substantial number of the leases relating to these stores, effective immediately.

16.     In part in anticipation of the 2004 holiday season, the Debtors increased their purchasing activities in October and November.  When holiday sales were lower than expected, the Debtors experienced higher-than-anticipated inventory levels and lower-than-anticipated accounts payable, resulting in increased borrowings under the Credit Agreement and reduced liquidity.

17.     On February 10, 2005, the Debtors announced that during their first and second fiscal quarters ending on January 12, 2005, the Debtors incurred losses in the amount of $552.8 million, or $3.93 per share of common stock.  The Debtors also announced that for their second fiscal quarter, identical-store sales declined by 4.9% as compared to the second quarter of the prior year.

18.     The Debtors' financial results and decrease in liquidity, coupled with downgrades by Moody's Investor Services and Standard & Poor's Rating Services, as well as negative press

coverage, led a number of the Debtors' trade creditors to demand shorter payment terms. Since

the announcement of the Debtors' financial results on February 10, 2005, the Debtors have

experienced a reduction in vendor and other credit by more than $130 million. As a result, the

Debtors have been forced to conclude, after consultation with their advisors, that their interests

and the interests of their creditors, employees, and customers will be best served by a

reorganization under Chapter 11 of the Bankruptcy Code.

19.     As part of their restructuring under Chapter 11, the Debtors, led by a chief

executive officer hired in December 2004, intend to implement further asset rationalization and

expense reduction plans and to utilize new sales initiatives to improve the Debtors' brand image

and competitive position, with the goal of improving their operations and financial performance

and strengthening their business for the benefit of creditors, customers, employees, and the

communities in which the Debtors operate.

## Relief Requested

20.     By this Application, the Debtors request entry of an order pursuant to Sections

327(a) and 329 of the Bankruptcy Code, approving the retention of Skadden, Arps, Slate,

Meagher & Flom LLP ("Skadden, Arps") as lead restructuring and bankruptcy counsel to the

Debtors during these cases. The Debtors request that Skadden, Arps be retained to perform the

services described in this Application on the terms set forth herein.

## Basis for Relief

**A.      Selection of Skadden, Arps.**

21.     As noted above, the Debtors have suffered from recent financial difficulties. In

recognition that these difficulties might require the filing of petitions for reorganization relief

under Chapter 11 of the Bankruptcy Code, the Debtors retained Skadden, Arps to provide legal

advice and to serve as lead restructuring and bankruptcy counsel in conjunction with the firm of

King & Spalding LLP ("King & Spalding"), the Debtors' proposed bankruptcy co-counsel and

general corporate counsel.   Skadden, Arps began providing restructuring and bankruptcy

services to the Debtors on February 2, 2005 and the Debtors believe that their continued

representation by Skadden, Arps in these cases is critical to the success of the Debtors'

reorganization efforts.

22.     The Debtors selected the firm of Skadden, Arps to serve as lead bankruptcy

counsel in these cases because of the firm's recognized expertise in the field of debtors' and

creditors' rights and business reorganizations under Chapter 11 of the Bankruptcy Code.  The

Debtors further desire to employ the firm of Skadden, Arps because of the resources it has

available to devote to the extensive legal services that will be required in connection with these

cases.

23.     The Debtors have also selected and are, by separate application, seeking to

employ King & Spalding to serve as bankruptcy co-counsel during these cases with respect to

specific matters as described in such application, as well as to continue to render non-bankruptcy

services in the areas of litigation, antitrust matters, environmental matters, general corporate

matters, ERISA and other employee benefits matters, securities law and SEC-related matters,

and finance and finance-related matters and transactions.  Skadden, Arps will advise and consult

with the Debtors through the pendency of these cases as to the division of responsibilities and the

coordination of efforts with King & Spalding to accomplish a speedy, successful, and cost-

effective reorganization, without unnecessary duplication of legal services.  Each of Skadden,

Arps and King & Spalding will have separate areas of responsibility that reflect their respective

roles in the Debtors' cases and that recognize, where appropriate, their historical knowledge of

the Debtors' affairs and their respective proximities to the Debtors, the Court, and significant

parties in interest in these cases.

**B.      Services to be Rendered.**

24.     The employment of Skadden, Arps under a general retainer is necessary to assist

the Debtors in executing faithfully their duties as debtors-in-possession and implementing the

reorganization of the Debtors' financial affairs.  Subject to further order of this Court, and

subject to an appropriate allocation of responsibilities between Skadden, Arps and King &

Spalding, as discussed above and as more particularly detailed in the separate application relating

to King & Spalding, Skadden, Arps will be required to render, among others, the following

services to the Debtors:

(a)     advise the Debtors with respect to their powers and duties as debtors and debtors-in-possession in the continued management and operation of their businesses and properties;

(b)     attend meetings and negotiate with representatives of creditors and other parties in interest and advise and consult on the conduct of these cases, including all of the legal and administrative requirements of operating in Chapter 11;

(c)     take all necessary actions to protect and preserve the Debtors' estates, including the prosecution of actions on their behalf, the defense of any actions commenced against their estates, negotiations concerning all litigation in which the Debtors may be involved and objections to claims filed against the estates;

(d)     prepare on behalf of the Debtors all motions, applications, answers, orders, reports and papers necessary to the administration of the estates;

(e)     negotiate and prepare on the Debtors' behalf plan(s) of reorganization, disclosure statement(s) and all related agreements and/or documents and take any necessary action on behalf of the Debtors to obtain confirmation of such plan(s);

(f)     advise the Debtors in connection with any sale of assets;

(g)     appear before this Court, any appellate courts, and the United States Trustee, and protect the interests of the Debtors' estates before such courts and the United States Trustee; and

(h)     perform all other necessary legal services and provide all other necessary legal advice to the Debtors in connection with these Chapter 11 cases.

25.     Notwithstanding the generality of the foregoing, Skadden, Arps will not duplicate efforts with respect to the separate matters assigned to King & Spalding, which include, as more particularly detailed in the separate application for King & Spalding, customer issues, trust fund and consignment issues, professional compensation and retention issues, utilities issues, non-bankruptcy litigation issues, insurance and workers compensation issues, governmental tax, fee and fine issues, and environmental issues, unless specifically requested to do so by the Debtors because of a conflict on the part of King & Spalding that necessitates that Skadden, Arps act as conflicts counsel or other exigencies as determined by the Debtors.

26.     It is necessary and essential that the Debtors, as debtors-in-possession, employ attorneys under a general retainer to render the foregoing professional services.

27.     Subject to the Court's approval of this Application, Skadden, Arps has indicated a willingness to serve as the Debtors' counsel and to perform the services described above.

**C.     Disinterestedness of Professionals.**

28.     To the best of the Debtors' knowledge, except as set forth herein and in the Declaration of D. J. Baker and Disclosure of Compensation (the "Baker Declaration") attached hereto as Exhibit A, the members, counsel and associates of the firm of Skadden, Arps (a) do not have any connection with any of the Debtors, their affiliates, their creditors or any other party in interest, or their respective attorneys and accountants, the United States Trustee or any person employed thereby, (b) are "disinterested persons," as that term is defined in section 101(14) of the Bankruptcy Code, and (c) do not hold or represent any interest adverse to the estates.

29.     As set forth in the Baker Declaration:

(a)     Neither Skadden, Arps nor any attorney at the firm holds or represents an interest adverse to the Debtors' estates.

-9-

(b)     Neither Skadden, Arps nor any attorney at the firm is or was a creditor, an equity security holder or an insider of the Debtors, except as disclosed in the Baker Declaration, and Skadden, Arps previously has rendered legal services to the Debtors for which it has been compensated.

(c)     Neither Skadden, Arps nor any attorney at the firm is or was an investment banker for any outstanding security of the Debtors.

(d)     Neither Skadden, Arps nor any attorney at the firm is or was, within three years before the Petition Date, an investment banker for a security of the Debtors, or an attorney for an investment banker in connection with the offer, sale or issuance of any security of the Debtors, except as disclosed in the Baker Declaration.

(e)     Neither Skadden, Arps nor any attorney at the firm is or was, within two years before the Petition Date, a director, officer or employee of the Debtors or of an investment banker of the Debtors, except as disclosed in the Baker Declaration.

(f)     Skadden, Arps does not have an interest materially adverse to the interest of the estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with or interest in the Debtors or an investment banker specified in the foregoing paragraphs, or for any other reason.

30.     Skadden, Arps has informed the Debtors that Adlai S. Hardin III, an associate at the firm, is the son of Judge Adlai Hardin and that, to the best of the firm's knowledge, no other attorney at Skadden, Arps has any connection with (a) any United States District Judge or United States Bankruptcy Judge for the Southern District of New York or (b) the United States Trustee for such district or to any known employee in the office thereof.

**D.     Professional Fees and Expenses.**

31.     The Debtors' retention of Skadden, Arps is evidenced by an engagement agreement dated February 7, 2005 (the "Engagement Agreement"), which provides for the Debtors' representation by Skadden, Arps in connection with the Debtors' efforts to restructure their businesses.  The Engagement Agreement is included as <u>Attachment 1</u> to the Baker Declaration.

32.     Skadden, Arps' fees for professional services are based upon its standard hourly rates, which are periodically adjusted.  Under the Engagement Agreement, Skadden, Arps and

the Debtors have agreed that Skadden, Arps' bundled rate structure will apply to these cases and, therefore, Skadden, Arps will not be seeking to be separately compensated for certain staff, clerical and resource charges.  Presently, the hourly rates under the bundled rate structure range from $540 to $825 for partners, $535 to $640 for counsel, $265 to $495 for associates and $90 to $195 for legal assistants and support staff.   The Debtors are advised that the hourly rates set forth above are subject to periodic increases in the normal course of the firm's business, often due to the increased experience of a particular professional.

33.     Consistent with the firm's policy with respect to its other clients, Skadden, Arps will continue to charge the Debtors for all other services provided and for other charges and disbursements incurred in the rendition of services.  These charges and disbursements include, among other things, costs for telephone charges, photocopying, travel, business meals, computerized research, messengers, couriers, postage, witness fees, and other fees related to trials and hearings.  Charges and disbursements are invoiced pursuant to Skadden, Arps' Policy Statement Concerning Charges and Disbursements, which is included as an attachment to the Baker Declaration, except that copying costs will be charged at $0.10 per page, computerized research and telephone calls will be billed at provider cost without reference to Skadden, Arps' internal capital costs or overhead, and document production (including secretarial and word processing time), facsimile services, proofreading, overtime meals, and overtime travel allowances will not be charged for separately on an incurrence basis but are included within the bundled rate structure.

34.     Pursuant to the retainer provisions of the Engagement Agreement, the Debtors paid an initial retainer amount of $500,000 (the "Retainer") for professional services rendered or to be rendered and expenses incurred or to be incurred by Skadden, Arps on behalf of the

Debtors, with the understanding that any amount remaining after payment of prepetition fees and expenses would be held by Skadden, Arps as a postpetition retainer and applied to the final bill in these cases.

35.     As of the Petition Date, based upon prepetition fees and expenses that have been identified and accounted for or estimated as of the date hereof, and assuming application of all such fees and expenses against the Retainer, Skadden, Arps had approximately $500,000 remaining in the Retainer.  Those remaining retainer funds will be applied by Skadden, Arps to pay prepetition fees and costs that are subsequently identified and accounted for.  Any balance existing after all such applications will be treated as a postpetition retainer and applied to the final bill in these cases as allowed by the Court.  In the event of a deficiency in the Retainer after application to prepetition fees and expenses, Skadden, Arps has agreed to waive any resulting prepetition claim against the Debtors.

36.     Skadden, Arps intends to apply to the Court for allowance of compensation for professional services rendered and reimbursement of expenses incurred in these Chapter 11 cases in accordance with applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules of the United States Bankruptcy Court for the Southern District of New York and the orders of this Court.  Skadden, Arps will seek compensation for the services of each attorney and paraprofessional acting on behalf of the Debtors in these cases at the then-current standard rates charged for such services on non-bankruptcy matters as referenced above.

37.     Skadden, Arps has agreed to accept as compensation such sums as may be allowed by the Court on the basis of the professional time spent, the rates charged for such services, the necessity of such services to the administration of the estates, the reasonableness of

the time within which the services were performed in relation to the results achieved, and the

complexity, importance, and nature of the problems, issues or tasks addressed in these cases.

38.     Other than as set forth above and in the Baker Declaration, no arrangement is

proposed between the Debtors and Skadden, Arps for compensation to be paid in these cases.

## **Notice**

39.     Notice of this Application has been provided to the Office of the United States

Trustee, counsel for Wachovia Bank, N.A., as agent for the Debtors' secured lenders, the

indenture trustee for the Debtors' noteholders, and the Debtors' fifty (50) largest unsecured

creditors.  In light of the nature of the relief requested, the Debtors submit that no further notice

is necessary.

## **Waiver of Memorandum of Law**

40.     Pursuant to Local Bankruptcy Rule 9013-1(b) for the Southern District of New

York, because there are no novel issues of law presented herein, the Debtors respectfully request

that the Court waive the requirement that the Debtors file a memorandum of law in support of

this Application.

WHEREFORE the Debtors respectfully request that this Court:

(a)    enter an order pursuant to Section 327(a) and 329 of the Bankruptcy Code

       authorizing the Debtors to employ Skadden, Arps as their lead restructuring and

       bankruptcy counsel during these cases; and

(b)    grant the Debtors such other and further relief as is just and proper.

Dated:  February 21, 2005
       New York, New York

                              Respectfully submitted,

                              WINN-DIXIE STORES, INC.
                              and its debtor affiliates

                              By: /s/ *Bennett Nussbaum*
                                  Bennett Nussbaum
                                  Senior Vice President and
                                  Chief Financial Officer

<u>Exhibit A</u>

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x
In re                                    :
                                         :          **Chapter 11**
                                         :
**WINN-DIXIE STORES, INC., <u>et</u> <u>al.</u>,**     :          **Case No. 05-11063**
                                         :
              **Debtors.**               :          **(Jointly Administered)**
                                         :
--------------------------------------------------------------x

**DECLARATION OF D. J. BAKER**
**<u>AND DISCLOSURE OF COMPENSATION</u>**

I, D. J. Baker, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to

the best of my knowledge, information and belief:

1.       I am a member of the firm of Skadden, Arps, Slate, Meagher & Flom LLP

("Skadden, Arps" or the "Firm"), which maintains offices, among others, for the practice of law

at Four Times Square, New York, New York 10036-6522.  I submit this declaration and

statement pursuant to 11 U.S.C. §§ 327 and 329 and Fed. R. Bankr. P. 2014 and 2016 in support

of the Application for Authority to Retain Skadden, Arps, Slate, Meagher & Flom LLP as Lead

Restructuring and Bankruptcy Counsel to the Debtors (the "Application"), filed

contemporaneously herewith by Winn-Dixie Stores, Inc. and certain of its subsidiaries, the

debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors").

Except as otherwise indicated, I have personal knowledge of the matters set forth herein and, if

called as a witness, would testify competently thereto.[1]

---
[1]      Certain of the disclosures herein relate to matters within the knowledge of other attorneys
at Skadden, Arps and are based on information provided by them.

## Qualification of Professionals

2.      As of February 2, 2005, I and other attorneys at Skadden, Arps, began performing legal work for the Debtors in connection with their efforts to restructure their financial obligations and businesses.[2]  Such legal work included preparations for, and the filing of, the Debtors' Chapter 11 petitions and various motions for necessary "first-day" operational and administrative relief.

3.      Skadden, Arps believes it has assembled a highly-qualified team of attorneys to service the Debtors during their reorganization efforts.  I am a member of the Firm's corporate restructuring department.  I will coordinate the firm's representation of the Debtors in these cases.  I have over thirty years of experience in complex reorganization cases, including lead debtor representations in the Chapter 11 cases of, among others, Circle K, FiberMark, FoxMeyer, GenTek, Global Marine, MCorp, RCN,  Safety-Kleen and Sterling Chemicals Holdings. Additionally, I have been identified as a leading restructuring attorney in each of "Chambers Global: The World's Leading Lawyers 2004-2005," Euromoney Publication's "Best of the Best 2004," and Legal Media Group's "2004 Guide to the World's Leading Insolvency and Restructuring Lawyers" and have been repeatedly listed in "The Best Lawyers in America" and named by "Turnarounds & Workouts" as one of the outstanding reorganization lawyers in America.

4.      Due to its work during the prepetition period, Skadden, Arps has become familiar with the Debtors' capital structure, financing documents and other material agreements.

---

[2]      Skadden, Arps has, in the past, provided legal services to Winn-Dixie Stores, Inc., one of the Debtors in these cases, in connection with certain matters.

Additionally, Skadden, Arps is familiar with the Debtors' business affairs and many of the potential legal issues that may arise in the context of the Debtors' Chapter 11 cases. I believe that Skadden, Arps is well positioned to provide the Debtors with the type of legal services they will require as debtors-in-possession.

### Services to be Rendered

5.        In addition to Skadden, Arps, the Debtors have also selected and are, by separate application, seeking to employ the firm of King & Spalding LLP ("King & Spalding") as their bankruptcy co-counsel during these cases with respect to specific matters as described in such application, as well as to continue to render non-bankruptcy services in the areas of litigation, antitrust matters, environmental matters, general corporate matters, ERISA and other employee benefits matters, securities law and SEC-related matters, and finance and finance-related matters and transactions. Skadden, Arps will advise and consult with the Debtors through the pendency of these cases as to the division of responsibilities and the coordination of efforts with King & Spalding to accomplish a speedy, successful, and cost-effective reorganization, without unnecessary duplication of legal services. Each of Skadden, Arps and King & Spalding will have separate areas of responsibility that reflect their respective roles in the Debtors' cases and that recognize, where appropriate, their historical knowledge of the Debtors' affairs and their respective proximities to the Debtors, the Court, and significant parties in interest in these cases.

6.        Subject to an allocation of responsibilities with King & Spalding, the Debtors' proposed bankruptcy co-counsel and general corporate counsel, as discussed above and as more particularly detailed in the separate application relating to King & Spalding, the Debtors have requested that Skadden, Arps render the following services in connection with these cases:

(a) advise the Debtors with respect to their powers and duties as debtors and debtors-in-possession in the continued management and operation of their businesses and properties;

(b) attend meetings and negotiate with representatives of creditors and other parties in interest and advise and consult on the conduct of these cases, including all of the legal and administrative requirements of operating in Chapter 11;

(c) take all necessary actions to protect and preserve the Debtors' estates, including the prosecution of actions on their behalf, the defense of any actions commenced against their estates, negotiations concerning all litigation in which the Debtors may be involved and objections to claims filed against the estates;

(d) prepare on behalf of the Debtors all motions, applications, answers, orders, reports and papers necessary to the administration of the estates;

(e) negotiate and prepare on the Debtors' behalf plan(s) of reorganization, disclosure statement(s) and all related agreements and/or documents and take any necessary action on behalf of the Debtors to obtain confirmation of such plan(s);

(f) advise the Debtors in connection with any sale of assets;

(g) appear before this Court, any appellate courts, and the United States Trustee, and protect the interests of the Debtors' estates before such courts and the United States Trustee; and

(h) perform all other necessary legal services and provide all other necessary legal advice to the Debtors in connection with these Chapter 11 cases.

7.     Notwithstanding the generality of the foregoing, Skadden, Arps will not duplicate efforts with respect to the separate matters assigned to King & Spalding, which include, as more particularly detailed in the separate application for King & Spalding, customer issues, trust fund and consignment issues, professional compensation and retention issues, utilities issues, non-bankruptcy litigation issues, insurance and workers compensation issues, governmental tax, fee and fine issues, and environmental issues, unless specifically requested to do by the Debtors because of a conflict on the part of King & Spalding that necessitates that Skadden, Arps act as conflicts counsel or other exigencies as determined by the Debtors.

8.      Subject to this Court's approval of the Application, Skadden, Arps is willing to serve as the Debtors' counsel and to perform the services described above.

### Disinterestedness of Professionals

9.      To the best of my knowledge, and except as otherwise set forth herein, the members, counsel and associates of Skadden, Arps (a) do not have any connection with the Debtors, their affiliates, their creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee, (b) are "disinterested persons," as that term is defined in section 101(14) of the Bankruptcy Code, and (c) do not hold or represent any interest adverse to the estates.

10.      Skadden, Arps has represented, currently represents and in the future likely will represent certain creditors of the Debtors and other parties in interest in matters unrelated to the Debtors, their reorganization cases or such parties' claims against or interests in the Debtors. Prior to the commencement of these cases, Skadden, Arps conducted a "conflict check" with respect to the following categories of entities or individuals (the "Identified Parties"), as identified by the Debtors or as ascertained from a review of available documents:[3]

    (a)      the Debtors;

    (b)      the Debtors' non-filing affiliates;

    (c)      the Debtors' directors and officers;

    (d)      professionals representing the Debtors;

    (e)      the Debtors' secured creditors;

    (f)      the indenture trustee, underwriter, and known holders of the Debtors' senior notes;

---

[3]      The identification and classification herein of various entities or individuals as falling within certain categories (e.g., "secured creditor," etc.) is not intended and should not be deemed to be an admission of the legal rights or status of any particular individual or entity.

(g)     the transfer agents for the Debtors and the Debtors' non-filing affiliates;

(h)     the Debtors' top 50 unsecured trade creditors identified as of February 17, 2005;

(i)     the Debtors' known shareholders;

(j)     the Debtors' lessors;

(k)     the Debtors' insurance providers;

(l)     banks at which the Debtors maintain accounts;

(m)     certain parties to litigation involving the Debtors;

(n)     parties that have filed UCC financing statements against the Debtors;

(o)     the Debtors' competitors;

(p)     the Debtors' closed store subtenants;

(q)     the Debtors' software providers;

(r)     certain parties to miscellaneous contracts and/or real and personal property leases with the Debtors;

(s)     certain identified entities possessing other relationships to the Debtors; and

(t)     the United States Trustee, the United States District Court Judges and the United States Bankruptcy Judges for this District.

11.     Skadden, Arps' "conflict check" with respect to the Identified Parties has revealed that it currently represents, or has represented, the following entities or individuals, or entities or individuals that are affiliates of the following entities or individuals, in matters unrelated to the Debtors, their reorganization cases or such entities' claims against or interests in the Debtors:

(a)     Debtors' Professionals: The Blackstone Group, L.P. and KPMG LLP.

(b)     Debtors' Secured Creditors: Amsouth Bank, a lender under the Debtors' prepetition credit agreement; Bank One a lender under the Debtors' prepetition credit agreement; the CIT Group/Business Credit, Inc., a co-documentation agent under the Debtors' prepetition credit agreement; Congress Financial Corporation (Florida), the collateral monitoring agent under the Debtors' prepetition credit agreement; Fleet Retail Group, a

lender under the Debtors' prepetition credit agreement; General Electric Capital Corporation, a co-documentation agent under the Debtors' prepetition credit agreement; GMAC Commercial Finance LLC, the syndication agent under the Debtors' prepetition credit agreement; Lutheran Brotherhood, the holder of a mortgage lien on that property located at 7840 W. Irlo Bronson Highway, Kissimmee, Florida; Merrill Lynch Capital, a lender under the Debtors' prepetition credit agreement; PNC Business Credit, a lender under the Debtors' prepetition credit agreement; Suntrust Bank, a lender under the Debtors' prepetition credit agreement; UBS AG, Stamford Branch, a lender under the Debtors' prepetition credit agreement; Wachovia Bank, National Association, the administrative agent, issuer, and swing line lender under the Debtors' prepetition credit agreement; Wachovia Capital Markets, LLC, the arranger under the Debtors' prepetition credit agreement; and Wells Fargo Foothill, LLC, a co-documentation agent under the Debtors' prepetition credit agreement.

(c)     <u>Known Holders of Debtors' Senior Notes</u>: American Funds; American Memorial Life Insurance Co.; Assurant Inc.; Capital Research and Management Company; Columbia Management Advisors; Credit Suisse Asset Management Ltd.; Credit Suisse FS High Yield Bond; Credit Suisse High Yield Bond Fund; First Fortis Life Insurance Company; Fortis Benefits Insurance Company; Fortis Group; Fortis Insurance Company; IMS Capital Management; IMS Strategic Income Fund; Liberty Funds Distributor, Inc.; Prudential Investments Fund Management LLC; Securities Management and Research, Inc.; and The Vanguard Group.

(d)     <u>Debtors' Transfer Agents</u>: Corporation Service Company

(e)     <u>Debtors' Known Shareholders</u>: Brandes Investment Partners, Inc.; Brandes Investment Partners, L.P.; and Brandes Worldwide Holdings, L.P.

(f)     <u>Debtors' Top 50 Unsecured Trade Creditors Identified as of February 17, 2005</u>: Alberto Culver USA; Bayer Corp.; Campbell Soup Co.; Clorox Sales Co.; Coca-Cola Bottling Co.; Coca-Cola Bottling Works; Del Monte Foods USA; Florida Coca-Cola Bottling; Florida Power & Light Co.; Frito Lay Inc.; General Electric Company; General Mills Inc.; Georgia-Pacific Corporation; Gerber Products Company; Gillette Company; Gulf Coast Coca-Cola Bottling Company; Keebler Company; Kellogg Sales Company; Kimberly Clark; Kraft General Foods Inc.; Kraft Pizza Company; Louisiana Coca-Cola; Nabisco Brands Inc.; Pepperidge Farm Inc.; Pepsico, Inc.; Quaker Oats Company; Ross Laboratories; Sara Lee Foods; Schering-Plough Health Care; Smith Kline Beecham; Unilever Best Foods; Unilever HPC USA; Warner Lambert Consumer Group; and Wyeth Consumer Healthcare.

(g) <u>Debtors' Lessors</u>: 51st Street & 8th Ave. Corporation; AG Edwards; Aegon USA Realty Advisors Inc.; Bank of New York; Conseco Mortgage Capital Inc.; First Union National Bank; First Union Wholesale Lockbox; General Electric Business Asset; General Electric Capital Business; Indianapolis Life Insurance Co.; JDN Realty Corporation; Kmart Corporation; L.J. Melody & Company; Life Insurance Co. of Georgia; Mellon Trust of California; Metro International Property; Midland Loan Services; Midwest Centers; Orix Capital Markets LLC; Orix Real Estate Capital Markets; PNC Bank Philadelphia; Principal Capital Management LP; Principal Life Insurance Co.; Royal & Son; Southtrust Bank; Swiss Re Investors Inc.; Teachers Retirement System; UrbanAmerica L.P.[4]; U.S. Bank Trust NA; Wachovia Securities; Westland Shopping Center LP; Windsor Place; and Windward Partners IV LP.

(h) <u>Debtors' Insurance Providers</u>: ACE American Insurance Co.; ACE Bermuda Insurance, Ltd.; ACE (Illinois Union); ACE USA; AIG Aviation, Inc.; American Guarantee Liability Insurance Company (Zurich); Axis Surplus Insurance Co.; Chubb & Son; Commonwealth Insurance Company; Employer's Insurance of Wausau; Federal Insurance Co.; Great American Assurance; Gulf Insurance Company Inc.; The Hartford; Illinois Union Insurance Co.; Lexington Insurance Co.; Liberty Mutual Insurance Company; Liberty Mutual Insurance Europe Ltd.; Marsh Inc.; Marsh USA Inc.; National Union Fire Insurance Co.; RLI Corp.; SR International Business Insurance Co. Ltd.; St. Paul (Bermuda) Ltd.; St. Paul Fire & Marine Insurance Company; St. Paul Mercury; Travelers Indemnity Co. of Illinois; XL Insurance America, Inc.; and Zurich American Insurance Co.

(i) <u>Banks at which Debtors Maintain Accounts</u>: Bank of Granite; Centura Bank; Citizens Bank; Compass Bank; Fifth Third Bank; Hibernia Bank; The Provident Bank; Union Planters Bank; and U.S. Bank.

(j) <u>Parties Filing UCC Financing Statements</u>: American Bank Note Company; Bank of America, N.A.; Cargill, Incorporated; Cisco Systems Capital Corporation; Cryovac, Inc.; Fleet Business Credit, LLC; Fleet Capital Leasing - Technology Finance; Fleet Leasing Corporation; IBM Credit Corporation; IBM Credit LLC; National City Bank of Michigan/Illinois; Storagetek Financial Services Corporation; U.S. Bancorp; and Wells Fargo Bank, N.A.

---

[4]     Joseph H. Flom, a member of Skadden, Arps, is a trustee and investor in UrbanAmerica L.P., a lessor with respect to two of the Debtors' stores.  Mr. Flom will not partake in any discussion, access any documents or files, work on any matters related to, or otherwise be involved with the Debtors or these cases.

(k)    <u>Debtors' Competitors</u>: Ahold USA; Albertson's, Inc.; Bruno's Supermarkets, Inc. a/k/a Food World; Great A&P; SuperValu Inc.; and Wal-Mart Stores, Inc.

(l)    <u>Debtors' Closed Store Subtenants</u>: McDonald's Corporation; Nielsen Media Research; Office Depot Inc.; Payless Shoes; Rhodes, Inc.; and TCIM Services, Inc.

(m)    <u>Software Providers</u>: Aprisma Management Technologies; BEA Systems, Inc.; Deloitte & Touche; EMC Corporation; GEAC Enterprise Solutions; Getronics; Hummingbird Ltd.; IBM Corp.; Macro4 Inc.; Manigistics; Mercury Interactive Corporation; Microstrategy; NDC Health; Network Associates; Network General; Oracle Corporation; OutlookSoft Corporation; and Sterling Commerce, Inc.

(n)    <u>Miscellaneous Contract/Lease Parties</u>: Aetna, Inc.; Aetna Life Insurance Company; American Express Travel Related Services Company, Inc.; Canadian Imperial Bank of Commerce[5]; Discover Financial Services, Inc.; First Union Capital Markets; Integrated Payment Systems, Inc.; T. Rowe Price Retirement Services, Inc.; Telecheck Services, Inc.; Unum Life Insurance Company of America; Western Union Financial Services, Inc.; and Western Union North America.

(o)    <u>Certain Other Identified Parties</u>: New York Stock Exchange

12.    If Skadden, Arps should come into possession of information that would suggest the existence of a potential claim that the Debtors have or might have against one or more of Skadden, Arps' clients identified above, Skadden, Arps will advise the Debtors of such information and, to the extent necessary or appropriate, either seek a waiver from such Skadden, Arps' client or have the Debtors retain special counsel to investigate and pursue any such claim.

13.    In addition, and based upon inquiries made in the preparation of this Declaration, one or more partners, counsel, or associates of Skadden, Arps was formerly an employee of the Debtors.

---

[5]    Canadian Imperial Bank of Commerce ("CIBC"), a Skadden, Arps client, was party to a now terminated agreement whereby CIBC banking kiosks were placed in certain of the Debtors' stores. Skadden, Arps has not provided since the termination of such agreement, and will not

14.     Skadden, Arps has instituted and is carrying on further inquiries of its partners, counsel and associates with respect to the matters contained herein, including the circulation of a special "disinterestedness" questionnaire to each of the approximately 1,700 attorneys in the Firm's domestic and international offices.  Skadden, Arps will file supplemental declarations regarding its retention if any additional relevant information comes to its attention.

15.     I am not related to, and, except as set forth below, to the best of my knowledge, none of the members, counsel, and associates of Skadden, Arps are related to the United States Trustee for this District, any key person employed in the Office of such United States Trustee, any United States District Court Judge for this District or any United States Bankruptcy Court Judge for this District, except that Adlai S. Hardin III, an associate at the Firm, is the son of Judge Adlai S. Hardin.  Skadden, Arps will continue to review its records with respect to such persons, and shall promptly notify the Court by a supplemental affidavit if any such connection is discovered.

16.     Skadden, Arps is one of the largest law firms in the world and has a diverse client base.  For the one-year preceding the Petition Date, no single client of the firm represented more than 3.9036% of Skadden, Arps' total value of time billed to client matters for that period.  Of the entities referenced herein, only 3, or affiliates of only 3, accounted for 1% or more of Skadden, Arps' total value of time billed during that same period: (i) Credit Suisse First Boston LLC; (ii) Deloitte & Touche USA LLP and (iii) Marsh and McLennan Inc.

17.     To the best of my knowledge, neither Skadden, Arps nor any attorney at the firm holds or represents an interest adverse to the Debtors' estates.

---

provide in the future, legal services to CIBC in connection with any matter involving the Debtors.

18.     To the best of my knowledge, Skadden, Arps neither is nor was a creditor, an equity security holder or an insider of the Debtors, except that Skadden, Arps previously rendered legal services to the Debtors for which it was compensated.  One or more partners, counsel, or associates of Skadden, Arps may own or in the past have owned publicly issued equity or debt securities issued by the Debtors.

19.     To the best of my knowledge, neither Skadden, Arps nor any attorney at the firm represented an investment banker in connection with any outstanding security of the Debtors within three years before the Petition Date.

20.     To the best of my knowledge, neither Skadden, Arps nor any attorney at the firm is or was an investment banker for any security of the Debtors in connection with the offer, sale or issuance of any security of the Debtors.

21.     To the best of my knowledge, neither Skadden, Arps nor any attorney at the firm is or was a director, officer or employee of the Debtors or of an investment banker of the Debtors.

22.     To the best of my knowledge, Skadden, Arps does not have an interest materially adverse to the interests of the estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with or interest in the Debtors or an investment banker specified in the foregoing paragraphs, or for any other reason.

23.     In view of the foregoing, Skadden, Arps is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code.

## Professional Compensation

24.     Pursuant to an engagement letter dated February 7, 2005 (the "Engagement Letter"), a copy of which is attached hereto as <u>Attachment 1</u>, the Debtors retained Skadden, Arps

to, among other things, advise them in connection with the exploration of a potential financial restructuring and, in conjunction with King & Spalding, to represent them as debtors in possession if Chapter 11 cases were commenced.  As provided by the terms of the Engagement Letter, and as described below, Skadden, Arps was entitled to be paid for services rendered and expenses incurred.

25.     Skadden, Arps and the Debtors have agreed that Skadden, Arps' bundled rate structure will apply to these cases and, therefore, Skadden, Arps will not be seeking to be separately compensated for certain staff, clerical and resource charges.  For professional services, Skadden, Arps' fees are based on its standard hourly rates, which are periodically adjusted.  Presently, the hourly rates under the bundled rate structure range from $540 to $825 for partners, $535 to $640 for counsel, $265 to $495 for associates and $90 to $195 for legal assistants and support staff.   The Debtors are advised that the hourly rates set forth above are subject to periodic increases in the normal course of the firm's business, often due to the increased experience of a particular professional.

26.     Consistent with the firm's policy with respect to its other clients, Skadden, Arps will continue to charge the Debtors for all other services provided and for other charges and disbursements incurred in the rendition of services.  These charges and disbursements include, among other things, costs for telephone charges, photocopying, travel, business meals, computerized research, messengers, couriers, postage, witness fees and other fees related to trials and hearings.  Charges and disbursements are invoiced pursuant to Skadden, Arps' Policy Statement Concerning Charges and Disbursements, which is included with Attachment 1, except that copying costs will be charged at $0.10 per page, computerized research and telephone calls will be billed at provider cost without reference to Skadden, Arps' internal capital costs or

overhead, and document production (including secretarial and word processing time), facsimile services, proofreading, overtime meals and overtime travel allowances will not be charged for separately on an incurrence basis but are included within the bundled rate structure.

27.     Pursuant to the retainer provisions of the Engagement Agreement, the Debtors paid an initial retainer amount of $500,000 (the "Retainer"), for professional services rendered or to be rendered and expenses incurred or to be incurred by Skadden, Arps on behalf of the Debtors, with the understanding that any amount remaining after payment of prepetition fees and expenses would be held by Skadden, Arps as a postpetition retainer and applied to the final bill in these cases.

28.     As of the Petition Date, based upon prepetition fees and expenses that have been identified and accounted for or estimated as of the date hereof, and assuming application of all such fees and expenses against the Retainer, Skadden, Arps had approximately $500,000 remaining in the Retainer.  Those remaining funds will be applied by Skadden, Arps to pay prepetition fees and costs that are subsequently identified and accounted for.  Any balance existing after all such applications will be treated as a postpetition retainer, and applied to the final bill in these cases as allowed by the Court.  In the event of a deficiency in the Retainer after application to prepetition fees and expenses, Skadden, Arps has agreed to waive any resulting prepetition claim against the Debtors.

29.     Within the one-year period preceding the Petition Date, the total aggregate amount of fees earned and expenses incurred by Skadden, Arps on behalf of the Debtors, as identified and accounted for or estimated as of the date hereof, was approximately $563,757.66.  Of that amount, $562,839.25 is attributable to prepetition fees and $918.41 is attributable to prepetition expenses.  During the same period, the Debtors paid Skadden, Arps an aggregate

amount of $1,063,757.66, including payment of the Retainer.  The balance of $500,000 is the

amount of the remaining, unapplied Retainer funds referred to above. The Debtors understand

that not all of Skadden, Arps prepetition fees and expenses were identified and accounted for as

of the Petition Date or as of the date hereof.  As such amounts are posted, the amount of

prepetition fees and expenses will increase and the amount of the remaining Retainer funds will

decrease.

30.     With respect to the payments described in the preceding paragraph, set forth

below is a summary of (a) invoices sent by Skadden, Arps to the Debtors both for retainers and

for services and expenses and (b) payments made by the Debtors to Skadden, Arps in response to

such invoices:

| | | | |
|---|---|---|---|
| (a) | 2/07/05 | Retainer Request | $500,000.00 |
| | 2/17/05 | Invoice (billed to 2/17/05) | $266,839.25 |
| | 2/17/05 | Invoice (estimated to 2/21/05) | $296,000.00 |
| (b) | 2/09/05 | Retainer Payment | $500,000.00 |
| | 2/18/05 | Invoice Payment | $563,757.66 |

31.     Skadden, Arps intends to apply to the Court for allowance of compensation for

professional services rendered and reimbursement of charges and disbursements incurred in

these Chapter 11 cases in accordance with applicable provisions of the Bankruptcy Code, the

Federal Rules of Bankruptcy Procedure, the Local Rules of the United States Bankruptcy Court

for the Southern District of New York and the orders of this Court.  Skadden, Arps will seek

compensation for the services of each attorney and paraprofessional acting on behalf of the

Debtors in these cases at the then current rate charged for such services on non bankruptcy

matters.

32.     Skadden, Arps has agreed to accept as compensation such sums as may be

allowed by the Court on the basis of the professional time spent, the rates charged for such

services, the necessity of such services to the administration of the estates, the reasonableness of the time within which the services were performed in relation to the results achieved, and the complexity, importance and nature of the problems, issues or tasks addressed in these cases.

33.    Other than as set forth above, no arrangement is proposed between the Debtors and Skadden, Arps for compensation to be paid in these cases.

34.    Except for such sharing arrangements among Skadden, Arps, its affiliated law practice entities and their respective members, Skadden, Arps has no agreement with any other entity to share any compensation received, nor will any be made, except as permitted under section 504(b)(1) of the Bankruptcy Code.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on February 21, 2005.


<div style="margin-left: 40%;">

SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP


/s/  *D. J. Baker*
D. J. Baker

Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

</div>

**ATTACHMENT I**

**ENGAGEMENT AGREEMENT**

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

DIRECT DIAL
(2 I 2) 735-2 I 50
DIRECT FAX
(9 I 7) 777-2 I 50
EMAIL ADDRESS
DJBAKER@SKADDEN.COM

FOUR TIMES SQUARE

NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

February 7, 2005

FIRM/AFFILIATE OFFICES
—
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEWARK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
—
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

Laurence B. Appel, Esq.
Senior Vice President and General Counsel
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, Florida 32254-3699

RE:    Engagement Agreement with Skadden

Dear Larry:

We are pleased that Winn-Dixie Stores, Inc., for itself and each of its subsidiaries for which there is no disqualifying conflict and which Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden" or the "Firm") has agreed to represent (collectively, the "Company"), has decided to engage Skadden as special counsel in connection with the matters described below in the "Scope of Engagement" section of this Engagement Agreement and such other matters as are assigned to us in the future and that we agree to undertake (the "Engagement"). Accordingly, the Engagement is limited to those specific matters enumerated in and/or contemplated by this Engagement Agreement.

This letter sets forth the terms of our engagement arrangements for all matters (whether pending or prospective), including staffing, fees and waivers, the scope of our engagement, the basis on which the Firm will present its bills for fees, related charges and disbursements, and certain limitations on the Firm's services arising from potential conflicts of interest. Our Engagement is to represent the Company and not its individual directors, officers, employees or shareholders. However, we anticipate that in the course of that Engagement, we may provide information or advice to directors, officers or employees in their corporate capacities.

## Scope of Engagement

We have agreed to represent the Company as special counsel in the Company's efforts to work out its present financial circumstances, which may include restructuring its financial affairs and capital structure, in addition to ongoing and future representation of the Company on matters for which Skadden is or in the future may be engaged by the Company not related to the Company's efforts to work out its present financial circumstances. The services to be provided by Skadden in connection with the Engagement will encompass all services normally and reasonably associated with this type of engagement which the Firm is requested and is able to provide and which are consistent with its ethical obligations. As legal counsel, we are not in a position to, and the

Company has not retained us to, provide financial advice. With respect to all matters of our Engagement, we will coordinate closely with the Company as to the nature of the services to be rendered by us and the scope of our engagement.

In addition to certain matters with respect to which we are providing legal services to the Company, in connection with the Company's restructuring activities (whether outside of court or in connection with the preparation for, commencement and prosecution of chapter 11 reorganization cases), the Engagement may involve advice as to corporate transactions and corporate governance, negotiations, out-of-court agreements with creditors, equity holders, prospective acquirers and investors, review of documents, preparation of agreements, review and preparation of pleadings, court appearances and such other actions as both of us deem necessary and desirable. The Engagement also will include advice to, and representation of the Company, as debtors and debtors-in-possession, should the Company seek relief pursuant to the provisions of the Bankruptcy Code subject to the approval of our retention by the Bankruptcy Court.

If the Company determines that reorganization cases under chapter 11 of the Bankruptcy Code are appropriate, we will prepare for the filing of the chapter 11 petitions, including review of documents and preparation of the petitions with supporting schedules and statements, subject to appropriate coordination with King & Spalding LLP, which has commenced such preparations, to avoid duplication of effort and expense. During the cases and subject to our ethical obligations discussed above, we will advise and consult on the conduct of the cases, including all of the legal and administrative requirements of operating in chapter 11; prepare such administrative and procedural applications and motions as may be required for the sound conduct of the cases; prosecute and defend litigation that may arise during the course of the cases; consult with you concerning and participate in the formulation, negotiation, preparation and filing of a plan or plans of reorganization and disclosure statement(s) to accompany the plan(s); review and object to claims; analyze, recommend, prepare, and bring any causes of action created under the Bankruptcy Code; take all steps necessary and appropriate to bring the cases to a conclusion; and perform the full range of services normally associated with matters such as this which the Firm is in a position to provide. With respect to the foregoing, we will allocate appropriate responsibilities to King & Spalding LLP in consultation with the Company, but in all such matters it is our understanding that the Company intends for us to act as the Company's principal bankruptcy counsel.

In the event that chapter 11 cases are commenced and our retention is authorized, our representation will include, as noted above, serving as principal bankruptcy counsel to the debtors-in-possession under a general retainer, subject to court approval. Such representation also will encompass all out-of-court planning and negotiations attendant to these tasks. Although it is hoped that litigation can be avoided, subject to ethical constraints regarding conflicts of interest, we also will be available to serve the Company in any litigation capacities that become necessary to the extent that any required court approval is obtained.

## Case Management and Coordination of Outside Counsel

The Company is presently using more than one law firm for representation of its interests on substantive matters. It is likely that more than one law firm may be needed for such representation, particularly to represent the Company in connection with the numerous labor-intensive day-to-day tasks associated with potential chapter 11 cases. Other than the general

representation of the Company by Skadden as principal restructuring counsel and in the cases (if filed) pursuant to this Engagement Agreement, the Company will continue to have discretion to assign specific tasks to co-counsel, adjunct counsel, or special counsel (collectively, "Other Counsel"), as the case may be. If, as outlined below, we are unable to obtain court approval for all matters in potential chapter 11 cases that you wish us (and we agree) to undertake, our representation would include as many of those matters as are approved. We are committed to working with the Company and in full cooperation with Other Counsel to manage the Engagement on a cost-efficient and productive basis. To the extent possible, given the nature and magnitude of the Engagement, steps have been taken and should continue to be taken by the Company to coordinate tasks and, when practical, to divide these tasks to avoid unnecessary duplication of effort between us and Other Counsel.

## Engagement Personnel

I will coordinate all Engagement matters on behalf of Skadden Arps. Additional lawyers, including those in other practice areas, will be added to the Engagement on an as needed basis.

## Fees, Charges and Disbursements

Our fees will be based primarily on the time involved in the Engagement and our bundled hourly time charges. A list of our current bundled hourly time charges using the Firm's bundled rate structure as of January 1, 2005 is attached as Exhibit A. As part of the Firm's ordinary business practices, hourly time charges are periodically reviewed and revised.

Our final fee statement to the Company normally would reflect a variety of factors. These factors include bundled hourly time charges, the significance of the Firm's role, the importance of the Firm's expertise, the complexity of the matter, the outcome of the matter, the Firm's contribution to the results obtained, the size and significance of the matter, the intensity and duration of the Firm's efforts, the amount of fees we have received in other comparable matters, and the views of our client. As to the latter factor, we consider it very important and would not submit a final statement for services rendered without having discussed our fee in advance with the Company based on the factors mentioned above and obtaining your concurrence.

As to billing, we will submit to the Company for payment a statement with respect to all matters for which we are responsible on not less than a monthly basis. At each matter's conclusion, we will submit a final statement for services rendered that will be based upon our bundled hourly time charges and, if appropriate, the factors outlined above, and that would credit all prior payments. Each statement submitted would be accompanied by a summary of attorney time showing the time worked by each lawyer working on an Engagement matter and the guideline hourly rate for each lawyer. In addition, our billing statements will include charges and disbursements incurred by us in the course of performing legal services in accordance with our standard practice as described in the summary attached as Exhibit B, which may be periodically updated.

Laurence B. Appel
February 7, 2005
Page 4

From time to time, the Company may request a fee range estimate for a particular Engagement matter. Any such estimate would be premised upon certain assumptions, including, but not limited to, completion of the matter by a particular target date, no unusual issues or problems arising, no litigation, counsel for the other parties sufficiently experienced and competent to perform such counsel's normal functions in this type of matter and so forth. In such situations, we will respond promptly to the Company's request in writing although it is agreed that such estimates shall not constitute a fee cap or amendment of this Engagement Agreement and all such discussions and written estimates would be handled through the undersigned in respect of the overall Engagement on behalf of the Firm.

## Fee Structure and Retainers

It is customary in matters of this nature for us to receive a reasonable retainer/on account payment and to be paid promptly for services rendered and charges and disbursements incurred on behalf of the Company, including payment for the services rendered and charges and disbursements incurred prior to the date hereof. Given the size and complexity of the Company's affairs, we have requested a payment in the amount of $500,000.00, representing a retainer/on account payment for professional services rendered and to be rendered and charges and disbursements incurred by us to the Company's account in connection with our representation of the Company including with respect to any consensual non-judicial restructuring as well as any initial preparation that you authorize for cases under chapter 11 of the Bankruptcy Code that may be filed by or against the Company (the "Initial Retainer"). We would appreciate your sending the Initial Retainer by wire transfer to:

CITIBANK, N.A.
460 West 33rd Street
NEW YORK, NEW YORK

ABA #021-000089
FOR CREDIT TO:
ACCOUNT # 3006-0143 of Skadden, Arps, Slate, Meagher & Flom LLP

The Company agrees to supplement the Initial Retainer from time to time during the course of the Engagement in such amounts as we mutually shall agree are reasonably necessary to maintain the Initial Retainer at a level that will be sufficient to fund Engagement fees, charges and disbursements to be incurred for time periods to be covered by the Initial Retainer. Should the Company subsequently decide to seek chapter 11 relief, we may also require an additional retainer/on account payment to supplement the Initial Retainer in order to cover Engagement fees, charges and disbursements to be incurred during the initial phase of the reorganization cases (the "Filing Retainer"). We will determine and discuss the amount of the Filing Retainer with you prior to the initiation of any chapter 11 case or at such earlier time as either we or the Company deems appropriate or desirable. Of course, the reasonableness of the Filing Retainer remains subject to review by the court in any ensuing cases.

In the future, we will send the Company periodic invoices (not less frequently than monthly) for services rendered and charges and disbursements incurred on the basis discussed above. Each invoice constitutes a request for an interim payment against the reasonable fee to be determined

at the conclusion of our representation. Upon transmittal of the invoice, the Firm shall draw upon the Initial Retainer (as may be supplemented from time to time by supplemental retainers or the Filing Retainer) in the amount of the invoice. The Company agrees upon submission of each such invoice, if so requested by the Firm, to wire the invoice amount to us as replenishment of the Initial Retainer (together with any supplemental amount to which the Firm reasonably requests), without prejudice to the Company's right to advise us of any differences it may have with respect to such invoice. We have the right to apply to any outstanding invoice, up to the remaining balance, if any, of the Initial Retainer (as may be supplemented from time to time by supplemental retainers or the Filing Retainer) at any time subject to (and without prejudice to) the Company's opportunity to review our statements.

In the event that the Company subsequently determines to seek bankruptcy court protection and subject to the terms of any professional compensation order entered in the Company's chapter 11 cases, the issuance of our periodic invoice shall constitute a request for an interim payment against the reasonable fee to be determined at the conclusion of the representation. Although the Company may pay us from time to time for services rendered in our capacity as special counsel for various matters, some fees, charges, and disbursements incurred before the filing of bankruptcy petitions (voluntary or involuntary) may remain unpaid as of the date of the bankruptcy filings. Any portion of the Initial Retainer (as may be supplemented from time to time by supplemental retainers or the Filing Retainer) not otherwise properly applied will be held by us for the payment of any such unpaid fees, charges and disbursements (whether or not billed).

If the Company determines to commence a chapter 11 case, the unused portion, if any, of the Initial Retainer (as may be supplemented from time to time by supplemental retainers or the Filing Retainer) will be applied to any unpaid prepetition invoices and unbilled fees, charges and disbursements, although any requisite court permission will be obtained in advance. Postpetition fees, charges and disbursements will be due and payable immediately upon entry of an order containing such court approval or at such time thereafter as instructed by the court, it being agreed and understood that the unused portion, if any, of the Initial Retainer (as may be supplemented from time to time by supplemental retainers or the Filing Retainer) shall be held by us and applied against the final fee application filed and approved by the court. The Company understands that while the arrangement in this paragraph may be altered in whole or in part by the bankruptcy court, the Company shall nonetheless remain liable for payment of court approved postpetition fees and expenses. Such items are afforded administrative priority under 11 U.S.C. § 503 (b)(1).

If a dispute develops about our fees, you may be entitled under Part 137 of the Rules of the Chief Administrator of the New York Courts to arbitration of that dispute if it involves more than one thousand and less than fifty thousand dollars.

## Confidentiality and Related Matters

Confidential communications between a client and counsel are ordinarily privileged, but the commencement of a bankruptcy case may severely limit this attorney-client privilege. Specifically, if a trustee is appointed in any case concerning a corporate debtor or partnership, the trustee will be able to obtain from us or other counsel and disclose to others information communicated by the Company to counsel. Some courts also have held that an examiner may invade the attorney-client privilege.

Because of the nature of the Firm's practice (involving more than 1,600 lawyers throughout the United States and in various international offices), from time to time we concurrently may represent one client in a particular matter and the adversary of that client in an unrelated matter. Thus, for example, while representing the Company, we may represent a third party who is adverse to the Company in a matter unrelated to the matters covered by this Engagement Agreement. In addition, while representing the Company, we may represent an account debtor of the Company as a debtor in a reorganization case or in connection with out-of-court negotiations with such entity's creditors concerning that entity's ability to pay its debts generally.

Despite any such concurrent representation, we strictly preserve all client confidences and zealously pursue the interests of each of our clients. The mutual understanding reflected in this Engagement Agreement, including the waivers set forth below, are, of course, premised on the Firm's adherence to its professional obligation not to disclose any confidential information or to use it for another party's benefit.

With respect to third parties and based on our initial discussions concerning the Company's capital structure and given the Company's business relationships, we have identified certain entities involved with the Company as our clients, or as affiliates of our clients, on matters unrelated to the Company including, but not limited to, bank group members Amsouth Bank, Bank One, The CIT Group/Business Credit, Inc., Congress Financial Corporation (Florida), Fleet Retail Group, Inc., General Electric Capital Corporation, GMAC Commercial Finance LLC, Merrill Lynch Capital, PNC Business Credit, Suntrust Bank, UBS AG, Wachovia Bank, National Association, Wachovia Capital Markets, LLC, and Wells Fargo Foothill, LLC, as well as other entities that are providing financial accommodations and services to the Company or have other material relationships. (In the event that chapter 11 cases are commenced, we will prepare a disclosure summary that will be publicly disclosed and will be updated periodically thereafter in connection with the filing of interim fee applications and as otherwise required.) Accordingly, while for purposes of this Engagement Agreement, the Company should assume that we represent a substantial number of the Company's creditors and stakeholders on matters unrelated to the Company, we will, at the Company's request, furnish you with a list of relevant clients when we receive updated information from the Company from time to time regarding its creditors and other stakeholders.

We do not provide certain kinds of opinion letters in connection with restructuring and bankruptcy reorganization cases to clients or to others who may wish to rely upon such letters. We do not alter this policy except under very unusual circumstances and then only upon further written agreement, as approved by a special committee of the Firm.

## Waivers and Related Matters

The Firm represents a broad base of clients on a variety of legal matters. Accordingly, absent an effective conflicts waiver, conflicts of interest may arise that could adversely affect your ability and the ability of other clients of the Firm to choose the Firm as its counsel and preclude the Firm from representing you or other clients of our Firm in pending or future matters. Given that possibility, we wish to be fair not only to you, but to our other clients as well. Accordingly, this letter will confirm our mutual agreement that the Firm may represent other present

or future parties on matters other than those for which it had been or then is engaged by the Company, whether or not on a basis adverse to the Company or any of its affiliates, including in litigation, legal or other proceedings or matters, which are referred to as "Permitted Other Representation." In furtherance of this mutual agreement, the Company agrees that it will not for itself or any other party assert the Firm's representation of the Company, either previously, in its then existing representation in the Engagement, or in any other matter in which the Company retains the Firm, as a basis for disqualifying the Firm from representing another party in any Permitted Other Representation and agrees that any Permitted Other Representation does not constitute a breach of duty. Permitted Other Representation would include, without limitation, representing a client over which the Company might be seeking to acquire influence or control, or from which the Company may wish to buy assets, or representing a client regarding its interest at the time in acquiring influence or control over an entity in which the Company then has a similar interest. Notwithstanding the foregoing waivers, the Firm agrees that, during the pendency of any chapter 11 reorganization cases involving the Company in which the Firm is acting as bankruptcy and restructuring counsel pursuant to a general retainer pursuant to 11 U.S.C. § 327 (a), the Firm will not represent present or future clients of the Firm on matters adverse to the Company in such chapter 11 reorganization cases.

Our representation of the Company is premised on the Firm's adherence to its professional obligation not to disclose any confidential information or to use it for another party's benefit without the Company's consent. Provided that the Firm acts in the manner set forth in this paragraph, the Company would not for itself or any other party assert that the Firm's possession of such information, even though it may relate to a matter for which the Firm is representing another client or may be known to someone at the Firm working on the matter, (a) is a basis for disqualifying the Firm from representing another of its clients in any matter in which the Company or any other party has an interest; or (b) constitutes a breach of any duty owed by the Firm.

With respect to parties affiliated with the Company generally, including parties owned by the Company and parties that hold direct or indirect interests in the Company, it is our understanding that the Firm is not being asked to provide, and will not be providing, legal advice to, or establishing an attorney-client relationship with, any such affiliated party or person in their individual capacity and will not be expected to do so unless the Firm has been asked and has specifically agreed to do so. Finally, it is our understanding that if the Firm acts as counsel for any other party as to which the Company then owns completely, directly or indirectly, all of the common stock or similar voting interest (other than directors' qualifying shares, if any), the mutual agreement reflected in this letter, including the waivers, would apply to that party as well.

\* \* \*

The provisions of this letter will continue in effect, including if the Firm's representation of the Company was ended at your election (which, of course, the Company would be free to do at any time) or by the Firm for Good Cause (which would be subject to ethical requirements). Good Cause includes the Company's breach of this agreement (including any material change in our engagement responsibilities without our consent or the failure to pay any payment when due under this Engagement Agreement), the Company's refusal or failure to cooperate with us or provide us with continuing access to the Board of Directors and senior management officers of the Company as appropriate, any fact or circumstance that would render our continuing representation unlawful or unethical, or, in our reasonable judgment, resignation of the engagement becomes

necessary or appropriate. Any unused portion of the retainers we have received will be applied to our outstanding fees, charges and disbursements and the Company will promptly pay to us the remaining balance owed to us, if any. To the extent that the remaining amount of the retainers exceeds the amount of such fees, charges and disbursements, we will pay such amount to the Company. In addition, the provisions of this Engagement Letter will apply to future engagements of the Firm by the Company unless we mutually agree otherwise.

The Company agrees to make appropriate employees available to us to assist in factual inquiries and factual determinations, court hearings and appearances, transactions and dealings in relation to the subject matter with regard to which we have been retained.

This agreement shall be governed by and interpreted in accordance with the laws of the State of New York without regard to its conflicts of laws principles. For purposes of this letter, references to Skadden or the Firm include our affiliated law practice entities. There are no representations or promises other than as expressly set forth herein.

If the foregoing terms of our representation meet with your approval and accurately represent your understanding of the Company's retention agreement with us, we would appreciate your signing one copy of this Engagement Agreement and returning it to us.

Again, we very much appreciate the opportunity to work with Winn-Dixie Stores, Inc. and look forward to doing so.

With best regards,

Yours very truly,

D. J. Baker

Attachments

AGREED AND ACKNOWLEDGED:

Winn-Dixie Stores, Inc., for itself
and its subsidiaries

By: _____
Laurence B. Appel
Senior Vice President and General Counsel

Effective as of February 2, 2005

CONFIDENTIAL

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP & AFFILIATES

### STANDARD BUNDLED HOURLY TIME CHARGE SCHEDULE[*]

#### January 1, 2005

|  | Rate |
|---|---|
| **PARTNERS and OF COUNSEL**: | $540 - $825 |
| **COUNSEL/SPECIAL COUNSEL**: | $535 - $640 |
| **ASSOCIATES**: | |
| Level | |
| 9 | $495 |
| 8 | 495 |
| 7 | 480 |
| 6 | 460 |
| 5 | 430 |
| 4 | 395 |
| 3 | 375 |
| 2 | 335 |
| 1 | 265[**] |
| **LEGAL ASSISTANTS**: | $90 - $195 |

---

[*]     These are the Firm's standard hourly fee rates for most attorneys and legal assistants in the Firm's "bundled rate" structure for clients who are not billed separately for certain charges (e.g., secretarial and word processing time preparing legal documents, proofreading, facsimile services, overtime meals and overtime travel allowances).  In-house reproduction under the bundled rate structure is charged at $0.10 per page.  Please note that in a limited number of cases or for specific types of work (e.g., M&A transactions, certain types of tax matters, etc.), individual rates may be higher or lower than those stated.

[**]     First year associates will move to $295/hr. at the later of April 1st, 2005 or the date of passing bar exam.

### SKADDEN ARPS, SLATE, MEAGHER& FLOM LLP AND AFFILIATES
#### Policy Statement Concerning Charges and Disbursements
#### Under Standard Bundled Rate Structure
#### Effective 9/1/03

*Skadden Arps bills for reasonable charges and disbursements incurred in connection with an engagement. Clients are billed for external charges at the actual cost billed by the vendor except in a few cases noted below; charges for internal support services are billed at rates derived from internal cost analyses or at rates set at or below comparable outside vendor charges.*

**I. Research Services.** *Charges for on-line computerized research (LexisNexis, Westlaw and financial services) and use of outside research services and materials are billed at the actual amounts charged by vendors, which have been reduced by discounts the Firm receives from vendors.*

*SEC filings retrieved using the Disclosure system in our library are charged based on standard vendor rates derived from an internal cost analysis.*

*The State of Delaware Database provides computer access to a corporations database in Dover, Delaware. The charge for this service is $50 per transaction, which is the average amount charged by outside services.*

**II. Travel-Related Expenses.** *Out-of-town travel expenses are billed at actual cost and include air or rail travel, lodging, car rental, taxi or car service, tips and other reasonable miscellaneous items associated with travel. Corporate and/or negotiated discounted rates are passed on to the client. Specific Firm policies for expenditures relating to out-of-town travel include:*

- *Air Travel. Coach travel is used for all U.S. domestic flights unless upgrades are available at little additional cost or prior client approval is obtained for a different class. For international flights from the United States, business class is used. Travel by attorneys based outside the United States is consistent with these policies.*

- *Lodging. Overnight accommodations are generally booked with hotels with which the Firm has a corporate rate or, when this is not possible, with hotels suggested by the client.*

*Local travel charges include commercial transportation and, when a private car is used, mileage, tolls and parking. Specific policies govern how and when a client is charged for these expenses; these include:*

- *Fares for commercial transportation (e.g., car service, taxi or rail) are charged at the actual vendor invoice amount. The charge for private car usage is the IRS rate allowance per mile (or the equivalent outside the United States) plus the actual cost of tolls and parking.*

- *Round-trip transportation to the office is not charged separately for attorneys who work weekends or holidays, nor is transportation home on business days when an attorney works past a certain hour (typically 8:30 p.m.);.*

- *Local travel for support staff is not charged when a staff member works after 8:00 p.m. specifically for the client.*

**III. Word Processing and Secretarial and other Special Task-Related Services.** *Routine secretarial tasks (correspondence, filing, travel and/or meeting arrangements, etc.) are not charged to clients. There is no separate charge for word processing and secretarial services associated with preparing legal documents.*

*Multi-function personnel, such as qualified secretaries and word processors, may also perform other specialized tasks (such as EDGAR filings or legal assistant services). Such work is recorded in the appropriate billing category (for example, legal assistant services are recorded as fee in "Legal Assistant Support" on bills).*

**IV. Reproduction and Electronic Document Management.** *Photocopying services (including copying, collating, tabbing and velo binding) performed in-house is charged at 10 cents per page, which represents the average internal cost per page. Color photocopies are charged at 50 cents per page (based on outside vendor rates). Photocopying projects performed by outside vendors are billed at the actual invoice amount. Special arrangements can be made for unusually large projects.*

*Electronic Data Management services (e.g., scanning, OCR processing, printing from scanned files, and conversions) performed by outside vendors are billed at the actual invoice amount and those performed in-house are billed at rates comparable to those charged by outside vendors.*

**V. Electronic Communications:** *Clients are charged for communications services as follows:*

- *Telephone Charges. There is no charge for local telephone calls or facsimile services. Long distance telephone calls made from the Firm are charged based on applicable rates in tariff tables and are allocated*

*within a client based on the hours worked by attorneys on various matters for that client. Collect, credit card and third party calls are charged at the vendor rate plus applicable taxes and are assigned to the specific matter for which such charges were incurred.*

- *Facsimile Charges. There is no charge for outgoing or incoming facsimiles.*

*VI. Postage and Courier Services. Outside messenger and express carrier services are charged at the actual vendor invoice amount which frequently involves discounts negotiated by the Firm. Postage is charged at actual mail rates. On certain occasions, internal staff may be required to act as messengers; a standard rate is charged for their time.*

*VII . UCC Filing and Searches. Charges for filings and searches, in most instances, are based on standard amounts determined by the vendor. Unusual filings and searches will be charged based on vendor invoice.*

*VIII. Meals. Business meals with a client are charged at actual cost. Luncheon and dinner meetings with the client at the Firm are charged based on the costs developed by our food service vendor. Breakfast, beverage and snack services at the Firm's offices are not charged, except in unusual circumstances. Overtime meals are not charged separately to clients.*

*IX. Direct Payment by Clients of Other Disbursements. Other major disbursements incurred in connection with an engagement will be paid directly by the client. (Those which are incurred and paid by the Firm will be charged to the client at the actual vendor's invoice amount.) Examples of such major disbursements that clients will pay directly include:*

- *Professional Fees (including disbursements for outside professional services such as local counsel, accountants, witness and other professional fees).*

- *Filing/Court Fees (including disbursements for agency fees for filing documents, standard witness fees, juror fees).*

- *Transcription Fees (including disbursements for outside transcribing agencies and courtroom stenographer transcripts).*

- *Other Disbursements (including any other required out-of-pocket expenses incurred for the successful completion of a matter).*

* * * * *

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In re                              :

                                  :       **Chapter 11**

                                  :

**WINN-DIXIE STORES, INC., <u>et al.</u>,**     :       **Case No. 05-11063**

                                  :

           **Debtors.**           :       **(Jointly Administered)**

                                  :

-----------------------------------------------------------------x

## INTERIM ORDER AUTHORIZING DEBTORS TO RETAIN
## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AS
## <u>LEAD RESTRUCTURING AND BANKRUPTCY COUNSEL TO THE DEBTORS</u>

Upon the Application dated February 21, 2005 (the "Application") of Winn-Dixie Stores, Inc. and its debtor affiliates (collectively, the "Debtors") for an order pursuant to Sections 327(a) and 329 of the Bankruptcy Code approving the retention of Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden, Arps") as lead restructuring and bankruptcy counsel to the Debtors during these cases, as more fully set forth in the Application; and upon consideration of the Declaration of D. J. Baker and Disclosure of Compensation (the "Baker Declaration"); and upon consideration of the Declaration of Bennett L. Nussbaum Pursuant to Local Bankruptcy Rule 1007-2 (the "Local Rules") in Support of First-Day Motions and Applications sworn to on the 21st day of February, 2005; and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Referral of Cases to Bankruptcy Court Judges of the District Court for the Southern District of New York, dated July 19, 1984 (Ward, Acting C.J.); and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been provided to (i) the Office of the United States Trustee, (ii) counsel

for Wachovia Bank, N.A., as agent for the Debtors' secured lenders, (iii) the indenture trustee for the Debtors' noteholders, and (iv) the Debtors' fifty (50) largest unsecured creditors, and no other or further notice being required; and the relief requested in the Application being in the best interests of the Debtors, their estates, and creditors; and the Court having reviewed the Application; and the Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Application is granted on an interim basis until such time as the Court conducts a final hearing on this matter (the "Final Hearing Date"); and it is further

ORDERED that the Final Hearing Date shall be _____, 2005 at ____ .m.; and it is further

ORDERED that any objection to the relief requested by the Application on a final basis must be filed with the Court and be served upon (i) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004; (ii) D. J. Baker, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036; and (iii) Sarah Robinson Borders, King & Spalding LLP, 191 Peachtree Street, Atlanta, Georgia 30303, so as to be received by _____, 2005 at 5:00 p.m.; and it is further;

ORDERED that the Debtors are authorized to retain Skadden, Arps as their lead restructuring and bankruptcy counsel, pursuant to Sections 327(a) and 329 of the Bankruptcy Code, as of February 21, 2005 (the "Petition Date") on the terms set forth in the Application and the Baker Declaration; and it is further

ORDERED that no work performed by Skadden, Arps shall be duplicative of work performed by any other counsel retained by the Debtors in these cases; and it is further

ORDERED that if any supplemental declarations are filed and served after the entry of this Order, absent any objections filed within twenty (20) days after the filing and service of such supplemental declarations, Skadden, Arps' employment shall continue as authorized pursuant to this Order; and it is further

ORDERED that Skadden, Arps shall be compensated upon appropriate application in accordance with Sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, and orders of this Court; and it is further

ORDERED that Skadden, Arps is authorized to apply the Retainer received from the Debtors to pay any fees, charges, costs, or expenses relating to services rendered to the Debtors prior to the Petition Date that remain unpaid and to hold any remaining portion of the Retainer for application to allowed amounts owed pursuant to Skadden, Arps' final application in these cases; provided, however, that Skadden, Arps shall hold the Retainer as funds clearly designated for the account of the Debtors; and provided, further, however, that any party in interest may at any time challenge the use and application of the Retainer by Skadden, Arps; and it is further

ORDERED that within five (5) days of the entry of this Order, the Debtors shall serve a copy of this Order on the Office of the United States Trustee, counsel for the Debtors' pre-petition secured lenders, the indenture trustee for the Debtors' senior noteholders, counsel to the Agent for the Debtors' proposed debtor-in-possession lenders, the Debtors' fifty (50) largest unsecured creditors on a consolidated basis, and any counsel or party that has filed a notice of appearance or request for notice within such time; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all

matters arising from the implementation of this Order; and it is further

ORDERED that the requirement pursuant to Local Rule 9013-1(b) that the

Debtors file a memorandum of law in support of the Application is hereby waived.

Dated: February __, 2005
        New York, New York


_____
UNITED STATES BANKRUPTCY JUDGE

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

</div>

----------------------------------------------------------------x

In re                                        :
                                             :          **Chapter 11**
                                             :
**WINN-DIXIE STORES, INC., et al.,**         :          **Case No. 05-11063**
                                             :
        **Debtors.**                         :          **(Jointly Administered)**
                                             :

----------------------------------------------------------------x

<div align="center">

**FINAL ORDER AUTHORIZING DEBTORS TO RETAIN**
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AS**
**LEAD RESTRUCTURING AND BANKRUPTCY COUNSEL TO THE DEBTORS**

</div>

Upon the Application dated February 21, 2005 (the "Application") of Winn-Dixie Stores, Inc. and its debtor affiliates (collectively, the "Debtors") for an order pursuant to Sections 327(a) and 329 of the Bankruptcy Code approving the retention of Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden, Arps") as lead restructuring and bankruptcy counsel to the Debtors during these cases, as more fully set forth in the Application; and upon consideration of the Declaration of D. J. Baker and Disclosure of Compensation (the "Baker Declaration"); and upon consideration of the Declaration of Bennett L. Nussbaum Pursuant to Local Bankruptcy Rule 1007-2 (the "Local Rules") in Support of First-Day Motions and Applications sworn to on the 21st day of February, 2005; and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Referral of Cases to Bankruptcy Court Judges of the District Court for the Southern District of New York, dated July 19, 1984 (Ward, Acting C.J.); and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been provided to (i) the Office of the United States Trustee, (ii) counsel

for Wachovia Bank, N.A., as agent for the Debtors' secured lenders, (iii) the indenture trustee for the Debtors' noteholders, and (iv) the Debtors' fifty (50) largest unsecured creditors, and no other or further notice being required; and the relief requested in the Application being in the best interests of the Debtors, their estates, and creditors; and the Court having reviewed the Application; and the Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Application is granted; and it is further

ORDERED that the Debtors are authorized to retain Skadden, Arps as their lead restructuring and bankruptcy counsel, pursuant to Sections 327(a) and 329 of the Bankruptcy Code, as of the Petition Date on the terms set forth in the Application and the Baker Declaration; and it is further

ORDERED that no work performed by Skadden, Arps shall be duplicative of work performed by any other counsel retained by the Debtors in these cases; and it is further

ORDERED that if any supplemental declarations are filed and served after the entry of this Order, absent any objections filed within twenty (20) days after the filing and service of such supplemental declarations, Skadden, Arps' employment shall continue as authorized pursuant to this Order; and it is further

ORDERED that Skadden, Arps shall be compensated upon appropriate application in accordance with Sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, and orders of this Court; and it is further

ORDERED that Skadden, Arps is authorized to apply the Retainer received from the Debtors to pay any fees, charges, costs, or expenses relating to services rendered to the

Debtors prior to the Petition Date that remain unpaid and to hold any remaining portion of the

Retainer for application to allowed amounts owed pursuant to Skadden, Arps' final application in

these cases; provided, however, that Skadden, Arps shall hold the Retainer as funds clearly

designated for the account of the Debtors; and provided, further, however, that any party in

interest may at any time challenge the use and application of the Retainer by Skadden, Arps; and

it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all

matters arising from the implementation of this Order; and it is further

ORDERED that the requirement pursuant to Local Rule 9013-1(b) that the

Debtors file a memorandum of law in support of the Application is hereby waived.

Dated: _____ ___, 2005
       New York, New York


_____
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | )    Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | )    *Chapter 11* |
| | ) |
| Debtors.[1] | )    Jointly Administered |

## FIRST SUPPLEMENTAL DECLARATION OF D. J. BAKER

I, D. J. Baker, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information and belief:

1.    I am a member of the firm of Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden, Arps" or the "Firm"), which maintains offices, among others, for the practice of law at Four Times Square, New York, New York 10036-6522.

2.    I submit this declaration and statement to supplement the disclosures set forth in my declaration dated February 21, 2005 (the "Initial Declaration"), in support of Skadden, Arps' retention as lead restructuring and bankruptcy counsel to Winn-Dixie Stores, Inc. ("Winn-Dixie") and certain of its subsidiaries, the debtors and debtors-in-possession in the above captioned cases (collectively, the "Debtors"). Except as otherwise indicated, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.[2]

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]    Certain of the disclosures herein relate to matters within the knowledge of other attorneys at Skadden, Arps and are based upon information provided by them.

3.      In connection with its retention as counsel for the Debtors, Skadden, Arps reviewed its records and, on February 21, 2005, filed the Initial Declaration disclosing identified connections with parties in interest in these cases.  In accordance with the representations made in the Initial Declaration, Skadden, Arps has continued to conduct further periodic checks with respect to known and newly-identified persons and parties in interest in these cases.

4.      As a result of such process, Skadden, Arps discloses that, in addition to the entities or individuals previously disclosed in the Initial Declaration, Skadden, Arps (a) currently represents or has represented and/or (b) has the indicated connections with, the following entities or individuals, or entities or individuals that are affiliates of the following entities or individuals, in matters unrelated (except as noted) to the Debtors, their reorganization cases or such entities' claims against or interests in the Debtors:

(a)      <u>Debtors' Professionals</u>: The Blackstone Group.[3]

(b)      <u>Debtors' Top 50 Unsecured Trade Creditors</u>: ConAgra Foods, Inc.; Hershey Chocolate USA.

(c)      <u>Debtors' Lessors</u>: Amberjack, Ltd.; Developers Diversified Realty; KB Properties Inc.; Robert D. Powers.[4]

(d)      <u>Miscellaneous Contract/Lease Parties</u>: ADT; AT&T; Kekst and Company; Panasonic Communications & Systems Company; Pitney Bowes; Safety-Kleen Corp.;[5] Xerox Capital Services, LLC.

---

[3]      As disclosed in the Initial Declaration, Skadden, Arps has represented The Blackstone Group and/or affiliates of The Blackstone Group in matters unrelated to the Debtors or these cases.  In addition to such representation, I have learned that Joseph H. Flom, a member of Skadden, Arps, is an investor in Blackstone Capital Partners III, an affiliate of The Blackstone Group.  As indicated in the Initial Declaration, Joseph Flom will not partake in any discussion, access any documents or files, work on any matters related to, or otherwise be involved with the Debtors or these cases.

[4]      One Robert D. Powers is an outside director of Alabama Power Company which is, or may be, a subsidiary of Southern Company, a Skadden, Arps client.

[5]      Skadden, Arps represented Safety-Kleen Corp. (together with its affiliates, "Safety-Kleen"), a service provider to the Debtors, in matters relating to Safety-Kleen's chapter 11 reorganization including, <u>inter alia</u>, a

2

(e)  Debtors' Utilities: Alabama Power Company; American Electric Power; BellSouth Corporation; Carolina Power & Light Company; Dominion North Carolina Power; Dominion Virginia Power; Duke Energy Corporation; Entergy Corporation; Entergy Gulf States, Inc.; Entergy Louisiana, Inc.; Entergy Mississippi, Inc.; Entergy New Orleans, Inc.; JEA; Progress Energy Carolinas; Progress Energy Florida; South Carolina Electric & Gas Company; Tampa Electric Company[6]; Virginia Electric and Power Company.

(f)  Litigation Parties: The Delaco Company (formerly, Thompson Medical Company Inc.).[7]

(f)  Members of the Creditors Committee: Amalgamated Gadget, LP and $R^2$ Investments, LDC; Deutsche Bank Trust Company Americas.

---

dispute between Safety-Kleen and Winn-Dixie. The parties settled their dispute by entering into a Mutual General Release and Agreement dated December 9, 2002 and the settlement was approved by order of the United States Bankruptcy Court for the District of Delaware dated April 3, 2003. See In re Safety-Kleen Corp., Case No. 00-2303 (PJW), Order Under 11 U.S.C. §§ 105 and 502 and Fed R. Bankr. P. 9019 (i) Authorizing Entry Into Mutual General Release and Agreement With Winn-Dixie Stores, Inc. and (ii) Deeming Proof of Claim Withdrawn (Bankr. D. Del. Apr. 3, 2003). Skadden, Arps has not provided since entry of the order approving the settlement, and will not provide in the future, legal services to Safety-Kleen in connection with Winn-Dixie or any of the other Debtors in these cases.

[6]    TECO Energy, Inc. ("Teco Energy"), an affiliate of Tampa Electric Company ("Tampa Electric") (TECO Energy and its affiliates – including Tampa Electric – collectively, "TECO"), is a Skadden, Arps client. Among the Skadden, Arps attorneys who have provided legal services to TECO Energy is Stephanie R. Feld, a counsel who is assisting with the representation of the Debtors in these cases. Because of Skadden, Arps' involvement with the Debtors' utility issues, Skadden, Arps obtained a waiver from TECO Energy allowing the Firm to represent the Debtors in matters in which the Debtors and TECO are adverse provided that: (a) Skadden, Arps adhere to its professional obligation to refrain from using confidential information learned as a result of its representation of TECO Energy to benefit the Debtors and (b) no Skadden, Arps attorney who is working on a matter for which the Firm is representing TECO Energy works on any matter for which Skadden, Arps is representing the Debtors vis-à-vis TECO. Accordingly, no Skadden, Arps attorney who is working on a matter for which the Firm is representing TECO Energy – including Ms. Feld – will work on any matter for which the Firm is representing the Debtors vis-à-vis TECO.

[7]    Skadden, Arps represents The Delaco Company (formerly, Thompson Medical Company Inc.) ("Delaco") in its chapter 11 reorganization and in a personal injury action against Delaco brought by Joan A. Stemen and James Stemen in the Circuit Court, Escambia County, Florida in which Winn-Dixie is named as a co-defendant. See Stemen v. The Delaco Co., 03-CA-420 (Fla. Cir. Ct. Feb. 21, 2003) (the "Stemen Action"). Neither Winn-Dixie nor any of its affiliates has filed a proof of claim against Delaco and, to the best of my knowledge, information, and belief, Delaco and the Debtors are not adverse to one another as a result of the Stemen Action except to the extent that the Debtors may hold an indemnification claim against Delaco for what are expected to be minor litigation costs. Skadden, Arps will not represent Delaco or the Debtors with respect to any claim asserted by Delaco against any of the Debtors in these cases (should any such claim be filed) and will not represent the Debtors or Delaco with respect to any claim asserted by the Debtors against Delaco.

(g)    <u>Creditors Committee Professionals</u>: Alvarez & Marsal, LLC; Houlihan Lokey Howard & Zukin Capital.

(h)    <u>Certain Other Identified Parties</u>: BAL Global Finance, LLC; Bear Stearns Investment Products, Inc.; BellSouth Business Systems, Inc.; BellSouth Communications Systems, Inc.; BellSouth Long Distance, Inc.; BellSouth Telecommunications, Inc.; Bottling Group LLC; Cardinal Health, Inc.; Chevron Phillips Chemical Company, L.P.; Coca-Cola Company; Coca-Cola Enterprises, Inc.; Criimi Mae Services Limited Partnership; Dial Inc.; Dial Corporation; Federal Express Corporation; Hamilton Beach/Proctor-Silex, Inc.; H.J. Heinz Company, L.P.; Interstate Bakeries Corp.[8]; Krispy Kreme Doughnuts Corporation; Liberty Mutual Insurance Company; Metro-Goldwyn-Mayer Home Entertainment LLC; Michael Foods, Inc.; Pepsi Bottling Group; PepsiAmericas, Inc.; Public Service of North Carolina; Quadrangle Group LLC; Qwest Communications Corporation; Riviana Foods, Inc.; Scana Energy Marketing, Inc.; Simon Property Group; South Carolina Electric & Gas Company; Specialty Brands, L.P.; Tyson Foods Inc.

Skadden, Arps will not represent any of the parties identified herein in any matter involving the

Debtors.

5.    Skadden, Arps is one of the largest law firms in the world and has a

diverse client base. Of the parties identified in paragraph 4, only Deutsche Bank Trust Company

Americas or affiliates of Deutsche Bank Trust Company Americas, accounted for 1% or more

(but less than 2%) of Skadden, Arps' total value of time billed during the last year.

6.    If Skadden, Arps should come into possession of information that would

suggest the existence of a potential claim that the Debtors have or might have against one or

more of the parties identified above, Skadden, Arps will advise the Debtors of such information

---

[8]    Interstate Bakeries Corp. is a vendor of the Debtors and has filed a reclamation claim (the "Interstate Reclamation Claim") against the Debtors' in these cases. Skadden, Arps represents Interstate Bakeries Corp. and certain of its subsidiaries and affiliates (collectively, "Interstate Bakeries") in chapter 11 cases (the "Interstate Chapter 11") that are currently pending before the United States Bankruptcy Court for the Western District of Missouri. However, Skadden, Arps does not represent Interstate Bakeries with respect to the Interstate Reclamation Claim and no Skadden, Arps attorney who has performed substantial work with respect to the Interstate Chapter 11 will partake in any discussion, access any documents or files, work on any matters related to, or otherwise be involved with the Debtors or these cases.

and, to the extent necessary or appropriate, either seek a waiver from such party or rely on other counsel retained by the Debtors to investigate and pursue any such claim.

7.    In the Initial Declaration, Skadden, Arps disclosed that Wachovia Bank, National Association ("Wachovia Bank") and certain affiliates are or have been clients of the firm.  Upon request of the United States Trustee, Skadden, Arps reviewed its engagement letters with the Wachovia clients to determine the extent of any waiver.  Such letters indicated that the Wachovia clients had agreed that Skadden, Arps could represent other clients that were adverse to them, including by bringing litigation against the Wachovia clients.  Skadden, Arps confirmed with Wachovia Bank, through the law firm representing Wachovia Bank in the Debtors' cases, that Wachovia Bank agreed that Skadden, Arps on behalf of the Debtors could be adverse to Wachovia Bank, including by bringing litigation, in these cases.  As of the date hereof, Skadden, Arps knows of no claim the Debtors have against Wachovia Bank that would necessitate any proceedings by the Debtors against Wachovia Bank.

8.    Since the filing of the Initial Declaration, the venue of these cases was transferred to this Court.  I am not related to, and, to the best of my knowledge, none of the members, counsel, and associates of Skadden, Arps are related to the Office of the United States Trustee that has been assigned to these cases, any key person employed in the Office of such United States Trustee, any United States District Court Judge for the Jacksonville Division of this District or any United States Bankruptcy Court Judge for the Jacksonville Division of this District.  Skadden, Arps will continue to review its records with respect to such persons, and shall promptly notify the Court by a supplemental declaration if any such connection is discovered.

9.  Since the filing of the Initial Declaration, the Debtors' have filed their statements of financial affairs and their schedules of assets, liabilities and contracts. As evidenced by those filings, the Debtors have historically operated all of their companies as a consolidated enterprise. As a result, there are several intercompany claims between and among the Debtors and their non-Debtor affiliates (the "Intercompany Claims"). The schedules reflect that the Intercompany Claims existing as of the filing date including the inter-Debtor unsecured claims listed in the following table:

| Debtor Against Whom Claim Is Held | Debtor Holding Claim | Claim Amount |
|---|---|---|
| Winn-Dixie Stores, Inc. | Crackin' Good Inc. | $7,950,267.17 |
| Winn-Dixie Stores, Inc. | Dixie Darling Bakers, Inc. | $54,914.69 |
| Winn-Dixie Stores, Inc. | Dixie Packers, Inc. | $910,048.55 |
| Winn-Dixie Stores, Inc. | Dixie Home Stores, Inc. | $50.00 |
| Winn-Dixie Stores, Inc. | Economy Wholesale Distributors, Inc. | $314,333.92 |
| Winn-Dixie Stores, Inc. | Kwik Chek Supermarkets, Inc. | $1,000.00 |
| Winn-Dixie Stores, Inc. | Sunbelt Products, Inc. | $1,000.00 |
| Winn-Dixie Stores, Inc. | Superior Food Company | $500.00 |
| Winn-Dixie Stores, Inc. | Table Supply Food Stores Co., Inc. | $500.00 |
| Winn-Dixie Stores, Inc. | Winn-Dixie Raleigh, Inc. | $97,638,705.42 |
| Astor Products, Inc. | Winn-Dixie Stores, Inc. | $1,824,005.85 |
| Deep South Products, Inc. | Winn-Dixie Stores, Inc. | $5,138,307.33 |
| Dixie Spirits, Inc. | Winn-Dixie Stores, Inc. | $118,387.19 |
| Winn-Dixie Logistics, Inc. | Winn-Dixie Stores, Inc. | $168,986,682.18 |
| Winn-Dixie Montgomery, Inc. | Winn-Dixie Stores, Inc. | $88,925,278.61 |
| Winn-Dixie Procurement, Inc. | Winn-Dixie Stores, Inc. | $20,298,144.46 |
| Winn-Dixie Supermarkets, Inc. | Winn-Dixie Stores, Inc. | $19,559,530.85 |

Nevertheless, the Debtors have advised Skadden, Arps that the Debtors' relationships to one another and to their non-debtor affiliates do not pose any conflict of interest because of the general unity of interest among the Debtors. Insofar as I have been able to ascertain, I believe the Debtors to be correct, and I know of no conflict of interest that would preclude joint representation of the Debtors in these cases.

10.  In addition to the above referenced inter-Debtor claims, the Intercompany Claims include an unsecured claim in the amount of $2,923,927.20 held by Win General

Insurance, a non-debtor affiliate of the Debtors, against Winn-Dixie Montgomery, Inc. Skadden, Arps does not represent Win General Insurance with respect to its claim. Moreover, as of the filing date, the Intercompany Claims included a trade receivable in the amount of $2,001,433.36 held by Winn-Dixie Procurement, Inc. against Bahamas Supermarkets Limited, a non-debtor affiliate of the Debtors. The amount fluctuates as Bahamas Supermarkets Limited purchases and pays for goods in the ordinary course. Skadden, Arps does not represent Bahamas Supermarkets Limited with respect to amounts owed to Winn-Dixie Procurement, Inc.

11.     Skadden, Arps is a large law firm employing approximately 1,700 attorneys. Given the size of the Firm, whenever Skadden, Arps represents a debtor in a large chapter 11 reorganization it is inevitable that at least some Skadden, Arps attorneys will have various kinds of relationships (including being related by blood or marriage) with individuals who are employed by entities that are or may become parties-in-interest in the reorganization. As part of its professional practice, the Firm takes measures to identify such relationships and to, the extent that such relationships give rise to potential conflicts, to ensure that no attorney works on a matter on which he or she possesses a potential conflict. Such measures include the circulation of a retention screening questionnaire to all attorneys and the establishment of screening procedures.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on May 18, 2005

D. J. Baker

SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

8

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
|  | ) |  |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
|  | ) |  |
| Debtors.[1] | ) | Jointly Administered |
|  | ) |  |

## SECOND SUPPLEMENTAL DECLARATION OF D. J. BAKER

I, D. J. Baker, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information and belief:

1.    I am a member of the firm of Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden, Arps" or the "Firm"), which maintains offices, among others, for the practice of law at Four Times Square, New York, New York 10036-6522.

2.    I submit this declaration to supplement the disclosures set forth in my declaration dated February 21, 2005 (the "Initial Declaration"), and my first supplemental declaration dated May 18, 2005 (the "First Supplemental Declaration") (the Initial Declaration and the First Supplemental Declaration collectively, the "Prior Declarations"), each in support of Skadden, Arps' retention as lead restructuring and bankruptcy counsel to Winn-Dixie Stores, Inc. ("Winn-Dixie") and certain of its subsidiaries, the debtors and debtors-in-possession in the above captioned cases (collectively, the "Debtors"). Except as otherwise indicated, I have personal

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.[2]

3.      In connection with its retention as counsel for the Debtors, Skadden, Arps reviewed its records and filed the Prior Declarations disclosing identified connections with parties in interest in these cases. In accordance with the representations made in the Prior Declarations, Skadden, Arps has continued to conduct further periodic checks with respect to known and newly-identified persons and parties in interest in these cases, including parties that have submitted bids (the "Bidding Parties") in connection with the Debtors' contemplated sale of certain assets (the "Sale Process").

4.      As a result of such process, Skadden, Arps discloses that, in addition to the entities or individuals previously disclosed in the Prior Declarations, Skadden, Arps (a) currently represents or has represented and/or (b) has the indicated connections with, the following entities or individuals, or entities or individuals that are affiliates of the following entities or individuals, in matters unrelated to the Debtors, their reorganization cases or such entities' claims against or interests in the Debtors:

(a)      <u>Debtors' Professionals</u>: Gordon Brothers Retail Partners, LLC.[3]

(b)      <u>Miscellaneous Contract/Lease Parties</u>: Hallmark Marketing Corporation.

---

[2]      Certain of the disclosures herein relate to matters within the knowledge of other attorneys at Skadden, Arps and are based upon information provided by them.

[3]      Gordon Brothers Group is a Skadden, Arps client. Skadden, Arps advised Gordon Brothers Group with respect to a bid on assets in which DJM Asset Management, LLC was also involved on behalf of Gordon Brothers Group. The assets in question bore no relation to the Debtors or these cases. In connection with this bid, which was ultimately not accepted, the legal advice provided by Skadden, Arps to Gordon Brothers Group may have extended to DJM Asset Management, LLC, but DJM Asset Management, LLC is not separately identified as a client in Skadden, Arps' client data base.

    (c)    <u>Bidding Parties</u>:[4] BI-LO, LLC; Eckerd Corporation; Rite Aid Corporation; SuperValu Inc.; Target Corporation; and Wal-Mart Stores, Inc.

    (d)    <u>Certain Other Identified Parties</u>: Citicorp Vendor Finance, Inc.; CSX Transportation; Dean Foods Company; Gulf Power Company; Hobart Corporation; LaSalle Bank National Association; MeadWestvaco Corporation; Orion Investment and Management Ltd. Corp.; and Pfizer Inc.

Skadden, Arps will not represent any of the parties identified herein in any matter involving the Debtors.

    5.    In addition to the Bidding Parties listed above, whose identity as Bidding Parties has been made public by the Debtors, Skadden, Arps may represent other Bidding Parties, or affiliates of such Bidding Parties, whose identities remain confidential as part of the Debtors' ongoing Sale Process (the "Confidential Bidding Clients").[5] Skadden, Arps will not represent any Confidential Bidding Client in any matter involving the Debtors. To the extent that it is appropriate to do so in the future, Skadden, Arps will file a supplemental declaration identifying the Confidential Bidding Clients.

    6.    Skadden, Arps is one of the largest law firms in the world and has a diverse client base. Of the entities listed herein, none accounted for 1% or more of Skadden, Arps' total value of time billed during the last year. When coupled with their respective affiliates, one of the entities listed herein accounted for slightly more than 3% of Skadden, Arps' total value of time billed during the last year, while the other listed entities remained below 1%.

---

[4]    Skadden, Arps has previously disclosed relationships with certain of the following Bidding Parties in the Prior Declarations. However, such disclosures occurred prior to the commencement of the Sale Process and, accordingly, the disclosed entities were not identified as Bidding Parties.

[5]    Although Skadden, Arps has provided certain legal services to the Debtors in connection with the Sale Process when asked to do so, the law firms of King & Spalding LLP and Smith Hulsey & Busey have taken the lead in advising the Debtors with respect to the Sale Process.

7.     If Skadden, Arps should come into possession of information that would suggest the existence of a potential claim that the Debtors have or might have against one or more of the parties identified or referred to above, Skadden, Arps will advise the Debtors of such information and, to the extent necessary or appropriate, either seek a waiver from such party or rely on other counsel retained by the Debtors to investigate and pursue any such claim.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on August 2, 2005.

D. J. Baker

SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

4

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:                                      )    Case No. 05-03817-3F1
                                            )
WINN-DIXIE STORES, INC., et al.,            )    *Chapter 11*
                                            )
Debtors.[1]                                 )    Jointly Administered
                                            )

### THIRD SUPPLEMENTAL DECLARATION OF D. J. BAKER

  I, D. J. Baker, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information and belief:

  1. I am a member of the firm of Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden, Arps" or the "Firm"), which maintains offices, among others, for the practice of law at Four Times Square, New York, New York 10036-6522.

  2. I submit this declaration to supplement the disclosures set forth in my declaration dated February 21, 2005 (the "Initial Declaration"), my first supplemental declaration dated May 18, 2005 (the "First Supplemental Declaration"), and my second supplemental declaration dated August 2, 2005 (the "Second Supplemental Declaration") (the Initial Declaration, First Supplemental Declaration, and Second Supplemental Declaration collectively, the "Prior Declarations"), each in support of Skadden, Arps' retention as lead restructuring and bankruptcy counsel to Winn-Dixie Stores, Inc. ("Winn-Dixie") and certain of its subsidiaries, the debtors and debtors-in-possession in the above captioned cases (collectively, the "Debtors").

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Except as otherwise indicated, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.[2]

      3.    In connection with its retention as counsel for the Debtors, Skadden, Arps reviewed its records and filed the Prior Declarations disclosing identified connections with parties in interest in these cases. In accordance with the representations made in the Prior Declarations, Skadden, Arps has continued to conduct further periodic checks with respect to known and newly-identified persons and parties in interest in these cases, including parties that have been appointed by the Office of the United States Trustee to serve on the official committee of equity security holders (the "Equity Committee") established in these cases and the Equity Committee's proposed professionals.

      4.    As a result of such process, Skadden, Arps discloses that, in addition to the entities or individuals previously disclosed in the Prior Declarations, Skadden, Arps currently represents, or has represented, the following entities or individuals, or entities or individuals that are affiliates of the following entities or individuals, in matters unrelated to the Debtors, their reorganization cases or such entities' claims against or interests in the Debtors:

    (a)    <u>Miscellaneous Contract/Lease Parties</u>: Dolphin Capital Corp. and GlobalNetXchange, LLC

    (b)    <u>Equity Committee Members</u>: Brandes Investment Partners, L.P.[3]

    (c)    <u>Proposed Equity Committee Professionals</u>: Jefferies & Company, Inc. and Paul, Hastings, Janofsky & Walker LLP.

---

[2]    Certain of the disclosures herein relate to matters within the knowledge of other attorneys at Skadden, Arps and are based upon information provided by them.

[3]    Skadden, Arps has previously disclosed its relationship with Brandes Investment Partners, L.P. in the Initial Declaration. However, such disclosure occurred prior to the appointment of the Equity Committee and, accordingly, Brandes Investment Partners, L.P. was not identified as a member of the Equity Committee.

       (d)      <u>Certain Other Identified Parties</u>: Ascential Software Corporation; eCAST Settlement Corporation; Lea & Perrins, Inc.; Novartis Consumer Health, Inc.; Southern Family Markets, LLC; S. Stephen Selig, III; and The Dannon Company.

Skadden, Arps will not represent any of the parties identified herein in any matter involving the Debtors.

       5.      Skadden, Arps is one of the largest law firms in the world and has a diverse client base. Of the parties identified in paragraph 4, none accounted for 1% or more of Skadden, Arps' total value of time billed during the last year.

       6.      If Skadden, Arps should come into possession of information that would suggest the existence of a potential claim that the Debtors have or might have against one or more of the parties identified or referred to above, Skadden, Arps will advise the Debtors of such information and, to the extent necessary or appropriate, either seek a waiver from such party or rely on other counsel retained by the Debtors to investigate and pursue any such claim.

       I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on October 10, 2005.

                                       D. J. Baker

                                     SKADDEN, ARPS, SLATE,
                                        MEAGHER & FLOM LLP
                                     Four Times Square
                                     New York, New York 10036
                                     (212) 735-3000
                                     (212) 735-2000 (facsimile)

1041997-New York Server 7A - MSW

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
|  | ) |  |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
|  | ) |  |
| Debtors.[1] | ) | Jointly Administered |
|  | ) |  |

## <u>FOURTH SUPPLEMENTAL DECLARATION OF D. J. BAKER</u>

I, D. J. Baker, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information and belief:

1.      I am a member of the firm of Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden, Arps" or the "Firm"), which maintains offices, among others, for the practice of law at Four Times Square, New York, New York 10036-6522.

2.      I submit this declaration to supplement the disclosures set forth in my declaration dated February 21, 2005 (the "Initial Declaration"), my first supplemental declaration dated May 18, 2005 (the "First Supplemental Declaration"), my second supplemental declaration dated August 2, 2005 (the "Second Supplemental Declaration"), and my third supplemental declaration dated October 10, 2005 ( the "Third Supplemental Declaration") (the Initial Declaration, First Supplemental Declaration, Second Supplemental Declaration, and Third Supplemental Declaration collectively, the "Prior Declarations"), each in support of Skadden, Arps' retention as lead restructuring and bankruptcy counsel to Winn-Dixie Stores, Inc. and

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

certain of its subsidiaries, the debtors and debtors-in-possession in the above captioned cases (collectively, the "Debtors"). Except as otherwise indicated, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.[2]

3.     In connection with its retention as counsel for the Debtors, Skadden, Arps reviewed its records and filed the Prior Declarations disclosing identified connections with parties in interest in these cases. In accordance with the representations made in the Prior Declarations, Skadden, Arps has continued to conduct further periodic checks with respect to known and newly-identified persons and parties in interest in these cases.

4.     As a result of such process, Skadden, Arps discloses that, in addition to the entities or individuals previously disclosed in the Prior Declarations, Skadden, Arps currently represents, or has represented, the following entities or individuals, or entities or individuals that are affiliates of the following entities or individuals, in matters <u>unrelated</u> to the Debtors, their reorganization cases or such entities' claims against or interests in the Debtors: Mead Westvaco Package System; PricewaterhouseCoopers LLP; Wilmington Trust Company;[3] and Wipro Limited. Skadden, Arps will not represent any of the parties identified herein in any matter involving the Debtors.

5.     Skadden, Arps is one of the largest law firms in the world and has a diverse client base. None of the parties identified in paragraph 4 accounted for 1% or more of Skadden, Arps' total value of time billed during the last year.

---

[2]     Certain of the disclosures herein relate to matters within the knowledge of other attorneys at Skadden, Arps and are based upon information provided by them.

[3]     Wilmington Trust Company, a member of the official committee of unsecured creditors appointed to serve in these cases, recently retained Skadden, Arps to provide certain legal services. The services to be provided to Wilmington Trust Company are unrelated to the Debtors or these cases. The Skadden, Arps client file for Wilmington Trust Company was opened on February 7, 2006.

6.    If Skadden, Arps should come into possession of information that would suggest the existence of a potential claim that the Debtors have or might have against one or more of the parties identified or referred to above, Skadden, Arps will advise the Debtors of such information and, to the extent necessary or appropriate, either seek a waiver from such party or rely on other counsel retained by the Debtors to investigate and pursue any such claim.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on February 23, 2006.

D. J. Baker

SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

### FIFTH SUPPLEMENTAL DECLARATION OF D. J. BAKER

I, D. J. Baker, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information and belief:

1.      I am a member of the firm of Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden, Arps" or the "Firm"), which maintains offices, among others, for the practice of law at Four Times Square, New York, New York 10036-6522.

2.      I submit this declaration to supplement the disclosures set forth in my declaration dated February 21, 2005, my first supplemental declaration dated May 18, 2005, my second supplemental declaration dated August 2, 2005, my third supplemental declaration dated October 10, 2005, and my fourth supplemental declaration dated February 23, 2006 (collectively, the "Prior Declarations"), each in support of Skadden, Arps' retention as lead restructuring and bankruptcy counsel to Winn-Dixie Stores, Inc. and certain of its subsidiaries, the debtors and debtors-in-possession in the above captioned cases (collectively, the "Debtors"). Except as

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

otherwise indicated, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.[2]

      3.      In connection with its retention as counsel for the Debtors, Skadden, Arps reviewed its records and filed the Prior Declarations disclosing identified connections with parties in interest in these cases.  In accordance with the representations made in the Prior Declarations, Skadden, Arps has continued to conduct further periodic checks with respect to known and newly-identified persons and parties in interest in these cases.

      4.      As a result of such process, Skadden, Arps discloses that, in addition to the entities or individuals previously disclosed in the Prior Declarations, Skadden, Arps currently represents, or has represented, the following entities or individuals, or entities or individuals that are affiliates of the following entities or individuals, in matters unrelated to the Debtors, their reorganization cases or such entities' claims against or interests in the Debtors:  Conopco, Inc., FTI Consulting Inc., Ghirardelli Chocolate, Mantek, Six Flags, Inc., Seyfarth Shaw LLP, SPCP Group, LLC, and Sunrise Properties, LLC.  Skadden, Arps will not represent any of the parties identified herein in any matter involving the Debtors.

      5.      Skadden, Arps is one of the largest law firms in the world and has a diverse client base.  None of the parties identified in paragraph 4 or their respective affiliates accounted for 1% or more of Skadden, Arps' total value of time billed during the last year.

      6.      If Skadden, Arps should come into possession of information that would suggest the existence of a potential claim that the Debtors have or might have against one or more of the parties identified or referred to above, Skadden, Arps will advise the Debtors of such

---

[2]      Certain of the disclosures herein relate to matters within the knowledge of other attorneys at Skadden, Arps and are based upon information provided by them.

information and, to the extent necessary or appropriate, either seek a waiver from such party or

rely on other counsel retained by the Debtors to investigate and pursue any such claim.

I declare under penalty of perjury that the foregoing is true and correct to the best

of my knowledge, information, and belief.

Executed on June 5, 2006.

_____
D. J. Baker

SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

3

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

</div>

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

<div align="center">

**SIXTH SUPPLEMENTAL DECLARATION OF D. J. BAKER**

</div>

I, D. J. Baker, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information and belief:

1.      I am a member of the firm of Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden, Arps" or the "Firm"), which maintains offices, among others, for the practice of law at Four Times Square, New York, New York 10036-6522.

2.      I submit this declaration to supplement the disclosures set forth in my declaration dated February 21, 2005, my first supplemental declaration dated May 18, 2005, my second supplemental declaration dated August 2, 2005, my third supplemental declaration dated October 10, 2005, my fourth supplemental declaration dated February 23, 2006, and my fifth supplemental declaration dated June 5, 2006 (collectively, the "Prior Declarations"), each in support of Skadden, Arps' retention as lead restructuring and bankruptcy counsel to Winn-Dixie Stores, Inc. and certain of its subsidiaries, the debtors and debtors-in-possession in the above captioned cases (collectively, the "Debtors"). Except as otherwise indicated, I have personal

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.[2]

3.      In connection with its retention as counsel for the Debtors, Skadden, Arps reviewed its records and filed the Prior Declarations disclosing identified connections with parties in interest in these cases.  In accordance with the representations made in the Prior Declarations, Skadden, Arps has continued to conduct further periodic checks with respect to known and newly-identified persons and parties in interest in these cases.

4.      As a result of such process, Skadden, Arps discloses that, in addition to the entities or individuals previously disclosed in the Prior Declarations, Skadden, Arps currently represents, or has represented, the following entities or individuals, or entities or individuals that are affiliates of the following entities or individuals, in matters unrelated to the Debtors, their reorganization cases or such entities' claims against or interests in the Debtors: Able Laboratories, Inc.; Air Products; Del Laboratories, Inc.; Energizer Battery Inc.; MCI Telecommunications Corporation; Nova Information Systems, Inc.; Schick Wilkinson Sword, a division of Energizer; The Hartz Mountain Corporation; Ventura Foods, LLC; and Waste Management of AL- North.  Skadden, Arps will not represent any of the parties identified herein in any matter involving the Debtors.

5.      Skadden, Arps is one of the largest law firms in the world and has a diverse client base.  None of the parties identified in paragraph 4 or their respective affiliates accounted for 1% or more of Skadden, Arps' total value of time billed during the last year.

---

[2]      Certain of the disclosures herein relate to matters within the knowledge of other attorneys at Skadden, Arps and are based upon information provided by them.

6.       Skadden, Arps is assisting the Debtors in pursuing a $374,849.79 claim against Able Laboratories, Inc. ("Able") in Able's bankruptcy case which is pending in the United States Bankruptcy Court for the District of New Jersey.  Skadden, Arps briefly represented Able in a securities litigation but has not represented Able in any capacity since July of 2005 and has withdrawn as counsel to Able in the securities litigation.  Skadden, Arps has received a waiver from Able to assist the Debtors with respect to this matter.  If Skadden, Arps should come into possession of information that would suggest the existence of a potential claim that the Debtors have or might have against any other of the parties identified or referred to above, Skadden, Arps will advise the Debtors of such information and, to the extent necessary or appropriate, either seek a waiver from such party or rely on other counsel retained by the Debtors to investigate and pursue any such claim.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on November 3, 2006.

D. J. Baker

SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

3

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------x

In re                                   :

                                        :        **Chapter 11**

                                        :

**WINN-DIXIE STORES, INC., et al.,**     :        **Case No. 05-11063 (RDD)**

                                        :

**Debtors.**                  :        **(Jointly Administered)**

                                        :

-------------------------------------------------x

## FINAL ORDER AUTHORIZING DEBTORS TO RETAIN SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AS LEAD RESTRUCTURING AND BANKRUPTCY COUNSEL TO THE DEBTORS

Upon the Application dated February 21, 2005 (the "Application") of Winn-Dixie Stores,

Inc. and its debtor affiliates (collectively, the "Debtors") for an order pursuant to Sections 327(a)

and 329 of the Bankruptcy Code approving the retention of Skadden, Arps, Slate, Meagher &

Flom LLP ("Skadden, Arps") as lead restructuring and bankruptcy counsel to the Debtors during

these cases, as more fully set forth in the Application; and upon consideration of the Declaration

of D. J. Baker and Disclosure of Compensation (the "Baker Declaration"); and upon

consideration of the Declaration of Bennett L. Nussbaum Pursuant to Local Bankruptcy Rule

1007-2 (the "Local Rules") in Support of First-Day Motions and Applications sworn to on the

21st day of February, 2005; and the Court having jurisdiction to consider the Application and the

relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of

Referral of Cases to Bankruptcy Court Judges of the District Court for the Southern District of

New York, dated July 19, 1984 (Ward, Acting C.J.); and consideration of the Application and the

relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being

proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of

the Application having been provided to (i) the Office of the United States Trustee, (ii) counsel

for Wachovia Bank, N.A., as agent for the Debtors' secured lenders, (iii) the indenture trustee for

the Debtors' noteholders, and (iv) the Debtors' fifty (50) largest unsecured creditors, and no

other or further notice being required; and the employment of Skadden, Arps being in the best

interests of the Debtors, their estates, and creditors; and the Court having reviewed the

Application; and the Court having determined that the legal and factual bases set forth in the

Application establish just cause for the relief granted herein; and upon all of the proceedings had

before the Court; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Application is granted; and it is further

ORDERED that the Debtors are authorized to retain Skadden, Arps as their lead

restructuring and bankruptcy counsel, pursuant to Sections 327(a) and 329 of the Bankruptcy

Code, as of the Petition Date on the terms set forth in the Application and the Baker Declaration;

and it is further

ORDERED that no work performed by Skadden, Arps shall be duplicative of

work performed by any other counsel retained by the Debtors in these cases; and it is further

ORDERED that if any supplemental declarations are filed and served after the

entry of this Order, absent any objections filed within twenty (20) days after the filing and

service of such supplemental declarations, Skadden, Arps' employment shall continue as

authorized pursuant to this Order; and it is further

ORDERED that Skadden, Arps shall be compensated upon appropriate

application in accordance with Sections 330 and 331 of the Bankruptcy Code, the Federal Rules

of Bankruptcy Procedure, the Local Rules, and orders of this Court; and it is further

ORDERED that, to the extent that any pre-petition retainer received by Skadden,

Arps from the Debtors remains after application to pre-petition fees, charges, costs, or expenses,

Skadden, Arps is authorized to hold such remaining retainer for application to allowed amounts

owed pursuant to Skadden, Arps' final application in these cases; provided, however, that

Skadden, Arps shall hold the remaining retainer as funds clearly designated for the account of the

Debtors; and provided, further, however, that any party in interest may at any time challenge the

use and application of the retainer by Skadden, Arps; and provided, further, however, that to the

extent the pre-prepetition retainer is insufficient to satisfy all pre-petition fees, charges, costs, or

expenses, Skadden, Arps shall waive any unpaid pre-petition fees, charges, costs, or expenses;

and it is further

       ORDERED that the Court shall retain jurisdiction to hear and determine all

matters arising from the implementation of this Order; and it is further

       ORDERED that the requirement pursuant to Local Rule 9013-1(b) that the

Debtors file a memorandum of law in support of the Application is hereby waived.

Dated: March 15, 2005
     New York, New York

                              /s/Robert D. Drain
                             UNITED STATES BANKRUPTCY JUDGE

979460.02-New York Server 7A - MSW

# EXHIBIT C-1

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**TIME SUMMARY**
**(OCTOBER 1, 2006 – OCTOBER 31, 2006)**

Bill No: 1128259

| NAME | YEAR OF ADMISSION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| **PARTNERS** | | | | |
| D. J. (Jan) Baker | 1973 | $875 | 130.50 | $ 114,187.50 |
| Ronald C. Barusch | 1978 | 845 | 92.60 | 78,247.00 |
| Sally McDonald Henry | 1983 | 790 | 130.20 | 102,858.00 |
| Peter J. Neckles | 1978 | 875 | 73.70 | 64,487.50 |
| Regina Olshan | 1991 | 810 | 11.30 | 9,153.00 |
| Wallace L. Schwartz | 1978 | 875 | 18.20 | 15,925.00 |
| | **TOTAL PARTNERS** | | **456.50** | **$ 384,858.00** |
| **COUNSEL** | | | | |
| Tiffany T. Boydell | 1995 | $595 | 126.30 | $ 75,148.50 |
| Stephanie R. Feld | 1982 | 625 | 11.40 | 7,125.00 |
| Rosalie W. Gray | 1982 | 625 | 215.20 | 134,500.00 |
| Joy E. Maddox | 1988 | 625 | 21.90 | 13,687.50 |
| Alexandra Margolis | 1986 | 625 | 19.00 | 11,875.00 |
| Christy L. McElhaney | 1988 | 625 | 7.00 | 4,375.00 |
| Anthony Saldana | 1995 | 625 | 104.90 | 65,562.50 |
| | **TOTAL COUNSEL** | | **505.70** | **$ 312,273.50** |
| **ASSOCIATES** | | | | |
| Amanda A. Amann | 1999 | $585 | 55.60 | $ 32,526.00 |
| Steven Eichel | 1988 | 585 | 7.20 | 4,212.00 |
| Kimberly Harris* | N/A | 315 | 62.60 | 19,719.00 |
| Denise Kaloudis | 2003 | 495 | 5.80 | 2,871.00 |
| Jessica Kempf | 2005 | 435 | 82.80 | 36,018.00 |
| Kimberly A. LaMaina | 2001 | 535 | 95.70 | 51,199.50 |
| Jane M. Leamy | 1995 | 585 | 186.80 | 109,278.00 |
| | | 592 | 9.00 | 5,323.50 |
| J.R. Lederer* | N/A | 315 | 41.60 | 13,104.00 |
| Jessenia Paoli | 2005 | 435 | 90.00 | 39,150.00 |
| Angela M. Pappas* | N/A | 315 | 6.90 | 2,173.50 |
| Adam S. Ravin | 1995 | 585 | 186.90 | 109,336.50 |
| Keba U. Riley | 2002 | 435 | 12.70 | 5,524.50 |
| Dacia M. Russell | 2006 | 355 | 56.90 | 20,199.50 |
| Teddy Schwarzman* | N/A | 315 | 63.70 | 20,065.50 |

| | | | | |
|---|---|---|---|---|
| Manan D. Shah | 2002 | 585 | 11.50 | 6,727.50 |
| David M. Turetsky | 2002 | 495 | 205.40 | 101,673.00 |
| Christian P. Wenzel | 2003 | 495 | 25.20 | 12,474.00 |
| | **TOTAL ASSOCIATES/LAW CLERKS** | | **1,206.30** | **$ 591,575.00** |
| **PARAPROFESSIONALS** | | | | |
| Bella P. Burgos | | $190 | 6.90 | $    1,311.00 |
| Sheaquan M. Datts | | 190 | 6.00 | 1,140.00 |
| Margaret Herman | | 160 | 14.60 | 2,336.00 |
| Geoffrey Lorenz | | 190 | 7.80 | 1,482.00 |
| Kevin W. Lustik | | 160 | 7.20 | 1,152.00 |
| Adriana G. Salazar | | 225 | 5.50 | 1,237.50 |
| Joseph Woodfield | | 160 | 119.50 | 19,120.00 |
| | **TOTAL PARAPROFESSIONALS** | | **167.50** | **$   27,778.50** |
| | **TOTAL** | | **2,336.00** | **$1,316,485.00** |
| | **BLENDED HOURLY RATE** | | | **$563.56** |

\* Law clerks are law school graduates who are not presently admitted to practice.

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**PROJECT CATEGORY SUMMARY**
**(OCTOBER 1, 2006 - OCTOBER 31, 2006)**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| General Corporate Advice | 259.30 | $148,088.50 |
| Assets Dispositions (General) | 3.60 | $1,926.00 |
| Business Operations / Strategic Planning | 6.20 | $4,129.50 |
| Case Administration | 146.60 | $31,026.50 |
| Claims Admin. (General) | 352.50 | $205,579.00 |
| Claims Admin. (Reclamation/Trust Funds) | 3.20 | $1,872.00 |
| Disclosure Statement/ Voting Issues | 12.00 | $7,344.00 |
| Employee Matters (General) | 78.10 | $50,877.00 |
| Executory Contracts (Personalty) | 146.60 | $74,559.00 |
| Financing (DIP and Emergence) | 572.80 | $308,293.50 |
| Insurance | 5.40 | $3,375.00 |
| Leases (Real Property) | 27.10 | $15,871.50 |
| Litigation (General) | 8.80 | $5,100.00 |
| Nonworking Travel Time | 10.80 | $7,363.50 |
| Reorganization Plan / Plan Sponsors | 596.60 | $384,070.00 |
| Retention / Fee Matters (SASM&F) | 57.90 | $37,726.00 |
| Retention / Fee Matters / Objections (Others) | 10.10 | $7,044.50 |
| Utilities | 10.50 | $5,808.50 |
| Fee Examiner | 27.90 | $16,431.00 |
| **TOTAL** | **2336.00** | **$1,316,485.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                                    **Bill Date: 01/03/07**
**General Corporate Advice**                                         **Bill Number: 1128259**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 10/02/06 | 0.40 | REVIEW J&B MEMORANDUM RE: D&O INSURANCE COVERAGE AND MEMORANDA FROM R. BARUSCH, AND DRAFT MEMORANDUM TO R. BARUSCH AND J. BAKER RE: BANKRUPTCY ISSUES (.4). |
| SALDANA A | 10/02/06 | 7.50 | REVIEW AND REVISE PLAN SUPPLEMENT DOCUMENTS (6.5); REVIEW DOCUMENT CHECKLIST (.5); REVIEW AND REVISE DRAFT EMAIL TO L. APPEL RE: VARIOUS ISSUES (.5). |
| RUSSELL DM | 10/02/06 | 2.20 | DRAFT LIST OF BOARD OF DIRECTORS RESOLUTIONS NEEDED FOR WINN-DIXIE SUBSIDIARIES (.2); DRAFT MODEL RESOLUTIONS FOR WINN-DIXIE SUBSIDIARIES INCORPORATED IN FLORIDA (2.0). |
| SALDANA A | 10/03/06 | 5.50 | ANALYZE PLAN SUPPLEMENT DOCUMENT ISSUES (5.5). |
| RUSSELL DM | 10/03/06 | 6.70 | RESEARCH STATE CORPORATE CODE (2.2); DRAFT MODEL CERTIFICATES OF SECRETARY (2.0); REVISE AND PROOFREAD RESOLUTIONS (2.5). |
| SALDANA A | 10/04/06 | 1.20 | REVIEW ISSUES RELATED TO BOARD OF DIRECTORS RESOLUTIONS (.7); REVIEW BROKER-ASSISTED WITHHOLDING DEVELOPMENTS AND FOLLOW UP (.2); DISCUSS REGISTRATION STATEMENT ISSUES WITH K. RILEY (.3). |
| RILEY KU | 10/04/06 | 4.70 | CONFERENCE WITH A. SALDANA RE: REGISTRATION STATEMENT ISSUE (.3); RESEARCH RE: REGISTRATION STATEMENT ISSUE (4.4). |
| SALDANA A | 10/05/06 | 1.70 | TELECONFERENCE WITH M. BARR RE: BROKER ASSISTED WITHHOLDING AND FOLLOW UP (.4); REVIEW DISSOLUTION ISSUES (.2); TELECONFERENCE WITH WINN-DIXIE AND SKADDEN TEAM RE: BROKER-ASSISTED WITHHOLDING ISSUES AND FOLLOW UP (1.1). |
| RILEY KU | 10/05/06 | 5.20 | CONTINUE RESEARCH RE: REGISTRATION STATEMENT ISSUE (4.4); DRAFT MEMORANDUM TO A. SALDANA RE: PRELIMINARY RESEARCH FINDINGS (.8). |

1

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---|
| SALDANA A | 10/06/06 | 0.60 | ANALYZE DISSOLUTION ISSUES (.3); REVIEW AND ANALYZE RESOLUTIONS AND DISTRIBUTE TO L. APPEL (.3). |
| RILEY KU | 10/06/06 | 2.80 | CONTINUE RESEARCH RE: REGISTRATION STATEMENT ISSUE (2.8). |
| SALDANA A | 10/07/06 | 0.20 | REVIEW ISSUES RE: RESOLUTIONS (.2). |
| SALDANA A | 10/08/06 | 0.20 | REVIEW AND ANALYZE ISSUES RE: RESOLUTIONS. |
| SALDANA A | 10/09/06 | 1.40 | REVIEW AND REVISE RESOLUTIONS (1.4). |
| SALDANA A | 10/10/06 | 5.40 | TELECONFERENCERE: CLOSING LOGISTICS (.5); ANALYZE ISSUES RELATING TO WINN-DIXIE SUBSIDIARIES ARTICLES, BYLAWS, DISSOLUTIONS, ETC. (4.3); REVIEW ISSUES RE: EXISTING SHELF REGISTRATION (.6). |
| SALDANA A | 10/11/06 | 8.50 | CALL WITH FIDELITY, WELLS FARGO, COMPANY ET AL RE: MSP/SRP BROKER-ASSISTED WITHHOLDING (1.5); REVIEW AND REVISE INDEMNIFICATION AGREEMENT (2.0); REVIEW AND REVISE SUBSIDIARY ARTICLES AND BYLAWS FOR DISTRIBUTION TO MILBANK (4.0); REVIEW AND REVISE SUMMARY OF REGISTRATION RIGHTS AGREEMENT (1.0). |
| AMANN AA | 10/11/06 | 1.90 | TELEPHONE CONFERENCES WITH R. BARUSCH AND T. SALDANA RE: WITHHOLDING ISSUES (.9); DRAFT FIDELITY NOTICE OF INTENT (1.0). |
| GRAY RW | 10/12/06 | 0.20 | REVIEW AND COMMENT ON 8-K (.2). |
| SALDANA A | 10/12/06 | 7.60 | TELECONFERENCE WITH P. EDWARDS, S. STOESSER ET AL RE: STOCK TRANSFER AGENT ISSUES AND FOLLOW UP (1.0); REVIEW DOCUMENTATION FOR BROKER-ASSISTED WITHHOLDING PROGRAM (1.8); CALL WITH FIDELITY RE: BROKER-ASSISTED WITHHOLDING ISSUES AND PREPARATION AND FOLLOW UP (1.6); REVIEW DRAFT RESOLUTIONS AND FOLLOW UP ON ISSUES (1.1); REVIEW AND REVISE SUMMARY OF RRA (.2); CALL WITH A. DOBOSIEWICZ RE: BROKER-ASSISTED WITHHOLDING ISSUES AND PREPARATION AND FOLLOW UP (2.4); REVIEW AND COMMENT ON STOCK CERTIFICATE (.5). |
| AMANN AA | 10/12/06 | 5.70 | DRAFT CLAIMANT COVER LETTER, ELECTION FORM AND BROKER INSTRUCTIONS (4.5); TELEPHONE CONFERENCES WITH R. BARUSCH, T. SALDANA AND BROKERS RE: SAME (1.2). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

RUSSELL DM        10/12/06      7.00   DRAFT BOARD OF DIRECTORS RESOLUTION FOR
                                       BYLAW AMENDMENT (3.5); DRAFT
                                       CERTIFICATE OF AMENDMENT FOR CHARTER
                                       AMENDMENT (3.5).

SALDANA A         10/13/06      3.50   ANALYZE BROKER-ASSISTED WITHHOLDING
                                       ISSUES AND DOCUMENTATION (1.5); REVIEW
                                       TRANSFER RESTRICTION ISSUES (2.0).

AMANN AA          10/13/06      7.30   DRAFT AND DISTRIBUTE CLAIMANT COVER
                                       LETTER, ELECTION FORM AND BROKER
                                       INSTRUCTIONS (7.1); TELEPHONE
                                       CONFERENCES WITH R. BARUSCH AND T.
                                       SALDANA RE: SAME (.2).

RUSSELL DM        10/13/06      3.50   REVISE RESOLUTIONS AND AMENDMENTS FOR
                                       DIXIE STORES GOVERNING DOCUMENTS (3.5).

BAKER DJ          10/16/06      6.00   BEGIN REVIEW OF MATERIALS FOR MEETING OF
                                       BOARD OF DIRECTORS (3.6); BEGIN REVIEW
                                       OF MATERIALS FOR MEETING OF
                                       COMPENSATION COMMITTEE OF BOARD OF
                                       DIRECTORS (2.4).

BARUSCH RC        10/16/06      3.30   REVIEW 10-Q AND REVISED PAGES.

GRAY RW           10/16/06      0.10   REVIEW AND RESPOND TO MEMORANDUM FROM R.
                                       BARUSH RE: PLAN MODIFICATION AND
                                       SUPPLEMENT FOR 10-Q UPDATE (.1).

SALDANA A         10/16/06      8.20   CALL WITH M. BARR RE: DIRECT
                                       REGISTRATION (.1); ANALYZE DIRECT
                                       REGISTRATION ISSUES (1.0); DRAFT
                                       RESOLUTIONS (1.4); DRAFT BYLAWS
                                       AMENDMENT (1.6); ANALYZE
                                       BROKER-ASSISTED WITHHOLDING ISSUES
                                       (.2); REVIEW BOARD OF
                                       DIRECTORS/SHAREHOLDER APPROVAL ISSUES
                                       (1.2); REVIEW DRAFT 10-Q (2.0); REVIEW
                                       ISSUES RE: OLD BOARD OF DIRECTORS/NEW
                                       BOARD OF DIRECTORS (.7).

AMANN AA          10/16/06      0.40   DISTRIBUTE DRAFT DOCUMENTS FOR PAYMENT
                                       ELECTION TO BROKER; TELECONFERENCE WITH
                                       T. SALDANA RE: SAME (.4).

RUSSELL DM        10/16/06      3.00   DRAFT MATERIAL AGREEMENTS CHECKLIST
                                       (3.0).

BAKER DJ          10/17/06      5.80   CONTINUE REVIEW OF MATERIALS IN
                                       PREPARATION FOR A MEETING OF BOARD OF
                                       DIRECTORS (1.7); ATTEND MEETING OF
                                       BOARD OF DIRECTORS (2.0); CONTINUE
                                       REVIEW OF MATERIALS RELATED TO ISSUES TO
                                       BE REVIEWED BY COMPENSATION COMMITTEE
                                       OF BOARD OF DIRECTORS (1.1); ATTEND
                                       MEETING OF COMPENSATION COMMITTEE OF
                                       BOARD OF DIRECTORS (1.0).

BARUSCH RC        10/17/06      1.20   PREPARE DOCUMENTS FOR 8-K (1.2).

3

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| GRAY RW | 10/17/06 | 0.80 | REVIEW AND RESPOND TO MEMORANDUM FROM R. BARUSCH RE: DOCUMENTS NECESSARY FOR 8-K FILING (.1); REVIEW AND COMMENT ON 10-K DRAFT (.7). |
| SALDANA A | 10/17/06 | 9.90 | REVIEW AND COMMENT ON 10-Q (6.3); ANALYZE MRP/SRP BROKER-ASSISTED WITHHOLDING ISSUES (2.5); REVIEW AND ANALYZE TRANSFER RESTRICTION ISSUES (.2); EMAIL CORRESPONDENCE WITH J. JAMES RE: REVISIONS TO SUBSIDIARY BYLAWS AND ARTICLES (.1); EMAIL CORRESPONDENCE WITH L. APPEL AND OTHERS RE: DIRECT REGISTRATION (.1); REVIEW ISSUES RE CONTRACT REJECTIONS AND FOLLOW UP WITH D. RUSSELL (.4); ANALYZE 8-K ITEM 1.01 ISSUE (.3). |
| AMANN AA | 10/17/06 | 4.00 | TELECONFERENCES  AND EMAILS WITH BROKER, WELLS FARGO, T. SALDANA, R. BARUSCH AND T. WILLIAMS RE: BROKER PROGRAM (4.0). |
| RUSSELL DM | 10/17/06 | 6.50 | DRAFT AND REVISE MATERIAL AGREEMENTS CHECKLIST (4.0); COMPILE AGREEMENTS ON MATERIAL AGREEMENTS CHECKLIST (2.5). |
| BARUSCH RC | 10/18/06 | 1.40 | REVIEW AND COMMENT ON 10-Q (1.4). |
| GRAY RW | 10/18/06 | 0.50 | REVIEW AND RESPOND TO MEMORANDUM FROM A. SALDANA RE: 8-K ISSUES ON PLAN SUPPLEMENT AND PLAN MODIFICATION (.1); REDRAFT PLAN HISTORY SECTION FOR 10-Q (.4). |
| SALDANA A | 10/18/06 | 5.80 | CALL WITH T. WILLIAMS, WACHOVIA, WELLS FARGO, AST RE: BROKER-ASSISTED WITHHOLDING AND PREPARATION AND FOLLOW UP (2.3); CALL WITH WINN-DIXIE AND TRANSFER AGENT RE: COMMON STOCK ISSUES (1.0); REVIEW COMMENTS ON INDEMNIFICATION; REVIEW COMMENTS ON AGREEMENT FROM MILBANK (.1); RESEARCH RE: SECTION 16 ISSUES (1.5); REVIEW CHART RE: STATUS OF MATERIAL CONTRACTS AND DISCUSS WITH D. RUSSELL (.3); EMAIL CORRESPONDENCE WITH L. APPEL AND OTHERS RE: SECTION 16 OFFICERS (.1); REVIEW AND ANALYZE 8-K ISSUES (.4); ASSIST WINN-DIXIE WITH DISSOLUTION ISSUES (.1). |
| AMANN AA | 10/18/06 | 3.50 | CONFERENCE CALL RE: BROKER PROGRAM (1.0); REVISE RELATED DOCUMENTS (2.5). |
| RUSSELL DM | 10/18/06 | 7.00 | REVISE AND UPDATE MATERIAL AGREEMENTS CHECKLIST (3.0); RESEARCH SECURITIES LAW ISSUES RELATING TO EMERGENCE (4.0). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

```
BAKER DJ        10/19/06    0.60  REVIEW EMAIL FROM R. BARUSCH RE:
                                  DISCLOSURE ISSUES (.3); TELECONFERENCE
                                  WITH R. BARUSCH WITH RESPECT TO
                                  DISCLOSURE ISSUES (.3).

SALDANA A       10/19/06    2.90  CALL WITH S. MCCLELLAND RE: INDEMNITY
                                  AGREEMENT AND OTHER CORPORATE ISSUES
                                  (.1); ANALYZE INDEMNIFICATION
                                  AGREEMENT ISSUES (.9); REVIEW AND
                                  ANALYZE DOCUMENTATION FOR
                                  BROKER-ASSISTED WITHHOLDING PROGRAM
                                  (1.5); REVIEW AND ANALYZE 10-Q RISK
                                  FACTORS (.2); CALL WITH J. GLEASON RE:
                                  RISK FACTORS (.1); REVIEW REVISED SHARE
                                  CERTIFICATE (.1).

AMANN AA        10/19/06    8.80  REVISE BROKER PROGRAM DOCUMENTS (6.2);
                                  REVISE FLOW CHART (2.1); TELEPHONE
                                  CONFERENCES WITH T. SALDANA RE: SAME
                                  (.5).

BARUSCH RC      10/20/06    0.60  REVIEW 8-K FOR LYNCH CONTRACT (.6).

GRAY RW         10/20/06    0.80  REVIEW MEMORANDUM FROM A. SALDANA AND
                                  10-Q COMMENTS (.2); DRAFT REPLY TO A.
                                  SALDANA AND REVIEW FOLLOW UP EMAIL
                                  EXCHANGE WITH SAME AND R. BARUSCH (.1);
                                  REVIEW DRAFT 8-K RE: LYNCH AGREEMENT
                                  (.1); EXCHANGE EMAILS WITH R. BARUSCH
                                  AND D. TURETSKY RE: VERIFYING
                                  DESCRIPTION (.1); DRAFT MEMORANDUM TO
                                  L. HEWITT RE: PLAN SUPPLEMENT
                                  COMPONENTS FOR POSSIBLE 8-K (.2); DRAFT
                                  FURTHER MEMORANDUM TO L. HEWITT RE: PLAN
                                  MODIFICATION FOR 8-K AND FOLLOW UP EMAIL
                                  EXCHANGE WITH SAME (.1).

SALDANA A       10/20/06    4.00  REVIEW AND ANALYZE BROKER-ASSISTED
                                  WITHHOLDING ISSUES (2.8); REVIEW DRAFT
                                  8-K (.1); REVIEW DOCUMENTATION FOR
                                  EMERGENCE 8-K (.4); FOLLOW UP ON OPEN
                                  ISSUES IN ARTICLES (.3); CALL WITH A.
                                  KAYE AND S. MCLELLAND RE:
                                  INDEMNIFICATION AGREEMENT AND FOLLOW UP
                                  (.3); COMMENT ON DRAFT STOCK
                                  CERTIFICATE (.1).

AMANN AA        10/20/06    2.30  TELECONFERENCES AND EMAILS WITH R.
                                  BARUSCH, T. SALDANA AND WACHOVIA RE:
                                  BROKER PROGRAM (2.3).

RUSSELL DM      10/20/06    6.00  SECURITIES LAW RESEARCH (3.5); REVISE
                                  MATERIAL AGREEMENTS CHECKLIST (1.5);
                                  REVISE MATERIAL AGREEMENTS CHECKLIST
                                  (1.0).

SALDANA A       10/21/06    2.00  REVIEW AND ANALYZE BROKER-ASSISTED
                                  WITHHOLDING ISSUES (1.5); REVIEW
                                  SECTION 16 ISSUES (.5).
```

| | | | |
|---|---|---|---|
| BARUSCH RC | 10/23/06 | 1.20 | REVIEW 8-K ON EMPLOYMENT CONTRACT (.8); REVIEW MONTHLY OPERATING REPORT FILINGS (.4). |
| GRAY RW | 10/23/06 | 0.30 | REVIEW AND RESPOND TO MEMORANDUM FROM L. HEWITT RE: 8-K ON LYNCH AGREEMENT AND PLAN MODIFICATION (.2); TELECONFERENCES WITH D. TURETSKY AND A. SALDANA RE: SAME (.1). |
| SALDANA A | 10/23/06 | 5.20 | CALL WITH L. HEWITT AT K&S RE: DISCLOSURE MATTERS (.3); REVIEW AND ANALYZE DRAFT DISCLOSURE AND RELATED ISSUES (.8); ANALYZE SECURITIES LAW ISSUES RE: BROKER-ASSISTED WITHHOLDING AND WACHOVIA PROPOSAL (4.1). |
| RUSSELL DM | 10/23/06 | 5.50 | SUMMARIZE COMPANY AGREEMENTS (3.5); REVISE AGREEMENT SUMMARY AND COMPILE COMPANY AGREEMENTS (2.0). |
| BARUSCH RC | 10/24/06 | 1.60 | REVIEW 8-K EMPLOYMENT AND ESCROW DISCLOSURE (1.6). |
| SALDANA A | 10/24/06 | 4.10 | REVIEW AND RESPOND TO EMAILS FROM BANKING TEAM RE: RESOLUTIONS (.2); ANALYZE ISSUES RE: MSP/SRP BROKER-ASSISTED WITHHOLDING PROGRAM (1.9); REVIEW DOCUMENTATION FOR DISSOLUTION OF DIXIE STORES, INC. (.3); CONFER WITH D. RUSSELL RE: DISSOLUTION ISSUES (.1); DRAFT RIDER TO 8-K DISCLOSURE (.3); REVIEW PLAN SUPPLEMENT DOCS (.5); REVIEW ISSUES RE: 8-KS (.8). |
| RUSSELL DM | 10/24/06 | 2.50 | DRAFT DOCUMENT FOR SUBSIDIARY (2.5). |
| BARUSCH RC | 10/25/06 | 2.80 | REVIEW 10-Q CHANGES FOR PRE-CONFIRMATION FILINGS (2.8). |
| GRAY RW | 10/25/06 | 0.40 | REVIEW AND COMMENT ON 10-Q VERSION FOR FILING WITHOUT CONFIRMATION ORDER (.4). |
| SALDANA A | 10/25/06 | 2.00 | CALL WITH A. DOBOSIEWICZ RE: BROKER-ASSISTED WITHHOLDING AND FOLLOW UP (.3); REVIEW AND ANALYZE INDEMNIFICATION AGREEMENT ISSUES (.5); REVIEW 10-Q ISSUES (.1); CALL WITH C. NASS RE: 10-Q ISSUES (.1); CALL WITH T. WILLIAMS RE: BROKER-ASSISTED WITHHOLDING ISSUES AND FOLLOW UP (.4); REVIEW AND ANALYZE BROKER-ASSISTED WITHHOLDING ISSUES (.6). |
| AMANN AA | 10/25/06 | 1.30 | TELEPHONE CONFERENCES AND EMAILS RE: BROKER PROGRAM (1.3). |
| BARUSCH RC | 10/26/06 | 1.20 | REVIEW 8-K ISSUES (1.2). |

6

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| SALDANA A | 10/26/06 | 4.10 | CALL WITH WACHOVIA COUNSEL AND A. AMANN RE: BROKER-ASSISTED WITHHOLDING (.7); CALL WITH S. MEISNER AND A. AMANN RE: BROKER-ASSISTED WITHHOLDING (.5); ANALYZE BROKER-ASSISTED WITHHOLDING ISSUES (1.8); CALL WITH R. GRAY RE: BROKER-ASSISTED WITHHOLDING (.2); ANALYZE INDEMNIFICATION AGREEMENT ISSUES (.6); REVIEW CHARTER AND BYLAWS (.3). |
| AMANN AA | 10/26/06 | 0.70 | CONFERENCE CALLS RE: WITHHOLDING ISSUES (.7). |
| SALDANA A | 10/27/06 | 4.80 | ANALYZE INDEMNIFICATION ISSUES (1.3); REVIEW AND REVISE PLAN SUPPLEMENT DOCUMENTS (.8); REVIEW AND REVISE INDEMNIFICATION AGREEMENT (.6); RESEARCH/REVIEW 1145/BLUE SKY ISSUES AND EMAIL TO P. MCKEON (2.1). |
| AMANN AA | 10/27/06 | 3.70 | CONFERENCE CALL WITH BROKER (1.0); COORDINATE GROUP CALL (.1); DRAFT AND DISTRIBUTE INDEMNIFICATION AGREEMENT (2.6). |
| SALDANA A | 10/30/06 | 2.80 | ANALYZE ISSUES RE: VOTING OF RESERVE SHARES (2.6); REVIEW REVISED DRAFT INDEMNIFICATION AGREEMENT (.2). |
| AMANN AA | 10/30/06 | 7.80 | DRAFT AND DISTRIBUTE INDEMNIFICATION AGREEMENT (2.8); CONFERENCE CALL RE: BROKER PROGRAM (2.0); REVISE AND DISTRIBUTE PROGRAM DOCUMENTS (3.0). |
| RUSSELL DM | 10/30/06 | 3.50 | RESEARCH BANKRUPTCY LAW (3.5). |
| SALDANA A | 10/31/06 | 5.80 | CALL WITH L. APPEL AND T. WILLIAMS ET AL RE: BROKER-ASSISTED WITHHOLDING (.8); RESEARCH AND ANALYZE ISSUES RE: VOTING ISSUES (2.3); REVIEW AND REVISE BROKER-ASSISTED WITHHOLDING DOCUMENTATION (2.3); REVIEW SECTION 16 ISSUE RE: MSP/SRP AND DISCUSS WITH D. RUSSELL (.4). |
| AMANN AA | 10/31/06 | 8.20 | REVISE AND DISTRIBUTE PROGRAM DOCUMENTS (7.2); CONFERENCE CALL RE: SAME (1.0). |
| RUSSELL DM | 10/31/06 | 3.50 | SECURITIES RESEARCH (3.5). |

**MATTER TOTAL**                     **259.30**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                          Bill Date: 01/03/07
**Assets Dispositions (General)**                          Bill Number: 1128259

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| LAMAINA KA | 10/19/06 | 0.80 | REVIEW BAHAMAS SERVICES PER REQUEST OF COMPANY (.8). |
| LAMAINA KA | 10/20/06 | 1.70 | BAHAMAS SALE TRANSACTION ANALYSIS FOR COMPANY (1.7). |
| LAMAINA KA | 10/25/06 | 0.90 | REVIEW BAHAMAS TRANSACTION PER REQUEST OF COMPANY (.9). |
| LAMAINA KA | 10/26/06 | 0.20 | COMPLETE CLIENT REQUEST ON BAHAMAS TRANSACTION (.2). |
| **MATTER TOTAL** | | **3.60** | |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Winn-Dixie Stores, Inc. (DIP) Bill Date: 01/03/07
Business Operations / Strategic Planning                    Bill Number: 1128259

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| HENRY S | 10/11/06 | 0.60 | PARTICIPATE IN CALL WITH S. BUSEY, C. JACKSON, J. BAKER, L. APPEL, J. CASTLE AND OTHERS RE: REORGANIZATION ISSUES AND EMERGENCE PLANNING (.6). |
| RAVIN AS | 10/11/06 | 0.60 | WEEKLY STATUS CALL WITH P. LYNCH, L. APPEL, J. CASTLE, D. J. BAKER, D. IRAM, S. KAROL, AND M. FREITAG (.6). |
| GRAY RW | 10/12/06 | 0.10 | REVIEW AND RESPOND TO MEMORANDUM FROM M. BYRUM RE: TIMING ON COLI TERMINATION (.1). |
| HENRY S | 10/17/06 | 0.50 | PARTICIPATE IN CONFERENCE CALL WITH B. NUSSBAUM, J. CASTLE, S. BUSEY, L. APPEL AND OTHERS RE: PREPARATIONS FOR EMERGENCE (.5). |
| GRAY RW | 10/17/06 | 0.50 | PARTICIPATE IN UPDATE CALL WITH CLIENT AND ADVISORS RE: PENDING MATTERS (.5). |
| RAVIN AS | 10/17/06 | 0.50 | WEEKLY STATUS CALL WITH L. APPEL, B. NUSSBAUM, J. CASTLE, M. BYRUM, J. O'CONNELL, M. FRIETAG, D. IRAM, S. BUSEY, C. JACKSON, R. BARUSCH, R. GRAY, AND T. SCWARZMAN (.5). |
| HENRY S | 10/25/06 | 0.70 | PARTICIPATE IN CALL WITH S. BUSEY, L. APPEL, JAY CASTLE, R. GRAY ET AL. RE: NUMEROUS TURNAROUND ISSUES AND CASE STRATEGY (.7). |
| GRAY RW | 10/25/06 | 0.70 | PARTICIPATE IN UPDATE CALL WITH CLIENT AND ADVISORS (.7). |
| RAVIN AS | 10/25/06 | 0.70 | WEEKLY STATUS CALL WITH L. APPEL, J. CASTLE, M. BYRUM, D. J. BAKER, S. HENRY, R. GRAY, S. KAROL, F. HUFARD, S. BUSEY, C. JACKSON, AND M. FRIETAG (.7). |
| HENRY S | 10/31/06 | 0.30 | CONFERENCE CALL WITH J. BAKER, R. GRAY, J. CASTLE, L. APPEL, S. REINKIN, ET AL. RE: NUMEROUS ISSUES RELATING TO CHAPTER 11 AND EMERGENCE PROCESS (PARTIAL) (.3). |
| GRAY RW | 10/31/06 | 0.50 | PARTICIPATE IN UPDATE CALL WITH CLIENT AND ADVISORS (.5). |
| RAVIN AS | 10/31/06 | 0.50 | WEEKLY STATUS CALL WITH L. APPEL, B. NUSSBAUM, J. CASTLE, S. REINKEN, F. HUFFARD, J. BAKER, S. HENRY, R. GRAY, T. SCHWARZMAN, S. BUSEY, AND M. FREITAG (.5). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**MATTER TOTAL**                       <u>**6.20**</u>

**Winn-Dixie Stores, Inc. (DIP)**                    Bill Date: 01/03/07
**Case Administration**                              Bill Number: 1128259

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 10/02/06 | 0.20 | REVIEW 10/2 DOCKET UPDATE (.1); PROVIDE CALENDAR UPDATE INFORMATION TO J. WOODFIELD (.1). |
| LAMAINA KA | 10/02/06 | 0.40 | PREPARE MEMORANDUM ON OMNIBUS HEARING DATES AND SCHEDULES IN DEC. TO SMITH HULSEY (.4). |
| LEAMY JM | 10/02/06 | 0.20 | REVIEW AND COMMENT ON 10/5 HEARING AGENDA (.2). |
| RAVIN AS | 10/02/06 | 0.10 | MONITOR PLEADINGS FILED ON DOCKET (.1). |
| WOODFIELD J | 10/02/06 | 6.70 | UPDATE AND CIRCULATE DOCKET UPDATE (.3); UPDATE CASE CALENDER (2.6); SEARCH DOCKET, PDF DOCKET, AND EMAIL TO ATTORNEYS (.6); FILE CASE DOCUMENTS SENT FROM J. BAKER (2.6); AND UPDATE WINN-DIXIE STOCKHOLDER OBJECTION LETTER BINDER (.6). |
| GRAY RW | 10/03/06 | 0.20 | REVIEW 10/3 DOCKET UPDATE (.1); PROVIDE CALENDAR UPDATE COMMENTS TO J. WOODFIELD (.1). |
| EICHEL S | 10/03/06 | 0.10 | REVIEW CASE CALENDAR (.1). |
| WOODFIELD J | 10/03/06 | 7.50 | UPDATE AND CIRCULATE DAILY DOCKET UPDATE (.2); UPDATE AND CIRCULATE CASE CALENDER (1.3); CREATE CONFIRMATION HEARING BINDER AND ARRANGE FOR DUPLICATION (3.7); PREPARE SUPPLEMENT PLAN FOR FILING (2.1); UPDATE AND CIRCULATE DAILY MEDIA REPORTS (.2). |
| FELD SR | 10/04/06 | 0.30 | REVIEW DOCKET AND CASE CALENDAR (.3). |
| LEAMY JM | 10/04/06 | 0.10 | REVIEW AND COMMENT ON OCTOBER 5 HEARING AGENDA (.1). |
| RAVIN AS | 10/04/06 | 0.10 | MONITOR PLEADINGS FILED ON DOCKET (.1). |
| WOODFIELD J | 10/04/06 | 1.60 | UPDATE AND CIRCULATE DOCKET (.3); UPDATE CASE CALENDER (.3); PREPARE DOCUMENTS TO BE PDF'D AND EMAIL TO ATTORNEYS (1). |
| GRAY RW | 10/05/06 | 0.10 | REVIEW 10/5 DOCKET UPDATE (.1). |
| RAVIN AS | 10/05/06 | 0.10 | MONITOR PLEADINGS FILED ON DOCKET (.1). |

| WOODFIELD J | 10/05/06 | 6.40 | UPDATE AND CIRCULATE DOCKET (.3); UPDATE CASE CALENDER (1); UPDATE WINN DIXIE STOCKHOLDER OBJECTION BINDER (.5); UPDATE AND CIRCULATE WINN-DIXIE MEDIA REPORTS (.3); PDF DOCUMENTS FOR ATTORNEYS (.8); SEARCH DOCKET FOR SAMPLE RESPONSE TO STUART MAUE FEE APPS FOR K. LAMAINA (2.5); MONITOR DOCKET FOR ASSUMPTION AND REJECTION ORDERS TO BE SENT TO K. LOGAN (.7); AND SEARCH DOCKET FOR DISCLOSURE STATEMENT FOR K. LAMAINA AND EMAIL (.3). |
| --- | --- | --- | --- |
| GRAY RW | 10/06/06 | 0.20 | REVIEW 10/6 DOCKET UPDATE (.1); PROVIDE CALENDAR UPDATE INFORMATION TO J. WOODFIELD (.1). |
| LEAMY JM | 10/06/06 | 0.10 | REVIEW 10/12 HEARING AGENDA (.1). |
| RAVIN AS | 10/06/06 | 0.20 | MONITOR PLEADINGS FILED ON DOCKET (.1); REVIEW AND REVISE HEARING AGENDA FOR 10/12/06 HEARING (.1). |
| SALAZAR AG | 10/06/06 | 4.50 | CREATE AND ASSEMBLE BINDER WITH REFERENCE CASE CITATIONS (4.5). |
| WOODFIELD J | 10/06/06 | 9.50 | UPDATE AND CIRCULATE DOCKET (.3), UPDATE CASE CALENDER (.7); CREATE 3 CERTIFICATES OF SERVICE TO BE FILED WITH THE MIDDLE DISTRICT OF FLORIDA BANKRUPTCY COURT AND MAIL THE CORRESPONDING ORDERS TO PEOPLE ON THE SERVICE LIST (2.5); PDF DOCUMENTS FOR ATTORNEYS AND EMAIL SAME (1.0); UPDATE CONFIRMATION HEARING BINDER (1.0); AND CREATE  BINDER OF CASES CITED IN MEMORANDUM OF LAW (4.0). |
| GRAY RW | 10/09/06 | 0.20 | REVIEW 10/9 DOCKET UPDATE (.1); PROVIDE CALENDAR UPDATE INFORMATION TO J. WOODFIELD (.1). |
| EICHEL S | 10/09/06 | 0.10 | REVIEW CASE CALENDAR (.1). |
| RAVIN AS | 10/09/06 | 0.20 | REVIEW AND REVISE CASE CALENDAR (.1); MONITOR PLEADINGS FILED ON DOCKET (.1). |
| SALAZAR AG | 10/09/06 | 0.40 | SEARCH FOR CASE NUMBER AND COURT INFORMATION FOR CASES FILED. |
| WOODFIELD J | 10/09/06 | 5.00 | UPDATE AND CIRCULATE DOCKET UPDATE (.3); UPDATE AND CIRCULATE DRAFT CASE CALENDER (1.3); UPDATE FORMAL OBJECTIONS TO THE PLAN BINDER (1.8); SEARCH DOCKET FOR FORMAL OBJECTIONS, PDF, AND EMAIL TO A. RAVIN (.6); AND PREPARE AND ATTACHED EXHIBIT TO DECLARATION OF K. LOGAN TO BE FILED WITH THE COURT (1). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| GRAY RW | 10/10/06 | 0.10 | REVIEW 10/10 DOCKET UPDATE (.1). |
| LEAMY JM | 10/10/06 | 0.20 | REVIEW AND COMMENT ON CASE CALENDAR (.2). |
| RAVIN AS | 10/10/06 | 0.10 | MONITOR PLEADINGS FILED ON DOCKET (.1). |
| WOODFIELD J | 10/10/06 | 2.10 | UPDATE AND CIRCULATE DOCKET (.3); UPDATE CASE CALENDER (.5); SEARCH DOCKET FOR JOINT PLAN OF REORGANIZATION AND EMAIL TO J. KEMPF (.4); UPDATE AND CIRCULATE WINN-DIXIE MEDIA REPORTS (.3); SEARCH FOR AND PDF 9TH AND 16TH OMINBUS CLAIMS OBJECTION ORDER FOR A. RAVIN (.6). |
| GRAY RW | 10/11/06 | 0.10 | REVIEW 10/11 DOCKET UPDATE (.1). |
| RAVIN AS | 10/11/06 | 0.20 | MONITOR PLEADINGS FILED ON DOCKET (.1); REVIEW AND REVISE AGENDA FOR 10/12 HEARING, DRAFT CORRESPONDENCE TO C. JACKSON RE: SAME (.1). |
| WOODFIELD J | 10/11/06 | 6.20 | UPDATE AND CIRCULATE DOCKET (.3); UPDATE CASE CALENDER (.8); SEARCH DOCKET FOR ENTRIES, PDF, AND EMAIL TO A. RAVIN, K. LAMAINA, J. LEDERER, AND S. EICHEL (1.1); CONVERT WORD DOCUMENT NOTICE OF FILING TO PDF, ATTACH EXHIBITS AND EMAIL TO A. RAVIN (.2); UPDATE FORMAL OBJECTION BINDER, PREPARE ADDITIONAL SETS AND FED EX TO SMITH HULSEY IN FLA. (3.8). |
| RAVIN AS | 10/12/06 | 0.10 | MONITOR PLEADINGS FILED ON DOCKET (.1). |
| SALAZAR AG | 10/12/06 | 0.40 | LOCATE CASE NUMBER AND COURT INFORMATION FOR FILED CASE (.4). |
| WOODFIELD J | 10/12/06 | 6.20 | UPDATE AND CIRCULATE DOCKET (.3); UPDATE CASE CALENDER (1.7), UPDATE LOC CLASS SPREADSHEET FOR S. FELD (1.4); CREATE CERTIFICATE OF SERVICE FOR A. RAVIN RE: AGREED ORDER WITH RESPECT TO RDI (1.3); ATTACHED EXHIBIT TO A MOTION FOR R. GRAY (.4); AND SEARCH DOCKET FOR SPECIFIC ENTRIES, PDF, AND EMAIL TO ATTORNEYS (.8). |
| GRAY RW | 10/13/06 | 0.30 | REVIEW DOCKET UPDATE (.1); PROVIDE CALENDAR UPDATE INFORMATION TO J. WOODFIELD (.1); REVIEW LETTER FROM J. PAUL RE: ADDRESS CHANGE AND DRAFT MEMORANDUM TO M. MARTINEZ AND K. WARD RE: SAME (.1). |
| LAMAINA KA | 10/13/06 | 0.10 | REVIEW DOCKET (.1). |
| SALAZAR AG | 10/13/06 | 0.20 | SEARCH FOR CASE NUMBER AND COURT INFORMATION FOR FILED CASE (.2). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| WOODFIELD J | 10/13/06 | 6.00 | UPDATE AND CIRCULATE DOCKET (.5); UPDATE AND CIRCULATE DRAFT CASE CALENDER (.3); CREATE CERTIFICATE OF SERVICE AND MAIL MOTIONS AND ORDERS TO MAILING LIST (4.2). |
| RAVIN AS | 10/14/06 | 0.10 | MONITOR PLEADINGS FILED ON DOCKET ON FRIDAY (.1). |
| GRAY RW | 10/16/06 | 0.20 | REVIEW AND RESPOND TO MEMORANDA FROM C. NASS AND C. JACKSON RE: POST EFFECTIVE REPORTING ISSUES (.1); REVIEW 10/16 DOCKET UPDATE (.1). |
| LAMAINA KA | 10/16/06 | 0.20 | REVIEW DOCKET FOR MATTERS WORKING ON FOR NEXT STEPS (.2). |
| LEAMY JM | 10/16/06 | 0.20 | REVIEW AND COMMENT ON CASE CALENDAR (.2). |
| RAVIN AS | 10/16/06 | 0.30 | MONITOR PLEADINGS FILED ON DOCKET (.1); REVIEW AND REVISE CASE CALENDAR (.2). |
| WOODFIELD J | 10/16/06 | 6.10 | UPDATE AND CIRCULATE DOCKET (.3); UPDATE CASE CALENDAR AND CIRCULATE DRAFT (1.4); PULL MOTION FROM THE DOCKET AND PDF FOR A. RAVIN (.6); SEARCH DOCKET FOR PROOFS OF CLAIM FOR R. GRAY (.7); SEARCH DOCKET TO LOCATE THE DATE ON WHICH THE FINAL FINANCE AGREEMENT WAS FILED FOR J. PAOLI (.5); CREATE CERTIFICATE OF SERVICE FOR MOTION SEEKING TO APPROVE PASCO COUNTY STIPULATION (.9); FILE PLEADINGS IN PERSONAL FILES (.8); SEARCH DOCKET TO FIND RELATING DOCKET ENTRIES TO A NOTICE OF HEARING FILED FOR R. GRAY (.6); AND UPDATE AND CIRCULATE WINN-DIXIE MEDIA REPORTS (.3). |
| FELD SR | 10/17/06 | 0.20 | REVIEW DOCKET ENTRIES RE: CLAIM OBJECTIONS (.2). |
| GRAY RW | 10/17/06 | 0.30 | REVIEW 10/17 DOCKET UPDATE (.1); PROVIDE CALENDAR UPDATE INFORMATION TO J. WOODFIELD (.1); REVIEW AND COMMENT ON AGENDA FOR 10/25 HEARING (.1). |
| LEAMY JM | 10/17/06 | 0.10 | REVIEW AND COMMENT ON 8/25 HEARING AGENDA (.1). |
| PAPPAS AM* | 10/17/06 | 3.10 | REVIEW PROOF OF CLAIM AND BEGIN RESEARCH ON BANK CODE 502(B)(6) (3.1). |
| RAVIN AS | 10/17/06 | 0.20 | MONITOR PLEADINGS FILED ON DOCKET (.1); REVIEW CORRESPONDENCE FROM K. WARD RE: STATUS OF CONFIRMATION HEARING TRANSCRIPT, DRAFT CORRESPONDENCE TO D. DREBSKY RE: SAME (.1). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| WOODFIELD J | 10/17/06 | 6.00 | UPDATE AND CIRCULATE DOCKET (.3); UPDATE CASE CALENDAR AND SEND TO DISTRIBUTION LIST (2.7); WORK ON CERTIFICATE OF SERVICE FOR PASCO COUNTY (.4); SEARCH FOR THE DOCKET NUMBER OF THE ADMINISTRATIVE CLAIM FOR GOODING'S SUPERMARKET (.4); BUILD PDF DOCUMENT OF OBJECTION TO MSP AND SRP CLAIMS FOR R. GRAY TO BE FILED WITH THE COURT (2.2). |
| GRAY RW | 10/18/06 | 0.10 | REVIEW 10/18 DOCKET UPDATE (.1). |
| PAPPAS AM* | 10/18/06 | 3.80 | CONTINUE RESEARCH ON 502(B)(6) CASES TO ASSESS VALIDITY OF PROOF OF CLAIM (3.8). |
| RAVIN AS | 10/18/06 | 0.40 | MONITOR PLEADINGS FILED ON DOCKET (.1); REVIEW AND REVISE HEARING AGENDA FOR 10/25/06 HEARING, DRAFT MULTIPLE CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM K. WARD RE: SAME (.3). |
| WOODFIELD J | 10/18/06 | 3.80 | SEARCH DOCKET TO FIND MATCHING MOTIONS TO THREE GUARANTEED ORDERS AND SEND TO A. RAVIN (.6); UPDATE AND CIRCULATE DOCKET (.4); UPDATE CASE CALENDAR (.8); SEARCH DOCKET FOR DEBTORS' 24TH OMNIBUS OBJECTION FOR J. LEDERER (.4); SEARCH DOCKET FOR CATAMOUNT'S RESPONSES TO DEBTORS' 16TH OBJECTION, TWO REQUEST FOR ALLOWANCE AND PAYMENT, AND SEND TO A. RAVIN (.9); UPDATE WORKING GROUP LIST AND EMAIL TO AMANDA AMANN FOR R. GRAY (.7). |
| GRAY RW | 10/19/06 | 0.10 | REVIEW 10/19 DOCKET UPDATE (.1). |
| RAVIN AS | 10/19/06 | 0.30 | MONITOR PLEADINGS FILED ON DOCKET (.1); REVIEW REVISED AGENDA RE: 10/25/06 HEARING (.1); CALL (VM) FROM P. FITZGERALD RE: QUESTION ON EMERGENCE TIMING, DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM M. FREITAG RE: SAME (.1). |
| WOODFIELD J | 10/19/06 | 5.50 | UPDATE AND CIRCULATE DOCKET (.3); UPDATE CASE CALENDAR (.5); SEARCH THE DOCKET FOR ALL REJECTION MOTIONS AND ORDERS FROM THE LAST MONTH AND EMAIL TO D. TURETSKY AND A. RAVIN (1.6); SEARCH DOCKET AND EMAIL K. LAMAINA FLORIDA TAX COLLECTORS' MEMORANDUM OF LAW (.5); SEARCH DOCKET FOR SPECIFIC OMNIBUS CLAIMS OBJECTIONS AND ASSOCIATED ORDERS FOR A. RAVIN (2.2); FILED AND ACCUTRACKED PLEADINGS AND CORRESPONDENCES IN PERSONAL FILES (.4). |
| GRAY RW | 10/20/06 | 0.10 | REVIEW 10/20 DOCKET UPDATE (.1). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| RAVIN AS | 10/20/06 | 0.10 | MONITOR PLEADINGS FILED ON DOCKET (.1). |
|---|---|---|---|
| WOODFIELD J | 10/20/06 | 2.10 | UPDATE AND CIRCULATE DOCKET (.4); UPDATE CASE CALENDAR (.6); SEARCH DOCKET FOR SPECIFIC MOTIONS AND EMAIL TO A. RAVIN (.5); AND UPDATE CASE FILES AND PLACE IN APPROPRIATE ACCUTRACKED BOXES (.6). |
| GRAY RW | 10/23/06 | 0.20 | REVIEW 10/23 DOCKET UPDATE (.1); REVIEW AND RESPOND TO MEMORANDUM FROM L. HEWITT RE: MONTHLY OPERATING REPORT CONTINUATION POSTEMERGENCE (.1). |
| LAMAINA KA | 10/23/06 | 0.40 | MEMORANDUM TO COMPANY ON DEC. 14 HEARING ITEMS (.2); TELECONFERENCE SMITH HULSEY ON SAME AND REVIEW MEMORANDUM FROM SAME ON SAME (.2). |
| RAVIN AS | 10/23/06 | 0.10 | MONITOR PLEADINGS FILED ON DOCKET (.1). |
| WOODFIELD J | 10/23/06 | 4.90 | UPDATE AND CIRCULATE DOCKET (.3); UPDATE CASE CALENDAR AND SEND TO DRAFT DISTRIBUTION LIST (.6); SEARCH DOCKET FOR CAPX LLC'S MOTION OF STAY AND EMAIL TO R. GRAY (.5); CHECK NOTICE FOR OBJECTION DEADLINE FOR R. GRAY (.2); SEARCH DOCKET AND LOCATE VOGEL AND VOGEL ADMINISTRATIVE CLAIM APPLICATION FOR A. RAVIN (.4); SEARCH DOCKET FOR DISCLOSURE STATEMENT, PLAN OF REORGANIZATION, MEMORANDUM OF LAW, AND DECLARATION OF K. LOGAN FOR T. SCHWARZMAN (1.2); RESEARCH WESTLAW FOR ORDERS DENYING MOTION FOR STAY FOR T. SCHWARZMAN (1.1); AND SEARCH DOCKET FOR LEASE TERMINATION AGREEMENT AND CORRESPONDING MOTION FOR A. RAVIN (.6). |
| GRAY RW | 10/24/06 | 0.10 | REVIEW DOCKET UPDATE (.1). |
| LEAMY JM | 10/24/06 | 0.10 | REVIEW AND COMMENT ON 10/25 HEARING AGENDA (.1). |
| RAVIN AS | 10/24/06 | 0.40 | MONITOR PLEADINGS FILED ON DOCKET (.1); REVIEW AND REVISE CASE CALENDAR, DRAFT MEMORANDUM TO J. WOODFIELD RE: SAME (.2); REVIEW AND REVISE 10/25 HEARING AGENDA, DRAFT CORRESPONDENCE TO K. WARD RE: SAME (.1). |
| TURETSKY DM | 10/24/06 | 0.20 | REVIEW AND COMMENT RE: CASE CALENDAR (.2). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

WOODFIELD J      10/24/06      3.80   UPDATE AND CIRCULATE DOCKET (.3);
                                      UPDATE CASE CALENDAR AND CIRCULATE TO
                                      DISTRIBUTION LIST (1.3); UPDATE
                                      WINN-DIXIE STOCKHOLDERS OBJECTION
                                      BINDER (.5); SEARCH DOCKET FOR BRIEF IN
                                      OPPOSITION TO CONFIRMATION FOR K.
                                      LAMAINA (.4); SEARCH DOCKET FOR ADMIN
                                      CLAIMS AND MOTIONS FOR A. RAVIN (.6);
                                      AND FILE CORRESPONDENCE AND PLEADINGS
                                      FROM J. BAKER (.7).

GRAY RW          10/25/06      0.20   REVIEW 10/25 DOCKET UPDATE (.1);
                                      PROVIDE CALENDAR UPDATE INFORMATION TO
                                      J. WOODFIELD (.1).

RAVIN AS         10/25/06      0.20   MONITOR PLEADINGS FILED ON DOCKET (.1);
                                      REVIEW CORRESPONDENCE FROM AND DRAFT
                                      CORRESPONDENCE TO D. DREBSKY RE: STOCK
                                      TRANSFER AGENT, DRAFT MEMORANDUM TO R.
                                      GRAY RE: SAME (.1).

WOODFIELD J      10/25/06      4.20   UPDATE AND CIRCULATE DOCKET (.3);
                                      UPDATE CASE CALENDAR (1.0); SEARCH
                                      DOCKET FOR SRP CLAIM AND EMAIL TO R. GRAY
                                      (.6); SEARCH PDF FOR FLORIDA TAX
                                      COLLECTORS' MEMORANDUM OF LAW AND EMAIL
                                      TO R. GRAY AND K. LAMAINA (.6); SEARCH
                                      DOCKET FOR ORDER AND SEND TO R. GRAY
                                      (.4); SEARCH FOR ACCESS TO HEARING ON
                                      MOTION FOR RELIEF FOR R. GRAY (.4); AND
                                      ORGANIZE AND MAINTAIN CASE FILES (.9).

GRAY RW          10/26/06      0.20   REVIEW 10/26 DOCKET UPDATE (.1);
                                      PROVIDE CALENDAR UPDATES TO J.
                                      WOODFIELD (.1).

LAMAINA KA       10/26/06      0.50   PREPARE FOR AND ATTEND TELECONFERENCE
                                      K. WARD OF SMITH HULSEY ON RECENT
                                      FILINGS AND FUTURE FILINGS RE:  NEXT
                                      STEPS (.5).

RAVIN AS         10/26/06      0.10   MONITOR PLEADINGS FILED ON DOCKET (.1).

WOODFIELD J      10/26/06      6.90   UPDATE AND CIRCULATE DOCKET (.3);
                                      UPDATE CASE CALENDAR (1.4); SEARCH
                                      DOCKET FOR AD HOC RESPONSE IN OPPOSITION
                                      TO PLAN FOR R. GRAY (.5); UPDATE AND
                                      CIRCULATE RECENT WINN-DIXIE MEDIA
                                      REPORTS (.5); SEARCH DOCKET FOR MOTION
                                      OF BELLSOUTH FOR R. GRAY (.6); SEARCH
                                      DOCKET FOR MOTION TO ALLOW LATE CLAIM
                                      FOR R. GRAY (.4); SEARCH DOCKET FOR
                                      NOTICE OF FILING FOR A. RAVIN (.4);
                                      SEARCH DOCKET FOR POST HEARING BRIEF FOR
                                      S. HENRY (.6); SEARCH DOCKET FOR MOTION
                                      TO APPROVE SETTLEMENT INSURANCE CLAIM
                                      AND EMAIL TO A. RAVIN (1.4); AND FILE
                                      WINN-DIXIE FEE STATEMENTS (.8).

GRAY RW          10/27/06      0.10   REVIEW 10/27 DOCKET UPDATE (.1).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| LAMAINA KA | 10/27/06 | 0.40 | REVIEW STATUS OF COURT FILINGS YESTERDAY RE SKADDEN PLEADINGS (.4). |
| LEAMY JM | 10/27/06 | 0.10 | EMAIL J. WOODFIELD RE: CALENDAR ADDITION (.1). |
| RAVIN AS | 10/27/06 | 0.10 | MONITOR PLEADINGS FILED ON DOCKET (.1). |
| WOODFIELD J | 10/27/06 | 5.40 | UPDATE AND CIRCULATE DOCKET (.3); UPDATE CASE CALENDAR (.9); UPDATE AND CIRCULATE WINN-DIXIE MEDIA REPORTS (.4); SEARCH DOCKET FOR POST HEARING BRIEF AND RELATED RESPONSES FOR K. LAMAINA (.5); PREPARE NOTICE OF WITHDRAWALS FOR R. GRAY TO BE FILED WITH THE COURT (1.2); FILE PLEADINGS AND CORRESPONDENCE FOR PERSONAL FILES (.8); SEARCH DOCKETS FOR VARIOUS DISCLOSURE STATEMENTS FOR J. LEDERER (.7); AND ORGANIZE AND MAINTAIN CASE FILES (.6). |
| LAMAINA KA | 10/28/06 | 1.50 | BEGIN PREPARATIONS OF FEE STATEMENT DATA FOR ANALYSIS OF SERVICES (1.5). |
| GRAY RW | 10/30/06 | 0.80 | REVIEW 10/30 DOCKET UPDATE (.1); PROVIDE CONFIRMATION DATE AND EFFECTIVE DATE CALENDAR ENTRIES (.7). |
| LAMAINA KA | 10/30/06 | 0.10 | TELECONFERENCE SMITH HULSEY ON UPCOMING OMNIBUS HEARINGS ON OUTSTANDING MATTERS (.1). |
| LEAMY JM | 10/30/06 | 0.10 | REVIEW CALENDAR ENTRIES RE: CONFIRMATION EVENTS (.1). |
| RAVIN AS | 10/30/06 | 0.20 | MONITOR PLEADINGS FILED ON DOCKET (.1); REVIEW AND REVISE CASE CALENDAR, DRAFT MEMORANDUM TO R. GRAY RE: SAME (.1). |
| TURETSKY DM | 10/30/06 | 0.40 | REVIEW OCTOBER 5 HEARING TRANSCRIPT (.3); TELECONFERENCE WITH J. FRANK RE: STATUS INQUIRY CONCERNING WINN-DIXIE CHAPTER 11 CASES (.1). |
| WOODFIELD J | 10/30/06 | 7.00 | UPDATE AND CIRCULATE DOCKET (.3); UPDATE CASE CALENDAR (.9); SEARCH DOCKET FOR RESPONSE TO DEBTORS' OMNIBUS OBJECTION FOR J. LEAMY (.4); SEARCH DOCKET FOR ORDER CHANGING ORDER CONFIRMING PLAN OF REORGANIZATION FOR J. LEDERER (1.2); SEARCH FOR NOTICES OF APPEARANCE FROM 8/9/2006 TO PRESENT AND COMPILE A LIST OF NEW APPEARANCES TO BE CHECKED WITH CONFLICTS FOR D. TURETSKY (3.5); AND SEARCH DOCKET FOR THREE RESPONSES TO DEBTORS' 24TH OMNIBUS OBJECTION FOR A. RAVIN (.7). |
| GRAY RW | 10/31/06 | 0.30 | REVIEW AND COMMENT ON CASE CALENDAR (.3). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| LEAMY JM | 10/31/06 | 0.20 | REVIEW AND COMMENT ON CASE CALENDAR (.2). |
| RAVIN AS | 10/31/06 | 0.10 | MONITOR PLEADINGS FILED ON DOCKET (.1). |
| TURETSKY DM | 10/31/06 | 0.60 | REVIEW AND COMMENT RE: CASE CALENDAR (.6). |
| WOODFIELD J | 10/31/06 | 6.60 | UPDATE AND CIRCULATE DOCKET (.3); UPDATE CASE CALENDAR AND DISTRIBUTE (2.3); UPDATE WINN-DIXIE MEDIA REPORT AND DISTRIBUTE (.4); SEARCH FOR SIGNED CONFIRMATION ORDER FOR A. MARGOLIS (.6); FILE CORRESPONDENCE AND FEE STATEMENTS IN FILE (.7); SEARCH DOCKET FOR RESPONSE TO WINN-DIXIE OBJECTION TO MSP CLAIMS FOR R. GRAY (.6); SEARCH FOR LETTER TO THE COURT BY FORMER EMPLOYEE RE: DISABILITY (.6); AND SEARCH THE DOCKET FOR CONFIRMATION ORDER FOR K. LAMAINA (1.3). |

**MATTER TOTAL**                          <u>**146.60**</u>

\* Law clerks are law school graduates who are not presently admitted
to practice.

18

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Winn-Dixie Stores, Inc. (DIP)                    Bill Date: 01/03/07
Claims Admin. (General)                          Bill Number: 1128259

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 10/01/06 | 0.10 | REVIEW AND COMMENT ON XEROX CLAIM STIPULATION (.1). |
| LEAMY JM | 10/01/06 | 0.20 | EMAIL H. JONES RE: REXALL CLAIM (.1); EMAIL C. JACKSON RE: CLAIM INQUIRIES (.1). |
| GRAY RW | 10/02/06 | 0.50 | REVIEW AND RESPOND TO MEMORANDA FROM J. LEAMY RE: NORTH CAROLINA GUARANTY FUND CLAIM ISSUES (.1); REVIEW AND COMMENT ON WHITBECK SETTLEMENT STIPULATION (.1); REVIEW AND RESPOND TO MEMORANDUM FROM J. SHERRY RE: HARTFORD CLAIM ISSUE (.1); EXCHANGE EMAILS WITH J. LEAMY RE: SETTLEMENT OF OCEAN 505 CLAIM AND DOCUMENTING SAME (.1); REVIEW MEMORANDUM FROM B. TURNER RE: FLOYD BAILEY ISSUES (.1). |
| LEAMY JM | 10/02/06 | 6.60 | TELECONFERENCE WITH S. SUTTON RE: DAIRY FARMERS OF AMERICA (.2); TELECONFERENCE WITH T. DEW RE: NC GUARANTY ASSOCIATION (.1); ANALYSIS RE: NC SETTLEMENT (.4); TELECONFERENCE WITH J.TARKENTON RE: GREENVILLE GROCERY (.1); TELECONFERENCE WITH E. KETCHUM RE: LIQUIDITY SOLUTIONS (.2); TELECONFERENCE WITH D. MOTSINGER RE: CATAMOUNT (.3); PREPARE FORM OF STIPULATION FOR CCE AND EMAIL TO C. HARRISON RE: SAME (.5); EMAIL B. MALDUCCI RE: OCEAN 505 (.2); EMAIL A LIU RE: DOMINOS, DFA CLAIMS (.3); EMAIL M. RICHARDS RE: CLAIM 11856 (.2); EMAIL R. DEHNEY RE: PROJECT ASSISTANTS WITHDRAWAL OF CLAIM (.1); EMAILS K. NEIL RE: WINDSOR STATION (.2); EMAILS K. GWYNNE RE: DEL MONTE (.2); EMAILS D. YOUNG RE: KEN ROBINSON, XEROX (.2); EMAIL M. DONILON RE: PINNACLE FOODS (.2); EMAIL J. TARKENTON RE: GREENVILLE CLAIM (.1); EMAILS D. MOTSINGER, C. HARRISON RE: PROPOSED OMNI 20 ORDER (.2); BEGIN REVIEW AND ANALYSIS OF MULTIPLE RESPONSES TO 22ND CLAIM OBJECTION (2.0); ANALYSIS RE CLAIMS 12153 AND 10122 AND EMAIL D. YOUNG RE: SAME (.3); EMAIL J. KANE RE: PACIFIC WORLD (.1); EMAIL A. BARAGONA RE: SC CLAIM (.1); EMAIL S. SCHIRMANG RE: KRAFT (.2); EMAIL T. WUERTZ RE: SCHUSTER MARKETING (.1); EMAIL J. ROGERS RE: CLAIM 13279 (.1). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GRAY RW          10/03/06        2.90    REVIEW PROOFS OF CLAIM FILED BY U.S. IN
                                         CONNECTION WITH SETOFF ISSUE (.3);
                                         DRAFT MEMORANDUM TO K. LOGAN RE: U.S.
                                         CLAIMS (.1); DRAFT MEMORANDUM TO J. POST
                                         RE: U.S. H&HS SETOFF ISSUE (.1); REVIEW
                                         FTC BRIEF (.6); TELECONFERENCE WITH C.
                                         JACKSON RE: COMMENTS ON FTC BRIEF (.2);
                                         TELECONFERENCE WITH C. JACKSON AND K.
                                         LOGAN RE: CLAIMS SUBJECT TO OBJECTION
                                         AND MOTION TO DISALLOW VOTES (.2);
                                         TELECONFERENCE WITH C. JACKSON RE:
                                         SERVICE ISSUE (.1); REVIEW AND RESPOND
                                         TO MEMORANDUM FROM K. LOGAN RE: WALKER,
                                         ROCKY MOUNT AND SELLS (.1);
                                         TELECONFERENCE WITH K. LOGAN RE: SAME
                                         (.1); TELECONFERENCE WITH K. LOGAN RE:
                                         MSP/SRP OBJECTION FORMATTING AND
                                         EFFECTIVE DATE CLAIMS (.9); REVIEW
                                         OCEANS 505 AGREED ORDER AND EXCHANGE
                                         EMAILS WITH J. LEAMY RE: SAME (.1);
                                         REVIEW AND RESPOND TO MEMORANDUM FROM B.
                                         TURNER RE: FLOYD BAILEY FILE (.1).

LEAMY JM         10/03/06       10.10    TELECONFERENCE WITH  J. ROGERSON RE:
                                         PINNACLE, GENOA (.2); TELECONFERENCE
                                         WITH A. KAUFMAN RE: OHIO BWC CLAIM (.2);
                                         TELECONFERENCE WITH A. FRISCH RE: 19TH
                                         AND 20TH OBJECTIONS (.2); EMAIL J.
                                         CASTLE RE: CLAIM 131 (.2);
                                         TELECONFERENCE WITH V. KRISH RE: SAME
                                         (.2); TELECONFERENCE WITH J. CASTLE RE:
                                         CCE CLAIM (.1); RESEARCH AMERICAN
                                         ITALIAN PASTA AND EMAIL A. LIU RE: SAME
                                         (.2); EMAILS E. OCARROLL RE: CLAIM 12834
                                         (.2); DRAFT OCEAN 505 STIPULATION (.6);
                                         REVIEW BHBS, ANDERSON, 15TH AND 16TH
                                         CORRECTED ORDERS AND EMAIL TO E. POLLACK
                                         (.2); EMAIL R. DEHNEY RE: PROJECT ASSTS
                                         MOTION (.1); EMAILS S. SUTTON RE: DAIRY
                                         FARMERS OF AMERICAN CLAIM (.2);
                                         RESOLUTION OF RESPONSES TO 19TH AND 20TH
                                         CLAIM OBJECTIONS (1.0); TELECONFERENCE
                                         WITH  M. HARPER RE: WINDSOR STATION
                                         CLAIM (.2); TELECONFERENCE WITH  W.
                                         BOYER RE: SUPERMARKET EQPMNT RESALE
                                         (.3); TELECONFERENCE WITH L. BERKOFF RE
                                         GECC (.2); REVISE 20TH ORDER (1.2);
                                         TELECONFERENCE WITH  A. LIU RE: AM
                                         ITALIAN PASTA CLAIM (.1);
                                         TELECONFERENCE WITH  E. POLLACK RE:
                                         19TH, 20TH REVISED EXHIBITS (.3);
                                         TELECONFERENCE WITH V. KRISH RE: SCOTT
                                         GROSS CLAIM (.2); REVISE 20TH ORDER
                                         (1.0); REVISE 19TH ORDER (1.0); REVIEW
                                         AND ANALYSIS OF RESPONSES TO 22ND CLAIM
                                         OBJECTION (2.0).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

TURETSKY DM       10/03/06       0.50   TELECONFERENCE WITH B. KAY RE: CHART
                                        LISTING CLAIMS TO RELATED CONTRACTS
                                        (.1); FURTHER ANALYSIS RE: ISSUES
                                        CONCERNING CONTRACT RELATED CLAIMS
                                        (.3); E-MAIL TO B. KAY AND J. JAMES RE:
                                        CHART LISTING CLAIMS TO RELATED
                                        CONTRACTS (.1).

GRAY RW           10/04/06       0.10   EXCHANGE EMAILS WITH B. TURNER RE: FLOYD
                                        BAILEY (.1).

LEAMY JM          10/04/06       9.40   TELECONFERENCE WITH  J. DOWD RE: 20TH
                                        OBJECTION (.1); TELECONFERENCE WITH E.
                                        POLLACK RE: 20TH EXHIBITS (.5); EMAIL B.
                                        KICHLER RE: DEL MONTE (.1); EMAILS A.
                                        BARRAGE RE: MERRILL LYNCH CLAIMS (.2);
                                        FURTHER REVISIONS TO 20TH OMNIBUS ORDER
                                        FOR HEARING (1.2); REVISE 19TH EXHIBITS
                                        AND EMAIL E. POLLACK RE: SAME (.5);
                                        EMAILS K. NEIL RE: WINDSOR STATION (.4);
                                        EMAIL S. MILLER RE: HP HOOD (.1); EMAIL
                                        D. MEEK RE: BUFFALO ROCK (.1); EMAIL A.
                                        LIU RE: MASTER FOODS (.1); EMAIL H.
                                        JONES RE: REXALL (.1); REVISE AND
                                        CIRCULATE 19TH ORDER AND EXHIBITS FOR
                                        HEARING FOR REVIEW (2.7); EMAILS M. DOWD
                                        RE: 20TH CLAIM OBJECTION (.2);
                                        ADDITIONAL REVISIONS TO 20TH OMNIBUS
                                        ORDER AND EXHIBITS PER M. DOWD AND OTHER
                                        COMMENTS (1.8); REVISIONS TO 21ST
                                        OMNIBUS ORDER AND CIRCULATE TO S. MILLER
                                        (.5); EMAIL A. LIU RE: DREYERS (.1);
                                        EMAILS E. KETCHUM RE: LIQUIDITY
                                        SOLUTIONS CLAIMS (.2); EMAIL D. FORSYTH
                                        RE: WESTLAND PLAZA (.2); REVIEW AM.
                                        ITALIAN PASTA CLAIM AND EMAILS T. WUERTZ
                                        AND A. LIU RE: SAME (.3).

RAVIN AS          10/04/06       0.10   REVIEW SEDGWICK (SK) LETTER PROOF OF
                                        CLAIM 7990 KIMBERLY STEVENS.

GRAY RW           10/05/06       1.20   DRAFT MEMORANDUM TO E. POLLACK RE:
                                        UPDATED LIST OF ADMIN, SECURED AND
                                        PRIORITY CLAIMS (.1); DRAFT FURTHER
                                        MEMORANDUM TO E. POLLACK RE: UPDATED
                                        LIST OF UNLIQUIDATED CLAIMS (.1);
                                        REVIEW AND RESPOND TO MEMORANDUM FROM J.
                                        LEAMY RE: OCEAN 505 LANGUAGE CHANGE
                                        (.1); REVIEW AND RESPOND TO MEMORANDUM
                                        FROM J. LEAMY RE: DEBTOR OBLIGAR ISSUE
                                        IN CCE STIPULATION (.1); DRAFT
                                        MEMORANDUM TO J. LEAMY RE: STAFFING ON
                                        CLAIMS OBJECTION WORK (.1); REVIEW AND
                                        REVISE MSP OBJECTION TEMPLATE (.3);
                                        REVIEW CLAIMS REPORT FOR 24TH OMNIBUS
                                        OBJECTION (.4).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

LEAMY JM        10/05/06        9.80   REVISIONS TO 20TH OMNIBUS ORDER (1.5);
                                       EMAILS J. DUBAN RE: NESTLE, MASTERFOODS
                                       (.2); FINALIZE DEL MONTE MOTION AND
                                       STIPULATION FOR FILING (.3); REVIEW CCE
                                       CLAIMS (.3); ANALYSIS RE: 13 RESPONSES
                                       TO 22ND CLAIM OBJECTION (1.7); EMAILS TO
                                       WINN-DIXIE AND XROADS TEAMS RE: SAME
                                       (.5); TELECONFERENCE WITH  H.
                                       THORNBERRY RE: WORKERS COMP CLAIM (.1);
                                       TELECONFERENCE WITH C. PIERCE RE: BANK
                                       OF AMERICA (.1); TELECONFERENCE WITH J.
                                       DUBAN RE: NESTLE (.2); TELECONFERENCE
                                       WITH  K. FAGERSTROM RE: XEROX (.1);
                                       TELECONFERENCE WITH E. MAY RE: HOMEWOOD
                                       PROPERTIES (.1); TELECONFERENCE WITH
                                       B. BOWDEN RE: DOMINO FOODS (.1);
                                       TELECONFERENCE WITH  B. FITZGERALD RE:
                                       HILLSBOROUGH COUNTY (.1);
                                       TELECONFERENCE WITH  J. FRANK RE: PEPSI
                                       (.2); TELECONFERENCE WITH  M. MIGLIORE
                                       RE: SOUTHERN PARTNERS (.2);
                                       TELECONFERENCE WITH E. POLLACK RE: OMNI
                                       24 (.3); CATAMOUNT CLAIM ANALYSIS
                                       (2.8); EMAIL T. WUERTZ RE: UNILEVER
                                       (.1); EMAIL C. JACKSON RE: ICOS (.1);
                                       EMAIL T. WUERTZ RE: MORNINGSTAR (.1);
                                       EMAIL D. POLLACK RE: NEW PLAN (.1);
                                       EMAIL A. LIU RE: DREYERS (.1); REVIEW
                                       PRINCIPAL AMENDED NOTICE OF TRANSFER
                                       AND EMAIL M. MARTINEZ RE: SAME (.3);
                                       EMAIL E. OCARROLL RE: SBZ MORTGAGE CLAIM
                                       (.2).

RAVIN AS        10/05/06        1.10   REVIEW MEMORANDUM FROM AND DRAFT
                                       MEMORANDUM TO J. LEAMY RE: LANGUAGE FOR
                                       PROPOSED ORDER RE: SETTLEMENT OF OCEAN
                                       505 / GRANDECKS CLAIM, REVIEW
                                       MEMORANDUM FROM J. LEAMY RE: CLAIM OF
                                       WORLD OF SLEEP # 6421 (.1); REVIEW ADMIN
                                       CLAIM CHARTS FURNISHED BY LOGAN, DRAFT
                                       CORRESPONDENCE TO E. POLLACK RE: SAME
                                       (.3); REVIEW MEMORANDUM FROM J. LEAMY
                                       RE: RESPONSES TO 22ND CLAIM OBJECTION,
                                       REVIEW CORRESPONDENCE FROM K. NEIL RE:
                                       SAME (.1); DRAFT CLAIM STATUS CHART FOR
                                       CATAMOUNT (.6).

TURETSKY DM     10/05/06        1.40   RESEARCH RE: SETOFF ISSUES IN
                                       CONNECTION WITH U.S. GOVERNMENT CLAIMS
                                       (1.2); E-MAILS TO J. EDMONSON RE:
                                       CONTRACT RELATED CLAIMS (.2).

22

GRAY RW          10/06/06      1.20   TELECONFERENCE WITH J. LEAMY RE: CLAIMS
                                      TO BE TARGETTED FOR NEXT ROUND OF
                                      OBJECTIONS (.3); REVIEW ASSIGNMENT
                                      EXHIBIT (.1); EXCHANGE EMAILS WITH J.
                                      LEAMY RE: GETTING OPEN CLAIM REPORTS FOR
                                      TEAMS (.1); REVIEW REVISED REPORTS OF
                                      UNLIQUIDATED CLAIMS AND
                                      ADMIN/SECURED/PRIORITY CLAIMS (.2);
                                      TELECONFERENCE WITH K. LOGAN RE: CLAIM
                                      OBJECTION/DISTRIBUTION ISSUES (.2);
                                      REVIEW INFORMATION BUILDERS
                                      APPLICATION AND DRAFT MEMORANDUM TO D.
                                      TURETSKY RE: HANDLING (.1); REVIEW AND
                                      RESPOND TO MEMORANDA FROM L.
                                      PRENDERGAST AND K. LOVERICH RE: CLAIM
                                      SETTLEMENT ISSUES POST-EFFECTIVE DATE
                                      (.2).

LEAMY JM         10/06/06      7.80   TELECONFERENCE WITH  R. GRAY RE: OPEN
                                      CLAIMS (.3); TELECONFERENCE WITH  E
                                      POLLACK RE: OPEN CLAIMS, NEXT OBJECTION
                                      (.7); TELECONFERENCE WITH E. POLLACK
                                      RE: SAME (.5); REVIEW AND ANALYSIS RE:
                                      OPEN CLAIMS REPORTS AND CLAIMS TO BE
                                      OBJECTED TO (1.5); ADDITIONAL ANALYSIS
                                      RE: ADMINISTRATIVE, SECURED AND
                                      PRIORITY CLAIMS (1.7); TELECONFERENCE
                                      WITH  A RAVIN RE: ASSUMED LEASE CLAIMS
                                      WITH ASSIGNMENT ISSUES (.5); REVIEW
                                      REPORT RE: SAME (1.0); TELECONFERENCE
                                      WITH  D. TURETSKY RE: INFORMATION
                                      BUILDERS (.2); TELECONFERENCE WITH  C
                                      HARRISON RE: CCE CLAIM (.1);
                                      TELECONFERENCE WITH L. PRENDERGAST RE:
                                      HHS CLAIM (.1); EMAIL S. BRYANT RE:
                                      RIVIANA FOODS (.1); EMAILS S. RUCKER RE:
                                      CCE STIPULATION (.2); REVIEW D. BITTER
                                      EMAIL RE: OHIO CLAIMS (.1); EMAILS M.
                                      MIGLIORE RE: SOUTHERN PARTNERS (.2);
                                      EMAILS D. YOUNG RE: DIAL CORP. (.1);
                                      EMAILS A. BRUMBY RE: INDIAN TRAIL SQUARE
                                      (.2); EMAIL S. SUTTON RE: DFA CLAIM
                                      (.1); EMAIL C. BELITZ RE: RAINBOW SIGN
                                      CLAIM (.2).

RAVIN AS         10/06/06      1.00   REVIEW AND REVISE MOTION APPROVING
                                      CLAIMS RESOLUTION WITH BASIN STREET
                                      (.1); CONFERENCE WITH J. LEAMY RE:
                                      CLAIMS ARISING UNDER LEASES THAT
                                      ALLEGEDLY HAVE HAD RENTS ASSIGNED TO
                                      LENDERS (.5); REVIEW LOGAN REPORTS RE:
                                      CLAIMS ARISING UNDER LEASES THAT
                                      ALLEGEDLY HAVE HAD RENTS ASSIGNED TO
                                      LENDERS (.4).

| | | | |
|---|---|---|---|
| TURETSKY DM | 10/06/06 | 1.10 | E-MAIL TO D. YOUNG RE: LOUISIANA TAX CLAIM (.2); REVIEW APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSE FILED BY INFORMATION BUILDERS (.2); E-MAIL TO J. JAMES, B. KICHLER, J. YOUNG, K. FAGERSTROM, J. EDMONSON RE: APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSE FILED BY INFORMATION BUILDERS (.1); TELECONFERENCE WITH J. LEAMY RE: APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSE FILED BY INFORMATION BUILDERS (.2); E-MAIL TO J. YOUNG AND E. POLLACK RE: GE LIGHTING CLAIM (.2); RESEARCH RE: DELL CLAIMS (.2). |
| GRAY RW | 10/07/06 | 0.60 | REVIEW AND RESPOND TO MEMORANDUM FROM J. LEAMY RE: 24TH OMNIBUS OBJECTION AND LEASE CURE CLAIMS (.1); DRAFT MEMORANDUM TO A. RAVIN RE: LEASE CURE CLAIM OBJECTION (.1); REVIEW AND COMMENT ON EXHIBITS FOR 24TH OMNIBUS OBJECTION (.4). |
| LEAMY JM | 10/07/06 | 3.30 | REVIEW AND ANALYSIS RE: RAINBOW SIGNS CLAIM (1.2); REVIEW AND ANALYSIS OF REAL ESTATE CLAIMS WITH ASSIGNMENT ISSUES (.8); REVIEW EXHIBITS AND PROPOSED CLAIMS FOR 24TH OMNI (1.3). |
| RAVIN AS | 10/07/06 | 6.30 | REVIEW CLAIMS ASSOCIATED WITH LEASE RIGHTS ALLEGEDLY ASSIGNED TO LENDERS (6.0); DRAFT MEMORANDUM TO J. LEAMY RE: SAME (.3). |
| GRAY RW | 10/08/06 | 0.10 | EXCHANGE EMAILS WITH A. RAVIN RE: ISSUES ON LEASE CURE CLAIM OBJECTION (.1). |
| RAVIN AS | 10/08/06 | 2.60 | REVIEW DUPLICATIVE CLAIMS ASSERTED BY LENDERS AND LANDLORDS (1.8); REVIEW MEMORANDA FROM R. GRAY AND B. GASTON RE: DUPLICATIVE CLAIMS ASSERTED BY LENDERS AND LANDLORDS (.1); REVIEW MEMORANDA FROM AND DRAFT MEMORANDA TO R. GRAY RE: OBJECTION TO CLAIMS THAT RELATE TO ASSUMED REAL PROPERTY LEASES (.1); DRAFT OBJECTION AND CORRESPONDING PLEADINGS RE: CLAIMS THAT RELATE TO ASSUMED REAL PROPERTY LEASES (.6). |

GRAY RW          10/09/06          1.80     REVISE MSP/SRP EXHIBIT FORMAT AND DRAFT
                                            MEMORANDUM TO K. LOGAN RE: SAME (.7);
                                            REVIEW MEMORANDUM FROM A. BARAGONA RE:
                                            LOUISIANA TAX CLAIM ISSUE AND
                                            CONFERENCE/TELECONFERENCE WITH D.
                                            TURETSKY RE: SAME (.1); CONFERENCE CALL
                                            WITH B. KICHLER AND P. TIBERIO RE: CF
                                            SAUER CLAIM ISSUES (.3); TELECONFERENCE
                                            WITH D. TURETSKY RE: DELL PREFERENCE
                                            WAIVER ISSUE (.1); TELECONFERENCE WITH
                                            D. YOUNG AND D. TURETSKY RE: DELL CLAIM
                                            OBJECTION RESOLUTION (.2); EXCHANGE
                                            EMAILS WITH J. LEAMY RE: ISSUES ON 24TH
                                            OMNI EXHIBITS (.1); REVIEW UPDATED LOG
                                            FROM J. EDMONSON RE: OUTSTANDING CLAIMS
                                            OBJECTIONS (.1); EXCHANGE EMAILS WITH
                                            J. LEAMY RE: PROGRESS ON SAME (.1);
                                            REVIEW MEMORANDUM FROM D. RICHARDS AND
                                            RELIANCE LANGUAGE AND EXCHANGE EMAILS
                                            WITH J. LEAMY RE: SAME (.1).

LEAMY JM         10/09/06          6.10     REVIEW AND COMMENT ON PROPOSED EXHIBITS
                                            FOR 24TH OMNI (2.5); REVIEW STATUS OF
                                            OPEN CLAIMS (.8); EMAIL J. POST RE: Y.
                                            DIAZ MOTION TO ALLOW LATE CLAIM (.1);
                                            EMAIL R. DEHNEY RE: PROJECT ASSISTANTS
                                            MOTION (.1); EMAIL K. WARD RE: PROJECT
                                            ASSTS WITHDRAWAL (.1); EMAIL H. JONES
                                            RE: REXALL (.1); EMAIL K. WARD RE: CLAIM
                                            10270 (.1); REVIEW INDIAN TRAIL CLAIM
                                            (.2); EMAIL A. LIU RE: DELL (.1); EMAIL
                                            E. OCAROLL RE: CLAIM 12073 (.1); EMAIL
                                            J. LANDON RE: XEROX (.3); TC E. POLLACK
                                            RE: 24TH OMNI (.1); TELECONFERENCE WITH
                                            C JACKSON RE: IRS CLAIM (.1);
                                            TELECONFERENCE WITH B. FITZGERALD RE:
                                            BREVARD CO. RESPONSE TO 22ND CLAIM
                                            OBJECTION (.1); TELECONFERENCE WITH D.
                                            TURETSKY RE: DELL MTKTING (.1);
                                            TELECONFERENCE WITH K. FAGERSTROM RE:
                                            XEROX (.1); TELECONFERENCE WITH  E.
                                            OCARROLL RE CLAIM 13291 (.2);
                                            TELECONFERENCE WITH  A RAVIN RE:
                                            ASSIGNMENT ISSUES (.6); TELECONFERENCE
                                            WITH W. SIMKULAK RE: CLAIM 13291 (.1);
                                            TELECONFERENCE WITH  D. RICHARDS RE:
                                            RELIANCE INS CO CLAIM (.2).

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| RAVIN AS | 10/09/06 | 4.20 | REVIEW AND REVISE OBJECTION AND CORRESPONDING PLEADINGS IN CONNECTION WITH CLAIMS FOR LEASES THAT HAVE BEEN ASSUMED (.5); TELECONFERENCE WITH J. COOPER RE: MARKETING INNOVATIONS (.1); TELECONFERENCE WITH C. JACKSON AND A. WULLBERN RE: DEUTSCHE BANK SETTLEMENT (.1); CONFERENCE WITH J. LEAMY RE: ASSIGNED LEASE CLAIMS (.6); REVIEW ASSIGNED LEASE CLAIMS AND RESEARCH CLAIMS ON DATABASE RE: SAME (2.9). |
|---|---|---|---|
| TURETSKY DM | 10/09/06 | 2.80 | RESEARCH RE: ISSUES RELATING TO SETTLEMENT OF CLAIM WITH DELL (.2); TELECONFERENCE WITH J. LEAMY RE: SETTLEMENT OF CLAIM WITH DELL (.1); TELECONFERENCE WITH J. JAMES RE: SETTLEMENT OF CLAIM WITH DELL (.1); TELEPHONE CALLS WITH S. STREUSAND RE: SETTLEMENT OF DELL CLAIM (.2); TELECONFERENCE WITH R. GRAY RE: SETTLEMENT OF DELL CLAIM (.1); TELECONFERENCE WITH D. YOUNG AND R. GRAY RE: SETTLEMENT OF DELL CLAIM (.2); FURTHER RESEARCH RE: LOUISIANA TAX CLAIM ISSUES (.4); TELECONFERENCE WITH J. POST RE: LOUISIANA TAX CLAIM ISSUES (.1); MEMORANDUM TO A. BARAGONA RE: LOUISIANA TAX CLAIM ISSUES (.9); E-MAIL TO J. EDMONSON AND J. YOUNG RE: WINN-DIXIE CONTRACT RELATED CLAIMS (.4); FURTHER RESEARCH RE: WINN-DIXIE CONTRACT-RELATED CLAIMS (.1). |
| GRAY RW | 10/10/06 | 0.80 | REVIEW VOICEMAIL FROM AND SEND EMAIL TO L. RODRIGUEZ RE: MSP CLAIM CORRECTIONS (.1); TELECONFERENCE WITH C. JACKSON RE: IRS 505 ISSUES (.1); TELECONFERENCE WITH K. LOGAN RE: MSP/SRP OBJECTION EXHIBITS (.1); REVIEW AND COMMENT ON MSP EXHIBIT SAMPLES (.3); REVIEW MEMORANDUM AND FILE FROM B. TURNER RE: FLOYD BAILEY (.2). |

| | | | |
|---|---|---|---|
| LEAMY JM | 10/10/06 | 10.50 | TELECONFERENCE WITH  T. NEUFELD RE: OCEAN DUKE CORP. (.1); TELECONFERENCE WITH  E. POLLACK RE: OMNI 24 (.5); CONFERENCE CALL WITH WINN-DIXIE AND XROADS RE: RECLAMATION PAYMENTS (.3); WORK ON RESOLUTIONS TO RESPONSES TO 22ND OMNIBUS (2.0); TC WITH WINN-DIXIE AND XROADS TEAMS ON REAL ESTATE LEASE CURE CLAIMS (.9); TC WITH WINN-DIXIE AND XROADS TEAMS RE: CONTRACT CURE PAYMENTS (.4); ANALYSIS RE: RELIANCE PROPOSED LANGUAGE CHANGES FOR 22ND OMNIBUS (.5); EMAIL C. MYATT RE: CLAIM 13331 (.1); EMAIL T. WUERTZ RE: QUAKER (.1); ANALYSIS RE: CLAIM 13291 AND EMAIL W. SIMKULAK RE: SAME (.5); EMAIL J. DUBAN RE: NESTLE (.2); EMAIL R. LEHAN RE: DDR CLAIMS (.1); EMAIL A. LIU RE: RECKITT CLAIM (.1); EMAIL B. GASTON RE: TAPPAN CLAIM (.1); EMAIL B. GASTON RE: WORLD OF SLEEP CLAIM (.1); EMAIL D. POLLACK RE: NEW PLAN CLAIMS (.1); EMAIL E. POLLACK RE: GOODINGS CLAIM (.1); EMAIL J. GUSO RE: BAY LANDING CLAIM (.2); ASCERTAIN STATUS OF HOBART CLAIM (.2); EMAIL M. MIGLIORE RE: SOUTHERN PARTNERS (.2); ANALYSIS RE; MERRILL LYNCH CLAIMS AND EMAIL A. BARRAGE RE: SAME (.6); EMAIL K. BARNHART RE: GEM NICKERSON (.2); REVISE 22ND ORDER AND EXHIBITS BASED ON RESPONSES AND RESOLUTIONS TO DATE (2.9). |
| RAVIN AS | 10/10/06 | 1.30 | REVIEW ADMIN CLAIM RE: INDIAN TRAIL SQUARE, DRAFT CORRESPONDENCE TO K. NEIL RE: SAME (.1); REVIEW CORRESPONDENCE FROM AND DRAFT T CORRESPONDENCE TO M. BEAL RE: GOODINGS PREPETITION CLAIM, DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM E. POLLACK RE: SAME (.2); DRAFT OBJECTION AND CORRESPONDING PLEADINGS TO CLAIMS RE: LEASES THAT WERE ASSUMED OR ARE BEING ASSUMED (.7); REVIEW CHART FROM E. POLLACK RE: SAME (.2); DRAFT MEMORANDUM TO R. GRAY RE: SAME (.1). |
| TURETSKY DM | 10/10/06 | 0.10 | TELECONFERENCE WITH J. YOUNG AND K. FAGERSTROM RE: CONTRACT-RELATED CLAIMS (.1). |
| GRAY RW | 10/11/06 | 0.50 | REVIEW AND COMMENT ON PASCO COUNTY STIPULATION (.2); REVIEW AND COMMENT ON NOTICE OF WITHDRAWAL OF CLAIM OBJECTION (.1); REVIEW MSP EXHIBIT FORM AND INDIVIDUAL ATTACHMENT (.2). |

| | | | |
|---|---|---|---|
| LEAMY JM | 10/11/06 | 10.60 | TELECONFERENCE WITH  A. RAVIN RE: ASSIGNMENT CLAIMS (.2); TELECONFERENCE WITH M. MIGLIORE RE: SOUTHERN PARTNERS (.4); TELECONFERENCE WITH  A. BARRAGE RE: MERRILL LYNCH (.2); TELECONFERENCE WITH  E. POLLACK RE: 22ND OMNI (.5); TELECONFERENCE WITH K. NEIL RE: GEM NICKERSON (.2); TELECONFERENCE WITH E. OCARROLL RE: CHESTER DIX CLAIMS (.5); TELECONFERENCE WITH  D. YOUNG RE: LIEN CLAIM (.2); TELECONFERENCE WITH K. BARNHART RE: GEM NICKERSON (.4); TELECONFERENCE WITH A. HATCH RE: TAPPAN (.2); TELECONFERENCE WITH  E. POLLACK RE: 24TH OMNI (.5); TELECONFERENCE WITH M AUDETTE RE: QUAKER (.1); TELECONFERENCE WITH C. HARRISON RE: CCE CLAIMS (.1); TELECONFERENCE WITH  W. SIMKULAK RE: SBZ CLAIM (.3); TELECONFERENCE WITH A. LIU RE: RIVIANA (.3); RESOLUTIONS OF CLAIMS ON 22ND OMNIBUS (TAPPAN, SBZ MORTGAGE, GEM NICKERSON, DOMINO) (5.5); ASSIGNMENT CLAIMS REVIEW (1.0). |
| RAVIN AS | 10/11/06 | 1.00 | REVIEW AND RESEARCH CLAIMS THAT ARE ALLEGEDLY THE SUBJECT OF ASSIGNED RENTS TO LENDERS (.8); CONFERENCE WITH J. LEAMY RE: CLAIMS THAT ARE ALLEGEDLY THE SUBJECT OF ASSIGNED RENTS TO LENDERS (.2). |
| GRAY RW | 10/12/06 | 1.60 | REVIEW AND REVISE MSP EXHIBIT PAGE (.3); TELECONFERENCE WITH B. CROCKER RE: CHANGES (.1); REVIEW REVISED MSP EXHIBIT PAGE AND PROVIDE MARKUP TO B. CROCKER (.2); TELECONFERENCE WITH B. CROCKER RE: SAME (.1); REVIEW FINAL MSP EXHIBIT SAMPLES (.2); DRAFT MEMORANDUM TO L. RODRIGUEZ RE: SAME (.1); TELECONFERENCE WITH L. RODRIGUEZ RE: OBJECTION ISSUES (.1); DRAFT MEMORANDUM TO S. REISNER RE: FAQ (.1); REVIEW AND REVISE SRP EXHIBIT PAGE (.2); TELECONFERENCE WITH A. HAYNES RE: CLAIM SETTLEMENT AND DRAFT MEMORANDUM TO L. PRENDERGAST RE: SAME (.1); EXCHANGE EMAILS AND VOICEMAILS WITH L. RODRIGUEZ RE: DEATH BENEFIT ISSUE (.1). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

LEAMY JM          10/12/06      3.90   TELECONFERENCE WITH  D. RICHARDS RE:
                                       RELIANCE INS CO. (.3); EMAIL A. KAUFMAN
                                       RE: OHIO BWC CLAIM (.1); EMAIL G. TARR
                                       RE: DOMINOS (.1); TELECONFERENCE WITH
                                       J. POST RE: 22ND ORDER (.1); EMAIL A.
                                       KAUFMANN RE: OHIO BWC (.1); EMAIL S.
                                       FELD RE: KEMPER EXTENSION (.2);
                                       TELECONFERENCE WITH W. SIMKULAK RE: ACE
                                       AMERICAN CLAIM OBJECTION (.2); EMAIL S.
                                       FELD RE: SAME (.1); REVISE RELIANCE
                                       PROPOSED LANGUAGE (.5); EMAIL J. DROUSE
                                       RE: CLARK DISTRIBUTING (.1); REVIEW
                                       REVISED EXHIBITS FOR OMNI 24 (.8); EMAIL
                                       TO WINN-DIXIE RE: SAME (.2); REVIEW OPEN
                                       CLAIMS REPORT (.5); EMAIL L. BERKOFF RE:
                                       GECC (.1); EMAIL H. JONES RE: REXALL
                                       (.1); EMAIL J. KELLEHER RE: SCUNCI (.1);
                                       EMAILS K. NEIL, A. HATCH AND M. HARPER
                                       RE: WINDSOR STATION (.3).

RAVIN AS          10/12/06      0.10   DRAFT CORRESPONDENCE TO AND REVIEW
                                       CORRESPONDENCE FROM A. WULLBERN AND K.
                                       WARD RE: STATUS OF DEUTSCHE BANK ORDER
                                       (.1).

GRAY RW           10/13/06      6.70   REVIEW MSP/SRP OBJECTION EXHIBITS FROM
                                       B. CROCKER (.2); DRAFT MEMORANDA TO L.
                                       RODRIGUEZ ET AL. RE: SAME (.2); REVIEW
                                       PROOFS OF CLAIM AND OBJECTION ENTRY RE:
                                       DIVORCE ISSUE AND DRAFT MEMORANDUM TO L.
                                       RODRIGUEZ AND K. MIDDLETON RE:
                                       SPLITTING CLAIM FOR DIVORCE SETTLEMENT
                                       (.3); ANALYSIS/DRAFTING RE: MSP/SRP
                                       OMNIBUS OBJECTION (6.0).

EICHEL S          10/13/06      0.10   COORDINATE SERVICE OF REXALL SUNDOWN
                                       ORDER (.1).

LEAMY JM       10/13/06       5.60   TELECONFERENCE WITH V. KRISH RE: SCOTT
                                     GROSS (.1); TELECONFERENCE WITH  S.
                                     SCHIRMANG RE: KRAFT (.1);
                                     TELECONFERENCE WITH  D. RICHARDS RE:
                                     RELIANCE (.1); DRAFT STIPULATION LIST
                                     (.5); EMAIL H. JONES RE: REXALL (.1);
                                     EMAIL K. NEIL RE: WINDSOR STATION (.2);
                                     REVIEW AND REVISE RELIANCE PROPOSED
                                     LANGUAGE RE: CLAIM OBJECTION (.4);
                                     DRAFT LANGUAGE AND EMAIL W. SIMKULAK RE:
                                     ACE AND ILLINOIS UNION LANGUAGE TO BE
                                     ADDED TO CLAIM OBJECTION (.4); ANALYIS
                                     RE: REAL ESTATE PROOFS OF CLAIM FILED BY
                                     LANDLORD AND LENDER AND APPROPRIATE
                                     TREATMENT (1.5); EMAIL B. GASTON RE:
                                     SAME (.2); DRAFT OCEAN 505 AGREED ORDER
                                     (.5); EMAIL B. MALDUCCI RE: SAME (.1);
                                     EMAIL A. LIU RE: RIVERDALE (.1); REVIEW
                                     WITHDRAWAL NOTICE FOR CLAIM 11856 AND
                                     EMAIL E. POLLACK RE: SAME (.1); EMAILS
                                     T. WUERTZ RE: PEPSI, MOTTS (.2); BEGIN
                                     REVIEW OF OMNI 24 DRAFT EXHIBITS AND
                                     CLAIMS (.8); REVIEW ORDERS ENTERED
                                     10/12 AFFECTING CLAIMS (.2).

GRAY RW        10/14/06       9.80   CONTINUE WORK ON OMNIBUS OBJECTION FOR
                                     MSP/SRP CLAIMS, INCLUDING DRAFTING AND
                                     REVIEW OF EXHIBITS (4.3);
                                     TELECONFERENCE WITH K. LOGAN RE:
                                     CONFIRMATION HEARING, CLAIMS, MSP/SRP
                                     OBJECTION (.2); TELECONFERENCE WITH L.
                                     RODRIGUEZ RE: ISSUES RE: MSP/SRP
                                     OBJECTION (.2); EXCHANGE EMAILS WITH L.
                                     RODRIGUEZ RE: SAME (.1); DRAFT
                                     MEMORANDA TO B. CROCKER RE: ISSUES ON
                                     EXHIBITS (.3); PREPARE TEMPLATE FOR
                                     CHANGE TO EXHIBITS TO REFLECT SMALL
                                     CLAIMS (.3); DRAFT MEMORANDUM TO MERCER
                                     RE: CHANGE TO STATEMENTS FOR SMALL
                                     CLAIMS (.2); DRAFT MEMORANDUM TO M. BARR
                                     RE: CORRECTION TO PRESENT VALUE
                                     CALCULATION (.1); DRAFT MEMORANDUM TO
                                     CLIENT RE: MSP/SRP OBJECTION (.2);
                                     DRAFT FOLLOW UP MEMORANDUM TO L. APPEL
                                     ET AL. RE: REVIEW OF SAME BY COMMITTEES
                                     AND REVIEW REPLIES (.1); DRAFT
                                     MEMORANDUM TO M. BARR AND J. MCCONNELL
                                     RE: MSP/SRP OBJECTION (.2); PREPARE
                                     FOUR NOTICES TO PARTICIPANTS FOR
                                     CATEGORIES OF MSP/SRO CLAIMS AND
                                     EXPLANATION OF OBJECTION AND ATTACHMENT
                                     (3.4); DRAFT MEMORANDUM TO CLIENT RE:
                                     SAME (.1); DRAFT MEMORANDUM TO M. BARR
                                     AND J. MCCONNELL RE: SAME (.1).

LEAMY JM          10/15/06        5.00    REVIEW AND COMMENT ON OMNI 24 EXHIBITS
                                          (2.0); REVIEW AND ANALYSIS OF ALLOWED
                                          CLASS 12 CLAIMS TO DETERMINE IF RECLASS
                                          NEEDED (.5); REVIEW AND COMMENT ON DRAFT
                                          MSP/SRP OBJECTION (1.0); DRAFT OMNI 24
                                          OBJECTION (1.5).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GRAY RW          10/16/06          6.70   TELECONFERENCE WITH B. CROCKER RE:
                                          CHANGES TO MSP/SRP EXHIBITS AND
                                          ATTACHMENTS (.2); TELECONFERENCE WITH
                                          L. RODRIGUEZ RE: MSP PRESENT VALUE OF
                                          PAYMENTS (.1); TELECONFERENCE WITH L.
                                          RODRIGUEZ RE: MILLS CLAIM (.1);
                                          TELECONFERENCE WITH B. CROCKER RE:
                                          HANDLING OF SMALL CLAIMS (.1);
                                          TELECONFERENCE WITH K. MIDDLETON RE:
                                          REVISED MERCER STATEMENTS (.1); REVIEW
                                          MSP CLAIM RESORT (.2); TELECONFERENCE
                                          WITH AND EMAIL TO B. CROCKER RE: SORT OF
                                          OTHER FIELD (.1); TELECONFERENCE WITH
                                          L. RODRIGUEZ RE: DIVORCE ISSUES ON
                                          CLAIMS (.1); TELECONFERENCE WITH S.
                                          REISNER RE: COMMENTS ON MSP/SRP
                                          OBJECTION (.1); REVIEW MEMORANDUM FROM
                                          B. CROCKER RE: ADDITIONAL DIVORCE
                                          CLAIMS AND DRAFT MEMORANDUM TO L.
                                          RODRIGUEZ RE: SAME (.1); FOLLOW UP EMAIL
                                          EXCHANGE WITH L. RODRIGUEZ AND K.
                                          MIDDLETON RE: SAME (.1); REVIEW PROOFS
                                          OF CLAIM RELATING TO DIVORCE CLAIMS AND
                                          DRAFT FURTHER MEMORANDUM TO L.
                                          RODRIGUEZ ET AL. (.1); REVIEW AND
                                          RESPOND TO MEMORANDUM FROM K. MIDDLETON
                                          RE: OVERPAYMENT ISSUES (.1); REVIEW
                                          MEMORANDA FROM J. MCCONNELL RE: OK ON
                                          OBJECTION AND NOTICES AND DRAFT
                                          MEMORANDUM TO L. APPEL ET AL. RE: SAME
                                          (.1); REVIEW SRP EXHIBITS AND
                                          ATTACHMENTS AND PROVIDE COMMENTS TO B.
                                          CROCKER (.2); REVIEW FURTHER REVISED
                                          SRP EXHIBITS AND ATTACHMENTS AND
                                          PROVIDE ADDITIONAL COMMENTS (.2);
                                          REVIEW AND COMMENT ON MSP EXHIBITS AND
                                          ATTACHMENTS (.3); TELECONFERENCE WITH
                                          K. LOGAN AND B. CROCKER RE: MSP/SRP
                                          TIMING (.2); TELECONFERENCE WITH L.
                                          RODRIGUEZ RE: ADDITIONAL
                                          COMMUNICATIONS TO ACCOMPANY NOTICE
                                          (.1); REVISE MERCER STATEMENT TEMPLATE
                                          TO REFLECT SMALL CLAIM ISSUE (.2); DRAFT
                                          MEMORANDUM TO K. MIDDLETON RE: SAME
                                          (.1); FURTHER EMAIL EXCHANGE WITH K.
                                          MIDDLETON RE: SCOPE OF CHANGES (.1);
                                          REVIEW MERCER STATEMENT CHANGES AND
                                          PROVIDE COMMENTS TO K. MIDDLETON (.2);
                                          FOLLOW UP EMAIL EXCHANGE WITH K.
                                          MIDDLETON RE: SAME (.1); REVIEW FINAL
                                          MERCER STATEMENT AND APPROVE (.1);
                                          REVIEW MILBANK COMMENTS TO MSP
                                          OBJECTION AND NOTICES AND INCORPORATE
                                          SAME (.6); TELECONFERENCE WITH L.
                                          RODRIGUEZ ET AL. RE: COMMENTS ON
                                          OBJECTION AND NOTICES (.2); REVIEW
                                          MEMORANDA FROM S. KRAUSKA RE:
                                          DISCREPANCIES (.1); REVISE OBJECTIONS
                                          AND NOTICES TO INCORPORATE L. RODRIGUEZ
                                   32     COMMENTS (.3);

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

DRAFT EXHIBIT EXPLANATIONS FOR NOTICES (.6); REVIEW AND RESPOND TO MEMORANDUM FROM J. POST RE: MSP/SRP OBJECTION TIMING ISSUES (.1); TELECONFERENCE WITH S. REISNER RE: COMMENTS ON MSP/SRP OBJECTION AND NOTICES (.2); INCORPORATE S. REISNER COMMENTS (.3); REVIEW AND RESPOND TO MEMORANDUM FROM J. LEAMY RE: CONTINGENT CASH CLAIMS (.1); TELECONFERENCE WITH J. CASTLE RE: SAME AND DRAFT FOLLOW UP MEMORANDUM TO J. LEAMY (.1); REVIEW AND PROVIDE COMMENTS ON 24TH OMNIBUS OBJECTION, NOTICES AND EXHIBITS (.6);; PREPARE NOTICE OF HEARING FOR MSP/SRP OBJECTION (.1).

| | | | |
|---|---|---|---|
| LEAMY JM | 10/16/06 | 6.80 | EMAIL D. RICHARDS RE: RELIANCE CLAIM (.1); TELECONFERENCE WITH J. ROGERSON RE: F. LAZARAN CLAIM (.1); EMAIL J. ROGERSON RE: SAME (.2); TELECONFERENCE WITH A. FRISCH RE: OCEAN 505 (.1); TELECONFERENCE WITH E. POLLACK RE: 24TH OMNI (.2); REVIEW A. KAUFMANN EMAIL RE: OHIO BWC CLAIM (.1); REVIEW C. MYATT EMAIL RE: THC CLAIM (.1); REVIEW J. DEJONKER EMAIL RE: GORTONS CLAIM (.1); REVIEW J. SCHLOSBERG EMAIL RE: BENDERSONS (.1); REVIEW OHIO BWC AND F. ARNONE RESPONSES TO 23RD CLAIM OBJECTION (.4); EMAIL J. DUBAN RE: KRAFT (.1); EMAIL G. TARR RE: DOMINOS (.1); TELECONFERENCE WITH D. BASS RE: UNILEVER (.2); TELECONFERENCE WITH E. POLLACK RE: AMERICAN ITALIAN PASTA (.1); TELECONFERENCE WITH E. POLLACK RE: REXALL ORDER (.2); TELECONFERENCE WITH P. HUFSTICKLER RE: SIRIUS CLAIM (.2); TELECONFERENCE WITH J. CRAWFORD RE: PLUNKETT CLAIM (.1); TELECONFERENCE WITH E. POLLACK RE: 24TH OMNI (.2); CONTINUE TO DRAFT 24TH OMNI AND REVISE EXHIBITS THERETO (3.5); REVIEW AND ANALYSIS OF 23RD RESPONSES (.6). |
| RAVIN AS | 10/16/06 | 0.80 | DRAFT MEMORANDUM TO R. GRAY RE: OMNIBUS OBJECTION RE: REAL ESTATE CLAIMS TO BE SATISFIED BY CURE PAYMENTS (.1); REVIEW AND REVISE PLEADINGS AND NOTICES RE: OMNIBUS OBJECTION TO MSP AND SRP CLAIMS (.4); REVIEW CONTRACT CURE DETAIL CHART FROM JOHN YOUNG (.2); REVIEW EXHIBITS/NOTICES ASSOCIATED WITH MSP/SRP OBJECTION (.1). |
| HENRY S | 10/17/06 | 0.60 | PARTICIPATE IN CONFERENCE CALL WITH J. CASTLE, C. JACKSON, J. POST ET AL. RE: KONICA CLAIMS THAT HAVE BEEN TRANSFERRED (.6). |

GRAY RW          10/17/06          5.20   REVIEW COMMENTS FROM E. POLLACK IN
                                          MSP/SRP NOTICES AND INCORPORATE SAME IN
                                          DOCUMENTS (.1); REVIEW AND RESPOND TO
                                          MEMORANDUM FROM E. POLLACK RE: NEW IRS
                                          PROOFS OF CLAIM (.1); REVIEW AND RESPOND
                                          TO MEMORANDUM FROM K. MIDDLETON RE:
                                          RESOLUTION OF OPEN ISSUES ON MSP (.1);
                                          TELECONFERENCE WITH L. RODRIGUEZ RE:
                                          SAME AND DRAFT FOLLOW UP MEMORANDUM TO
                                          K. MIDDLETON (.1); REVIEW FROM B.
                                          CROCKER RE: H. RYAN SRP CLAIM, REVIEW
                                          SAME AND DRAFT REPLY RE: HANDLING ON
                                          OBJECTION (.2); FINALIZE MSP/SRP
                                          OBJECTION PLEADING (.3); DRAFT
                                          MEMORANDUM TO L. RODRIGUEZ AND FOLLOW UP
                                          RE: SIGNATURE ON DECLARATION (.1);
                                          REVIEW SRP EXHIBITS AND ATTACHMENTS AND
                                          PROVIDE COMMENTS TO B. CROCKER (.3);
                                          REVIEW MSP EXHIBITS AND ATTACHMENTS AND
                                          PROVIDE COMMENTS TO B. CROCKER (.4);
                                          TELECONFERENCES WITH B. CROCKER RE:
                                          EXHIBIT ISSUES (.2); TELECONFERENCES
                                          WITH K. LOGAN RE: NOTICE MAILINGS AND
                                          RELATED ISSUES (.2); REVIEW AND RESPOND
                                          TO MEMORANDUM FROM P. BAIN RE: PROOF OF
                                          CLAIM FOR REJECTION (.1); DRAFT ORDER ON
                                          MSP/SRP OBJECTION (.6); REVISE AND
                                          FINALIZE ORDER (.2); REVISE AND
                                          FINALIZE FOUR FORMS OF NOTICES FOR
                                          MSP/SRP OBJECTION (.6); DRAFT
                                          MEMORANDUM TO K. LOGAN RE: PROCESSING OF
                                          SAME AND REVIEW REPLY (.1); EXCHANGE
                                          EMAILS WITH J. POST RE: HEARING ON
                                          MSP/SRP OBJECTION AND HANDLING OF ANY
                                          DISPUTES (.2); REVIEW AND COMMENT ON
                                          SUMMARY PAGES FOR MSP/SRP EXHIBITS
                                          (.2); DRAFT MEMORANDUM TO J. WOODFIELD
                                          RE: INSTRUCTIONS FOR MSP/SRP OBJECTION
                                          AND ATTACHMENTS (.1); DRAFT MEMORANDUM
                                          TO D. HENRY AND M. FREITAG RE: MSP/SRP
                                          OBJECTION COMMUNICATIONS (.2); REVIEW
                                          FINAL EXHIBITS (.2); COORDINATE WITH J.
                                          WOODFIELD RE: ATTACHMENT TO OBJECTION
                                          (.1); EMAIL EXCHANGE WITH K. WARD RE:
                                          FILING AND SERVICE OF OBJECTION (.1);
                                          TELECONFERENCES WITH K. WARD AND J.
                                          WOODFIELD RE: PROBLEMS WITH MEGABITES
                                          ON OBJECTION EXHIBITS (.2); RESEND
                                          EXHIBITS IN ONE PAGE FORMAT (.1); REVIEW
                                          FINAL OBJECTION AND EXHIBITS FOR FILING
                                          (.1).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

LEAMY JM          10/17/06      5.30   CHESTER DIX CLAIM REVIEW (.5);
                                       TELECONFERENCE WITH  K. FAGERSTROM RE:
                                       XEROX CLAIM (.2); EMAIL E. POLLACK RE:
                                       CHESTER WOODLAND CLAIM (.1);
                                       TELECONFERENCE WITH  D. RICHARDS RE:
                                       RELIANCE (.1); REVIEW E. POLLACK EMAILS
                                       RE: IRS CLAIMS (.1); TELECONFERENCE
                                       WITH  M. LEHMAN RE: CATAMOUNT (.2);
                                       TELECONFERENCE WITH E. POLLACK RE: 24TH
                                       OMNI (.2); TELECONFERENCE WITH  D.
                                       TURETSKY RE: INFORMATION BUILDERS
                                       MOTION FOR ADMINISTRATIVE EXPENSE (.2);
                                       DRAFT AND FINALIZE 24TH OMNIBUS FOR
                                       FILING (3.0); REVIEW PROPOSED ORDER FOR
                                       MSP/SRP CLAIMS (.3); FINALIZE OCEAN 505
                                       ORDER AND EMAIL TO K. WARD RE: FILING
                                       (.4).

RAVIN AS          10/17/06      0.90   REVIEW DRAFT OF DEBTORS' 24TH OMNIBUS
                                       OBJECTION TO CLAIMS AND CORRESPONDING
                                       EXHIBITS (.3); DRAFT CORRESPONDENCE TO
                                       K. NEIL RE: CATAMOUNT ADMIN CLAIM (.1);
                                       REVIEW CORRESPONDENCE FROM E. POLLACK
                                       RE: GOODINGS ADMIN CLAIM, REVIEW PROOF
                                       OF CLAIM RE: SAME, DRAFT CORRESPONDENCE
                                       TO M. BEAL RE: SAME (.3); TELECONFERENCE
                                       WITH K. WARD RE: STATUS OF DEUTSCHE BANK
                                       ORDER, REVIEW CORRESPONDENCE FROM SAME
                                       RE: SAME, REVIEW ORDER, DRAFT
                                       CORRESPONDENCE TO AND REVIEW
                                       CORRESPONDENCE FROM D. DREBSKY RE: SAME
                                       (.2).

SCHWARZMAN T*     10/17/06      3.80   RESEARCH CASE LAW AND EXAMINE FEE
                                       STATEMENTS RE: CATAMOUNT LEASE CLAIMS.

TURETSKY DM       10/17/06      3.30   REVIEW SECOND REQUEST FOR PAYMENT OF
                                       ADMINISTRATIVE EXPENSE FILED BY
                                       INFORMATION BUILDERS (.4); RESEARCH RE:
                                       INFORMATION BUILDERS' REQUESTS FOR
                                       ADMINISTRATIVE EXPENSE (2.6);
                                       TELECONFERENCE WITH J. LEAMY RE:
                                       INFORMATION BULDERS' REQUESTS FOR
                                       ADMINISTRATIVE EXPENSES (.2);
                                       TELECONFERENCE WITH S. GRIMM RE:
                                       INFORMATION BUILDERS' REQUESTS FOR
                                       ADMINISTRATIVE CLAIM (.1).

GRAY RW           10/18/06       1.90   EXCHANGE EMAILS WITH L. RODRIGUEZ RE:
                                        MSP/SRP FILING AND FORWARD COPIES (.1);
                                        TELECONFERENCE WITH L. RODRIGUEZ RE:
                                        FOLLOW UP COMMUNICATION ISSUES ON
                                        OBJECTION (.2); TELECONFERENCE WITH J.
                                        LEAMY RE: CLAIMS OBJECTION STATUS (.1);
                                        RESPOND TO REQUEST FROM M. COMERFORD RE:
                                        MSP/SRP OBJECTION (.1); DRAFT
                                        MEMORANDUM TO B. CROCKER RE: MSP/SRP
                                        NOTICE SAMPLES, REVIEW SAME UPON
                                        RECEIPT AND DRAFT MEMORANDUM TO D. HENRY
                                        AND M. FREITAG RE: SAME (.2); EXCHANGE
                                        EMAILS WITH B. CROCKER RE: POSTING OF
                                        MSP/SRP OBJECTION ON WEBSITE (.1);
                                        REVIEW MEMORANDUM FROM B. RIVERA RE: D.
                                        MEDINA CLAIM, REVIEW PROOF OF CLAIM AND
                                        CLAIM REDUCTION ELECTION, AND DRAFT
                                        MEMORANDUM TO J. POST ET AL. RE: SAME
                                        (.3); REVIEW NEW REPORTS FROM E. POLLACK
                                        RE: CLAIMS (.2); DRAFT MEMORANDUM TO E.
                                        POLLACK AND J. LEAMY RE: LATE CLAIMS
                                        (.1); FURTHER REVIEW/REVISE OF OMNIBUS
                                        OBJECTION TO ASSUMED LEASE CLAIMS (.3);
                                        DRAFT MEMORANDUM TO A. RAVIN RE:
                                        SPECIFYING CURE AMOUNTS (.1); FOLLOW UP
                                        EMAIL EXCHANGE WITH E. POLLACK AND A.
                                        RAVIN RE: SAME (.1).

LEAMY JM          10/18/06       8.10   TELECONFERENCE WITH  R. GRAY RE: OPEN
                                        CLAIMS (.1); EMAIL E. POLLACK RE: OPEN
                                        AND RECONCILED CLAIMS (.1); REVIEW OF
                                        OPEN CLAIMS (.6); EMAIL T. LUPINACCI RE:
                                        CLAIM (.1); EMAIL J. SCHLOSBERG RE:
                                        BENDERSON CLAIM (.1); EMAIL B. CROCKER
                                        RE: DIRECTOR SCHEDULED CLAIMS (.2);
                                        TELECONFERENCE WITH E. POLLACK RE: OPEN
                                        CLAIMS (.2); EMAIL B. GASTON RE: GECC
                                        CLAIM (.1); EMAIL E. POLLACK RE:
                                        ASSIGNMENT ISSUES CLAIMS (.2);
                                        TELECONFERENCE WITH  W. SIMKULAK RE:
                                        ACE, ILLINOIS UNION CLAIMS (.1); REVIEW
                                        AND ANALSYSIS OF SEVERAL RESPONSES TO
                                        23RD OMNIBUS AND EMAILS TO COMPANY AND
                                        XROADS RE: SAME (2.5); TELECONFERENCE
                                        WITH E. POLLACK RE: ADMIN CLAIMS (.2);
                                        TELECONFERENCE WITH  D. TURETSKY RE:
                                        DELL MARKETING (.3); TELECONFERENCE
                                        WITH  D. RICHARDS RE: RELIANCE CLAIM
                                        (.2); REVIEW WEEKLY CLAIM REPORTS (.2);
                                        EMAIL W SIMKULAK RE: ACE CLAIM (.1);
                                        EMAIL D. RICHARDS RE: RELIANCE CLAIM
                                        (.1); EMAIL P. LENNON RE: WH REYNOLDS
                                        CLAIM (.2); RESEARCH RE: CHESTER DIX
                                        DAMAGE CLAIMS (1.3) RAINBOW SIGNS
                                        (1.0); EMAIL C. HARRISON RE: CCE
                                        STIPULATION (.1); EMAIL S. BIERNACKI
                                        RE: SCHEIDER CLAIM (.1).

RAVIN AS        10/18/06      0.70   REVIEW CORRESPONDENCE FROM M. BEAL RE:
                                     REQUEST FOR STIPULATION RE: GOODINGS
                                     CLAIM, DRAFT MEMORANDUM TO AND REVIEW
                                     MEMORANDUM FROM R. GRAY RE: SAME, DRAFT
                                     RESPONSE TO M. BEAL RE: SAME (.2);
                                     REVIEW SUPPLEMENTAL MEMORANDUM OF LAW
                                     RE: OUTSTANDING ISSUES TAKEN UNDER
                                     ADVISEMENT BY THIS COURT FILED BY
                                     FLORIDA TAX COLLECTORS (.2); REVIEW
                                     CORRESPONDENCE FROM AND DRAFT
                                     CORRESPONDENCE TO E. POLLACK RE: CURE
                                     AMOUNTS FOR ASSUMED LEASES, DRAFT
                                     MEMORANDA TO AND REVIEW MEMORANDA FROM
                                     R. GRAY RE: SAME (.1); REVIEW CHART FROM
                                     B. GASTON RE: STORES THAT ARE SUBJECT OF
                                     LANDLORD AND LENDER CLAIMS, REVIEW
                                     CORRESPONDENCE FROM B. GASTON RE: SAME,
                                     REVIEW CORRESPONDENCE FROM K. NEIL RE:
                                     SAME (.2).

TURETSKY DM     10/18/06      6.70   FURTHER RESEARCH IN CONNECTION WITH
                                     INFORMATION BUILDERS REQUEST FOR
                                     ADMINISTRATIVE CLAIM (1.3);
                                     TELECONFERENCE WITH S. GRIMM RE:
                                     INFORMATION BUILDERS REQUEST FOR
                                     ADMINISTRATIVE CLAIM (.4); E-MAIL TO S.
                                     GRIMM AND J. CASTLE RE: INFORMATION
                                     BUILDERS REQUEST FOR ADMINISTRATIVE
                                     CLAIM (.2); TELECONFERENCE WITH S.
                                     GRIMM AND K. FAGERSTROM RE: INFORMATION
                                     BUILDERS REQUEST FOR PAYMENT OF
                                     ADMINISTRATIVE EXPENSE (.3); FURTHER
                                     RESEARCH IN CONNECTION WITH SETTLEMENT
                                     OF DELL CLAIM (.8); TELECONFERENCE WITH
                                     J. LEAMY RE: SETTLEMENT WITH DELL (.3);
                                     DRAFT DELL/WINN-DIXIE STIPULATION
                                     (2.8); DRAFT MOTION TO APPROVE
                                     WINN-DIXIE/DELL STIPULATION (.6).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| GRAY RW | 10/19/06 | 1.20 | REVIEW AND RESPOND TO MEMORANDUM FROM S. KRAUSKA RE: MSP CLAIM INFORMATION (.1); REVIEW AND RESPOND TO MEMORANDA FROM E. POLLACK AND J. LEAMY RE: LATE CLAIMS (.1); TELECONFERENCE WITH J. LEAMY RE: KONICA CLAIM ISSUES AND REVIEW MEMORANDA RE: SAME (.1); EXCHANGE EMAILS WITH J. YOUNG RE: KONICA REJECTION CLAIM (.1); REVIEW PROPOSED STIPULATION ON LOUISIANA CLAIMS (.1); TELECONFERENCE WITH J. POST RE: COMMENTS ON SAME AND RE: PERSONAL INJURY CLAIM RESERVE ISSUES (.2); REVIEW LOGAN REPORTS RE: ADDITIONAL LOUISIANA CLAIMS AND DRAFT MEMORANDUM TO J. POST RE: SAME (.1); REVIEW MEMORANDUM FROM A. RAVIN RE: CURE AMOUNT ISSUE FOR OBJECTION TO ASSUMED LEASE CLAIMS (.1); REVIEW AND COMMENT ON DELL STIPULATION, MOTION AND ORDER (.3). |
| EICHEL S | 10/19/06 | 0.20 | REVIEW EMAIL FROM J. LEAMY RE: OBJECTION TO CLAIM OF METTLER TOLEDO (.1); REVIEW EMAIL FROM B. ROBISON RE: REVISED EXHIBIT A TO FIRST OMNIBUS OBJECTION TO CLAIMS (.1). |
| LEAMY JM | 10/19/06 | 8.80 | REVIEW RESERVE REPORTS (1.5); TELECONFERENCE WITH WINN-DIXIE AND XROADS TEAMS RE: CLAIM RESERVES (1.0); TELECONFERENCE WITH E. POLLACK RE: OPEN CLAIMS AND OMNI 25 (1.3); EMAIL J. CASTLE RE: FOOD LION CLAIM (.2); TELECONFERENCE WITH A. LIU RE: GORTONS (.2); FINALIZE RIVERDALE FARMS ORDER AND EMAIL C. ELLER RE: SAME (.4); ANALYSIS RE: LATE FILED CLAIMS (1.6); ANALYSIS RE: KONICA CLAIMS (.3); EMAILS J. EDMONSON RE: SAME (.2); TELECONFERENCE WITH R. GRAY RE: KONICA (.1); REVIEW AND REVISE CCE STIPULATION (2.0). |

RAVIN AS        10/19/06      3.80    REVIEW CORRESPONDENCE FROM M. BEAL RE:
                                      GOODINGS CLAIM, DRAFT MEMORANDA TO AND
                                      REVIEW MEMORANDA FROM R. GRAY RE: SAME,
                                      DRAFT CORRESPONDENCE TO AND REVIEW
                                      CORRESPONDENCE FROM J. CASTLE RE: SAME
                                      (.5); REVIEW MEMORANDUM FROM AND DRAFT
                                      MEMORANDA TO R. GRAY RE: CLAIMS RESERVE
                                      PROCESS, INCLUDING RESERVING FOR LEASE
                                      REJECTION DAMAGE CLAIMS (.4); REVIEW
                                      CORRESPONDENCE FROM AND DRAFT
                                      CORRESPONDENCE TO E. POLLACK RE: CURE
                                      AMOUNTS FOR ASSUMED LEASES, DRAFT
                                      MEMORANDA TO AND REVIEW MEMORANDA FROM
                                      R. GRAY RE: SAME, REVIEW UNDERLYING
                                      ASSUMPTION ORDERS RE: SAME (.2); REVIEW
                                      CLAIM RESERVE REPORTS FURNISHED BY K.
                                      LOGAN (.6); DRAFT MULTIPLE
                                      CORRESPONDENCE TO B. GASTON, C. JACKSON
                                      AND A. WULLBERN RE: OBJECTIONS TO CLAIMS
                                      ASSOCIATED WITH ASSUMED LEASES (.1);
                                      REVIEW RECENT REJECTION MOTIONS AND
                                      ORDERS RE: REJECTION DAMAGE CLAIM
                                      RESERVE, DRAFT MEMORANDUM TO D.
                                      TURETSKY AND R. GRAY RE: SAME (.4);
                                      DRAFT CORRESPONDENCE TO AND REVIEW
                                      CORRESPONDENCE FROM B. GASTON RE:
                                      REJECTION DAMAGE CLAIM RESERVE (.1);
                                      REVIEW MEMORANDUM FROM D. TURETSKY RE:
                                      EXECUTORY CONTRACT CLAIMS, REVIEW
                                      CORRESPONDENCE FROM J. EDMONSON RE:
                                      SAME (.1); REVIEW CLAIMS RE: LEASE
                                      GUARANTY ORDERS (1.2); REVIEW
                                      CORRESPONDENCE FROM K. NEIL RE: RANDY
                                      ROURKE (529) AND JEFFERSON -PILOT JUNE
                                      1, 2006 FORECLOSURE SALE, DRAFT
                                      MEMORANDUM TO J. LEAMY RE: SAME (.1);
                                      REVIEW MOTION TO CONSOLIDATE HEARINGS
                                      ON DEBTORS' OBJECTIONS TO TAX CLAIMS AND
                                      MOTIONS TO DETERMINE TAX LIABILITIES
                                      FILED BY TAXING AUTHORITEIS (.1).

TURETSKY DM     10/19/06      1.30    TELECONFERENCE WITH S. GRIMM RE:
                                      REQUEST FOR ADMINISTRATIVE CLAIM BY IBI
                                      (.2); E-MAIL TO S. GRIMM RE: MOTION IN
                                      WHICH IBI CONTRACTS WERE REJECTED (.1);
                                      CONTINUE DRAFTING MOTION TO APPROVE
                                      WINN-DIXIE/DELL STIPULATION (.8);
                                      E-MAIL TO R. GRAY RE: WINN-DIXIE/DELL
                                      STIPULATION (.1); E-MAIL TO S. GRIMM RE:
                                      WINN-DIXIE/DELL STIPULATION (.1).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| GRAY RW | 10/20/06 | 1.30 | REVIEW CLAIMS REPORTS (.4); TELECONFERENCE WITH J. LEAMY RE: ISSUES FOR NEXT ROUND OF OBJECTIONS (.2); REVIEW AND RESPOND TO MEMORANDUM FROM S. KRAUSKA RE: MSP PARTICIPANT ADDRESS AND ARRANGE FOR RENOTICING (.1); REVIEW AND RESPOND TO MEMORANDUM FROM J. LEAMY RE: KONICA CLAIM AMENDMENT PROCEDURE (.1); REVIEW NEW REPORT OF OPEN CLAIMS (.1); DRAFT MEMORANDUM TO COMPANY AND ADVISORS RE: FINAL WORK ON SAME BY WEDNESDAY (.2); REVIEW NEW REPORT OF LATE CLAIMS (.1); REVIEW MEMORANDUM FROM J. YOUNG RE: HEALTH TRANS CLAIM TRANSFER (.1). |
| EICHEL S | 10/20/06 | 0.20 | REVIEW EMAIL FROM J. LEAMY RE: METTLER-TODEDO CLAIM (.1); DRAFT EMAIL TO J. LEAMY RE: METTER-TOLEDO CLAIMS OBJECTION (.1). |
| LEAMY JM | 10/20/06 | 7.70 | TELECONFERENCE WITH E. POLLACK RE: NEXT OMNI (.2); TELECONFERENCE WITH E. POLLACK RE: LATE CLAIMS AND OPEN CLAIMS (.5); TELECONFERENCE WITH P. LENNON RE: WH REYNOLDS CLAIM (.1); RESEARCH RE: CHESTER DIX CLAIMS (.5); TELECONFERENCE WITH E. OCARROLL RE: CHESTER DIX (.4); TELECONFERENCE WITH C. STELLY RE: F. ARNONE CLAIM (.2); EMAIL B. GASTON RE: CLAIM 13298 (.2); EMAIL E. POLLACK RE: METLER TOLEDO (.1); ANALYSIS RE: LATE SURVIVOR CLAIMS AND EMAIL D. YOUNG RE: SAME (.5); ANALYSIS RE: E. BARKER CLAIMS (.4); ANALYSIS RE: GE CLAIMS (.4); REVIEW LATE CLAIMS REPORT (.3); REVIEW OPEN CLAIMS REPORT (.2); EMAIL E. OCARROLL RE: OMNI 23 RESPONSES (.2); EMAIL D. FORSYTH RE: WESTLAND PLAZA CLAIM (.2); EMAIL L. RODRIGUEZ RE: F. ARNONE CLAIM (.2); EMAIL E. THOMPSON RE: INDIAN TRAIL (.1); DRAFT DIAL CORP STIPULATION (1.2); CONTINUE REVISIONS TO CCE STIPULATION (1.8). |

| | | | |
|---|---|---|---|
| RAVIN AS | 10/20/06 | 2.10 | REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO A. WULBERN RE: SCHEDULING CALL RE: CURE CLAIMS (.1); REVIEW CLAIMS REPORT GENERATED BY B. GASTON RE: LANDLORD CLAIMS (.7); DRAFT CORRESPONDENCE TO B. GASTON AND K. LOGAN RE: KIRKLAND REJECTION DAMAGE CLAIM, REVIEW UNDERLYING DOCUMENTS AND CLAIM REGISTER RE: SAME (.3); REVIEW CLAIMS RE: LEASES ASSIGNED PREPETITION (.8); REVIEW MEMORANDUM FROM J. LEAMY RE: SIDE STIPULATION WITH ATTORNEY EARL BARKER, REVIEW SIDE STIPULATION (.1); DRAFT MULTIPLE CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM J. CARIGNAN RE: WITHDRAWAL OF TOWER ADMIN CLAIM APPLICATION (.1). |
| TURETSKY DM | 10/20/06 | 0.60 | E-MAILS TO S. STREUSAND RE: WINN-DIXIE/DELL MARKETING STIPULATION (.4); E-MAIL TO M. BARR, J. MILTON, AND M. COMERFORD RE: WINN-DIXIE/DELL MARKETING STIPULATION (.2). |
| GRAY RW | 10/21/06 | 0.20 | DRAFT MEMORANDUM TO J. CASTLE ET AL. RE: PUSH TO RESOLVE DISPUTED CLAIMS (.2). |
| LEAMY JM | 10/22/06 | 2.50 | EMAIL A. LIEU RE: GORTONS (.1); EMAIL J. YOUNG RE: KONICA (.2); BEGIN REVISIONS TO 23RD ORDER FOR HEARING (.5); ANALYSIS RE: UNRESOLVED RESPONSES TO 23RD OMNI (1.7). |
| RAVIN AS | 10/22/06 | 0.10 | REVIEW CORRESPONDENCE FROM E. O'CARROLL RE: QUESTIONS ON RESPONSES TO 23RD CLAIM OBJECTION (.1). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GRAY RW          10/23/06          4.50     REVIEW AND COMMENT ON CCE STIPULATION
                                            (.2); TELECONFERENCE WITH C. JAMES, MSP
                                            PARTICIPANT, RE: OBJECTION (.1);
                                            TELECONFERENCE WITH B. BOYD OF BOYD'S
                                            PRODUCE RE: CLAIM AND PACA STATUS (.2);
                                            DRAFT MEMORANDUM TO D. YOUNG ET AL. RE:
                                            SAME, REVIEW REPLY FROM A. LIEU AND
                                            DRAFT RESPONSE (.2); REVIEW PACA ORDER
                                            AND ARRANGE FOR TRANSMISSION TO B. BOYD
                                            (.1); TELECONFERENCE WITH ERICA AT F.
                                            BALLARD'S OFFICE RE: LATE RESPONSE FOR
                                            CLARK COUNTY ON 23RD OMNI (.1); DRAFT
                                            MEMORANDUM TO J. LEAMY RE: SAME (.1);
                                            CONFERENCE CALL WITH B. GASTON, C.
                                            JACKSON, A. RAVIN AND E. POLLACK RE:
                                            DEALING WITH PROOFS OF CLAIM ASSOCIATED
                                            WITH ASSUMED LEASES (.4); PRELIMINARY
                                            REVIEW OF DRAFT OMNIBUS OBJECTION FOR
                                            LEASE CLAIMS (.1); TELECONFERENCE AND
                                            CONFERENCE WITH A. RAVIN RE: OMNIBUS
                                            OBJECTION FOR LEASE CLAIMS (.1); REVIEW
                                            AND COMMENT ON VOGEL AND VOGEL
                                            STIPULATION (.2); REVIEW MEMORANDUM
                                            FROM J. YOUNG AND CLAIM TRANSFER
                                            AGREEMENT RE: HEALTH TRANS (.1);
                                            TELECONFERENCE WITH MRS. NUNN, SRP
                                            CLAIMANT SPOUSE, RE: OBJECTION AND PLAN
                                            TREATMENT (.2); TELECONFERENCE WITH J.
                                            HEANEY RE: MSP CLAIM DISTRIBUTION
                                            ISSUES (.2); TELECONFERENCE WITH C.
                                            TAYLOR, ATTORNEY FOR S. COLE, MSP
                                            CLAIMANT, RE: DEATH BENEFIT ISSUE (.2);
                                            RESEARCH RE: S. COLE ISSUES (.3);
                                            TELECONFERENCE WITH J. CASTLE AND D.
                                            YOUNG RE: S. WADFORD ISSUES ON SRP (.2);
                                            TELECONFERENCE WITH B. CROCKER RE: S.
                                            WADFORD EXHIBIT/ATTACHMENT INFORMATION
                                            (.1); REVIEW ATTACHMENTS FROM B.
                                            CROCKER (.1); RESEARCH RE: S. WADFORD
                                            ISSUES (.2); DRAFT MEMORANDUM TO L.
                                            RODRIGUEZ RE: S. COLE AND S. WADFORD
                                            ISSUES (.2); TELECONFERENCE WITH S.
                                            WADFORD RE: SRP ISSUES (.2); DRAFT
                                            MEMORANDUM TO J. CASTLE ET AL. RE:
                                            WADFORD ISSUES (.1); FURTHER RESEARCH
                                            RE: S. WADFORTH ISSUES (.3);
                                            TELECONFERENCE WITH B. CROCKER RE:
                                            DISCREPANCY (.1); REVIEW MEMORANDUM AND
                                            ATTACHMENTS FROM B. CROCKER RE: SAME
                                            (.1); REVIEW AND RESPOND TO MEMORANDUM
                                            FROM D. TURETSKY RE: PROCEDURE FOR
                                            RESOLVING IBI CLAIM (.1).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

LEAMY JM        10/23/06        6.90    EMAIL E. POLLACK RE: OCEAN 505 ORDER
                                        (.1); EMAIL J. YOUNG RE: KONICA (.1);
                                        EMAIL D. YOUNG RE: CCE STIPULATION (.1);
                                        EMAILS C. HARRISON RE: CCE STIPULATION
                                        (.2); EMAIL C. STELLY RE: F. ARNONE
                                        CLAIM OBJECTION (.2); EMAIL J.
                                        RETHERFORD RE: THC CLAIM OBJECTION
                                        (.2); EMAIL B. GASTON RE: E. BARKER
                                        CLAIMS (.2); TELECONFERENCE E. POLLACK
                                        RE: MISCELLANEOUS CLAIM MATTERS (.5);
                                        TELECONFERENCE F. BALLARD RE: COUNTY OF
                                        CLARK CLAIM OBJECTION (.3); ANALYSIS
                                        RE: GOODINGS CLAIM (.2); EMAIL J.
                                        ROGERSON RE: 20TH CLAIM OBJECTION (.1);
                                        EMAIL TO LANDLORDS COUNSEL RE: FURTHER
                                        CONTINUANCE OF 20TH CLAIM OBJECTION
                                        (.2);TELECONFERENCE WITH  K. WARD RE:
                                        SAME (.2); EMAIL P. BLILEY RE: CF SAUER
                                        (.1); EMAIL J. FORSYTH RE: WESTLAND
                                        PLAZA (.2); ANALYSIS OF REMAINING
                                        RESPONSES TO 23D CLAIM OBJECTION AND
                                        CONDUCT NEGOTIATED RESOLUTIONS OF SAME
                                        (2.5); DRAFT REVISIONS TO 23RD OMNIBUS
                                        EXHIBITS FOR HEARING (1.5).

RAVIN AS        10/23/06        3.60    REVIEW CORRESPONDENCE FROM AND DRAFT
                                        CORRESPONDENCE TO M. BEAL RE: GOODINGS
                                        PROOF OF CLAIM AND OBJECTION TO SAME,
                                        REVIEW UNDERLYING PROOF OF CLAIM, DRAFT
                                        CORRESPONDENCE TO SAME RE: SAME, DRAFT
                                        MEMORANDUM TO J. LEAMY RE: SAME, REVIEW
                                        MEMORANDUM FROM J. LEAMY RE: SAME (.1);
                                        REVIEW MULTIPLE CORRESPONDENCE FROM AND
                                        DRAFT CORRESPONDENCE TO B. GASTON RE:
                                        DEAN FOODS ZURICH CLAIM, REVIEW
                                        CORRESPONDENCE FROM E. POLLACK RE:
                                        SAME, REVIEW MEMORANDUM FROM S. HENRY
                                        RE: SAME (.2); TELECONFERENCE WITH E.
                                        POLLACK, C. JACKSON, B. GASTON, E.
                                        O'CARROLL AND R. GRAY RE: ADDRESSING
                                        CURE CLAIMS FOR LEASES THAT HAVE BEEN
                                        ASSUMED (.4); CONFERENCE WITH R. GRAY
                                        RE: SAME (.1); DRAFT OBJECTION TO CLAIMS
                                        RELATED TO ASSUMED LEASES (2.6); REVIEW
                                        CORRESPONDENCE FROM K. LOGAN AND B.
                                        GASTON RE: CLAIMS RESERVE (.2).

TURETSKY DM     10/23/06        1.10    TELECONFERENCE WITH S. GRIMM RE:
                                        SETTLEMENT OF REQUEST FOR
                                        ADMINISTRATIVE CLAIM BY IBI (.1);
                                        E-MAIL TO R. GRAY RE: SETTLEMENT OF
                                        REQUEST FOR ADMINISTRATIVE CLAIM BY IBI
                                        (.2); E-MAIL TO S. GRIMM RE: SETTLEMENT
                                        OF REQUEST FOR ADMINISTRATIVE CLAIM BY
                                        IBI (.1); DRAFT AGREED ORDER SETTLING
                                        IBI REQUESTS FOR PAYMENT OF
                                        ADMINISTRATIVE EXPENSE (.7).

GRAY RW          10/24/06        4.00   TELECONFERENCE WITH L. RODRIGUEZ, ET
                                        AL. RE: MSP/SRP INQUIRIES RELATING TO
                                        OBJECTION (.3); DRAFT MEMORANDUM TO S.
                                        REISNER ET AL. RE: CLAIMS TRADING
                                        INVOLVING MSP/SRP CLAIMS (.1);
                                        TELECONFERENCE WITH S. REISNER RE: SAME
                                        (.2); DRAFT MEMORANDUM TO K. BRISTOR ET
                                        AL. RE: TAX ISSUES (.2); FURTHER EMAIL
                                        EXCHANGE WITH S. REISNER RE: SAME (.1);
                                        DRAFT MEMORANDUM TO J. BAKER ET AL. RE:
                                        CLAIMS TRADING ISSUES (.2);
                                        TELECONFERENCE WITH D. TURETSKY RE:
                                        RESEARCH ON TRANSFERABILITY
                                        RESTRICTIONS (.1); EXCHANGE EMAILS WITH
                                        J. BAKER AND R. BARUSCH RE: SAME (.1);
                                        FURTHER TELECONFERENCE WITH S. REISNER
                                        RE: SAME (.1); DRAFT FURTHER MEMORANDUM
                                        TO J. BAKER AND R. BARUSCH RE: ARGUMENT
                                        AGAINST TRADING (.3); DRAFT MEMORANDUM
                                        TO L. RODRIGUEZ RE: CLAIMS TRADER
                                        IDENTIFICATION (.1); DRAFT MEMORANDUM
                                        TO K. LOGAN ET AL. RE: NOTIFICATION OF
                                        CLAIMS TRANSFERS INVOLVING MSP/SRP
                                        (.1); TELECONFERENCE WITH C.
                                        WASHINGTON, MSP CLAIMANT, RE: OBJECTION
                                        ISSUES (.2); REVIEW MEMORANDUM FROM B.
                                        CROCKER RE: SRP CLAIM ISSUES AND DRAFT
                                        MEMORANDUM TO L. RODRIGUEZ RE: SAME
                                        (.1); PARTICIPATE (PARTIAL) IN
                                        CONFERENCE CALL WITH L. APPEL, D. YOUNG,
                                        J. EDMONSON, J. LEAMY ET AL. RE:
                                        DISPUTED CLAIMS TO BE RESOLVED BEFORE
                                        DISTRIBUTION DATE (.6); TELECONFERENCE
                                        WITH K. LOGAN RE: RETIREE INQUIRIES ON
                                        MSP/SRP OBJECTION (.1); REVIEW AND
                                        RESPOND TO MEMORANDUM FROM B. CROCKER
                                        RE: SAME (.1); TELECONFERENCE WITH R.
                                        SEVIN RE: 75/25 SPLIT ON MSP AND RELATED
                                        ISSUES (.3); REVIEW AND RESPOND TO
                                        MEMORANDUM FROM V. ROLDAN RE: DELLA
                                        CAMERA CLAIMS AND DRAFT MEMORANDUM TO E.
                                        POLLACK RE: SAME (.1); REVIEW AND
                                        RESPOND TO MEMORANDUM FROM E. POLLACK
                                        RE: INFORMATION ON DELLA CAMERA CLAIMS
                                        (.1); REVIEW AND RESPOND TO MEMORANDUM
                                        FROM S. KRAUSKA RE: COURTNEY DIVORCE
                                        CLAIM (.1); REVIEW BACKUP MATERIALS
                                        FROM S. KRAUSKA (.1); REVIEW UPDATED
                                        RESERVE SUMMARY FROM K. LOGAN (.1);
                                        TELECONFERENCE WITH K. LOGAN RE: WORST
                                        CASE SCENARIO STATUS (.1); REVIEW AND
                                        RESPOND TO MEMORANDUM FROM E. POLLACK
                                        RE: ASSUMED LEASE CLAIM ISSUES (.1).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| LEAMY JM | 10/24/06 | 8.00 | TELECONFERENCES WITH  E. POLLACK RE: OMNI 23 (.4); REVIEW OPEN CLAIM LIST (.4); TELECONFERENCE WITH  RE: OPEN CLAIMS WITH WINN-DIXIE AND XROADS TEAMS (.7); TELECONFERENCE WITH  E. KETCHUM RE: OMNI 20 (.1); TELECONFERENCE WITH D. RAY RE: E. MEEKER TRUST CLAIM (.3);TELECONFERENCE WITH  A. LIU RE: SOUTHERN BOTTLED WATER (.2); TELECONFERENCE WITH  W. SIMKULAK RE: OMNI 24 AND PRINCIPAL (.2); TELECONFERENCE WITH B. GASTON RE: CLAIM 12399 (.2); TELECONFERENCE WITH  G. SPONIK RE: SARA LEE (.1); EMAIL M. RICHARDS RE: F. ARNONE CLAIM (.1); DRAFT LETTER RE: FRANK ARONE CLAIM (.4); TELECONFERENCE WITH  J. DAWSON RE: SAME (.2); REVISE AND CIRCULATE ORDER ON 23RD OMNIBUS (2.5); EMAIL K. LOVERICH RE: B. BREWER CLAIM (.2); REVISE CCE STIPULATION (1.5); ANLAYSIS RE: CONSOLIDATED BISCUIT CLAIM (.2); ANALYSIS RE: INDIAN TRAIL SQUARE CLAIMS (.3). |
| RAVIN AS | 10/24/06 | 5.70 | REVIEW REVISED CLAIM RESERVE SPREADSHEET FROM K. LOGAN, REVIEW MEMORANDA FROM K. LOGAN AND B. GASTON RE: SAME (.3); TELEPHONE CONFERENCES WITH B. GASTON RE: REVISED CLAIM RESERVE SPREADSHEET (.3); TELECONFERENCE WITH B. GASTON AND K. LOGAN RE: RVISED CLAIM RESERVE SPREADSHEET (.5); DRAFT, REVIEW AND REVISE OMNIBUS OBJECTION TO CLAIMS ARISING FROM ASSUMED LEASES (4.0); REVIEW CORRESPONDENCE FROM A. WULBERN RE: DEUTSCHE BANK WITHDRAWAL OF OBJECTION TO ASSUMPTION MOTION, REVIEW CORRESPONDENCE FROM D. DREBSKY RE: SAME, REVIEW DEUTSCHE BANK WITHDRAWAL OF ASSUMPTION OBJECTION (.1); REVIEW MEMORANDA FROM R. GRAY AND D. J. BAKER RE: TRANSFER OF MSP/SRP CLAIMS (.1); REVIEW ASSUMED LEASE CLAIM SPREADSHEETS FORWARDED BY E. POLLACK (.2); TELECONFERENCE WITH M. RICHARDS RE: BUEHLERS CLAIMS (.1); REVIEW RESPONSE TO FLORIDA TAX COLLECTORS' MOTION (.1). |

TURETSKY DM          10/24/06        0.60    E-MAIL TO J. JAMES AND S. GRIMM RE:
                                             AGREED ORDER TO SETTLE REQUESTS FOR
                                             ADMINISTRATIVE CLAIMS BY IBI (.1);
                                             E-MAIL TO F. HYMAN AND L. METZGER RE:
                                             AGREED ORDER TO SETTLE REQUESTS FOR
                                             ADMINISTRATIVE CLAIMS BY IBI (.2);
                                             E-MAIL TO M. BARR, J. MILTON, AND M.
                                             COMERFORD RE: AGREED ORDER TO SETTLE
                                             REQUESTS FOR ADMINISTRATIVE CLAIMS BY
                                             IBI (.1); E-MAIL TO J. JAMES AND B.
                                             KICHLER RE: ADMINISTRATIVE CLAIM
                                             REQUEST BY CONSOLIDATED BISCUIT (.2).

GRAY RW          10/25/06          3.20   REVIEW UPDATED CLAIMS STATUS REPORT
FROM E. POLLACK AND DRAFT MEMORANDUM TO
OBTAIN DETAILED LISTING OF OPEN AND ON
HOLD (.1); REVIEW NOTICE OF CLAIM
TRANSFER RE: BURSON, REVIEW PROOF OF
CLAIM, DRAFT MEMORANDUM TO S. REISNER ET
AL. RE: SAME, DRAFT MEMORANDUM TO M.
SMITHSON RE: SAME (.3); TELECONFERENCE
WITH J. CASTLE RE: BUNDY, CLAIMS RESERVE
AND CLAIMS TRANSFERS (.3); REVIEW
MEMORANDUM FROM M. SMITHSON AND
ADDITIONAL CLAIM TRANSFERS RE: MSP/SRPS
AND REVIEW CORRESPONDING PROOFS OF
CLAIM (.3); PLACE CALLS TO J. MCCONNELL
AND EQUITY TRUST RE: TRANSFERS (.1);
RESEARCH RE: EQUITY ONE AND DRAFT EMAIL
TO B. TARVER OF SAME RE: ISSUES WITH SRP
CLAIM ACQUISITIONS (.3); REVIEW REPLY
FROM B. TARVER, DRAFT RESPONSE, AND
DRAFT MEMORANDUM TO T. WILLIAMS ET AL.
RE: SAME (.1); FURTHER EMAIL EXCHANGE
WITH T. WILLIAMS ET AL. RE: MONITORING
SITUATION (.1); REVIEW AND RESPOND TO
MEMORANDUM FROM T. WILLIAMS RE: NO
TRADING COMMUNICATION TO SRP CLAIMANTS
(.1); TELECONFERENCE WITH M. GUTIERREZ
RE: MSP CLAIM ISSUES (.2); DRAFT
MEMORANDUM TO B. CROCKER TO RESEND M.
GUTIERREZ PACKAGE (.1); REVIEW AND
COMMENT ON REVISED CCE STIPULATION
(.2); DRAFT MEMORANDUM TO T. WILLIAMS ET
AL. RE: SRP CLAIM TRADES (.1); REVIEW
AND RESPOND TO MEMORANDUM FROM J. YOUNG
RE: KONICA ADMIN CLAIM OBJECTION (.1);
DRAFT FOLLOW UP MEMORANDUM TO SAME AND
J. CASTLE RE: RESERVE FOR DISPUTED ADMIN
CLAIMS (.1); TELECONFERENCE WITH J.
MCCONNELL RE: CLAIM TRANSFER ISSUE
(.1); DRAFT MEMORANDUM TO T. WILLIAMS ET
AL. RE: REPORT ON SAME (.1);
TELECONFERENCE WITH L. RODRIGUEZ RE:
SRP/T. ROWE PRICE ISSUES (.2); REVIEW L.
RODRIGUEZ MEMORANDUM TO T. ROWE PRICE
AND DRAFT CONFIRMING MEMORANDUM TO T.
ROWE PRICE (.1); REVIEW BELLSOUTH
HEARING NOTICE ENTRY AND FOLLOW UP RE:
SAME (.1); REVIEW LATE FILED CLAIM
REPORT NOTES FROM J. LEAMY (.1).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| LEAMY JM | 10/25/06 | 7.00 | TELECONFERENCE WITH B. GASTON RE: REAL ESTATE CLAIMS (.2); TELECONFERENCE WITH A. LIU RE: MEAD CLAIM (.1); EMAIL B. GASTON RE: MEEKER TRUST CLAIM (.1); EMAIL D. RAY RE: MEEKER TRUST CLAIM (.1); REVISIONS TO CCE STIPULATION (1.0); EMAIL C. JACKSON RE: CONSOLIDATED BISCUIT (.1); ANALYSIS RE: CLAIMS RELATED TO ASSUMED CONTRACTS (1.2); TELECONFERENCE WITH K. RAYMOND RE: TEXAS HHS CLAIM (.1); REVIEW OPEN AND ON HOLD CLAIM REPORTS (.5); TELECONFERENCE WITH E. POLLACK RE: OMNI 25 (1.0); REVIEW ORDERS FROM 10/25 HEARING RE: CLAIMS AND EMAIL E. POLLACK RE: SAME (.3); ANALYSIS RE: LATE CLAIMS AND AMENDED CLAIMS FOR OBJECTION (1.3); REVIEW CLARK COUNTY RESPONSE TO OMNI 23 AND EMAIL TO TAX TEAM RE: SAME (.4); ANALYSIS TEXAS HHSC RESPONSE TO OMNI 24 AND EMAIL TO J. CASTLE RE: SAME (.4); ANALYSIS RE: PROPOSED CF SAUER AGREEMENT LANGUAGE (.2). |
| --- | --- | --- | --- |
| RAVIN AS | 10/25/06 | 2.30 | REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO K. NEIL RE: CLAIMS FOR WINN DIXIE STORES #328 AND 356 (.2); REVIEW CATAMOUNT CLAIM RESERVES, DRAFT CORRESPONDENCE TO B. GASTON RE: SAME (.2); REVIEW CORRESPONDENCE FROM B. GASTON RE: RESERVE FOR BUEHLERS CLAIMS, REVIEW PROOFS OF CLAIM RE: SAME, TELECONFERENCE WITH B. GASTON RE: SAME (.3); TELECONFERENCE WITH B. GASTON RE: GOODINGS AND CATAMOUNT CLAIMS (.3); REVIEW CORRESPONDENCE FROM B. GASTON RE: ASSUMED LEASE CLAIMS (.1); TELECONFERENCE WITH B. GASTON AND K. NEIL RE: CATAMOUNT CLAIMS (.8); REVIEW AND REVISE CATAMOUNT CLAIM CHART (.1); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM K. NEIL RE: CATAMOUNT CLAIM CHART (.1); REVIEW MULTIPLE CORRESPONDENCE FROM B. GASTON AND CLOSING REPORT RE: THE HIGH POINT/ZURICH PROPERTY IN CONNECTION WITH ANALYSIS OF CLAIM (.2). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GRAY RW          10/26/06     5.50   TELECONFERENCE WITH L. RODRIGUEZ RE:
                                     SRP CLAIM AMOUNT ISSUE (.1); FURTHER
                                     TELECONFERENCE WITH L. RODRIGUEZ RE: T.
                                     ROWE PRICE ISSUE (.1); REVIEW AND
                                     RESPOND TO MEMORANDA FROM T. ROWE PRICE
                                     AND L. RODRIGUEZ RE: FINAL INSTALLMENTS
                                     (.2); TELECONFERENCE WITH S. KRAUSKA
                                     RE: SAME (.1); REVIEW AND RESPOND TO
                                     MEMORANDUM FROM T. ROMANI RE: REQUEST
                                     FOR CASH PAYMENT (.2); DRAFT FOLLOW UP
                                     MEMORANDUM RE: NO DEATH BENEFIT (.1);
                                     TELECONFERENCE WITH T. ROMANI RE:
                                     DISTRIBUTION LOGISTICS (.1);
                                     TELECONFERENCE WITH C. TAYLOR, COUNSEL
                                     FOR S. COLE, RE: DEATH BENEFIT ISSUE
                                     (.1); REVIEW MEMORANDUM AND ATTACHMENT
                                     FROM C. TAYLOR AND DRAFT MEMORANDUM TO
                                     L. RODRIGUEZ RE: SAME (.1); REVIEW
                                     LETTER FROM R. SANSON RE: OBJECTION TO
                                     SRP CLAIM (.1); BEGIN DRAFT OF RESPONSE
                                     TO R. SANSON (.3); DRAFT MEMORANDUM TO
                                     L. RODRIGUEZ RE: DOCUMENTATION SEND TO
                                     CLAIMANTS ON NO INTEREST/EARNINGS (.1);
                                     REVIEW DOCUMENTATION FROM L. RODRIGUEZ
                                     AND DRAFT FOLLOW UP REQUEST (.2); REVIEW
                                     FURTHER DOCUMENTATION RE: NO INTEREST
                                     OR EARNINGS (.1); REVIEW BELLSOUTH
                                     MOTION TO LIFT STAY (.1); DRAFT
                                     MEMORANDUM TO J. JAMES ET AL. RE: SETOFF
                                     ISSUE (.1); TELECONFERENCE WITH COUNSEL
                                     FOR BELLSOUTH RE: NOTICE OF HEARING
                                     (.1); REVIEW AND RESPOND TO MEMORANDUM
                                     FROM COUNSEL TO BELLSOUTH RE:
                                     MOTION/NOTICE (.1); REVIEW LIST FROM
                                     LOGAN RE: CLASS 5 AND 17 EMPLOYEE CLAIMS
                                     AND DRAFT MEMORANDUM TO K. LOGAN (.1);
                                     REVIEW FOLLOW UP EMAILS FROM J. CASTLE
                                     AND K. LOGAN RE: SAME (.1); REVIEW
                                     MEMORANDA FROM B. HOLLIS AND J. CASTLE
                                     RE: EMPLOYEE CLAIM ISSUES AND FOLLOW UP
                                     EMAIL EXCHANGE WITH K. LOGAN, E. POLLACK
                                     AND J. LEAMY RE: SAME (.2);
                                     TELECONFERENCE WITH K. LOGAN RE: SAME
                                     (.1); REVIEW MOTION TO ALLOW LATE
                                     REJECTION CLAIM AND DRAFT MEMORANDUM TO
                                     C. JACKSON ET AL. RE: SAME (.1); REVIEW
                                     AND RESPOND TO MEMORANDUM FROM C.
                                     JACKSON RE: CONSOLIDATED BISCUIT ISSUES
                                     (.1); REVIEW B. GASTON MEMORANDUM RE:
                                     LEASE ASSUMPTION CLAIMS AND DRAFT
                                     MEMORANDUM TO E. POLLACK ET AL. TO
                                     COORDINATE CALL (.1); TELECONFERENCE
                                     WITH D. WELSH AT T. ROWE PRICE RE: FINAL
                                     INSTALLMENT PAYMENT ISSUES (.2);
                                     TELECONFERENCE WITH J. TOMPKINS RE: MSP
                                     CLAIM TREATMENT (.1); CONFERENCE CALL
                                     WITH B. GASTON, E. POLLACK, A. RAVIN, J.
                                     LEAMY, A. WULBURN, ET AL. RE: LEASE
                                     ASSUMPTION CLAIM OBJECTION (1.0);

49

|  |  |  | TELECONFERENCE WITH L. RODRIGUEZ AND S. KRAUSKA RE: T. ROWE PRICE ISSUES ON INSTALLMENTS (.2); TELECONFERENCE WITH D. WELSH AT T. ROWE PRICE, L. RODRIGUEZ AND S. KRAUSKA RE: SAME (.5); FURTHER TELECONFERENCE WITH L. RODRIGUEZ RE: SRP COMMUNICATIONS (.1); TELECONFERENCE WITH K. LOGAN RE: CLAIM OBJECTION, RESERVE AND DISTRIBUTION ISSUES (.2); TELECONFERENCE WITH N. RIVERA RE: SRP CLAIM (.1). |
|---|---|---|---|
| LEAMY JM | 10/26/06 | 9.00 | TELECONFERENCE WITH J. EDMONSON RE: KONICA (.2); TELECONFERENCE WITH E. POLLACK RE: OMNI 25 (.5); TELECONFERENCE WITH D. TURETSKY RE: ASSUMED CONTRACTS (.5); ANALYSIS RE: ASSUMED LEASE CLAIMS (.5); TELECONFERENCE WITH WITH B. GASTON, J. EMDONSON, S KAROL, E. POLLACK, R. GRAY AND A. RAVIN RE: ASSUMED LEASE CLAIMS (1.0); REVIEW CLAIMS SUBJECT TO AND DRAFT REVISIONS TO OMNI 25 EXHIBITS (4.0); ANALYSIS RE: LATE CLAIMS AND AMENDED CLAIMS (1.5); ANALYSIS RE: CAPMARK REQUEST TO ALLOW CLAIM (.3); TELECONFERENCE WITH D. WELLS RE: VISTA CLAIM (.2); EMAIL L. JACOBSON RE: MGM (.1); EMAIL J. SPONIK RE: SARA LEE (.1); EMAIL B. GASTON RE: CLAIMS FILED BY E. BARKER (.1). |
| RAVIN AS | 10/26/06 | 2.70 | REVIEW CORRESPONDENCE AND CHART FROM B. GASTON RE: CLAIMS RELATED TO ASSUMED LEASES (.3); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM E. POLLACK RE: CLAIMS RELATED TO ASSUMED LEASES (.2); TELECONFERENCE WITH B. GASTON RE: CLAIMS RELATED TO ASSUMED LEASES, TELECONFERENCE WITH E. POLLACK RE: SAME (.1); REVIEW CORRESPONDENCE FROM B. GASTON AND K. LOGAN RE: CLAIM RESERVES (.1); REVIEW MEMORANDUM FROM AND DRAFT MEMORANDUM TO R. GRAY AND J. LEAMY RE: CLAIM OF WINN DIXIE/CAPMARK AND THEIR REQUEST FOR STIPULATION OF ALLOWANCE (.1); TELECONFERENCE WITH B. GASTON, S. KAROL, E. POLLACK, R. GRAY, J. LEAMY, AND A. WULBERN, RE: CLAIMS ARISING UNDER ASSUMED LEASES (1.0); REVIEW AND REVISE OBJECTION TO CLAIMS ARISING UNDER ASSUMED LEASES AND CORRESPONDING PROPOSED ORDER (.8); REVIEW CORRESPONDENCE FROM B. GASTON RE: CLAIM RESERVE ASSOCIATED WITH MOTION TO ALLOW THE FILING OF A LATE PROOF OF CLAIM BY CREDITOR BV BELK, JR (.1). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

TURETSKY DM     10/26/06     2.90     FURTHER ANALYSIS RE: ISSUES CONCERNING
                                      SETTLEMENT OF CLAIM WITH DELL (.4);
                                      E-MAIL TO M. BARR, J. MILTON, AND M.
                                      COMERFORD RE: STIPULATION WITH DELL
                                      (.1); E-MAIL TO J. RANNE, D. YOUNG, S.
                                      GRIMM RE: STIPULATION WITH DELL (.2);
                                      E-MAIL TO S. STREUSAND RE: STIPULATION
                                      WITH DELL (.1); E-MAIL TO S. GRIMM RE:
                                      DELL STIPULATION (.2); REVIEW AND
                                      ANALYZE DRAFT EXHIBITS FOR DRAFT
                                      EXHIBITS FOR INCLUSION IN
                                      25TH CLAIMS OBJECTION (1.9).

GRAY RW         10/27/06     4.40     REVIEW EXHIBITS FOR 25TH OMNIBUS
                                      OBJECTION (.3); EXCHANGE EMAILS WITH E.
                                      POLLACK RE: ISSUES ON CERTAIN LISTED
                                      CLAIMS (.1); EXCHANGE EMAILS WITH AND
                                      CONFERENCE WITH D. TURETSKY RE:
                                      CONTRACT CURE EXHIBIT FOR 25TH OMNIBUS
                                      (.2); REVIEW REVISED DRAFT OF LEASE
                                      CLAIM OBJECTION (.3); CONFERENCE CALL
                                      WITH E. POLLACK AND J. LEAMY, WITH D.
                                      TURETSKY FOR PART, RE: 25TH OMNIBUS
                                      OBJECTIONS (.3); FURTHER
                                      TELECONFERENCE WITH J. LEAMY RE: LEASE
                                      CLAIM DISALLOWANCE (.1); CONTINUE DRAFT
                                      OF RESPONSE TO R. SANSON RE: SRP CLAIM
                                      AMOUNT ISSUES (.3); DRAFT MEMORANDUM TO
                                      L. RODRIGUEZ RE: SAME AND REVIEW REPLY
                                      (.1); FINALIZE RESPONSE AND ATTACHMENT
                                      AND TRANSMIT TO R. SANSON (.1); REVIEW
                                      AND RESPOND TO MEMORANDUM FROM J. DAWSON
                                      RE: EMPLOYEE CLAIMS (.1); EMAIL
                                      EXCHANGE WITH J. CASTLE AND M. RICHARD
                                      RE: SAME (.1); FOLLOW UP WITH K. LOGAN
                                      RE: SAME (.1); REVIEW WITHDRAWALS OF SRP
                                      CLAIMS (.1); DRAFT MEMORANDA TO T.
                                      WILLIAMS, B. TARVER AND S. SMITHSON RE:
                                      SAME (.1); DRAFT LETTER TO SRP CLAIMANTS
                                      RE: NO CLAIM TRANSFERS (.8); REVIEW AND
                                      REVISE REVISED OBJECTION TO LEASE
                                      ASSUMPTION CLAIMS (.6); REVIEW
                                      MEMORANDUM FROM AND TELECONFERENCE WITH
                                      A. RAVIN RE: EXHIBIT ISSUES (.1); DRAFT
                                      MEMORANDUM TO C. JACKSON ET AL. RE: BELL
                                      SOUTH STAY MOTION AND REVIEW NOTICE
                                      RECEIVED FROM T. COPELAND (.1); REVIEW
                                      MEMORANDUM FROM J. LEAMY RE: RECENT LATE
                                      FILED CLAIMS AND DRAFT REPLY (.1);
                                      REVIEW AND RESPOND TO MEMORANDUM FROM V.
                                      ROLDAN RE: DELLA CAMERA  CLAIMS
                                      OBJECTION ISSUES AND TIMING (.2); DRAFT
                                      MEMORANDUM TO B. CROCKER RE: AMENDMENT
                                      TO MSP/SRP OBJECTION (.2).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

LEAMY JM          10/27/06      8.20    TELECONFERENCE WITH E. POLLACK RE: 25TH
                                        OMNI (.2); TELECONFERENCE WITH R. GRAY,
                                        E. POLLACK AND D. TURETSKY (PARTIAL) RE:
                                        25TH OMNI (.3); TELECONFERENCE WITH D.
                                        TURETSKY RE: SAME (.1); TELECONFERENCE
                                        WITH R. TANSI RE: CLARK COUNTY CLAIM
                                        (.1); WORK ON OMNI 25 (3.0); EMAIL J.
                                        DUBAN RE: KRAFT (.1); TELECONFERENCE
                                        WITH A. WULBERN RE: LEASE CLAIMS (.3);
                                        ANALYSIS RE: PROOFS OF CLAIM WITH
                                        PENDING CURE AMOUNTS (.3);
                                        TELECONFERENCE WITH E. POLLACK RE: LATE
                                        CLAIMS (.2); ANALYSIS RE: EMPLOYEE
                                        RECLASSIFIED CLAIMS (.3);
                                        TELECONFERENCE WITH H. STEEL RE: BV
                                        BELK AND INEOS (.2); REVIEW AND ANALYSIS
                                        RE: BV BELK AND INEOS MOTION TO ALLOW
                                        LATE FILED CLAIMS (.6); EMAIL D. YOUNG
                                        RE: SAME (.2); TELECONFERENCE WITH E.
                                        POLLACK RE: OMNI 25 (.2);
                                        TELECONFERENCE WITH D. YOUNG RE: (.2);
                                        TELECONFERENCE WITH D. MORTON RE: FIRST
                                        NATL BANK OF GRANBERRY (.2);
                                        TELECONFERENCE WITH E. POLLACK RE:
                                        CLAIM 31241 (.1); EMAIL K RAYMOND RE:
                                        TEXAS HHSC CLAIM RECONSIDERATION (.2);
                                        EMAIL D. MORTON RE: PEREGRINE (.1);
                                        ANALYSIS RE: OBJECTION TO CLAIM 7311 AND
                                        EMAIL E. POLLACK RE: SAME (.3); EMAIL J.
                                        EDMONSON RE: KONICA (.1); REVIEW MEEKER
                                        TRUST RESPONSE TO CLAIM OBJECTION (.1);
                                        REVIEW PROPOSED OMNI 25 EXHIBITS (.8).

RAVIN AS          10/27/06      5.50    REVIEW MEMORANDUM FROM AND DRAFT
                                        MEMORANDUM TO R. GRAY RE: CLAIMS RE:
                                        ASSUMED LEASES, DRAFT MULTIPLE
                                        CORRESPONDENCE TO A. WULBERN AND C.
                                        JACKSON RE: SAME, REVIEW MULTIPLE
                                        CORRESPONDENCE FROM A. WULBERN RE:
                                        SAME, REVIEW PROPOSED ASSUMPTION ORDERS
                                        RECEIVED FROM SAME (.3); CONFERENCE
                                        WITH R. GRAY RE: COMMENTS TO OBJECTION
                                        TO ASSUMED LEASE CLAIMS (.2); REVIEW AND
                                        REVISE OBJECTION TO ASSUMED LEASE
                                        CLAIMS (4.9); REVIEW MEMORANDUM FROM J.
                                        LEAMY RE: MOTION TO ALLOW- BV BELK,
                                        REVIEW CORRESPONDENCE FROM D. YOUNG RE:
                                        SAME (.1).

| | | | |
|---|---|---|---|
| TURETSKY DM | 10/27/06 | 1.80 | CONTINUE REVIEWING AND ANALYZING DRAFT EXHIBITS FOR INCLUSION IN 25TH CLAIMS OBJECTION (.4); TELECONFERENCE WITH E. POLLACK, R. GRAY, AND J. LEAMY RE: CLAIMS SUBJECT TO 25TH OMNI OBJECTION (.1); FOLLOW UP CALL WITH J. LEAMY RE: CLAIMS SUBJECT TO 25TH OMNI OBJECTION (.1); E-MAIL TO J. JAMES AND S. GRIMM RE: DELL STIPULATION AND AGREED ORDER WITH IBI (.1); FINALIZE DELL MOTION/STIPULATION (.4); E-MAIL TO J. POST, C. JACKSON, K. WARD, AND T. COPELAND RE: DELL MOTION/STIPULATION (.1); FINALIZE AGREED IBI ORDER (.5); E-MAIL TO J. POST, C. JACKSON, K. WARD, AND T. COPELAND RE: AGREED IBI ORDER (.1). |
| GRAY RW | 10/28/06 | 0.10 | REVIEW AND RESPOND TO MEMORANDUM FROM E. POLLACK RE: EXHIBIT ISSUES ON ASSUMED LEASE CLAIMS (.1). |
| LEAMY JM | 10/29/06 | 6.00 | REVIEW OBJECTION TO ASSUMED REAL ESTATE LEASE CLAIMS (.5); DRAFT 25TH CLAIM OBJECTION (5.5). |
| GRAY RW | 10/30/06 | 3.00 | TELECONFERENCE WITH N. RIVERA RE: SRP CLAIM AND POSTPETITION INTEREST (.1); REVIEW 25TH OMNIBUS OBJECTION AND ORDER (.4); REVIEW REVISED OBJECTIONS TO 25TH OMNIBUS OBJECTION (.3); TELECONFERENCE WITH J. LEAMY RE: COMMENTS ON OBJECTION, ORDER AND EXHIBITS (.3); REVIEW AND COMMENT ON REVISED EXHIBITS FOR MSP/SRP AMENDMENT (.2); REVIEW REVISED LEASE CLAIM OBJECTION AND ORDER (.3); REVIEW AND RESPOND TO MEMORANDUM FROM B. ANDERSEN RE: ROLLOVER FROM SRP TO IRA NOT PERMITTED (.1); DRAFT MEMORANDUM TO J. CASTLE, K. LOGAN ET AL. RE: GEARING UP TO GIVE EFFECTIVE NOTICE OF ADMINISTRATIVE BAR DATE (.3); REVIEW AND RESPOND TO MEMORANDUM FROM C. JACKSON RE: INEOS LATE CLAIM MOTION AND REVIEW AND RESPOND TO FURTHER MEMORANDUM FROM J. LEAMY RE: SAME (.2); REVIEW AND RESPOND TO MEMORANDUM FROM R. TANSI RE: SALES TAX CLAIMS (.2); REVIEW MEMORANDUM FROM H. DAUGHTRY RE: STOCKHOLDINGS OF DECEASED DAUGHTER AND DRAFT MEMORANDUM TO S. STOESSER RE: SAME (.1); REVIEW AND COMMENT ON ORDERS TO RESOLVE XEROX AND RIVERDALE FARMS CLAIMS (.1); DRAFT MEMORANDUM TO K. LOGAN ET AL. RE: SAME AND REVIEW REPLY (.1); REVIEW AND COMMENT ON C. JACKSON AD VALOREM TAX OBJECTION (.2); REVIEW KENTUCKY OBJECTION AND DRAFT MEMORANDUM TO J. LEAMY RE: SAME (.1). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

LEAMY JM        10/30/06        9.90    TELECONFERENCE WITH  J. CASSELL RE:
                                        NEWELL RUBBERMAID (.1); TELECONFERENCE
                                        WITH D. SINAIKO RE: WORLD OF SLEEP (.1);
                                        EMAIL E. POLLACK RE: CLAIM 158 (.1);
                                        ANALYSIS RE: GE CAPITAL CLAIMS (1.2);
                                        EMAIL J. EDMONSON RE: SAME (.1);
                                        TELECONFERENCE WITH E. POLLACK RE: 25TH
                                        OMNI (.1); DRAFT REVISIONS TO OMNI 25
                                        EXHIBITS (1.5); CONTINUE TO DRAFT 25TH
                                        OMNI OBJECTION (1.0); REVIEW KENTUCKY
                                        RESPONSE TO CLAIM OBJECTION (.2);
                                        TELECONFERENCE WITH  K. WARD RE: WYETH
                                        RESPONSE (.2); REVIEW WYETH RESPONSE
                                        (.2); EMAILS E. OCARROLL RE: PENDING
                                        CLAIM OBJECTIONS (.4); DRAFT DIAL
                                        STIPULATION RESOLVING CLAIMS (2.0);
                                        DRAFT GORTONS STIPULATION RESOLVING
                                        CLAIM (1.8); TELECONFERENCE WITH  E
                                        POLLACK RE: OMNI 25 (.2); ANALYSIS RE:
                                        SALES TAX CLAIM ISSUE (.2); EMAIL D.
                                        BRYANT RE: DEL MONTE ORDER (.1); DRAFT
                                        REVISED OBJECTION LANGUAGE FOR CLAIM
                                        7310 AND EMAIL J. CASSEL RE: SAME (.4).

RAVIN AS        10/30/06        3.40    TELECONFERENCE WITH K. LOGAN AND R. GRAY
                                        RE: CLAIM OBJECTION TO ASSUMED LEASES
                                        (.3); REVIEW AND REVISE CLAIM OBJECTION
                                        AND PROPOSED ORDER RE: ASSUMED LEASES
                                        (1.7); DRAFT CORRESPONDENCE TO AND
                                        REVIEW CORRESPONDENCE FROM E. POLLACK
                                        RE: CLAIM OBJECTION AND PROPOSED ORDER
                                        RE: ASSUMED LEASES (.1); CONFERENCE
                                        WITH R. GRAY RE: COMMENTS TO CLAIM
                                        OBJECTION AND PROPOSED ORDER RE:
                                        ASSUMED LEASES (.2); MULTIPLE TELEPHONE
                                        CONFERENCES WITH B. GASTON RE: CLAIM
                                        OBJECTION AND PROPOSED ORDER RE:
                                        ASSUMED LEASES (.3); MULTIPLE TELEPHONE
                                        CONFERENCES WITH K. LOGAN RE: CLAIM
                                        OBJECTION AND PROPOSED ORDER RE:
                                        ASSUMED LEASES (.2); DRAFT
                                        CORRESPONDENCE TO C. JACKSON AND A.
                                        WULBERN RE: CLAIM OBJECTION AND
                                        PROPOSED ORDER RE: ASSUMED LEASES (.2);
                                        REVIEW DRAFT EXHIBITS FROM K. LOGAN RE:
                                        OBJECTION TO CLAIMS ASSOCIATED WITH
                                        ASSUMED LEASES (.2); REVIEW
                                        CORRESPONDENCE FROM R. TANSI RE: CLAIMS
                                        RELATED TO SALES TAX AUDIT QUESTIONS
                                        (.1); CONFERENCE WITH J. LEAMY AND R.
                                        GRAY RE: CLAIMS ASSOCIATED WITH SALES
                                        TAX AUDIT QUESTIONS (.1).

| TURETSKY DM | 10/30/06 | 3.30 | FINALIZE AGREED ORDER WITH INFORMATION BUILDERS FOR FILING (.2); E-MAIL AGREED ORDER WITH INFORMATION BUILDERS TO C. JACKSON, K. WARD, J. POST, AND T. COPELAND FOR FILING (.1); TELEPHONE CALLS WITH J. POST RE: AGREED ORDER WITH IBI (.6); TELECONFERENCE WITH J. JAMES RE: AGREED ORDER WITH IBI (.2); ANALYSIS RE: ISSUES RAISED BY J. POST ER: IBI (.5); TELEPHONE CALLS WITH J. LEAMY RE: 25TH OMNIBUS CLAIMS OBJECTION (.4); FURTHER REVIEW AND COMMENT RE: EXHIBITS FOR 25TH OMNIBUS CLAIMS OBJECTION (1.3). |
|---|---|---|---|
| GRAY RW | 10/31/06 | 3.00 | TELECONFERENCE WITH L. RODRIGUEZ RE: MSP/SRP ISSUES (.2); EXCHANGE EMAILS WITH K. LOGAN RE: STATUS OF LEASE CLAIM OBJECTION AND DRAFT MEMORANDUM TO A. WULBERN, B. GASTON ET AL. RE: SAME (.1); DRAFT MEMORANDA TO A. RAVIN RE: COORDINATING CALL AND NOTIFYING J. CASTLE (.1); EXCHANGE EMAILS WITH C. JACKSON RE: DIFFICULTIES ON LEASE CLAIM OBJECTION (.2); CONFERENCE CALL WITH K. LOGAN, E. POLLACK, A. WULBERN, G. BASTON, A. RAVIN AND J. LEAMY RE: LEASE CLAIM OBJECTION ISSUES (.4); DRAFT NOTICE OF REVISIONS TO MSP/SRP EXHIBITS (.4); REVIEW QDRO CLAIMS TO VERIFY SPLITS (.2); DRAFT MEMORANDUM TO L. RODRIGUEZ RE: ISSUES ON QDRO SPLITS (.1); REVIEW MEMORANDA FROM L. RODRIGUEZ AND S. KRAUSE RE: SRP ISSUE AND REVIEW SPREADSHEET (.2); TELECONFERENCE WITH L. RODRIGUEZ, S. KRAUSE AND B. CROCKER RE: ISSUE (.3); REVIEW MSP RESPONSE FILED BY PARTICIPANT AND DRAFT MEMORANDUM TO L. RODRIGUEZ RE: SAME (.1); REVIEW MEMORANDUM FROM J. LEAMY AND COMMENT ON REVISED LANGUAGE FOR 25TH OMNI ORDER (.1); REVIEW AND RESPOND TO MEMORANDA FROM L. PRENDERGAST RE: BELL SOUTH MOTION TO LIFT STAY AND FORWARD COMMUNICATIONS RE: SAME (.2); REVIEW FILED LETTER FROM R. KHAJA AND DRAFT MEMORANDUM TO L. PRENDERGAST RE: SAME (.1); REVIEW MEMORANDUM FROM R. TANSI RE: SALES TAX INFORMATION AND DRAFT MEMORANDUM TO COORDINATE CALL (.1); REVIEW AND RESPOND TO MEMORANDUM FROM J. LEAMY RE: PROCEDURE FOR ORDERS RESOLVING CLAIM OBJECTIONS (.1); REVIEW LOGAN WEEKLY CLAIMS STATUS REPORT (.1). |

LEAMY JM            10/31/06        9.80   TELECONFERENCE WITH E. POLLACK RE: 25TH
                                           OMNI (.2); COMPLETE AND FINALIZE 25TH
                                           OMNI FOR FILING WITH COURT (3.5);
                                           TELECONFERENCE WITH  J. CASTLE RE:
                                           INGRAM, MGM, ENERGIZER (.2); EMAIL T.
                                           WUERTZ RE: MGM (.1); TELECONFERENCE
                                           WITH D. SINAIKO RE: WORLD OF SLEEP (.2);
                                           TELECONFERENCE WITH  A. WULBERN, B.
                                           GASTON, R. GRAY AND A. RAVIN RE: ASSUMED
                                           LEASE CLAIM OBJECTION (.3);
                                           TELECONFERENCE WITH  R. GRAY RE: CCE
                                           STIPULATION (.2); CONTINUE TO DRAFT CCE
                                           STIPULATION (1.5); EMAIL C. HARRISON
                                           RE: CCE (.1); REVIEW WYETH RESPONSE TO
                                           22ND OBJECTION AND EMAIL TO COMPANY RE:
                                           SAME (.4); ANALYSIS RE: KENTUCKY LATE
                                           CLAIM RESPONSE (.4); EMAIL TO COMPANY
                                           RE: SAME (.1); TELECONFERENCE WITH  J.
                                           POST RE: CLAIM STIPULATIONS (.2);
                                           FINALIZE XEROX MOTION FOR FILING (.3);
                                           EMAIL K. GWYNNE RE: DEL MONTE (.1);
                                           EMAIL D. WELLS RE: VISTA (.1); REVIEW
                                           AND ANALYSIS OF VISTA AGREEMENT RE:
                                           CLAIM OBJECTION TO VISTA (.4); EMAIL D.
                                           MORTON RE: NATL BANK OF GRANBURY CLAIM
                                           (.1); REVIEW WEEKLY CLAIM REPORTS (.4);
                                           REVIEW OPEN AND PENDING CLAIM REPORTS
                                           (.6); RESEARCH WHETHER CERTAIN EMPLOYEE
                                           CLAIMS ALLOWED (.4).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

RAVIN AS              10/31/06        4.60   DRAFT MEMORANDA TO AND REVIEW MEMORANDA
                                             FROM R. GRAY RE: ASSUMED LEASE CLAIM
                                             OBJECTION (.4); REVIEW MULTIPLE
                                             CORRESPONDENCE FROM K. LOGAN, C.
                                             JACKSON, A. WULBERN AND B. GASTON RE:
                                             SAME, DRAFT CORRESPONDENCE TO SAME RE:
                                             ASSUMED LEASE CLAIM OBJECTION (.5);
                                             DRAFT CORRESPONDENCE TO J. CASTLE RE:
                                             ASSUMED LEASE CLAIM OBJECTION (.2);
                                             TELECONFERENCE WITH K. LOGAN, E.
                                             POLLACK, R. GRAY, J. LEAMY, A. WULBERN,
                                             AND B. GASTON RE: ASSUMED LEASE CLAIM
                                             OBJECTION (.4); REVIEW CORRESPONDENCE
                                             FROM B. GASTON RE: CHESTER DIX CLAIMS
                                             (.1); DRAFT NOTICE OF HEARING RE:
                                             OBJECTION TO ASSUMED LEASE CLAIMS,
                                             DRAFT CORRESPONDENCE TO A. WULBERN RE:
                                             SAME (.2); TELEPHONE CONFERENCES WITH
                                             E. POLLACK RE: ASSUMED LEASE CLAIM
                                             OBJECTION (.3); REVIEW AND REVISE
                                             ASSUMED LEASE CLAIM OBJECTION, PROPOSED
                                             ORDER AND NOTICE, DRAFT CORRESPONDENCE
                                             TO A. WULBERN RE: SAME (.4); REVIEW
                                             EXHIBITS RE: OBJECTION TO ASSUMED LEASE
                                             CLAIMS (.7); TELEPHONE CONFERENCES WITH
                                             A. WULBERN RE: COMMENTS TO OBJECTION TO
                                             ASSUMED LEASE CLAIMS (.2); DRAFT FOLLOW
                                             UP MEMORANDUM TO R. GRAY RE: OBJECTION
                                             TO ASSUMED LEASE CLAIMS (.1);
                                             TELECONFERENCE WITH B. GASTON RE:
                                             OBJECTION TO ASSUMED LEASE CLAIMS (.2);
                                             TELECONFERENCE WITH B. GASTON AND E.
                                             POLLACK RE: OBJECTION TO ASSUMED LEASE
                                             CLAIMS (.3); REVIEW AND REVISE
                                             OBJECTION TO ASSUMED LEASE CLAIMS BASED
                                             UPON ADDITIONAL COMMENTS RECEIVED (.4);
                                             REVIEW CORRESPONDENCE FROM B. GASTON
                                             RE: CLAIM RESERVES FOR REJECTED LEASES
                                             (.1).

SCHWARZMAN T*         10/31/06        0.50   REVIEW XL/MARSH SETTLEMENT AGREEMENT
                                             AND CORRESPONDING MOTION (.5).

TURETSKY DM          10/31/06        0.70   E-MAIL TO S. STREUSAND RE: FILING OF
                                             DELL STIPULATION (.1); TELECONFERENCE
                                             WITH R. GRAY RE: DELL STIPULATION (.1);
                                             E-MAIL TO J. JAMES, S. GRIMM RE: FILING
                                             OF DELL STIPULATION (.1); E-MAIL TO L.
                                             METZGER AND F. HYMAN RE: REQUEST FOR
                                             ADMINISTRATIVE EXPENSE BY IBI (.2);
                                             E-MAIL TO J. JAMES, S. GRIMM RE: REQUEST
                                             FOR ADMINISTRATIVE EXPENSE BY IBI (.2).

**MATTER TOTAL**                   <u>**352.50**</u>

* Law clerks are law school graduates who are not presently admitted
to practice.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Winn-Dixie Stores, Inc. (DIP)                        Bill Date: 01/03/07
Claims Admin. (Reclamation/Trust Funds)              Bill Number: 1128259

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| EICHEL S | 10/03/06 | 1.00 | REVIEW PROPOSED EMAIL FROM T. WUERTZ TO B. KICHLER RE: STATUS OF ISSUES WITH ASM CAPITAL AND PAYMENTS TO KRISPY KREME (.2); TEL. CONFS. WITH T. WUERTZ RE: PAYMENT TO KRISPY KREME AND DRAFT EMAIL TO B. KICHLER RE: SAME (.3); TELECONFERENCE WITH F. GUTHRIE (KRISPY KREME) AND T. WUERTZ RE: PAYMENTS TO KRISPY KREME (.2); REVIEW T. WUERTZ EMAIL TO B. KICHLER RE: PAYMENTS TO KRISPY KREME (.1); TELECONFERENCE WITH B. KICHLER PAYMENTS TO KRISPY KREME (.2). |
| EICHEL S | 10/04/06 | 0.20 | REVIEW EMAIL FROM T. WUERTZ RE: RESPONDING TO ASM CAPITAL INQUIRY AS TO STATUS OF RECLAMATION PAYMENTS TO KRISPY KREME (.1); DRAFT EMAIL TO T. WUERTZ RE: TIMING ISSUES IN DEALING WITH ASM CAPITAL WITH RESPECT TO PAYMENTS TO KRISPY KREME (.1). |
| EICHEL S | 10/06/06 | 0.20 | REVIEW EMAIL FROM R. GRAY RE: PAYMENTS TO RECLAMATION VENDORS (.1); DRAFT EMAIL TO T. WUERTZ RE: PAYMENTS TO RECLAMATION VENDORS (.1). |
| EICHEL S | 10/07/06 | 0.10 | DRAFT EMAIL TO T. WUERTZ RE: KRISPY KREME RECLAMATION PAYMENTS ISSUE (.1). |
| EICHEL S | 10/09/06 | 0.80 | TELECONFERENCE WITH T. WUERTZ RE: KRISPY KREME RECLAMATION PAYMENTS ISSUE (.1); TELECONFERENCE WITH T. WUERTZ RE: COMMUNICATION WITH F. GUTHRIE RE: RECLAMATION PAYMENTS TO KRISPY KREME (.1); REVIEW AND REVISE PROPOSED EMAIL TO ASM CAPITAL RE: RECLAMATION PAYMENTS TO KRISPY KREME (.1); REVIEW EMAIL FROM A. LIU RE: RECLAMATION PAYMENTS (.1); REVIEW EMAIL FROM R. GRAY RE: RECLAMATION PAYMENTS CONFERENCE CALL (.1); DRAFT EMAIL TO R. GRAY RE: RECLAMATION PAYMENTS (.1); DRAFT EMAIL TO T. WUERTZ RE: INFORMATION RELATING TO TRADE VENDORS THAT OPTED INTO TRADE LIEN PROGRAM (.1); REVIEW T. WUERTZ DRAFT EMAIL TO ASM RE: RECLAMATION PAYMENTS TO KRISPY KREME (.1). |

| EICHEL S | 10/10/06 | 0.30 | REVIEW EMAIL FROM R. GRAY RE: PAYMENTS TO RECLAMATION VENDORS (.1); PARTICIPATE IN CONFERENCE CALL WITH A. LIU, R. GRAY, E. POLLACK, K. LOGAN AND OTHERS RE: PAYMENTS TO RECLAMATION VENDORS (.2). |
| EICHEL S | 10/12/06 | 0.30 | TELECONFERENCE WITH T. WUERTZ RE: ASM CAPITAL PAYMENT ISSUES (.1); REVIEW EMAIL FROM T. WUERTZ RE: STATUS OF LIBBEY GLASS RECLAMATION CLAIM (.1); REVIEW EMAIL FROM T. WUERTZ RE: ASM CAPITAL ISSUES RELATING TO PAYMENTS TO KRISPY KREME (.1). |
| EICHEL S | 10/25/06 | 0.20 | REVIEW EMAIL FROM ASM CAPITAL (HEATHER) RE: STATUS OF RECOVERY OF PAYMENT TO KRISPY KREME (.1); DRAFT EMAIL TO B. KICHLER RE: EMAIL FROM ASM CAPITAL AND RENEWED EFFORTS TO REACH OUT TO KRISPY KREME (.1). |
| EICHEL S | 10/27/06 | 0.10 | REVIEW EMAIL ROM T. WUERTZ RE ASM CAPITAL'S EMAIL TO XROADS RE: PAYMENTS TO KRISPY KREME (.1). |

**MATTER TOTAL**                                    **3.20**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                      **Bill Date: 01/03/07**
**Disclosure Statement/ Voting Issues**                **Bill Number: 1128259**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 10/01/06 | 2.30 | REVIEW AND RESPOND TO MEMORANDUM FROM S. BUSEY RE: DISCLOSURE OF VOTING RESULTS PRE-FILING (.1); EXCHANGE EMAILS WITH K. LOGAN RE: PLAN CLASSIFICATION ISSUES (.1); REVIEW REVISED 3018 BALLOT REPORT AND DRAFT MEMORANDUM TO B. CROCKER RE: QUESTIONS (.2); PREPARE CHART OF PLAN CLASS MOTIONS AND 3018 MOTIONS WITH STATUS FOR EACH (1.8); DRAFT MEMORANDUM TO J. BAKER, S. BUSEY ET AL. RE: SAME (.1). |
| GRAY RW | 10/02/06 | 2.50 | TELECONFERENCE WITH K. LOGAN RE: 3018/PLAN CLASS AND VOTING ISSUES (.3); REVISE CHART AND RECIRCULATE (.4); REVIEW SCENARIOS REPORT FROM K. LOGAN (.3); TELECONFERENCE WITH K. LOGAN RE: SAME (.1); DRAFT MEMORANDUM CIRCULATING SCENARIOS (.1); EXCHANGE EMAILS WITH K. LOGAN RE: HANDLING OF CLAIMS DISPOSED OF SINCE 8/1 (.1); CONFERENCE CALL WITH K. LOGAN AND SKADDEN AND SMITH HULSEY TEAMS RE: VOTING ISSUES (1.1); TELECONFERENCE WITH K. LOGAN RE: CALL FROM COURT CLERK RE: TABULATION REPORT AND REVIEW EMAILS FROM K. LOGAN AND J. POST RE: SAME (.1). |
| RAVIN AS | 10/03/06 | 0.10 | TELECONFERENCE WITH K. LOGAN RE: VOTING DECLARATION (.1). |
| GRAY RW | 10/04/06 | 1.70 | REVIEW AND COMMENT ON ORDERS FOR 3018/PLAN MOTIONS (.2); REVIEW AND COMMENT ON 3018/PLAN CLASS ORDERS (.4); REVIEW MEMORANDUM FROM M. COMERFORD RE: VOTING UPDATE, EXCHANGE EMAILS WITH K. LOGAN RE: SAME AND DRAFT RESPONSE TO M. COMERFORD (.1); REVIEW AND COMMENT ON LATEST DRAFT OF LOGAN VOTE CERTIFICATION (.7); REVIEW AND COMMENT ON CERTIFICATE OF SERVICE FOR 3018 BALLOTS (.1); EXCHANGE EMAILS WITH K. LOGAN AND B. CROCKER RE: SAME AND LOGISTICS FOR HEARING (.1); REVIEW MEMORANDUM FROM K. LOGAN RE: ADDITIONAL 3018 BALLOTS AND EXCHANGE EMAILS WITH SAME AND A. RAVIN RE: REFLECTING IN ORDERS (.1). |

RAVIN AS       10/04/06       1.10   REVIEW CLASS 10 BALLOTS SUBMITTED BY
                                     BULLOCH COUNTY AND CITY OF HAMPTON (.1);
                                     DRAFT MEMORANDUM TO R. GRAY RE: SAME
                                     (.1); CONFERENCE WITH R. GRAY RE: K.
                                     LOGAN DECLARATION (.2); REVIEW AND
                                     REVISE LOGAN DECLARATION (.7).

GRAY RW        10/05/06       0.80   REVIEW MEMORANDA FROM S. HENRY AND A.
                                     RAVIN RE: ALLIANCE SHIPPERS AND DRAFT
                                     MEMORANDUM TO S. BUSEY RE: SAME (.1);
                                     CONFERENCE CALL WITH S. BUSEY, C.
                                     JACKSON, J. CASTLE, A. RAVIN AND K.
                                     LOGAN RE: HEARING RESULTS FOR 3018/PLAN
                                     CLASS MOTIONS (.5); REVIEW REVISED 3018
                                     (.1); DRAFT MEMORANDUM TO S. BUSEY ET
                                     AL. RE: BIG PINE ISSUE AND REVIEW REPLY
                                     (.1).

GRAY RW        10/06/06       0.20   EXCHANGE EMAILS WITH K. LOGAN RE:
                                     BALLOTS OF R. WILCOX CLIENTS (.1);
                                     TELECONFERENCE WITH C. JACKSON AND K.
                                     LOGAN RE: BIG PINE BALLOT AND ENTRY OF
                                     ORDER ON 3018 MOTIONS (.1).

RAVIN AS       10/07/06       0.20   TELECONFERENCE WITH C. JACKSON RE:
                                     COMMENTS TO LOGAN AFFIDAVIT, REVIEW AND
                                     REVISE SAME.

RAVIN AS       10/08/06       0.30   REVIEW AND REVISE LOGAN DECLARATION,
                                     REVIEW MEMORANDA FROM AND DRAFT
                                     MEMORANDA TO R. GRAY RE: SAME.

GRAY RW        10/09/06       0.30   TELECONFERENCE WITH A. RAVIN AND K.
                                     LOGAN RE: FINAL CHANGES TO VOTING
                                     TABULATION (.2); REVIEW AND COMMENT ON
                                     FINAL VOTING DECLARATION (.1).

RAVIN AS       10/09/06       1.80   REVIEW LOGAN CERTIFICATION AND CHECK
                                     DOCKET RE: DATES LOGAN BALLOT
                                     AFFIDAVITS WERE FILED, DRAFT MEMORANDUM
                                     TO R. GRAY RE: SAME (.3); REVIEW
                                     CORRESPONDENCE FROM K. LOGAN RE:
                                     INTERACTIVE COMMUNICATIONS
                                     INTERNATIONAL, INC., REVIEW DOCKET RE:
                                     ORDER DENYING CLAIM OF SAME (.2); REVIEW
                                     EXHIBITS TO VOTING AFFIDAVIT SUPPLIED
                                     BY E. CROCKER (.2); CALL WITH K. LOGAN
                                     AND R. GRAY RE: VOTING AFFIDAVIT (.2);
                                     FINALIZE LOGAN VOTING AFFIDAVIT FOR
                                     FILING (.8); DRAFT CORRESPONDENCE TO
                                     AND REVIEW CORRESPONDENCE FROM K. WARD
                                     RE: SAME, TELECONFERENCE WITH SAME RE:
                                     SAME (.1).

GRAY RW        10/11/06       0.10   TELECONFERENCE WITH C. JACKSON RE:
                                     MOTION TO DISALLOW CLAIMS FOR VOTING AND
                                     RE: LOGAN REVISED DECLARATION (.1).

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| GRAY RW | 10/12/06 | 0.20 | REVIEW AND RESPOND TO MEMORANDUM FROM A. RAVIN RE: LOGAN VOTING SCENARIOS (.1); EXCHANGE EMAILS WITH K. LOGAN AND M. BARR RE: VOTES BY DEBTOR WITHIN CLASS 13 (.1). |
| RAVIN AS | 10/12/06 | 0.40 | TELECONFERENCE WITH E. CROCKER RE: REVISED VOTING REPORTS (.2); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM E. CROCKER RE: VOTING REPORTS REVIEW VOTING REPORTS RE: SAME (.2). |

**MATTER TOTAL**                      <u>**12.00**</u>

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                          **Bill Date: 01/03/07**
**Employee Matters (General)**                              **Bill Number: 1128259**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| OLSHAN R | 10/01/06 | 1.10 | TELECONFERENCE WITH MILLBANK TWEED AND A. BERNSTEIN (1.1). |
| BAKER DJ | 10/02/06 | 3.40 | TRANSMITTAL EMAIL TO M. BARR AND A. BERNSTEIN RE: ISSUES RELATED TO EMPLOYMENT AGREEMENT FOR P. LYNCH (.3); REVIEW OPEN ISSUES RELATED TO EMPLOYMENT AGREEMENT FOR P. LYNCH (1.2); BEGIN REVIEW OF REPORT FROM EMPLOYMENT CONSULTANT RELATED TO VALUATION ALTERNATIVES FOR CONTRACT WITH P. LYNCH (1.4); SEND EMAIL TO M. BARR, S. BURIAN, A. BERNSTEIN AND R. OLSHAN RE: CONFERENCE CALL RELATED TO EMPLOYMENT AGREEMENT FOR P. LYNCH (.1); REVIEW REPLIES TO EMAIL (.1); CONFERENCE CALL WITH M. BARR, S. BURIAN, A. BERNSTEIN AND R. OLSHAN RELATED EMPLOYMENT AGREEMENT FOR P. LYNCH (.3). |
| OLSHAN R | 10/02/06 | 0.30 | TELECONFERENCE WITH MILLBANK TWEED, SKADDEN AND A. BERNSTEIN (.3). |
| GRAY RW | 10/02/06 | 0.30 | CONFERENCE CALL WITH A. BERNSTEIN, J. BAKER, R. OLSHAN, S. STROUD, R. BARUSCH, M. COMERFORD AND S. PRICE RE: LYNCH AGREEMENT (.3). |
| BAKER DJ | 10/03/06 | 6.10 | CONTINUE REVIEW OF ISSUES RELATED TO EMPLOYMENT AGREEMENT FOR P. LYNCH (1.6); CONFERENCE CALL WITH M. BARR, A. BERNSTEIN, S. BURIAN, AND R. OLSHAN ET AL. RELATED TO CONTRACT FOR P. LYNCH (.5); REVIEW LATEST DRAFT OF CONTRACT (1.4); TELECONFERENCE WITH M. BARR WITH RESPECT TO DRAFT CONTRACT (.3); TELECONFERENCE WITH WITH L. APPEL WITH RESPECT TO CONTRACT FOR P. LYNCH (.3); TELECONFERENCE WITH S. BURIAN RE: CONTRACT FOR MR. LYNCH (.3); EMAIL TO L. APPEL AND A. BERNSTEIN RELATED TO COURT APPROVAL OF CONTRACT FOR P. LYNCH (.4); TELECONFERENCE WITH S. BUSEY RE: ISSUES RELATED TO COURT APPROVAL OF CONTRACT WITH P. LYNCH (.3); REVIEW COMMENTS FROM A. BERNSTEIN RELATED TO DRAFT OF CONTRACT (1.0). |
| OLSHAN R | 10/03/06 | 0.80 | TELECONFERENCE WITH J. BAKER ET AL. (.5); SECOND TELECONFERENCE WITH J. BAKER, ET AL. RE: LYNCH AGREEMENT (.3). |

| | | | |
|---|---|---|---|
| GRAY RW | 10/03/06 | 0.90 | PARTICIPATE IN CONFERENCE CALL WITH MILBANK, SKADDEN AND HOULIHAN TEAMS AND A. BERNSTEIN RE: P. LYNCH CONTRACT ISSUES (.5); DRAFT MEMORANDUM TO A. BERNSTEIN RE: DECISION TO DEFER FILING (.1); CONFERENCE CALL WITH J. BAKER, R. OLSHAN, A. BERNSTEIN AND L. APPEL RE: LYNCH AGREEMENT ISSUES (.3). |
| BAKER DJ | 10/04/06 | 2.40 | TELECONFERENCE WITH R. OLSHAN RE: COMPANY ISSUES RELATED TO CONTRACT FOR MR. LYNCH (.3); TELECONFERENCE WITH R. OLSHAN AND L. APPEL RE: ISSUES RELATED TO CONTRACT FOR MR. LYNCH (.4); REVIEW EMAIL FROM R. BARUSCH RELATED TO CONTRACT FOR MR. LYNCH (.2); RESPOND TO EMAIL FROM R. BARUSCH RELATED TO CONTRACT FOR MR. LYNCH (.1); REVIEW CONTRACT ISSUES RELATED TO EMPLOYMENT AGREEMENT WITH MR. LYNCH (1.4). |
| OLSHAN R | 10/04/06 | 0.70 | CONFERENCE WITH J. BAKER RE: LYNCH EMPLOYMENT AGREEMENT ISSUES (.3); CONFERENCE WITH J. BAKER AND L. APPEL RE: LYNCH EMPLOYMENT (.4). |
| GRAY RW | 10/04/06 | 0.10 | REVIEW AND RESPOND TO MEMORANDUM FROM J. BAKER RE: LYNCH CONTRACT APPROVAL ISSUES (.1). |
| SHAH MD | 10/04/06 | 2.80 | RESEARCH RE: 409A RE: PETER'S CONTRACT (2.8). |
| BAKER DJ | 10/05/06 | 2.30 | REVIEW EMAIL FROM R. BARUSCH WITH RESPECT TO EMPLOYMENT AGREEMENT FOR MR. LYNCH (.1); RESPOND TO R. BARUSCH WITH RESPECT TO CONTRACT WITH MR. LYNCH (.2); REVIEW FURTHER EMAIL FROM R. BARUSCH RE: CONTRACT WITH MR. LYNCH (.2); RESPOND TO FURTHER EMAIL FROM MR. BARUSCH RELATING TO CONTRACT FROM MR. LYNCH (.2); TRANSMIT EMAIL TO L. APPEL RE: CONTRACT WITH MR. LYNCH (.3); REVIEW REPLY FROM MR. APPEL (.2); CONTINUE REVIEW OF ISSUES RELATED TO CONTRACT WITH MR. LYNCH (1.1). |
| OLSHAN R | 10/05/06 | 3.80 | LYNCH EMPLOYMENT AGREEMENT AND 409A ISSUES (3.8). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| GRAY RW | 10/05/06 | 0.40 | REVIEW MEMORANDUM FROM L. APPEL RE: P. LYNCH AGREEMENT AND DRAFT MEMORANDUM TO J. BAKER RE: MOTION/ORDER ISSUES (.1); EMAILS AND TELECONFERENCE WITH R. BARUSCH RE: AGREEMENT ISSUES (.1); REVIEW DISCLOSURE STATEMENT AND DRAFT MEMORANDUM TO J. BAKER AND R. BARUSCH RE: DISCLOSURE STATEMENT STATEMENTS RE: AGREEMENT STATUS (.1); TELECONFERENCE WITH S. STROUD AND M. SHAH RE: STATUS OF EQUITY PLAN (.1). |
| SHAH MD | 10/05/06 | 0.10 | DISCUSSION WITH S. STROUD AND R. GRAY RE: PETER LYNCH EMPLOYMENT AGREEMENT ISSUES (.1). |
| OLSHAN R | 10/06/06 | 2.10 | ANALYSIS OF OPTION PLAN ISSUES RELATING TO LYNCH AGREEMENT (2.1). |
| OLSHAN R | 10/09/06 | 0.90 | REVIEW PETER LYNCH EMPLOYMENT AGREEMENT AND RELATED 409A ISSUES (.9). |
| SHAH MD | 10/09/06 | 2.40 | ANALYSIS OF WITHOLDING ISSUES AND ISSUES RELATING TO EMPLOYMENT AGREEMENT FOR LYNCH (2.4). |
| TURETSKY DM | 10/09/06 | 0.40 | BACKGROUND RESEARCH AND ANALYSIS IN CONNECTION WITH PREPARING MOTION TO APPROVE P. LYNCH EMPLOYMENT AGREEMENT (.4). |
| BAKER DJ | 10/10/06 | 0.80 | REVIEW EMAIL FROM A. BERNSTEIN RE: EMPLOYMENT AGREEMENT WITH MR. LYNCH (.1); RESPOND TO EMAIL FROM A. BERNSTEIN RELATING TO AGREEMENT WITH MR. LYNCH (.1); REVIEW REPLY FROM A. BERNSTEIN (.1); REVIEW COMMENTS FROM M. BARR TO DEFERRED COMPENSATION AGREEMENT WITH MR. LYNCH (.4); EMAIL D. TURETSKY RE: CONFERENCE CALL TO DISCUSS ISSUES RELATED TO EMPLOYMENT AGREEMENT WITH MR. LYNCH (.1). |
| TURETSKY DM | 10/10/06 | 5.70 | E-MAIL TO A. BERNSTEIN RE: LYNCH EMPLOYMENT CONTRACT (.1); FURTHER RESEARCH IN CONNECTION WITH PREPARING MOTION TO APPROVE P. LYNCH CONTRACT (.1); DRAFT MOTION TO APPROVE EMPLOYMENT AGREEMENT WITH P. LYNCH (5.5). |
| OLSHAN R | 10/11/06 | 0.90 | REVIEW PETER LYNCH EMPLOYMENT AGREEMENT AND RELATED 409A ISSUES (.9). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| GRAY RW | 10/11/06 | 0.70 | REVIEW AND REVISE MOTION TO APPROVE LYNCH AGREEMENT (.3); TELECONFERENCE WITH D. TURETSKY RE: COMMENTS/INSTRUCTIONS ON SAME (.1); CONFERENCE CALL WITH M. BYRUM ET AL. RE: LYNCH AGREEMENT ISSUES (.1); DRAFT MEMORANDA TO J. BAKER AND L. APPEL RE: COURT APPROVAL ISSUES ON LYNCH AGREEMENT (.2). |
| SHAH MD | 10/11/06 | 6.20 | REVIEW OF MOTION RE: LYNCH CONTRACT (1.3); CALL WITH SCOTT PRICE AND ANDREW BERNSTEIN RE: LYNCH CONTRACT (1.6); REVISIONS TO LYNCH EMPLOYMENT DOCUMENTS (1.8); CALL WITH COMPANY, DISTRIBUTION AGENT AND OTHERS RE: WITHHOLDING OF TAXES ON SRP/MSRP PLANS (1.5). |
| TURETSKY DM | 10/11/06 | 2.40 | TELECONFERENCE WITH R. GRAY RE: MOTION TO APPROVE LYNCH EMPLOYMENT AGREEMENT (.1); E-MAIL TO L. APPEL, J. CASTLE, M. FREITAG, F. HUFFARD, S. BUSEY, J. POST, AND C. JACKSON RE: MOTION TO APPROVE LYNCH EMPLOYMENT AGREEMENT (.2); E-MAIL TO A. BERNSTEIN RE: MOTION TO APPROVE LYNCH EMPLOYMENT AGREEMENT (.3); FURTHER RESEARCH/ANALYSIS IN CONNECTION WITH MOTION TO APPROVE NEW EMPLOYMENT CONTRACT FOR P. LYNCH (1.0); REVISE MOTION TO APPROVE NEW EMPLOYMENT CONTRACT FOR P. LYNCH (.8). |
| OLSHAN R | 10/12/06 | 0.70 | ANALYSIS OF TAX WITHHOLDING ISSUES (.7). |
| GRAY RW | 10/12/06 | 0.20 | REVIEW AND COMMENT ON LYNCH ORDER (.2). |
| TURETSKY DM | 10/12/06 | 3.60 | PREPARE EXHIBITS TO AFFIX TO MOTION TO APPROVE P. LYNCH CONTRACT (.4); DRAFT NOTICE OF HEARING FOR MOTION TO APPROVE P. LYNCH CONTRACT (.1); DRAFT PROPOSED ORDER RE: MOTION TO APPROVE P. LYNCH CONTRACT (.2); FURTHER RESEARCH/ANALYSIS RE: OPEN ISSUES CONCERNING MOTION TO APPROVE P. LYNCH EMPLOYMENT CONTRACT (1.2); FINALIZE FOR FILING MOTION TO APPROVE P. LYNCH EMPLOYMENT CONTRACT (.7); CONFERENCE CALL WITH M. SHAH, D. J. BAKER, L. APPEL, AND N. BUBNOVICH RE: LYNCH EMPLOYMENT CONTRACT (.7); TELECONFERENCE WITH M. FREITAG RE: LYNCH EMPLOYMENT CONTRACT (.2); TELECONFERENCE WITH C. JACKSON RE: LYNCH EMPLOYMENT CONTRACT (.1). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| GRAY RW | 10/13/06 | 2.10 | REVIEW MEMORANDUM FROM L. APPEL RE: SRP TRUST, REVIEW SRP, DRAFT MEMORANDUM TO R. OLSHAN AND M. SHAH AND DRAFT RESPONSE TO L. APPEL (.3); FOLLOW UP EMAIL EXCHANGE WITH S. REINKEN RE: TIMING ISSUES ON SRP FUNDS (.2); REVIEW AND RESPOND TO MEMORANDUM FROM M. SHAH RE: TRUST AGREEMENT V. CHAPTER 11 PLAN, AND FOLLOW UP EMAIL EXCHANGE (.3); TELECONFERENCE WITH S. REISNER RE: TRUST AGREEMENT AND BANKRUPTCY ARGUMENTS (.2); DRAFT MEMORANDUM TO M. SHAH ET AL. RE: ORDER OPTION (.1); DRAFT MEMORANDUM TO S. HENRY ET AL. RE: ADDITIONAL ORDER PROVISION TO ADDRESS SRP TRUST FUNDS (.1); DRAFT MEMORANDUM TO L. APPEL ET AL. RE: SRP TRUST ISSUE ISSUES AND ORDER (.2); DRAFT PROVISION FOR CONFIRMATION ORDER AND CIRCULATE (.3);  EXCHANGE EMAILS WITH S. REISNER RE: SAME (.1); REVIEW MSP/SRP TERMINATION RESOLUTIONS AND DRAFT MEMORANDUM TO S. REISNER ET AL. RE: TIMING ON SAME VIS A VIS PLAN EFFECTIVENESS (.3). |
| GRAY RW | 10/16/06 | 0.50 | REVIEW T. ROWE PRICE TRUST AGREEMENT PER INQUIRY FROM M. BARR (.3); DRAFT MEMORANDUM TO L. APPEL AT AL. RE: T. ROWE PRICE AGREEMENTS RE: REJECTION DAMAGES (.1); DRAFT MEMORANDUM TO L. APPEL ET AL. RE: MOTION TO OBTAIN SRP FUNDS FROM TRUST (.1). |
| GRAY RW | 10/17/06 | 0.20 | TELECONFERENCE WITH T. WILLIAMS RE: MOTION ON SRP (.1); REVIEW MEMORANDUM FROM T. WILLAMS AND EXCHANGE EMAILS WITH D. TURETSKY RE: DRAFTING OF MOTION TO RELEASE SRP TRUST FUNDS (.1). |
| TURETSKY DM | 10/17/06 | 1.30 | E-MAIL TO L. HEWETT RE: P. LYNCH CONTRACT AND RELATED MOTION FOR 8K FILING (.5); E-MAIL TO R. BARUSCH RE: EMPLOYEE CONTRACT REJECTION ORDER (.1); RESEARCH RE: ISSUES CONCERNING TRANSFER OF SRP FUNDS HELD IN TRUST BY T. ROWE PRICE (.7). |
| GRAY RW | 10/19/06 | 0.10 | EXCHANGE VOICEMAILS WITH T. WILLIAMS RE: TIMING ON SRP MOTION AND COORDINATE WITH D. TURETSKY RE: SAME (.1). |
| BAKER DJ | 10/20/06 | 1.10 | CONTINUE REVIEW OF CONTRACT ISSUES RELATED TO RETENTION AGREEMENT FOR P. LYNCH (1.1). |
| TURETSKY DM | 10/20/06 | 0.20 | REVIEW 8-K RE: P. LYNCH CONTRACT MOTION (.2). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

TURETSKY DM      10/22/06      2.80    DRAFT MOTION FOR TRANSFER OF FUNDS HELD
                                       IN TRUST BY T. ROWE PRICE (2.6); DRAFT
                                       PROPOSED ORDER RE: T. ROWE PRICE MOTION
                                       (.2).

BAKER DJ         10/23/06      0.50    REVIEW EMAILS FROM R. BARUSCH RE:
                                       EMPLOYMENT AGREEMENT FOR P. LYNCH (.3);
                                       REVIEW REPLY OF L. APPEL TO EMAIL FROM
                                       R. BARUSCH (.1); RESPOND TO EMAIL FROM
                                       L. APPEL (.1).

GRAY RW          10/23/06      0.80    REVIEW AND REVISE MOTION AND ORDER TO
                                       DIRECT RELEASE OF SRP TRUST FUNDS (.7);
                                       TELECONFERENCE WITH D. TURETSKY RE:
                                       COMMENTS ON REVISED T. ROWE PRICE MOTION
                                       AND ORDER (.1).

TURETSKY DM      10/23/06      2.40    REVISE MOTION FOR TRANSFER OF FUNDS HELD
                                       IN TRUST BY T. ROWE PRICE (1.3); REVISE
                                       PROPOSED ORDER RE: MOTION FOR TRANSFER
                                       OF FUNDS HELD IN TRUST BY T. ROWE PRICE
                                       (.2); TELEPHONE CALLS WITH R. GRAY RE:
                                       MOTION FOR TRANSFER OF FUNDS HELD IN
                                       TRUST BY T. ROWE PRICE (.1); E-MAIL TO
                                       T. WILLIAMS, L. RODRIGUEZ AND S. REISNER
                                       RE: RE: MOTION FOR TRANSFER OF FUNDS
                                       HELD IN TRUST BY T. ROWE PRICE (.2);
                                       E-MAIL TO M. BARR, J. MILTON, AND M.
                                       COMERFORD RE: MOTION FOR TRANSFER OF
                                       FUNDS HELD IN TRUST BY T. ROWE PRICE
                                       (.1); FURTHER ANALYSIS RE: ISSUES
                                       CONCERNING 8-K CONCERNING P. LYNCH
                                       CONTRACT MOTION (.5).

BAKER DJ         10/24/06      0.70    REVIEW EMAIL FROM L. APPEL RELATED TO
                                       EMPLOYMENT AGREEMENT WITH P. LYNCH
                                       (.2); REPLY TO EMAIL FROM L. APPEL (.2);
                                       REVIEW ISSUES RELATED TO EMPLOYMENT
                                       AGREEMENT WITH P. LYNCH (.3).

GRAY RW          10/24/06      0.30    TELECONFERENCE WITH S. REISNER RE: SRP
                                       TRUST ISSUES, EMPLOYEE WITHHOLDING AND
                                       SSA INQUIRY (.3).

| | | | |
|---|---|---|---|
| TURETSKY DM | 10/24/06 | 4.10 | REVIEW OFFICER COMPENSATION PLAN IN CONNECTION WITH DETERMINING POST-CONFIRMATION DISPOSITION (.3); REVIEW DIRECTOR DEFERRED COMPENSATION PLAN IN CONNECTION WITH DETERMINING POST-CONFIRMATION DISPOSITION (.3); TELECONFERENCE WITH T. WILLIAMS RE: BARROW RELEASE AGREEMENT REJECTION (.1); MEMORANDUM TO A. SALDANO AND D. RUSSELL OFFICER COMPENSATION PLAN AND DIRECTOR COMPENSATION PLAN (.4); FURTHER REVISE MOTION FOR TRANSFER OF FUNDS HELD IN TRUST BY T. ROWE PRICE (.4); E-MAIL TO T. WILLIAMS, L. RODRIGUEZ, AND S. REISNER RE: MOTION FOR TRANSFER OF FUNDS HELD IN TRUST BY T. ROWE PRICE (.1); TELECONFERENCE WITH R. GRAY RE: MOTION FOR TRANSFER OF FUNDS HELD IN TRUST BY T. ROWE PRICE (.2); E-MAIL TO S. REISNER RE: TRADING OF MSP/SRP CLAIMS (.1); RESEARCH RE: UPHOLDING PROHIBITION ON TRADING OF MSP/SRP CLAIMS (2.2). |
| TURETSKY DM | 10/25/06 | 4.80 | FURTHER RESEARCH RE: UPHOLDING PROHIBITION ON TRADING OF MSP/SRP CLAIMS (4.0); TELEPHONE CALLS WITH S. REISNER RE: UPHOLDING PROHIBITION ON TRADING OF MSP/SRP CLAIMS (.7); E-MAIL TO C. JACKSON RE: NOTICE OF HEARING RE: BARROW RELEASE REJECTION (.1). |
| GRAY RW | 10/26/06 | 0.10 | REVIEW T. ROWE PRICE COMMENTS ON TRUST FUND MOTION AND ORDER AND DRAFT MEMORANDUM TO T. WILLIAMS AND D. TURETSKY RE: SAME (.1). |
| TURETSKY DM | 10/26/06 | 0.70 | REVIEW COMMENTS RECEIVED FROM T. ROWE PRICE RE: MOTION TO TURNOVER SRP FUNDS HELD IN TRUST (.2); E-MAILS TO T. WILLIAMS RE: COMMENTS RECEIVED FROM T. ROWE PRICE (.1); REVISE T. ROWE PRICE MOTION (.4). |
| GRAY RW | 10/27/06 | 0.20 | REVIEW AND RESPOND TO MEMORANDUM FROM T. WILLIAMS RE: T. ROWE PRICE DISCHARGE LANGUAGE (.1); REVIEW AND COMMENT ON REVISED T. ROWE PRICE MOTION AND ORDER (.1). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| TURETSKY DM | 10/27/06 | 2.30 | REVISE AND FINALIZE T. ROWE PRICE MOTION FOR FILING (1.7); E-MAIL TO T. WILLIAMS, L. RODRIGUEZ RE: T. ROWE PRICE MOTION (.1); E-MAIL TO M. BARR, J. MILTON, AND M. COMERFORD RE: T. ROWE PRICE MOTION (.1); E-MAIL TO N. MAITLAND RE: T. ROWE PRICE MOTION (.2); E-MAIL TO J. POST, C. JACKSON, K. WARD, AND T. COPELAND RE: T. ROWE PRICE MOTION (.1); REVIEW AND COMMENT RE: RESPONSE E-MAIL FROM R. GRAY TO MR. SARISON RE: MSP/SRP OBJECTION (.1). |
| BAKER DJ | 10/30/06 | 0.40 | REVIEW EMAIL FROM L. APPEL WITH RESPECT TO EMPLOYMENT AGREEMENT FROM P. LYNCH (.2); RESPOND TO EMAIL FROM L. APPEL RE: ISSUES RELATED TO CONTRACT WITH MR. LYNCH (.2). |

**MATTER TOTAL**       <u>**78.10**</u>

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

**Winn-Dixie Stores, Inc. (DIP)**                                    Bill Date: 01/03/07
**Executory Contracts (Personalty)**                                 Bill Number: 1128259

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 10/02/06 | 0.80 | REVIEW CONTRACT FILES AND DRAFT MEMORANDA TO D. TURETSKY TO CONFIRM COVERAGE OF CERTAIN CONTRACTS IN MOTIONS TO ASSUME OR REJECT (.8). |
| GRAY RW | 10/03/06 | 0.40 | TELECONFERENCE WITH J. JAMES AND B. KICHLER RE: ANDERSON NEWS STATUS (.1); DRAFT MEMORANDA TO SAME AND D. RABON RE: UPDATE ON ANDERSON NEWS ISSUES (.1); TELECONFERENCE WITH D. TURETSKY RE: PENDING CONTRACT ISSUES (.1); REVIEW AND COMMENT ON CIGNA REVISIONS TO CURE ORDER (.1). |
| EICHEL S | 10/03/06 | 0.80 | TELECONFERENCE WITH B. KICHLER, J. JAMES AND OTHERS RE: OUTSTANDING REJECTION/ASSUMPTION ISSUES (.7); DRAFT EMAIL TO T. WUERTZ RE: WHETHER ANDERSON NEWS OPTED INTO TRADE LIEN PROGRAM IN CONNECTION WITH NEGOTIATING RESOLUTION OF ASSUMPTION OF ANDERSON NEWS CONTRACT (.1). |

TURETSKY DM    10/03/06    9.30    REVIEW CIGNA COMMENTS RE: AGREED ORDER
TO RESOLVE CIGNA OBJECTION TO SECOND
OMNIBUS ASSUMPTION MOTION (.3); FURTHER
ANALYSIS RE: ASSUMPTION OF CIGNA
AGREEMENTS (.4); E-MAIL TO J. JAMES, B.
KICHLER, AND J. POST RE: CIGNA CONTRACTS
(.1); TELECONFERENCE WITH B. GASTON AND
J. YOUNG RE: ALABAMA POWER CONTRACTS
(.5); TELECONFERENCE WITH R. GRAY RE:
ALABAMA POWER CONTRACTS (.1); FURTHER
RESEARCH RE: ALABAMA POWER CONTRACTS
(.8); TELEPHONE CALLS WITH C. JACKSON
RE: ASSUMPTION/REJECTION MOTIONS FOR
OCTOBER 5 HEARING (.2); TELECONFERENCE
TO J. JAMES RE: ASSUMPTION/REJECTION
MOTIONS FOR OCTOBER 5 HEARING (.1);
FURTHER RESEARCH RE: KEMPER OBJECTION
TO 4TH OMNIBUS ASSUMPTION MOTION (.1);
TELECONFERENCE WITH L. PRENDERGAST RE:
PEPSI CONTRACT (.1); E-MAIL TO J. JAMES,
B. KICHLER, J. YOUNG, B. GASTON, K.
FAGERSTROM, J. EDMONSTON RE: PEPSI
CONTRACT (.2); TELECONFERENCE WITH K.
FAGERSTROM RE: PEPSI CONTRACT (.1);
FURTHER RESEARCH RE: GE LIGHTING
ASSUMPTION AGREEMENT (.2);
TELECONFERENCE TO R. METH RE: GE
LIGHTING ASSUMPTION AGREEMENT (.1);
TELECONFERENCE WITH B. KICHLER RE: GE
LIGHTING ASSUMPTION AGREEMENT (.2);
TELECONFERENCE TO P. CARINO RE: GE
LIGHTING ASSUMPTION AGREEMENT (.1);
E-MAIL TO P. CARINO AND R. METH RE: GE
LIGHTING ASSUMPTION AGREEMENT (.2);
FURTHER REVISE STIPULATION WITH MEDICAL
SECURITY CARD COMPANY (.9); FURTHER
REVISE MOTION TO APPROVE STIPULATION
WITH MEDICAL SECURITY CARD COMPANY
(.5); TELECONFERENCE WITH C. SMITH RE:
MEDICAL SECURITY CARD COMPANY CONTRACTS
(.2); TELEPHONE CALLS WITH J. FRANK RE:
IRI CONTRACT (.2); E-MAIL TO J. FRANK
RE: IRI CONTRACT (.2); TELECONFERENCE
WITH S. GRIMM, B. KICHLER, AND J. JAMES
RE: IRI CONTRACT (.2); TELEPHONE CALLS
WITH S. CHRISTIANSON RE:
ORACLE/PEOPLESOFT CONTRACTS (.4);
E-MAILS TO S. CHRISTIANSON RE:
ORACLE/PEOPLESOFT CONTRACTS (.5);
TELECONFERENCE TO B. KICHLER RE:
ANDERSON NEWS CONTRACT (.1);
TELECONFERENCE WITH C. PETERSON RE:
HOBART CONTRACTS (.4); FURTHER RESEARCH
AND ANALYSIS RE: HOBART CONTRACTS (.2);
FURTHER RESEARCH AND ANALYSIS RE:
ISSUES CONCERNING ASSUMPTION/REJECTION
OF EXECUTORY CONTRACTS (.9); CONFERENCE
CALL WITH J. JAMES, B. KICHLER, K.
FAGERSTROM, S. EICHEL RE: OUTSTANDING
CONTRACT ISSUES (.7);

72

|  |  |  | TELEPHONE CALLS WITH E. GUNN RE: CSX CONTRACTS (.1). |
|---|---|---|---|
| GRAY RW | 10/04/06 | 0.50 | REVIEW AND COMMENT ON REVISIONS TO MEDICAL SECURITY CARD STIPULATION (.1); TELECONFERENCE WITH D. TURETSKY RE: COMMITTEE BRIEFING ON SAME (.1); REVIEW AND RESPOND TO MEMORANDUM FROM D. RABON RE: ANDERSON NEWS STATUS (.1); REVIEW AND COMMENT ON CIGNA MEMORANDUM (.1); REVIEW AND COMMENT ON HOBART MEMORANDUM (.1). |
| EICHEL S | 10/04/06 | 0.20 | FINALIZE FIRST OMNIBUS REJECTION ORDER FOR HEARING (.2). |

TURETSKY DM          10/04/06          9.00     FURTHER RESEARCH/ANALYSIS RE: CLAIMS
                                                RELATED TO GE LIGHTING AGREEMENT (.2);
                                                FURTHER REVISE GE LIGHTING ASSUMPTION
                                                AGREEMENT (.3); E-MAIL TO R. METH AND P.
                                                CARINO RE: GE LIGHTING ASSUMPTION
                                                AGREEMENT (.2); TELECONFERENCE WITH R.
                                                METH RE: GE LIGHTING ASSUMPTION
                                                AGREEMENT (.1); FURTHER REVISE MSC
                                                AGREEMENT STIPULATION (.4); E-MAIL TO
                                                J. JAMES, B. KICHLER, AND J. POST RE: MSC
                                                STIPULATION (.1); E-MAIL TO C. SMITH RE:
                                                MSC STIPULATION (.1); E-MAIL TO M. BARR,
                                                J. MILTON, AND M. COMERFORD RE: MSC
                                                STIPULATION (.5); E-MAIL TO J. POST RE:
                                                AGREED ORDER CONCERNING ASSUMPTION OF
                                                CIGNA AGREEMENTS (.5); TELECONFERENCE
                                                WITH C. THOMPSON RE: CIGNA AGREEMENTS
                                                (.1); REVISE AGREED ORDER RE: CIGNA
                                                AGREEMENTS (.5); E-MAIL TO M. BARR, J.
                                                MILTON, AND M. COMERFORD RE: CIGNA
                                                AGREED ORDER (.2) TELEPHONE CALLS WITH
                                                B. GASTON RE: ALABAMA POWER CONTRACT
                                                (.6); TELECONFERENCE WITH WITH K.
                                                FAGERSTROM RE: REJECTED CITICORP COPIER
                                                LEASES (.1); TELECONFERENCE WITH WITH
                                                J. JAMES, B. KICHLER, AND K. FAGERSTROM
                                                RE: ANDERSON NEWS CONTRACT (.4);
                                                FINALIZE ORDER RE: FIRST NEGOTIATED
                                                ASSUMPTION MOTION FOR PRESENTATION AT
                                                OCTOBER 5 HEARING (.2); FINALIZE ORDER
                                                RE: SECOND NEGOTIATED ASSUMPTION MOTION
                                                FOR PRESENTATION AT OCTOBER 5 HEARING
                                                (.3); FINALIZE ORDER RE: THIRD
                                                NEGOTIATED ASSUMPTION MOTION FOR
                                                PRESENTATION AT OCTOBER 5 HEARING (.2);
                                                FINALIZE ORDER RE: 4TH OMNIBUS
                                                ASSUMPTION MOTION FOR PRESENTATION AT
                                                OCTOBER 5 HEARING (.7); FINALIZE ORDER
                                                RE: ORDER TO REJECT CONTRACTS AS OF
                                                OCTOBER 5 FOR PRESENTATION AT HEARING
                                                (.3); E-MAIL TO C. JACKSON RE: ORDERS
                                                FOR PRESENTATION AT OCTOBER 5 HEARING
                                                (.1); TELEPHONE CALLS WITH C. PETERSON
                                                RE: NEGOTIATE SETTLEMENT OF HOBART
                                                CONTRACT ISSUES (.7);  TELEPHONE CALLS
                                                WITH J. JAMES HOBART CONTRACT ISSUES
                                                (.3); TELECONFERENCE WITH WITH B.
                                                GASTON RE: HOBART CONTRACT ISSUES (.1);
                                                E-MAIL TO C. PETERSON RE: HOBART
                                                SETTLEMENT (.7); TELECONFERENCE WITH
                                                WITH J. LEAMY RE: HOBART CONTRACT CLAIM
                                                (.2); CONFERENCE CALL WITH J. JAMES, N.
                                                KICHLER, J. YOUNG, B. GASTON, AND K.
                                                FAGERSTROM RE: OPEN CONTRACT ISSUES
                                                (.6); TELEPHONE CALLS WITH R. GRAY RE:
                                                OPEN CONTRACT ISSUES (.1);
                                                TELECONFERENCE WITH WITH C. JACKSON RE:
                                                CONTRACT ISSUES (.1);

|  |  |  | FURTHER RESEARCH AND ANALYSIS RE: OPEN ISSUES CONCERNING ASSUMPTION/REJECTION OF EXECUTORY CONTRACTS (.1). |
|---|---|---|---|
| GRAY RW | 10/05/06 | 0.20 | REVIEW ALABAMA POWER SETTLEMENT OFFER AND EXCHANGE EMAILS WITH D. TURETSKY RE: DOCUMENTING (.1); DRAFT MEMORANDUM TO COMPANY RE: STATUS OF ANDERSON NEWS AND REVIEW MEMORANDA FROM J. JAMES AND D. RABON RE: SAME (.1). |
| EICHEL S | 10/05/06 | 0.10 | TELECONFERENCE WITH C. JACKSON RE: FIRST OMNIBUS REJECTION MOTION IN CONNECTION WITH HEARING ON MOTION (.1). |
| TURETSKY DM | 10/05/06 | 4.60 | TELEPHONE CALLS WITH C. JACKSON RE: PROPOSED ORDER RELATED TO ASSUMPTION/REJECTION MOTIONS BEING HEARD AT OCTOBER 5 HEARING (.1); FURTHER REVISE ORDER RE: FIRST NEGOTIATED ASSUMPTION MOTION (.2); E-MAIL TO C. JACKSON RE: 1ST NEGOTIATED ASSUMPTION ORDER (.2); TELEPHONE CALLS WITH K. FAGERSTROM RE: ORACLE CONTRACTS AND KEMPER CONTRACT (.3); TELECONFERENCE WITH K. LOGAN RE: SERVICE OF ASSUMPTION/REJECTION ORDERS ENTERED ON OCTOBER 5 (.1); TELECONFERENCE WITH C. THOMPSON RE: AGREED ORDER CONCERNING CIGNA CONTRACT (.1); E-MAIL TO C. THOMPSON RE: AGREED ORDER CONCERNING CIGNA CONTRACT (.1); TELECONFERENCE WITH B. KICHLER RE: GE LIGHTING ASSUMPTION AGREEMENT (.1); FURTHER REVISE GE LIGHTING ASSUMPTION AGREEMENT (.1); E-MAIL TO R. METH RE: GE LIGHTING ASSUMPTION AGREEMENT (.1); TELECONFERENCE TO S. GRIMM RE: IRI CONTRACT (.1); TELECONFERENCE WITH L. BERKOFF RE: GE/WINN-DIXIE TRUCKING LEASE (.1); DRAFT NOTICE OF EVIDENTIARY HEARING FOR A. BARROW CONTRACT REJECTION (.3); DRAFT NOTICE OF EVIDENTIARY HEARING RE: ASSUMPTION OF GE TRUCKING LEASE (.4); TELECONFERENCE WITH WITH J. JAMES AND B. KICHLER RE: ALABAMA POWER CONTRACT ISSUES (.4); E-MAIL TO K. LOGAN RE: SERVICE OF ORDERS ENTERED AT OCTOBER 5 HEARING (.2); TELECONFERENCE WITH WITH C. SMITH RE: MOTION TO APPROVE STIPULATION WITH MEDICAL SECURITY CARD COMPANY (.1); FURTHER REVISE STIPULATION WITH MEDICAL SECURITY CARD COMPANY (.6); FURTHER RESEARCH AND ANALYSIS RE: OPEN ISSUES CONCERNING ASSUMPTION/REJECTION OF EXECUTORY CONTRACTS (1.0). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| GRAY RW | 10/06/06 | 1.40 | CONFERENCE WITH D. TURETSKY RE: OPEN CONTRACT/CURE ISSUES (.1); TELECONFERENCE WITH J. JAMES RE: ANDERSON NEWS (.1); REVIEW AND COMMENT ON REVISED AGREEMENT FROM ANDERSON NEWS(.2); OBTAIN ORDER ON ANDERSON NEWS CLAIMS AND DRAFT MEMORANDUM TO G. STEIN RE: SAME (.1); REVIEW AND RESPOND TO MEMORANDUM FROM G. STEIN RE: STATUS OF AGREEMENT (.1); TELECONFERENCE WITH G. STEIN RE: BANKRUPTCY ISSUES ON AMENDMENT (.4); DRAFT MEMORANDUM TO J. JAMES RE: ISSUES FROM CALL WITH G. STEIN (.1); TELECONFERENCE WITH J. JAMES RE: SAME (.1); REVIEW REVISED AGREEMENT FROM G. STEIN (.1); DRAFT MEMORANDUM TO J. JAMES RE: SAME (.1). |
| EICHEL S | 10/06/06 | 0.30 | TELECONFERENCE WITH J. JAMES AND OTHERS RE: STATUS OF OUTSTANDING REJECTION/ASSUMPTION ISSUES (.3). |
| TURETSKY DM | 10/06/06 | 4.70 | FURTHER RESEARCH AND ANALYSIS RE: DETERMINING APPROPRIATE PARAMETERS FOR SETTLEMENT OF CONTRACT ASSUMPTION DISPUTE WITH ALABAMA POWER (1.2); TELECONFERENCE WITH J. JAMES AND K. FAGERSTROM RE: ALABAMA POWER CONTRACT DISPUTE (.6); TELECONFERENCE WITH C. JACKSON AND P. BROWN RE: CONTRACT RELATED ISSUES IN CONNECTION WITH SALE OF ALABAMA WAREHOUSE (.2); FOLLOW UP TELECONFERENCE WITH P. BROWN RE: CONTRACT RELATED ISSUES IN CONNECTION WITH SALE OF ALABAMA WAREHOUSE (.2) CONFERENCE CALL WITH J. JAMES, K. FAGERSTROM, AND B. GASTON RE: PROPOSED SETTLEMENT WITH ALABAMA POWER (.5); FINALIZE FOR FILING MOTION TO APPROVE STIPULATION WITH MEDICAL SECURITY CARD COMPANY (1.2); E-MAIL TO J. POST AND K. WARD RE: MOTION TO APPROVE STIPULATION WITH MEDICAL SECURITY CARD COMPANY (.1); TELECONFERENCE WITH C. SMITH RE: MOTION TO APPROVE STIPULATION WITH MEDICAL SECURITY CARD COMPANY (.1); TELECONFERENCE WITH J. POST RE: MOTION TO APPROVE STIPULATION WITH MEDICAL SECURITY CARD COMPANY (.1); TELECONFERENCE WITH K. WARD RE: MOTION TO APPROVE STIPULATION WITH MEDICAL SECURITY CARD COMPANY (.1); TELECONFERENCE WITH R. GRAY RE: ANDERSON NEWS CONTRACT (.1); CONFERENCE CALL WITH S. EICHEL, J. YOUNG, K. FAGERSTROM, J. JAMES RE: OPEN CONTRACT ISSUES (.3). |

TURETSKY DM        10/07/06        6.80    REVIEW AND COMMENT RE: DRAFT AMENDMENT
                                           TO MASTER AGREEMENT CIRCULATED BY
                                           ALABAMA POWER (.4); TELECONFERENCE WITH
                                           B. GASTON RE: POTENTIAL SETTLEMENT OF
                                           ALABAMA POWER CONTRACT ISSUES (1.0);
                                           DRAFT MOTION TO ASSUME HOBART CONTRACT
                                           ON NEGOTIATED TERMS (2.7); DRAFT
                                           PROPOSED ORDER RE: HOBART ASSUMPTION
                                           MOTION (.5); DRAFT MOTION TO ASSUME GE
                                           LIGHTING CONTRACT ON NEGOTIATED TERMS
                                           (1.3); DRAFT PROPOSED ORDER RE: GE
                                           LIGHTING ASSUMPTION MOTION (.5); DRAFT
                                           AGREED ORDER RE: ASSUMPTION OF CIGNA
                                           CONTRACTS (.4).

GRAY RW            10/08/06        1.50    REVIEW AND COMMENT ON HOBART MOTION AND
                                           ORDER (.4); REVIEW AND COMMENT ON GE
                                           MOTION AND ORDER (.4); REVIEW AND
                                           COMMENT ON REVISED CIGNA ORDER (.1);
                                           REVIEW AND COMMENT ON ALABAMA POWER
                                           SETTLEMENT DOCUMENT (.3); PROVIDE
                                           LANGUAGE FOR FINAL ORDER WAIVER TO D.
                                           TURETSKY (.1); REVIEW AND COMMENT ON IBI
                                           AGREED ORDER AND NOTICE (.2).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| TURETSKY DM | 10/08/06 | 6.00 | REVISE MOTION TO ASSUME HOBART CONTRACT ON NEGOTIATED TERMS (1.0); REVISE HOBART ASSUMPTION ORDER (.4); TELECONFERENCE WITH R. GRAY RE: HOBART ASSUMPTION MOTION (.1); E-MAIL TO J. JAMES, B. KICHLER, J. YOUNG, B. GASTON, AND K. FAGERSTROM RE: HOBART ASSUMPTION MOTION (.1); E-MAIL TO C. PETERSON RE: HOBART ASSUMPTION (.1); REVISE GE ASSUMPTION MOTION (.3); REVISE GE ASSUMPTION ORDER (.6); E-MAIL TO J. JAMES, B. KICHLER, J. YOUNG, B. GASTON, AND K. FAGERSTROM RE: GE LIGHTING ASSUMPTION MOTION (.2); E-MAIL TO R. METH AND P. CARINO RE: GE LIGHTING ASSUMPTION MOTION (.2); FURTHER REVIEW AND COMMENT RE: DRAFT AMENDMENT TO MASTER AGREEMENT CIRCULATED BY ALABAMA POWER (.3);  E-MAIL TO J. JAMES, B. KICHLER, J. YOUNG, B. GASTON, AND K. FAGERSTROM RE: ALABAMA POWER SETTLEMENT (.2); DRAFT AGREED ORDER RE: INFORMATION RESOURCES CONTRACT (1.8); E-MAIL TO R. GRAY RE: DEEMED REJECTION OF CERTAIN WINN-DIXIE CONTRACTS (.2); E-MAIL TO J. JAMES, B. KICHLER, J. YOUNG, B. GASTON, AND K. FAGERSTROM RE: CIGNA AGREED ORDER (.1); E-MAIL TO C. THOMPSON RE: CIGNA AGREED ORDER (.1); E-MAIL TO J. JAMES, B. KICHLER, J. YOUNG, B. GASTON, AND K. FAGERSTROM RE: AGREED IRI ORDER (.1); RESEARCH RE: ISSUES ARISING IN CONNECTION WITH ORACLE/PEOPLESOFT CONTRACTS (.2). |
| GRAY RW | 10/09/06 | 0.90 | EXCHANGE EMAILS WITH B. KICHLER RE: ANDERSON NEWS AND UCC ISSUE (.1); DRAFT MEMORANDUM TO J. MADDOX RE: UCC ISSUE, REVIEW REPLY AND DRAFT FOLLOW UP RE: FACTS (.1); REVIEW PROPOSED LANGUAGE FROM J. MADDOX FOR ANDERSON NEWS CONTRACT AND DRAFT MEMORANDUM TO B. KICHLER RE: SAME (.2); REVIEW FORM OF AGREEMENT SENT TO G. STEIN AND DRAFT MEMORANDUM TO B. KICHLER RE: WRONG FORM (.1); CONSOLIDATE G. STEIN AND B. KICHLER VERSIONS OF ANDERSON NEWS AGREEMENT AND DRAFT MEMORANDUM TO SAME (.3); EXCHANGE EMAILS WITH G. STEIN RE: FURTHER ISSUES ON ANDERSON NEWS AGREEMENT (.1). |

TURETSKY DM      10/09/06      9.70   FURTHER ANALYSIS AND RESEARCH RE:
                                      ISSUES ARISING IN CONNECTION WITH
                                      POTENTIAL SETTLEMENT OF CONTRACT
                                      DISPUTE WITH ALABAMA POWER (.7);
                                      TELECONFERENCE WITH J. JAMES, J. YOUNG
                                      AND B. GASTON RE: SETTLEMENT OF CONTRACT
                                      DISPUTE WITH ALABAMA POWER (.4);
                                      TELECONFERENCE WITH E. RAY RE: ALABAMA
                                      POWER CONTRACTS (.2); DRAFT AMENDMENT
                                      TO ALABAMA POWER MONTGOMERY MASTER
                                      CONTRACT (2.3); E-MAIL TO E. RAY RE:
                                      ALABAMA POWER CONTRACTS (.1);
                                      TELECONFERENCE WITH J. JAMES AND S.
                                      GRIMM (PARTIAL) RE: ALABAMA POWER
                                      SETTLEMENT (.2); TELECONFERENCE WITH J.
                                      JAMES AND B. GASTON RE: ALABAMA POWER
                                      SETTLEMENT (.2); DRAFT MOTION TO ASSUME
                                      CONTRACTS WITH ALABAMA POWER ON
                                      NEGOTIATED TERMS (3.5); TELECONFERENCE
                                      WITH J. JAMES AND S. GRIMM RE:
                                      SETTLEMENT OF CONTRACT AND CLAIM
                                      DISPUTE WITH IRI (.2); E-MAIL TO J.
                                      JAMES AND S. GRIMM RE: SETTLEMENT OF
                                      CONTRACT AND CLAIM DISPUTE WITH IRI
                                      (.1); E-MAIL TO J. FRANK RE: AGREED IRI
                                      ORDER (.1); FURTHER RESEARCH IN
                                      CONNECTION WITH ORACLE/PEOPLESOFT
                                      OBJECTION TO 4TH OMNIBUS CONTRACT
                                      ASSUMPTION MOTION (.3); TELECONFERENCE
                                      WITH K. FAGERSTROM RE:
                                      ORACLE/PEOPLESOFT CONTRACTS (.1);
                                      TELECONFERENCE TO S. CHRISTIANSON RE:
                                      ORACLE/PEOPLESOFT CONTRACTS (.1);
                                      TELECONFERENCE WITH L. BERKOFF RE: GE
                                      TRACTOR LEASES (.3); E-MAIL TO S. FELD
                                      AND J. LEAMY RE: RELIANCE CONTRACTS
                                      (.1); TELECONFERENCE WITH J. POST RE:
                                      CITICORP COPIER LEASES (.1); TELEPHONE
                                      CALLS WITH R. METH RE: GE LIGHTING
                                      ASSUMPTION AGREEMENT (.2); CONFERENCE
                                      CALL WITH J. JAMES, B. KICHLER, B.
                                      GASTON, K. FAGERSTROM, AND J. YOUNG RE:
                                      OPEN CONTRACT ISSUES (.5).

GRAY RW          10/10/06      1.30   REVIEW AND COMMENT ON ALABAMA POWER
                                      MOTION AND ORDER (.3); REVIEW AND
                                      COMMENT ON GE STIPULATION, MOTION AND
                                      ORDER (.3); TELECONFERENCE WITH J.
                                      JAMES AND B. KICHLER RE: ANDERSON NEWS
                                      (.4); DRAFT MEMORANDUM TO L. APPEL RE:
                                      D. RABON CONTACT (.1); FURTHER
                                      TELECONFERENCE WITH J. JAMES AND B.
                                      KICHLER RE: ANDERSON NEWS OPTIONS (.2).

EICHEL S         10/10/06      0.20   TELECONFERENCE WITH B. KICHLER RE: CF
                                      SAUER DAMAGES ISSUE (.2).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

TURETSKY DM          10/10/06          9.10     DRAFT PROPOSED ORDER RE: ASSUMPTION OF
                                                ALABAMA POWER CONTRACTS ON NEGOTIATED
                                                TERMS (.8); REVISE MOTION TO ASSUME
                                                ALABAMA POWER CONTRACTS ON NEGOTIATED
                                                TERMS (.6); E-MAIL TO E. RAY RE: MOTION
                                                TO ASSUME ALABAMA POWER CONTRACTS ON
                                                NEGOTIATED TERMS (.2);  E-MAIL TO J.
                                                JAMES, B. KICHLER, AND B. GASTON RE:
                                                MOTION TO ASSUME ALABAMA POWER
                                                CONTRACTS ON NEGOTIATED TERMS (.1);
                                                DRAFT MOTION TO ASSUME
                                                PEOPLESOFT/ORACLE CONTRACTS ON
                                                NEGOTIATED TERMS (1.6); TELEPHONE CALLS
                                                WITH S. CHRISTIANSON RE: MOTION TO
                                                ASSUME PEOPLESOFT/ORACLE CONTRACTS
                                                (.4); E-MAIL TO S. CHRISTIANSON RE:
                                                MOTION TO ASSUME PEOPLESOFT/ORACLE
                                                CONTRACTS (.1); TELECONFERENCE WITH J.
                                                JAMES RE: ORACLE/PEOPLESOFT CONTRACTS
                                                (.2); TELECONFERENCE WITH K. FAGERSTROM
                                                RE: ORACLE/PEOPLESOFT CONTRACTS (.1);
                                                DRAFT STIPULATION BETWEEN WINN-DIXIE
                                                AND CITICORP RE: COPIER LEASES (1.4);
                                                DRAFT MOTION TO APPROVE
                                                WINN-DIXIE/CITICORP STIPULATION (.5);
                                                REVISE STIPULATION WITH CITICORP RE:
                                                COPIER LEASES (.3); E-MAIL TO J. JAMES,
                                                B. KICHLER, AND K. FAGERSTROM RE:
                                                STIPULATION WITH CITICORP CONCERNING
                                                COPIER LEASES (.1); E-MAIL TO L. BERKOFF
                                                RE: STIPULATION WITH CITICORP
                                                CONCERNING COPIER LEASES (.1); REVISE
                                                AGREED ORDER WITH IRI (.2); E-MAIL TO J.
                                                FRANK RE: IRI AGREED ORDER (.1);
                                                TELECONFERENCE WITH J. FRANK RE: AGREED
                                                IRI ORDER (.1); E-MAIL TO J. JAMES AND
                                                S. GRIMM RE: IRI AGREED ORDER (.1);
                                                REVISE MOTION TO ASSUME GE LIGHTING
                                                CONTRACT ON NEGOTIATED TERMS (.4);
                                                TELEPHONE CALLS WITH R. METH RE: GE
                                                LIGHTING CONTRACT (.3); REVISE MOTION
                                                TO ASSUME HOBART CONTRACT ON NEGOTIATED
                                                TERMS (.1); TELECONFERENCE WITH K.
                                                FAGERSTROM RE: ISSUES RELATED TO
                                                PAYMENT OF CURE COSTS BY WINN-DIXIE
                                                (.1); E-MAIL TO M. BARR, J. MILTON, AND
                                                M. COMERFORD RE: ASSUMPTION AND
                                                REJECTION PLEADINGS TO BE FILED ON
                                                OCTOBER 12 (.5); TELECONFERENCE WITH P.
                                                BROWN RE: CSX LEASE (.2); CONFERENCE
                                                CALL WITH J. JAMES, B. KICHLER, B.
                                                GASTON, AND K. FAGERSTROM RE: OPEN
                                                CONTRACT ISSUES (.5).

GRAY RW          10/11/06       3.90    REVIEW AND REVISE MOTION AND ORDER TO
                                        APPROVE ORACLE ASSUMPTIONS (.4);
                                        RESEARCH/ANALYSIS RE: G. STEIN POSITION
                                        ON AGREEMENT AS FINANCIAL ACCOMMODATION
                                        (.6); DRAFT MEMORANDUM TO J. JAMES AND
                                        B. KICHLER RE: ARTICLE AND STATUS (.1);
                                        DRAFT MOTION AND ORDER TO ASSUME
                                        ANDERSON NEWS ON NEGOTIATED TERMS
                                        (2.3); DRAFT MEMORANDUM TO J. JAMES AND
                                        B. KICHLER RE: SAME (.1); DRAFT
                                        MEMORANDUM TO M. BARR ET AL. RE: SAME AND
                                        DISPUTE WITH ANDERSON NEWS (.1); REVIEW
                                        AND RESPOND TO MEMORANDUM FROM B.
                                        KICHLER RE: ANDERSON NEWS STRATEGY
                                        (.1); TELECONFERENCE WITH D. RABON RE:
                                        ANDERSON NEWS (.2).

EICHEL S         10/11/06       0.40    PREPARE ORDER FOR HEARING WITH RESPECT
                                        TO REXALL SUNDOWN MOTION AND SECOND
                                        OMNIBUS REJECTION MOTION (.2); DRAFT
                                        EMAIL TO D. TURETSKY RE: PROPOSED ORDERS
                                        (.1); TELECONFERENCE WITH B. KICHLER RE
                                        CF SAUER SETTLEMENT NEGOTIATIONS (.1).

TURETSKY DM       10/11/06      14.20   CONTINUE DRAFTING MOTION TO ASSUME
                                        ORACLE/PEOPLESOFT CONTRACTS ON
                                        NEGOTIATED TERMS (2.7); DRAFT PROPOSED
                                        ORDER RE: MOTION TO ASSUME ORACLE
                                        CONTRACTS ON NEGOTIATED TERMS (1.2);
                                        DRAFT NOTICE RE: ORACLE ASSUMPTION
                                        MOTION (.1); TELECONFERENCE WITH R.
                                        GRAY RE: ORACLE/PEOPLESOFT ASSUMPTION
                                        MOTION (.1); E-MAILS TO J. JAMES, K.
                                        FAGERSTROM, AND B. KICHLER RE:
                                        ORACLE/PEOPLESOFT ASSUMPTION MOTION
                                        (.2); E-MAILS TO S. CHRISTIANSON RE:
                                        ORACLE/PEOPLESOFT ASSUMPTION MOTION
                                        (.3); TELECONFERENCE WITH S.
                                        CHRISTIANSON RE: ORACLE/PEOPLESOFT
                                        CONTRACT ASSUMPTION MOTION (.2); E-MAIL
                                        TO M. BARR, J. MILTON, AND M. COMERFORD
                                        RE: ORACLE/PEOPLESOFT ASSUMPTION
                                        MOTION (.2); FURTHER REVISE MOTION TO
                                        ASSUME GE CONTRACTS ON NEGOTIATED TERMS
                                        (.5); FURTHER REVISE ORDER RE:
                                        ASSUMPTION OF GE CONTRACTS ON
                                        NEGOTIATED TERMS (.3); FURTHER REVISE
                                        STIPULATION WITH CITICORP (.4); FURTHER
                                        REVISE MOTION TO ASSUME CONTRACTS WITH
                                        ALABAMA POWER ON NEGOTIATED TERMS (.8);
                                        FURTHER REVISE ORDER RE: ALABAMA POWER
                                        CONTRACTS (.2); DRAFT NOTICE RE:
                                        ALABAMA POWER CONTRACTS (.1); E-MAIL TO
                                        E. RAY RE: ALABAMA POWER ASSUMPTION
                                        MOTION (.1); E-MAIL TO J. JAMES, B.
                                        KICHLER, J. YOUNG, B. GASTON RE: ALABAMA
                                        POWER ASSUMPTION MOTION (.1); FURTHER
                                        RESEARCH AND ANALYSIS IN CONNECTION
                                        WITH FINALIZING TERMS OF ALABAMA POWER
                                        CONTRACT ASSUMPTION (2.3);
                                        TELECONFERENCE WITH B. GASTON AND E. RAY
                                        RE: ALABAMA POWER CONTRACT ASSUMPTIONS
                                        (.5); TELECONFERENCE WITH J. JAMES AND
                                        B. GASTON RE: ALABAMA POWER CONTRACT
                                        ASSUMPTIONS (.1); FOLLOW UP TELEPHONE
                                        CALLS WITH B. GASTON RE: ALABAMA POWER
                                        CONTRACT ASSUMPTIONS (.5); FOLLOW UP
                                        TELECONFERENCE WITH E. RAY RE: ALABAMA
                                        POWER CONTRACTS (.1); E-MAIL TO C.
                                        THOMPSON RE: AGREED CIGNA ORDER (.2);
                                        FURTHER REVISE CIGNA AGREED ORDER (.2);
                                        TELECONFERENCE WITH C. THOMPSON RE:
                                        CIGNA AGREED ORDER (.1); E-MAIL TO J.
                                        YOUNG AND K. FAGERSTROM RE: WINN-DIXIE
                                        CONTRACT REJECTION ORDERS (.1);
                                        TELECONFERENCE WITH J. MILTON RE:
                                        CONTRACT ASSUMPTION MOTIONS (.5);
                                        FINALIZE FOR FILING AGREED ORDER WITH
                                        IRI (.6); TELECONFERENCE WITH K. WARD
                                        ER: AGREED IRI ORDER (.1); FINALIZE
                                        ASSUMPTION ORDERS FOR PRESENTATION AT
                                        OCTOBER 12 HEARING (.4);

CONFERENCE CALL WITH J. JAMES, B. KICHLER, J. YOUNG, K. FAGERSTROM, AND B. GASTON RE: OPEN EXECUTORY CONTRACT ISSUES (.5); FINALIZE HOBART ASSUMPTION MOTION FOR FILING (.4); DRAFT HOBART ASSUMPTION MOTION NOTICE OF HEARING (.1).

GRAY RW            10/12/06        1.50   REVIEW AND COMMENT ON HOBART MOTION AND ORDER (.4); REVIEW AND RESPOND TO MEMORANDUM FROM B. KICHLER RE: ANDERSON NEWS UPDATE (.1); DRAFT MEMORANDUM TO G. STEIN RE: ANDERSON NEWS MOTION AND ORDER (.2); TELECONFERENCE WITH B. KICHLER AND J. JAMES RE: ANDERSON NEWS (.2); EXCHANGE EMAILS WITH G. STEIN RE: APPROVAL OF MOTION AND ORDER (.1); FINALIZE MOTION AND ORDER AND PREPARE FILING (.2); REVIEW MEMORANDUM FROM B. NUSSBAUM RE: OHIO CASUALTY AND EXCHANGE EMAILS WITH S. FELD RE: MOTION FOR SAME (.1); REVIEW BELL SOUTH MOTION TO LIFT STAY (.1); TELECONFERENCE WITH J. JAMES, B. KICHLER AND D. TURETSKY RE: SAME (.1).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

TURETSKY DM        10/12/06        8.70    E-MAILS TO R. METH RE: GE ASSUMPTION
                                          MOTION (.2); DRAFT NOTICE OF HEARING RE:
                                          GE ASSUMPTION MOTION (.1); FURTHER
                                          REVISE AND FINALIZE FOR FILING GE
                                          ASSUMPTION MOTION (.6); FURTHER REVISE
                                          AND FINALIZE FOR FILING
                                          WINN-DIXIE/CITICORP STIPULATION (1.0);
                                          FURTHER REVISE AND FINALIZE FOR FILING
                                          WINN-DIXIE/CIGNA STIPULATION (.3);
                                          E-MAIL TO C. THOMPSON RE: CIGNA
                                          STIPULATION (.1); E-MAIL TO M. BARR, J.
                                          MILTON, AND M. COMERFORD RE: ASSUMPTION
                                          MOTIONS TO BE FILED ON OCTOBER 12, 2006
                                          (.3); FURTHER RESEARCH IN CONNECTION
                                          WITH FINALIZING NEGOTIATED TERMS OF
                                          ALABAMA POWER CONTRACT
                                          ASSUMPTIONS/REJECTION (2.4);
                                          TELECONFERENCE WITH B. GASTON RE:
                                          ALABAMA POWER ASSUMPTION MOTION (.2);
                                          FINALIZE FOR FILING ALABAMA POWER
                                          ASSUMPTION MOTION (.9); E-MAIL TO E. RAY
                                          AND B. GASTON RE: AMENDMENTS TO ALABAMA
                                          POWER CONTRACTS (.1); E-MAIL TO E. RAY
                                          RE: FILING OF ALABAMA POWER ASSUMPTION
                                          MOTION (.2); E-MAIL TO M. BARR, J.
                                          MILTON, AND M. COMERFORD RE: FILING OF
                                          ALABAMA POWER ASSUMPTION MOTION (.2);
                                          E-MAIL TO J. JAMES, B. GASTON, AND B.
                                          KICHLER RE: FILING OF ALABAMA POWER
                                          ASSUMPTION MOTION (.2); DRAFT AND
                                          FINALIZE FOR FILING 6TH OMNIBUS
                                          ASSUMPTION MOTION (1.0); DRAFT AND
                                          FINALIZE FOR FILING PROPOSED ORDER RE:
                                          6TH OMNIBUS ASSUMPTION MOTION (.2);
                                          TELECONFERENCE WITH J. RANNE RE:
                                          CITICORP LEASES (.1); TELECONFERENCE
                                          WITH S. CHRISTIANSON RE:
                                          ORACLE/PEOPLESOFT ASSUMPTION MOTION
                                          (.1); FURTHER REVISE AND FINALIZE FOR
                                          FILING ORACLE/PEOPLESOFT ASSUMPTION
                                          MOTION (.5).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| TURETSKY DM | 10/13/06 | 1.70 | E-MAIL TO L. APPEL, J. CASTLE, D. HENRY, F. FREITAG, F. HUFFARD RE: FILING OF LYNCH CONTRACT MOTION (.1); E-MAIL TO A. BERNSTEIN RE: FILING OF LYNCH CONTRACT MOTION (.1); E-MAIL TO L. STRINGER RE: LYNCH EMPLOYMENT DOCUMENTS (.2); RESEARCH RE: SERVICE ADDRESSES FOR 5TH OMNIBUS ASSUMPTION ORDER (.1); E-MAIL TO C. PETERSON RE: FILING OF HOBART ASSUMPTION MOTION (.1); E-MAIL TO J. JAMES, B. KICHLER, J. YOUNG, B. GASTON, K. FAGERSTROM, AND J. EDMONSON RE: FILING OF HOBART MOTION (.1); E-MAIL TO R. METH AND P. CARINO RE: FILING OF GE ASSUMPTION MOTION (.1); E-MAIL TO J. JAMES, B. KICHLER, J. YOUNG, B. GASTON, K. FAGERSTROM, AND J. EDMONSON RE: FILING OF GE ASSUMPTION MOTION (.1); E-MAIL TO S. CHRISTIANSON RE: FILING OF ORACLE/PEOPLESOFT ASSUMPTION MOTION (.1); E-MAIL TO J. JAMES, B. KICHLER, J. YOUNG, B. GASTON, K. FAGERSTROM, AND J. EDMONSON RE: FILING OF ORACLE/PEOPLESOFT MOTION (.1); E-MAIL TO C. THOMPSON RE: FILING OF AGREED CIGNA CONTRACT ORDER (.1); E-MAIL TO J. JAMES, B. KICHLER, J. YOUNG, B. GASTON, K. FAGERSTROM, AND J. EDMONSON RE: FILING OF AGREED CIGNA ORDER (.1) E-MAIL TO J. JAMES, B. KICHLER, J. YOUNG, B. GASTON, K. FAGERSTROM, AND J. EDMONSON RE: FILING OF MOTION TO APPROVE CITICORP STIPULATION (.1); E-MAIL TO J. JAMES, B. KICHLER, J. YOUNG, B. GASTON, K. FAGERSTROM, AND J. EDMONSON RE: FILING OF 6TH OMNIBUS ASSUMPTION MOTION (.1); TELECONFERENCE WITH E. RAY RE: JACKSON FERRY NOTICE OF TERMINATION (.1); TELECONFERENCE WITH C. LEO RE: JACKSON FERRY NOTICE OF TERMINATION (.1). |
| GRAY RW | 10/17/06 | 0.10 | EXCHANGE EMAILS WITH D. TURETSKY RE: STATUS OF T. ROWE PRICE AGREEMENTS (.1). |

| | | | |
|---|---|---|---|
| TURETSKY DM | 10/17/06 | 1.50 | FURTHER ANALYSIS RE: CLEANUP ITEMS RELATING TO WINN-DIXIE EXECUTORY CONTRACTS BEING ASSUMED/REJECTED (.2); REVIEW AND COMMENT RE: SUPPLEMENTAL CERTIFICATE OF SERVICE CONCERNING 5TH OMNIBUS ASSUMPTION ORDER (.2); REVIEW AND COMMENT RE: SUPPLEMENTAL CERTIFICATE OF SERVICE CONCERNING REXALL REJECTION ORDER (.1); REVIEW AND COMMENT RE: SUPPLEMENTAL CERTIFICATE OF SERVICE CONCERNING SECOND NEGOTIATED REJECTION MOTION (.2); REVIEW AND COMMENT RE: SUPPLEMENTAL CERTIFICATE OF SERVICE CONCERNING 4TH NEGOTIATED ASSUMPTION MOTION (.2); E-MAIL TO J. JAMES RE: AMOUNTS OWED TO WINN-DIXIE UNDER PHH/DL PETERSON LEASE (.2); ANALYSIS RE: AMOUNTS OWED TO WINN-DIXIE UNDER PHH/DL PETERSON LEASE (.3); E-MAIL TO C. PETERSON RE: WINN-DIXIE/HOBART CONTRACT (.1). |
| GRAY RW | 10/18/06 | 0.30 | REVIEW AND COMMENT ON MEMORANDUM TO CLIENT RE: HANDLING OF SAME (.1); TELECONFERENCE WITH D. TURETSKY RE: PHH ISSUE (.1); REVIEW AND COMMENT ON PROPOSED MEMORANDUM TO PHH COUNSEL (.1). |
| TURETSKY DM | 10/18/06 | 2.10 | TELECONFERENCE WITH D. KIMBERLING RE: PHH/D.L. PETERSON CONTRACT (.2); TELECONFERENCE WITH J. YOUNG RE: PHH/D.L. PETERSON CONTRACT (.1); TELECONFERENCE WITH R. GRAY RE: PHH/D.L. PETERSON CONTRACT (.1); RESEARCH RE: PHH/D.L. PETERSON CONTRACT (.7); E-MAIL TO D. KIMBERLING RE: PHH/D.L. PETERSON CONTRACT (.6); TELECONFERENCE WITH C. JACKSON RE: CONTRACT ASSUMPTION ISSUES (.1); COORDINATE DISTRIBUTION OF ALABAMA POWER SIGNATURE PAGES TO J. JAMES (.1); TELECONFERENCE WITH C. PETERSON RE: HOBART ASSUMPTION MOTION (.2). |

| TURETSKY DM | 10/19/06 | 9.20 | E-MAIL TO J. JAMES, K. FAGERSTROM, AND J. YOUNG RE: SUMS OWED TO WINN-DIXIE UNDER PHH/DL PETERSON LEASE (.2); FURTHER RESEARCH RE: SUMS OWED TO WINN-DIXIE UNDER PHH/DL PETERSON LEASE (.4); REVIEW AND COMMENT RE: MEMORANDUM/CHART DETAILING DISPOSITION OF MATERIAL CONTRACTS (1.9); REVIEW CONTRACT REJECTION PLEADINGS AND DOCUMENTS TO IDENTIFY POTENTIAL AMOUNTS TO BE INCLUDED IN CLAIMS RESERVE (.2); E-MAIL TO R. GRAY AND A. RAVIN RE: POTENTIAL RESERVES RELATED TO CONTRACT REJECTIONS (.2); E-MAIL TO J. EDMONSON AND B. GASTON RE: POTENTIAL RESERVES RELATED TO CONTRACT REJECTIONS (.2); FURTHER RESEARCH/ANALYSIS OF ISSUES IN CONNECTION WITH PREPARING DISTRIBUTIONS OF CURE PAYMENTS (5.7); TELECONFERENCE WITH J. JAMES RE: OPEN CONTRACT ISSUES (.4). |
| TURETSKY DM | 10/20/06 | 5.60 | RESEARCH RE: INQUIRIES RECEIVED FROM J. EDMONSON AND E. POLLACK CONCERNING CONTRACT-RELATED CLAIMS (.2); E-MAILS TO E. POLLACK, J. EDMONSON, K. LOGAN, AND J. LEAMY RE: INQUIRIES CONCERNING CONTRACT-RELATED CLAIMS (.2); FURTHER RESEARCH/ANALYSIS OF ISSUES IN CONNECTION WITH PREPARING DISTRIBUTIONS OF CURE PAYMENTS (4.7); E-MAIL TO E. POLLACK RE: SECOND OMNIBUS ASSUMPTION MOTION/ORDER (.1); E-MAIL TO K. LOGAN AND E. POLLACK RE: ALABAMA POWER ASSUMPTION MOTION (.1); E-MAIL TO A. SALDANA RE: MATERIAL DOCUMENTS IN CONNECTION WITH PUBLIC FILINGS (.3). |
| TURETSKY DM | 10/21/06 | 4.90 | CONTINUE RESEARCH/ANALYSIS OF ISSUES IN CONNECTION WITH PREPARING DISTRIBUTIONS OF CURE PAYMENTS (4.9). |
| TURETSKY DM | 10/22/06 | 1.00 | ADDITIONAL RESEARCH/ANALYSIS OF ISSUES IN CONNECTION WITH PREPARING DISTRIBUTIONS OF CURE PAYMENTS (1.0). |
| TURETSKY DM | 10/23/06 | 4.80 | TELECONFERENCE WITH J. JAMES RE: SUMS OWED TO WINN-DIXIE UNDER PHH/DL PETERSON LEASE (.2); E-MAIL TO D. KIMBERLING RE: SUMS OWED TO WINN-DIXIE UNDER PHH/DL PETERSON LEASE (.2); CONTINUE RESEARCH/ANALYSIS OF ISSUES IN CONNECTION WITH PREPARING DISTRIBUTIONS OF CURE PAYMENTS (3.1); RESEARCH/ANALYSIS RE: ISSUES CONCERNING REJECTED CONTRACTS AND REJECTION DAMAGE RESERVE (1.3). |

| | | | |
|---|---|---|---|
| GRAY RW | 10/24/06 | 0.30 | REVIEW MEMORANDA RE: MATERIAL CONTRACT ISSUES (.1); TELECONFERENCE WITH D. TURETSKY RE: TERMINATION NOTICE ISSUE UNDER ASSUMED CONTRACT AND RE: MATERIAL CONTRACT ISSUES (.1); REVIEW AND COMMENT ON MOTION AND AGREED ORDER RE: INFORMATION BUILDERS (.1). |
| TURETSKY DM | 10/24/06 | 3.40 | RESEARCH RE: ISSUES CONCERNING NDC HEALTH CONTRACT (.5); TELECONFERENCE WITH R. GRAY RE: NDC HEALTH CONTRACT (.2); TELECONFERENCE WITH J. JAMES RE: NDC HEALTH CONTRACT (.2); TELECONFERENCE WITH S. CHRISTIANSON RE: MOTION TO ASSUME PEOPLESOF/ORACLE CONTRACTS (.1); FURTHER RESEARCH/ANALYSIS RE: ISSUES CONCERNING REJECTED CONTRACTS AND REJECTION DAMAGE RESERVE (2.1); E-MAIL TO J. JAMES AND B. KICHLER RE: NEED FOR RESERVE FOR CONTRACTS REJECTED PURSUANT TO DEEMED REJECTION PROVISION OF PLAN OF REORGANIZATION (.2); TELECONFERENCE WITH L. BERKOFF RE: GE TRACTOR LEASE (.1). |
| EICHEL S | 10/25/06 | 0.20 | REVIEW EMAIL FROM B. KICHLER RE: CF SAUER (.1); DRAFT EMAIL TO B. KICHLER RE: HER INQUIRY RE: CF SAUER (.1). |
| TURETSKY DM | 10/25/06 | 3.80 | TELECONFERENCE WITH C. JACKSON RE: POTENTIAL PLEADING TO COMPEL PAYMENT OF SUMS OWED BY PHH/DL PETERSON UNDER LEASE WITH WINN-DIXIE (.2); TELECONFERENCE WITH J. JAMES RE: POTENTIAL PLEADING TO COMPEL PAYMENT OF SUMS OWED BY PHH/DL PETERSON UNDER LEASE WITH WINN-DIXIE (.1); FURTHER ANALYSIS RE: POTENTIAL PLEADING TO COMPEL PAYMENT OF SUMS OWED BY PHH/DL PETERSON UNDER LEASE WITH WINN-DIXIE (.6); REVIEW AND COMMENT RE: EXHIBIT CIRCULATED BY LOGAN FOR OBJECTION TO CONTRACT-RELATED CLAIMS (2.8); E-MAIL TO E. POLLACK RE: EXHIBIT CIRCULATED BY LOGAN FOR OBJECTION TO CONTRACT-RELATED CLAIMS (.1). |
| GRAY RW | 10/26/06 | 0.10 | TELECONFERENCE WITH J. CASTLE RE: HANDLING OF PHH LITIGATION AND DRAFT MEMORANDUM TO D. TURETSKY RE: SAME (.1). |

| | | | |
|---|---|---|---|
| TURETSKY DM | 10/26/06 | 1.80 | TELECONFERENCE WITH L. BERKOFF RE: G.E. TRUCKING LEASE (.1); E-MAIL TO L. BERKOFF RE: GE TRUCKING LEASE (.1); E-MAIL TO C. JACKSON RE: G.E. TRUCKING LEASE HEARING AND BARROW CONTRACT REJECTION HEARING (.2); TELECONFERENCE WITH J. JAMES RE: GE TRUCKING LEASE (.1); E-MAIL TO C. PETERSON RE: ENTRY OF ORDER APPROVING ASSUMPTION OF HOBART CONTRACT (.2); E-MAIL TO J. JAMES, B. KICHLER, J. YOUNG, K. FAGERSTROM, AND B. GASTON RE: ENTRY OF ORDER APPROVING ASSUMPTION OF HOBART CONTRACT (.1); E-MAIL TO L. BERKOFF RE: ENTRY OF ORDER APPROVING 6TH OMNIBUS ASSUMPTION MOTION (.1);  E-MAIL TO J. JAMES, B. KICHLER, J. YOUNG, K. FAGERSTROM, AND B. GASTON RE: ENTRY OF ORDER APPROVING 6TH OMNIBUS ASSUMPTION MOTION (.1); E-MAIL TO R. METH AND P. CARINO RE: ENTRY OF GE LIGHTING ASSUMPTION ORDER (.1); E-MAIL TO J. JAMES, B. KICHLER, J. YOUNG, K. FAGERSTROM, AND B. GASTON RE: ENTRY OF GE LIGHTING ASSUMPTION ORDER (.1); E-MAIL TO S. CHRISTIANSON RE: ENTRY OF ORACLE/PEOPLESOFT ASSUMPTION ORDER (.2); E-MAIL TO J. JAMES, B. KICHLER, J. YOUNG, K. FAGERSTROM, AND B. GASTON RE: ENTRY OF ORACLE/PEOPLESOFT ASSUMPTION ORDER (.2); E-MAIL TO E. RAY RE: ENTRY OF ALABAMA POWER ASSUMPTION ORDER (.1); E-MAIL TO J. JAMES, B. KICHLER, J. YOUNG, K. FAGERSTROM, AND B. GASTON RE: ENTRY OF ALABAMA POWER ASSUMPTION ORDER (.1). |
| GRAY RW | 10/30/06 | 0.10 | DRAFT MEMORANDUM TO J. BAKER RE: OHIO CASUALTY STATUS (.1). |
| TURETSKY DM | 10/30/06 | 1.20 | FURTHER ANALYSIS RE: APPROPRIATE ACTION TO RECOVER SUMS DUE BY PHH TO WINN-DIXIE UNDER LEASE (.8); TELECONFERENCE WITH J. JAMES, D. YOUNG (PARTIAL), AND J. YOUNG (PARTIAL) RE: AMOUNTS OWED BY PHH/D.L. PETERSON UNDER VEHICLE LEASE (.3); TELECONFERENCE WITH B. BERNARDO RE: GE TRACTOR LEASE (.1). |
| GRAY RW | 10/31/06 | 0.50 | REVIEW AND COMMENT ON CCE REVISED STIPULATION (.1); REVIEW AND RESPOND TO MEMORANDA FROM V. ROLDAN RE: STATUS OF V GLOBAL STIPULATION (.1); EXCHANGE VOICEMAIL AND EMAILS WITH D. TURETSKY RE: STATUS OF DIVERSIFIED MAINTENANCE MOTION AND RELATED CONTRACT (.1); REVIEW MEMORANDUM FROM J. YOUNG AND CONTRACT CURE SPREADSHEET (.1); TELECONFERENCE WITH D. TURETSKY RE: SAME (.1). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

TURETSKY DM     10/31/06     7.50   TELECONFERENCE WITH J. YOUNG RE:
                                    EXECUTORY CONTRACTS (.2); RESEARCH RE:
                                    DIVERSIFIED MAINTENANCE CONTRACT (.3);
                                    TELECONFERENCE WITH J. JAMES RE:
                                    DIVERSIFIED MAINTENANCE CONTRACT (.1);
                                    E-MAIL TO R. GRAY RE: DIVERSIFIED
                                    MAINTENANCE CONTRACT (.1); E-MAIL TO C.
                                    SMITH RE: ORDER APPROVING STIPULATION
                                    WITH MSC (.1); E-MAIL TO J. JAMES, B.
                                    KICHLER, J. YOUNG, K. FAGERSTROM, AND B.
                                    GASTON RE: ORDER APPROVING STIPULATION
                                    WITH MSC (.1); TELEPHONE CALLS WITH L.
                                    BERKOFF RE: GE TRACTOR LEASE (.3);
                                    E-MAIL TO J. JAMES RE: GE TRACTOR LEASE
                                    (.1); TELEPHONE CALLS WITH J. JAMES RE:
                                    GE TRACTOR LEASE (.3); TELECONFERENCE
                                    WITH L MENDELSON RE: GE TRACTOR LEASE
                                    (.1); E-MAIL TO L. BERKOFF RE: GE
                                    TRACTOR LEASE (.3); TELECONFERENCE WITH
                                    J. JAMES RE: ARAMARK CONTRACT (.2);
                                    FURTHER ANALYSIS RE: REJECTED CONTRACTS
                                    IN CONNECTION WITH IDENTIFYING
                                    POTENTIAL RESERVE ISSUES (4.5);
                                    TELECONFERENCE WITH J. YOUNG RE:
                                    EXECUTORY CONTRACT
                                    ASSUMPTIONS/REJECTIONS (.1);
                                    TELECONFERENCE WITH C. JACKSON RE:
                                    BARROW CONTRACT REJECTION (.2);
                                    TELECONFERENCE WITH R. GRAY RE: BARROW
                                    CONTRACT REJECTION (.2);
                                    TELECONFERENCE WITH K. FAGERSTROM RE:
                                    ALARM CONTRACTS (.2); TELECONFERENCE
                                    WITH C. PETERSON RE: HOBART CONTRACT
                                    (.1).

**MATTER TOTAL**                    **146.60**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                    **Bill Date: 01/03/07**
**Financing (DIP and Emergence)**                    **Bill Number: 1128259**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| NECKLES PJ | 10/02/06 | 1.20 | ANALYZE ISSUES RE: EXIT FINANCING INCLUDING E-MAILS RE: BOARD OF DIRECTORS AUTHORIZATION TO T. BOYDELL AND S. STOSSER (.6); E-MAILS RE: ORGANIZATION CHART WITH J. KEMPF (.6). |
| BOYDELL TT | 10/02/06 | 4.20 | REVIEW AND PROVIDE MARK-UP TO DRAFT REVISED RESOLUTIONS (1.0) AND PLEDGE AGREEMENTS (.8); COORDINATE/WORK ON CLOSING MATTERS W/R/T EXIT FINANCING (1.5); FOLLOW UP RE: CORPORATE STRUCTURE (.5); ATTENTION TO OPINION ISSUES (.4). |
| GRAY RW | 10/02/06 | 0.10 | EXCHANGE EMAILS WITH T. BOYDELL RE: TREATMENT OF SECURED TAX CLAIMS UNDER EXIT FACILITY (.1). |
| MADDOX JE | 10/02/06 | 0.60 | ANALYSIS OF UCC ISSUES WITH RESPECT TO PLEDGE AGREEMENT (.6). |
| HARRIS K* | 10/02/06 | 4.60 | UPDATE SECRETARY CERTIFICATES WITH CURRENT BOARD OF DIRECTORS (.5); VERIFY SUMMARY CHART DATA WITH UCC SEARCH RESULTS (3.2); MEETING WITH J PAOLI RE: UCC SEARCH RESULTS (.9). |
| KEMPF J | 10/02/06 | 3.30 | SOLIDIFYING SUBSIDIARY STRUCTURE AND CREATING ORGANIZATIONAL CHART (.8); VERIFYING WAREHOUSE ASSET LIST AND ADDRESS INFORMATION FOR COLLATERAL ACCESS AGREEMENTS AND CREDIT AGREEMENT EXHIBITS (.5); COMMENTING ON REAL ESTATE SUB OPERATING AGREEMENTS AND FORMATION DOCUMENTS (2). |

| PAOLI J | 10/02/06 | 6.10 | FOLLOW UP WITH D. BITTER AT WINN-DIXIE RE: INSURANCE CERTIFICATES (.1); REVIEW AMENDED INSURANCE CERTIFICATES (.9); REVIEW INFORMATION RE: GOOD STANDINGS AND FOREIGN QUALIFICATIONS (.3); CALL WITH C. WENZEL RE: FLORDIDA OPINION (.1); EMAIL TO T. BOYDELL RE: SAME (.1); CALL TO G. LORENZ RE: CLOSING ROOM (.2); DRAFT EMAIL TO SMITH GAMBRELL RE: GOOD STANDINGS AND CORPORATE OPINION (.2); CALL WITH S. STOESSER AND T. BOYDELL RE: RESOLUTIONS (.3); CALL WITH T. BOYDELL RE: SAME (.1); DRAFT CORRESPONDENCE TO S. STROSSER RE: LIST OF DIRECTORS FOR EACH ENTITY (.3); COMPILE LIST OF GOOD STANDINGS AND FOREIGN QUALIFICATIONS FOR EACH WINN-DIXIE ENTITY (.3); ORDER SAME (.2); CALL WITH K. HARRIS RE: SECRETARY'S CERTIFICATES (.1); REVISE CLOSING CHECKLIST (.4); MEETING WITH K. HARRIS RE: UCC SEARCH RESULTS (.9); CALL WITH NCR RE: JUDGMENT LIEN SEARCHES (.3); CALL WITH T. BOYDELL RE: SAME (.1); REVIEW FORM OPERATING AGREEMENT FOR NEW REAL ESTATE SUBSIDIARY (.1); REVIEW LANGUAGE IN CREDIT AGREEMENT RE: SECURED CLAIMS (.3); REVIEW ADDITIONAL UCC SEARCH RESULTS (.3); EMAIL TO K. LUSTIK RE: SAME (.1); REVISE FORM OF RESOLUTIONS (.4). |
| WENZEL CP | 10/02/06 | 2.40 | BEGAN DRAFTING CORPORATE OPINION RELATED TO TRANSACTION (2.4). |
| HERMAN M | 10/02/06 | 3.80 | ORGANIZE VARIOUS DOCUMENTS RELATED TO THE DEAL, MADE FILES/LABELS. |
| NECKLES PJ | 10/03/06 | 1.50 | ANALYZE ISSUES IN CONNECTION WITH CONVEYANCE DOCUMENTS FOR EXIT FINANCING (.8); E-MAILS WITH C. IBOLD, W. SCHWARTZ, A. RAVIN, J. PAOLI, AND C. MCELHANEY RE: CONVEYANCE DOCUMENTS (.7). |
| BOYDELL TT | 10/03/06 | 4.50 | REVIEW REVISED RESOLUTIONS (.4) AND SECRETARY'S CERTIFICATE (.3); REVIEW AND ADDRESS GOOD STANDING ISSUES (.4); COORDINATE BANKRUPTCY COURT FILING WITH A. RAVIN (.4); REVIEW UCC SEARCH RESULTS (.6); DISCUSS SAME WITH J. PAOLI (.1); RE: REAL ESTATE MATTERS; ATTENTION TO TRADEMARK ISSUES; (.8); REVIEW COMMENTS TO DRAFT CREDIT AGREEMENT (1.2); DISCUSS COLLATERAL ISSUES WITH M. LOESBERG (.3). |
| MCELHANEY CL | 10/03/06 | 0.40 | DISCUSSIONS WITH J. KEMPF RE: REAL ESTATE CLOSING DOCUMENTS (.4). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| HARRIS K* | 10/03/06 | 3.30 | VERIFY ACCURACY OF UCC FILING CHART (2.7); COMPILE SECRETARY CERTIFICATES AND SEND TO OPPOSING COUNSEL TO VERIFY OFFICER INFORMATION. |
| KEMPF J | 10/03/06 | 1.40 | REVIEWING MORTGAGE MODIFICATION FORM AND FORM OF EXHIBITS (.5); STRATEGIZING PLAN FOR COMPLETING ALL MORTGAGE EXHIBITS (.5); BRIEFING C. MCELHANEY ON MORTGAGE MODIFICATIONS (.4). |
| PAOLI J | 10/03/06 | 2.10 | CALL WITH L. BUCKLEY RE: SAME (.2); FORWARD FORM OF RESOLUTIONS TO OSHR FOR REVIEW (.3); REVISE FORM OF SECRETARY'S CERTIFICATE (.3); EMAIL TO T. BOYDELL RE: STATUS MEETING (.1); EMAIL TO S. STROSSER RE: CONFIRMATION OF OFFICERS FOR EACH ENTITY (.2); REVIEW CERTIFICATES OF AUTHORIZATION FOR WINN-DIXIE MONTGOMERY (.3); REVIEW FOREIGN QUALIFICATIONS (.3); DRAFT CORRESPONDENCE TO T. BOYDELL RE: TRADEMARKS (.2); FOLLOW UP WITH B. KICHLER RE: TRADEMARK OWNERSHIP (.2). |
| RAVIN AS | 10/03/06 | 0.30 | TELECONFERENCE WITH D. BITTER, J. PATRICK AND S. BROUDE RE: AFCO STATUS (.3). |
| WENZEL CP | 10/03/06 | 1.90 | REVIEWED AND EDITED PLEDGE AGREEMENTS AND DISTRIBUTED COMMENTS TO OSHR (1.9). |
| HERMAN M | 10/03/06 | 4.40 | ORGANIZE BOX OF DOCUMENTS INTO LABELED FILES (4.4). |
| LUSTIK KW | 10/03/06 | 2.50 | COORDINATE UCC SEARCHES (2.5). |
| NECKLES PJ | 10/04/06 | 6.30 | REVIEW REVISED EXIT CREDIT AGREEMENT (1.4); REVIEW AND REVISE MARK-UP OF COMMENTS TO REVISED EXIT FINANCING AGREEMENT (2.4); E-MAILS RE: REVISED EXIT CREDIT AGREEMENT WITH L. APPEL, S. REINKEN, AND B. NUSSBAUM (1.8); E-MAILS RE: LEASE SUMMARIES AND EXIT FINANCING WITH C. IBOLD (.3); CONFERENCE CALL WITH A. HERR, OF MILBANK, TWEED, RE: COMMENTS TO EXIT FINANCING AGREEMENT (.4). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

```
BOYDELL TT      10/04/06      8.20    REVIEW AND PREPARE MARKUP TO REVISED
                                      CREDIT AGREEMENT (2.4); INCORPORATE
                                      SPECIALIST COMMENTS TO CREDIT AGREEMENT
                                      MARKUP (.7); ATTENTION TO CORPORATE
                                      STRUCTURE AND DISSOLUTION ANALYSIS
                                      (.6); FOLLOW UP WITH J. KEMPF RE: REAL
                                      ESTATE MATTERS (.4); COORDINATE CLOSING
                                      DELIVERABLE WITH J. PAOLI (1.2);
                                      DISCUSSIONS WITH B. KICHLER RE:
                                      TRADEMARKS (.5); CLOSING CHECKLIST
                                      MEETING WITH BANKING TEAM (.5);
                                      ATTENTION TO UCC ISSUES (.3) AND OPEN
                                      ISSUES (.3); FOLLOW UP WITH COMPANY RE:
                                      EVERGREEN CONTROL AGREEMENT (.1);
                                      ATTENTION TO COLLATERAL DOCUMENTS (.8)
                                      AND THIRD-PARTY DOCUMENTS WITH C.
                                      WENZEL (.4).

GRAY RW         10/04/06      0.30    REVIEW AND RESPOND TO MEMORANDUM FROM T.
                                      BOYDELL RE: SAVE-RITE GROCERY WAREHOUSE
                                      (.1); LOCATE HISTORY ON SAME AND FORWARD
                                      TO T. BOYDELL (.1); FURTHER EMAIL
                                      EXCHANGE WITH T. BOYDELL RE: ASSET
                                      TRANSFER ISSUE RE: SAME (.1).

MADDOX JE       10/04/06      1.80    REVIEW REVISED DRAFT OF CREDIT
                                      AGREEMENT FOR COLLATERAL ISSUES AND
                                      SEND COMMENTS TO J PAOLI TO INCORPORATE
                                      INTO MASTER MARKUP.

MARGOLIS A      10/04/06      1.50    REVIEW AND FORWARD COMMENTS TO T.
                                      BOYDELL, J. PAOLI ON REVISED DRAFT
                                      CREDIT AGREEMENT (1.4); TELECONFERENCE
                                      WITH J. PAOLI RE: COMMENTS ON REVISED
                                      DRAFT CREDIT AGREEMENT (.1).

MCELHANEY CL    10/04/06      1.00    REVIEW OF REVISED EXIT FACILITY CREDIT
                                      AGREEMENT AND CONFERRED WITH J. KEMPF
                                      (1.0).

HARRIS K*       10/04/06      1.30    COMPILE UCC FILINGS AND SEND TO OPPOSING
                                      COUNSEL (1.3).

KEMPF J         10/04/06      2.60    COMMENTING ON FORM OF MORTGAGE (.4);
                                      VERIFYING ADDRESS INFORMATION FOR
                                      SEARCHES AND WAREHOUSE INFORMATION FOR
                                      COLLATERAL ACCESS AGREEMENTS (.5);
                                      COMMENTING ON CREDIT AGREEMENT (1.7).
```

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| PAOLI J | 10/04/06 | 4.00 | REVIEW REVISED DRAFT OF CREDIT AGREEMENT (1.2); MEETING WITH T. BOYDELL RE: SAME (.5); FOLLOW UP WITH A. MARGOILS (.1); REVIEW CORRESPONDENCE RE: DISSOLVED SUBS (.2); REVISE DOCUMENT CHECKLIST (.5); FOLLOW UP MEETING WITH K. HARRIS RE: UCC RESULTS (.3); CALL TO A. MARGOLIS RE: SAME (.1); REVIEW BANKRUPTCY COMMENTS TO REVISED CREDIT AGREEMENT (.2); EMAIL TO K. HARRIS RE: SIGNATORIES TO SECRETARY CERTIFICATES (.1); DRAFT OPEN ITEMS LIST FOR COMPANY (.8). |
|---|---|---|---|
| WENZEL CP | 10/04/06 | 1.60 | CONTINUED DRAFTING CORPORATE OPINION RELATED TO TRANSACTION (.9); REVIEWED AND EDITED REVISED COLLATERAL DOCUMENTS AND DISTRIBUTED COMMENTS TO OSHR (.7). |
| HERMAN M | 10/04/06 | 2.30 | ORGANIZE BOX OF FILES (2.3). |
| LUSTIK KW | 10/04/06 | 2.00 | COORDINATE UCC SEARCHES (2.0). |
| NECKLES PJ | 10/05/06 | 1.90 | E-MAILS TO F. HUFFARD, S. REINKEN, AND T. BOYDELL RE: CONFERENCE CALLS TO DISCUSS MARK-UP TO EXIT FINANCING CREDIT AGREEMENT (1.5); E-MAILS TO C. MCELHANEY AND L. APPEL RE: BOARD OF DIRECTORS DATE (.4). |
| BOYDELL TT | 10/05/06 | 5.80 | COORDINATE/WORK ON CLOSING DELIVERABLE FOR EXIT FINANCING (2.3); ANALYSIS RE: CORPORATE STRUCTURE AND DISSOLUTION OF CERTAIN W-D ENTITIES (1.3); ADDRESS OPINION ISSUES (.8); ATTENTION TO OPEN ITEMS TO FINANCING CLOSING (.6); REVIEW AND RESPOND TO E-MAILS RE:  EXIT FINANCING (.6); DISCUSSION W/MILBANK RE:  REVISED CREDIT AGREEMENT (.2). |
| GRAY RW | 10/05/06 | 1.10 | DRAFT MEMORANDUM TO J. KEMPF ET AL. RE: SPE DOCUMENTS TO MILBANK (.1); REVIEW SERIES OF EMAILS AND DOCUMENTATION FROM J. KEMPF AND SMITH GAMBRELL (.3); DRAFT MEMORANDUM TO M. BARR RE: SAME FOR COMMITTEE REVIEW (.1); REVIEW AND RESPOND TO MEMORANDUM FROM T. BOYDELL RE: TRANSFER OF TRADEMARK (.1); REVIEW DRAFT EXIT AGREEMENT RE: SECURED TAX LIENS (.3); DRAFT MEMORANDUM TO A. MARGOLIS RE: PREPARATION OF 6.35 SCHEDULE (.1); DRAFT FURTHER MEMORANDUM TO A. MARGOLIS RE: STATUS OF TAX LIENS (.1). |
| MADDOX JE | 10/05/06 | 0.30 | DRAFT EMAIL TO T. BOYDELL RE: ISSUES INVOLVED IN RENDERING PROTECTED PURCHASER OPINION (.3). |

95

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MARGOLIS A | 10/05/06 | 0.20 | EMAIL CORRESPONDENCE WITH P. NECKLES (.1); OSHR (.1); RE: ISSUES RE: EXIT FACILITY DOCUMENTS. |
| MCELHANEY CL | 10/05/06 | 0.40 | ISSUES INVOLVING CLOSING OF EXIT FINANCING AND TITLE INSURANCE. EMAIL TO CLIENT. |
| HARRIS K* | 10/05/06 | 2.30 | UPDATE BOARD OF DIRECTOR INFORMATION IN SECRETARY CERTIFICATES (.6); ORDER UCC FILINGS AND MAIL FILINGS TO OPPOSING COUNSEL (.8); UPDATE CLOSING CHECKLIST WITH DOCUMENTS FOR WINN-DIXIE RALEIGH LEASING, LLC. |
| KEMPF J | 10/05/06 | 3.50 | REVISING ORGANIZATIONAL CHART (.6); ANSWERING QUESTIONS RELATED TO POST-CLOSING STRUCTURE (.4); PLANNING NOTICE TO TITLE INSURANCE COMPANY ABOUT CLOSING (.4); COORDINATING WITH SMITH GAMBRELL AND CATHERINE IBOLD ABOUT THE DRAFTING OF LEGAL OPINION (.3); REVIEWING REVISED FORMATION DOCUMENTS AND OPERATING AGREEMENTS FOR REAL ESTATE SUBS (1.5); COORDINATING THE DRAFTING OF LLC CERTIFICATES (.3). |
| PAOLI J | 10/05/06 | 5.30 | DRAFT CORRESPONDENCE TO COMPANY RE: FOREIGN QUALIFICATIONS STATUS (.2); CALL WITH STARLA STROSSER RE: SAME (.2); EMAIL TO K. HARRIS RE: UCC COLLATERAL DESCRIPTIONS (.1); CONTINUE DRAFT OF OPEN ITEMS LIST (.3); EMAIL TO T. BOYDELL RE: SAME (.1); REVIEW ORIGINAL FOREIGN QUALIFICATIONS (.4); DISTRIBUTE SAME TO G. LORENZ FOR FILING (.1); REVIEW ANNUAL REPORT FILINGS (.3); REVIEW UCC PACKET (.4); EMAIL TO T. BOYDELL RE: SAME (.1); REVISE RESOLUTIONS (.4); REVIEW REVISED RESOLUTIONS (.3); REVIEW SCHEDULES AND STATEMENTS TO PLEDGE AGREEMENTS FROM THE DIP (.4); REVIEW EXITING LIENS AND INDEBTEDNESS SCHEDULES AND STATEMENTS (.3); REVIEW POST CLOSING STRUCTURE CHART AND INDEX OF ENTITIES TO BE DISSOLVED (.3); REVIEW CORRESPONDENCE RE: CORPORATE STRUCTURE (.2); REVIEW REVISED DOCUMENT LIST (.4); REVIEW ADDITIONAL UCC SEARCH RESULTS (.8). |
| WENZEL CP | 10/05/06 | 3.70 | CONTINUED DRAFTING CORPORATE OPINION RELATED TO TRANSACTION (3.7). |
| HERMAN M | 10/05/06 | 0.30 | ORGANIZE FILES, PRINTED DOCUMENT AND MADE FOLDER (.3). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

NECKLES PJ      10/06/06      6.20   PARTICIPATE IN CONFERENCE CALL WITH T.
                                     BOYDELL, A. MARGOLIS, J. PAOLI, J.
                                     KEMPF, S. REINKEN, AND K. HARDEE TO
                                     DISCUSS COMMENTS TO REVISIONS TO EXIT
                                     FINANCING CREDIT AGREEMENT (2.0);
                                     PREPARE FOR CONFERENCE CALL WITH BANK
                                     PARTICIPANTS (1.3); PARTICIPATE IN
                                     CONFERENCE CALL WITH J. HELFAT, M.
                                     LOESBERG, S. REINKEN, K. HARDEE, T.
                                     BOYDELL, A. MARGOLIS, J. PAOLI, C.
                                     WENZEL, M. BARR, AND A. HERR, OF
                                     MILBANK, TO DISCUSS COMMENTS TO REVISED
                                     EXIT FINANCING CREDIT AGREEMENT (1.4);
                                     CONFERENCE CALL WITH J. HELFAT, M.
                                     LOESBERG, AND S. SOLLS TO DISCUSS
                                     CERTAIN OPEN POINTS IN EXIT FINANCING
                                     CREDIT AGREEMENT (1.5).

BOYDELL TT      10/06/06      6.50   CONFERENCE CALL W/MILBANK, WINN-DIXIE
                                     AND TEAM RE:  REVISED CREDIT AGREEMENT
                                     (2.0); PREPARE REVISED COMPREHENSIVE
                                     MARKUP TO CREDIT AGREEMENT (1.5);
                                     ALL-HANDS CONFERENCE CALL ON CREDIT
                                     AGREEMENT (1.4); DISCUSSIONS WITH C.
                                     WENZEL RE:  COLLATERAL DOCS. (.2) AND
                                     OPINION LETTER (.2); REVIEW AND RESPOND
                                     TO E-MAILS RE: EXIT FINANCING (.6);
                                     REVIEW MILBANK'S COMMENTS TO REVISED
                                     CREDIT AGREEMENT (.6).

GRAY RW         10/06/06      0.70   REVIEW CREDIT FACILITY MARKUP (.3);
                                     TELECONFERENCE WITH A. MARGOLIS RE:
                                     PERMITTED LIEN ISSUE FOR SECURED TAX
                                     CLAIMS (.1); REVIEW MEMORANDA FROM C.
                                     WETZEL RE: SECURED CLAIM PRIORITIES IN
                                     CREDIT AGREEMENT (.1); EMAIL EXCHANGE
                                     WITH A. MARGOLIS RE: HEARING NEEDS RE:
                                     INTEREST RATE AND PRIORITY PROVISIONS
                                     (.1); REVIEW MEMORANDUM FROM P. NECKLES
                                     RE: REAL ESTATE ISSUES (.1).

MARGOLIS A      10/06/06      4.40   CONFERENCE CALL WITH L. APPEL, S
                                     REINKEN, K HARDEE, P NECKLES AND OTHERS
                                     RE: STRATEGY RE: EXIT CREDIT AGREEMENT
                                     ISSUES, COMMENTS (2.0); CONFERENCE CALL
                                     W/WACHOVIA, OTTERBOURG, MILBANK, L
                                     APPEL, S REINKEN, K HARDEE, P NECKLES
                                     AND OTHERS RE: EXIT CREDIT AGREEMENT
                                     ISSUES (1.4); EMAIL CORRESPONDENCE
                                     (.4), TELECONFERENCE W. R. GRAY (.1),
                                     RE: ISSUES RE: EXIT CREDIT AGREEMENT,
                                     SECURED CLAIMS, AND REVIEW CREDIT
                                     AGREEMENT RE: ISSUES RE: SECURED CLAIMS
                                     (.3); REVIEW MILBANK MARKUP OF COMMENTS
                                     ON EXIT AGREEMENT (.1); EMAIL
                                     CORRESPONDENCE WITH S. HENRY RE:
                                     REVISION OF CONFIRMATION ORDER RE: EXIT
                                     CREDIT AGREEMENT (.1).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MCELHANEY CL | 10/06/06 | 1.20 | ANALYSIS OF ISSUES RE: TIMING OF TITLE COMMITMENTS AND WHETHER OR NOT TITLE CAN BE ISSUED PRIOR TO THE EXPIRATION OF THE E 10 DAY APPEAL PERIOD (1.2). |
| HARRIS K* | 10/06/06 | 4.30 | COMPILE LIST OF SCHEDULES AND STATEMENTS FOR WINN-DIXIE (.9); MEETING WITH P NECKLES, T BOYDELL, J PAOLI AND WINN-DIXIE (2.0); MEETING WITH P NECKLES, T BOYDELL, J PAOLI, WINN-DIXIE, AND WACHOVIA (1.4). |
| KEMPF J | 10/06/06 | 2.00 | VERIFYING POST-CLOSING STRUCTURE OF WINN AND SUBSIDIARIES (.5), BRIEFING M. LOESBURG ON POST-CLOSING STRUCTURE AND ANSWERING QUESTIONS RELATED TO STRUCTURE (.3), MONITORING PROGRESS OF TITLE AND DETERMINING HOW COMPLETE TITLE IS (1.2). |
| PAOLI J | 10/06/06 | 5.00 | CONFERENCE CALL WITH COMPANY ET AL. RE: REVISED CREDIT AGREEMENT (2.0); CALL WITH C. WENZEL RE: OPEN ITEMS LIST (.3); CALL WITH K. HARRIS RE: SAME (.2); ALL HANDS CONFERENCE CALL RE: OPEN ISSUES IN CREDIT AGREEMENT (1.4); DRAFT DISCLOSURE RIDER TO CREDIT AGREEMENT (.3); COMPILE OPEN ITEMS LIST (.6); REVISE SCHEDULES AND STATEMENTS TO CREDIT AND SECURITY AGREEMENT (2). |
| WENZEL CP | 10/06/06 | 2.40 | PARTICIPATED IN CONFERENCE CALLS WITH CLIENT RE: CREDIT AGREEMENT (2.0); REVIEWED AND EDITED SKADDEN OPINION (.4). |
| BOYDELL TT | 10/07/06 | 0.50 | ADDRESS OUTSTANDING ISSUES W/R/T SCHEDULES AND STATEMENTS AND EXISTING L/CS AND BONDS (.2); REVIEW AND RESPOND TO E-MAILS RE:  EXIT FACILITY (.3). |
| GRAY RW | 10/07/06 | 0.20 | DRAFT MEMORANDUM TO J. CASTLE, S. KAROL, ET AL. RE: WACHOVIA REQUEST FOR SECURED CLAIM INFORMATION (.1); EXCHANGE EMAILS WITH A. MARGOLIS AND T. BOYDELL RE: 6.35 SCHEDULE (.1). |
| WENZEL CP | 10/07/06 | 3.30 | CONTINUED DRAFTING CORPORATE OPINION RELATED TO TRANSACTION AND DISTRIBUTED INTERNALLY FOR COMMENT (3.3). |
| GRAY RW | 10/08/06 | 0.30 | REVIEW AND RESPOND TO MEMORANDUM FROM T. BOYDELL RE: 6.35 SCHEDULE AND DRAFT MEMORANDUM TO L. APPEL ET AL. RE: SAME (.2); DRAFT MEMORANDUM TO T. BOYDELL RE: EXISTING LIEN SCHEDULE (.1). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| KEMPF J | 10/08/06 | 1.60 | REVIEWING AND COMMENTING ON FORMATION DOCUMENTS FOR REAL ESTATE SUBS (1.0); REVIEWING FORMS OF ASSIGNMENT AND MORTGAGE MODIFICATION (.6). |
| HENRY S | 10/09/06 | 0.50 | ANALYSIS OF ISSUES RELATING TO TITLE INSURANCE (.3); TELECONFERENCE WITH A. MARGOLIS RE: TITLE INSURANCE ISSUES (.2). |
| NECKLES PJ | 10/09/06 | 5.60 | ANALYZE ISSUES RE: TITLE INSURANCE, CONFIRMATION ORDER, AND TIMING OF CLOSING (1.3); E-MAILS WITH L. APPEL, J. KEMPF, AND W. SCHWARTZ RE: TIMING ISSUES AND TITLE INSURANCE (1.2); REVIEW EFFECTIVE DATE SOURCES AND USES TO DETERMINE BORROWING NEEDS (1.8); CONFERENCE CALL WITH S. REINKEN, J. O'CONNELL, AND F. HUFFARD TO DISCUSS AVAILABILITY ISSUES IN CONNECTION WITH TIMING OF CLOSING (1.3). |
| BOYDELL TT | 10/09/06 | 4.20 | COORDINATE CLOSING DELIVERABLE WITH J. PAOLI (1.4); REVIEW RIDERS TO CREDIT AGREEMENT (.2); ATTENTION TO UCC ISSUES (.4); START REVIEWING AND PROVIDING COMMENTS TO OPINION LETTER (1.5); DISCUSSIONS/E-MAILS WITH M. LOESBERG RE:  CREDIT AGREEMENT MATTERS (.5); DISCUSSION WITH J. PAOLI RE: CERTAIN EXHIBITS TO CREDIT AGREEMENT (.2). |
| GRAY RW | 10/09/06 | 0.30 | EXCHANGE EMAILS WITH T. BOYDELL RE: STATUS OF EXIT FINANCING (.1); TELECONFERENCE WITH S. SOLL, A. MARGOLIS AND M. LOESBERG RE: PLAN CLASS PAYMENTS (.1); REVIEW MEMORANDUM FROM P. NECKLES RE: CLOSING ISSUES AND EXCHANGE EMAILS WITH A. MARGOLIS RE: APPEAL PERIOD WAIVER (.1). |
| MADDOX JE | 10/09/06 | 4.10 | REVIEW REVISED SECURITY AGREEMENT IN ORDER TO MARKUP SASMF UCC OPINION (3.3); REVIEW AND MARKUP SECTION OF ANDERSON NEWS CONTRACT IN ACCORDANCE WITH ARTICLE 2 OF THE UCC (.8). |

| | | | |
|---|---|---|---|
| MARGOLIS A | 10/09/06 | 4.00 | REVISE EXIT FINANCING RELATED PROVISIONS OF CONFIRMATION ORDER TO REFLECT OTTERBOURG COMMENTS (1.8); TELECONFERENCE WITH S. HENRY RE: REVISIONS TO EXIT FINANCING PROVISION OF CONFIRMATION ORDER (.2); TELECONFERENCE WITH M. LOESBERG, S. SOLL, R. GRAY RE: SCHEDULES AND STATEMENTS, DEBT COVENANTS IN EXIT CREDIT AGREEMENT (.1); EMAIL CORRESPONDENCE WITH P. NECKLES AND R. GRAY (.5); EMAIL CORRESPONDENCE WITH T. BOYDELL RE: DEBT, LIEN COVENANTS (.5); DRAFT AND FORWARD INSERTS ON DEBT, LIEN COVENANTS TO P. NECKLES, T. BOYDELL (.5); EMAIL CORRESPONDENCE WITH M. LOESBERG RE: ISSUES RE: DEBT, LIEN COVENANTS (.2); REVIEW DRAFT SOURCES AND USES SCHEDULES AND STATEMENTS (.2). |
| HARRIS K* | 10/09/06 | 3.20 | DRAFT SECRETARY CERTIFICATE FOR NEW REAL ESTATE ENTITIES AND UPDATE OTHER SECRETARY CERTIFICATES (2.8); UPDATE RESOLUTIONS (.4). |
| KEMPF J | 10/09/06 | 1.80 | GATHERING INFORMATION FOR SEARCHES AND REAL ESTATE SUB FORMATION DOCUMENTS (.3); BRIEFING MIKE LOESEBURG ON THE ORGANIZATIONAL CHART AND THE STRUCTURE OF THE POST-CLOSING SUBSIDIARIES (.3); ASCERTAINING STATUS OF TITLE FOR OWNED AND LEASED PROPERTIES (.6); REVIEWING AND CONSIDERING COMMENTS FROM CREDITOR'S COMMITTEE (.5); REVIEWING STOCK CERTIFICATES FOR REAL ESTATE SUBS (.1). |

| | | | |
|---|---|---|---|
| PAOLI J | 10/09/06 | 5.70 | ORDER JUDGMENT AND STATE TAX LIEN SEARCHES (.2); CALL WITH L. GARCIA AT NCR RE: SAME (.1); EMAIL TO P. BROWN RE: GOOD STANDINGS (.1); REVISE RESOLUTIONS (.4); EMAIL TO M. LOESBERG RE: SAME (.1); COORDINATE CLOSING CHECKLIST CALL WITH T. BOYDELL AND K. HARRIS (.2); REVIEW JUDGMENT LIEN SEARCH RESULTS (.3); REVIEW FOREIGN QUALIFICATIONS (.4); EMAIL TO K. LUSTIK RE: SEARCH LISTING (.1); REVIEW EXHIBITS TO CREDIT AGREEMENT (.6); CALL TO L. APPEL RE: SCHEDULES AND STATEMENTS (.2); EMAIL TO L. APPEL RE: SAME (.1); REVIEW REVISED SECRETARY CERTIFICATES (.6); REVIEW DRAFT INSURANCE CERTIFICATES (.3); EMAIL TO D. BITTER RE: SAME (.1); REVIEW SEARCH RESULTS LISTING (.3); REVIEW ORGANIZATIONAL CHART FOR ACCURACY (.2); REVIEW LLC AGREEMENTS FOR NEW REAL ESTATE ENTITIES (.6); CALL TO P. BROWN RE: DELIVERY OF LLC MEMBERSHIP CERTIFICATES (.3); REVIEW COMMENTS TO RESOLUTIONS FROM OSHR (.1); EMAIL TO T. BOYDELL RE: SAME (.1); EMAIL TO T. SALDANA RE: SAME (.1); CALL WITH T. BOYDELL RE: EXHIBITS (.2). |
| LORENZ G | 10/09/06 | 3.70 | ASSEMBLE FOR ATTORNEY REVIEW THE BLACKLINES OF EXHIBITS TO VARIOUS AGREEMENTS (2.1); PREPARE DISTRIBUTION OF ALL CORPORATE DOCUMENTS RECEIVED (1.6). |
| LUSTIK KW | 10/09/06 | 1.20 | COORDINATE UCC SEARCHES (1.2). |
| NECKLES PJ | 10/10/06 | 3.40 | DRAFT E-MAILS RE: ACCOUNTS CONTROL AGREEMENTS WITH S. REINKEN AND J. PAOLI (.3); E-MAILS WITH L. APPEL AND B. NUSSBAUM RE: CLOSING SEQUENCES AND AVAILABILITY (.4); ANALYSIS OF PROVISIONS RE: AGENTS DISCRETION TO CLOSE (1.2); E-MAILS WITH L. APPEL RE: CLOSING DISCRETION (.3); E-MAILS WITH T. BOYDELL, A. MARGOLIS, AND M. LOESBERG RE: VARIOUS CLOSING LOGISTICS (1.2). |
| SCHWARTZ WL | 10/10/06 | 1.20 | REVIEW CORRESPONDENCE FROM CLIENT AND C. MCELHANEY RE: TITLE INSURANCE ISSUES (.5); MEETING WITH SKADDEN TEAM RE: CLOSING (.7). |

BOYDELL TT      10/10/06    4.30  STATUS MEETING WITH J. PAOLI, K. HARRIS
                                  AND G. LORENZ (.3); CLOSING CHECKLIST
                                  CONFERENCE CALL WITH M. LOESBERG AND
                                  BANKING TEAM (1.0); FOLLOW UP RE: REAL
                                  ESTATE MATTERS WITH J. KEMPF (.6);
                                  DISCUSSION WITH J. MADDOX RE: OPINION
                                  ISSUES (.3); ATTENTION TO CLOSING
                                  DELIVERABLE (1.2); DISCUSSION WITH S.
                                  FELD RE: L/CS AND BONDS (.1); START
                                  REVIEW OF REVISED CREDIT AGREEMENT
                                  (.8).

FELD SR         10/10/06    0.30  PROVIDE INFO RE: EXIT FINANCING DEBT
                                  SCHEDULE (.3).

GRAY RW         10/10/06    0.20  TELECONFERENCE WITH J. KEMPF RE:
                                  AUTHORIZATION FOR TRANSFER OF OWNED
                                  PROPERTY (.1); REVIEW AND RESPOND TO
                                  MEMORANDUM FROM J. KEMPF TO S.
                                  MCCLELLAND RE: SAME (.1).

MARGOLIS A      10/10/06    2.00  REVIEW REVISED CONFIRMATION ORDER RE:
                                  EXIT FINANCING PROVISIONS (.6); DEVELOP
                                  STRATEGY WITH P. NECKLES, W. SCHWARTZ,
                                  R. GRAY, J. KEMPF RE: REAL ESTATE ISSUES
                                  RE: CLOSING OF EXIT FACILITY (.7);
                                  REVIEW WACHOVIA SUPPORT OF PLAN (.1);
                                  REVIEW REVISED CREDIT AGREEMENT,
                                  FORWARD COMMENTS TO T. BOYDELL (.5);
                                  EMAIL WITH J. PAOLI RE: CLOSING
                                  SCHEDULES AND STATEMENTS (.1).

HARRIS K*       10/10/06    1.80  UPDATE RESOLUTIONS WITH MARK-UP CHANGES
                                  PROVIDED BY R. GRAY, A. SALDANA AND S.
                                  HULSEY (1.8).

KEMPF J         10/10/06    8.30  PLANNING FOR CONFERENCE CALL TO DISCUSS
                                  TITLE ISSUES (.5); PARTICIPATING IN
                                  CONFERENCE CALL WITH PETER NECKLES, W.
                                  SCHWARTZ, A. MARGOLIS, J. PAOLI, T.
                                  BOYDELL, AND BLACKSTONE ADVISORS TO
                                  DISCUSS TITLE ISSUES AND TIMING OF
                                  BANKRUPTCY EXIT (.7); REVIEWING LOAN
                                  DOCUMENTS FOR AVAILABILITY
                                  REQUIREMENTS (.6); PREPARING
                                  COLLATERAL ACCESS AGREEMENTS (2.5);
                                  BRIEFING CATHERINE IBOLD ABOUT THE
                                  CREDIT AGREEMENT SCHEDULES AND
                                  STATEMENTS (.2); REVIEWING AND CHECKING
                                  PROGRESS OF REAL ESTATE CHECKLISTS (1.5
                                  HOUR); RESOLVING POTENTIAL TRANSFER OF
                                  PROPERTY IN WETLAND AREA IN FLORIDA
                                  (.3); REVISING ORG CHART (.5);
                                  REVIEWING AND INCORPORATING MILBANK'S
                                  COMMENTS TO THE OPERATING AND FORMATION
                                  DOCS FOR THE REAL ESTATE SUBS (1.5).

PAOLI J          10/10/06     3.30    MEETING WITH A. MARGOLIS, P. NECKLES, A.
                                      RAVIN, J. KEMPF, W. SCHWARTZ, R. GRAY
                                      AND T. SALDANA RE: CLOSING LOGISTICS
                                      (.7); CALL TO G. LORENZ RE: CLOSING ROOM
                                      AND FORM OF SECRETARY'S CERTIFICATE
                                      (.2); REVISE CLOSING CHECKLIST (.6);
                                      EMAIL TO J. JAMES RE: ENTITIES TO BE
                                      DISSOLVED (.1); EMAIL TO B. KICHLER RE:
                                      ASSIGNMENT AGREEMENTS (.1); CONFERENCE
                                      CALL WITH OSHR RE: CLOSING CHECKLIST
                                      (.8); REVIEW COMMENTS TO RESOLUTIONS
                                      (.3); EMAIL TO T. BOYDELL RE: TREASURER
                                      APPOINTMENT FOR WINN-DIXIE ENTITIES
                                      (.1); EMAIL TO S. REINKEN RE: EVERGREEN
                                      AGREEMENT (.2); REVIEW PLEDGE AGREEMENT
                                      SCHEDULES AND STATEMENTS (.2).

LORENZ G         10/10/06     3.20    COORDINATE/ATTEND MEETING RE:
                                      CONFERENCE CALL RE: CLOSING CHECKLIST
                                      (1.1); ORGANIZE/INDEX RECEIVED CLOSING
                                      DOCUMENTS AND FILES FOR CLOSING (2.1).

NECKLES PJ       10/11/06    10.50    REVIEW OF FINAL REVISIONS TO CREDIT
                                      AGREEMENT FOR POSTING (2.5); NEGOTIATE
                                      ALTERNATIVE PROPOSALS FOR CERTAIN
                                      REPRESENTATIONS AND WARRANTIES AND
                                      PREPARE AND DISTRIBUTE MARK-UP TO FINAL
                                      REVISIONS (4.5); CONFERENCE CALLS WITH
                                      J. HELFAT, L. APPEL, M. LOESBERG, S.
                                      SOLLS AND REPRESENTATIVES OF WINN-DIXIE
                                      TO DISCUSS FINAL COMMENTS TO CREDIT
                                      AGREEMENT (3.5).

SCHWARTZ WL      10/11/06     1.10    CORRESPONDENCE FROM A. RAVIN AND D.
                                      STANFORD RE: PROPERTIES WITH LANDLORD
                                      OBJECTIONS (.4); CONFERENCE CALL WITH
                                      D. STANFORD RE: EXIT FINANCING CLOSING
                                      DOCUMENTS (.7).

BOYDELL TT       10/11/06     5.30    CONTINUE REVIEW OF REVISED CREDIT
                                      AGREEMENT (.7); PREPARE COMPREHENSIVE
                                      MARKUP TO REVISED CREDIT AGREEMENT
                                      (1.6); CONTINUE REVIEW OF SKADDEN
                                      OPINION LETTER (.8); ATTENTION TO
                                      COLLATERAL DOCUMENTS (.7) AND OPINION
                                      ISSUES (.5); CONFERENCE CALL WITH OSHR
                                      AND P. NECKLES RE: CREDIT AGREEMENT
                                      (.8); DISCUSSION WITH L. APPEL RE:
                                      CREDIT AGREEMENT (.2).

GRAY RW          10/11/06     0.20    REVIEW NOTICE OF PLAN FOR FILING IN REAL
                                      ESTATE RECORDS AND DRAFT  MEMORANDUM TO
                                      D. STANFORD RE: COMMENTS (.2).

| | | | |
|---|---|---|---|
| MADDOX JE | 10/11/06 | 1.70 | CONFERENCE CALL WITH M. LOESBERG, (OTTERBORG) TIM ARANT (WACHOVIA) AND C. WENZEL (SASMF) RE: WACHOVIA FORM OF CONTROL AGREEMENT AND POSSIBLE REDRAFT TO ADDRESS SASMF OPINION CONCERNS[.3]; REVIEW REVISED LANGUAGE FOR SECURITY AGREEMENT AND DRAFT RESPONSE AND CIRCULATE[1.4]. |
| MARGOLIS A | 10/11/06 | 0.30 | REVIEW, FORWARD COMMENTS TO T. BOYDELL, J. PAOLI ON REVISE DRAFT CREDIT AGREEMENT (.3). |
| MCELHANEY CL | 10/11/06 | 2.00 | ISSUES RE: TITLE; WHETHER TO SEND ASSIGNMENTS OF LEASE TO LL, ASSIST J. KEMPF RE: REAL ESTATE ISSUES. |
| HARRIS K* | 10/11/06 | 4.10 | UPDATE RESOLUTIONS (.3); UPDATE SECRETARY CERTIFICATES BASED ON COMPANY MARK-UP (1.6); MARK-UP AND VERIFY PLEDGE AGREEMENT SCHEDULES AND STATEMENTS WITH INFORMATION FROM STOCK CERTIFICATES (2.2). |
| KEMPF J | 10/11/06 | 10.30 | CREATING THE COLLATERAL ACCESS AGREEMENTS (8.0); REVIEWING SG AND OTTERBOURG REAL ESTATE CHECKLISTS IN PREPARATION FOR CONFERENCE CALL (.5); COMMENTING ON CREDIT FACILITY (1.0); BRIEFING C. IBOLD, C. MCELHANEY, AND R. GRAY ON MILBANK COMMENTS TO ARTICLES OF ORG AND LLC AGREEMENTS (.8). |
| PAOLI J | 10/11/06 | 2.30 | REVIEW REVISED SECRETARY CERTIFICATES (1.1); REVIEW REVISED RESOLUTIONS (.4); COORDINATE COMMENTS TO CREDIT AGREEMENT FROM SPECIALISTS (.4); REVIEW REAL ESTATE CLOSING CHECKLIST (.4). |
| WENZEL CP | 10/11/06 | 1.90 | REVIEWED AND EDITED REVISED PLEDGE AGREEMENTS AND DISTRIBUTED COMMENTS TO OSHR (.6); REVIEWED AND EDITED REVISED TRADEMARK AGREEMENTS (.2); REVIEWED AND EDITED SKADDEN OPINION (.4); REVIEWED WACHOVIA CONTROL AGREEMENT AND PARTICIPATED IN CONFERENCE CALL WITH OSHR AND WACHOVIA RE: AGREEMENT (.7). |
| HERMAN M | 10/11/06 | 0.50 | ORGANIZE CLOSING DOCUMENTS AND MADE FILES (.5). |
| NECKLES PJ | 10/12/06 | 6.00 | NEGOTIATE, REVIEW AND REVISE FINAL CHANGES TO EXIT CREDIT AGREEMENT (3.2); E-MAILS WITH L. APPEL, S. REINKEN, B. NUSSBAUM, M. LOESBERG, T. BOYDELL, J. PAOLI, A. MARGOLIS, AND J. BAKER RE: FINAL REVISIONS (2.8). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

SCHWARTZ WL    10/12/06    1.40    CORRESPONDENCE WITH A. MARGOLIS, C. MCELHANEY AND P. NECKLES RE: CLOSING DOCUMENTS (.8); CONFERENCE CALL WITH D. STANFORD AND D. GREENSTEIN RE: CLOSING CHECKLIST (.6).

BOYDELL TT    10/12/06    5.80    COMPLETE REVIEWING AND PROVIDING COMMENTS TO SKADDEN OPINION LETTER (1.8); REVIEW OUTSTANDING MATTERS WITH RESPECT TO COLLATERAL DOCUMENTS (.5); WORK ON CLOSING DELIVERABLES FOR EXIT FACILITY (3.3); START REVIEW OF SOLVENCY CERTIFICATE (.2).

GRAY RW    10/12/06    0.50    REVIEW AND COMMENT ON D. STANFORD REAL ESTATE FILING AFFIDAVIT (.3); REVIEW MEMORANDUM FROM J. PAOLI RE: JUDGMENT LIEN INFORMATION AND DRAFT MEMORANDA TO J. POST AND T. WILLIAMS RE: SAME (.2).

MADDOX JE    10/12/06    2.70    REVIEW REVISED DRAFT OF WACHOVIA DEPOSIT ACCOUNT CONTROL AGREEMENT SENT BY M. LOESBERG [.4]; BEGIN REVIEW DEPOSITARY AGREEMENT WITH WACHOVIA[2.3].

MARGOLIS A    10/12/06    0.90    TELECONFERENCE WITH K. DAW, D STANFORD, R. GRAY RE: ISSUES RE: LEASE ASSIGNMENTS TO SPES AND LANDLORD OBJECTION (.3); REVIEW ASSIGNMENT OF LEASE DOCUMENTS (.3); EMAIL CORRESPONDENCE WITH P. NECKLES, T. BOYDELL RE: COMMENTS ON CREDIT AGREEMENT (.3).

MCELHANEY CL    10/12/06    1.00    REVIEW OF COLLATERAL ACCESS AGREEMENTS/VARIOUS REAL ESTATE ISSUES (1.0).

HARRIS K*    10/12/06    0.60    UPDATE DOCUMENT INDEX (.1); VERIFY OFFICER INFORMATION FOR SIGNATURE BLOCKS (.5).

KEMPF J    10/12/06    3.90    BRIEFING C. MCELHANEY, K. KRAUS, AND R. GRAY ON CONTINUING NEGOTIATIONS WITH MILBANK ABOUT REAL ESTATE SUB FORMATION AND OPERATING DOCUMENTS (.7); BRIEFING D. GREENSTEIN AND M. LOESBERG ON EFFORTS TO GET COLLATERAL ACCESS AGREEMENTS (.6); CREATING EXHIBIT TO COLLATERAL ACCESS AGREEMENT (.5); REVIEWING REAL ESTATE CHECKLIST AND ASCERTAINING WHICH FIRMS WILL BE ABLE TO MOST EFFICIENT ADDRESS THE REMAINING REAL ESTATE DOCUMENTS (.5); BRIEFING MILBANK ON OUR POSITION RE: THE REAL ESTATE FORMATION DOCUMENTS (1.3); BRIEFING C. IBOLD ABOUT DISCUSSIONS WITH MILBANK ABOUT THE ARTICLES OF ORGANIZATION FOR REAL ESTATE SUBS (.3).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| PAOLI J | 10/12/06 | 4.00 | EMAIL TO T. BOYDELL RE: VELOS (.1); EMAIL TO M. LOESBERG RE: PREPETITION SOLVENCY CERTIFICATE (.1); EMAIL TO T. BOYDELL RE: VELOS (.1); DRAFT OPEN ITEMS LIST (.8); REVIEW SCHEDULES AND STATEMENTS RECEIVED TO DATE (.4); FOLLOW UP WITH D. BITTER RE: STATUS OF INSURANCE CERTIFICATES (.2); REVIEW SUBSIDIARY SCHEDULES AND STATEMENTS (.2); REVIEW COMPANY COMMENTS TO EXHIBITS (.3); EMAIL TO T. SALDANA RE: SAME (.1); REVIEW JUDGMENT LIEN SEARCHES (.2); EMAIL TO R. GRAY RE: SAME (.1); EMAIL TO T. SALDANA RE: EXHIBITS TO RESOLUTIONS (.1); EMAIL TO K. HARRIS RE: DOCUMENT INDEX (.1); EMAIL TO COMPANY RE: OPEN ITEMS ON FOREIGN QUALIFICATIONS (.2); REVIEW REVISED ENDORSEMENT TO THE INSURANCE CERTIFICATES (.2); CALL TO S. STOESSER RE: FOREIGN QUALIFICATIONS (.2); REVIEW GOOD STANDINGS FOR VARIOUS WINN-DIXIE ENTITIES (.3); REVIEW DRAFT STOCK RECEIPT (.3). |
| HERMAN M | 10/12/06 | 2.80 | ORGANIZE DOCUMENTS FOR CLOSING AND MADE FILES/LABELS. |
| NECKLES PJ | 10/13/06 | 6.70 | REVIEW REVISED EXIT CREDIT AGREEMENT (1.7); CONFERENCE CALL WITH S. REINKEN, M. LOESBERG, AND H. WALLACE RE: NET INCOME DEFINITION (.5); E-MAILS RE: FINAL REVISIONS TO CREDIT AGREEMENT INCLUDING CHANGES OF NET INCOME ITEM WITH M. LOESBERG AND S. REINKEN (1.3); E-MAILS WITH T. BOYDELL RE: OPEN ITEMS AND REVIEW RESPONSES TO M. LOESBERG (3.2). |
| SCHWARTZ WL | 10/13/06 | 0.50 | CORRESPONDENCE FROM P. NECKLES AND T. BOYDELL RE: CREDIT AGREEMENT ISSUES (.5). |
| BOYDELL TT | 10/13/06 | 7.80 | REVIEW REVISED CREDIT AGREEMENT (.7); CONTINUE REVIEWING AND PREPARING MARKUP TO DRAFT SOLVENCY CERTIFICATE (.4); UPDATE MARKUP TO SOLVENCY CERTIFICATE (.2); COLLECT STATUS UPDATES AND DRAFT RESPONSE RE:  OUTSTANDING ITEMS (1.2); CLOSING CHECKLIST MEETING WITH C. WENZEL, J. PAOLI AND K. HARRIS (.6); REVIEW AND PROVIDE COMMENTS TO RECEIPT OF STOCK CERTIFICATES (.3); ADDRESS UCC ISSUES WITH J. MADDOX (.3); WORK ON CLOSING DELIVERABLES (2.8); REVIEW E-MAILS RE:  EXIT FACILITY (1.3). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| GRAY RW | 10/13/06 | 0.10 | TELECONFERENCE WITH J. KEMPF RE: MILBANK ISSUES ON LLC FORMATION DOCS (.1). |
| MADDOX JE | 10/13/06 | 2.40 | FINISH REVIEW AND ANALYSIS OF DEPOSITARY AGREEMENT [1.8]; REVIEW AND MARKUP ACH AGREEMENT [.6]. |
| MARGOLIS A | 10/13/06 | 0.20 | REVIEW REVISED CREDIT AGREEMENT (.1), SOLVENCY CERTIFICATE (.1). |
| HARRIS K* | 10/13/06 | 3.20 | CLOSING CHECKLIST MEETING WITH J. PAOLI, T. BOYDELL AND C. WENZEL (.6); UPDATE DOCUMENT CHECKLIST, PLEDGE AGREEMENTS AND STOCK RECEIPT (2.6). |
| KEMPF J | 10/13/06 | 1.00 | WRITING BRIEF EXPLAINING POSITION ON AMENDMENT OF ARTICLES OF ORGANIZATION TO MILBANK (.7); BRIEFING K. KRAUS AND R. GRAY ON STATUS OF NEGOTIATIONS WITH MILBANK OVER CREDIT AGREEMENT (.3). |
| PAOLI J | 10/13/06 | 8.20 | REVISE DOCUMENT LIST (1.8); REVIEW AND REVISE SCHEDULES AND STATEMENTS TO CREDIT AGREEMENT (2.3); CALL WITH P. BROWN AT SMITH GAMBRELL RE: MEMBERSHIP CERTIFICATES (.3); CLOSING CHECKLIST MEETING (.8); DISTRIBUTE SCHEDULES AND STATEMENTS TO OSHR FOR REVIEW (.4); ORDER UCC AND TAX LIEN SEARCHES (.6); EMAIL TO C. WENZEL RE: ASSIGNMENT OF TRADEMARKS (.1); EMAIL TO T. SALDANA RE: STATUS OF AMENDED ARTICLES OF INCORPORATION AND BYLAWS (.1); REVIEW OPEN ITEMS LIST (.4); EMAIL TO L. GARCIA RE: STATUS OF STATE LIEN AND JUDGMENT LIEN SEARCHES (.1); FOLLOW UP WITH SGR RE: STATUS OF GOOD STANDINGS (.1); REVIEW GOOD STANDING CERTIFICATES FOR LLC ENTITIES (.1); REVIEW REVISED SCHEDULES AND STATEMENTS TO PLEDGE AGREEMENT (.2). |
| WENZEL CP | 10/13/06 | 3.80 | REVIEWED AND EDITED SKADDEN OPINION AND DRAFTED RELATED OPINION CERTIFICATES (1.7); REVIEWED AND EDITED PLEDGE AGREEMENTS AND TRADEMARK SECURITY AGREEMENTS AND DISTRIBUTED COMMENTS EXTERNALLY (1.5); PARTICIPATED IN INTERNAL STATUS CONFERENCE (.6). |
| BOYDELL TT | 10/14/06 | 0.30 | COORDINATE CONTROL AGREEMENTS (.3). |
| BAKER DJ | 10/16/06 | 0.50 | REVIEW EMAILS RE: EXIT FINANCING ISSUES (.4); REPLY TO EMAIL FROM P. NECKLES RE: EXIT FINANCING (.1). |

| | | | |
|---|---|---|---|
| NECKLES PJ | 10/16/06 | 1.70 | DRAFT E-MAILS WITH T. BOYDELL RE: OPEN ITEMS, SOLVENCY CERTIFICATE, CREDIT AGREEMENT, AND SCHEDULES AND STATEMENTS (1.7). |
| SCHWARTZ WL | 10/16/06 | 0.50 | CORRESPONDENCE FROM T. BOYDELL AND D. GREENSTEIN RE: CLOSING DOCUMENTS (.3); CONFERENCE WITH J. KEMPF RE: CLOSING DOCUMENTS AND CONFERENCE CALL WITH WACHOVIA (.2). |
| BOYDELL TT | 10/16/06 | 6.90 | REVIEW AND PROVIDE COMMENTS TO OPINION OFFICER'S CERTIFICATE (.4); DISCUSSION WITH J. KEMPF RE: REAL ESTATE OPINIONS (.2); REVIEW REVISED SOLVENCY CERTIFICATE (.2) AND ADDRESS SIGNATORY ISSUE W/COMPANY (.3); TELECONFERENCE WITH M. CUMERFORD RE: CREDIT AGREEMENT (.2); DISCUSSION WITH A. RAVIN RE: BANKRUPTCY MATTERS (.1); ADDRESS INCUMBENCY ISSUES W/COMPANY (.3); DRAFT STATUS SUMMARY TO EXIT FACILITY MATTERS (.4); ATTENTION TO CLOSING DELIVERABLES FOR CREDIT FACILITY (2.5); ADDRESS IP ISSUES (.3); REVIEW AND RESPOND TO E-MAILS RE: EXIT FACILITY (1.6); REVIEW AND PROVIDE COMMENTS TO STOCK RECEIPT (.2); COORDINATE RESOLUTIONS (.2). |
| GRAY RW | 10/16/06 | 0.20 | EXCHANGE EMAILS WITH A. SALDANA AND T. BOYDELL RE: OLD V. NEW BOARD OF DIRECTORS AUTHORIZATION ISSUES (.2). |
| HARRIS K* | 10/16/06 | 2.20 | REVIEW LLC AGREEMENTS AND COMPARE TO INFORMATION IN SECRETARY CERTIFICATES FOR NEW REAL ESTATE ENTITIES (.8); VERIFY SECURITY ACCOUNT CONTROL AGREEMENTS (.8); REVISE STOCK RECEIPT (.6). |
| KEMPF J | 10/16/06 | 4.50 | TELECONFERENCE WITH C. IBOLD, K. HARDIE, AND D. STANFORD TO DISCUSS LEASEHOLD AND FEE-OWNED AVAILABILITY (1), BRIEF W. SCHWARTZ ON REAL ESTATE AVAILABILITY (2), TELECONFERENCE WITH P. NECKLES AND W. SCHWARTZ ABOUT REAL ESTATE AVAILABILITY (.3), OBTAIN TAX AND ORGANIZATIONAL I.D. INFORMATION FOR CLOSING DOCUMENTS (.3), VERIFY OPA LOCKA PROPERTY INFORMATION (.5), TELECONFERENCE WITH M. LOESBERG ABOUT COLLATERAL ACCESS AGREEMENTS (.4),. |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| PAOLI J | 10/16/06 | 3.50 | REVIEW INCUMBENCY CERTIFICATES (.7); REVIEW 10Q INFORMATION RE: FINANCING (.8); EMAIL TO T. BOYDELL RE: SAME (.2); CALL WITH T. BOYDELL RE: SAME (.2); REVIEW SECURITIES ACCOUNT AGREEMENT SCHEDULES AND STATEMENTS (.4); CALL TO C. WENZEL RE: SAME (.2); CALL TO K. HARRIS RE: SAME (.2); CALL TO C. WENZEL RE: INCUMBENCIES (.2); CALL WITH T. BOYDELL RE: OPEN ITEMS (.3); CALL TO J. KEMPF RE: BYLAWS (.2); MEETING WITH A. RAVIN RE: CONFIRMATION HEARING (.1);. |
| RAVIN AS | 10/16/06 | 0.30 | REVIEW MEMORANDA FROM P. NECKLES AND T. BOYDELL RE: LIST OF OPEN ITEMS ON CREDIT AGREEMENT (.1); CONFERENCE WITH T. BOYDELL RE: TIMING OF EMERGENCE (.1); DRAFT CORRESPONDENCE TO S. WEI AND J. PATRICK RE: AFCO RENEWAL (.1). |
| LUSTIK KW | 10/16/06 | 0.50 | COORDINATE UCC SEARCHES (.5). |
| NECKLES PJ | 10/17/06 | 2.00 | ANALYZE ISSUES RE: REAL ESTATE COLLATERAL (1.2); E-MAILS WITH W. SCHWARTZ, J. KEMPF, AND T. BOYDELL RE: CALCULATION OF REAL ESTATE AVAILABILITY (.8). |
| SCHWARTZ WL | 10/17/06 | 1.30 | CONFERENCE WITH J. KEMPF RE: VALUATION ISSUES AND REVIEW OF CORRESPONDENCE RE: SAME (.4); CONFERENCE CALL WITH C. IBOLD, D. STANFORD, D. GREENSTEIN AND OTHERS RE: UPDATE ON CLOSING CHECKLIST (.3); REVIEW J. KEMPF CORRESPONDENCE WITH REVISED CLOSING DOCUMENTS (.4); CONFERENCE WITH P. NECKLES RE: CLOSING (.2). |
| BOYDELL TT | 10/17/06 | 7.20 | NEGOTIATE AND FINALIZE SOLVENCY CERTIFICATE (.6); REVIEW AND PROVIDE COMMENTS TO 10-Q (.6); ADDRESS OPINION ISSUES (.8); CORRESPONDENCE W/KING AND SPALDING AND R. BARUSCH RE: SEC FILINGS (.3); DISCUSSIONS WITH K. HARRIS RE: STOCK CERTIFICATES AND POWERS (.4) AND WITH J. PAOLI RE:  GOOD STANDING ISSUES (.3) AND LIEN ISSUES (.2); FOLLOW UP WITH J. KEMPF RE:  REAL ESTATE MATTERS (.7); CORPORATE STRUCTURE ANALYSIS (.2); WORK ON CLOSING DELIVERABLES FOR EXIT FINANCING (2.6); FOLLOW UP W/COMPANY AND C. WENZEL RE: CONTROL AGREEMENTS (.5). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

HARRIS K*        10/17/06        2.60   UPDATE STOCK RECEIPT WITH COMMENTS FROM
                                        M. LOESBERG, VERIFY TYPE OF SHARE LIST
                                        WITH DATA FROM STOCK CERTIFICATES AND
                                        DISTRIBUTE STOCK RECEIPT TO TEAM;
                                        COMPARE DATA ON EXHIBIT C OF DOCUMENT
                                        LIST WITH JURISDICTION INFORMATION
                                        PROVIDED BY COMPANY (.4); REVIEW
                                        CERTIFICATES FOR LLC INTERESTS AND
                                        INTEREST POWERS (.8).

KEMPF J          10/17/06        4.20   CONTACTING LANDLORDS TO ACQUIRE
                                        COLLATERAL ACCESS AGREEMENTS (.3);
                                        TELECONFERENCING WITH W. SCHWARTZ,
                                        CATHERINE IBOLD, D. GREENSTEIN, AND
                                        DOUG STANFORD ABOUT TITLE, FOREIGN
                                        QUALIFICATIONS, AND OTHER INCOMPLETE
                                        REAL ESTATE DOCUMENTS (.6); REVIEWING
                                        LIST OF FOREIGN QUALIFICATIONS AND
                                        ANSWERING QUESTIONS RELATED TO
                                        QUALIFICATION OF REAL ESTATE SUBS (.9);
                                        REVISING REAL ESTATE FORMATION AND
                                        OPERATING DOCUMENTS (.8);
                                        TELECONFERENCING WITH MILBANK ABOUT THE
                                        CREDITOR COMMITTEE'S COMMENTS (.2);
                                        TELECONFERENCING WITH SHEILA RENKEN
                                        ABOUT LEASEHOLD AVAILABILITY (.3);
                                        TELECONFERENCING WITH D. GREENSTEIN
                                        ABOUT LEASEHOLD AVAILABILITY (.3);
                                        BRIEFING W. SCHWARTZ ON TITLE AND
                                        LEASEHOLD AVAILABILITY (.8).

PAOLI J          10/17/06        5.80   REVIEW STATE TAX AND JUDGMENT LIEN
                                        SEARCH RESULTS (3.2); DISTRIBUTE SAME
                                        TO UCC FILING UNIT TO CREATE LISTING
                                        (.2); REVIEW LIST OF FOREIGN
                                        QUALIFICATIONS (.2); CALL WITH T. LEWIS
                                        RE FOREIGN QUALIFICATIONS (.3); EMAIL
                                        TO S. STROSSER RE: SAME (.2); CALL TO T.
                                        SALDANA RE: BYLAWS (.1); CALL WITH K.
                                        HARRIS RE: STOCK CERTIFICATES AND
                                        POWERS (.2); DRAFT CORRESPONDENCE TO M.
                                        LOESBERG RE: UCC, JUDGMENT AND FEDERAL
                                        TAX LIEN SEARCH RESULTS (.3); CALL WITH
                                        T. BOYDELL RE: COMMENTS TO DRAFT 10Q
                                        (.3); REVISE SAME (.2): DISTRIBUTE
                                        COMMENTS FOR REVIEW (.2); CALL WITH T.
                                        BOYDELL RE: STOCK RECEIPT (.2); DRAFT
                                        CORRESPONDENCE TO M. LOESBERG RE: SAME
                                        (.1); CORRESPONDENCE TO K. LOVERICH RE:
                                        JUDGMENT LIEN (.1).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

RAVIN AS      10/17/06      0.60   REVIEW MULTIPLE CORRESPONDENCE FROM AND
                                   DRAFT MULTIPLE CORRESPONDENCE TO J.
                                   PATRICK RE: AFCO STATUS, REVIEW
                                   CORRESPONDENCE FROM D. BITTER RE: SAME,
                                   REVIEW CORRESPONDENCE FROM J. BROUNE
                                   RE: SAME (.2); DRAFT CORRESPONDENCE TO
                                   AND REVIEW CORRESPONDENCE FROM M. BARR
                                   RE: AFCO STATUS (.2); DRAFT
                                   CORRESPONDENCE TO AND REVIEW
                                   CORRESPONDENCE FROM J. HELFAT RE: AFCO
                                   STATUS (.1); DRAFT CORRESPONDENCE TO E.
                                   ESCAMILLA RE:  AFCO STATUS,
                                   TELECONFERENCE (VM) WITH SAME RE: SAME
                                   (.1).

LUSTIK KW     10/17/06      1.00   COORDINATE UCC SEARCHES (1.0).

NECKLES PJ    10/18/06      0.50   CONFERENCE CALL WITH W. SCHWARTZ AND J.
                                   KEMPF RE: REAL ESTATE ISSUES IN
                                   CONNECTION WITH EXIT FINANCING (.5).

SCHWARTZ WL   10/18/06      2.90   CORRESPONDENCE FROM SMITH GAMBRELL AND
                                   OTTERBOURG STEINALER RE: CLOSING
                                   DOCUMENTS (.3); CORRESPONDENCE WITH P.
                                   NECKLES RE: VALUATION ISSUES (.5);
                                   CONFERENCE CALL WITH J. KEMPF AND P.
                                   NECKLES RE: REAL ESTATE VALUATION FOR
                                   EXIT FINANCING (.6); PREPARE MEMORANDUM
                                   RE: REAL ESTATE VALUATION FOR EXIT
                                   FINANCING (1.5).

BOYDELL TT    10/18/06      8.20   ANALYSIS RE:  OPINION ISSUES (1.2);
                                   REVIEW AND PROVIDE COMMENTS TO REVISED
                                   STOCK AND LLC INTEREST RECEIPT  (.6);
                                   ATTENTION TO SECURITY AGREEMENT AND
                                   RELATED TAX ISSUE (.6);
                                   COORDINATE/REVIEW DRAFT DOCUMENT W/R/T
                                   "KYC" REQUIREMENTS (1.6); ATTENTION TO
                                   OUTSTANDING IP ISSUES (.3); DISCUSSIONS
                                   WITH C. WENZEL AND J. MADDOX AND
                                   ANALYSIS RE: CONTROL AGREEMENTS (.7);
                                   ATTENTION TO REAL ESTATE MATTERS FOR
                                   EXIT CLOSING (1.7); COORDINATE CLOSING
                                   DELIVERABLES FOR EXIT FINANCING (1.5).

GRAY RW       10/18/06      0.80   REVIEW AND RESPOND TO MEMORANDA FROM A.
                                   SALDANA, J. PAOLI AND T. BOYDELL RE:
                                   SHAREHOLDER INFORMATION FOR EXIT
                                   SCHEDULE (.2); TELECONFERENCE WITH S.
                                   STOESSER RE: SAME (.1); REVIEW
                                   INFORMATION FROM S. STOESSER AND DRAFT
                                   MEMORANDUM TO T. BOYDELL RE: SAME (.1);
                                   REVIEW MATERIAL CONTRACT LIST AND
                                   PROVIDE COMMENTS ON STATUS OF LISTED
                                   CONTRACTS (.4).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MADDOX JE        10/18/06        8.10    REVIEW OF DRAFT OF STOCK CERTIFICATE
                                         RECEIPT [.3]; REVIEW OF SASMF OPINION
                                         DRAFT TO CLEAR FOR OPINION COMMITTEE
                                         PURPOSES AND EMAIL COMMENTS TO C WENZEL
                                         [4.8]; REVIEW OF REVISED SECURITY
                                         AGREEMENT AND EMAIL TO C WENZEL OF
                                         FOREIGN EQUITY INTEREST TO BE CARVED OUT
                                         OF SECURITY AGREEMENT[1.60]; REVIEW OF
                                         LLC AGREEMENTS OF SUBSIDIARIES TO
                                         DETERMINE IF EQUITY INTEREST ARE
                                         SECURITIES FOR UCC PURPOSES AND SASMF
                                         OPINION[1.4].

HARRIS K*        10/18/06        4.40    CREATE TEMPLATE AND COMPILE  INFO FOR
                                         THE PATRIOT ACT/KYC INFORMATION REQUEST
                                         (3.6); UPDATE AND DISTRIBUTE STOCK
                                         RECEIPT (.8).

KEMPF J          10/18/06        6.00    TELECONFERENCE WITH W. SCHWARTZ, C.
                                         IBOLD, D. GREENSTEIN, AND D. STANFORD
                                         ABOUT TITLE AND MISSING OR INCOMPLETE
                                         REAL ESTATE DELIVERABLES FOR CLOSING
                                         (.5), COMMENT ON REAL ESTATE SUBSIDIARY
                                         FORMATION AND OPERATING DOCUMENTS (.2),
                                         TELECONFERENCING WITH MILBANK ABOUT
                                         THEIR COMMENTS TO LLC DOCUMENTS (.2),
                                         INTEGRATING MILBANK COMMENTS INTO
                                         ARTICLES OF ORGANIZATION (1.1),
                                         PREPARING COLLATERAL ACCESS AGREEMENTS
                                         AND VERIFYING INFORMATION FOR
                                         AGREEMENTS (2.0), DETERMINING
                                         LEASEHOLD AND FEE-OWNED BORROWING
                                         AVAILABILITY (2.0).

PAOLI J          10/18/06        2.60    REVIEW SECURITIES ACCOUNT STATEMENTS
                                         (.2); CALL WITH T. BOYDELL RE: LLC
                                         AGREEMENT (.3); EMAIL TO J. MADDOX RE:
                                         SAME (.1); REVIEW LLC AGREEMENTS FOR
                                         ARTICLE 8 OF THE UCC (.2); COORDINATE
                                         COLLECTION OF KYC INFORMATION WITH THE
                                         COMPANY (.6); CALL TO K. HARRIS RE: SAME
                                         (.2); CALL WITH T. BOYDELL RE: SAME
                                         (.1); ORDER FOREIGN QUALIFICATIONS
                                         (.1); REVIEW DIP SCHEDULES AND
                                         STATEMENTS FOR KYC INFORMATION (.3);
                                         EMAIL TO B. KITCHLER RE: STATUS OF
                                         TRADEMARK SCHEDULES AND STATEMENTS
                                         (.1); REVIEW DRAFT KYC INFORMATION
                                         CHART (.2); CALL WITH T. BOYDELL RE:
                                         TRADEMARK SCHEDULES AND STATEMENTS
                                         (.2).

RAVIN AS         10/18/06        0.10    DRAFT CORRESPONDENCE TO E. ESCAMILLA
                                         RE: AFCO FINANCING (.1).

NECKLES PJ       10/19/06        0.50    DRAFT E-MAILS WITH W. SCHWARTZ RE: REAL
                                         ESTATE ISSUES IN CONNECTION WITH EXIT
                                         FINANCING (.5).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

SCHWARTZ WL    10/19/06    3.00    REVIEW FLA. STATUTE RE: NOTE HOLDER TAX
                                   (.3); CORRESPONDENCE FROM D. STANFORD
                                   RE: NOTE HOLDER TAX (.5);
                                   CORRESPONDENCE FROM SMITH GAMBRELL AND
                                   J. KEMPF RE: REAL ESTATE DOCS (.4);
                                   CONFERENCE WITH P. NECKLES RE: REAL
                                   ESTATE DOCS (.4); EMAIL TO WINN DIXIE
                                   RE: REAL ESTATE CLOSING (.3);
                                   CONFERENCE CALL WITH D. STANFORD AND D.
                                   GREENSTEIN RE: REAL ESTATE CLOSING
                                   (.6); CONFERENCE WITH P. NECKLES AND J.
                                   KEMPF RE: BANKRUPTCY ISSUES (.5).

BOYDELL TT     10/19/06    7.40    REVIEW REAL ESTATE STATUS FOR EXIT
                                   CLOSING (1.2); FOLLOW UP W/COMPANY (.2)
                                   AND BANKING TEAM (.8) RE: OPEN ITEMS FOR
                                   CREDIT FACILITY; REVIEW GOOD STANDING
                                   ISSUES (.4); COORDINATE "KYC" INFO.
                                   WITH J. PAOLI (.4); DISCUSSIONS ON
                                   COLLATERAL ACCESS AGMTS. WITH M.
                                   LOESBERG, K. DAW AND J. KEMPF (.6);
                                   ATTENTION TO COMMENTS TO ORGANIZATIONAL
                                   DOCUMENTS OF VARIOUS W-D ENTITIES (.8);
                                   REVIEW AND ANALYZE LIEN ISSUES (1.3);
                                   ADDRESS OPINION ISSUES (1.2); ATTENTION
                                   TO CLOSING DELIVERABLES FOR EXIT
                                   FACILITY (.5).

GRAY RW        10/19/06    0.10    REVIEW MEMORANDA FROM J. KEMPF AND SMITH
                                   GAMBRELL RE: NON-RECURRING TAX
                                   EXEMPTIONS AND DRAFT MEMORANDUM TO A.
                                   MARGOLIS, S. HENRY AND J. BAKER RE: SAME
                                   (.1).

MADDOX JE      10/19/06    0.20    REVIEW FINAL CHANGES TO U.S. BANK
                                   DEPOSIT ACCOUNT CONTROL AGREEMENT FOR
                                   OPINION PURPOSES (.2).

MARGOLIS A     10/19/06    0.80    TELECONFERENCE WITH S. REINKIN, M
                                   BYRUM, P NECKLES RE: ISSUES RE: CLOSING
                                   CONDITIONS RE: EXIT FACILITY, FRESH
                                   START ACCOUNTING (.3); ANALYSIS,
                                   STRATEGY WITH R. GRAY RE: RECORDING TAX
                                   EXEMPTION ISSUES (.2) AND REVIEW OF
                                   CONFIRMATION ORDER RE: 1146(C)
                                   EXEMPTION PROVISIONS (.3).

HARRIS K*      10/19/06    1.90    UPDATE DOCUMENT INDEX (.6); FORMAT
                                   DISCLOSURE SCHEDULES AND STATEMENTS
                                   (.7); UPDATE LIST OF SCHEDULES AND
                                   STATEMENTS NEEDED FROM COMPANY (.4);
                                   DRAFT FINANCING RESOLUTIONS (.2).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| KEMPF J | 10/19/06 | 5.80 | CONFERENCE CALL WITH W. SCHWARTZ, D. GREENSTEIN, AND D. STANFORD TO DISCUSS OPEN REAL ESTATE ITEMS AND CLOSING LOGISTICS (.4), FINALIZING LLC AGREEMENTS FOR REAL ESTATE SUBSIDIARIES (.5), VERIFYING INFORMATION FOR COLLATERAL ACCESS AGREEMENTS (.4), PREPARING AND ATTEMPTING TO ACQUIRE COLLATERAL ACCESS AGREEMENTS FROM LANDLORDS AND/OR THEIR ATTORNEYS (1.5), COORDINATING DELIVERY OF FOREIGN QUALIFICATIONS AND VERIFYING INFORMATION FOR QUALIFICATIONS (.4), RESEARCHING APPLICABILITY OF RECURRING INTANGIBLE TAX IN FLORIDA (2.6). |
| --- | --- | --- | --- |
| PAOLI J | 10/19/06 | 4.80 | REVIEW JUDGMENT LIEN SEARCH RESULTS (1.1); CALL WITH T. BOYDELL RE: SAME (.1); CALL WITH G. LORENZ RE: SAME (.1); REVIEW SCHEDULES AND STATEMENTS TO CREDIT AND SECURITY AGREEMENT (.8); CALL WITH K. HARRIS RE: SAME (.3); CALL WITH B. KICHLER RE: TRADEMARKS (.2); CORRESPONDENCE WITH B. KICHLER RE: SAME (.4); CALL WITH T. BOYDELL RE: SAME (.2); CALL WITH J. JAMES AND S. STOESSER RE: PATRIOT ACT INFORMATION (.3); REVIEW PATRIOT ACT INFORMATION (.2); CALL WITH T. BOYDELL RE: SAME (.2); UPDATE OPEN ITEMS LIST (.3); COORDINATE COLLECTION OF PATRIOT ACT INFORMATION (.4); CALL WITH T. SALDANA RE: RESOLUTIONS (.2). |
| LORENZ G | 10/19/06 | 0.90 | ASSEMBLE FOR ATTORNEY REVIEW THE PDFS OF LIEN SEARCH RESULTS (.9). |
| NECKLES PJ | 10/20/06 | 1.50 | REVIEW DRAFT OF LEGAL OPINION IN CONNECTION WITH EXIT FINANCING (1.5). |
| SCHWARTZ WL | 10/20/06 | 0.80 | REVIEW FLA STATUTE AND CONFERENCE WITH J. KEMPF RE: SAME (.5); CORRESPONDENCE FROM R. GRAY AND A. LEVIN RE: RECRUITING INTANGIBLE TAX (.3). |
| BOYDELL TT | 10/20/06 | 6.60 | COORDINATE CLOSING ITEMS FOR EXIT FACILITY (1.6); REVIEW AND RESPOND TO COMMENTS FROM U.S. BANK RE:  CONTROL AGREEMENT (.2); EXIT FINANCING CLOSING CHECKLIST STATUS MEETING W/BANKING TEAM (.8); REVIEW SCHEDULES AND STATEMENTS TO CREDIT AGREEMENT AND SECURITY AGREEMENT (1.8) AND DISCUSSION OF SAME WITH J. PAOLI (.6); REVIEW AND PROVIDE COMMENTS TO REVISED OPEN ISSUES LIST (.5); ATTENTION TO OPINION ISSUES (.8); FOLLOW UP W/TEAM RE:  DIRECTION LETTERS (.3). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GRAY RW          10/20/06     0.20   REVIEW MEMORANDUM FROM T. SCHWARZMAN
                                     RE: TAX EXEMPTIONS AND DRAFT MEMORANDUM
                                     RE: COORDINATING WITH SMITH HULSEY ON
                                     SAME (.2).

MARGOLIS A       10/20/06     0.20   TELECONFERENCE WITH AND EMAIL
                                     CORRESPONDENCE WITH A. RAVIN RE:
                                     RECORDING TAX EXEMPTION ISSUE (.2).

HARRIS K*        10/20/06     3.30   DRAFT FINANCING RESOLUTIONS (1.6);
                                     CLOSING CHECKLIST MEETING WITH T
                                     BOYDELL, J PAOLI AND C WENZEL (1.1);
                                     EMAIL J MADDOX RE: STOCK CERTIFICATE
                                     INCONSISTENCY (.2); UPDATE DOCUMENT
                                     INDEX (.4).

KEMPF J          10/20/06     6.00   ATTEMPTING TO GET BACK COLLATERAL
                                     ACCESS AGREEMENTS (1.2), RESEARCHING
                                     INTANGIBLE RECURRING AND NONRECURRING
                                     TAXES IN FLORIDA (4), BRIEFING WALLY
                                     SCHWARTZ ON INTANGIBLE TAXES IN FLORIDA
                                     (.8).

PAOLI J          10/20/06     5.20   CALL WITH T. BOYDELL RE: SCHEDULES AND
                                     STATEMENTS (.6); REVISE SCHEDULES AND
                                     STATEMENTS (.8); CLOSING CHECKLIST
                                     MEETING (.6); REVIEW JUDGMENT LIEN
                                     SEARCH RESULTS (1.8); REVISE DOCUMENT
                                     LIST (.4); REVIEW REVISED RESOLUTIONS
                                     (.3); EMAIL TO T. BOYDELL RE: SCHEDULES
                                     AND STATEMENTS RECEIVED TO DATE (.2);
                                     REVISE OPEN ITEMS LIST (.4); CALL TO J.
                                     KEMPF RE: COLLATERAL ACCESS
                                     AGREEMENTS(.1).

RAVIN AS         10/20/06     0.70   REVIEW MEMORANDA FROM W. SCHWARTZ AND A.
                                     MARGOLIS RE: 1146 ISSUES RELATED TO EXIT
                                     FINANCING (.1); MULTIPLE CONFERENCES
                                     WITH T. SCHWARZMAN RE: SAME (.5);
                                     CONFERENCE WITH A. MARGOLIS RE: SAME
                                     (.1).

WENZEL CP        10/20/06     2.10   REVIEWED AND EDITED SKADDEN OPINION AND
                                     DISTRIBUTED INTERNALLY FOR OPINION
                                     COMMITTEE REVIEW (1.4); INTERNAL
                                     CONFERENCE TO DISCUSS OUTSTANDING
                                     CLOSING ITEMS (.7).

KEMPF J          10/21/06     0.30   BRIEFING R. GRAY AND ADAM RAVIN ON
                                     RECURRING AND NONRECURRING TAXES IN
                                     FLORIDA (.3).

SCHWARTZ WL      10/22/06     0.50   CORRESPONDENCE FROM CLIENT AND J. KEMPF
                                     RE: INTANGIBLE TAX ISSUE (.5).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MARGOLIS A | 10/22/06 | 0.90 | TELECONFERENCE WITH J. KEMPF (.1) AND EMAIL CORRESPONDENCE WITH J. KEMPF, R GRAY, S HENRY, A RAVIN RE: STRATEGY RE: RECORDING TAX EXEMPTION ISSUE (.5); REVIEW CASE LAW RE: RECORDING TAX EXEMPTION (.3). |
| MCELHANEY CL | 10/22/06 | 1.00 | DISCUSSIONS/EMAILS WITH J. KEMPF RE: FLORIDA GENERAL INTANGIBLE TAXES. LOOKED UP STATUTE (1.0). |
| KEMPF J | 10/22/06 | 1.10 | DETERMINING APPLICABILITY OF RECURRING AND NONRECURRING INTANGIBLE TAX IN FLORIDA (1.1). |
| PAOLI J | 10/22/06 | 0.60 | REVIEW RESOLUTIONS FOR EACH ENTITY (.6). |
| RAVIN AS | 10/22/06 | 4.30 | REVIEW MEMORANDA FROM T. SCHWARZMAN AND J. KEMPF RE: STAMP TAX ISSUE RELATED TO SPE AND CASE LAW AND STATUTES CITED THEREIN (1.2); DRAFT CORRESPONDENCE TO C. JACKSON RE: STAMP TAX ISSUE RELATED TO SPE (.3); DRAFT MEMORANDUM TO A. MARGOLIS RE: STAMP TAX ISSUE RELATED TO SPE (2.6); DRAFT MEMORANDA TO AND REVIEW MEMORANDA FROM A. MARGOLIS, R. GRAY, AND C. MCHELNEY RE: STAMP TAX ISSUE RELATED TO SPE (.2). |
| BAKER DJ | 10/23/06 | 0.80 | REVIEW EXIT FINANCING ISSUES (.8). |
| NECKLES PJ | 10/23/06 | 2.50 | DRAFT E-MAILS RE: SCHEDULE FOR "DIRECTION BANKS" WITH S. REINKEN, M. LOESBERG, AND T. BOYDELL (1.0); REVIEW AND DISTRIBUTE CHANGES TO CREDIT AGREEMENT REQUESTED BY BANK SYNDICATE (1.5). |
| SCHWARTZ WL | 10/23/06 | 1.00 | CORRESPONDENCE WITH C. MCELHANEY RE: FLORIDA TAX STATUTE (.5); CORRESPONDENCE WITH J. KEMPF RE: LOCAL COUNSEL OPINION (.2); CORRESPONDENCE FROM CLIENT AND P. NECKLES RE: CREDIT AGREEMENT (.3). |
| BOYDELL TT | 10/23/06 | 8.10 | COORDINATE CLOSING ITEMS FOR EXIT FACILITY (2.6); ADDRESS OUTSTANDING ISSUES W/OSHR (.4) AND COMPANY (.6) AND BANKING TEAM (.5); ATTENTION TO LIEN ISSUES (1.2); PROVIDE INPUT TO DRAFT SCHEDULES AND STATEMENTS (1.4); CLOSING CHECKLIST CALL WITH M. LOESBERG (.9); PREPARE MARK-UP OF CLEAN-UP COMMENTS TO DRAFT CREDIT AGREEMENT (.5). |
| GRAY RW | 10/23/06 | 0.40 | REVIEW JUDGMENT LIEN REPORT AND DRAFT MEMORANDUM TO J. CASTLE AND M. RICHARDS RE: SAME (.4). |

MARGOLIS A        10/23/06        0.20    EMAIL CORRESPONDENCE WITH R. GRAY, J
                                          KEMPF, A RAVIN RE: RECORDING TAX
                                          EXEMPTION ISSUE (.2).

HARRIS K*         10/23/06        5.60    CLOSING CHECKLIST MEETING WITH T
                                          BOYDELL, J PAOLI AND M LOESBERG (1.2);
                                          REVISE AND DISTRIBUTE SECRETARY
                                          CERTIFICATES (.7); REVISE AND
                                          DISTRIBUTE RESOLUTIONS (.8); UPDATE AND
                                          DISTRIBUTE DOCUMENT CHECKLIST (.4);
                                          UPDATE SCHEDULES AND STATEMENTS (1.3);
                                          DISCUSS FOREIGN JURISDICTION ISSUES
                                          WITH J KEMPF AND J PAOLI (.4); MARK-UP
                                          RESOLUTIONS FOR GUARANTORS BASED ON DIP
                                          RESOLUTIONS (.8).

KEMPF J           10/23/06        2.40    OBTAIN COLLATERAL ACCESS AGREEMENTS
                                          (.9), ATTEMPT TO LEARN LEASEHOLD
                                          AVAILABILITY AMOUNT (.3), OBTAIN AND
                                          REVIEW LEGAL OPINIONS (.3), SET UP
                                          CONFERENCE CALL RE: REAL ESTATE
                                          CHECKLIST (.1), VERIFY INFORMATION FOR
                                          FOREIGN QUALIFICATIONS AND REAL ESTATE
                                          SUBSIDIARY DOCUMENTS (.4), DETERMINE
                                          INAPPLICABILITY OF FLORIDA RECURRING
                                          TAX (.4).

PAOLI J           10/23/06        6.00    CONTINUE REVIEW OF JUDGMENT LIEN
                                          RESULTS (2.3); CREATE ANNOTATED SEARCH
                                          RESULTS (1.1); FOLLOW UP WITH R. GRAY
                                          RE: SAME (.2); CALL TO M. LESBERG RE:
                                          CLOSING CHECKLIST CALL (.1); EMAIL TO M.
                                          LOESBERG RE: SAME (.1); CLOSING
                                          CHECKLIST MEETING WITH K. HARRIS AND T.
                                          BOYDELL (.2); CALL WITH M. LOESBERG RE:
                                          SAME (.6); CALL WITH K. HARRIS RE: OPEN
                                          ITEMS (.2); FOLLOW UP WITH COMPANY RE:
                                          FOREIGN QUALIFICATION ISSUES (.1);
                                          EMAIL TO J. KEMPF RE: ARTICLES OF
                                          INCORPORATION AND BYLAWS (.1); CALL
                                          WITH K. HARRIS RE: SCHEDULES AND
                                          STATEMENTS (.2); CALL WITH K. HARRIS RE:
                                          LICENSE AGREEMENTS (.1); EMAIL TO A.
                                          REED RE: DEPOSIT ACCOUNTS (.1); CALL
                                          WITH T. BOYDELL RE: REVISED SCHEDULES
                                          AND STATEMENTS (.1); REVIEW RESOLUTIONS
                                          DELIVERED IN THE DIP (.1); MEETING WITH
                                          K. HARRIS RE: REAL ESTATE OPEN ITEMS AND
                                          RESOLUTIONS (.2); REVIEW LENDER GROUP
                                          COMMENTS TO CREDIT AGREEMENT (.4).

RAVIN AS          10/23/06        0.20    CONFERENCE WITH T. SCHWARZMAN RE: CASE
                                          LAW ON EXIT FINANCING (.2).

HERMAN M          10/23/06        0.50    ORGANIZE DOCUMENTS INTO FILES, MADE
                                          LABELS (.5).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

NECKLES PJ        10/24/06      5.00   PREPARE AND DISTRIBUTE COMMENTS TO
                                       CHANGED PAGES TO BANK CREDIT AGREEMENT
                                       (4.2); E-MAILS WITH S. REINKEN AND M.
                                       LOESBERG RE: REVISIONS (.8).

SCHWARTZ WL       10/24/06      1.10   CORRESPONDENCE FROM CLIENT RE: CREDIT
                                       AGREEMENT (.2); CONFERENCE CALL WITH C.
                                       IBOLD, D. STAMFORD AND D. GREENSTEIN RE:
                                       CLOSING CHECKLIST ITEMS (.5);
                                       CORRESPONDENCE WITH T. BOYDELL AND J.
                                       KEMPF RE: CLOSING DOCUMENTS (.4).

BOYDELL TT        10/24/06      6.30   REVIEW (1.0) AND PREPARE MARK-UP (.8) TO
                                       REVISED CREDIT AGREEMENT; REVIEW AND
                                       INCORPORATE COMPANY'S COMMENTS TO
                                       MASTER WORK-UP (.5); REVIEW DRAFT
                                       SECRETARY'S CERTIFICATES (.4);
                                       DISCUSSIONS WITH A. SALDANA AND J. PAOLI
                                       RE: RESOLUTIONS (.3); ATTENTION TO
                                       UCC-1S (.2); COORDINATE CLOSING
                                       DELIVERABLES FOR EXIT FINANCING (1.5);
                                       REVIEW AND ADDRESS OUTSTANDING ISSUES
                                       RELATING TO EXIT FACILITY (1.6).

GRAY RW           10/24/06      0.10   REVIEW MEMORANDA FROM J. PAOLI AND A.
                                       SALDANA RE: OTTERBOURG COMMENTS ON
                                       BOARD OF DIRECTORS RESOLUTIONS AND
                                       DRAFT REPLY (.1).

HARRIS K*         10/24/06      3.60   REVISE AND DISTRIBUTE SECRETARY
                                       CERTIFICATES FOR LLCS (.9); UPDATE
                                       DOCUMENT CHECKLIST BASED ON LIST FROM M
                                       LOESBERG (.8); VERIFY FORM AND ACCURACY
                                       OF INFORMATION ON UCC1S (1.3); VERIFY
                                       BOARD OF DIRECTOR INFORMATION ON
                                       COMPANY SCHEDULE (.4); MARK-UP
                                       RESOLUTIONS FOR GUARANTORS BASED ON DIP
                                       RESOLUTIONS (.2).

KEMPF J           10/24/06      3.10   ACQUIRE UPDATED LEASE AND FEE
                                       INFORMATION AND COORDINATING UPDATED
                                       EXHIBITS TO LIABILITY INSURANCE
                                       CERTIFICATES (1), TELECONFERENCE WITH
                                       C. IBOLD, W. SCHWARTZ, D. STANFORD, P.
                                       BROWN, AND D. GREENSTEIN RE: LEASEHOLD
                                       AVAILABILITY, TITLE, MORTGAGE
                                       MODIFICATIONS, SPECIFIC PROPERTIES,
                                       AND OTHER OPEN REAL ESTATE ITEMS (.5),
                                       BRIEFING P. NECKLES, T. BOYDELL, AND J.
                                       PAOLI ON LEASEHOLD AVAILABILITY (.6),
                                       OBTAINING AND REVIEWING FOREIGN
                                       QUALIFICATION FORMS (.3), REVIEWING
                                       CHANGES TO CREDIT FACILITY (.3).
                                       REVIEWING UCC'S AND SOLICITING COMMENTS
                                       FROM D. STANFORD (.3), ACQUIRING TAX
                                       I.D. NUMBERS (.1).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

PAOLI J            10/24/06      3.50   REVIEW REVISED GUARANTOR RESOLUTIONS
                                        (.6); COORDINATE KYC INFORMATION WITH
                                        COMPANY (.4); CALL TO K. HARRIS RE: UCCS
                                        (.2); CALL WITH T. SALDANA RE: FINAL
                                        WINN-DIXIE STORES RESOLUTION (.4); CALL
                                        TO M. LOESBERG RE: SAME (.2); EMAIL TO
                                        M. LOESBERG RE: SAME (.2); CALL WITH T.
                                        BOYDELL RE: OPEN ITEMS (.3); CALL WITH
                                        J. KEMPF RE: CURRENT PROPERTY
                                        INFORMATION FOR INSURANCE CERTIFICATES
                                        (.3); CALL TO D. BITTER RE: SAME (.2);
                                        EMAILS TO COMPANY RE: OPEN ISSUES WITH
                                        FOREIGN QUALIFICATIONS (.3); EMAIL TO
                                        M. LOESBERG RE: REVISED KYC INFORMATION
                                        (.2); CALL WITH K. HARRIS RE: SAME (.2).

RAVIN AS           10/24/06      0.30   DRAFT MULTIPLE CORRESPONDENCE TO AND
                                        REVIEW MULTIPLE CORRESPONDENCE FROM J.
                                        PATRICK RE: AFCO STATUS, REVIEW
                                        MULTIPLE CORRESPONDENCE FROM AND DRAFT
                                        MULTIPLE CORRESPONDENCE TO D. BITTER
                                        RE: SAME, REVIEW AFCO PROPOSAL.

SCHWARTZ WL        10/25/06      0.30   CONFERENCE WITH J. KEMPF RE: REVIEW OF
                                        CHANGES TO PROPERTY MANAGEMENT
                                        AGREEMENT (.3).

BOYDELL TT         10/25/06      3.10   ADDRESS OPEN ITEMS RE:  EXIT FACILITY
                                        (1.2); COORDINATE CLOSING DELIVERABLES
                                        FOR EXIT CLOSING (1.1): REVIEW AND
                                        RESPOND TO E-MAILS RE:  EXIT CLOSING
                                        MATTERS (.8).

GRAY RW            10/25/06      0.10   REVIEW AND RESPOND TO MEMORANDUM FROM J.
                                        KEMPF RE: PROPOSED ORDER FOR TITLE
                                        COMPANY (.1).

HARRIS K*          10/25/06      4.40   UPDATE OPEN ITEMS LIST FOR COMPANY (.3);
                                        REVIEW COMPANY'S COMMENTS TO SCHEDULES
                                        AND STATEMENTS (.7); REVIEW REVISED
                                        UCC1S (.2); REVIEW CREDIT AGREEMENT
                                        MARK-UP FROM OSHR AND COMPARE TO SKADDEN
                                        MARK-UP (.7); UPDATE DOCUMENT LIST
                                        (.3); DRAFT, UPDATE AND DISTRIBUTE
                                        SCHEDULES AND STATEMENTS (.8); UPDATE
                                        PATRIOT ACT INFO (.3); UPDATE SECRETARY
                                        CERTIFICATES AND RESOLUTIONS (1.1).

| | | | |
|---|---|---|---|
| KEMPF J | 10/25/06 | 2.10 | BRIEF T. BOYDELL AND J. PAOLI ON TAX EIN'S (.1), REVIEW MANAGEMENT AGREEMENTS (.5), BRIEF W. SCHWARTZ ON MANAGEMENT AGREEMENT MODIFICATIONS (.3), REVIEWING REVISED UCC'S (.3), REVIEWING CONFIRMATION ORDER FOR SECTIONS ON PRE-EXISTING LIENS (.3), INFORMING TITLE COMPANY ABOUT LIEN PROVISIONS IN CONFIRMATION ORDER (.2), WRITING LETTER AND RE-DISTRIBUTING COLLATERAL ACCESS AGREEMENT TO DEERWOOD (.4). |
| PAOLI J | 10/25/06 | 2.90 | REVIEW INCUMBENCY CERTIFICATES FOR EACH ENTITY (.4); MARKUP SIGNATURE PAGES (.3); REVIEW FORM OF GUARANTOR RESOLUTIONS (.3); CALL TO K. HARRIS RE: KYC INFORMATION (.2); REVIEW SCHEDULES AND STATEMENTS AND OPEN ITEMS (.6); DRAFT CORRESPONDENCE TO T. BOYDELL RE: SAME (.2); DRAFT CORRESPONDENCE TO COMPANY RE: SAME (.2); EMAIL TO COMPANY RE: INSURANCE CERTIFICATES (.1); CALL TO C. WENZEL RE: CASE STATUS (.1); CALL TO S. STOESSER RE: OFFICER INFORMATION (.2); EMAIL RE: SAME (.1); REVIEW REVISED SCHEDULE PACKET (.2). |
| RAVIN AS | 10/25/06 | 0.20 | REVIEW CORRESPONDENCE FROM L. MANDEL RE: AFCO, DRAFT CORRESPONDENCE TO D. BITTER RE: AFCO (.1); DRAFT MEMORANDA TO AND REVIEW MEMORANDA FROM J. KEMPF RE: COLLATERAL AGREEMENT STATUS, DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM D. DREBSKY RE: SAME (.1). |
| WENZEL CP | 10/25/06 | 0.70 | REVIEWED REVISED CREDIT AGREEMENT (.3); REVIEWED AND EDITED SKADDEN OPINION (.4). |
| SCHWARTZ WL | 10/26/06 | 0.20 | CORRESPONDENCE FROM D. GREENSTEIN RE: EXIT FINANCING (.2). |
| BOYDELL TT | 10/26/06 | 0.80 | REVIEW AND RESPOND TO E-MAILS RE: EXIT CLOSING (.8). |
| KEMPF J | 10/26/06 | 0.70 | REVIEWING UCC'S (.2), REVIEWING UPDATED CLOSING CHECKLIST (.2), ACQUIRING SECURITY AGREEMENT FOR SMITH GAMBRELL, (.1), REVIEWING TITLE MATERIALS FROM D. GREENSTEIN (.2). |

| | | | |
|---|---|---|---|
| PAOLI J | 10/26/06 | 0.60 | REVIEW FOREIGN QUALIFICATION FOR WINN-DIXIE MONTGOMERY (.2); DRAFT CORRESPONDENCE TO COMPANY RE: SAME (.1); CALL WITH C. WENZEL RE: SECRETARY'S CERTIFICATES AND STRUCTURE CHART (.2); EMAIL TO M. LOESBERG RE: SGR COMMENTS TO THE UCCS (.1). |
| RAVIN AS | 10/26/06 | 1.00 | DRAFT MULTIPLE CORRESPONDENCE TO AND REVIEW MULTIPLE CORRESPONDENCE FROM D. BITTER RE: AFCO (.2); REVIEW AFCO QUOTE AND PRIOR E-MAILS FROM J. PATRICK RE: POLICIES (.2); DRAFT MULTIPLE CORRESPONDENCE TO L. MANDEL RE: AFCO (.3); DRAFT MULTIPLE CORRESPONDENCE TO J. HELFAT RE: AFCO (.2); DRAFT CORRESPONDENCE TO J. PATRICK RE: AFCO AGREEMENT STATUS (.1). |
| WENZEL CP | 10/26/06 | 0.60 | REVIEWED AND EDITED SECRETARY'S CERTIFICATES FOR ALL ENTITIES RELATED TO TRANSACTION. |
| SCHWARTZ WL | 10/27/06 | 1.50 | CONFERENCE CALL WITH D. STANFORD, D. GREENSTEIN AND TITLE COMPANY RE: EXIT FINANCING (.8); CORRESPONDENCE FROM J. KEMPF RE: TITLE ISSUES (.5); CONFERENCE WITH J. KEMPF RE: TITLE ISSUES (.2). |
| BOYDELL TT | 10/27/06 | 2.10 | COORDINATE CLOSING DELIVERABLES FOR EXIT CLOSING (1.4); REVIEW AND RESPOND TO E-MAILS RE:  EXIT FACILITY (.7). |
| GRAY RW | 10/27/06 | 0.30 | TELECONFERENCE WITH J. KEMPF RE: PLAN APPEAL ISSUES INVOLVING LANDLORDS, INCLUDING A. RAVIN FOR PART, AND FOLLOW UP TELECONFERENCE WITH A. RAVIN RE: SAME (.2); FURTHER TELECONFERENCE WITH J. KEMPF AND A.RAVIN RE: TITLE ISSUES (.1). |
| HARRIS K* | 10/27/06 | 1.20 | REVISE AND DISTRIBUTE SECRETARY CERTIFICATES (1.2). |
| KEMPF J | 10/27/06 | 2.30 | REVIEWING CLOSING CHECKLIST AND PREPARING FOR TELECONFERENCE (.2), TELECONFERENCE WITH C. IBOLD, W. SCHWARTZ, D. GREENSTEIN, D. STANFORD, P. BROWN, AND TITLE COMPANY REPRESENTATIVES TO DISCUSS TITLE, CLOSING LOGISTICS, REAL ESTATE SUBSIDIARY DOCUMENTS, AND OTHER OPEN REAL ESTATE ITEMS (.6); DETERMINING WHETHER WE WILL ENCOUNTER TITLE OR CLOSING PROBLEMS IF LANDLORDS OBJECT TO PLAN (1.5). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

PAOLI J            10/27/06    1.80   REVIEW NEGATIVE COVENANTS TO CREDIT
                                      AGREEMENT (.6); CALL WITH T. BOYDELL RE:
                                      SAME (.2); CALL TO K. HARRIS RE:
                                      SECRETARY CERTIFICATES AND RESOLUTIONS
                                      (.2); REVIEW REVISED DRAFT RESOLUTIONS
                                      (.7); EMAIL TO R. GRAY RE: JUDGMENT LIEN
                                      SEARCH RESULTS (.1).

RAVIN AS           10/27/06    0.50   REVIEW MULTIPLE CORRESPONDENCE FROM AND
                                      DRAFT MULTIPLE CORRESPONDENCE TO J.
                                      PATRICK RE: AFCO STATUS, MULTIPLE
                                      TELEPHONE CONFERENCES WITH J. PATRICK
                                      RE: STATUS, DRAFT CORRESPONDENCE TO L.
                                      MANDEL RE: SAME, DRAFT CORRESPONDENCE
                                      TO J. HELFAT RE: SAME, REVIEW
                                      CORRESPONDENCE FROM D. FIORILLO RE:
                                      SAME.

WENZEL CP          10/27/06    0.20   REVIEWED AND EDITED CERTIFICATES
                                      RELATED TO SKADDEN OPINION AND
                                      DISTRIBUTED TO CLIENT.

BOYDELL TT         10/29/06    0.30   ATTENTION TO SCHEDULES AND STATEMENTS
                                      TO CREDIT AGREEMENT (.3).

GRAY RW            10/29/06    0.10   EXCHANGE EMAILS WITH A. MARGOLIS AND T.
                                      BOYDELL RE: BANKRUPTCY SCHEDULES AND
                                      STATEMENTS TO EXIT FACILITY (.1).

BAKER DJ           10/30/06    0.40   REVIEW STATUS OF EXIT FINANCING
                                      PREPARATION (.4).

NECKLES PJ         10/30/06    5.70   REVIEW REVISED LEGAL OPINION (1.3);
                                      REVIEW STATUS OF VARIOUS OPEN ITEMS IN
                                      CONNECTION WITH CLOSING OF EXIT
                                      FINANCING (4.4).

SCHWARTZ WL        10/30/06    0.20   CORRESPONDENCE FROM J. KEMPF RE: STATUS
                                      OF REAL ESTATE CLOSING (.2).

BOYDELL TT         10/30/06    6.10   REVIEW LATEST CHANGES TO CREDIT
                                      AGREEMENT (.3); REVIEW AND PROVIDE
                                      COMMENTS TO ANCILLARY CREDIT DOCUMENTS
                                      (.7); DISCUSSION WITH J. PAOLI RE: OPEN
                                      ITEMS (.2); REVIEW AND RESPOND TO
                                      E-MAILS RE:  EXIT FACILITY (1.2);
                                      COORDINATE CLOSING DELIVERABLES (1.4);
                                      ATTENTION TO LIEN ISSUES (1.2);
                                      CONFERENCE CALL WITH A. REED RE:
                                      SCHEDULES AND STATEMENTS (.3);
                                      ATTENTION TO OUTSTANDING SCHEDULES AND
                                      STATEMENTS (.8).

GRAY RW            10/30/06    0.10   REVIEW AND RESPOND TO MEMORANDUM FROM J.
                                      CASTLE RE: JUDGMENT LIEN SEARCH RESULTS
                                      AND EXCHANGE EMAILS WITH J. PAOLI AND T.
                                      BOYDELL RE: SAME (.1).

HARRIS K*          10/30/06    0.30   REVISE SIGNATURE PAGES FOR SECRETARY
                                      CERTIFICATES (.3).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

KEMPF J          10/30/06      1.00   OBTAIN COLLATERAL ACCESS AGREEMENTS
                                      FROM LANDLORDS (.3), REVIEW OPEN REAL
                                      ESTATE ISSUES IN PREPARATION FOR
                                      TOMORROW'S REAL ESTATE TELECONFERENCE
                                      (.2), SCHEDULE DELIVERY OF CORPORATE
                                      LEGAL OPINION AND OTHER REAL ESTATE
                                      DOCUMENTS WITH SMITH GAMBRELL (.1),
                                      RECEIVE BRIEFING FROM KEITH DAW ON
                                      ASSIGNMENT AND ASSUMPTIONS OF
                                      PARTICULAR STORES AND TRANSFERS OF
                                      CERTAIN STORES TO REAL ESTATE
                                      SUBSIDIAIRES (.4).

PAOLI J          10/30/06      2.30   CALL WITH T. BOYDELL RE: OPEN ITEMS
                                      (.4); EMAIL TO M. LOESBERG RE: SIGNATURE
                                      PAGES TO LOAN DOCUMENTS (.1);
                                      CORRESPONDENCE WITH WINN-DIXIE RE:
                                      INSURANCE CERTIFICATES (.4); EMAIL TO
                                      WINN-DIXIE RE: STATUS OF OPEN ITEMS WITH
                                      FOREIGN QUALIFICATIONS (.1); CALL WITH
                                      A. REED RE: INVESTMENTS AND LETTERS OF
                                      CREDIT SCHEDULE (.4); REVISE
                                      INVESTMENTS SCHEDULE (.3); REVISE
                                      LETTER OF CREDIT SCHEDULE (.4); CALL TO
                                      T. BOYDELL RE: INSURANCE CERTIFICATES
                                      (.1); REVIEW CORRESPONDENCE RE: STATUS
                                      OF STATUS OF LEN SEARCH RESULTS (.1).

RAVIN AS         10/30/06      0.10   DRAFT MEMORANDA TO AND REVIEW MEMORANDA
                                      FROM J. KEMPF RE: COLLATERAL ACCESS
                                      AGREEMENTS FROM D. DREBSKY.

NECKLES PJ       10/31/06      5.00   REVIEW VARIOUS MATTERS RE: OPEN ISSUES
                                      FOR CLOSING OF EXIT FINANCING (2.2);
                                      RECEIVE, REVIEW AND SEND E-MAILS TO T.
                                      BOYDELL, D. STAMFORD, A. MARGOLIS, M.
                                      LOESBERG, AND J. KEMPF RE: OPEN ITEMS
                                      FOR EXIT FINANCING (2.8).

SCHWARTZ WL      10/31/06      0.70   CONFERENCE CALL RE: EXIT FINANCING REAL
                                      ESTATE CLOSING (.4); CORRESPONDENCE
                                      FROM J. KEMPF AND P. NECKLES RE: EXIT
                                      FINANCING (.3).

BOYDELL TT       10/31/06      5.80   CLOSING CHECKLIST MEETINGS WITH C.
                                      WENZEL, J. PAOLI AND K. HARRIS (1.5);
                                      DRAFT RESPONSE TO OPEN ITEMS FROM OSHR
                                      (.5); REVIEW AND PROVIDE COMMENTS ON
                                      GUARANTOR RESOLUTIONS (.4); ADDRESS
                                      GOOD STANDING ISSUES (.3); REVIEW AND
                                      PROVIDE COMMENTS TO SCHEDULES AND
                                      STATEMENTS TO CREDIT AGREEMENT AND
                                      SECURITY AGREEMENT (.8); COORDINATE
                                      CLOSING DELIVERABLES FOR EXIT FINANCING
                                      (1.1); REVIEW AND RESPOND TO E-MAILS RE:
                                      EXIT FINANCING (1.2).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GRAY RW            10/31/06      0.30    REVIEW AND RESPOND TO MEMORANDUM FROM A.
                                         MARGOLIS RE: EXISTING INDEBTEDNESS AND
                                         CASH PAYMENT SCHEDULES AND STATEMENTS
                                         FOR EXIT FACILITY (.3).

MARGOLIS A         10/31/06      1.80    REVIEW SOURCES AND USES (.2); EMAIL
                                         CORRESPONDENCE WITH J. CASTLE, S
                                         REINKEN, S KAROL, B GASTON, J EDMONSON
                                         ET AL RE PREPARATION OF SCHEDULE FOR
                                         CREDIT AGREEMENT (6.35, 7.2.2(B),
                                         7.2.3(B)) AND ISSUES THERETO (.9);
                                         TELECONFERENCES WITH T. BOYDELL (.1), A
                                         RAVIN (.1), EMAIL TO R GRAY (.1) RE
                                         SCHEDULES AND STATEMENTS; REVIEW LIST
                                         OF OPEN ITEMS FOR EXIT FACILITY (.2) AND
                                         EMAIL CORRESPONDENCE FROM M LOESBERG, P
                                         NECKLES RE: OPEN ITEMS (.2).

HARRIS K*          10/31/06      4.40    REVISE SIGNATURE PAGES FOR GUARANTEES
                                         (.2); PREPARE FOR AND ATTEND CLOSING
                                         CHECKLIST MEETING WITH T BOYDELL, J
                                         PAOLI AND CHRISTIAN WENZEL (1.7);
                                         REVISE GUARANTOR RESOLUTIONS (1.3);
                                         UPDATE SCHEDULE 7.2.2(A) (.1); UPDATE
                                         DOCUMENT CHECKLIST AND COMPARE INTERNAL
                                         LIST TO M LOESBERG'S LIST (.8); DRAFT
                                         SCHEDULES AND STATEMENTS (.3).

KEMPF J            10/31/06      3.60    PREPARE FOR REAL ESTATE TELECONFERENCE
                                         CALL (.2), TELECONFERENCE WITH W.
                                         SCHWARTZ, C. IBOLD, D. GREESTEIN, D.
                                         STANFORD TO DISCUSS OPEN REAL ESTATE
                                         ITEMS, TITLE, AND CLOSING LOGISTICS
                                         (.6), TROUBLESHOOT POTENTIAL ISSUE WITH
                                         TITLE COMPANY NOT SIGNING OFF IN EVENT
                                         OF APPEALS TO BANKRUPTCY PLAN (.9),
                                         GATHER AND ATTEMPT TO GATHER COLLATERAL
                                         ACCESS AGREEMENTS FROM LANDLORDS (.8),
                                         ANSWER QUESTIONS RE: FOREIGN
                                         QUALIFICATIONS FOR BORROWER ENTITIES
                                         (.3), RECEIVE BRIEFING FROM D. STANFORD
                                         ON TIMING AND CONTENT OF SMITH GAMBRELL
                                         LEGAL OPINIONS (.4), DETERMINE STATUS
                                         OF TALLAHASSEE SURVEY (.1), CREATE
                                         COLLATERAL ACCESS CLOSING CHART (.3).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| PAOLI J | 10/31/06 | 4.40 | MEETING WITH T. BOYDELL, C. WENZEL AND K. HARRIS TO REVIEW CLOSING CHECKLIST (.5); MEETING WITH T. BOYDELL RE: OPEN ITEMS (.6); EMAIL TO L. BUCKLEY RE: ORDERING NEW FOREIGN QUALIFICATIONS FOR VARIOUS WINN-DIXIE ENTITIES (.1); EMAIL TO A. MARGOLIS RE: SECURED TAX CLAIMS (.1); REVIEW REVISED OPEN ITEMS LIST RECEIVED FROM OSHR (.2); EMAIL TO G. LORENZ RE: STATUS OF GOOD STANDINGS AND FOREIGN QUALIFICATIONS (.1); REVIEW SUBSIDIARY GUARANTOR RESOLUTIONS (.4); CALL TO K. HARRIS RE: SAME (.2); FOLLOW UP WITH CORPORATIONS DEPARTMENT RE: STATUS OF RE-ORDERED FOREIGN QUALIFICATIONS (.1); EMAIL TO P. BROWN RE: WHICH STATES WINN-DIXIE ENTITIES ARE QUALIFIED TO DO BUSINESS (.2); EMAIL TO M. LOESBERG RE: SECRETARY CERTIFICATES (.1); REVISE SCHEDULE III TO CREDIT AGREEMENT (.3); EMAIL TO K. HARRIS RE: REVISING DOCUMENT INDEX (.1); EMAIL TO J. KEMPF RE: STATUS OF LLC FOREIGN QUALIFICATION (.1); FOLLOW UP WITH T. SALDANA RE: STATUS OF BYLAWS AND ARTICLES OF INCORPORATION (.1); FOLLOW UP WITH M. LOESBERG RE: SIGN OFF ON SECRETARY CERTIFICATES (.1); REQUEST DISSOLUTION DOCUMENTS FROM THE COMPANY (.1); EMAIL TO S. REINKEN RE: EXECUTION OF LOAN DOCUMENTS (.1); REVISE SOURCES AND USED SCHEDULE (.3); DRAFT OPEN ITEMS LIST AND CORRESPONDENCE TO L. APPEL (.6). |
| RAVIN AS | 10/31/06 | 0.30 | REVIEW MEMORANDUM FROM P. NECKLES RE: OPEN ITEMS FOR CLOSING (.1); REVIEW MEMORANDUM FROM A. MARGOLIS RE: EXISTING INDEBTEDNESS SCHEDULE, REVIEW MEMORANDUM FROM R. GRAY RE: SAME (.1); DRAFT MEMORANDA TO AND REVIEW MEMORANDA FROM J. KEMPF RE: COLLATERAL ACCESS AGREEMENTS RE: DEUTSCHE BANK, REVIEW MEMORANDA FROM S. HENRY RE: SAME (.1). |
| WENZEL CP | 10/31/06 | 0.60 | INTERNAL CONFERENEC TO DISCUSS STATUS OF CLOSING AND CLOSING ITEMS (.6). |

**MATTER TOTAL**                    <u>**572.80**</u>

\* Law clerks are law school graduates who are not presently admitted to practice.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**          Bill Date: 01/03/07
**Insurance**                              Bill Number: 1128259

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| FELD SR | 10/03/06 | 1.90 | TELECONFERENCE WITH D. BITTER RE: KEMPER (.2); TEL. CONFS. WITH J. GANSBERG RE: KEMPER (.4); PREPARE EMAILS TO D. BITTER AND J. GANSBERG RE: KEMPER OBJECTION (.4); REVIEW KEMPER LIMITED OBJECTION (.4); PREPARE EMAIL TO D. BITTER RE: INSURER CLAIMS (.5). |
| FELD SR | 10/04/06 | 1.10 | REVIEW PROPOSED RESOLUTION OF OBJECTIONS TO OHIO WC BUREAU AND NC WC SELF GUARANTY FUND (.4); TELECONFERENCE WITH D. BITTER RE: OHIO CASUALTY PROPOSAL (.4); EMAILS RE: ADJOURNMENT OF KEMPER'S OBJECTIONS (.3). |
| FELD SR | 10/06/06 | 0.30 | REVIEW RESOLUTION OF CLAIMS OF OHIO CASUALTY AND OHIO BUREAU OF WC (.3). |
| FELD SR | 10/12/06 | 0.50 | TELECONFERENCE WITH D. BITTER RE: OHIO CASUALTY (.1); FORMULATE PROCEDURE FOR OHIO CASUALTY PROPOSAL (.4). |
| FELD SR | 10/13/06 | 0.10 | REVIEW PROPOSED LANGUAGE RE: ACE (.1). |
| FELD SR | 10/16/06 | 0.50 | REVIEW REVISED RIDER RE: RELIANCE (.5). |
| FELD SR | 10/17/06 | 0.50 | REVIEW WC INSURANCE RESERVES (.5). |
| FELD SR | 10/19/06 | 0.20 | TELECONFERENCE WITH T. PENNINGTON RE: OHIO CASUALTY (.2). |
| FELD SR | 10/23/06 | 0.10 | TELECONFERENCE WITH J. GANSBERG RE: KEMPER (.1). |
| FELD SR | 10/25/06 | 0.20 | EMAIL TO T. PENNINGTON RE: OHIO CASUALTY STATUS (.1); TELECONFERENCE WITH R. GRAY RE: OHIO CASUALTY (.1). |

**MATTER TOTAL**                          <u>**5.40**</u>

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                                    **Bill Date: 01/03/07**
**Leases (Real Property)**                                           **Bill Number: 1128259**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| RAVIN AS | 10/01/06 | 0.40 | REVIEW AND REVISE MOTION TO ASSUME MARATHON LEASES AND CORRESPONDING PROPOSED ORDER, DRAFT MEMORANDUM TO C. JACKSON RE: SAME. |
| RAVIN AS | 10/02/06 | 0.20 | REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO K. NEIL RE: ADMIN CLAIM APPLICATIONS (.2). |
| RAVIN AS | 10/03/06 | 2.80 | REVIEW CORRESPONDENCE FROM K. NEIL RE: DEMAND LETTER RE: STORE 328, REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO K. NEIL RE: STATUS OF MOTION OF TAPPAN PROPERTIES FOR ADMIN CLAIMS (.1); REVIEW AND REVISE ADMIN CLAIM STATUS CHART (.1); REVIEW NOTICE OF WITHDRAWAL OF ADMIN CLAIM FILED BY JNB, REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO S. JOYNES RE: SAME, DRAFT CORRESPONDENCE TO C. JACKSON RE: SAME, DRAFT MEMORANDUM TO J. WOODFIELD RE: SAME (.1); TELECONFERENCE WITH K. NEIL RE: ADMIN CLAIM APPLICATIONS (.2); DRAFT CORRESPONDENCE TO M. BEAL RE: STATUS OF ADMIN CLAIM APPLICATION RE: GOODINGS AND ADDITIONAL BACK UP INFORMATION NEEDED (.2); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO E. POLLACK AND K. WARD RE: BROOKSHIRES CORRECTED STIPULATION (.1); DRAFT CORRESPONDENCE TO D. MOTSINGER RE: CATAMOUNT ADMIN CLAIM APPLICATION (.1); REVIEW WOOLBRIGHT'S NOTICE OF WITHDRAWAL OF ADMIN CLAIM APPLICATION, DRAFT MEMORANDUM TO J. WOODFILED RE: SAME, DRAFT CORRESPONDENCE TO E. POLLACK RE: SAME (.1); DRAFT OBJECTION TO TOWER ADMIN CLAIM APPLICATION, DRAFT CORRESPONDING PROPOSED ORDER AND NOTICE (.5); DRAFT OBJECTION TO F.R.O. ADMIN CLAIM APPLICATION, DRAFT CORRESPONDING PROPOSED ORDER AND NOTICE (.5); DRAFT CORRESPONDENCE TO K. NEIL RE: FRO AND TOWER ADMIN CLAIM OBJECTIONS (.1); CONFERENCE WITH J. LEAMY RE: CATAMOUNT (.1); DRAFT OBJECTION TO CATAMOUNT ADMIN CLAIM APPLICATION (.6). |

RAVIN AS          10/04/06      1.20   REVIEW MULTIPLE CORRESPONDENCE FROM AND
                                       DRAFT MULTIPLE CORRESPONDENCE TO M.
                                       COMERFORD RE: DRAFT OBJECTIONS TO ADMIN
                                       CLAIM APPLICATIONS OF TOWER AND F.R.O.
                                       (.1); REVIEW CORRESPONDENCE FROM K.
                                       NEIL RE: FRO ADMIN CLAIM, DRAFT
                                       CORRESPONDENCE TO M. DOWD RE:
                                       WITHDRAWAL OF FRO ADMIN CLAIM (.2);
                                       CONFERENCE WITH J.R. LEDERER RE:
                                       BENEFIT TO THE ESTATE ARGUMENT RE:
                                       CATAMOUNT (.2); REVIEW MEMORANDUM RE:
                                       SAME (.2); LEGAL RESEARCH RE: SAME (.2);
                                       REVIEW ORDER APPROVING ASSUMPTION OF
                                       LEASES RE: STORES 651 AND 655 (.1);
                                       DRAFT MULTIPLE CORRESPONDENCE TO A.
                                       WULLBERN AND REVIEW CORRESPONDENCE FROM
                                       SAME RE: STATUS OF STORES 651 AND 655
                                       (.1); REVIEW CORRESPONDENCE FROM AND
                                       DRAFT CORRESPONDENCE TO C. CHIEFA RE:
                                       RDI ORDER (.1).

GRAY RW           10/05/06      0.10   TELECONFERENCE WITH L. CAPITAL RE: PASS
                                       THROUGH CERTIFICATES (.1).

RAVIN AS          10/05/06      0.90   TELECONFERENCE WITH E. ASHTON AND E.
                                       BRAZAEL RE: KIRKLAND, KILLEN AND ROARK
                                       ADMIN CLAIM APPLICATIONS (.2); DRAFT
                                       CORRESPONDENCE TO K. NEIL RE: KIRKLAND,
                                       KILLEN AND ROARK ADMIN CLAIM
                                       APPLICATIONS (.1); REVIEW
                                       CORRESPONDENCE FROM AND DRAFT
                                       CORRESPONDENCE TO C. ELLIS BRAZAEL RE:
                                       WITHDRAWAL OF ADMIN CLAIM APPLICATIONS
                                       (.1); DRAFT CORRESPONDENCE TO AND
                                       REVIEW CORRESPONDENCE FROM K. NEIL RE:
                                       ADMIN CLAIM APPLICATION FOR TAPPAN
                                       PROPERTIES, REVIEW APPLICATION RE: SAME
                                       (.1); REVIEW MULTIPLE NOTICES OF
                                       WITHDRAWAL OF ADMIN CLAIM APPLICATIONS
                                       FILED BY E. ASHTON, DRAFT
                                       CORRESPONDENCE TO AND REVIEW
                                       CORRESPONDENCE FROM E. POLLACK RE: SAME
                                       (.2); REVIEW AND REVISE ADMIN CLAIM
                                       STATUS CHART (.1); REVIEW ADMIN CLAIM
                                       MOTION FILED BY VOGEL AND VOGEL (.1).

GRAY RW           10/06/06      0.10   REVIEW OBJECTION TO TOWER
                                       ADMINISTRATIVE APPLICATION AND
                                       EXCHANGE EMAILS WITH A. RAVIN RE:
                                       PROPOSED ORDER (.1).

| | | | |
|---|---|---|---|
| RAVIN AS | 10/06/06 | 2.60 | DRAFT MEMORANDUM TO R. GRAY RE: STRATEGY RE: TOWER ADMIN CLAIM APPLICATION, DRAFT CORRESPONDENCE TO C. JACKSON RE: SAME (.2); REVIEW CORRESPONDENCE FROM K. NEIL RE: VOGEL AND VOGEL ADMIN CLAIM APPLICATION (.1); DRAFT CORRESPONDENCE TO M. BEAL RE: ADMIN CLAIM APPLICATION FOR GOODINGS (.1); REVIEW INDIAN TRAIL ADMIN CLAIM APPLICATION, DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM K. NEIL RE: SAME, REVIEW MEMORANDUM FROM AND DRAFT MEMORANDUM TO J. LEAMY RE: SAME, CONFERENCE WITH J. LEAMY RE: SAME (.2); DRAFT CORRESPONDENCE TO S. MAGADINO RE: CATAMOUNT LEASES, REVIEW AMENDED CATAMOUNT ADMIN CLAIM APPLICATIONS (.3); REVIEW AND REVISE ADMIN CLAIM APPLICATION STATUS CHART (.3); REVIEW CORRESPONDENCE FROM E. ASHTON RE: PAYMENT FOR KIRKLAND, DRAFT CORRESPONDENCE TO K. NEIL RE: SAME (.1); TELECONFERENCE (VM) WITH J. ROTHLEDER RE: FRO ADMIN CLAIM APPLICATION (.1); REVIEW CATAMOUNT ADMIN CLAIM APPLICATIONS (.4); REVIEW AND REVISE CATAMOUNT CLAIM STATUS CHART (.2); DRAFT CORRESPONDENCE TO K. NEIL RE: CATAMOUNT CLAIM (.1); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO D. MOTSINGER RE: STORE 1673 (.1); FINALIZE TOWER ADMIN CLAIM OBJECTION PLEADINGS FOR FILING (.3); REVIEW AND REVISE SUPPLEMENTAL CERTIFICATE OF SERVICE RE: SAME (.1). |
| GRAY RW | 10/07/06 | 0.10 | DRAFT MEMORANDUM TO C. JACKSON ET AL. RE: DEADLINE FOR MOTIONS RE: REAL PROPERTY LEASES AND FOLLOW UP EMAIL EXCHANGE RE: PENDING MOTIONS (.1). |
| RAVIN AS | 10/07/06 | 0.40 | REVIEW AND REVISE NOTICE AND AGREED ORDER RE: BIRMINGHAM REALTY'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES, DRAFT CORRESPONDENCE TO C. JACKSON RE: SAME (.3); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM C. JACKSON RE: PENDING REAL ESTATE MATTERS AND STRATEGY FOR OBTAINING WITHDRAWALS, TELECONFERENCE WITH SAME RE: SAME (.1). |
| RAVIN AS | 10/08/06 | 0.10 | REVIEW CORRESPONDENCE FROM C. JACKSON, A. WULLBERN AND R. GRAY RE: REVISED DRAFT OF LEASE BETWEEN NEWPORT PARTNERS AND WINN DIXIE. |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

RAVIN AS          10/09/06       1.20    REVIEW MULTIPLE CORRESPONDENCE FROM AND
                                         DRAFT MULTIPLE CORRESPONDENCE TO M.
                                         BEAL RE: ADMIN CLAIM FOR GOODINGS STORE,
                                         REVIEW ADMIN CLAIM APPLICATION RE: SAME
                                         (.3); TELECONFERENCE WITH K. NEIL RE:
                                         ADMIN CLAIM FOR GOODINGS LEASE, REVIEW
                                         MULTIPLE CORRESPONDENCE FROM AND DRAFT
                                         CORRESPONDENCE TO K. NEIL RE: SAME (.2);
                                         REVIEW CORRESPONDENCE FROM AND DRAFT
                                         CORRESPONDENCE TO K. NIEL RE: WINN DIXIE
                                         ADMIN. CLAIM RE: KIRKLAND- STORE 432
                                         (.1); REVIEW CORRESPONDENCE FROM D.
                                         WANDER RE: STORE 260, DRAFT MULTIPLE
                                         CORRESPONDENCE TO AND REVIEW
                                         CORRESPONDENCE FROM A. WULLBERN RE:
                                         SAME, REVIEW UNDERLYING ASSUMPTION
                                         ORDERS RE: SAME (.3); TELECONFERENCE
                                         WITH K. NEIL RE: KIRKLAND FINANCIAL
                                         ADMIN CLAIM APPLICATION (.1); REVIEW
                                         MULTIPLE CORRESPONDENCE FROM E. ASHTON
                                         RE: KIRKLAND ADMIN CLAIM APPLICATION,
                                         DRAFT CORRESPONDENCE TO SAME RE: SAME
                                         (.1); TELECONFERENCE WITH E. ASHTON RE:
                                         CONTINUATION OF HEARING RE: KIRKLAND
                                         (.1).

RAVIN AS          10/10/06       0.30    REVIEW CORRESPONDENCE FROM AND DRAFT
                                         CORRESPONDENCE TO K. NEIL RE: STATUS OF
                                         GOODINGS ADMIN CLAIM APPLICATION, DRAFT
                                         CORRESPONDENCE TO M. BEAL RE: SAME (.1);
                                         DRAFT CORRESPONDENCE TO AND REVIEW
                                         CORRESPONDENCE FROM K. WARD RE: RDI
                                         DEVELOPERS ADMIN CLAIM APPLICATION
                                         (.1); REVIEW CORRESPONDENCE FROM E.
                                         ASHTON RE: ADMIN CLAIM OF KIRKLAND (.1).

RAVIN AS          10/11/06       0.20    DRAFT CORRESPONDENCE TO C. CHIEFA RE:
                                         RDI DEVELOPERS PROPOSED ORDER RE: ADMIN
                                         CLAIM, REVIEW CORRESPONDENCE FROM AND
                                         DRAFT CORRESPONDENCE TO K. WARD RE: SAME
                                         (.1); REVIEW CORRESPONDENCE FROM AND
                                         DRAFT CORRESPONDENCE TO E. ASHTON RE:
                                         ADMIN CLAIM APPLICATION FOR KIRKLAND
                                         (.1).

| | | | |
|---|---|---|---|
| RAVIN AS | 10/12/06 | 0.50 | REVIEW ADMIN CLAIM APPLICATION OF T. GLASSRUD, DRAFT MULTIPLE CORRESPONDENCE TO AND REVIEW MULTIPLE CORRESPONDENCE FROM K. NEIL RE: SAME, DRAFT CORRESPONDENCE TO C. JACKSON AND A. WULLBERN RE: SAME, REVIEW MULTIPLE CORRESPONDENCE FROM A. WULLBERN RE: SAME (.2); REVIEW AGREED ORDER RE: RDI, DRAFT CORRESPONDENCE TO C. CHIEFA RE: SAME (.1); REVIEW CORRESPONDENCE FROM J. MALAISON, C. IBOLD AND A. WULLBERN RE: STATUS OF NEW PORT PARTNERS - STORE 251 (.1); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO M. BEAL RE: RESOLUTION OF GOODINGS ADMIN CLAIM APPLICATION, DRAFT CORRESPONDENCE TO E. POLLACK RE: SAME, REVIEW AND REVISE ADMIN CLAIM STATUS CHART RE: SAME (.1). |
| RAVIN AS | 10/14/06 | 0.20 | REVIEW MEMORANDUM FROM AND DRAFT MEMORANDUM TO R. GRAY RE: STATUS OF KIRKLAND ADMIN CLAIM (.1); REVIEW CORRESPONDENCE FROM R. DAVIS RE: STORE 207 (.1). |
| GRAY RW | 10/16/06 | 0.10 | EXCHANGE EMAILS WITH C. JACKSON TO CONFIRM ALL REAL ESTATE LEASES HANDLED (.1). |

RAVIN AS          10/16/06        2.10    REVIEW CORRESPONDENCE FROM AND DRAFT
                                          CORRESPONDENCE TO D. WANDER RE: STORE
                                          260, DRAFT CORRESPONDENCE TO A.
                                          WULLBERN RE: SAME (.1); DRAFT, REVIEW
                                          AND REVISE OBJECTION TO FRO ADMIN CLAIM
                                          APPLICATION AND CORRESPONDING
                                          PLEADINGS, DRAFT CORRESPONDENCE TO K.
                                          WARD RE: FILING OF SAME (.3);
                                          CONFERENCES WITH T. SCHWARZMAN RE:
                                          CATAMOUNT (.6); REVIEW CORRESPONDENCE
                                          FROM C. JACKSON RE: OBJECTION TO TOWER
                                          CENTER ASSOCIATES CLAIM FOR
                                          ADMINISTRATIVE EXPENSE CLAIM (.1);
                                          REVIEW GLASSRUD ADMIN CLAIM
                                          APPLICATION, DRAFT CORRESPONDENCE TO A.
                                          WULLBURN RE: STATUS OF SAME (.1); REVIEW
                                          AND REVISE ADMIN CLAIM APPLICATION
                                          STATUS CHART (.1); REVIEW VOGEL AND
                                          VOGEL ADMIN CLAIM APPLICATION, REVIEW
                                          UNDERLYING CORRESPONDENCE FROM K. NEIL
                                          RE: SAME, TELEPHONE CONFERENCE WITH K.
                                          SPECIE RE: SAME (.2); REVIEW INDIAN
                                          TRAIL ADMIN CLAIM APPLICATION, DRAFT
                                          MEMORANDUM TO AND REVIEW MEMORANDUM
                                          FROM J. LEAMY RE: STATUS OF SAME (.1);
                                          REVIEW 12TH STREET ADMIN CLAIM
                                          APPLICATION, DRAFT CORRESPONDENCE TO J.
                                          POST RE: STATUS (.1); REVIEW TAPPAN
                                          ADMIN CLAIM APPLICATION, DRAFT
                                          CORRESPONDENCE TO K. NEIL RE: SAME (.1);
                                          REVIEW CORRESPONDENCE FROM A. WULLBERN
                                          RE: NEW PORT PARTNERS - STORE 251,
                                          REVIEW CORRESPONDENCE FROM J. MOLANAIS
                                          RE: SAME, REVIEW CORRESPONDENCE FROM K.
                                          DAW RE: SAME (.1); REVIEW
                                          CORRESPONDENCE FROM RILEY PLACES RE:
                                          CURE AMOUNT, DRAFT MEMORANDUM TO R. GRAY
                                          RE: SAME (.1); DRAFT CORRESPONDENCE TO
                                          C. JACKSON RE: PENDING REAL ESTATE
                                          MATTERS STATUS, REVIEW CORRESPONDENCE
                                          FROM AND DRAFT CORRESPONDENCE TO A.
                                          WULLBERN RE: SAME (.1).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| RAVIN AS | 10/17/06 | 0.80 | CONFERENCE WITH T. SCHWARZMAN RE: CATAMOUNT ADMIN CLAIM APPLICATION (.2); TELECONFERENCE WITH J. CARIGNAN RE: TOWER ADMIN CLAIM, REVIEW CORRESPONDENCE FROM K. NEIL RE: AMOUNTS OWED ON CLAIM, DRAFT MULTIPLE CORRESPONDENCE TO AND REVIEW MULTIPLE CORRESPONDENCE FROM J. CARIGNAN RE: SAME (.3); CONFERENCE WITH R. GRAY RE: COMMON STOCK RESERVE, REVIEW ASSIGNED LEASE GUARANTEE ORDERS RE: SAME, DRAFT CORRESPONDENCE TO E. POLLACK RE: ASSIGNED LEASE GUARANTEE ORDERS RE: SAME (.2); REVIEW CORRESPONDENCE FROM K. NEIL AND M. LEHMAN RE: STORE 2712 ACKERMAN INVOICE, MIDTOWN SHOPPING CTR. (.1). |
| TURETSKY DM | 10/17/06 | 0.10 | E-MAIL TO J. MILTON RE: MARATHON LEASE ASSUMPTION (.1). |
| GRAY RW | 10/18/06 | 0.20 | REVIEW AND RESPOND TO MEMORANDUM FROM A. RAVIN RE: GOODINGS STIPULATION ISSUE (.1); CONFERENCE WITH A. RAVIN RE: CATAMOUNT ATTORNEYS FEES (.1). |

| | | | |
|---|---|---|---|
| RAVIN AS | 10/18/06 | 3.90 | DRAFT MULTIPLE CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM E. ASHTON RE: STATUS OF KIRKLAND ADMIN CLAIM APPLICATION, DRAFT CORRESPONDENCE TO D. WANDER RE: STATUS OF STORE 260 CURE ISSUES, DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM A. WULLBERN RE: STATUS OF ADMIN CLAIM APPLICATION FOR BUNDY (.3); REVIEW ASSIGNED LEASE GUARANTEE MOTIONS AND ORDERS, DRAFT MULTIPLE CORRESPONDENCE TO AND REVIEW MULTIPLE CORRESPONDENCE FROM E. POLLACK RE: SAME (.3); REVIEW CORRESPONDENCE FROM K. SPECIE RE: VOGEL AND VOGEL ADMIN CLAIM APPLICATION (.1); REVIEW CORRESPONDENCE FROM K. NEIL AND M. LEHMAN RE: CATAMOUNT ATLANTA ADMIN CLAIM APPLICATION, REVIEW DOCUMENTS RELATED TO SAME INCLUDING ACKERMAN MUTUAL RELEASE AND SETTLEMENT AGREEMENT (.3); REVIEW ALL CATAMOUNT PLEADINGS, REVIEW AND REVISE CATAMOUNT CLAIM SPREADSHEET (.6); REVIEW CATAMOUNT FEE STATEMENTS (.7); CONFERENCE WITH R. GRAY RE: CATAMOUNT FEE STATEMENTS (.1); CONFERENCE WITH J. LEAMY RE: CATAMOUNT FEE STATEMENTS (.2); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO K. NEIL RE: STATUS OF STORE 1776- MOTION OF TAPPAN PROPERTIES FOR ADMIN CLAIM (.1); DRAFT CORRESPONDENCE TO C. IBOLD RE: CATAMOUNT (.4); REVIEW ADMIN CLAIM APPLICATION FILED BY C&A LTD, REVIEW ADMIN CLAIM APPLICATION FILED BY CIVIC CENTER STATION LTD., DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM K. NEIL RE: SAME (.2); LEGAL; RESEARCH RE ADMIN STATUS OF ATTORNEYS FEES (.4); REVIEW MULTIPLE CORRESPONDENCE FROM M. LEHMAN RE: CATAMOUNT, DRAFT CORRESPONDENCE TO SAME (.1); REVIEW CORRESPONDENCE FROM J. CARIGNAN RE: ADMIN CLAIM FOR TOWER, DRAFT CORRESPONDENCE TO K. NEIL RE: SAME (.1). |
| GRAY RW | 10/19/06 | 0.20 | REVIEW AND RESPOND TO MEMORANDUM FROM A. RAVIN RE: GOODINGS CLAIM STIPULATION (.1); REVIEW AND RESPOND TO MEMORANDUM FROM A. RAVIN RE: KIRKLAND FINANCIAL REJECTION CLAIM PAYMENT (.1). |

| RAVIN AS | 10/19/06 | 0.90 | DRAFT MULTIPLE CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM E. ASHTON RE: STATUS OF KIRKLAND ADMIN CLAIM APPLICATION (.2); REVIEW CORRESPONDENCE FROM K. NEIL RE: ADMIN CLAIM APPLICATION FOR CIVIC CENTER STATION WINN-DIXIE 1764 (.1); REVIEW AND REVISE ADMIN CLAIM STATUS CHART (.2); TELECONFERENCE WITH E. BRAZAEL RE: ADMIN CLAIM FOR KIRKLAND (.1); TELECONFERENCE WITH K. NEIL RE: J. CARIGNAN PROPOSAL RE: TOWER ADMIN CLAIM, TELECONFERENCE WITH WITH J. CARIGNAN RE: SAME, DRAFT CORRESPONDENCE TO J. CARIGNAN RE: SAME (.3). |
| GRAY RW | 10/20/06 | 0.10 | REVIEW AND RESPOND TO MEMORANDUM FROM A. RAVIN RE: PROCEDURE FOR ADDRESSING AGREEMENT ON VOGEL AND VOGEL ADMINISTRATIVE CLAIM (.1). |
| RAVIN AS | 10/20/06 | 1.70 | DRAFT MEMORANDUM TO R. GRAY RE: ADMIN CLAIM APPLICATION FOR VOGEL AND VOGEL (.1); REVIEW ADMIN CLAIM APPLICATION FOR C&A AND CIVI CENTER (.2); TELECONFERENCE WITH A. FRISCH RE: SAME (.1); REVIEW ADMIN CLAIM FOR VOGEL AND VOGEL, DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM K. SPECIE RE: SAME, REVIEW CORRESPONDENCE FROM M. ROGERS RE: SAME (.2); REVIEW AND REVISE ADMIN CLAIM STATUS CHART (.2); DRAFT STIPULATION RE: VOGEL AND VOGEL ADMIN CLAIM AND CORRESPONDING MOTION AND PROPOSED ORDER (.6); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO E. ASHTON RE: KIRKLAND FINANCIAL ADMIN CLAIM STATUS (.1); TELECONFERENCE WITH M. LEHMAN RE: CATAMOUNT CLAIMS (.2). |
| RAVIN AS | 10/22/06 | 0.20 | REVIEW CORRESPONDENCE FROM B. GASTON RE: ADMIN CLAIM APPLICATIONS FOR CIVIC CENTER STATION WINN-DIXIE 1764 (.1); REVIEW CORRESPONDENCE FROM B. GASTON AND A. WULLBERN RE: BUNDY STORE 1417 (.1). |

RAVIN AS          10/23/06        1.20    REVIEW CORRESPONDENCE FROM D. WANDER
                                          RE: STATUS OF CURE RE: STORE 260, DRAFT
                                          CORRESPONDENCE TO A. WULBERN RE: SAME
                                          (.1); DRAFT CORRESPONDENCE TO AND
                                          REVIEW CORRESPONDENCE FROM D. DREBSKY
                                          RE: STATUS OF DEUTSCHE BANK'S
                                          WITHDRAWAL OF OBJECTION TO ASSUMPTION
                                          MOTION (.1); DRAFT STIPULATION RE:
                                          VOGEL AND VOGEL ADMIN CLAIM AND RELATED
                                          PLEADINGS (.7); DRAFT CORRESPONDENCE TO
                                          C. JACKSON RE: VOGEL ADMIN CLAIM AND
                                          ATECH PROCESS (.1); REVIEW
                                          CORRESPONDENCE FROM C. JACKSON RE:
                                          STATUS OF KIRKLAND AND TOWER ADMIN CLAIM
                                          APPLICATIONS, DRAFT CORRESPONDENCE TO
                                          M. COMERFORD RE: SAME (.1); DRAFT
                                          CORRESPONDENCE TO AND REVIEW
                                          CORRESPONDENCE FROM E. ASHTON RE:
                                          STATUS OF WITHDRAWAL OF KIRKLAND ADMIN
                                          CLAIM APPLICATION (.1).

RAVIN AS          10/24/06        0.80    DRAFT MULTIPLE CORRESPONDENCE TO AND
                                          REVIEW CORRESPONDENCE FROM K. NEIL RE:
                                          STATUS OF ADMIN CLAIM APPLICATION FOR
                                          TOWER AND TAPPAN (.1); REVIEW
                                          CORRESPONDENCE FROM M. LEHMAN RE:
                                          CATAMOUNT TAXES (.1); REVIEW AND REVISE
                                          VOGEL ADMIN CLAIM APPLICATION (.3);
                                          DRAFT CORRESPONDENCE TO B. GASTON RE:
                                          GUARANTEE ORDERS (.1); REVIEW
                                          CORRESPONDENCE FROM B. BOWIN RE: 12TH
                                          STREET ADMIN CLAIM APPLICATION, DRAFT
                                          CORRESPONDENCE TO AND REVIEW
                                          CORRESPONDENCE FROM C. IBOLD RE: SAME
                                          (.1); REVIEW MEMORANDUM FROM AND DRAFT
                                          MEMORANDUM TO J. LEAMY RE: STATUS OF
                                          INDIAN TRAIL ADMIN CLAIM APPLICATION,
                                          DRAFT CORRESPONDENCE TO K. NEIL AND B.
                                          GASTON RE: SAME (.1).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| RAVIN AS | 10/25/06 | 1.90 | REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO B. GASTON RE: INDIAN TRAIL SQUARE ADMIN CLAIM APPLICATION (.1); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO B. GASTON RE: 12TH STREET ASSOCIATES ADMIN CLAIM APPLICATION, REVIEW DAMAGE MEMORANDUM RE: SAME (.2); DRAFT MULTIPLE CORRESPONDENCE TO B. GASTON RE: CATAMOUNT ADMIN CLAIM, DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM J. CASTLE AND C. IBOLD RE: SAME RE: CATAMOUNT ATTORNEYS FEES, DRAFT CORRESPONDENCE TO K. NEIL RE: STATUS OF TOWER ADMIN CLAIM (.3); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO E. ASHTON RE: KIRKLAND ADMIN CLAIM STATUS (.1); DRAFT CORRESPONDENCE TO C. JACKSON RE: VOGEL STIPULATION, DRAFT CORRESPONDENCE TO M. COMERFORD RE: SAME,. REVIEW AND REVISE MOTION SEEKING APPROVAL OF STIPULATION (.3); CONFERENCE WITH J. LEAMY RE: STATUS OF INDIAN TRAIL ADMIN CLAIM APPLICATION (.1); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM K. NEIL RE: INDIAN TRAIL ADMIN CLAIM APPLICATION (.2); CONFERENCE WITH K. DAW RE: VOGEL STIPULATION TAX ISSUES, DRAFT CORRESPONDENCE TO M. COMERFORD RE: SAME, DRAFT CORRESPONDENCE TO C. JACKSON RE: SAME, REVIEW CORRESPONDENCE FROM K. DAW RE: SAME (.2); TELECONFERENCE WITH M. COMERFORD RE: VOGEL STIPULATION (.1); DRAFT CORRESPONDENCE TO M. ROGERS RE: VOGEL STIPULATION (.1); REVIEW AND REVISE ADMIN CLAIM APPLICATION CHART (.1); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM A. FRISCH RE: STATUS OF C&A AND CIVIC CENTER ADMIN CLAIMS (.1). |
| RAVIN AS | 10/26/06 | 0.30 | REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO E. ASHTON RE: STATUS OF KIRKLAND ADMIN CLAIM (.1); REVIEW CORRESPONDENCE FROM M. LEHMAN RE: CATAMOUNT ADMIN CLAIM, REVIEW CORRESPONDENCE FROM K. NEIL RE: SAME (.1); TELECONFERENCE WITH J. MILTON RE: STORE 1409 STATUS (.1). |
| TURETSKY DM | 10/26/06 | 0.10 | TELECONFERENCE WITH J. MILTON RE: STORE 1409 REJECTION (.1). |

137

| RAVIN AS | 10/27/06 | 0.30 | DRAFT CORRESPONDENCE TO M. ROGERS RE: VOGEL AND VOGEL ADMIN CLAIM STATUS (.1); DRAFT CORRESPONDENCE TO A. WULBERN RE: STATUS OF PENDING REAL ESTATE MATTERS (.1); DRAFT CORRESPONDENCE TO A. FRISCH RE: STATUS OF TAPPAN PROPERTIES ADMIN CLAIM APPLICATION (.1). |
|---|---|---|---|
| RAVIN AS | 10/30/06 | 0.30 | DRAFT CORRESPONDENCE TO J. CARIGNAN RE: STATUS OF ADMIN CLAIM APPLICATION WITHDRAWAL FOR TOWER (.1); DRAFT CORRESPONDENCE TO E. ASHTON RE: STATUS OF FUNDS FROM GENINBERG, REVIEW CORRESPONDENCE FROM J. WARNER RE: SAME (.1); REVIEW CORRESPONDENCE FROM A. FRISCH RE: TAPPAN PROPERTIES ADMIN CLAIM APPLICATION, DRAFT CORRESPONDENCE TO K. NEIL RE: SAME (.1). |
| RAVIN AS | 10/31/06 | 0.60 | CONFERENCE WITH R. GRAY RE: STAUS OF ADMIN CLAIM APPLICATIONS (.1); TELECONFERENCE WITH M. ROGERS RE: VOGEL AND VOGEL STIPULATION (.1); REVIEW AND REVISE VOGEL STIPULATION AND CORRESPONDING APPROVAL MOTION (.3); DRAFT CORRESPONDENCE TO M. ROGERS RE: SAME, DRAFT CORRESPONDENCE TO C. JACKSON RE: SAME (.1). |

**MATTER TOTAL** **27.10**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**　　　　　　　　　　Bill Date: 01/03/07
**Litigation (General)**　　　　　　　　　　　　　　Bill Number: 1128259

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| RAVIN AS | 10/03/06 | 0.10 | DRAFT CORRESPONDENCE TO J. CASTLE RE: STATUS OF RHODES (.1). |
| GRAY RW | 10/04/06 | 0.60 | REVIEW MEMORANDUM FROM M. BARR RE: OVERTIME PAY LAWSUIT, DRAFT MEMORANDUM TO L. APPEL ET AL. RE: SAME, REVIEW ARTICLE RE: SAME, DRAFT FOLLOW UP MEMORANDUM TO L. APPEL ET AL. (.3); FURTHER EMAIL EXCHANGE WITH M. BARR AND L. APPEL ET AL. RE: COMMITTEE BRIEFING ON ISSUES (.1); REVIEW MEMORANDUM FROM L. APPEL WITH DETAILS ON SUIT AND DRAFT MEMORANDUM TO M. BARR RE: SAME (.2). |
| RAVIN AS | 10/09/06 | 0.40 | REVIEW CORRESPONDENCE FROM A. RAY RE: RHODES, DRAFT CORRESPONDENCE TO A. RAY RE: PROPOSED SETTLEMENT, TELECONFERENCE WITH A. RAY RE: SAME (.4). |
| TURETSKY DM | 10/09/06 | 0.20 | TELECONFERENCE WITH T. WHEELER RE: WINN-DIXIE CLAIM AGAINST ABLE LABS (.1); TELECONFERENCE TO J. TESTA RE: WINN-DIXIE CLAIM AGAINST ABLE LABS (.1). |
| TURETSKY DM | 10/17/06 | 0.10 | TELECONFERENCE WITH J. TESTA RE: WINN-DIXIE CLAIM AGAINST ABLE LABORATORIES (.1). |
| RAVIN AS | 10/18/06 | 0.10 | TELECONFERENCE WITH B. CURIER RE: POSTPETITION PERSONAL INJURY CLAIM (.1). |
| RAVIN AS | 10/20/06 | 0.20 | CONFERENCE WITH D. TURETSKY RE: STATUS OF ABLE LABS, REVIEW CORRESPONDENCE FROM D. TURETSKY RE: SAME (.1); REVIEW CORRESPONDENCE FROM A. WULLBERN AND R. MILLS RE: NOTICE OF DEPOSITION OF DALE H. BITTER (.1). |
| TURETSKY DM | 10/20/06 | 0.40 | TELECONFERENCE WITH J. TESTA RE: WINN-DIXIE CLAIM AGAINST ABLE LABS (.1); E-MAIL TO J. TESTA RE: WINN-DIXIE CLAIM AGAINST ABLE LABS (.3). |

GRAY RW          10/26/06     0.60   TELECONFERENCE WITH C. DICKINSON RE:
                                     INSURANCE SETTLEMENT (.1); REVIEW AND
                                     RESPOND TO MEMORANDUM FROM C. DICKINSON
                                     RE: SETTLEMENT AGREEMENT AND SETTLEMENT
                                     APPROVAL CONSIDERATIONS (.2); DRAFT
                                     BANKRUPTCY COURT LANGUAGE FOR
                                     SETTLEMENT AGREEMENT AND DRAFT
                                     MEMORANDUM TO C. DICKINSON RE: SAME
                                     (.3).

RAVIN AS         10/26/06     2.10   DRAFT MEMORANDA TO AND REVIEW MEMORANDA
                                     FROM R. GRAY RE: MOTION TO APPROVE
                                     SETTLEMENT AGREEMENT WITH XL AND MARSH
                                     (.1); REVIEW SETTLEMENT AGREEMENT RE:
                                     XL AND MARSH (.3); REVIEW JOINT
                                     PRELIMINARY REPORT AND AMENDED
                                     COMPLAINT RE XL AND MARSH (.7); DRAFT
                                     MOTION AND CORRESPONDING PROPOSED ORDER
                                     SEEKING TO APPROVE SETTLEMENT WITH XL
                                     AND MARSH (.7); REVIEW CORRESPONDENCE
                                     FROM C. DICKINSON RE: MOTION AND
                                     CORRESPONDING PROPOSED ORDER SEEKING TO
                                     APPROVE SETTLEMENT WITH XL AND MARSH
                                     (.2); CONFERENCE WITH D. TURETSKY RE:
                                     ABLE LABS (.1).

TURETSKY DM      10/26/06     0.20   TELECONFERENCE WITH J. TESTA RE:
                                     WINN-DIXIE CLAIM AGAINST ABLE LABS
                                     (.1); TELECONFERENCE WITH A. RAVIN RE:
                                     WINN-DIXIE CLAIM AGAINST ABLE LABS
                                     (.1).

GRAY RW          10/27/06     0.10   REVIEW AND RESPOND TO MEMORANDUM FROM C.
                                     DICKINSON RE: COURT APPROVAL ISSUE ON
                                     XL/MARSH SETTLEMENT (.1).

RAVIN AS         10/27/06     0.20   REVIEW CORRESPONDENCE FROM T. WHEELER
                                     RE: STATUS OF ABLE LABS (.1); REVIEW
                                     CORRESPONDENCE FROM C. DICKERSON RE: XL
                                     AND MARSH SETTLEMENT ISSUES, REVIEW
                                     MEMORANDUM FROM R. GRAY RE: SAME (.1).

GRAY RW          10/30/06     0.20   REVIEW AND RESPOND TO MEMORANDUM FROM J.
                                     CASTLE RE: XL MARSH SETTLEMENT ISSUES
                                     (.2).

RAVIN AS         10/30/06     2.60   DRAFT MOTION TO APPROVE SETTLEMENT OF
                                     XL AND MARSH LITIGATION (2.4); REVIEW
                                     MEMORANDA FROM AND DRAFT MEMORANDA TO R.
                                     GRAY RE: MOTION TO APPROVE SETTLEMENT OF
                                     XL AND MARSH LITIGATION, REVIEW
                                     CORRESPONDENCE FORM C. DICKERSON AND J.
                                     CASTLE RE: SAME (.2).

TURETSKY DM      10/30/06     0.10   TELECONFERENCE WITH J. TESTA RE:
                                     WINN-DIXIE CLAIM AGAINST ABLE LABS
                                     (.1).

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---|
| RAVIN AS | 10/31/06 | 0.40 | CONFERENCE WITH D. TURETSKY RE: ABLE LABS (.2); TELECONFERENCE WITH J. TESTA RE: ABLE LABS (.1); DRAFT CORRESPONDENCE TO A. RAY RE: STATUS OF SETTLEMENT PROPOSAL RE: RHODES (.1). |
| TURETSKY DM | 10/31/06 | 0.20 | MEETING WITH A. RAVIN RE: WINN-DIXIE CLAIM AGAINST ABLE LABS (.2). |

**MATTER TOTAL**                                    **8.80**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                              Bill Date: 01/03/07
**Nonworking Travel Time**                                     Bill Number: 1128259

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| HENRY S | 10/11/06 | 2.20 | TRAVEL FROM NEW YORK TO JACKSONVILLE OFFICES OF SMITH HULSEY (4.5). |
| RAVIN AS | 10/12/06 | 2.80 | TRAVEL TO JACKSONVILLE FROM NEW YORK FOR CONFIRMATION HEARING (5.6). |
| HENRY S | 10/13/06 | 2.90 | RETURN TRIP TO NEW YORK FROM CONFIRMATION HEARING -- EXTENSIVE DELAYS DUE TO CANCELLED FLIGHT (5.8). |
| RAVIN AS | 10/13/06 | 2.90 | RETURN TRAVEL FROM JACKSONVILLE TO NEW YORK (5.8). |
| **MATTER TOTAL** | | **10.80** | |

142

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

Winn-Dixie Stores, Inc. (DIP)                                    Bill Date: 01/03/07
Reorganization Plan / Plan Sponsors                              Bill Number: 1128259

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| HENRY S | 10/01/06 | 5.20 | REVISE BRIEF IN RESPONSE TO OBJECTIONS TO CONFIRMATION (5.2). |
| GRAY RW | 10/01/06 | 0.30 | REVIEW REVISED PRESS RELEASE AND DRAFT MEMORANDUM TO M. FRIETAG RE: COMMENTS (.2); DRAFT MEMORANDUM TO J. BAKER RE: HANDLING OF LYNCH AGREEMENT IF NOT IN PLAN SUPPLEMENT (.1). |
| LEDERER J.* | 10/01/06 | 1.00 | READ CASE LAW ON AMOUNT OF BOND TO BE POSTED IN STAY PENDING APPEALS CASE (.5); READ CASE ON SUBSTANTIVE CONSOLIDATION APPROVAL (.5). |
| RAVIN AS | 10/01/06 | 0.10 | REVIEW MEMORANDUM FROM R. GRAY AND J. BAKER RE: P. LYNCH EMPLOYMENT AGREEMENT, REVIEW MEMORANDUM FROM R. GRAY RE: CLASSIFICATION OF CLAIMS UNDER PLAN FOR STOLTZ MANAGEMENT. |
| BAKER DJ | 10/02/06 | 4.50 | REVIEW MATERIALS WITH RESPECT TO MOTIONS TO BE FILED UNDER RULE 3018, IN PREPARATION FOR CONFERENCE CALL (.8); REVIEW MATERIALS RELATED TO PLAN CLASSIFICATION ISSUES (.6); CONFERENCE CALL WITH K. LOGAN, R. GRAY, S. HENRY, S. BUSEY, AND C. JACKSON RELATED TO PLAN CONFIRMATION ISSUES (1.1); TELECONFERENCE WITH J. SKELTON RELATED TO PLAN ISSUES (.3); REVIEW MEMORANDUM FROM JENNER AND BLOCK RELATED TO PLAN ISSUES (.6); TRANSMIT EMAIL TO R. BARUSCH AND R. GRAY RELATED TO PLAN ISSUES (.2); REVIEW COMMENTS FROM R. BARUSCH RELATED TO PLAN ISSUES (.1); REVIEW COMMENTS FROM R. GRAY RELATED TO MEMORANDUM ON PLAN (.1); CONFERENCE CALL S. BUSEY, F. HUFFARD, R. GRAY AND S. HENRY WITH RESPECT TO VALUATION ISSUES (.7). |
| BARUSCH RC | 10/02/06 | 3.40 | REVIEW OF NEW DRAFTS OF CHARTER AND BYLAWS (1.2); FURTHER WORK ON INSURANCE QUESTIONS (.9); REVIEW EMPLOYMENT ISSUES ON LYNCH CONTRACT (1.3). |

| | | | |
|---|---|---|---|
| HENRY S | 10/02/06 | 10.90 | CONFERENCE CALL WITH R. GRAY, COMPANY AND S. BUSEY AND C. JACKSON RELATING TO 3018 MOTIONS (1.1); CONTINUE REVISIONS TO CONFIRMATION BRIEF (6.7); READ NUMEROUS CASES RELATING TO SAME (2.4); CONFERENCE CALL WITH SKADDEN, BLACKSTONE AND S. BUSEY RE: VALUATIONS (.7). |
| GRAY RW | 10/02/06 | 3.30 | DRAFT MEMORANDUM TO M. BARR RE: CHANGE TO PROTOCOL PER S. BUSEY COMMENT (.1); EXCHANGE EMAILS WITH M. COMERFORD, J. CASTLE AND J. POST RE: FINALIZING PROTOCOLS (.1); REVIEW T. WILLIAMS SUMMARY OF BROKER PROPOSALS AND FORWARD TO R. BARUSCH AND A. SALDANA (.1); REVIEW AND RESPOND TO MEMORANDA FROM R. BARUSCH AND K. BRISTOR RE: TRANSFER RESTRICTIONS (.1); EXCHANGE EMAILS WITH R. BARUSCH AND A. SALDANA RE: PLAN SUPPLEMENT LOGISTICS (.1); REVIEW HASKELL CASE RE: DEFERRED PAYMENT INTEREST RATE AND FOLLOW UP RESEARCH (.3); REVIEW IRS OBJECTION TO PLAN AND SEND VOICEMAIL/EMAIL TO D. MORRIS RE: ADDRESSING (.2); TELECONFERENCE WITH D. MORRIS RE: U.S. OBJECTION TO PLAN (.2); DRAFT MEMORANDUM TO K. BRISTOR ET AL. RE: IRS STATUTORY INTEREST RATE (.1); RESEARCH/ANALYSIS RE: U.S. AGENCY SETOFFS (.2); REVIEW BLACKSTONE VALUATION ANALYSIS IN PREPARATION FOR CALL (.1); CONFERENCE CALL WITH BLACKSTONE, SKADDEN AND SMITH HULSEY TEAMS RE: CONFIRMATION/VALUATION ISSUES (.7); REVIEW/CONFORM DIRECTOR BIOS IN DESIGNATION TO SOURCE DOCUMENTS (.6); REVIEW MEMORANDUM FROM S. BURKE RE: DELOITTE NEEDS FOR CREDITOR INFORMATION, DRAFT MEMORANDUM TO SKADDEN TEAM RE: SAME, AND DRAFT RESPONSE TO S. BURKE (.4). |
| RAVIN AS | 10/02/06 | 1.50 | REVIEW 3018 AND PLAN CLASSIFICATION CHARTS IN PREPARING FOR TELECONFERENCE (.4) TELECONFERENCE WITH S. BUSEY, J. POST, C. JACKSON, D. J. BAKER, S. HENRY, R. GRAY, AND K. LOGAN RE: 3018 STRATEGY AND PLAN CLASSIFICATION (1.1). |
| BAKER DJ | 10/03/06 | 1.90 | TELECONFERENCE WITH R. GRAY RE: ISSUES RELATED TO PLAN OF REORGANIZATION (.3); EMAIL TO M. BARR WITH RESPECT TO ISSUES RELATED TO PLAN OF REORGANIZATION (.3); REVIEW REPLY FROM M. BARR (.1); OUTLINE ELEMENTS FOR CLOSING BINDER TO BE SENT TO OFFICERS AND DIRECTORS (1.2). |

144

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BARUSCH RC     10/03/06     0.90     REVIEW ISSUES RE: PLAN, CHARTER AND
                                     BY-LAWS (.4); ANALYZE NASDAQ ISSUE
                                     (.5).

HENRY S        10/03/06     8.80     REVISE BRIEF IN RESPONSE TO
                                     CONFIRMATION OBJECTIONS (8.6);
                                     FORMULATE ASSIGNMENT FOR J.R.LEDERMAN
                                     RELATING TO NECESSARY RESEARCH (.2).

GRAY RW        10/03/06     5.60     REVIEW OPEN ISSUES ON DIRECTOR BIOS AND
                                     DRAFT MEMORANDUM TO L. APPEL RE: FINAL
                                     FOR FILING (.2); CONFERENCE CALL WITH J.
                                     CASTLE, S. KAROL, D. YOUNG, J. ROY, J.
                                     EDMONSON ET AL. RE: RESERVE PROCESS
                                     (1.1); CONFERENCE CALL WITH K. LOGAN, S.
                                     KAROL AND J. EDMONSONN RE: RESERVE DATA
                                     ISSUES (.8); REVIEW REPORT AND EXCHANGE
                                     EMAILS WITH K. LOGAN AND S. KAROL RE:
                                     SAME (.2); DRAFT MEMORANDA TO A. SALDANA
                                     ET AL. RE: FINAL DOCUMENTS FOR FILING
                                     (.1); REVIEW MILBANK COMMENTS ON EQUITY
                                     INCENTIVE PLAN (.1); EXCHANGE EMAILS
                                     WITH S. STROUD AND J. BAKER RE: CONSENT
                                     V. CONSULT RIGHTS ON SAME (.1); EXCHANGE
                                     EMAILS WITH J. CASTLE AND J. POST RE:
                                     CLAIM SETTLEMENT PROTOCOLS (.1); DRAFT
                                     MEMORANDUM TO A. RAVIN TO OBTAIN
                                     COMMITMENT LETTER FOR FILING (.1);
                                     REVIEW AND RESPOND TO MEMORANDUM FROM M.
                                     BARR RE: PROTOCOLS AND DIRECTOR BIOS
                                     (.1); DRAFT MEMORANDUM TO M. COMERFORD
                                     RE: PLAN SUPPLEMENT COVER SHEET AND
                                     DRAFT ISSUE (.1); TELECONFERENCE WITH
                                     M. COMERFORD RE: SAME (.1); EXCHANGE
                                     EMAILS WITH M. BARR RE: SAME (.1);
                                     PREPARE PLAN SUPPLEMENT DOCUMENTS FOR
                                     FILING (.9); REVIEW AND RESPOND TO
                                     MEMORANDUM FROM J. MCCONNELL RE: PLAN
                                     CONFIRMATION PREPARATIONS AND EXCHANGE
                                     EMAILS WITH M. BARR AND S. BUSEY RE: SAME
                                     (.1); REVIEW FINANCIAL PERFORMANCE
                                     SLIDES FOR HEARING (.2); REVIEW AND
                                     RESPOND TO MEMORANDUM FROM R. BAR-HOHKA
                                     RE: IRS INTEREST RATE (.1); REVIEW AND
                                     COMMENT ON PRESS RELEASE RE: PLAN
                                     SUPPLEMENT FILING (.2); REVIEW AND
                                     RESPOND TO MEMORANDA FROM J. CASTLE AND
                                     S. HENRY RE: INDENTURE TRUSTEE FEE
                                     ISSUES (.2); REVIEW REDUCTION ELECTION
                                     REPORT (.1); DRAFT MEMORANDUM TO J. POST
                                     RE: REDUCTION ELECTIONS BY LITIGATION
                                     CLAIMANTS (.1); DRAFT MEMORANDUM TO J.
                                     CASTLE ET AL. RE: EFFECTIVE DATE PAYMENT
                                     ISSUES (.3); REVIEW AND COMMENT ON
                                     REDUCTION ELECTION LETTER AND FORM TO
                                     RESCIND (.2).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

LEDERER J.*        10/03/06        8.60    GET ASSIGNMENT FROM A. RAVIN RE:
                                           MAINTAINING AND UPDATING HEARING
                                           CONFIRMATION BINDER (.4); LANDLORD
                                           OBJECTION CALL WITH A. RAVIN, B. GASTON
                                           AND KIM TO DETERMINE PRIMARY OBLIGERS,
                                           MISSING STORE LOCATIONS, AND FINALIZE
                                           CHART (1.0); BEGIN HEARING CONFIRMATION
                                           BINDER BY READING THROUGH MATERIALS TO
                                           BE INCLUDED AND CREATING TABS (.8);
                                           CONDUCT LEXIS CASE LAW SEARCH FOR DEEMED
                                           CONSOLIDATION CASES (.8); UPDATE
                                           CONFIRMATION HEARING BINDER AND INDEX
                                           (.6); REVISE DEEMED CONSOLIDATION
                                           RESEARCH MEMORANDUM (.6); READ REIDER
                                           AND EASTGROUP (CASE LAW ON DEEMED
                                           CONSOLIDATION) AND EXCERPT FOR
                                           MEMORANDUM (1.0); DRAFT BRIEF INSERT
                                           PER REQUEST OF S. HENRY ON RESPONSE TO
                                           DEEMED CONSOLIDATION OBJECTION (.4);
                                           DISTRIBUTE CASE CONFIRMATION HEARING
                                           BINDER (.4); LEXIS RESEARCH TO FIND
                                           SUPREME COURT CASE WHICH DEVELOPED INTO
                                           SUBSTANTIVE CONSOLIDATION CASE LAW
                                           (.8); READ CASE AND SEND S. HENRY
                                           APPLICABLE PORTIONS THEREOF (.8); BEGIN
                                           LEGAL RESEARCH ON ASSIGNMENT OF LEASES
                                           AND BENEFIT TO THE ESTATE (1.0).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

RAVIN AS          10/03/06        5.80    LEGAL RESEARCH RE: HASKELL DECISION RE:
                                          STATUTORY INTEREST RATE FOR CRAMDOWN
                                          PURPOSES (.1); REVIEW MEMORANDA FROM R.
                                          GRAY AND J. LEAMY RE: OCEAN 505 RULE 3018
                                          MOTION (.1); DRAFT MEMORANDUM TO J. R.
                                          LEDERER RE: PREPARATION OF CONFIRMATION
                                          HEARING BINDER, CONFERENCE WITH SAME
                                          RE: SAME (.2); TELECONFERENCE WITH R.
                                          GRAY RE: PROPOSED ORDERS FOR PLAN
                                          CLASSIFICATION MOTIONS AND 3018 MOTIONS
                                          (.3); TELECONFERENCE WITH B. GASTON AND
                                          K. NEIL RE: PLAN OBJECTIONS TO PLAN
                                          (1.0); DRAFT, REVIEW AND REVISE
                                          PROPOSED ORDERS RE: 3018 MOTIONS AND
                                          PLAN CLASSIFICATION MOTIONS RE:
                                          STRATEGY DISCUSSED (2.3); DRAFT
                                          CORRESPONDENCE TO AND REVIEW
                                          CORRESPONDENCE FROM D. MOTSINGER RE:
                                          3018 MOTIONS (.2); DRAFT MEMORANDA TO
                                          AND REVIEW MEMORANDA FROM R. GRAY RE:
                                          COMMITMENT LETTER AND OTHER PLAN
                                          SUPPLEMENT DOCUMENTS, LOCATE SAME (.2);
                                          REVIEW CORRESPONDENCE FROM AND DRAFT
                                          CORRESPONDENCE TO A. FRISCH RE: RULE
                                          3018 MOTION FOR OCEAN 505 (.1); REVIEW
                                          KY TAXING AUTHORITIES REPLY TO 3018
                                          MOTION, DRAFT CORRESPONDENCE TO S.
                                          BUSEY RE: SAME (.1); TELECONFERENCE
                                          (VM) WITH A. SALZANO RE: PASCO COUNTY
                                          OBJECTION TO PLAN (.2); ADDRESS ISSUES
                                          RE: COORDINATION OF PLAN SUPPLEMENT
                                          DOCUMENTS (.5); REVIEW FINANCIAL
                                          PERFORMANCE SLIDES PROVIDED BY
                                          BLACKSTONE (.1); REVIEW MEMORANDA FROM
                                          R. BAR KOKHVA AND R. GRAY RE: STATUTORY
                                          INTEREST RATE (.2); REVIEW MEMORANDA
                                          FROM R. GRAY RE: EFFECTIVE DATE CLAIM
                                          PAYMENTS, REVIEW MEMORANDA FROM S.
                                          HENRY, R. GRAY, AND S. BUSEY RE:
                                          CONFIRMATION HEARING PLANNING RE: AD
                                          HOC TRADE COMMITTEE (.1); REVIEW
                                          MEMORANDA FROM R. GRAY, D. J. BAKER, J.
                                          CASTLE, AND S. HENRY RE: WILMINGTON
                                          TRUST FEES AND DEBTORS' CHALLENGE
                                          RIGHTS UNDER PLAN (.1).

| | | | |
|---|---|---|---|
| BAKER DJ | 10/04/06 | 3.90 | TELECONFERENCE WITH J. SKELTON RE: ISSUES RELATED TO PLAN OF REORGANIZATION (.3); TELECONFERENCE WITH L. APPEL RE: PLAN OF REORGANIZATION (.3); REVIEW MEMORANDUM FROM L. APPEL RELATED TO TAIL COVERAGE PROVIDED BY PLAN (.3); REVIEW ISSUES RELATED TO PROVISION OF TAIL COVERAGE IN PLAN OF REORGANIZATION (1.1); RESPOND TO EMAIL FROM L. APPEL RELATING TO TAIL COVERAGE (.2); REVIEW EMAIL FROM M. BARR RELATED TO CLASS ACTION SUIT AND EFFECT OF SUIT ON PLAN (.1); REVIEW RESPONSE TO M. BARR (.1); EMAIL TO S. HENRY WITH RESPECT TO DEUTSCHE BANK PLAN ISSUES (.3); REVIEW PLAN RELEASE ISSUES RAISED BY U.S. TRUSTEE IN OBJECTION TO CONFIRMATION (1.2). |
| BARUSCH RC | 10/04/06 | 0.70 | DEAL WITH ISSUES ON BROKER-ASSISTED PROGRAM (.7). |
| GRAY RW | 10/04/06 | 1.20 | DRAFT MEMORANDUM TO J. MCCONNELL RE: CONFIRMATION HEARING COORDINATION (.1); EXCHANGE EMAILS WITH K. LOGAN RE: TIN SOLICITATION (.1); REVIEW REVISED CLAIM REDUCTION LETTER AND FORM AND EXCHANGE EMAILS WITH K. LOGAN RE: SAME (.1); DRAFT MEMORANDUM TO C. JACKSON RE: FORM OF PLAN MODIFICATION (.1); DRAFT MEMORANDUM TO J. BAKER RE: SAME (.1); EXCHANGE EMAILS WITH J. JAMES RE: INACTIVE SUB DECISIONS (.1); TELECONFERENCE WITH S. KAROL RE: DISBURSING AGENT ISSUES (.1); REVIEW AND RESPOND TO MEMORANDUM FROM R. BARUSCH RE: DISBURSING AGENT DECISIONS (.1); DRAFT MEMORANDUM TO J. CASTLE RE: STOCK TRANSFER, DISBURSING AND BROKER ISSUES (.3); REVIEW AND RESPOND TO MEMORANDUM FROM A. RAVIN RE: PASCO COUNTY ISSUES (.1). |
| LEAMY JM | 10/04/06 | 0.40 | RESEARCH STATUS OF ALLIANCE SHIPPERS PLAN CLASS (.2); ASCERTAIN STATUS OF ORIX 3018 REQUEST (.2). |

LEDERER J.*     10/04/06     6.00     READ CASE LAW ON 503 AND BENEFIT TO THE ESTATE FOR LANDLORD OBJECTION ARGUMENT (1.5); GO THROUGH LIST OF WESTLAW CASES FROM 11 CIRCUIT ON INTERPRETATION OF 503'S REQUIREMENTS (.9); REVIEW WINN-DIXIE DOCKET FOR FILINGS, OBJECTIONS AND MOTIONS FOR BINDERS (.4); WESTLAW SEARCH FOR ASSIGNMENT OF LEASES IN BANKRUPTCY (.8); UPDATE 3018 MOTION BINDER (.2); REVISE MEMORANDUM ON 503 AND BENEFIT TO THE ESTATE FOR SUBMISSION TO A. RAVIN (1.0); CONDUCT FINAL WESTLAW SEARCH IN FKBR-ALL FOR ASSIGNMENT OF LEASES CASES (.8); REVISE MEMORANDUM PER DISCUSSION WITH A. RAVIN (.4);.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

RAVIN AS          10/04/06          6.00     TELECONFERENCE WITH S. BUSEY, C.
                                             JACKSON, AND R. GRAY (PARTIAL) RE: 3018
                                             MOTIONS (.6); FOLLOW UP TELECONFERENCE
                                             WITH C. JACKSON RE: 3018 MOTIONS (.2);
                                             TELECONFERENCE WITH R. THAMES AND C.
                                             JACKSON RE: 3018 MOTIONS (.4); FOLLOW UP
                                             CONFERENCE WITH R. GRAY RE: 3018 MOTIONS
                                             (.1); TELECONFERENCE WITH C. JACKSON
                                             RE: WESTFORK OBJECTION TO PLAN (.1);
                                             TELECONFERENCE WITH C. JACKSON AND T.
                                             LEHMAN RE: WESTFORK OBJECTION TO PLAN
                                             (.4); REVIEW AND REVISE PROPOSED ORDERS
                                             RE: PLAN CLASS MOTIONS AND 3018 MOTIONS
                                             (.7); REVIEW MEMORANDA FROM AND DRAFT
                                             MEMORANDA TO R. GRAY RE: PROPOSED ORDERS
                                             RE: PLAN CLASS MOTIONS AND RULE 3018
                                             MOTIONS (.1); REVIEW AND REVISE OCTOBER
                                             5TH HEARING AGENDA, DRAFT
                                             CORRESPONDENCE TO K. WARD RE: SAME (.1);
                                             REVIEW AND REVISE PROPOSED CONFIRMATION
                                             ORDER RE: WESTFORK TOWER OBJECTION,
                                             DRAFT MEMORANDUM TO S. HENRY RE: SAME
                                             (.3); REVIEW PASCO COUNTY UTILITIES
                                             STATEMENTS (.2); TELECONFERENCE WITH
                                             TAMARA RE: PASCO COUNTY OBJECTION (.2);
                                             TELECONFERENCE WITH K. NEIL AND TAMARA
                                             RE: PASCO COUNTY OBJECTION (.2); FOLLOW
                                             UP TELECONFERENCE WITH K. NEIL RE: PASCO
                                             COUNTY OBJECTION (.1); DRAFT
                                             CORRESPONDENCE TO AND REVIEW
                                             CORRESPONDENCE FROM TAMARA RE: PASCO
                                             COUNTY OBJECTION (.1); REVIEW MEMORANDA
                                             FROM R. GRAY AND R. BARUSCH RE:
                                             DISBURSING AGENT, REVIEW
                                             CORRESPONDENCE FROM T. WILLIAMS RE:
                                             SAME (.1); TELECONFERENCE WITH R. DAVIS
                                             OF ALLIANCE SHIPPERS RE: CLASSIFICATION
                                             MOTION (.2); DRAFT MEMORANDUM TO S.
                                             BUSEY RE: ALLIANCE SHIPPERS
                                             CLASSIFICATION MOTION (.1); REVIEW
                                             MEMORANDUM FROM S. HENRY RE: ALLIANCE
                                             SHIPPERS, DRAFT MEMORANDUM TO AND
                                             REVIEW MEMORANDUM FROM J. LEAMY RE:
                                             SAME, REVIEW MEMORANDUM FROM R. GRAY RE:
                                             SAME (.1); DRAFT MEMORANDUM TO R. GRAY
                                             RE: POTENTIAL RESOLUTION OF PASCO
                                             COUNTY OBJECTION TO PLAN (.2);
                                             TELECONFERENCE WITH R. THAMES RE: 3018
                                             MOTIONS (.5); REVIEW AND REVISE
                                             PROPOSED 3018 ORDER (.7); DRAFT
                                             CORRESPONDENCE TO S. BUSEY RE: SAME
                                             (.3).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| BAKER DJ | 10/05/06 | 7.20 | CONFERENCE S. HENRY RE: DRAFT CONFIRMATION BRIEF (.1); TELECONFERENCE WITH M. BARR RE: PLAN ISSUES (.3); TELECONFERENCE WITH J. SKELTON RE: PLAN ISSUES (.3); REVIEW EMAIL FROM A. RAVIN RE: CALL (.1); RESPOND TO EMAIL FROM A. RAVIN (.1); BEGIN REVIEW OF BRIEF IN REPLY TO TAXING AUTHORITIES (1.2); CONTINUE REVIEW OF ITEMS TO BE INCLUDED IN D&O CLOSING BINDER (1.3); BEGIN REVIEW OF DRAFT CONFIRMATION BRIEF (3.8). |
| BARUSCH RC | 10/05/06 | 1.10 | REVIEW AND ANALYZE CONFIRMATION ISSUES AS RELATED TO P. LYNCH'S CONTRACT (.6); REVIEW BROKER-ASSISTED WITHHOLDING ISSUES (.5). |
| HENRY S | 10/05/06 | 4.80 | REVISE CONFIRMATION ORDER IN RESPONSE TO COMMENTS FROM BANKS (1.2); SET UP CALL RE: CONFIRMATION PLANNING (.2); REVISE CONFIRMATION BRIEF IN RESPONSE TO INTERNAL COMMENTS (3.4). |

GRAY RW          10/05/06          7.80   CONFERENCE CALL WITH J. JAMES AND C.
                                          IBOLD RE: SUBSIDIARY DISSOLUTIONS AND
                                          CORPORATE MATTERS ASSOCIATED WITH EXIT
                                          FACILITY AND PLAN CLOSING (.4); REVIEW
                                          CORPORATE DECISION CHART (.1); DRAFT
                                          MEMORANDUM TO T. BOYDELL AND A. SALDANA
                                          RE: CORPORATE DECISIONS AND OUTSTANDING
                                          CORPORATE NEEDS FOR CLOSING (.2);
                                          REVIEW AND RESPOND TO MEMORANDUM FROM T.
                                          BOYDELL RE: SAME (.1); REVIEW PLAN RE:
                                          SUBSIDIARY DIRECTORS AND OFFICERS AND
                                          DRAFT MEMORANDUM TO R. BARUSCH AND A.
                                          SALDANA RE: PROPOSED CHANGES AND TIMING
                                          (.2); DRAFT MEMORANDUM TO T. BOYDELL RE:
                                          SAME (.1); FOLLOW UP EMAIL EXCHANGE WITH
                                          T. BOYDELL AND A. SALDANA RE: SAME (.1);
                                          TELECONFERENCE WITH K. STAUB AT AST RE:
                                          STOCK TRANSFER DOCUMENTATION (.1);
                                          REVIEW AGREEMENT FROM K. STAUB (.1);
                                          DRAFT MEMORANDUM TO R. BARUSCH RE: SAME
                                          (.1); TELECONFERENCE WITH M. BARR AND M.
                                          COMERFORD RE: 3018/PLAN CLASS ISSUES,
                                          CONFIRMATION PREPARATIONS AND
                                          DISBURSING AGENT ISSUES (.3);
                                          CONFERENCE CALL WITH T. WILLIAMS, R.
                                          BARUSCH AND A. SALDANA RE: BROKER ISSUES
                                          (.3); DRAFT PLAN MODIFICATION TO
                                          ADDRESS PLAN OBJECTIONS (2.3); DRAFT
                                          MEMORANDUM TO L. APPEL ET AL. RE:
                                          PROPOSED PLAN MODIFICATION (.3); DRAFT
                                          MEMORANDUM TO M. BARR ET AL. RE: SAME
                                          (.1); FOLLOW UP EMAIL EXCHANGE RE:
                                          STATUS OF U.S. OBJECTIONS NOT ADDRESSED
                                          IN MODIFICATION (.1); REVIEW AND
                                          RESPOND TO MEMORANDUM FROM A. RAVIN RE:
                                          GUARANTEE/MERGER ISSUE IN CONNECTION
                                          WITH SUB CON ARGUMENT (.1); REVIEW AND
                                          REVISE CONFIRMATION BRIEF (1.8); REVIEW
                                          AND COMMENT ON PROPOSED LANGUAGE FOR
                                          CONFIRMATION ORDER ADDRESSING WESTFORK
                                          OBJECTION (.1); REVIEW MEMORANDUM FROM
                                          M. BARR RE: STATUS OF IMPLEMENTATION
                                          DOCUMENTS AND DRAFT MEMORANDUM TO
                                          SKADDEN TEAM RE: SAME (.1); REVIEW ORG
                                          CHART FROM J. JAMES AND CIRCULATE (.1);
                                          FOLLOW UP EMAIL EXCHANGE WITH T. BOYDELL
                                          AND J. JAMES RE: ENTITY NOT CONNECTED ON
                                          CHART (.1); REVIEW AND RESPOND TO
                                          MEMORANDUM FROM S. STOESSER RE:
                                          DISSOLUTION OF INACTIVE SUBS (.1);
                                          DRAFT MEMORANDUM TO A. SALDANA RE:
                                          DISSOLUTION OF DIXIE STORES (.1); DRAFT
                                          MEMORANDUM TO S. HENRY RE: CONFIRMATION
                                          ORDER PROVISION FOR 6.12 TERMINATION
                                          (.1); REVIEW AND RESPOND TO MEMORANDUM
                                          FROM K. LOGAN RE: TIN SOLICITATION (.1);
                                          REVIEW DRAFT OF TIN SOLICITATION (.2).

LEDERER J.*          10/05/06          3.60     EXAMINE PROOFS OF CLAIM TO DETERMINE
                                                WHICH LEASES HAD GUARANTEES ATTACHED
                                                (.8); COMPOSE CHART LISTING TYPES OF
                                                GUARANTEES PRESENT IN LANDLORD LEASES
                                                (1.0); REVIEW CITATION CHECK DONE BY
                                                LITIGATION PARALEGAL ON CONFIRMATION
                                                HEARING BRIEF (1.0); DRAFT NEW
                                                PARAGRAPH INSERT FOR BRIEF RE "PRECISE
                                                FORMULA" (.4); REVISE BRIEF AND SUBMIT
                                                TO S. HENRY FLAGGING CHANGES MADE (.4).

RAVIN AS          10/05/06          6.10   DRAFT CORRESPONDENCE TO J. CASTLE RE:
ALLIANCE SHIPPERS, REVIEW MEMORANDUM
FROM AND DRAFT MEMORANDUM TO R. GRAY RE:
SAME (.1); REVIEW CORRESPONDENCE FROM
AND DRAFT CORRESPONDENCE TO A. WULLBURN
RE: STORES 651 AND 655 FOR PURPOSES OF
RESOLVING PASCO PLAN OBJECTION (.1);
TELECONFERENCE WITH C. JACKSON RE: KY
TAXING AUTHORITIES AND OTHER ISSUES RE:
PLAN CLASS ORDER AND KY TAXING AUTHORITY
ORDER (.2); REVIEW AND REVISE PLAN CLASS
ORDER AND KY TAXING AUTHORITY ORDERS
(.1), DRAFT CORRESPONDENCE TO C.
JACKSON RE: PLAN CLASS ORDER AND KY
TAXING AUTHORITY ORDERS (.1); REVIEW
CORRESPONDENCE FROM K. DAW AND C. IBOLD
RE: LEASE GUARANTEES, DRAFT
CORRESPONDENCE TO SAME RE: SAME (.1);
REVIEW CORRESPONDENCE FROM M. MIGLIORE
RE: PLAN CLASS MOTION (.1); REVIEW
PROOFS OF CLAIM OF OBJECTING LANDLORDS
IN CONNECTION WITH GUARANTEE ISSUES
RELATED TO ANALYZING LANDLORD
CONFIRMATION OBJECTIONS (.3); MULTIPLE
CONFERENCES WITH J.R. LEDERER RE:
GUARANTEE ISSUES RELATED TO ANALYZING
LANDLORD CONFIRMATION OBJECTIONS (.4);
REVIEW AND REVISE PLAN CLASSIFICATION
ORDER BASED UPON WITHDRAWAL BY QUINCY
ASSOCIATES (.2); REVIEW SUBSIDIARY
DISSOLUTION CHART, REVIEW MEMORANDUM
FROM R. GRAY RE: SAME, REVIEW MEMORANDUM
FROM T. BOYDELL RE: SAME (.2);
TELECONFERENCE WITH M. MIGLIORE RE:
QUESTION ON PLAN CLASS MOTION (.1);
DRAFT NOTICE OF WITHDRAWAL RE: PLAN
CLASS MOTION, DRAFT CORRESPONDENCE TO
M. MIGLIORE RE: SAME (.2); REVIEW
GUARANTEES RELATED TO ANALYZING
LANDLORD CONFIRMATION OBJECTIONS,
DRAFT MEMORANDA TO S. HENRY RE: SAME
(.5); CALL WITH S. MAGADINO RE:
GUARANTEES RE LANDLORD PLAN OBJECTIONS
(.1); REVIEW QUINCY WITHDRAWAL OF PLAN
CLASS MOTION, DRAFT CORRESPONDENCE TO
C. JACKSON RE: SAME (.1); CALL WITH A.
SALZANO RE: PASCO COUNTY PLAN OBJECTION
(.2); REVIEW PROPOSED FIRST
MODIFICATION TO PLAN RE: IRS OBJECTION
(.1);  CALL WITH J. O'CONNELL RE: PASS
THROUGH CERTIFICATES (.1); CALL WITH
SHEILA AND J. O'CONNELL RE: SAME (.1);
REVIEW CORRESPONDENCE FROM AND DRAFT
CORRESPONDENCE TO E. DE VEAU RE:
OBJECTION TO PLAN (.1); REVIEW AND
REVISE BRIEF IN SUPPORT OF CONFIRMATION
(1.4); REVIEW AND REVISE PROPOSED 3018
ORDER (.8); REVIEW MEMORANDA FROM R.
GRAY AND S. BUSEY RE: BIG PINE VOTE RE:
15
 43018 ORDER (.1);

| | | | |
|---|---|---|---|
| | | | REVIEW OTTERBOURG'S COMMENTS TO PROPOSED CONFIRMATION ORDER (.1); REVIEW CHART RE: MERGER CLAUSES WITH RESPECT TO GUARANTEES (.2). |
| BARUSCH RC | 10/06/06 | 1.30 | REVIEW DISSOLUTION/MERGER OF ENTITIES ISSUES (.4); REVIEW CLOSING DATE ISSUES ON AUDIT COMMITTEE (.5); REVIEW BROKER-ASSISTED ISSUES WITH COMMITTEE (.4). |
| HENRY S | 10/06/06 | 11.50 | CONFERENCE CALL WITH S. BUSEY, C. JACKSON, R. GRAY AND A. RAVIN TO PLAN STRATEGY FOR CONFIRMATION HEARING (.8); CONFERENCE CALL WITH S. BUSEY, C. JACKSON. R. GRAY, A. RAVIN, M. BARR AND M. COMERFORD RE: PLANNING FOR CONFIRMATION HEARING (.8); CONFERENCE WITH A. RAVIN RE: CONFIRMATION BRIEF (.1); DRAFT INSERTS FOR BRIEF RE: OBJECTIONS OF IRS (3.9); FACT GATHERING WITH RESPECT TO CLAIMS AND STANDING ISSUES RE: CERTAIN OBJECTORS BY REVIEW OF DOCKET AND CLAIMS (2.3); EMAILS TO COMPANY AND COMMITTEE COUNSEL RE: CONFIRMATION BRIEF (.7); DIRECT WORK RE: CITE CHECKING, PROOF READING, AND CONFORMING INTERNALLY (1.2); READ CASES RE: CONFIRMATION ISSUES RELATING TO SUPPORT FOR TAIL POLICY (2.7). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GRAY RW        10/06/06        4.70   CONFERENCE CALL WITH SKADDEN AND SMITH
                                      HULSEY CONFIRMATION TEAMS RE: HEARING
                                      PREPARATIONS (.8); CONFERENCE CALL WITH
                                      MILBANK, SKADDEN AND SMITH HULSEY RE:
                                      CONFIRMATION ISSUES (.8);
                                      TELECONFERENCE WITH M. BARR RE: WELLS
                                      FARGO ISSUES (.1); DRAFT MEMORANDUM TO
                                      J. CASTLE RE: SAME AND FINAL DECISION ON
                                      DISBURSING AGENT AND STOCK TRANSFER
                                      AGENT (.1); REVIEW MEMORANDA FROM J.
                                      CASTLE AND L. APPEL RE: SAME AND OK TO
                                      COMMUNICATE DECISIONS (.1); DRAFT
                                      MEMORANDUM TO N. TALLY AND V. IACOVAZZI
                                      AT WELLS FARGO RE: DISBURSING AGENT
                                      SELECTION AND AGREEMENT ISSUES (.3);
                                      FOLLOW UP EMAIL EXCHANGE WITH N. TALLY
                                      (.1); DRAFT MEMORANDUM TO K. STAUB AT
                                      AST RE: STOCK TRANSFER AGENT SELECTION
                                      AND AGREEMENT ISSUES (.2);
                                      TELECONFERENCE WITH K. LOGAN RE:
                                      DISTRIBUTION ISSUES AND COORDINATION
                                      WITH WELLS FARGO (.1); EMAIL EXCHANGE
                                      WITH A. SALDANA, J. BAKER AND R. BARUSCH
                                      RE: BROKER MATERIALS FOR COMMITTEE
                                      REVIEW (.1); REVIEW AND RESPOND TO
                                      MEMORANDUM FROM L. APPEL RE: CORPORATE
                                      RESOLUTIONS FOR EXIT TRANSACTIONS (.1);
                                      REVIEW AND RESPOND TO MEMORANDUM FROM R.
                                      BAR-KOKHAV RE: IRC PROVISION IN DRAFT
                                      MODIFICATION LANGUAGE (.1); REVISE PLAN
                                      MODIFICATION ACCORDINGLY AND
                                      REDISTRIBUTE (.1); REVIEW MILBANK
                                      COMMENTS ON PLAN MODIFICATIONS, REVISE
                                      MODIFICATION TO ADDRESS AND RECIRCULATE
                                      (.3); DRAFT MEMORANDUM TO D. MORRIS AT
                                      DOJ RE: PROPOSED PLAN MODIFICATIONS
                                      (.2); FOLLOW UP EMAIL EXCHANGE WITH D.
                                      MORRIS RE: TIMING ISSUES (.1); DRAFT
                                      MEMORANDUM TO J. BAKER RE: TAIL COVERAGE
                                      ISSUE (.1); REVIEW AND RESPOND TO
                                      MEMORANDA FROM L. APPEL AND C. JACKSON
                                      RE: MONTHLY OPERATING REPORT TIMING
                                      ISSUES VIS A VIS CONFIRMATION (.1);
                                      REVIEW REVISED SUBSIDIARY CHART FROM J.
                                      JAMES AND CIRCULATE TO CORPORATE AND
                                      BANKING TEAMS (.1); REVIEW MEMORANDA
                                      FROM R. BARUSCH AND TELECONFERENCE WITH
                                      SAME RE: CLOSING TIMING ISSUES (.1);
                                      REVIEW REVISED BRIEF AND DRAFT
                                      MEMORANDUM TO S. HENRY RE:
                                      INCORPORATION OF COMMENTS FROM LAST
                                      NIGHT (.1); REVIEW WACHOVIA'S FILING
                                      RE: PLAN CONFIRMATION AND CIRCULATE
                                      (.2); REVIEW MEMORANDA FROM D. REUSCH
                                      AND A. SALDANA RE: TIMING ON DISSOLUTION
                                      OF DIXIE STORES, DRAFT MEMORANDUM RE:
                                      EXPEDITING OPTIONS, AND REVIEW REPLIES
                                      FROM A. SALDANA AND R. BARUSCH (.2);
                                      DRAFT MEMORANDUM TO J. CASTLE RE:
                                 156  EFFECTIVE DATE PAYMENT ISSUES (.2).

| | | | |
|---|---|---|---|
| LAMAINA KA | 10/06/06 | 4.60 | REVIEW PLAN OBJECTIONS TO RESPOND TO SAME AND STRATEGIZE ON SAME WHILE READING (2.5); BEGIN RESEARCH ON PLAN CLASSIFICATIONS (2.1). |
| LEDERER J.* | 10/06/06 | 0.80 | COMPARE WINN-DIXIE EXCULPATION CLAUSE TO 5 OTHERS IN CH. 11 CASES (.8). |
| RAVIN AS | 10/06/06 | 3.90 | TELECONFERENCE WITH S. BUSEY, C. JACKSON, S. HENRY AND R. GRAY RE: CONFIRMATION HEARING PLANNING AND OBJECTIONS (.8); TELECONFERENCE WITH S. BUSEY, C. JACKSON, S. HENRY, R. GRAY, M. BARR AND M. COMERFORD RE: CONFIRMATION HEARING PLANNING AND OBJECTIONS (.8); REVIEW AND REVISE CONFIRMATION BRIEF (.8); CONFERENCE WITH S. HENRY RE: CONFIRMATION BRIEF (.1); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM T. LEHMAN RE: PROPOSED LANGUAGE FOR CONFIRMATION ORDER TO RESOLVE WESTFORK TOWER OBJECTION, TELECONFERENCE (VM) WITH T. LEHMAN RE: SAME (.2); COORDINATE SERVICE OF 3018 ORDER AND PLAN CLASS ORDER WITH J. WOODFIELD, CONFERENCE WITH SAME RE: SAME, REVIEW AND REVISE CERTIFICATES OF SERVICE RE: SAME (.2); REVIEW MEMORANDA FROM R. GRAY AND J. CASTLE RE: STOCK TRANSFER AGENT / DISBURSING AGENT / BROKER (.1); REVIEW AND REVISE VOTING DECLARATION (.4); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM K. LOGAN RE: VOTING DECLARATION (.1); REVIEW MILBANK'S COMMENTS TO PROPOSED ORDER (.2); REVIEW AND COMPARE OTTERBOURG'S COMMENTS TO REVISED PROPOSED ORDER, DRAFT MEMORANDA TO S. HENRY RE: OTTERBOURG'S COMMENTS TO PROPOSED ORDER (.1); REVIEW CORRESPONDENCE FROM R. GRAY RE: WELLS FARGO AND AST SELECTION (.1). |
| TURETSKY DM | 10/06/06 | 2.30 | REVIEW AND COMMENT RE: CONFIRMATION BRIEF (1.2); FURTHER RESEARCH RE: RELEASE ISSUES IN CONNECTION WITH CONFIRMATION BRIEF (1.1). |

| | | | |
|---|---|---|---|
| GRAY RW | 10/07/06 | 5.00 | DRAFT MEMORANDUM TO J. BAKER RE: TAIL COVERAGE PROVISION FOR CONFIRMATION ORDER (.1); FURTHER REVIEW ISSUES RE: LITIGATION SETTLEMENT PROCEDURES POST-CONFIRMATION AND DRAFT MEMORANDUM TO J. POST AND L. PRENDERGAST RE: POSSIBLE PLAN MODIFICATION ON SAME (.3); DRAFT MEMORANDUM TO N. TALLY RE: TIN SOLICITATION AND TRANSFER OF DISTRIBUTION RECORDS (.1); DRAFT MEMORANDUM TO J. BAKER RE: COORDINATING CLOSING LOGISTICS (.1); REVIEW REVISED CONFIRMATION BRIEF AND PROVIDE ADDITIONAL COMMENTS (.9); REVIEW REVISED CONFIRMATION ORDER AND PROVIDE ADDITIONAL COMMENTS (2.1); REVIEW REVISED LOGAN VOTING DECLARATION AND PROVIDE ADDITIONAL COMMENTS (.7); REVIEW AND COMMENT ON CORPORATE RESOLUTIONS FOR CLOSING (.7). |
| LAMAINA KA | 10/07/06 | 3.80 | CONTINUE RESEARCH CLASSIFICATIONS OF CLAIMS (1.7); DRAFT RESPONSE TO PLAN OBJECTIONS (2.1). |
| LEDERER J.* | 10/07/06 | 1.60 | CASE LAW RESEARCH ON EXCULPATION CLAUSES WHICH HAVE BEEN APPROVED BY COURTS (1.0); VERIFY CONFIRMATION ORDER DATES FOR PLANS CITED IN EXCULPATION SECTION OF WINN-DIXIE BRIEF (.6). |
| RAVIN AS | 10/07/06 | 0.30 | REVIEW WACHOVIA'S STATEMENT IN SUPPORT OF PLAN (.3). |
| TURETSKY DM | 10/07/06 | 3.50 | DRAFT PARAGRAPHS FOR CONFIRMATION BRIEF ADDRESSING RELEASE AND 9019 ISSUES (3.3); E-MAIL TO S. HENRY RE: CONFIRMATION BRIEF (.2). |
| GRAY RW | 10/08/06 | 3.20 | DRAFT MEMORANDUM TO A. RAVIN ET AL. RE: NOTICE OF DISTRIBUTION RECORD DATE (.1); REVIEW AND RESPOND TO MEMORANDUM FROM R. BARUSCH RE: CORPORATE RESOLUTIONS AND PROVISION RE: EQUITY INCENTIVE PLAN (.1); DRAFT MEMORANDUM TO K. LOGAN RE: CONFIRMATION AND EFFECTIVE DATE NOTICING ISSUES (.1); TELECONFERENCE WITH K. LOGAN RE: NOTICING, CONFIRMATION AND RELATED ISSUES (.3); DRAFT NOTICE OF ADMINISTRATIVE CLAIM BAR DATE (1.6); REVISE PROVISION IN CONFIRMATION ORDER RE: ADMINISTRATIVE CLAIM BAR DATE (.6); DRAFT MEMORANDUM TO S. HENRY, J. POST ET AL. RE: NOTICE OF ADMINISTRATIVE CLAIM BAR DATE AND RELATED ISSUES (.3); EXCHANGE EMAILS WITH D. TURETSKY RE: REJECTION DAMAGE BAR DATE NOTICE (.1). |

RAVIN AS          10/08/06       2.10    DRAFT DISBURSING AGREEMENT, DRAFT
                                         MEMORANDUM TO R. GRAY RE: SAME (1.4);
                                         REVIEW AND REVISE CONFIRMATION BRIEF
                                         (.6); DRAFT MEMORANDUM TO S. HENRY RE:
                                         LANGUAGE PROPOSED BY WESTFORK TOWER FOR
                                         CONFIRMATION ORDER (.1).

BARUSCH RC        10/09/06       1.20    REVIEW CONSUMMATION ISSUES (1.2).

HENRY S           10/09/06       6.70    WORK ON CHANGES TO CONFIRMATION ORDER,
                                         INCORPORATING AND MAING CONSISTENT
                                         CHANGES FROM BANKS, CREDITORS'
                                         COMMITTEE, R. GRAY, A. RAVIN, D. BAKER,
                                         AND D. TURETSKY (6.1); EMAILS RELATING
                                         TO CONFIRMATION ORDER TO VARIOUS TEAM
                                         MEMBERS (.3); REVIEW AD HOC TRADE
                                         COMMITTEE'S MEMORANDUM (.3).

GRAY RW          10/09/06          5.30    TELECONFERENCE WITH A. RAVIN RE: STATUS
OF CONFIRMATION PREPARATIONS (.1);
REVIEW AND RESPOND TO MEMORANDUM FROM D.
MORRIS RE: PLAN MODIFICATION ISSUES AND
DRAFT MEMORANDUM TO SKADDEN, SMITH
HULSEY AND MILBANK RE: SAME (.2);
EXCHANGE EMAILS WITH J. BAKER AND A.
RAVIN RE: CONFIRMATION HEARING
ATTENDANCE (.1); DRAFT FOLLOW UP TO
SKADDEN AND SMITH HULSEY TEAMS RE: PLAN
MODIFICATION (.1); EXCHANGE EMAILS WITH
L. PRENDERGAST RE: PLAN MODIFICATION TO
ADDRESS CLAIM SETTLEMENT PROCEDURES
(.1); REVIEW AND REVISE PROPOSED PLAN
MODIFICATION FROM L. PRENDERGAST (.2);
REVISE PLAN MODIFICATION TO ADDRESS D.
MORRIS ISSUES (.2); DRAFT MEMORANDUM TO
D. MORRIS RE: SAME (.1); DRAFT FURTHER
MEMORANDUM TO D. MORRIS RE: ADDITIONAL
MODIFICATION (.1); REVIEW REVISED
CONFIRMATION BRIEF AND PROVIDE COMMENTS
(.4); REVIEW STATUS OF CONFIRMATION
NOTICE AND DRAFT MEMORANDUM TO J. POST
RE: SAME (.1); DRAFT MEMORANDUM TO J.
CASTLE RE: EFFECTIVE DATE PAYMENT
ISSUES (.1); CONFERENCE CALL WITH J.
CASTLE, K. LOGAN AND B. CROCKER: CLAIM
REDUCTION FORM ISSUES (.8); REVIEW AND
PROVIDE COMMENTS ON LETTER TO RESCIND
CLAIM REDUCTION ELECTION (.2); FOLLOW
UP CALL WITH K. LOGAN RE: SAME AND
CHANGES TO LETTER (.1); DRAFT ALL HANDS
MEMORANDUM RE: EFFECTIVE DATE PAYMENT
ISSUES AND CALL (.2); REVIEW DRAFT OF
MILBANK'S CONFIRMATION BRIEF (.2);
TELECONFERENCE WITH N. TALLY RE:
DISTRIBUTION ISSUES (.3); REVIEW
EFFECTIVE DATE SOURCES AND USES FROM J.
OCONNELL AND DRAFT MEMORANDA TO J.
OCONNELL RE: ADDITIONAL INFORMATION FOR
SAME (.2); TELECONFERENCE WITH J.
CASTLE, D. BRYANT AND D. YOUNG RE:
RESERVE ISSUES (.3); REVISE TIN
SOLICITATION FORM FOR CLASS 5 AND 17 AND
DRAFT MEMORANDUM TO K. LOGAN RE: SAME
(.3); REVIEW MEMORANDUM AND ATTACHMENTS
FROM MILBANK RE: REAL ESTATE FORMATION
DOCUMENTS AND DRAFT MEMORANDUM TO J.
KEMPF RE: SAME (.2); REVIEW PRESS
RELEASE DRAFT AND DRAFT MEMORANDUM TO M.
FRIETAG WITH COMMENTS (.2); FOLLOW UP
EMAIL EXCHANGE WITH M. FRIETAG RE: SAME
(.1); DRAFT MEMORANDUM TO R. BARUSCH ET
AL RE: CALL WITH WELLS FARGO AND
FIDELITY ON BROKER PROGRAM (.1); DRAFT
MEMORANDUM TO M. BARR RE: PLAN
MODIFICATION TO ADDRESS PLAN SETTLEMENT
PROCEDURES AND REMAINING CASH PAYMENTS
(.2); EXCHANGE EMAILS WITH J. CASTLE RE:
SAME (.1).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| LAMAINA KA | 10/09/06 | 10.20 | REVIEW WAH HONG GO OBJECTION FOR ANY REVISION TO CONFERENCE BRIEF (.5); REVIEW/REVISE BRIEF IN SUPPORT OF PLAN (5.4); RESEARCH PLAN CLASSIFICATION UNDER CODE (4.3). |
| RAVIN AS | 10/09/06 | 1.00 | TELECONFERENCE WITH A. SALZANO RE: PASCO COUNTY OBJECTION TO PLAN (.2); TELECONFERENCE WITH K. NEIL RE: PASCO COUNTY (.1); DRAFT MEMORANDUM TO R. GRAY RE: SAME (.3); DRAFT CORRESPONDENCE TO A. SALZANO RE: PASCO COUNTY OBJECTION TO PLAN (.2); REVIEW AD HOC TRADE COMMITTEE'S RESPONSE TO UNITED STATES TRUSTEE'S OBJECTION TO JOINT PLAN OF REORGANIZATION (.2). |
| TURETSKY DM | 10/09/06 | 0.40 | FURTHER REVISE RELEASE AND 9019 PORTION OF CONFIRMATION BRIEF (.4). |

BAKER DJ          10/10/06        9.20    REVIEW DRAFT LANGUAGE RELATED TO D&O
                                          TAIL POLICY (.2); TELECONFERENCE WITH
                                          S. HENRY RELATED TO DRAFT LANGUAGE FOR
                                          D&O TAIL POLICY (.1); REVIEW SUGGESTED
                                          COMMITTEE REVISIONS TO LANGUAGE
                                          RELATING TO D&O TAIL POLICY (.2);
                                          TELECONFERENCE WITH S. HENRY RE:
                                          COMMENTS FROM COMMITTEE (.1); TRANSMIT
                                          EMAIL TO M. COMERFORD RE: SUGGESTED
                                          COMMITTEE LANGUAGE (.2); REVIEW REVISED
                                          LANGUAGE RECEIVED FROM MR. COMERFORD
                                          (.2); EMAIL TO M. COMERFORD RE: REVISED
                                          LANGUAGE (.1); REVIEW COMMENTS ON D&O
                                          TAIL INSURANCE LANGUAGE FROM D. BITTER
                                          (.1); REVIEW REPLY FROM J. CASTLE (.1);
                                          REVIEW EMAIL FROM L. APPEL RE: D&O
                                          ISSUES (.1); REVIEW PROPOSED LANGUAGE
                                          RELATING TO D&O ISSUES (.3); EMAIL L.
                                          APPEL RE: SUGGESTED LANGUAGE (.1);
                                          TELECONFERENCE WITH F. HUFFARD RE:
                                          ISSUES RELATED TO D&O TAIL POLICY (.3);
                                          TELECONFERENCE WITH S. BUSEY RE: D&O
                                          TAIL POLICY (.4); TELECONFERENCE WITH
                                          WITH J. SKELTON RE: ISSUES RELATED TO
                                          PLAN CONFIRMATION (.4); REVIEW PROPOSED
                                          IRS REVISIONS TO PLAN (.3); RESPOND TO
                                          EMAIL FROM R. GRAY RE: LANGUAGE TO BE
                                          INSERTED AT REQUEST OF IRS (.1); REVIEW
                                          ADDITIONAL LANGUAGE FOR CONFIRMATION
                                          ORDER (.1); REVIEW EMAIL FROM R. BARUSCH
                                          RE: RESERVED CALCULATION FOR PLAN (.1);
                                          TELECONFERENCE WITH R. BARUSCH CLAIMS
                                          RESERVE CALCULATION (.1); REVIEW EMAIL
                                          FROM R. GRAY WITH RESPECT TO PLAN
                                          CLOSING (.1); RESPOND TO EMAIL FROM R.
                                          GRAY RELATED TO PLAN CLOSING (.1);
                                          CONFERENCE P. NECKLES, W. SCHWARTZ, R.
                                          GRAY, A. RAVIN AND T. SALDANA RE:
                                          CLOSING ISSUES (.8); CONTINUE REVISIONS
                                          TO DRAFT CONFIRMATION BRIEF (4.6).

BARUSCH RC        10/10/06        3.70    REVIEW NASDAQ AND TRADING MECHANICS
                                          (3.3); REVIEW SHELF REGISTRATION ISSUE
                                          (.4).

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

HENRY S          10/10/06      12.20    TELECONFERENCE WITH J. CASTLE RE:
                                        PROJECTIONS RE: CLAIMS (.3); REVIEW
                                        COMMITTEE BRIEF (.8); TELECONFERENCE
                                        WITH M. COMERFORD RE: COMMITTEE BRIEF
                                        (.2); REVISE CONFIRMATION ORDER IN
                                        LIGHT OF NUMEROUS COMMENTS (4.8);
                                        TELECONFERENCE WITH J. BAKER RE:
                                        COMMENTS (.1); REVIEW LOGAN DECLARATION
                                        AND INCORPORATE INFORMATION IN PAPERS
                                        (.7); REVISE BRIEF TO INCORPORATE
                                        COMMENTS FROM NUMEROUS PARTIES (4.9);
                                        TELECONFERENCE WITH  J. BAKER RE:
                                        CHANGES TO CONFIRMATION ORDER (.1);
                                        REVIEW EMAILS FROM M. COMERFORD RE:
                                        PARAGRAPH 46 AND WORK ON WORDING (.3).

GRAY RW          10/10/06          7.80    DRAFT MEMORANDUM TO J. BAKER, P.
                                           NECKLES, R. BARUSCH ET AL. RE: CLOSING
                                           PREPARATIONS AND LOGISTICS (.2); REVIEW
                                           AND RESPOND TO MEMORANDUM FROM M.
                                           FRIETAG RE: INQUIRY ON VOTE RESULTS
                                           (.1); FURTHER EMAIL EXCHANGE WITH M.
                                           FRIETAG RE: COMMUNICATION ISSUES (.1);
                                           DRAFT MEMORANDUM TO J. GOTTLIEB ET AL.
                                           RE: PROPOSED PLAN MODIFICATIONS ON TAX
                                           ISSUES (.1); REVIEW AND RESPOND TO
                                           MEMORANDUM FROM R. BARUSCH RE: STOCK
                                           TRANSFER AGENT ISSUES (.1); DRAFT
                                           MEMORANDUM TO S. HENRY AND A. RAVIN TO
                                           COORDINATE PLAN RELATED FILINGS TODAY
                                           AND FOLLOW EMAIL EXCHANGE WITH SAME
                                           (.1); TELECONFERENCE WITH D. MORRIS RE:
                                           IRS ISSUES ON PLAN MODIFICATION (.1);
                                           DRAFT FURTHER MEMORANDUM TO J. GOTTLIEB
                                           ET AL. RE: SETOFF ISSUE (.1); REVIEW AND
                                           RESPOND TO MEMORANDUM FROM T. CRICHTON
                                           RE: IRS ISSUE (.1); DRAFT MEMORANDUM TO
                                           D. MORRIS RE: REVISIONS TO PLAN
                                           MODIFICATION TO ADDRESS ISSUE (.2);
                                           DRAFT MEMORANDUM TO L. APPEL ET AL. RE:
                                           PLAN MODIFICATION ISSUES FOR SIGNOFF
                                           (.2); REVIEW MEMORANDA FROM M.
                                           COMERFORD AND L. APPEL RE: 8.11
                                           MODIFICATION AND DRAFT MEMORANDUM TO L.
                                           APPEL ET AL. RE: SAME (.2); EMAIL
                                           EXCHANGE WITH M. COMERFORD RE: SAME
                                           (.1); TELECONFERENCE WITH M. COMERFORD
                                           RE: SAME (.1); REVISE 8.11 MODIFICATION
                                           AND RECIRCULATE (.2); REVIEW AND
                                           RESPOND TO MEMORANDUM FROM J. POST RE:
                                           SAME (.1); DRAFT MEMORANDUM TO L. APPEL
                                           RE: SIGNATURE ON PLAN MODIFICATION
                                           (.1); EMAIL EXCHANGE WITH K. LOVERICH
                                           AND J. POST RE: CLASS 17 V CLASS 16
                                           REDUCTION ISSUES (.2); FURTHER
                                           REVISIONS TO 8.11 MODIFICATION TO
                                           ADDRESS MILBANK CONCERNS (.2); EMAIL
                                           EXCHANGE WITH J. POST, M. BARR ET AL. TO
                                           OBTAIN SIGNOFF (.1); REVIEW AND RESPOND
                                           TO MEMORANDUM FROM K. LOVERICH RE:
                                           RESERVE ISSUE (.1); REVIEW MEMORANDUM
                                           AND DETAIL FROM J. EDMONSON RE:
                                           RECLAMATION PAYMENTS AND DRAFT REPLY
                                           RE: FURTHER DETAIL TO SATISFY
                                           DISBURSING AGENT CRITERIA (.2); DRAFT
                                           MEMORANDUM TO N. TALLY RE: DISBURSING
                                           RULES ON TIN FOR CORPORATIONS AND REVIEW
                                           REPLY (.1); REVIEW MEMORANDUM FROM B.
                                           NUSSBAUM RE: CLOSING AFTER 10 DAYS (.1);
                                           CONFERENCE WITH SKADDEN BANKING,
                                           CORPORATE AND REORG TEAMS RE: EFFECTIVE
                                           DATE CLOSING (.7); PREPARE FOR CALLS ON
                                           EFFECTIVE DATE DISTRIBUTION ISSUES
                                           (.2); CONFERENCE CALL WITH COMPANY,
                                           XROADS, LOGAN AND SKADDEN TEAMS RE:
                            164            RECLAMATION PAYMENTS (.3);

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

|  |  |  | CONFERENCE CALL WITH COMPANY, XROADS, LOGAN AND SKADDEN TEAMS RE: REAL ESTATE LEASE CURE PAYMENTS (.8); CONFERENCE CALL WITH COMPANY, XROADS, LOGAN AND SKADDEN TEAMS RE: CONTRACT CURE PAYMENTS (.3); REVIEW AND RESPOND TO MEMORANDUM FROM R. BARUSCH RE: SIZE OF STOCK ISSUANCE (.1); CONFERENCE CALL WITH S. KAROL, J. EDMONSON, K. LOGAN AND R. BARUSCH RE: COMMON STOCK RESERVE (.5);; FINALIZE PLAN MODIFICATION AND PREPARE FOR FILING (.2); DRAFT MEMORANDUM TO S. SOLL RE: PLAN MODIFICATION (.1); TELECONFERENCE WITH S. SOLL RE: SAME (.1); REVIEW AND COMMENT ON PORTIONS OF CONFIRMATION ORDER (.4); REVIEW AND COMMENT ON REVISED BRIEF (.3); REVIEW MEMORANDUM AND FILE FROM K. LOGAN RE: CLASS 5 AND 17 EMPLOYEE CLAIMS (.2); DRAFT MEMORANDUM TO J. CASTLE AND D. YOUNG RE: TAX DISTRIBUTION ISSUES ON SAME (.2); DRAFT MEMORANDUM TO K. LOGAN RE: DE MINIMIS CLAIMS (.1); DRAFT MEMORANDUM TO S. HENRY RE: EFFECTIVE DATE NOTICE ISSUE (.1). |
| LAMAINA KA | 10/10/06 | 7.60 | REVIEW/REVISE PLAN BRIEF (6.2); REVIEW CONFIRMATION ORDER (.4); REVIEW PLAN IN CONNECTION WITH ABOVE WORK (1.0). |
| LEAMY JM | 10/10/06 | 0.90 | RESEARCH INFORMATION RE: CLAIMS RESOLVED FOR CONFIRMATION BRIEF AND EMAIL J. EDMONSON RE: SAME (.4); ANALYSIS RE: PASCO COUNTY OBJECTION TO CONFIRMATION (.5). |
| LEDERER J.* | 10/10/06 | 0.40 | READ THE AD HOC TRADE COMMITTEES RESPONSE TO WINN-DIXIE'S OBJECTION (.4). |
| RAVIN AS | 10/10/06 | 7.80 | REVIEW AND REVISE PLAN OBJECTION STATUS CHART (5.7); TELECONFERENCE WITH M. EINHORN RE: QUESTION ON PLAN (.1); REVIEW PREPETITION AMOUNTS PASCO CLAIMS IT IS OWED, DRAFT MEMORANDUM TO J. LEAMNY RE: SAME, DRAFT CORRESPONDENCE TO K. NEIL RE: SAME (.2); TELECONFERENCE WITH J. O'CONNELLL RE: NEW PLAN AND DEUTSCHE BANK, DRAFT MULTIPLE CORRESPONDENCE TO SAME RE: SAME (.2); REVIEW PLAN MODIFICATION (.2); DRAFT PASCO COUNTY STIPULATION OF SETTLEMENT (1.1); REVIEW CONFIRMATION HEARING AGENDA (.1); REVIEW MEMORANDA FROM D. J. BAKER AND M. COMERFORD RE: PROPOSED TAIL COVERAGE LANGUAGE FOR CONFIRMATION ORDER (.2). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| TURETSKY DM | 10/10/06 | 1.30 | FURTHER REVISE SECTIONS OF CONFIRMATION BRIEF ADDRESSING RELEASES AND 9019 STANDARDS (1.0); FINALIZE CONFIRMATION BRIEF FOR FILING (.3). |
| BAKER DJ | 10/11/06 | 11.00 | CONTINUE REVIEW OF OBJECTIONS TO PLAN, IN PREPARATION FOR CONFIRMATION HEARING (5.6); FURTHER REVIEW OF BRIEF IN SUPPORT OF CONFIRMATION (3.1); REVIEW TESTIMONY OUTLINES TO BE USED AT CONFIRMATION HEARING (2.3). |
| BARUSCH RC | 10/11/06 | 4.70 | CONFERENCE CALL ON BROKER ASSISTED WITHHOLDING WITH CLIENT, FIDELITY AND WELLSTONE (1.5); FOLLOW UP WORK ON BROKER ISSUES (3.2). |
| HENRY S | 10/11/06 | 3.60 | MEET WITH S. BUSEY AND C. JACKSON TO DISCUSS PREPARATION FOR HEARING ON CONFIRMATION ( .7); MEET WITH S. BUSEY TO DISCUSS RELEASE SECTIONS OF BRIEF (.5); TELECONFERENCE WITH ELANA ESCAMILLA RE: COMMENTS ON ORDER (.2); REVISE ORDER (1.9); REVIEW PLAN RE: SUB CON FEES AND CONFERENCE WITH A. RAVIN RE: SAME AS RELATES TO DEUTSHE BANK (.1). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GRAY RW          10/11/06     5.00    DRAFT MEMORANDUM TO D. MORRIS RE: PLAN
                                      MODIFICATION FILING (.1);
                                      TELECONFERENCE WITH A. RAVIN RE:
                                      ADMINISTRATIVE CLAIM BAR DATE NOTICE
                                      ISSUES (.1); DRAFT MEMORANDUM TO J. POST
                                      RE: ADMINISTRATIVE CLAIM BAR DATE
                                      ISSUES (.1); REVIEW AND RESPOND TO
                                      MEMORANDUM FROM J. POST RE: SUGGESTED
                                      INSERT FOR CONFIRMATION ORDER (.1);
                                      REVIEW AND RESPOND TO MEMORANDUM FROM L.
                                      STRINGER RE: RESOLUTIONS AND DRAFT
                                      MEMORANDUM TO A. SALDANA AND J. PAOLI
                                      RE: SAME (.1); EXCHANGE EMAILS WITH R.
                                      BARUSCH AND A. SALDANA RE: PLAN
                                      SUPPLEMENT DOCUMENT CHANGES (.1); DRAFT
                                      MEMORANDUM TO A. RAVIN RE: FILING FINAL
                                      SET AFTER EFFECTIVE DATE (.1);
                                      CONFERENCE CALL RE: BROKER PROCESS
                                      (1.5); REVIEW MEMORANDUM FROM D. MEYER
                                      RE: DIRECT REGISTRATION AND OTHER STOCK
                                      ISSUES AND EXCHANGE EMAILS WITH R.
                                      BARUSCH RE: SAME (.1); FURTHER EMAIL
                                      EXCHANGE WITH D. MEYER AND R. BARUSCH
                                      RE: STOCK RESERVE (.1); REVIEW AND
                                      RESPOND TO MEMORANDUM FROM A. SALDANA
                                      RE: STOCK TRANSFER AGENT ISSUES FOR
                                      RESOLUTION (.1); REVIEW AND RESPOND TO
                                      MEMORANDUM FROM M. SHAH RE: COMMITTEE
                                      RIGHTS ON EQUITY INCENTIVE PLAN (.1); TC
                                      WITH S. KAROL RE: RESERVE ISSUES (.3);
                                      EXCHANGE EMAILS WITH L. APPEL AND S.
                                      KAROL RE: BRIEFING ON SAME (.1); TC WITH
                                      C. JACKSON RE: ISSUES FROM UPDATE CALL
                                      RE: PLAN (.1); TC WITH J. BAKER RE: SAME
                                      (.1); REVIEW AND RESPOND TO MEMORANDUM
                                      FROM D. MEYER RE: TRUSTEE INQUIRY ON
                                      NASDAQ APPLICATION (.1); TC WITH K.
                                      LOGAN RE: ASSISTING WITH BROKER PROCESS
                                      (.1); REVIEW AND COMMENT ON COVER
                                      PLEADING FOR FILING OF
                                      CONFIRMATION/EFFECTIVE DATE  NOTICE
                                      (.1); TC WITH B. PROCIDA RE: LEASE
                                      ASSIGNMENT PROVISION IN PLAN (.1);
                                      DRAFT MEMORANDA TO AND TELECONFERENCE
                                      WITH SMITH GAMBRELL LAWYERS RE:
                                      INFORMATION TO ADDRESS OBJECTION TO
                                      LEASE ASSIGNMENT PROVISION (.4); DRAFT
                                      MEMORANDUM TO B. PROCIDA RE: SAME (.2);
                                      REVIEW VOICEMAIL FROM B. PROCIDA RE:
                                      ADDITIONAL ISSUES AND DRAFT MEMORANDA
                                      TO SMITH GAMBRELL LAWYERS RE: SAME (.2);
                                      REVISE CONFIRMATION ORDER (.3); REVIEW
                                      AND RESPOND TO MEMORANDUM FROM S. HENRY
                                      RE: 1.2 PROVISION ON 10 DAY PERIOD (.1);
                                      EXCHANGE EMAILS WITH T. WILLIAMS RE:
                                      CLASS 5 AND 17 EMPLOYEE TAX ISSUES (.1);
                                      REVIEW AND RESPOND TO MEMORANDUM FROM A.
                                      SALDANA RE: PLAN LANGUAGE FOR
                                      RESOLUTION (.1).

LAMAINA KA        10/11/06        0.20   REVIEW COMMITTEE BRIEF FOR CONFIRMATION
                                         (.2).

LEDERER J.*       10/11/06        6.40   ONLINE RESEARCH TO LOCATE ARTICLE
                                         WRITTEN BY G. STEIN ON POST-PETITION
                                         FINANCING AND EXTENTION OF TRADE CREDIT
                                         (.5); WESTLAW RESEARCH ON CASES
                                         INVOLVING POST-PETITION FINANCING AND
                                         TRADE CREDIT AND SECTION 365 OF THE CODE
                                         (1.0); DRAFT MEMORANDUM FOR R. GRAY ON
                                         TRADE CREDITORS AND POST PETITION TRADE
                                         CREDIT (1.0); UPDATE OBJECTION BINDER
                                         WITH ADDITIONAL PLEADINGS (1.0); RUN
                                         CHANGES TO PROPOSED ORDER OF
                                         CONFIRMATION (1.0); PREPARE OBJECTION
                                         BINDERS TO SEND TO SHB FOR CONFIRMATION
                                         HEARING, INCLUDING DOUBLE SIDED COPIES,
                                         UPDATE INDEX, MAKING 6 COPIES, AND
                                         DOUBLE CHECKING WORK PRODUCT OF J.
                                         WOODFIELD AND COPY CENTER (1.5); RUN
                                         BLACKLINE OF AFFIDAVIT FOR R. GRAY
                                         CONTAINING DEFINED TERMS FROM PLAN
                                         (.4).

RAVIN AS          10/11/06        9.10    REVIEW AND REVISE PASCO COUNTY
                                          STIPULATION RESOLVING OBJECTION TO
                                          PLAN, DRAFT CORRESPONDENCE TO AND
                                          REVIEW CORRESPONDENCE FROM A. SALZANO
                                          RE: SAME (.4); DRAFT NOTICE OF
                                          WITHDRAWAL FOR PASCO COUNTY OBJECTION
                                          TO PLAN, DRAFT CORRESPONDENCE TO A.
                                          SALZANO RE: SAME (.2); DRAFT NOTICE OF
                                          CONFIRMATION HEARING NOTICE (.5);
                                          CONFERENCES WITH R. GRAY RE: NOTICE OF
                                          CONFIRMATION HEARING NOTICE (.1);
                                          REVIEW CRONIN OBJECTION TO PLAN, DRAFT
                                          CORRESPONDENCE TO S. BUSEY RE: SAME
                                          (.1); REVIEW DUVAL OBJECTION TO PLAN,
                                          DRAFT CORRESPONDENCE TO S. BUSEY RE:
                                          SAME (.2); REVIEW AND REVISE PLAN
                                          OBJECTION STATUS CHART (4.9); DRAFT
                                          CORRESPONDENCE TO S. BUSEY RE: PLAN
                                          OBJECTION STATUS CHART (.2); REVIEW
                                          WILMINGTON TRUST'S PLEADING IN SUPPORT
                                          OF PLAN (.4); DRAFT CORRESPONDENCE TO
                                          AND REVIEW CORRESPONDENCE FROM K.
                                          SPECIE RE: WESTFORK TOWER OBJECTION
                                          (.1); REVIEW ALL PLEADINGS FILED RE:
                                          PLAN (.8); REVIEW SOURCES AND USES CHART
                                          (.2); REVIEW CONFIRMATION PRESS RELEASE
                                          (.1); DRAFT CORRESPONDENCE TO AND
                                          REVIEW CORRESPONDENCE FROM S. SOLL RE:
                                          WESTFORK TOWER OBJECTION (.2); DRAFT
                                          CORRESPONDENCE TO D. DREBSKY RE: SUB CON
                                          FEES, CONFERENCE WITH S. HENRY RE: SAME
                                          (.1); REVIEW CORRESPONDENCE FROM D.
                                          STANFORD, K. DAW AND J. KEMPF RE:
                                          COLLATERAL ACCESS AGREEMENTS AND
                                          DEUTSCHE BANK, DRAFT MEMORANDUM TO J.
                                          KEMPF RE: SAME (.2); UPDATE LADLORD
                                          OBJECTION CHART AND DRAFT
                                          CORRESPONDENCE TO D. STANFORD RE: SAME
                                          (.4).

BAKER DJ          10/12/06       11.50    REVIEW OUTLINE FOR TESTIMONY OF F.
                                          HUFFARD (1.1); PARTICIPATE IN TESTIMONY
                                          PREP. SESSION WITH F. HUFFARD, S. BUSEY
                                          AND S. HENRY (3.2); REVIEW OUTLINE FOR
                                          L. APPELS TESTIMONY (.8); PARTICIPATE
                                          IN TESTIMONY PREP SESSION WITH L. APPEL,
                                          J. CASTLE, S. BUSEY AND S. HENRY (1.8);
                                          REVIEW OUTLINE FOR TESTIMONY OF K. LOGAN
                                          (.3); PARTICIPATE IN TESTIMONY PREP
                                          SESSION WITH K. LOGAN, S. BUSEY, J.
                                          CASTLE AND S. HENRY (.5); ANALYZE
                                          CONFIRMATION OBJECTIONS, TO CONFIRM
                                          THAT PROPOSED TESTIMONY WILL ADEQUATELY
                                          ADDRESS ALL OBJECTIONS (3.8).

| | | | |
|---|---|---|---|
| BARUSCH RC | 10/12/06 | 6.30 | REVIEW AND COMMENT ON BROKER DOCUMENTS (4.3); CONFERENCE CALL WITH FIDELITY RE: SAME (.8); BEGIN REVIEW OF 8A DOCUMENT (1.2). |
| HENRY S | 10/12/06 | 9.20 | PARTICIPATE IN ALL DAY MEETINGS PREPARING WITNESSES AND ARGUMENTS FOR CONFIRMATION HEARING INCLUDING ATTENDANCE BY S. BUSEY, C. JACKSON, P. HUFFARD, L. APPEL, K. LOGAN AND NUMEROUS OTHERS WHO PARTICIPATED AT VARIOUS TIMES (9.2). |
| FELD SR | 10/12/06 | 0.50 | PREPARE CHART FOR CLASS 4 DISTRIBUTIONS (.5). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GRAY RW            10/12/06        4.80    REVIEW AND RESPOND TO MEMORANDUM FROM R.
                                           BARUSCH RE: CALCULATING SHARES FOR
                                           BROKER PROGRAM (.1); REVIEW AND RESPOND
                                           TO MEMORANDA FROM L. APPEL AND R.
                                           BARUSCH RE: RESOLUTIONS AND SHARE
                                           ISSUANCE ISSUES (.2); REVIEW AND
                                           RESPOND TO FURTHER MEMORANDUM FROM L.
                                           APPEL RE: SAME (.1); EXCHANGE EMAILS
                                           WITH A. RAVIN AND D. STANDFORD RE:
                                           INFORMATION TO ADDRESS ORIX, CW CAPITAL
                                           AND ALLIED OBJECTIONS (.2); REVIEW
                                           MEMORANDUM FROM B. PROCIDA AND DRAFT
                                           MEMORANDUM TO D. STANFORD AND K. DAW RE:
                                           SAME (.1); REVIEW MEMORANDUM AND
                                           GUARANTEE FROM K. DAW (.2);
                                           TELECONFERENCE WITH K. DAW RE: PROCIDA
                                           (.1); TELECONFERENCE WITH B. PROCIDA
                                           AND K. DAW RE: RESOLVING ISSUES (.1);
                                           REVIEW AND RESPOND TO MEMORANDUM FROM B.
                                           PROCIDA RE: CONFIRMATION ORDER LANGUAGE
                                           (.1); REVIEW SAME WITH A. MARGOLIS (.1);
                                           EXCHANGE EMAILS TO OBTAIN SIGNOFF ON
                                           ORDER LANGUAGE (.3); FINALIZE
                                           RESOLUTION WITH B. PROCIDA (.2); REVIEW
                                           AND RESPOND TO MEMORANDUM FROM J. BAKER
                                           RE: SHARES FOR EQUITY INCENTIVE PLAN
                                           (.1); REVIEW MEMORANDUM AND CHART FROM
                                           J. JAMES RE: EMERGENCE SUBSIDIARIES AND
                                           DRAFT MEMORANDUM TO T. BOYDELL ET AL.
                                           RE: SAME (.1); REVIEW AND COMMENT ON D.
                                           MEYER LETTER TO NASDAQ (.2); COORDINATE
                                           COMMENTS ON CONFIRMATION PRESS RELEASE
                                           (.1); REVIEW REPORTS FROM J. EDMONSON
                                           RE: RECLAMATION AND CONTRACT CURE
                                           PAYMENTS (.2); EXCHANGE EMAILS WITH A.
                                           RAVIN RE: SETTLEMENT OF PASCO COUNTY
                                           OBJECTION (.1); CONFERENCE CALL RE:
                                           SOURCES AND USES (.7); TELECONFERENCE
                                           WITH A. RAVIN AND C. JACKSON RE: SECURED
                                           TAX CLAIMS (.1); REVIEW MEMORANDUM FROM
                                           D. MORRIS AND DRAFT MEMORANDUM TO J.
                                           BAKER, S. BUSEY ET AL. RE: IRS ISSUE ON
                                           SECURED CLAIM TREATMENT (.3); REVIEW
                                           AND RESPOND TO MEMORANDUM FROM J. CASTLE
                                           RE: RESERVE FOR TAX CLAIMS (.1);
                                           TELECONFERENCE WITH S. KAROL AND J.
                                           EDMONSON RE: SAME (.1); REVIEW AND
                                           RESPOND TO MEMORANDUM FROM R. BARUSCH
                                           RE: BROKER ISSUES (.1); REVIEW AND
                                           RESPOND TO MEMORANDUM FROM R. BARUSCH
                                           RE: RESERVE ISSUES (.1); DRAFT
                                           MEMORANDUM TO N. TALLY AND K. LOGAN RE:
                                           COMPATIBILITY TEST WITH AST (.1);
                                           TELECONFERENCE WITH J. OCONNELL RE:
                                           SMALL CLAIM TREATMENT (.1); EXCHANGE
                                           EMAILS WITH T. WILLIAMS RE: CLASS 5 AND
                                           17 EMPLOYEE CLAIMS (.1); REVIEW AND
                                           RESPOND TO MEMORANDUM FROM S. HENRY RE:
                                           4.6 TRUE-UP (.1); REVISE CONFIRMATION
                                    171    ORDER (.3).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MARGOLIS A        10/12/06        1.60    REVIEW REVISED CONFIRMATION ORDER,
                                          FORWARD ADDITIONAL COMMENTS THERETO TO
                                          S HENRY, R GRAY, JR LEDERER (1.2); EMAIL
                                          CORRESPONDENCE WITH S. SOLL, R. GRAY RE:
                                          REVISIONS TO CONFIRMATION ORDER (.4);.

LAMAINA KA        10/12/06        0.50    REVIEW WINN-DIXIE PLAN STATUS (.5).

LEDERER J.*       10/12/06        3.20    MAKE EDITS TO PROPOSED CONFIRMATION
                                          ORDER (.5); REVIEW WINN-DIXIE DOCKET
                                          FOR ITEMS TO BE INCLUDED IN OBJECTION OR
                                          CONFIRMATION BINDER (.4); INCLUDE
                                          ADDITIONAL EDITS TO PROPOSED ORDER
                                          (.8); DRAFT EMAIL TO BANKS AND CREDITORS
                                          COMMITTEE HIGHLIGHTING CHANGES TO ORDER
                                          AND BLACKLINE VERSION OF ORDER (.5);
                                          CREATE CHART OF CHANGES/EDITS MADE TO
                                          THE PROPOSED ORDER PER S. HENRY (1.0).

RAVIN AS          10/12/06        7.20    DRAFT CORRESPONDENCE TO K. SPECIE RE:
                                          WITHDRAWAL OF OBJECTION TO PLAN (.1);
                                          DRAFT CORRESPONDENCE TO AND REVIEW
                                          CORRESPONDENCE FROM A. SALZANO RE:
                                          WITHDRAWAL OF OBJECTION TO PLAN, DRAFT
                                          MEMORANDA TO AND REVIEW MEMORANDA FROM
                                          R. GRAY RE: SAME, TELECONFERENCE WITH
                                          TAMARA RE: SAME (.2); REVIEW MEMORANDA
                                          FROM D. STANFORD AND R. GRAY RE: SPE
                                          CONVEYANCES, DRAFT MEMORANDUM TO R.
                                          GRAY RE: SAME (.2); REVIEW MEMORANDA
                                          FROM P. NECKLES AND D. J. BAKER RE:
                                          CONDITIONS TO CLOSING RE: EXIT FACILITY
                                          (.1); TELECONFERENCE WITH C. JACKSON
                                          AND R. GRAY (PARTIAL) RE: FLORIDA TAX
                                          COLLECTORS OBJECTION TO PLAN (.1);
                                          REVIEW AND REVISE OBJECTION STATUS
                                          CHART (.4); REVIEW MEMORANDA FROM R.
                                          GRAY RE: PROPOSED LANGUAGE IN ORDER FOR
                                          TREATMENT OF LEASES RE: SPES (.1);
                                          PREPARE FOR CONFIRMATION HEARING,
                                          REVIEW PLAN, DISCLOSURE STATEMENT,
                                          LIQUIDATION ANALYSIS, VALUATION,
                                          OBJECTIONS, OTHER PLEADINGS IN SUPPORT
                                          OF PLAN, VOTING REPORTS, MEMORANDA RE:
                                          RELEASES (6.0).

BAKER DJ          10/13/06        8.00    ATTEND AND PARTICIPATE IN CONFIRMATION
                                          HEARINGS (8.0).

BARUSCH RC        10/13/06        6.20    DRAFT AND REVIEW BROKER FORMS (4.9);
                                          PLAN CONFIRMATION ISSUES ON TRUSTS
                                          (.9); REVIEW NASDAQ LISTING ISSUES
                                          (.4).

HENRY S           10/13/06        9.60    ATTEND CONFIRMATION HEARING AND HELP
                                          WITH PREPARATIONS FOR HEARING (8.0);
                                          WORK ON OUTLINES FOR USE BY S. BUSEY AT
                                          CONFIRMATION HEARING (1.6).

172

GRAY RW          10/13/06     0.90   REVIEW AND RESPOND TO MEMORANDUM FROM A.
                                     RAVIN RE: IRS ISSUES (.1);
                                     TELECONFERENCE WITH K. LOGAN RE:
                                     CONFIRMATION HEARING PREPARATIONS
                                     (.1); TELECONFERENCE WITH J. JAMES AND
                                     B. KICHLER RE: SAME (.1); REVIEW TAX FAQ
                                     FROM S. REISNER (.2); REVIEW AND RESPOND
                                     TO MEMORANDUM FROM R. BARUSCH RE: SAME
                                     (.1); REVIEW BROKER DOCUMENTS (.3).

LEDERER J.*      10/13/06     4.20   READ CONFIRMATION HEARING BRIEF TO
                                     OUTLINE ISSUE FOR RESEARCH ON STAYS
                                     PENDING APPEALS (.4); READ AURORA FOODS
                                     BRIEF  IN OPPOSITION TO STAY PENDING
                                     APPEAL (.8); WESTLAW SEARCH ON STAY
                                     PENDING APPEAL (1.0); READ 11TH CIRCUIT
                                     CASE LAW DISCUSSING THE ISSUE (1.0);
                                     DRAFT MEMORANDUM FOR S. HENRY ON STAYS
                                     PENDING APPEAL (1.0).

RAVIN AS        10/13/06    11.40   PREPARE FOR CONFIRMATION HEARING
                                     INCLUDING REVIEW OF OBJECTIONS AND
                                     OBJECTION STATUS CHART (3.2); DRAFT
                                     MEMORANDA TO AND REVIEW MEMORANDA FROM
                                     R. GRAY RE: IRS OBJECTION TO PLAN (.2);
                                     ATTEND CONFIRMATION HEARING (8.0).

GRAY RW          10/14/06     0.60   DRAFT MEMORANDUM TO M. BARR RE:
                                     ADDITIONAL PROVISION TO CONFIRMATION
                                     ORDER RE: SRP TRUST FUNDS (.2); EMAIL
                                     EXCHANGE WITH J. BAKER, S. BUSEY AND A.
                                     RAVIN RE: SAME (.1); EMAIL EXCHANGE WITH
                                     M. BARR RE: REJECTION CLAIM ISSUE ON
                                     TRUST (.1); EMAIL EXCHANGE WITH R.
                                     BARUSCH RE: NASDAQ LISTING AND RESERVE
                                     (.2).

RAVIN AS        10/14/06     0.10   REVIEW MEMORANDA FROM J. BAKER, R. GRAY,
                                     AND S. BUSEY RE: ADDITIONAL PROVISION TO
                                     CONFIRMATION ORDER TO DIRECT T. ROWE
                                     PRICE TO RELEASE FUNDS, DRAFT
                                     MEMORANDUM TO SAME RE: SAME.

GRAY RW          10/15/06     0.40   DRAFT MEMORANDUM TO J. BAKER AND R.
                                     BARUSCH RE: RESERVE ISSUES IN CONTEXT OF
                                     LISTING AND WHEN ISSUE TRADING (.3);
                                     DRAFT MEMORANDUM TO S. KAROL AND J.
                                     EDMONSON RE: EXPEDITING RESERVE PROCESS
                                     (.1).

BAKER DJ        10/16/06     1.50   CONFERENCE WITH R. GRAY RE: ISSUES
                                     RELATED TO CREATION OF RESERVE FOR
                                     DISPUTED OR UNLIQUIDATED CLAIMS (.2);
                                     CONFERENCE CALL WITH L. APPEL, R. GRAY
                                     AND J. CASTLE RE: CLAIM RESERVE ISSUES
                                     (.5); REVIEW ISSUES RELATED TO CREATION
                                     OF CLAIM RESERVE UNDER PLAN OF
                                     REORGANIZATION (.8).

| | | | |
|---|---|---|---|
| BARUSCH RC | 10/16/06 | 4.40 | REVIEW RESERVES ISSUES (3.2); COMMENT ON Q&A FOR MSP/SRP (1.2). |
| HENRY S | 10/16/06 | 2.80 | MODIFY CONFIRMATION ORDER (.9); REVIEW COMMENTS RELATING TO CONFIRMATION ORDER (.4); MEET WITH J.R. LEDERER RE: CHANGES TO BE MADE (.4); REVIEW CHANGES (.7); MEET WITH J. R. LEDERER RE: ADDITIONAL CHANGES (.4). |
| GRAY RW | 10/16/06 | 2.50 | REVIEW REVISED FAQS RE: MSP/SRP TAX ISSUES (.3); TELECONFERENCE WITH S. REISNER RE: COMMENTS AND RELATED ISSUES (.2); REVIEW R. BARUSCH COMMENTS ON FAQS, EXCHANGE EMAILS WITH R. BARUSCH RE: SAME AND DRAFT MEMORANDUM TO S. REISNER RE: SAME (.2); CONFERENCE WITH J. BAKER RE: CONFIRMATION HEARING, RESERVE ISSUES AND RELATED MATTERS (.2); TELECONFERENCE WITH R. BARUSCH RE: RESERVE ISSUES (.1); CONFERENCE CALL WITH L. APPEL, J. BAKER ET AL. RE: RESERVE ISSUES (.5); REVIEW AND RESPOND TO MEMORANDUM FROM J. EDMONSON RE: RESERVE PROCESS TIMING (.1); TELECONFERENCE WITH K. LOGAN RE: RESERVE PROCESS (.1); DRAFT MEMORANDUM TO C. JACKSON AND A. RAVIN RE: SECURED TAX INTEREST RATE FOR ORDER (.1); REVIEW PRELIMINARY REPORT (.1); TELECONFERENCE WITH K. LOGAN RE: PRELIMINARY RESERVE ANALYSIS (.2); DRAFT MEMORANDUM TO S. STOESSER AND REVIEW REPLY RE: STOCK DISTRIBUTION LOGISTICS (.1); REVIEW AND RESPOND TO MEMORANDUM FROM S. BUSEY RE: CONFIRMATION ORDER ISSUES (.1); REVIEW MEMORANDUM AND EXHIBIT FROM T. WILLIAMS RE: EMPLOYEE CLAIMS IN CLASSES 5 AND 17 (.2). |
| LEDERER J.* | 10/16/06 | 2.60 | REVIEW WINN-DIXIE DOCKET UPDATE FOR LATE FILED OBJECTIONS AND PLEADINGS FOR CONFIRMATION BINDER (.4); MEETING WITH S. HENRY TO DISCUSS EDITS TO PROPOSED CONFIRMATION ORDER (.4); REVISE PROPOSED ORDER AND CIRCULATE TO INTERNAL SKADDEN WINN-DIXIE TEAM (.8); MAKE ADDITIONAL EDITS TO WINN-DIXIE PROPOSED ORDER AS PER COMMENTS FROM SKADDEN WINN-DIXIE TEAM (.6); MEET WITH S. HENRY TO FINALIZE EDITS TO PROPOSED ORDER FOR DISTRIBUTION TO SHB (.4). |

RAVIN AS        10/16/06      1.50   REVIEW CORRESPONDENCE FROM AND DRAFT
                                     CORRESPONDENCE TO D. WANDER RE: STATUS
                                     OF CONFIRMATION (.1); FINALIZE MOTION
                                     AND PROPOSED ORDER APPROVING PASCO
                                     COUNTY STIPULATION, DRAFT
                                     CORRESPONDENCE TO K. WARD RE: SAME (.2);
                                     REVIEW MEMORANDUM RE: 11TH CIR.
                                     TREATMENT OF STAYS PENDING APPEALS
                                     (.2); TELECONFERENCE WITH D. DREBSKY
                                     RE: CONFIRMATION HEARING TRANSCRIPT,
                                     DRAFT CORRESPONDENCE TO C. JACKSON RE:
                                     SAME (.1); REVIEW MEMORANDA RE:
                                     CONFIRMATION ORDER FROM S. BUSEY, C.
                                     JACKSON, S. HENRY AND R. GRAY (.1);
                                     DRAFT NOTICE OF CHANGES TO CONFIRMATION
                                     ORDER (.2); DRAFT LANGUAGE RE: REVISED
                                     CONFIRMATION ORDER (.1); REVIEW REVISED
                                     CONFIRMATION ORDER (.1); REVIEW
                                     OBJECTION TO PLAN FILED BY BRIDGET AND
                                     WILLIAM BOAZ (.1); DRAFT CORRESPONDENCE
                                     TO A. SALZANO RE: PASCO COUNTY MOTION
                                     RE: APPROVAL OF STIPULATION, CONFERENCE
                                     WITH J. WOODFIELD RE: SERVICE OF SAME
                                     (.1); REVIEW REVISED PROPOSED
                                     CONFIRMATION ORDER (.2).

BAKER DJ        10/17/06      2.50   CONFERENCE WITH L. APPEL, S. BUSEY AND
                                     F. HUFFARD TO REVIEW PLAN ISSUES (.5);
                                     CONFERENCE WITH JAY SKELTON WITH
                                     RESPECT TO ISSUES RELATED TO PLAN OF
                                     REORGANIZATION (.4); CONFERENCE L.
                                     APPEL RE: PLAN ISSUES (.4); CONTINUE
                                     ANALYSIS OF ISSUES RELATED TO CREATION
                                     OF CLAIM RESERVE PURSUANT TO TERMS OF
                                     PLAN OF REORGANIZATION (1.2).

BARUSCH RC      10/17/06      4.90   REVIEW ISSUES ON BROKER ASSISTED PLAN
                                     INCLUDING REVIEW OF SOLICITATION
                                     DOCUMENTS (3.4); REVIEW NASDAQ
                                     INFORMATION REQUESTS AND DRAFT RESPONSE
                                     (1.5).

HENRY S         10/17/06      4.30   READ CASES, RULES AND PRECEDENTS
                                     RELATING TO STAYS PENDING APPEAL TO WORK
                                     IN RESPONSE TO POSSIBLE APPEAL IF
                                     CONFIRMATION ORDER ENTERED (4.3).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GRAY RW            10/17/06    2.20   CONFERENCE CALL WITH J. CASTLE, K.
                                      LOGAN, J. O'CONNELL AND J. EDMONSON RE:
                                      RESERVE PROCESS AND ISSUES (1.1);
                                      REVIEW COVER PLEADING FOR REVISED
                                      CONFIRMATION ORDER AND EXCHANGE EMAILS
                                      WITH A. RAVIN RE: SAME (.1); REVIEW AND
                                      COMMENT ON REVISED CONFIRMATION PRESS
                                      RELEASE FROM M. FREITAG (.2); REVIEW AND
                                      RESPOND TO MEMORANDA FROM R. BARUSCH AND
                                      A. SALDANA RE: WACHOVIA ISSUES (.1);
                                      REVIEW AND RESPOND TO MEMORANDUM FROM C.
                                      JACKSON RE: CONFIRMATION ORDER TIMING
                                      (.1); REVIEW AND RESPOND TO MEMORANDUM
                                      FROM R. BARUSCH RE: SECTION 16 OFFICERS
                                      AMONG MSP/SRP PARTICIPANTS (.1); REVIEW
                                      BLANK RESERVE REPORT (.2); DRAFT
                                      MEMORANDUM TO S. FELD RE: INSURANCE
                                      CLAIMS ON SAME, REVIEW REPLY AND
                                      EXCHANGE EMAILS WITH J. CASTLE RE: SAME
                                      (.1); EXCHANGE EMAILS WITH R. BARUSCH
                                      AND A. SALDANA RE: DIRECT REGISTRATION
                                      ISSUE AND WF CONSENT (.1); REVIEW
                                      REVISED FAQS FROM S. REISNER (.1).

LEDERER J.*        10/17/06    1.80   UPDATE WINN-DIXIE OBJECTION BINDER WITH
                                      SHAREHOLDER OBJECTION (.4); REVISE
                                      WINN-DIXIE PROPOSED ORDER PER COMMENTS
                                      FROM CREDITOR'S COMMITTEE AND SHB
                                      (1.0); LOCATE AND CIRCULATE ALL
                                      PERTINENT WINN-DIXIE MEMORANDA TO T.
                                      SCHWARTZMAN FOR HIS WORK ON STAYS
                                      PENDING APPEAL (.4).

RAVIN AS           10/17/06    2.40   REVIEW AND REVISE NOTICE OF CHANGES TO
                                      PROPOSED CONFIRMATION ORDER, DRAFT
                                      CORRESPONDENCE TO C. JACKSON RE: SAME,
                                      REVIEW CORRESPONDENCE FROM AND DRAFT
                                      CORRESPONDENCE TO S. BUSEY RE: SAME
                                      (.4); REVIEW REVISED CONFIRMATION PRESS
                                      RELEASE (.2); REVIEW CASE LAW RE: STAY
                                      PENDING APPEAL, REVIEW MEMORANDA RE:
                                      SAME (1.3); CONFERENCE WITH T.
                                      SCHWARZMAN RE:  STAY PENDING APPEAL
                                      (.5).

TURETSKY DM        10/17/06    0.20   REVIEW POST-HEARING LETTERS FROM
                                      SHAREHOLDERS OBJECTING TO CONFIRMATION
                                      (.2).

BAKER DJ           10/18/06    4.80   REVIEW SUPPLEMENTARY FILING BY TAX
                                      COLLECTORS (1.2); REVIEW CHANGES TO
                                      DRAFT OF PROPOSED ORDER CONFIRMING PLAN
                                      OF REORGANIZATION (1.1); BEGIN ANALYSIS
                                      OF APPELLATE ISSUES WITH RESPECT TO PLAN
                                      OF REORGANIZATION (1.3); CONTINUE
                                      REVIEW OF MSP BROKERAGE ISSUES (1.2).

BARUSCH RC         10/18/06    3.20   REVIEW BROKER ASSISTED PROGRAM ISSUES
                                      (3.2).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GRAY RW          10/18/06      4.30   REVIEW AND COMMENT ON THREE BROKER
                                      PROGRAM DOCUMENTS (.7); FOLLOW UP EMAIL
                                      EXCHANGE WITH R. BARUSCH RE: ADDITIONAL
                                      COMMUNICATIONS TO ACCOMPANY PACKAGE
                                      (.1); EXCHANGE EMAILS WITH R. BARUSCH
                                      AND A. SALDANA RE: LOGAN PARTICIPATION
                                      IN BROKER PROGRAM (.1); TELECONFERENCE
                                      WITH K. LOGAN RE: RESERVE PROCESS ISSUES
                                      AND STATUS AND RE: BROKER PROGRAM (.3);
                                      REVIEW RESERVE/NONRESERVE REPORTS
                                      (.2); DRAFT MEMORANDUM TO K. LOGAN RE:
                                      PRELIMINARY COMMENTS (.1);
                                      TELECONFERENCE WITH K. LOGAN RE:
                                      FURTHER ISSUES ON REPORTS (.2);
                                      EXCHANGE EMAILS WITH A. RAVIN RE: STATUS
                                      OF CONFIRMATION ORDER AND DRAFT FOLLOW
                                      UP MEMORANDUM TO S. HENRY AND C. JACKSON
                                      RE: OTTERBOURG REVIEW OF SAME (.1);
                                      REVIEW AND RESPOND TO MEMORANDA FROM R.
                                      BARUSCH ET AL. RE: SECTION 16 OFFICERS
                                      AND MSP/SRP PARTICIPANTS (.1); FOLLOW
                                      UP EXCHANGE RE: WITHHOLDING FOR CURRENT
                                      EMPLOYMENTS (.1); REVIEW AND RESPOND TO
                                      MEMORANDUM FROM A. SALDANA RE:
                                      PERCENTAGE OF SHARES FOR CLASS 15 (.1);
                                      REVIEW AND RESPOND TO MEMORANDUM FROM R.
                                      BARUSCH RE: TIMING OF MAILING FOR BROKER
                                      PROGRAM (.1); REVIEW AND RESPOND TO
                                      MEMORANDUM FROM R. BARUSCH RE: PLAN
                                      SUPPLEMENT DOCS (.1); EXCHANGE EMAILS
                                      WITH K. LOGAN RE: TIN SOLICITATION (.1);
                                      TELECONFERENCE WITH K. LOGAN RE: SAME
                                      (.1); REVIEW MEMORANDUM FROM K. LOGAN
                                      AND CLASS 13 REPORT ISSUES AND DRAFT
                                      REPLY (.2); REVIEW AND RESPOND TO
                                      MEMORANDUM FROM A. SALDANA RE: SECTION
                                      16 MATCHES (.1); REVIEW REVISED SUMMARY
                                      REPORTS FROM K. LOGAN (.2);
                                      TELECONFERENCE WITH K. LOGAN RE: ISSUES
                                      ON SAME (.5); PARTICIPATE IN CONFERENCE
                                      CALL WITH S. STOESSER, B. KICHLER, AST
                                      REPRESENTATIVES, WF REPRESENTATIVES
                                      RE: STOCK DISTRIBUTION ISSUES (.7);
                                      TELECONFERENCE WITH S. STOESSER RE:
                                      FIDELITY/WACHOVIA (.1).

SCHWARZMAN T*     10/18/06      9.20   RESEARCH, DRAFT AND REVISE BRIEF IN
                                      OPPOSITION TO POTENTIAL MOTION TO STAY
                                      CONFIRMATION ORDER PENDING APPEAL
                                      (9.2).

BAKER DJ         10/19/06      1.30   REVIEW ALTERNATIVE SCENARIOS FOR
                                      RESERVE CALCULATIONS UNDER PLAN OF
                                      REORGANIZATION (1.3).

BARUSCH RC       10/19/06      6.40   REVIEW BROKER ASSISTED PROGRAM ISSUES
                                      (3.4); REVIEW CONFIRMATION ISSUES
                                      (1.3); REVIEW NASDAQ ISSUES (1.7).

GRAY RW          10/19/06          6.20   DRAFT MEMORANDUM TO A. RAVIN AND D.
                                          TURETSKY RE: CHECKING CUR CLAIMS ON REAL
                                          ESTATE AND CONTRACT SIDES (.1); REVIEW
                                          CLASS 13 REPORTS IN PREPARATION FOR CALL
                                          WITH B. GASTON ET AL. (.6); EMAILS AND
                                          CALLS WITH K. LOGAN, B. GASTON ET AL. RE:
                                          LOGISTICS FOR CLASS 13 CALL (.2);
                                          CONFERENCE CALL WITH K. LOGAN, B.
                                          GASTON, J. EDMONSON, A. RAVIN AND J.
                                          LEAMY (PARTIAL) RE: CLASS 13 RESERVE
                                          ISSUES (.8); FOLLOW UP TELECONFERENCE
                                          WITH K. LOGAN RE: SAME (.1); FURTHER
                                          REVIEW OF ADDITIONAL REPORTS IN
                                          PREPARATION FOR CALL WITH L. APPEL ET
                                          AL. (.8); CONFERENCE CALL WITH L. APPEL,
                                          J. CASTLE, K. LOGAN, J. OCONNELL, B.
                                          GASTON, D. YOUNG, J. EDMONSON, A. RAVIN
                                          AND J. LEAMY, ET AL. RE: RESERVE PROCESS
                                          (1.1); REVIEW MEMORANDUM FROM J.
                                          MCCONNELL RE: R. EHSTER ISSUE ON SOCIAL
                                          SECURITY TAXES AND DRAFT MEMORANDUM TO
                                          T. WILLIAMS AND S. REISNER RE: SAME
                                          (.1); REVIEW MEMORANDA FROM T. WILLIAMS
                                          AND S. REISNER AND DRAFT MEMORANDUM TO
                                          J. MCCONNELL RE: NATURE OF SSA INQUIRY
                                          (.1); REVIEW AND RESPOND TO MEMORANDUM
                                          FROM R. BARUSCH RE: COORDINATING BROKER
                                          PROGRAM ISSUES WITH J. MCCONNELL (.1);
                                          TELECONFERENCE WITH K. LOGAN RE: LOGAN
                                          ROLE WITH BROKER PROGRAM DOCUMENT
                                          TRANSMITTAL (.1); REVIEW FLORIDA TAXING
                                          AUTHORITY FILING RE: CONFIRMATION
                                          ISSUES (.2); REVIEW VOICEMAIL FROM B.
                                          CLENDENIN AT NATIONAL SECURITIES AND
                                          EXCHANGE EMAILS WITH R. BARUSCH AND D.
                                          MEYER RE: SAME (.1); TELECONFERENCE
                                          WITH B. CLENDENIN RE: WHEN ISSUED
                                          TRADING INFORMATION (.1); FURTHER EMAIL
                                          EXCHANGE WITH R. BARUSCH AND D. MEYER
                                          AND LEAVE VOICEMAIL FOR B. CLENDENIN RE:
                                          STATUS (.1); TELECONFERENCE WITH S.
                                          REISNER RE: MSP/SRP TAX ISSUES (.1);
                                          TELECONFERENCE WITH R. BARUSCH RE: SAME
                                          (.1); FURTHER TELECONFERENCE WITH S.
                                          REISNER RE: STATE TAX ISSUES AND STATE
                                          OF RESIDENCE OF PARTICIPANTS (.1);
                                          LOCATE REPORT ON SAME AND TRANSMIT TO S.
                                          REISNER (.1); REVIEW AND RESPOND TO
                                          MEMORANDUM FROM A. RAVIN RE: RESERVE FOR
                                          PENDING LEASE REJECTIONS (.1); REVIEW
                                          AND RESPOND TO MEMORANDUM FROM D.
                                          TURETSKY RE: RESERVE FOR PENDING
                                          CONTRACT REJECTIONS (.1);
                                          REVIEW/ANALYSIS RE: STOCK RESERVES
                                          ISSUE (.2); TELECONFERENCE WITH J.
                                          O'CONNELL RE: RESERVE ISSUES AND PRICE
                                          OF STOCK PER RESERVE LEVEL (.1);

|  |  |  |  |
|---|---|---|---|
|  |  |  | REVIEW MEMORANDUM AND REPORT FROM D. IROM RE: SAME (.1); DRAFT MEMORANDUM TO J. BAKER AND R. BARUSCH RE: STOCK PRICE PER RESERVE LEVEL (.1); FOLLOW UP EMAIL EXCHANGE WITH R. BARUSCH RE: SAME (.1); DRAFT MEMORANDUM TO L. APPEL AND J. CASTLE RE: SAME (.1); REVIEW MEMORANDUM FROM A. AMANN AND UPDATED BROKER DOCUMENTS AND DRAFT MEMORANDUM TO K. LOGAN RE: SAME (.2); REVIEW MEMORANDUM FROM L. APPEL RE: DIRECT REGISTRATION AND EXCHANGE EMAILS WITH R. BARUSCH RE: SAME (.1). |
| LAMAINA KA | 10/19/06 | 5.20 | PLAN WORK -- RESPONSE TO BRIEF FILED AFTER CONFIRMATION BY TAXING AUTHORITY (5.2). |
| LEDERER J.* | 10/19/06 | 0.60 | CALL WITH M. COMERFORD OF MILBANK TO DISCUSS THEIR SIGNING OFF ON REVISIONS TO PROPOSED ORDER (.2); SUBMIT REVISED PROPOSED ORDER AND BLACKLINE TO C. JACKSON OF SHB FOR SUBMISSION TO JUDGE FUNK (.4). |
| RAVIN AS | 10/19/06 | 1.70 | CONFERENCE WITH S. HENRY RE: STATUS OF REVISED PROPOSED CONFIRMATION ORDER (.1); REVIEW AND REVISE APPEAL BRIEF (.8); CONFERENCE WITH T. SCHWARZMAN RE: APPEAL BRIEF (.5); REVIEW MEMORANDA FROM R. GRAY AND R. BARUSCH RE: WINN-DIXIE RECOVERY ANALYSES (.2); REVIEW RECOVERY ANALYSES SPREADSHEET FROM BLACKSTONE (.1). |
| SCHWARZMAN T* | 10/19/06 | 9.00 | RESEARCH, DRAFT AND REVISE BRIEF IN OPPOSITION TO MOTION TO STAY PENDING APPEAL (8.5); CONFERENCE WITH A. RAVIN RE: APPEAL BRIEF (.5). |
| BAKER DJ | 10/20/06 | 2.40 | CONTINUE ANALYSIS OF BROKERAGE ISSUES WITH RESPECT TO WITHHOLDING REQUIREMENTS FOR MSP PARTICIPANTS (1.1); REVIEW UPDATED CLAIM RESERVE SCENARIOS AND ALTERNATIVES (1.3). |
| BARUSCH RC | 10/20/06 | 5.80 | CONFERENCE CALL WITH NASDAQ ON LISTING ISSUES (1.2); REVIEW BROKER-ASSISTED PROGRAM ISSUES (2.4); PREPARE EMAIL TO L. APPEL ON BROKER-ASSISTED ISSUES (2.2). |

GRAY RW          10/20/06      5.20    DRAFT MEMORANDUM AND REVIEW REPLY FROM
                                       B. GASTON RE: CLAIMS ASSOCIATED WITH
                                       ASSUMED/ASSIGNED LEASES IN CONNECTION
                                       WITH DISTRIBUTION RESERVE (.1); REVIEW
                                       REPORTS FROM B. GASTON IN PREPARATION
                                       FOR CALL (.4); CONFERENCE CALL WITH B.
                                       GASTON, J. EDMONSON, K. LOGAN AND A.
                                       RAVIN RE: CLASS 13 RESERVE ISSUES (.9);
                                       REVIEW REPORTS FROM D. YOUNG IN
                                       PREPARATION FOR CALL (.7); CONFERENCE
                                       CALL WITH L. APPEL, J. CASTLE, K. LOGAN,
                                       J. EDMONSON, ET AL. RE: CLASS 16
                                       RESERVES (.6); CONFERENCE CALL WITH
                                       NASDAQ REPRESENTATIVES, R. BARUSCH, D.
                                       MEYER ET AL RE: LISTING ISSUES (.7);
                                       FOLLOW UP TELECONFERENCE WITH R.
                                       BARUSCH RE: SAME, INCLUDING D. MEYER AND
                                       L. HEWITT FOR PART (.4); TELECONFERENCE
                                       WITH J. CASTLE, D. YOUNG AND J. ROY RE:
                                       DISTRIBUTION PROCESS (.1);
                                       TELECONFERENCE WITH J. CASTLE, D. YOUNG
                                       AND J. ROY RE: FURTHER ON DISTRIBUTIONS
                                       AND RE: OUTSTANDING CLAIMS (.2); REVIEW
                                       BROKER FLOW MEMORANDUM AND DRAFT
                                       MEMORANDUM TO R. BARUSCH ET AL. RE:
                                       LOGAN INVOLVEMENT (.2); DRAFT
                                       MEMORANDUM TO T. WILLIAMS AND L.
                                       RODRIGUEZ RE: COMMUNICATIONS TO
                                       EMPLOYEES RE: BROKER PROGRAM AND REVIEW
                                       REPLY FROM L. RODRIGUEZ (.2); REVIEW S.
                                       REISNER RESPONSE ON SOCIAL SECURITY
                                       ISSUE PER J. MCCONNELL INQUIRY (.1);
                                       REVIEW MEMORANDUM AND REVISED REPORTS
                                       FROM B. GASTON (.2); TELECONFERENCE
                                       WITH K. LOGAN RE: SAME (.1); REVIEW
                                       EMAIL EXCHANGE WITH R. BARUSCH, A. AMANN
                                       AND A. SALDANA RE: WACHOVIA ISSUES ON
                                       BROKER PROGRAM (.1); REVIEW DIRECT
                                       REGISTRATION MATERIALS FROM AST (.2).

LEDERER J.*      10/20/06      0.40    REVIEW WINN-DIXIE DOCKET FOR PLEADINGS
                                       TO BE ADDED TO BINDERS (.4).

SCHWARZMAN T*    10/20/06      7.20    RESEARCH AND DRAFT APPEAL BRIEF (1.7);
                                       RESEARCH AND DRAFT MEMORANDUM FOR A.
                                       RAVIN, A. MARGOLIS RE: EXIT FACILITY
                                       (5.5).

SCHWARZMAN T*    10/21/06      5.00    RESEARCH CASE LAW ON 8005 BOND
                                       REQUIREMENTS (2.5); DRAFT AND REVISE
                                       APPEAL BRIEF (2.5).

RAVIN AS         10/22/06      1.10    REVIEW AND REVISE APPEAL BRIEF (1.1).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BAKER DJ         10/23/06        1.70    REVIEW BRIEF FILED ON BEHALF OF FLORIDA
                                         TAX COLLECTORS (1.1); REVIEW EMAIL FROM
                                         R. BARUSCH RE: PLAN BROKERAGE ISSUES
                                         (.2); REVIEW REPLY OF M. SHAH TO EMAIL
                                         FROM R. BARUSCH (.1); RESPOND TO M. SHAH
                                         AND R. BARUSCH RE: PLAN BROKERAGE ISSUES
                                         (.1); REVIEW EMAIL FROM R. GRAY RE:
                                         BRIEF FILED BY TAX COLLECTORS (.1);
                                         REVIEW REPLY OF S. HENRY TO EMAIL FROM
                                         R. GRAY (.1).

BARUSCH RC       10/23/06        3.70    ANALYZE BROKER-ASSISTED PROGRAM ISSUES
                                         (2.4); REVIEW TAX QUESTIONS ON MSP/SRP
                                         (1.2); TELECONFERENCE WITH R. GRAY RE:
                                         SAME (.1).

GRAY RW          10/23/06        1.70    TELECONFERENCE WITH K. LOGAN AND R.
                                         BARUSCH RE: WACHOVIA REQUEST IN
                                         CONNECTION WITH BROKER PROGRAM (.2);
                                         EXCHANGE EMAILS WITH R. BARUSCH RE:
                                         CLASS 16 PARTICIPANTS IN BROKER PROGRAM
                                         (.1); REVIEW MEMORANDUM AND CLASS 5/17
                                         LIST FROM T. WILLIAMS AND DRAFT RESPONSE
                                         RE: IDENTIFYING WITHHOLDING CLAIMANTS
                                         (.1); REVIEW MEMORANDA FROM J.
                                         MCCONNELL AND R. EHSTER RE: SOCIAL
                                         SECURITY ISSUE AND DRAFT MEMORANDUM TO
                                         T. WILLIAMS AND S. REISNER (.2);
                                         TELECONFERENCE WITH D. THOMPSON OF
                                         GRUSE RE: PLAN STATUS AND DISTRIBUTIONS
                                         (.1); TELECONFERENCE WITH R. BARUSCH
                                         RE: MSP/SRP TAX CALCULATION AND BROKER
                                         ISSUES (.1); REVIEW POST-HEARING FILING
                                         BY LANDLORDS (.3); DRAFT MEMORANDUM TO
                                         LANDLORDS COUNSEL RE: FILING AUTHORITY
                                         AND EXCHANGE EMAILS WITH M. BARR RE:
                                         SAME (.1); DRAFT MEMORANDUM TO L. APPEL
                                         ET AL. RE: POST-HEARING FILING AND
                                         FOLLOW UP EMAIL EXCHANGE WITH L. APPEL
                                         RE: SAME (.1); DRAFT MEMORANDUM TO J.
                                         BAKER AND S. HENRY RE: STRATEGY (.1);
                                         TELECONFERENCE WITH C. JACKSON RE: PLAN
                                         MODIFICATION SETOFF ISSUE RAISED BY
                                         FLORIDA TAX COLLECTORS (.1); DRAFT
                                         MEMORANDUM TO F. HUFFARD AND J.
                                         O'CONNELL RE: 4.6 ADJUSTMENT ISSUE AND
                                         REVIEW REPLY (.1); EXCHANGE EMAILS WITH
                                         K. LOGAN RE: RESERVE PROJECT STATUS AND
                                         ISSUES (.1).

RAVIN AS         10/23/06        2.00    REVIEW AND REVISE APPEAL BRIEF (1.4);
                                         CONFERENCE WITH T. SCHWARZMAN RE: SAME
                                         (.3); REVIEW POST-HEARING CONFIRMATION
                                         BRIEF FILED BY OBJECTING LANDLORDS
                                         (.2); TELECONFERENCE WITH S. KESSLER
                                         RE: QUESTION ON TIMING OF PLAN
                                         CONFIRMATION (.1).

| | | | |
|---|---|---|---|
| SCHWARZMAN T* | 10/23/06 | 3.00 | MEETING WITH A. RAVIN RE: APPEAL BRIEF (.3); REVISE APPEAL BRIEF BASED ON A. RAVIN'S COMMENTS (1.5); REVISE APPEAL BRIEF CITATIONS AND CONTENT (.7); REVIEW POST HEARING BRIEF IN OPPOSITION TO CONFIRMATION OF DEBTORS' PLAN OF REORGANIZATION (.5). |
| TURETSKY DM | 10/23/06 | 0.10 | REVIEW BANK OF AMERICA POST-HEARING BRIEF OPPOSING CONFIRMATION (.1). |
| BAKER DJ | 10/24/06 | 5.40 | CONTINUE REVIEW OF ISSUES RELATED TO CLAIM RESERVE TO BE ESTABLISHED UNDER PLAN OF REORGANIZATION (1.2); FURTHER REVIEW OF ISSUES RELATED TO BROKERAGE ACCOUNTS TO BE CREATED UNDER PLAN OF REORGANIZATION (1.1); REVIEW ARGUMENTS AND ISSUES RAISED BY SUPPLEMENTAL BRIEF OF FLORIDA TAX COLLECTORS (1.4); TELECONFERENCE WITH J. SKELTON WITH RESPECT TO PLAN ISSUES (.3); CONTINUE ANALYSIS OF ISSUES TO BE INCLUDED IN CLOSING BINDER FOR OFFICERS AND DIRECTORS (1.4). |
| BARUSCH RC | 10/24/06 | 5.50 | ANALYZE BROKER-ASSISTED PROGRAM PROBLEMS (2.9); REVIEW TAX ISSUES ON MSP/SRP (1.4); REVIEW CLAIMS ISSUES ON MSP/SRP (1.2). |
| HENRY S | 10/24/06 | 9.60 | READ CASES CITED IN LANDLORD'S PAPERS (1.8); READ CASES THAT WE PLAN TO CITE AND LOOK FOR ADDITIONAL CASES (2.9); DRAFT REPLY TO LANDLORDS (4.5); REVISE RESPONSE (1.4). |

GRAY RW          10/24/06      2.70   CONTINUE WORK ON DISBURSING/TRUST
                                      AGREEMENT (.3); DRAFT MEMORANDUM TO L.
                                      APPEL ET AL. RE: STATUS OF RESERVE
                                      PROCESS AND REVIEW REPLY (.1); EXCHANGE
                                      EMAILS WITH J. EDMONSON RE: MIDDLE
                                      GROUND RESERVE (.1); REVIEW MEMORANDUM
                                      FROM M. COMERFORD AND TELECONFERENCE
                                      WITH M. COMERFORD RE: PLAN CONFIRMATION
                                      ISSUES (.1); DRAFT MEMORANDUM TO
                                      SKADDEN AND SMITH HULSEY TEAMS RE: SAME
                                      (.1); TELECONFERENCE WITH A. RAVIN RE:
                                      LANDLORD CLAIM DEFINITION ISSUE AND
                                      DRAFT FURTHER MEMORANDUM TO SKADDEN AND
                                      SMITH HULSEY TEAMS RE: SAME (.1); REVIEW
                                      AND RESPOND TO MEMORANDUM FROM S. HENRY
                                      RE: REPLY BRIEF (.1); TELECONFERENCE
                                      WITH J. EDMONSON AND S. KAROL RE:
                                      RESERVE PROCESS (.1); REVIEW AND REVISE
                                      RESPONSE TO J. MCCONNELL FOR R. EHSTER
                                      FICA INQUIRY AND DRAFT MEMORANDUM TO S.
                                      REISNER AND T. WILLLIAMS RE: SAME (.3);
                                      REVISE AND FINALIZE MEMORANDUM TO J.
                                      MCCONNELL (.1); REVIEW AND RESPOND TO
                                      FURTHER MEMORANDUM FROM J. MCCONNELL
                                      RE: TRUST ISSUE TO AVOID TAXES ANDDRAFT
                                      MEMORANDUM TO S. REISNER AND T. WILLIAMS
                                      RE: SAME (.2); REVIEW MEMORANDA FROM S.
                                      REISNER AND T. WILLIAMS RE: ANSWER TO
                                      TRUST QUESTION AND DRAFT MEMORANDUM TO
                                      J. MCCONNELL RE: SAME (.1);
                                      TELECONFERENCE WITH K. LOGAN RE:
                                      RESERVE STATUS AND TELECONFERENCE WITH
                                      SAME AND D. YOUNG RE: SAME (.2);
                                      TELECONFERENCE WITH K. LOGAN RE:
                                      EMPLOYEE CLAIM IDENTIFICATION FOR
                                      DISTRIBUTION TAXES (.1); DRAFT
                                      MEMORANDUM TO T. WILLIAMS RE: EMPLOYEE
                                      LIST RESORT (.1); DRAFT MEMORANDUM TO R.
                                      BARUSCH AND A. SALDANA RE: WACHOVIA
                                      ISSUES ON BROKER PROGRAM (.1); REVIEW
                                      EMAIL FROM AND TELECONFERENCE WITH A.
                                      RAVIN RE: STOCK TRANSFER AND DISBURSING
                                      AGENT ISSUES (.1); REVIEW AND COMMENT ON
                                      REPLY TO POST-HEARING BRIEF OF
                                      LANDLORDS (.4).

LAMAINA KA       10/24/06      0.50   REVIEW PLAN BRIEF OBJECTION AND
                                      TELECONFERENCE S. HENRY ON SAME (.5).

| RAVIN AS | 10/24/06 | 1.50 | REVIEW OBJECTION TO PLAN FILED BY D. MARUCI, DRAFT RESPONSE TO SAME (.1); CONFERENCE WITH R. GRAY RE: GUARANTEE CLAIMS, REVIEW E-MAILS FROM S. HENRY AND R. GRAY RE: SAME (.2); CONFERENCE WITH B. GASTON RE: CLAIMS ASSOCIATED WITH OBJECTIONS AND GUARANTEE CLAIMS (.2); TELECONFERENCE WITH J. CARIGNAN RE: STATUS OF PLAN (.1); LEGAL RESEARCH RE: SAME (.3); REVIEW AND REVISE RESPONSE TO REPLY BRIEF (.4); CONFERENCE WITH S. HENRY RE: COMMENTS TO REPLY BRIEF (.2). |
|---|---|---|---|
| SCHWARZMAN T* | 10/24/06 | 6.50 | ORGANIZE TABLE OF CONTENTS AND CITATIONS FOR APPEAL BRIEF (.5); RESEARCH SUBSTANTIVE CONSOLIDATION ISSUE FOR S. HENRY (1.5); RESEARCH CASE LAW ON CONFIRMATION ORDERS FOR S. HENRY (1.7); PROOF AND REVISE RESPONSE TO POST HEARING BRIEF FOR S. HENRY (2.8). |
| BARUSCH RC | 10/25/06 | 2.70 | REVIEW BROKER-ASSISTED PROGRAM ISSUES (2.7). |

184

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GRAY RW            10/25/06        2.80   REVIEW REVISED REPLY BRIEF AND DRAFT
                                          MEMORANDUM TO S. HENRY RE: COMMENTS
                                          (.2); REVIEW AND RESPOND TO MEMORANDA
                                          FROM A. RAVIN RE: DB REQUEST FOR AST
                                          CONTACT AND DRAFT MEMORANDUM TO P.
                                          EDWARDS AT AST RE: SAME (.1); REVIEW AND
                                          RESPOND TO MEMORANDA FROM S. SCHWAGER
                                          RE: PLAN STATUS AND TIMING (.1); REVIEW
                                          MEMORANDUM FROM D. BITTER RE: D&O ISSUES
                                          IN CONNECTION WITH CLAIM RESERVE,
                                          TELECONFERENCE WITH D. BITTER RE: SAME,
                                          AND DRAFT MEMORANDUM TO J. CASTLE RE:
                                          SAME (.2); REVIEW L. RODRIGUEZ CHANGES
                                          TO BROKER LETTER AND EXCHANGE EMAILS
                                          WITH SAME AND A. AMANN (.1); REVIEW
                                          RESPONSE TO FLORIDA TAX COLLECTORS
                                          FILING (.1); TELECONFERENCE WITH K.
                                          LOGAN RE: RESERVE STATUS AND ISSUES
                                          (.1); TELECONFERENCE WITH S. KAROL AND
                                          J. EDMONSON RE: RESERVES (.1); REVIEW
                                          NEW CLASS 14 RESERVE REPORT (.2);
                                          TELECONFERENCE WITH K. LOGAN RE: SAME
                                          (.1); REVIEW NEW CLASS 16 RESERVE REPORT
                                          (.1); TELECONFERENCE WITH K. LOGAN RE:
                                          SAME (.1); CONFERENCE CALL WITH S.
                                          KAROL, J. EDMONSON AND K. LOGAN RE:
                                          MIDDLE GROUND RESERVE NUMBER (.2);
                                          CONFERENCE CALL WITH S. KAROL, J.
                                          EDMONSON AND J. CASTLE RE: RESERVE
                                          ISSUES (.6); DRAFT MEMORANDA TO M. BARR
                                          AND M. COMERFORD RE: MEETING TO REVIEW
                                          RESERVES (.1); DRAFT MEMORANDUM TO J.
                                          O'CONNELL RE: SAME AND FOLLOW UP EMAIL
                                          EXCHANGE WITH SAME AND S. KAROL (.1);
                                          TELECONFERENCE WITH S. KAROL RE:
                                          RESERVE ISSUES (.1); FURTHER
                                          TELECONFERENCE WITH SAME AND J.
                                          EDMONSON RE: CUSHION (.1); REVIEW
                                          REVISED FLOW CHART RE: BROKER PROCESS
                                          AND EXCHANGE EMAILS WITH A. SALDANA ET
                                          AL RE: ADDRESS ISSUE (.1).

RAVIN AS           10/25/06        0.80   REVIEW AND REVISE RESPONSE BRIEF TO
                                          LANDLORD'S POST-CONFIRMATION BRIEF
                                          (.4); REVIEW CORRESPONDENCE FROM P.
                                          ROSTEN RE: QUESTION ON PLAN (.1);
                                          TELECONFERENCE (VMS EXCHANGED) FROM P.
                                          ROSTEN RE: QUESTION RE: PLAN (.1);
                                          REVIEW MILBANK'S COMMENTS TO RESPONSE
                                          BRIEF (.1); REVIEW AD HOC TRADE
                                          COMMITTEE'S RESPONSE TO POST-HEARING
                                          BRIEF OF E&A FINANCING II, L.P., ET AL.,
                                          IN OPPOSITION TO PLAN (.1).

185

SCHWARZMAN T*      10/25/06      1.70   REVIEW CASE AUTHORITY FOR MEMORANDUM OF
                                        LAW IN RESPONSE TO POST LEARNING BRIEF
                                        OF CERTAIN LANDLORDS (1.5); SEND BRIEF
                                        IN OBJECTION TO MOTION TO STAY PENDING
                                        APPEAL TO WORD PROCESSING; DISCUSS CITE
                                        CHECKING AND TABLE OF AUTHORITIES (.2).

BURGOS BP          10/25/06      6.90   CITECHECK DEBTORS' BRIEF IN OPPOSITION
                                        (6.9).

DATTS SM           10/25/06      6.00   CITECHECK IN RE: WINN DIXIE STORES, INC.
                                        (BANKRUPTCY BRIEF) (6.0).

BARUSCH RC         10/26/06      2.30   REVIEW AND REVISE BROKER-ASSISTED PLAN
                                        (2.3).

HENRY S            10/26/06      2.30   MAKE FINAL  REVISIONS TO RESPONSE BRIEF
                                        (1.9); REVIEW EMAILS FROM R. GRAY, S.
                                        BUSEY AND A. RAVIN RE SAME (.4).

GRAY RW            10/26/06      2.00   REVIEW AND RESPOND TO MEMORANDUM FROM A.
                                        SALDANA RE: CLAIMANT STATE OF RESIDENCE
                                        (.1); DRAFT MEMORANDUM TO K. LOGAN RE:
                                        SAME AND TELECONFERENCE WITH K. LOGAN
                                        RE: SAME (.1); TELECONFERENCE WITH S.
                                        KRAUSKA RE: ADDRESS INFORMATION
                                        REQUESTED BY LOGAN (.1); REVIEW AD HOC
                                        COMMITTEE RESPONSE (.1); REVIEW REVISED
                                        REPLY BRIEF (.2); TELECONFERENCE WITH
                                        A. RAVIN RE: 2.2 ARGUMENT (.1); DRAFT
                                        MEMORANDUM TO S. HENRY RE: CHANGE TO 2.2
                                        ARGUMENT (.1); DRAFT INSERT FOR REPLY
                                        BRIEF RE: SAME (.3); REVIEW FURTHER
                                        REVISED BRIEF (.1); TELECONFERENCE WITH
                                        S. KAROL RE: DISTRIBUTION RESERVE
                                        ISSUES (.3); CONFERENCE CALL WITH S.
                                        KAROL AND J. EDMONSON RE: RESERVE
                                        ANALYSIS (.2); TELECONFERENCE WITH A.
                                        SALDANA RE: BROKER LOGISTICS UPDATE
                                        (.1); TELECONFERENCE WITH M. SHAH RE:
                                        MSP/SRP TAX ISSUES (.1); TELECONFERENCE
                                        WITH T. WOODLEY RE: STATUS OF OLD STOCK
                                        (.1).

LAMAINA KA         10/26/06      0.50   REVIEW POST TRIAL CONFIRMATION BRIEFS
                                        (.5).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

RAVIN AS          10/26/06     1.00   DRAFT CORRESPONDENCE TO L. APPEL RE: AD
                                      HOC TRADE'S RESPONSE (.1);
                                      TELECONFERENCE WITH P. ROSTEN RE:
                                      CONFIRMATION TIMING (.1);
                                      TELECONFERENCE WITH B. GASTON RE:
                                      CLASSIFICATION OF LANDLORDS WITH
                                      PREPETITION GUARANTEES (.2); REVIEW
                                      CONFIRMATION APPEAL BRIEF (.3); REVIEW
                                      BLACKSTONE ANALYSIS RELATED TO PLAN
                                      SECTION 4.6 (.1); TELECONFERENCE WITH
                                      P. HUFFSTETTLER RE: QUESTIONS RE: PLAN
                                      DISTRIBUTION MECHANICS (.1); REVIEW
                                      COMMITTEE'S JOINDER IN DEBTORS'
                                      RESPONSE TO LANDLORD'S POST-HEARING
                                      CONFIRMATION BRIEF (.1).

SCHWARZMAN T*      10/26/06     0.70   REVIEW AND RESPOND TO PROPOSED
                                      MODIFICATIONS TO BRIEF IN RESPONSE TO
                                      POST-HEARING OBJECTION FOR S. HENRY AND
                                      A. RAVIN; REVIEW AD HOT TRADE
                                      COMMITTEE'S RESPONSE TO POST HEARING
                                      BRIEF.

TURETSKY DM        10/26/06     0.20   REVIEW WINN-DIXIE RESPONSE TO
                                      POST-CONFIRMATION HEARING BRIEF FILED
                                      BY LANDLORDS IN OPPOSITION TO
                                      CONFIRMATION (.1); REVIEW CREDITORS
                                      COMMITTEE JOINDER TO WINN-DIXIE
                                      RESPONSE (.1).

BAKER DJ           10/27/06     2.70   TELECONFERENCE WITH L. APPEL, J.
                                      CASTLE, S. BUSEY AND R. GRAY WITH
                                      RESPECT TO PLAN IMPLEMENTATION ISSUES
                                      (.4); REVIEW ISSUES RAISED UNDER
                                      SECTION 4.6 OF PLAN RELATED TO
                                      REQUIREMENT FOR TRUE-UP (.4); REVIEW
                                      REPLY BRIEF TO BE SUBMITTED IN RESPONSE
                                      TO SUPPLEMENTAL BRIEF OF LANDLORDS
                                      (1.3); REVIEW REPLY BRIEF FILED BY AD
                                      HOC TRADE COMMITTEE (.6).

BARUSCH RC         10/27/06     2.80   REVIEW BROKER ASSISTED ISSUES (2.3);
                                      TELECONFERENCE WITH S. REISNER AND R.
                                      GRAY RE: SAME (.3); TELECONFERENCE WITH
                                      M. SHAH AND R. GRAY RE: SAME (.2).

HENRY S            10/27/06     0.20   TELECONFERENCE WITH  STEVE SOLL ABOUT
                                      THE STATUS OF CONFIRMATION DECISION
                                      (.1); EMAIL TO TEAM TO FOLLOW UP ON S.
                                      SOLL QUESTIONS (.1).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GRAY RW          10/27/06       2.70    REVIEW 4.6 ANALYSIS IN PREPARATION FOR
                                        CALL AND DRAFT MEMORANDA TO J. O'CONNELL
                                        RE: UPDATING INFORMATION (.1);
                                        CONFERENCE CALL WITH F. HUFFARD, J.
                                        O'CONNELL AND A. RAVIN RE: 4.6 ISSUES
                                        (.3); CONFERENCE CALL WITH L. APPEL, J.
                                        CASTLE, J. BAKER AND S. BUSEY RE: PLAN
                                        IMPLEMENTATION ISSUES (.4); REVIEW
                                        MEMORANDA FROM A. SALDANA, L. APPEL AND
                                        T. WILLIAMS RE: BROKER INDEMNITY ISSUES
                                        (.1); TELECONFERENCE WITH S. REISNER
                                        AND R. BARUSCH RE: WITHHOLDING TAX
                                        ISSUES (.3); TELECONFERENCE WITH M.
                                        SHAH AND R. BARUSCH RE: SAME (.2);
                                        TELECONFERENCE WITH R. BARUSCH AND J.
                                        BAKER RE: BROKER ISSUES (.2); REVIEW
                                        XROADS RESERVE ANALYSIS AND COMMENT
                                        (.2); TELECONFERENCES WITH S. KAROL RE:
                                        RESERVE ISSUES (.3); TELECONFERENCE
                                        WITH L. RODRIGUEZ RE: RESERVE FOR SRP
                                        CLAIMS (.1); REVIEW MEMORANDUM FROM L.
                                        RODRIGUEZ RE: RESERVE NUMBER AND FOLLOW
                                        UP TELECONFERENCE WITH L. RODRIGUEZ TO
                                        CLARIFY (.1); DRAFT MEMORANDUM TO L.
                                        APPEL AND S. KAROL RE: SRP RESERVE (.1);
                                        REVIEW AND RESPOND TO MEMORANDUM FROM B.
                                        TARVER RE: CONFIRMATION TIMING (.1);
                                        DRAFT MEMORANDUM TO S. HENRY RE: APPEAL
                                        MOOTNESS ISSUE AND REVIEW RESPONSE
                                        (.1); REVIEW MEMORANDUM FROM B. CROCKER
                                        AND PROPOSED TIN SOLICITATION AND
                                        TELECONFERENCE WITH K. LOGAN RE: SAME
                                        (.1).

LAMAINA KA       10/27/06       0.60    REVIEW PLAN BRIEFS FILED PENDING COURT
                                        DECISION (.6).

RAVIN AS         10/27/06       0.40    TELECONFERENCE WITH F. HUFFARD, J.
                                        O'CONNELL, D. IRAM AND R. GRAY RE:
                                        BLACKSTONE RECOVERY ANALYSIS (.3);
                                        REVIEW CORRESPONDENCE FROM L. MCDOWELL
                                        RE: CONFIRMATION STATUS INQUIRY AND
                                        DRAFT CORRESPONDENCE TO SAME RE: SAME
                                        (.1).

SCHWARZMAN T*    10/27/06       7.50    DRAFT BRIEF RE: STAY PENDING APPEAL.
                                        (7.5).

GRAY RW          10/29/06       0.10    DRAFT MEMORANDUM TO S. HENRY AND A.
                                        RAVIN RE: EXHIBIT TO CONFIRMATION ORDER
                                        (.1).

BAKER DJ         10/30/06       0.30    TELECONFERENCE WITH J. SKELTON RE: PLAN
                                        OF REORGANIZATION ISSUES (.3).

BARUSCH RC       10/30/06       4.30    REVIEW BROKER PLAN DOCUMENTS AND ISSUES
                                        (4.3).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| HENRY S | 10/30/06 | 2.60 | REVISE BRIEF IN OPPOSITION TO STAY PENDING APPEAL (2.6). |
| GRAY RW | 10/30/06 | 3.70 | TELECONFERENCE AND EMAIL WITH A. RAVIN RE: ADDING EXHIBIT TO CONFIRMATION ORDER (.1); TELECONFERENCE WITH R. BALZAC RE: STATUS OF CONFIRMATION ORDER (.1); REVIEW AND RESPOND TO MEMORANDUM FROM S. KAROL RE: STATUS OF RESERVE (.1); TELECONFERENCE WITH S. KAROL RE: SAME (.1); REVIEW AND REVISE TIN LETTER FOR CLASSES 13, 14 AND 16 (.3); EXCHANGE EMAILS WITH J. CASTLE AND S. KAROL RE: COMMITTEE MEETING ON RESERVES AND TELECONFERENCE WITH M. COMERFORD RE: SAME (.1); CONFERENCE CALL WITH J. CASTLE, L. APPEL, S. KAROL, J. OCONNELL AND J. EDMONSON RE: RESERVE ISSUES (.6); PARTICIPATE IN CONFERENCE CALL WITH WACHOVIA, WELLS FARGO, AST AND LOGAN, WITH R. BARUSCH ET AL. RE: BROKER PROCESS (1.1); FOLLOW UP CONFERENCE CALL WITH SKADDEN TEAM AND S. REISNER RE: RISKS ASSOCIATED WITH PROCESS (.8); TELECONFERENCE WITH J. BAKER RE: SAME (.1); REVIEW AND RESPOND TO MEMORANDUM FROM J. LEAMY RE: CLAIM REDUCTION ELECTION RESCISSIONS (.1); REVIEW MEMORANDUM FROM J. MCCONNELL RE: TAX WITHHOLDING INFORMATION REQUEST AND DRAFT MEMORANDUM TO T. WILLIAMS AND S. REISNER RE: SAME (.1); REVIEW AND RESPOND TO MEMORANDUM FROM R. BARUSCH RE: JURISDICTION PROVISION IN INDEMNIFICATION AGREEMENT (.1). |
| LEAMY JM | 10/30/06 | 0.20 | ANALYSIS RE: CASH ELECTION WITHDRAWAL REQUESTS (.2). |
| LEDERER J.* | 10/30/06 | 0.20 | REVIEW WINN-DIXIE CASE CALENDAR FOR SUBSTANCE AND EDITS (.2). |
| RAVIN AS | 10/30/06 | 1.40 | REVIEW MEMORANDUM FROM R. GRAY RE: CONFIRMATION ORDER AND EXHIBIT A, CONFERENCE WITH SAME RE: SAME, DRAFT MEMORANDUM TO R. GRAY AND S. HENRY RE: SAME, DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM C. JACKSON RE: SAME, TELEPHONE CONFERENCE (VM) WITH SAME RE: SAME (.2); CONFERENCE WITH T. SCHWARZMAN RE: COMMENTS TO APPEAL BRIEF (.1); REVIEW AND REVISE APPEAL BRIEF (1.1). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

SCHWARZMAN T*     10/30/06     6.90     DRAFT AND REVISE BRIEF IN RESPONSE TO
                                        MOTION TO STAY PENDING APPEAL (3.0);
                                        DISCUSS BRIEF IN OPPOSITION TO MOTION TO
                                        STAY WITH A. RAVIN (.1); REDRAFT BRIEF
                                        IN OPPOSITION TO MOTION TO STAY BASED ON
                                        COMMENTS FROM A. RAVIN AND S. HENRY
                                        (3.8).

BAKER DJ          10/31/06     2.80     BEGIN REVIEW OF LATEST MATERIALS
                                        RELATED TO ESTABLISH CLAIM RESERVE
                                        UNDER PLAN OF REORGANIZATION (.8);
                                        CONFERENCE CALL WITH J. CASTLE, SHEON
                                        CAROL, AND R. GRAY WITH RESPECT TO CLAIM
                                        RESERVE (.8); REVIEW EMAIL FROM R.
                                        BARUSCH RELATED TO BROKERAGE ACCOUNT
                                        ISSUES FOR RETIREES TO BE CREATED
                                        PURSUANT TO PLAN OF REORGANIZATION
                                        (.2); REVIEW REPLY OF L. APPEL WITH
                                        RESPECT TO BROKERAGE ACCOUNT ISSUES
                                        (.2) REVIEW RESPONSE OF R. BARUSCH TO L.
                                        APPEL (.2); TELECONFERENCE WITH R.
                                        BARUSCH RE: BROKERAGE ACCOUNT ISSUES
                                        (.1); CONFERENCE CALL WITH L. APPEL, R.
                                        BARUSCH AND R. GRAY RE: BROKERAGE
                                        ACCOUNT ISSUES (.5).

BARUSCH RC        10/31/06     3.80     REVIEW BROKER PLAN DOCUMENTS.

GRAY RW           10/31/06     2.80     CONFERENCE CALL WITH L. APPEL, T.
                                        WILLIAMS, S. REISNER, J. BAKER AND R.
                                        BARUSCH RE: BROKER PROGRAM ISSUES (.6);
                                        REVIEW REVISED RESERVE ANALYSIS AND
                                        BACKUP DETAIL IN PREPARATION FOR CALL
                                        (.4); CONFERENCE CALL WITH J. CASTLE, S.
                                        KAROL, J. OCONNELL, J. BAKER, S. BUSEY
                                        ET AL. RE: CLAIM RESERVE (.7);
                                        TELECONFERENCE WITH R. BARUSCH AND K.
                                        LOGAN RE: BROKER PROGRAM ISSUES (.1);
                                        FURTHER TELECONFERENCE WITH K. LOGAN
                                        RE: 1099 ISSUE (.1); TELECONFERENCE
                                        WITH S. KAROL AND B. CROCKER RE: SRP
                                        CLAIM INCREASE (.1); REVIEW MEMORANDA
                                        FROM B. GASTON RE: CLASS 13 RESERVE
                                        CHANGES AND EXCHANGE EMAILS WITH S.
                                        KAROL RE: SAME (.1); REVIEW AND RESPOND
                                        TO MEMORANDUM FROM R. BARUSCH RE:
                                        DISTRIBUTION DATE ISSUES (.1); REVIEW
                                        AND RESPOND TO MEMORANDUM FROM M.
                                        COMERFORD RE: REPORTS FOR THURSDAY
                                        MEETING AND FOLLOW UP EMAIL EXCHANGE RE:
                                        SAME (.1); REVIEW AND RESPOND TO
                                        MEMORANDUM FROM J. BAKER RE: SHARE
                                        QUESTIONS FOR CERTAIN CLAIMS, CHECK
                                        CLAIMS DATA BASE FOR CLAIM INFORMATION
                                        AND EXCHANGE EMAILS WITH J. LEAMY AND E.
                                        POLLACK RE: SAME (.3); REVIEW SCHEDULE
                                        III LANGUAGE FROM J. PAOLI AND EXCHANGE
                                        EMAILS WITH J. PAOLI AND A. SALDANA RE:
                                        SAME (.2).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

LEDERER J.*        10/31/06        0.20    REVIEW WINN-DIXIE DOCKET FOR APPLICABLE
                                           PLEADINGS AND MOTIONS (.2).

RAVIN AS           10/31/06        0.20    REVIEW CORRESPONDENCE FROM AND DRAFT
                                           CORRESPONDENCE TO D. WANDER RE: STATUS
                                           OF CONFIRMATION (.1); REVIEW RESPONSE
                                           TO DEBTORS' CONFIRMATION OF PLAN FILED
                                           BY CREDITOR MARVIN STAAB (.1).

SCHWARZMAN T*       10/31/06        2.70    RESEARCH FOR BRIEF IN OPPOSITION TO STAY
                                           PENDING APPEAL (1.7); REVISE APPEAL
                                           BRIEF BASED ON CASE LAW RESEARCH (.5);
                                           DRAFT NEW SECTIONS OF APPEAL BRIEF FOR
                                           S. HENRY (.5);.

**MATTER TOTAL**                 <u>**596.60**</u>


* Law clerks are law school graduates who are not presently admitted
  to practice.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                               **Bill Date: 01/03/07**
**Retention / Fee Matters (SASM&F)**                            **Bill Number: 1128259**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| LAMAINA KA | 10/10/06 | 0.30 | REVIEW STATUS OF SKADDEN STATEMENTS (.3). |
| LAMAINA KA | 10/16/06 | 5.00 | REVIEW STATUS SKADDEN FEE STATEMENTS JUNE 1 - SEPT. 30 (.3); REVIEW AUGUST STMT FOR CONFIDENTIALITY (2.2); REVIEW JULY STATEMENT (2.5). |
| HENRY S | 10/17/06 | 4.70 | ADDITIONAL ANALYSIS OF AUGUST BILL FOR COMPLIANCE WITH GUIDELINES, CONFIDENTIALITY AND WRITE OFFS. |
| LAMAINA KA | 10/17/06 | 5.50 | FINISH REVIEW OF JULY TIME FOR CONFIDENTIALITY AND FEE STATEMENT PREPARATION (2.6); BEGIN REVIEW OF SEPT. 2006 TIME STATEMENT (2.9). |
| HENRY S | 10/18/06 | 5.80 | REVIEW OF SEPTEMBER BILL FOR WRITE OFFS, COMPLIANCE WITH ORDERS AND GUIDELINES, CONFIDENTIALITY AND PRIVILEGE ISSUES (5.8). |
| BAKER DJ | 10/19/06 | 3.70 | BEGIN REVIEW OF JULY STATEMENT (3.7). |
| LAMAINA KA | 10/19/06 | 3.60 | CONTINUE REVIEW OF FEE STATEMENTS (3.6). |
| BAKER DJ | 10/20/06 | 2.50 | CONTINUE REVIEW OF JULY STATEMENT (2.4); TELECONFERENCE WITH S. HENRY RE: STATEMENT (.1). |
| LAMAINA KA | 10/20/06 | 4.70 | REVIEW FEE STATEMENTS (3.5); PREPARE AND FINALIZE JULY 2006 STATEMENT (1.2). |
| LAMAINA KA | 10/23/06 | 1.90 | REVIEW WINN-DIXIE STATEMENT (1.9). |
| LAMAINA KA | 10/24/06 | 1.40 | REVIEW AUGUST FEE STATEMENT (1.4). |
| LAMAINA KA | 10/25/06 | 4.20 | FINALIZE AUGUST STATEMENT (4.2). |
| BAKER DJ | 10/30/06 | 4.10 | CONTINUE REVIEW OF AUGUST 2006 STATEMENT (4.1). |
| TURETSKY DM | 10/30/06 | 4.30 | FURTHER ANALYSIS RE: POTENTIAL DISCLOSURE PARTIES BASED UPON REVIEW OF PARTIES FILING NOTICES OF APPEARANCE, ADDITIONAL DOCUMENTS FROM DEBTORS' CASES, AND DISCLOSURE DATABASE RESULTS (4.3). |
| BAKER DJ | 10/31/06 | 2.30 | CONTINUE REVIEW OF AUGUST 2006 STATEMENT. |

| | | | |
|---|---|---|---|
| LAMAINA KA | 10/31/06 | 2.90 | REVIEW SEPT. STATEMENT (.9); DRAFT AUGUST STMT LETTER AND CORRESPONDING DOCUMENTS (1.6); REVIEW AND SIGNOFF ON DISTRIBUTION PACKAGE (.4). |
| TURETSKY DM | 10/31/06 | 1.00 | CONTINUE ANALYSIS RE: POTENTIAL DISCLOSURE PARTIES BASED UPON REVIEW OF PARTIES FILING NOTICES OF APPEARANCE, ADDITIONAL DOCUMENTS FROM DEBTORS' CASES, AND DISCLOSURE DATABASE RESULTS (.6); REVISE 6TH SUPPLEMENTAL DECLARATION OF D. J. BAKER (.2); E-MAIL TO R. JOHNSON RE: 6TH SUPPLEMENTAL BAKER DECLARATION (.2). |

**MATTER TOTAL**          <u>**57.90**</u>

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Winn-Dixie Stores, Inc. (DIP)                          Bill Date: 01/03/07
Retention / Fee Matters / Objections (Others)          Bill Number: 1128259

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| EICHEL S | 10/03/06 | 0.30 | REVIEW EMAILS FROM M. RICHARD RE: STATEMENT OF PAYMENTS MADE TO ORDINARY COURSE PROFESSIONALS (.2); DRAFT RESPONSE EMAIL TO M. RICHARD RE: STATEMENT OF PAYMENTS MADE TO ORDINARY COURSE PROFESSIONALS (.1). |
| HENRY S | 10/04/06 | 1.20 | TELECONFERENCE WITH M. COMERFORD RE: FEES FOR SUB CON WORK (.2); EMAILS TO AND FROM COMERFORD RE: SUB CON FEES (.6); EMAILS TO AND FROM J. CASTLE RE: SAME (.4). |
| EICHEL S | 10/06/06 | 0.40 | REVIEW SPREADSHEET OF PAYMENTS MADE TO ORDINARY COURSE PROFESSIONALS (.1); DRAFT STATEMENT OF PAYMENTS MADE TO ORDINARY COURSE PROFESSIONALS (.2); DRAFT EMAIL TO R. GRAY RE: STATEMENT OF PAYMENTS TO ORDINARY COURSE PROFESSIONALS FOR REVIEW (.1). |
| EICHEL S | 10/09/06 | 0.40 | REVIEW EMAIL FROM M. RICHARD RE: STATEMENT OF PAYMENTS MADE TO ORDINARY COURSE PROFESSIONALS (.1); FINALIZE STATEMENT OF PAYMENTS MADE TO ORDINARY COURSE PROFESSIONALS (.1); DRAFT EMAIL TO C. JACKSON RE: FILING STATEMENT OF PAYMENTS MADE TO ORDINARY COURSE PROFESSIONALS (.1); REVIEW EMAILS FROM K. WARD RE: FILING OF STATEMENT OF PAYMENTS MADE TO ORDINARY COURSE PROFESSIONALS (.1). |
| LAMAINA KA | 10/12/06 | 0.30 | TELECONFERENCE WITH SMITH HULSEY ON NEXT STEPS RE: DEC. HEARING IN LIGHT OF PLAN DEVELOPMENTS ON PROFESSIONALS (.3). |
| GRAY RW | 10/16/06 | 0.20 | REVIEW NOTICE OF HEARING ON A&M AND HOULIHAN MOTIONS AND DRAFT MEMORANDUM TO J. BAKER RE: SAME (.2). |
| BAKER DJ | 10/18/06 | 1.00 | REVIEW MOTIONS RE: CHANGE TO RETENTION OF HOULIHAN AND ALVAREZ AND MARSAL (.5); EMAIL TO L. APPEL AND J. CASTLE RE: PROPOSED CHANGES TO TERMS OF RETENTION ORDERS (.3); REVIEW RESPONSE FROM L. APPEL (.1); RESPOND TO REPLY FROM L. APPEL (.1). |
| GRAY RW | 10/20/06 | 0.10 | REVIEW CALENDAR REMINDER FROM J. CASTLE AND DRAFT MEMORANDUM TO S. HENRY RE: 12.3 AND 12.4 FEE ISSUES (.1). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| BAKER DJ | 10/23/06 | 0.70 | EMAIL TO L. APPEL AND J. CASTLE RE: ISSUES RELATED TO FEE APPLICATIONS OF FINANCIAL ADVISORS (.1); TELECONFERENCE WITH F. HUFFARD RE: FINANCIAL ADVISOR FEE APPLICATIONS (.2); TELECONFERENCE WITH S. BUSEY RE: FEE APPLICATIONS OF FINANCIAL ADVISORS (.3); FURTHER TELECONFERENCE WITH S. BUSEY RE: FEE APPLICATION ISSUES (.1). |
| LAMAINA KA | 10/24/06 | 0.70 | PREPARE MEMORANDUM TO ALL PROFESSIONALS RE DEC. 14 HEARING (.4); REVISE MEMORANDUM (.2); TELECONFERENCE MILBANK ON NOTICE (.1). |
| LAMAINA KA | 10/26/06 | 0.80 | TELECONFERENCES WINN-DIXIE PROFESSIONALS ON DEC. HEARING AND NECESSARY FILINGS (.8). |
| BAKER DJ | 10/27/06 | 1.80 | BEGIN REVIEW OF STATEMENT FOR AUGUST 2006 (1.8). |
| GRAY RW | 10/30/06 | 0.60 | DRAFT MEMORANDUM TO J.  BAKER RE: 12.3 AND 12.4 FEES (.1); REVIEW JEFFERIES FEE APP FILINGS AND STUART MAUE REPORT IN CONNECTION WITH INQUIRY FROM H. BAER (.2); DRAFT MEMORANDUM TO K. LAMAINA ET AL. RE: JEFFERIES FEE APPLICATION PROCESS (.1); TELECONFERENCE WITH J. CASTLE RE: SAME AND RE: 12.3 AND 12.4 FEES (.1); DRAFT MEMORANDUM TO H. BAER RE: HEARING SCHEDULE FOR JEFFERIES (.1). |
| LAMAINA KA | 10/30/06 | 1.50 | JENNIS BOWEN TELECONFERENCE ON DEC. 2006 FEE HEARING (.2); REVIEW EMAIL CORRESPONDENCE FROM SAME ON SAME (.2); REVIEW JEFFERIES AND PAULHASTINGS FEE APPLICATION AND CORRESPONDENCE ON DEC. HEARING (.5); REVIEW MY MEMORANDUM TO PROFESSIONALS RE: DECEMBER OMNIBUS HEARING (.2); PREPARE FOR TELECONFERENCE JEFFERIES ON DEC. HEARING AND NEEDED INFORMATION FOR DEBTORS (.4). |
| GRAY RW | 10/31/06 | 0.10 | REVIEW AND RESPOND TO MEMORANDUM FROM M. COMERFORD RE: BLACKSTONE RETENTION AND DRAFT MEMORANDUM TO F. HUFFARD RE: SAME (.1). |

**MATTER TOTAL**                           <u>**10.10**</u>

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                                    **Bill Date: 01/03/07**
**Utilities**                                                        **Bill Number: 1128259**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| KALOUDIS D | 10/02/06 | 0.30 | REVISE VICKSBURG STIPULATION (.1); DRAFT EMAIL TO VICKSBURG RE: STIPULATION (.2). |
| FELD SR | 10/04/06 | 0.20 | COORDINATE EXCHANGE OF SIGNATURE PAGE OF STIPULATION WITH GEORGIA POWER (.2). |
| FELD SR | 10/05/06 | 0.70 | REVIEW STIPULATIONS WITH CITY OF YAZOO AND TALLAHASSEE (.7). |
| KALOUDIS D | 10/05/06 | 1.10 | EMAIL TO A.CASTLEBERRY RE: TALLAHASSEE (.2); CALL TO J.PETTY RE: FPU (.1); REVISE TALLAHASSEE STIPULATION (.3); EMAIL J.DONAHUE RE:TALLAHASSEE (.1); DRAFT YAZOO UTILITY NOTICE TO NOTICE PARTIES (.3); REVIEW TALLAHASSEE PROPOSED STIPULATION (.1). |
| KALOUDIS D | 10/06/06 | 1.80 | ANALYZE NON PAYMENT ISSUE RE: PEMBRONE PINES (.3); DRAFT LETTER TO PEMBRONE PINES RE: AUTOMATIC STATU (.9); FINALIZE LETTER TO PEMBRONE RE: VIOLATION OF STAY (.3); REVISE STIPULATION RE: YAZOO UTILITY (.3);. |
| FELD SR | 10/09/06 | 3.00 | EMAILS TO C. LEO RE: GEORGIA POWER (.3); REVIEW STATUS OF TALLAHASSEE STIPULATION (.1); CONFERENCE CALL WITH D. RICHARDS RE: RELIANCE (.2); REVIEW STIPULATION RE: OHIO BUREAU OF WC (.9); REVIEW AND COMMENT ON PROPOSED LANGUAGE FOR ORDER DISALLOWING RELIANCE'S CLAIM (.7); REVIEW PRECEDENT STIPULATION FOR RESOLUTION OF INSURANCE CLAIM OBJECTIONS (.8). |
| FELD SR | 10/10/06 | 0.60 | REVIEW REVISED PROPOSAL RE: RELIANCE (.5); EMAIL TO D. BITTER RE: STATUS OF KEMPER (.1). |
| KALOUDIS D | 10/11/06 | 0.10 | RESPOND TO INDIAN RIVER REQUEST (.1). |
| KALOUDIS D | 10/15/06 | 0.50 | EMAIL TO WALTON UTILITY RE: STATUS OF RETURN OF BOND (.3); DRAFT EMAIL TO VOLUNTEER ENERGY RE: STATUS OF RETURN OF BOND (.2);. |
| KALOUDIS D | 10/16/06 | 0.40 | EMAIL TO YAZOO UTILITY RE: EXECUTION OF STIPULATION (.3); EMAIL TO WINNDIXIE RE: EXECUTION OF YAZOO STIPULATION (.1). |

| | | | |
|---|---|---|---|
| KALOUDIS D | 10/17/06 | 0.60 | FOLLOW UP EMAIL TO WALTON UTILITIES (.1); EMAIL TO CITY OF VICKSBURG RE: PROPOSED STIPULATION (.1); CALL TO J.PERRYMAN RE: STATUS OF STIPULATION (.1); REVIEW BOND CHART RECEIVED FROM COMPANY RE: UTILITY BONDS(.3). |
| KALOUDIS D | 10/23/06 | 0.30 | CALL WITH MICHELLE RE: YAZOO UTILITY PROPOSED STIPULATION (.1); DRAFT EMAIL TO COUNSEL FOR YAZOO UTILITY RE: YAZOO UTILITY PROPOSED STIPULATION (.2). |
| FELD SR | 10/24/06 | 0.20 | EMAIL EXCHANGES WITH C. LEO AND C. TURNER RE: GEORGIA POWER - CLOSED ACCOUNT (.2). |
| KALOUDIS D | 10/26/06 | 0.70 | CALL WITH WILMUT UTILITIES RE: PROPOSAL (.2); UPDATE BOND CHART RE: UTILITIES (.4); CALL WITH A.CASTLEBERRY RE: CHART (.1);. |

**MATTER TOTAL**          <u>**10.50**</u>

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| **Winn-Dixie Stores, Inc. (DIP)** | | | Bill Date: 01/03/07 |
| **Fee Examiner** | | | Bill Number: 1128259 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| HENRY S | 10/02/06 | 2.90 | REVISE TO STUART MAUE RESPONSE (2.9). |
| LAMAINA KA | 10/02/06 | 2.10 | REVIEW/REVISE INTERIM 4 BRIEF (2.1). |
| HENRY S | 10/03/06 | 1.90 | REVIEW AND COMMENT ON RESPONSE TO FEE EXAMINER (1.9). |
| LAMAINA KA | 10/03/06 | 6.20 | PREPARE/REVISE INTERIM 4 EXHIBITS (6) (5.2); REVISE BRIEF (1.0). |
| HENRY S | 10/04/06 | 1.10 | REVISE TO STUART MAUE RESPONSE (1.1). |
| LAMAINA KA | 10/04/06 | 5.00 | CONTINUE AND FINALIZE EXAMINER RESPONSE EXHIBITS (3.2); REVISE BRIEF (1.8). |
| LAMAINA KA | 10/05/06 | 6.50 | FINALIZE FINAL REPORT INTERIM 4 RESPONSE (6.5). |
| LAMAINA KA | 10/24/06 | 0.10 | REVIEW MEMORANDUM FROM FEE EXAMINER RE: FEE STATEMENTS (.1). |
| LAMAINA KA | 10/26/06 | 0.90 | REVIEW FINAL REPORT INTERIM 4 (.9). |
| LAMAINA KA | 10/27/06 | 0.80 | REVIEW STUART MAUE BRIEF INTERIM 4 (.5); REVIEW EXPENSE REQUEST INFORMATION CITED THEREIN (.3). |
| LAMAINA KA | 10/31/06 | 0.40 | REVIEW FINAL REPORT INTERIM 4 EXHIBITS (.4). |

**MATTER TOTAL**          **27.90**

**CLIENT TOTAL**          **2,336.00**

# EXHIBIT C-2

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**EXPENSE SUMMARY**
**(OCTOBER 1, 2006 - OCTOBER 31, 2006)**

| Expense Category | Total Expenses |
|---|---|
| Computer Legal Research | $17,625.88 |
| Long Distance Telephone | $587.82 |
| In-House Reproduction (@ $.10 per page) | $1,036.20 |
| Outside Research | $3,288.63 |
| Filing/Court Fees | $2,093.00 |
| Out-Of-Town Travel | $6,141.04 |
| Business Meals | $211.76 |
| Courier & Express Carriers (e.g., Federal Express) | $558.02 |
| Postage | $10.17 |
| Other | $3,012.00 |
| **TOTAL** | **$34,564.52** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                                      **Bill Date: 11/01/06**
**General Corporate Advice**                                          **Bill Number: 1128259**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Lexis/Nexis | 10/30/06 | Saldana A | 297.13 |
| Lexis/Nexis | 10/31/06 | Saldana A | 290.00 |
| | | **TOTAL LEXIS/NEXIS** | **$587.13** |
| Vendor Hosted Teleconferencing | 10/31/06 | Act Teleconferencing Services, Inc. | 162.58 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$162.58** |
| Outside Research/Internet Services | 10/31/06 | Global Securities | 76.15 |
| Outside Research/Internet Services | 10/31/06 | Global Securities | 218.19 |
| Outside Research/Internet Services | 10/31/06 | Global Securities | 61.35 |
| Outside Research/Internet Services | 10/31/06 | Global Securities | 29.62 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$385.31** |
| | | **TOTAL MATTER** | **$1,135.02** |

DD01

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

**Winn-Dixie Stores, Inc. (DIP)**                         Bill Date: 11/01/06
 **Assets Dispositions (General)**                        Bill Number: 1128259

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Teleconferencing | 10/31/06 | Act Teleconferencing Services, Inc. | 212.30 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$212.30** |
| | | **TOTAL MATTER** | **$212.30** |

DD01

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**
**Claims Admin. (General)**

**Bill Date: 11/01/06**
**Bill Number: 1128259**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Lexis/Nexis | 10/18/06 | Pappas AM | 22.68 |
| | | **TOTAL LEXIS/NEXIS** | **$22.68** |
| | | **TOTAL MATTER** | **$22.68** |

DD01

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                    Bill Date: 11/01/06
**Financing (DIP and Emergence)**                    Bill Number: 1128259

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Messengers/ Courier | 10/23/06 | Dist Serv/Mail/Page, D | 11.75 |
| | | **TOTAL MESSENGERS/ COURIER** | **$11.75** |
| | | **TOTAL MATTER** | **$11.75** |

4

DD01

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

**Winn-Dixie Stores, Inc. (DIP)**                          **Bill Date: 11/01/06**
**Reorganization Plan / Plan Sponsors**                    **Bill Number: 1128259**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 10/30/06 | Schwarzman T | 4.15 |
| Westlaw | 10/31/06 | Schwarzman T | 146.53 |
| | | **TOTAL WESTLAW** | **$150.68** |
| Out-of-Town Travel | 10/06/06 | Henry S | 419.21 |
| Out-of-Town Travel | 10/11/06 | Henry S | 472.34 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$891.55** |
| Outside Research/Internet Services | 10/05/06 | Pacer Service Center | 617.76 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$617.76** |
| | | **TOTAL MATTER** | **$1,659.99** |

DD01

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                          Bill Date: 11/01/06
**Retention / Fee Matters (SASM&F)**                       Bill Number: 1128259

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Messengers/ Courier | 10/31/06 | Dist Serv/Mail/Page, D | 6.27 |
| Messengers/ Courier | 10/31/06 | Dist Serv/Mail/Page, D | 6.27 |
| Messengers/ Courier | 10/31/06 | Dist Serv/Mail/Page, D | 6.27 |
| Messengers/ Courier | 10/31/06 | Dist Serv/Mail/Page, D | 6.27 |
| Messengers/ Courier | 10/31/06 | Dist Serv/Mail/Page, D | 15.73 |
| Messengers/ Courier | 10/31/06 | Dist Serv/Mail/Page, D | 15.73 |
| Messengers/ Courier | 10/31/06 | Dist Serv/Mail/Page, D | 6.27 |

**TOTAL MESSENGERS/ COURIER**          $62.81

**TOTAL MATTER**          $62.81

DD01

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**          Bill Date: 11/01/06
**Retention / Fee Matters / Objections (Others)**      Bill Number: 1128259

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Outside Research/Internet Services | 10/05/06 | Pacer Service Center | 12.80 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$12.80** |
| | | **TOTAL MATTER** | **$12.80** |

DD01

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

**Winn-Dixie Stores, Inc. (DIP)**                          Bill Date: 11/01/06
**Disbursements**                                          Bill Number: 1128259

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| CLR\Other State Databases | 10/06/06 | Office Admin, D | 200.00 |
| | | **TOTAL CLR\OTHER STATE DATABASES** | **$200.00** |
| UCC Flat Fee Search | 10/05/06 | Harris K | 74.00 |
| UCC Flat Fee Search | 10/05/06 | Harris K | 74.00 |
| UCC Flat Fee Search | 10/13/06 | Paoli J | 74.00 |
| UCC Flat Fee Search | 10/13/06 | Paoli J | 74.00 |
| UCC Flat Fee Search | 10/13/06 | Paoli J | 74.00 |
| UCC Flat Fee Search | 10/13/06 | Paoli J | 74.00 |
| UCC Flat Fee Search | 10/13/06 | Paoli J | 74.00 |
| UCC Flat Fee Search | 10/13/06 | Paoli J | 54.00 |
| UCC Flat Fee Search | 10/13/06 | Paoli J | 54.00 |
| UCC Flat Fee Search | 10/13/06 | Paoli J | 54.00 |
| UCC Flat Fee Search | 10/13/06 | Paoli J | 54.00 |
| UCC Flat Fee Search | 10/13/06 | Paoli J | 54.00 |
| | | **TOTAL UCC FLAT FEE SEARCH** | **$788.00** |
| UCC Filings and Searches | 10/17/06 | National Corporate | 2,224.00 |
| | | **TOTAL UCC FILINGS AND SEARCHES** | **$2,224.00** |
| Air/Rail Travel - vendor feed | 10/10/06 | Baker DJ | 303.61 |
| Air/Rail Travel - vendor feed | 10/11/06 | Henry S | 548.60 |
| Air/Rail Travel - vendor feed | 10/11/06 | Baker DJ | 389.99 |
| Air/Rail Travel - vendor feed | 10/12/06 | Ravin AS | 1,473.59 |
| Air/Rail Travel - vendor feed | 10/13/06 | Henry S | 227.14 |
| Air/Rail Travel - vendor feed | 10/13/06 | Ravin AS | 723.10 |

DD01

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 10/13/06 | Baker DJ | 723.10 |
| Air/Rail Travel - vendor feed | 10/16/06 | Baker DJ | 319.30 |
| Air/Rail Travel - vendor feed | 10/17/06 | Baker DJ | 354.30 |
| Air/Rail Travel - vendor feed | 10/17/06 | Baker DJ | -309.30 |
| **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | | | **$4,753.43** |
| In-house Reproduction | 10/03/06 | Copy Center, D | 98.00 |
| In-house Reproduction | 10/03/06 | Copy Center, D | 10.60 |
| In-house Reproduction | 10/03/06 | Copy Center, D | 8.00 |
| In-house Reproduction | 10/06/06 | Copy Center, D | 113.90 |
| In-house Reproduction | 10/06/06 | Copy Center, D | 0.70 |
| In-house Reproduction | 10/06/06 | Copy Center, D | 2.20 |
| In-house Reproduction | 10/06/06 | Copy Center, D | 64.80 |
| In-house Reproduction | 10/06/06 | Copy Center, D | 22.50 |
| In-house Reproduction | 10/06/06 | Copy Center, D | 0.10 |
| In-house Reproduction | 10/10/06 | Copy Center, D | 3.30 |
| In-house Reproduction | 10/10/06 | Copy Center, D | 77.10 |
| In-house Reproduction | 10/10/06 | Copy Center, D | 1.10 |
| In-house Reproduction | 10/10/06 | Copy Center, D | 1.60 |
| In-house Reproduction | 10/10/06 | Copy Center, D | 87.60 |
| In-house Reproduction | 10/10/06 | Copy Center, D | 32.80 |
| In-house Reproduction | 10/10/06 | Copy Center, D | 0.40 |
| In-house Reproduction | 10/13/06 | Copy Center, D | 190.70 |
| In-house Reproduction | 10/13/06 | Copy Center, D | 0.60 |
| In-house Reproduction | 10/13/06 | Copy Center, D | 2.80 |
| In-house Reproduction | 10/13/06 | Copy Center, D | 4.40 |
| In-house Reproduction | 10/13/06 | Copy Center, D | 33.40 |
| In-house Reproduction | 10/13/06 | Copy Center, D | 4.80 |
| In-house Reproduction | 10/13/06 | Copy Center, D | 0.60 |
| In-house Reproduction | 10/13/06 | Copy Center, D | 0.60 |

DD01

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 10/17/06 | Copy Center, D | 39.40 |
| In-house Reproduction | 10/17/06 | Copy Center, D | 0.90 |
| In-house Reproduction | 10/17/06 | Copy Center, D | 0.90 |
| In-house Reproduction | 10/17/06 | Copy Center, D | 16.10 |
| In-house Reproduction | 10/17/06 | Copy Center, D | 0.50 |
| In-house Reproduction | 10/20/06 | Copy Center, D | 10.50 |
| In-house Reproduction | 10/20/06 | Copy Center, D | 150.40 |
| In-house Reproduction | 10/20/06 | Copy Center, D | 0.20 |
| In-house Reproduction | 10/20/06 | Copy Center, D | 8.00 |
| In-house Reproduction | 10/20/06 | Copy Center, D | 0.40 |
| In-house Reproduction | 10/24/06 | Copy Center, D | 23.50 |
| In-house Reproduction | 10/24/06 | Copy Center, D | 2.50 |
| In-house Reproduction | 10/24/06 | Copy Center, D | 4.00 |
| In-house Reproduction | 10/27/06 | Copy Center, D | 0.20 |
| In-house Reproduction | 10/27/06 | Copy Center, D | 7.40 |
| In-house Reproduction | 10/27/06 | Copy Center, D | 0.40 |
| In-house Reproduction | 10/31/06 | Copy Center, D | 8.20 |
| In-house Reproduction | 10/31/06 | Copy Center, D | 0.10 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$1,036.20** |
| Telephone Expense | 10/27/06 | Telecommunications, D | 9.61 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 3.70 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 0.93 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 15.68 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 1.48 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 5.78 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 0.04 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 0.02 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 0.01 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 0.46 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 0.16 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 0.06 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 6.44 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense | 10/27/06 | Telecommunications, D | 2.40 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 0.56 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 8.34 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 3.17 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 0.80 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 42.24 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 3.79 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 15.37 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 0.54 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 0.21 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 0.06 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 1.94 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 0.74 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 0.22 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 0.59 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 0.23 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 0.08 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 32.23 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 3.05 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 12.10 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 3.79 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 1.54 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 0.41 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 0.21 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 0.08 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 0.04 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 0.08 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 0.07 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 0.01 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 2.51 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 1.02 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 0.27 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 19.21 |

DD01

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense | 10/27/06 | Telecommunications, D | 1.77 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 7.03 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 1.24 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 0.46 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 0.14 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 0.01 |
| Telephone Expense | 10/27/06 | Telecommunications, D | 0.02 |
| | | **TOTAL TELEPHONE EXPENSE** | **$212.94** |
| Postage | 10/03/06 | Office Admin, D | 0.63 |
| Postage | 10/04/06 | Office Admin, D | 0.87 |
| Postage | 10/06/06 | Office Admin, D | 0.39 |
| Postage | 10/06/06 | Office Admin, D | 0.24 |
| Postage | 10/06/06 | Office Admin, D | 6.30 |
| Postage | 10/16/06 | Office Admin, D | 0.39 |
| Postage | 10/23/06 | Office Admin, D | 1.35 |
| | | **TOTAL POSTAGE** | **$10.17** |
| Lexis/Nexis | 10/02/06 | Henry S | 406.31 |
| Lexis/Nexis | 10/03/06 | Henry S | 342.11 |
| Lexis/Nexis | 10/04/06 | Wasserman J | 1,100.62 |
| Lexis/Nexis | 10/04/06 | Henry S | 48.50 |
| Lexis/Nexis | 10/05/06 | Henry S | 144.74 |
| Lexis/Nexis | 10/05/06 | Walton MJ | 222.57 |
| Lexis/Nexis | 10/05/06 | Lederer J. | 9.55 |
| Lexis/Nexis | 10/09/06 | Henry S | 45.75 |
| Lexis/Nexis | 10/10/06 | Henry S | 683.62 |
| Lexis/Nexis | 10/10/06 | Lederer J. | 4.79 |
| Lexis/Nexis | 10/16/06 | Schwarzman T | 189.45 |
| Lexis/Nexis | 10/17/06 | Schwarzman T | 136.25 |
| Lexis/Nexis | 10/17/06 | Pappas AM | 10.08 |
| Lexis/Nexis | 10/17/06 | Stroud SJ | 101.74 |
| Lexis/Nexis | 10/18/06 | Pappas AM | 1,013.04 |
| Lexis/Nexis | 10/23/06 | Saldana A | 107.27 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Lexis/Nexis | 10/24/06 | Henry S | 542.90 |
| Lexis/Nexis | 10/25/06 | Datts SM | 14.34 |
| Lexis/Nexis | 10/26/06 | Burgos BP | 128.71 |
| | | **TOTAL LEXIS/NEXIS** | **$5,252.34** |
| Westlaw | 10/03/06 | Lederer J. | 48.04 |
| Westlaw | 10/04/06 | Riley KU | 123.74 |
| Westlaw | 10/04/06 | Lederer J. | 276.80 |
| Westlaw | 10/04/06 | Ravin AS | 21.99 |
| Westlaw | 10/05/06 | Riley KU | 202.98 |
| Westlaw | 10/05/06 | Walton MJ | 75.52 |
| Westlaw | 10/05/06 | Walton MJ | 957.15 |
| Westlaw | 10/05/06 | Lederer J. | 152.06 |
| Westlaw | 10/05/06 | Turetsky DM | 139.27 |
| Westlaw | 10/06/06 | LaMaina KA | 40.32 |
| Westlaw | 10/06/06 | Turetsky DM | 13.48 |
| Westlaw | 10/07/06 | Lederer J. | 198.37 |
| Westlaw | 10/07/06 | LaMaina KA | 180.48 |
| Westlaw | 10/07/06 | Leamy JM | 188.46 |
| Westlaw | 10/08/06 | LaMaina KA | 3.84 |
| Westlaw | 10/09/06 | LaMaina KA | 211.68 |
| Westlaw | 10/10/06 | LaMaina KA | 38.56 |
| Westlaw | 10/10/06 | Lederer J. | 71.88 |
| Westlaw | 10/10/06 | Turetsky DM | 33.18 |
| Westlaw | 10/11/06 | Lederer J. | 541.68 |
| Westlaw | 10/11/06 | Lederer J. | 49.78 |
| Westlaw | 10/12/06 | Lederer J. | 4.15 |
| Westlaw | 10/12/06 | Ravin AS | 38.38 |
| Westlaw | 10/13/06 | Lederer J. | 120.26 |
| Westlaw | 10/16/06 | Lederer J. | 318.12 |
| Westlaw | 10/17/06 | Turetsky DM | 136.87 |
| Westlaw | 10/18/06 | Schwarzman T | 908.17 |
| Westlaw | 10/18/06 | Turetsky DM | 43.71 |

DD01

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 10/18/06 | Ravin AS | 63.68 |
| Westlaw | 10/19/06 | Kempf J | 36.45 |
| Westlaw | 10/19/06 | Schwarzman T | 221.36 |
| Westlaw | 10/19/06 | LaMaina KA | 270.56 |
| Westlaw | 10/20/06 | Kempf J | 119.23 |
| Westlaw | 10/20/06 | Schwarzman T | 751.67 |
| Westlaw | 10/21/06 | Schwarzman T | 402.74 |
| Westlaw | 10/22/06 | Ravin AS | 57.60 |
| Westlaw | 10/23/06 | Woodfield J | 115.29 |
| Westlaw | 10/23/06 | Schwarzman T | 79.25 |
| Westlaw | 10/23/06 | Turetsky DM | 18.66 |
| Westlaw | 10/24/06 | Schwarzman T | 732.15 |
| Westlaw | 10/24/06 | Turetsky DM | 297.47 |
| Westlaw | 10/24/06 | Ravin AS | 64.14 |
| Westlaw | 10/25/06 | Datts SM | 1,879.30 |
| Westlaw | 10/25/06 | Burgos BP | 33.87 |
| Westlaw | 10/25/06 | Schwarzman T | 141.35 |
| Westlaw | 10/25/06 | Turetsky DM | 406.25 |
| Westlaw | 10/25/06 | Ravin AS | 22.78 |
| Westlaw | 10/26/06 | Burgos BP | 92.97 |
| Westlaw | 10/26/06 | Burgos BP | 138.41 |
| Westlaw | 10/27/06 | Turetsky DM | 272.30 |
| Westlaw | 10/29/06 | Leamy JM | 56.65 |
| | | **TOTAL WESTLAW** | **$11,413.05** |
| Air/Rail Travel (external) | 10/13/06 | Ravin AS | 239.60 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$239.60** |
| Out-of-Town Travel | 10/12/06 | Ravin AS | 224.16 |
| Out-of-Town Travel | 10/13/06 | Ravin AS | 3.00 |
| Out-of-Town Travel | 10/13/06 | Ravin AS | 29.30 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$256.46** |

DD01

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Filing/Court Fees | 10/12/06 | CT Corporation System-NY | 2,093.00 |
| | | **TOTAL FILING/COURT FEES** | **$2,093.00** |
| Messengers/ Courier | 10/05/06 | Dist Serv/Mail/Page, D | 11.75 |
| Messengers/ Courier | 10/05/06 | Dist Serv/Mail/Page, D | 10.59 |
| Messengers/ Courier | 10/06/06 | Dist Serv/Mail/Page, D | 18.94 |
| Messengers/ Courier | 10/07/06 | Dist Serv/Mail/Page, D | 41.01 |
| Messengers/ Courier | 10/10/06 | Dist Serv/Mail/Page, D | 20.80 |
| Messengers/ Courier | 10/10/06 | Dist Serv/Mail/Page, D | 5.79 |
| Messengers/ Courier | 10/11/06 | Dist Serv/Mail/Page, D | 31.83 |
| Messengers/ Courier | 10/11/06 | Dist Serv/Mail/Page, D | 124.54 |
| Messengers/ Courier | 10/11/06 | Dist Serv/Mail/Page, D | 6.44 |
| Messengers/ Courier | 10/11/06 | Dist Serv/Mail/Page, D | 6.44 |
| Messengers/ Courier | 10/11/06 | Dist Serv/Mail/Page, D | 16.44 |
| Messengers/ Courier | 10/11/06 | Dist Serv/Mail/Page, D | 6.44 |
| Messengers/ Courier | 10/11/06 | Dist Serv/Mail/Page, D | 6.44 |
| Messengers/ Courier | 10/11/06 | Dist Serv/Mail/Page, D | 6.44 |
| Messengers/ Courier | 10/12/06 | Dist Serv/Mail/Page, D | 6.44 |
| Messengers/ Courier | 10/12/06 | Dist Serv/Mail/Page, D | 24.60 |
| Messengers/ Courier | 10/18/06 | Dist Serv/Mail/Page, D | 11.75 |
| Messengers/ Courier | 10/18/06 | Dist Serv/Mail/Page, D | 6.44 |
| Messengers/ Courier | 10/20/06 | Dist Serv/Mail/Page, D | 11.75 |
| Messengers/ Courier | 10/20/06 | Dist Serv/Mail/Page, D | 17.62 |
| Messengers/ Courier | 10/20/06 | Dist Serv/Mail/Page, D | 15.79 |
| Messengers/ Courier | 10/20/06 | Dist Serv/Mail/Page, D | 15.79 |
| Messengers/ Courier | 10/20/06 | Dist Serv/Mail/Page, D | 10.59 |
| Messengers/ Courier | 10/20/06 | Dist Serv/Mail/Page, D | 10.59 |
| Messengers/ Courier | 10/20/06 | Dist Serv/Mail/Page, D | 10.59 |
| Messengers/ Courier | 10/20/06 | Dist Serv/Mail/Page, D | 10.59 |
| Messengers/ Courier | 10/20/06 | Dist Serv/Mail/Page, D | 10.59 |
| Messengers/ Courier | 10/25/06 | Dist Serv/Mail/Page, D | 6.44 |
| | | **TOTAL MESSENGERS/ COURIER** | **$483.46** |
| Out-of-Town Meals | 10/12/06 | Ravin AS | 38.85 |

DD01

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Meals | 10/12/06 | Ravin AS | 10.26 |
| Out-of-Town Meals | 10/13/06 | Ravin AS | 15.00 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$64.11** |
| Outside Research/Internet Services | 10/05/06 | Pacer Service Center | 7.68 |
| Outside Research/Internet Services | 10/05/06 | Pacer Service Center | 12.64 |
| Outside Research/Internet Services | 10/05/06 | Pacer Service Center | 12.88 |
| Outside Research/Internet Services | 10/05/06 | Pacer Service Center | 46.88 |
| Outside Research/Internet Services | 10/05/06 | Pacer Service Center | 12.88 |
| Outside Research/Internet Services | 10/05/06 | Pacer Service Center | 54.88 |
| Outside Research/Internet Services | 10/05/06 | Pacer Service Center | 67.52 |
| Outside Research/Internet Services | 10/05/06 | Pacer Service Center | 902.40 |
| Outside Research/Internet Services | 10/12/06 | CT Corporation System-NY | 1,155.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$2,272.76** |
| Contracted Catering-NY | 09/22/06 | Baker DJ | 12.22 |
| Contracted Catering-NY | 09/26/06 | Baker DJ | 14.57 |
| Contracted Catering-NY | 09/29/06 | Baker DJ | 88.27 |
| Contracted Catering-NY | 10/10/06 | Baker DJ | 20.37 |
| Contracted Catering-NY | 10/24/06 | Baker DJ | 12.22 |
| | | **TOTAL CONTRACTED CATERING-NY** | **$147.65** |

DD01

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | TOTAL MATTER | $31,447.17 |
| | | TOTAL CLIENT | $34,564.52 |

DD01

# EXHIBIT D-1

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**TIME SUMMARY**
**(NOVEMBER 1, 2006 – NOVEMBER 21, 2006)**

Bill No: 1133503

| NAME | YEAR OF ADMISSION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| **PARTNERS** | | | | |
| D. J. (Jan) Baker | 1973 | $875 | 61.90 | $ 54,162.50 |
| Ronald C. Barusch | 1978 | 845 | 86.70 | 73,261.50 |
| Sally McDonald Henry | 1983 | 790 | 25.40 | 20,066.00 |
| Peter J. Neckles | 1978 | 875 | 45.60 | 39,900.00 |
| Wallace L. Schwartz | 1977 | 875 | 17.30 | 15,137.50 |
| Ronald J. Weiss | 1981 | 810 | 7.00 | 5,670.00 |
| | **TOTAL PARTNERS** | | **243.90** | **$208,197.50** |
| **COUNSEL** | | | | |
| Tiffany T. Boydell | 595 | $595 | 123.60 | $ 73,542.00 |
| Stephanie R. Feld | 625 | 625 | 24.90 | 15,562.50 |
| Rosalie W. Gray | 625 | 625 | 92.30 | 57,687.50 |
| Joy E. Maddox | 625 | 625 | 14.80 | 9,250.00 |
| Alexandra Margolis | 625 | 625 | 6.40 | 4,000.00 |
| Anthony Saldana | 625 | 625 | 79.20 | 49,500.00 |
| | **TOTAL COUNSEL** | | **341.20** | **$209,542.00** |
| **ASSOCIATES** | | | | |
| Amanda A. Amann | 1999 | $585 | 90.10 | $ 52,708.50 |
| Todd A. Atkinson | 2004 | 435 | 17.30 | 7,525.50 |
| Franklyn Duporte | 2003 | 495 | 5.30 | 2,623.50 |
| Steven Eichel | 1988 | 585 | 6.80 | 3,978.00 |
| Kimberly Harris* | N/A | 315 | 69.90 | 22,018.50 |
| Denise Kaloudis | 2003 | 495 | 7.50 | 3,712.50 |
| Jessica Kempf | 2005 | 435 | 52.40 | 22,794.00 |
| Kimberly A. LaMaina | 2001 | 535 | 69.60 | 37,236.00 |
| Jane M. Leamy | 1995 | 585 | 142.40 | 83,304.00 |
| J.R. Lederer* | N/A | 315 | 17.40 | 5,481.00 |
| Jessenia Paoli | 2005 | 435 | 49.60 | 21,576.00 |
| Kristhy M. Peguero* | 2006 | 315 | 44.80 | 14,112.00 |
| Adam S. Ravin | 1995 | 585 | 113.30 | 66,280.50 |
| Keba U. Riley | 2002 | 435 | 12.80 | 5,568.00 |
| Dacia M. Russell | 2006 | 355 | 20.10 | 7,135.50 |

| | | | | |
|---|---|---|---|---|
| Teddy Schwarzman* | N/A | 315 | 51.30 | 16,159.50 |
| David M. Turetsky | 2002 | 495 | 51.30 | 25,393.50 |
| Christian P. Wenzel | 2003 | 495 | 9.80 | 4,851.00 |
| | | | | |
| | **TOTAL ASSOCIATES/LAW CLERKS** | | **831.70** | **$402,457.50** |
| | | | | |
| **PARAPROFESSIONALS** | | | | |
| Geoffrey Lorenz | N/A | $190 | 25.70 | $ 4,883.00 |
| Douglas M. Weissinger | N/A | 160 | 12.00 | 1,920.00 |
| Joseph Woodfield | N/A | 160 | 71.30 | 11,408.00 |
| | | | | |
| | **TOTAL PARAPROFESSIONALS** | | **109.00** | **$ 18,211.00** |
| | | | | |
| | **TOTAL** | | **1,525.80** | **$838,408.00** |
| | | | | |
| | **BLENDED HOURLY RATE** | | | **$549.49** |

\* Law clerks are law school graduates who are not presently admitted to practice.

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**PROJECT CATEGORY SUMMARY**
**(NOVEMBER 1, 2006 - NOVEMBER 21, 2006)**

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| General Corporate Advice | 203.10 | $115,393.50 |
| Assets Dispositions (General) | 6.90 | $3,515.50 |
| Business Operations / Strategic Planning | 3.20 | $2,093.00 |
| Case Administration | 87.20 | $18,901.50 |
| Claims Admin. (General) | 249.40 | $136,986.00 |
| Claims Admin. (Reclamation/Trust Funds) | 1.80 | $1,008.00 |
| Disclosure Statement/ Voting Issues | 10.50 | $7,542.50 |
| Employee Matters (General) | 2.80 | $1,386.00 |
| Executory Contracts (Personalty) | 11.20 | $6,150.00 |
| Financing (DIP and Emergence) | 453.40 | $239,160.50 |
| Insurance | 20.50 | $12,792.50 |
| Leases (Real Property) | 5.20 | $3,019.00 |
| Litigation (General) | 14.40 | $7,909.00 |
| Reorganization Plan / Plan Sponsors | 286.70 | $200,840.00 |
| Retention / Fee Matters (SASM&F) | 102.30 | $54,666.00 |
| Retention / Fee Matters / Objections (Others) | 14.70 | $6,105.50 |
| Utilities | 6.30 | $3,118.50 |
| Fee Examiner | 46.20 | $17,821.00 |
| **TOTAL** | **1525.80** | **$838,408.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Winn-Dixie Stores, Inc. (DIP)                          Bill Date: 12/01/06
General Corporate Advice                               Bill Number: 1133503

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| SALDANA A | 11/01/06 | 5.60 | ANALYZE MSP/SRP ISSUES (2.2); TELECONFERENCE WITH J. SMITH RE: FBCA AND FOLLOW UP (.3); TELECONFERENCE WITH AST AND WELLS FARGO RE: BROKER-ASSISTED WITHHOLDING AND PREPARATION (1.0); TELECONFERENCE WITH WACHOVIA RE: BROKER-ASSISTED WITHHOLDING AND PREPARATION AND FOLLOW UP (1.5); REVIEW AND COMMENT ON PAYMENT ELECTION FORM (.6). |
| AMANN AA | 11/01/06 | 11.60 | REVISE AND DISTRIBUTE PROGRAM DOCUMENTS (11.6). |
| GRAY RW | 11/02/06 | 0.20 | REVIEW AND RESPOND TO MEMORANDUM FROM L. HEWETT RE: TIMING ON 8-K FILING OF DOCUMENTS (.1); EXCHANGE EMAILS WITH R. BARUSCH RE: STATUS OF CORPORATE DOCUMENTS FOR CLOSING (.1). |
| SALDANA A | 11/02/06 | 3.30 | REVIEW AND ANALYZE CASH/CASHLESS PAYMENT OPTIONS (3.3). |
| AMANN AA | 11/02/06 | 5.30 | REVISE AND DISTRIBUTE PROGRAM DOCUMENTS (5.3). |
| SALDANA A | 11/03/06 | 3.30 | TELECONFERENCE WITH A.AMANN AND WACHOVIA RE: MSP/SRP (.3); REVIEW BYLAWS ISSUES (0.3); REVIEW AND ANALYZE MSP/SRP DOCUMENTATION AND ISSUES (2.7). |
| AMANN AA | 11/03/06 | 3.30 | REVISE AND DISTRIBUTE PROGRAM DOCUMENTS (3.0); CALLS WITH A. SALDANA RE: SAME (.3). |
| SALDANA A | 11/05/06 | 0.80 | ANALYZE BROKER-ASSISTED WITHHOLDING ISSUES (.8). |
| SALDANA A | 11/06/06 | 2.10 | ANALYZE BROKER-ASSISTED WITHHOLDING ISSUES (2.1). |
| AMANN AA | 11/06/06 | 9.10 | REVISE AND DISTRIBUTE PROGRAM DOCUMENTS (9.1). |
| LAMAINA KA | 11/06/06 | 0.90 | REVIEW AND PREPARE STATUS OF SERVICES FOR COURT FILING IN THIS MATTER (.9). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| SALDANA A | 11/07/06 | 5.20 | CALL RE: TAX-WITHHOLDING OPTIONS AND PREPARATION AND FOLLOW UP (1.1); REVIEW DOCUMENTATION AND ANALYZE ISSUES (3.7); FOLLOW UP ON BOARD OF DIRECTORS ISSUES (.2); REVIEW STOCK CERTIFICATE ISSUES (.2). |
| AMANN AA | 11/07/06 | 7.30 | REVISE AND DISTRIBUTE PROGRAM DOCUMENTS (6.3); CONFERENCE CALL RE: SAME (1.0). |
| SALDANA A | 11/08/06 | 4.70 | REVIEW AND REVISE FLOW CHART (2.7); ANALYZE MSP/SRP ISSUES (2.0). |
| AMANN AA | 11/08/06 | 1.90 | REVISE PROGRAM DOCUMENTS; DRAFT RELATED LETTERS. |
| SALDANA A | 11/09/06 | 4.40 | REVIEW AND REVISE FLOW CHART (2.0); ANALYZE MSP/SRP ISSUES (2.4). |
| AMANN AA | 11/09/06 | 7.60 | REVISE AND DISTRIBUTE PROGRAM DOCUMENTS (7.6). |
| SALDANA A | 11/10/06 | 3.10 | REVIEW NOTICE FOR A. RAVIN (.3); REVIEW AND ANALYZE MSP/SRP ISSUES AND DOCUMENTS (2.5); REVIEW AND REVISE DIRECTOR/OFFICER INDEMNIFICATION AGREEMENT (.3). |
| AMANN AA | 11/10/06 | 6.30 | REVISE AND DISTRIBUTE PROGRAM DOCUMENTS (5.1); CONFERENCE CALL RE: SAME (1.2). |
| SALDANA A | 11/11/06 | 1.50 | REVIEW SECURITIES LAW ISSUES RELATED TO DISTRIBUTION (1.5). |
| SALDANA A | 11/12/06 | 7.20 | ANALYZE ISSUES RE: SECURITIES LAW EXEMPTIONS AND LATE FILING ISSUES (7.2). |
| SALDANA A | 11/13/06 | 6.20 | ANALYZE ISSUES RE: BROKER DISCLOSURE STATEMENT DELIVERY REQUIREMENTS (4.2); CALL WITH L. APPEL AND OTHERS RE: RESERVE ISSUES AND PREPARATION AND FOLLOW UP (1.3); CALL WITH N. TALLY RE: MSP/SRP ISSUES AND FOLLOW UP (.4); FINALIZE INDEMNIFICATION AGREEMENT WITH MILBANK (.3). |
| AMANN AA | 11/13/06 | 9.30 | REVISE AND DISTRIBUTE PROGRAM DOCUMENTS (.2); CONFERENCE CALL RE: SAME (1.1). |
| RUSSELL DM | 11/13/06 | 2.50 | SECURITIES LAW RESEARCH ON AMENDMENTS TO THE REPORTING SCHEDULES REQUIRED FOR SIGNIFICANT BENEFICIAL HOLDERS OF COPORATE STOCK (2.5). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| SALDANA A | 11/14/06 | 1.10 | REVIEW PROPOSED CHANGE TO STOCK CERTIFICATE AND RECOMMEND ALTERNATIVE (.2); CONFER WITH R. BARUSCH AND R. GRAY RE: STOCK CERTIFICATE ISSUES (.1); REVIEW DEBT DEREGISTRATION ISSUES (.3); DISCUSS S-8 ISSUES WITH F. DUPORTE AND FOLLOW UP (.2); REVIEW ISSUES RE: SECTION 16 OFFICERS (.3). |
| AMANN AA | 11/14/06 | 7.20 | REVISE AND DISTRIBUTE PROGRAM DOCUMENTS (6.4); CONFERENCE CALL RE: SAME (.8). |
| SALDANA A | 11/15/06 | 2.60 | REVIEW REVISED OFFICER INDEMNIFICATION AGREEMENT (.1); CALL RE MSP/SRP ISSUES AND FOLLOW UP (.5); REVIEW RESERVE AND FLORIDA LAW ISSUES (.5); PREPARATIONS FOR CORPORATE CLOSING (0.7); REVIEW AND REVISE DRAFT PRESS RELEASE (.6); REVIEW TAX WITHHOLDING ISSUES FOR SECTION 16 OFFICERS (.2);. |
| AMANN AA | 11/15/06 | 8.90 | REVISE AND DISTRIBUTE PROGRAM DOCUMENTS (8.9). |
| RUSSELL DM | 11/15/06 | 2.50 | REVISE AGREEMENT (.5); RESEARCH FLORIDA CORPORATIONS LAW (2.0). |
| SALDANA A | 11/16/06 | 1.90 | REVIEW MSP/SRP DOCUMENTATION (.2); REVIEW AND REVISE BYLAWS AND DISTRIBUTE (.7); EMAIL CORRESPONDENCE RE: CHARTER FILING ISSES (.2); FOLLOW UP ON TAX WITHHOLDING ISSUES FOR SECTION 16 OFFICERS (.2); REVIEW ISSUES RE: BOARD OF DIRECTORS APPROVAL AND DISCUSS WITH D. RUSSELL (.3); REVIEW REGISTRATION RIGHTS ISSUES (.3). |
| AMANN AA | 11/16/06 | 7.60 | REVISE AND DISTRIBUTE PROGRAM DOCUMENTS (7.6). |
| RUSSELL DM | 11/16/06 | 3.50 | RESEARCH FINANCING ISSUES UNDER BANKRUPTCY LAW (3.5). |
| SALDANA A | 11/17/06 | 5.50 | PREPARATIONS FOR CORPORATE CLOSING (3.0); ANALYZE BOARD OF DIRECTORS ISSUES (.8); REVIEW AND REVISE REGISTRATION RIGHTS AGREEMENT (.4); CALL WITH SKADDEN, WINN-DIXIE, WACHOVIA, KING AND SPALDING RE: MSP/SRP AND FOLLOW UP (.5); REVIEW DRAFT 8-K (.4); REVIEW DRAFT S-8 (.4). |
| AMANN AA | 11/17/06 | 4.70 | REVISE AND DISTRIBUTE PROGRAM DOCUMENTS (4.2); CONFERENCE CALL WITH WACHOVIA, SKADDEN AND KING AND SPAULDING RE: SAME (.5). |
| SALDANA A | 11/18/06 | 0.90 | DISCUSS TRANSFER RESTRICTION ISSUES WITH K. RILEY (.2); REVIEW DRAFT 8-A (.7). |

3

| | | | |
|---|---|---|---|
| RILEY KU | 11/18/06 | 0.60 | CONFER WITH T. SALDANA RE: STOCK TRANSFER RESTRICTION PROVISION IN AMENDED ARTICLES OF INCORPORATION (.2); REVIEWING STOCK TRANSFER RESTRICTION PROVISION (.4). |
| RILEY KU | 11/19/06 | 5.60 | REVIEW STOCK TRANSFER RESTRICTION PROVISIONS TO PREPARE SUMMARY OF SAME (5.6). |
| GRAY RW | 11/20/06 | 0.10 | REVIEW MEMORANDUM FROM S. STOESSER RE: CORPORATE DISSOLUTION STATUS AND EXCHANGE EMAILS WITH T. SALDANA RE: SAME (.1). |
| SALDANA A | 11/20/06 | 11.20 | REVIEW AND REVISE REGISTRATION RIGHTS AGREEMENT (.8); REVIEW AND COMMENT ON 8-A (.7); CONFER WITH L. HEWETT AT K&S RE: SEC FILINGS (.1); REVIEW AND REVISE FAQ FOR TAX WITHHOLDING ISSUES (3.0); REVIEW AND REVISE BY-LAWS AND ARTICLES (2.2); REVIEW SUMMARY OF TRANSFER RESTRICTIONS AND CONFER WITH K. RILEY (1.2); PREPARATIONS FOR CORPORATE CLOSING (2.5); CLOSING PREPARATION CALL (.5). |
| RILEY KU | 11/20/06 | 2.40 | DRAFTING AND EDITING MEMORANDUM RE: STOCK TRANSFER RESTRICTIONS. |
| RUSSELL DM | 11/20/06 | 7.50 | CONTINUE TO DRAFT FREQUENTLY ASKED QUESTIONS FOR CALL CENTER (5.0); REVIEW FILINGS (2.5). |
| GRAY RW | 11/21/06 | 0.10 | REVIEW AUDIT LETTER REQUEST AND ARRANGE FOR PROCESSING (.1). |
| SALDANA A | 11/21/06 | 8.20 | CLOSING CALL WITH WACHOVIA, MILBANK, OTTERBOURG AND CLIENT (2.4); ANALYZE TRANSFER RESTRICTION ISSUES (2.4); REVIEW BOARD OF DIRECTORS APPROVAL ISSUES UNDER PLAN (.8); FOLLOW UP ON MSP/SRP ISSUES FOR WACHOVIA (.2); REVIEW DRAFT 8-A (.2); CALL WITH D. MEYER AND NASDAQ RE: NASDAQ ISSUES (.1); REVIEW 8-A/A ISSUES (.4); REVIEW ARTICLES AND BYLAWS ISSUES (1.0); REVIEW DRAFT 8-K AND COMMENTS (.5); REVIEW INFORMATION FROM MILBANK FOR REG RIGHTS AGREEMENT (.2). |
| RILEY KU | 11/21/06 | 4.20 | LOCATING PRECEDENT AND DRAFTING PRESS RELEASE RE: EFFECTIVE DATE OF STOCK TRANSFER RESTRICTIONS. |
| RUSSELL DM | 11/21/06 | 4.10 | SECURITIES LAW RESEARCH; UPDATE CHECKLIST; UPDATE REGISTRATION RIGHTS AGREEMENT AND RESEARCH SHARE OWNERSHIP FOR REGISTRATION RIGHTS AGREEMENT. |

4

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**MATTER TOTAL**                          <u>**203.10**</u>

**Winn-Dixie Stores, Inc. (DIP)**                    Bill Date: 12/01/06
**Assets Dispositions (General)**                   Bill Number: 1133503

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| LAMAINA KA | 11/06/06 | 1.20 | REVIEW STATUS OF SERVICES FOR THIS MATTER TO PREPARE NECESSARY SUMMARY ON SAME (.7); PREPARE SUMMARY OF SERVICES TO REFLECT STATUS (.5). |
| SALDANA A | 11/08/06 | 0.40 | TELECONFERENCE WITH R. CHAKRAPANI AND C. SCOTT RE: TSA AND PREPARATION AND FOLLOW UP (.4). |
| DUPORTE F | 11/14/06 | 5.30 | DRAFTED THE FORM S-8 AND STARTED WORKING ON THE EMPLOYMENT AGREEMENT (5.3). |

**MATTER TOTAL**                          <u>**6.90**</u>

5

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                          **Bill Date: 12/01/06**
**Business Operations / Strategic Planning**               **Bill Number: 1133503**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| LAMAINA KA | 11/06/06 | 0.50 | REVIEW SERVICES AND STATUS RE: COMPANY BUSINESS OPERATIONS ON LEGAL ISSUES (.5). |
| RAVIN AS | 11/07/06 | 0.30 | WEEKLY STATUS TELECONFERENCE WITH L. APPEL, B. NUSSBAUM, F. HUFFARD, J. O'CONNELL, D. IRAM, AND M. FREITAG (.3). |
| HENRY S | 11/14/06 | 1.20 | ROUND UP CALL TO GO OVER ISSUES RE: GOING EFFECTIVE, POSSIBLE APPEALS, BUSINESS ISSUES WITH L. APPEL, J. CASTLE, B. NUSSBAUM, ET AL (1.2). |
| RAVIN AS | 11/14/06 | 1.20 | WEEKLY STATUS CALL WITH L. APPEL, B. NUSSBAUM, S. REINKEN, J. CASTLE, C. IBOLD, S. HENRY, R. BARUSCH, S. KAROL, S. BUSEY, C. JACKSON, J. O'CONNELL, AND M. FREITAG (1.2). |

**MATTER TOTAL**                    **<u>3.20</u>**

6

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Winn-Dixie Stores, Inc. (DIP)                               Bill Date: 12/01/06
Case Administration                                         Bill Number: 1133503

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 11/01/06 | 0.10 | REVIEW 11/1 DOCKET UPDATE (.1). |
| RAVIN AS | 11/01/06 | 0.10 | MONITOR PLEADINGS FILED ON DOCKET (.1). |
| WOODFIELD J | 11/01/06 | 7.20 | UPDATE AND CIRCULATE DOCKET (.3); UPDATE CASE CALENDAR (.9); PREPARE CERTIFICATE OF SERVICE FOR THE MOTION TO APPROVE VOGEL AND VOGEL STIPULATION AND SERVE TO RELATED PARTIES (3.7); SEARCH DOCKET FOR SIGNED CONFIRMATION ORDER (.6); SEARCH DOCKET FOR SIGNED ORDER CONFIRMING DISCLOSURE STATEMENT (.3); AND PREPARE SRP AND MSP OBJECTION EXHIBITS FOR R. GRAY (1.3). |
| GRAY RW | 11/02/06 | 0.10 | REVIEW 11/2 DOCKET UPDATE (.1). |
| RAVIN AS | 11/02/06 | 0.10 | MONITOR PLEADINGS FILED ON DOCKET (.1). |
| WOODFIELD J | 11/02/06 | 5.30 | UPDATE AND CIRCULATE DOCKET (.3); UPDATE CASE CALENDAR (.4); SEARCH DOCKET FOR MOTIONS AND OBJECTIONS RELATING TO GUARANTEE ORDERS FOR A. RAVIN (1.6); SEARCH ABLE LABS DOCKET FOR ORDER GRANTING ATTORNEY WITHDRAWAL FOR D. TURETSKY (.6); PREPARE NOTICE OF CHANGE TO EXHIBITS FOR R. GRAY (1.0); SEARCH ABLE LABS DOCKET FOR THE PLAN OF LIQUIDATION AND THE DISCLOSURE STATEMENT FOR D. TURETSKY (1.0); AND SEARCH DOCKET FOR LIFTER'S RESPONSE TO DEBTORS' 24TH OMNIBUS OBJECTION FOR A. RAVIN (.4). |
| GRAY RW | 11/03/06 | 0.10 | REVIEW 11/3 DOCKET UPDATE (.1). |
| RAVIN AS | 11/03/06 | 0.10 | MONITOR PLEADINGS FILED ON DOCKET (.1). |
| WOODFIELD J | 11/03/06 | 4.80 | UPDATE AND CIRCULATE DOCKET (.3); UPDATE CASE CALENDAR (1.2); SEARCH DOCKET FOR FIVE RESPONSES TO DEBTORS' 24TH OMNIBUS OBJECTION FOR A. RAVIN (1.9); UPDATE WINN-DIXIE MEDIA REPORTS AND DISTRIBUTE (.3); SEARCH DOCKET FOR NOTICE OF WITHDRAWAL FROM TOWER CENTER ASSOCIATES AND REMOVE CLAIM FROM THE CASE CALENDAR (.7); CALL LOGAN AND CO. AND CORRECT IMPROPER LINK IN THE GUARANTEE ORDERS (.4). |
| LAMAINA KA | 11/06/06 | 0.40 | REVIEW DOCKET FOR UPDATES TO MATTERS WORKING ON (.4). |

7

| | | | |
|---|---|---|---|
| LEAMY JM | 11/06/06 | 0.20 | REVIEW AND COMMENT ON CASE CALENDAR (.2). |
| RAVIN AS | 11/06/06 | 0.20 | MONITOR PLEADINGS FILED ON DOCKET (.1); REVIEW AND REVISE CASE CALENDAR (.1). |
| TURETSKY DM | 11/06/06 | 0.20 | TELECONFERENCE WITH A. KURTZ RE: STATUS OF WINN-DIXIE CHAPTER 11 CASE (.2). |
| WOODFIELD J | 11/06/06 | 7.60 | UPDATE AND CIRCULATE DOCKET (.3); UPDATE CASE CALENDAR AND DISTRIBUTE DRAFT (.9); SEARCH DOCKET FOR EIGHT RESPONSE TO DEBTORS' 24TH OMNIBUS OBJECTION FOR A. RAVIN (1.6]; SEARCH DOCKET FOR RESPONSE TO DEBTORS' OMNIBUS OBJECTION FOR J. LEAMY (.6); SEARCH DOCKET FOR CHARLES HODGE OBJECTION TO RETIREMENT CLAIM FOR A. RAVIN AND R. GRAY (.4); RESEARCH DOCKET FOR WINN-DIXIE BAHAMAS SALE MOTION AND ORDER FOR K. LAMAINA (1.3); RESEARCH THE NUMBER OF DOCKET ENTRIES FROM JUNE 1, 2006 TO SEPTEMBER 30, 2006 FOR K. LAMAINA (.2); RESEARCH THE NUMBER OF ADVERSARY CASES FOR K. LAMAINA (.2); DETERMINE THE AMOUNT OF PLEADING ENTRIES UP TO OCTOBER 1, 2006 FOR K. LAMAINA (.2); RESEARCH FIBERMARK DOCKET FOR FEE APPLICATIONS TO BE USED AS PRECEDENT FOR K. LAMAINA (.9); SEARCH DOCKET FOR D.J. BAKER'S 6TH SUPPLEMENTAL DECLARATION FOR K. LAMAINA (.4); AND RESEARCH DOCKET FOR SOLICITATION PROCEDURES MOTION, HEARING DATE AND OBJECTIONS FOR K. LAMAINA (.6). |
| RAVIN AS | 11/07/06 | 0.10 | MONITOR PLEADINGS FILED ON DOCKET (.1). |
| TURETSKY DM | 11/07/06 | 0.20 | TELECONFERENCE WITH D. THOMPSON RE: STATUS OF WINN-DIXIE CHAPTER 11 CASES (.2). |
| WOODFIELD J | 11/07/06 | 2.40 | UPDATE AND CIRCULATE DOCKET (.3); UPDATE CASE CALENDAR AND DISTRIBUTE (1.2); RESEARCH DOCKET FOR UNITED COMMERCIAL MORTGAGE'S RESPONSE TO DEBTORS' 15TH OMNIBUS OBJECTION FOR A. RAVIN (.5); AND UPDATE AND CIRCULATE WINN-DIXIE MEDIA REPORTS (.4). |
| RAVIN AS | 11/08/06 | 0.10 | MONITOR PLEADINGS FILED ON DOCKET (.1). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| WOODFIELD J | 11/08/06 | 4.60 | UPDATE AND CIRCULATE DOCKET (.3); UPDATE CASE CALENDAR (.4); RESEARCH DOCKET FOR ORDER STRIKING RESPONSE TO DEBTORS' 24TH OMNIBUS OBJECTION FRO A. RAVIN (.4); UPDATE AND CIRCULATE WINN-DIXIE MEDIA REPORTS (.4); PREPARE MOTION FOR ORDER RE: SETTLEMENT WITH XL INSURANCE AND MARSH FOR A. RAVIN (.7); PREPARE CERTIFICATE OF SERVICE FOR MOTION FOR ORDER RE: SETTLEMENT WITH XL INSURANCE AND MARSH (.5); PREPARE MOTION FOR ORDER RE: SETTLEMENT WITH XL INSURANCE AND MARSH AND CORRESPONDING NOTICE OF HEARING TO BE DISTRIBUTED UPON SERVICE LIST (.7); SEARCH DOCKET FOR PRINCIPAL LIFE INSURANCE'S RESPONSES TO DEBTORS' OMNIBUS OBJECTIONS (.5); SEARCH DOCKET FOR NOTICE OF WITHDRAWAL OF TAPPAN FOR A. RAVIN (.3); SEARCH DOCKET FOR ORDER CORRESPONDING TO INSURANCE SETTLEMENT MOTION (.4). |
| RAVIN AS | 11/09/06 | 0.20 | MONITOR PLEADINGS FILED ON DOCKET (.1); CONFERENCE WITH R. GRAY RE: CASE STATUS (.1). |
| TURETSKY DM | 11/09/06 | 0.10 | TELECONFERENCE WITH J. LANDON RE: INQUIRY CONCERNING STATUS OF WINN-DIXIE CHAPTER 11 CASE (.1). |
| WOODFIELD J | 11/09/06 | 4.80 | UPDATE AND CIRCULATE DOCKET (.3); UPDATE CASE CALENDAR (.6); UPDATE AND CIRCULATE WINN-DIXIE MEDIA REPORTS (.3); FILE FEE APPLICATIONS IN FILES (.2); SEARCH DOCKET FOR ORDER CONFIRMING PLAN OF REORGANIZATION FOR A. RAVIN AND K. LAMAINA (.5); PREPARE MOTION TO BE FILED FOR A. RAVIN (.6); CREATE CERTIFICATE OF SERVICE FOR A. RAVIN AND SERVE MOTIONS FOR ORDER UPON SERVICE LIST (2.3). |
| GRAY RW | 11/10/06 | 0.20 | EXCHANGE EMAILS WITH K. WARD RE: AGENDA ISSUES ON MSP/SRP OBJECTION (.1); REVIEW AND RESPOND TO MEMORANDUM FROM R. BARUSCH RE: FINALIZING RESERVE (.1). |
| RAVIN AS | 11/10/06 | 0.30 | MONITOR PLEADINGS FILED ON DOCKET (.1); REVIEW AND REVISE 11/16/06 HEARING AGENDA, DRAFT MEMORANDUM TO AND REVIEW MEMORANDUM FROM K. WARD RE: SAME (.2). |
| GRAY RW | 11/13/06 | 0.20 | REVIEW DOCKET UPDATE (.1); PROVIDE CALENDAR UPDATE INFORMATION TO J. WOODFIELD (.1). |
| LAMAINA KA | 11/13/06 | 0.50 | REVIEW STATUS OF MATTERS WORKING ON FOR UPCOMING HEARINGS (.5). |

| | | | |
|---|---|---|---|
| WOODFIELD J | 11/13/06 | 4.70 | UPDATE AND CIRCULATE DOCKET (.3); UPDATE AND CIRCULATE DRAFT CASE CALENDAR (1.2); SEARCH DOCKET AND SEND RESPONSES TO A. RAVIN (.7); SEARCH DOCKET FOR NOTICE OF APPOINTMENT OF WILMINGTON TRUST FOR A. RAVIN (.5); UPDATE AND CIRCULATE TWO WINN-DIXIE MEDIA REPORTS (.6); SEARCH DOCKET FOR ORDER APPROVING STIPULATION FOR A. RAVIN (.5); SEARCH DOCKET FOR ADMINISTRATIVE EXPENSE CLAIM FOR A. RAVIN (.4); RESEARCH DOCKET TO SEARCH DATES OF DOCKET ENTRIES FOR K. LAMAINA (.5). |
| GRAY RW | 11/14/06 | 0.30 | REVIEW 11/14 DOCKET UPDATE (.1); REVIEW AND UPDATE CASE CALENDAR (.2). |
| PEGUERO KM* | 11/14/06 | 3.00 | REVISE CASE STATEMENTS (3.0). |
| RAVIN AS | 11/14/06 | 0.30 | MONITOR PLEADINGS FILED ON DOCKET (.1); CONFERENCE WITH D. J. BAKER RE: CONFIRMATION HEARING TRANSCRIPT, DRAFT CORRESPONDENCE TO C. JACKSON RE: SAME, MULTIPLE CORRESPONDENCE WITH K. WARD RE: OBTAINING CONFIRMATION HEARING TRANSCRIPTS, DRAFT CORRESPONDENCE TO S. REISSMAN RE: SAME (.2). |
| TURETSKY DM | 11/14/06 | 0.40 | REVIEW AND COMMENT RE: CASE CALENDAR (.2); TELECONFERENCE WITH A. KURTZ RE: STATUS INQUIRY CONCERNING WINN-DIXIE CASES (.1); FOLLOW UP RE: INQUIRY BY A. KURTZ (.1). |
| WOODFIELD J | 11/14/06 | 5.40 | UPDATE AND CIRCULATE DOCKET (.3); UPDATE AND DISTRIBUTE CASE CALENDAR (2.0); SEARCH DOCKET FOR ORDER GRANTING AUTOMATIC STAY FOR R. GRAY (.4); FILE PLEADINGS IN PERSONAL FILE AND ORGANIZE RETURNED MAIL FROM SERVICE LIST (.6); ORGANIZE AND ACCUTRACK SUBSTANTIVE CONSOLIDATION SOURCE MATERIAL BINDERS (.5); FILE FEE APPLICATIONS IN PERSONAL FILE (1.0); FILE MISCELLANEOUS PLEADINGS IN PERSONAL FILE (.6). |
| GRAY RW | 11/15/06 | 0.10 | REVIEW 11/15 DOCKET UPDATE (.1). |
| LEAMY JM | 11/15/06 | 0.70 | REVIEW HEARING AGENDA FOR 11/16 HEARING (.2); TELECONFERENCE K. WARD RE: SAME (.2); TELECONFERENCE WITH A. RAVIN RE: SAME (.1); EMAILS K. WARD RE: SAME (.2). |
| PEGUERO KM* | 11/15/06 | 3.00 | REVISE CASE STATEMENTS (3.0). |

| RAVIN AS | 11/15/06 | 0.40 | MONITOR PLEADINGS FILED ON DOCKET (.1); REVIEW AND REVISE 11/16 HEARING AGENDA, DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM K. WARD RE: SAME (.2); CONFERENCE WITH J. LEAMY RE: 11/16 HEARING AGENDA (.1). |
|---|---|---|---|
| WOODFIELD J | 11/15/06 | 2.60 | UPDATE AND CIRCULATE DOCKET (.3); UPDATE CASE CALENDAR (.3); PREPARE EXHIBITS TO WINN-DIXIE'S 24TH OMNIBUS CLAIMS OBJECTION (.3); UPDATE AND CIRCULATE WINN-DIXIE MEDIA REPORTS (.3); RESEARCH DOCKET FOR VARIOUS CATAMOUNT MOTIONS FILED AGAINST WINN-DIXIE FOR A. RAVIN (1.3); AND FILE PLEADINGS IN FILE (.1). |
| GRAY RW | 11/16/06 | 0.10 | REVIEW 11/16 DOCKET UPDATE (.1). |
| LAMAINA KA | 11/16/06 | 0.30 | RESPOND TO CLIENT ACCOUNT AT WINN-DIXIE RE: SKADDEN SERVICES (.3). |
| RAVIN AS | 11/16/06 | 0.10 | MONITOR PLEADINGS FILED ON DOCKET (.1). |
| WOODFIELD J | 11/16/06 | 6.10 | UPDATE AND CIRCULATE DOCKET (.3); UPDATE CASE CALENDAR (.7); SEARCH LOGAN FOR CHARLES B. HODGE'S CLAIM FOR R. GRAY (.3); RESEARCH DOCKET FOR C AND A'S ADMINISTRATIVE CLAIM APPLICATION FOR A. RAVIN (.4); SEARCH DOCKET FOR OBJECTION TO 26TH OMNIBUS OBJECTION FOR A. RAVIN (.3); PREPARE EXHIBITS FOR AN ORDER FOR R. GRAY (.5); RESEARCH DOCKET FOR SUSAN WALKER'S MOTION TO FILE CLAIM FOR R. GRAY (.4); RESEARCH LOGAN FOR ALL OF ATMOS ENERGY'S PROOF OF CLAIM AND SEND TO D. KALOUDIS (.8); RESEARCH DOCKET FOR ALL DISCLOSURE STATEMENTS FILED IN WINN-DIXIE FOR K. LAMAINA (.8); SEARCH DOCKET FOR RONNIE BURSON'S CHANGE OF ADDRESS FOR R. GRAY (.4); SEARCH LOGAN FOR CITY OF ST. CLOUD PROOF OF CLAIM FOR D. KALOUDIS (.3); SEARCH DOCKET FOR LOGAN FOR CITY OF VICKSBURG PROOF OF CLAIM FOR D. KALOUDIS (.3); SEARCH LOGAN FOR BOARD OF PUBLIC UTILITIES PROOF OF CLAIM FOR D. KALOUDIS (.3); SEARCH LOGAN FOR BOWLING GREEN'S PROOF OF CLAIM (.3). |
| GRAY RW | 11/17/06 | 0.20 | DRAFT MEMORANDUM TO J. BAKER RE: PENDING MATTERS (.1); REVIEW DOCKET UPDATE (.1). |
| LAMAINA KA | 11/17/06 | 2.30 | PREPARE FEE STATEMENT IN ACCORDANCE WITH INTERIM COMPENSATION PROCEDURES (2.3). |
| RAVIN AS | 11/17/06 | 0.10 | MONITOR PLEADINGS FILED ON DOCKET (.1). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| WOODFIELD J | 11/17/06 | 4.90 | UPDATE AND CIRCULATE DOCKET (.3); UPDATE CASE CALENDAR (.5); PREPARE OBJECTION FOR A. RAVIN TO BE FILED (.3); UPDATE AND CIRCULATE WINN-DIXIE MEDIA REPORTS (.3); RESEARCH DOCKET FOR NOTICE OF TRANSFERS FILED ON 9/15/2006 FOR R. GRAY (.5); RESEARCH DOCKET FOR ORDER FOR R. GRAY (.3); PREPARE CERTIFICATE OF SERVICE FOR OBJECTION TO REQUEST OF C AND A LTD. (.8); SERVE OBJECTION TO REQUEST OF C AND A LTD UPON SERVICE LIST IN CERTIFICATE OF SERVICE (1.2); SEARCH DOCKET FOR NOTICE OF APPEAL FROM FLORIDA TAX COLLECTORS FOR R. GRAY (.3); SEARCH DOCKET FOR NOTICE OF APPEAL FROM LIQUIDITY SOLUTIONS FOR R. GRAY (.3); FILE FEE STATEMENTS IN PERSONAL FILE (.2). |
|---|---|---|---|
| GRAY RW | 11/20/06 | 0.20 | REVIEW 11/20 DOCKET UPDATE (.1); REVIEW NOTICE TO APPELLANTS AND ARRANGE FOR INCORPORATION OF DEADLINES IN CALENDAR (.1). |
| RAVIN AS | 11/20/06 | 0.20 | MONITOR PLEADINGS FILED ON DOCKET (.1); REVIEW AND REVISE CASE CALENDAR (.1). |
| WOODFIELD J | 11/20/06 | 6.60 | UPDATE AND CIRCULATE DOCKET (.3); UPDATE CASE CALENDAR AND DISTRIBUTE DRAFT CASE CALENDAR (1.3); SEARCH DOCKET FOR NOTICE OF APPEAL FOR A. RAVIN (.5); SEARCH DOCKET FOR ORDER DISALLOWING CLAIMS FOR A. RAVIN (.4); SEARCH DOCKET FOR OBJECTION TO REQUEST FOR A. RAVIN (.4); UPDATE AND CIRCULATE WINN-DIXIE MEDIA REPORTS (.3); SEARCH DOCKET FOR MEMORANDUM TO APPELLANT FOR R. GRAY (.5); SEARCH DOCKET FOR TWO NOTICE OF APPEALS FOR A. RAVIN (.6); SEARCH DOCKET FOR RESPONSE TO DEBTORS' 25TH OMNIBUS OBJECTION (.4); SEARCH DOCKET FOR SUPPLEMENT TO OBJECTION BY LANDLORDS FOR A. RAVIN (.6); MAINTAIN CASE FILES (1.2). |
| GRAY RW | 11/21/06 | 0.10 | REVIEW 11/21 DOCKET UPDATE (.1). |
| LEAMY JM | 11/21/06 | 0.30 | REVIEW AND COMMENT ON CASE CALENDAR (.2); REVIEW AND COMMENT ON NOV. 30 HEARING AGENDA (.1). |
| RAVIN AS | 11/21/06 | 0.30 | MONITOR PLEADINGS FILED ON DOCKET (.2); REVIEW CASE CALENDAR (.1). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

WOODFIELD J      11/21/06      4.30    UPDATE AND DISTRIBUTE DOCKET (.3);
                                       UPDATE CASE CALENDAR AND DISTRIBUTE
                                       (1.5); UPDATE WINN-DIXIE MEDIA REPORT
                                       AND DISTRIBUTE (.4); RESEARCH DOCKET TO
                                       AID IN COMPLETION OF S. FELD'S ORDER
                                       GRANTING DEBTORS' MOTION TO APPROVE
                                       STIPULATION RE: CLAIMS (1); SEARCH
                                       DOCKET FOR APPLICATION FOR PAYMENT OF
                                       ADMINISTRATIVE EXPENSE FOR A. RAVIN
                                       (.3); AID IN PREPARATION OF CHARTER AND
                                       BY-LAWS FOR WINN-DIXIE TO BE FILED BY R.
                                       GRAY (.8).

**MATTER TOTAL**                       <u>**87.20**</u>


     * Law clerks are law school graduates who are not presently admitted
     to practice.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Winn-Dixie Stores, Inc. (DIP)                          Bill Date: 12/01/06
Claims Admin. (General)                                Bill Number: 1133503

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 11/01/06 | 3.90 | TELECONFERENCES WITH L. RODRIGUEZ RE: SAME (.2); DRAFT MEMORANDUM TO J. BAKER RE: SHARES FOR MSP/SRP CLAIMS (.2); REVIEW AND RESPOND TO MEMORANDUM FROM E. POLLACK RE: LEASE CLAIMS INCLUDING CURE AND REJECTION DAMAGES (.1); RESEARCH RE: A. ROWLAND CLAIM AND PLAN CLASS ISSUE (.2); DRAFT MEMORANDA TO K. LOGAN AND S. KAROL RE: SAME (.2); TELECONFERENCE WITH C. JACKSON RE: PROCEDURE FOR CLAIM OBJECTION RESOLUTION ORDERS AND DRAFT MEMORANDUM TO J. LEAMY RE: SAME (.1); REVIEW LIST OF CLAIMS STILL NEEDING ATTENTION (.4); EXCHANGE EMAILS WITH E. POLLANK AND J. LEAMY RE: NEXT STEPS ON SAME (.2); DRAFT MEMORANDUM TO J. CASTLE AND D. YOUNG RE: SAME (.1); REVIEW MEMORANDUM FROM K. LOGAN RE: SRP CLAIMS AND DRAFT RESPONSE (.1); TELECONFERENCE WITH K. LOGAN AND B. CROCKER RE: SAME AND RELATED CLAIMS ISSUES (.2); REVIEW R. SANSON FILE FROM L. RODRIGUEZ RE: SRP CLAIM (.2); TELECONFERENCE WITH K. LOGAN RE: FURTHER RESEARCH ON SRP ISSUE (.1); REVIEW LIST OF MSP/SRP ELECTING CLAIM REDUCTION AND REVIEW CLAIM AMOUNTS FOR SAME TO DETERMINE NECESSITY OF CONTACT (.3); REVIEW AND RESPOND TO MEMORANDUM FROM C. TAYLOR RE: S. COLE MSP CLAIM (.2); DRAFT MEMORANDUM TO L. RODRIGUEZ RE: SAME (.1); TELECONFERENCE WITH C. COMPTON RE: SRP CLAIM ISSUES (.1); TCS AND EMAILS WITH L. RODRIGUEZ AND S. KRAUSKA RE: SRP/FEBRUARY PAYROLL ISSUE (.2); DRAFT PROPOSED MEMORANDUM TO SRP EMPLOYEES WITH CLAIM AMOUNT ERROR (.3); TELECONFERENCE WITH L. RODRIQUEZ RE: CLARIFICATION ON SCOPE OF SRP ISSUE (.1); DRAFT MEMORANDUM TO K. LOGAN AND B. CROCKER RE: SAME (.1); TELECONFERENCE WITH V. ROLDAN RE: COMFORT STIPULATION ISSUE ON DELLA CAMERA CLAIMS (.1); DRAFT MEMORANDUM TO V. ROLDAN CONFIRMING NO STIPULATION (.1). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

LEAMY JM          11/01/06       7.20   TELECONFERENCE WITH A. ROSENBLATT RE:
                                        NATIONAL SALES (.2); TELECONFERENCE
                                        WITH D. RAY RE: MEEKER TRUST CLAIM (.2);
                                        TELECONFERENCE WITH K. VANBUSKIRK RE:
                                        WILMINGTON TRUST CLAIMS (.2); EMAIL A.
                                        RAVIN RE: SAME (.2); EMAILS C. HARRISON
                                        RE: CCE STIPULATION (.2);
                                        TELECONFERENCE WITH T. HITCHENS RE:
                                        CLAIM (.4); EMAIL E. OCARROLL RE: CAPX
                                        (.2); TELECONFERENCE WITH E. POLLACK
                                        RE: OPEN CLAIMS (.4); TELECONFERENCE
                                        WITH WITH C. HARRISON AND S. RUCKER RE:
                                        CCE STIPULATION (.4); TC WITH C.
                                        HARRISON, S. RUCKER AND A. FEINMESSER
                                        RE: CCE STIPULATION (.3); TC WITH A. LIU
                                        RE: OPEN CLAIMS (.8); TELECONFERENCE
                                        WITH D. YOUNG RE: GARNIER (.2);
                                        TELECONFERENCE WITH G. PAGANO RE: WORLD
                                        OF SLEEP (.1); TELECONFERENCE WITH B.
                                        GASTON RE: ASSUMED LEASE CLAIMS (.3);
                                        TELECONFERENCE WITH AND EMAIL E.
                                        POLLACK RE: ASSUMED LEASE CLAIMS (.2);
                                        ANALYSIS RE: INEOS MOTION TO ALLOW LATE
                                        CLAIM (.4);EMAIL D. YOUNG RE: INEOS
                                        CLAIM (.1); EMAIL K. DAW RE: CLARK
                                        COUNTY (.1); EMAIL B. GASTON RE: MEEKER
                                        TRUST (.2); EMAIL J. CASTLE RE: VISTA
                                        CONTRACT (.2); REVIEW OPEN AND HOLD
                                        CLAIM REPORTS (.4); EMAIL D. YOUNG RE:
                                        NSS CLAIM (.2); EMAILS A. LIU AND H.
                                        BERKOWITZ RE: SOUTHERN EAGLE (.1);
                                        ANALYSIS RE: GARNIER CLAIM (.4); EMAILS
                                        A. LIU AND K. GWYNNE RE: DEL MONTE (.2);
                                        EMAIL E. POLLACK RE: TEAM 18 CLAIMS
                                        (.1); EMAIL D. YOUNG RE: RESOLVED CLAIMS
                                        (.2); EMAIL J. KELLEHER RE: SCUNCI (.1);
                                        EMAILS D. RAY RE: MEEKER TRUST (.2).

RAVIN AS          11/01/06       0.50   REVIEW MEMORANDA FROM K. LOGAN, R. GRAY
                                        AND E. POLLACK RE: CLAIMS RE: ASSUMED
                                        LEASES (.1); REVIEW MEMORANDUM FROM J.
                                        LEAMY RE: STATUS OF CLAIM RELATED TO
                                        MOTION TO ALLOW BV BELK (.1); REVIEW
                                        CORRESPONDENCE FROM E. POLLACK AND R.
                                        GRAY RE: CLAIMS 9425 AND 10889 (.1);
                                        REVIEW MULTIPLE CORRESPONDENCE FROM A.
                                        WULBERN RE: CLAIMS 9425 AND 10889 AND
                                        ABSENCE FROM CLAIM OBJECTION RE: LEASE
                                        CURES, REVIEW MULTIPLE CORRESPONDENCE
                                        FROM B. GASTON RE: SAME (.1); REVIEW
                                        MEMORANDUM FROM A. WULBERN RE: STORE 738
                                        AND RELATION TO CLAIM OBJECTION RE:
                                        LEASE CURES, REVIEW CORRESPONDENCE FROM
                                        K. DAW RE: SAME (.1).

GRAY RW          11/02/06      1.60   REVIEW AND RESPOND TO MEMORANDA FROM S.
                                      KRAUSKA AND L. RODRIGUEZ RE: S. COLE
                                      CLAIM PAYMENT ISSUES (.1); DRAFT NOTICE
                                      OF CHANGES TO EXHIBITS TO MSP/SRP
                                      OBJECTION (.2); PREPARE SAME WITH
                                      REVISED EXHIBITS FOR FILING (.1); DRAFT
                                      MEMORANDUM TO J. POST RE: SAME (.1);
                                      REVIEW REPLY FROM J. POST AND REVISE
                                      NOTICE OF CHANGES ACCORDINGLY (.1);
                                      EXCHANGE EMAILS WITH B. CROCKER RE:
                                      SERVICE OF NOTICE (.1); DRAFT
                                      MEMORANDUM TO J. MCCONNELL RE: COURTNEY
                                      CLAIM SPLIT (.2); DRAFT FURTHER
                                      MEMORANDUM TO J. MCCONNELL RE: NOTICE OF
                                      CHANGES (.1); EXCHANGE EMAILS WITH K.
                                      WARD RE: SERVICE ISSUES AND DRAFT
                                      MEMORANDUM TO L. RODRIGUEZ RE: SERVICE
                                      OF NOTICE ON SRP EMPLOYEES (.1); DRAFT
                                      MEMORANDUM TO L. RODRIQUEZ RE: CLAIM
                                      REDUCTION REPORT FOR MSP/SRP AND REVIEW
                                      REPLY WITH REPORT ON CALLS TO ELECTING
                                      CLAIMANTS (.1); EXCHANGE EMAILS WITH L.
                                      PRENDERGAST AND J. LEAMY RE: BELLSOUTH
                                      SETOFF MOTION (.1); REVIEW AND RESPOND
                                      TO MEMORANDUM FROM J. CASTLE RE: IRS
                                      SETOFF ISSUES (0.2); DRAFT MEMORANDUM
                                      TO C. TAYLOR CONFIRMING INFORMATION ON
                                      S. COLE CLAIM (.1).

LEAMY JM         11/02/06      8.10   TELECONFERENCE WITH B. BENSINGER RE:
                                      CAPX CLAIM (.1); TELECONFERENCE WITH E.
                                      POLLACK RE: OMNI 25 (.2);
                                      TELECONFERENCE WITH B. GASTON RE:
                                      WINDSOR STATION (.2); EMAILS B. GASTON
                                      RE: REAL ESTATE CLAIMS (.4);
                                      TELECONFERENCE WITH T. WUERTZ RE: OPEN
                                      CLAIMS (.1); REVIEW AND REVISE CCE
                                      STIPULATION (2.0); DRAFT GORTONS
                                      STIPULATION (1.2); DRAFT DIAL
                                      STIPULATION (.8); EMAIL D. WELLS RE:
                                      VISTA EXTENSION TO RESPOND (.1);
                                      ANALYSIS RE: PREPETITION ASSIGNMENT
                                      GUARANTY CLAIMS AND EMAIL A. RAVIN RE:
                                      SAME (.5); EMAIL K. RAYMOND RE:
                                      STIPULATION OF DISMISSAL (.1); EMAIL D.
                                      YOUNG RE: U.S. SURVEYOR (.2); EMAILS S.
                                      SUTTON RE: DAIRY FARMERS OF AMERICA
                                      (.2); ANALYSIS RE: MEEKER, PS FRANKIN
                                      AND GRANBURY BANK CLAIMS (.6); REVIEW N.
                                      BURNHAM LETTER RE: CHECKPOINT AND EMAIL
                                      D. YOUNG RE: SAME (.3); EMAILS D. YOUNG
                                      AND S. BIERNACKE RE: SCHNEIDER NATIONAL
                                      (.2); EMAIL E. POLLACK RE: INEOS CLAIM
                                      (.1); EMAIL B. GASTON RE: WINDSOR
                                      STATION (.1); EMAIL L. PRENDERGAST RE:
                                      BELLSOUTH (.2); ANALYSIS RE: PRINCIPAL
                                      CLAIMS (.4); EMAIL E. POLLACK RE: CAPX
                                      CLAIM (.1).

RAVIN AS       11/02/06       1.40   TELECONFERENCE WITH K. VAN BUSKIRK RE:
                                     FIESTA MART CLAIM (.1); REVIEW
                                     CORRESPONDENCE FROM K. DAW RE: STORE 738
                                     (.1); REVIEW EDNA MEEKER RESPONSE TO
                                     CLAIM OBJECTION (.1); REVIEW PS
                                     FRANKLIN RESPONSE TO CLAIM OBJECTION,
                                     REVIEW CLAIMS DATABASE RE: RELATED
                                     CLAIMS, DRAFT CORRESPONDENCE TO AND
                                     REVIEW CORRESPONDENCE FROM B. GASTON
                                     AND K. NEIL RE: SAME, DRAFT
                                     CORRESPONDENCE TO AND REVIEW
                                     CORRESPONDENCE FROM E. POLLACK RE: SAME
                                     (.5); DRAFT MEMORANDUM TO J. LEAMY RE:
                                     PS FRANKLIN RESPONSE TO CLAIM OBJECTION
                                     (.2); REVIEW CORRESPONDENCE FROM B.
                                     GASTON RE: CLAIM 12843, DRAFT
                                     MEMORANDUM TO AND REVIEW MEMORANDUM
                                     FROM R. GRAY RE: SAME (.1); REVIEW
                                     RESPONSE TO THE DEBTORS' TWENTY-FOURTH
                                     ONMIBUS OBJECTIONS TO CLAIMS FILED BY
                                     BENNETT M. LIFTER (.2); DRAFT
                                     CORRESPONDENCE TO AND REVIEW
                                     CORRESPONDENCE FROM M. LEHMAN RE:
                                     CATAMOUNT CLAIMS (.1).

GRAY RW        11/03/06       1.90   CONFERENCE WITH J. GOTTLIEB, A.
                                     BARAGONA, S. BUSEY, C. JACKSON AND J.
                                     POST RE: IRS/SETOFF ISSUE (.3);
                                     TELECONFERENCE WITH A. RAVIN AND J.
                                     LEAMY TO REVIEW REPORTS AND ASSIGNMENTS
                                     ON OPEN CLAIMS (.4); REVIEW AND COMMENT
                                     ON MEMORANDA TO SHB RE: CLAIMS IN THEIR
                                     AREAS (.1); REVIEW MEMORANDUM AND
                                     ATTACHMENT FROM B. CROCKER RE:
                                     CLASSIFICATION OF CLAIMS FILED AFTER
                                     8/1 (.1); REVIEW AND COMMENT ON DIAL
                                     STIPULATION (.2); REVIEW AND COMMENT ON
                                     GORTON'S STIPULATION (.2); REVIEW AND
                                     RESPOND TO MEMORANDUM FROM L. RODRIGUEZ
                                     RE: D. MCRAE MSP CLAIM CALCULATION (.1);
                                     REVIEW AND RESPOND TO MEMORANDUM FROM K.
                                     MIDDLETON RE: RECALCULATION OF D. MCRAE
                                     (.1); LOCATE SRP DOCUMENT REQUESTED BY
                                     M. BARR AND DRAFT MEMORANDUM TO M. BARR
                                     RE: SAME (.1); REVIEW CENTRE STAGE
                                     LETTER TO UST AND CIRCULATE (.1); REVIEW
                                     MEMORANDUM FROM J. CASTLE RE: CF SAUER
                                     STATUS AND REVIEW AND RESPOND TO
                                     MEMORANDUM FROM B. KICHLER RE: CF SAUER
                                     CLAIM SETTLEMENT (.1); EXCHANGE EMAILS
                                     WITH E. POLLACK RE: REJECTION CLAIM
                                     COMPONENT ISSUE ON EXHIBITS (.1).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

LEAMY JM      11/03/06      8.20    REVIEW LIST OF OPEN ADMINISTRATIVE
                                    CLAIMS AND DETERMINE NEXT STEPS (.3);
                                    TELECONFERENCE WITH R. GRAY AND A RAVIN
                                    RE: OPEN CLAIMS (.4); TELECONFERENCE
                                    WITH T. LEMKE RE U.S. BANK CLAIM (.2);
                                    TELECONFERENCE WITH W. SIMKULAK RE:
                                    PRINCIPAL CLAIMS AND OMNI 24 (.3);
                                    REVIEW AND REVISE GORTONS STIPULATION
                                    (.5); REVIEW AND REVISE DIAL
                                    STIPULATION (.5); REVIEW AND
                                    DETERMINATION OF CLAIM OBJECTIONS TO BE
                                    WITHDRAWN (.6); DRAFT OMNIBUS
                                    WITHDRAWALS FOR CLAIMS FROM 8TH, 9TH,
                                    12TH AND 15TH CLAIM OBJECTIONS (.9);
                                    EMAIL E. POLLACK RE: SAME (.1); EMAIL B.
                                    GASTON RE: HOMEWOOD ASSOCIATES (.2);
                                    EMAIL B. GASTON RE: BUEHLERS (.2); W.
                                    SIMKULAK EMAILS RE: PRINCIPAL CLAIMS
                                    (.1); REVIEW OMNI 24 RESPONSES (1.5);
                                    REVIEW OPEN CLAIM LIST (.4); EMAIL J.
                                    POST RE: SAME (.1); EMAIL R. WELHOELTER
                                    RE: U.S. BANK CLAIMS (.2); ANALYSIS RE:
                                    MOTION OF TAYLON FOR PERMISSION TO FILE
                                    OBJECTION (.5); TELECONFERENCE AND
                                    EMAIL M. RUSSELL RE: MATTELL CLAIM (.2);
                                    EMAIL J. MILTON RE: CCE MOTION (.2);
                                    EMAIL A. PARKER RE: NSS CLAIM (.1);
                                    EMAIL J. LANDON RE: XEROX (.1); EMAIL M.
                                    ZELMANOVITZ RE: SCHWARTZ FAMILY TRUST
                                    (.1); EMAILS C. HARRISON RE: CCE
                                    STIPULATION (.1); EMAIL K. RAYMOND RE:
                                    TX DEPT HHS CLAIM (.1); EMAIL T. DEW RE:
                                    NC CLAIM (.1); EMAIL D. BRYANT RE: MGM
                                    CLAIM (.1); EMAIL A. GUON RE: WATKINS
                                    INVESTMENTS CLAIM (.1).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

RAVIN AS        11/03/06      3.90    REVIEW LIFTER RESPONSE TO 24TH OMNIBUS
                                      CLAIM OBJECTION (.1); REVIEW UNITED'S
                                      RESPONSE TO 24TH OMNIBUS CLAIM
                                      OBJECTION, DRAFT MEMORANDUM TO AND
                                      REVIEW MEMORANDUM FROM J. LEAMY RE: SAME
                                      (.2); REVIEW AND REVISE CATAMOUNT CLAIM
                                      STATUS CHART (.8); TELECONFERENCE WITH
                                      K. NEIL RE: CATAMOUNT CLAIMS (.1);
                                      REVIEW CORRESPONDENCE FROM AND DRAFT
                                      CORRESPONDENCE TO K. NEIL RE: CATAMOUNT
                                      CLAIMS (.1); PREPARE FOR TELECONFERENCE
                                      WITH M. LEHMAN RE: CATAMOUNT CLAIMS
                                      INCLUDING REVIEW OF FEE STATEMENTS FOR
                                      CATAMOUNT'S COUNSEL (.4); DRAFT
                                      CORRESPONDENCE TO AND REVIEW
                                      CORRESPONDENCE FROM B. GASTON RE:
                                      CATAMOUNT (.1); REVIEW GATOR COASTAL
                                      SHOPPING CENTRE, LLC RESPONSE TO
                                      DEBTORS' TWENTY-FOURTH OMNIBUS CLAIM
                                      OBJECTION (.2); REVIEW LOGAN REPORTS
                                      RE: CLAIMS STILL REQUIRING ATTENTION
                                      (.2); DRAFT CORRESPONDENCE TO E.
                                      POLLACK RE: AGREED ORDER RE: RDI ADMIN
                                      CLAIM (.1); TELECONFERENCE WITH M.
                                      LEHMAN RE: CATAMOUNT CLAIMS (.7);
                                      REVIEW RESPONSE BY JEFFERSON-PILOT LIFE
                                      INSURANCE CO. TO DEBTORS' 24TH
                                      OBJECTION TO CLAIMS (.2);
                                      TELECONFERENCE WITH R. GRAY AND J. LEAMY
                                      RE: OPEN CLAIM ISSUES (.4); DRAFT
                                      MULTIPLE CORRESPONDENCE TO A. WULBERN
                                      AND C. JACKSON RE: OPEN CLAIM ISSUES
                                      (.2); REVIEW CORRESPONDENCE FROM R.
                                      WOEHOELTER RE: U.S. BANK'S RESPONSE TO
                                      24TH OMNIBUS CLAIM OBJECTION (.1).

LEAMY JM        11/04/06      1.00    DRAFT NOTICE OF AGREED ORDER FOR MMMM
                                      MOTION TO RECONSIDER ORDER REDUCING
                                      CLAIM (.5); REVIEW AND REVISE KRAFT
                                      STIPULATION BASED ON COMMENTS FROM
                                      KRAFT (.5).

RAVIN AS        11/04/06      0.10    REVIEW CORRESPONDENCE FROM E. POLLACK
                                      RE: STATUS OF CLAIMS ASSOCIATED WITH
                                      ASSUMED LEASES (.1).

LEAMY JM        11/05/06      2.50    REVIEW AND REVISE STIPULATIONS FOR
                                      CLAIMS OF INDIAN TRAIL (.8), WINDSOR
                                      STATION (1.0) AND CSX (.7).

GRAY RW         11/06/06      0.10    EXCHANGE EMAILS WITH D. TURETSKY AND B.
                                      CROCKER RE: ADDRESSING D. MCRAE ISSUE IN
                                      ORDER (.1).

EICHEL S        11/06/06      0.20    REVIEW EMAILS FROM J. LEAMY RE: CLAIM OF
                                      NBTY (.2).

19

LEAMY JM          11/06/06          8.50     TC T WUERTZ RE: MGM, PEPSI, REVLON (.3);
                                             DRAFT CSX STIPULATION (.6);
                                             TELECONFERENCE WITH A GANGAT RE: CLAIM
                                             ISSUES SBX MORTGAGE (.3);
                                             TELECONFERENCE WITH D. TURETSKY RE: DH
                                             PETERSON (.3); REVIEW PORCUPINE CLAIMS
                                             (.3); TELECONFERENCE WITH E. POLLACK
                                             RE: NEW IKON CLAIM (.2); TELECONFERENCE
                                             WITH K. FAGERSTROM RE: XEROX (.1); EMAIL
                                             E POLLACK RE: SAME (.1); TELECONFERENCE
                                             WITH H. STEEL RE: JDN REALTY CLAIM (.2)
                                             TELECONFERENCE WITH E POLLACK RE: OPEN
                                             CLAIMS (.6); TELECONFERENCE WITH A.
                                             RAVIN RE: REAL ESTATE CLAIMS (.2);
                                             TELECONFERENCE WITH D. TURETSKY RE:
                                             RAINBOW SIGNS (.3); TELECONFERENCE WITH
                                             J. POST RE: UPCOMING CLAIM OBJECTIONS
                                             (.1); EMAIL S. LORBER RE: WINN-DIXIE
                                             HILLARD (.1); EMAILS B. GASTON, A. HATCH
                                             RE: WINDSOR STATION AGREED ORDER (.2);
                                             EMAIL B. GASTON RE: SCHWARTZ FAMILY
                                             TRUST CLAIM (.2); EMAIL D. YOUNG RE:
                                             KRAFT (.1); EMAIL A. LIU RE: MEAD
                                             JOHNSON (.1); EMAIL S. BRYANT RE:
                                             RIVIANA FOODS (.1); EMAIL J. CASTLE RE:
                                             FOOD LION (.1); REVIEW AND ANALYSIS OF
                                             MULTIPLE RESPONSES TO 24TH CLAIM
                                             OBJECTION (2.0); DRAFT SEVERAL
                                             WITHDRAWALS OF OBJECTIONS TO CLAIMS
                                             (1.2); DRAFT AGREED ORDER AND NOTICE RE:
                                             MMMM MOTION AND EMAIL D. DARE RE: SAME
                                             (.8).

| | | | |
|---|---|---|---|
| RAVIN AS | 11/06/06 | 4.50 | TELECONFERENCE WITH E. BRAZEAL RE: KIRKLAND CLAIM (.1); REVIEW PS FRANKLIN RESPONSE TO 24TH OMNIBUS CLAIM OBJECTION (.1); TELEPHONE CONFERENCES WITH F. CHIKOVSKY RE: PS FRANKLIN (.2); REVIEW RESPONSE OF FIRST NAT'L BANK OF GRANBURY TO CLAIM OBJECTION (.2); DRAFT CHART RE: LANDLORD/LENDER CLAIM OBJECTIONS (1.8); REVIEW LIFTER CLAIM OBJECTION, REVIEW UNDERLYING CLAIMS OF LIFTER AND PRINCIPAL RE: SAME DRAFT MEMORANDUM TO J. LEAMY RE: STRATEGY RE: SAME (.2); REVIEW CORRESPONDENCE FROM C. JACKSON RE: CLAIMS STILL REQUIRING ATTENTION (.1); TELECONFERENCE WITH S. LORBER RE: RESPONSE TO CLAIM OBJECTION RE: WINN-DIXIE MT. CARMEL AND PORCUPINE (.1); DRAFT MEMORANDA TO AND REVIEW MEMORANDA FROM R. GRAY AND J. LEAMY RE: RESPONSE TO CLAIM OBJECTION RE: WINN-DIXIE MT. CARMEL AND PORCUPINE (.1); DRAFT CORRESPONDENCE TO C. JACKSON, A. WULBERN AND J. POST RE: RESPONSE TO CLAIM OBJECTION RE: WINN-DIXIE MT. CARMEL AND PORCUPINE (.2); REVIEW RESPONSES TO 24TH OMNIBUS CLAIM OBJECTION INCLUDING RESPONSES FILED BY DANIEL KAMIN, PORCUPINE, MT. CARMEL, JEFFERSON PILOT, AND ALECASHTON (.5); TELECONFERENCE WITH J. CASTLE, K. NEIL, E. POLLACK, B. GASTON, AND R. TANSI RE: OPEN CLAIMS NEEDING ATTENTION (.6); CONFERENCE WITH J. LEAMY RE: CLAIMS ASSOCIATED WITH RESPONSES TO 24TH OMNIBUS OBJECTION (.2); TELECONFERENCE WITH W. SIMKULAK RE: STIPULATION FOR PRINCIPAL (.1). |
| TURETSKY DM | 11/06/06 | 2.40 | TELEPHONE CALLS WITH J. LEAMY RE: RAINBOW CLAIM AND POSSIBLE RELATED MECHANIC/CONSTRUCTION CLIENT (.3); RESEARCH RE: MISSISSIPPI CONSTRUCTION LIEN LAW IN CONNECTION WITH RAINBOW CLAIM (1.7); TELECONFERENCE WITH E. POLLACK RE: E. KWENTOH CLAIM (.1); E-MAIL TO J. POST RE: E. KWENTOH CLAIM (.3). |
| GRAY RW | 11/07/06 | 0.10 | REVIEW MEMORANDUM FROM J. POST RE: DEADLINE FOR CLAIM OBJECTIONS AND EXCHANGE EMAILS WITH J. LEAMY AND A. RAVIN RE: SAME (.1). |

| | | | |
|---|---|---|---|
| LEAMY JM | 11/07/06 | 7.20 | TELECONFERENCE WITH B. GASTON RE: SCHWARTZ FAMILY TRUST CLAIM (.3); EMAIL T. WUERTZ RE: SCHUSTER SETTLEMENT (.2); TELECONFERENCE WITH E. POLLACK RE: OBJECTION WITHDRAWALS (.1); TELECONFERENCE WITH A. RAVIN RESPONSES TO 24TH OMNI (.4); TELECONFERENCE WITH V. GIBBONS RE: MERCHANT SQUARE INVSTS CLAIM (.1); REVIEW AND ANALYSIS OF RESPONSES TO 24TH OMNIBUS (4.0); DRAFT AGREED ORDER RE: SCUNCI CLAIM (.4); TELECONFERENCE WITH J. DUBAN RE: KRAFT (.4); TELECONFERENCE WITH A. RAVIN RE: 24TH OMNI RESPONSES (.2); TELECONFERENCE WITH K. JOHNSON RE: BROWN BOTTLING (.2); TELECONFERENCE WITH D. POLLACK RE: PEREGRINE PROPERTIES (.2); TELECONFERENCE WITH E. POLLACK RE: SAME (.1); TELECONFERENCE WITH A. RAVIN RE: SAME (.2); EMAIL T. WUERTZ RE: SCHUSTER (.2); EMAIL P. RATHWELL RE: DIAL CORP (.2). |
| RAVIN AS | 11/07/06 | 6.30 | REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO E. BRAZEAL RE: RESPONSE BY KIRKLAND TO 24TH CLAIM OBJECTION (.1); TELECONFERENCE WITH W. SIMKULAK RE: PRINCIPAL'S CLAIMS (.2); DETAILED REVIEW OF RESPONSES TO 24TH OMNIBUS CLAIMS OBJECTION AND RESEARCH OF UNDERLYING CLAIMS (2.9); DRAFT LENGTHY MEMORANDUM TO COMPANY RE: PROPOSED STRATEGY FOR ADDRESSING RESPONSES TO 24TH OMNIBUS CLAIMS OBJECTION (2.3); MULTIPLE CONFERENCES WITH J. LEAMY RE: PROPOSED STRATEGY FOR ADDRESSING RESPONSES TO 24TH OMNIBUS CLAIMS OBJECTION (.2); TELECONFERENCE WITH D. BALLARD RE: LIVE OAK 99 MEMBER, LLC = STORE 198, ZACHARY 99 MEMBER, LLC = STORE 1581 AND CLARKSVILLE 99 MEMBER, LLC (.1); REVIEW CORRESPONDENCE FROM K. NEIL RE: LIVE OAK 99 MEMBER, LLC (STORE 198), ZACHARY 99 MEMBER, LLC (STORE 1581) AND CLARKSVILLE 99 MEMBER, LLC (.1); TELECONFERENCE WITH H. FOLEY RE: ALLIED CLAIM (.1); TELEPHONE CONFERENCES WITH F. CHIKOVSKY RE: ALLIED AND P.S. FRANKLIN CLAIMS (.1); DRAFT CORRESPONDENCE TO B. GASTON RE: CATAMOUNT CLAIM STATUS (.1); REVIEW CORRESPONDENCE FROM M. LEHMAN RE: CATAMOUNT CLAIM STATUS (.1). |
| SCHWARZMAN T* | 11/07/06 | 1.30 | REVIEW DOCUMENTATION RELATING TO DEFERRED MAINTENANCE CLAIMS (1.3). |

TURETSKY DM        11/07/06      0.20    TELECONFERENCE WITH J. POST RE:
                                         DISPUTED CLAIMS (.1); E-MAIL TO D. YOUNG
                                         RE: E. KWENTOH CLAIM (.1).

GRAY RW            11/08/06      0.20    REVIEW AND RESPOND TO MEMORANDUM FROM J.
                                         LEAMY RE: CLAIMS OBJECTION TIMING AND
                                         LIMBO ISSUE (.1); REVIEW AND RESPOND TO
                                         MEMORANDUM FROM J. CASTLE RE: CLAIMS
                                         OBJECTION TIMING (.1).

LEAMY JM           11/08/06      8.50    TELECONFERENCE WITH E. POLLACK RE: 7TH
                                         AND 8TH ADJOURNED CLAIMS (.4);
                                         TELECONFERENCE WITH D. LUTZ RE: GATOR
                                         CLAIM (.2); TELECONFERENCE WITH D.
                                         YOUNG RE: OMNI OBJECTIONS (.3);
                                         TELECONFERENCE WITH V. KRISH RE: SCOTT
                                         GROSS (.2); TELECONFERENCE WITH W.
                                         ZEWADSKI RE: WEBBER CLAIMS (.2);
                                         TELECONFERENCE WITH P. REILLY RE:
                                         PHARMACARE CLAIM (.1); TELECONFERENCE
                                         WITH J. POST RE: LATE CLAIMS (.3);
                                         TELECONFERENCE WITH A. GUON RE: WATKINS
                                         INVSTS CLAIM (.2); TELECONFERENCE WITH
                                         A. LIU RE: REDDY ICE (.1); ANALYSIS RE:
                                         REMAINING OPEN CLAIMS (1.2); EMAIL J.
                                         DROUSE RE: SIOUX HONEY (.1); EMAIL J.
                                         CASTLE RE: CCE (.1); EMAIL C. HILL RE:
                                         REDDY ICE (.1); EMAIL N. BURNHAM RE:
                                         CHECKPOINT (.2); DRAFT PROPOSED AGREED
                                         ORDER RE: RESOLVED 7TH OMNIBUS CLAIMS
                                         (1.3); DRAFT PROPOSED AGREED ORDERS FOR
                                         RESOLVED CLAIMS FROM 8TH AND 12TH
                                         OBJECTIONS (2.0); EMAIL J. GUSO RE:
                                         DELNICE CORP (.1); EMAIL K. LOGAN RE:
                                         WORLD OF SLEEP CLAIM (.1); EMAIL D.
                                         WELLS RE: VISTA CLAIMS (.1); EMAILS D.
                                         LANDIS RE: HEALTHCARE CONSULTANTS (.2);
                                         REVIEW AND ANALYSIS OF CREDITORS
                                         COMMENTS TO DIAL AND GORTONS
                                         STIPULATIONS (1.0).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| RAVIN AS | 11/08/06 | 3.10 | TELECONFERENCE WITH T. SCHWARZMAN, B. GASTON, C. JACKSON, K. CHERRY, K. NEIL, P. PUCILLO, AND K. DAW RE: CHESTER DIX, CATAMOUNT AND OTHER DAMAGE CLAIM ISSUES (.7); FOLLOW UP TELECONFERENCE WITH C. JACKSON RE: CHESTER DIX, CATAMOUNT AND OTHER DAMAGE CLAIM ISSUES (.1); REVIEW MEMORANDA FROM J. LEAMY, R. GRAY AND J. CASTLE RE: OPEN CLAIMS AND TARGETED DATES FOR OBJECTIONS (.2); DRAFT CORRESPONDENCE TO P. WINDHAM AND K. DAW RE: JEFF PILOT CLAIMS (.1); TELECONFERENCE WITH D. LUTZ RE: GATOR CLAIM (.2); REVIEW CORRESPONDENCE FROM E. POLLACK RE: OPEN CLAIMS (.1); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM D. LUTZ RE: CLAIM OF GATOR (.1); TELECONFERENCE WITH W. SKIMULAK RE: PRINCIPAL /GATOR CLAIMS (.1); REVIEW CORRESPONDENCE FROM M. LEHMAN AND K. NEIL RE: STORE 2712 ACKERMAN INVOICE, MIDTOWN SHOPPING CTR. (.1); REVIEW CORRESPONDENCE FROM J. CASTLE RE: LISTERIA CASE SETTLEMENT AND OTHER CLAIMS (.1); CONFERENCE WITH T. SCHWARZMAN RE: RESPONSES TO CLAIM OBJECTIONS (.3); REVIEW RESPONSES TO 24TH OMNIBUS CLAIM OBJECTION (.4); MULTIPLE CALLS WITH M. FULLINGTON RE: PALM LAKES AND ALECASHTON RESPONSES TO 24TH OMNI CLAIMS OBJECTION (.3); REVIEW CORRESPONDENCE FROM K. DAW AND J. CASTLE RE: PROPOSED ESCROW AGREEMENT RE: JEFFERSON PILOT CLAIMS (.1); REVIEW CORRESPONDENCE FROM W. SIMKULAK RE: GATOR AND PRINCIPAL'S CLAIMS (.1); REVIEW CHART FROM S. ABROMOWITZ RE: CLAIMS RELATING TO STORES 2443, 2457, AND 2715 FOR JEFF PILOT (.1). |
| SCHWARZMAN T* | 11/08/06 | 6.70 | TELECONFERENCE WITH B. GASTON, C. JACKSON, K. CHERRY, K. NEIL, P. PUCILLO, AND K. DAW RE: CHESTER DIX, CATAMOUNT AND OTHER DAMAGE CLAIM ISSUES (.7); REVIEW DEBTORS' 24TH OMNIBUS OBJECTION, AND FILED RESPONSES (2.0); MEETING WITH A. RAVIN TO DISCUSS DRAFTING OF AGREED ORDERS (.3); RESEARCH CLAIMS AND BEGIN DRAFT OF AGREED ORDER RESOLVING CLAIMS (3.7). |
| GRAY RW | 11/09/06 | 0.10 | REVIEW AND RESPOND TO MEMORANDUM FROM J. CASTLE RE: SALES TAX AUDIT ISSUE (.1). |

LEAMY JM          11/09/06      10.00    TELECONFERENCE WITH W. SIMKULAK RE:
                                         PRINCIPAL CLAIMS (.2); EMAIL M. RUSSEL
                                         RE: MATTEL (.2); TELECONFERENCE WITH K.
                                         NEWMARCH RE: JELLY BELLY (.2); EMAIL T.
                                         WUERTZ RE: CLAIM 6738 (.1); EMAIL J.
                                         WALTON RE: BUMBLE BEE (.1); EMAIL T.
                                         WHALEN RE: RM PALMER (.1); EMAIL N.
                                         LAFLEUR RE: SIOUX HONEY (.2); EMAIL A.
                                         FRISCH RE: PC WOO (.1); EMAIL J. KREHER
                                         RE: KRISPY KREME (.1);  EMAIL D. YOUNG
                                         RE: KRAFT (.1); EMAILS D. MORTON RE:
                                         GRANBURY BANK (.2); EMAIL E. HEARN RE:
                                         SOUTHEAST UNLOADING (.1); EMAILS J.
                                         CASTLE RE: SALES TAX CLAIMS (.2); EMAILS
                                         D. YOUNG RE: MULTIPLE OPEN CLAIMS (.4);
                                         EMAIL D. SINAIKO RE: WORLD OF SLEEP
                                         (.1); EMAILS C. HARRISON RE: CCE (.3);
                                         EMAIL B. GASTON RE: WATKINS (.1); EMAIL
                                         E. POLLACK RE: SCUNCI (.1);
                                         TELECONFERENCE WITH E. POLLACK RE: OPEN
                                         CLAIMS (.5); TELECONFERENCE WITH E.
                                         HEARN RE: SOUTHEAST (.1);
                                         TELECONFERENCE WITH T. KING RE:
                                         BUEHLERS (.1); REVIEW VISTA HEALTHCARE
                                         CLAIM DOCUMENTATION (.4);
                                         TELECONFERENCE WITH D. WELLS RE: VISTA
                                         (.2) TELECONFERENCE WITH E. POLLACK RE:
                                         NEXT OBJECTION (.4); TELECONFERENCE
                                         WITH R.DOBY RE: MEEKER (.8); REVIEW AND
                                         ANALYSIS OF OPEN AND HOLD CLAIM REPORTS
                                         (.5); DRAFT 7TH AND 8TH OMNIBUS
                                         SUPPLEMENTAL ORDERS (2.0); BEGIN TO
                                         DRAFT 27TH CLAIM OBJECTION (2.0).

RAVIN AS          11/09/06      1.60   DRAFT CORRESPONDENCE TO J. POST RE: J.
                                       CASTLE QUESTION ON LISTERIA SETTLEMENT
                                       (.1); DRAFT MEMORANDA TO AND REVIEW
                                       MEMORANDA FROM T. SCHWARZMAN RE:
                                       GATOR/PRINCIPAL CLAIM STIPULATION
                                       (.1); REVIEW AND REVISE CATAMOUNT
                                       CLAIMS STATUS CHART BASED UPON E-MAIL
                                       FROM M. LEHMAN RE: ADMIN TAXES ON STORE
                                       2712 (.1); TELECONFERENCE WITH W.
                                       SIMKULAK RE: CONWAY CLAIMS (.2);
                                       CONFERENCE WITH T. SCHWARZMAN RE:
                                       CONWAY CLAIMS (.3); TELECONFERENCE WITH
                                       D. LUTZ RE: GATOR CLAIM (.1); DRAFT
                                       CORRESPONDENCE TO B. GASTON AND K. NEIL
                                       RE: CURE AMOUNT ASSOCIATED WITH P.S.
                                       FRANKLIN (.1); TELECONFERENCE WITH H.
                                       FOLEY (VM) RE: ALLIED/P.S. FRANKLIN
                                       CLAIMS, REVIEW CORRESPONDENCE FROM K.
                                       NEIL RE: SAME (.1); TELECONFERENCE (VM)
                                       WITH M. LEHMAN RE: CATMOUNT CLAIMS
                                       STATUS (.1); TELECONFERENCE WITH T.
                                       WOLFORD RE: RESPONSES TO 24TH OMNIBUS
                                       CLAIMS OBJECTION (.1); REVIEW MEMORANDA
                                       FROM J. LEAMY RE: CLAIMS RESOLUTIONS
                                       INCLUDING GRANBURY, PEREGRINE (.1).

SCHWARZMAN T*     11/09/06      5.60   CONFERENCE WITH A. RAVIN RE: 24TH
                                       OMNIBUS OBJECTIONS (.3); DRAFT CHART
                                       RELATED TO LENDER/LANDLORD CLAIMS
                                       OBJECTIONS (5.3).

LEAMY JM          11/10/06          9.00     EMAIL N. SCOTT RE: HEINZ (.1); REVIEW ED
                                             HILLARD RESPONSE TO 24TH OMNIBUS AND
                                             EMAIL D. YOUNG RE: SAME (.4); EMAIL D.
                                             DARE RE: MMMM MOTION (.1); EMAILS B.
                                             GASTON RE: WINN-DIXIE HILLIARD (.2);
                                             EMAIL R. DOBY RE: MEEKER TRUST (.1);
                                             TELECONFERENCE WITH WINN-DIXIE TEAM, E
                                             POLLACK, B. GASTON, A RAVIN RE: OPEN
                                             CLAIMS (1.2); TELECONFERENCE WITH M.
                                             ZELMANOWITZ RE: SCHWARTZ FAMILY TRUST
                                             CLAIM (.3); ANALYSIS RE: OHIO CASUALTY
                                             CLAIMS AND EMAIL S. FELD RE: OHIO
                                             CASUALTY (.4); EMAIL E. POLLACK RE: NATL
                                             LIFT TRUCK (.1); EMAIL B. GASTON RE:
                                             BUEHLERS (.1); EMAIL D. YOUNG RE: ZAK
                                             DESIGNS (.1); REVIEW U.S. BANK RESPONSE
                                             TO 24TH OMNI (.2); EMAIL L. BERKOFF, K.
                                             FAGERSTROM RE: GECC CLAIM (.2); EMAIL T.
                                             WUERTZ RE: NESTLE (.1); EMAIL D. MORTON
                                             RE: GRANBURY BANK (.1); EMAIL E. POLLACK
                                             RE: IKON (.1); EMAIL S. WILLIAMS RE: 5TH
                                             OMNI ORDER (.1); EMAIL J. KELLEHER RE:
                                             SCUNCI (.2); EMAIL T. DEW RE: NC CLAIM
                                             (.1); EMAIL B. OTTINGER RE: AUTOZONE
                                             (.1); EMAIL T. KING RE: BUEHLERS (.1);
                                             EMAIL J. MARTIN RE: COLORADO BOXED BEEF
                                             (.1); EMAIL A. ROSENBLATT RE: NATL SALES
                                             SERVICE (.1); DRAFT SUPPLEMENTAL ORDER
                                             RE: RESOLVED 15TH OMNIBUS CLAIMS (1.);
                                             FURTHER REVISIONS TO 7TH AND 8TH
                                             SUPPLEMENTAL ORDERS (1.); REVIEW AND
                                             COMMENT ON OHIO CASUALTY MOTION AND
                                             DRAFT OHIO CASUALTY ORDER (1.4); DRAFT
                                             REASONS FOR DISALLOWANCE FOR CLAIMS TO
                                             BE INCLUDED ON OMNI 27 (1.).

RAVIN AS          11/10/06       3.20    REVIEW HILLIARD'S RESPONSE TO 24TH
                                         OMNIBUS CLAIM OBJECTION (.2); REVIEW
                                         CORRESPONDENCE FROM B. GASTON, J.
                                         CASTLE AND J. LEAMY RE: HILLIARD'S
                                         RESPONSE TO 24TH OMNIBUS CLAIM
                                         OBJECTION (.1); TELECONFERENCE WITH D.
                                         LUTZ RE: PRINCIPAL/GATOR CLAIMS (.2);
                                         REVIEW CORRESPONDENCE FROM T. CORCORAN
                                         RE: TRANSAMERICA LIFE INSURANCE COMPANY
                                         (.1); TELECONFERENCE WITH J. CASTLE, J.
                                         LEAMY, B. GASTON, E. POLLACK, M.
                                         RICHARDS, J. POST, J. LAMMERT, K. ROMEO,
                                         R. TANSI AND D. YOUNG RE: STATUS OF OPEN
                                         CLAIMS (1.2); TELECONFERENCE WITH E.
                                         BRAZEAL RE: OBJECTION TO KIRKLAND CLAIM
                                         (.1); TELECONFERENCE WITH H. FOLEY RE:
                                         P.S. FRANKLIN CLAIM (.1); REVIEW
                                         CORRESPONDENCE FROM S. PEAY, K. CHERRY
                                         AND B. GASTON RE: CATAMOUNT CLAIMS (.1);
                                         CONFERENCE WITH T. SCHWARZMAN RE: JEFF
                                         PILOT CLAIMS (.1); REVIEW
                                         CORRESPONDENCE FROM AND DRAFT
                                         CORRESPONDENCE TO B. GASTON RE: JEFF
                                         PILOT CLAIMS (.1); REVIEW
                                         CORRESPONDENCE FROM E. BRAZEAL RE:
                                         KIRKLAND RESPONSE TO 24TH OMNIBUS
                                         CLAIMS OBJECTION (.1); DRAFT MEMORANDUM
                                         TO AND REVIEW MEMORANDUM FROM R. GARY
                                         RE: LISTERIA SETTLEMENT (.1); REVIEW
                                         CORRESPONDENCE FROM AND DRAFT
                                         CORRESPONDENCE TO K. DAW RE: ESCROW
                                         AGREEMENTS PROPOSED BY JEFFERSON PILOT
                                         (.1); TELECONFERENCE WITH R. WELHALTER
                                         RE: OBJECTION TO U.S. BANK CLAIM (.1);
                                         REVIEW AND REVISE AGREED ORDER RE:
                                         JEFFERSON PILOT CLAIMS (.3); REVIEW
                                         U.S. BANK'S RESPONSE TO 24TH OMNIBUS
                                         CLAIM OBJECTION (.2).

SCHWARZMAN T*      11/10/06       6.70    DRAFT CHART DETAILING 24TH OMNIBUS
                                         OBJECTIONS AND RESPONSES (.9);
                                         CONFERENCE WITH A. RAVIN RE:
                                         STIPULATIONS (.1); DRAFT AGREED ORDER
                                         IN RELATION TO THREE CLAIMS SET FORTH IN
                                         24TH OMNIBUS OBJECTION (3.6); DRAFT
                                         ADDITIONAL AGREED ORDER FOR CLAIMS SET
                                         FORTH IN 24TH OMNIBUS OBJECTIONS (1.0);
                                         DRAFT THIRD AGREED ORDER FOR CLAIMS SET
                                         FORTH IN 24TH OMNIBUS HEARING (.9);
                                         REVIEW CORRESPONDENCES IN RELATION TO
                                         CLAIMS ADMINISTRATION AND (.2).

GRAY RW        11/12/06      1.70   DRAFT MEMORANDUM TO S. FELD AND J. LEAMY
                                    RE: INSURANCE CLAIM ISSUES FOR RESERVE
                                    (0.1); FOLLOW UP EMAIL EXCHANGE WITH S.
                                    FELD RE: SAME (0.1); REVIEW AND COMMENT
                                    ON DRAFT OBJECTION TO IRS CLAIMS (0.3);
                                    DRAFT MEMORANDUM TO D. TURETSKY RE:
                                    REJECTION DAMAGE CLAIM RESERVE ISSUES
                                    (0.1); DRAFT FOLLOW UP MEMORANDUM TO J.
                                    CASTLE ET AL. RE: ADMINISTRATIVE CLAIM
                                    BAR DATE NOTICING (0.1); REVIEW C. HODGE
                                    RESPONSE ON SRP OBJECTION (0.1); DRAFT
                                    MEMORANDUM TO S. BUSEY ET AL. RE: ISSUES
                                    FOR HEARING ON MSP/SRP OBJECTION (0.6);
                                    DRAFT FOLLOW UP MEMORANDUM RE: R. SANSON
                                    ISSUES ON SRP (0.1); REVIEW AND RESPOND
                                    TO MEMORANDUM FROM J. LEAMY RE: KONICA
                                    CLAIM OBJECTION (0.1); REVIEW AND
                                    RESPOND TO MEMORANDUM FROM J. LEAMY RE:
                                    ISSUES ON 20TH OMNIBUS OBJECTION (0.1).

LEAMY JM       11/12/06      5.50   REVIEW CLAIMS SUBJECT TO 27TH OMNIBUS
                                    OBJECTION (2.0); DRAFT OBJECTION (2.0);
                                    REVIEW AND REVISE EXHIBITS FOR
                                    OBJECTION (1.2); EMAIL E HEARN RE:
                                    KONICA (.1); ANALYSIS OF ANY RESERVE FOR
                                    INSURANCE CLAIMS (.2).

GRAY RW        11/13/06      2.40   REVIEW AND RESPOND TO MEMORANDUM FROM L.
                                    RODRIGUEZ RE: HENDERSON BENEFICIARY
                                    ISSUE (.1); REVIEW 27TH OMNIBUS
                                    OBJECTION, ORDER AND EXHIBITS (.8);
                                    TELECONFERENCE WITH J. LEAMY RE:
                                    COMMENTS ON SAME AND RE: STATUS OF
                                    CLAIMS PROCESS (.1); TELECONFERENCE
                                    WITH T. ROSS, MSP CLAIMANT, RE: MSP
                                    DISTRIBUTION (.1); TELECONFERENCE WITH
                                    K. LOGAN RE: CLAIM REDUCTION ISSUES
                                    (.1); DRAFT MEMORANDUM TO K. LOGAN AND
                                    E. POLLACK RE: NEW PROOF OF CLAIM
                                    FILINGS (.1); REVIEW AND RESPOND TO
                                    MEMORANDUM FROM E. POLLACK RE: NEW LEASE
                                    CLAIM (.1); EXCHANGE EMAILS WITH M.
                                    SMITHSON RE: STATUS OF SRP CLAIM
                                    TRANSFERS (.1); DRAFT MEMORANDUM TO T.
                                    WILLIAMS RE: HANDLING OF SRP CLAIMS
                                    TRADING ISSUE IN VIEW OF RECORD DATE
                                    (.2); REVIEW NEW PROOF OF CLAIM AND
                                    DRAFT MEMORANDUM TO J. CASTLE ET AL. RE:
                                    SAME (.1); TELECONFERENCE WITH K. LOGAN
                                    RE: NEW EXHIBITS TO MSP/SRP ORDER (.1);
                                    REVIEW L. HENDERSON DOCUMENTATION
                                    (0.2); TELECONFERENCE WITH J. DAWSON
                                    RE: ISSUES ON SAME (.1); TELECONFERENCE
                                    WITH L. RODRIGUEZ AND J. DAWSON RE:
                                    RESOLUTION OF HENDERSON ISSUES (.2).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

LEAMY JM          11/13/06          9.30   TELECONFERENCES WITH D. YOUNG RE: OPEN
                                           CLAIM MATTERS (.5); TELECONFERENCE WITH
                                           R. GRAY RE: OMNI 27 (.1);
                                           TELECONFERENCES WITH E. POLLACK RE:
                                           OMNI 27 (.5); TELECONFERENCE WITH L.
                                           PRENDERGAST RE: BELLSOUTH (.1);
                                           TELECONFERENCE WITH A. FRISCH RE: OMNI
                                           24 (.1); TELECONFERENCE WITH R. THAMES
                                           RE: PROACTIVE JANITORIAL (.3); EMAIL J.
                                           CASTLE RE: SAME (.2); TELECONFERENCE
                                           WITH J. FRANK RE: PEPSI CLAIMS (.1);
                                           CONTINUE TO DRAFT OMNI 27 AND REVISIONS
                                           TO EXHIBITS (3.5); EMAIL M. KELLEY RE:
                                           OMNI 20 (.1); EMAIL K. DAW RE: CLARK CO.
                                           CLAIM (.1); EMAIL J. CASTLE RE: KONICA
                                           (.2); EMAIL A. LIU RE: RIVIANA FOODS
                                           (.1); EMAIL E. OCARROLL RE: CLAIM 13319
                                           (.1); EMAIL T. WUERTZ RE: GARNIER (.2);
                                           EMAIL D. SINAIKO RE: WORLD OF SLEEP
                                           (.1); EMAIL A. PARKER RE: PACIFIC WORLD
                                           (.1); EMAIL J. DROUSE RE: J&J SNACK
                                           FOODS (.1); EMAIL C. HARRISON RE: CCE
                                           NOTICE (.2); ANALYSIS AND ATTEMPTS TO
                                           RESOLVE OUTSTANDING RESPONSES TO OMNI
                                           24 (2.0); ANALYSIS RE: D. KAMIN CLAIMS
                                           (.5); REVIEW AND COMMENT ON NOVEMBER 16
                                           HEARING AGENDA (.1).

RAVIN AS          11/13/06          3.40   REVIEW MEMORANDUM FROM AND DRAFT
                                           MEMORANDUM TO R. GRAY RE: RESERVES FOR
                                           CATAMOUNT CLAIMS, DRAFT CORRESPONDENCE
                                           TO B. GASTON RE: SAME (.2);
                                           TELECONFERENCE WITH M. LEHMAN RE:
                                           CATAMOUNT ADMIN AND UNSECURED CLAIMS
                                           (.5); REVIEW CORRESPONDENCE FROM D.
                                           POLLACK RE: GRANBURY PERIGRINE CLAIM
                                           (.1); REVIEW MEMORANDA FROM R. GRAY, J.
                                           LEAMY AND S. FELD RE: INSURANCE CLAIM
                                           STATUS / UNSECURED CLAIM DISTRIBUTION
                                           RESERVE (.1); REVIEW CORRESPONDENCE
                                           FROM AND DRAFT CORRESPONDENCE TO B.
                                           GASTON AND K. NEIL RE: P.S. FRANKLIN AND
                                           ALLIED CLAIMS (.1); REVIEW
                                           CORRESPONDENCE FROM AND DRAFT
                                           CORRESPONDENCE TO M. FULLINGTON RE:
                                           PALM LAKES AND ALECASHTON CLAIMS (.1);
                                           DRAFT CORRESPONDENCE TO AND REVIEW
                                           CORRESPONDENCE FROM K. NEIL RE:
                                           CATAMOUNT CLAIMS (.2); REVIEW AND
                                           REVISE CATAMOUNT CLAIMS CHART (.1);
                                           DRAFT CORRESPONDENCE TO J. CASTLE RE:
                                           CATAMOUNT ATTORNEYS FEES (.1);
                                           TELECONFERENCE WITH E. POLLACK RE:
                                           KIRKLAND CLAIM, DRAFT CORRESPONDENCE TO
                                           E. POLLACK RE: KIRKLAND CLAIM (.1);
                                           TELECONFERENCE WITH H. FOLEY RE: P.S.
                                           FRANKLIN/ALLIED CLAIMS (.1);
                                           TELECONFERENCE WITH F. CHIKOVSKY RE:
                                           P.S. FRANKLIN/ALLIED CLAIMS (.1);
                                           TELECONFERENCE WITH H. FOLEY AND F.
                                           CHIKOVSKY RE: P.S. FRANKLIN/ALLIED
                                           CLAIMS (.1); CONFERENCE WITH J. LEAMY
                                           RE: CHESTER DIX (.1); REVIEW
                                           CORRESPONDENCE FROM AND DRAFT
                                           CORRESPONDENCE TO S. LORBER RE:
                                           PREPETITION ASSIGNED LEASES, DRAFT
                                           CORRESPONDENCE TO SAME RE: SAME, DRAFT
                                           CORRESPONDENCE TO J. CASTLE RE: SAME
                                           (.3); DRAFT CORRESPONDENCE TO E.
                                           BRAZEAL RE: STATUS OF KIRKLAND CLAIM
                                           (.1); FOLLOW UP TELECONFERENCE WITH M.
                                           LEHMAN RE: CATAMOUNT CLAIM (.1);
                                           TELECONFERENCE WITH E. BRAZEAL RE:
                                           KIRKLAND CLAIM (.1); DRAFT
                                           CORRESPONDENCE TO E. POLLACK RE: CLAIMS
                                           10003 AND 12316 (.1); TELECONFERENCE
                                           WITH M. MORALES RE: LIFTER CLAIM (.1);
                                           DRAFT CORRESPONDENCE TO E. POLLACK AND
                                           J. LEAMY RE: LIFTER CLAIM (.1); REVIEW
                                           MEMORANDA FROM AND DRAFT MEMORANDA TO J.
                                           LEAMY RE: WINN-DIXIE HILLARD CLAIM AND
                                           WELLS FARGO CLAIM (.1); TELECONFERENCE
                                           WITH D. GREEN RE: WELLS FARGO CLAIMS
                                           (.2); TELECONFERENCE WITH D. LUTZ RE:
                                           GATOR CLAIM (.1); REVIEW CORRESPONDENCE
                                           FROM AND DRAFT CORRESPONDENCE TO H.
                                           FOLEY RE: CURE CLAIM FOR P.S. FRANKLIN
                                      31   (.1).

SCHWARZMAN T*      11/13/06        6.20    REVIEW CLAIMS RELATED TO DEBTORS' 24TH
                                           OMNIBUS OBJECTION (1.5); DRAFT AND
                                           REVISE CHART RELATED TO SPECIFIC CLAIMS
                                           WITHIN THE 24TH OMNIBUS OBJECTION
                                           (2.4); DRAFT STIPULATION RELATED TO
                                           24TH OMNIBUS OBJECTION (2.3).

GRAY RW            11/14/06        1.40    CONF WITH D. TURETSKY RE: ASSISTANCE
                                           WITH CLAIM ORDERS (.1); DRAFT
                                           MEMORANDUM TO J. CASTLE ET AL. RE: TEAM
                                           13 CLAIM ALLOWANCE ISSUES (.1); DRAFT
                                           MEMORANDA TO K. LOGAN AND J. CASTLE ET
                                           AL. RE: CLASS 5 AND 17 EMPLOYEE CLAIMS
                                           (.1); TELECONFERENCE WITH K. LOGAN RE:
                                           EMPLOYEE CLAIM ISSUES AND RELATED
                                           DISTRIBUTION ISSUES (.2); DRAFT
                                           MEMORANDUM TO SHB AND CLIENT RE:
                                           PROCEEDING THURSDAY ON MSP/SRP
                                           OBJECTION AND REVIEW REPLY FROM J.
                                           CASTLE (.1); REVIEW MSP/SRP ORDER RE:
                                           FORM OF EXHIBITS (.1); TELECONFERENCE
                                           WITH K. LOGAN AND B. CROCKER RE: SAME
                                           (.1); EXCHANGE EMAILS WITH K. MIDDLETON
                                           AND B. CROCKER RE: L. HENDERSON ISSUES
                                           (.1); TELECONFERENCE WITH C. HODGE RE:
                                           SRP ISSUES (.1); DRAFT MEMORANDUM TO S.
                                           BUSEY ET AL. RE: SAME, WITH CITES TO
                                           DOCUMENTS (.3); EXCHANGE EMAILS WITH J.
                                           LEAMY RE: CLAIMS REMAINING FOR
                                           OBJECTION (.1).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

LEAMY JM          11/14/06       10.00    TELECONFERENCE WITH E POLLACK RE: OMNI
                                          27 (1.3); TELECONFERENCE WITH A. RAVIN
                                          RE: WELLS FARGO (.1); TELECONFERENCE
                                          WITH E. POLLACK RE: OMNI 27 (.3);
                                          TELECONFERENCE WITH B. BENSINGER RE:
                                          CLAIM ALLOWANCE (.2); TELECONFERENCE
                                          WITH D. YOUNG AND T. WUERTZ RE: PEPSI
                                          (.2); TELECONFERENCE WITH D. TURETSKY
                                          RE: KENTUCKY CLAIM (.2); TELECONFERENCE
                                          WITH S. LORBER RE: D. KAMIN CLAIMS (.2);
                                          TELECONFERENCE WITH A. RAVIN RE: OMNI 24
                                          CLAIMS (.5); TELECONFERENCE WITH E.
                                          POLLACK RE: SAME (.2); TELECONFERENCE
                                          WITH A. LIU RE: HP HOOD (.2);
                                          TELECONFERENCE WITH K. WARD RE: OMNI 5
                                          ORDER (.2); TELECONFERENCE WITH L.
                                          THOMPSON RE: INDIAN TRAIL (.1);
                                          FINALIZE OMNI 27 FOR FILING AND
                                          SUPERVISE FILING OF SAME (1.5); DRAFT
                                          5TH ORDER DISALLOWING ADJOURNED CLAIMS
                                          (.5); TELECONFERENCE WITH J. ROGERSON
                                          RE: SAME (.1); REVISE CSX CLAIM AGREED
                                          ORDER AND EMAIL E. GUNN (.4); FURTHER
                                          REVISIONS TO OMNI 24 ORDER (1.3); DRAFT
                                          AGREED ORDER FOR RESOLVED CLAIMS FROM
                                          OMNI 22 (1.0); DRAFT AGREED ORDER RE:
                                          NORTH CAROLINA SELF INSURANCE GUARANTY
                                          ASSOC. CLAIM (.5); DRAFT INDIAN TRAIL
                                          AGREED ORDER (1.0).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

RAVIN AS          11/14/06          4.50   TELECONFERENCE WITH M. READE AND D. LUTZ
                                           RE: GATOR/PRINCIPAL CLAIMS, REVIEW
                                           CORRESPONDENCE FROM D. LUTZ RE: SAME
                                           (.2); FOLLOW UP TELECONFERENCE WITH D.
                                           LUTZ RE: GATOR/PRINCIPAL CLAIMS (.2);
                                           FOLLOW UP TELECONFERENCE WITH M. READE
                                           RE: GATOR/PRINCIPAL CLAIMS (.2); DRAFT
                                           CORRESPONDENCE TO AND REVIEW
                                           CORRESPONDENCE FROM E. BRAZEAL RE:
                                           KIRKLAND CLAIM (.1); REVIEW MEMORANDA
                                           FROM R. GRAY AND J. LEAMY RE: SARIA
                                           CLAIMS AND KRG WATERFORD LAKES,
                                           CONFERENCE WITH R. GRAY RE: SAME (.1);
                                           TELECONFERENCE WITH C. MYATT AND T.
                                           SCHWARZMAN RE: JEFFERSON PILOT CLAIMS
                                           (.1); DRAFT CORRESPONDENCE TO AND
                                           REVIEW CORRESPONDENCE FROM J. LEAMY RE:
                                           HILLARD CLAIM/WELLS FARGO CLAIMS (.1);
                                           REVIEW EXHIBITS TO 27TH OMNIBUS CLAIMS
                                           OBJECTION (.2); TELECONFERENCE WITH D.
                                           GREEN RE: HILLARD CLAIM (.1);
                                           TELECONFERENCE WITH E. POLLACK RE:
                                           CLAIMS RELATED TO 24TH OMNIBUS
                                           OBJECTION (.1); CONFERENCE WITH J.
                                           LEAMY RE: HILLARD CLAIM (.1);
                                           TELECONFERENCE WITH F. CHIKOVSKY RE:
                                           RESOLVING P.S. FRANKLIN OBJECTION (.1);
                                           DRAFT CORRESPONDENCE TO H. FOLEY RE:
                                           RESOLVING P.S. FRANKLIN OBJECTION (.2);
                                           DRAFT CORRESPONDENCE TO B. GASTON AND K.
                                           NEIL RE: RESOLVING P.S. FRANKLIN
                                           OBJECTION (.1); TELECONFERENCE (VM)
                                           WITH S. LORBER RE: CLAIMS OF WINN-DIXIE
                                           MT. CARMEL, LLC (CLAIM NO. 13435) AND
                                           DBT PORCUPINE WINN-DIXIE1 DE BUSINESS
                                           TRUST (.1); REVIEW CORRESPONDENCE FROM
                                           J. CASTLE RE: CLAIMS OF WINN-DIXIE MT.
                                           CARMEL, LLC AND DBT PORCUPINE
                                           WINN-DIXIE1 DE BUSINESS TRUST (.1);
                                           TELECONFERENCE (VM) WITH A. FRISCH RE:
                                           STATUS OF C&A ADMIN CLAIM, REVIEW CLAIM
                                           APPLICATION RE: SAME (.1); REVIEW
                                           CORRESPONDENCE FROM AND DRAFT
                                           CORRESPONDENCE TO M. MORALES RE: LIFTER
                                           CLAIM AND ARTESIA CLAIM (.1); DRAFT
                                           CORRESPONDENCE TO E. POLLACK RE:
                                           ARTESIA CLAIM, DRAFT CORRESPONDENCE TO
                                           AND REVIEW CORRESPONDENCE FROM SAME RE:
                                           SAME (.1); TELECONFERENCE WITH S.
                                           LORBER RE: CLAIMS OF MT. CARMEL AND
                                           PORCUPINE (.1); TELECONFERENCE WITH E.
                                           POLLACK RE: CLAIMS 9929 AND 31067,
                                           REVIEW CORRESPONDENCE FROM SAME RE:
                                           SAME (.1); TELECONFERENCE WITH A.
                                           FRISCH RE: CHESTER DIX CLAIMS (.2);
                                           REVIEW AND REVISE WELLS FARGO
                                           STIPULATION (.8); REVIEW XROADS CLAIMS
                                           RESERVE SUMMARY AND DETAIL SHEETS (.2);

|  |  |  |  |
|---|---|---|---|
|  |  |  | REVIEW CORRESPONDENCE FROM LANDLORD FOR STORE 124, REVIEW CORRESPONDENCE FROM B. GASTON RE: SAME (.1); CONFERENCE WITH J. LEAMY RE: REVISIONS TO EXHIBITS FOR PROPOSED 24TH OMNIBUS CLAIMS OBJECTION (.5); DRAFT CORRESPONDENCE TO C. MYATT RE: JEFFERSON PILOT CLAIMS (.1). |
| SCHWARZMAN T* | 11/14/06 | 2.90 | DRAFT CLAIMS STIPULATION FOR WELLS FARGO/SOF/PAUL REVERE (.6); TELECONFERENCE WITH C. MYATT REPRESENTING JEFFERSON PILOT AND A. RAVIN. RE: 24TH OMNIBUS OBJECTION AND POST-CALL CONFERENCE WITH A. RAVIN (.2); UPDATE 24TH OMNIBUS OBJECTION CLAIMS CHART (2.1). |
| TURETSKY DM | 11/14/06 | 1.70 | TELECONFERENCE WITH R. GRAY RE: NCR CLAIM (.1); E-MAILS TO R. GRAY RE: NCR CLAIM (.2); ANALYSIS RE: ISSUES CONCERNING PAYMENT OF NCR CLAIM (.2); E-MAILS TO T. CARVER RE: NCR CLAIM (.4); TELECONFERENCE WITH D. DARE RE: AGREED ORDER WITH MMMM, INC. (.1); E-MAIL TO J. LEAMY RE: AGREED ORDER WITH MMMM, INC. (.1); REVISE AGREED ORDER WITH MMMM, INC. (.1); E-MAIL TO D. DARE AND T. VALENTINE RE: AGREED ORDER WITH MMMM, INC. (.1); TELECONFERENCE WITH STEPHANIE OF OFFICES FOR ATTORNEY TO COMMONWEALH OF KENTUCKY RE: CLAIM OF COMMONWEALTH OF KENTUCKY (.1); TELECONFERENCE WITH J. LEAMY RE: CLAIM OF COMMONWEALTH OF KENTUCKY (.2); TELECONFERENCE WITH J. WOODFIELD RE: COMMONWEALTH OF KENTUCKY CLAIM (.1). |

GRAY RW            11/15/06        5.30    REVISE MSP/SRP ORDER TO REFLECT EXHIBIT
                                           CHANGES AND RESPONSES (.7); DRAFT
                                           MEMORANDUM TO J. POST ET AL. RE: ORDER
                                           (.1); TCS AND EMAILS WITH K. LOGAN AND
                                           B. CROCKER TO FINALIZE REVISED EXHIBITS
                                           FOR MSP/SRP ORDER (.2); EXCHANGE EMAILS
                                           WITH J. POST RE: REVISED EXHIBITS (.1);
                                           FINAL REVIEW OF REVISED EXHIBITS (.2);
                                           CONFERENCE WITH S. BUSEY, J. POST, J.
                                           CASTLE AND T. WILLIAMS RE: MSP/SRP
                                           OBJECTION ISSUES (.7); DRAFT MEMORANDUM
                                           TO R. BARUSCH ET AL. RE: POSSIBLE DELAY
                                           ON MSP/SRP OBJECTION (.1); FOLLOW UP
                                           TELECONFERENCE WITH S. BUSEY RE:
                                           PROCEEDING TOMORROW AND Q&A (.1);
                                           EXCHANGE EMAILS WITH J. LEAMY RE:
                                           CIRCULATION OF OPEN CLAIMS (.1); REVIEW
                                           AND RESPOND TO MEMORANDA FROM J. LAMMERT
                                           AND J. LEAMY RE: NEW TAX CLAIMS (.1);
                                           TELECONFERENCE WITH J. HEANEY, MSP
                                           CLAIMANT, RE: TAX ISSUES (.3);
                                           TELECONFERENCE WITH L. RODRIGUEZ RE:
                                           HEARING TESTIMONY (.1); REVIEW DEBT
                                           ACQUISITION CLAIM TRANSFER LETTER AND
                                           DRAFT MEMORANDUM TO M. SMITHSON AT LOGAN
                                           RE: SAME (.1); EXCHANGE EMAILS WITH T.
                                           FETTE AT DEBT ACQUISITION AND M.
                                           SMITHSON RE: RECONCILING TRANSFER DATA
                                           (.1); DRAFT Q&A FOR L. RODRIGUEZ
                                           TESTIMONY AT MSP/SRP HEARING (2.2);
                                           DRAFT MEMORANDA TO S. BUSEY AND L.
                                           RODRIQUEZ RE: Q&A (.1).

| LEAMY JM | 11/15/06 | 8.60 | TELECONFERENCE WITH E. POLLACK RE: OPEN CLAIMS (.2); TELECONFERENCE WITH A. RAVIN RE: OMNI 24 (.1); TELECONFERENCE WITH D. TURETSKY RE: MMMM (.1); TELECONFERENCE WITH C. STARK RE: MADISON/HEINZ (.2); TELECONFERENCE WITH D. YOUNG RE: ALLEN FLAVORS (.1); TELECONFERENCE WITH T. WUERTZ RE: PROMOTIONS UNLIMITED (.2); TELECONFERENCE WITH P. CLARK RE: FIRST QUALITY CLAIM (.2); TELECONFERENCE WITH E. POLLACK RE: OMNI 15 (.2); TELECONFERENCE WITH A. RAVIN RE: PRINCIPAL CLAIMS (.1); TELECONFERENCE WITH A. WEISS RE: INGRAM (.3); EMAIL J. CASTLE RE: SAME (.2); TELECONFERENCE WITH A. BARAGONA RE: TAX CLAIMS (.1); TELECONFERENCE WITH A. LIU RE: RECKITT CLAIM (.2); REVIEW REMAINING OPEN CLAIMS REPORT AND EMAIL WINN-DIXIE TEAM RE: SAME (.4); EMAILS D. YOUNG RE: PENDING CLAIMS (.4); EMAIL N. SCOTT RE: HEINZ (.2); EMAIL J. DROUSE RE: BEIERSDORF CLAIM (.1); EMAIL S. LORBER RE: D. KAMIN CLAIMS (.2); EMAIL J. DROUSE RE: BROUGTON ASSOCIATES AND PREPARE WITHDRAWAL OF OBJECTION TO CLAIM (.4); EMAIL D. YOUNG RE: RIVERDALE (.2); EMAILS S. WILLIAMS RE: 5TH OMNI ORDER LANGUAGE (.4); FINALIZE AND SUPERVISE FILING OF AGREED ORDER ON RESOLVED CLAIMS FROM OMNI 12 OBJECTION AND CSX AGREED ORDER (1.0); REVISIONS TO OMNI 24 ORDER AND FINALIZE FOR NOV. 16 HEARING (1.3); CIRCULATE TO INTERESTED PARTIES (.2); FINALIZE OMNI 5 ORDER FOR NOV. 16 HEARING (.4); REVIEW BROWN BOTTLING CONSENT TO CLAIM OBJECTION AND EMAIL D. YOUNG RE: SAME (.2); EMAILS C. HARRISON RE: OMNI 20 AND CCE (.2); EMAIL D. RAY RE: OMNI 24 (.1); RESEARCH AND RESPOND TO E. OCARROLL EMAILS RE: SCP WINTER GARDEN CLAIM AND PRINCIPAL'S CLAIMS (.5); EMAIL J. KELLEHER RE: SCUNCI (.1); REVIEW V. DAMIAN LETTER RE: B. TOBIN CO. (.1). |
| --- | --- | --- | --- |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

RAVIN AS          11/15/06      4.70   REVIEW REVISED PROPOSED ORDER AND
                                       REVISED EXHIBITS WITH RESPECT TO
                                       DEBTORS' 24TH OMNIBUS CLAIMS OBJECTION,
                                       REVIEW MEMORANDA FROM AND DRAFT
                                       MEMORANDA TO J. LEAMY AND E. POLLACK RE:
                                       SAME (.4); REVIEW CORRESPONDENCE FROM
                                       C. MYATT RE: JEFFERSON PILOT CLAIMS 8581
                                       AND 8646 (.1); TELECONFERENCE WITH M.
                                       LEHMAN RE: STATUS OF ADMIN CLAIMS FOR
                                       CATAMOUNT ATLANTA AND CATAMOUNT
                                       ROCKINGHAM (.1); DRAFT CORRESPONDENCE
                                       TO ALL OBJECTING PARTIES WITH REVISED
                                       PROPOSED ORDER RE: 24TH OMNIBUS
                                       OBJECTION, REVIEW CORRESPONDENCE FROM
                                       R. WOLHOELTER RE: SAME, REVIEW
                                       CORRESPONDENCE FROM M. FULLINGTON RE:
                                       SAME, REVIEW CORRESPONDENCE FROM C.
                                       MYATT RE: SAME (.4); REVIEW LOGAN
                                       SPREADSHEETS RE: CLAIMS REQUIRING
                                       FOLLOW UP (.1); REVIEW AND REVISE
                                       OMNIBUS OBJECTION, PROPOSED ORDER AND
                                       NOTICE OF HEARING RE: CATAMOUNT ADMIN
                                       CLAIM APPLICATIONS (1.6); DRAFT, REVIEW
                                       AND REVISE OBJECTION, PROPOSED ORDER
                                       AND NOTICE OF HEARING RE: C&A LTD. ADMIN
                                       CLAIM APPLICATION (1.4); REVIEW NOTICE
                                       OF WITHDRAWAL OF P.S. FRANKLIN
                                       RESPONSE, DRAFT CORRESPONDENCE TO K.
                                       WARD RE: SAME (.1); MULTIPLE TELEPHONE
                                       CONFERENCES WITH M. READE RE: PRINCIPAL
                                       CLAIMS, REVIEW UNDERLYING PRIOR
                                       CORRESPONDENCE RE: SAME (.4);
                                       CONFERENCE WITH J. LEAMY RE: PRINCIPAL
                                       CLAIMS (.1).

     TURETSKY DM  11/15/06      0.80   E-MAIL TO D. DARE AND T. VALENTINE RE:
                                       AGREED ORDER CONCERNING MMMM CLAIM
                                       (.1); FINALIZE FOR FILING AGREED ORDER
                                       CONCERNING MMMM CLAIM (.5);
                                       TELECONFERENCE WITH J. LEAMY RE: AGREED
                                       ORDER CONCERNING MMMM CLAIM (.1);
                                       E-MAIL TO J. POST AND K. WARD RE: AGREED
                                       ORDER CONCERNING MMMM CLAIM (.1).

GRAY RW          11/16/06        1.70    TELECONFERENCE WITH J. POST RE: MSP/SRP
                                         HEARING ISSUES (.1); TELECONFERENCE
                                         WITH C. JACKSON RE: EXHIBITS FOR HEARING
                                         (.1); LOCATE AND DRAFT MEMORANDA TO C.
                                         JACKSON RE: EXHIBITS TO BE USED IN L.
                                         RODRIGUEZ TESTIMONY (.6); EXCHANGE
                                         EMAILS WITH J. CASTLE RE: MSP/SRP
                                         HEARING (.1); EXCHANGE EMAILS WITH J.
                                         POST RE: OK ON FORM OF ORDER AND EXHIBITS
                                         (.1); FINALIZE ORDER AND EXHIBITS (.1);
                                         EMAIL EXCHANGE WITH J. CASTLE RE:
                                         OUTCOME OF HEARING ON MSP/SRP OBJECTION
                                         (.1); DRAFT MEMORANDA TO K. LOGAN ET AL.
                                         RE: OBJECTION SUSTAINED AND RE: NOTICE
                                         OF SAME TO CLAIMANTS (.1); DRAFT NOTICE
                                         OF ENTRY OF ORDER (.2); DRAFT MEMORANDUM
                                         TO K. LOGAN ET AL. RE: TAILORING OF SAME
                                         (.1); EXCHANGE EMAILS WITH J. LEAMY RE:
                                         STATE OF KENTUCKY CLAIM AND SECURED
                                         STATUS (.1).

LEAMY JM         11/16/06        8.70    TELECONFERENCE WITH E. POLLACK RE: OPEN
                                         CLAIMS (.4); TELECONFERENCE WITH D.
                                         TURETSKY RE: MEEKER CLAIM (.1); EMAILS
                                         E. POLLACK RE: OPEN CLAIMS REPORTS (.2);
                                         ANALYSIS RE: KENTUCKY SECURED CLAIM
                                         (.5); EMAIL T WUERTZ RE: UNILEVER (.1);
                                         DRAFT AGREED ORDER RESOLVING CLAIMS
                                         CONTINUED FROM OMNI 15 (1.2); ANALYSIS
                                         RE: REMAINING OPEN CLAIMS (1.3);
                                         TELECONFERENCE WITH M. HOLL RE: R2
                                         INVESTMENTS (.1);  TELECONFERENCE WITH
                                         H. STEEL RE: INEOS (.1); ANALYSIS RE:
                                         CHECKPOINT CLAIM AND EMAIL N. BURNHAM
                                         RE: CHECKPOINT (.5); EMAIL H. BERKOWITZ
                                         RE: SOUTHERN EAGLE (.1); EMAIL B. GASTON
                                         RE: SCHWARTZ FAMILY TRUST (.2); EMAILS
                                         H. STEEL RE: INEOS (.1); EMAIL E.
                                         POLLACK RE: INEOS (.1); TELECONFERENCE
                                         WITH B. BOWIN RE: GOODINGS CLAIMS (.3);
                                         ANALYSIS RE: GOODINGS CLAIMS (.5);
                                         EMAIL B. GASTON RE: SAME (.2); ANALYSIS
                                         RE: SCHEDULED CLAIM OBJECTIONS (.6);
                                         REVIEW AND DRAFT EDITS TO KEMPER
                                         STIPULATION (.8); DRAFT PLUNKETT AGREED
                                         ORDER (1.3).

RAVIN AS            11/16/06        2.60    REVIEW CORRESPONDENCE FROM E. POLLACK
                                            RE: CLAIM 12842 RE: STORE 1659 (.1);
                                            TELECONFERENCE WITH M. LEHMAN RE:
                                            CATAMOUNT CLAIMS (.2); DRAFT
                                            CORRESPONDENCE TO M. MORALES RE:
                                            ARTESIA CLAIM, DRAFT MEMORANDUM TO AND
                                            REVIEW MEMORANDUM FROM J. LEAMY RE: SAME
                                            (.1); FINALIZE OBJECTION AND
                                            CORRESPONDING PROPOSED ORDER AND NOTICE
                                            OF HEARING TO C&A ADMIN CLAIM (.6);
                                            DRAFT MULTIPLE CORRESPONDENCE TO AND
                                            REVIEW CORRESPONDENCE FROM K. NEIL RE:
                                            OBJECTION AND CORRESPONDING PROPOSED
                                            ORDER AND NOTICE OF HEARING TO C&A ADMIN
                                            CLAIM, DRAFT CORRESPONDENCE TO M.
                                            COMERFORD RE: SAME (.2); REVIEW GARDENS
                                            PARK PLAZA'S RESPONSE TO 26TH OMNIBUS
                                            CLAIMS OBJECTION, DRAFT CORRESPONDENCE
                                            TO AND REVIEW CORRESPONDENCE FROM C.
                                            JACKSON RE: SAME (.1); TELECONFERENCE
                                            WITH B. GASTON RE: CATAMOUNT CLAIM FOR
                                            STORE 2045 (.1); TELECONFERENCE WITH R.
                                            DUNNE RE: 26TH OMNIBUS CLAIMS OBJECTION
                                            (.1); REVIEW AND REVISE STIPULATIONS
                                            RE: JEFFERSON PILOT CLAIMS (.3); DRAFT
                                            CORRESPONDENCE TO B. GASTON RE:
                                            CATAMOUNT CLAIMS (.1); REVIEW MEMORANDA
                                            FROM J. LEAMY AND B. GASTON RE: GOODINGS
                                            CLAIMS (.1); REVIEW AND REVISE DRAFT
                                            AGREED ORDER RE: ADMIN CLAIM OF INDIAN
                                            TRAIL SQUARE, REVIEW MEMORANDUM FROM
                                            AND DRAFT MEMORANDUM TO J. LEAMY RE:
                                            SAME (.1); REVIEW AND REVISE OMNIBUS
                                            OBJECTION TO CATAMOUNT ADMIN CLAIM
                                            APPLICATIONS (.5).

SCHWARZMAN T*       11/16/06        1.50    UPDATE AND REVISE CHART FOR 24TH OMNIBUS
                                            OBJECTION (1.5).

TURETSKY DM         11/16/06        3.50    DRAFT AGREED ORDER WITH RESPECT TO CLAIM
                                            NO. 6763 FILED BY MEEKER TRUST (2.3);
                                            E-MAILS TO J. LEAMY RE: AGREED ORDER
                                            WITH RESPECT TO CLAIM NO. 6763 FILED BY
                                            MEEKER TRUST (.2); E-MAIL TO D. YOUNG
                                            RE: KWENTOH CLAIM (.2); E-MAIL TO J.
                                            POST RE: KWENTOH CLAIM (.1); RESEARCH
                                            RE: CLAIM FILED BY COMMONWEALTH OF
                                            KENTUCKY (.5); TELECONFERENCE WITH J.
                                            LEAMY RE: CLAIM FILED BY COMMONWEALTH OF
                                            KENTUCKY (.1); E-MAIL TO T. CARVER RE:
                                            NCR WIRING INSTRUCTIONS (.1).

LEAMY JM          11/17/06          8.20   TELECONFERENCE WITH D. TURETKSY RE:
                                            MEEKER CLAIM (.1); EMAILS D. POLLACK RE:
                                            26TH OBJECTION (.3); T. DEW EMAIL RE: NC
                                            CLAIM (.1); A. BARRAGE EMAIL RE: ROCKY
                                            MOUNT (.1); TELECONFERENCE WITH J. POST
                                            RE: OPEN CLAIMS (.5); TELECONFERENCE
                                            WITH W. ZEWADSKI RE: WEBBER COMMERCIAL
                                            PROPERTIES (.4); TELECONFERENCE WITH E.
                                            POLLACK RE: OUTSTANDING OBJECTIONS
                                            (.4); TELECONFERENCE WITH J. POST RE:
                                            ADDITIONAL FOLLOW UP ON OPEN CLAIMS
                                            (.2); TELECONFERENCE WITH D. YOUNG RE:
                                            UTILITY CLAIMS (.1); TELECONFERENCE
                                            WITH J. PINTARELLI RE: ROCKY MOUNT (.2);
                                            REVIEW J. PINTARELLI EMAILS RE: ROCKY
                                            MOUNT/MERRILL LYNCH CLAIMS (.2);
                                            FINALIZE AGREED ORDER FOR RESOLVED
                                            CLAIMS FROM 15TH OMNIBUS AND WITHDRAWAL
                                            OF BROUGHTON ASSOCIATES CLAIM AND
                                            SUPERVISE FILING OF SAME (.5); SECURED
                                            CLAIM ANALYSIS (1.0); TELECONFERENCE
                                            WITH M. HOLL RE: R2 INVESTMENTS (.1);
                                            TELECONFERENCE WITH K. GWYNNE RE: HEINZ
                                            (.1); DRAFT AGREED ORDER RESOLVING
                                            PLUNKETT ESTATE CLAIM (1.0); EMAIL S.
                                            ROSENBLATT RE: SAME (.1); EMAIL B.
                                            GASTON RE: RESPONSE TO 25TH OBJECTION
                                            (.4); ANALYSIS RE: SERVICE FORCE AND
                                            EMAILS S. SMITH RE: REVIEW OF SAME (.5);
                                            ANALYSIS RE: RAINBOW SIGNS (.4);
                                            ANALYSIS RE: IDELLE LABS (.4); REVIEW
                                            AND REVISE NC GUARANTY ASSOCIATION
                                            AGREED ORDER (.4); FINALIZE WINDSOR
                                            STATION AGREED ORDER FOR FILING AND
                                            EMAILS A. HATCH RE: SAME (.5); REVIEW
                                            PEPSIAMERICA'S WITHDRAWAL OF RESPONSE
                                            TO CLAIM OBJECTION AND EMAIL D. YOUNG
                                            RE: SAME (.2).

RAVIN AS          11/17/06     1.60   DRAFT MEMORANDA TO J. WOODFIELD RE:
                                      FILING AND SERVICE OF OBJECTION TO C&A
                                      LTD.'S ADMIN CLAIM APPLICATION, DRAFT
                                      CORRESPONDENCE TO C. JACKSON RE: FILING
                                      OF SAME (.2); DRAFT CORRESPONDENCE TO B.
                                      LEHANE RE: STATUS OF WITHDRAWAL OF ADMIN
                                      CLAIM APPLICATION FOR B.V. BELK (.1);
                                      TELECONFERENCE WITH B. GASTON RE:
                                      CATAMOUNT CLAIMS (.2); TELECONFERENCE
                                      WITH S. PEAY AND B. GASTON RE: DAMAGE
                                      COMPONENT OF CATAMOUNT CLAIMS (.3);
                                      REVIEW AND REVISE OBJECTION TO
                                      CATAMOUNT CLAIMS (.3);  REVIEW
                                      MEMORANDUM FROM C. JACKSON RE: T.
                                      CORCORAN/ TRANSAMERICA CLAIMS (.1);
                                      TELECONFERENCE WITH M. LEHMAN RE:
                                      CATAMOUNT CLAIMS (.2); REVIEW
                                      CERTIFICATE OF SERVICE FOR C&A
                                      OBJECTION (.1); REVIEW ORDER RE: 24TH
                                      OMNI CLAIMS OBJECTION (.1).

TURETSKY DM       11/17/06     0.50   TELECONFERENCE WITH J. LEAMY RE: AGREED
                                      ORDER WITH RESPECT TO CLAIM NO. 6763
                                      FILED BY MEEKER TRUST (.1); E-MAIL TO R.
                                      DOBY RE: AGREED ORDER WITH RESPECT TO
                                      CLAIM NO. 6763 FILED BY MEEKER TRUST
                                      (.1); TELECONFERENCE WITH R. DOBY RE:
                                      AGREED ORDER WITH RESPECT TO CLAIM NO.
                                      6763 FILED BY MEEKER TRUST (.1); FURTHER
                                      RESEARCH RE: COMMONWEALTH OF KENTUCKY
                                      CLAIM (.1); TELECONFERENCE WITH
                                      STEPHANIE OF STOUT FARMER AND KING RE:
                                      COMMONWEALTH OF KENTUCKY CLAIM (.1).

LEAMY JM          11/19/06     1.50   REVISE STIPULATION FOR RESOLUTION OF
                                      NORTH CAROLINA SELF INSURANCE SECURITY
                                      ASSOCIATION CLAIM (1.3); EMAIL E.
                                      ELISEEVA RE: CCE CLAIMS (.2).

GRAY RW           11/20/06     0.80   TELECONFERENCE WITH L. RODRIGUEZ RE:
                                      DIVORCE SPLIT ON LANDRY MSP (.1);
                                      FURTHER TELECONFERENCE WITH SAME RE:
                                      POSSIBLE HOLD ON LANDRY DISTRIBUTION
                                      (.1); TELECONFERENCE WITH T. ROSS, MSP
                                      CLAIMANT, RE: CLAIM TREATMENT UNDER
                                      PLAN (.1); REVIEW CHAN LATE FILED CLAIM
                                      MOTION AND EXCHANGE EMAILS WITH J. LEAMY
                                      RE: SAME (.1); REVIEW AND RESPOND TO C.
                                      JACKSON MEMORANDUM RE: IRS OBJECTION
                                      AND PROVIDE PRIOR SET OF COMMENTS (.1);
                                      REVIEW AND RESPOND TO MEMORANDUM FROM M.
                                      SMITHSON RE: CLAIMS TRANSFER USE OF
                                      CHANGE OF ADDRESS (.1); REVIEW CLASS 13
                                      RESERVE REPORT RE: LATE CLAIM ISSUE
                                      (.1); DRAFT MEMORANDUM TO S. KAROL AND
                                      B. GASTON RE: SAME AND REVIEW REPLY FROM
                                      B. GASTON (.1).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| LEAMY JM | 11/20/06 | 8.10 | TELECONFERENCE WITH B. BENSINGER RE: CAPX (.2); ANALYSIS RE: CAPX REQUEST TO TRANSFER CLAIM (.3); TELECONFERENCE WITH S. JASKIEL RE: TALLAHASSE 99 (.3); TELECONFERENCE WITH S. TZOUVELEKAS RE: DELTA INVESTMENTS (.3); TELECONFERENCE WITH E. POLLACK RE: RESOLVED CLAIMS (.2); TELECONFERENCE WITH W. STEVENS RE: KY CLAIM (.1); TELECONFERENCE WITH T. WUERTZ RE: BRACHS (.1); EMAIL R. WILCOX RE: BRACHS (.1); TELECONFERENCE WITH V. DAMIAN RE: BEN TOBIN CLAIM (.2); REVIEW AND ANALYSIS RE A. CHAN MOTION TO ALLOW LATE FILED CLAM AND RESPONSE TO CLAIM OBJECTION (1.2);  DRAFT AGREED ORDER RE: DELTA INVESTMENTS (1.0); DRAFT REVISIONS TO NC SELF INSURANCE AGREED ORDER (.7); EMAIL T. DEW RE: NC CLAIM (.1); DRAFT AGREED ORDER RE: RESOLVED ADJOURNED CLAIMS FROM OMNI 22 (1.0); REVIEW AND ANALYSIS BEN TOBIN CLAIM (.5); EMAIL A. HATCH RE: WINDSOR STATION AND REVIEW PURPORTED CLAIM TRANSFERS (.4); EMAIL E. OCARROLL RE: PRINCIPAL CLAIMS (.2); EMAIL K. FAGERSTROM RE: GECC (.1); EMAIL B. GASTON RE: ROCKY MOUNT CLAIM (.2); REVIEW AND ANALYSIS RE: MERRILL LYNCH CLAIMS (.7); EMAIL E. POLLACK RE: ADDITIONAL RESOLVED CLAIMS (.2). |
| RAVIN AS | 11/20/06 | 1.50 | REVIEW AND REVISE GOODINGS COMPLAINT, DRAFT CORRESPONDENCE TO J. POST RE: SAME (.1); DRAFT CORRESPONDENCE TO K. WARD RE: VOGEL AND VOGEL ADMIN CLAIM STIPULATION AND RESUBMISSION OF PROPOSED ORDER RE: SAME (.1); REVIEW AND REVISE OBJECTION TO CATAMOUNT CLAIMS (.7); TELECONFERENCE WITH K. NEIL RE: CATAMOUNT CLAIMS (.1);  TELECONFERENCE WITH C. JACKSON RE: CATAMOUNT CLAIMS (.1); REVIEW RESPONSE TO 25TH OMNIBUS CLAIMS OBJECTION FILED BY RANDY ROARK (.1); REVIEW WESTFORK'S SUPPLEMENTAL OBJECTION TO ASSUMPTION/CURE, DRAFT CORRESPONDENCE TO C. JACKSON RE: SAME (.1); REVIEW CORRESPONDENCE FROM D. GREEN RE: WELLS FARGO CLAIMS, DRAFT MEMORANDUM TO AND REVIEW MEMORANDUM FROM J. LEAMY RE: SAME, DRAFT CORRESPONDENCE TO D. GREEN RE: SAME (.2). |
| SCHWARZMAN T* | 11/20/06 | 0.70 | UPDATE CHART ON CLAIMS RELATING TO DEBTORS' 24TH OMNIBUS OBJECTION (.7). |

GRAY RW          11/21/06       1.00    REVIEW MEMORANDUM FROM M. SMITHSON RE:
                                        TRADER ATTEMPT TO TRANSFER VIA ADDRESS
                                        CHANGE (.1); REVIEW ADDRESS CHANGE AND
                                        FOLLOW UP TO CONFIRM TRADER ACTIONS
                                        (.1); DRAFT OBJECTION TO BACKDOOR
                                        TRANSFER (.3); DRAFT MEMORANDUM TO J.
                                        CASTLE ET AL. RE: SAME (.1); DRAFT
                                        MEMORANDUM TO SHB RE: FILING AND SERVICE
                                        OF OBJECTION (.1); DRAFT MEMORANDUM TO
                                        TRADER AND TELECONFERENCE WITH SAME AND
                                        IMPROPER TRANSFER (.1); TELECONFERENCE
                                        WITH J. LEAMY RE: SAME (.1); REVIEW AND
                                        RESPOND TO MEMORANDUM FROM J. LEAMY RE:
                                        NUMBER/TYPE OF OPEN CLAIMS (.1).

LEAMY JM         11/21/06       9.40    EMAILS C. HARRISON RE: CCE STIPULATION
                                        (.1); EMAIL A. KAUFMAN RE: OHIO BWC
                                        (.2); TELECONFERENCE WITH M. SMELOWITZ
                                        RE: SCHWARTZ FAMILY TRUST (.1);
                                        TELECONFERENCE WITH W. SINGLETARY RE:
                                        WOODLAND HARFORD CLAIM (.2); EMAIL S.
                                        ROSENBLATT RE: PLUNKETT (.2);
                                        TELECONFERENCE WITH C. MYATT RE:
                                        JEFFERSON PILOT (.2); TELECONFERENCE
                                        WITH E. POLLACK RE: REMAINING OPEN
                                        CLAIMS (.4);   REVIEW AND ANALYSIS RE:
                                        SEVERAL RESPONSES TO 25TH CLAIM
                                        OBJECTION (2.0); EMAIL B. GASTON RE:
                                        SCHWARTZ FAMILY TRUST (.2); EMAIL D.
                                        YOUNG RE: GA DEPT COMMUNITY HEALTH
                                        AMENDED CLAIM (.2); DRAFT AGREED ORDER
                                        RE: WATKINS CLAIM (1.0), DRAFT AGREED
                                        ORDER RE: DELTA INVESTMENTS CLAIM
                                        (1.0); DRAFT ORDERS RESOLVING ADJOURNED
                                        CLAIMS FROM 8TH, 16TH,17TH AND 19TH
                                        CLAIM OBJECTIONS (2.0); PREPARE CCE
                                        STIPULATION FOR FILING (.3); PREPARE
                                        22ND SUPPLEMENTAL ORDER FOR FILING
                                        (.3); EMAIL K. JOHNSON RE: PEPSI COLA
                                        WITHDRAWAL (.1); EMAIL M. COMERFORD RE:
                                        AGREED ORDERS (.2); EMAIL K. WARD RE:
                                        XEROX AGREED ORDER (.1); EMAIL M.
                                        ZELMANOWITZ RE: SCHWARTZ FAMILY TRUST
                                        (.1); EMAIL D. BANKS RE: GA DEPT COMM.
                                        HEALTH CLAIM (.2); EMAIL S. LORBER RE:
                                        PORCUPINE (.1); EMAILS A. LIU RE: HP
                                        HOOD (.2).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| RAVIN AS | 11/21/06 | 1.70 | REVIEW MULTIPLE CORRESPONDENCE FROM M. SMITHSON AND MEMORANDA FROM R. GRAY RE: CLAIMS TRANSFER ISSUES (.2); REVIEW MEMORANDUM FROM J. LEAMY RE: TEAM 18 TREATMENT FOR 25TH OMNIBUS CLAIMS OBJECTION (.1); REVIEW WELLS FARGO CLAIMS AND RELATED CLAIMS IN PREPARATION FOR CALL WITH D. GREEN (.3); REVIEW KNIGHTSDALE CROSSING ADMIN CLAIM APPLICATION (.1); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM S. LORBER RE: UPDATE ON HILLIARD/WELLS FARGO CLAIMS (.1); DRAFT CORRESPONDENCE TO K. NEIL RE: KNIGHTSDALE CROSSING, REVIEW MEMORANDUM FROM B. GASTON RE: SAME (.1); TELECONFERENCE WITH T. SCHWARZMAN, S. ABROMOWITZ AND D. GREEN RE: WELLS FARGO CLAIMS (.2); PRE AND POST CALL CONFERENCE WITH T. SCHWARZMAN RE: WELLS FARGO CLAIMS (.2); REVIEW AND REVISE ADMIN CLAIM STATUS CHART (.2); REVIEW AND REVISE CATAMOUNT CLAIM CHART (.1); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO D. GREEN RE: WELLS FARGO CLAIMS AND CONTINUANCE OF HEARING (.1). |
| SCHWARZMAN T* | 11/21/06 | 1.40 | PRE- AND POST-CONFERENCE MEETING WITH A. RAVIN (.2); TELECONFERENCE WITH D. GREEN AND S. ABRAMOWITZ (.2); UPDATE 24TH OMNIBUS OBJECTIONS CHART RE: WELLS FARGO CLAIMS (1.0). |
| TURETSKY DM | 11/21/06 | 0.80 | E-MAIL TO J. LEAMY RE: AGREED ORDER WITH MEEKER TRUST (.1); REVISE AGREED ORDER WITH MEEKER TRUST (.1); E-MAIL TO D. RAY RE: MEEKER AGREED ORDER (.1); E-MAIL TO J. CASTLE, R. DOBY, AND J. POST RE: MEEKER AGREED ORDER (.1); TELECONFERENCE WITH J. LEAMY RE: COMMONWEALTH OF KENTUCKY CLAIM (.3); TELECONFERENCE WITH T. FARMER RE: COMMONWEALTH OF KENTUCKY CLAIM (.1). |

**MATTER TOTAL**                              **<u>249.40</u>**

    * Law clerks are law school graduates who are not presently admitted
    to practice.

45

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                          Bill Date: 12/01/06
**Claims Admin. (Reclamation/Trust Funds)**               Bill Number: 1133503

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| EICHEL S | 11/01/06 | 0.20 | REVIEW T. WUERTZ'S PROPOSED LETTERS TO KRISPY KREME AND ASM CAPITAL RE: RESOLVING OUTSTANDING DISPUTE (.2). |
| EICHEL S | 11/02/06 | 0.40 | TELECONFERENCE WITH T. WUERTZ RE: LETTER TO ASM CAPITAL RE: PAYMENTS TO KRISPY KREME (.3); REVIEW AND REVISE PROPOSED LETTER TO KRISPY KREME (.1). |
| TURETSKY DM | 11/06/06 | 0.50 | REVIEW AND COMMENT RE: DRAFT TIN COVER LETTERS TO RECLAMATION CLAIM HOLDERS (.5). |
| EICHEL S | 11/08/06 | 0.30 | REVIEW EMAIL FROM H. BERKOWITZ RE: XROADS LETTER RE: RECLAMATION PAYMENTS (.1); TELECONFERENCE WITH T. WUERTZ RE: H. BERKOWITZ'S LETTER (.1). |
| EICHEL S | 11/09/06 | 0.30 | REVIEW EMAIL FROM T. WUERTZ RE: RECLAMATION CLAIMS OF IRVING TISSUE AND WAYNE (.1); TELECONFERENCE WITH T. WUERTZ RE: RECLAMATION CLAIMS OF IRVING TISSUE AND WAYNE (.1); TELECONFERENCE WITH T. WUERTZ RE: RESOLVING ASM CAPITAL CLAIM (.1). |
| EICHEL S | 11/16/06 | 0.10 | REVIEW EMAIL FROM J. LEAMY RE: OUTSTANDING RECLAMATION CLAIMS (.1). |

**MATTER TOTAL**                          <u>**1.80**</u>

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

**Winn-Dixie Stores, Inc. (DIP)**                                    Bill Date: 12/01/06
**Disclosure Statement/ Voting Issues**                              Bill Number: 1133503

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| WEISS RJ | 11/03/06 | 2.20 | REVIEW/REVISE AND E-MAILS RE: DISBERSING/TRUST AGREEMENT (2.2). |
| WEISS RJ | 11/06/06 | 0.40 | REVISE TO TRUST/DISBURSING AGREEMENT (.4). |
| LAMAINA KA | 11/06/06 | 3.50 | REVIEW STATUS OF DISCLOSURE STATEMENT/VOTING ISSUES AND SERVICES IN CASES FOR COURT FILING (2.2); PREPARE SUMMARY ON SAME (1.3). |
| WEISS RJ | 11/07/06 | 0.70 | MAKE REVISIONS TO TRUST AGREEMENT (.7). |
| WEISS RJ | 11/08/06 | 0.60 | MAKE ADDITIONAL REVISIONS TO TRUST AGREEMENT (.6). |
| WEISS RJ | 11/09/06 | 0.90 | MAKE REVISIONS TO TRUST/DISBURSING AGREEMENT (.9). |
| WEISS RJ | 11/10/06 | 0.80 | MAKE REVISIONS TO TRUST/DISBURSING AGREEMENT (.8). |
| WEISS RJ | 11/12/06 | 0.50 | COMMENT ON TRUST/DISBURSING AGENT AGREEMENT (.5). |
| WEISS RJ | 11/13/06 | 0.50 | MAKE REVISIONS TO TRUST AGREEMENT, REVISIONS (.5). |
| WEISS RJ | 11/14/06 | 0.40 | MAKE REVISIONS ON TRUST (.4). |
| **MATTER TOTAL** | | **10.50** | |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                                      **Bill Date: 12/01/06**
**Employee Matters (General)**                                        **Bill Number: 1133503**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| TURETSKY DM | 11/01/06 | 0.10 | TELECONFERENCE WITH C. JACKSON RE: BARROW CONTRACT REJECTION (.1). |
| TURETSKY DM | 11/06/06 | 0.60 | REVIEW HODGE RESPONSE TO MSP/SRP CLAIM OBJECTION (.2); E-MAIL TO T. WILLIAMS AND L. RODRIGUEZ RE: HODGE RESPONSE TO MSP/SRP CLAIM OBJECTION (.1); ANALYSIS RE: ISSUES RAISED BY D. MCRAE INQUIRY CONCERNING MSP/SRP CLAIM OBJECTION (.3). |
| TURETSKY DM | 11/07/06 | 0.70 | E-MAIL TO T. WILLIAMS RE: REJECTION OF A. BARROW AGREEMENT (.1); E-MAIL TO E. CROCKER RE: MSP/SRP CLAIMS (.2); FURTHER RESEARCH RE: MSP/SRP CLAIMS (.3); E-MAIL TO E. CROCKER RE: D. MCRAE CLAIM (.1). |
| TURETSKY DM | 11/16/06 | 0.90 | FURTHER RESEARCH RE: CONTRACT WITH P. LYNCH (.3); TELECONFERENCE WITH T. WILLIAMS RE: MOTION TO COMPEL T. ROWE PRICE TO TURN OVER TRUST ASSETS (.1); E-MAIL TO T. WILLIAMS RE: MOTION TO COMPEL T. ROWE PRICE TO TURN OVER TRUST ASSETS (.1); E-MAIL TO R. GRAY RE: MOTION TO COMPEL T. ROWE PRICE TO TURN OVER TRUST ASSETS (.1); FURTHER RESEARCH IN CONNECTION WITH ASSETS HELD IN TRUST BY T. ROWE PRICE (.3). |
| TURETSKY DM | 11/17/06 | 0.40 | E-MAILS TO T. WILLIAMS RE: MOTION/ORDER TO COMPEL T. ROWE PRICE TO TURN OVER TRUST ASSETS (.2); E-MAIL TO L. APPEL, J. CASTLE, F. HUFFARD, AND M. FREITAG RE: ORDER APPROVING LYNCH CONTRACT (.1); E-MAIL TO A. BERNSTEIN RE:  ORDER APPROVING LYNCH CONTRACT (.1). |
| TURETSKY DM | 11/21/06 | 0.10 | E-MAIL TO T. WILLIAMS RE: NOTICE OF EFFECTIVE DATE IN CONNECTION WITH TURNOVER OF FUNDS HELD BY T. ROWE PRICE (.1). |

**MATTER TOTAL**                      **2.80**

**Winn-Dixie Stores, Inc. (DIP)**                    **Bill Date: 12/01/06**
**Executory Contracts (Personalty)**                 **Bill Number: 1133503**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BAKER DJ | 11/01/06 | 0.30 | REVIEW EMAIL FROM R. GRAY RE: OHIO CASUALTY (.2); REVIEW REPLY OF S. FELD TO EMAIL RE: OHIO CASUALTY (.1). |
| TURETSKY DM | 11/01/06 | 1.20 | FURTHER ANALYSIS RE: ASSUMED AND REJECTED CONTRACTS IN CONNECTION WITH IDENTIFYING POTENTIAL RESERVE ISSUES (.8); E-MAIL TO J. YOUNG RE: CONTRACT ISSUES (.2); E-MAIL TO B. BERNARDO RE: GE TRUCKING LEASE (.1); TELECONFERENCE WITH J. JAMES RE: GE TRUCKING LEASE (.1). |
| TURETSKY DM | 11/02/06 | 1.00 | TELECONFERENCES WITH J. JAMES RE: GE TRUCKING LEASE (.2); TELECONFERENCE WITH L. BERKOFF RE: GE TRUCKING LEASE (.1); E-MAIL TO L. BERKOFF RE: GE TRUCKING LEASE (.1); COORDINATE WITH B. BERNARDO AND J. JAMES RE: PAYMENT OF POST-PETITION AMOUNTS OWED UNDER GE TRUCKING LEASE (.2); TELECONFERENCE WITH B. BERNARDO RE: GE TRUCKING LEASE (.1); E-MAIL TO M. CALVILLO RE: GE TRUCKING LEASE (.1); ANALYSIS RE: DIVERSIFIED MAINTENANCE CONTRACT ISSUE (.1); TELECONFERENCE WITH J. POST RE: DIVERSIFIED MAINTENANCE CONTRACT ISSUE (.1). |
| TURETSKY DM | 11/03/06 | 0.50 | RESEARCH RE: ISSUES IN CONNECTION WITH INFORMATION RESOURCES AGREED ORDER (.2); RESEARCH RE: ISSUES IN CONNECTION WITH CITICORP STIPULATION (.1); RESEARCH RE: ISSUES IN CONNECTION WITH CIGNA AGREED ORDER (.1); TELECONFERENCE WITH K. WARD RE: AGREED ORDERS WITH CIGNA AND IRI AND CITICORP STIPULATION (.1). |
| EICHEL S | 11/06/06 | 0.30 | DRAFT EMAIL TO B. KICHLER RE: NATURE'S BOUNTY AGREEMENT (.1); TELECONFERENCE WITH B. KICHLER RE: NATURE'S BOUNTY AGREEMENT (.1); DRAFT EMAIL TO H. JONES RE: STATUS OF NBTY AGREEMENT (.1). |

| | | | |
|---|---|---|---|
| TURETSKY DM | 11/06/06 | 1.70 | TELECONFERENCE WITH J. JAMES RE: SUMS OWED TO WINN-DIXIE BY PHH (.1); FURTHER RESEARCH RE: ISSUES CONCERNING SUMS OWED TO WINN-DIXIE BY PHH (.9); REVIEW AND COMMENT RE: DRAFT TIN COVER LETTERS TO HOLDERS OF CURE CLAIMS (.2); E-MAIL TO K. LOGAN RE: TIN LETTER COMMENTS (.1); TELECONFERENCE WITH K. LOGAN RE: TIN LETTERS (.2); TELECONFERENCE WITH J. LEAMY RE: CONTRACT ASSUMPTIONS (.2). |
| TURETSKY DM | 11/07/06 | 0.50 | ADDITIONAL RESEARCH RE: ISSUES CONCERNING SUMS OWED TO WINN-DIXIE BY PHH (.3); TELECONFERENCE WITH K. FAGERSTROM AND J. JAMES RE: SUMS OWED TO WINN-DIXIE BY PHH (.2). |
| EICHEL S | 11/08/06 | 0.10 | REVIEW EMAIL FROM B. KICHLER RE: LIBBEY GLASS RECLAMATION CLAIM (.1). |
| TURETSKY DM | 11/08/06 | 0.60 | E-MAIL TO J. FRANK RE: ENTRY OF AGREED ORDER WITH INFORMATION RESOURCES, INC. (.1); E-MAIL TO J. JAMES, S. GRIMM, B. KICHLER, J. YOUNG, K. FAGERSTROM RE: ENTRY OF AGREED ORDER WITH INFORMATION RESOURCES, INC. (.1); E-MAIL TO L. BERKOFF RE: ENTRY OF ORDER APPROVING STIPULATION WITH CITICORP (.1); E-MAIL TO J. JAMES, S. GRIMM, B. KICHLER, J. YOUNG, K. FAGERSTROM RE: ENTRY OF ORDER APPROVING STIPULATION WITH CITICORP (.1); E-MAIL TO C. THOMPSON RE: ENTRY OF AGREED ORDER WITH CIGNA (.1); E-MAIL TO J. JAMES, S. GRIMM, B. KICHLER, J. YOUNG, K. FAGERSTROM RE: ENTRY OF AGREED ORDER WITH CIGNA (.1). |
| TURETSKY DM | 11/09/06 | 0.30 | TELECONFERENCE WITH L. BERKOFF RE: GE TRUCKING LEASE (.2); E-MAIL TO L. BERKOFF RE: GE TRUCKING LEASE (.1). |
| BAKER DJ | 11/10/06 | 1.20 | REVIEW OHIO CASUALTY PLEADING (1.0); REVIEW EMAIL FROM S. FELD RE: OHIO CASUALTY ISSUES (.1); RESPOND TO EMAIL FROM S. FELD (.1). |
| TURETSKY DM | 11/13/06 | 1.40 | FURTHER ANALYSIS RE: CONTRACT RELATED CLAIMS (.3); FURTHER ANALYSIS RE: SUMS OWED BY PHH TO WINN-DIXIE (.8); TELECONFERENCE WITH J. JAMES RE: SUMS OWED BY PHH TO WINN-DIXIE (.2); E-MAIL TO S. FELD RE: RESOLUTION OF KEMPER OBJECTION TO ASSUMPTION OF KEMPER AGREEMENTS (.1). |

| TURETSKY DM | 11/14/06 | 0.60 | ADDITIONAL ANALYSIS RE: SUMS OWED BY PHH TO WINN-DIXIE (.1); TELECONFERENCE WITH J. JAMES RE: SUMS OWED BY PHH TO WINN-DIXIE (.1); TELECONFERENCE WITH J. YOUNG RE: SUMS OWED BY PHH TO WINN-DIXIE (.1); TELECONFERENCE WITH K. FAGERSTROM RE: SUMS OWED BY PHH TO WINN-DIXIE (.1); E-MAIL TO J. FRANK RE: IRI CONTRACT CLAIM (.2). |
|---|---|---|---|
| TURETSKY DM | 11/17/06 | 0.20 | E-MAIL TO C. SMITH RE: CURE PAYMENT TO MEDICAL SECURITY CARD COMPANY (.2). |
| TURETSKY DM | 11/21/06 | 1.30 | E-MAIL TO J. JAMES, B. KICHLER, AND B. BERNARDO RE: GE TRUCKING LEASE (.1); E-MAIL TO B. BERNARDO RE: GE TRUCKING LEASE (.1); FURTHER ANALYSIS RE: CURE PAYMENT ISSUES (1.0); TELECONFERENCE WITH K. FAGERSTROM RE: CURE PAYMENT ISSUES (.1). |

**MATTER TOTAL**                              **11.20**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Winn-Dixie Stores, Inc. (DIP)                           Bill Date: 12/01/06
Financing (DIP and Emergence)                           Bill Number: 1133503

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| NECKLES PJ | 11/01/06 | 1.50 | DRAFT E-MAILS RE: OPEN ITEMS FOR EXIT FINANCING CLOSING WITH J. PAOLI, S. REINKEN, AND P. BROWN (1.5). |
| BOYDELL TT | 11/01/06 | 6.60 | ATTENTION TO DISCLOSURE SCHEDULES TO CREDIT AGREEMENT AND SECURITY AGREEMENT (2.3); REVIEW AND PROVIDE COMMENTS TO SUB RESOLUTIONS (.8); REVIEW AND ADDRESS OPEN ITEM LIST TO EXIT FINANCING CLOSING (1.6); COORDINATE CLOSING DELIVERABLE FOR EXIT FACILITY (1.9). |
| GRAY RW | 11/01/06 | 0.20 | REVIEW LIEN SCHEDULE AND EXCHANGE EMAILS WITH A. MARGOLIS AND J. PAOLI RE: SAME (.2). |
| HARRIS K* | 11/01/06 | 3.60 | REVISE GUARANTOR AND SUBSIDIARY RESOLUTIONS (2.6); REVIEW EVIDENCE OF DISSOLUTION DOCUMENTATION; AND FOLLOW UP WITH COMPANY RE: MISSING ITEMS (.7); REVIEW INFORMATION FROM COMPANY RE: FOREIGN JURISDICTIONS (.3). |
| PAOLI J | 11/01/06 | 3.70 | DRAFT EMAIL TO R. GRAY RE LIEN SCHEDULE TO CREDIT AGREEMENT (.1); DRAFT OPEN ITEMS LIST FOR COMPANY (.6); DISTRIBUTE DISSOLUTION DOCUMENT TO OSHR FOR REVIEW (.1); EMAIL TO K. HARRIS RE: SAME (.1); REVIEW CHART RE: FOREIGN QUALIFICATIONS (.2); EMAIL TO M. LOESBERG RE: SAME (.1); EMAIL TO S. STOESSER RE: REQUIRED DISSOLUTION DOCUMENTS (.1); TELECONFERENCE WITH SGR RE: RESOLUTIONS (.2); TELECONFERENCE WITH T. SALDANA AND T. BOYDELL RE: SCHEDULE III TO CREDIT AGREEMENT (.3); REVISE SCHEDULE III PER COMMENTS (.2); MEETING WITH K. HARRIS RE: GUARANTOR RESOLUTIONS (.3); REVIEW SAME (.4); TELECONFERENCE WITH T. BOYDELL RE: RESOLUTIONS (.2); TELECONFERENCE WITH K. HARRIS RE: FOREIGN QUALIFICATIONS (.2); EMAILS TO J. CASTLE AND T. BOYDELL RE: REVIEW OF OPEN ITEMS (.3); EMAIL TO K. HARRIS RE: DOCUMENTS FOR SAME (.2); MEETING WITH K. HARRIS RE: SAME (.1). |
| SCHWARTZ WL | 11/02/06 | 0.20 | CORRESPONDENCE WITH J. KEMPF RE: EXIT FINANCING REAL ESTATE CLOSING (.2). |

| | | | |
|---|---|---|---|
| BOYDELL TT | 11/02/06 | 5.00 | MEETING WITH J. CASTLE AND J. PAOLI RE: SCHEDULES AND STATEMENTS (.8); MEETING WITH J. PAOLI RE: OUTSTANDING ITEMS UNDER THE CREDIT FACILITY (.3); CONFERENCE CALL WITH C. IBOLD, SGR, J. PAOLI AND J. KEMPF RE: GOOD STANDINGS, SUB RESOLUTIONS AND RELATED MATTERS (.4); ADDRESS LIEN ISSUES (.8); COORDINATE CLOSING DELIVERABLE FOR EXIT CLOSING (2.7). |
| KEMPF J | 11/02/06 | 0.60 | TELECONFERENCE WITH C. IBOLD, T.T. BOYDELL, J. PAOLI, D. STANFORD, P. BROWN TO DISCUSS FOREIGN QUALIFICATIONS AND REAL ESTATE SUBSIDIARY DOCUMENTS (.4); REVIEWING MATERIALS FROM SMITH GAMBRELL AND D. GREENSTEIN ABOUT STATUS OF TITLE AND FOREIGN QUALIFICATIONS (.2). |
| PAOLI J | 11/02/06 | 4.50 | MEETING WITH J. CASTLE AND T. BOYDELL RE: OPEN ITEMS (.8); MEETING WITH T. BOYDELL RE: SAME (.3); CONFERENCE CALL WITH T. BOYDELL, C. IBOLD, J. KEMPF AND SGR RE: FOREIGN QUALIFICATIONS (.4); FOLLOW UP MEETING WITH T. BOYDELL (.3); REVISE WINN-DIXIE SCHEDULES AND STATEMENTS(.9); REVIEW SECRETARY CERTIFICATES (.2); DISTRIBUTE TO SGR FOR REVIEW (.2); REVIEW RESOLUTIONS (.7); REVIEW WINN-DIXIE INSURANCE CERTIFICATES (.2); EMAIL TO OSHR RE: SAME (.1); EMAIL TO S. REINKEN RE: SIGNATURE PAGES (.1); EMAIL TO K. HARRIS RE: FOREIGN QUALIFICATIONS (.1); EMAIL TO T. BOYDELL RE: MATERIAL CONTRACTS SCHEDULE (.1); EMAIL TO C. IBOLD RE: FOREIGN QUALIFICATIONS (.1). |
| SCHWARTZ WL | 11/03/06 | 0.50 | CORRESPONDENCE FROM D. STANFORD RE: LOCAL COUNSEL OPINIONS (.2); CORRESPONDENCE FROM J. KEMPF RE: TITLE COMPANY (.3). |
| BOYDELL TT | 11/03/06 | 6.50 | REVIEW AND PROVIDE COMMENTS TO RESOLUTIONS (.5); DISCUSSION WITH S. REINKEN RE:  EVERGREEN CONTROL AGREEMENT (.2); FOLLOW UP W/M. LOESBERG RE: SAME (.3); WORK ON SCHEDULES TO CREDIT AGREEMENT AND SECURITY AGREEMENT (2.3); FOLLOW UP RE:  REAL ESTATE MATTERS (.3); MEETING WITH J. PAOLI RE: OUTSTANDING MATTERS UNDER EXIT CREDIT FACILITY (.5); ATTENTION TO OPINION ISSUES (.4); COORDINATE FINALIZATION OF CLOSING DELIVERABLE (2.0). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| GRAY RW | 11/03/06 | 0.60 | REVIEW MEMORANDUM FROM C. WILLIAMS RE: TITLE COMPANY COMMENTS ON CONFIRMATION ORDER AND DRAFT MEMORANDUM TO A. MARGOLIS AND S. HENRY RE: SAME (.1); FOLLOW UP EMAIL EXCHANGE RE: ORDER IN AID FOR LOUISIANA ISSUES (.1); REVIEW AND RESPOND TO MEMORANDA FROM A. MARGOLIS RE: BANKRUPTCY ISSUES ON CREDIT AGREEMENT SCHEDULES AND STATEMENTS(.3); FOLLOW UP EMAIL EXCHANGE WITH A. MARGOLIS RE: SAME (.1). |
| MARGOLIS A | 11/03/06 | 1.70 | REVIEW OF CORRESPONDENCE FROM LA TITLE INSURANCE COUNSEL RE: TITLE ISSUES (.3); REVIEW DRAFT EXIT AGREEMENT SCHEDULES AND STATEMENTS (.4) AND EMAILS WITH C JACKSON/R GRAY/T BOYDELL/A RAVIN/J KEMPF/D IROM RE: EXIT AGREEMENT SCHEDULES (.9). |
| KEMPF J | 11/03/06 | 1.70 | REVIEW LETTER AND COMMENTS FROM LOUISIANA TITLE COMPANY ABOUT CONSUMMATION ORDER (.2), BRIEF W. SCHWARTZ ON COMMENTS FROM LOUISIANA TITLE COMPANY AND LOCAL COUNSEL ABOUT NEED FOR A CONSUMMATION ORDER (.2); ASSESS NUMBER AND LOCATION OF LOUISIANA PROPERTIES FOR WHICH WE WILL NEED CONSUMMATION ORDER (.3), DISCUSS TIMING OF CLOSING AND STATUS OF LOUISIANA PROPERTIES AND LIEN SEARCHES WITH P. BROWN (.2), REVIEW REAL ESTATE PORTIONS OF S.G. LEGAL OPINION (.2), FOLLOW UP ON OUTSTANDING COLLATERAL ACCESS AGREEMENTS (.1), TELECONFERENCE WITH M. LOESBERG ABOUT COLLATERAL ACCESS AGREEMENTS (.1), PREPARE SIGNATURE PAGES FOR COLLATERAL ACCESS AGREEMENTS (.4). |
| PAOLI J | 11/03/06 | 2.60 | DISTRIBUTE BLACKLINES OF RESOLUTIONS TO T. BOYDELL (.2); REVISE SCHEDULES TO CREDIT AGREEMENT (.4); EMAIL TO T. BOYDELL RE: SAME (.1); TELECONFERENCE WITH A. BARAGONA RE: W9S FOR BORROWERS (.2); EMAIL TO A. BARAGONA RE: SAME (.2); EMAIL TO T. BOYDELL RE: SAME (.1); EMAIL TO T. BOYDELL RE: SIGNATURE PAGES TO COLLATERAL ACCESS AGREEMENTS (.1); EMAIL TO B. KICHLER RE: IP SCHEDULES AND STATEMENTS(.2); EMAIL TO M. LOESBERG RE: SIGNATURE PAGES TO LOAN DOCUMENTS (.1); CONFIRM INVESTMENTS SCHEDULE TO CREDIT AGREEMENT WITH COMPANY (.2); EMAIL TO L. BUCKLEY RE: STATUS OF FOREIGN QUALIFICATIONS (.1); EMAIL TO K. HARRIS RE: COMMENTS TO SECRETARY'S CERTIFICATES (.1); DRAFT OPEN ITEMS LIST TO COMPANY (.6). |

| | | | |
|---|---|---|---|
| RAVIN AS | 11/03/06 | 0.50 | REVIEW MEMORANDA FROM A. MARGOLIS AND R. GRAY RE: CREDIT AGREEMENT SCHEDULE ITEMS 6.35, 7.2.2(B), 7.2.3(B), REVIEW SCHEDULES, DRAFT MEMORANDA TO SAME RE: SAME (.3); REVIEW COMMENTS FROM LA TITLE AGENT AND MEMORANDA FROM A. MARGOLIS AND R. GRAY RE: SHORT FORM ORDER IN AID OF CONSUMMATION (.2). |
| SCHWARTZ WL | 11/06/06 | 1.10 | REVIEW CORRESPONDENCE FROM J. KEMPF AND LOCAL COUNSEL RE: TITLE INSURANCE - .30; CONFERENCE W/LOCAL COUNSEL AND CLIENT AND TITLE COMPANY (.6); CORRESPONDENCE FOR LA COUNSEL RE: TITLE ISSUES (.2). |
| BOYDELL TT | 11/06/06 | 4.60 | REVIEW AND RESPOND TO EMAILS RE: EMERGENCE AND STATUS (.5); ADDRESS OUTSTANDING ISSUES RE: EXIT FINANCING (2.3) AND COORDINATE FINALIZATION OF CLOSING DELIVERIES (1.8). |
| MADDOX JE | 11/06/06 | 0.40 | REVIEW STOCK CERTIFICATE TO BE PLEDGED WITH INCONSISTENT ISSUER/HOLDER LANGUAGE AND EMAIL K HARRIS TO FIX CERTIFICATE BY HAVING IT REISSUED (.4). |
| MARGOLIS A | 11/06/06 | 0.70 | TELECONFERENCE WITH A. RAVIN RE: LEASE ASSUMPTION ISSUES (.1); EMAIL CORRESPONDENCE WITH J. PAOLI RE: SCHEDULES AND STATEMENTS(.2); REVIEW EMAIL CORRESPONDENCE FROM D. STAMFORD RE: REAL ESTATE ISSUES RE: EXIT FACILITY (.4). |
| HARRIS K* | 11/06/06 | 4.60 | FOLLOW UP WITH J MADDOX RE: THE RE-ISSUANCE OF STOCK CERTIFICATE FOR WINN-DIXIE MONTGOMERY (.4); REVIEW SECRETARY CERTIFICATE MARK-UP BY SMITH GAMBRELL AND COMPARE THEIR INCUMBENCY INFORMATION WITH INFORMATION PROVIDED BY COMPANY (.8); COMMUNICATE WITH COMPANY RE: INCUMBENCY DISCREPANCIES (.6); REVISE SECRETARY CERTIFICATES (1.8); COMPARE COMPANY FOREIGN JURISDICTION LIST (.3); REVIEW LLC AGREEMENTS (.4); DISTRIBUTE LOAN DOCUMENTATION TO SMITH GAMBRELL (.3). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

KEMPF J          11/06/06     2.00   REVIEWING SAMPLE MOTION AND ORDER IN AID
                                     OF EXECUTION (.3), COORDINATING AND
                                     DETERMINING AGENDA FOR REAL ESTATE
                                     TELECONFERENCE WITH DISCUSS OPEN REAL
                                     ESTATE DELIVERABLE, AND TITLE (.2),
                                     REVIEWING FOREIGN QUALIFICATIONS (.1),
                                     REVIEWING LLC AGREEMENTS AND ANSWERING
                                     QUESTIONS ABOUT WHICH OFFICERS MAY SIGN
                                     ON BEHALF OF BORROWERS (.3),
                                     TELECONFERENCING WITH C. IBOLD, SMITH
                                     GAMBRELL, OTTERBOURG, B. GALLOGLY, AND
                                     LOUISIANA COUNSEL ABOUT NECESSITY OF AN
                                     ORDER OF CONSUMMATION IN LOUISIANA
                                     (.6), PREPARING FOR TELECONFERENCE TO
                                     DISCUSS ORDER OF CONSUMMATION (.3),
                                     TELECONFERENCE WITH LOUISIANA COUNSEL
                                     ABOUT AFFIDAVIT SAMPLES (.2).

LAMAINA KA       11/06/06     2.30   REVIEW STATUS OF EXIT FINANCING
                                     FACILITY (1.6); PREPARE SUMMARY ON SAME
                                     (.7).

PAOLI J          11/06/06     3.20   TELECONFERENCE WITH K. HARRIS RE:
                                     COMMENTS BY SGR TO SECRETARY
                                     CERTIFICATES (.2); CALL TO P. BROWN RE:
                                     STOCK CERTIFICATE FOR WINN-DIXIE
                                     MONTGOMERY (.1); REVIEW SGR COMMENTS TO
                                     SECRETARY CERTIFICATES (.6);
                                     TELECONFERENCE WITH K. HARRIS RE:
                                     INCUMBENCIES (.2); DRAFT BANKING RIDER
                                     TO FEE APPLICATION (.4); TELECONFERENCE
                                     WITH C. WENZEL RE: SAME (.1); EMAIL TO
                                     J. KEMPF RE: SAME (.1); EMAIL TO K.
                                     LAMAINA RE: SAME (.2); CONFERENCE WITH
                                     T. BOYDELL, K. HARRIS AND P. BROWN AT SGR
                                     RE: COMMENTS TO SECRETARY CERTIFICATES
                                     (1.0); FOLLOW UP MEETING WITH K. HARRIS
                                     RE: SAME (.2); EMAIL TO A. MARGOLIS RE:
                                     STATUS OF SCHEDULES AND STATEMENTS(.1).

RAVIN AS         11/06/06     0.10   CONFERENCE WITH A. MARGOLIS RE:
                                     PROPOSED CONFIRMATION ORDER WITH
                                     RESPECT TO LA TITLE QUESTION (.1).

SCHWARTZ WL      11/07/06     0.80   CONFERENCE WITH D. GREENSTEIN, C. IBOLD
                                     AND D. STAMFORD RE: STATUS OF REAL
                                     ESTATE CLOSING (.3); REVIEW
                                     CORRESPONDENCE FROM D. STAMFORD RE:
                                     OPINIONS (.3); REVIEW CORRESPONDENCE
                                     FROM LOCAL COUNSEL RE: TITLE INSURANCE
                                     (.2).

| | | | |
|---|---|---|---|
| BOYDELL TT | 11/07/06 | 6.30 | DISCUSSIONS WITH SGR AND J. JAMES RE: DIRECTORS AND OFFICERS (.3); REVIEW AND PROVIDE COMMENTS TO ANCILLARY CLOSING DOCUMENTS FOR EXIT FINANCING (.3); REVIEW AND RESPOND TO EMAIL MESSAGES RE: EXIT FINANCING CLOSING (.7); FOLLOW UP RE: REAL ESTATE CLOSING MATTERS (.5); ANALYSIS OF OPINION ISSUES (.8) AND CONTROL AGREEMENTS (.5); COORDINATE CLOSING DELIVERIES FOR EXIT FINANCING (2.4); REVIEW AND PROVIDE COMMENTS ON REVISED CONSENTS (.8). |
| MADDOX JE | 11/07/06 | 0.80 | REVIEW REVISED EVERGREEN CONTROL AGREEMENT SENT BY M. LOESBERG (OTTERBOURG) AND LEAVE MESSAGE FOR T BOYDELL WHETHER WE CAN OPINE. |
| MARGOLIS A | 11/07/06 | 1.20 | REVIEW REVISED SCHEDULES AND STATEMENTS(.5); EMAIL TO D IROM RE: COMMENTS THERETO (.6); TC W/A RAVIN RE: ORDER IN AID OF CONSUMMATION OF PLAN (.1). |
| HARRIS K* | 11/07/06 | 5.30 | REVISE, REVIEW AND DISTRIBUTE RESOLUTIONS (3.3); REVIEW, REVISE AND DISTRIBUTE SECRETARY CERTIFICATES TO REFLECT SMITH GAMBRELL CHANGES (1.8); DISCUSS RESOLUTIONS WITH P BROWN FROM SMITH GAMBRELL (.2). |
| KEMPF J | 11/07/06 | 0.60 | BRIEFING D. STANFORD ON THE PLEDGE OF TRADEMARKS AND THE ACCOUNT BLOCKING AND SECURITIES AGREEMENT (.2), REVIEWING UPDATES ON TITLE AND REAL ESTATE DOCUMENTS (.4). |

| | | | |
|---|---|---|---|
| PAOLI J | 11/07/06 | 2.80 | TELECONFERENCE WITH J. JAMES RE: SIGNATORIES TO LOAN DOCUMENTS (.2); TELECONFERENCE WITH J. JAMES RE: DIRECTORS AND OFFICERS FOR VARIOUS ENTITIES (.2); MEETING WITH K. HARRIS RE: COMMENTS TO RESOLUTIONS (.2); REVIEW REVISED RESOLUTIONS (.4); TELECONFERENCE WITH K. HARRIS RE: SAME (.2); REVIEW MISSISSIPPI STATUTES RE: ACTIONS BY WRITTEN CONSENT (.2); TELECONFERENCE WITH K. HARRIS RE: SAME (.1) REVISE SIGNATURE PAGES (.2); DISTRIBUTE SAME FOR REVIEW (.1); EMAIL TO R. GRAY RE: RESOLUTIONS (.1); EMAIL TO A. RAVIN RE: SAME (.1); TELECONFERENCE WITH K. HARRIS RE: REVISIONS TO RESOLUTIONS (.2) EMAIL TO K. HARRIS RE: DIRECTOR AND OFFICER INFORMATION (.1); TELECONFERENCE WITH J. JAMES RE: SIGNATORIES TO LOAN DOCUMENTS (.2); EMAIL TO M. LOESBERG RE: SAME (.1); EMAIL TO T. BOYDELL RE: SAME (.1); CALL TO J. JAMES RE: CHANGE OF BOARD OF DIRECTORS (.1). |
| RAVIN AS | 11/07/06 | 0.20 | CONFERENCE WITH A. MARGOLIS RE: LA TITLE AND ORDER IN AID OF CONSUMMATION (.1); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO D. BITTER RE: AFCO STATUS (.1). |
| WENZEL CP | 11/07/06 | 0.20 | COORDINATED DISTRIBUTION OF FINAL LOAN DOCUMENTS TO SG. |
| BOYDELL TT | 11/08/06 | 7.10 | DISCUSSION WITH P. BROWN RE: STOCK CERTIFICATES (.2); REVIEW AND PROVIDE COMMENTS (.3) AND DISCUSSION WITH K. HARRIS RE: COMMENTS TO REVISED SECRETARY'S CERTIFICATES (.2) AND RESOLUTIONS (.5); DISCUSSIONS WITH J. JAMES RE: CORP GOVERNANCE MATTERS (.2); REVIEW AND RESPOND TO EMAIL RE: EXIT FINANCING (1.3); COORDINATE PREPARATION OF DISCLOSURE SCHEDULES AND STATEMENTS(1.8); COORDINATE CLOSING DELIVERABLE FOR EXIT CLOSING (2.6). |
| HARRIS K* | 11/08/06 | 3.80 | REVISE SECRETARY CERTIFICATE AND DISTRIBUTE FOR FINAL SIGN-OFF (1.1); REVISE RESOLUTIONS AND DISTRIBUTE FOR FINAL SIGNOFF FROM M LOESBERG (2.1); REVISE CLOSING CHECKLIST (.6). |
| KEMPF J | 11/08/06 | 0.50 | PURSUING COLLATERAL ACCESS AGREEMENTS (.5). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| PAOLI J | 11/08/06 | 1.00 | EMAIL TO L. APPEL RE: STATUS OF OPEN ITEMS (.3); EMAIL TO T. BOYDELL RE: CALL TO J. JAMES RE: DIRECTORS (.1); EMAIL TO K. HARRIS RE: PATRIOT ACT INFORMATION (.1); CALL TO K. HARRIS RE: SAME (.1); EMAIL TO A. MARGOLIS RE: STATUS OF LIEN AND INDEBTEDNESS SCHEDULES AND STATEMENTS (.1); REVISE SCHEDULES AND STATEMENTS (.3). |
| RAVIN AS | 11/08/06 | 1.10 | REVIEW CORRESPONDENCE FROM D. BITTER RE: AFCO, DRAFT MULTIPLE CORRESPONDENCE TO SAME RE: SAME (.4); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM L. MANDEL RE: AFCO, DRAFT CORRESPONDENCE TO J. HELFAT RE: SAME (.4); REVIEW DRAFT AFCO PREMIUM FINANCE AGREEMENT (.2); REVIEW MEMORANDUM FROM AND DRAFT MEMORANDUM TO J. KEMPF RE: COLLATERAL ACCESS AGREEMENTS RE: DEUTSCHE BANK (.1). |
| BAKER DJ | 11/09/06 | 0.70 | BEGIN REVIEW OF EXIT FINANCING ISSUES (.7). |
| NECKLES PJ | 11/09/06 | 2.00 | RECEIVE AND REVIEW CONFIRMATION ORDER (1.5); E-MAILS RE: CONFIRMATION ORDER WITH REPRESENTATIVES OF BANK GROUP (.5). |
| SCHWARTZ WL | 11/09/06 | 0.70 | REVIEW CORRESPONDENCE FROM BANKRUPTCY ATTORNEYS RE: BANKRUPTCY ORDER (.2); CONFERENCE W/D. STAMFORD, C. IBOLD AND D. GREENSTEIN RE: CLOSING (.3); CONFERENCE W/J. KEMPF RE: REAL ESTATE CLOSING (.2). |
| BOYDELL TT | 11/09/06 | 7.70 | MEETING WITH K. HARRIS RE: EXIT CREDIT FACILITY (1.5); REVIEW AND PROVIDE COMMENTS ON REVISED SCHEDULES AND STATEMENTS(1.2) AND DISCUSSIONS WITH J. PAOLI RE: OUTSTANDING ITEMS RELATING TO SCHEDULES AND STATEMENTS(.8); ANALYSIS OF CONFIRMATION ORDER AND BANKRUPTCY RELATED MATTERS (.8); DISCUSSIONS WITH COMPANY AND SMITH GAMBRELL AND OSHR RE: CORPORATE AUTHORIZATION AND OPINION ISSUES (1.2); COORDINATE CLOSING DELIVERABLE RELATING TO EXIT FINANCING (1.8); REVIEW EMAILS RE: EMERGENCE AND MEDIA REPORTS (.2). |
| GRAY RW | 11/09/06 | 0.10 | REVIEW AND RESPOND TO MEMORANDUM FROM T. BOYDELL RE: SMITH GAMBRELL POSITION ON OLD V. NEW BOARD AUTHORIZATIONS (.1). |
| MARGOLIS A | 11/09/06 | 0.70 | REVIEW REVISED SCHEDULES, FORWARD COMMENTS THERETO TO D IROM (.7). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

HARRIS K*        11/09/06      1.80    MEETING WITH T BOYDELL RE: CONDITIONS TO
                                       CLOSING AND DIRECTOR RELATED ISSUES
                                       (1.5); PREPARE FOR CLOSING (.3).

KEMPF J          11/09/06      1.10    REVIEW COMMENTS TO COLLATERAL ACCESS
                                       AGREEMENT AND BRIEF M. LOESBERG ON
                                       PROGRESS WITH COLLATERAL ACCESS
                                       AGREEMENTS (.3); REVIEW ORDER AND
                                       CORRESPONDENCE FROM A. RAVIN, P.
                                       NECKLES, D. STANFORD AND D. GREENSTEIN
                                       ABOUT ORDER AND TIMING OF CLOSING AND
                                       REAL ESTATE DELIVERABLE (.4);
                                       TELECONFERENCE WITH W. SCHWARTZ ABOUT
                                       TITLE AND POTENTIAL OBJECTIONS TO PLAN
                                       (.1), REVIEW MATERIALS PERTAINING TO
                                       TITLE IN STATES OUTSIDE OF FLORIDA (.3).

PAOLI J          11/09/06      2.50    MEETING WITH T. BOYDELL RE: SCHEDULES
                                       AND STATEMENTS(.8); REVISE SCHEDULES
                                       AND STATEMENTS(.6); REVIEW COMPLETE
                                       SIGNATURE PACKET (.7) DISTRIBUTE
                                       SCHEDULES TO COMPANY FOR REVIEW (.2);
                                       DISTRIBUTE SCHEDULES TO CREDIT
                                       AGREEMENT AND SECURITY AGREEMENT TO
                                       OSHR FOR REVIEW (.2).

RAVIN AS         11/09/06      0.60    REVIEW MULTIPLE CORRESPONDENCE FROM AND
                                       DRAFT MULTIPLE CORRESPONDENCE TO D.
                                       BITTER AND J. PATRICK RE: PROCEDURES FOR
                                       AFCO FINANCING, REVIEW ADDENDUM C TO
                                       PREMIUM FINANCE AGREEMENT (.4); DRAFT
                                       CORRESPONDENCE TO L. MANDEL RE:
                                       PROPOSED AFCO FINANCING, DRAFT
                                       CORRESPONDENCE TO J. HELFAT RE: SAME
                                       (.2).

BAKER DJ         11/10/06      1.40    TELECONFERENCE WITH J. HELFAT WITH
                                       RESPECT TO EXIT FINANCING ISSUES (.3);
                                       CONTINUE ANALYSIS OF EXIT FINANCING
                                       ISSUES (1.1).

NECKLES PJ       11/10/06      6.70    DRAFT E-MAILS WITH T. BOYDELL, A.
                                       MARGOLIS, A. RAVIN, R. BARUSCH AND L.
                                       APPEL RE: SCHEDULING OF CLOSING OF EXIT
                                       FINANCING IN LIGHT OF APPEAL PERIOD FOR
                                       CONFIRMATION ORDER (4.5); REVIEW
                                       CHANGES TO EXIT FACILITY FINANCING
                                       AGREEMENT RE: LOUISIANA REAL PROPERTY
                                       (.5); E-MAILS WITH T. BOYDELL, J. KEMPF,
                                       M. BARR, M. CUMERFORD AND M. LOESBERG
                                       RE: CHANGES TO EXIT FACILITY FINANCING
                                       AGREEMENT (1.7).

SCHWARTZ WL      11/10/06      0.80    REVIEW CORRESPONDENCE FROM BANKRUPTCY
                                       LAWYERS RE: STAY OF ORDER (.3); REVIEW
                                       CORRESPONDENCE FROM J. KEMPF, P.
                                       NECKLES AND LOCAL COUNSEL RE: CLOSING
                                       (.5).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| BOYDELL TT | 11/10/06 | 5.50 | DISCUSSION WITH M. LOESBERG RE: CLOSING ITEMS FOR EXIT FACILITY (.2); REVIEW REVISED DISCLOSURE SCHEDULES AND STATEMENTS(1.3); REVIEW AND RESPOND TO EMAIL MESSAGES RE: EXIT FACILITY (1.2); COORDINATE CLOSING DELIVERABLE FOR EXIT FINANCING AND EXECUTION OF CLOSING DOCUMENTS (2.3); REVIEW REVISED CLOSING CHECKLIST (.5). |
| HARRIS K* | 11/10/06 | 0.80 | REVISE AND DISTRIBUTE GUARANTOR RESOLUTIONS (.8). |
| KEMPF J | 11/10/06 | 3.40 | OBTAIN COLLATERAL ACCESS AGREEMENTS (1.1), CONFIRM WITH P. NECKLES, D. STANFORD, AND OTHER MEMBERS OF SKADDEN TEAM THAT VARIOUS REAL ESTATE ITEMS WILL BE READY FOR PRE-CLOSING (.5), GATHER AND PROVIDE INFORMATION TO MILBANK ABOUT LOUISIANA TITLE PROCESS (1.8). |
| PAOLI J | 11/10/06 | 1.20 | REVIEW CORRESPONDENCE RE: DISSOLUTION OF BAHAMIAN ENTITY (.1); REVIEW CORRESPONDENCE RE: CLOSING DATE (.1); EMAIL TO J. KEMPF RE: SIGNATURE PAGES TO COLLATERAL ACCESS AGREEMENTS (.1); REVIEW ADDITIONAL COMMENTS TO RESOLUTIONS (.1); REVIEW CORRESPONDENCE RE: SAME (.1); EMAIL TO C. WENZEL RE: TRADEMARKS (.1); REVIEW PROPOSED ADDITIONAL LANGUAGE TO CREDIT AGREEMENT (.1); EMAIL TO C. WENZEL RE: FORM OF SIGNATURE PAGES (.1); EMAIL TO M. LOESBERG RE: SAME (.1); REVIEW UPDATED INVESTMENTS SCHEDULE TO CREDIT AGREEMENT (.1); REVIEW SIGNATURE CHART (.1); REVIEW STATUS EMAIL RE: ADDITIONAL LANGUAGE TO CREDIT AGREEMENT (.1). |
| RAVIN AS | 11/10/06 | 0.10 | REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO L. MANDEL RE: AFCO (.1). |
| WENZEL CP | 11/10/06 | 0.60 | PREPARED SCHEDULE TO TRADEMARK SECURITY AGREEMENT AND DISTRIBUTED EXTERNALLY TO OSHR (.4); COORDINATED DISTRIBUTION OF CONTROL AGREEMENT SIGNATURE PAGES TO OSHR (.2). |
| LORENZ G | 11/10/06 | 1.90 | ASSEMBLE FOR ATTORNEY REVIEW THE BORROWER SIGNING INDEX (1.9). |
| BAKER DJ | 11/13/06 | 1.30 | CONTINUE REVIEW OF ISSUES RELATED TO CLOSING OF EXIT FINANCING (1.3). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

NECKLES PJ        11/13/06        4.70    DRAFT E-MAILS RE: STATUS OF OPEN ITEMS
                                           IN CONNECTION WITH CLOSING OF EXIT
                                           FACILITY FINANCING DOCUMENTS WITH T.
                                           BOYDELL, J. PAOLI, J. KEMPF, C. WENZEL
                                           AND K. HARRIS (2.5); REVIEW DOCUMENTS IN
                                           PREPARATION FOR STATUS CONFERENCE CALL
                                           (2.2).

SCHWARTZ WL       11/13/06        0.40    CORRESPONDENCE WITH J. KEMPF AND P.
                                           NECKLES RE: CLOSING OF EXIT FINANCING
                                           (.4).

BOYDELL TT        11/13/06       10.00    REVIEW AND RESPOND TO EMAIL
                                           CORRESPONDENCE RE: EXIT FINANCING
                                           (1.8); COORDINATE AND WORK ON CLOSING
                                           DELIVERABLE FOR EXIT FINANCING (2.8);
                                           REVIEW AND PREPARE PACKAGE OF BANKING
                                           CLOSING DOCUMENTS FOR EXECUTION (4.4).

HARRIS K*         11/13/06        7.50    PREPARE COVER LETTER AND DOCUMENTS FOR
                                           SIGNATURE PACKAGE (4.2); REVIEW
                                           DOCUMENTS FROM M LOESBERG (2.5); REVISE
                                           SECRETARY CERTIFICATES (.8);.

KEMPF J           11/13/06        1.00    TELECONFERENCE WITH D. GREENSTEIN TO
                                           DISCUSS REAL ESTATE CLOSING LOGISTICS
                                           AND OPEN ITEMS (.1), TELECONFERENCE
                                           WITH D. STANFORD TO DISCUSS CLOSING OF
                                           LOAN (.2); VERIFYING INFORMATION
                                           CONTAINED WITHIN COLLATERAL ACCESS
                                           AGREEMENTS (.3), ESTABLISHING
                                           PARTICIPANT LIST AND TOPICS FOR
                                           TOMORROW'S REAL ESTATE STATUS CALLS
                                           (.2), ATTEMPTING TO OBTAIN COLLATERAL
                                           ACCESS AGREEMENTS (.1), BRIEFING
                                           MILBANK ON STATUS OF LOUISIANA
                                           POST-CLOSING COST ESTIMATES (.1).

RAVIN AS          11/13/06        0.30    DRAFT MULTIPLE CORRESPONDENCE TO AND
                                           REVIEW MULTIPLE CORRESPONDENCE FROM D.
                                           FIORILLO AND M. LOSSBERG RE: PROPOSED
                                           AFCO FINANCING, DRAFT MEMORANDUM TO AND
                                           REVIEW MEMORANDUM FROM T. BOYDELL RE:
                                           SAME (.3).

LORENZ G          11/13/06        5.70    PREPARE DISTRIBUTION OF SIGNATURE PAGES
                                           FOR EXECUTION (3.6); ASSEMBLE FOR
                                           ATTORNEY REVIEW THE SIGNATURE PAGE FILE
                                           (2.1).

BAKER DJ          11/14/06        2.30    REVIEW LATEST DRAFTS OF DOCUMENTS FOR
                                           EXIT FINANCING (2.3).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| NECKLES PJ | 11/14/06 | 1.70 | MEETINGS WITH W. SCHWARTZ, J. KEMPF, T. BOYDELL, J. PAOLI, C. WENZEL, AND K. HARRIS TO DISCUSS STATUS OF OPEN REAL ESTATE AND BANKING MATTERS IN PREPARATION FOR ALL-HANDS CONFERENCE CALL (1.2); PARTICIPATE IN ALL-HANDS CONFERENCE CALL TO DISCUSS STATUS OF OPEN ITEMS FOR BANK CLOSING WITH M. LOESBERG, J. HELFAT, S. SOLL, T. BOYDELL, J. PAOLI, C. WENZEL, AND K. HARRIS (.5). |
| SCHWARTZ WL | 11/14/06 | 1.60 | CONFERENCE WITH D. STAMFORD, D. GREENSTEIN AND TITLE COMPANY RE: REAL ESTATE CLOSING (.6); CORRESPONDENCE RE: LOCAL COUNSEL RE: TITLE REPORTS (.2); CONFERENCE J. KEMPF RE: REAL ESTATE CLOSING (.8). |
| BOYDELL TT | 11/14/06 | 7.30 | COORDINATE CLOSING DELIVERABLE FOR EXIT FINANCING (1.9); REVIEW AND RESPOND TO EMAILS RE: EXIT FACILITY (1.1); REVIEW AND PROVIDE INPUT TO PROCEEDS LETTER (.3) AND DISCLOSURE SCHEDULES AND STATEMENTS(.8); WORK ON OPEN ITEMS LIST (1); ATTENTION TO PLEDGED COLLATERAL (.6) AND OPINION ISSUES (.4); REVIEW REVISIONS TO CREDIT AGREEMENT AND COORDINATE SIGN-OFF FROM COMPANY AND COMMITTEE (.3). |
| GRAY RW | 11/14/06 | 1.00 | REVIEW EXIT FACILITY SCHEDULES AND DRAFT MEMORANDUM TO T. BOYDELL ET AL. RE: BANKRUPTCY ISSUES ON SAME (.3); REVIEW AND RESPOND TO MEMORANDUM FROM A. MARGOLIS RE: SAME (.1); DRAFT MEMORANDA TO J. JAMES AND T. BOYDELL ET AL. RE: TERMINATION OF NCR'S UCC FINANCING STATEMENT (.2); TELECONFERENCE AND EMAILS WITH D. TURETSKY RE: HANDLING TERMINATION OF NCR FINANCING STATEMENT (.1); EXCHANGE EMAILS WITH J. KEMPF, R. BARUSCH AND J. BAKER RE: D. SANFORD ISSUES ON OLD BOARD V. NEW BOARD AUTHORIZATION (.2); TELECONFERENCE WITH T. BOYDELL RE: SAME (.1). |
| MARGOLIS A | 11/14/06 | 0.50 | REVIEW REVISED SCHEDULES FOR EXIT FACILITY (.2); EMAIL CORRESPONDENCE WITH D. IROM, B. GASTON, R. GRAY RE: COMMENTS THERETO (.3). |

HARRIS K*          11/14/06        5.20    CLOSING CHECKLIST MEETING WITH J PAOLI,
                                           T BOYDELL, C WENZEL AND P NECKLES (1.2);
                                           ALL HANDS CALL WITH INTERNAL TEAM AND
                                           OTTERBOURG (.5); UPDATE SECRETARY
                                           CERTIFICATES (1.3); COORDINATE FOREIGN
                                           QUALIFICATION INFORMATION WITH P BROWN
                                           (1.2); CONTACT VARIOUS PARTIES RE:
                                           AMENDED AND RESTATED BYLAWS (.4);
                                           REVISE CLOSING CHECKLIST (.6).

KEMPF J            11/14/06        8.20    PREPARE FOR AND TELECONFERENCE WITH W.
                                           SCHWARTZ, D. STANFORD, D. GREENSTEIN,
                                           C. IBOLD, AND TITLE REPRESENTATIVES TO
                                           DISCUSS TITLE, LEGAL OPINIONS, AND
                                           OTHER OPEN REAL ESTATE ITEMS (.5), MEET
                                           WITH P. NECKLES AND W. SCHWARTZ TO PLAN
                                           DETAILS OF REAL ESTATE CLOSING (.3),
                                           TELECONFERENCE WITH M. LOESBERG, P.
                                           NECKLES, T.T. BOYDELL, J. PAOLI, D.
                                           GREENSTEIN, D. STANFORD, AND OTHERS TO
                                           DISCUSS COLLATERAL ACCESS AGREEMENTS,
                                           TITLE, AND VARIOUS OTHER REAL ESTATE
                                           ITEMS (.5), TELECONFERENCE WITH D.
                                           STANFORD TO DISCUSS OPEN TITLE ISSUES
                                           AND LOGISTICS OF REAL ESTATE CLOSING
                                           (.9), TELECONFERENCES WITH P. BROWN TO
                                           DISCUSS LEGAL OPINIONS AND OPEN ISSUES
                                           (.2), ESTIMATE COST OF POST-CLOSING
                                           ITEMS AND ANSWER QUESTIONS FROM
                                           CREDITOR'S COMMITTEE ABOUT
                                           POST-CLOSING ITEMS AND COSTS (1.8),
                                           VERIFY INFORMATION ABOUT VARIOUS
                                           DISTRIBUTION FACILITIES AND PURSUE
                                           COLLATERAL ACCESS AGREEMENTS (2),
                                           COMMENT ON CREDIT AGREEMENT SCHEDULES
                                           AND STATEMENTS(.3), CONFIRM WITH D.
                                           STANFORD AND OTHERS THAT WINN WILL NOT
                                           BE SUBJECT TO STAMP OR RECURRING TAXES
                                           (.4), COORDINATE COMPLETION AND
                                           DELIVERY OF REAL ESTATE SUB
                                           CERTIFICATES (.3), DETERMINE WHETHER A
                                           PRE-EXIT BOARD MAY VERIFY THE ACTIONS OF
                                           A POST-CLOSING BOARD (.3), COMPILING
                                           LIST OF REAL ESTATE ITEMS TO DISCUSS ON
                                           CALL WITH S. REINKEN (.4), MONITORING
                                           ARRIVAL OF LEGAL OPINIONS AND TITLE DOCS
                                           (.3).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

PAOLI J            11/14/06      4.70    CLOSING CHECKLIST MEETING WITH T.
                                         BOYDELL, C. WENZEL K. HARRIS AND P.
                                         NECKLES (1.2); ALL HANDS CALL WITH T.
                                         BOYDELL , C. WENZEL AND K. HARRIS AND
                                         OSHR (.5); EMAIL TO K. HARRIS RE: DIP
                                         TRADEMARK SECURITY AGREEMENT (.1);
                                         REVIEW MATERIAL CONTRACTS SCHEDULE
                                         (.3); CALL TO T. BOYDELL RE: SAME (.1);
                                         EMAIL TO WINN-DIXIE RE: SAME (.1);
                                         MARKUP SCHEDULE 6.9 TO CREDIT AGREEMENT
                                         WITH REAL ESTATE QUESTIONS (.1); EMAIL
                                         TO J. KEMPF RE: SAME (.1); REVIEW IP
                                         SCHEDULES TO CREDIT AND SECURITY
                                         AGREEMENT (.4); EMAIL TO B. KICHLER RE:
                                         SAME (.1); CALL TO B. KICHLER RE:
                                         ASSIGNMENT AGREEMENTS (.2); REVISE LIEN
                                         AND INDEBTEDNESS SCHEDULES AND
                                         STATEMENTS(.5); CALL TO SGR RE:
                                         ORIGINAL STOCK CERTIFICATES AND OTHER
                                         CLOSING DELIVERABLE (.1): EMAIL RE:
                                         SAME (.1); REVISE OPEN ITEMS LIST (.4);
                                         EMAIL TO T. BOYDELL RE: SAME (.1);
                                         REVIEW OPINION CERTIFICATES (.1);
                                         REVIEW UPDATED GOOD STANDINGS FOR
                                         FLORIDA ENTITIES (.1); EMAIL TO SGR RE:
                                         STATUS OF FOREIGN QUALIFICATIONS (.1).

RAVIN AS           11/14/06      0.10    REVIEW MEMORANDUM FROM T. BOYDELL RE:
                                         AFCO (.1).

TURETSKY DM        11/14/06      0.20    RESEARCH RE: NCR LIEN IN CONNECTION WITH
                                         EXHIBIT TO EXIT FACILITY (.2).

WENZEL CP          11/14/06      1.40    PARTICIPATED IN INTERNAL CONFERENCE RE:
                                         OUTSTANDING CLOSING ITEMS (.5);
                                         REVIEWED OSHR CLOSING LIST AND
                                         PARTICIPATED IN CONFERENCE WITH OSHR
                                         RE: OUTSTANDING CLOSING ITEMS (.9).

LORENZ G           11/14/06      2.70    ORGANIZE/INDEX CLOSING FOLDERS AND
                                         DOCUMENTS (2.7).

BAKER DJ           11/15/06      2.10    CONTINUE REVIEW OF ISSUES AND DOCUMENTS
                                         FOR EXIT FINANCING (2.1).

NECKLES PJ         11/15/06      5.00    DRAFT E-MAILS FROM T. BOYDELL, A.
                                         MARGOLIS, M. LOESBERG, H. WALLACE, S.
                                         REINKEN, AND J. KEMPF RE: OPEN ITEMS FOR
                                         CLOSING OF EXIT FINANCING AND SCHEDULE
                                         FOR FINANCING CLOSING (3.5);
                                         CONFERENCES WITH T. BOYDELL RE: CLOSING
                                         OPEN ITEMS (1.5).

SCHWARTZ WL        11/15/06      0.40    CORRESPONDENCE FROM LOCAL COUNSEL RE:
                                         TITLE REPORTS (.4).

| | | | |
|---|---|---|---|
| BOYDELL TT | 11/15/06 | 4.40 | REVIEW REVISIONS TO CREDIT AGREEMENT AND WORK ON FINALIZING SAME (.8); REVIEW AND PROVIDE COMMENTS TO THE DRAFT DISBURSEMENT LETTER (.4); CONFERENCE CALL WITH OTTERBOURG AND SMITH GAMBRELL RE: CLOSING LOGISTICS (.3); COORDINATE CLOSING DELIVERABLE (2.3); REVIEW AND RESPOND TO EMAIL MESSAGES RE: EXIT FINANCING (1.2); DISCUSSIONS WITH S. REINKEN RE: OPEN ITEMS FOR EXIT CLOSING (.4). |
| GRAY RW | 11/15/06 | 0.80 | TELECONFERENCE WITH A. MARGOLIS RE: 6.35 ISSUES AND REVIEW MARKUP FROM OTTERBOURG (.1); PARTICIPATE IN CALL WITH OTTERBOURG, A. MARGOLIS AND T. BOYDELL RE: 6.35 (.1); TELECONFERENCES WITH D. IROM AND J. EDMONSON RE: 6.35 ISSUES (.2); REVIEW MEMORANDUM FROM S. SOLL RE: TAX CLAIM ISSUES AND EXCHANGE EMAILS WITH J. EDMONSON ET AL. RE: SAME (.1); REVIEW AND RESPOND TO MEMORANDA FROM T. BOYDELL RE: SECURED TAX CLAIM RESERVE ISSUES (.1); TELECONFERENCE WITH J. EDMONSON RE: REFORMATTING OF 6.35 (.1); EXCHANGE EMAILS WITH J. PAOLI, D. TURETSKY AND J. EDMONSON RE: THRIVENT/LUTHERAN STATUS AS CONTINUING SECURED CLAIM (.1); DRAFT MEMORANDUM TO P. NECKLES, T. BOYDELL ET AL. RE: CLOSING LOGISTICS (.1). |
| MADDOX JE | 11/15/06 | 4.90 | REVIEW COMMENTS BY OTTERBOURG ON SASMF OPINION AND MARKUP REVISED LEGAL OPINION (2.9); REVIEW NEW EVERGREEN ACCOUNT CONTROL AGREEMENT AND EMAIL COMMENTS TO C. WENZEL (1.2); REVIEW AND EMAIL C. WENZEL RE: NEW WACHOVIA ACCOUNT CONTROL AGREEMENT WITH VAGUE SWEEP MECHANISMS (.8). |
| MARGOLIS A | 11/15/06 | 0.60 | REVIEW OSHR COMMENTS ON SCHEDULES AND STATEMENTS(.2); TELECONFERENCE WITH M. LOESBERG, S. SOLL RE: COMMENTS (.3); STRATEGY WITH R. GRAY RE: ISSUES RE: SCHEDULES AND STATEMENTS (.1). |
| HARRIS K* | 11/15/06 | 6.00 | REVIEW GOOD STANDING CERTIFICATES (.6); SUBMIT COMMENTS TO P BROWN RE: LLC CERTIFICATES AND INTEREST POWERS (2.1); UPDATE SCHEDULES WITH COMMENTS FROM M LOESBERG (1.4); REVIEW LLC DOCUMENTS (1); PREPARE SIGNATURE PACKAGE FOR J JAMES (.9). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| KEMPF J | 11/15/06 | 5.10 | ATTEMPT TO OBTAIN COLLATERAL ACCESS AGREEMENTS FROM LANDLORDS (2.0), COMMENT ON AND VERIFY INFORMATION WITHIN LOAN AGREEMENT SCHEDULES AND STATEMENTS(1.1), MONITOR FLOW OF TITLE AND OUTSTANDING TITLE ISSUES AND BRIEF W. SCHWARTZ (.4), INVESTIGATE WHETHER PRE-EXIT BOARD OF DIRECTORS MAY AUTHORIZE THE ACTIONS OF THE COMPANY ONCE THEY EMERGE FROM BANKRUPTCY (.2), COORDINATE LOGISTICS AND DETAILS OF REAL ESTATE CLOSING (.5), TELECONFERENCE WITH D. STANFORD, C. IBOLD, B. GALLOGLY, AND OTHERS ABOUT TITLE IN LOUISIANA AND OTHER STATES (.5), BRIEF W. SCHARTZ ON LOUISIANA TITLE (.2); BRIEF WITH R. GRAY ON CLOSING LOGISTICS (.2). |
| PAOLI J | 11/15/06 | 3.10 | REVIEW COMMENTS TO SCHEDULES AND STATEMENTS(.3); DRAFT CORRESPONDENCE TO WINN-DIXIE RE: COMMENTS TO SCHEDULES AND STATEMENTS(.3); EMAIL TO R. GRAY RE: COMMENTS TO INDEBTEDNESS AND LIEN SCHEDULES AND STATEMENTS(.1); CALL TO A. REED AT WINN-DIXIE RE: INVESTMENTS SCHEDULE (.3); CALL TO B. KICHLER RE: TRADEMARK SCHEDULES AND STATEMENTS(.2); CALL TO K. HARDEE RE: SCHEDULES AND STATEMENTS(.2); CALL WITH S. REINKEN RE: SIGNATURE PACKET (.2); CALL WITH K. HARDEE RE: PROPERTY FOR DISPOSITION (.2); CALL WITH J. JAMES AND B. KICHLER RE: LOCATIONS OF CHIEF EXECUTIVE OFFICE SCHEDULE (.2); CORRESPONDENCE TO M. LOESBERG RE: JUDGMENT LIEN SEARCH RESULTS (.2); EMAIL TO M. LOESBERG RE: TRADEMARK ASSIGNMENT (.1); COORDINATE SIGNATURE OF DOCUMENTS BY JOHN JAMES (.5); COMMUNICATE WITH COMPANY RE: SIGNATURE PF ADDITIONAL COLLATERAL DOCUMENT (.3). |
| RAVIN AS | 11/15/06 | 0.30 | DRAFT MEMORANDUM TO T. BOYDELL RE: STATUS OF INTERPLAY OF AFCO FINANCING AND EXIT FACILITY (.1); TELECONFERENCE (VM) WITH D. BITTER RE:  INTERPLAY OF AFCO FINANCING AND EXIT FACILITY, REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO D. BITTER RE: SAME (.2). |
| TURETSKY DM | 11/15/06 | 0.50 | RESEARCH RE: THRIVENT/LUTHERANS LIEN IN CONNECTION WITH SCHEDULES FOR EXIT FINANCING FACILITY (.1); E-MAIL TO J. PAOLI RE: THRIVENT/LUTHERANS LIEN IN CONNECTION WITH SCHEDULES FOR EXIT FINANCING FACILITY (.4). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| NECKLES PJ | 11/16/06 | 4.50 | REVIEW LEGAL OPINION (1.6); REVIEW DRAFT DOCUMENTS IN CONNECTION WITH SATISFACTION OF CLOSING CONDITIONS FOR CLOSING OF EXIT FINANCINGS (2.9). |
| SCHWARTZ WL | 11/16/06 | 0.80 | CORRESPONDENCE FROM BANKING AND BANKRUPTCY COUNSEL RE: FINANCING CLOSING AND LOCAL COUNSEL OPINION (.8). |
| BOYDELL TT | 11/16/06 | 10.00 | STATUS CALL WITH OTTERBOURG AND SMITH GAMBRELL (.7); REVIEW COMMENTS AND WORK ON REVISED SCHEDULES AND STATEMENTS (1.6); REVIEW AND PROVIDE COMMENTS TO REVISED OPINION LETTER (1.7); COORDINATE CLOSING DOCUMENTS FOR EXIT FACILITY (3.8); REVIEW AND RESPOND TO EMAILS RE: EXIT FINANCING (1.8); ADDRESS LIEN ISSUES (.4). |
| GRAY RW | 11/16/06 | 2.40 | CONFERENCE WITH COMPANY, XROADS, BLACKSTONE AND SKADDEN RE: EXIT FACILITY SOURCES AND USES SCHEDULE (.9); REVIEW AND COMMENT ON REVISED SCHEDULE 6.35 (.2); REVIEW AND CIRCULATE FURTHER REVISED SCHEDULE 6.35 (.1); REVIEW REVISED PAYMENT TIMING SCHEDULE (.1); TELECONFERENCE WITH J. EDMONSON AND DRAFT MEMORANDUM TO SAME WITH COMMENTS (.1); REVIEW AND RESPOND TO MEMORANDUM FROM P. NECKLES RE: SMITH GAMBRELL OPINION ISSUES (.1); TELECONFERENCE WITH C. JACKSON RE: OPINION LETTER ISSUE (.1); REVIEW MEMORANDUM FROM L. APPEL RE: OPINION LETTER ISSUE AND EXCHANGE EMAILS WITH P. NECKLES AND R. BARUSCH RE: DIRECT CLIENT COMMUNICATION WITH SMITH GAMBRELL (.2); FURTHER TELECONFERENCE WITH C. JACKSON RE: SAME AND J. CASTLE DIRECTIVE (.1); EXCHANGE EMAILS WITH P. NECKLES ET AL. RE: SAME (.2); REVIEW FURTHER EMAILS FROM C. JACKSON, L. APPEL AND J. CASTLE RE: SAME (.1); TELECONFERENCE WITH S. REINKEN RE: SECURED TAX CLAIM RESERVE ISSUE (.1); REVIEW MEMORANDUM FROM S. SOLL RE: SAME AND DRAFT MEMORANDUM TO T. BOYDELL ET AL. RE: S. REINKEN DISCUSSION (.1). |
| MADDOX JE | 11/16/06 | 4.10 | REVIEW AND MARKUP REVISED LEGAL OPINION AND THE TWO NEW ACCOUNT CONTROL AGREEMENTS BEING ADDED TO THE OPINION, EVERGREEN AND WACHOVIA COLLECTION ACCOUNT (2.6); REVIEW AND MARKUP EVERGREEN AGREEMENT WITH ADDITIONAL CHANGES FOR OPINION AND EMAIL CHANGE TO C WENZEL (.6); REVIEW AND MARKUP WACHOVIA ACCOUNT CONTROL AGREEMENT WITH SWEEP MECHANISM (.9). |

| | | | |
|---|---|---|---|
| MARGOLIS A | 11/16/06 | 1.00 | REVIEW REVISED SCHEDULES, EMAIL CORRESPONDENCE FROM BLACKSTONE, OSHR, XROADS RE: ISSUES THERETO (1.0). |
| HARRIS K* | 11/16/06 | 7.90 | CORRESPOND WITH COMPANY TO GET INFORMATION FOR VARIOUS SCHEDULES AND STATEMENTS (.4); REVISE AND PREPARE SCHEDULES FOR DISTRIBUTION (6.3); PREPARE DOCUMENTS FOR CLOSING (1.0); UPDATE DOCUMENT CHECKLIST (.2);. |
| KEMPF J | 11/16/06 | 6.40 | REVISE REAL ESTATE SCHEDULES TO LOAN DOCUMENTS (.5), PURSUE COLLATERAL ACCESS AGREEMENTS (4.5), TELECONFERENCE WITH B. GALLOGLY, D. STANFORD, C. IBOLD, AND OTHERS TO DISCUSS TITLE PRO FORMAS (.5); PROVIDING CLOSING CHECKLIST, ORG DOCUMENTS, AND OTHER ITEMS REQUESTED BY MILBANK (.5). |
| PAOLI J | 11/16/06 | 5.90 | STATUS CALL WITH OSHR, SGR, AND SKADDEN (.9); FOLLOW UP WITH COMPANY RE: SCHEDULES AND STATEMENTS(.7); EMAIL TO J. KEMPF RE: REAL ESTATE SCHEDULES AND STATEMENTS(.1); CALL TO P. BROWN RE: ARTICLES OF INCORPORATION (.1); EMAIL TO A. REED RE: SECURITIES ACCOUNT STATEMENTS (.2); CALL TO J. CASTLE RE: PENDING LITIGATION (.2); EMAIL TO M. BYRUM AND J. CASTLE RE: MATERIAL LITIGATION (.2); COORDINATE WITH COMPANY RE: FINALIZING INFORMATION FOR SCHEDULES AND STATEMENTS(.8); MARKUP EXHIBIT A TO LIEN SCHEDULE PER CHANGES TO SOURCES AND USES SCHEDULE (.3), CORRESPONDENCE WITH C. WENZEL RE: ACCOUNT STATEMENTS (.2); REVIEW REVISED SCHEDULES AND STATEMENTS(1.1); DRAFT CORRESPONDENCE RE: SCHEDULES TO OSHR (.5); EMAIL TO K. HARRIS RE: CHANGES TO SCHEDULES AND STATEMENTS(.1); CALL TO S. REINKEN RE: SCHEDULES AND STATEMENTS(.2); CALL WITH T. BOYDELL RE: SAME (.2); DISTRIBUTE SCHEDULES TO OSHR FOR REVIEW (.3). |
| RAVIN AS | 11/16/06 | 0.10 | REVIEW REAL ESTATE TRANSFER DOCUMENTS AND MEMORANDA FROM J. KEMPF RE: SAME (.1). |
| WENZEL CP | 11/16/06 | 3.30 | REVIEWED AND EDITED SKADDEN OPINION AND CORRESPONDING CERTIFICATED AND INTERNAL CONFERENCES TO DISCUSS OPINION (2.4); CONFERENCE WITH OSHR TO DISCUSS OUTSTANDING CLOSING ITEMS (.4); CONTINUED REVIEWING WACHOVIA FINANCIAL ASSETS CONTROL AGREEMENT (.5). |

| | | | |
|---|---|---|---|
| LORENZ G | 11/16/06 | 2.70 | ORGANIZE/INDEX CLOSING FOLDERS AND DOCUMENTS IN CLOSING ROOM (1.6); ASSEMBLE FOR ATTORNEY REVIEW THE FINAL SCHEDULES (1.1). |
| NECKLES PJ | 11/17/06 | 4.50 | DRAFT E-MAILS WITH J. KEMPF, W. SCHWARTZ, D. DREBSKY, M. LOESBERG, AND J. HELFAT TO DISCUSS EXECUTION OF COLLATERAL ACCESS AGREEMENT FOR ZURICH LEASEHOLDS (2.6); REVIEW E-MAILS FROM T. BOYDELL, D. STAMFORD, AND L. APPEL RE: SMITH GAMBRELL CORPORATE OPINION LETTER FOR CLOSING AND FOLLOW UP CONFERENCE CALLS RE: THE SAME WITH T. BOYDELL, D. STAMFORD, AND L. APPEL (1.9). |
| SCHWARTZ WL | 11/17/06 | 1.30 | CONFERENCE WITH J. KEMPF RE: REAL ESTATE ISSUES (.8); CONFERENCE WITH LENDER'S COUNSEL, TITLE COMPANY AND LOCAL COUNSEL RE: CLOSING (.5). |
| BOYDELL TT | 11/17/06 | 10.00 | STATUS CALL WITH OTTERBOURG AND SMITH GAMBRELL (.6); REVIEW AND COORDINATE EXECUTED BANK CLOSING DOCUMENTS WITH BANKING TEAM (3.2); REVIEW AND WORK ON REVISED SCHEDULES AND STATEMENTS(1.4); COORDINATE COMPILATION OF REVISED ORGANIC DOCUMENTS (.5); WORK ON CLOSING DELIVERABLE FOR EXIT FINANCING (4.4). |
| GRAY RW | 11/17/06 | 0.70 | DRAFT MEMORANDUM TO E. POLLACK AND J. LEAMY RE: SECURED CLAIMS AND REVIEW REPLY (.1); EXCHANGE EMAILS WITH T. BOYDELL AND J. PAOLI RE: SCHEDULE 6.35 ISSUES (.1); DRAFT MEMORANDUM TO J. EDMONSON RE: ADDITIONAL SECURED CLAIMS FOR SCHEDULE 6.35 (.2); FURTHER EMAIL EXCHANGE WITH J. LEAMY, E. POLLACK AND J. EDMONSON RE: SAME (.2); TELECONFERENCE WITH W. SCHWARTZ AND J. KEMPF RE: DB COLLATERAL ISSUE (.1). |
| MADDOX JE | 11/17/06 | 0.60 | REVIEW INFORMATION ABOUT AMSOUTH MERGING WITH REGIONS AND PROVIDE ADVICE RE: REVISING CONTROL AGREEMENT WITH AMSOUTH NOW TO BE SIGNED BY REGIONS BANK AS THE "BANK" UNDER UCC 9-102. |
| HARRIS K* | 11/17/06 | 8.40 | DISTRIBUTE DOCUMENTS TO SMITH GAMBRELL AND OTTERBOURG (.5); REVISE AND DISTRIBUTE SECRETARY CERTIFICATES (.8); REVISE SCHEDULES AND STATEMENTS(.6); REVIEW ORGANIZATIONAL DOCUMENTS (1.5); REVIEW SIGNATURE PACKAGE FROM COMPANY AND PREPARE FOR CLOSING (5). |

KEMPF J          11/17/06     7.00   PREPARING FOR TELECONFERENCE TO DISCUSS
                                     TITLE AND OTHER ISSUES (.4); RESOLVING
                                     QUESTIONS ABOUT PROPER SIGNATORIES TO
                                     ACCESS AGREEMENTS AND OBTAINING
                                     COLLATERAL ACCESS AGREEMENTS (6.6).

PAOLI J          11/17/06     4.10   REVIEW SOURCES AND USES SCHEDULE (.3);
                                     COORDINATE WITH COMPANY RE: ADDITIONAL
                                     COMMENTS TO SCHEDULES AND
                                     STATEMENTS(.8); REVISE SCHEDULES AND
                                     STATEMENTS(2.6);  EMAIL TO M. LOESBERG
                                     RE: FULLY EXECUTED SECRETARY
                                     CERTIFICATES (.2); EMAIL TO M. LOESBERG
                                     RE: SCHEDULES AND STATEMENTS(.2).

LORENZ G         11/17/06     4.20   ORGANIZE/ INDEX CLOSING DOCUMENTS AND
                                     ORIGINAL SIGNATURE PAGES; PREPARE
                                     DISTRIBUTION OF FINAL SECRETARY'S
                                     CERTIFICATES AND FULL
                                     BORROWER/GUARANTOR SIGNATURE PAGE SET.

NECKLES PJ       11/18/06     2.80   REVIEW E-MAILS FROM T. BOYDELL, M.
                                     LOESBERG, D. STAMFORD, R. BARUSCH, C.
                                     WENZEL, R. GRAY, J. KEMPF, K. HARRIS,
                                     AND J. PAOLI RE: LEGAL OPINION OF
                                     SKADDEN ARPS TO BE DELIVERED IN
                                     CONNECTION WITH EXIT FINANCING, LEGAL
                                     OPININ OF SMITH GAMBRELL TO BE DELIVERED
                                     IN CONNECTION WITH EXIT FINANCING,
                                     COLLATERAL ACCESS AGREEMENTS AND
                                     REVISIONS TO SCHEDULES TO AGREEMENTS
                                     (2.8).

BOYDELL TT       11/18/06     7.10   REVIEW AND RESPOND TO EMAIL MESSAGES RE:
                                     EXIT CLOSING (2.4); ATTENTION TO
                                     OPINION ISSUES (.6); REVIEW COMMENTS TO
                                     REVISED SCHEDULES AND STATEMENTS(.5);
                                     COORDINATE CLOSING DELIVERABLE FOR EXIT
                                     FACILITY (3.6).

HARRIS K*        11/18/06     2.70   REVISE AND DISTRIBUTE SCHEDULES AND
                                     STATEMENTS (1.5); DISTRIBUTE GOOD
                                     STANDING CERTIFICATES AND PROCESSOR
                                     LETTERS (1.2).

KEMPF J          11/18/06     1.80   ATTEMPT TO OBTAIN COLLATERAL ACCESS
                                     AGREEMENTS FOR ZURICH AND ACKERBERG
                                     FACILITIES (1.6); BRIEF M. LOESBERG ON
                                     OUTSTANDING ACCESS AGREEMENTS (.2).

WENZEL CP        11/18/06     0.90   REVIEWED AND EDITED SKADDEN LEGAL
                                     OPINION (.4); CORRESPONDED INTERNALLY
                                     RE: OPINION (.5).

NECKLES PJ       11/19/06     1.30   DRAFT E-MAILS WITH R. BARUSCH, T.
                                     BOYDELL, R. GRAY, C. WENZEL, S. REINKEN,
                                     AND L. APPEL RE: ISSUES IN CONNECTION
                                     WITH CLOSING OF EXIT FINANCING AND
                                     SCHEDULING FOR CONFERENCE CALL TO CLOSE
                                     EXIT FINANCING (1.3).

| | | | |
|---|---|---|---|
| BOYDELL TT | 11/19/06 | 6.50 | WORK ON CLOSING DELIVERABLE FOR EXIT FINANCING (3.5); ATTENTION TO OPINION ISSUES (.4); REVIEW AND RESPOND TO EMAILS RE: EXIT MATTERS (2.2); REVIEW AND PROVIDE INPUT TO DRAFT DISBURSEMENT LETTER (.4). |
| MADDOX JE | 11/19/06 | 2.10 | REVIEW SECOND ROUND OF COMMENTS FROM OTTERBOURG, REVIEW SECTIONS 9-108 AND 9-203 OF THE UCC AND PREPARE OUTLINE FOR A CONFERENCE CALL WITH M. LOESBERG OF OTTERBOURG ON MONDAY MORNING, NOV. 20 WITH C. WENZEL (1.9); EMAIL C. WENZEL RE: ADDITIONAL CHANGE TO OPINION REQUIRED DUE TO THE WAY "COLLATERAL" IS DEFINED IN SECURITY AGREEMENT (.2). |
| HARRIS K* | 11/19/06 | 0.90 | REVISE AND DISTRIBUTE SCHEDULES AND STATEMENTS(.4); LOCATE RESOLUTIONS FOR SMITH GAMBRELL (.5). |
| LORENZ G | 11/19/06 | 2.80 | ASSEMBLE FOR ATTORNEY REVIEW THE EXIT FACILITY DOCUMENT NUMBER INDEX FOR CLOSING (1.9); ORGANIZE/INDEX CLOSING FILES IN CLOSING ROOM. |
| BAKER DJ | 11/20/06 | 4.10 | CONTINUE REVIEW OF DOCUMENTS FOR EXIT FINANCING (2.7); FURTHER ANALYSIS OF EXIT FINANCING ISSUES REQUIRED TO BE COMPLETED PRIOR TO EFFECTIVE DATE (1.4). |
| NECKLES PJ | 11/20/06 | 9.10 | ANALYSIS OF LEGAL ISSUES IN CONNECTION WITH CLOSING (2.0); REVIEW AND SEND EMAIL TO T. BOYDELL, R. BARUSCH, L. APPEL AND J. PAOLI, REGARDING LEGAL OPINIONS TO BE DELIVERED IN CONNECTION WITH CLOSING BY VARIOUS LAW FIRMS (2.3); REVIEW EMAILS FROM AND SEND EMAILS TO C. IBOLD, L. APPEL, D. STOMFORD AND W. SCHWARTZ REGARDING TITLE INSURANCE IN CONNECTION WITH CLOSING (3.5); ANALYSIS OF LEGAL ISSUES IN CONNECTION WITH TITLE INSURANCE CONTROVERSY (1.3). |
| SCHWARTZ WL | 11/20/06 | 5.00 | CORRESPONDENCE FROM L. APPEL RE: CLOSING OF EXIT FINANCING (.2); CONFERENCES WITH LOCAL COUNSEL OTTERBOURG AND TITLE COMPANY RE: REAL ESTATE CLOSING (2.4); CALLS TO L. APPEAL AND FIRST AMERICAN TITLE CO. RE: TITLE ISSUES (2.4). |

BOYDELL TT      11/20/06      10.00   ADDRESS PRE-CLOSING MATTERS RE: EXIT
                                      FINANCING (4.9); REVIEW CHANGED PAGES
                                      TO CREDIT AGREEMENT (.4); ATTENTION TO
                                      DISBURSEMENT LETTER (.5); CLOSING
                                      CHECKLIST CALLS WITH OTTERBOURG (.9);
                                      COORDINATE CLOSING LOGISTICS WITH
                                      COMPANY (.3); COORDINATE CLOSING
                                      DELIVERABLES (3.0).

GRAY RW         11/20/06       0.60   REVIEW AND RESPOND TO MEMORANDUM FROM J.
                                      KEMPF RE: REAL ESTATE/APPEAL ISSUES
                                      (.1); DRAFT MEMORANDUM CLARIFYING
                                      ISSUES ON REAL ESTATE/APPEAL (.1);
                                      TELECONFERENCE WITH C. JACKSON RE: REAL
                                      ESTATE/APPEAL ISSUES (.1);
                                      TELECONFERENCE WITH S. SOLL RE: TITLE
                                      POLICY ISSUES (.1); EXCHANGE EMAILS
                                      WITH C. WENZEL AND A. RAVIN RE: DOCKET
                                      CHECK TO CONFIRM NO STAYS PRIOR TO
                                      CLOSING (.1); REVIEW AND RESPOND TO
                                      MEMORANDA FROM T. BOYDELL, R. BARUSCH ET
                                      AL. RE: TITLE ISSUE STATUS (.1).

MADDOX JE       11/20/06       1.30   CONFERENCE CALL WITH M. LOESBERG OF
                                      OTTERBOURG AND C. WENZEL OF SKADDEN ARPS
                                      TO NEGOTIATE FINAL CHANGES TO SKADDEN
                                      ARPS UCC OPINIONS (.40); REVIEW REVISED
                                      AND PROPOSED FINAL DRAFT OF WACHOVIA
                                      COLLECTION ACCOUNT AGREEMENT (.90).

HARRIS K*       11/20/06       5.70   REVISE STOCK RECEIPT (.2); REVISE AND
                                      DISTRIBUTE SCHEDULES AND
                                      STATEMENTS(.7); DISTRIBUTE STOCK
                                      RECEIPT AND POWERS TO M LOESBERG (.8);
                                      PREPARE SIGNATURE PAGE PACKAGE FOR M
                                      LOESBERG (3); REVISE AND DISTRIBUTE
                                      REVISED SECRETARY'S CERTIFICATE FOR
                                      WINN-DIXIE STORES, INC. (.8); PREPARE
                                      DOCUMENT ROOM FOR NEXT DAY CLOSING (2).

| | | | |
|---|---|---|---|
| KEMPF J | 11/20/06 | 8.90 | TELECONFERENCE WITH D. GELLARD, C. IBOLD, D. STANFORD, AND OTHERS ABOUT IRONING OUT TITLE ISSUES (.4); INVESTIGATE WHETHER APPEALS PERTAIN TO SPECIFIC PROPERTIES (.5), REVIEW SUGGESTED LANGUAGE FROM TITLE COMPANY (.1), INVESTIGATE WHETHER CLAIMS MAY BE MOOTED OUT WITHOUT A BOND (.7), NEGOTIATE LANGUAGE OF COLLATERAL ACCESS AGREEMENT DEERWOOD WITH M. LOESBERG AND DEERWOOD GENERAL COUNSEL (1.2), NEGOTIATE REVISIONS TO ZURICH COLLATERAL ACCESS AGREEMENTS (1.5), VERIFY COMPLETION OF COLLATERAL ACCESS AGREEMENTS AND OTHER REAL ESTATE DELIVERABLE (1), LIAISE BETWEEN BANKRUPTCY SPECIALISTS AND TITLE REPRESENTATIVES TO DETERMINE APPLICABILITY OF TITLE INSURANCE EXCEPTIONS FOR CLAIMS RAISED BEFORE AND AFTER END OF 10-DAY WINDOW (3.5). |
| PAOLI J | 11/20/06 | 6.80 | CLOSING ITEMS CALL WITH OSHR (.5); CALL WITH P. BROWN AT SGR RE: STATUS OF FOREIGN QUALIFICATION (.3); CALL WITH M. INGRAM RE: EXECUTION OF COLLATERAL ACCESS AGREEMENTS (.2); EMAIL TO M. LESBERG RE: ARTICLES OF INCORPORATION (.1); EMAIL TO M. LOESBERG RE: DISSOLUTION DOCUMENTS (.1); EMAIL TO S. STEOESSER RE: SAME (.1); COORDINATE OPEN CLOSING CONDITIONS (3.2); REVIEW WACHOVIA SIGNATURE PAGES (.3); COORDINATE RESOLUTION OF TITLE ISSUE WITH OSHR, SGR, AND COMPANY (1.8); CALL WITH K. HARRIS RE: SECRETARY CERTIFICATES (.2). |
| RAVIN AS | 11/20/06 | 0.10 | REVIEW BORROWING BASE CERTIFICATE. |
| WENZEL CP | 11/20/06 | 2.60 | PARTICIPATED IN CONFERENCE CALL WITH M. LOESBERG AND J. MADDOX RE: SKADDEN OPINION (.4); REVIEWED AND FINALIZED SKADDEN OPINION AND DISTRIBUTED EXTERNALLY FOR FINAL REVIEW (.7); COORDINATED EXECUTION AND DISTRIBUTION OF SKADDEN OPINION (.3); REVIEWED THIRD PARTY CONTROL AGREEMENTS AND SCHEDULES RELATED THERETO AND CORRESPONDED WITH CLIENT AND WACHOVIA RE: SCHEDULES AND STATEMENTS(1.2). |
| LORENZ G | 11/20/06 | 5.70 | ASSIST WITH PRE-CLOSING. |
| WEISSINGER DM | 11/20/06 | 5.00 | ASSIST WITH CLOSING. |
| BAKER DJ | 11/21/06 | 1.10 | COMPLETE REVIEW OF EXIT FINANCING DOCUMENTS (1.1). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

NECKLES PJ      11/21/06      1.80   PARTICIPATE IN TELEPHONIC CONFERENCE
                                     CALL WITH J. BAKER, R. GRAY, A. RAVIN,
                                     T. BOYDELL, J. PAOLI, J. KEMPF, W.
                                     SCHWARTZ, K. HARRIS, J. HELFAT, M.
                                     LOESBERG, S. SOLLS, L. APPEL, S.
                                     REINKEN, C. IBOLD, D. STAMFORD,
                                     REPRESENTATIVES OF FIRST AMERICAN TITLE
                                     INSURANCE COMPANY, AND REPRESENTATIVES
                                     OF WACHOVIA BANK TO CONSUMMATE PLAN OF
                                     REORGANIZATION AND CLOSE EXIT FINANCING
                                     (1.8).

SCHWARTZ WL     11/21/06      3.70   CALLS TO TITLE COMPANY AND L. APPEL RE:
                                     TITLE ISSUES (1.0); CONFERENCE CALL
                                     WITH CLIENT BANK AND SKADDEN TO PREPARE
                                     FOR CLOSING (.5); ADDITIONAL CONFERENCE
                                     CALL WITH CLIENT, BANK AND SKADDEN
                                     RELATED TO CLOSING (1.8);
                                     CORRESPONDENCE FROM LENDER COUNSEL AND
                                     J. KEMPF RE: CLOSING DOCUMENTS (.4).

BOYDELL TT      11/21/06      9.00   REVIEW AND RESPOND TO EMAIL
                                     CORRESPONDENCE RE: TITLE INSURANCE
                                     ISSUE (.7); ALL-HANDS INTERNAL MEETING
                                     RE: EXIT CLOSING (.5); ALL-HANDS
                                     CONFERENCE CALL RE: EXIT CLOSING (1.8);
                                     ANALYSIS OF AND COORDINATION OF EXIT
                                     FINANCING CLOSING MATTERS (4.8);
                                     COORDINATE 8-K MATTERS WITH A. SALDANA
                                     (.4); CONFERENCE CALL WITH OSHR RE:
                                     CLOSING DOCUMENTS (.4); REVIEW AND
                                     PROVIDE COMMENTS TO DRAFT 8-K (.4).

GRAY RW         11/21/06      0.70   EXCHANGE EMAILS WITH A. RAVIN RE:
                                     PRE-CLOSING DOCKET CHECK (.1); EXCHANGE
                                     EMAILS WITH A. RAVIN RE: APPELLANT
                                     INFORMATION FOR REAL ESTATE TEAM (.1);
                                     EXCHANGE EMAILS WITH J. KEMPF AND W.
                                     SCHWARTZ RE: ISSUES IN TWO ADDITIONAL
                                     APPEALS (.1); REVIEW AND RESPOND TO
                                     MEMORANDUM FROM S. SOLL RE: CERTIFIED
                                     CONFIRMATION ORDER (.1); EXCHANGE
                                     EMAILS WITH K. WARD RE: SAME (.1);
                                     REVIEW AND RESPOND TO MEMORANDUM FROM K.
                                     HARRIS RE: CERTIFIED ORDER AND PLAN
                                     SUPPLEMENT FOR OTTERBOURG (.1); REVIEW
                                     AND RESPOND TO MEMORANDUM FROM T.
                                     BOYDELL RE: ADDITIONAL BANKRUPTCY
                                     DOCUMENTS REQUESTED BY OTTERBOURG (.1).

MADDOX JE       11/21/06      0.60   REVIEW PROPOSED FINAL VERSION OF
                                     WACHOVIA COLLECTION ACCOUNT CONTROL
                                     AGREEMENT.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| HARRIS K* | 11/21/06 | 5.70 | ATTEND CLOSING MEETING (1.8); DISTRIBUTE PROCESSOR LETTERS (1); DISTRIBUTE SECRETARY CERTIFICATE TO M LOESBERG (1.5); DISTRIBUTE BANKRUPTCY, AND CONTACT INFO TO M LOESBERG (.8); SEND RESOLUTIONS TO COMPANY (.6). |
| KEMPF J | 11/21/06 | 4.10 | COMMUNICATE WITH W. SCHWARTZ AND P. SALOMON ABOUT TITLE COMPANY'S ABILITY TO INSURE OVER APPEALS (.3), PREPARE FOR ALL-HANDS TELECONFERENCE TO CLOSE DEAL (.4), TELECONFERENCE WITH ALL INVOLVED PARTIES TO DISCUSS TITLE ISSUES AND CLOSE THE DEAL (1.8), REVISE AND OBTAIN DEERWOOD COLLATERAL ACCESS AGREEMENT (.8), MODIFY COLLATERAL ACCESS AGREEMENT CHECKLIST AND ADD LANDLORD CONTACT INFORMATION (.5), TELECONFERENCE WITH M. LOESBERG ABOUT COLLATERAL ACCESS AGREEMENTS (.3). |
| PAOLI J | 11/21/06 | 3.50 | CLOSING CALL WITH OSHR, SGR, FIRST AMERICAN AND SKADDEN TEAM (1.8); REVIEW INFORMATION FOR 8K (.6); CALL TO COMPANY RE: ORIGINAL SIGNATURE PAGES TO COLLATERAL ACCESS AGREEMENTS (.1); REVIEW DOCUMENTS IN CLOSING ROOM (.2); EMAIL TO P. BROWN RE: PROOF OF FILING OF CORPORATE DOCUMENTS (.1); POST CLOSING MATTERS CONFERENCE CALL WITH OSHR (.3); REVIEW FINANCING PROVISIONS IN DRAFT 8K (.4). |
| WENZEL CP | 11/21/06 | 0.50 | PARTICIPATED IN CONFERENCE CALL (PARTIAL) WITH ALL PARTIES RE: CLOSING OF TRANSACTION. |
| WEISSINGER DM | 11/21/06 | 7.00 | ASSIST WITH CLOSING. |
| **MATTER TOTAL** | | **453.40** | |

* Law clerks are law school graduates who are not presently admitted to practice.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                          Bill Date: 12/01/06
**Insurance**                                              Bill Number: 1133503

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| FELD SR | 11/06/06 | 0.10 | TELECONFERENCE WITH T. PENNINGTON RE: OHIO CASUALTY (.1). |
| FELD SR | 11/08/06 | 0.10 | TELECONFERENCE WITH T. PENNINGTON RE: OHIO CASUALTY (.1). |
| FELD SR | 11/09/06 | 0.50 | EMAIL TO T. PENNINGTON RE: OHIO CASUALTY (.5). |
| FELD SR | 11/10/06 | 5.70 | REVIEW, REVISE AND PREPARE FOR FILING MOTION, PROPOSED ORDER, NOTICE OF MOTION RE: OHIO CASUALTY (5.6); TELECONFERENCE WITH T. PENNINGTON RE: OHIO CASUALTY (.1). |
| RAVIN AS | 11/10/06 | 0.50 | TELECONFERENCE WITH C. JACKSON AND S. FELD RE: SETTLEMENT MOTION RE: OHIO CASUALTY, PRE AND POST CALL WITH C. JACKSON RE: SAME (.3); REVIEW SETTLEMENT MOTION RE: OHIO CASUALTY (.2). |
| FELD SR | 11/12/06 | 0.20 | EMAIL TO R. GRAY RE: INSURANCE AND RELATED CLAIMS. |
| FELD SR | 11/13/06 | 0.40 | TELECONFERENCE WITH J. GANSBERG RE: KEMPER STIPULATION (.2); TELECONFERENCE WITH M. COMERFORD RE: OHIO CASUALTY MOTION (.2). |
| FELD SR | 11/14/06 | 0.30 | REVISE PROPOSED KEMPER STIPULATION (.2); TELECONFERENCE WITH D. BITTER RE: KEMPER (.1). |
| FELD SR | 11/15/06 | 1.40 | EMAIL TO J. GANSBERG RE:KEMPER STIPULATION (.3); CONTINUE TO REVISE KEMPER STIPULATION (.8); REVIEW KEMPER DOCUMENTS (.3). |
| FELD SR | 11/16/06 | 2.90 | REVIEW MOTION, STIPULATION, AND ORDER RE: KEMPER (1.3); PREPARE EMAIL TO J. GANSBERG RE: COMMENTS ON KEMPER STIPULATION (1.5); TELECONFERENCE WITH J. LEAMY RE: KEMPER CLAIMS (.1). |
| FELD SR | 11/17/06 | 2.60 | CONTINUE TO REVISE MOTION, ORDER AND STIPULATION RE: KEMPER (2.4); TELECONFERENCE WITH J. GANSBERG RE: KEMPER (.2). |

| FELD SR | 11/20/06 | 1.10 | REVIEW PROPOSED LANGUAGE RE: N.C. STIPULATION (.2); CONFERENCE CALL WITH J. GANSBERG, B. SCHWARTZ AND D. BITTER RE: KEMPER (.5); TEL. CONFS. WITH J. GANSBERG RE: CONFERENCE CALL WITH KEMPER (.2); EMAIL TO J. GANSBERG RE: KEMPER STIPULATION (.2). |
| FELD SR | 11/21/06 | 4.70 | FINALIZE KEMPER STIPULATION, ORDER AND MOTION (4.5); TEL. CONFS. WITH J. GANSBERG RE: KEMPER STIPULATION (.2). |

**MATTER TOTAL**                 __**20.50**__

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                    Bill Date: 12/01/06
**Leases (Real Property)**                           Bill Number: 1133503

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| RAVIN AS | 11/01/06 | 0.70 | TELECONFERENCE WITH M. ROGERS RE: VOGEL ADMIN STIPULATION (.1); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO J. CARNIGNAN RE: WITHDRAWAL OF TOWER ADMIN CLAIM APPLICATION (.1); REVIEW CORRESPONDENCE FROM T. DAVIS RE: WINN DIXIE LEASED PROPERTY IN CHESAPEAKE, VIRGINIA, DRAFT CORRESPONDENCE TO C. IBOLD RE: SAME, REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO K. NEIL RE: SAME (.1); REVIEW AND REVISE VOGEL STIPULATION (.1); DRAFT CORRESPONDENCE TO K. WARD RE: FRO ADMIN CLAIM APPLICATION STATUS (.1); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO K. NEIL RE: STATUS OF TAPPAN ADMIM CLAIM APPLICATION (.1); DRAFT MEMORANDUM TO J. LEAMY RE: STATUS OF SETTLEMENT RE: ADMIN CLAIM FOR WINN-DIXIE/INDIAN TRAIL SQUARE, LLC-STORE 1696 (.1). |
| RAVIN AS | 11/02/06 | 0.10 | DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM K. NEIL RE: STATUS OF CHECK FOR TAPPAN ADMIN CLAIM (.1). |
| RAVIN AS | 11/03/06 | 0.70 | DRAFT CORRESPONDENCE TO A. FRISCH RE: STATUS OF C&A LTD. AND CIVIC CENTER ADMIN CLAIM APPLICATIONS (.1); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO K. NEIL RE: STATUS OF TAPPAN ADMIN CLAIM APPLICATION, DRAFT CORRESPONDENCE TO A. FRISCH RE: SAME (.1); TELECONFERENCE WITH VASANTHA OF DYKEMA LAW FIRM RE: STATUS OF LEASE FOR STORE # 297 (.1); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM K. NEIL RE: STATUS OF TOWER ADMIN CLAIM APPLICATION, DRAFT CORRESPONDENCE TO J. CARIGNAN RE: SAME (.1); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO K. NEIL RE: STATUS OF INDIAN TRAIL SQUARE ADMIN CLAIM (.1); REVIEW TOWER WITHDRAWAL OF ADMIN CLAIM, DRAFT CORRESPONDENCE TO K. WARD RE: SAME, DRAFT CORRESPONDENCE TO E. POLLACK RE: SAME, DRAFT MEMORANDUM TO J. WOODFIELD RE: REVISING CASE CALENDAR RE: SAME (.2). |

79

| | | | |
|---|---|---|---|
| RAVIN AS | 11/04/06 | 0.20 | REVIEW CORRESPONDENCE FROM E. POLLACK RE: STATUS OF TOWER ADMIN CLAIM APPLICATION (.1); REVIEW MEMORANDA FROM J. LEAMY AND R. GRAY RE: MOTION OF TAYLON FOR PERMISSION TO FILE OBJECTION (.1). |
| RAVIN AS | 11/06/06 | 1.30 | DRAFT CORRESPONDENCE TO J. WARNER RE: STATUS OF KIRKLAND'S WITHDRAWAL OF ADMIN CLAIM APPLICATION (.1); REVIEW MOTION FILED BY TAYLON, LLC REQUESTING PERMISSION TO OBJECT TO DISALLOWANCE OF ITS CLAIM # 12774 (.1); REVIEW AND REVISE ADMIN CLAIM STATUS CHART (.1); TELECONFERENCE WITH D. BALLARD RE: LEASES FOR LIVE OAK 99 MEMBER, LLC, ZACHARY 99 MEMBER, LLC AND CLARKSVILLE 99 MEMBER, LLC (.1); DRAFT CORRESPONDENCE TO B. GASTON RE: LEASES FOR LIVE OAK 99 MEMBER, LLC, ZACHARY 99 MEMBER, LLC AND CLARKSVILLE 99 MEMBER, LLC (.1); DRAFT OBJECTION TO CIVIC CENTER ADMIN CLAIM APPLICATION (.8). |
| RAVIN AS | 11/07/06 | 0.20 | REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO A. FRISCH RE: WITHDRAWAL OF TAPPAN PROPERTIES ADMIN CLAIM APPLICATION (.1); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO E. ASHTON RE: STATUS OF WITHDRAWAL OF KIRKLAND ADMIN CLAIM APPLICATION (.1). |
| RAVIN AS | 11/08/06 | 0.40 | DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM A. FRISCH RE: STATUS OF C&A ADMIN CLAIM APPLICATIONS (.1); REVIEW NOTICE OF WITHDRAWAL OF TAPPAN ADMIN CLAIM APPLICATION, DRAFT CORRESPONDENCE TO E. POLLACK RE: SAME (.2); REVIEW AND REVISE ADMIN CLAIM APPLICATION STATUS CHART (.1). |
| RAVIN AS | 11/09/06 | 0.20 | DRAFT CORRESPONDENCE TO E. ASHTON RE: STATUS OF WITHDRAWAL OF ADMIN CLAIM FOR KIRKLAND (.1); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO K. NEIL RE: TAPPAN (.1). |
| RAVIN AS | 11/10/06 | 0.30 | REVIEW KIRKLAND WITHDRAWAL OF ADMIN CLAIM, DRAFT MEMORANDUM TO C. JACKSON, K. WARD AND E. POLLACK RE: SAME, REVIEW CORRESPONDENCE FROM E. POLLACK RE: SAME (.2); REVIEW AND REVISE ADMIN CLAIM APPLICATION STATUS CHART (.1). |

| | | | |
|---|---|---|---|
| RAVIN AS | 11/13/06 | 0.70 | REVIEW NOTICE OF WITHDRAWAL OF CIVIC CENTER STATION ADMIN CLAIM APPLICATION, DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM E. POLLACK RE: SAME (.1); REVIEW BELK ADMIN CLAIM APPLICATION, DRAFT CORRESPONDENCE TO K. NEIL RE: SAME (.2); REVIEW NOTICE OF WITHDRAWAL OF FRO ADMIN CLAIM APPLICATION, DRAFT CORRESPONDENCE TO E. POLLACK AND K. WARD RE: SAME (.2); TELECONFERENCE WITH R. LEHANE RE: BELK ADMIN CLAIM APPLICATION (.1); REVIEW AND REVISE ADMIN CLAIM APPLICATION STATUS CHART (.1). |
| GRAY RW | 11/14/06 | 0.10 | REVIEW LETTER RE: STORE 124 AND DRAFT MEMORANDUM TO C. JACKSON RE: SAME (.1). |
| KALOUDIS D | 11/21/06 | 0.30 | REVIEW BUEHLER ORDERS RE: CLAIM OBJECTION (.2); CALL WITH D.HURST RE: LIBERTY (.1). |

**MATTER TOTAL**                    <u>**5.20**</u>

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                                    Bill Date: 12/01/06
**Litigation (General)**                                             Bill Number: 1133503

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 11/01/06 | 0.40 | REVIEW AND COMMENT ON XL/MARSH SETTLEMENT MOTION AND ORDER (.4). |
| RAVIN AS | 11/01/06 | 0.90 | REVIEW AND REVISE XL/MARSH SETTLEMENT MOTION BASED UPON COMMENTS RECEIVED FROM R. GRAY (.7); DRAFT CORRESPONDENCE TO J. CASTLE AND C. DICKINSON RE: XL/MARSH SETTLEMENT MOTION, DRAFT MEMORANDUM TO AND REVIEW MEMORANDUM FROM R. GRAY RE: SAME (.2). |
| TURETSKY DM | 11/01/06 | 0.10 | TELECONFERENCE WITH J. TESTA RE: WINN-DIXIE CLAIM AGAINST ABLE LABS (.1). |
| RAVIN AS | 11/02/06 | 0.20 | DRAFT MEMORANDUM TO R. GRAY RE: XL/MARSH SETTLEMENT MOTION AND REVIEW BY COMMITTEE (.1); CONFERENCE WITH D. TURETSKY RE: STATUS OF ABLE LABS, REVIEW MEMORANDUM FROM SAME RE: SAME (.1). |
| TURETSKY DM | 11/02/06 | 0.80 | FURTHER ANALYSIS RE: WINN-DIXIE CLAIM AGAINST ABLE LABS (.5); TELECONFERENCE WITH J. TESTA RE: WINN-DIXIE CLAIM AGAINST ABLE LABS (.1); E-MAIL TO J. CASTLE RE: WINN-DIXIE CLAIM AGAINST ABLE LABS (.2). |
| RAVIN AS | 11/03/06 | 0.40 | MONITOR PLEADINGS FILED IN ABLE LABS (.1); REVIEW MULTIPLE CORRESPONDENCE FROM AND DRAFT MULTIPLE CORRESPONDENCE TO C. DICKINSON RE: XL AND MARSH AND DRAFT CORRESPONDENCE TO SAME RE: SAME, REVIEW AND REVISE SETTLEMENT AGREEMENT (.2); DRAFT MULTIPLE CORRESPONDENCE TO AND REVIEW MULTIPLE CORRESPONDENCE FROM M. COMERFORD RE: XL/MARSH SETTLEMENT AGREEMENT AND MOTION RE: SAME (.1). |
| RAVIN AS | 11/04/06 | 0.10 | REVIEW CORRESPONDENCE FROM C. DICKINSON RE: XL/MARSH MOTION (.1). |
| RAVIN AS | 11/06/06 | 0.10 | TELECONFERENCE WITH M. COMERFORD RE: COMMENTS TO XL AND MARSH SETTLEMENT MOTION (.1). |

RAVIN AS         11/07/06      1.70   REVIEW CORRESPONDENCE FROM J. CASTLE
                                      AND C. VAN PELT RE: STATUS OF ABLE LABS,
                                      REVIEW MEMORANDUM FROM D. TURETSKY RE:
                                      SAME, MULTIPLE CONFERENCES WITH D.
                                      TURETSKY RE: SAME (.2); CONFERENCE WITH
                                      D. TURETSKY RE: ABLE LABS (.4);
                                      TELECONFERENCE WITH D. TURETSKY AND C.
                                      VAN PELT RE: ABLE LABS (.3); REVIEW AND
                                      REVISE XL AND MARSH SETTLEMENT MOTION
                                      BASED UPON COMMENTS RECEIVED FROM
                                      MILBANK (.4); DRAFT CORRESPONDENCE TO
                                      AND REVIEW CORRESPONDENCE FROM C.
                                      DICKINSON RE: XL AND MARSH SETTLEMENT
                                      MOTION (.1); TELECONFERENCE WITH C.
                                      DICKINSON RE: XL AND MARSH SETTLEMENT
                                      MOTION (.1); TELECONFERENCE WITH M.
                                      COMERFORD RE: XL AND MARSH SETTLEMENT
                                      MOTION (.1); REVIEW CORRESPONDENCE FROM
                                      J. CASTLE AND D. BITTER RE: XL AND MARSH
                                      SETTLEMENT MOTION (.1).

TURETSKY DM      11/07/06      1.50   FURTHER ANALYSIS RE: ISSUES CONCERNING
                                      WINN-DIXIE CLAIM AGAINST ABLE LABS
                                      (.4); E-MAIL TO C. VAN PELT RE:
                                      WINN-DIXIE CLAIM AGAINST ABLE LABS
                                      (.1); TELECONFERENCE WITH C. VAN PELT
                                      RE: WINN-DIXIE CLAIM AGAINST ABLE LABS
                                      (.1); TELECONFERENCE WITH J. TESTA RE:
                                      WINN-DIXIE CLAIM AGAINST ABLE LABS
                                      (.1); MEETING WITH A. RAVIN RE:
                                      WINN-DIXIE CLAIM AGAINST ABLE LABS
                                      (.4); TELECONFERENCE WITH A. RAVIN AND
                                      C. VAN PELT RE: WINN-DIXIE CLAIM AGAINST
                                      ABLE LABS (.3); E-MAIL TO J. TESTA RE:
                                      WINN-DIXIE CLAIM AGAINST ABLE LABS
                                      (.1).

RAVIN AS          11/08/06     3.20   TELECONFERENCE WITH C. VAN PELT, D.
                                      TURETSKY, J. PALMER, AND J. TESTA RE:
                                      ABLE LABS SETTLEMENT (.4); FOLLOW UP
                                      TELECONFERENCE WITH C. VAN PELT AND D.
                                      TURETSKY RE: ABLE LABS SETTLEMENT (.4);
                                      REVIEW SPREADSHEET FORWARDED BY J.
                                      PALMER OF ABLE RE: BASIS FOR SETTLEMENT
                                      PROPOSAL (.1); DRAFT CORRESPONDENCE TO
                                      AND REVIEW CORRESPONDENCE FROM J.
                                      CASTLE AND C. DICKINSON RE: XL AND MARSH
                                      SETTLEMENT MOTION (.2); FINALIZE XL AND
                                      MARSH SETTLEMENT MOTION FOR FILING
                                      INCLUDING DRAFTING OF NOTICE OF HEARING
                                      (.8); TELECONFERENCE WITH C. JACKSON
                                      AND C. DICKINSON RE: COMMENTS TO
                                      XL-MARSH SETTLEMENT MOTION (.1); REVIEW
                                      MULTIPLE CORRESPONDENCE FROM AND DRAFT
                                      CORRESPONDENCE TO C. JACKSON AND C.
                                      DICKINSON RE: COMMENTS TO XL/MARSH
                                      SETTLEMENT MOTION (.3); REVIEW AND
                                      REVISE XL/ MARSH SETTLEMENT MOTION
                                      BASED UPON COMMENTS RECEIVED FROM C.
                                      JACKSON AND C. DICKINSON (.9).

TURETSKY DM       11/08/06     1.70   E-MAIL TO C. VAN PELT RE: CONFERENCE
                                      CALL WITH ABLE LABS (.1); PREPARE FOR
                                      SETTLEMENT CONFERENCE CALL WITH ABLE
                                      LABS (.6); CONFERENCE CALL WITH C. VAN
                                      PELT, J. PALMER, J. TESTA, AND A. RAVIN
                                      RE: SETTLEMENT OF WINN-DIXIE CLAIM
                                      AGAINST ABLE LABS (.4); FOLLOW UP CALL
                                      WITH C. VAN PELT AND A. RAVIN RE:
                                      SETTLEMENT OF WINN-DIXIE CLAIM AGAINST
                                      ABLE LABS (.4); E-MAIL TO J. PALMER RE:
                                      WINN-DIXIE CLAIM AGAINST ABLE LABS
                                      (.2).

RAVIN AS          11/09/06     0.80   TELECONFERENCE WITH J. CASTLE AND D.
                                      TURETSKY RE: PROPOSED ABLE LABS
                                      SETTLEMENT (.1); CONFERENCE WITH D.
                                      TURETSKY RE: PROPOSED ABLE LABS
                                      SETTLEMENT (.2); REVIEW CORRESPONDENCE
                                      FROM AND DRAFT CORRESPONDENCE TO C.
                                      DICKINSON RE: REVISIONS TO XL/MARSH
                                      SETTLEMENT MOTION (.1); CONFERENCE WITH
                                      M. COMERFORD RE: XL/MARSH MOTION (.1);
                                      FINALIZE MOTION FOR FILING (.3).

TURETSKY DM       11/09/06     0.50   TELECONFERENCE WITH C. VAN PELT RE:
                                      WINN-DIXIE CLAIM AGAINST ABLE LABS
                                      (.2); MEETING WITH A. RAVIN RE:
                                      WINN-DIXIE CLAIM AGAINST ABLE LABS
                                      (.2); TELECONFERENCE WITH A. RAVIN AND
                                      J CASTLE RE: WINN-DIXIE CLAIM AGAINST
                                      ABLE LABS (.1).

RAVIN AS          11/13/06     0.10   CONFERENCES WITH D. TURETSKY RE:
                                      SETTLEMENT STRATEGY FOR ABLE LABS (.1).

| | | | |
|---|---|---|---|
| TURETSKY DM | 11/13/06 | 0.70 | FURTHER ANALYSIS RE: POTENTIAL BASIS FOR SETTLEMENT OF WINN-DIXIE CLAIM AGAINST ABLE LABS (.3); TELECONFERENCE WITH J. TESTA RE: POTENTIAL FOR SETTLEMENT OF WINN-DIXIE CLAIM AGAINST ABLE LABS (.1); TELEPHONE CALLS WITH J. PALMER RE: POTENTIAL FOR SETTLEMENT OF WINN-DIXIE CLAIM AGAINST ABLE LABS (.2); TELECONFERENCE WITH A. RAVIN RE: POTENTIAL FOR SETTLEMENT OF WINN-DIXIE CLAIM AGAINST ABLE LABS (.1). |
| RAVIN AS | 11/14/06 | 0.20 | DRAFT MEMORANDA TO AND REVIEW MEMORANDA FROM D. TURETSKY RE: ABLE LABS SETTLEMENT (.1); REVIEW RESPONSE FILED BY CARDINAL HEALTH (.1). |
| TURETSKY DM | 11/14/06 | 0.40 | TELECONFERENCE WITH J. PALMER RE: SETTLEMENT OF WINN-DIXIE CLAIM AGAINST ABLE LABS (.1); TELECONFERENCE WITH J. CASTLE RE: SETTLEMENT OF WINN-DIXIE CLAIM AGAINST ABLE LABS (.1); E-MAIL TO J. TESTA RE: SETTLEMENT OF WINN-DIXIE CLAIM AGAINST ABLE LABS (.1); REVIEW CARDINAL RESPONSE TO CLAIM OBJECTION IN ABLE LABS CASE FOR RELEVANCE TO WINN-DIXIE CLAIM AGAINST ABLE LABS (.1). |
| RAVIN AS | 11/15/06 | 0.10 | REVIEW CORRESPONDENCE FROM D. TURETSKY RE: ABLE LABS SETTLEMENT, CONFERENCE WITH SAME RE: SAME (.1). |
| TURETSKY DM | 11/15/06 | 0.10 | E-MAIL TO J. TESTA RE: WINN-DIXIE CLAIM AGAINST ABLE LABS (.1). |
| RAVIN AS | 11/16/06 | 0.10 | REVIEW CORRESPONDENCE FROM T. WHEELER RE: STATUS OF ABLE LABS HEARING (.1). |
| TURETSKY DM | 11/16/06 | 0.10 | REVIEW LETTER FROM T. WHEELER TO JUDGE LYONS FOR RELEVANCE TO WINN-DIXIE'S CLAIM AGAINST ABLE LABS (.1). |
| RAVIN AS | 11/17/06 | 0.10 | REVIEW CORRESPONDENCE FROM T. WHEELER RE: ABLE LABS STATUS (.1). |
| RAVIN AS | 11/20/06 | 0.10 | REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO A. RAY RE: STATUS OF RHODES. |

**MATTER TOTAL**                                   **14.40**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Winn-Dixie Stores, Inc. (DIP)                         Bill Date: 12/01/06
Reorganization Plan / Plan Sponsors                   Bill Number: 1133503

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BAKER DJ | 11/01/06 | 4.20 | TELECONFERENCE WITH J. SKELTON WITH RESPECT TO RECOVERIES UNDER PLAN (.3); REVIEW EXPECTED DISTRIBUTIONS UNDER PLAN (.4); REVIEW REVISED MATERIALS WITH RESPECT TO CLAIM RESERVE NUMBERS (1.6); BEGIN ANALYSIS OF CLOSING ISSUES (1.9). |
| BARUSCH RC | 11/01/06 | 6.30 | REVIEW BROKER ASSISTED PROGRAM ISSUES AND DOCUMENTS (6.3). |
| GRAY RW | 11/01/06 | 2.80 | TELECONFERENCE WITH S. KAROL RE: CLASS 13 RESERVE ISSUES (.1); EXCHANGE EMAILS RE: LOGISTICS FOR RESERVE MEETING TOMORROW (.1); TELECONFERENCE WITH C. JACKSON RE: TRADING RESTRICTIONS ON NEW STOCK (.1); TELECONFERENCE AND EMAIL WITH C. JACKSON RE: J. WEISER ISSUES AND REVIEW AND COMMENT ON LETTER TO J. WEISER RE: SULPHUR SPRINGS NOTICING (.1); PARTICIPATE IN CONF CALLS WITH T. WILLIAMS, S. REISNER, K. LOGAN AND AST, WELLS FARGO, WACHOVIA AND SKADDEN TEAMS RE: MSP/SRP BROKER PROGRAM (2.0); REVIEW MEMORANDUM AND INFORMATION FROM J. MCCONNELL RE: TAX ISSUE, DRAFT MEMORANDUM TO T. WILLIAMS AND S. REISNER RE: SAME, REVIEW REPLY FROM S. REISNER AND FORWARD SAME TO J. MCCONNELL (.2); EXCHANGE EMAILS WITH T. WILLIAMS, L. RODRIGUEZ, S. REISNER AND R. BARUSCH RE: FINALIZING TAX FAQS FOR J. MCCONNELL (.2). |
| LEDERER J.* | 11/01/06 | 0.20 | REVIEW WINN-DIXIE DOCKET FOR PLEADINGS AND MOTIONS TO BE INCLUDED IN BINDERS (.2). |
| RAVIN AS | 11/01/06 | 3.50 | REVIEW AND REVISE APPEAL BRIEF (3.2); MULTIPLE CONFERENCES WITH T. SCHWARZMAN RE: COMMENTS TO SAME (.3). |
| SCHWARZMAN T* | 11/01/06 | 6.70 | CONFERENCE WITH A. RAVIN RE: APPEAL BRIEF (.2); REVISE APPEAL BRIEF PER A. RAVIN'S INSTRUCTIONS (4.4); CONFERENCE WITH A. RAVIN RE: NEXT DRAFT OF APPEAL BRIEF (.1); DRAFT NEW VERSION OF APPEAL BRIEF (2.0). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BAKER DJ        11/02/06      5.20  PREPARE FOR MEETING TO CONSIDER CLAIM
                                    RESERVE ISSUES (.8); ATTEND MEETING
                                    WITH S. KAROL, R. GRAY, M. BARR, M.
                                    COMERFORD AND J. CASTLE RE: CLAIM
                                    RESERVE ISSUES (1.7); TELECONFERENCE
                                    WITH S. BUSEY RE: CLAIM RESERVE ISSUES
                                    (.4); TELECONFERENCE J. SKELTON RE:
                                    PLAN ISSUES (.2); REVIEW EMAIL FROM R.
                                    BARUSCH RE: BROKERAGE ACCOUNTS (.2);
                                    REPLY TO EMAIL FROM R. BARUSCH RE:
                                    BROKERAGE ACCOUNTS (.1); CONTINUE
                                    ANALYSIS OF BROKERAGE ACCOUNT ISSUES
                                    (1.8).

BARUSCH RC      11/02/06      4.50  REVIEW AND REVISE BROKER ASSISTED
                                    PROGRAM (3.6); REVIEW NEW DIRECTOR
                                    ISSUE (.9).

87

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GRAY RW        11/02/06    7.50   EXCHANGE EMAILS WITH S. KAROL AND DRAFT
                                  MEMORANDUM TO K. LOGAN RE:
                                  CLASSIFICATION REPORT FOR SUBSEQUENTLY
                                  FILED CLAIMS (.1); REVIEW REPORT FROM K.
                                  LOGAN AND FOLLOW UP EMAIL EXCHANGE WITH
                                  K. LOGAN RE: CLARIFICATION (.2);
                                  EXCHANGE EMAILS WITH S. KAROL RE: CLASS
                                  13 RESERVE ISSUES (.1); REVIEW AND
                                  RESPOND TO MEMORANDUM FROM R. BARUSCH
                                  RE: CASH PAYMENT LOGISTICS FOR
                                  WITHHOLDING PROGRAM (.1); REVIEW AND
                                  RESPOND TO MEMORANDUM FROM J. MCCONNELL
                                  RE: TAX INQUIRIES FROM MSP/SRP
                                  CLAIMANTS (.1); REVIEW FURTHER
                                  MEMORANDUM FROM J. MCCONNELL RE: TAX
                                  ISSUES AND COMMUNICATE WITH T. WILLIAMS
                                  AND S. REISNER RE: SAME (.2);
                                  PRE-MEETING WITH S. KAROL RE: RESERVES
                                  (.3); MEETING WITH MILBANK, HOULIHAN,
                                  A&M, S. KAROL, J. OCONNELL, J. CASTLE,
                                  D. YOUNG AND J. BAKER RE: COMMON STOCK
                                  RESERVE (1.7); FOLLOW UP UP DISCUSSIONS
                                  WITH S. KAROL, J. OCONNELL, J. CASTLE
                                  AND D. YOUNG (.6); REVIEW EMAIL FROM AND
                                  TELECONFERENCE WITH WITH R. BARUSCH RE:
                                  NUMBER OF SHARES FOR MSP/SRP ON BROKER
                                  FORM (.1); CONFERENCE WITH S. KAROL, B.
                                  GASTON AND J. OCONNELL RE: SOURCES AND
                                  USES FOR CLOSING (.3); REVIEW AND
                                  RESPOND TO MEMORANDUM FROM R. BARUSCH
                                  RE: DISTRIBUTION DATE ISSUES (.2);
                                  FOLLOW UP EMAIL EXCHANGE RE: SCHEDULE
                                  AND TARGET DATES (.1); REVIEW MEMORANDA
                                  FROM R. BARUSCH AND L. APPEL RE:
                                  DIRECTOR ISSUE (.1); REVIEW AND COMMENT
                                  ON TAX LETTER TO MSP/SRP CLAIMANTS (.3);
                                  REVISE/SUPPLEMENT DISBURSING AGREEMENT
                                  (2.1); DRAFT MEMORANDUM TO R. WEISS ET
                                  AL. RE: TRUST PROVISIONS (.2); DRAFT
                                  MEMORANDUM TO R. BARUSCH ET AL. RE:
                                  WITHHOLDING ISSUES (.1); REVIEW AND
                                  COMMENT ON LATEST VERSION OF BROKER
                                  PROGRAM DOCUMENTS (.6).

RAVIN AS       11/02/06    0.30   DRAFT CORRESPONDENCE TO AND REVIEW
                                  CORRESPONDENCE FROM K. WARD RE:
                                  RESUBMISSION OF PASCO COUNTY SETTLEMENT
                                  ORDER (.1); REVIEW DISBURSING TRUST
                                  AGREEMENT, REVIEW MEMORANDA FROM R.
                                  GRAY RE: SAME (.2).

BAKER DJ       11/03/06    6.90   BEGIN "COLD" REVIEW OF IMPLEMENTING
                                  DOCUMENTS FOR MSP/SRP BROKERAGE PROGRAM
                                  (4.6); CONTINUE REVIEW OF CLAIM RESERVE
                                  ISSUES (1.2); REVIEW ISSUES RELATED TO
                                  DIRECTOR REPLACEMENT MATTER (1.1).

BARUSCH RC     11/03/06    4.20   ANALYZE BROKER ASSISTED PLAN ISSUES
                                  (4.2).

GRAY RW          11/03/06          5.20   DRAFT MEMORANDUM TO K. LOGAN ET AL. RE:
                                          TIMING FOR DISTRIBUTION FOR TAX LETTER
                                          AND FAQS (0.1); REVIEW LATEST DRAFT OF
                                          FAQS (.3); EXCHANGE EMAILS WITH S.
                                          REISNER RE: SAME (.2); REVISE FAQS
                                          (.3); EXCHANGE EMAILS WITH T. WILLIAMS
                                          RE: COMMITTEE AND J. MCCONNELL REVIEW OF
                                          TAX DOCUMENTS (.1); DRAFT MEMORANDUM TO
                                          L. APPEL ET AL. RE: RETIREE TAX CONCERNS
                                          (.2); TELECONFERENCE AND EMAILS WITH K.
                                          LOGAN RE: STATUS OF MSP/SRP FILES FOR
                                          STOCK CALCULATIONS AND RELATED ISSUES
                                          (.1); PARTICIPATE IN CONFERENCE WITH T.
                                          WILLIAMS AND WELLS FARGO, LOGAN,
                                          WACHOVIA AND SKADDEN TEAMS RE: BROKER
                                          PROGRAM (1.0); TELECONFERENCE WITH L.
                                          RODRIGUEZ RE: COMMENTS ON FAQS (.1);
                                          EXCHANGE EMAILS WITH T. WILLIAMS RE:
                                          REVISING LETTER AND FAQS AND COORDINATE
                                          WITH I. GUTIERREZ RE: REVISIONS (.1);
                                          CONFERENCE WITH T. WILLIAMS, S. REISNER
                                          AND L. RODRIGUEZ RE: SAME (.3); FINALIZE
                                          REVISIONS TO LETTER AND FAQS PRIOR TO
                                          DISTRIBUTION (.2); DRAFT MEMORANDUM TO
                                          J. MCCONNELL RE: PROPOSED LETTER AND
                                          FAQS TO PARTICIPANTS (.2);
                                          TELECONFERENCE WITH K. LOGAN RE: STATUS
                                          OF MAILING (.1); REVIEW AND REVISE
                                          NOTICE OF DISTRIBUTION RECORD DATE
                                          (.2); REVIEW AND COMMENT ON NOTICE OF
                                          CONFIRMATION ORDER (.1); REVIEW AND
                                          RESPOND TO MEMORANDUM FROM L. APPEL RE:
                                          R. ELMQUIST RESIGNATION AND AMENDED
                                          DESIGNATION (.1); TELECONFERENCE WITH
                                          S. BUSEY RE: SAME (.1); DRAFT MEMORANDUM
                                          TO R. BARUSCH AND J. BAKER RE: SAME (.1);
                                          FOLLOW UP EMAIL EXCHANGE WITH J. BAKER
                                          AND R. BARUSCH RE: SAME (.1); EXCHANGE
                                          EMAILS WITH M. BARR RE: STRATEGY ON
                                          AMENDED DESIGNATION (.1); REVIEW AND
                                          RESPOND TO MEMORANDUM FROM J. CASTLE RE:
                                          HANDLING CREDITOR INQUIRIES RE:
                                          DISTRIBUTIONS (.1); REVIEW MEMORANDUM
                                          FROM K. LOGAN RE: ALLOWED CLAIM
                                          INFORMATION IN RESERVE REPORT AND
                                          RESPOND TO MEMORANDA FROM J. CASTLE AND
                                          S. KAROL RE: SAME  (.1); DRAFT
                                          MEMORANDUM TO J. CLARK ET AL. RE:
                                          DISBURSING AGREEMENT DRAFT (.1); DRAFT
                                          MEMORANDUM TO J. CASTLE ET AL. RE:
                                          DISBURSING AGREEMENT STATUS AND ISSUES
                                          (.2); REVIEW VOICEMAIL AND EMAIL FROM R.
                                          WEISS RE: COMMENTS ON DISBURSING
                                          AGREEMENT, REVIEW PLAN AND DISCLOSURE
                                          STATEMENT RE: ISSUES RAISED, AND DRAFT
                                          MEMORANDUM TO R. WEISS, K. BRISTER ET
                                          AL. RE: SAME (.4); REVIEW SOURCES AND
                                          USES DETAIL FROM B. GASTON (.2).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| RAVIN AS | 11/03/06 | 1.40 | DRAFT MEMORANDUM TO AND REVIEW MEMORANDUM FROM R. GRAY RE: NEED FOR PREPARING AMENDED DESIGNATION OF DIRECTORS (.1); DRAFT NOTICE OF DISTRIBUTION RECORD DATE (.4); DRAFT NOTICE OF ENTRY OF CONFIRMATION ORDER (.3); DRAFT AMENDED DESIGNATION OF DIRECTORS (.4); REVIEW MEMORANDA FROM R. GRAY, S. BUSEY AND M. FREITAG RE: AMENDED DESIGNATION OF DIRECTORS (.1); REVIEW CORRESPONDENCE FROM L. BERBERT TO E. ESCAMILLA RE: CENTRE STAGE/WINN-DIXIE OBJECTION TO PLAN (.1). |
| BAKER DJ | 11/06/06 | 2.30 | CONTINUE REVIEW OF ALL BROKERAGE PROGRAM DOCUMENTS (2.3). |
| BARUSCH RC | 11/06/06 | 0.60 | REVIEW BROKER-ASSISTED PLAN ISSUES (.6). |
| HENRY S | 11/06/06 | 4.30 | REVIEW DRAFT OF STAY BRIEF (.8); READ CASES CITED IN STAY BRIEF (2.3); REVIEW BOND CASES (1.2). |
| GRAY RW | 11/06/06 | 1.90 | REVIEW AND RESPOND TO MEMORANDA FROM A. RAVIN RE: COMMENTS ON DISBURSING AGREEMENT (0.1); REVIEW AND COMMENT ON BROKER PROGRAM DOCUMENTS (1.6); REVIEW TIN LETTERS FOR RECLAMATION AND CONTRACT CURE AND EXCHANGE EMAILS WITH D. TURETSKY RE: SAME (.1); REVIEW AND RESPOND TO MEMORANDA FROM M. COMERFORD RE: COMMENTS ON MSP/SRP TAX LETTER AND FAQ AND DRAFT MEMORANDA TO S. REISNER AND T. WILLIAMS RE: SAME (.1). |
| RAVIN AS | 11/06/06 | 1.80 | REVIEW AND INCORPORATE R. WEISS COMMENTS TO DISBURSING/TRUST AGREEMENT (1.2); REVIEW MEMORANDA FROM AND DRAFT MEMORANDA TO R. WEISS AND R. GRAY RE: SAME, TELECONFERENCE (VM) WITH R. WEISS RE: SAME (.4); TELECONFERENCE WITH A. GANGAT OF SOUTHPAW RE: QUESTIONS ON PLAN (.2). |
| TURETSKY DM | 11/06/06 | 0.90 | DRAFT MEMORANDUM RE: DIRECTOR RELEASES, EXCULPATION UNDER PLAN OF REORGANIZATION AND RELATED REORGANIZATION DOCUMENTS (.9). |
| BARUSCH RC | 11/07/06 | 1.20 | REVIEW BROKER-ASSISTED PLAN ISSUES (1.2). |
| HENRY S | 11/07/06 | 1.00 | REVIEW AND REVISE BRIEF IN OPPOSITION TO STAY PENDING APPEAL (.7); MSGS TO AND FROM T. SCHWARTZBERG RE SAME (.3). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| GRAY RW | 11/07/06 | 0.50 | REVIEW MEMORANDA FROM B. CROCKER AND D. TURETSKY RE: BENEFICIARY ISSUE (.1); TELECONFERENCE WITH K. LOGAN ET AL. RE: SAME (.1); REVIEW MEMORANDUM FROM T. WILLIAMS RE: SAMPLE WITHHOLDING AND EXCHANGE EMAILS WITH K. LOGAN RE: NEED TO CLARIFY (.1); REVIEW AND RESPOND TO MEMORANDUM FROM A. RAVIN RE: WELLS FARGO ISSUE ON TRUST (.1); REVIEW AND RESPOND TO MEMORANDA FROM T. BOYDELL AND A. SALDANA RE: OLD BOARD OF DIRECTORS ISSUE RE: SUBSIDIARY APPROVALS (.1). |
| LAMAINA KA | 11/07/06 | 0.40 | PLAN/REVIEW POST CONFIRMATION ORDER ISSUES (.4). |
| RAVIN AS | 11/07/06 | 1.40 | DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM K. WARD RE: RESUBMISSION OF PROPOSED ORDER RE: PASCO COUNTY (.1); DRAFT MEMORANDUM TO K. HARRIS RE: CURRENT AND PROPOSED BOARD MEMBERS (.4); REVIEW MEMORANDUM FROM J. PAOLI RE: NEW BOARD OF DIRECTORS AND NEW OFFICERS, DRAFT MEMORANDUM TO SAME RE: SAME (.3); MULTIPLE TELEPHONE CONFERENCES WITH J. CLARKE RE: DISBURSING AGREEMENT (.2); DRAFT MEMORANDUM TO R. WEISS AND R. GRAY RE: DISBURSING AGREEMENT (.3) REVIEW MEMORANDUM FROM AND DRAFT MEMORANDUM TO J. PAOLI AND T. BOYDELL RE: BOARD RESOLUTIONS FOR PLAN (.1). |
| SCHWARZMAN T* | 11/07/06 | 3.10 | DRAFT AND REVISE APPEAL BRIEF PER INSTRUCTIONS FROM S. HENRY (1.1); RESEARCH CASE LAW FOR APPEAL BRIEF (2.0). |
| TURETSKY DM | 11/07/06 | 3.90 | CONTINUE DRAFTING MEMORANDUM RE: DIRECTOR RELEASES, EXCULPATION UNDER PLAN OF REORGANIZATION AND RELATED REORGANIZATION DOCUMENTS (3.9). |
| BARUSCH RC | 11/08/06 | 3.20 | COMMENTS ON INSTRUCTIONS AND ELECTION RE: BROKER-ASSISTED PROGRAM (3.2). |
| HENRY S | 11/08/06 | 1.50 | TELECONFERENCE WITH C. JACKSON RE: WEEKLY TELECONFERENCE AND CONFIRMATION ISSUES (.1); READ ADDITIONAL AUTHORITY CITED IN BRIEF RE: STAY PENDING APPEAL (1.4). |
| GRAY RW | 11/08/06 | 0.10 | REVIEW AND RESPOND TO MEMORANDUM FROM M. COMERFORD RE: NOTICE OF DISTRIBUTION RESERVE (.1). |

| | | | |
|---|---|---|---|
| RAVIN AS | 11/08/06 | 1.10 | TELECONFERENCE (VM) FROM R. WEISS RE: WELLS FARGO'S ISSUES WITH TRUST AGREEMENT, DRAFT MEMORANDUM TO SAME RE: SAME, REVIEW MEMORANDA FROM R. WEISS AND R. GAY RE: SAME (.2); REVIEW MEMORANDA FROM R. GRAY, T. BOYDELL AND A. SALDANO RE: BOARD RESOLUTIONS (.1); DRAFT CORRESPONDENCE TO J. CLARK RE: DISBURSING/TRUST AGREEMENT (.1); CONFERENCE WITH C. HANDLER RE: DISBURSING AGREEMENT (.1); FOLLOW UP TELECONFERENCE WITH R. WEISS RE: DISBURSING AGREEMENT (.1); DRAFT CORRESPONDENCE TO J. CLARK RE: DISBURSING/TRUST AGREEMENT (.3); REVIEW CORRESPONDENCE FROM M. COMERFORD AND MEMORANDA FROM R. GRAY AND R. BARUSCH RE: COMMON STOCK RESERVE (.1); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM J. CLARKE RE: DISCLOSURE STATEMENT AND PLAN LANGUAGE RE: TRUST (.1). |
| TURETSKY DM | 11/08/06 | 4.80 | CONTINUE DRAFTING MEMORANDUM RE: DIRECTOR RELEASES, EXCULPATION UNDER PLAN OF REORGANIZATION AND RELATED REORGANIZATION DOCUMENTS (4.7); E-MAIL TO D. J. BAKER RE: MEMORANDUM RE: DIRECTOR RELEASES, EXCULPATION UNDER PLAN OF REORGANIZATION AND RELATED REORGANIZATION DOCUMENTS (.1). |
| BAKER DJ | 11/09/06 | 4.00 | TELEPHONE CALL STEVE BUSEY RE: CONFIRMATION ISSUES (.2); REVIEW ORDER CONFIRMING PLAN OF REORGANIZATION (.7); TELEPHONE CALL J. SKELTON RE: CONFIRMATION ORDER (.3); TELEPHONE CALL S. BUSEY RE: CONFIRMATION ORDER (.2); CONTINUE ANALYSIS OF CLOSING ISSUES (1.3); REVIEW LATEST DRAFT OF APPELLATE BRIEF (1.1); TELEPHONE CALL L. APPEL RE: CONFIRMATION ORDER (.2). |
| BARUSCH RC | 11/09/06 | 3.60 | REVIEW DIRECTOR REPLACEMENT ISSUES AND EMAILS (.4); BROKER-ASSISTED PROGRAM SUMMARY LETTER, INCLUDING INSTRUCTIONS AND COMMENTS (3.2). |
| HENRY S | 11/09/06 | 2.10 | TELECONFERENCE WITH C. JACKSON RE: OPINION (.2); REVIEW ORDER (.8); EMAILS TO VARIOUS CREDITORS RE: ORDER (.3); CIRCULATE BRIEF IN RESPONSE TO STAY PENDING APPEAL TO J. CASTLE; REVIEW HIS COMMENTS THEREON (.1); REVIEW MODIFICATIONS THERETO (.7). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GRAY RW          11/09/06      0.40   REVIEW MEMORANDA RE: ENTRY OF
                                      CONFIRMATION ORDER (.1); EXCHANGE
                                      EMAILS WITH A. RAVIN RE: CONFIRMATION
                                      DATE AND DISTRIBUTION RECORD DATE
                                      NOTICES (.1); EXCHANGE EMAILS WITH A.
                                      RAVIN RE: REGISTRATION RIGHT ISSUE
                                      (.1); TELECONFERENCE WITH A. RAVIN RE:
                                      SAME (.1).

LEAMY JM         11/09/06      0.20   REVIEW CONFIRMATION ORDER (.2).

LEDERER J.*      11/09/06      2.50   READ ENTERED CONFIRMATION ORDER FOR
                                      WINN-DIXIE ENTERED 11/9/06 BY JUDGE
                                      FUNK (1.0); ANALYZE ENTERED ORDER VS.
                                      SUBMITTED ORDER TO HIGHLIGHT ANY
                                      CHANGES OR EDITIONS PER A. RAVIN (.8);
                                      RUN BLACKLINE OF WINN-DIXIE ENTERED
                                      ORDER VS. WINN-DIXIE PROPOSED ORDER,
                                      REVIEW FOR MATERIAL CHANGES (.5);
                                      CIRCULATE BLACKLINE TO WINN-DIXIE
                                      WORKING GROUP AND UPDATE GROUP THAT
                                      THERE WERE NO FURTHER CHANGES MADE BY
                                      JUDGE FUNK BEYOND THOSE IDENTIFIED BY
                                      THE MANUAL BLACKLINE SCAN (.2).

93

| RAVIN AS | 11/09/06 | 5.70 | REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO D. WANDER RE: STATUS OF CONFIRMATION (.1); TELECONFERENCE WITH C. JACKSON RE: CONFIRMATION ORDER (.2); REVIEW PROPOSED CONFIRMATION ORDER AND EXHIBIT A TO CONFIRM IT IS IDENTICAL TO SUBMISSION TO COURT (.4); REVIEW AND REVISE NOTICE OF ENTRY OF CONFIRMATION ORDER AND NOTICE OF DISTRIBUTION RECORD DATE (.4); TELECONFERENCE WITH J. CLARK RE: DISBURSING AGREEMENT (.1); REVIEW MEMORANDA FROM AND DRAFT MEMORANDUM TO T. BOYDELL RE: BOARD RESOLUTIONS RE: EXIT FINANCING, REVIEW MEMORANDA FROM R. GRAY RE: SAME (.2); REVIEW CORRESPONDENCE FROM J. CLARKE RE: DISBURSING AGREEMENT, REVIEW MARK-UP OF DISBURSING/TRUST AGREEMENT (.3); DRAFT MEMORANDUM TO R. WEISS AND R. BARUSCH RE: DISBURSING/TRUST AGREEMENT (.1); REVIEW SIGNED CONFIRMATION ORDER (.7); REVIEW FINAL PRESS RELEASE RE: CONFIRMATION ORDER (.2); DRAFT MEMORANDA TO AND REVIEW MEMORANDA FROM P. NECKLES AND A. MARGOLIS AND R. BARUSCH RE: CONFIRMATION ORDER (.8); TELECONFERENCE WITH M. FRIETAG RE: DRAFT PRESS RELEASE RE: CONFIRMATION ORDER, DRAFT CORRESPONDENCE TO SAME RE: SAME (.2); CONFERENCE WITH A. SALDANA RE: AMENDED DESIGNATION OF DIRECTORS (.1); TELECONFERENCE WITH M. BARR AND A. SALDANA RE: DESIGNATION OF DIRECTORS (.1); REVIEW AND REVISE NOTICE OF ENTRY OF CONFIRMATION ORDER RE: CLAIM # 9495 WITH VISTA, DRAFT MEMORANDUM TO A. SALDANA RE: SAME (.3); ADDRESS MATTERS RELATED TO CONFIRMATION ORDER INCLUDING REVIEW OF APPEAL PERIODS (.7); REVIEW MEMORANDUM FROM R. WEISS RE: WELLS FARGO'S COMMENTS TO DISBURSING AGREEMENT (.1); REVIEW AND REVISE NOTICE OF ENTRY OF CONFIRMATION ORDER BASED UPON REGISTRATION RIGHTS AGREEMENT (.4); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM M. BARR AND M. COMMERFORD RE: SAME (.2). |
| SCHWARZMAN T* | 11/09/06 | 2.40 | REVIEW ORDER CONFIRMING JOINT PLAN OF REORGANIZATION (.7); DRAFT VERSION OF APPEAL BRIEF (1.7). |
| TURETSKY DM | 11/09/06 | 0.40 | REVIEW CONFIRMATION ORDER SUBMITTED TO JUDGE FOR FILING (.4). |

BAKER DJ          11/10/06       2.70   REVIEW EMAIL FROM L. APPEL WITH RESPECT
                                        TO CLOSING OF PLAN (.2); RESPOND TO
                                        EMAIL FROM L. APPEL (.1); REVIEW EMAILS
                                        FROM R. BARUSCH RE: NASDAQ ISSUES (.2);
                                        REVIEW EMAIL FROM M. BARR WITH RESPECT
                                        TO RESERVE ISSUES (.1); CONTINUE REVIEW
                                        OF CLOSING ISSUES (2.1).

BARUSCH RC        11/10/06       5.60   REVIEW VARIOUS ISSUES ON BROKER PROGRAM
                                        FOR MSP (2.3); REVIEW AND COMMENT ON
                                        BROKER PROGRAM DOCUMENTS (3.3).

GRAY RW           11/10/06       0.50   EXCHANGE EMAILS WITH A. RAVIN RE: TIMING
                                        OF EFFECTIVE DATE (.1); REVIEW AND
                                        RESPOND TO MEMORANDA FROM L. APPEL AND
                                        J. CASTLE RE: COMMITTEE POSITION ON
                                        RESERVES (.1); REVIEW EMAIL FROM L.
                                        APPEL AND EXCHANGE EMAILS WITH R.
                                        BARUSCH AND J. BAKER RE: EFFECTIVE DATE
                                        ISSUE (.1); REVIEW AND RESPOND TO
                                        MEMORANDA FROM R. BARUSCH AND A. SALDANA
                                        RE: WACHOVIA REQUEST FOR STOCKHOLDER
                                        DATA (.1); REVIEW AND RESPOND TO
                                        MEMORANDUM FROM R. BARUSCH RE: BROKER
                                        PROGRAM MAILING LOGISTICS (.1).

RAVIN AS          11/10/06       2.50   REVIEW AND REVISE NOTICE OF ENTRY OF
                                        CONFIRMATION ORDER (.2); DRAFT
                                        MEMORANDA TO AND REVIEW MEMORANDA FROM
                                        R. GRAY RE: NOTICE OF ENTRY OF
                                        CONFIRMATION ORDER (.1); DRAFT
                                        MEMORANDA TO AND REVIEW MEMORANDA FROM
                                        A. SALDANA RE: NOTICE OF ENTRY OF
                                        CONFIRMATION ORDER AND LANGUAGE RE:
                                        REGISTRATION RIGHTS AGREEMENT (.2);
                                        REVIEW AND REVISE APPEAL BRIEF (.8);
                                        CONFERENCE WITH T. SCHWARZMAN RE:
                                        APPEAL BRIEF (.1); REVIEW
                                        CORRESPONDENCE FORM D. WANDER RE:
                                        CONFIRMATION ORDER (.1); REVIEW
                                        MEMORANDA FROM AND DRAFT MEMORANDA TO R.
                                        BARUSCH RE: ANTICIPATED TIMING OF
                                        EFFECTIVE DATE (.1); DRAFT MEMORANDA TO
                                        AND REVIEW MEMORANDA FROM A. MARGOLIS
                                        AND R. GRAY RE: ANTICIPATED TIMING OF
                                        EFFECTIVE DATE (.2); REVIEW MEMORANDA
                                        FROM R. BARUSCH AND CORRESPONDENCE FROM
                                        L. APPEL RE: TRADING ISSUES, NASDAQ
                                        SYMBOL AND DISCLOSURE CONCERNS (.2);
                                        REVIEW KEKST SCRIPT, DRAFT MEMORANDA TO
                                        AND REVIEW MEMORANDA FROM R. BARUSCH RE:
                                        SAME (.3); REVIEW ADDITIONAL COMMENTS
                                        FROM J. CLARK TO DISBURSING AGGREEMENT,
                                        DRAFT MEMORANDUM TO R. WEISS AND OTHERS
                                        RE: SAME (.2).

SCHWARZMAN T*     11/10/06       0.40   REVISE APPEAL BRIEF PER A. RAVIN'S
                                        SUGGESTIONS (.4).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GRAY RW        11/11/06     0.20    REVIEW AND RESPOND TO MEMORANDUM FROM K.
                                    LOGAN RE: NOTICE TO TRADERS OF
                                    DISTRIBUTION RECORD DATE (0.1); REVIEW
                                    AND RESPOND TO MEMORANDUM FROM K. LOGAN
                                    RE: MAILING LOGISTICS FOR MSP/SRP
                                    WITHHOLDING PROGRAM DOCUMENTS (0.1).

GRAY RW        11/12/06     1.10    DRAFT MEMORANDUM TO R. BARUSCH RE:
                                    LOGISTICS ISSUES ON MSP/SRP MAILING
                                    (0.1); REVIEW MEMORANDUM FROM V. ROLDAN
                                    RE: TRADING INFORMATION FOR NEW STOCK
                                    AND EXCHANGE EMAILS WITH R. BARUSCH RE:
                                    SAME (0.1); REVIEW REVISIONS TO
                                    DISBURSING AGREEMENT AND DRAFT
                                    MEMORANDUM TO R. WEISS ET AL. RE: ISSUES
                                    (0.2); FOLLOW UP EMAIL EXCHANGE WITH R.
                                    WEISS RE: FURTHER REVISIONS (0.1);
                                    REVIEW AND COMMENT ON RESPONSE TO STAY
                                    MOTION (0.4); DRAFT MEMORANDUM TO P.
                                    EDWARDS RE: AST APPOINTMENT DOCUMENT
                                    (0.1); REVIEW AND RESPOND TO MEMORANDUM
                                    FROM S. STOESSER RE: FORM LETTER TO AST
                                    RE: CANCELLATION OF STOCK AS OF
                                    EFFECTIVE DATE (0.1).

BAKER DJ       11/13/06     1.60    REVIEW FURTHER EMAIL FROM R. BARUSCH RE:
                                    NASDAQ ISSUES (.2); RESPOND TO EMAIL
                                    FROM R. BARUSCH (.1); REVIEW DRAFT OF
                                    INVESTOR SCRIPT (.4); REVIEW CHANGES TO
                                    INVESTOR SCRIPT (.3); REVIEW EMAIL FROM
                                    L. APPEL WITH RESPECT TO CLOSING ISSUES
                                    (.2); RESPOND TO L. APPEL WITH RESPECT
                                    TO CLOSING ISSUES (.1); TELECONFERENCE
                                    WITH M. BARR RE: CLOSING ISSUES (.3).

BARUSCH RC     11/13/06     3.30    REVIEW DOCUMENTS AND ISSUES FOR
                                    WITHHOLDING TAX (3.3).

HENRY S        11/13/06     1.10    TELECONFERENCE WITH J. CASTLE RE
                                    ESTIMATES FOR FRESH START ACCOUNTING
                                    AND REVIEW OF MESSAGE FROM J. CASTLE RE:
                                    SAME  (.2); EMAILS TO AND FROM SKADDEN
                                    TEAM MEMBERS RE: PREPARING AN ESTIMATE
                                    FOR FRESH START ACCOUNTING (.3); REVIEW
                                    COMMENTS OF R. GRAY RE: PLEADING IN
                                    RESPONSE TO ANY STAY PENDING APPEAL;
                                    REPLY TO R. GRAY FORWARD TO T.
                                    SCHWARZBERG AND REVIEW RESPONSE THERETO
                                    FROM T. SCHWARZBERG(.6).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GRAY RW          11/13/06        5.50    REVIEW EMAIL FROM AND TELECONFERENCE
                                          WITH A. RAVIN RE: NOTICING OF
                                          DISTRIBUTION RECORD DATE (.1); REVIEW
                                          AND COMMENT ON SCRIPT FOR INVESTOR HOT
                                          LINE (0.1); REVIEW DRAFT RECOVERY
                                          ANALYSIS FROM BLACKSTONE (.2);
                                          TELECONFERENCE WITH D. IROM RE: SAME
                                          (.1); TELECONFERENCE WITH S. KAROL RE:
                                          RESERVE ANALYSIS UPDATE (0.1); REVIEW
                                          DETAILED BACKUP FOR CLASS 13, 14 AND 16
                                          RESERVE ANALYSIS (.3); TELECONFERENCE
                                          WITH R. BARUSCH AND A. SALDANA RE:
                                          STATUS OF CORP/SECURITY CLOSING (.2);
                                          REVIEW AND RESPOND TO MEMORANDUM FROM D.
                                          YOUNG RE: CASH DISTRIBUTION ISSUES
                                          INVOLVING WELLS FARGO (.2); REVIEW AND
                                          RESPOND TO MEMORANDUM FROM R. BARUSCH
                                          RE: VOTING OF RESERVED SHARES (.1);
                                          CHECK WF PRECEDENT FORMS RE: OPTIONS
                                          (.2); DRAFT FURTHER MEMORANDUM TO R.
                                          BARUSCH RE: SAME (.1); TELECONFERENCE
                                          WITH A. RAVIN RE: DISBURSING AGREEMENT
                                          ISSUES (.1); REVIEW AND RESPOND TO
                                          MEMORANDUM FROM M. BARR RE: 12.3 ISSUE
                                          AND EXCHANGE EMAILS WITH J. CASTLE RE:
                                          SAME (.1); REVIEW AND RESPOND TO
                                          MEMORANDUM FROM M. BARR RE: EFFECTIVE
                                          DATE AND PRE-CLOSING (.1); REVIEW AND
                                          RESPOND TO MEMORANDUM FROM V. ROLDAN RE:
                                          TRADING OF NEW COMMON STOCK (.1);
                                          TELECONFERENCE WITH J. OCONNELL, D.
                                          IROM AND S. KAROL RE: UPDATED RESERVES
                                          (.1); REVIEW AND REVISE LATEST VERSION
                                          OF DISBURSING AGREEMENT (.7);
                                          PARTICIPATE IN CONFERENCE WITH L.
                                          APPEL, J. CASTLE, T. WILLIAMS, L.
                                          RODRIGUEZ, D. MEYER, J. BAKER, R.
                                          BARUSCH ET AL. RE: STOCK RESERVE,
                                          MSP/SRP BROKER PROCESS, NASDAQ AND
                                          RELATED MATTERS (1.0); REVIEW REVISED
                                          VERSION OF BROKER PROGRAM DOCUMENTS
                                          (.6); DRAFT MEMORANDUM TO C. JACKSON RE:
                                          INQUIRY ON SERVICE OF CONFIRMATION
                                          ORDER AND REVIEW REPLY (.1); REVIEW AND
                                          RESPOND TO MEMORANDUM FROM R. BARUSCH
                                          RE: PRECEDENT LEVELS OF STOCK RESERVES
                                          (.1); REVIEW AND RESPOND TO MEMORANDUM
                                          FROM R. BARUSCH RE: STATUS OF MSP/SRP
                                          CLAIMS (.1); DRAFT MEMORANDUM TO J.
                                          OCONNELL ET AL. RE:
                                          REQUEST/INSTRUCTIONS FOR UPDATED
                                          RESERVE REPORT (.1); REVIEW
                                          IMPLEMENTATION CHECKLIST (.1);
                                          PREPARATION RE: EFFECTIVE DATE
                                          DISTRIBUTION MECHANICS (.2); DRAFT
                                          MEMORANDUM TO M. BYRUM RE: COLI POLICY
                                          TERMINATION AND REVIEW REPLY (.1);
                                          REVIEW AND RESPOND TO MEMORANDUM FROM D.
                                          TURETSKY WITH INFORMATION RESPONSIVE TO
                                 97      CREDITOR DISTRIBUTION INQUIRIES (.2).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

RAVIN AS          11/13/06     1.80    REVIEW MEMORANDUM FROM AND DRAFT
                                       MEMORANDUM TO R. GRAY RE: SERVICE OF
                                       DISTRIBUTION RECORD DATE NOTICE (.1);
                                       TELECONFERENCE WITH K. LOGAN RE:
                                       DISTRIBUTION RECORD DATE NOTICE,
                                       TELECONFERENCE WITH C. SCOTTO AND OMAR
                                       AT DTC RE: SAME (.2); DRAFT
                                       CORRESPONDENCE TO M. DIAZ AND J.
                                       MCGINLEY RE: NOTICE OF DISTRIBUTION
                                       RECORD DATE (.1); REVIEW AND REVISE
                                       DISBURSING/TRUST AGREEMENT (.8);
                                       TELECONFERENCE WITH D. WANDER RE:
                                       QUESTIONS ON PLAN (.2); REVIEW ORDER
                                       APPROVING PASCO COUNTY STIPULATION,
                                       DRAFT CORRESPONDENCE TO A. SALZANO RE:
                                       SAME, DRAFT CORRESPONDENCE TO E.
                                       POLLACK RE: SAME (.2); REVIEW
                                       MEMORANDUM FROM AND DRAFT MEMORANDUM TO
                                       R. GRAY RE: SERVICE OF CONFIRMATION
                                       ORDER, REVIEW MEMORANDUM FROM C.
                                       JACKSON RE: SAME (.1); REVIEW R. GRAY'S
                                       COMMENTS TO APPEAL BRIEF (.1).

SCHWARZMAN T*     11/13/06     1.40    REVIEW COMMENTS TO APPEAL BRIEF (.3);
                                       DRAFT REVISION OF APPEAL BRIEF BASED ON
                                       COMMENTS FROM R. GRAY (1.1).

BAKER DJ          11/14/06     6.00    CONTINUE REVIEW OF CLAIM RESERVE ISSUES
                                       AND MATERIALS (1.3); CONTINUE ANALYSIS
                                       OF CLOSING ISSUES WITH RESPECT TO PLAN
                                       OF REORGANIZATION EFFECTIVE DATE (2.6);
                                       CONTINUE PREPARATION OF MATERIALS TO BE
                                       FORWARDED TO BOARD OF DIRECTORS IN
                                       CONNECTION WITH COMPLETION OF PLAN OF
                                       REORGANIZATION (2.1).

BARUSCH RC        11/14/06     8.20    COMMENT ON NASDAQ LETTER (1.7);
                                       CONFERENCE CALL ON BROKER WITHHOLDING
                                       PROGRAM (.9); TELECONFERENCE WITH L.
                                       APPEL AND D. MENTZINES ET AL RE: NASDAQ
                                       (.7); REVIEW AND REVISE BROKER
                                       WITHHOLDING DOCUMENTS (2.7);
                                       TELECONFERENCE WITH K. KLEIN AND D.
                                       MEYER ON WITHHOLDING ISSUES (1.4);
                                       CONFERENCE CALL WITH L. APPEL ON
                                       RESERVES AND OTHER ISSUES (.8).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GRAY RW            11/14/06        4.90    DRAFT MEMORANDUM TO S. REISNER RE:
                                           IMPACT OF REDUCE DOWN ELECTION ON
                                           MSP/SRP PARTICIPANT TAX OBLIGATION AND
                                           REVIEW REPLY (.2); DRAFT MEMORANDUM TO
                                           J. CASTLE ET AL. RE: REDUCE DOWN
                                           ELECTION ISSUES (.2); TELECONFERENCE
                                           WITH J. OCONNELL RE: RESERVE/SHARE
                                           ANALYSIS (.1); EXCHANGE EMAILS WITH S.
                                           KAROL RE: RESERVE FOR NEW LEASE CLAIM
                                           AND REVIEW FOLLOW UP EMAILS FROM K. DAW
                                           ET AL. RE: SAME (.1); REVIEW EMAILS
                                           BETWEEN L. APPEL AND J. BAKER RE:
                                           DIRECTOR RESIGNATION, REVIEW FILES FOR
                                           SAMPLE LETTER AND EXCHANGE EMAILS WITH
                                           J. BAKER RE: SAME (.2); TELECONFERENCE
                                           WITH S. REISNER RE: CONTINGENT CASH
                                           CLAIM WITHHOLDING ISSUE (.1); REVIEW
                                           UPDATED SHARE ANALYSIS (.1);
                                           TELECONFERENCE WITH J. OCONNELL RE:
                                           COMMENTS ON SAME (.1); FURTHER
                                           TELECONFERENCE WITH J. OCONNELL RE:
                                           HANDLING OF MANAGEMENT SHARES (.1);
                                           CONFERENCE WITH T. WILLIAMS, L.
                                           RODRIGUEZ, S. REISNER, K. LOGAN AND
                                           TEAMS FROM SKADDEN, WELLS FARGO AND
                                           WACHOVIA RE: WITHHOLDING/BROKER
                                           PROGRAM (.7); REVIEW CLAIM REDUCTION
                                           REPORTS FROM K. LOGAN (.2);
                                           TELECONFERENCE WITH K. LOGAN RE: SAME
                                           (.1); DRAFT MEMORANDUM TO J. CASTLE ET
                                           AL. RE: SAME (.1); DRAFT FOLLOW UP
                                           MEMORANDUM TO J. CASTLE RE: TIMING
                                           CONCERNS ON SAME (.1); PARTICIPATE IN
                                           UPDATE CALL WITH CLIENT AND ADVISORS RE:
                                           PENDING ISSUES AND PLAN IMPLEMENTATION
                                           (1.3); TELECONFERENCE WITH J. CASTLE
                                           RE: RESERVE/SHARE ANALYSIS TO COMMITTEE
                                           AND EXCHANGE EMAILS WITH J. OCONNELL RE:
                                           SAME (.1); REVIEW AND COMMENT ON
                                           WINN-DIXIE WEBSITE TEXT AND Q&A RE: PLAN
                                           CONFIRMATION (.2); DRAFT MEMORANDUM TO
                                           J. MCCONNELL AND M. BARR RE: BROKER
                                           PROGRAM DOCUMENTS (.2); REVIEW LATEST
                                           REVISIONS TO DISBURSING AGREEMENT AND
                                           EXCHANGE EMAILS WITH A. RAVIN RE: NEXT
                                           STEPS (.1); EXCHANGE EMAILS WITH A.
                                           SALDANA AND S. STOESSER RE: FORM OF
                                           STOCK CERTIFICATE (.1); REVIEW AND
                                           COMMENT ON REVISED APPEAL BRIEF (.3);
                                           DRAFT MEMORANDUM TO R. BARUSCH AND A.
                                           SALDANA RE: FILING OF NEW CHARTER AND
                                           BYLAWS AND FOLLOW UP EMAIL EXCHANGE WITH
                                           SAME (.1); REVIEW AND RESPOND TO
                                           MEMORANDA FROM S. SCHWAGER, ARAMARK
                                           COUNSEL, RE: EFFECTIVE DATE (.1).

99

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| RAVIN AS | 11/14/06 | 1.70 | TELECONFERENCE WITH B. GASTON RE: ANTICIPATED EFFECTIVE DATE (.1); REVIEW AND REVISE DISBURSING/TRUST AGREEMENT (.7); DRAFT CORRESPONDENCE TO M. BARR RE: DISBURSING/TRUST AGREEMENT (.1); DRAFT CORRESPONDENCE TO J. CLARK RE: DISBURSING/TRUST AGREEMENT (.1); DRAFT CORRESPONDENCE TO L. APPEL RE: DISBURSING/TRUST AGREEMENT, DRAFT CORRESPONDENCE TO K. LOGAN RE: SAME (.1); MULTIPLE CALLS WITH R. HARRIS OF DTC RE: CONFIRMATION (.2); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO E. POLLACK RE: PASCO COUNTY STIPULATION (.1); REVIEW J. CASTLE'S COMMENTS TO DISBURSING AND TRUST AGREEMENT (.1); REVIEW REVISED APPEAL BRIEF (.2). |
| BAKER DJ | 11/15/06 | 1.60 | CONTINUE PREPARATION FOR EFFECTIVE DATE CLOSING OF PLAN OF REORGANIZATION (1.6). |
| BARUSCH RC | 11/15/06 | 10.60 | COMMENTS ON PRESS RELEASE (2.3); CONFERENCE CALL WITH MILBANK ON WITHHOLDING DOCUMENTS (.4); COMMENTS ON NASDAQ LETTER AND RELATED EMAILS (2.4); FULL REVIEW OF FINAL DRAFTS OF WITHHOLDING DOCUMENTS (3.2); RESOLVE FURTHER ISSUES ON WITHHOLDING (2.3). |

GRAY RW          11/15/06          4.30     REVIEW AND COMMENT ON REVISED
                                            WITHHOLDING/BROKER PROGRAM DOCUMENTS
                                            (1.8); REVIEW COMMENTS FROM MILBANK
                                            (.1); EXCHANGE EMAILS WITH M. COMERFORD
                                            ET AL. RE: CALL TO DISCUSS MILBANK
                                            ISSUES (.1); REVIEW AND COMMENT ON
                                            NASDAQ LETTER (.1); TELECONFERENCE WITH
                                            J. OCONNELL, D. IROM, M. BARR, M.
                                            COMERFORD AND A. TANG RE: SHARE RESERVE
                                            ANALYSIS AND 4.6 ISSUES (.3);
                                            TELECONFERENCE WITH J. OCONNELL RE: 4.6
                                            PRESENTATION (.1); TELECONFERENCE WITH
                                            J. OCONNELL AND D. IROM RE: 4.6 ISSUES
                                            AND RE: 6.35 SCHEDULE CALL (.1);
                                            TELECONFERENCE WITH K. LOGAN AND K.
                                            MIDDLETON RE: CLASS 16 TAX ISSUES (.1);
                                            DRAFT MEMORANDUM TO R. BARUSCH ET AL.
                                            RE: SAME (.1); REVIEW AND RESPOND TO
                                            MEMORANDUM FROM R. BARUSCH RE: HANDLING
                                            OF STOCK FOR CLAIMANTS WHO HAVE NOT
                                            SATISFIED WITHHOLDING AND FOLLOW UP
                                            EMAIL EXCHANGE RE: SAME (.1);
                                            TELECONFERENCE WITH J. CASTLE AND T.
                                            WILLIAMS RE: REDUCTION ELECTION ISSUES
                                            (.1); DRAFT MEMORANDUM TO K. LOGAN ET
                                            AL. RE: HANDLING OF SAME (.1); REVIEW
                                            LETTER TO AST RE: EFFECTIVE DATE STOCK
                                            CANCELLATION AND EXCHANGE EMAILS WITH
                                            J. FEDORA RE: SAME (.1); REVIEW AND
                                            RESPOND TO MEMORANDUM FROM N. DESAI RE:
                                            DISTRIBUTION ISSUES (.2); REVIEW AND
                                            RESPOND TO MEMORANDUM FROM N. DESAI RE:
                                            DISTRIBUTION RECORD DATE AND NO
                                            RECOGNITION OF LATE CLAIM TRANSFERS
                                            (.1); REVIEW AND RESPOND TO MEMORANDA
                                            FROM R. BARUSCH AND A. SALDANA RE:
                                            ANNOUNCING DISTRIBUTION RESERVE (.1);
                                            REVIEW AND RESPOND TO MEMORANDA FROM D.
                                            YOUNG RE: TIMING ON CURE AND RECLAMATION
                                            PAYMENTS (.1); DRAFT MEMORANDUM TO J.
                                            CLARK AT WELLS FARGO RE: CASH PAYMENT
                                            DISTRIBUTION LOGISTICS (.2); REVIEW
                                            MEMORANDUM FROM M. COMERFORD RE:
                                            REGISTRATION RIGHTS AGREEMENT AND
                                            EXCHANGE EMAILS WITH R. BARUSCH AND A.
                                            SALDANA RE: SAME (.1); EXCHANGE EMAILS
                                            WITH A. RAVIN RE: DISBURSING AGREEMENT
                                            REVISIONS (.1); REVIEW AND RESPOND TO
                                            MEMORANDUM FROM S. REISNER RE:
                                            RESOLUTIONS TO TERMINATE MSP/SRP
                                            CONSISTENT WITH PLAN (.1); FOLLOW UP
                                            EMAIL EXCHANGE WITH T. WILLIAMS RE: SAME
                                            (.1).

RAVIN AS        11/15/06     2.50   REVIEW AND REVISE DISBURSING AND TRUST
                                    AGREEMENT RE: COMMENTS RECEIVED FROM J.
                                    CASTLE, DRAFT MEMORANDUM TO R. GRAY RE:
                                    SAME (.2); REVIEW COMMENTS FROM J. CLARK
                                    TO DISBURSING AND TRUST AGREEMENT,
                                    DRAFT MEMORANDUM TO AND REVIEW
                                    MEMORANDUM FROM R. WEISS RE: SAME (.2);
                                    REVIEW MILBANK'S COMMENTS TO DISBURSING
                                    AND TRUST AGREEMENT AND INCORPORATE
                                    SAME (.2); TELECONFERENCE WITH M.
                                    COMERFORD RE: MILBANK'S COMMENTS TO
                                    DISBURSING AND TRUST AGREEMENT (.1);
                                    FINALIZE DISBURSING AND TRUST
                                    AGREEMENT, DRAFT MEMORANDA TO AND
                                    REVIEW MEMORANDA FROM R. GRAY RE: SAME
                                    (.6); DRAFT CORRESPONDENCE TO J. CLARK
                                    RE: DISBURSING AND TRUST AGREEMENT
                                    (.1); DRAFT CORRESPONDENCE TO M.
                                    COMERFORD RE: DISBURSING AND TRUST
                                    AGREEMENT (.1); REVIEW AND REVISE
                                    AMENDED DESIGNATION OF DIRECTORS (.4);
                                    REVIEW MEMORANDA FROM R. BARUSCH AND R.
                                    GRAY RE: AMENDED DESIGNATION OF
                                    DIRECTORS, DRAFT MEMORANDA TO SAME RE:
                                    SAME (.2); TELECONFERENCE WITH E.
                                    POLLACK RE: COMMENTS TO DISBURSING AND
                                    TRUST AGREEMENT (.1); DRAFT
                                    CORRESPONDENCE TO AND REVIEW
                                    CORRESPONDENCE FROM L. APPEL RE:
                                    DISBURSING AND TRUST AGREEMENT (.1);
                                    REVIEW MEMORANDUM FROM R. GRAY RE: CASH
                                    PAYMENT LOGISTICS (.1); REVIEW REVISED
                                    SECTION 4.6 ANALYSIS (.1).

BARUSCH RC      11/16/06     6.70   RESOLVE NASDAQ LISTING ISSUES (3.4);
                                    REVIEW MSP/SPA, TAX AND OTHER ISSUES
                                    (3.3).

HENRY S         11/16/06     0.80   REVIEW COURT'S OPINION (.7); CONFERENCE
                                    WITH A. RAVIN RE: OPINION (.1).

FELD SR         11/16/06     3.60   ANALYZE AND REVISE CHART RE: HOLDERS OF
                                    CLASS 4 CLAIMS (3.6).

GRAY RW          11/16/06          4.10   REVIEW MEMORANDUM FROM J. CLARK RE: CASH PAYMENT DISTRIBUTIONS AND DRAFT REPLY (.1); TELECONFERENCE WITH J. CLARK RE: SAME (.1); DRAFT MEMORANDUM TO L. APPEL ET AL. RE: CASH DISTRIBUTION LOGISTICS AND COVER LETTERS (.2); DRAFT MEMORANDUM TO BANKING, REAL ESTATE, CORPORATE AND BANKRUPTCY TEAMS RE: CLOSING LOGISTICS (.1); CONFERENCE WITH K. LOGAN RE: DISTRIBUTION PREPARATIONS (.8); FOLLOW UP EMAIL EXCHANGE RE: SAME (.1); REVIEW CLASS 4 REPORT (.1); TELECONFERENCE WITH J. POST RE: STOKES AND REDDICK (0.1); FURTHER EMAIL EXCHANGE WITH D. YOUNG AND S. FELD RE: CLASS 4 (.1); CONFERENCE WITH MERCER, LOGAN, SKADDEN, ET AL. RE: TAX CALCULATION ISSUES (.2); REVIEW AND RESPOND TO MEMORANDA FROM S. REISNER AND T. WILLIAMS RE: TIMING OF EFFECTIVE DATE (0.1); EXCHANGE EMAILS WITH A. RAVIN RE: OPEN ISSUES ON DISBURSING AGREEMENT AND REVISED FEE SCHEDULE (0.1); TELECONFERENCE WITH A. RAVIN AND J. CLARK RE: INVESTMENT DIRECTIVE FOR AGREEMENT (0.1); REVIEW INVESTMENT FUND INFORMATION FROM J. CLARK (.1); DRAFT MEMORANDUM TO S. REINKEN RE: SAME (.2); EXCHANGE EMAILS WITH J. CASTLE RE: REMOVAL OF DIP DESIGNATION ON CHECKS UPON EFFECTIVE DATE (.1); EXCHANGE EMAILS WITH T. WILLIAMS, D. YOUNG AND D. TURETSKY RE: CONTRACT CURE CLAIMS AND EMPLOYEE WITHHOLDING (.1); EXCHANGE EMAILS WITH D. YOUNG RE: ALLOWANCE ISSUE ON CURE CLAIMS (.1); TELECONFERENCE WITH K. LOGAN AND D. YOUNG RE: CURE CLAIMS INCLUDED IN PENDING OBJECTIONS (.1); EXCHANGE EMAILS WITH D. YOUNG RE: CLASS 4 PAYMENTS AND RE: NCR LIEN RELEASE (.1); REVIEW CONFIRMATION FINDINGS AND CONCLUSIONS ISSUED BY COURT TODAY (.8); EXCHANGE EMAILS WITH M. COMERFORD, T. BOYDELL AND A. SALDANA RE: CLOSING CHECKLISTS (.1); EXCHANGE EMAILS WITH R. BARUSCH AND M. BARR RE: FILLING VACANT DIRECTOR SLOT (.2).

RAVIN AS          11/16/06          2.30     REVIEW AND REVISE DISBURSING AND TRUST
                                             AGREEMENT (.3); DRAFT MEMORANDA TO AND
                                             REVIEW MEMORANDA FROM R. GRAY RE:
                                             DISBURSING AND TRUST AGREEMENT (.1);
                                             DRAFT CORRESPONDENCE TO J. CLARK RE:
                                             DISBURSING AND TRUST AGREEMENT, DRAFT
                                             CORRESPONDENCE TO M. COMERFORD RE: SAME
                                             (.1); DRAFT MEMORANDUM TO R. BARUSCH AND
                                             R. GRAY RE: AMENDED DESIGNATION OF
                                             DIRECTORS (.1); REVIEW MEMORANDA FROM
                                             J. CLARK AND R. GRAY RE: CASH PAYMENT
                                             LOGISTICS (.1); REVIEW MEMORANDA FROM
                                             AND DRAFT MEMORANDA TO R. BARUSCH RE:
                                             AMENDED DESIGNATION OF DIRECTORS, DRAFT
                                             CORRESPONDENCE TO AND REVIEW
                                             CORRESPONDENCE FROM L. APPEL RE: SAME
                                             (.1); REVIEW MEMORANDA FROM R. GRAY, T.
                                             BOYDELL AND R. BARUSCH RE: CLOSING
                                             LOGISTICS (.1); DRAFT CORRESPONDENCE TO
                                             M. BARR RE: AMENDED DESIGNATION OF
                                             DIRECTORS (.1); REVIEW FINDINGS OF FACT
                                             AND CONCLUSIONS OF LAW RE: CONFIRMATION
                                             OF PLAN (.4); CONFERENCE WITH S. HENRY
                                             RE: FINDINGS OF FACT AND CONCLUSIONS OF
                                             LAW RE: CONFIRMATION OF PLAN (.1);
                                             TELECONFERENCE WITH J. CLARK RE:
                                             DISBURSING AND TRUST AGREEMENT (.1);
                                             TELECONFERENCE WITH C. WARREN RE: ING
                                             CAPITAL (.1); REVIEW CORRESPONDENCE
                                             FROM C. WARREN RE: QUESTION ON PLAN,
                                             DRAFT CORRESPONDENCE TO SAME RE: SAME,
                                             REVIEW VOICEMAIL FROM SAME RE: SAME
                                             (.1); REVIEW MEMORANDA FROM AND DRAFT
                                             MEMORANDA TO A. SALDANA RE: CLOSING
                                             INFORMATION (.1); REVIEW CLOSING
                                             CHECKLIST FROM J. KEMPF (.1);
                                             TELECONFERENCE WITH J. CLARK AND R. GRAY
                                             RE: ACCOUNTS FOR WELLS FARGO, DRAFT
                                             CORRESPONDENCE TO R. GRAY RE: SAME (.1);
                                             REVIEW SPREADSHEETS RE: ALLOWED CLASS
                                             15 AND ALLOWED EMPLOYEES IN CLASS 16
                                             (.1); REVIEW WELLS FARGO PROSPECTUS RE:
                                             ACCOUNTS FOR DISBURSING AND TRUST
                                             AGREEMENT (.1); REVIEW MEMORANDA FROM
                                             R. BARUSCH AND A. SALDANA RE: AMENDED
                                             DESIGNATION OF DIRECTORS (.1).

SCHWARZMAN T*      11/16/06          0.60     REVIEW FINDINGS OF FACT AND CONCLUSIONS
                                             OF LAW (.6).

| | | | |
|---|---|---|---|
| TURETSKY DM | 11/16/06 | 1.30 | E-MAIL TO J. CASTLE, L. APPEL, F. HUFFARD, H. ETLIN RE: FINDINGS OF FACT AND CONCLUSIONS OF LAW ENTERED BY COURT IN CONNECTION WITH PLAN OF REORGANIZATION (.2); E-MAIL TO D. J. BAKER, S. HENRY, R. GRAY, A. RAVIN, J. LEAMY, S. EICHEL AND REST OF SKADDEN TEAM RE: FINDINGS OF FACT AND CONCLUSIONS OF LAW ENTERED BY COURT IN CONNECTION WITH PLAN OF REORGANIZATION (.2); REVIEW FINDINGS OF FACT AND CONCLUSIONS OF LAW ENTERED BY COURT IN CONNECTION WITH PLAN OF REORGANIZATION (.9). |
| BARUSCH RC | 11/17/06 | 9.30 | DEAL WITH DIRECTOR ISSUE CONTROVERSY (3.6); OBTAIN LETTER AND PREPARE RESPONSE RE NASDAQ LISTING (2.3); REVIEW CLOSING CHECKLIST AND ISSUES (3.4). |
| FELD SR | 11/17/06 | 0.40 | PREPARE EMAIL TO D. BITTER RE: CLASS 4 CLAIMS (.4). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GRAY RW          11/17/06          6.00     REVIEW AND COMMENT ON MERCER TAX
                                            CALCULATION FORM (.1); REVIEW AND
                                            COMMENT ON FINAL DRAFT OF
                                            WITHHOLDING/BROKER PROGRAM DOCUMENTS
                                            (.4); REVIEW MEMORANDUM FROM T. CARVER
                                            RE: WIRE INFO FOR NCR AND DRAFT
                                            MEMORANDUM TO S. REINKEN RE: SAME (.1);
                                            DRAFT MEMORANDUM TO S. FELD AND D. YOUNG
                                            RE: CLASS 4 ISSUES (.2); DRAFT
                                            MEMORANDUM TO XROADS AND BLACKSTONE RE:
                                            CLASS 4 PAYMENT TIMING (.1); REVIEW AND
                                            REVISE DISBURSING AGREEMENT (.7); DRAFT
                                            MEMORANDUM TO J. CLARK RE: LOGAN
                                            HANDLING OF PAYMENT INQUIRIES, REVIEW
                                            REPLY AND DRAFT MEMORANDUM TO K. LOGAN
                                            RE: SAME  (.2); DRAFT MEMORANDUM TO A.
                                            REED RE: SIGNED COPY OF INVESTMENT
                                            DIRECTIVE (.1); TELECONFERENCE AND
                                            EMAIL EXCHANGE WITH R. BARUSCH RE: AST
                                            STANDING INSTRUCTION ON STOCK
                                            DISTRIBUTIONS (.1); DRAFT NOTICE OF
                                            EFFECTIVE DATE, STOCK RESERVE AND 4.6
                                            DETERMINATION (.4); DRAFT MEMORANDA TO
                                            J. BAKER, L. APPEL, M. BARR  ET AL. RE:
                                            SAME (.2); EMAIL EXCHANGE WITH L. APPEL
                                            RE: COMMITTEE INVOLVEMENT WITH NOTICE
                                            (.1); REVIEW COMMENTS FROM MILBANK,
                                            EXCHANGE EMAILS WITH M COMERFORD RE:
                                            SAME, AND REVISE NOTICE ACCORDINGLY
                                            (.2); TELECONFERENCE WITH WITH K. LOGAN
                                            RE: DISTRIBUTION ISSUES (.3); REVIEW
                                            AND RESPOND TO MEMORANDUM FROM J. CASTLE
                                            RE: DISBURSING AGREEMENT FEE SCHEDULE
                                            AND DOUBLE CHECK AGAINST FINAL VERSION
                                            FROM WELLS (.2); TELECONFERENCE WITH J.
                                            CLARK AND A. RAVIN RE: CORPORATE
                                            AUTHORIZATION ON DISBURSING
                                            INSTRUCTIONS (.1); DRAFT MEMORANDUM TO
                                            S. REISNER AND T. WILLIAMS RE: CLASS 17
                                            WITHHOLDING ISSUE (.1); CHECK DOCKET
                                            FOR TRANSFERS FILED AFTER DISTRIBUTION
                                            RECORD DATE (.2); DRAFT MEMORANDUM TO M.
                                            SMITHSON AT LOGAN RE: SAME, REVIEW REPLY
                                            AND DRAFT FURTHER MEMORANDUM RE:
                                            POSITION ON LATENESS (.2); REVIEW
                                            MEMORANDUM FROM K. LOGAN RE: FILES FOR
                                            EFFECTIVE DATE PAYMENTS AND DRAFT
                                            FOLLOW UP MEMORANDUM TO J. CLARK RE:
                                            CORP NAMES TO BE DISREGARDED FOR TIN
                                            (.2); FOLLOW UP EMAIL EXCHANGE WITH J.
                                            CLARK RE: SAME (.1); DRAFT MEMORANDUM TO
                                            L. APPEL ET AL. RE: CLOSING/EFFECTIVE
                                            DATE ALL HANDS CALL AND REVIEW REPLY
                                            (.2); DRAFT MEMORANDUM TO M. BARR RE:
                                            SAME (.1); TCS WITH CONF ROOM SERVICES
                                            TO MAKE ARRANGEMENTS FOR CLOSING (.2);
                                            DRAFT MEMORANDUM TO SKADDEN TEAMS RE:
                                            SAME (.1);

TELECONFERENCE WITH C. BUCKLEY OFFICE
RE: CASE STATUS AND CONFIRMATION ORDER
AND TRANSMIT SAME (.1); REVIEW NOTICES
OF APPEAL (.2); DRAFT MEMORANDA TO L.
APPEL ET AL. CIRCULATING SAME (.1);
REVIEW WIRE INFO FROM WELLS FARGO AND
DRAFT MEMORANDUM TO S. REINKEN RE: SAME
(.1); CONFERENCE WITH M. BARR AND L.
APPEL RE: DIRECTOR ISSUE (.2); DRAFT
MEMORANDUM TO J. BAKER ET AL RE: UPDATE
(.1); REVIEW MEMORANDUM FROM L. APPEL
RE: ANALYSIS OF LITIGATION POSITION AND
EXCHANGE EMAILS WITH R. BARUSCH RE: SAME
(.2); EXCHANGE EMAILS WITH A. SALDANA
AND R. BARUSCH RE: CAPRE HOLDINGS (.1).

RAVIN AS          11/17/06      2.60   DRAFT CORRESPONDENCE TO J. CLARK RE:
                                       WIRING INSTRUCTIONS FOR DISBURSING AND
                                       TRUST AGREEMENT (.1); REVIEW
                                       CORRESPONDENCE FROM M. BARR RE: AMENDED
                                       DESIGNATION OF DIRECTORS, DRAFT
                                       MEMORANDUM TO R. BARUSCH AND R. GRAY RE:
                                       SAME (.1); FINALIZE DISBURSING AND
                                       TRUST AGREEMENT FOR SIGNATURES (.4);
                                       DRAFT CORRESPONDENCE TO J. CLARK AND L.
                                       APPEL RE: FINALIZING DISBURSING AND
                                       TRUST AGREEMENT FOR SIGNATURE (.2);
                                       REVIEW DRAFT NOTICE OF EFFECTIVE DATE
                                       (.2); DRAFT MEMORANDA TO R. GRAY RE:
                                       DRAFT NOTICE OF EFFECTIVE DATE (.1);
                                       REVIEW NOTICES OF APPEAL FILED AND
                                       MEMORANDA RE: SAME (.2); REVIEW
                                       COMMENTS FROM R. BARUSCH RE: NOTICE OF
                                       EFFECTIVE DATE, REVIEW CORRESPONDENCE
                                       FROM M. COMERFORD RE: SAME, REVIEW
                                       REVISED NOTICE OF EFFECTIVE DATE (.1);
                                       REVIEW MEMORANDA FROM J. CASTLE AND R.
                                       GRAY RE: WELLS FARGO FEES, DRAFT
                                       MEMORANDUM TO R. GRAY RE: SAME (.1);
                                       REVIEW CORRESPONDENCE FROM J. CLARK RE:
                                       BOARD RESOLUTIONS NEEDED FOR DISBURSING
                                       AND TRUST AGREEMENT, DRAFT MEMORANDA TO
                                       R. GRAY RE: SAME (.1); TELECONFERENCE
                                       WITH R. GRAY AND J. CLARK RE: REQUESTS
                                       FOR DISBURSING AND TRUST AGREEMENT
                                       (.1); REVIEW CORRESPONDENCE FROM J.
                                       KEMPF RE: COLLATERAL ACCESS AGREEMENT
                                       STATUS WITH ZURICH, DRAFT
                                       CORRESPONDENCE TO SAME RE: SAME, REVIEW
                                       CORRESPONDENCE FROM S. HENRY RE: SAME
                                       (.1); REVIEW MEMORANDA FROM R. GRAY RE:
                                       LOGISTICS FOR CLOSING (.1); REVIEW
                                       CORRESPONDENCE FROM A. SALDANA AND M.
                                       BARR RE: CAP RE REG RIGHTS ISSUE (.1);
                                       REVIEW CORRESPONDENCE FROM WELLS FARGO
                                       RE: WIRING INSTRUCTIONS FOR DISBURSING
                                       AND TRUST AGREEMENT, DRAFT MEMORANDUM
                                       TO R. GRAY RE: SAME, REVIEW MEMORANDUM
                                       FROM SAME RE: SAME (.1); REVIEW ALL
                                       SIGNATURE PAGES AND BROKER DOCUMENTS
                                       RECEIVED FROM A. AMANN FOR INSERTION
                                       INTO DISBURSING AND TRUST AGREEMENT,
                                       COORDINATE CONSOLIDATION OF SIGNATURE
                                       PAGES AND EXHIBITS INTO SINGLE DOCUMENT
                                       RE: SAME (.4); REVIEW NASDAQ APPROVAL
                                       LETTER (.1).

SCHWARZMAN T*      11/17/06      0.20   REVIEW APPEALS FROM FLORIDA TAX
                                       COLLECTORS AND LIQUIDITY SOLUTIONS
                                       (.1); RESEARCH LAW ON REQUIREMENTS FOR
                                       STAY PENDING APPEAL (.1).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BAKER DJ        11/18/06    2.80   REVISE MEMORANDUM TO BE SENT TO COMPANY
                                   WITH RESPECT TO DIRECTORS SELECTION
                                   ISSUES (2.8).

BARUSCH RC      11/18/06    2.90   REVIEW DIRECTOR ISSUES AND PREPARE
                                   MEMORANDUM TO CLIENT RE: SAME (2.9).

GRAY RW         11/18/06    2.30   DRAFT MEMORANDUM TO L. APPEL RE:
                                   DIRECTOR ISSUE (1.8); EXCHANGE EMAILS
                                   WITH J. BAKER AND R. BARUSCH RE: SAME
                                   (.1); REVIEW REVISED MEMORANDUM FROM J.
                                   BAKER REFLECTING S. BUSEY VIEWS (.2);
                                   TELECONFERENCE WITH AND REVIEW
                                   MEMORANDUM FROM S. BUSEY RE: HIS
                                   COMMENTS ON REVISED MEMORANDUM (.1);
                                   REVIEW AND RESPOND TO MEMORANDUM FROM M.
                                   BARR RE: EFFECTIVE DATE AND LIKELY
                                   DISTRIBUTION DATE (.1).

BAKER DJ        11/19/06    3.90   CONTINUE REVISIONS TO MEMORANDUM TO BE
                                   SENT TO COMPANY (3.3); TELECONFERENCE
                                   WITH S. BUSEY WITH RESPECT TO DIRECTOR
                                   ISSUES (.3); CONFERENCE CALL L. APPEL,
                                   J. CASTLE, S. BUSEY AND R. GRAY WITH
                                   RESPECT TO DIRECTOR ISSUES (.3).

BARUSCH RC      11/19/06    2.40   CONTINUE PREPARING MEMORANDUM TO CLIENT
                                   RE: FURTHER ISSUES (2.4).

GRAY RW         11/19/06    2.10   REVIEW FURTHER REVISED MEMORANDUM FROM
                                   J. BAKER REFLECTING COMMENTS FROM S.
                                   BUSEY AND MAKE ADDITIONAL REVISIONS TO
                                   SAME (.4); DRAFT MEMORANDUM TO J. BAKER
                                   RE: ADDITIONAL REVISIONS (.1);
                                   PARTICIPATE IN CONFERENCE WITH L.
                                   APPEL, J. CASTLE, S. BUSEY, C. JACKSON,
                                   J. BAKER AND R. BARUSCH RE: DIRECTOR
                                   ISSUE (.3); DRAFT EFFECTIVE DATE
                                   PAYMENT LETTERS FOR FOUR GROUPS OF
                                   CLAIMANTS (.7); DRAFT MEMORANDUM TO L.
                                   APPEL ET AL. RE: SAME (.1); DRAFT
                                   PAYMENT HOLD LETTERS FOR FOUR GROUPS OF
                                   CLAIMANTS (.4); DRAFT MEMORANDA TO J.
                                   CLARK AND L. APPEL RE: SAME (.1).

BAKER DJ        11/20/06    4.20   CONTINUE ANALYSIS OF CLOSING ISSUES AND
                                   CONDITIONS FOR PLAN OF REORGANIZATION
                                   (4.0); TELECONFERENCE WITH R. GRAY RE:
                                   SAME (.1); SECOND TELECONFERENCE R.
                                   GRAY RE: CLOSING ISSUE (.1).

BARUSCH RC      11/20/06    7.90   DEAL WITH VARIOUS CLOSING ISSUES (4.2);
                                   DEAL WITH TITLE INSURANCE MATTER (3.7).

HENRY S         11/20/06    0.70   TELECONFERENCE WITH SMITH GAMBRELL, R.
                                   GRAY AND C. JACKSON RE: CLOSING ISSUES
                                   (.2); TELECONFERENCE WITH P. NECKLES,
                                   W. SCHWARTZ, C. JACKSON, R. GRAY RE:
                                   CLOSING ISSUES (.2); EMAIL TO GRAY RE:
                                   APPEALS ISSUES (.3).

```
FELD SR          11/20/06        0.30   TELECONFERENCE WITH D. BITTER RE: CLASS
                                        4.
```

GRAY RW            11/20/06        5.00    REVIEW MEMORANDA FROM L. APPEL, J. BAKER
                                           ET AL. RE: DIRECTOR ISSUE (.1); REVIEW
                                           AND COMMENT ON AMENDED DECLARATION
                                           (.1); REVISE AND COMMENT ON REVISIONS TO
                                           SAME (.1); REVIEW MEMORANDUM FROM L.
                                           APPEL RE: SAME AND DRAFT REPLY RE:
                                           CORPORATE ISSUE (.1); REVISE AMENDED
                                           DESIGNATION TO ADDRESS L. APPEL ISSUE
                                           (.2); TELECONFERENCE WITH J. BAKER RE:
                                           CLOSING ISSUES AND TEAM MEETING (.1);
                                           DRAFT MEMORANDUM TO SKADDEN CLOSING
                                           TEAMS RE: MEETING (.1); TELECONFERENCE
                                           WITH J. BAKER RE: DIRECTOR LANGUAGE
                                           (.1); CONFERENCE WITH J. CASTLE, J.
                                           POST, D. YOUNG, K. LOVERICH, B. CROCKER
                                           ET AL. RE: ADMINISTRATIVE CLAIMS BAR
                                           DATE NOTICING (1.0); DRAFT MEMORANDUM
                                           TO C. GRIMSLEY RE: PLACEMENT OF
                                           PUBLICATION NOTICE AND REVIEW REPLY
                                           (.1); TELECONFERENCE WITH D. YOUNG RE:
                                           DISBURSING REPORTS (.1);
                                           TELECONFERENCE WITH J. CLARK RE: SAME
                                           (.1); REVIEW AND RESPOND TO MEMORANDUM
                                           FROM A. REED RE: WIRE TRANSFER TO WELLS
                                           FARGO (.1); TELECONFERENCE WITH J.
                                           CLARK RE: W-9 REMINDER LETTERS (.1);
                                           REVISE W-9 REMINDER LETTERS TO REFLECT
                                           LOGAN HANDLING (.2); DRAFT MEMORANDUM
                                           TO K. LOGAN ET AL. RE: LOGAN TO SEND OUT
                                           W-9 REMINDER LETTERS (.2); MEETING/CALL
                                           WITH SKADDEN TEAM RE: CLOSING LOGISTICS
                                           (.5); TELECONFERENCE WITH S. REINKEN
                                           RE: EFFECTIVE DATE DISTRIBUTIONS (.1);
                                           REVIEW AND RESPOND TO MEMORANDUM FROM S.
                                           REINKEN RE: NCR PAYMENT (.1);
                                           CONFERENCE WITH MILBANK, SKADDEN AND L.
                                           APPEL RE: DIRECTOR ISSUES (.2); REVIEW
                                           AND SIGNOFF ON FINAL EXECUTION COPY OF
                                           DISBURINSG AGREEMENT WITH ATTACHMENTS
                                           (.1); REVIEW AND RESPOND TO MEMORANDA
                                           FROM D. YOUNG AND E. POLLACK RE:
                                           HEINEMANN'S DISTRIBUTION (.1); FURTHER
                                           EMAIL EXCHANGE WITH E. POLLACK RE: SAME
                                           (.1); REVIEW AND RESPOND TO MEMORANDUM
                                           FROM V. ROLDAN RE: EFFECTIVE DATE AND
                                           DISTRIBUTION ISSUES (.2); REVIEW AND
                                           RESPOND TO MEMORANDUM FROM S. REINKEN
                                           RE: NCR PAYMENT AMOUNT (.1); REVIEW
                                           WELLS FARGO INSTRUCTION LETTER AND
                                           EXCHANGE EMAILS WITH D. YOUNG RE: SAME
                                           AND COVER LETTERS (.1); REVIEW AND
                                           RESPOND TO MEMORANDA FROM R. BARUSCH AND
                                           L. APPEL RE: DAVIS FAMILLY MEMBERS WITH
                                           MSP OR SRP CLAIMS (.1); REVIEW AND
                                           RESPOND TO MEMORANDUM FROM J. CASTLE RE:
                                           COMMENTS ON DISTRIBUTION LETTER TO
                                           RECLAMATION CLAIMANTS (.1); FOLLOW UP
                                           EMAIL EXCHANGE WITH D. YOUNG ET AL. RE:
                                           SAME (.1);

| | | | |
|---|---|---|---|
| | | | EXCHANGE EMAILS WITH R. BARUSCH AND A. SALDANA RE: FILING OF CHARTER AND BYLAWS TOMORROW AM (.1); REVIEW TWO ADDITIONAL NOTICES OF APPEAL (.1); REVIEW FINAL PRESS RELEASE FOR EMERGENCE (.1). |
| LEDERER J.* | 11/20/06 | 4.20 | DISCUSSION WITH A. RAVIN RE: ASSIGNMENT TO UPDATE OBJECTING LANDLORD CHART WITH THOSE LANDLORDS WHO FILED NOTICE OF APPEAL TO CONFIRMATION ORDER (.2); READ LIQUIDITY SOULTIONS NOTICE OF APPEAL (.4); READ E&A FINANCING NOTICE OF APPEAL (.4); UPDATE CHART TO REFLECT THESE TWO APPEALS (.4); REVIEW AND ANALYZE CHART PRODUCED BY BRIAN GASTON IN CONJUNCTION WITH CHART UPDATE (.5); ENSURE ALL ENTITIES WHICH FILED NOTICES OF APPEAL WERE LISTED ON BRIAN GASTON'S CHART (.6); UPDATE CHART WITH MULTI-STORE OBJECTING PARTIES (.2); TELEPHONE CONVERSATION WITH B. GASTON RE: ENTITIES EITHER NOT LISTED ON HIS CHART OR NEW APPEALING ENTITIES WRT/ ASSUMPTION OR REJECTION OF THEIR LEASES BY WINN-DIXIE (.2); UPDATE CHART WITH INFORMATION FROM B. GASTON (.4); CORRESPONDENCE WITH A. RAVIN RE: SAME (.1); MAKE EDITS TO CHART PER A. RAVIN'S COMMENTS (.2); READ NOTICE OF APPEALS FROM CWCAPITAL AND ORIX (.4); UPDATE CHART REFLECTING APPEALS BY CWCAPITAL AND ORIX (.2). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

RAVIN AS            11/20/06        5.70    REVIEW PROPOSED COVER LETTERS FOR CASH
                                            DISTRIBUTIONS, REVIEW LETTERS TO
                                            EFFECTIVE DATE PAYMENT CLAIMANTS
                                            WITHOUT W-9S, REVIEW CORRESPONDENCE
                                            FROM D. YOUNG RE: SAME (.1); DRAFT
                                            MEMORANDUM TO AND REVIEW MEMORANDA FROM
                                            R. GRAY RE: AMENDED DESIGNATION OF
                                            DIRECTORS, REVIEW CORRESPONDENCE FROM
                                            AND DRAFT CORRESPONDENCE TO L. APPEL RE:
                                            SAME, TELECONFERENCE WITH SAME RE: SAME
                                            (.1); REVIEW AND REVISE AMENDED
                                            DESIGNATION OF DIRECTORS (1.6); REVIEW
                                            MEMORANDA FROM D. J. BAKER AND R.
                                            BARUSCH RE: AMENDED DESIGNATION OF
                                            DIRECTORS, CONFERENCE WITH D. J. BAKER
                                            RE: SAME, DRAFT MEMORANDA TO SAME RE:
                                            SAME, DRAFT CORRESPONDENCE TO L. APPEL
                                            RE: SAME (.3); DRAFT CORRESPONDENCE TO
                                            AND REVIEW CORRESPONDENCE FORM M. BARR
                                            RE: AMENDED DESIGNATION OF DIRECTORS
                                            (.1); REVIEW AND REVISE OBJECTING
                                            LANDLORD STATUS CHART (.2); MULTIPLE
                                            CONFERENCES WITH J.R. LEDERER RE:
                                            OBJECTING LANDLORD STATUS CHART (.2);
                                            TELECONFERENCE WITH B. GASTON RE:
                                            OBJECTING LANDLORD STATUS CHART, DRAFT
                                            CORRESPONDENCE TO SAME RE: SAME (.3);
                                            CONFERENCE WITH SKADDEN TEAM RE:
                                            CLOSING LOGISTICS ISSUES (.6); REVIEW
                                            NOTICES OF APPEAL FILED BY CRIMMI MAE
                                            AND ORIX (.2); REVIEW MEMORANDUM FROM
                                            AND DRAFT MEMORANDUM TO R. BARUSCH RE:
                                            QUESTION ON DISTRIBUTION RECORD DATE
                                            (.1); TELECONFERENCE WITH M. BARR, D. J.
                                            BAKER, R. BARUSCH, R. GRAY, AND L. APPEL
                                            RE: AMENDED DESIGNATION OF DIRECTORS
                                            (.3); DRAFT CORRESPONDENCE TO M. BARR
                                            RE: AMENDED DESIGNATION OF DIRECTORS,
                                            MULTIPLE TELEPHONE CONFERENCES WITH C.
                                            JACKSON RE: FILING OF AMENDED
                                            DESIGNATION OF DIRECTORS, DRAFT
                                            CORRESPONDENCE TO SAME RE: SAME (.1);
                                            TELECONFERENCE WITH P. ROSTEN RE:
                                            QUESTIONS ON PLAN (.1); DRAFT
                                            CORRESPONDENCE TO J. CLARK AND L. APPEL
                                            RE: DISBURSING AND TRUST AGREEMENT
                                            (.1); REVIEW MEMORANDA FROM AND DRAFT
                                            MEMORANDA TO C. WENZEL AND R. GRAY RE:
                                            CONDITIONS TO CLOSING (.4); REVIEW
                                            DOCKET RE: NOTICES OF APPEAL (.2); DRAFT
                                            CORRESPONDENCE TO L. APPEL AND J. CASTLE
                                            RE: NOTICES OF APPEAL (.1); REVIEW
                                            MEMORANDA FROM R. GRAY, W. SCHWARTZ AND
                                            T. BOYDELL RE: STATUS OF CLOSING (.1);
                                            MONITOR DOCKET RE: FILING OF APPEALS
                                            (.2); REVIEW AND REVISE BRIEF IN
                                            OPPOSITION TO STAY PENDING APPEAL (.3).

**Skadden, Arps, Slate, Meagher & Flom LLP and affiliates**

| SCHWARZMAN T* | 11/20/06 | 3.50 | REVIEW CASES CITED WITHIN APPEAL BRIEF (3.5). |
| BAKER DJ | 11/21/06 | 1.20 | COMPLETE ANALYSIS OF EMERGENCE ISSUES. |
| BARUSCH RC | 11/21/06 | 6.20 | REVIEW WEBSITE DISCLOSURE (1.3); REVIEW CLOSING ISSUES AND NOTICES (4.9). |
| FELD SR | 11/21/06 | 0.20 | REVIEW PREPETITION CLAIMS FOR CLASS 4. |

114

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GRAY RW          11/21/06          5.80    PRE-CLOSING CALL WITH SKADDEN TEAM RE:
                                           OPEN TITLE ISSUE AND RELATED MATTERS
                                           (.3); PARTICIPATE IN CLOSING CALL WITH
                                           WINN-DIXIE, WACHOVIA, COMMITTEE AND
                                           VARIOUS ADVISORS TO ADDRESS CLOSING
                                           CONDITIONS AND TITLE ISSUE AND DECLARE
                                           EFFECTIVE DATE (1.8); DRAFT MEMORANDUM
                                           TO J. CASTLE RE: CLASS 13 RESERVES FOR
                                           LATE CLAIMS AND REVIEW REPLY, AND REVIEW
                                           MEMORANDUM FROM B. GASTON RE: SAME (.2);
                                           FINALIZE NOTICE OF EFFECTIVE DATE (.1);
                                           DRAFT MEMORANDUM TO MILBANK, COMPANY,
                                           ET AL. RE: FINAL SIGNOFF OF NOTICE OF
                                           EFFECTIVE DATE (.1); DRAFT MEMORANDUM
                                           TO SHB RE: FILING AND SERVICE OF NOTICE
                                           OF EFFECTIVE DATE (.1); ARRANGE WITH
                                           LOGAN FOR WEBSITE POSTING OF SAME (.1);
                                           REVIEW MEMORANDA FROM J. CASTLE AND R.
                                           BARUSCH RE: BOARD OF DIRECTORS APPROVAL
                                           ISSUES ON EQUITY INCENTIVE PLAN (.1);
                                           REVIEW AND RESPOND TO MEMORANDUM FROM S.
                                           REINKEN AND KEKST RE: HANDLING
                                           INQUIRIES RELATED TO DISTRIBUTION
                                           ISSUES (.2); TELECONFERENCE WITH E.
                                           POLLACK RE: HEINEMANN'S ISSUE (.1);
                                           DRAFT MEMORANDUM TO D. YOUNG RE:
                                           HEINEMANN'S ISSUE (.1); REVIEW AND
                                           RESPOND TO MEMORANDUM FROM J. CASTLE RE:
                                           STOCK DISTRIBUTION ISSUE (.1); EXCHANGE
                                           EMAILS WITH J. CASTLE AND D. YOUNG RE:
                                           SIGNATURE FOR CASH DISTRIBUTION LETTERS
                                           (.1); ARRANGE FOR AFFIXING SIGNATURES
                                           TO LETTER AND FINALIZE LETTERS (.1);
                                           DRAFT MEMORANDUM TO J. CLARK RE:
                                           INSTRUCTIONS FOR LETTERS TO ACCOMPANY
                                           CASH DISTRIBUTIONS (.1); DRAFT
                                           MEMORANDUM TO M. SMITHSON RE: STATUS OF
                                           CLASS 5 AND 17 DISTRIBUTION LISTS AND
                                           REVIEW REPLY  (.1); DRAFT FOLLOW UP
                                           MEMORANDUM TO C. GRIMSLEY AND J. CASTLE
                                           RE: USING AGENCY TO PLACE PUBLICATION
                                           NOTICE AND REVIEW REPLY FROM J. CASTLE
                                           (.1); REVIEW AND RESPOND TO MEMORANDUM
                                           FROM R. BARUSCH RE: LETTER TO AST ON OLD
                                           STOCK CANCELLATION (.1); REVIEW AND
                                           RESPOND TO MEMORANDUM FROM R. BARUSCH
                                           RE: ANNOUNCEMENT OF DISTRIBUTION DATE
                                           (.1); REVISE LETTERS TO RECLAMATION AND
                                           CURE CLAIMANTS WITHOUT TINS (.2); DRAFT
                                           MEMORANDUM TO B. CROCKER RE: LOGAN
                                           ISSUANCE OF LETTERS (.1); PREPARE COVER
                                           PLEADING FOR FILING OF NEW CHARTER AND
                                           BYLAWS (.2); EXCHANGE EMAILS WITH R.
                                           BARUSCH AND A. SALDANA RE: SAME (.1);
                                           PREPARE FILING AND ATTACHMENTS AND
                                           DRAFT MEMORANDUM TO SHB RE: FILING AND
                                           SERVICE (.1); FINALIZE CASH
                                           DISTRIBUTION LETTERS FOR CLASS 5 AND 17
                                           (.2); DRAFT MEMORANDUM TO J. CLARK RE:
                                  115 INSTRUCTIONS FOR SAME (.1);

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

|  |  |  |  |
|--|--|--|--|
|  |  |  | REVIEW MEMORANDUM AND ATTACHMENTS FROM D. YOUNG RE: CLASS 5 AND 17 AND DRAFT MEMORANDUM RE: WITHHOLDING THRESHOLD (.2);; DRAFT MEMORANDUM INSTRUCTIONS TO V. KISH RE: HANDLING PLACEMENT OF PUBLICATION NOTICE FOR ALL NEWSPAPERS AND REVIEW REPLY (.2); TELECONFERENCE WITH J. CLARK RE: STATUS OF CASH DISTRIBUTIONS (.1); TELECONFERENCE WITH D. YOUNG RE: TAX WITHHOLDING ON DISTRIBUTIONS (.1). |
| LAMAINA KA | 11/21/06 | 0.80 | REVIEW PLAN FOR POST EFFECTIVE DATE ISSUES ON FEE CLAIMS (.6); MEMORANDUM MILBANK ON SAME (.2). |
| RAVIN AS | 11/21/06 | 5.00 | MONITOR DOCKET RE: FILING OF APPEALS, DRAFT MEMORANDUM TO C. WENZEL RE: SAME (.1); REVIEW MEMORANDA FROM AND DRAFT MEMORANDA TO R. GRAY RE: STATUS OF CLOSING RE: NOTICES OF APPEAL, DRAFT MEMORANDA TO AND REVIEW MEMORANDUM FROM W. SCHWARTZ RE: SAME (.3); PREPARE FOR CLOSING INCLUDING ANALYSIS OF NOTICES OF APPEAL IN CONNECTION WITH LEASES THAT ARE SUBJECT TO COLLATERAL PACKAGE (.8); REVIEW AND REVISE LANDLORD OBJECTION STATUS CHART (.5); DRAFT CORRESPONDENCE TO FIRST AMERICAN TITLE RE: LANDLORD OBJECTION STATUS CHART (.2); PRE-CLOSING CONFERENCE WITH  D. J. BAKER, R. BARUSCH, P. NECKLES, S. HENRY, W. SCHWARTZ, R. GRAY, T. BOYDELL AND J. KEMPF (.5); TELEPHONIC CLOSING CALL WITH SKADDEN TEAM, FIRST AMERICAN TITLE, J. HELFAT, M. BARR, M. COMERFORD, L. APPEL, C. IBOLD, AND J. CASTLE (1.8); TELECONFERENCE WITH P. ROSTEN RE: QUESTIONS ON PLAN, REVIEW CORRESPONDENCE FROM SAME RE: SAME (.2); REVIEW LETTERS TO CURE AND RECLAMATION CLAIMANTS WITH TINS (.1); REVIEW DRAFT NOTICE OF FINAL FORMS OF NEW WINN-DIXIE CHARTER AND BY-LAWS (.1); REVIEW MEMORANDA FROM R. GRAY, T. BOYDELL AND A. SALDANA RE: POST-EFFECTIVE DATE DOCUMENTS NEEDED (.1); REVIEW MEMORANDUM FROM T. SCHWARZMAN RE: APPEAL BRIEF (.1); REVIEW MEMORANDUM FROM R. GRAY RE: PUBLICATION NOTICE OF EFFECTIVE DATE, REVIEW CORRESPONDENCE FROM V. KISH RE: SAME (.1); DRAFT CORRESPONDENCE TO FIRST AMERCIAN RE: LANDLORD OBJECTION CHART (.1). |

**MATTER TOTAL**                              **286.70**

\* Law clerks are law school graduates who are not presently admitted
to practice.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Winn-Dixie Stores, Inc. (DIP)                          Bill Date: 12/01/06
Retention / Fee Matters (SASM&F)                       Bill Number: 1133503

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BAKER DJ | 11/01/06 | 0.30 | REVIEW EMAIL FROM J. O'CONNELL WITH RESPECT TO RETENTION OF FINANCIAL ADVISORS (.2); REPLY TO EMAIL FROM J. O'CONNELL (.1). |
| LAMAINA KA | 11/01/06 | 0.50 | REVIEW SEPT. STMT (.5). |
| RAVIN AS | 11/01/06 | 3.70 | REVIEW TIME ENTRIES FOR 5TH INTERIM FEE APPLICATION, DRAFT TIME SUMMARIES FOR LEASE MATTER (3.7). |
| TURETSKY DM | 11/01/06 | 6.70 | FURTHER RESEARCH AND ANALYSIS RE: POTENTIAL DISCLOSURE ISSUES (1.5); FURTHER REVISE SIXTH SUPPLEMENTAL DECLARATION OF D. J. BAKER (.3); DRAFT EMPLOYEE MATTER SUMMARY IN CONNECTION WITH FIFTH INTERIM SKADDEN FEE APPLICATION (1.6); DRAFT CONTRACT MATTER SUMMARY IN CONNECTION WITH FIFTH INTERIM SKADDEN FEE APPLICATION (3.3). |
| RAVIN AS | 11/02/06 | 4.70 | REVIEW TIME ENTRIES FOR 5TH INTERIM PERIOD, DRAFT TIME SUMMARIES FOR 5TH INTERIM PERIOD (4.6); DRAFT MEMORANDUM TO K. LAMAINA RE: SAME (.1). |
| TURETSKY DM | 11/02/06 | 2.30 | FURTHER REVISE 6TH SUPPLEMENTAL BAKER DECLARATION (.4); DRAFT LITIGATION MATTER SUMMARY IN CONNECTION WITH FIFTH INTERIM SKADDEN FEE APPLICATION (1.1); FURTHER ANALYSIS RE: POTENTIAL DISCLOSURE PARTY ISSUES (.4); CONTINUE DRAFTING CONTRACT MATTER SUMMARY IN CONNECTION WITH FIFTH INTERIM SKADDEN FEE APPLICATION (.4). |
| TURETSKY DM | 11/03/06 | 1.00 | FINALIZE FOR FILING 6TH SUPPLEMENTAL DECLARATION OF D. J. BAKER (.9); E-MAIL TO K. WARD RE: FILING OF 6TH SUPPLEMENTAL DECLARATION OF D. J. BAKER (.1);. |
| LAMAINA KA | 11/04/06 | 2.30 | PREPARE FEE APPLICATION NOTICE FOR DEC. HEARING (.5); PREPARE FEE APPLICATION EXHIBITS (.8); PREPARE FEE APPLICATION (1.0). |
| LAMAINA KA | 11/05/06 | 3.90 | REVIEW SEPT. STATEMENT (3.9). |
| FELD SR | 11/06/06 | 0.40 | REVIEW DESCRIPTION FOR FEE APPLICATION RE: UTILITY (.4). |
| KALOUDIS D | 11/06/06 | 0.90 | DRAFT FEE SUMARY RE: 5TH INTERIM FEE APPLICATION (.9). |

118

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| LAMAINA KA | 11/06/06 | 1.80 | FINALIZE REVIEW OF SEPT. STATEMENT (1.8). |
| LEAMY JM | 11/06/06 | 1.50 | REVIEW JUNE -SEPTEMBER TIME DETAIL AND DRAFT FEE APPLICATION INSERT FOR CLAIMS MATTERS (1.5). |
| WENZEL CP | 11/06/06 | 0.30 | REVIEWED AND EDITED FEE DISCLOSURE (.3). |
| LAMAINA KA | 11/07/06 | 0.50 | REVIEW FEE APPLICATION RE: DRAFT EMPLOYEE, EXECUTORY AND LITIGATION MATERIALS (.5). |
| LAMAINA KA | 11/09/06 | 5.00 | DRAFT FEE APPLICATION (5.0). |
| HENRY S | 11/10/06 | 3.20 | ADDITIONAL REVIEW OF TIME RECORDS FOR CONFIDENTIALITY, STRATEGY; COMPLIANCE WITH GUIDELINES. |
| EICHEL S | 11/11/06 | 2.20 | REVIEW TIME DETAIL IN CONNECTION WITH DRAFTING PORTION OF FEE APPLICATION (.9); DRAFT SECTION OF FEE APPLICATION (1.1); DRAFT EMAIL TO T. WUERTZ RE: STATUS OF RECLAMATION CLAIMS IN CONNECTION WITH FEE APPLICATION (.1); REVIEW EMAIL FROM T. WUERTZ RE: RECLAMATION CLAIMS IN CONNECTION WITH PREPARING FEE APPLICATION (.1). |
| LAMAINA KA | 11/11/06 | 4.70 | DRAFT WINN-DIXIE INTERIM APPLICATION 5 (4.7). |
| LEDERER J.* | 11/11/06 | 5.50 | READ WINN-DIXIE FEE APPLICATION 4 (1.0); REVIEW REFCO PLAN OF REORGANIZATION FEE APPLICATION INSERT (0.5); READ WINN-DIXIE FEE APPLICATION 5 DRAFT (1.0); REVIEW TIME DETAIL FOR WINN-DIXIE CASE JUNE-SEPTEMBER (2.0); DRAFT WINN-DIXIE PLAN OF REORGANIZATION INSERT FOR FEE APP 5 (1.0). |
| EICHEL S | 11/12/06 | 2.40 | REVIEW TIME DETAIL IN CONNECTION WITH PREPARING RIDER FOR FEE APPLICATION (.8); DRAFT, REVIEW AND REVISE RIDER FOR FEE APPLICATION (1.6). |
| EICHEL S | 11/13/06 | 0.30 | FINALIZE FEE APPLICATION RIDER (.3);. |

| | | | |
|---|---|---|---|
| LEDERER J.* | 11/13/06 | 5.00 | REVIEW SUMMARY OF SERVICES SECTION OF WINN-DIXIE FEE APP 5 (1.0); DRAFT ADDITIONAL WINN-DIXIE FEE APP SECTIONS PERTAINING TO RELEASES, INTEREST RATE, AND PLAN OF REORGANIZATION (1.0); DISCUSSION WITH K. LAMAINA RE: FEE APP (.2); REVIEW RIDERS/INSERTS ON RECLAMATION AND VENDOR MATTERS (.8); REVIEW MATTER 8 TIME DETAIL FOR SUBSTANTIATION (1.0); DRAFT FINAL SECTIONS AND SUMMARY FOR FEE APP 5 (1.0). |
| ATKINSON TA | 11/15/06 | 2.30 | REVIEW FEE APPLICATION DETAIL AND VERIFY HOUR TOTALS TO DESCRIPTIONS (2.3). |
| HENRY S | 11/16/06 | 0.30 | REVIEW AND RESPOND TO EMAIL FROM K. LAMAINA RE: FEE APPLICATION TIMING; REVIEW SECOND EMAIL FROM LAMAINA RE FEE APPLICATIONS (.3). |
| LAMAINA KA | 11/16/06 | 13.10 | PREPARE INTERIM 5 APPLICATION (CONSISTING OF HUNDREDS OF PAGES AND NUMEROUS DOCUMENTS) (13.1). |
| HENRY S | 11/17/06 | 3.00 | REVIEW OF INSERTS TO BILL (2.3); REVIEW AND RESPOND TO THREE EMAILS FROM K. LAMAINA RE: FEE APPLICATION AND FEE EXAMINER ISSUES (.7). |
| LAMAINA KA | 11/19/06 | 3.10 | REVISE INTERIM APPLICATION 5 (3.1). |
| HENRY S | 11/20/06 | 2.30 | REVIEW AND COMMENT ON FEE APPLICATION (2.3). |
| LAMAINA KA | 11/20/06 | 2.00 | REVISE INTERIM FEE APPLICATION (2.0). |
| PEGUERO KM* | 11/20/06 | 5.10 | OBTAIN INFORMATION FROM PROFESSIONALS TO COMPLETE NOTICE OF HEARING (1); REVISE NOTICE OF HEARING (.6); REVISE CERTIFICATE OF SERVICE (.5); REVIEW FIFTH INTERIM FEE APPLICATION TO FLAG ISSUES FOR K. LAMAINA (3). |
| HENRY S | 11/21/06 | 3.90 | CONTINUED REVIEW AND REVISION OF WINN DIXIE FEE APPLICATION (3.7); TELECONFERENCE WITH K. LAMAINA RE SAME (.1); EMAILS TO LAMAINA RE: SAME (.1). |
| GRAY RW | 11/21/06 | 0.10 | REVIEW AND RESPOND TO MEMORANDUM FROM R. BARUSCH RE: POST-CLOSING BILLING (.1). |
| ATKINSON TA | 11/21/06 | 0.80 | REVIEW AND RECALCULATE FEE TIME DETAIL FOR JULY 2006 (.8). |
| LAMAINA KA | 11/21/06 | 7.20 | FINALIZE INTERIM FEE APPLICATION (7.2). |
| **MATTER TOTAL** | | **102.30** | |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

* Law clerks are law school graduates who are not presently admitted
to practice.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Winn-Dixie Stores, Inc. (DIP)                     Bill Date: 12/01/06
Retention / Fee Matters / Objections (Others)     Bill Number: 1133503

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 11/01/06 | 0.10 | REVIEW AND RESPOND TO MEMORANDUM FROM F. HUFFARD RE: BLACKSTONE COMPENSATION ISSUE, DRAFT MEMORANDUM TO M. COMERFORD AND TELECONFERENCE WITH M. COMERFORD RE: SAME (.1). |
| BAKER DJ | 11/13/06 | 0.50 | TELECONFERENCE WITH J. CASTLE RE: FEE ISSUES (.1); REVIEW EMAIL FROM L. APPEL RE: SPENCER STUART INVOICES (.1); RESPOND TO EMAIL FROM MR. APPEL RE: SPENCER STUART INVOICES (.1); REVIEW EMAIL FROM M. BARR RE: PAYMENT OF FEES BY COMPANY (.1); RESPOND TO EMAIL FROM M. BARR WITH RESPECT TO FEE ISSUES (.1). |
| LAMAINA KA | 11/17/06 | 2.60 | RESPOND TO MEMORANDUM FROM DELOITTE RE: NOVEMBER FILINGS NEXT WEEK IN ACCORDANCE WITH INTERIM COMPENSATION ORDER (.3); REVIEW ACCOUNTING ISSUES PROFESSIONAL FEES FOR BUDGETING (2.3). |
| LAMAINA KA | 11/20/06 | 1.00 | REVIEW STATUS OF NOTICE INFORMATION FROM PROFESSIONALS FOR INTERIM 5 (.5); EMAILS AND TELECONFERENCES PROFESSIONALS ON WED. FILINGS FOR EFFICIENCY IN CASES AND ADDRESS QUESTIONS ON DOCUMENTS TO BE FILED (.5). |
| ATKINSON TA | 11/21/06 | 3.10 | UPDATE SEPT. 2006 WINN DIXIE LETTER ON FEES TO RELFECT REVISED FEES AND EXPENSES (.3); WORK ON THIRD INTERIM FEE APPLICATION RE: UPDATE MONTH, INTERIM, AND GRAND TOTALS FOR FEES AND EXPENSES (.4); CONTINUE WORK ON THIRD INTERIM FEE APPLICATION RE: UPDATE CHARTS AND OTHER SUMMARIES TO REFLECT NEW SEPTEMBER FEE AND EXPENSE AMOUNTS (.6); REVIEW THIRD INTERIM FEE APP NARRATIVE AND IDENTIFY SEPTEMBER AMOUNTS REQUIRING ADJUSTMENT (.4); RECORD SEPTEMBER NARRATIVE ADJUSTMENTS TO THIRD INTERIM INCLUING CATEGORY FEE AND HOUR AMOUNTS AND VERIFY SAME (.9); REVIEW SEPTEMBER ADJUSTMENTS RECORDED ON THIRD INTERIM RE: CHARTS, SUMMARIES, AND NARRATIVES (.5). |
| PEGUERO KM* | 11/21/06 | 7.40 | REVIEW AND FLAG ISSUES IN E-MAILS PERTAINING TO NOTICE OF HEARING (.7); REVISE 5TH INTERIM FEE APPLICATION (6.7). |

**MATTER TOTAL**                      <u>**14.70**</u>

122

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

* Law clerks are law school graduates who are not presently admitted
to practice.

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

**Winn-Dixie Stores, Inc. (DIP)**                          Bill Date: 12/01/06
**Utilities**                                              Bill Number: 1133503

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| KALOUDIS D | 11/01/06 | 0.30 | DRAFT FOLLOW UP EMAIL TO YAZOO UTILITY RE: STATUS OF STIPULATION (.3). |
| KALOUDIS D | 11/03/06 | 0.10 | TELECONFERENCE WITH YAZOO RE: STATUS OF STIPULATION (.1). |
| KALOUDIS D | 11/06/06 | 0.60 | CALL TO T.CHRISTMAS RE: CITY OF VICKSBURG STIPULATION (.2); FOLLOW UP EMAIL TO T.CHRISTMAS RE: CITY OF VICKSBURG STIPULATION (.2); EMAIL C.LEO RE: PAYMENT OF YAZOO STIPULATION (.1); REVIEW EXECUTION COPY OF YAZOO STIPULATION (.1). |
| KALOUDIS D | 11/13/06 | 0.10 | TELECONFERENCE WITH J.DONOHUE RE: CITY OF TALLAHASSEE PROPOSED SETTLEMENT (.1). |
| KALOUDIS D | 11/16/06 | 5.20 | UPDATES CHARTS RE: 1 - UTILITY BONDS AND 2- STIPULATIONS (5.1); EMAIL SAME TO S.FELD (.1). |
| **MATTER TOTAL** | | **6.30** | |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                    **Bill Date: 12/01/06**
**Fee Examiner**                                     **Bill Number: 1133503**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| LAMAINA KA | 11/03/06 | 1.90 | REVIEW FINAL REPORT (1.9). |
| LAMAINA KA | 11/04/06 | 0.70 | PREPARE EXHIBIT LIST RE:  INTERIM 4 FINAL REPORT RESPONSE (.7). |
| PEGUERO KM* | 11/15/06 | 5.00 | REVIEW FINAL AUDIT REPORT FOR FOURTH FEE APPLICATION (1); REVIEW SKADDEN'S RESPONSE TO STUART'S INITIAL REPORT OF THE REVIEW AND ANALYSIS OF FOURTH INTERIM APPLICATION (1.5); REVIEW SKADDEN'S RESPONSE TO STUART'S FINAL REPORT OF THE REVIEW AND ANALYSIS OF THIRD INTERIM APPLICATION (1.7); DISCUSS RESPONSE BRIEF WITH K. LAMAINA AND T. ATKINSON (.3); REVIEW EXHIBITS PROVIDED BY STUART MAUE TO FINAL REPORT (.5). |
| PEGUERO KM* | 11/16/06 | 12.00 | DISCUSS INSTRUCTIONS FOR DRAFT OF RESPONSE TO FINAL REPORT OF FEE EXAMINERS ON 4TH APPLICATION WITH K. LAMAINA (.4); REVIEW THIRD AND FOURTH FEE APPLICATIONS (1.0); DRAFT RESPONSE TO FINAL REPORT OF FEE EXAMINERS ON 4TH APPLICATION (9.6); DISCUSS DRAFT WITH K. LAMAINA TO FLAG ACCOUNTING ISSUES (1.0). |
| ATKINSON TA | 11/17/06 | 6.90 | DRAFT WINN DIXIE RESPONSES TO FEE EXAMINER REPORT (1.9); CONTINUE DRAFT RE: SAME WITH FOCUS ON EXPENSE ITEMS (1.1); CONTINUE DRAFT RE: SAME WITH FOCUS ON EXHIBITS (.6); REVISE FEE EXAMINER REPORT FOR CONTENT AND FORMAT (1.3); CONTINUE REVISE WITH FOCUS ON EXHIBITS AND ACCOUNTING ADJUSTMENTS (.9); WORK WITH ACCOUNTING RE: EXPENSE ADDITIONAL DETAIL ON MEALS (.4); PROVIDE ACCOUNTING WITH CHANGES TO EXHIBITS AND INCORPORATE ADDITIONAL DETAIL TO L2 EXHIBIT (.7). |
| PEGUERO KM* | 11/17/06 | 7.10 | REVIEW STUART MAUE'S SECOND FINAL REPORT (.8); REVIEW SKADDEN'S RESPONSE TO LOCATE DRAFT LANGUAGE (.5); COORDINATE FOURTH FINAL DRAFT WITH T. ATKINSON (.5); RESEARCH FLAGGED ISSUES (2); REVISE FINAL FOURTH DRAFT (3.3). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| ATKINSON TA | 11/20/06 | 4.20 | CONTINUE WORK ON FEE EXAMINER RESPONSES RE: FOURTH FINAL INCLUDING FINAL EDITS (1.7); CONTINUE WORK ON RESPONSE RE: SAME WITH FOCUS ON ACCOUNTING ADJUSTMENT S TO EXPENSE CATEGORIES AND PREPARATION OF NEW EXHIBIT TO REFLECT ADDITIONAL DETAIL (1.2); COMPLETE FEE EXAMINER FINAL EDITS AND REVIEW OF EXHIBITS (1.3). |
| LAMAINA KA | 11/20/06 | 0.50 | REVIEW STATUS OF RESPONSE RE: FINAL REPORT ON INTERIM 4 (.5). |
| PEGUERO KM* | 11/20/06 | 1.30 | REVIEW AND INCORPORATE T. ATKINSON'S EDITS TO FINAL 4TH RESPONSE (1); COORDINATE WITH T. ATKINSON IN COMPLETION OF DRAFT (.3). |
| LAMAINA KA | 11/21/06 | 5.70 | FINALIZE DRAFT RESPONSE INTERIM 4 REPORT (5.7). |
| PEGUERO KM* | 11/21/06 | 0.90 | REVISE EXHIBIT LIST FOR FOURTH FINAL RESPONSE (.9). |

**MATTER TOTAL**          **46.20**

**CLIENT TOTAL**        **1,525.80**

\* Law clerks are law school graduates who are not presently admitted to practice.

**EXHIBIT D-2**

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**EXPENSE SUMMARY**
**(NOVEMBER 1, 2006 - NOVEMBER 21, 2006)**

| Expense Category | Total Expenses |
|---|---|
| Computer Legal Research | $1,394.45 |
| Long Distance Telephone | $1,414.76 |
| In-House Reproduction (@ $.10 per page) | $593.30 |
| Reproduction-color | $13.50 |
| Outside Research | $640.09 |
| Filing/Court Fees | $403.00 |
| Out-Of-Town Travel | $1,053.49 |
| Business Meals | $1,097.80 |
| Courier & Express Carriers (e.g., Federal Express) | $170.02 |
| Postage | $7.77 |
| **TOTAL** | **$6,788.18** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                    **Bill Date: 12/01/06**
**General Corporate Advice**                         **Bill Number: 1133503**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Lexis/Nexis | 11/12/06 | Saldana A | 283.15 |
| Lexis/Nexis | 11/13/06 | Wasserman J | 39.97 |
| Lexis/Nexis | 11/13/06 | Saldana A | 356.45 |
| | | **TOTAL LEXIS/NEXIS** | **$679.57** |
| Vendor Hosted Teleconferencing | 10/05/06 | Teleconferencing Services, LLC | 4.80 |
| Vendor Hosted Teleconferencing | 10/10/06 | Teleconferencing Services, LLC | 0.18 |
| Vendor Hosted Teleconferencing | 10/11/06 | Teleconferencing Services, LLC | 45.48 |
| Vendor Hosted Teleconferencing | 10/12/06 | Teleconferencing Services, LLC | 1.20 |
| Vendor Hosted Teleconferencing | 10/12/06 | Teleconferencing Services, LLC | 2.94 |
| Vendor Hosted Teleconferencing | 11/16/06 | Teleconferencing Services, LLC | 222.71 |
| Vendor Hosted Teleconferencing | 11/16/06 | Teleconferencing Services, LLC | 137.21 |
| Vendor Hosted Teleconferencing | 11/16/06 | Teleconferencing Services, LLC | 86.45 |
| Vendor Hosted Teleconferencing | 11/16/06 | Teleconferencing Services, LLC | 224.77 |
| Vendor Hosted Teleconferencing | 11/16/06 | Teleconferencing Services, LLC | 92.80 |
| Vendor Hosted Teleconferencing | 11/17/06 | Teleconferencing Services, LLC | 16.86 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$835.40** |
| Outside Research/Internet Services | 09/30/06 | Global Securities | 31.73 |
| Outside Research/Internet Services | 09/30/06 | Global Securities | 105.77 |

1

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Outside Research/Internet Services | 09/30/06 | Global Securities | 451.59 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$589.09** |
| CLR/Disclosure | 10/31/06 | Global Securities | 192.91 |
| | | **TOTAL CLR/DISCLOSURE** | **$192.91** |
| | | **TOTAL MATTER** | **$2,296.97** |

2

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                         Bill Date: 12/01/06
  **Assets Dispositions (General)**                       Bill Number: 1133503

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Outside Research/Internet Services | 09/30/06 | Global Securities | 19.92 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$19.92** |
| | | **TOTAL MATTER** | **$19.92** |

3

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                              Bill Date: 12/01/06
**Case Administration**                                        Bill Number: 1133503

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 11/10/06 | Copy Center, D | 97.50 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$97.50** |
| Postage | 11/01/06 | Office Admin, D | 0.63 |
| Postage | 11/09/06 | Office Admin, D | 5.40 |
| Postage | 11/17/06 | Office Admin, D | 1.74 |
| | | **TOTAL POSTAGE** | **$7.77** |
| Messengers/ Courier | 11/01/06 | Silver Bullet Express Courier Service | 13.53 |
| Messengers/ Courier | 11/02/06 | Dist Serv/Mail/Page, D | 17.36 |
| | | **TOTAL MESSENGERS/ COURIER** | **$30.89** |
| | | **TOTAL MATTER** | **$136.16** |

DD01

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                    **Bill Date: 12/01/06**
**Claims Admin. (General)**                          **Bill Number: 1133503**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Filing/Court Fees | 11/13/06 | CT Corporation System-NY | 87.00 |
| | | **TOTAL FILING/COURT FEES** | **$87.00** |
| | | **TOTAL MATTER** | **$87.00** |

DD01

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                    Bill Date: 12/01/06
**Claims Admin. (Reclamation/Trust Funds)**          Bill Number: 1133503

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 11/03/06 | Copy Center, D | 4.20 |
| In-house Reproduction | 11/17/06 | Copy Center, D | 0.30 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$4.50** |
| | | **TOTAL MATTER** | **$4.50** |

DD01

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                                    Bill Date: 12/01/06
**Executory Contracts (Personalty)**                          Bill Number: 1133503

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Teleconferencing | 10/10/06 | Teleconferencing Services, LLC | 0.30 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$0.30** |
| | | **TOTAL MATTER** | **$0.30** |

DD01

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Winn-Dixie Stores, Inc. (DIP)                      Bill Date: 12/01/06
Financing (DIP and Emergence)                      Bill Number: 1133503

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 11/03/06 | Copy Center, D | 69.20 |
| In-house Reproduction | 11/17/06 | Copy Center, D | 8.20 |
| In-house Reproduction | 11/21/06 | Copy Center, D | 63.40 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$140.80** |
| Reproduction - color | 11/21/06 | Copy Center, D | 13.50 |
| | | **TOTAL REPRODUCTION - COLOR** | **$13.50** |
| Vendor Hosted Teleconferencing | 10/06/06 | Teleconferencing Services, LLC | 30.42 |
| Vendor Hosted Teleconferencing | 10/12/06 | Teleconferencing Services, LLC | 4.80 |
| Vendor Hosted Teleconferencing | 10/17/06 | Teleconferencing Services, LLC | 5.52 |
| Vendor Hosted Teleconferencing | 10/19/06 | Teleconferencing Services, LLC | 5.64 |
| Vendor Hosted Teleconferencing | 10/24/06 | Teleconferencing Services, LLC | 5.94 |
| Vendor Hosted Teleconferencing | 10/27/06 | Teleconferencing Services, LLC | 9.18 |
| Vendor Hosted Teleconferencing | 10/31/06 | Teleconferencing Services, LLC | 4.50 |
| Vendor Hosted Teleconferencing | 11/06/06 | Teleconferencing Services, LLC | 15.36 |
| Vendor Hosted Teleconferencing | 11/07/06 | Teleconferencing Services, LLC | 3.66 |
| Vendor Hosted Teleconferencing | 11/09/06 | Teleconferencing Services, LLC | 0.78 |
| Vendor Hosted Teleconferencing | 11/09/06 | Teleconferencing Services, LLC | 4.32 |
| Vendor Hosted Teleconferencing | 11/14/06 | Teleconferencing Services, LLC | 16.50 |
| Vendor Hosted Teleconferencing | 11/14/06 | Teleconferencing Services, LLC | 6.24 |
| Vendor Hosted Teleconferencing | 11/15/06 | Teleconferencing Services, LLC | 6.78 |

DD01

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Teleconferencing | 11/15/06 | Teleconferencing Services, LLC | 4.38 |
| Vendor Hosted Teleconferencing | 11/16/06 | Teleconferencing Services, LLC | 11.82 |
| Vendor Hosted Teleconferencing | 11/17/06 | Teleconferencing Services, LLC | 15.00 |
| Vendor Hosted Teleconferencing | 11/17/06 | Teleconferencing Services, LLC | 11.22 |
| Vendor Hosted Teleconferencing | 11/20/06 | Teleconferencing Services, LLC | 5.22 |
| Vendor Hosted Teleconferencing | 11/20/06 | Teleconferencing Services, LLC | 5.82 |
| Vendor Hosted Teleconferencing | 11/20/06 | Teleconferencing Services, LLC | 7.80 |
| Vendor Hosted Teleconferencing | 11/20/06 | Teleconferencing Services, LLC | 3.42 |
| Vendor Hosted Teleconferencing | 11/20/06 | Teleconferencing Services, LLC | 6.24 |
| Vendor Hosted Teleconferencing | 11/20/06 | Teleconferencing Services, LLC | 7.08 |
| Vendor Hosted Teleconferencing | 11/21/06 | Teleconferencing Services, LLC | 1.98 |
| Vendor Hosted Teleconferencing | 11/21/06 | Teleconferencing Services, LLC | 13.74 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$213.36** |
| Filing/Court Fees | 11/14/06 | CT Corporation System-NY | 316.00 |
| | | **TOTAL FILING/COURT FEES** | **$316.00** |
| Messengers/ Courier | 11/13/06 | Dist Serv/Mail/Page, D | 78.69 |
| Messengers/ Courier | 11/17/06 | Dist Serv/Mail/Page, D | 6.22 |
| Messengers/ Courier | 11/20/06 | Dist Serv/Mail/Page, D | 11.75 |
| Messengers/ Courier | 11/20/06 | Dist Serv/Mail/Page, D | 11.75 |
| Messengers/ Courier | 11/21/06 | Dist Serv/Mail/Page, D | 9.15 |
| Messengers/ Courier | 11/21/06 | Dist Serv/Mail/Page, D | 21.57 |
| | | **TOTAL MESSENGERS/ COURIER** | **$139.13** |

DD01

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Outside Research/Internet Services | 11/16/06 | Skardel, Inc. | 30.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$30.00** |
| | | **TOTAL MATTER** | **$852.79** |

DD01

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**　　　　　　　　　　**Bill Date: 12/01/06**
**Insurance**　　　　　　　　　　　　　　　　　　　　**Bill Number: 1133503**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Teleconferencing | 11/20/06 | Teleconferencing Services, LLC | 5.16 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$5.16** |
| | | **TOTAL MATTER** | **$5.16** |

DD01

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                          Bill Date: 12/01/06
**Reorganization Plan / Plan Sponsors**                    Bill Number: 1133503

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 11/14/06 | Copy Center, D | 6.30 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$6.30** |
| Westlaw | 11/20/06 | Schwarzman T | 201.96 |
| | | **TOTAL WESTLAW** | **$201.96** |
| Outside Research/Internet Services | 11/01/06 | LexisNexis Courtlink Inc. | 1.08 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$1.08** |
| | | **TOTAL MATTER** | **$209.34** |

DD01

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                              Bill Date: 12/01/06
**Retention / Fee Matters (SASM&F)**                          Bill Number: 1133503

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 11/03/06 | Copy Center, D | 297.60 |
| In-house Reproduction | 11/17/06 | Copy Center, D | 5.00 |
| In-house Reproduction | 11/21/06 | Copy Center, D | 1.60 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$304.20** |
| | | **TOTAL MATTER** | **$304.20** |

DD01

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                    Bill Date: 12/01/06
**Disbursements**                                    Bill Number: 1133503

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 11/07/06 | Copy Center, D | 4.20 |
| In-house Reproduction | 11/17/06 | Copy Center, D | 35.80 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$40.00** |
| Westlaw | 11/01/06 | Schwarzman T | 23.93 |
| Westlaw | 11/06/06 | Turetsky DM | 174.88 |
| Westlaw | 11/07/06 | Schwarzman T | 65.13 |
| Westlaw | 11/07/06 | Leamy JM | 21.69 |
| Westlaw | 11/13/06 | Schwarzman T | 34.38 |
| | | **TOTAL WESTLAW** | **$320.01** |
| Vendor Hosted Teleconferencing | 10/02/06 | Teleconferencing Services, LLC | 10.14 |
| Vendor Hosted Teleconferencing | 10/02/06 | Teleconferencing Services, LLC | 26.70 |
| Vendor Hosted Teleconferencing | 10/02/06 | Teleconferencing Services, LLC | 0.60 |
| Vendor Hosted Teleconferencing | 10/03/06 | Teleconferencing Services, LLC | 6.00 |
| Vendor Hosted Teleconferencing | 10/04/06 | Teleconferencing Services, LLC | 4.14 |
| Vendor Hosted Teleconferencing | 10/05/06 | Teleconferencing Services, LLC | 6.72 |
| Vendor Hosted Teleconferencing | 10/06/06 | Teleconferencing Services, LLC | 13.68 |
| Vendor Hosted Teleconferencing | 10/06/06 | Teleconferencing Services, LLC | 10.74 |
| Vendor Hosted Teleconferencing | 10/10/06 | Teleconferencing Services, LLC | 4.92 |
| Vendor Hosted Teleconferencing | 10/10/06 | Teleconferencing Services, LLC | 12.66 |
| Vendor Hosted Teleconferencing | 10/10/06 | Teleconferencing Services, LLC | 43.26 |
| Vendor Hosted Teleconferencing | 10/10/06 | Teleconferencing Services, LLC | 14.94 |

DD01

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Teleconferencing | 10/19/06 | Teleconferencing Services, LLC | 13.02 |
| Vendor Hosted Teleconferencing | 10/23/06 | Teleconferencing Services, LLC | 6.00 |
| Vendor Hosted Teleconferencing | 10/25/06 | Teleconferencing Services, LLC | 5.94 |
| Vendor Hosted Teleconferencing | 10/26/06 | Teleconferencing Services, LLC | 29.10 |
| Vendor Hosted Teleconferencing | 10/31/06 | Teleconferencing Services, LLC | 7.50 |
| Vendor Hosted Teleconferencing | 11/03/06 | Teleconferencing Services, LLC | 0.24 |
| Vendor Hosted Teleconferencing | 11/08/06 | Teleconferencing Services, LLC | 5.04 |
| Vendor Hosted Teleconferencing | 11/15/06 | Teleconferencing Services, LLC | 1.08 |
| Vendor Hosted Teleconferencing | 11/15/06 | Teleconferencing Services, LLC | 7.26 |
| Vendor Hosted Teleconferencing | 11/17/06 | Teleconferencing Services, LLC | 15.54 |
| Vendor Hosted Teleconferencing | 11/18/06 | Teleconferencing Services, LLC | 5.16 |
| Vendor Hosted Teleconferencing | 11/19/06 | Teleconferencing Services, LLC | 10.02 |
| Vendor Hosted Teleconferencing | 11/20/06 | Teleconferencing Services, LLC | 8.10 |
| Vendor Hosted Teleconferencing | 11/20/06 | Teleconferencing Services, LLC | 5.52 |
| Vendor Hosted Teleconferencing | 11/21/06 | Teleconferencing Services, LLC | 79.44 |
| Vendor Hosted Teleconferencing | 11/21/06 | Teleconferencing Services, LLC | 7.08 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$360.54** |
| Air/Rail Travel (external) | 10/13/06 | Baker DJ | 100.00 |
| Air/Rail Travel (external) | 10/17/06 | Baker DJ | 239.30 |
| Air/Rail Travel (external) | 11/16/06 | Vendor Refunds | -239.60 |

DD01

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$99.70** |
| Out-of-Town Travel | 10/11/06 | Baker DJ | 461.61 |
| Out-of-Town Travel | 10/11/06 | Baker DJ | 50.00 |
| Out-of-Town Travel | 10/16/06 | Baker DJ | 86.42 |
| Out-of-Town Travel | 10/16/06 | Baker DJ | 355.76 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$953.79** |
| Out-of-Town Meals | 10/11/06 | Baker DJ | 153.16 |
| Out-of-Town Meals | 10/16/06 | Baker DJ | 13.42 |
| Out-of-Town Meals | 10/16/06 | Baker DJ | 41.85 |
| Out-of-Town Meals | 10/16/06 | Baker DJ | 46.23 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$254.66** |
| Contracted Catering-NY | 10/27/06 | Baker DJ | 12.22 |
| Contracted Catering-NY | 11/02/06 | Baker DJ | 476.62 |
| Contracted Catering-NY | 11/20/06 | Baker DJ | 219.33 |
| Contracted Catering-NY | 11/20/06 | Baker DJ | 16.30 |
| Contracted Catering-NY | 11/21/06 | Baker DJ | 52.97 |
| Contracted Catering-NY | 11/21/06 | Baker DJ | 65.70 |
| | | **TOTAL CONTRACTED CATERING-NY** | **$843.14** |
| | | **TOTAL MATTER** | **$2,871.84** |
| | | **TOTAL CLIENT** | **$6,788.18** |

DD01

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that, on January 22, 2007, I caused to be served the Sixth Interim and Final Application of Skadden, Arps, Slate, Meagher & Flom LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses Incurred by having a true and correct copy sent via Federal Express and/or E-Mail to the parties listed below:

Elena L. Escamilla
Kenneth C. Meeker
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, FL  32801
Phone:  407-648-6465
Fax:  407-648-6323
elena.l.escamilla@usdoj.gov
ken.meeker@usdoj.gov

Laurence B. Appel
Jay F. Castle
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL  32254-3699
Phone:  904-783-5000
Fax:  904-783-5059
larryappel@winn-dixie.com
jaycastle@winn-dixie.com

Jonathan N. Helfat
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue, 29th Floor
New York, NY  10169
Phone:  212-661-9100
Fax:  212-682-6104
jhelfat@oshr.com

Matthew S. Barr
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005
Phone:  212-530-5000
Fax:  212-530-5219
mbarr@milbank.com

Linda K. Cooper
Stuart, Maue, Mitchell & James, Ltd.
3840 McKelvey Road
St. Louis, MO  63044
Phone:  314-291-3030
Fax:  314-291-6546
l.cooper@smmj.com

Sarah Robinson Borders
King & Spalding LLP
191 Peachtree Street
Atlanta, GA  30303
Phone:  404-572-4600
Fax:  404-572-5149
sborders@kslaw.com

/s/  *Kimberly A. LaMaina*
Kimberly A. LaMaina

Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square, P.O. Box 636
Wilmington, DE  19899
Phone:  302-651-3000
Fax:  302-651-3001
klamaina@skadden.com