UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,           Case No.:  3:05-bk-03817-JAF

    Debtors.                                 Chapter 11

                                                     Jointly Administered

_____/

## NOTICE OF FILING

The Official Committee of Unsecured Creditors appointed in the above-captioned cases of Winn-Dixie Stores, Inc. and its affiliated debtors and debtors in possession hereby gives notice of the filing of the attached Sixth Interim and Final Fee Application of Milbank, Tweed, Hadley & McCloy LLP, Counsel for Official Committee of Unsecured Creditors, for Compensation for Professional Services Rendered and for Reimbursement of Expenses During Period from March 1, 2005 through and including November 21, 2006.

Dated: January 22, 2007.                  AKERMAN SENTERFITT

                                                    By: */s/ John B. Macdonald*
                                                          John B. Macdonald
                                                          Florida Bar No.: 230340
                                                          E-mail: john.macdonald@akerman.com
                                                          50 N. Laura St., Suite 2500
                                                          Jacksonville, FL 32202
                                                          Telephone: (904) 798-3700
                                                          Facsimile: (904) 798-3730

                                                          Co-Counsel for the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al.

{JA306343;1}