# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Debtors. | Jointly Administered |
| _____/ | |

**ORDER GRANTING SIXTH INTERIM AND FINAL FEE APPLICATION OF MILBANK, TWEED, HADLEY & M<sup>c</sup>Cloy LLP, COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR FINAL ALLOWANCE AND APPROVAL OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED DURING PERIOD FROM MARCH 1, 2005 THROUGH AND INCLUDING NOVEMBER 21, 2006**

Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP ("Milbank"), counsel to the official committee of unsecured creditors (the "Committee"), of Winn-Dixie Stores, Inc. and its affiliated debtors and debtors-in-possession (collectively, "Winn-Dixie" or the "Debtors"), appointed in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), having applied on January 22, 2007 (the "Application"), for entry of an order, pursuant to sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under Section 330 of the Bankruptcy Code

effective January 30, 1996 (the "U.S. Trustee Guidelines") and the Final Order Approving Interim Compensation Procedures for Professionals, dated March 15, 2005 (Docket No. 434) (the "Interim Compensation Order"), (a) allowing Milbank (i) interim compensation for professional services rendered during the Sixth Interim Compensation Period in the amount of $291,181.72 and for reimbursement of expenses incurred in connection with such services in the amount of $23,679.73; (ii) final approval of all fees for professional services rendered from March 1, 2005 through and including November 21, 2006 in the amount of $6,125,540.22, and for reimbursement of expenses incurred in connection with such services in the amount of $473,461.66, which consists of (A) one hundred percent (100%) of the compensation previously approved by the Court for professional services rendered during the period of March 1, 2005 through and including September 30, 2006, in the amount of $5,834,358.50; (B) one hundred percent (100%) of the reimbursement of expenses previously approved by the Court incurred during the period of March 1, 2005 through and including September 30, 2006, in the amount of $449,781.93; (C) one hundred percent (100%) of the compensation sought pursuant to the Sixth Interim Fee Statements, but not previously approved by the Court, in the amount of $291,181.72; and (D) one hundred percent (100%) of the reimbursement of incurred expenses sought pursuant to the Sixth

Interim Fee Statements, but not previously approved by the Court, in the amount of $23,679.73; and (b) authorizing and directing the Debtors to pay to Milbank $43,871.32, which is the total amount outstanding to Milbank and unpaid by the Debtors pursuant to the Interim Compensation Order for services rendered and expenses incurred during the Total Compensation Period; and the Court having reviewed the Application and having heard the statements of counsel (if any) in support of the relief requested therein; and finding that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and after notice and a hearing to consider the Application; and upon the record and after due deliberation thereon; and due and proper notice of the Application having been given; and sufficient cause appearing therefore, it is hereby

ORDERED, that the Application is granted; and it is further

ORDERED, that Milbank is allowed compensation (i) for professional services rendered during the Sixth Interim Compensation Period in the amount of $291,181.72 and reimbursement of expenses incurred in connection with such services in the amount of $23,679.73; (ii) on a final basis, of all professional services rendered from March 1, 2005 through and including November 21, 2006 in the amount of $6,125,540.22, and for reimbursement of expenses incurred in connection with

such services in the amount of $473,461.66, which consists of (A) one hundred percent (100%) of the compensation previously approved by the Court, on an interim basis, for professional services rendered during the Total Compensation Period, in the amount of $5,834,358.50; (B) one hundred percent (100%) of the reimbursement of incurred expenses during the Total Compensation Period and previously approved by the Court on an interim basis, in the amount of $449,781.93; (C) one hundred percent (100%) of the compensation sought pursuant to the Interim Fee Statements, but not previously approved by the Court, in the amount of $291,181.72; and (D) one hundred percent (100%) of the reimbursement of expenses sought pursuant to the Interim Fee Statements, but not previously approved by the Court, in the amount of $23,679.73; and it is further

ORDERED, that the Debtors are hereby authorized and directed to pay, within five (5) business days of entry of the Order, to Milbank the amount of $43,871.32, which is the total amount outstanding to Milbank and unpaid by the Debtors pursuant to the Interim Compensation Order for services rendered and expenses incurred during the Total Compensation Period.

Dated: _____       _____
                              UNITED STATES BANKRUPTCY JUDGE