# SCHEDULE A

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:

P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

DECEMBER 28, 2006
ALAN M. GRUNSPAN
REF. NO.  50116-28227
INVOICE NUMBER  443171

RE:  CONCORD FUND IV RETAIL, LP, LEASE LITIGATION

LEGAL SERVICES POSTED THROUGH 11/30/06          $955.50
COSTS ADVANCED POSTED THROUGH 11/30/06            $1.38
                                             - - - - - - - - - - - -
              CURRENT INVOICE TOTAL             $956.88
                                             ============

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                          DECEMBER 28, 2006
CONCORD FUND IV RETAIL, LP, LEASE LITIGATION NO.   50116-28227
INVOICE NUMBER  443171                          PAGE    1

**PROFESSIONAL SERVICES AS POSTED THROUGH NOVEMBER 30, 2006**

09/11/06  PHONE CALL WITH OPPOSING COUNSEL REGARDING
          STATUS OF CURE DETERMINATION, EFFECT ON STATE
          COURT DISCOVERY AND PROCEEDINGS; PREPARE LETTER
          TO CYNDI JACKSON REGARDING CURE NEGOTIATIONS
          N. T. MCLACHLAN     .50 hours at  245.00 per hour.          122.50

09/14/06  REVIEW LETTER FROM PLAINTIFF'S COUNSEL TO
          MEDIATOR CANCELLING MEDIATION DUE TO BANKRUPTCY
          COURT'S ORDER; LETTER TO JAY CASTLE, CATHERINE
          IBOLD AND CYNDI JACKSON REGARDING SAME
          N. T. MCLACHLAN     .20 hours at  245.00 per hour.           49.00

10/03/06  PHONE CALL WITH PLAINTIFF'S COUNSEL REGARDING
          REPAIR STATUS, DISMISSAL OF STATE COURT
          LITIGATION, REMAINING ISSUES; REVIEW DOCUMENTS
          FORWARDED BY COUNSEL
          N. T. MCLACHLAN     .50 hours at  245.00 per hour.          122.50

10/06/06  LETTER TO CATHERINE IBOLD REGARDING

          N. T. MCLACHLAN     .30 hours at  245.00 per hour.           73.50

10/18/06  CORRESPOND WITH JAY CASTLE AND CATHERINE IBOLD
          REGARDING
          N. T. MCLACHLAN     .80 hours at  245.00 per hour.          196.00

10/27/06  MEMORANDUM TO ALAN GRUNSPAN REGARDING
          N. T. MCLACHLAN     .40 hours at  245.00 per hour.           98.00

11/06/06  REVIEW CATHERINE IBOLD'S LETTER REGARDING
          ; CONFERENCE WITH ALAN
          GRUNSPAN
          N. T. MCLACHLAN     .40 hours at  245.00 per hour.           98.00

11/06/06  REVIEW LANDLORD'S NOTICE OF DEFAULT
          N. T. MCLACHLAN     .20 hours at  245.00 per hour.           49.00

11/27/06  PHONE CALL WITH CYNDI JACKSON REGARDING
          N. T. MCLACHLAN     .20 hours at  245.00 per hour.           49.00

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                         DECEMBER 28, 2006
CONCORD FUND IV RETAIL, LP, LEASE LITIGATION NO.  50116-28227
INVOICE NUMBER   443171                     PAGE    2

11/29/06 CORRESPOND WITH CATHERINE IBOLD REGARDING ~~████████████████~~

    N. T. MCLACHLAN     .40 hours at  245.00 per hour.          98.00


    TOTAL FEES FOR PROFESSIONAL SERVICES              $955.50


ATTORNEY FEE SUMMARY

NTM      N. T. MCLACHLAN          3.90 hours at  $245.00 =        955.50
      TOTALS                   3.90                         $955.50

**COSTS INCURRED ON YOUR BEHALF AS POSTED NOVEMBER 30, 2006**


    POSTAGE                                   0.78
    TELEPHONE                                 0.60

    TOTAL COSTS AS POSTED THROUGH NOVEMBER 30, 2006       $1.38
                                                   - - - - - - - - - - -

    **TOTAL AMOUNT DUE THIS INVOICE       $956.88**
                                             ============

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

DECEMBER 28, 2006
ALAN M. GRUNSPAN
REF. NO.   50116-26545
INVOICE NUMBER   443170

RE:   FAMILY DOLLAR STORES OF FLORIDA, INC, PORT ST JOHN
      PLAZA, INC, STORE NO 2329


LEGAL SERVICES POSTED THROUGH 11/30/06          $5,652.50
COSTS ADVANCED POSTED THROUGH 11/30/06             $72.87
                                                - - - - - - - - - - - -

          CURRENT INVOICE TOTAL          $5,725.37
                                         ============


*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                              DECEMBER 28, 2006
FAMILY DOLLAR STORES OF FLORIDA, INC, PORT ST JOHN50116-26545
INVOICE NUMBER  443170                          PAGE   1


## PROFESSIONAL SERVICES AS POSTED THROUGH NOVEMBER 30, 2006


| | | |
|---|---|---|
| 11/09/06 | REVIEW AND REVISE BURDEN AFFIDAVITS NECESSARY FOR PRODUCTION TO LL IN PMAT. D. J. SMITH    .40 hours at  245.00 per hour. | 98.00 |
| 11/09/06 | BEGIN REVIEWING AND LOGGING IN DOCUMENTS PRODUCED IN RESPONSE TO REQUEST FOR PRODUCTION. L. GOLDSTEIN*  5.50 hours at  85.00 per hour. | 467.50 |
| 11/10/06 | REVIEW OUTSTANDING DISCOVERY REQUESTS BETWEEN WD, FAMILY DOLLAR AND LL. D. J. SMITH    .50 hours at  245.00 per hour. | 122.50 |
| 11/10/06 | CONTINUE REVIEWING AND LOGGING IN DOCUMENTS PRODUCED IN RESPONSE TO REQUEST FOR PRODUCTION. L. GOLDSTEIN*  3.20 hours at  85.00 per hour. | 272.00 |
| 11/11/06 | CONTINUE REVIEWING AND LOGGING IN DOCUMENTS PRODUCED IN RESPONSE TO REQUEST FOR PRODUCTION. L. GOLDSTEIN*  1.20 hours at  85.00 per hour. | 102.00 |
| 11/12/06 | CONTINUE REVIEWING AND LOGGING IN DOCUMENTS PRODUCED IN RESPONSE TO REQUEST FOR PRODUCTION. L. GOLDSTEIN*  2.40 hours at  85.00 per hour. | 204.00 |
| 11/13/06 | CORRESPONDENCE REGARDING RESPONSE TO FAMILY DOLLAR'S AFFIRMATIVE DEFENSES D. A. MORANDE  1.50 hours at  245.00 per hour. | 367.50 |
| 11/13/06 | PREPARATION OF SAME D. A. MORANDE  1.50 hours at  245.00 per hour. | 367.50 |
| 11/13/06 | FOLLOW UP ON LISTS OF WRITTEN AND OTHER DISCOVERY OWED WD BY FAMILY DOLLAR. D. J. SMITH    .30 hours at  245.00 per hour. | 73.50 |
| 11/13/06 | CONTINUE REVIEWING AND LOGGING IN DOCUMENTS PRODUCED IN RESPONSE TO REQUEST FOR PRODUCTION. L. GOLDSTEIN*  7.90 hours at  85.00 per hour. | 671.50 |
| 11/14/06 | PREPARATION OF MOTION TO STRIKE DEFENDANT FAMILY DOLLAR'S AFFIRMATIVE DEFENSES D. A. MORANDE  2.80 hours at  245.00 per hour. | 686.00 |

## CARLTON FIELDS, P.A.

### Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                           DECEMBER 28, 2006
FAMILY DOLLAR STORES OF FLORIDA, INC, PORT ST JOHN50116-26545
INVOICE NUMBER  443170                           PAGE    2

11/14/06  REVIEW ORDER GRANTING PLAINTIFF'S MOTION FOR
          ENLARGEMENT OF TIME TO RESPOND TO FAMILY
          DOLLAR'S AFFIRMATIVE DEFENSES
          G. MOORE*     .10 hours at  85.00 per hour.                    8.50

11/14/06  STUDY AND REVIEW ORDER GRANTING EXTENSION TO
          SERVE REPLY.
          T. WARNER     .10 hours at  345.00 per hour.                  34.50

11/15/06  PREPARATION OF MOTION TO STRIKE DEFENDANT
          FAMILY DOLLAR'S AFFIRMATIVE DEFENSES
          D. A. MORANDE  3.70 hours at  245.00 per hour.               906.50

11/15/06  REVIEW DRAFT OF PROPOSED MOTION TO STRIKE
          AFFIRMATIVE DEFENSES
          T. WARNER     .20 hours at  345.00 per hour.                  69.00

11/17/06  CONFERENCE REGARDING ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
          D. A. MORANDE     .10 hours at  245.00 per hour.              24.50

11/17/06  REVIEW AND EDIT MOTION TO STRIKE AFFIRMATIVE
          DEFENSES.
          T. WARNER     .40 hours at  345.00 per hour.                 138.00

11/18/06  BEGIN UPDATING DISCOVERY FOLDERS.
          L. GOLDSTEIN*   .40 hours at  85.00 per hour.                 34.00

11/20/06  PREPARATION OF MOTION TO STRIKE CERTAIN
          AFFIRMATIVE DEFENSES OF FAMILY DOLLAR
          D. A. MORANDE   .70 hours at  245.00 per hour.               171.50

11/20/06  REVIEW DRAFT MOTION TO STRIKE AFFIRMATIVE
          DEFENSES
          G. MOORE*     .10 hours at  85.00 per hour.                    8.50

11/20/06  FINISH UPDATING DISCOVERY FOLDERS; UPDATE
          DISCOVERY STATUS LOG.
          L. GOLDSTEIN*   .30 hours at  85.00 per hour.                 25.50

11/20/06  CONTINUE REVIEWING AND LOGGING IN DOCUMENTS
          PRODUCED IN RESPONSE TO REQUEST FOR PRODUCTION.
          L. GOLDSTEIN*  5.10 hours at  85.00 per hour.                433.50

11/21/06  REVISE MOTION TO STRIKE DEFENSES.
          A. M. GRUNSPAN   .40 hours at  345.00 per hour.              138.00

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                          DECEMBER 28, 2006
FAMILY DOLLAR STORES OF FLORIDA, INC, PORT ST JOHN50116-26545
INVOICE NUMBER  443170                          PAGE    3


11/21/06 PREPARATION OF MOTION TO STRIKE CERTAIN
         AFFIRMATIVE DEFENSES OF FAMILY DOLLAR
         D. A. MORANDE    .30 hours at  245.00 per hour.              73.50

11/21/06 CONTINUE REVIEWING AND LOGGING IN DOCUMENTS
         PRODUCED IN RESPONSE TO REQUEST FOR PRODUCTION.
         L. GOLDSTEIN*    .20 hours at  85.00 per hour.               17.00

11/21/06 REVIEW DRAFT MOTION TO STRIKE AFFIRMATIVE
         DEFENSES; APPROVE DRAFT MOTION TO STRIKE
         AFFIRMATIVE DEFENSES.
         T. WARNER    .30 hours at  345.00 per hour.                 103.50

11/27/06 REVIEW MOTION TO STRIKE AFFIRMATIVE DEFENSES;
         SIGN MOTION TO STRIKE AFFIRMATIVE DEFENSES;
         SERVE MOTION TO STRIKE AFFIRMATIVE DEFENSES.
         T. WARNER    .10 hours at  345.00 per hour.                  34.50


         TOTAL FEES FOR PROFESSIONAL SERVICES              $5,652.50


## ATTORNEY FEE SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 0.40 hours at | $345.00 = | | 138.00 |
| DAM | D. A. MORANDE | 10.60 hours at | $245.00 = | | 2597.00 |
| DJS | D. J. SMITH | 1.20 hours at | $245.00 = | | 294.00 |
| GM* | G. MOORE* | 0.20 hours at | $85.00 = | | 17.00 |
| LG* | L. GOLDSTEIN* | 26.20 hours at | $85.00 = | | 2227.00 |
| TW | T. WARNER | 1.10 hours at | $345.00 = | | 379.50 |
| | TOTALS | 39.70 | | | $5,652.50 |


### COSTS INCURRED ON YOUR BEHALF AS POSTED NOVEMBER 30, 2006

|  | |
|---|---|
| COPYING COST | 40.40 |
| POSTAGE | 4.60 |
| 11/15/06 WESTLAW RESEARCH | 24.90 |
| 11/15/06 WESTLAW RESEARCH | 1.59 |
| 11/15/06 WESTLAW RESEARCH | 0.81 |
| 11/15/06 WESTLAW RESEARCH | 0.57 |

         TOTAL COSTS AS POSTED THROUGH NOVEMBER 30, 2006      $72.87
                                                          ------------

         **TOTAL AMOUNT DUE THIS INVOICE**              **$5,725.37**
                                                          ============


## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

## ATTORNEYS AT LAW

FED. ID 59-1233896

**PLEASE REMIT TO:**
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

DECEMBER 28, 2006
ALAN M. GRUNSPAN
REF. NO.  50116-25029
INVOICE NUMBER  443169

**RE:  STORE NO 242, FLAMINGO EAST, LTD**

| | |
|---|---|
| LEGAL SERVICES POSTED THROUGH 11/30/06 | $13,500.00 |
| COSTS ADVANCED POSTED THROUGH 11/30/06 | $397.80 |
| | ------------ |
| **CURRENT INVOICE TOTAL** | **$13,897.80** |
| | ============ |

**\*\*\* REMITTANCE COPY \*\*\***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC
STORE NO 242, FLAMINGO EAST, LTD
INVOICE NUMBER   443169

DECEMBER 28, 2006
REF. NO.  50116-25029
PAGE    1

**PROFESSIONAL SERVICES AS POSTED THROUGH NOVEMBER 30, 2006**

| | | |
|---|---|---|
| 11/01/06 | SEVERAL CALLS TO COUNSEL FOR LANDLORD AND DAVID J. SMITH REGARDING CONSOLIDATION AND TRANSFER OF EVICTION FROM COUNTY COURT TO CIRCUIT. <br> A. M. GRUNSPAN    .50 hours at  345.00 per hour. | 172.50 |
| 11/01/06 | LETTER TO CLIENT REGARDING ██████████ <br> A. M. GRUNSPAN    .40 hours at  345.00 per hour. | 138.00 |
| 11/01/06 | PREPARE TRIAL NOTEBOOK, GATHER ORDERS REVIEW AND ORGANIZE DOCUMENTS FROM COPYING COMPANY, UPDATE WITH ADDITIONAL DOCUMENTS TO BE PROVIDED, PREPARE CF'S WORKING COPY AND PREPARE SERVICE COPY FOR OPPOSING COUNSEL <br> S. SMITH*   2.00 hours at  85.00 per hour. | 170.00 |
| 11/02/06 | DRAFT AND REVISE PROPOSED COMPLAINT IN INTERVENTION. <br> D. J. SMITH    .90 hours at  245.00 per hour. | 220.50 |
| 11/02/06 | PREPARE SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF MOTION TO INTERVENE. <br> D. J. SMITH   2.60 hours at  245.00 per hour. | 637.00 |
| 11/02/06 | CALL TO T. NORMAN RE: DISCOVERY AGREEMENT, NOTICE OF TRIAL FOR FEBRUARY 2007. <br> D. J. SMITH    .20 hours at  245.00 per hour. | 49.00 |
| 11/02/06 | PREPARE FOR CALL FROM T. NORMAN RE: CIRCUIT AND COUNT COURT CASES. <br> D. J. SMITH    .50 hours at  245.00 per hour. | 122.50 |
| 11/03/06 | SEVERAL CORRESPONDENCE WITH CO-COUNSEL REGARDING ██████████ <br> A. M. GRUNSPAN    .40 hours at  345.00 per hour. | 138.00 |
| 11/03/06 | CONTACT COUNSEL FOR LANDLORD TO TRANSFER EVICTION ACTION. <br> A. M. GRUNSPAN    .20 hours at  345.00 per hour. | 69.00 |
| 11/03/06 | REVIEW MOTION TO ENFORCE STIPULATION AND STRIKE TRIAL NOTICE. <br> A. M. GRUNSPAN    .30 hours at  345.00 per hour. | 103.50 |

## CARLTON FIELDS, P.A.
Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    DECEMBER 28, 2006
STORE NO 242, FLAMINGO EAST, LTD          REF. NO.  50116-25029
INVOICE NUMBER  443169                    PAGE    2

11/03/06  CONTACT DAVID J. SMITH REGARDING ▮▮▮▮▮▮▮▮▮▮
          ▮▮▮▮▮▮▮▮▮▮
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.        69.00

11/03/06  REVIEW MOTION TO INTERVENE AND INCLUDED
          PROPOSED COMPLAINT AND MEMORANDUM OF LAW.
          A. M. GRUNSPAN    1.20 hours at  345.00 per hour.      414.00

11/03/06  SEVERAL CORRESPONDENCE WITH CO-COUNSEL
          REGARDING ▮▮▮▮▮▮▮▮▮▮.
          A. M. GRUNSPAN    .60 hours at  345.00 per hour.       207.00

11/03/06  REVIEW EMERGENCY MOTION TO REMOVE CASE FROM
          TRIAL DOCKET FILED BY FAMILY DOLLAR.
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.        69.00

11/03/06  CONTACT DAVID J. SMITH REGARDING ▮▮▮▮▮▮▮▮▮▮
          ▮▮▮▮▮▮▮▮▮▮
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.        69.00

11/03/06  PREPARE FOR "EMERGENCY" HEARING THREATENED BY
          FAMILY DOLLAR.
          D. J. SMITH    1.10 hours at  245.00 per hour.         269.50

11/03/06  REVIEW DISCOVERY OUTSTANDING FROM LANDLORD AND
          FAMILY DOLLAR.
          D. J. SMITH    1.10 hours at  245.00 per hour.         269.50

11/03/06  REVIEW MOTION AND REQUEST FOR EMERGENCY HEARING
          FROM FAMILY DOLLAR LOCAL COUNSEL.
          D. J. SMITH    .30 hours at  245.00 per hour.           73.50

11/03/06  SEVERAL CALLS AND MESSAGES FOR J.
          CRUZ-BUSTILLO, FAMILY DOLLAR LOCAL COUNSEL.
          D. J. SMITH    .10 hours at  245.00 per hour.           24.50

11/03/06  PREPARE FOR COUNTY COURT PRE-TRIAL CONFERENCE
          IN FLAMINGO EVICTION ACTION.
          D. J. SMITH    2.30 hours at  245.00 per hour.         563.50

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                          DECEMBER 28, 2006
STORE NO 242, FLAMINGO EAST, LTD                REF. NO.  50116-25029
INVOICE NUMBER   443169                         PAGE    3

---

11/03/06  RECEIPT AND REVIEW OF NOTICE OF MEDIATION FROM
          FLAMINGO. CONFER WITH AMG AND TEW, RE-
          ███████████████████████████████████████
          TELECONFERENCE WITH COUNSEL FOR LANDLORD, RE-
          UNILATERAL SETTING OF MEDIATION. RECEIPT AND
          REVIEW OF FAMILY DOLLAR'S EMERGENCY MOTION TO
          STRIKE ORDER SETTING CASE FOR TRIAL. CONFER
          WITH DJS AND AMG, RE- ████████. DRAFT, REVISE, EDIT
          LETTER TO COUNSEL FOR LANDLORD.
          J. R. ALDERMAN     .50 hours at  245.00 per hour.          122.50

11/03/06  REVIEW CORRESPONDENCE FROM ATTORNEY DAVID SMITH
          TO ATTORNEY J. CRUZ-BUSTILLO REGARDING
          DEFENDANT'S MOTION TO CONTINUE TRIAL AND
          REQUEST FOR AN EMERGENCY HEARING
          G. MOORE*     .10 hours at  85.00 per hour.                  8.50

11/03/06  EMAILS AND CALLS RE SELECTING MEDIATOR AND
          SCHEDULING MEDIATION
          T. WARNER     .50 hours at  345.00 per hour.               172.50

11/03/06  REVIEW NOTICE OF MEDIATION FROM GRUMER FOR
          11/28; INSTRUCTIONS REGARDING RESPONSE; LETTER
          TO GRUMER
          T. WARNER     .30 hours at  345.00 per hour.               103.50

11/03/06  REVIEW OF PROPOSED MOTION TO INTERVENE IN
          COUNTY COURT EVICTION CASE; SUGGEST EDITS AND
          CHANGES
          T. WARNER     .40 hours at  345.00 per hour.               138.00

11/03/06  REVIEW MOTION FOR EMERGENCY HEARING
          T. WARNER     .10 hours at  345.00 per hour.                34.50

11/03/06  REVIEW FAMILY DOLLAR'S MOTION TO ENFORCE
          DISCOVERY STIPULATION AND TO CONTINUE TRIAL
          T. WARNER     .20 hours at  345.00 per hour.                69.00

11/04/06  CONFER WITH TOM WARNER AND ALAN GRUNSPAN BY WAY
          OF EMAIL, RE- ████████████████████████████████
          ███████████████████████████████████████
          J. R. ALDERMAN     .40 hours at  245.00 per hour.          98.00

11/04/06  REVIEW OF PROPOSED LETTER TO FAMILY DOLLAR'S
          ATTORNEY REGARDING EMERGENCY MOTION AND
          ATTEMPTS TO COMPLETE DISCOVERY BEFORE TRIAL
          T. WARNER     .10 hours at  345.00 per hour.                34.50

---

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

ATTORNEYS AT LAW

WINN DIXIE STORES, INC                     DECEMBER 28, 2006
STORE NO 242, FLAMINGO EAST, LTD           REF. NO.  50116-25029
INVOICE NUMBER  443169                     PAGE    4

11/06/06  LETTER TO OPPOSING COUNSEL REGARDING MEDIATOR
          SELECTION.
          A. M. GRUNSPAN      .10 hours at  345.00 per hour.           34.50

11/06/06  PREPARE E-MAIL TO SUMMARIZE STRATEGY FOR
          ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          A. M. GRUNSPAN      .40 hours at  345.00 per hour.          138.00

11/06/06  REVIEW SETTLEMENT LETTER FROM OPPOSING COUNSEL
          AND LETTER TO CLIENT REGARDING▓▓▓▓▓
          A. M. GRUNSPAN      .40 hours at  345.00 per hour.          138.00

11/06/06  CONTACT DAVID J. SMITH REGARDING▓▓▓▓▓▓▓▓▓
          A. M. GRUNSPAN      .40 hours at  345.00 per hour.          138.00

11/06/06  CONTACT CLIENT REGARDING▓▓▓▓▓▓▓▓▓▓
          A. M. GRUNSPAN      .10 hours at  345.00 per hour.           34.50

11/06/06  REVIEW TRIAL CONTINUANCE ORDER AND CONTACT
          JASON ALDERMAN REGARDING▓▓▓▓▓▓▓▓▓
          A. M. GRUNSPAN      .30 hours at  345.00 per hour.          103.50

11/06/06  REVIEW NOTICE OF EMERGENCY HEARING ON MOTION TO
          STRIKE TRIAL DATE.
          D. J. SMITH      .10 hours at  245.00 per hour.             24.50

11/06/06  PREPARE FOR EMERGENCY HEARING ON MOTION TO
          STRIKE TRIAL DATE.
          D. J. SMITH      1.30 hours at  245.00 per hour.           318.50

11/06/06  ATTEND EMERGENCY HEARING ON FAMILY DOLLAR'S
          MOTION TO STRIKE TRIAL DATE.
          D. J. SMITH      2.00 hours at  245.00 per hour.           490.00

11/06/06  CONFERENCE WITH AMG RE: ▓▓▓▓▓▓▓▓▓▓▓▓
          ▓▓▓▓▓▓
          D. J. SMITH      .30 hours at  245.00 per hour.             73.50

11/06/06  ATTEND HEARING ON FAMILY DOLLAR'S EMERGENCY
          MOTION FOR CONTINUANCE. CONFER WITH DJS AND
          AMG, RE-▓▓▓▓▓
          J. R. ALDERMAN      .50 hours at  245.00 per hour.         122.50

11/06/06  CONFER WITH AMG, RE-▓▓▓▓▓▓. DRAFT, PROOF
          LETTER TO OPPOSING COUNSELS, RE- WINN-DIXIE'S
          PROPOSED MEDIATORS.
          J. R. ALDERMAN      .20 hours at  245.00 per hour.          49.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

A T T O R N E Y S   A T   L A W

FED. ID 59-1233896

WINN DIXIE STORES, INC                          DECEMBER 28, 2006
STORE NO 242, FLAMINGO EAST, LTD                REF. NO.  50116-25029
INVOICE NUMBER  443169                          PAGE    5

| | | |
|---|---|---:|
| 11/06/06 | REVIEW ORDER GRANTING DEFENDANT'S MOTION TO ENFORCE STIPULATION, CONTINUE TRIAL AND/OR STRIKE ORDER OF TRIAL<br>G. MOORE*    .10 hours at  85.00 per hour. | 8.50 |
| 11/06/06 | REVIEW NOVEMBER 6, 2006 UNIFORM ORDER SETTING FOR NON-JURY TRIAL AND PRE-TRIAL INSTRUCTIONS FROM JUDGE WILSON RE-SCHEDULING TRIAL FOR THE WEEK OF MARCH 26, 2007<br>G. MOORE*    .20 hours at  85.00 per hour. | 17.00 |
| 11/06/06 | REVIEW CORRESPONDENCE FROM ATTORNEY ALDERMAN TO ATTORNEY GRUMER AND ATTORNEY NORMAN PROPOSING MEDIATORS<br>G. MOORE*    .10 hours at  85.00 per hour. | 8.50 |
| 11/06/06 | REVIEW E-MAIL CORRESPONDENCE BETWEEN ATTORNEY ALDERMAN, ATTORNEY GRUNSPAN AND ATTORNEY WARNER REGARDING POTENTIAL MEDIATORS FOR THIS MATTER<br>G. MOORE*    .10 hours at  85.00 per hour. | 8.50 |
| 11/06/06 | REVIEW E-MAIL CORRESPONDENCE FROM ATTORNEY WARNER AND ATTORNEY ALDERMAN REGARDING CORRESPONDENCE FROM ATTORNEY CRUZ-BUSTILLO<br>G. MOORE*    .10 hours at  85.00 per hour. | 8.50 |
| 11/06/06 | REVIEW CORRESPONDENCE FROM ATTORNEY GRUMER TO ATTORNEY WARNER REGARDING A BUSINESS PROPOSAL FOR A POSSIBLE RESOLUTION OF THIS MATTER<br>G. MOORE*    .20 hours at  85.00 per hour. | 17.00 |
| 11/06/06 | REVIEW FILE REGARDING PROPOSED MOTION TO INTERVENE IN COUNTY COURT EVICTION; COMMENT ON ISSUES FOR TRIAL TEAM; SUGGEST STRATEGY.<br>T. WARNER    .40 hours at  345.00 per hour. | 138.00 |
| 11/06/06 | LETTER FROM ATTORNEY GRUMER WITH "BUSINESS PROPOSAL: FROM LL; TRANSMIT TO TRIAL TEAM WITH COMMENTS AND NEED TO INFORM CLIENT AND REPLY.<br>T. WARNER    .30 hours at  345.00 per hour. | 103.50 |
| 11/06/06 | REVIEW NOTICE FOR EMERGENCY HEARING ON MOTION TO CONTINUE TRIAL; INSTRUCTIONS.<br>T. WARNER    .20 hours at  345.00 per hour. | 69.00 |
| 11/06/06 | REVIEW ORDER CONTINUING TRIAL.<br>T. WARNER    .10 hours at  345.00 per hour. | 34.50 |

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

ATTORNEYS AT LAW

WINN DIXIE STORES, INC                     DECEMBER 28, 2006
STORE NO 242, FLAMINGO EAST, LTD           REF. NO.  50116-25029
INVOICE NUMBER  443169                     PAGE    6

11/06/06  REVIEW ORDER SETTING TRIAL AND PRE-TRIAL.
          T. WARNER    .10 hours at  345.00 per hour.              34.50

11/06/06  REVIEW MEDIATION NOTICE FROM KOGAN.
          T. WARNER    .10 hours at  345.00 per hour.              34.50

11/06/06  REVIEW NEW TRIAL ORDER, CALENDAR DEADLINE
          DATES.
          S. SMITH*    .20 hours at  85.00 per hour.               17.00

11/07/06  SEVERAL CONFERENCES WITH DAVID J. SMITH AND
          JASON ALDERMAN ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
          A. M. GRUNSPAN    .80 hours at  345.00 per hour.        276.00

11/07/06  LETTER TO COUNSEL FOR LANDLORD IN RESPONSE TO
          SETTLEMENT LETTER.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.        138.00

11/07/06  CONFER WITH DJS AND AMG, RE- ▮▮▮▮▮▮▮▮▮▮▮
          J. R. ALDERMAN    .20 hours at  245.00 per hour.         49.00

11/07/06  REVIEW CORRESPONDENCE FROM ATTORNEY WARNER TO
          ATTORNEY GRUMER REGARDING MR. GRUMER'S BUSINESS
          PROPOSAL TO WINN-DIXIE STORES, INC.
          G. MOORE*    .10 hours at  85.00 per hour.                8.50

11/07/06  REVIEW CORRESPONDENCE FROM ATTORNEY ALDERMAN TO
          ATTORNEY GRUMER, ATTORNEY NORMAN AND ATTORNEY
          CRUZ-BUSTILLO REGARDING RE-SCHEDULING HEARING
          ON FLAMINGO'S OBJECTIONS TO WINN-DIXIE STORES,
          INC.'S REQUEST FOR PRODUCTION QUESTION NUMBERS
          4, 8, 9, 10 AND 12 AND WINN-DIXIE STORES,
          INC.'S MOTION TO COMPEL DEPOSITION AVAILABILITY
          FROM FLAMINGO
          G. MOORE*    .10 hours at  85.00 per hour.                8.50

11/07/06  REVIEW FILE REGARDING NEW PRE-TRIAL DEADLINES
          AND COMPLIANCE.
          T. WARNER    .20 hours at  345.00 per hour.              69.00

11/07/06  DRAFT LETTER TO GRUMER REGARDING RESPONSE TO
          "BUSINESS PROPOSALS" FOR SETTLEMENT; REVISE
          LETTER TO GRUMER REGARDING RESPONSE TO
          "BUSINESS PROPOSALS" FOR SETTLEMENT.
          T. WARNER    .40 hours at  345.00 per hour.             138.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                    DECEMBER 28, 2006
STORE NO 242, FLAMINGO EAST, LTD          REF. NO.  50116-25029
INVOICE NUMBER  443169                    PAGE    7

---

11/08/06 CONTACT DAVID J. SMITH REGARDING ███████████
         A. M. GRUNSPAN    .40 hours at  345.00 per hour.         138.00

11/08/06 CONTACT DAVID J. SMITH REGARDING ████████
         ████████████.
         A. M. GRUNSPAN    .20 hours at  345.00 per hour.          69.00

11/08/06 PREPARE FOR HEARING ON MOTION TO INTERVENE AND
         ALL PENDING MOTIONS IN COUNTY COURT EVICTION
         ACTION.
         D. J. SMITH   2.30 hours at  245.00 per hour.            563.50

11/08/06 ATTEND PRETRIAL HEARING CALENDAR ON ALL PENDING
         MOTIONS IN COUNTY COURT EVICTION ACTION.
         D. J. SMITH   2.30 hours at  245.00 per hour.            563.50

11/08/06 LETTER FROM GRUMER REGARDING MEDIATOR AND
         SCHEDULING MEDIATION; INSTRUCTIONS REGARDING
         REPLY.
         T. WARNER    .20 hours at  345.00 per hour.               69.00

11/08/06 LETTER FROM GRUMER REGARDING UNAVAILABILITY.
         T. WARNER    .10 hours at  345.00 per hour.               34.50

11/08/06 REVIEW REPORT REGARDING HEARING ON MOTION TO
         ABATE COUNTY COURT ACTION AND MOTION TO
         INTERVENE.
         T. WARNER    .20 hours at  345.00 per hour.               69.00

11/08/06 RESCHEDULING DISCOVERY HEARING.
         T. WARNER    .10 hours at  345.00 per hour.               34.50

11/09/06 CORRESPONDENCE WITH DAVID J. SMITH REGARDING
         █████████████████████████████████████
         A. M. GRUNSPAN     .30 hours at  345.00 per hour.        103.50

11/09/06 LETTER TO CLIENTS REGARDING ███████████████
         A. M. GRUNSPAN     .30 hours at  345.00 per hour.        103.50

11/09/06 SEVERAL LETTERS FROM COUNSEL FOR LANDLORD
         REGARDING SETTLEMENT AND MEDIATION.
         A. M. GRUNSPAN     .40 hours at  345.00 per hour.        138.00

---

## CARLTON FIELDS, P.A.

### Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

ATTORNEYS AT LAW

WINN DIXIE STORES, INC                     DECEMBER 28, 2006
STORE NO 242, FLAMINGO EAST, LTD           REF. NO.  50116-25029
INVOICE NUMBER  443169                     PAGE     8

11/09/06 LETTER TO OPPOSING COUNSEL REGARDING OBJECTION
         TO UNILATERAL SELECTION OF MEDIATOR AND REQUEST
         FOR ALTERNATIVES OR SANCTIONS FOR BAD FAITH
         NON-COMPLIANCE WITH MEDIATION ORDER.
         A. M. GRUNSPAN    .80 hours at  345.00 per hour.          276.00

11/09/06 REVIEW LETTER FROM LL'S COUNSEL RE: MEDIATION.
         D. J. SMITH    .10 hours at  245.00 per hour.             24.50

11/09/06 REVIEW AND REVISE BURDEN AFFIDAVITS NECESSARY
         FOR PRODUCTION IN FLAMINGO.
         D. J. SMITH    .40 hours at  245.00 per hour.             98.00

11/09/06 REVIEW CORRESPONDENCE FROM ATTORNEY GRUNSPAN TO
         ATTORNEY GRUMER REGARDING SCHEDULING OF THE
         MEDIATION IN THIS MATTER
         G. MOORE*    .10 hours at  85.00 per hour.                8.50

11/09/06 REVIEW E-MAIL MEMORANDUM FROM ATTORNEY SMITH
         REGARDING THE STATUS OF THE EVICTION ACTION IN
         THIS MATTER
         G. MOORE*    .10 hours at  85.00 per hour.                8.50

11/09/06 REVIEW CORRESPONDENCE FROM ATTORNEY GRUMER
         REGARDING MEDIATORS AND SCHEDULING OF THE
         MEDIATION IN THIS MATTER
         G. MOORE*    .10 hours at  85.00 per hour.                8.50

11/09/06 REVIEW CORRESPONDENCE FROM ATTORNEY GRUMER
         REGARDING HIS UNAVAILABILITY FOR THE HEARING
         CURRENTLY SCHEDULED ON THE COURT'S MOTION
         CALENDAR FOR NOVEMBER 15, 2006
         G. MOORE*    .10 hours at  85.00 per hour.                8.50

11/09/06 STUDY AND REVIEW AND APPROVE PROPOSED DRAFT
         LETTER TO GRUMER REGARDING MEDIATION.
         T. WARNER    .10 hours at  345.00 per hour.               34.50

11/09/06 REVIEW FILE REGARDING LETTERS FROM GRUMER AND
         SCHEDULING MEDIATION.
         T. WARNER    .10 hours at  345.00 per hour.               34.50

11/10/06 LETTER TO CLIENT REGARDING ████████████
         A. M. GRUNSPAN    .10 hours at  345.00 per hour.          34.50

11/10/06 LETTER FROM OPPOSING COUNSEL REGARDING
         MEDIATION ISSUES.
         A. M. GRUNSPAN    .10 hours at  345.00 per hour.          34.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

ATTORNEYS AT LAW

WINN DIXIE STORES, INC                          DECEMBER 28, 2006
STORE NO 242, FLAMINGO EAST, LTD                REF. NO.  50116-25029
INVOICE NUMBER  443169                          PAGE     9

11/10/06  REVIEW OUTSTANDING DISCOVERY REQUESTS BETWEEN
          WD, FAMILY DOLLAR AND LL.
          D. J. SMITH    .50 hours at  245.00 per hour.              122.50

11/10/06  REVIEW CORRESPONDENCE TO ATTORNEY NORMAN
          REGARDING DISCOVERY AGREEMENT IN THIS MATTER,
          YDB AND PMAT
          G. MOORE*     .10 hours at  85.00 per hour.                  8.50

11/10/06  REVIEW WINN-DIXIE STORES, INC.'S NOTICE OF
          WITHDRAWING MOTION TO INTERVENE AND CANCELLING
          HEARING
          G. MOORE*     .10 hours at  85.00 per hour.                  8.50

11/10/06  REVIEW LETTER FROM ATTORNEY NORMAN REGARDING
          DISCOVERY AGREEMENT.
          T. WARNER    .10 hours at  345.00 per hour.                 34.50

11/10/06  LETTER FROM GRUMER REGARDING SELECTING MEDIATOR
          AND DATES.
          T. WARNER    .10 hours at  345.00 per hour.                 34.50

11/13/06  SEVERAL CORRESPONDENCE WITH OPPOSING COUNSEL
          REGARDING MEDIATION.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.           103.50

11/13/06  CONTACT JASON ALDERMAN REGARDING ▮▮▮▮▮▮▮▮▮▮▮
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.           103.50

11/13/06  FOLLOW UP ON LISTS OF WRITTEN AND OTHER
          DISCOVERY OWED WD BY FAMILY DOLLAR.
          D. J. SMITH    .70 hours at  245.00 per hour.              171.50

11/13/06  ATTEND HEARING ON FLAMINGO'S DISCOVERY
          OBJECTIONS.
          J. R. ALDERMAN   1.20 hours at  245.00 per hour.           294.00

11/13/06  PREPARE FORE HEARING ON FLAMINGO'S DISCOVERY
          OBJECTIONS.
          J. R. ALDERMAN    .50 hours at  245.00 per hour.           122.50

11/13/06  REVIEW CORRESPONDENCE FROM ATTORNEY GRUNSPAN TO
          ATTORNEY GRUMER REGARDING WHAT DEFENDANT IS
          USING TO DEFINE GROCERIES
          G. MOORE*     .10 hours at  85.00 per hour.                  8.50

11/13/06  LETTER TO GRUMER REGARDING MEDIATION CONFERENCE
          T. WARNER    .10 hours at  345.00 per hour.                 34.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

ATTORNEYS AT LAW

WINN DIXIE STORES, INC                    DECEMBER 28, 2006
STORE NO 242, FLAMINGO EAST, LTD          REF. NO.  50116-25029
INVOICE NUMBER  443169                    PAGE  10

11/13/06 LETTER TO GRUMER REGARDING GROCERY DEFINITION
         T. WARNER    .10 hours at  345.00 per hour.          34.50

11/14/06 SEVERAL CORRESPONDENCE REGARDING NEW MEDIATORS
         PROPOSED BY LANDLORD AND LETTER TO SAME
         REJECTING AND OFFERING NEW MEDIATOR.
         A. M. GRUNSPAN    .40 hours at  345.00 per hour.    138.00

11/14/06 STUDY AND REVIEW NOTICE OF HEARING REGARDING
         DISCOVERY MOTIONS.
         T. WARNER    .10 hours at  345.00 per hour.          34.50

11/14/06 LETTER TO GRUMER REGARDING MEDIATOR.
         T. WARNER    .10 hours at  345.00 per hour.          34.50

11/15/06 SEVERAL CALLS TO OPPOSING COUNSEL REGARDING
         MEDIATORS AND SCHEDULING.
         A. M. GRUNSPAN    .40 hours at  345.00 per hour.    138.00

11/15/06 REVIEW CASE STATUS WITH ATTORNEY WARNER AND
         PRIORITIZING THINGS TO BE DONE IN PREPARATION
         FOR TRIAL
         G. MOORE*    .10 hours at  85.00 per hour.            8.50

11/15/06 REVIEW CORRESPONDENCE FROM ATTORNEY GRUNSPAN TO
         ATTORNEY GRUMER REGARDING SCHEDULING A
         CONFERENCE CALL TO DISCUSS AND AGREE UPON A
         MEDIATOR IN THIS MATTER
         G. MOORE*    .10 hours at  85.00 per hour.            8.50

11/15/06 REVIEW CORRESPONDENCE FROM ATTORNEY GRUNSPAN TO
         ATTORNEY GRUMER SUGGESTING JOHN SALMON AS
         MEDIATOR IN THIS MATTER
         G. MOORE*    .10 hours at  85.00 per hour.            8.50

11/15/06 INSTRUCTIONS REGARDING COORDINATING MEDIATION
         WITH GRUMER'S OFFICE
         T. WARNER    .10 hours at  345.00 per hour.          34.50

11/16/06 CONTACT BOTH COUNSEL FOR LANDLORD AND FAMILY
         DOLLAR REGARDING MEDIATORS AND DATES.
         A. M. GRUNSPAN    .40 hours at  345.00 per hour.    138.00

11/16/06 LETTER TO CLIENT REGARDING ████████████████
         A. M. GRUNSPAN    .10 hours at  345.00 per hour.     34.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                      DECEMBER 28, 2006
STORE NO 242, FLAMINGO EAST, LTD            REF. NO.  50116-25029
INVOICE NUMBER   443169                     PAGE  11

| | | |
|---|---|---:|
| 11/17/06 | GATHER DOCUMENTS AND PREPARE HEARING BINDERS FOR BOTH MONDAY AND WEDNESDAY HEARING ON FLAMINGO EAST. | |
| | S. SMITH*   2.40 hours at  85.00 per hour. | 204.00 |
| 11/20/06 | SEVERAL CALLS TO OPPOSING COUNSEL REGARDING SELECTION OF MEDIATOR. | |
| | A. M. GRUNSPAN    .40 hours at  345.00 per hour. | 138.00 |
| 11/20/06 | PREPARE STIPULATION OF MEDIATOR. | |
| | A. M. GRUNSPAN    .30 hours at  345.00 per hour. | 103.50 |
| 11/20/06 | CONTACT MARK BUCKSTEIN AS MEDIATOR REGARDING SCHEDULING MEDIATION AND BACKGROUND. | |
| | A. M. GRUNSPAN    .40 hours at  345.00 per hour. | 138.00 |
| 11/20/06 | OCTOBER BILL REVIEW AND REVISIONS AS PER AMG. | |
| | D. J. SMITH   1.10 hours at  245.00 per hour. | 269.50 |
| 11/20/06 | CALL AND E-MAIL TO JORGE CRUZ-BUSTILLO RE: DISCOVERY HEARING. | |
| | D. J. SMITH    .10 hours at  245.00 per hour. | 24.50 |
| 11/20/06 | ATTEND HEARING ON PLAINTIFF'S MOTION TO COMPEL AND FLAMINGO'S OBJECTIONS TO WINN-DIXIE'S DISCOVERY. | |
| | J. R. ALDERMAN   1.60 hours at  245.00 per hour. | 392.00 |
| 11/20/06 | PREPARE FOR HEARING ON PLAINTIFF'S MOTION TO COMPEL DEPOSITION DATES AND FLAMINGO OBJECTIONS TO DISCOVER. | |
| | J. R. ALDERMAN    .80 hours at  245.00 per hour. | 196.00 |
| 11/20/06 | REVIEW STIPULATION OF MEDIATOR, MARK A. BUCKSTEIN | |
| | G. MOORE*    .10 hours at  85.00 per hour. | 8.50 |
| 11/20/06 | REVIEW ORDER ON FLAMINGO EAST, LTD'S OBJECTIONS TO WINN-DIXIE STORES, INC.'S REQUEST TO PRODUCE NUMBERS 4, 8, 9, 10 AND 12 | |
| | G. MOORE*    .10 hours at  85.00 per hour. | 8.50 |
| 11/20/06 | REVIEW ORDER GRANTING WINN-DIXIE STORES, INC.'S MOTION TO COMPEL DEPOSITION DATES FROM FLAMINGO EAST, LTD. | |
| | G. MOORE*    .10 hours at  85.00 per hour. | 8.50 |
| 11/20/06 | REVIEW ORDERS REGARDING DISCOVERY | |
| | T. WARNER    .20 hours at  345.00 per hour. | 69.00 |

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

ATTORNEYS AT LAW

FED ID 59-1233896

WINN DIXIE STORES, INC                    DECEMBER 28, 2006
STORE NO 242, FLAMINGO EAST, LTD          REF. NO.  50116-25029
INVOICE NUMBER  443169                    PAGE  12

11/20/06  REVIEW STIPULATION REGARDING APPOINTMENT OF
          MEDIATOR
          T. WARNER     .10 hours at  345.00 per hour.              34.50

11/29/06  SEVERAL CORRESPONDENCE WITH CLIENTS REGARDING
          ▄▄▄▄▄▄▄▄▄▄▄▄
          A. M. GRUNSPAN     .30 hours at  345.00 per hour.       103.50

11/30/06  CONTACT SEVERAL COUNSEL REGARDING MEDIATION AND
          MEDIATOR; LETTER TO SAME.
          A. M. GRUNSPAN     .40 hours at  345.00 per hour.       138.00

11/30/06  COORDINATE SCHEDULING OF MEDIATION.
          T. WARNER     .20 hours at  345.00 per hour.             69.00


          TOTAL FEES FOR PROFESSIONAL SERVICES         $13,500.00


## ATTORNEY FEE SUMMARY

| | | | |
|---|---|---|---|
| AMG | A. M. GRUNSPAN | 13.40 hours at  $345.00 = | 4623.00 |
| DJS | D. J. SMITH | 20.30 hours at  $245.00 = | 4973.50 |
| JRA | J. R. ALDERMAN | 5.90 hours at  $245.00 = | 1445.50 |
| GM* | G. MOORE* | 2.40 hours at  $85.00 = | 204.00 |
| TW | T. WARNER | 5.40 hours at  $345.00 = | 1863.00 |
| SS* | S. SMITH* | 4.60 hours at  $85.00 = | 391.00 |
| | TOTALS | 52.00 | $13,500.00 |

**COSTS INCURRED ON YOUR BEHALF AS POSTED NOVEMBER 30, 2006**

|  |  |  |
|---|---|---|
| | COPYING COST | 94.00 |
| | FAX | 73.00 |
| | POSTAGE | 17.00 |
| | TELEPHONE | 3.78 |
| 10/31/06 | MESSENGER CHARGES | 21.52 |
| 11/16/06 | COURT REPORTER CHARGE - VENDOR: FERNANDEZ & ASSOCIATES, INC | 80.00 |
| 11/29/06 | COURT REPORTER CHARGE - VENDOR: KLEIN, BURY, REIF, APPLEBAUM & ASSOCIATES, INC. , HEARING 11/13/06 | 75.00 |
| 10/26/06 | EXPRESS MAIL | 33.50 |

          TOTAL COSTS AS POSTED THROUGH NOVEMBER 30, 2006       $397.80
                                                               ------------

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    DECEMBER 28, 2006
STORE NO 242, FLAMINGO EAST, LTD          REF. NO.  50116-25029
INVOICE NUMBER   443169                   PAGE   13


                    TOTAL AMOUNT DUE THIS INVOICE      $13,897.80
                                                      ============

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

```
WINN DIXIE STORES, INC              DECEMBER 28, 2006
5050 EDGEWOOD COURT                 ALAN M. GRUNSPAN
JACKSONVILLE, FL  32254             REF. NO.  50116-23463
                                    INVOICE NUMBER  443159
```

**RE:  NOBLE MANAGEMENT COMPANY, STORE 2260**

```
LEGAL  SERVICES  POSTED  THROUGH  11/30/06       $11,979.00
COSTS  ADVANCED  POSTED  THROUGH  11/30/06          $437.00
                                                 ------------
          CURRENT  INVOICE  TOTAL                $12,416.00
                                                 ============
```

**\*\*\* REMITTANCE COPY \*\*\***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

ATTORNEYS AT LAW

WINN DIXIE STORES, INC
NOBLE MANAGEMENT COMPANY, STORE 2260
INVOICE NUMBER   443159

DECEMBER 28, 2006
REF. NO.  50116-23463
PAGE    1

**PROFESSIONAL SERVICES AS POSTED THROUGH NOVEMBER 30, 2006**

| | | |
|---|---|---|
| 11/01/06 | SEVERAL CORRESPONDENCE WITH CLIENT REGARDING ▮▮▮▮▮ | |
| | A. M. GRUNSPAN   .30 hours at  345.00 per hour. | 103.50 |
| 11/01/06 | REVIEW LIST OF FLORIDA DOLLAR GENERAL STORES IN WINN-DIXIE CENTERS FOR COMPLIANCE WITH DISCOVERY REQUESTS. | |
| | A. M. GRUNSPAN   .20 hours at  345.00 per hour. | 69.00 |
| 11/01/06 | LETTER TO CLIENT REGARDING ▮▮▮▮▮ | |
| | A. M. GRUNSPAN   .50 hours at  345.00 per hour. | 172.50 |
| 11/01/06 | CONFERENCE WITH AMG RE: ▮▮▮▮▮ | |
| | D. J. SMITH    .20 hours at  245.00 per hour. | 49.00 |
| 11/01/06 | REVIEW AND UPDATE ALL DISCOVERY FOLDERS. | |
| | S. SMITH*   2.10 hours at  85.00 per hour. | 178.50 |
| 11/02/06 | REVIEW FILE, PARTICULARLY DEPOSITIONS IN CONNECTION WITH DISCOVERY HEARINGS AND TRIAL PREPARATION. | |
| | J. R. ALDERMAN   3.70 hours at  245.00 per hour. | 906.50 |
| 11/02/06 | REVIEW FILE FROM THE MIAMI OFFICE IN PREPARATION FOR TRIAL FOR ATTORNEY WARNER | |
| | G. MOORE*   .80 hours at  85.00 per hour. | 68.00 |
| 11/02/06 | REVIEW FILE REGARDING DISCOVERY ISSUES AND RESPONSE TO LANDLORD'S REQUESTS AND SCHEDULING | |
| | T. WARNER   .10 hours at  345.00 per hour. | 34.50 |
| 11/03/06 | STUDY AND REVIEW DOLGENCORP'S SUPPLEMENTAL RESPONSE TO INTERROGATORIES REGARDING GROCERY SALES | |
| | T. WARNER   .20 hours at  345.00 per hour. | 69.00 |
| 11/04/06 | STUDY AND REVIEW LETTER TO WILKINS REGARDING DISCOVERY ISSUES AND OBJECTIONS | |
| | T. WARNER   .20 hours at  345.00 per hour. | 69.00 |

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an [*] were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

| | |
|---|---|
| WINN DIXIE STORES, INC | DECEMBER 28, 2006 |
| NOBLE MANAGEMENT COMPANY, STORE 2260 | REF. NO.  50116-23463 |
| INVOICE NUMBER   443159 | PAGE    2 |

11/06/06  REVIEW SUPPLEMENTAL ANSWERS TO INTERROGATORIES.
          A. M. GRUNSPAN   .60 hours at  345.00 per hour.                    207.00

11/06/06  MEET WITH CO-COUNSEL TO ████████████████
          ████████████████████████████████████████
          ████████████████████████████████████████
          A. M. GRUNSPAN   .50 hours at  345.00 per hour.                    172.50

11/06/06  CONTACT J. CASTLE, P. WINDHAM, C. IBOLD, M.
          RICHARD AND J. MOLAISON REGARDING ████████████
          ████████████.
          A. M. GRUNSPAN   .80 hours at  345.00 per hour.                    276.00

11/06/06  SEVERAL LETTERS TO CLIENTS REGARDING ████████
          ████████████████████
          A. M. GRUNSPAN   .40 hours at  345.00 per hour.                    138.00

11/06/06  CONTACTED BY B. REYNOLDS TO EXPLAIN ERROR IN
          DOLLAR GENERAL'S SUPPLEMENTAL RESPONSES.
          A. M. GRUNSPAN   .30 hours at  345.00 per hour.                    103.50

11/06/06  SEVERAL E-MAILS WITH CO-COUNSEL TO ████████████.
          A. M. GRUNSPAN   .50 hours at  345.00 per hour.                    172.50

11/06/06  CONTACT DAVID J. SMITH ██████████████████████
          REGARDING ████████████████████████████
          A. M. GRUNSPAN   .40 hours at  345.00 per hour.                    138.00

11/06/06  SEVERAL LETTERS FROM OPPOSING COUNSEL REGARDING
          DEPOSITIONS OF WINN-DIXIE REPRESENTATIVES IN
          SEVERAL CATEGORIES.
          A. M. GRUNSPAN   .30 hours at  345.00 per hour.                    103.50

11/06/06  LETTER TO B. REYNOLDS REGARDING SUPPLEMENTAL
          ANSWERS TO INTERROGATORIES AND QUESTIONS
          REGARDING SAME.
          A. M. GRUNSPAN   .40 hours at  345.00 per hour.                    138.00

11/06/06  REVIEW NOBLE MANAGEMENT'S SUPPLEMENTAL RESPONSE
          TO WINN DIXIE STORES, INC.'S FIRST SET OF
          INTERROGATORIES
          G. MOORE*    .10 hours at  85.00 per hour.                           8.50

# CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                          DECEMBER 28, 2006
NOBLE MANAGEMENT COMPANY, STORE 2260            REF. NO.  50116-23463
INVOICE NUMBER  443159                          PAGE    3


11/06/06  REVIEW DOLGENCORP, INC.'S UNVERIFIED
          SUPPLEMENTAL RESPONSE TO WINN DIXIE STORES,
          INC.'S FIRST SET OF INTERROGATORIES
          G. MOORE*    .20 hours at  85.00 per hour.                17.00

11/06/06  REVIEW LETTER TO GRUMER AND NORMAN SUGGESTING
          MEDIATORS.
          T. WARNER    .10 hours at  345.00 per hour.               34.50

11/06/06  REVIEW DOLGENCORP'S SUPPLEMENTAL INTERROGATORY
          RESPONSES REGARDING GROCERIES AND SALES; REVIEW
          GRUNSPAN'S COMMENTS; REVIEW REYNOLD'S RESPONSE.
          T. WARNER    .30 hours at  345.00 per hour.              103.50

11/07/06  CONTACT DAVID J. SMITH REGARDING ███████████
          ████████████████████████████████████████
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.          69.00

11/07/06  REVIEW ORDER ON DOLLAR GENERAL DISCOVERY
          OBJECTIONS.
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.          69.00

11/07/06  PREPARE MEMORANDUM TO FILE REGARDING LENGTH OF
          TO DO LIST FOR DISCOVERY.
          A. M. GRUNSPAN    .70 hours at  345.00 per hour.         241.50

11/07/06  CONTACT DAVID J. SMITH REGARDING ███████████
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.         138.00

11/07/06  SEVERAL LETTERS TO CLIENTS REGARDING ███████
          ████████████████████████████████████████
          A. M. GRUNSPAN    .90 hours at  345.00 per hour.         310.50

11/07/06  CONTINUE REVIEW OF DEPOSITIONS OF LOIS
          WILLIAMS, STEVE BOM AND KEN CLARK.
          A. M. GRUNSPAN    2.10 hours at  345.00 per hour.        724.50

11/07/06  REVIEW ORDER ON DOLLAR GENERAL'S OBJECTIONS TO
          WINN-DIXIE'S INTERROGATORY NUMBERS 5, 7, 8, 11,
          13, 14 & 18 AND WINN-DIXIE'S REQUEST TO PRODUCE
          NUMBERS 22 - 35
          G. MOORE*    .20 hours at  85.00 per hour.                17.00


### CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

ATTORNEYS AT LAW

WINN DIXIE STORES, INC
NOBLE MANAGEMENT COMPANY, STORE 2260
INVOICE NUMBER  443159

DECEMBER 28, 2006
REF. NO.  50116-23463
PAGE  4

| | | |
|---|---|---:|
| 11/07/06 | REVIEW FILE REGARDING PROPOSED MOTION TO INTERVENE AND STRATEGY.<br>T. WARNER    .40 hours at  345.00 per hour. | 138.00 |
| 11/07/06 | REVIEW ORDER REGARDING DISCOVERY ISSUES.<br>T. WARNER    .10 hours at  345.00 per hour. | 34.50 |
| 11/08/06 | CONTACT DAVID J. SMITH REGARDING ███████<br>███████████████  345.00 per hour.<br>A. M. GRUNSPAN    .20 hours at  345.00 per hour. | 69.00 |
| 11/08/06 | REVIEW SUPPLEMENTAL PRODUCTION BY LL NOBLE.<br>D. J. SMITH    .70 hours at  245.00 per hour. | 171.50 |
| 11/08/06 | RECEIPT AND REVIEW OF LETTER AND SUPPLEMENTAL PRODUCTION FROM NOBLE.<br>J. R. ALDERMAN    .50 hours at  245.00 per hour. | 122.50 |
| 11/08/06 | INSTRUCTIONS REGARDING AMENDMENTS AND ADDITIONS TO EXHIBIT IN LIGHT OF SUPPLEMENTAL PRODUCTION FROM NOBLE MANAGEMENT.<br>T. WARNER    .20 hours at  345.00 per hour. | 69.00 |
| 11/08/06 | REVIEW FILE REGARDING NOBLE'S SUPPLEMENTAL PRODUCTION OF DOCUMENTS.<br>T. WARNER    .30 hours at  345.00 per hour. | 103.50 |
| 11/08/06 | REVIEW SUPPLEMENTAL INTERROGATORIES ANSWERS BY DOLLAR GENERAL.<br>T. WARNER    .10 hours at  345.00 per hour. | 34.50 |
| 11/08/06 | RECEIVE NOBLE'S SUPPLEMENTAL RESPONSE, REVIEW DOCUMENTS, PREPARE WORKING COPY FOR LOGGING IN, UPDATE DISCOVERY FOLDERS.<br>S. SMITH*    1.50 hours at  85.00 per hour. | 127.50 |
| 11/09/06 | REVIEW E-DISCOVERY AND BURDEN AFFIDAVIT IN RESPONSE TO LANDLORD AND DOLLAR GENERAL DISCOVERY.<br>A. M. GRUNSPAN    .30 hours at  345.00 per hour. | 103.50 |
| 11/09/06 | REVIEW LEFEVER DEPOSITION FOR PURPOSE OF RESPONDING TO LANDLORD'S COUNSEL REQUEST FOR SEVERAL WINN-DIXIE CORPORATE REPRESENTATIVES.<br>A. M. GRUNSPAN    1.10 hours at  345.00 per hour. | 379.50 |
| 11/09/06 | CONTACT COUNSEL FOR LANDLORD REGARDING SAME.<br>A. M. GRUNSPAN    .10 hours at  345.00 per hour. | 34.50 |

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC
NOBLE MANAGEMENT COMPANY, STORE 2260
INVOICE NUMBER  443159

DECEMBER 28, 2006
REF. NO.  50116-23463
PAGE   5

---

11/09/06  REVIEW B. REYNOLDS REVISED POWER POINT FOR
          TRIAL TESTIMONY.
          A. M. GRUNSPAN    .70 hours at  345.00 per hour.          241.50

11/09/06  REVIEW AND REVISE NECESSARY AFFIDAVITS OF
          BURDEN FOR NOBLE PRODUCTION.
          D. J. SMITH    .40 hours at  245.00 per hour.              98.00

11/09/06  REVIEW NOBLE'S SUPPLEMENTAL INTERROGATORY
          ANSWERS AND COMPARE TO PREVIOUS ANSWERS.
          D. J. SMITH    .30 hours at  245.00 per hour.              73.50

11/09/06  REVIEW DOLGENCORP'S VERIFIED SUPPLEMENTAL
          RESPONSES TO PLAINTIFF'S FIRST SET OF
          INTERROGATORIES
          G. MOORE*    .30 hours at  85.00 per hour.                 25.50

11/09/06  BEGIN TO REVIEW NOBLE'S SUPPLEMENTAL RESPONSE
          TO WINN-DIXIE STORES, INC.'S REQUEST FOR
          PRODUCTION
          G. MOORE*    .30 hours at  85.00 per hour.                 25.50

11/09/06  REVIEW E-MAIL CORRESPONDENCE FROM ATTORNEY
          GRUNSPAN, ATTORNEY ALDERMAN AND ATTORNEY SMITH
          REGARDING
          G. MOORE*    .20 hours at  85.00 per hour.                 17.00

11/09/06  BEGIN SUMMARIZING DEPOSITION OF WILLIAM RILEY.
          L. GOLDSTEIN*    2.20 hours at  85.00 per hour.           187.00

11/09/06  REVIEW DOLGENCORP'S SUPPLEMENTAL RESPONSE TO
          INTERROGATORIES - PREPARE FOR DISCOVERY FOLDERS
          AND UPDATE DISCOVERY LOG.
          S. SMITH*    .20 hours at  85.00 per hour.                 17.00

11/10/06  REVIEW OUTSTANDING DISCOVERY REQUESTS BETWEEN
          WD, FAMILY DOLLAR AND LL.
          D. J. SMITH    .50 hours at  245.00 per hour.             122.50

11/10/06  REVIEW CORRESPONDENCE FROM ROBERT W. WILKINS
          REGARDING DEFENDANT'S SUPPLEMENTAL RESPONSES TO
          PLAINTIFF'S FIRST SET OF INTERROGATORIES
          G. MOORE*    .10 hours at  85.00 per hour.                  8.50

11/10/06  FINISH SUMMARIZING DEPOSITION OF WILLIAM RILEY;
          PROOFREAD, PRINT, AND DISTRIBUTE TO APPROPRIATE
          PARTIES.
          L. GOLDSTEIN*    4.10 hours at  85.00 per hour.           348.50

---

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                    DECEMBER 28, 2006
NOBLE MANAGEMENT COMPANY, STORE 2260      REF. NO.  50116-23463
INVOICE NUMBER  443159                    PAGE    6

11/10/06  REVIEW SUPPLEMENTAL INTERROGATORY ANSWERS
          SERVED BY NOBLE MANAGEMENT.
          T. WARNER     .20 hours at  345.00 per hour.              69.00

11/13/06  REVIEW DEPOSITION OF B. RILEY FOR TRIAL
          PREPARATION.
          A. M. GRUNSPAN   1.10 hours at  345.00 per hour.         379.50

11/13/06  REVIEW SUPPLEMENTAL ANSWERS TO INTERROGATORIES
          BY LANDLORD AND PREPARE MEMORANDUM TO TOM
          WARNER REGARDING SAME.
          A. M. GRUNSPAN    .70 hours at  345.00 per hour.         241.50

11/13/06  E-MAIL FROM TRIAL TEAM REGARDING ████████████

          T. WARNER     .10 hours at  345.00 per hour.              34.50

11/14/06  CONTACTED BY OPPOSING COUNSEL REGARDING
          SUPPLEMENTAL ANSWERS TO INTERROGATORIES AND
          DEPOSITIONS.
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.          69.00

11/14/06  REVIEW DISCOVERY FROM WILKINS. CONFER WITH AMG,
          RE- ████████████████.
          J. R. ALDERMAN    .30 hours at  245.00 per hour.          73.50

11/15/06  REVIEW CORRESPONDENCE FROM ATTORNEY W. DREW
          SORRELL AND DOLGENCORP'S SUPPLEMENTAL RESPONSE
          TO PLAINTIFF'S INTERROGATORY NUMBER FIVE
          G. MOORE*     .20 hours at  85.00 per hour.               17.00

11/15/06  REVIEW CORRESPONDENCE FROM ATTORNEY SEENEY
          REGARDING DISC OF DOLLAR GENERAL'S DOCUMENTS
          RESPONSIVE TO WINN-DIXIE'S REQUEST FOR
          PRODUCTION NUMBERS 22-35 PURSUANT TO THE
          COURT'S OCTOBER 31, 2006 ORDER
          G. MOORE*     .10 hours at  85.00 per hour.                8.50

11/15/06  REVIEW CASE STATUS WITH ATTORNEY WARNER AND
          PRIORITIZING THINGS TO BE DONE IN PREPARATION
          FOR TRIAL
          G. MOORE*     .10 hours at  85.00 per hour.                8.50

11/15/06  CONTINUE TO REVIEW NOBLE MANAGEMENT COMPANY'S
          SUPPLEMENTAL RESPONSE TO WINN-DIXIE STORES,
          INC.'S REQUEST FOR PRODUCTION
          G. MOORE*     .90 hours at  85.00 per hour.               76.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

ATTORNEYS AT LAW

WINN DIXIE STORES, INC                    DECEMBER 28, 2006
NOBLE MANAGEMENT COMPANY, STORE 2260      REF. NO.  50116-23463
INVOICE NUMBER  443159                    PAGE    7


11/15/06  DUPLICATE CD; LABEL. REQUESTED BY J. ALDERMAN.
          PERFORMED BY N BASKERVILLE
             CLIENT TECH LEVEL 2*    .20 hours at  65.00 per hour.    13.00

11/15/06  TRIAL TEAM MEETING RE ███████████████████
          ████████████
             T. WARNER    .20 hours at  345.00 per hour.             69.00

11/16/06  BEGIN SUMMARIZING DEPOSITION #1 OF ANDREW
          SHEDLIN.
             L. GOLDSTEIN*  8.80 hours at  85.00 per hour.          748.00

11/17/06  REVIEW CASES ON LACK OF FOUNDATION FOR DOLLAR
          GENERAL'S EXPERT'S TESTIMONY.
             A. M. GRUNSPAN    .60 hours at  345.00 per hour.       207.00

11/17/06  FINISH SUMMARIZING DEPOSITION #1 OF ANDREW
          SHEDLIN; PROOFREAD, PRINT, AND DISTRIBUTE TO
          APPROPRIATE PARTIES.
             L. GOLDSTEIN*  6.20 hours at  85.00 per hour.          527.00

11/17/06  SUMMARIZE DEPOSITION #2 OF ANDREW SHEDLIN;
          PROOFREAD, PRINT, AND DISTRIBUTE TO APPROPRIATE
          PARTIES.
             L. GOLDSTEIN*  1.40 hours at  85.00 per hour.          119.00

11/18/06  UPDATE DISCOVERY FOLDERS AND DISCOVERY STATUS
          LOG.
             L. GOLDSTEIN*    .80 hours at  85.00 per hour.          68.00

11/20/06  SEVERAL CORRESPONDENCE TO T. WARNER REGARDING
          ████████████████████████████████████████████
             A. M. GRUNSPAN    .30 hours at  345.00 per hour.       103.50

11/20/06  REVIEW CASE LAW ON CONTRACT INTERPRETATION FOR
          SUPERFLUOUS TERMS.
             A. M. GRUNSPAN    .40 hours at  345.00 per hour.       138.00

11/20/06  REVIEW LANDLORD'S PROPOSAL FOR SETTLEMENT.
             A. M. GRUNSPAN    .30 hours at  345.00 per hour.       103.50

11/20/06  LETTER TO CLIENT REGARDING ███████
             A. M. GRUNSPAN    .10 hours at  345.00 per hour.        34.50

11/20/06  COMPLETE REVIEW AND ANALYSIS OF OPPOSING EXPERT
          SHEDLIN'S DISCOVERY AND TRIAL DEPOSITIONS.
             A. M. GRUNSPAN  1.20 hours at  345.00 per hour.        414.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### A T T O R N E Y S   A T   L A W

WINN DIXIE STORES, INC                    DECEMBER 28, 2006
NOBLE MANAGEMENT COMPANY, STORE 2260      REF. NO.  50116-23463
INVOICE NUMBER  443159                    PAGE   8

11/20/06 LEASE LANGUAGE REVIEW FOR SPECIFIC PROVISIONS
         AT REQUEST OF AMG.
         D. J. SMITH     .40 hours at  245.00 per hour.              98.00

11/20/06 OCTOBER BILL REVIEW AND REVISIONS AS PER AMG.
         D. J. SMITH   1.20 hours at  245.00 per hour.             294.00

11/20/06 REVIEW NOBLE MANAGEMENT COMPANY'S PROPOSAL FOR
         SETTLEMENT TO WINN-DIXIE STORES, INC. WITH
         ATTACHED PROPOSED JOINT STIPULATION TO AMEND
         COMPLAINT BY INTERLINEATION TO DROP COUNT IV
         FOR MONEY DAMAGES AGAINST NOBLE MANAGEMENT
         COMPANY AND PROPOSED LIMITED RELEASE
         G. MOORE*     .20 hours at  85.00 per hour.                17.00

11/20/06 REVIEW PRIOR ORDER SETTING CASE FOR NON-JURY
         TRIAL AND ORDER RESCHEDULING TRIAL TO MAKE SURE
         ALL DEADLINES HAVE BEEN NOTED
         G. MOORE*     .50 hours at  85.00 per hour.                42.50

11/20/06 REVIEW PROPOSAL FOR SETTLEMENT FROM NOBLE
         MANAGEMENT; INSTRUCTIONS REGARDING REPLY
         T. WARNER     .20 hours at  345.00 per hour.               69.00

11/20/06 REVIEW SHEDLIN DEPO EXHIBITS AND NOTES
         T. WARNER     .30 hours at  345.00 per hour.              103.50

11/20/06 REVIEW CALENDARING OF DATES FOR PRE-TRIAL
         COMPLIANCE AND DEADLINES; INSTRUCTIONS
         REGARDING TRIAL PREPARATION
         T. WARNER     .20 hours at  345.00 per hour.               69.00

11/21/06 REVIEW NOBLE PROPOSAL FOR SETTLEMENT AND
         ATTACHED SETTLEMENT DOCUMENTS.
         A. M. GRUNSPAN     .20 hours at  345.00 per hour.          69.00

11/21/06 REVIEW NOBLE REVISED SUPPLEMENTAL ANSWER TO
         INTERROGATORIES AND PRODUCTION OF DOCUMENTS.
         A. M. GRUNSPAN     .70 hours at  345.00 per hour.         241.50


         TOTAL FEES FOR PROFESSIONAL SERVICES           $11,979.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### A T T O R N E Y S   A T   L A W

FED. ID 59-1233896

| | |
|---|---|
| WINN DIXIE STORES, INC | DECEMBER 28, 2006 |
| NOBLE MANAGEMENT COMPANY, STORE 2260 | REF. NO.  50116-23463 |
| INVOICE NUMBER  443159 | PAGE    9 |

### ATTORNEY FEE SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 17.90 hours at | $345.00 = | | 6175.50 |
| DJS | D. J. SMITH | 3.70 hours at | $245.00 = | | 906.50 |
| JRA | J. R. ALDERMAN | 4.50 hours at | $245.00 = | | 1102.50 |
| GM* | G. MOORE* | 4.20 hours at | $85.00 = | | 357.00 |
| LG* | L. GOLDSTEIN* | 23.50 hours at | $85.00 = | | 1997.50 |
| CTS* | CLIENT TECH LEVEL 2* | 0.20 hours at | $65.00 = | | 13.00 |
| TW | T. WARNER | 3.20 hours at | $345.00 = | | 1104.00 |
| SS* | S. SMITH* | 3.80 hours at | $85.00 = | | 323.00 |
| | TOTALS | 61.00 | | | $11,979.00 |

### COSTS INCURRED ON YOUR BEHALF AS POSTED NOVEMBER 30, 2006

| | | |
|---|---|---|
| | COPYING COST | 111.00 |
| | POSTAGE | 8.54 |
| | TELEPHONE | 4.66 |
| 11/02/06 | MESSENGER CHARGES | 96.54 |
| 11/16/06 | LITIGATION SUPPORT - THREE CDS.  REQUESTED BY J. ALDERMAN | 6.00 |
| 11/10/06 | COPYING COST - VENDOR: MINIT PRINT | 210.26 |

TOTAL COSTS AS POSTED THROUGH NOVEMBER 30, 2006          $437.00
                                                        ------------

**TOTAL AMOUNT DUE THIS INVOICE      $12,416.00**
                                     ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

DECEMBER 28, 2006
ALAN M. GRUNSPAN
REF. NO.  50116-23462
INVOICE NUMBER  443158

RE:  DOLLAR GENERAL INVESTIGATIVE

| | |
|---|---:|
| LEGAL SERVICES POSTED THROUGH 11/30/06 | $2,519.00 |
| COSTS ADVANCED POSTED THROUGH 11/30/06 | $18.73 |
| | ------------ |
| **CURRENT INVOICE TOTAL** | **$2,537.73** |
| | ============ |

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    DECEMBER 28, 2006
DOLLAR GENERAL INVESTIGATIVE              REF. NO.  50116-23462
INVOICE NUMBER  443158                    PAGE   1

**PROFESSIONAL SERVICES AS POSTED THROUGH NOVEMBER 30, 2006**

11/01/06  REVIEW PREVIOUS MEMOS AND OTHER MATERIALS FOR
          INFORMATION ON STORES ███ AND ███ AT REQUEST
          OF AMG.
          D. J. SMITH    .60 hours at  245.00 per hour.              147.00

11/01/06  E-MAILS TO/FROM AMG RE: ██████████████
          D. J. SMITH    .20 hours at  245.00 per hour.               49.00

11/01/06  REVIEW MATERIALS AND PREPARE UPDATED LIST OF
          CENTERS WITH DOLLAR GENERAL STORES AT REQUEST
          OF AMG.
          D. J. SMITH    .90 hours at  245.00 per hour.              220.50

11/08/06  REVIEW E-MAILS AND STORE LISTS AT REQUEST OF
          AMG RE: █████████████████
          D. J. SMITH   1.40 hours at  245.00 per hour.              343.00

11/08/06  DISCUSS BRIEFLY SPECIFIC CIRCUMSTANCE █████████
          ████████████████████████████████████████████
          ████████████████████████████████████████████
          D. S. DROBNER    .20 hours at  345.00 per hour.             69.00

11/09/06  PREPARE MEMORANDUM TO AMG WITH ████████████
          ████████████████████████████
          D. J. SMITH   1.50 hours at  245.00 per hour.              367.50

11/09/06  REVIEW FILES AND MEMORANDA FROM 2003 AND 2004
          IN ORDER TO PREPARE ████████████████████ FOR
          AMG.
          D. J. SMITH   1.80 hours at  245.00 per hour.              441.00

11/10/06  PREPARE STORE LISTS AT REQUEST OF AMG RE:
          ████████████████████████████████
          D. J. SMITH   1.10 hours at  245.00 per hour.              269.50

11/13/06  E-MAILS TO/FROM EXPERTS AND OTHERS RE: TOTAL
          FEES INCURRED TO DATE ON ALL DOLLAR STORE
          CASES.
          D. J. SMITH    .80 hours at  245.00 per hour.              196.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

| | |
|---|---|
| WINN DIXIE STORES, INC | DECEMBER 28, 2006 |
| DOLLAR GENERAL INVESTIGATIVE | REF. NO.  50116-23462 |
| INVOICE NUMBER  443158 | PAGE   2 |

11/13/06 E-MAIL TO AMG RE' ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

       D. J. SMITH    .20 hours at  245.00 per hour.          49.00

11/20/06 RESEARCH POTENTIAL FOR ▓▓▓▓▓▓▓▓▓▓▓▓▓
              AT REQUEST OF AMG.
       D. J. SMITH   1.20 hours at  245.00 per hour.      294.00

11/20/06 E-MAIL TO AMG WITH ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
       D. J. SMITH    .30 hours at  245.00 per hour.       73.50

       TOTAL FEES FOR PROFESSIONAL SERVICES        $2,519.00

## ATTORNEY FEE SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| DJS | D. J. SMITH | 10.00 hours at | $245.00 = | 2450.00 |
| DSD | D. S. DROBNER | 0.20 hours at | $345.00 = | 69.00 |
| | TOTALS | 10.20 | | $2,519.00 |

### COSTS INCURRED ON YOUR BEHALF AS POSTED NOVEMBER 30, 2006

11/14/06 EXPRESS MAIL               18.73

       TOTAL COSTS AS POSTED THROUGH NOVEMBER 30, 2006   $18.73
                                          ------------

               TOTAL AMOUNT DUE THIS INVOICE    $2,537.73
                                          ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

**PLEASE REMIT TO:**
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

---

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL   32254

DECEMBER 28, 2006
ALAN M. GRUNSPAN
REF. NO.   50116-23458
INVOICE NUMBER   443157


RE:   GENERAL MATTERS


LEGAL SERVICES POSTED THROUGH 11/30/06          $5,208.00
COSTS ADVANCED POSTED THROUGH 11/30/06             $58.40
                                              ------------

            CURRENT INVOICE TOTAL              $5,266.40
                                              ============


*** REMITTANCE COPY ***


Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
GENERAL MATTERS
INVOICE NUMBER  443157

DECEMBER 28, 2006
REF. NO.  50116-23458
PAGE    1

## PROFESSIONAL SERVICES AS POSTED THROUGH NOVEMBER 30, 2006

11/01/06  SEVERAL CORRESPONDENCE WITH CLIENT REGARDING
          ███████████████  AND WITH DAVID J. SMITH
          A. M. GRUNSPAN      .40 hours at   345.00 per hour.              138.00

11/02/06  SEVERAL COMMUNICATIONS WITH T. WARNER REGARDING ████
          ████████████████████████████████████████████████████
          A. M. GRUNSPAN      .90 hours at   345.00 per hour.              310.50

11/06/06  REVIEW PRIOR E-MAILS AND DOCUMENTS TO PREPARE
          FOR CLIENT CONFERENCE.
          A. M. GRUNSPAN      .80 hours at   345.00 per hour.              276.00

11/07/06  SEVERAL COMMUNICATIONS WITH CLIENTS REGARDING
          ████████████████████████████████████████████
          A. M. GRUNSPAN      .80 hours at   345.00 per hour.              276.00

11/07/06  REVIEW LEASE FOR  ████████
          A. M. GRUNSPAN     1.10 hours at   345.00 per hour.              379.50

11/08/06  CONTINUE TO REVIEW LEASE FILES FOR  ████████
          A. M. GRUNSPAN     2.60 hours at   345.00 per hour.              897.00

11/08/06  CONTACT C. IBOLD REGARDING  ████████████████
          A. M. GRUNSPAN      .30 hours at   345.00 per hour.              103.50

11/08/06  LETTER TO CLIENT REGARDING  ██████████████
          ████████████████████████████████████████
          A. M. GRUNSPAN      .40 hours at   345.00 per hour.              138.00

11/09/06  SEVERAL CORRESPONDENCE WITH CLIENTS REGARDING
          ████████████████████████████████████████████
          A. M. GRUNSPAN      .20 hours at   345.00 per hour.               69.00

11/09/06  CONFERENCE WITH DAVID J. SMITH REGARDING
          ████████████████████████████████████████████
          A. M. GRUNSPAN      .30 hours at   345.00 per hour.              103.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                     DECEMBER 28, 2006
GENERAL MATTERS                            REF. NO.  50116-23458
INVOICE NUMBER  443157                     PAGE     2

11/09/06  REVIEW SHORT FORM LEASE TO SHORE UP CLAIM OF
          NOTICE AGAINST OFFENDING TENANT AND LANDLORD AT
          ████ AND COMPARE TO LEASE TERM.
          A. M. GRUNSPAN   .30 hours at  345.00 per hour.          103.50

11/09/06  LETTER TO CLIENTS REGARDING █████████
          ███████ A. M. GRUNSPAN   .30 hours at  345.00 per hour.  103.50

11/09/06  SEVERAL CORRESPONDENCE WITH CLIENTS REGARDING
          ████████████ A. M. GRUNSPAN   .30 hours at  345.00 per hour.  103.50

11/09/06  REVIEW LEASE DOCUMENTS FOR RESTAURANT
          PROHIBITION REGARDING ████
          A. M. GRUNSPAN   .20 hours at  345.00 per hour.           69.00

11/10/06  CONTACT CLIENT REGARDING STRATEGY ██████
          ███████ A. M. GRUNSPAN   .30 hours at  345.00 per hour.  103.50

11/10/06  CONTACT DAVID J. SMITH REGARDING ██████
          ███████ A. M. GRUNSPAN   .30 hours at  345.00 per hour.  103.50

11/13/06  PREPARE INFORMATION FOR CLIENT REGARDING
          A. M. GRUNSPAN   1.90 hours at  345.00 per hour.         655.50

11/13/06  SEVERAL CALLS TO JASON ALDERMAN REGARDING
          █████████████████
          A. M. GRUNSPAN   .30 hours at  345.00 per hour.          103.50

11/14/06  SEVERAL CORRESPONDENCE WITH CLIENT REGARDING
          ██████████████ A. M. GRUNSPAN   .40 hours at  345.00 per hour.  138.00

11/14/06  PREPARE WINN DIXIE INSPECTION REPORT BINDER FOR
          FORWARDING TO JAY CASTLE.
          S. SMITH*   1.20 hours at  85.00 per hour.              102.00

11/16/06  REVIEW PUBLIX RECORDED LEASE MEMORANDA FOR USE
          BY EXPERTS.
          A. M. GRUNSPAN   .40 hours at  345.00 per hour.          138.00

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
GENERAL MATTERS
INVOICE NUMBER  443157

DECEMBER 28, 2006
REF. NO.  50116-23458
PAGE    3

11/16/06  REVISED MOTION AND DATA FOR CLIENT REGARDING
~~███████████████████████~~
          A. M. GRUNSPAN    .70 hours at  345.00 per hour.          241.50

11/21/06  GATHER DATA AND PREPARE ROI AND STRATEGY
          OUTLINE FOR STATUS CONFERENCE WITH CLIENTS.
          A. M. GRUNSPAN  1.60 hours at  345.00 per hour.          552.00


          TOTAL FEES FOR PROFESSIONAL SERVICES          $5,208.00


ATTORNEY FEE SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 14.80 hours at | $345.00 = | 5106.00 |
| SS* | S. SMITH* | 1.20 hours at | $85.00 = | 102.00 |
| | TOTALS | 16.00 | | $5,208.00 |


          **COSTS INCURRED ON YOUR BEHALF AS POSTED NOVEMBER 30, 2006**


          COPYING COST                          58.40

          TOTAL COSTS AS POSTED THROUGH NOVEMBER 30, 2006          $58.40
                                                              ------------

                    **TOTAL AMOUNT DUE THIS INVOICE          $5,266.40**
                                                              ============

# CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID. 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL   32254

DECEMBER 28, 2006
ALAN M. GRUNSPAN
REF. NO.  50116-23457
INVOICE NUMBER   443156

RE:  SUMAR ENTERPRISES, LTD, STORE 295

| | |
|---|---:|
| LEGAL SERVICES POSTED THROUGH 11/30/06 | $1,987.00 |
| COSTS ADVANCED POSTED THROUGH 11/30/06 | $6.39 |
| | ------------- |
| **CURRENT INVOICE TOTAL** | **$1,993.39** |
| | ============ |

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
SUMAR ENTERPRISES, LTD, STORE 295
INVOICE NUMBER   443156

DECEMBER 28, 2006
REF. NO.  50116-23457
PAGE    1

**PROFESSIONAL SERVICES AS POSTED THROUGH NOVEMBER 30, 2006**

| | | |
|---|---|---|
| 11/01/06 | REVIEW MOTION TO COMPEL FILED BY FAMILY DOLLAR. | |
| | A. M. GRUNSPAN    .30 hours at  345.00 per hour. | 103.50 |
| 11/01/06 | CONTACT DAVID J. SMITH REGARDING ▉▉▉▉▉▉ | |
| | A. M. GRUNSPAN    .20 hours at  345.00 per hour. | 69.00 |
| 11/01/06 | E-MAILS TO/FROM T. NORMAN AND V. COCOTAS RE: DISCOVERY HEARING. | |
| | D. J. SMITH    .20 hours at  245.00 per hour. | 49.00 |
| 11/05/06 | REVIEW AND LOG IN DOCUMENTS PRODUCED IN RESPONSE TO REQUEST FOR PRODUCTION. | |
| | L. GOLDSTEIN*   6.40 hours at  85.00 per hour. | 544.00 |
| 11/06/06 | CONTINUE REVIEWING AND LOGGING IN DOCUMENTS PRODUCED IN RESPONSE TO REQUEST FOR PRODUCTION. | |
| | L. GOLDSTEIN*   8.50 hours at  85.00 per hour. | 722.50 |
| 11/08/06 | CONTINUE REVIEWING AND LOGGING IN DOCUMENTS PRODUCED IN RESPONSE TO REQUEST FOR PRODUCTION. | |
| | L. GOLDSTEIN*   2.70 hours at  85.00 per hour. | 229.50 |
| 11/09/06 | REVIEW AND REVISE BURDEN AFFIDAVITS NECESSARY FOR PRODUCTION TO LL IN SUMAR. | |
| | D. J. SMITH    .60 hours at  245.00 per hour. | 147.00 |
| 11/13/06 | FOLLOW UP ON LISTS OF WRITTEN AND OTHER DISCOVERY OWED WD BY FAMILY DOLLAR. | |
| | D. J. SMITH    .50 hours at  245.00 per hour. | 122.50 |

TOTAL FEES FOR PROFESSIONAL SERVICES          $1,987.00

## ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 0.50 hours at | $345.00 = | 172.50 |
| DJS | D. J. SMITH | 1.30 hours at | $245.00 = | 318.50 |
| LG* | L. GOLDSTEIN* | 17.60 hours at | $85.00 = | 1496.00 |
| | TOTALS | 19.40 | | $1,987.00 |

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                          DECEMBER 28, 2006
SUMAR ENTERPRISES, LTD, STORE 295               REF. NO.  50116-23457
INVOICE NUMBER  443156                          PAGE    2


**COSTS INCURRED ON YOUR BEHALF AS POSTED NOVEMBER 30, 2006**


COPYING COST                                    0.60
POSTAGE                                         5.49
TELEPHONE                                       0.30

TOTAL COSTS AS POSTED THROUGH NOVEMBER 30, 2006          $6.39
                                                 ------------

              **TOTAL AMOUNT DUE THIS INVOICE**    **$1,993.39**
                                                 ============


## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS
## ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, Fl 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

DECEMBER 28, 2006
ALAN M. GRUNSPAN
REF. NO.  50116-23455
INVOICE NUMBER  443154

**RE:  YDB THREE LAKES, LC, STORE 210**

LEGAL SERVICES POSTED THROUGH 11/30/06          $1,425.00
COSTS ADVANCED POSTED THROUGH 11/30/06             $23.80
                                               -------------
         **CURRENT INVOICE TOTAL**             **$1,448.80**
                                               ============

**\*\*\* REMITTANCE COPY \*\*\***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (\*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
YDB THREE LAKES, LC, STORE 210
INVOICE NUMBER   443154

DECEMBER 28, 2006
REF. NO.  50116-23455
PAGE   1

## PROFESSIONAL SERVICES AS POSTED THROUGH NOVEMBER 30, 2006

| | | |
|---|---|--:|
| 11/08/06 | REVIEW AGREED ORDER GRANTING PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO FAMILY DOLLAR'S AFFIRMATIVE DEFENSES<br>G. MOORE*    .10 hours at  85.00 per hour. | 8.50 |
| 11/08/06 | REVIEW ORDER GRANTING EXTENSION TO REPLY.<br>T. WARNER    .10 hours at  345.00 per hour. | 34.50 |
| 11/08/06 | REVIEW NOTICE OF UNAVAILABILITY.<br>T. WARNER    .10 hours at  345.00 per hour. | 34.50 |
| 11/10/06 | LETTER TO OPPOSING COUNSEL TODD NORMAN RE: DISCOVERY AND CANCELLATION OF HEARING.<br>D. J. SMITH   .40 hours at  245.00 per hour. | 98.00 |
| 11/10/06 | REVIEW OUTSTANDING DISCOVERY REQUESTS BETWEEN WD, FAMILY DOLLAR AND LL.<br>D. J. SMITH   .50 hours at  245.00 per hour. | 122.50 |
| 11/12/06 | REVIEW FILE AND INSTRUCTIONS REGARDING REPLY TO AFFIRMATIVE DEFENSES.<br>T. WARNER    .20 hours at  345.00 per hour. | 69.00 |
| 11/14/06 | NOTICE OF CANCELLATION OF HEARING.<br>T. WARNER    .10 hours at  345.00 per hour. | 34.50 |
| 11/15/06 | PREPARATION OF MOTION TO STRIKE DEFENDANT FAMILY DOLLAR'S AFFIRMATIVE DEFENSES<br>D. A. MORANDE   1.70 hours at  245.00 per hour. | 416.50 |
| 11/15/06 | REVIEW STATUS OF WINN-DIXIE STORES, INC. RESPONDING TO FAMILY DOLLAR STORES OF FLORIDA'S AFFIRMATIVE DEFENSES<br>G. MOORE*    .10 hours at  85.00 per hour. | 8.50 |
| 11/17/06 | EDITS AND SUGGESTED REVISIONS TO MOTION TO STRIKE AFFIRMATIVE DEFENSES.<br>T. WARNER    .40 hours at  345.00 per hour. | 138.00 |
| 11/20/06 | PREPARATION OF MOTION TO STRIKE CERTAIN AFFIRMATIVE DEFENSES OF FAMILY DOLLAR<br>D. A. MORANDE    .70 hours at  245.00 per hour. | 171.50 |

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                          DECEMBER 28, 2006
YDB THREE LAKES, LC, STORE 210                  REF. NO.  50116-23455
INVOICE NUMBER   443154                         PAGE     2

11/20/06  REVIEW DRAFT MOTION TO STRIKE AFFIRMATIVE
          DEFENSES
          G. MOORE*    .10 hours at  85.00 per hour.                8.50

11/21/06  REVISE MOTION TO STRIKE DEFENSES.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.        103.50

11/21/06  PREPARATION OF MOTION TO STRIKE CERTAIN
          AFFIRMATIVE DEFENSES OF FAMILY DOLLAR
          D. A. MORANDE    .30 hours at  245.00 per hour.          73.50

11/21/06  REVIEW DRAFT MOTION TO STRIKE AFFIRMATIVE
          DEFENSES; APPROVE DRAFT MOTION TO STRIKE
          AFFIRMATIVE DEFENSES.
          T. WARNER    .30 hours at  345.00 per hour.             103.50


          TOTAL FEES FOR PROFESSIONAL SERVICES        $1,425.00


ATTORNEY FEE SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 0.30 hours at | $345.00 = | 103.50 |
| DAM | D. A. MORANDE | 2.70 hours at | $245.00 = | 661.50 |
| DJS | D. J. SMITH | 0.90 hours at | $245.00 = | 220.50 |
| GM* | G. MOORE* | 0.30 hours at | $85.00 = | 25.50 |
| TW | T. WARNER | 1.20 hours at | $345.00 = | 414.00 |
| | TOTALS | 5.40 | | $1,425.00 |

COSTS INCURRED ON YOUR BEHALF AS POSTED NOVEMBER 30, 2006

          COPYING COST                           18.20
          POSTAGE                                 5.60

          TOTAL COSTS AS POSTED THROUGH NOVEMBER 30, 2006     $23.80
                                                          ------------

              TOTAL AMOUNT DUE THIS INVOICE        $1,448.80
                                                  ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

---

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL   32254

DECEMBER 28, 2006
ALAN M. GRUNSPAN
REF. NO.   50116-23456
INVOICE NUMBER   443155


RE:  ROYAL OAKS BRANDON, LTD, STORE 734
     FINAL BILL


LEGAL SERVICES POSTED THROUGH 11/30/06          $661.50
COSTS ADVANCED POSTED THROUGH 11/30/06             $.60
                                             - - - - - - - - - - - -

              CURRENT INVOICE TOTAL            $662.10
                                             ============


*** REMITTANCE COPY ***


Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
ROYAL OAKS BRANDON, LTD, STORE 734
INVOICE NUMBER  443155

DECEMBER 28, 2006
REF. NO.  50116-23456
PAGE  1

## PROFESSIONAL SERVICES AS POSTED THROUGH NOVEMBER 30, 2006

07/06/06  REVIEW OF FILE IN CONNECTION WITH DISCOVERY AND
STATUS MEETING WITH ALAN.
J. R. ALDERMAN    .40 hours at  245.00 per hour.          98.00

08/11/06  REVIEW FILE IN CONNECTION WITH DISCOVERY AND
STATUS REPORT TO AMG.
J. R. ALDERMAN   2.30 hours at  245.00 per hour.         563.50


TOTAL FEES FOR PROFESSIONAL SERVICES              $661.50


ATTORNEY FEE SUMMARY

JRA      J. R. ALDERMAN          2.70 hours at   $245.00 =        661.50
         TOTALS                  2.70                             $661.50


## COSTS INCURRED ON YOUR BEHALF AS POSTED NOVEMBER 30, 2006

COPYING COST                                     0.60

TOTAL COSTS AS POSTED THROUGH NOVEMBER 30, 2006          $.60
                                                 ------------

### TOTAL AMOUNT DUE THIS INVOICE          $662.10
                                           ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

## ATTORNEYS AT LAW

FED. ID 59-1233896

**PLEASE REMIT TO:**
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL   32254

DECEMBER 28, 2006
ALAN M. GRUNSPAN
REF. NO.   50116-23449
INVOICE NUMBER   443153

**RE:  DOLGENCORP, INC, STORE 221**

LEGAL SERVICES POSTED THROUGH 11/30/06          $18,516.00
COSTS ADVANCED POSTED THROUGH 11/30/06             $159.73
                                              - - - - - - - - - - - -
          **CURRENT INVOICE TOTAL**           $18,675.73
                                              ============

**\*\*\* REMITTANCE COPY \*\*\***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
DOLGENCORP, INC, STORE 221
INVOICE NUMBER    443153

DECEMBER 28, 2006
REF. NO.    50116-23449
PAGE    1

## PROFESSIONAL SERVICES AS POSTED THROUGH NOVEMBER 30, 2006

11/01/06  CALL FROM R. REYNOLDS RE: STORE 221 OPERATING
STATEMENTS.
D. J. SMITH    .50 hours at  245.00 per hour.            122.50

11/01/06  REVIEW OPERATING STATEMENTS IN RESPONSE TO
REQUEST BY R. REYNOLDS.
D. J. SMITH    .50 hours at  245.00 per hour.            122.50

11/01/06  MULTIPLE CALLS (X 3) FROM R. REYNOLDS RE: STORE
221 OPERATING STATEMENTS.
D. J. SMITH    .40 hours at  245.00 per hour.             98.00

11/02/06  CONTACT TOM WARNER REGARDING ▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬
A. M. GRUNSPAN    .20 hours at  345.00 per hour.         69.00

11/02/06  MULTIPLE CALLS TO/FROM R. REYNOLDS RE: STORE
OPERATING STATEMENTS FOR YEARS 2002 AND 2004.
D. J. SMITH    .30 hours at  245.00 per hour.             73.50

11/02/06  EMAIL TO LANDLORD'S COUNSEL, RE- ACCEPTANCE OF
SERVICE AND POSTPONEMENT OF SUMMARY JUDGMENT.
J. R. ALDERMAN    .10 hours at  245.00 per hour.         24.50

11/02/06  REVIEW FILE REGARDING LANDLORD'S PENDING MOTION
FOR SUMMARY JUDGMENT
T. WARNER    .10 hours at  345.00 per hour.              34.50

11/07/06  TELEPHONE CONFERENCE WITH COUNSEL FOR FAMILY
DOLLAR REGARDING THEIR APPEARANCE AS AMICUS
CURIAE IN APPEAL
D. A. MORANDE    .10 hours at  245.00 per hour.          24.50

11/07/06  CORRESPONDENCE REGARDING SAME
D. A. MORANDE    .10 hours at  245.00 per hour.          24.50

11/07/06  ANALYSIS OF AMICUS CURIAE BRIEF SUBMITTED BY
PUBLIX
D. A. MORANDE    .10 hours at  245.00 per hour.          24.50

11/07/06  ANALYSIS OF AMICUS CURIAE BRIEF SUBMITTED BY
FOOD MARKETING INSTITUTE
D. A. MORANDE    .70 hours at  245.00 per hour.         171.50

## CARLTON FIELDS, P.A.

### Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
DOLGENCORP, INC, STORE 221
INVOICE NUMBER   443153

DECEMBER 28, 2006
REF. NO.  50116-23449
PAGE    2

---

11/07/06 REVIEW FILE REGARDING APPEAL; REVIEW REQUEST
         FOR AMICUS FILING BY FAMILY DOLLAR;
         INSTRUCTIONS
         T. WARNER      .20 hours at  345.00 per hour.                69.00

11/07/06 REVIEW FILE REGARDING PENDING MOTION FOR
         SUMMARY JUDGMENT BY LL.
         T. WARNER      .10 hours at  345.00 per hour.                34.50

11/09/06 REVIEW FILE AND PLEADINGS REGARDING LL'S MOTION
         FOR SUMMARY JUDGMENT AND POTENTIAL RESPONSE IN
         OPPOSITION.
         T. WARNER     1.00 hours at  345.00 per hour.               345.00

11/10/06 REVIEW LANDLORD'S MOTION FOR SUMMARY JUDGMENT
         AT REQUEST OF AMG.
         D. J. SMITH    .70 hours at  245.00 per hour.               171.50

11/10/06 RESEARCH DAMAGES AS FEES IN ABSENCE OF
         CONTRACTUAL PROVISION.
         D. J. SMITH    .80 hours at  245.00 per hour.               196.00

11/13/06 REVIEW STRATEGY FOR DEFENDING AGAINST
         LANDLORD'S SUMMARY JUDGMENT MOTION.
         A. M. GRUNSPAN  1.00 hours at  345.00 per hour.             345.00

11/13/06 ANALYSIS OF DOLGENCORP'S ANSWER BRIEF FROM
         FOURTH DISTRICT COURT OF APPEAL
         D. A. MORANDE   .10 hours at  245.00 per hour.               24.50

11/13/06 PREPARATION OF REPLY THERETO
         D. A. MORANDE   .10 hours at  245.00 per hour.               24.50

11/13/06 CONFERENCE REGARDING SAME
         D. A. MORANDE   .10 hours at  245.00 per hour.               24.50

11/13/06 CONFERENCE REGARDING RESPONSE IN OPPOSITION TO
         LANDLORD'S MOTION SUMMARY JUDGMENT
         D. A. MORANDE  1.70 hours at  245.00 per hour.              416.50

11/13/06 PREPARE FOR CONFERENCE CALL ON LL'S MOTION FOR
         SUMMARY JUDGMENT.
         D. J. SMITH    .70 hours at  245.00 per hour.               171.50

11/13/06 CONFERENCE CALL ON LL'S MOTION FOR SUMMARY
         JUDGMENT.
         D. J. SMITH    .50 hours at  245.00 per hour.               122.50

---

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
DOLGENCORP, INC, STORE 221
INVOICE NUMBER   443153

DECEMBER 28, 2006
REF. NO.   50116-23449
PAGE   3

11/13/06  RESEARCH OTHER POSSIBLE REMEDIES AVAILABLE TO
          LL IN LIGHT OF LL'S FAILURE TO PUT RESTRICTION
          IN DG LEASE.
          D. J. SMITH    1.20 hours at  245.00 per hour.              294.00

11/13/06  DEVELOP BACKGROUND INFORMATION ON SUCCESSOR LL.
          D. J. SMITH    .40 hours at  245.00 per hour.                98.00

11/13/06  E-MAILS TO/FROM CLIENT RE: ██████████████████
          D. J. SMITH    .20 hours at  245.00 per hour.                49.00

11/13/06  CONFER WITH TOM WARNER, AMG, AND DJS, RE-
          SUMMARY JUDGMENT BY LANDLORD, ANALYSIS OF
          ISSUES.
          J. R. ALDERMAN    .50 hours at  245.00 per hour.            122.50

11/13/06  TELECONFERENCE WITH COUNSEL FOR LANDLORD, RE-
          POSTPONEMENT OF MOTION FOR SUMMARY JUDGMENT.
          CONFER WITH TEW, RE-██████.
          J. R. ALDERMAN    .30 hours at  245.00 per hour.             73.50

11/13/06  REVIEW FILE REGARDING DEADLINE FOR FILING OF
          ANSWER BRIEF
          T. WARNER    .20 hours at  345.00 per hour.                  69.00

11/13/06  REVIEW FILE REGARDING RESPONSE TO SUMMARY
          JUDGMENT MOTION
          T. WARNER    .10 hours at  345.00 per hour.                  34.50

11/13/06  STUDY AND REVIEW ANSWER BRIEF OF DOLGENCORP ON
          APPEAL AND NOTE ISSUES
          T. WARNER    1.50 hours at  345.00 per hour.                517.50

11/13/06  CONFERENCE CALL WITH TRIAL TEAM REGARDING
          ████████████████████████████████
          T. WARNER    .10 hours at  345.00 per hour.                  34.50

11/13/06  CONFERENCE CALL WITH TRIAL TEAM REGARDING
          ████████████████████████████████
          T. WARNER    .10 hours at  345.00 per hour.                  34.50

11/13/06  INSTRUCTIONS REGARDING AFFIDAVIT ON DAMAGES.
          T. WARNER    .20 hours at  345.00 per hour.                  69.00

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
DOLGENCORP, INC, STORE 221
INVOICE NUMBER   443153

DECEMBER 28, 2006
REF. NO.   50116-23449
PAGE     4

| Date | Description | Amount |
|---|---|---|
| 11/13/06 | RESEARCH REGARDING SUCCESSOR LANDLORD LIABILITY.<br>T. WARNER   1.00 hours at  345.00 per hour. | 345.00 |
| 11/14/06 | SEVERAL CORRESPONDENCE WITH JASON ALDERMAN REGARDING ███████████████<br>A. M. GRUNSPAN   .20 hours at  345.00 per hour. | 69.00 |
| 11/14/06 | ANALYSIS OF DOLGENCORP'S ANSWER BRIEF TO THE FOURTH DISTRICT COURT OF APPEAL<br>D. A. MORANDE   .10 hours at  245.00 per hour. | 24.50 |
| 11/14/06 | PREPARATION OF REPLY BRIEF TO THE FOURTH DISTRICT COURT OF APPEAL<br>D. A. MORANDE   .10 hours at  245.00 per hour. | 24.50 |
| 11/14/06 | LEGAL RESEARCH REGARDING SUCCESSOR LIABILITY<br>D. A. MORANDE   .80 hours at  245.00 per hour. | 196.00 |
| 11/14/06 | PREPARATION OF RESPONSE TO LANDLORD'S MOTION FOR SUMMARY JUDGMENT<br>D. A. MORANDE   1.00 hours at  245.00 per hour. | 245.00 |
| 11/14/06 | CONFER WITH AMG, RE- ████████████████████<br>████████████████████████████<br>J. R. ALDERMAN   .20 hours at  245.00 per hour. | 49.00 |
| 11/14/06 | APPEAL-CONTINUE TO ANNOTATE ISSUES IN ANSWER BRIEF.<br>T. WARNER   .80 hours at  345.00 per hour. | 276.00 |
| 11/14/06 | APPEAL-ANALYZE AND ANNOTATE ISSUES IN ANSWER BRIEF.<br>T. WARNER   2.40 hours at  345.00 per hour. | 828.00 |
| 11/14/06 | STUDY AND REVIEW SUCCESSOR L.L. LIABILITY ISSUE.<br>T. WARNER   .20 hours at  345.00 per hour. | 69.00 |
| 11/15/06 | ANALYSIS OF FAMILY DOLLAR'S MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN THE FOURTH DISTRICT COURT OF APPEAL<br>D. A. MORANDE   1.70 hours at  245.00 per hour. | 416.50 |
| 11/15/06 | PREPARATION OF REPLY BRIEF IN THE FOURTH DISTRICT COURT OF APPEAL<br>D. A. MORANDE   1.00 hours at  245.00 per hour. | 245.00 |

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not authorized to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                          DECEMBER 28, 2006
DOLGENCORP, INC, STORE 221                      REF. NO.  50116-23449
INVOICE NUMBER  443153                          PAGE    5

11/15/06  PREPARE FOR CONFERENCE CALL WITH R. REYNOLDS
          RE: 221 HEARING.
          D. J. SMITH    .60 hours at  245.00 per hour.                147.00

11/15/06  REVIEW SEVERAL YEARS WORTH OF SALES AND P & L
          INFORMATION FOR �altext████████ AND COMPARE
          TO KEY DATES.
          D. J. SMITH   2.90 hours at  245.00 per hour.                710.50

11/15/06  REVIEW FAMILY DOLLAR STORES OF FLORIDA'S MOTION
          FOR LEAVE TO FILE AMICUS CURIAE BRIEF
          G. MOORE*     .20 hours at  85.00 per hour.                   17.00

11/15/06  REVIEW FAMILY DOLLAR STORES OF FLORIDA'S NOTICE
          THAT MOTION TO FILE AMICUS BRIEF IS UNOPPOSED
          G. MOORE*     .10 hours at  85.00 per hour.                    8.50

11/15/06  REVIEW STATUS OF SERVICE OF TA CRESTHAVEN, LLC
          WITH THE SUMMONS, AMENDED COMPLAINT AND
          EXHIBITS
          G. MOORE*     .10 hours at  85.00 per hour.                    8.50

11/15/06  REVIEW APPELLEE, DOLGENCORP, INC.'S ANSWER
          BRIEF
          G. MOORE*     .20 hours at  85.00 per hour.                   17.00

11/15/06  REVIEW FILE REGARDING RESCHEDULING HEARING ON
          LANDLORD'S MOTION FOR SUMMARY JUDGMENT AND
          RESPONSE TO MOTION
          T. WARNER     .20 hours at  345.00 per hour.                  69.00

11/15/06  APPEAL - REVIEW FAMILY DOLLAR MOTION TO FILE
          AMICUS BRIEF
          T. WARNER     .10 hours at  345.00 per hour.                  34.50

11/16/06  REVIEW STORE DATA FROM SEVERAL STORES POST
          INJUNCTION OR COMPLIANCE FOR USE IN EXPERT
          DAMAGE ANALYSIS.
          A. M. GRUNSPAN   1.20 hours at  345.00 per hour.             414.00

11/16/06  PREPARE FOR WEBEX CONFERENCE CALL WITH REYNOLDS
          REGARDING SEVERAL ISSUES RELATING TO
          PREPARATION OF AFFIDAVIT IN OPPOSITION TO
          LANDLORDS MOTION FOR SUMMARY JUDGMENT.
          A. M. GRUNSPAN    .90 hours at  345.00 per hour.             310.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services indicated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    DECEMBER 28, 2006
DOLGENCORP, INC, STORE 221                REF. NO.  50116-23449
INVOICE NUMBER  443153                    PAGE    6


11/16/06 SEVERAL CONFERENCES WITH REYNOLDS REGARDING
         LOST PROFITS ANALYSIS IN RESPONSE TO LANDLORD'S
         MOTION FOR SUMMARY JUDGMENT.
         A. M. GRUNSPAN   1.60 hours at  345.00 per hour.            552.00

11/16/06 LEGAL RESEARCH
         D. A. MORANDE   1.00 hours at  245.00 per hour.            245.00

11/16/06 REPLY BRIEF TO FOURTH DISTRICT COURT OF APPEAL
         D. A. MORANDE   1.00 hours at  245.00 per hour.            245.00

11/16/06 PREPARATION OF SAME
         D. A. MORANDE   1.30 hours at  245.00 per hour.            318.50

11/16/06 SECOND CONFERENCE CALL WITH R. REYNOLDS.
         D. J. SMITH    .40 hours at  245.00 per hour.              98.00

11/16/06 OUTLINE POINTS FOR PROPOSED REYNOLDS AFFIDAVIT.
         D. J. SMITH    .50 hours at  245.00 per hour.             122.50

11/16/06 REVIEW AND ANALYZE STORE SALES DATA WITH AMG.
         D. J. SMITH    .50 hours at  245.00 per hour.             122.50

11/16/06 PREPARE FOR CONFERENCE CALL WITH R. REYNOLDS.
         D. J. SMITH    .60 hours at  245.00 per hour.             147.00

11/16/06 CONFERENCE CALL WITH R. REYNOLDS AND AMG.
         D. J. SMITH    .50 hours at  245.00 per hour.             122.50

11/16/06 REVIEW FILE REGARDING FAMILY DOLLAR AMICUS
         REQUEST - ADVISE TRIAL TEAM
         T. WARNER    .20 hours at  345.00 per hour.                69.00

11/17/06 REVIEW UPDATED NUMBERS FROM CLIENT FOR STORE
         161 FOR COMPARISON PURPOSES USING FISCAL YEAR
         2004 DATA.
         A. M. GRUNSPAN   .60 hours at  345.00 per hour.           207.00

11/17/06 PREPARATION OF REPLY BRIEF TO FOURTH DISTRICT
         COURT OF APPEAL
         D. A. MORANDE   1.50 hours at  245.00 per hour.           367.50

11/17/06 DRAFT MOTION FOR STAY. PENDING APPEAL.
         D. J. SMITH    .70 hours at  245.00 per hour.             171.50

11/17/06 MEMORANDUM OF LAW IN SUPPORT OF MOTION TO STAY.
         D. J. SMITH    .80 hours at  245.00 per hour.             196.00

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID. 59-1233896

WINN DIXIE STORES, INC                      DECEMBER 28, 2006
DOLGENCORP, INC, STORE 221                  REF. NO.  50116-23449
INVOICE NUMBER  443153                      PAGE    7

| | |
|---|---|
| 11/17/06 REVIEW STORE SALES INFORMATION AT REQUEST OF AMG.<br>D. J. SMITH    1.20 hours at   245.00 per hour. | 294.00 |
| 11/17/06 E-MAIL TO AMG RE:▬▬▬▬▬▬▬▬<br>D. J. SMITH    .10 hours at   245.00 per hour. | 24.50 |
| 11/17/06 REVIEW CHARTS OF SALES INFORMATION.<br>D. J. SMITH    .60 hours at   245.00 per hour. | 147.00 |
| 11/18/06 PREPARE AFFIDAVIT FOR REYNOLDS IN OPPOSITION TO LANDLORD SUMMARY JUDGMENT MOTION BASED ON ALL SALES DATA AND REYNOLDS INFORMATION.<br>A. M. GRUNSPAN    3.20 hours at   345.00 per hour. | 1104.00 |
| 11/20/06 REVIEW UPDATED CHARTS FROM B. REYNOLDS INCLUDING LENGTHY METHODOLOGY.<br>A. M. GRUNSPAN    .80 hours at   345.00 per hour. | 276.00 |
| 11/20/06 PREPARATION OF REPLY BRIEF TO FOURTH DISTRICT COURT OF APPEAL<br>D. A. MORANDE    .80 hours at   245.00 per hour. | 196.00 |
| 11/20/06 CORRESPONDENCE WITH COUNSEL REGARDING SAME<br>D. A. MORANDE    .80 hours at   245.00 per hour. | 196.00 |
| 11/20/06 E-MAILS TO/FROM CLIENT RE:▬▬▬▬▬▬<br>D. J. SMITH    .20 hours at   245.00 per hour. | 49.00 |
| 11/20/06 PREPARE SALES COMPARISON FOR AMG.<br>D. J. SMITH    .90 hours at   245.00 per hour. | 220.50 |
| 11/20/06 REVIEW DRAFT OUTLINE FOR REPLY BRIEF<br>T. WARNER    .10 hours at   345.00 per hour. | 34.50 |
| 11/20/06 ANALYZE DRAFT OUTLINE FOR REPLY BRIEF<br>T. WARNER    .10 hours at   345.00 per hour. | 34.50 |
| 11/20/06 INSTRUCTIONS REGARDING ISSUES<br>T. WARNER    .20 hours at   345.00 per hour. | 69.00 |
| 11/20/06 INSTRUCTIONS REGARDING DRAFTING<br>T. WARNER    .20 hours at   345.00 per hour. | 69.00 |
| 11/21/06 REVIEW REVISED ANALYTICAL DAMAGE ANALYSIS AND AFFIDAVIT FROM B. REYNOLDS.<br>A. M. GRUNSPAN    2.10 hours at   345.00 per hour. | 724.50 |

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    DECEMBER 28, 2006
DOLGENCORP, INC, STORE 221                REF. NO.  50116-23449
INVOICE NUMBER   443153                   PAGE    8

11/21/06  CONTACT JASON ALDERMAN REGARDING ███████████
          ████████████████████████████████████

          A. M. GRUNSPAN    .30 hours at  345.00 per hour.          103.50

11/21/06  RECEIPT AND REVIEW OF CREST HAVEN TA'S ANSWER
          AND AFFIRMATIVE DEFENSES; AND, JOINDER IN
          MOTION FOR SUMMARY JUDGMENT.
          J. R. ALDERMAN    .20 hours at  245.00 per hour.           49.00

11/21/06  REVIEW ANSWER AND AFFIRMATIVE DEFENSES BY NEW
          LANDLORD DEFENDANT; NOTICE OF JOINDER IN
          SUMMARY JUDGMENT MOTION.
          T. WARNER   .30 hours at  345.00 per hour.                103.50

11/21/06  WORK ON OUTLINE FOR REPLY BRIEF.
          T. WARNER   .20 hours at  345.00 per hour.                 69.00

11/21/06  ANNOTATE ANSWER BRIEF.
          T. WARNER   .20 hours at  345.00 per hour.                 69.00

11/21/06  CHECK AUTHORITIES.
          T. WARNER   .50 hours at  345.00 per hour.                172.50

11/21/06  AMEND OUTLINE.
          T. WARNER   .50 hours at  345.00 per hour.                172.50

11/27/06  CORRESPONDENCE REGARDING ISSUES TO BE RAISED IN
          REPLY BRIEF TO THE FOURTH DISTRICT COURT OF
          APPEAL
          D. A. MORANDE    .20 hours at  245.00 per hour.            49.00

11/27/06  REVIEW STATUS OF WORK FOR APPEAL AND RESEARCH
          WITH ATTORNEY WARNER AND ATTORNEY MORANDE
          G. MOORE*   .10 hours at  85.00 per hour.                   8.50

11/27/06  WORK ON REPLY; INSTRUCTIONS REGARDING DRAFT AND
          DEADLINES; INSTRUCTIONS REGARDING DEADLINES.
          T. WARNER   .30 hours at  345.00 per hour.                103.50

11/28/06  REVISE MOTION TO STAY LANDLORD HEARING ON
          SUMMARY JUDGMENT MOTION.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.          138.00

11/28/06  SEVERAL CORRESPONDENCE WITH CLIENT REGARDING
          ██████████
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.          138.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

# CARLTON FIELDS

FED. ID 59-1233896

ATTORNEYS AT LAW

WINN DIXIE STORES, INC                                    DECEMBER 28, 2006
DOLGENCORP, INC, STORE 221                               REF. NO.  50116-23449
INVOICE NUMBER  443153                                  PAGE     9

| | | |
|---|---|---:|
| 11/28/06 | PREPARATION OF REPLY BRIEF TO FOURTH DISTRICT COURT OF APPEAL<br>D. A. MORANDE   .50 hours at  245.00 per hour. | 122.50 |
| 11/28/06 | REVIEW WINN DIXIE STORES, INC.'S MOTION TO STAY SUMMARY JUDGMENT HEARING PENDING APPEAL<br>G. MOORE*   .10 hours at  85.00 per hour. | 8.50 |
| 11/28/06 | REVIEW REVISIONS TO MOTION TO STAY PENDING OUTCOME OF APPEAL; SUGGEST REVISIONS TO MOTION TO STAY PENDING OUTCOME OF APPEAL.<br>T. WARNER   .20 hours at  345.00 per hour. | 69.00 |
| 11/28/06 | INSTRUCTIONS REGARDING SETTING HEARING ON MOTION TO STAY.<br>T. WARNER   .20 hours at  345.00 per hour. | 69.00 |
| 11/29/06 | REVIEW PUBLIX AND FMI AMICUS BRIEF.<br>A. M. GRUNSPAN   .60 hours at  345.00 per hour. | 207.00 |
| 11/29/06 | CONTACT TOM WARNER REGARDING ▓▓▓▓▓▓▓▓▓▓▓.<br>A. M. GRUNSPAN   .30 hours at  345.00 per hour. | 103.50 |
| 11/29/06 | PREPARATION OF REPLY BRIEF TO FOURTH DISTRICT COURT OF APPEAL.<br>D. A. MORANDE   1.20 hours at  245.00 per hour. | 294.00 |
| 11/29/06 | CORRESPONDENCE REGARDING AMICUS CURIAE FILINGS<br>D. A. MORANDE   2.00 hours at  245.00 per hour. | 490.00 |
| 11/29/06 | REVIEW PUBLIX AMICUS BRIEF.<br>T. WARNER   .30 hours at  345.00 per hour. | 103.50 |
| 11/29/06 | INSTRUCTIONS REGARDING HEARING ON MOTION TO STAY; INSTRUCTIONS REGARDING NOTICE ON MOTION TO STAY.<br>T. WARNER   .20 hours at  345.00 per hour. | 69.00 |
| 11/29/06 | WORK ON AFFIDAVITS TO LANDLORD'S MOTION FOR SUMMARY JUDGMENT; WORK ON OPPOSITION TO LANDLORD'S MOTION FOR SUMMARY JUDGMENT.<br>T. WARNER   .20 hours at  345.00 per hour. | 69.00 |
| 11/29/06 | APPEAL -- REVIEW FILE REGARDING FILING OF PUBLIX'S AMICUS BRIEF.<br>T. WARNER   .20 hours at  345.00 per hour. | 69.00 |

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID. 59-1233896

WINN DIXIE STORES, INC
DOLGENCORP, INC, STORE 221
INVOICE NUMBER  443153

DECEMBER 28, 2006
REF. NO.  50116-23449
PAGE  10

| | |
|---|---|
| 11/30/06 CONTACTED BY B. REYNOLDS REGARDING ADDITION TO AFFIDAVIT IN OPPOSITION TO LANDLORD'S SUMMARY JUDGMENT MOTION AND PROVIDE SAME.<br>A. M. GRUNSPAN    .50 hours at  345.00 per hour. | 172.50 |
| 11/30/06 PREPARATION OF REPLY BRIEF TO THE FOURTH DISTRICT COURT OF APPEAL<br>D. A. MORANDE    .40 hours at  245.00 per hour. | 98.00 |
| 11/30/06 BEGIN REVIEW OF BILLS IN PREPARATION FOR AFFIDAVIT OF ATTORNEYS' FEES IN SUPPORT OF OPPOSITION TO LANDLORD'S MOTION FOR SUMMARY JUDGMENT.<br>D. J. SMITH   1.30 hours at  245.00 per hour. | 318.50 |

TOTAL FEES FOR PROFESSIONAL SERVICES          $18,516.00

## ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 14.30 hours at | $345.00 = | 4933.50 |
| DAM | D. A. MORANDE | 18.40 hours at | $245.00 = | 4508.00 |
| DJS | D. J. SMITH | 18.00 hours at | $245.00 = | 4410.00 |
| JRA | J. R. ALDERMAN | 1.30 hours at | $245.00 = | 318.50 |
| GM* | G. MOORE* | 0.80 hours at | $85.00 = | 68.00 |
| TW | T. WARNER | 12.40 hours at | $345.00 = | 4278.00 |
| | TOTALS | 65.20 | | $18,516.00 |

### COSTS INCURRED ON YOUR BEHALF AS POSTED NOVEMBER 30, 2006

| | | |
|---|---|---|
| | COPYING COST | 9.80 |
| | FAX | 18.00 |
| | TELEPHONE | 6.02 |
| 11/16/06 | SERVICE OF PROCESS - VENDOR: T.C. MANN, INC. , TA CRESTHAVEN, LLC | 109.00 |
| 11/28/06 | EXPRESS MAIL | 6.47 |
| 11/16/06 | WESTLAW RESEARCH | 9.45 |
| 11/16/06 | WESTLAW RESEARCH | 0.88 |
| 11/16/06 | WESTLAW RESEARCH | 0.08 |
| 11/16/06 | WESTLAW RESEARCH | 0.03 |

TOTAL COSTS AS POSTED THROUGH NOVEMBER 30, 2006          $159.73
------------

**TOTAL AMOUNT DUE THIS INVOICE**          $18,675.73
============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

**PLEASE REMIT TO:**
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

---

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL    32254

DECEMBER 28, 2006
ALAN M. GRUNSPAN
REF. NO.   49761-23399
INVOICE NUMBER   443180

**RE:   BANKRUPTCY**

LEGAL SERVICES POSTED THROUGH 11/30/06        $2,663.50
COSTS ADVANCED POSTED THROUGH 11/30/06        $1,237.47
                                            - - - - - - - - - - - -

           **CURRENT INVOICE TOTAL**        **$3,900.97**
                                            ============

**\*\*\* REMITTANCE COPY \*\*\***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (\*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
BANKRUPTCY
INVOICE NUMBER   443180

DECEMBER 28, 2006
REF. NO.  49761-23399
PAGE    1

## PROFESSIONAL SERVICES AS POSTED THROUGH NOVEMBER 30, 2006

| | | |
|---|---|---:|
| 11/01/06 | REVIEW AUDITOR'S REPORTS AT REQUEST OF AMG.<br>D. J. SMITH    1.50 hours at  245.00 per hour. | 367.50 |
| 11/08/06 | PREPARE BILLS FOR SUBMISSION TO BANKRUPTCY COURT.<br>D. J. SMITH    1.10 hours at  245.00 per hour. | 269.50 |
| 11/15/06 | CALCULATE TOTAL AMOUNTS OF FEES AND COSTS FOR THE FIFTH INTERIM FEE PERIOD.<br>A. P. FRY   2.50 hours at  250.00 per hour. | 625.00 |
| 11/16/06 | PREPARE BILLS FOR SUBMISSION TO BANKRUPTCY COURT.<br>D. J. SMITH    .60 hours at  245.00 per hour. | 147.00 |
| 11/20/06 | REVIEW FEE APPLICATION.<br>J. D. SILVER    .30 hours at  345.00 per hour. | 103.50 |
| 11/20/06 | REVISE FEE APPLICATION.<br>J. D. SILVER    .30 hours at  345.00 per hour. | 103.50 |
| 11/20/06 | REVIEW OF RELATED DOCUMENTATION REGARDING SAME.<br>J. D. SILVER    .50 hours at  345.00 per hour. | 172.50 |
| 11/20/06 | REVISE/EDIT DRAFT OF FIFTH INTERIM FEE APPLICATION (3.0); COORDINATE FILING OF SAME (0.5).<br>A. P. FRY   3.50 hours at  250.00 per hour. | 875.00 |

TOTAL FEES FOR PROFESSIONAL SERVICES          $2,663.50

## ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---:|
| JDS | J. D. SILVER | 1.10 hours at | $345.00 = | 379.50 |
| DJS | D. J. SMITH | 3.20 hours at | $245.00 = | 784.00 |
| APF | A. P. FRY | 6.00 hours at | $250.00 = | 1500.00 |
| | TOTALS | 10.30 | | $2,663.50 |

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
BANKRUPTCY
INVOICE NUMBER   443180

DECEMBER 28, 2006
REF. NO.   49761-23399
PAGE    2

**COSTS INCURRED ON YOUR BEHALF AS POSTED NOVEMBER 30, 2006**

|  |  |  |
|---|---|---|
| | COPYING COST | 1177.80 |
| | POSTAGE | 39.00 |
| 11/20/06 | EXPRESS MAIL | 14.67 |
| 11/20/06 | EXPRESS MAIL | 6.00 |

TOTAL COSTS AS POSTED THROUGH NOVEMBER 30, 2006          $1,237.47
------------

**TOTAL AMOUNT DUE THIS INVOICE**          $3,900.97
============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

**PLEASE REMIT TO:**
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL   32254

NOVEMBER 29, 2006
ALAN M. GRUNSPAN
REF. NO.   50116-26545
INVOICE NUMBER   440039

**RE:   FAMILY DOLLAR STORES OF FLORIDA, INC, PORT ST JOHN
PLAZA, INC, STORE NO 2329**

| | |
|---|---|
| LEGAL SERVICES POSTED THROUGH 10/31/06 | $7,732.50 |
| COSTS ADVANCED POSTED THROUGH 10/31/06 | $3,428.18 |
| | ------------ |
| **CURRENT INVOICE TOTAL** | **$11,160.68** |
| | ============ |

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                          NOVEMBER 29, 2006
FAMILY DOLLAR STORES OF FLORIDA, INC, PORT ST JOHN50116-26545
INVOICE NUMBER   440039                         PAGE   1


**PROFESSIONAL SERVICES AS POSTED THROUGH OCTOBER 31, 2006**


10/01/06  RECEIPT AND REVIEW OF ORDER DENYING FAMILY
          DOLLAR'S MOTION TO DISMISS AMENDED COMPLAINT.
          J. R. ALDERMAN    .10 hours at  245.00 per hour.          24.50

10/02/06  PREPARE LIST OF ALL DOCUMENTS AND
          INTERROGATORIES ANSWER OWED TO WINN-DIXIE BY
          LANDLORD AND FAMILY DOLLAR.
          D. J. SMITH   .60 hours at  245.00 per hour.             147.00

10/03/06  REVIEW LEASE FILES FROM CLIENT FOR CONTENT AND
          ATTORNEY-CLIENT PRIVILEGE MATERIALS.
          D. J. SMITH  3.80 hours at  245.00 per hour.             931.00

10/03/06  REVIEW INCOMING DOCUMENTS PRODUCED TO WINN
          DIXIE IN RESPONSE TO REQUEST FOR PRODUCTION.
          PREPARE PACKAGE FOR INDEXING.
          S. SMITH*    .40 hours at  85.00 per hour.                34.00

10/04/06  REVIEW FAMILY DOLLAR'S AMENDED ANSWER, MOTION
          FOR PROTECTIVE ORDER AND ANSWERS TO
          INTERROGATORIES.
          A. M. GRUNSPAN   1.20 hours at  345.00 per hour.         414.00

10/04/06  LETTER TO CLIENT REGARDING ███████
          A. M. GRUNSPAN    .10 hours at  345.00 per hour.          34.50

10/04/06  PREPARE FOR CONFERENCE CALL ON ALL OUTSTANDING
          FAMILY DOLLAR DISCOVERY ISSUES BY REVIEW OF
          ORDERS, WRITTEN DISCOVERY, WRITTEN RESPONSES
          AND PREVIOUS PRODUCTION FOR OPPOSING COUNSEL
          AND CLIENT.
          D. J. SMITH   1.00 hours at  245.00 per hour.            245.00

10/04/06  REVIEW HEARING DATE FOR SUMMARY JUDGMENT IN
          PMAT CASE.
          D. J. SMITH    .20 hours at  245.00 per hour.             49.00

10/04/06  E-MAILS TO TRIAL TEAM RE: ████████████████
          ███████████ D. J. SMITH    .20 hours at  245.00 per hour.             49.00

10/04/06  REVIEW FAMILY DOLLAR ANSWER AND 22 AFFIRMATIVE
          DEFENSES.
          D. J. SMITH    .90 hours at  245.00 per hour.            220.50

## CARLTON FIELDS, P.A.

### Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                          NOVEMBER 29, 2006
FAMILY DOLLAR STORES OF FLORIDA, INC, PORT ST JOHN50116-26545
INVOICE NUMBER   440039                          PAGE    2

10/04/06  REVIEW FAMILY DOLLAR RESPONSE TO REQUEST FOR
          PRODUCTION.
          D. J. SMITH      .40 hours at  245.00 per hour.              98.00

10/04/06  REVIEW FAMILY DOLLAR RESPONSE TO
          INTERROGATORIES.
          D. J. SMITH      .40 hours at  245.00 per hour.              98.00

10/05/06  REVIEW MOTION TO COMPEL BY FAMILY DOLLAR.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.            138.00

10/05/06  REVIEW ORDER ON MOTION TO CONTINUE SUMMARY
          JUDGMENT HEARING.
          A. M. GRUNSPAN    .10 hours at  345.00 per hour.             34.50

10/05/06  REVIEW FILE REGARDING HEARING ON SUMMARY
          JUDGMENT AND CASE STRATEGY; STUDY AND REVIEW
          ORDER CONTINUING SUMMARY JUDGMENT HEARING
          T. WARNER    .20 hours at  345.00 per hour.                  69.00

10/06/06  CONTINUE TO PREPARE FOR RESPONSES AND
          CONFERENCE CALL ON ALL OUTSTANDING DISCOVERY
          ISSUES BY REVIEWING WRITTEN REQUESTS TO/FROM
          FAMILY DOLLAR, AND RESPONSES.
          D. J. SMITH   1.80 hours at  245.00 per hour.               441.00

10/06/06  REVIEW WINN-DIXIE STORES, INC.'S ANSWERS TO
          FAMILY DOLLAR STORES OF FLORIDA, INC.'S REQUEST
          TO PRODUCE
          G. MOORE*    .10 hours at  85.00 per hour.                    8.50

10/06/06  STUDY E-MAILS TO AND FROM TRIAL TEAM REGARDING
          ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; INSTRUCTIONS; REVIEW E-MAIL
          FROM AND TO TRIAL TEAM RE▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
          INSTRUCTIONS
          T. WARNER    .30 hours at  345.00 per hour.                 103.50

10/09/06  CONTACT DAVID J. SMITH REGARDING ▮▮▮▮▮▮▮▮▮▮
          ▮▮▮▮▮▮▮▮▮▮.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.           103.50

10/09/06  CONTACT DAVID J. SMITH REGARDING ▮▮▮▮▮▮▮▮▮▮
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.            69.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                          NOVEMBER 29, 2006
FAMILY DOLLAR STORES OF FLORIDA, INC, PORT ST JOHN50116-26545
INVOICE NUMBER   440039                         PAGE    3


10/09/06  PREPARE FOR CONFERENCE CALL WITH FAMILY DOLLAR
          ATTORNEYS RE: ALL PENDING DISCOVERY ISSUES.
          D. J. SMITH     .80 hours at  245.00 per hour.               196.00

10/09/06  CONFERENCE ALL WITH FAMILY DOLLAR ATTORNEYS RE:
          ALL OUTSTANDING DISCOVERY ISSUES.
          D. J. SMITH     .30 hours at  245.00 per hour.                73.50

10/09/06  PULL UP AND REVISE PROPOSED CONFIDENTIALITY
          AGREEMENTS FOR PMAT CASE DISCOVERY.
          D. J. SMITH     .40 hours at  245.00 per hour.                98.00

10/09/06  RECEIPT AND REVIEW OF ORDER CONTINUING SUMMARY
          JUDGMENT AND LANDLORD'S NEW COUNSEL'S NOTICE
          REQUESTING COPIES.
          J. R. ALDERMAN    .10 hours at  245.00 per hour.             24.50

10/09/06  RECEIPT AND REVIEW OF FAMILY DOLLAR'S ANSWER
          AND AFFIRMATIVE DEFENSES.
          J. R. ALDERMAN    .40 hours at  245.00 per hour.             98.00

10/09/06  RECEIPT AND REVIEW OF FAMILY DOLLAR'S ANSWERS,
          OBJECTIONS AND INTEGRATED MOTION FOR PROTECTIVE
          ORDER TO WINN-DIXIE'S FIRST REQUEST FOR
          PRODUCTION.
          J. R. ALDERMAN    .30 hours at  245.00 per hour.             73.50

10/09/06  RECEIPT AND REIVEW OF FAMILY DOLLAR'S ANSWERS
          TO WINN-DIXIE'S INTERROGATORIES.
          J. R. ALDERMAN    .30 hours at  245.00 per hour.             73.50

10/10/06  PREPARE FOR PRODUCTION OF DOCUMENTS IN FLAMINGO
          IN ACCORD WITH VERBAL AGREEMENT.
          D. J. SMITH     .90 hours at  245.00 per hour.               220.50

10/10/06  REVIEW DOCUMENTS FOR SUBMISSION IN RESPONSE TO
          REQUEST FOR PRODUCTION OF DOCUMENTS.
          S. SMITH*    .70 hours at  85.00 per hour.                    59.50

10/12/06  FINAL REVIEW OF CLIENT FILES FOR
          ATTORNEY-CLIENT PRIVILEGE MATERIALS AND
          PRIVILEGE LOG.
          D. J. SMITH   1.80 hours at  245.00 per hour.               441.00

10/12/06  REVIEW SALES DATA DISC RECEIVED FROM WINN
          DIXIE. PREPARE DISC FOR SUBMISSION IN RESPONSE
          TO REQUEST FOR PRODUCTION OF DOCUMENTS.
          S. SMITH*    .20 hours at  85.00 per hour.                    17.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                                    NOVEMBER 29, 2006
FAMILY DOLLAR STORES OF FLORIDA, INC, PORT ST JOHN50116-26545
INVOICE NUMBER  440039                          PAGE    4

10/13/06  CONTINUE WITH DISCOVERY RESPONSES AND
          PRODUCTION PURSUANT TO AGREEMENT WITH FAMILY
          DOLLAR COUNSEL.
          D. J. SMITH    .70 hours at  245.00 per hour.               171.50

10/13/06  REVIEW WINN DIXIE'S LEASE FIND AND SEPARATE
          PRIVILEGE DOCUMENT IN PREPARATION OF CREATING
          PRIVILEGE LOG.
          S. SMITH*    .50 hours at  85.00 per hour.                   42.50

10/13/06  WORK ON WINN DIXIE SUBMISSION.
          S. SMITH*    .20 hours at  85.00 per hour.                   17.00

10/13/06  WORK ON WINN DIXIE REQUEST FOR PRODUCTION.
          S. SMITH*    .20 hours at  85.00 per hour.                   17.00

10/13/06  FORWARD TO COPYING SERVICE.
          S. SMITH*    .60 hours at  85.00 per hour.                   51.00

10/16/06  CONTINUE REVIEW OF DISCOVERY MATERIALS AND
          AFFIDAVITS FOR DISCOVERY RESPONSES.
          D. J. SMITH    .80 hours at  245.00 per hour.               196.00

10/17/06  UPDATE DISCOVERY FILES, INCLUDING DISCOVERY
          STATUS LOG.
          L. GOLDSTEIN*    .80 hours at  85.00 per hour.               68.00

10/18/06  REVIEW DEFENDANT, PMAT'S AFFIRMATIVE DEFENSES
          FOR ATTORNEY WARNER
          G. MOORE*    .10 hours at  85.00 per hour.                    8.50

10/18/06  REVIEW FILE REGARDING REPLY TO FAMILY DOLLAR'S
          AFFIRMATIVE DEFENSES; INSTRUCTIONS
          T. WARNER    .10 hours at  345.00 per hour.                  34.50

10/19/06  CONTINUE TO PREPARE WINN-DIXIE DOCUMENTS FOR
          PRODUCTION IN DISCOVERY.
          D. J. SMITH  1.50 hours at  245.00 per hour.               367.50

10/19/06  WORK ON WINN DIXIE PRIVILEGE LOG IN PREPARATION
          OF RESPONSE TO REQUEST FOR PRODUCTION TO FAMILY
          DOLLAR.
          S. SMITH*  5.50 hours at  85.00 per hour.                  467.50

10/20/06  CONTACT DAVID J. SMITH REGARDING ███████

          A. M. GRUNSPAN    .40 hours at  345.00 per hour.           138.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                              NOVEMBER 29, 2006
FAMILY DOLLAR STORES OF FLORIDA, INC, PORT ST JOHN50116-26545
INVOICE NUMBER   440039                     PAGE    5


10/23/06  ANALYSIS OF ANSWER AND AFFIRMATIVE DEFENSES FOR
          PREPARATION OF REPLY TO AFFIRMATIVE DEFENSES
          D. A. MORANDE      .40 hours at  245.00 per hour.              98.00

10/23/06  CONFER WITH DEAN, RE-
          J. R. ALDERMAN     .30 hours at  245.00 per hour.             73.50

10/23/06  CONFER WITH TOM, RE-
                                     (.2). DRAFT MOTION FOR
          EXTENSION OF TIME (.2). TELEPHONE CALL TO
          OPPOSING COUNSEL, RE- GOOD FAITH CONFERRAL TO
          PLAITNIFF'S MOTION FOR EXTENSION OF TIME (.1).
          J. R. ALDERMAN     .50 hours at  245.00 per hour.            122.50

10/23/06  REVIEW FAMILY DOLLAR'S AFFIRMATIVE DEFENSES
          REGARDING NEED FOR REPLY OR MOTIONS TO
          STRIKE/DISMISS; INSTRUCTIONS REGARDING
          T. WARNER    .40 hours at  345.00 per hour.                  138.00

10/24/06  REVIEW FILE IN CONNECTION WITH DISCOVERY AND
          MOTION TO STRIKE FAMILY DOLLAR'S AFFIRMATIVE
          DEFENSES.
          J. R. ALDERMAN    1.30 hours at  245.00 per hour.            318.50

10/25/06  REVIEW FILE REGARDING STIPULATION FOR EXTENSION
          TO RESPOND TO AFFIRMATIVE DEFENSES;
          INSTRUCTIONS
          T. WARNER     .10 hours at  345.00 per hour.                  34.50

10/27/06  REVIEW MATERIALS AND REVISE PRIVILEGE LOG FOR
          FILING.
          D. J. SMITH   1.90 hours at  245.00 per hour.                465.50

10/27/06  PROOF ORDER ON WINN-DIXIE'S MOTION FOR
          EXTENSION OF TIME. EMAIL TO OPPOSING COUNSEL.
          J. R. ALDERMAN     .30 hours at  245.00 per hour.             73.50

10/27/06  EMAIL FROM AND TO DOLLAR GENERAL'S COUNSEL, RE-
          AGREED ORDER AND DISCOVERY.
          J. R. ALDERMAN     .20 hours at  245.00 per hour.             49.00

10/27/06  REVIEW PROPOSED ORDER ON EXTENSION; E-MAIL FROM
          NORMAN
          T. WARNER     .10 hours at  345.00 per hour.                  34.50

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                              NOVEMBER 29, 2006
FAMILY DOLLAR STORES OF FLORIDA, INC, PORT ST JOHN50116-26545
INVOICE NUMBER  440039                      PAGE    6

10/27/06  REVIEW FILE, LOCATE DOCUMENT NEEDED FOR
          ATTORNEY REVIEW (.2).
          S. SMITH*     .20 hours at  85.00 per hour.            17.00

10/31/06  REVIEW DOCUMENTS RETURNED FROM COPYING SERVICE
          IN PREPARATION OF PREPARING ADDITIONAL
          DOCUMENTS TO BE PRODUCED TO OPPOSING COUNSEL,
          OBTAIN NEXT SEQUENCE NO:  PREPARE DOCUMENTS.
          S. SMITH*     .50 hours at  85.00 per hour.            42.50


          TOTAL FEES FOR PROFESSIONAL SERVICES         $7,732.50


## ATTORNEY FEE SUMMARY

| | | | | | |
|---|---|---|---|---|---:|
| AMG | A. M. GRUNSPAN | 2.70 hours at | $345.00 = | | 931.50 |
| DAM | D. A. MORANDE | 0.40 hours at | $245.00 = | | 98.00 |
| DJS | D. J. SMITH | 18.40 hours at | $245.00 = | | 4508.00 |
| JRA | J. R. ALDERMAN | 3.80 hours at | $245.00 = | | 931.00 |
| GM* | G. MOORE* | 0.20 hours at | $85.00 = | | 17.00 |
| LG* | L. GOLDSTEIN* | 0.80 hours at | $85.00 = | | 68.00 |
| TW | T. WARNER | 1.20 hours at | $345.00 = | | 414.00 |
| SS* | S. SMITH* | 9.00 hours at | $85.00 = | | 765.00 |
| | TOTALS | 36.50 | | | $7,732.50 |

### COSTS INCURRED ON YOUR BEHALF AS POSTED OCTOBER 31, 2006

|  | | |
|---|---|---:|
| | COPYING COST | 56.20 |
| | FAX | 8.00 |
| | POSTAGE | 2.20 |
| | TELEPHONE | 1.20 |
| 09/06/06 | MESSENGER CHARGES | 132.25 |
| 10/16/06 | COPYING COST - VENDOR: LAW OFFICES OF JOHN L. DI MASI, P.A.  - PHOTOCOPIES | 72.76 |
| 10/26/06 | COPYING COST - VENDOR: MINIT PRINT  - COPIES AND BATES LABELS | 3024.12 |
| 10/25/06 | MILEAGE/TOLLS/PARKING - VENDOR: THOMAS WARNER - 9/7/06 ATTEND HEARING IN VIERA, FLORIDA | 131.45 |

          TOTAL COSTS AS POSTED THROUGH OCTOBER 31, 2006     $3,428.18
                                                          - - - - - - - - - - - -

          TOTAL AMOUNT DUE THIS INVOICE                    $11,160.68
                                                          ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.