# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:

P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

NOVEMBER 29, 2006
ALAN M. GRUNSPAN
REF. NO.  50116-25029
INVOICE NUMBER  440038

**RE: STORE NO 242, FLAMINGO EAST, LTD**

| | |
|---|---|
| LEGAL SERVICES POSTED THROUGH 10/31/06 | $37,693.00 |
| COSTS ADVANCED POSTED THROUGH 10/31/06 | $4,319.14 |
| | ------------ |
| **CURRENT INVOICE TOTAL** | **$42,012.14** |
| | ============ |

### *** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                          NOVEMBER 29, 2006
STORE NO 242, FLAMINGO EAST, LTD                REF. NO.  50116-25029
INVOICE NUMBER   440038                         PAGE    1


**PROFESSIONAL SERVICES AS POSTED THROUGH OCTOBER 31, 2006**


10/02/06  CONTACT DAVID J. SMITH REGARDING ████████████
          ████████████████████████████████.
          A. M. GRUNSPAN    .70 hours at  345.00 per hour.          241.50

10/02/06  SEVERAL CORRESPONDENCE WITH CLIENTS REGARDING
          ████████████████████████████
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.          138.00

10/02/06  CALL FROM FAMILY DOLLAR ATTORNEY TODD NORMAN
          RE: DISCOVERY ISSUES.
          D. J. SMITH    .10 hours at  245.00 per hour.             24.50

10/02/06  REVISE RILEY AFFIDAVIT WITH ADDITIONAL
          INSPECTION.
          D. J. SMITH    .40 hours at  245.00 per hour.             98.00

10/02/06  E-MAILS TO/FROM W. RILEY RE: AFFIDAVIT.
          D. J. SMITH    .10 hours at  245.00 per hour.             24.50

10/02/06  REVIEW LEASE FILE ON STORE 242 FROM CLIENT FOR
          CONTENT AND ATTORNEY-CLIENT PRIVILEGE
          MATERIALS.
          D. J. SMITH    3.70 hours at  245.00 per hour.            906.50

10/02/06  REVIEW PACKAGE OF WINN-DIXIE ANNUAL REPORTS
          1980-1996.
          D. J. SMITH    1.10 hours at  245.00 per hour.            269.50

10/02/06  PREPARE LIST OF ALL DOCUMENTS AND
          INTERROGATORIES ANSWER OWED TO WINN-DIXIE BY
          LANDLORD AND FAMILY DOLLAR.
          D. J. SMITH    .80 hours at  245.00 per hour.             196.00

10/03/06  CORRESPONDENCE WITH CLIENTS REGARDING ████████
          ████████████████████████████████.
          A. M. GRUNSPAN    .70 hours at  345.00 per hour.          241.50

10/03/06  CONTACT DAVID J. SMITH REGARDING ████████████
          ████████████████████████████████.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.          138.00

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC
STORE NO 242, FLAMINGO EAST, LTD
INVOICE NUMBER   440038

NOVEMBER 29, 2006
REF. NO.   50116-25029
PAGE   2

| | | |
|---|---|---:|
| 10/03/06 | REVIEW SEVERAL ISSUES RAISED BY LANDLORD IN SUMMARY JUDGMENT MOTION. | |
| | A. M. GRUNSPAN   2.40 hours at  345.00 per hour. | 828.00 |
| 10/03/06 | CONFERENCE WITH AMG RE: ▓▓▓▓▓▓▓▓▓ | |
| | D. J. SMITH   .20 hours at  245.00 per hour. | 49.00 |
| 10/03/06 | E-MAILS TO/FROM AMG RE: ▓▓▓▓▓▓ | |
| | D. J. SMITH   .20 hours at  245.00 per hour. | 49.00 |
| 10/03/06 | PREPARE E-MAIL TO AMG RE: ▓▓▓▓▓▓ | |
| | D. J. SMITH   .40 hours at  245.00 per hour. | 98.00 |
| 10/03/06 | REVIEW CONFIDENTIALITY AGREEMENTS, ORDERS AND STATUS IN FAMILY DOLLAR CASES. | |
| | D. J. SMITH   .80 hours at  245.00 per hour. | 196.00 |
| 10/04/06 | CORRESPONDENCE WITH CLIENT REGARDING ▓▓▓▓ | |
| | A. M. GRUNSPAN   .30 hours at  345.00 per hour. | 103.50 |
| 10/04/06 | REVIEW LANDLORD DEFAULT NOTICES REGARDING FOOD ONLY AND RESPONSES. | |
| | A. M. GRUNSPAN   .30 hours at  345.00 per hour. | 103.50 |
| 10/04/06 | REVISE SUMMARY JUDGMENT OPPOSITION. | |
| | A. M. GRUNSPAN   3.40 hours at  345.00 per hour. | 1173.00 |
| 10/04/06 | REVIEW E-MAIL FROM FAMILY DOLLAR ATTORNEY, VIVIAN COCOTAS RE: DISCOVERY ISSUES FOR DISCUSSION. | |
| | D. J. SMITH   .30 hours at  245.00 per hour. | 73.50 |
| 10/04/06 | OUTLINE RESPONSE TO E-MAIL FROM FAMILY DOLLAR ATTORNEY, VIVIAN COCOTAS RE: DISCOVERY ISSUES FOR DISCUSSION. | |
| | D. J. SMITH   .30 hours at  245.00 per hour. | 73.50 |
| 10/04/06 | PREPARE FOR CONFERENCE CALL ON ALL OUTSTANDING FAMILY DOLLAR DISCOVERY ISSUES BY REVIEW OF ORDERS, WRITTEN DISCOVERY, WRITTEN RESPONSES AND PREVIOUS PRODUCTION FOR OPPOSING COUNSEL AND CLIENT. | |
| | D. J. SMITH   1.30 hours at  245.00 per hour. | 318.50 |

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS
### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
STORE NO 242, FLAMINGO EAST, LTD
INVOICE NUMBER  440038

NOVEMBER 29, 2006
REF. NO.  50116-25029
PAGE   3

| | | |
|---|---|---:|
| 10/04/06 | REVIEW PRODUCTIONS FOR CORRESPONDENCE AT REQUEST OF AMG.<br>D. J. SMITH    .50 hours at  245.00 per hour. | 122.50 |
| 10/04/06 | E-MAIL TO AMG RE: ▆▆▆▆▆▆▆▆▆<br>D. J. SMITH    .10 hours at  245.00 per hour. | 24.50 |
| 10/05/06 | CONTINUE REVISIONS TO OPPOSITION TO SUMMARY JUDGMENT.<br>A. M. GRUNSPAN   2.30 hours at  345.00 per hour. | 793.50 |
| 10/05/06 | PREPARE FOR ADDITIONAL SECTION FOR RULE 1.510(F) MOTION IN RESPONSE TO LANDLORD'S MOTION FOR SUMMARY JUDGMENT AT REQUEST OF AMG.<br>D. J. SMITH   2.60 hours at  245.00 per hour. | 637.00 |
| 10/05/06 | DRAFT POSSIBLE AFFIDAVIT FOR EXPERT IN RESPONSE TO LANDLORD'S MOTION FOR SUMMARY JUDGMENT.<br>D. J. SMITH    .70 hours at  245.00 per hour. | 171.50 |
| 10/05/06 | ADDITIONS AND REVISIONS TO RESPONSE TO LANDLORD'S MOTION FOR SUMMARY JUDGMENTS PER AMG.<br>D. J. SMITH   1.40 hours at  245.00 per hour. | 343.00 |
| 10/05/06 | REVIEW LANDLORD'S RESPONSES TO RFP' AND INTERROGATORIES FOR USE IN RESPONSE TO SUMMARY JUDGMENT ARGUMENTS BY AMG.<br>D. J. SMITH   1.70 hours at  245.00 per hour. | 416.50 |
| 10/05/06 | REVIEW FILE REGARDING DEPO OF LANDLORD REP IN EVICTION CASE<br>T. WARNER    .10 hours at  345.00 per hour. | 34.50 |
| 10/06/06 | DRAFT AND REVISE AFFIDAVIT FOR R. REYNOLDS FOR OPPOSITION TO LANDLORD'S MOTION FOR SUMMARY JUDGMENT.<br>D. J. SMITH   1.30 hours at  245.00 per hour. | 318.50 |
| 10/06/06 | ADD SECTION TO SJ RESPONSE RE: INJUNCTIONS ARE TRADITIONAL METHOD OF ENFORCEMENT OF RESTRICTIVE COVENANTS ON REAL PROPERTY.<br>D. J. SMITH    .50 hours at  245.00 per hour. | 122.50 |
| 10/06/06 | CONTINUE TO PREPARE FOR RESPONSES AND CONFERENCE CALL ON ALL OUTSTANDING DISCOVERY ISSUES BY REVIEWING WRITTEN REQUESTS TO/FROM FAMILY DOLLAR, RESPONSES AND COURT ORDERS ON.<br>D. J. SMITH   2.70 hours at  245.00 per hour. | 661.50 |

## CARLTON FIELDS, P.A.
Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
STORE NO 242, FLAMINGO EAST, LTD
INVOICE NUMBER  440038

NOVEMBER 29, 2006
REF. NO.  50116-25029
PAGE    4

| | | |
|---|---|---:|
| 10/06/06 | REVIEW WINN-DIXIE STORES, INC.'S RESPONSE TO FAMILY DOLLAR STORES OF FLORIDA, INC.'S REQUEST TO PRODUCE<br>G. MOORE*    .10 hours at  85.00 per hour. | 8.50 |
| 10/06/06 | REVIEW WINN-DIXIE STORES, INC.'S UNVERIFIED ANSWERS AND OBJECTIONS TO FAMILY DOLLAR STORES OF FLORIDA, INC.'S FIRST INTERROGATORIES<br>G. MOORE*    .10 hours at  85.00 per hour. | 8.50 |
| 10/06/06 | REVIEW FILE REGARDING SCHEDULING OF EVICTION TRIAL IN COUNTY COURT AND WINN DIXIE WITNESSES AND DEPO PARTICIPATION<br>T. WARNER    .30 hours at  345.00 per hour. | 103.50 |
| 10/09/06 | CONTINUE TO REVISE OPPOSITION MEMORANDUM TO SUMMARY JUDGMENT.<br>A. M. GRUNSPAN   2.60 hours at  345.00 per hour. | 897.00 |
| 10/09/06 | REVISE REYNOLDS AFFIDAVIT IN RESPONSE TO SUMMARY JUDGMENT.<br>A. M. GRUNSPAN    .40 hours at  345.00 per hour. | 138.00 |
| 10/09/06 | REVIEW MOTION FOR 1.510 CONTINUANCE.<br>A. M. GRUNSPAN    .30 hours at  345.00 per hour. | 103.50 |
| 10/09/06 | CONFERENCE ALL WITH FAMILY DOLLAR ATTORNEYS RE: ALL OUTSTANDING DISCOVERY ISSUES.<br>D. J. SMITH    .30 hours at  245.00 per hour. | 73.50 |
| 10/09/06 | PREPARE FOR CONFERENCE CALL WITH FAMILY DOLLAR ATTORNEYS RE: ALL PENDING DISCOVERY ISSUES.<br>D. J. SMITH    .80 hours at  245.00 per hour. | 196.00 |
| 10/09/06 | MEMO RE: AGREEMENTS REACHED WITH OPPOSING COUNSEL ON DISCOVERY ISSUES.<br>D. J. SMITH    .80 hours at  245.00 per hour. | 196.00 |
| 10/09/06 | REVIEW DRAFT RESPONSE TO LANDLORD'S MOTION FOR SUMMARY JUDGMENT.<br>J. R. ALDERMAN    .70 hours at  245.00 per hour. | 171.50 |
| 10/09/06 | REVISE, EDIT DRAFT RESPONSE TO MOTION TO DISMISS.<br>J. R. ALDERMAN   2.40 hours at  245.00 per hour. | 588.00 |

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
STORE NO 242, FLAMINGO EAST, LTD
INVOICE NUMBER  440038

NOVEMBER 29, 2006
REF. NO.  50116-25029
PAGE  5

| | | |
|---|---|---|
| 10/09/06 | STUDY DRAFT OF PROPOSED MEMO IN OPPOSITION TO FLAMINGO'S MOTION FOR SUMMARY JUDGMENT; REVIEW DRAFT OF PROPOSED MEMO IN OPPOSITION TO FLAMINGO'S MOTION FOR SUMMARY JUDGMENT<br>T. WARNER    .30 hours at  345.00 per hour. | 103.50 |
| 10/09/06 | PREPARE RESPONSE AND OPPOSITION TO FLAMINGO'S MOTION FOR SUMMARY JUDGMENT BY REVIEWING PLEADINGS AND FLAMINGO'S MOTIONS - ANALYZE AND OUTLINE FACT ISSUES AND LEGAL ISSUES ON SUMMARY JUDGMENT<br>T. WARNER   1.70 hours at  345.00 per hour. | 586.50 |
| 10/10/06 | CONTACT DAVID J. SMITH REGARDING ███████<br>A. M. GRUNSPAN    .30 hours at  345.00 per hour. | 103.50 |
| 10/10/06 | CONTACT DAVID J. SMITH REGARDING ███████<br>A. M. GRUNSPAN    .40 hours at  345.00 per hour. | 138.00 |
| 10/10/06 | CONFERENCES REGARDING ███████<br>A. M. GRUNSPAN    .80 hours at  345.00 per hour. | 276.00 |
| 10/10/06 | E-MAILS TO/FROM TRIAL TEAM RE: ███████<br>D. J. SMITH    .40 hours at  245.00 per hour. | 98.00 |
| 10/10/06 | PREPARE MATERIALS FOR RAMBO DEPOSITION PREPARATION.<br>D. J. SMITH   2.60 hours at  245.00 per hour. | 637.00 |
| 10/10/06 | PREPARE FOR PRODUCTION OF DOCUMENTS IN FLAMINGO IN ACCORD WITH VERBAL AGREEMENT.<br>D. J. SMITH   1.10 hours at  245.00 per hour. | 269.50 |
| 10/10/06 | INSTRUCTIONS REGARDING ███████<br>T. WARNER    .50 hours at  345.00 per hour. | 172.50 |
| 10/10/06 | DRAFT OUTLINE.<br>T. WARNER    .50 hours at  345.00 per hour. | 172.50 |
| 10/10/06 | MEMO IN OPPOSITION TO FLAMINGO'S MOTION FOR SUMMARY JUDGMENT.<br>T. WARNER    .20 hours at  345.00 per hour. | 69.00 |

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
STORE NO 242, FLAMINGO EAST, LTD
INVOICE NUMBER   440038

NOVEMBER 29, 2006
REF. NO.   50116-25029
PAGE   6

| | | |
|---|---|---|
| 10/10/06 | INSTRUCTIONS REGARDING ISSUES.<br>T. WARNER    .80 hours at  345.00 per hour. | 276.00 |
| 10/10/06 | REVISE OUTLINE.<br>T. WARNER    .20 hours at  345.00 per hour. | 69.00 |
| 10/10/06 | DRAFT MEMO IN OPPOSITION TO FLAMINGO'S MOTION<br>FOR SUMMARY JUDGMENT.<br>T. WARNER    .20 hours at  345.00 per hour. | 69.00 |
| 10/10/06 | EDIT OUTLINE.<br>T. WARNER    .20 hours at  345.00 per hour. | 69.00 |
| 10/10/06 | DRAFT MEMO IN OPPOSITION TO FLAMINGO'S MOTION<br>FOR SUMMARY JUDGMENT.<br>T. WARNER    .20 hours at  345.00 per hour. | 69.00 |
| 10/10/06 | REVISE ISSUES<br>T. WARNER    .70 hours at  345.00 per hour. | 241.50 |
| 10/11/06 | REVIEW OUTLINE OF REVISED MEMORANDUM OF LAW.<br>A. M. GRUNSPAN    .50 hours at  345.00 per hour. | 172.50 |
| 10/11/06 | CONFERENCE WITH DAVID J. SMITH REGARDING<br>▬▬▬▬▬▬▬▬▬▬<br>A. M. GRUNSPAN    .20 hours at  345.00 per hour. | 69.00 |
| 10/11/06 | REVIEW DOCKET RE: HEARING ON 10/12.<br>D. J. SMITH    .10 hours at  245.00 per hour. | 24.50 |
| 10/11/06 | CALL (X 3) TO FAMILY DOLLAR COUNSEL RE:<br>HEARING.<br>D. J. SMITH    .20 hours at  245.00 per hour. | 49.00 |
| 10/11/06 | CALLS AND FAX TO JUDGE'S CHAMBERS RE: MISTAKEN<br>HEARING AND CANCELLATION.<br>D. J. SMITH    .20 hours at  245.00 per hour. | 49.00 |
| 10/11/06 | E-MAILS TO/FROM EXPERTS RE: FEES AND COSTS IN<br>PREPARATION FOR MEDIATION.<br>D. J. SMITH    .30 hours at  245.00 per hour. | 73.50 |
| 10/11/06 | PREPARE LIST OF INSPECTION SITE ADDRESSES FOR<br>R. RILEY.<br>D. J. SMITH    .30 hours at  245.00 per hour. | 73.50 |

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
STORE NO 242, FLAMINGO EAST, LTD
INVOICE NUMBER  440038

NOVEMBER 29, 2006
REF. NO.  50116-25029
PAGE    7

10/11/06  REVIEW FILE AND INSTRUCTIONS REGARDING ▮▮▮▮▮▮▮▮▮▮

       T. WARNER    .30 hours at  345.00 per hour.         103.50

10/12/06  E-MAILS TO/FROM T. NORMAN RE: DISCOVERY
       RESPONSES.
       D. J. SMITH    .10 hours at  245.00 per hour.          24.50

10/12/06  CONTINUE REVISIONS TO RESPONSE TO LANDLORD'S
       MOTION FOR SUMMARY JUDGMENT AS PER COMMENTS BY
       T. WARNER AND AMG.
       D. J. SMITH   1.70 hours at  245.00 per hour.         416.50

10/12/06  REVIEW E-MAIL FROM L. WASSENAAR.
       D. J. SMITH    .20 hours at  245.00 per hour.          49.00

10/12/06  FINAL REVIEW OF CLIENT FILES FOR
       ATTORNEY-CLIENT PRIVILEGE MATERIALS AND
       PRIVILEGE LOG.
       D. J. SMITH   1.70 hours at  245.00 per hour.         416.50

10/12/06  STUDY AND REVIEW ESTOPPEL CERTIFICATE AND
       INSPECTION REPORTS REGARDING FAMILY DOLLAR
       SALES
       T. WARNER    .10 hours at  345.00 per hour.          34.50

10/12/06  REVIEW SALES DATA DISC RECEIVED FROM WINN
       DIXIE, PREPARE DISC FOR SUBMISSION IN RESPONSE
       TO REQUEST FOR PRODUCTION OF DOCUMENTS.
       S. SMITH*    .20 hours at   85.00 per hour.          17.00

10/13/06  CONTINUE WITH DISCOVERY RESPONSES AND
       PRODUCTION PURSUANT TO AGREEMENT WITH FAMILY
       DOLLAR COUNSEL.
       D. J. SMITH   1.30 hours at  245.00 per hour.         318.50

10/13/06  START PRIVILEGE LOG OF WINN DIXIE DOCUMENTS.
       S. SMITH*   1.50 hours at   85.00 per hour.         127.50

10/13/06  PREPARE DOCUMENTS FOR COPYING IN RESPONSE TO
       WINN DIXIE'S SUBMISSION TO REQUEST FOR
       PRODUCTION OF DOCUMENTS.
       S. SMITH*    .50 hours at   85.00 per hour.          42.50

10/15/06  CONTINUE PRIVILEGE LOG OF WINN DIXIE DOCUMENTS
       IN PREPARATION FOR SUBMISSION TO REQUEST FOR
       PRODUCTION.
       S. SMITH*   2.50 hours at   85.00 per hour.         212.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
STORE NO 242, FLAMINGO EAST, LTD
INVOICE NUMBER   440038

NOVEMBER 29, 2006
REF. NO.   50116-25029
PAGE      8

| | | |
|---|---|---:|
| 10/16/06 | LEGAL RESEARCH REGARDING OPPOSITION TO LANDLORD'S MOTION FOR FEES IN CONNECTION WITH MOTION FOR SUMMARY JUDGMENT | |
| | D. A. MORANDE     .30 hours at   245.00 per hour. | 73.50 |
| 10/16/06 | CONTINUE REVIEW OF DISCOVERY MATERIALS AND AFFIDAVITS FOR DISCOVERY RESPONSES. | |
| | D. J. SMITH   1.20 hours at   245.00 per hour. | 294.00 |
| 10/16/06 | FURTHER REVISIONS AND ADDITIONS TO FOURTH DRAFT OF WINN-DIXIE'S RESPONSE TO LANDLORD'S MOTION FOR SUMMARY JUDGMENT AS PER COMMENTS AND SUGGESTIONS OF T. WARNER AND AMG. | |
| | D. J. SMITH   4.30 hours at   245.00 per hour. | 1053.50 |
| 10/16/06 | REVIEW ███████████████████████ FOR WINN-DIXIE STORE #242 IN HIALEAH, FLORIDA | |
| | G. MOORE*     .20 hours at   85.00 per hour. | 17.00 |
| 10/16/06 | REVIEW FILE REGARDING MEMO IN OPPOSITION TO FLAMINGO'S MOTION FOR SUMMARY JUDGMENT; INSTRUCTIONS REGARDING EDITS AND CHANGES | |
| | T. WARNER    .30 hours at  345.00 per hour. | 103.50 |
| 10/17/06 | NUMEROUS CONFERENCES REGARDING ███████████ | |
| | A. M. GRUNSPAN   1.40 hours at   345.00 per hour. | 483.00 |
| 10/17/06 | LEGAL RESEARCH REGARDING RESPONSE TO LANDLORD'S MOTION FOR FEES. | |
| | D. A. MORANDE   1.00 hours at   245.00 per hour. | 245.00 |
| 10/17/06 | LEGAL RESEARCH REGARDING OPPOSITION TO MOTION FOR SUMMARY JUDGMENT | |
| | D. A. MORANDE   1.30 hours at   245.00 per hour. | 318.50 |
| 10/17/06 | DRAFT AND OUTLINE MEMO OF LAW ION INTERVENTION RIGHTS IN COUNTY COURT EVICTION ACTIONS. | |
| | D. J. SMITH   1.30 hours at   245.00 per hour. | 318.50 |
| 10/17/06 | OUTLINE ISSUES FOR FLAMINGO TESTIMONY AFTER INTERVENTION. | |
| | D. J. SMITH    .70 hours at   245.00 per hour. | 171.50 |

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
STORE NO 242, FLAMINGO EAST, LTD
INVOICE NUMBER   440038

NOVEMBER 29, 2006
REF. NO.  50116-25029
PAGE     9

| | | |
|---|---|---:|
| 10/17/06 | ROUGH DRAFT OF COMPLAINT IN INTERVENTION IN COUNTY COURT EVICTION ACTION.<br>D. J. SMITH     .60 hours at  245.00 per hour. | 147.00 |
| 10/17/06 | REVIEW COUNTY COURT EVICTION DOCKET AND EMAIL TO TRIAL TEAM RE: ▮▮▮▮▮▮▮▮▮▮.<br>D. J. SMITH     .10 hours at  245.00 per hour. | 24.50 |
| 10/17/06 | REVIEW COUNTY COURT EVICTION ACTION PRETRIAL CONFERENCE ORDER AND REFERRAL TO MEDIATION AND REQUIREMENTS FOR SAME.<br>D. J. SMITH     .30 hours at  245.00 per hour. | 73.50 |
| 10/17/06 | SEVERAL E-MAILS TO/FROM AMG AND TRIAL TEAM RE: ▮▮▮▮▮▮▮▮▮▮▮<br>D. J. SMITH     .20 hours at  245.00 per hour. | 49.00 |
| 10/17/06 | REVIEW MOTION TO INTERVENE BY WINN-DIXIE AND MOTION TO ABATE BY FAMILY DOLLAR IN COUNTY COURT EVICTION ACTION.<br>D. J. SMITH     .40 hours at  245.00 per hour. | 98.00 |
| 10/17/06 | UPDATE DISCOVERY FILES, INCLUDING DISCOVERY STATUS LOG.<br>L. GOLDSTEIN*     .50 hours at   85.00 per hour. | 42.50 |
| 10/17/06 | CONFER WITH TRIAL TEAM REGARDING ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br>T. WARNER    .30 hours at  345.00 per hour. | 103.50 |
| 10/17/06 | REVIEW PRE-TRIAL ORDER REGARDING COUNTY COURT EVICTION ACTION; INSTRUCTIONS REGARDING TRIAL PREP AND PRE-TRIAL<br>T. WARNER    .30 hours at  345.00 per hour. | 103.50 |
| 10/17/06 | REVISE AND EDIT RESPONSE TO FLAMINGO'S MOTION FOR SUMMARY JUDGMENT<br>T. WARNER   2.50 hours at  345.00 per hour. | 862.50 |
| 10/17/06 | CONTINUE RE-DRAFTING OF RESPONSE TO MOTION FOR SUMMARY JUDGMENT<br>T. WARNER    .20 hours at  345.00 per hour. | 69.00 |
| 10/17/06 | CONTINUE REVISION OF RESPONSE TO MOTION FOR SUMMARY JUDGMENT<br>T. WARNER    .20 hours at  345.00 per hour. | 69.00 |

# CARLTON FIELDS

FED. ID 59-1233896

ATTORNEYS AT LAW

WINN DIXIE STORES, INC                    NOVEMBER 29, 2006
STORE NO 242, FLAMINGO EAST, LTD          REF. NO.   50116-25029
INVOICE NUMBER   440038                   PAGE   10

10/17/06  COMPLETE RE-DRAFTING RESPONSE TO MOTION FOR
          SUMMARY JUDGMENT
          T. WARNER    .20 hours at  345.00 per hour.                69.00

10/17/06  COMPLETE REVISION OF RESPONSE TO MOTION FOR
          SUMMARY JUDGMENT
          T. WARNER    .20 hours at  345.00 per hour.                69.00

10/17/06  INSTRUCTIONS REGARDING EXHIBITS
          T. WARNER    .80 hours at  345.00 per hour.               276.00

10/17/06  INSTRUCTIONS REGARDING ATTACHMENTS
          T. WARNER   1.00 hours at  345.00 per hour.               345.00

10/18/06  LEGAL ANALYSIS.
          D. A. MORANDE    .20 hours at  245.00 per hour.            49.00

10/18/06  RESEARCH FOR RESPONSE IN OPPOSITION TO
          FLAMINGO'S MOTION FOR SUMMARY JUDGMENT.
          D. A. MORANDE    .20 hours at  245.00 per hour.            49.00

10/18/06  REVISION OF SAME.
          D. A. MORANDE    .60 hours at  245.00 per hour.           147.00

10/18/06  CONFERENCE WITH COUNSEL REGARDING ██████████
          D. A. MORANDE   4.00 hours at  245.00 per hour.           980.00

10/18/06  DRAFT LETTER TO T. NORMAN RE: GLOBAL AGREEMENT
          ON DISCOVERY ISSUES.
          D. J. SMITH    .80 hours at  245.00 per hour.             196.00

10/18/06  REVIEW MOTIONS AND OTHER FLINGS IN PREPARATION
          FOR HEARING IN COUNTY COURT EVICTION ACTION.
          D. J. SMITH    .90 hours at  245.00 per hour.             220.50

10/18/06  E-MAIL TO R. REYNOLDS RE: AFFIDAVIT.
          D. J. SMITH    .10 hours at  245.00 per hour.              24.50

10/18/06  CALL FROM R. REYNOLDS RE: AFFIDAVIT AND COUNTY
          COURT EVICTION ACTION.
          D. J. SMITH    .30 hours at  245.00 per hour.              73.50

10/18/06  REVIEW BOX OF MATERIALS FROM CLIENT IN LIGHT OF
          DISCOVERY REQUESTS FROM CLIENT.
          D. J. SMITH   2.30 hours at  245.00 per hour.             563.50

10/18/06  CONFER WITH TOM AND AMG, RE-████████████████
          ████████████
          J. R. ALDERMAN    .30 hours at  245.00 per hour.          73.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
STORE NO 242, FLAMINGO EAST, LTD
INVOICE NUMBER  440038

NOVEMBER 29, 2006
REF. NO.  50116-25029
PAGE  11

| | | |
|---|---|---:|
| 10/18/06 | REVIEW E-MAIL MEMORANDUM FROM ATTORNEY WARNER REGARDING ██████████ | |
| | G. MOORE*    .10 hours at  85.00 per hour. | 8.50 |
| 10/18/06 | REVIEW ORDER SETTING CAUSE FOR PRE-TRIAL CONFERENCE AND PRE-TRIAL INSTRUCTIONS | |
| | G. MOORE*    .20 hours at  85.00 per hour. | 17.00 |
| 10/18/06 | RESPONSE TO FLAMINGO'S MOTION - FINAL EDITS AND REVIEW OF CASE CITES; CIRCULATE | |
| | T. WARNER   1.00 hours at  345.00 per hour. | 345.00 |
| 10/18/06 | REVIEW PROPOSED AFFIDAVITS OF REYNOLDS AND RILEY IN OPPOSITION TO FLAMINGO"S MOTION FOR SUMMARY JUDGMENT, AND APPROVE | |
| | T. WARNER    .20 hours at  345.00 per hour. | 69.00 |
| 10/19/06 | REVIEW SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF SUMMARY JUDGMENT FILED BY COUNSEL FOR LANDLORD. | |
| | A. M. GRUNSPAN    .60 hours at  345.00 per hour. | 207.00 |
| 10/19/06 | CONTACT TOM WARNER REGARDING ██████████ ██████████ | |
| | A. M. GRUNSPAN    .30 hours at  345.00 per hour. | 103.50 |
| 10/19/06 | REVIEW EXECUTED AFFIDAVIT FROM R. REYNOLDS IN SUPPORT OF OPPOSITION TO LL MOTION FOR SUMMARY JUDGMENT. | |
| | D. J. SMITH    .10 hours at  245.00 per hour. | 24.50 |
| 10/19/06 | PREPARE ORIGINAL AFFIDAVITS AND EXHIBITS AND SEND TO TEW FOR FILING. | |
| | D. J. SMITH    .40 hours at  245.00 per hour. | 98.00 |
| 10/19/06 | REVIEW LL'S SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT. | |
| | D. J. SMITH    .40 hours at  245.00 per hour. | 98.00 |
| 10/19/06 | REVIEW JUDICIAL ESTOPPEL CASES CITED BY LL IN SUPPLEMENTAL MEMORANDUM | |
| | D. J. SMITH    .70 hours at  245.00 per hour. | 171.50 |
| 10/19/06 | JUDICIAL ESTOPPEL RESEARCH ON ISSUES RAISED BY LL'S SUPPLEMENTAL MEMORANDUM OF LAW. | |
| | D. J. SMITH   1.10 hours at  245.00 per hour. | 269.50 |

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
STORE NO 242, FLAMINGO EAST, LTD
INVOICE NUMBER   440038

NOVEMBER 29, 2006
REF. NO.   50116-25029
PAGE   12

| | | |
|---|---|---|
| 10/19/06 | CONTINUE TO PREPARE WINN-DIXIE DOCUMENTS FOR PRODUCTION IN DISCOVERY.<br>D. J. SMITH    1.10 hours at  245.00 per hour. | 269.50 |
| 10/19/06 | REVIEW FIFTH DRAFT OF SUMMARY JUDGMENT RESPONSE TO LL'S MOTION.<br>D. J. SMITH    .70 hours at  245.00 per hour. | 171.50 |
| 10/19/06 | E-MAIL TO TEW RE: ███████████████████<br>████████████████████████████████<br>D. J. SMITH    .50 hours at  245.00 per hour. | 122.50 |
| 10/19/06 | RECEIPT AND REVIEW OF LANDLORD'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT.<br>J. R. ALDERMAN    .30 hours at  245.00 per hour. | 73.50 |
| 10/19/06 | REVIEW LATEST DRAFT OF WINN-DIXIE'S RESPONSE TO LANDLORD'S MOTION FOR SUMMARY JUDGMENT. CONFER WITH TOM AND ALAN, RE- ███████████████<br>J. R. ALDERMAN    .40 hours at  245.00 per hour. | 98.00 |
| 10/19/06 | REVIEW DRAFT RESPONSE TO FLAMINGO'S MOTION FOR SUMMARY JUDGMENT<br>G. MOORE*    .20 hours at  85.00 per hour. | 17.00 |
| 10/19/06 | UPDATE DISCOVERY FILES.<br>L. GOLDSTEIN*    .80 hours at  85.00 per hour. | 68.00 |
| 10/19/06 | REVIEW PROPOSED EDITS TO RESPONSE AND CORRECTION OF CITES BY SMITH AND INSTR REGARDING CORRECTIONS<br>T. WARNER    .20 hours at  345.00 per hour. | 69.00 |
| 10/19/06 | REVIEW ALDERMAN SUGGESTED EDITS TO RESPONSE AND APPROVE<br>T. WARNER    .10 hours at  345.00 per hour. | 34.50 |
| 10/20/06 | REVISION OF RESPONSE TO FLAMINGO'S MOTION FOR SUMMARY JUDGMENT.<br>D. A. MORANDE    .50 hours at  245.00 per hour. | 122.50 |
| 10/20/06 | ANALYSIS OF FLAMINGO'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT.<br>D. A. MORANDE    .40 hours at  245.00 per hour. | 98.00 |
| 10/20/06 | PREPARATION OF CORRESPONDENCE REGARDING SAME.<br>D. A. MORANDE    .20 hours at  245.00 per hour. | 49.00 |

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
STORE NO 242, FLAMINGO EAST, LTD
INVOICE NUMBER  440038

NOVEMBER 29, 2006
REF. NO.  50116-25029
PAGE  13

10/20/06 LEGAL RESEARCH REGARDING OPPOSITION TO
FLAMINGO'S MOTION FOR FEES.
D. A. MORANDE   2.80 hours at  245.00 per hour.                    686.00

10/20/06 REVIEW MEMORANDA AND RESEARCH INTERVENTION LAW
IN PREPARATION FOR MOTION TO INTERVENE IN
COUNTY COURT.
D. J. SMITH   1.40 hours at  245.00 per hour.                     343.00

10/20/06 REVISIONS TO LETTER AGREEMENT ON ALL DISCOVERY
WITH FAMILY DOLLAR CASES.
D. J. SMITH   .50 hours at  245.00 per hour.                      122.50

10/20/06 DRAFT AND REVISE WASSENAAR AFFIDAVIT OF BURDEN
ON MARKETING AND ADVERTISING MATERIALS
D. J. SMITH   1.10 hours at  245.00 per hour.                     269.50

10/20/06 DRAFT LETTER AGREEMENT TO FAMILY DOLLAR ON ALL
PENDING CASES.
D. J. SMITH   2.30 hours at  245.00 per hour.                     563.50

10/23/06 FOLLOW UP WITH OPPOSING COUNSEL ON DISCOVERY
AGREEMENT.
D. J. SMITH   .20 hours at  245.00 per hour.                       49.00

10/23/06 REVIEW DRAFT AFFIDAVIT OF BURDEN FOR FAMILY
DOLLAR CASES FROM D. YOUNG.
D. J. SMITH   .20 hours at  245.00 per hour.                       49.00

10/23/06 CONTINUE WITH INTERVENTION RESEARCH FOR
MEMORANDUM OF LAW.
D. J. SMITH   2.60 hours at  245.00 per hour.                     637.00

10/23/06 REVIEW CHANGES MADE BY DEAN AND TOM, RE-
J. R. ALDERMAN   .30 hours at  245.00 per hour.                    73.50

10/23/06 STUDY AND REVIEW FINAL DRAFT OF RESPONSE TO
FLAMINGO'S MOTION FOR SUMMARY JUDGMENT AND
FLAMINGO'S SUPPLEMENTAL MEMORANDUM;
INSTRUCTIONS REGARDING ISSUES, FINALIZING AND
FILING.
T. WARNER   .20 hours at  345.00 per hour.                         69.00

10/23/06 WORK ON WINN DIXIE'S PRIVILEGE LOG DOCUMENTS,
MAKE CHANGES PER ATTORNEY NOTES.
S. SMITH*   1.20 hours at  85.00 per hour.                        102.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
STORE NO 242, FLAMINGO EAST, LTD
INVOICE NUMBER  440038

NOVEMBER 29, 2006
REF. NO.  50116-25029
PAGE  14

| | | |
|---|---|---|
| 10/24/06 | REVISION OF RESPONSE TO FLAMINGO'S MOTION FOR SUMMARY JUDGMENT<br>D. A. MORANDE    1.10 hours at  245.00 per hour. | 269.50 |
| 10/25/06 | REVISION OF RESPONSE TO FLAMINGO'S MOTION SUMMARY JUDGMENT<br>D. A. MORANDE    .70 hours at  245.00 per hour. | 171.50 |
| 10/25/06 | E-MAIL TO TODD NORMAN RE: DISCOVERY AGREEMENT.<br>D. J. SMITH    .10 hours at  245.00 per hour. | 24.50 |
| 10/25/06 | CONTINUE REVIEW OF DOCUMENTS IN PREPARATION FOR PRODUCTION IN LIGHT OF AMG'S INSTRUCTIONS ON OBJECTIONS.<br>D. J. SMITH    1.40 hours at  245.00 per hour. | 343.00 |
| 10/25/06 | REVIEW WINN-DIXIE STORES, INC.'S DRAFT RESPONSE IN OPPOSITION TO FLAMINGO'S MOTION FOR SUMMARY JUDGMENT<br>G. MOORE*    .30 hours at  85.00 per hour. | 25.50 |
| 10/25/06 | GATHER DOCUMENTS AND CASE LAW FOR ATTORNEY WARNER'S REVIEW IN PREPARATION FOR HEARING ON FLAMINGO'S MOTION FOR SUMMARY JUDGMENT AND FLAMINGO'S MOTION FOR SANCTIONS<br>G. MOORE*    1.70 hours at  85.00 per hour. | 144.50 |
| 10/25/06 | INSTRUCTIONS REGARDING FINALIZING RESPONSE AND EXHIBITS<br>T. WARNER    .10 hours at  345.00 per hour. | 34.50 |
| 10/26/06 | REVISE RESPONSE IN OPPOSITION TO FLAMINGO'S MOTION FOR SUMMARY JUDGMENT<br>D. A. MORANDE    .20 hours at  245.00 per hour. | 49.00 |
| 10/26/06 | FINALIZE RESPONSE IN OPPOSITION TO FLAMINGO'S MOTION FOR SUMMARY JUDGMENT<br>D. A. MORANDE    .20 hours at  245.00 per hour. | 49.00 |
| 10/26/06 | PREPARATION OF MEMORANDUM REGARDING OPPOSITION TO FLAMINGO'S MOTION FOR ATTORNEYS FEES<br>D. A. MORANDE    .20 hours at  245.00 per hour. | 49.00 |
| 10/26/06 | CORRESPONDENCE REGARDING SAME<br>D. A. MORANDE    .60 hours at  245.00 per hour. | 147.00 |

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
STORE NO 242, FLAMINGO EAST, LTD
INVOICE NUMBER  440038

NOVEMBER 29, 2006
REF. NO.  50116-25029
PAGE  15

---

10/26/06  REVIEW FILES AND E-MAILS TO/FROM G. MOORE RE:
WINN-DIXIE'S MOTION FOR SUMMARY JUDGMENT IN
FLAMINGO CASE.
D. J. SMITH    .10 hours at  245.00 per hour.                    24.50

10/26/06  PREPARE AND REVISE COMPLAINT IN INTERVENTION
FOR COUNTY COURT EVICTION ACTION.
D. J. SMITH    .90 hours at  245.00 per hour.                   220.50

10/26/06  BEGIN DRAFT ON MEMORANDUM OF LAW IN SUPPORT OF
MOTION FOR INTERVENTION IN COUNTY COURT
EVICTION ACTION.
D. J. SMITH    .40 hours at  245.00 per hour.                    98.00

10/26/06  CONFER WITH TOM, RE-‎ ▇▇▇▇▇▇▇. REVIEW CASE LAW. EMAIL
TO ALAN AND TOM.
J. R. ALDERMAN    .30 hours at  245.00 per hour.                 73.50

10/26/06  REVIEW AFFIDAVIT OF WILLIAM RILEY
G. MOORE*    .10 hours at  85.00 per hour.                        8.50

10/26/06  REVIEW AFFIDAVIT OF ROBERT REYNOLDS
G. MOORE*    .10 hours at  85.00 per hour.                        8.50

10/26/06  REVIEW OUR PLEADING FILE IN THE WEST PALM BEACH
OFFICE AND COMPARE WITH THE PLEADING FILES IN
THE MIAMI OFFICE TO DETERMINE WHICH ADDITIONAL
DOCUMENTS ARE NEEDED IN PREPARATION FOR THE
HEARINGS ON FLAMINGO'S MOTION FOR SUMMARY
JUDGMENT AND MOTION FOR SANCTIONS
G. MOORE*    .50 hours at  85.00 per hour.                       42.50

10/26/06  PREPARATION FOR HEARINGS - MATERIALS AND
EXHIBITS
T. WARNER    .20 hours at  345.00 per hour.                      69.00

10/26/06  REVIEW MEMORANDUM RE STANDARDS TO AWARD 57.105
FEES, IN OPPOSITION TO FLAMINGO'S MOTION
T. WARNER    .10 hours at  345.00 per hour.                      34.50

10/26/06  REVIEW RILEY AND REYNOLDS AFFIDAVITS AND SIGN
NOTICE OF FILING
T. WARNER    .20 hours at  345.00 per hour.                      69.00

10/26/06  REVIEW AND SIGN RESPONSE TO FLAMINGO'S MOTION
FOR SUMMARY JUDGMENT AND INSTRUCTIONS REGARDING
SERVING AND DELIVERING
T. WARNER    .20 hours at  345.00 per hour.                      69.00

---

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
STORE NO 242, FLAMINGO EAST, LTD
INVOICE NUMBER  440038

NOVEMBER 29, 2006
REF. NO.  50116-25029
PAGE  16

| | | |
|---|---|---:|
| 10/27/06 | PREPARE DRAFT MEMORANDUM OF LAW IN SUPPORT OF INTERVENTION IN COUNTY COURT EVICTION ACTION.<br>D. J. SMITH   1.60 hours at  245.00 per hour. | 392.00 |
| 10/27/06 | REVIEW MATERIALS AND REVISE PRIVILEGE LOG FOR FILING.<br>D. J. SMITH   1.70 hours at  245.00 per hour. | 416.50 |
| 10/30/06 | SEVERAL COUNSEL FOR LANDLORD AND CO-COUNSEL REGARDING LANDLORD PROPOSAL FOR SETTLEMENT AND STRATEGY FOR EVICTION ACTION.<br>A. M. GRUNSPAN   1.20 hours at  345.00 per hour. | 414.00 |
| 10/30/06 | LETTER TO CO-COUNSEL REGARDING ███████<br><br>A. M. GRUNSPAN   .20 hours at  345.00 per hour. | 69.00 |
| 10/30/06 | CONFER WITH AMG AND TEW, RE-███████ REVIEW FILE, RE-CORRESPONDENCE WITH LANDLORD'S COUNSEL, RE-INSPECTION REPORTS. CONFER WITH TOM, RE-<br>J. R. ALDERMAN   .50 hours at  245.00 per hour. | 122.50 |
| 10/30/06 | PREPARE DRAFT ORDER DENYING FLAMINGO'S MOTION FOR SUMMARY JUDGMENT FOR ATTORNEY WARNER'S REVIEW<br>G. MOORE*   .20 hours at  85.00 per hour. | 17.00 |
| 10/30/06 | REVIEW FILE AND ADVISE REGARDING ███████<br><br>T. WARNER   .30 hours at  345.00 per hour. | 103.50 |
| 10/30/06 | FINAL PREP FOR HEARING ON FLAMINGO'S MOTIONS FOR SUMMARY JUDGMENT AND SANCTIONS- REVIEW PLEADINGS,MOTIONS, EXHIBITS AND RESEARCH<br>T. WARNER   1.00 hours at  345.00 per hour. | 345.00 |
| 10/30/06 | COORDINATE HEARING; TELEPHONE MESSAGE FROM - ATTORNEY GRUMER<br>T. WARNER   .20 hours at  345.00 per hour. | 69.00 |
| 10/30/06 | REVIEW PROPOSED ORDER DENYING FLAMINGO'S MOTIONS AND SUGGEST EDIT<br>T. WARNER   .20 hours at  345.00 per hour. | 69.00 |

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                          NOVEMBER 29, 2006
STORE NO 242, FLAMINGO EAST, LTD                REF. NO.  50116-25029
INVOICE NUMBER  440038                          PAGE  17

10/30/06  TELEPHONE CALL TO ATTORNEY GRUMER FOR FLAMINGO
          REGARDING "BUSINESS" PROPOSAL.
          T. WARNER    .30 hours at  345.00 per hour.                103.50

10/31/06  LETTER TO CLIENT REGARDING▬▬▬▬▬▬▬▬▬▬
          A. M. GRUNSPAN     .20 hours at  345.00 per hour.           69.00

10/31/06  LETTER TO CLIENT REGARDING▬▬▬▬▬▬▬
          ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
          A. M. GRUNSPAN     .30 hours at  345.00 per hour.          103.50

10/31/06  REVIEW ORDERS REGARDING SUMMARY JUDGMENT MOTION
          AND 57.105 MOTION AND TRIAL ORDERS.
          A. M. GRUNSPAN     .50 hours at  345.00 per hour.          172.50

10/31/06  REVIEW STRATEGY WITH T. WARNER REGARDING▬▬▬
          ▬▬▬▬▬▬▬▬▬▬▬▬▬▬
          A. M. GRUNSPAN     .50 hours at  345.00 per hour.          172.50

10/31/06  CONTACT T. WARNER REGARDING▬▬▬▬▬▬▬
          ▬▬▬▬AND CONTACT D. SMITH REGARDING
          A. M. GRUNSPAN     .50 hours at  345.00 per hour.          172.50

10/31/06  CONFERENCE WITH AMG,. TEW AND JA RE:▬▬▬▬
          D. J. SMITH    .60 hours at  245.00 per hour.              147.00

10/31/06  EMAIL FROM AND TO OPPOSING COUNSEL, RE-
          EXTENSION OF TIME. PROOF PROPOSED ORDER.
          INSTRUCTIONS TO LEGAL ASSISTANT.
          J. R. ALDERMAN     .20 hours at  245.00 per hour.           49.00

10/31/06  PREPARE FOR HEARING ON MOTION FOR SUMMARY
          JUDGMENT.
          J. R. ALDERMAN     .60 hours at  245.00 per hour.          147.00

10/31/06  ATTEND HEARING ON MOTION FOR SUMMARY JUDGMENT.
          J. R. ALDERMAN     .50 hours at  245.00 per hour.          122.50

10/31/06  CONFER WITH TOM WARNER AND OPPOSING COUNSEL,
          RE- NOTICING CASE FOR TRIAL.
          J. R. ALDERMAN     .40 hours at  245.00 per hour.           98.00

10/31/06  CONFER WITH AMG AND TEW, RE-▬▬▬▬▬▬▬▬
          ▬▬▬▬▬▬▬▬▬▬
          J. R. ALDERMAN     .40 hours at  245.00 per hour.           98.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
STORE NO 242, FLAMINGO EAST, LTD
INVOICE NUMBER  440038

NOVEMBER 29, 2006
REF. NO.  50116-25029
PAGE  18

| | | |
|---|---|---|
| 10/31/06 | REVIEW FILE IN CONNECTION WITH SETTING FLAMINGO'S DISCOVERY OBJECTIONS FOR HEARING. J. R. ALDERMAN    .50 hours at  245.00 per hour. | 122.50 |
| 10/31/06 | APPEAR AND PRESENT ARGUMENTS IN COURT, DADE COUNTY, OPPOSING FLAMINGO'S MOTION FOR SUMMARY JUDGMENT AND SANCTIONS T. WARNER   2.80 hours at  345.00 per hour. | 966.00 |
| 10/31/06 | CONFERENCE WITH OPPOSING COUNSEL AND JUDGE'S ASSISTANT REGARDING SETTING CASE FOR NON-JURY TRIAL AND SCHEDULING MEDIATION, AND POTENTIAL DISMISSAL OF COUNTY COURT EVICTION ACTION T. WARNER   1.00 hours at  345.00 per hour. | 345.00 |
| 10/31/06 | CONFERENCE WITH TRIAL TEAM RE T. WARNER    .50 hours at  345.00 per hour. | 172.50 |

TOTAL FEES FOR PROFESSIONAL SERVICES          $37,693.00

ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 22.10 hours at | $345.00 = | 7624.50 |
| DAM | D. A. MORANDE | 14.50 hours at | $245.00 = | 3552.50 |
| DJS | D. J. SMITH | 66.90 hours at | $245.00 = | 16390.50 |
| JRA | J. R. ALDERMAN | 7.80 hours at | $245.00 = | 1911.00 |
| GM* | G. MOORE* | 3.80 hours at | $85.00 = | 323.00 |
| LG* | L. GOLDSTEIN* | 1.30 hours at | $85.00 = | 110.50 |
| TW | T. WARNER | 21.10 hours at | $345.00 = | 7279.50 |
| SS* | S. SMITH* | 5.90 hours at | $85.00 = | 501.50 |
| | TOTALS | 143.40 | | $37,693.00 |

**COSTS INCURRED ON YOUR BEHALF AS POSTED OCTOBER 31, 2006**

| | | |
|---|---|---|
| | COPYING COST | 581.40 |
| | FAX | 78.00 |
| | POSTAGE | 9.60 |
| | TELEPHONE | 8.03 |
| | ONLINE COMPUTER SERVICES | 2.56 |
| 09/15/06 | MESSENGER CHARGES | 8.91 |
| 09/21/06 | MESSENGER CHARGES | 217.28 |
| 10/17/06 | MESSENGER CHARGES | 62.85 |
| 10/26/06 | COPYING COST - VENDOR: MINIT PRINT  - COPIES AND BATES STAMPED | 3264.95 |

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                          NOVEMBER 29, 2006
STORE NO 242, FLAMINGO EAST, LTD                REF. NO.  50116-25029
INVOICE NUMBER  440038                          PAGE  19

| | | |
|---|---|---:|
| 10/30/06 | COPYING COST - VENDOR: JULIO FERRER- PETTY CASH , COPIES FROM COURTHOUSE, 10/03/06 | 4.50 |
| 10/25/06 | MILEAGE/TOLLS/PARKING - VENDOR: THOMAS WARNER - 9/18/06 ATTEND HEARING | 66.06 |
| 10/19/06 | EXPRESS MAIL | 6.73 |
| 10/06/06 | WESTLAW RESEARCH | 0.12 |
| 10/06/06 | WESTLAW RESEARCH | 0.35 |
| 10/06/06 | WESTLAW RESEARCH | 3.50 |
| 10/06/06 | WESTLAW RESEARCH | 4.30 |

TOTAL COSTS AS POSTED THROUGH OCTOBER 31, 2006          $4,319.14
                                                        - - - - - - - - - - - -

**TOTAL AMOUNT DUE THIS INVOICE**          $42,012.14
                                           ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS
## ATTORNEYS AT LAW

FED. ID 59-1233896

**PLEASE REMIT TO:**
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

---

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL    32254

NOVEMBER 29, 2006
ALAN M. GRUNSPAN
REF. NO.   50116-23463
INVOICE NUMBER   440037

**RE:  NOBLE MANAGEMENT COMPANY, STORE 2260**

| | |
|---|---:|
| LEGAL SERVICES POSTED THROUGH 10/31/06 | $50,623.50 |
| COSTS ADVANCED POSTED THROUGH 10/31/06 | $6,936.76 |
| | ------------ |
| **CURRENT INVOICE TOTAL** | **$57,560.26** |
| | ============ |

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
NOBLE MANAGEMENT COMPANY, STORE 2260
INVOICE NUMBER  440037

NOVEMBER 29, 2006
REF. NO.  50116-23463
PAGE    1

### PROFESSIONAL SERVICES AS POSTED THROUGH OCTOBER 31, 2006

10/01/06  PREPARE FOR DEPOSITIONS OF SPENCER, WILLIAMS.
          J. R. ALDERMAN   3.70 hours at  245.00 per hour.            906.50

10/01/06  PREPARE FOR DOLGENCORP REGIONAL MANAGER DEPOS
          (.3) - EXHIBITS AND DOLGENCORP LEASES; STUDY
          E-MAIL; REVIEW EMAIL TO ELSBERRY REGARDING
          PRODUCTION (.2) OF EMAIL DOCS AND RED-LINE
          LEASE VERSIONS
          T. WARNER    .50 hours at  345.00 per hour.                 172.50

10/02/06  SEVERAL CORRESPONDENCE WITH CLIENTS AND
          CO-COUNSEL REGARDING ██████████████████
          A. M. GRUNSPAN    .70 hours at  345.00 per hour.            241.50

10/02/06  PREPARE FOR DEPOSITION OF LEASING RENEWAL
          MANAGERS IN ORLANDO.
          J. R. ALDERMAN   4.90 hours at  245.00 per hour.           1200.50

10/02/06  TRAVEL TO ORLANDO FOR DEPOSITIONS OF RENEWAL
          MANAGERS FOR DOLLAR GENERAL.
          J. R. ALDERMAN   3.90 hours at  245.00 per hour.            955.50

10/02/06  REVIEW DEPOSITION EXHIBITS.
          J. R. ALDERMAN   2.10 hours at  245.00 per hour.            514.50

10/02/06  BEGIN TO REVIEW DEADLINES FROM TRIAL ORDERS,
          DEPOSITIONS SCHEDULED AND CREATE CHART OF THOSE
          DEADLINES FOR ATTORNEY WARNER
          G. MOORE*   1.90 hours at  85.00 per hour.                  161.50

10/02/06  COORDINATE DEPO PREP AND DOCUMENTS
          T. WARNER    .40 hours at  345.00 per hour.                 138.00

10/02/06  LOCATE AND ASSIST ATTORNEY ALDERMAN WITH
          DOCUMENTS NEEDED FOR DEPOSITION IN ORLANDO,
          DEPOSITION BINDERS.
          S. SMITH*   2.50 hours at  85.00 per hour.                  212.50

10/03/06  ██████ CORRESPONDENCE WITH CLIENTS REGARDING
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.            138.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                           NOVEMBER 29, 2006
NOBLE MANAGEMENT COMPANY, STORE 2260             REF. NO.  50116-23463
INVOICE NUMBER  440037                           PAGE    2

| Date | Description | Amount |
|---|---|---|
| 10/03/06 | SEVERAL CORRESPONDENCE WITH T WARNER REGARDING ████████<br>A. M. GRUNSPAN   .40 hours at  345.00 per hour. | 138.00 |
| 10/03/06 | CONTACTED BY J. ALDERMAN REGARDING ████████<br>████████████████████<br>A. M. GRUNSPAN   .50 hours at  345.00 per hour. | 172.50 |
| 10/03/06 | LETTER FROM OPPOSING COUNSEL REGARDING SEVERAL ADDITIONAL REQUESTS FOR WINN-DIXIE DEPOSITIONS (.1); CORRESPONDENCE WITH DAVID J. SMITH AND TOM WARNER REGARDING PRIVILEGE APPLICABLE TO SUCH WITNESS REQUESTS (.1).<br>A. M. GRUNSPAN   .20 hours at  345.00 per hour. | 69.00 |
| 10/03/06 | SEVERAL CORRESPONDENCE WITH DAVID J. SMITH REGARDING ████████ AND TOM WARNER REGARDING SAME.<br>A. M. GRUNSPAN   .30 hours at  345.00 per hour. | 103.50 |
| 10/03/06 | PREPARE FOR DEPOSITION OF MS. HAISSEE, CURRENT LEASE RENEWALS MANAGER FOR DOLLAR GENERAL.<br>J. R. ALDERMAN   2.60 hours at  245.00 per hour. | 637.00 |
| 10/03/06 | REVIEW D/G ORIGINAL LEASE.<br>J. R. ALDERMAN   .30 hours at  245.00 per hour. | 73.50 |
| 10/03/06 | CONFER WITH TOM WARNER, RE- ████████<br>████████.<br>J. R. ALDERMAN   .60 hours at  245.00 per hour. | 147.00 |
| 10/03/06 | TRAVEL TO DEPOSITION OF KRISTINA BROWN.<br>J. R. ALDERMAN   .40 hours at  245.00 per hour. | 98.00 |
| 10/03/06 | ATTEND DEPOSITION OF KRISTINA BROWN, FORMER LEASE RENEWALS MANAGER FOR DOLLAR GENERAL.<br>J. R. ALDERMAN   2.70 hours at  245.00 per hour. | 661.50 |
| 10/03/06 | PREPARE FOR DEPOSITION OF KRISTINA BROWN.<br>J. R. ALDERMAN   2.10 hours at  245.00 per hour. | 514.50 |
| 10/03/06 | RECEIPT AND REVIEW OF LETTER FROM DREW SORREL, COUNSEL FOR DOLLAR GENERAL, RE- DISCOVERY ORDER.<br>J. R. ALDERMAN   .10 hours at  245.00 per hour. | 24.50 |

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                          NOVEMBER 29, 2006
NOBLE MANAGEMENT COMPANY, STORE 2260            REF. NO.  50116-23463
INVOICE NUMBER  440037                          PAGE    3

10/03/06  RECEIPT AND REVIEW OF LETTER FROM LANDLORD'S
          COUNSEL, RE- DEPOSITION DATES.
          J. R. ALDERMAN      .10 hours at  245.00 per hour.         24.50

10/03/06  REVIEW AND LOG IN DOCUMENTS PRODUCED IN
          RESPONSE TO REQUEST FOR PRODUCTION.
          L. GOLDSTEIN*  3.60 hours at  85.00 per hour.             306.00

10/03/06  DOWNLOAD PHOTOS FROM INDIVIDUAL EMAIL MESSAGES;
          BURN ONTO CD; LABEL.  PERFORMED BY
          NBASKERVILLE.
           LIT SUPPORT LEVEL 2*    .70 hours at  60.00 per hour.     42.00

10/03/06  LETTER FROM WILKINS REGARDING WINN DIXIE CORP
          REP DEPOS AND KNOWLEDGE OF LEASE EXCLUSIVE
          ENFORCEMENT; ADVISE REGARDING POSSIBLE
          PRIVILEGE OBJECTIONS
          T. WARNER    .20 hours at  345.00 per hour.               69.00

10/03/06  STUDY 99 CENT STORE BRIEFS IN PREP FOR EXPERT
          DEPO.
          T. WARNER    .20 hours at  345.00 per hour.               69.00

10/03/06  PREPARE FOR DEPOSITION OF DOLGENCORP REGIONAL
          LEASING DIRECTOR (2.5)
          T. WARNER   2.50 hours at  345.00 per hour.              862.50

10/03/06  STUDY DOCUMENTS FOR DEPO.
          T. WARNER    .10 hours at  345.00 per hour.               34.50

10/03/06  REVIEW DOCUMENTS FOR DEPO.
          T. WARNER    .10 hours at  345.00 per hour.               34.50

10/03/06  ATTEND DEPO OF LOIS WILLIAMS-DOLGENCORP LEASING
          MANAGER- IN ORLANDO
          T. WARNER   2.00 hours at  345.00 per hour.              690.00

10/03/06  TAKE DEPO OF LOIS WILLIAMS-DOLGENCORP LEASING
          MANAGER- IN ORLANDO
          T. WARNER   2.00 hours at  345.00 per hour.              690.00

10/03/06  DEBRIEFING REGARDING ███████████████████
          ███████████████
          T. WARNER    .10 hours at  345.00 per hour.               34.50

10/03/06  INSTRUCTIONS REGARDING ████████████████
          T. WARNER    .70 hours at  345.00 per hour.              241.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                         NOVEMBER 29, 2006
NOBLE MANAGEMENT COMPANY, STORE 2260           REF. NO.   50116-23463
INVOICE NUMBER   440037                        PAGE     4

| | | |
|---|---|---:|
| 10/03/06 | COORDINATE WITH LITIGATION SUPPORT TO SECURE DOCUMENTS NEEDED BY MR. REYNOLDS (EXPERT) ON DISC.<br>S. SMITH*    .20 hours at  85.00 per hour. | 17.00 |
| 10/03/06 | REVIEW INCOMING DOCUMENTS FROM MICHAEL ELSBERRY SUPPLEMENTAL PRODUCTION TO WINN DIXIE REQUEST FOR PRODUCTION OF DOCUMENTS, PREPARE DOCUMENTS FOR LOGING INTO DATABASE.<br>S. SMITH*    .40 hours at  85.00 per hour. | 34.00 |
| 10/04/06 | NUMEROUS CONFERENCES WITH WITNESSES REGARDING DEPOSITION AND PREPARATION.<br>A. M. GRUNSPAN    .50 hours at  345.00 per hour. | 172.50 |
| 10/04/06 | OUTLINE MATERIALS NEEDED FOR DEPO PREPARATION.<br>D. J. SMITH    .30 hours at  245.00 per hour. | 73.50 |
| 10/04/06 | MULTIPLE E-MAILS TO/FROM AMG RE: ████████<br>████████<br>D. J. SMITH    .20 hours at  245.00 per hour. | 49.00 |
| 10/04/06 | CONTINUE TO PREPARE FOR DEPOSITION OF MS HESSEE, CURRENT DOLLAR GENERAL LEASE RENEWAL DEPARTEMENT HEAD.<br>J. R. ALDERMAN    2.80 hours at  245.00 per hour. | 686.00 |
| 10/04/06 | ATTEND DEPOSITION OF MS. HESSEE, CURRENT LEASE RENEWALS MANAGER.<br>J. R. ALDERMAN    2.60 hours at  245.00 per hour. | 637.00 |
| 10/04/06 | CONFER WITH TEW, RE-████████████<br>J. R. ALDERMAN    .70 hours at  245.00 per hour. | 171.50 |
| 10/04/06 | PREPARE FOR AND REVIEW OUTLINE FOR DEPO OF SECOND DOLGENCORP LEASING DIRECTOR<br>T. WARNER    1.50 hours at  345.00 per hour. | 517.50 |
| 10/04/06 | ATTEND DEPO OF HEISS DOLGENCORP LEASING DIRECTOR (RENEWALS)<br>T. WARNER    4.10 hours at  345.00 per hour. | 1414.50 |
| 10/04/06 | PREPARE DOCUMENTS FOR ATTORNEY USE AS EXHIBITS AT THE DEPOSITION OF DAN LAFEVER.<br>S. SMITH*    2.80 hours at  85.00 per hour. | 238.00 |
| 10/05/06 | SEVERAL CORRESPONDENCE REGARDING DISCOVERY AND PRETRIAL STIPULATION.<br>A. M. GRUNSPAN    .60 hours at  345.00 per hour. | 207.00 |

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                    NOVEMBER 29, 2006
NOBLE MANAGEMENT COMPANY, STORE 2260      REF. NO.  50116-23463
INVOICE NUMBER   440037                   PAGE     5

10/05/06  CORRESPONDENCE WITH DAN LAFEVER REGARDING
          ███████
          A. M. GRUNSPAN     .20 hours at  345.00 per hour.           69.00

10/05/06  LETTER TO CO-COUNSEL REGARDING ███████
          ██████████████████
          A. M. GRUNSPAN     .20 hours at  345.00 per hour.           69.00

10/05/06  REVIEW CASE LAW ON REASONABLENESS IN CONTEXT OF
          ENFORCEMENT OF REAL PROPERTY RESTRICTIVE
          COVENANTS.
          D. J. SMITH     1.60 hours at  245.00 per hour.            392.00

10/05/06  CONFERENCE WITH AMG RE:███████████
          D. J. SMITH     .20 hours at  245.00 per hour.              49.00

10/05/06  REVIEW DEPOSITION PREPARATION FILES.
          D. J. SMITH     .70 hours at  245.00 per hour.             171.50

10/05/06  REVIEW NOBLE MANAGEMENT COMPANY'S MOTION TO
          COMPEL ANSWERS TO NOBEL'S FIRST REQUEST FOR
          PRODUCTION OF DOCUMENTS TO PLAINTIFF
          G. MOORE*     .30 hours at  85.00 per hour.                 25.50

10/05/06  SECURE DOCUMENTS REQUESTED BY ATTORNEY IN
          PREPARATION OF DEPOSITION OF LAFEVER (.2)
          S. SMITH*     .20 hours at  85.00 per hour.                 17.00

10/05/06  RESPOND TO ATTORNEY REQUEST WHILE AT DEPOSITION
          IN ORLANDO.
          S. SMITH*     .20 hours at  85.00 per hour.                 17.00

10/06/06  REVIEW WINN-DIXIE STORES, INC.'S RESPONSES TO
          NOBLE MANAGEMENT COMPANY'S SECOND REQUEST FOR
          PRODUCTION
          G. MOORE*     .10 hours at  85.00 per hour.                  8.50

10/06/06  REVIEW FILE REGARDING TRIAL PREP AND
          COORDINATION OF DISCOVERY, EXHIBITS, CALENDAR
          AND PRE-TRIAL COMPLIANCE
          T. WARNER     .50 hours at  345.00 per hour.               172.50

10/06/06  LETTER FROM ELSBERRY WITH NOTICES OF DEPO FOR
          RILEY AND REYNOLDS
          T. WARNER     .20 hours at  345.00 per hour.                69.00

10/06/06  DOWNLOAD AND REVIEW RILEY PHOTOS AND INSPECTION
          T. WARNER     .60 hours at  345.00 per hour.               207.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

ATTORNEYS AT LAW

WINN DIXIE STORES, INC                    NOVEMBER 29, 2006
NOBLE MANAGEMENT COMPANY, STORE 2260      REF. NO.  50116-23463
INVOICE NUMBER  440037                    PAGE    6

10/06/06  LOCATE AND SCAN INSPECTOR RILEY REPORTS FOR
          ATTORNEY TO REVIEW AND USE IN PREPARATION OF
          LAFEVER'S DEPOSITION.
          S. SMITH*    .20 hours at  85.00 per hour.                    17.00

10/08/06  READ RESEARCH REGARDING GROCERY STORE AND
          SUPERMARKET PRODUCT MIX IN PREP FOR EXPERT
          DEPOSITIONS; ANALYZE RESEARCH REGARDING GROCERY
          STORE AND SUPERMARKET PRODUCT MIX IN PREP FOR
          EXPERT DEPOSITIONS
          T. WARNER   1.00 hours at  345.00 per hour.                  345.00

10/09/06  CONTACTED BY OPPOSING COUNSEL REGARDING
          PRODUCTION OF SEVERAL RILEY REPORTS FOR 2260.
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.              69.00

10/09/06  CORRESPONDENCE TO OPPOSING COUNSEL REGARDING
          REQUESTED DOCUMENTS REGARDING RILEY
          INSPECTIONS.
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.              69.00

10/09/06  CONTACT JASON ALDERMAN REGARDING ▓▓▓▓▓▓▓▓▓▓
          ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.             138.00

10/09/06  EMAIL TO DOLLAR GENERAL'S COUNSEL, RE- DOCUMENT
          PRODUCTION.
          J. R. ALDERMAN    .20 hours at  245.00 per hour.              49.00

10/09/06  RECEIPT AND REVIEW OF ORDER ON DOLLAR GENERAL'S
          MOTION TO STAY PROCEEDINGS PENDING RULING OF
          THE APPELLATE COURT.
          J. R. ALDERMAN    .10 hours at  245.00 per hour.              24.50

10/10/06  CONTACT DAVID J. SMITH AND JASON ALDERMAN
          REGARDING ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.             138.00

10/10/06  SEVERAL CORRESPONDENCE WITH JASON ALDERMAN AND
          TOM WARNER REGARDING ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          A. M. GRUNSPAN    .70 hours at  345.00 per hour.             241.50

10/10/06  PREPARE FOR D. LAFEVER DEPOSITION.
          A. M. GRUNSPAN   2.40 hours at  345.00 per hour.             828.00

10/10/06  EMAILS TO OPPOSING COUNSELS, RE- MEDIATION,
          DEPOSITIONS, AND PRETRIAL ISSUES.
          J. R. ALDERMAN    .50 hours at  245.00 per hour.             122.50

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                            NOVEMBER 29, 2006
NOBLE MANAGEMENT COMPANY, STORE 2260              REF. NO.  50116-23463
INVOICE NUMBER  440037                            PAGE     7

10/10/06  REVIEW GROCERY/ GMD COMMODITY LIST FROM JOHN
          KOULOURIS.
          J. R. ALDERMAN     .30 hours at  245.00 per hour.              73.50

10/10/06  GATHER INFORMATION FOR ATTORNEY WARNER IN
          PREPARATION FOR MEETING WITH ATTORNEY WARNER,
          ATTORNEY ALDERMAN AND ATTORNEY SMITH REGARDING
          CASE STATUS AND TRIAL PREPARATION
          G. MOORE*    .30 hours at  85.00 per hour.                     25.50

10/10/06  PRINTOUT COLOR PHOTOGRAPHS FROM VARIOUS EMAIL
          ATTACHMENTS.  PERFORMED BY NBASKERVILLE.
           LIT SUPPORT LEVEL 1*    .20 hours at  35.00 per hour.          7.00

10/10/06  PREP OF EXPERT FOR TRIAL THROUGH CONF CALL WITH
          REYNOLDS AND PUBLIX LEASING REPRESENTATIVES RE
          GROCERY EXCLUSIVE ISSUES AND LEASING POLICIES
          T. WARNER  .70 hours at  345.00 per hour.                     241.50

10/10/06  CONFERENCE CALL WITH JAY CASTLE OF WINN DIXIE
          REGARDING ███████████████████████
          T. WARNER    .50 hours at  345.00 per hour.                   172.50

10/10/06  E-MAIL FROM TRIAL TEAM REGARDING ███████████
          ████████████████████, E MAIL TO TRIAL TEAM
          REGARDING ██████████
          T. WARNER    .20 hours at  345.00 per hour.                    69.00

10/10/06  REVIEW WINN DIXIE'S LEASE FILES IN PREPARATION
          OF IDENTIFYING AND SORTING PRIVILEGE DOCUMENTS
          FOR PRIVILEGE LOG.
          S. SMITH*   2.00 hours at  85.00 per hour.                    170.00

10/11/06  REVIEW NOBLE BANKRUPTCY MOTION TO COMPEL LEASE
          REJECTION AND CLIENT CORRESPONDENCE REGARDING
          SAME.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.              103.50

10/11/06  WORK ON SCHEDULING MEDIATION.
          J. R. ALDERMAN    .60 hours at  245.00 per hour.              147.00

10/11/06  REVIEW FILE INFORMATION, STATUS OF CASE AND
          TRIAL PREPARATION WITH ATTORNEY WARNER,
          ATTORNEY SMITH, ATTORNEY ALDERMAN AND SORAIDA
          SMITH
          G. MOORE*   4.00 hours at  85.00 per hour.                    340.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
NOBLE MANAGEMENT COMPANY, STORE 2260
INVOICE NUMBER   440037

NOVEMBER 29, 2006
REF. NO.  50116-23463
PAGE    8

| | | |
|---|---|---:|
| 10/11/06 | TRIAL TEAM MEETING IN MIAMI RE ▮▮▮▮▮▮▮▮▮▮ | |
| | T. WARNER    3.00 hours at  345.00 per hour. | 1035.00 |
| 10/11/06 | LITIGATION TEAM MEETING IN PREPARATION OF TRIAL. | |
| | S. SMITH*    2.50 hours at  85.00 per hour. | 212.50 |
| 10/12/06 | REVIEW DOLGENCORP, INC.'S EXHIBIT LIST AND COMPARE WITH WINN-DIXIE STORES, INC.'S EXHIBIT LIST | |
| | G. MOORE*    .30 hours at  85.00 per hour. | 25.50 |
| 10/12/06 | REVIEW DOLGENCORP, INC.'S WITNESS LIST AND COMPARE WITH WINN-DIXIE STORES, INC.'S WITNESS LIST | |
| | G. MOORE*    .30 hours at  85.00 per hour. | 25.50 |
| 10/12/06 | COPY FILES FROM CD TO A SHARED FOLDER FOR ACCESS BY PARALEGAL; COPY THE INDIVIDUAL STORE FILES TO SEPARATE CDS; MAKE FOUR COPIES OF EACH CD; LABEL.  PERFORMED BY N. BASKERVILLE. | |
| | LIT SUPPORT LEVEL 2*   1.50 hours at  60.00 per hour. | 90.00 |
| 10/12/06 | E-MAIL FROM OPPOSING COUNSEL REGARDING EXPERT DEPO; REPLY | |
| | T. WARNER    .20 hours at  345.00 per hour. | 69.00 |
| 10/12/06 | E-MAIL FROM ELSBERRY REGARDING SCHEDULING MEDIATION; E MAIL TO ELSBERRY REGARDING SCHEDULING MEDIATION | |
| | T. WARNER    .40 hours at  345.00 per hour. | 138.00 |
| 10/12/06 | STUDY AND REVIEW NOBLE MANAGEMENT'S MOTION TO COMPEL PRODUCTION; INSTRUCTIONS | |
| | T. WARNER    .20 hours at  345.00 per hour. | 69.00 |
| 10/12/06 | E MAIL TO ELSBERRY REGARDING DISCOVERY COMPLIANCE, WITNESS LISTS, MEDIATION; E-MAIL FROM ELSBERRY REGARDING DISCOVERY COMPLIANCE, WITNESS LISTS, MEDIATION | |
| | T. WARNER    .30 hours at  345.00 per hour. | 103.50 |
| 10/12/06 | LOCATE DOCUMENTS NEEDED BY ATTORNEY GRUNSPAN IN PREPARATION OF DEPOSITION, TAG RELEVANT PAGES REFERRED TOO. | |
| | S. SMITH*    .50 hours at  85.00 per hour. | 42.50 |

## CARLTON FIELDS, P.A.

### Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                          NOVEMBER 29, 2006
NOBLE MANAGEMENT COMPANY, STORE 2260    REF. NO.  50116-23463
INVOICE NUMBER  440037                          PAGE    9

10/13/06  PREPARE FOR BOB REYNOLDS DEPOSITION.
          A. M. GRUNSPAN   3.10 hours at  345.00 per hour.            1069.50

10/13/06  REVIEW D. LAFEVER DEPOSITION.
          A. M. GRUNSPAN   .90 hours at  345.00 per hour.              310.50

10/13/06  REVIEW NOBLE'S MOTION TO COMPEL.
          D. J. SMITH   .40 hours at  245.00 per hour.                  98.00

10/13/06  REVIEW DEPOSITION OF DOLLAR GENERAL'S CORPORATE
          REPS.
          J. R. ALDERMAN    .40 hours at  245.00 per hour.              98.00

10/13/06  REVIEW FILE. WORK ON SCHEDULING MEDIATION.
          J. R. ALDERMAN    .50 hours at  245.00 per hour.             122.50

10/13/06  REVIEW NOBLE MANAGEMENT COMPANY'S WITNESS LIST
          AND COMPARE WITH WINN-DIXIE STORES, INC.'S
          WITNESS LIST
          G. MOORE*    .70 hours at  85.00 per hour.                    59.50

10/13/06  REVIEW TRANSCRIPT FROM THE SEPTEMBER 26, 2006
          DEPOSITION OF JIM BROWN
          G. MOORE*    .20 hours at  85.00 per hour.                    17.00

10/13/06  BEGIN SUMMARIZING DEPOSITION OF DANIEL G.
          LAFEVER.
          L. GOLDSTEIN*   1.30 hours at  85.00 per hour.               110.50

10/13/06  E-MAIL FROM WILKINS REGARDING MEDIATION DATES
          T. WARNER    .10 hours at  345.00 per hour.                   34.50

10/13/06  E-MAIL FROM TRIAL TEAM REGARDING NOBLE
          MANAGEMENT MOTION TO COMPEL
          T. WARNER    .10 hours at  345.00 per hour.                   34.50

10/13/06  REVIEW NOBLE MANAGEMENT'S WITNESS LIST; INSTR
          RE EXPERT DISCOVERY OF LISTED WITNESSES AND
          WINN DIXIE WITNESSES LISTED
          T. WARNER    .20 hours at  345.00 per hour.                   69.00

10/13/06  REVIEW NOBLE MANAGEMENT'S EXHIBIT LIST;
          INSTRUCTIONS REGARDING POSSIBLE MOTION TO
          STRIKE AND DEMAND TO PRODUCE
          T. WARNER    .20 hours at  345.00 per hour.                   69.00

10/13/06  REVIEW EMAILS REGARDING SETTING MEDIATION
          T. WARNER    .10 hours at  345.00 per hour.                   34.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS
## ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                          NOVEMBER 29, 2006
NOBLE MANAGEMENT COMPANY, STORE 2260            REF. NO.   50116-23463
INVOICE NUMBER   440037                         PAGE   10

10/13/06  E-MAIL FROM ELSBERRY REGARDING NEED FOR
          CONTINUANCE; E MAIL TO ELSBERRY REGARDING
          MEDIATION DATES
          T. WARNER      .20 hours at  345.00 per hour.              69.00

10/14/06  CONTINUE SUMMARIZING DEPOSITION OF DANIEL. G.
          LAFEVER.
          L. GOLDSTEIN*   5.80 hours at  85.00 per hour.            493.00

10/15/06  MEET WITH BOB REYNOLDS AND PREPARE FOR HIS
          DEPOSITION.
          A. M. GRUNSPAN   5.30 hours at  345.00 per hour.         1828.50

10/16/06  ATTEND BOB REYNOLDS DEPOSITION.
          A. M. GRUNSPAN   6.20 hours at  345.00 per hour.         2139.00

10/16/06  NUMEROUS CORRESPONDENCE WITH OPPOSING COUNSEL,
          TOM WARNER, DAVID SMITH AND JASON ALDERMAN
          REGARDING DISCOVERY ISSUE.
          A. M. GRUNSPAN   1.70 hours at  345.00 per hour.          586.50

10/16/06  MULTIPLE E-MAILS WITH TRIAL TEAM RE: ███████
          ████████
          D. J. SMITH      .40 hours at  245.00 per hour.           98.00

10/16/06  CONTINUE REVIEW OF DISCOVERY MATERIALS AND
          AFFIDAVITS FOR DISCOVERY RESPONSES.
          D. J. SMITH    1.10 hours at  245.00 per hour.           269.50

10/16/06  DRAFT PRE-TRIAL STIPULATION.
          J. R. ALDERMAN    .70 hours at  245.00 per hour.         171.50

10/16/06  RECEIPT AND REVIEW OF EMAIL FROM OPPOSING
          COUNSEL, RE- MEDIATION, MOTION FOR CONTINUANCE,
          AND HEARING ON MOTION FOR CONTINUANCE. CONFER
          WITH TOM WARNER AND AMG, RE- SAME.
          J. R. ALDERMAN    .50 hours at  245.00 per hour.         122.50

10/16/06  REVIEW E-MAIL MEMORANDUM FROM ATTORNEY WARNER
          REGARDING ███████████████████████████
          ████████████████████████████████████████
          G. MOORE*     .10 hours at  85.00 per hour.                8.50

10/16/06  REVIEW MEMORANDUM FROM ATTORNEY WARNER
          REGARDING ███████████████████████████
          G. MOORE*     .10 hours at  85.00 per hour.                8.50

## CARLTON FIELDS, P.A.
### Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                        NOVEMBER 29, 2006
NOBLE MANAGEMENT COMPANY, STORE 2260          REF. NO.  50116-23463
INVOICE NUMBER   440037                       PAGE  11

---

10/16/06  REVIEW MEMORANDUM FROM ATTORNEY WARNER
          REGARDING ███████████████████████████████████
          G. MOORE*    .10 hours at  85.00 per hour.                    8.50

10/16/06  REVIEW NOBLE MANAGEMENT COMPANY'S MOTION FOR
          CONTINUANCE OF THE TRIAL ON COUNT III OF THE
          COMPLAINT CURRENTLY SCHEDULED ON THE COURT'S
          TWO WEEK NON-JURY TRIAL DOCKET BEGINNING
          NOVEMBER 20, 2006
          G. MOORE*    .20 hours at  85.00 per hour.                   17.00

10/16/06  FINISH SUMMARIZING DEPOSITION OF DANIEL G.
          LAFEVER.
          L. GOLDSTEIN*   6.20 hours at  85.00 per hour.              527.00

10/16/06  COORDINATE MEDIATION DATE AVAILABILITY AND
          SCHEDULING, AND PRE-TRIAL COMPLIANCE
          T. WARNER    .30 hours at  345.00 per hour.                 103.50

10/16/06  REVIEW OF DOLGENCORP'S ANSWERS TO EXPERT
          INTERROGATORIES REGARDING SHEDLIN
          T. WARNER    .10 hours at  345.00 per hour.                  34.50

10/16/06  E MAIL TO TRIAL TEAM REGARDING ████████████
          E-MAIL FROM TRIAL TEAM REGARDING ███████████
          T. WARNER    .30 hours at  345.00 per hour.                 103.50

10/16/06  ATTEND (BY PHONE) DEPO OF ROBERT REYNOLDS;
          ADVISE REGARDING DEPO AND ISSUES
          T. WARNER   1.70 hours at  345.00 per hour.                 586.50

10/16/06  REVIEW OF NOBLE MANAGEMENT'S MOTION FOR
          CONTINUANCE; INSTRUCTIONS REGARDING RESPONSE
          T. WARNER    .20 hours at  345.00 per hour.                  69.00

10/16/06  TELEPHONE CALL FROM ATTY ELSBERRY REGARDING
          WINN DIXIE EXHIBIT LIST, ATTY PRE-TRIAL
          MEETING, OBJECTIONS TO DISCOVERY, MEDIATION AND
          SHEDLIN DEPO IN CHICAGO
          T. WARNER    .40 hours at  345.00 per hour.                 138.00

10/16/06  INSTRUCTIONS TO TRIAL TEAM REGARDING ████████
          T. WARNER    .30 hours at  345.00 per hour.                 103.50

---

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not authorized to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
NOBLE MANAGEMENT COMPANY, STORE 2260
INVOICE NUMBER   440037

NOVEMBER 29, 2006
REF. NO.   50116-23463
PAGE   12

| | | |
|---|---|---:|
| 10/16/06 | REVIEW FILE | |
| | T. WARNER    .10 hours at   345.00 per hour. | 34.50 |
| 10/16/06 | INSTRUCT TRIAL TEAM REGARDING ▮▮▮▮ | |
| | T. WARNER   .10 hours at   345.00 per hour. | 34.50 |
| 10/16/06 | INSTRUCT TRIAL TEAM REGARDING ▮▮▮▮ | |
| | T. WARNER   .10 hours at   345.00 per hour. | 34.50 |
| 10/16/06 | INSTRUCT TRIAL TEAM REGARDING ▮▮▮▮ | |
| | T. WARNER    .30 hours at   345.00 per hour. | 103.50 |
| 10/17/06 | STRATEGY FOR ▮▮▮▮ WITH D. SMITH. | |
| | A. M. GRUNSPAN    .50 hours at   345.00 per hour. | 172.50 |
| 10/17/06 | SEVERAL COMMUNICATIONS WITH TOM WARNER REGARDING ▮▮▮▮ | |
| | A. M. GRUNSPAN    .90 hours at   345.00 per hour. | 310.50 |
| 10/17/06 | SEVERAL CALLS TO OPPOSING COUNSEL AND T. WARNER REGARDING OBJECTIONS TO WRITTEN DISCOVERY AND WITHDRAWAL OF CERTAIN OBJECTIONS BY CATEGORY. | |
| | A. M. GRUNSPAN    .60 hours at   345.00 per hour. | 207.00 |
| 10/17/06 | CONTACT JASON ALDERMAN REGARDING ▮▮▮▮ | |
| | A. M. GRUNSPAN    .40 hours at   345.00 per hour. | 138.00 |
| 10/17/06 | REVIEW DISCOVERY ISSUES WITH LL AND DG IN RESPONSE TO INQUIRIES REGARDING MOTION TO CONTINUE. | |
| | D. J. SMITH   1.20 hours at   245.00 per hour. | 294.00 |
| 10/17/06 | MEETING WITH W. RILEY IN ADVANCE OF HIS DEPOSITION. | |
| | D. J. SMITH    .50 hours at   245.00 per hour. | 122.50 |
| 10/17/06 | MULTIPLE E-MAILS TO/FROM TRIAL TEAM RE: ▮▮▮▮ | |
| | D. J. SMITH    .30 hours at   245.00 per hour. | 73.50 |

# CARLTON FIELDS, P.A.

### Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
NOBLE MANAGEMENT COMPANY, STORE 2260
INVOICE NUMBER  440037

NOVEMBER 29, 2006
REF. NO.  50116-23463
PAGE  13

| | | |
|---|---|---|
| 10/17/06 | REVIEW DISCOVERY OBJECTION ISSUES RE: MOTION TO COMPEL.<br>D. J. SMITH    .50 hours at  245.00 per hour. | 122.50 |
| 10/17/06 | PREPARE FOR MEETING WITH W. RILEY IN ADVANCE OF HIS DEPOSITION BY REVIEW OF PRIOR TESTIMONY, REPORTS, INTERROGATORY ANSWERS, AND OTHER RELATED MATERIALS<br>D. J. SMITH   1.20 hours at  245.00 per hour. | 294.00 |
| 10/17/06 | REVIEW EMAILS FROM OPPOSING COUNSEL AND TOM WARNER, RE-█████████<br>J. R. ALDERMAN    .40 hours at  245.00 per hour. | 98.00 |
| 10/17/06 | SUMMARIZE DEPOSITION OF MELANIE HEISSE; PROOFREAD AND PRINT.<br>L. GOLDSTEIN*   3.50 hours at  85.00 per hour. | 297.50 |
| 10/17/06 | REVIEW NOTICE OF HEARING REGARDING MOTION TO CONTINUE<br>T. WARNER    .10 hours at  345.00 per hour. | 34.50 |
| 10/17/06 | CONFER WITH TRIAL TEAM REGARDING ████████<br>███████████████████████<br>T. WARNER    .50 hours at  345.00 per hour. | 172.50 |
| 10/17/06 | TELEPHONE CALLS TO MICHAEL ELSBERRY (DOLGENCORP'S ATTORNEY) REGARDING HEARING ON MOTION FOR CONTINUANCE, STIPULATION, DISCOVERY AND PRE-TRIAL PROBLEMS, AND MEDIATION<br>T. WARNER    .40 hours at  345.00 per hour. | 138.00 |
| 10/17/06 | REVIEW PRE-TRIAL ORDER REGARDING COUNTY COURT EVICTION ACTION; INSTRUCTIONS REGARDING ████████<br>T. WARNER    .20 hours at  345.00 per hour. | 69.00 |
| 10/18/06 | CONTACT JASON ALDERMAN REGARDING ████████<br>█████████████<br>A. M. GRUNSPAN    .30 hours at  345.00 per hour. | 103.50 |
| 10/18/06 | CONTACT DAVID J. SMITH REGARDING ████████<br>█████████████<br>A. M. GRUNSPAN    .30 hours at  345.00 per hour. | 103.50 |

# CARLTON FIELDS, P.A.
Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

## ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    NOVEMBER 29, 2006
NOBLE MANAGEMENT COMPANY, STORE 2260      REF. NO.  50116-23463
INVOICE NUMBER   440037                   PAGE  14

10/18/06  CONTACT T. WARNER REGARDING █████████████████████
          ████████████████████████████████████████████████
          A. M. GRUNSPAN      .30 hours at  345.00 per hour.        103.50

10/18/06  REVIEW D. LAFEVER DEPOSITION SUMMARY.
          A. M. GRUNSPAN      .70 hours at  345.00 per hour.        241.50

10/18/06  REVIEW MELISSA HEISSE DEPOSITION SUMMARY.
          A. M. GRUNSPAN      .40 hours at  345.00 per hour.        138.00

10/18/06  REVIEW DISCOVERY OBJECTIONS, MOTION TO COMPEL
          AND DRAFT LETTER TO R. WILKINS AT REQUEST OF
          AMG.
          D. J. SMITH     .90 hours at  245.00 per hour.           220.50

10/18/06  CONFER WITH TOM, RE-█████████████████████
          ██████████████████████████
          J. R. ALDERMAN      .40 hours at  245.00 per hour.         98.00

10/18/06  ORGANIZE MATERIALS INCLUDING DOCUMENT
          PRODUCTIONS.
          J. R. ALDERMAN     1.20 hours at  245.00 per hour.        294.00

10/18/06  REVIEW FILE MATERIALS INCLUDING DOCUMENT
          PRODUCTIONS.
          J. R. ALDERMAN      .20 hours at  245.00 per hour.         49.00

10/18/06  REVIEW LAW REVIEW ARTICLES CONCERNING LEASE
          EXCLUSIVES IN THE GROCERY INDUSTRY.
          A. P. FRY    1.50 hours at  245.00 per hour.              367.50

10/18/06  RESEARCH FLORIDA LAW REGARDING REASONABLENESS
          OF SUCH EXCLUSIVES.
          A. P. FRY    2.00 hours at  245.00 per hour.              490.00

10/19/06  SEVERAL COMMUNICATIONS WITH OPPOSING COUNSEL
          AND CLIENT REGARDING DEPOSITION OF PHIL
          PHICHULO; LETTER TO T. WARNER REGARDING
          ████████████████████████████
          A. M. GRUNSPAN      .40 hours at  345.00 per hour.        138.00

10/19/06  REVISE AND FINALIZE WINN-DIXIE'S RESPONSES TO
          DOLLAR GENERAL'S REQUEST FOR PRODUCTION.
          D. J. SMITH     .40 hours at  245.00 per hour.            98.00

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
NOBLE MANAGEMENT COMPANY, STORE 2260
INVOICE NUMBER  440037

NOVEMBER 29, 2006
REF. NO.  50116-23463
PAGE  15

| Date | Description | Amount |
|---|---|---|
| 10/19/06 | REVISE AND FINALIZE WINN-DIXIE'S RESPONSES TO DOLLAR GENERAL'S INTERROGATORIES.<br>D. J. SMITH    .40 hours at  245.00 per hour. | 98.00 |
| 10/19/06 | EMAIL TO DOLLAR GENERAL'S COUNSEL, RE-DEPOSITION OF CORPORATE REPRESENTATIVES.<br>J. R. ALDERMAN    .10 hours at  245.00 per hour. | 24.50 |
| 10/19/06 | RECEIPT AND REVIEW OF EMAILS FROM OPPOSING COUNSEL, RE- DEPO OF EXPERT. RECEIPT AND REIVEW OF NOTICE OF TAKING DEPOSITINO. CONFER IWTH AMG AND TOM WARNER, RE-<br>J. R. ALDERMAN    .50 hours at  245.00 per hour. | 122.50 |
| 10/19/06 | UPDATE DISCOVERY FILES.<br>L. GOLDSTEIN*    .90 hours at  85.00 per hour. | 76.50 |
| 10/19/06 | REVIEW FILE AND PLEADINGS; INSTRUCTIONS REGARDING ORDER STRIKING DOLGENCORP'S AFFIRMATIVE DEFENSES<br>T. WARNER    .20 hours at  345.00 per hour. | 69.00 |
| 10/19/06 | TELEPHONE CALL TO ELSBERRY REGARDING AGREEMENT AND STIPULATIONS FOR SHEDLIN DEPO<br>T. WARNER    .30 hours at  345.00 per hour. | 103.50 |
| 10/19/06 | E-MAIL FROM ELSBERRY REGARDING LACK OF ORDERS ON MOTION TO STRIKE AFFIRMATIVE DEFENSES AND DISCOVERY ISSUES; INSTRUCTIONS REGARDING ORDERS<br>T. WARNER    .20 hours at  345.00 per hour. | 69.00 |
| 10/19/06 | E-MAIL FROM ELSBERRY REGARDING SHEDLIN DEPO AND AGREEMENTS<br>T. WARNER    .10 hours at  345.00 per hour. | 34.50 |
| 10/19/06 | REVIEW E MAIL TO ELSBERRY REGARDING DEPOSING DOLGENCORP CORPORATE REPRESENTATIVE ON DOLGENCORP DEFENSES<br>T. WARNER    .10 hours at  345.00 per hour. | 34.50 |
| 10/19/06 | REVIEW STIPULATED MOTION FOR CONTINUANCE<br>T. WARNER    .10 hours at  345.00 per hour. | 34.50 |
| 10/19/06 | TELEPHONE CALL TO ELSBERRY REGARDING STIPULATIONS FOR SHEDLIN DEPO, USE AT TRIAL AND CROSS -EXAMINATION<br>T. WARNER    .30 hours at  345.00 per hour. | 103.50 |

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
NOBLE MANAGEMENT COMPANY, STORE 2260
INVOICE NUMBER   440037

NOVEMBER 29, 2006
REF. NO.   50116-23463
PAGE   16

| | | |
|---|---|---|
| 10/19/06 | TELEPHONE CALL TO ELSBERRY REGARDING SHEDLIN DEPO<br>T. WARNER    .20 hours at  345.00 per hour. | 69.00 |
| 10/20/06 | REVIEW AND REVISE PRIVILEGE LOG AND PRIVILEGED MATERIALS.<br>D. J. SMITH    .90 hours at  245.00 per hour. | 220.50 |
| 10/20/06 | PREPARE LIST OF ALL SHOPPING CENTERS WITH WINN-DIXIE STORE AND FAMILY DOLLAR.<br>D. J. SMITH    .70 hours at  245.00 per hour. | 171.50 |
| 10/20/06 | CONFER WITH ALAN FRY, RE- ███████<br>J. R. ALDERMAN    .30 hours at  245.00 per hour. | 73.50 |
| 10/20/06 | TELECONFERENCE WITH MICHAEL ELSBERRY, DREW SORREL, RE- DISCOVERY. INSTRUCTIONS TO LEGAL ASSISTANT, RE- SETTING DOLLAR GENERAL OBJECTIONS FOR HEARING.<br>J. R. ALDERMAN    .30 hours at  245.00 per hour. | 73.50 |
| 10/20/06 | REVIEW HEARING TRANSCRIPT (SEPTEMBER), RE- DOLLAR GENERAL'S OBJECTIONS TO WINN-DIXIE'S REQUESTS.<br>J. R. ALDERMAN    .40 hours at  245.00 per hour. | 98.00 |
| 10/20/06 | REVIEW OF CORRESPONDENCE FILE IN CONNECTION WITH REVISING ORDER ON SEPT 9 DISCOVERY HEARING.<br>J. R. ALDERMAN    .40 hours at  245.00 per hour. | 98.00 |
| 10/20/06 | EMAIL TO DREW SORREL, RE- REVISE ORDER ON DOLLAR GENERALS OBJECTIONS.<br>J. R. ALDERMAN    .30 hours at  245.00 per hour. | 73.50 |
| 10/20/06 | REVIEW FILE, RE- OUTSTANDING DISCOVERY FROM LANDLORD. EMAIL LANDLORD'S COUNSEL.<br>J. R. ALDERMAN    .40 hours at  245.00 per hour. | 98.00 |
| 10/20/06 | CONFER WITH TOM, RE- ██████████████ EMAIL TO TOM.<br>J. R. ALDERMAN    .50 hours at  245.00 per hour. | 122.50 |

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                    NOVEMBER 29, 2006
NOBLE MANAGEMENT COMPANY, STORE 2260      REF. NO.   50116-23463
INVOICE NUMBER   440037                   PAGE   17

10/20/06  E-MAIL FROM ELSBERRY CONFIRMING STIPULATION AND
          AGREEMENTS REGARDING SHEDLIN DEPO; TRANSMIT AND
          INSTRUCTIONS TO TRIAL TEAM
          T. WARNER    .20 hours at  345.00 per hour.                69.00

10/20/06  REVIEW FILE REGARDING PROPOSED ORDER STRIKING
          DOLGENCORP AFFIRMATIVE DEFENSES AND WHETHER TO
          WITHDRAW MOTION TO STRIKE
          T. WARNER    .20 hours at  345.00 per hour.                69.00

10/20/06  E-MAIL FROM WITHROW CONFIRMING AGREEMENT ON
          SHEDLIN DEPO
          T. WARNER    .10 hours at  345.00 per hour.                34.50

10/20/06  REVIEW FILE AND INSTRUCTIONS REGARDING PROPOSED
          ORDER RESOLVING DISCOVERY OBJECTIONS AND ISSUES
          T. WARNER    .20 hours at  345.00 per hour.                69.00

10/23/06  REVIEW REYNOLDS DEPOSITION SUMMARY.
          A. M. GRUNSPAN    .70 hours at  345.00 per hour.          241.50

10/23/06  LETTER TO REYNOLDS REGARDING SUMMARY.
          A. M. GRUNSPAN    .10 hours at  345.00 per hour.           34.50

10/23/06  REVIEW FILE. EMAIL TO MICHAEL ESLBERRY, RE-
          DISCOVERY, DEPOSITIONS. RECEIPT AND REVIEW OF
          EMAIL FROM DREW SORREL, RE- ORDER ON DISCOVERY
          MOTION.
          J. R. ALDERMAN    .40 hours at  245.00 per hour.           98.00

10/23/06  CONFER WITH TOM, RE-         ████████████. REVIEW FILE. INSTRUCTIONS
          ████████████. TO PARALEGAL, RE- NOTICE OF WITHDRAWAL OF
          PLAINTIFF'S MOTION TO STRIKE. EMAIL TO
          ELSBERRY, RE- DEPOSITION DATES.
          J. R. ALDERMAN    .50 hours at  245.00 per hour.          122.50

10/23/06  TRAVEL TO CHICAGO AND PREPARE FOR SHEDLIN DEPO
          T. WARNER   2.40 hours at  345.00 per hour.               828.00

10/23/06  REVIEW FILE REGARDING WITHDRAWING MOTION TO
          STRIKE DOLGENCORP'S AFFIRMATIVE DEFENSES
          T. WARNER    .20 hours at  345.00 per hour.                69.00

10/24/06  LETTER TO CLIENT REGARDING ████████████
          ████████████ A. M. GRUNSPAN    .30 hours at   345.00 per hour.   103.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

# CARLTON FIELDS

## ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                                    NOVEMBER 29, 2006
NOBLE MANAGEMENT COMPANY, STORE 2260      REF. NO.   50116-23463
INVOICE NUMBER   440037                              PAGE   18

10/24/06  CONFERENCE REGARDING THE DEPOSITION OF SHEDLIN.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.                    138.00

10/24/06  CONFER WITH ATTORNEYS' TITLE SEARCH REGARDING
          THE POTENTIAL FOR FINDING PUBLIX LEASES IN
          BROWARD AND MARTIN COUNTY PUBLIC RECORDS (0.2);
          CONFER WITH J. ALDERMAN REGARDING SAME (0.1).
          A. P. FRY    .30 hours at  245.00 per hour.                          73.50

10/24/06  DRAFT REPORT AND SUMMARY OF DEPO AND EXPERT'S
          OPINIONS
          T. WARNER    .20 hours at  345.00 per hour.                          69.00

10/24/06  CONFER WITH ATTORNEY WITHROW REGARDING DEPO AND
          MEDIATION
          T. WARNER    .50 hours at  345.00 per hour.                         172.50

10/24/06  ATTEND DIRECT EXAM AND VIDEO TAPE DEPO OF
          SHEDLIN
          T. WARNER    .30 hours at  345.00 per hour.                         103.50

10/24/06  ATTEND SHEDLIN DEPO AND CROSS EXAM EXPERT
          WITNESS AND REVIEW DOCUMENTS IN HIS FILE
          T. WARNER   2.20 hours at  345.00 per hour.                         759.00

10/24/06  REVIEW MATERIALS REGARDING SHEDLIN DEPO AND
          OUTLINE ISSUES AND QUESTION POINTS
          T. WARNER   1.00 hours at  345.00 per hour.                         345.00

10/24/06  REVIEW FILES AND BEGIN GATHERING INFORMATION ON
          WHAT ORIGINAL DEPO TRANSCRIPTS AND EXHIBITS
          HAVE IN OFFICE, IF NOT IN OFFICE NEED TO ORDER
          FROM COURT REPORTER.
          S. SMITH*    .70 hours at  85.00 per hour.                           59.50

10/25/06  SEVERAL LETTERS TO T. WARNER REGARDING ▮▮▮▮▮
          ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.                    172.50

10/25/06  REVIEW DEPOSITION SUMMARY OF S. GOLD FOR DOLLAR
          GENERAL.
          A. M. GRUNSPAN    .70 hours at  345.00 per hour.                    241.50

10/25/06  CONTACT JASON ALDERMAN REGARDING ▮▮▮▮▮▮▮
          ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.                     69.00

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                          NOVEMBER 29, 2006
NOBLE MANAGEMENT COMPANY, STORE 2260            REF. NO.  50116-23463
INVOICE NUMBER  440037                          PAGE  19

10/25/06  CONTACT JASON ALDERMAN REGARDING ████████
          A. M. GRUNSPAN     .50 hours at  345.00 per hour.           172.50

10/25/06  SEVERAL CONFERENCES WITH OPPOSING COUNSEL,
          JASON ALDERMAN AND DAVID SMITH REGARDING
          OUTSTANDING DISCOVERY ISSUES.
          A. M. GRUNSPAN     .80 hours at  345.00 per hour.           276.00

10/25/06  CONFER WITH AMG, RE-████████████.
          J. R. ALDERMAN     .40 hours at  245.00 per hour.            98.00

10/25/06  DRAFT, REVISE, EDIT MOTION TO COMPEL AND FOR
          SANCTIONS.
          J. R. ALDERMAN     .70 hours at  245.00 per hour.           171.50

10/25/06  EMAIL TO MICHAEL ELSBERRY. REVIEW OF FILE.
          J. R. ALDERMAN     .40 hours at  245.00 per hour.            98.00

10/25/06  RECEIPT AND REVIEW OF EMAIL FROM ROBERT
          WILKINS. CONFER WITH AMG,DJS, AND TOM WARNER.
          REVIEW FILE. DRAFT RETURN EMAIL, RE- DISCOVERY
          AND DEPOSITIONS.
          J. R. ALDERMAN     .40 hours at  245.00 per hour.            98.00

10/25/06  CONFER WITH ALAN, RE-████████████
          TELECONFERENCE IWTH DOLLAR GENERAL'S COUNSEL,
          RE- ORDER ON DISCOVERY HEARING.
          J. R. ALDERMAN     .50 hours at  245.00 per hour.           122.50

10/25/06  RECEIPT AND REVIEW OF EMAIL FROM ROB WILKINS,
          RE- DISCOVERY.
          J. R. ALDERMAN     .10 hours at  245.00 per hour.            24.50

10/25/06  REVIEW PROPOSED ORDER REGARDING DOLGENCORP
          DISCOVERY OBJECTIONS
          T. WARNER    .10 hours at  345.00 per hour.                  34.50

10/25/06  REVIEW FILE REGARDING E MAIL TO AND E-MAIL FROM
          ELSBERRY REGARDING DOLGENCORP CORP DEPOS
          T. WARNER    .20 hours at  345.00 per hour.                  69.00

10/25/06  E-MAIL FROM ATTORNEY WILKINS REGARDING REQUESTS
          FOR DISCOVERY AND DEPOS BY NOBLE MANAGEMENT AND
          E MAIL TO ATTORNEY WILKINS REGARDING REQUESTS
          FOR DISCOVERY AND DEPOS BY NOBLE MANAGEMENT
          T. WARNER    .20 hours at  345.00 per hour.                  69.00

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
NOBLE MANAGEMENT COMPANY, STORE 2260
INVOICE NUMBER   440037

NOVEMBER 29, 2006
REF. NO.   50116-23463
PAGE   20

| | | |
|---|---|---:|
| 10/25/06 | WORK ON WITNESS OUTLINES ISSUES, PRE-TRIAL COMPLIANCE, AND RETURN FROM CHICAGO<br>T. WARNER   2.50 hours at  345.00 per hour. | 862.50 |
| 10/26/06 | REVIEW ██████████████████████ T AND LETTER FROM DAVID J. SMITH REGARDING ████.<br>A. M. GRUNSPAN      .40 hours at  345.00 per hour. | 138.00 |
| 10/26/06 | REVIEW DEPOSITION SUMMARY FOR JOHN ROGERS.<br>A. M. GRUNSPAN      .60 hours at  345.00 per hour. | 207.00 |
| 10/26/06 | REVIEW AND REVISE PROPOSED RESPONSE TO COUNSEL FOR LANDLORD ON MOTION TO COMPEL.<br>A. M. GRUNSPAN      .50 hours at  345.00 per hour. | 172.50 |
| 10/26/06 | CONTACT DAVID J. SMITH REGARDING ██████████<br>████████████████████████████████████████<br>████████████████████████████████████████<br>████████████████████████████████████████<br>A. M. GRUNSPAN      .50 hours at  345.00 per hour. | 172.50 |
| 10/26/06 | RESEARCH FOR LOCATION SPECIFIC CASE LAW ON BURDEN AND PRIVILEGE OBJECTIONS IN LIGHT OF AMG'S INSTRUCTIONS ON OBJECTIONS.<br>D. J. SMITH   2.70 hours at  245.00 per hour. | 661.50 |
| 10/26/06 | CONFERENCE WITH AMG RE: ████████████ AND DRAFT LETTER TO R. WILKINS.<br>D. J. SMITH      .50 hours at  245.00 per hour. | 122.50 |
| 10/26/06 | DRAFT PROPOSED BURDEN AFFIDAVIT FOR K. NEIL.<br>D. J. SMITH      .70 hours at  245.00 per hour. | 171.50 |
| 10/26/06 | PREPARE E-MAIL TO K. NEIL WITH ATTACHMENTS.<br>D. J. SMITH      .30 hours at  245.00 per hour. | 73.50 |
| 10/26/06 | RECEIPT AND REVIEW OF EMAIL FROM DREW, RE-ORDER ON DOLLAR GENERAL'S DISCOVERY OBJECTIONS. REVISE ORDER. INSTRUCTIONS TO LEGAL ASSISTANT.<br>J. R. ALDERMAN      .20 hours at  245.00 per hour. | 49.00 |
| 10/26/06 | EMAIL TO MICHAEL ELSBERRY, RE- DISCOVERY.<br>J. R. ALDERMAN      .20 hours at  245.00 per hour. | 49.00 |

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    NOVEMBER 29, 2006
NOBLE MANAGEMENT COMPANY, STORE 2260      REF. NO.  50116-23463
INVOICE NUMBER   440037                   PAGE   21

10/26/06 CONFER WITH ALAN AND DAVID, RE- ███████████
         ███████████████████████████████████
         J. R. ALDERMAN     .30 hours at   245.00 per hour.          73.50

10/26/06 WORK WITH PARALEGALS AND SECRETARY, RE- TURN
         OVER OF FILES TO WEST PALM OFFICE FOR TRIAL.
         J. R. ALDERMAN     .30 hours at   245.00 per hour.          73.50

10/26/06 LOCATE DOLLAR GENERAL INITITIVES, LOCATE
         DEPOSITION TRANSCRIPT OF KRISTEN BROWN, REVIEW
         FILES AND DOCUMENTS FOR LETTER FROM LANDLORD TO
         DOLLAR GENERAL RE: VIOLATION .
         S. SMITH*    .60 hours at  85.00 per hour.                  51.00

10/27/06 CONTACT DAVID J. SMITH REGARDING ███████████
         ██████████████████████████████████
         A. M. GRUNSPAN     .30 hours at  345.00 per hour.          103.50

10/27/06 SEVERAL CORRESPONDENCE WITH DAVID J. SMITH AND
         JASON ALDERMAN REGARDING ████████████████████
         ███████████████████████
         A. M. GRUNSPAN     .40 hours at  345.00 per hour.          138.00

10/27/06 REVIEW MATERIALS AND REVISE PRIVILEGE LOG FOR
         FILING.
         D. J. SMITH   1.50 hours at  245.00 per hour.              367.50

10/27/06 CONFER WITH TOM, RE- ███████████████████████
         INSTRUCTIONS TO LEGAL ASSISTANT, RE- CALLIING
         JUDGE'S OFFICE, RE- NEXT TRIAL DOCKET AFTER
         DECEMBER.
         J. R. ALDERMAN     .20 hours at  245.00 per hour.           49.00

10/27/06 EMAIL TO AND FROM OPPOSING COUNSEL FOR DOLLAR
         GENERAL, RE- DISCOVERY CONFERENCE.
         J. R. ALDERMAN     .20 hours at  245.00 per hour.           49.00

10/27/06 PROOF ORDER AND LETTER TO JUDGE, RE- DISCOVERY.
         J. R. ALDERMAN     .30 hours at  245.00 per hour.           73.50

10/27/06 CONFER WITH TOM AND ALAN, RE- ██████████████,
         ██████████████████████
         J. R. ALDERMAN     .40 hours at  245.00 per hour.           98.00

10/27/06 CONFER WITH ALAN AND TOM, RE- ███████████████
         ████████████████████████████████████
         J. R. ALDERMAN     .10 hours at  245.00 per hour.           24.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

# CARLTON FIELDS

## ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
NOBLE MANAGEMENT COMPANY, STORE 2260
INVOICE NUMBER  440037

NOVEMBER 29, 2006
REF. NO.  50116-23463
PAGE  22

| | | |
|---|---|---|
| 10/27/06 | REVIEW LETTER TO JUDGE STROKER AND PROPOSED ORDER ON DOLLAR GENERAL'S OBJECTIONS TO WINN-DIXIE STORES, INC.'S INTERROGATORY NUMBERS 5,7,8,11,13,14 & 18 AND WINN-DIXIE STORES, INC.'S REQUEST TO PRODUCE NUMBERS 22-35<br>G. MOORE*    .20 hours at  85.00 per hour. | 17.00 |
| 10/27/06 | DRAFT MOTION TO COMPEL DEPOSITION DATES.<br>A. P. FRY    .50 hours at  245.00 per hour. | 122.50 |
| 10/27/06 | BEGIN SUMMARIZING DEPOSITION OF LOIS WILLIAMS.<br>L. GOLDSTEIN*  2.00 hours at  85.00 per hour. | 170.00 |
| 10/27/06 | STUDY AND REVIEW LETTER TO JUDGE STROKER AND PROPOSED ORDER REGARDING DISCOVERY ISSUES<br>T. WARNER    .10 hours at  345.00 per hour. | 34.50 |
| 10/27/06 | E-MAIL FROM ELSBERRY REGARDING COORDINATING MEETING ON DISCOVERY<br>T. WARNER    .10 hours at  345.00 per hour. | 34.50 |
| 10/27/06 | INSTRUCTIONS REGARDING COORDINATING DEPOSITION SCHEDULES AND DISCOVERY<br>T. WARNER    .20 hours at  345.00 per hour. | 69.00 |
| 10/29/06 | CONTINUE SUMMARIZING DEPOSITION OF LOIS WILLIAMS.<br>L. GOLDSTEIN*    1.90 hours at  85.00 per hour. | 161.50 |
| 10/30/06 | SEVERAL CORRESPONDENCE WITH OPPOSING COUNSEL AND CO-COUNSEL REGARDING RESPONSES TO DISCOVERY AND ADDITIONAL DEPOSITIONS.<br>A. M. GRUNSPAN    .60 hours at  345.00 per hour. | 207.00 |
| 10/30/06 | REVISE LETTER TO COUNSEL FOR LANDLORD REGARDING REVISED RESPONSES TO DISCOVERY.<br>A. M. GRUNSPAN    .50 hours at  345.00 per hour. | 172.50 |
| 10/30/06 | SEVERAL CORRESPONDENCE WITH OPPOSING COUNSEL REGARDING PENDING DEPOSITIONS ON DEFENSES AND STRATEGY FOR SAME.<br>A. M. GRUNSPAN    .70 hours at  345.00 per hour. | 241.50 |
| 10/30/06 | MULTIPLE REVISIONS AND E-MAILS RE: DRAFTS TO WILKINS LETTER.<br>D. J. SMITH    .70 hours at  245.00 per hour. | 171.50 |

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    NOVEMBER 29, 2006
NOBLE MANAGEMENT COMPANY, STORE 2260       REF. NO.  50116-23463
INVOICE NUMBER  440037                     PAGE  23

10/30/06  EMAIL FROM AND TO DOLLAR GENERAL'S COUNSEL, RE-
          DEPOSITIONS, DISCOVERY. REVIEW DOLLAR GENERAL'S
          AMENDED INTERROGATORY ANSWERS. CONFER WITH TOM
          AND ALAN, RE- ███████████ .50 hours at  245.00 per hour.        122.50
          J. R. ALDERMAN

10/30/06  FINISH SUMMARIZING DEPOSITION OF LOIS WILLIAMS.
          L. GOLDSTEIN*    .70 hours at  85.00 per hour.                   59.50

10/30/06  REVIEW FILE REGARDING SCHEDULING OF DEPOS
          (HOLDER AS DOLGENCORP CORP REP ON "DEFENSES")
          WITH ELSBERRY; E-MAIL FROM ELSBERRY AND WILKINS
          REGARDING SAME
          T. WARNER    .40 hours at  345.00 per hour.                     138.00

10/31/06  PREPARE REVISED RESPONSES TO REQUEST FOR
          PRODUCTION.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.                138.00

10/31/06  REVIEW ██████████████████████WITH T.
          WARNER AND REVISED DISCOVERY RESPONSES.
          A. M. GRUNSPAN    1.80 hours at  345.00 per hour.               621.00

10/31/06  MEET WITH DAVID J. SMITH REGARDING ████████
          A. M. GRUNSPAN    .80 hours at  345.00 per hour.                276.00

10/31/06  PREPARE REVISED RESPONSES TO DISCOVERY TO
          LANDLORD.
          A. M. GRUNSPAN    1.40 hours at  345.00 per hour.               483.00

10/31/06  REVIEW PRIOR MATERIALS FROM CLIENT FOR
          INFORMATION ON ████████████████████
          D. J. SMITH    .70 hours at  245.00 per hour.                   171.50

10/31/06  CALLS TO T. NORMAN AND V. COCOTAS RE: DISCOVERY
          AND HEARING CANCELLATION.
          D. J. SMITH    .10 hours at  245.00 per hour.                   24.50

10/31/06  E-MAILS TO/FROM V. V. COCOTAS AND T. NORMAN RE:
          DISCOVERY AND CANCELLATION OF HEARING.
          D. J. SMITH    .10 hours at  245.00 per hour.                   24.50

10/31/06  CONFERENCE WITH AMG RE: ████████████
          D. J. SMITH    .50 hours at  245.00 per hour.                   122.50

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

# CARLTON FIELDS

## ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                     NOVEMBER 29, 2006
NOBLE MANAGEMENT COMPANY, STORE 2260       REF. NO.  50116-23463
INVOICE NUMBER   440037                    PAGE   24

10/31/06  CONFERENCE WITH TRIAL TEAM REGARDING ██████████████████
          ████████████████████████████████████████████████          345.00
          T. WARNER   1.00 hours at  345.00 per hour.


          TOTAL FEES FOR PROFESSIONAL SERVICES                    $50,623.50


## ATTORNEY FEE SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 43.70 hours at | $345.00 = | 15076.50 |
| DJS | D. J. SMITH | 19.70 hours at | $245.00 = | 4826.50 |
| JRA | J. R. ALDERMAN | 44.90 hours at | $245.00 = | 11000.50 |
| GM* | G. MOORE* | 8.80 hours at | $85.00 = | 748.00 |
| APF | A. P. FRY | 4.30 hours at | $245.00 = | 1053.50 |
| LG* | L. GOLDSTEIN* | 25.90 hours at | $85.00 = | 2201.50 |
| LS* | LIT SUPPORT LEVEL 2* | 2.20 hours at | $60.00 = | 132.00 |
| LS* | LIT SUPPORT LEVEL 1* | 0.20 hours at | $35.00 = | 7.00 |
| TW | T. WARNER | 42.00 hours at | $345.00 = | 14490.00 |
| SS* | S. SMITH* | 12.80 hours at | $85.00 = | 1088.00 |
| | TOTALS | 204.50 | | $50,623.50 |

## COSTS INCURRED ON YOUR BEHALF AS POSTED OCTOBER 31, 2006

| | | |
|---|---|---|
| | COPYING COST | 725.00 |
| | FAX | 39.00 |
| | POSTAGE | 9.53 |
| | TELEPHONE | 15.75 |
| 09/22/06 | MESSENGER CHARGES | 79.47 |
| 10/02/06 | LITIGATION SUPPORT - CD PER SORAIDA SMITH | 2.00 |
| 10/10/06 | LITIGATION SUPPORT - COLOR PRINTOUTS PER SORAIDA SMITH | 29.00 |
| 10/12/06 | LITIGATION SUPPORT - CDS DUPLICATED (4 CD'S X 4 EACH) PER SORAIDA SMITH | 32.00 |
| 10/18/06 | LITIGATION SUPPORT - COLOR PHOTO PRINTOUTS - KISSIMMEE PHOTOS 38X2, JENSEN BEACH PHOTOS 55X2 PER SORAIDA SMITH | 186.00 |
| 10/26/06 | LITIGATION SUPPORT - COLOR PRINTOUTS PER JASON ALDERMAN | 6.00 |
| 10/31/06 | COURT REPORTER CHARGE - VENDOR: ORANGE-OSCEOLA COURT REPORTERS | 582.90 |
| 10/31/06 | COURT REPORTER CHARGE - VENDOR: ORANGE-OSCEOLA COURT REPORTERS | 719.13 |
| 10/31/06 | COURT REPORTER CHARGE - VENDOR: ORANGE-OSCEOLA COURT REPORTERS | 213.50 |
| 10/31/06 | COURT REPORTER CHARGE - VENDOR: ORANGE-OSCEOLA COURT REPORTERS | 250.00 |

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

# CARLTON FIELDS

## ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
NOBLE MANAGEMENT COMPANY, STORE 2260
INVOICE NUMBER   440037

NOVEMBER 29, 2006
REF. NO.   50116-23463
PAGE   25

| Date | Description | Amount |
|---|---|---|
| 10/10/06 | COPYING COST - VENDOR: JENNIE CONLEY - PETTY CASH - ORLANDO , RECORDS, (NINTH JUDICIAL CIRCUIT/OSCEOLA COUNTY) 09/22/06 | 5.00 |
| 10/13/06 | COPYING COST - VENDOR: SPEED PRINT ONE, INC. , PHOTOCOPIES | 335.66 |
| 10/19/06 | COPYING COST - VENDOR: SPEED PRINT ONE, INC. - COPIES OF DOCUMENTS RESPOND TO REQUEST FROM PRODUCTION | 814.91 |
| 10/18/06 | TRAVEL/LODGING/MEALS - VENDOR: JASON ALDERMAN 10/2,4,5,9/06 TRAVEL TO ORLANDO TO ATTEND DEPOSITIONS OF WILLIAMS, HEISSE, BROWN, CLARK RE WINN-DIXIE/ NOBLE MANAGEMENT | 1603.90 |
| 10/25/06 | TRAVEL/LODGING/MEALS - VENDOR: THOMAS WARNER - 10/3/06 ATTEND DEPOSITIONS | 397.95 |
| 10/27/06 | TRAVEL/LODGING/MEALS - VENDOR: ALAN GRUNSPAN , 10/15-10/16/06 TRAVELED TO CALIFORNIA  RE: ROBERT REYNOLDS DEPOSITONS / EXPENSES TO BE DIVIDED EQUALLY BETWEEN THE TWO WINN-DIXIE MATTERS | 711.82 |
| 10/25/06 | MILEAGE/TOLLS/PARKING - VENDOR: THOMAS WARNER - 9/26/06 ATTEND DEPOSITIONS | 162.94 |
| 10/19/06 | EXPRESS MAIL | 15.30 |

TOTAL COSTS AS POSTED THROUGH OCTOBER 31, 2006      $6,936.76
- - - - - - - - - - - -

**TOTAL AMOUNT DUE THIS INVOICE**      $57,560.26
============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

# CARLTON FIELDS

## ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:

P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

NOVEMBER 28, 2006
ALAN M. GRUNSPAN
REF. NO.  50116-23455
INVOICE NUMBER  440034

RE:  YDB THREE LAKES, LC, STORE 210

LEGAL SERVICES POSTED THROUGH 10/31/06          $5,356.50
COSTS ADVANCED POSTED THROUGH 10/31/06            $845.71
                                               - - - - - - - - - - - -

                     CURRENT INVOICE TOTAL       $6,202.21
                                               ============

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
YDB THREE LAKES, LC, STORE 210
INVOICE NUMBER  440034

NOVEMBER 28, 2006
REF. NO.  50116-23455
PAGE    1

## PROFESSIONAL SERVICES AS POSTED THROUGH OCTOBER 31, 2006

| | | |
|---|---|---:|
| 07/18/06 | REVIEW FILE REGARDING SCHEDULING MOTION FOR PARTIAL SUMMARY JUDGMENT.<br>T. WARNER   .10 hours at  345.00 per hour. | 34.50 |
| 09/13/06 | CONVERT DATABASE FILE ONTO CD; LABEL. PERFORMED BY NB.<br>LIT SUPPORT LEVEL 2*   .20 hours at  60.00 per hour. | 12.00 |
| 09/14/06 | MAKE 4 COPIES OF CD; LABEL.  PERFORMED BY NB.<br>LIT SUPPORT LEVEL 2*   .30 hours at  60.00 per hour. | 18.00 |
| 09/22/06 | BURN 6 CDS; LABELS.  PERFORMED BY NB.<br>LIT SUPPORT LEVEL 2*   .30 hours at  60.00 per hour. | 18.00 |
| 10/01/06 | REVIEW AND LOG DOCUMENTS PRODUCED IN RESPONSE TO REQUEST FOR PRODUCTION.<br>L. GOLDSTEIN*   2.00 hours at  85.00 per hour. | 170.00 |
| 10/02/06 | PREPARE LIST OF ALL DOCUMENTS AND INTERROGATORIES ANSWER OWED TO WINN-DIXIE BY LANDLORD AND FAMILY DOLLAR.<br>D. J. SMITH   .70 hours at  245.00 per hour. | 171.50 |
| 10/03/06 | REVIEW LEASE FILES FROM CLIENT FOR CONTENT AND ATTORNEY-CLIENT PRIVILEGE MATERIALS.<br>D. J. SMITH   4.10 hours at  245.00 per hour. | 1004.50 |
| 10/03/06 | REVIEW AND LOG IN DOCUMENTS PRODUCED IN RESPONSE TO REQUEST FOR PRODUCTION.<br>L. GOLDSTEIN*   2.00 hours at  85.00 per hour. | 170.00 |
| 10/04/06 | PREPARE FOR CONFERENCE CALL ON ALL OUTSTANDING FAMILY DOLLAR DISCOVERY ISSUES BY REVIEW OF ORDERS, WRITTEN DISCOVERY, WRITTEN RESPONSES AND PREVIOUS PRODUCTION FOR OPPOSING COUNSEL AND CLIENT.<br>D. J. SMITH   1.40 hours at  245.00 per hour. | 343.00 |
| 10/06/06 | CONTINUE TO PREPARE FOR RESPONSES AND CONFERENCE CALL ON ALL OUTSTANDING DISCOVERY ISSUES BY REVIEWING WRITTEN REQUESTS TO/FROM FAMILY DOLLAR, RESPONSES AND COURT ORDERS ON.<br>D. J. SMITH   2.40 hours at  245.00 per hour. | 588.00 |

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                          NOVEMBER 28, 2006
YDB THREE LAKES, LC, STORE 210                  REF. NO.  50116-23455
INVOICE NUMBER  440034                          PAGE    2


10/06/06  STUDY ORDER DENYING FAMILY DOLLAR'S MOTION TO
          DISMISS; REVIEW ORDER DENYING FAMILY DOLLAR'S
          MOTION TO DISMISS
          T. WARNER    .20 hours at  345.00 per hour.                69.00

10/09/06  CONFERENCE ALL WITH FAMILY DOLLAR ATTORNEYS RE:
          ALL OUTSTANDING DISCOVERY ISSUES.
          D. J. SMITH    .30 hours at  245.00 per hour.              73.50

10/09/06  PREPARE FOR CONFERENCE CALL WITH FAMILY DOLLAR
          ATTORNEYS RE: ALL PENDING DISCOVERY ISSUES.
          D. J. SMITH    .80 hours at  245.00 per hour.             196.00

10/10/06  PREPARE FOR PRODUCTION OF DOCUMENTS IN FLAMINGO
          IN ACCORD WITH VERBAL AGREEMENT.
          D. J. SMITH   1.00 hours at  245.00 per hour.             245.00

10/10/06  RECEIPT AND REVIEW OF FAMILY DOLLAR'S ANSWER
          AND AFFIRMATIVE DEFENSES.
          J. R. ALDERMAN    .40 hours at  245.00 per hour.           98.00

10/18/06  REVIEW FILE REGARDING REPLY TO FAMILY DOLLAR'S
          AFFIRMATIVE DEFENSES; INSTRUCTIONS
          T. WARNER    .10 hours at  345.00 per hour.                34.50

10/19/06  UPDATE DISCOVERY FILES WITH NEW DOCUMENTS.
          L. GOLDSTEIN*    .50 hours at  85.00 per hour.             42.50

10/20/06  CONTACT DAVID J. SMITH REGARDING ████████████
          ████████████
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.          172.50

10/20/06  REVIEW AND REVISE PRIVILEGE LOG AND PRIVILEGED
          MATERIALS.
          D. J. SMITH    .90 hours at  245.00 per hour.             220.50

10/20/06  UPDATE DISCOVERY FILES.
          L. GOLDSTEIN*    .70 hours at  85.00 per hour.             59.50

10/23/06  CONTACT DAVID J. SMITH REGARDING ████████████
          ████████████
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.          103.50

10/23/06  CONTACT T. WARNER REGARDING ████████████████
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.           69.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
YDB THREE LAKES, LC, STORE 210
INVOICE NUMBER  440034

NOVEMBER 28, 2006
REF. NO.  50116-23455
PAGE    3

| | | |
|---|---|---:|
| 10/23/06 | ANALYSIS OF ANSWER AND AFFIRMATIVE DEFENSES FOR PREPARATION OF REPLY TO AFFIRMATIVE DEFENSES<br>D. A. MORANDE    .40 hours at  245.00 per hour. | 98.00 |
| 10/23/06 | COORDINATE DRAFT MOTION TO STRIKE<br>T. WARNER    .20 hours at  345.00 per hour. | 69.00 |
| 10/23/06 | REVIEW FAMILY DOLLAR'S AFFIRMATIVE DEFENSES REGARDING NEED FOR REPLY OR MOTIONS TO STRIKE/DISMISS; INSTRUCTIONS<br>T. WARNER    .40 hours at  345.00 per hour. | 138.00 |
| 10/23/06 | INSTRUCTIONS REGARDING MOTION TO STRIKE CERTAIN AFFIRMATIVE DEFENSES<br>T. WARNER    .30 hours at  345.00 per hour. | 103.50 |
| 10/23/06 | PREPARE TWO DISCOVERY BINDERS FOR ATTORNEY USE.<br>S. SMITH*   3.00 hours at  85.00 per hour. | 255.00 |
| 10/23/06 | WORK ON WINN DIXIE'S PRIVILEGE LOG OF DOCUMENTS AND MAKE CHANGES PER ATTORNEY'S NOTS.<br>S. SMITH*   1.50 hours at  85.00 per hour. | 127.50 |
| 10/25/06 | CONTINUE REVIEW OF DOCUMENTS IN PREPARATION FOR PRODUCTION IN LIGHT OF AMG'S INSTRUCTIONS ON OBJECTIONS.<br>D. J. SMITH    .90 hours at  245.00 per hour. | 220.50 |
| 10/27/06 | REVIEW FILE IN CONNECTION WITH DRAFTING MOTION TO STRIKE FAMILY DOLLAR'S AFFIRMATIVE DEFENSES.<br>J. R. ALDERMAN    .80 hours at  245.00 per hour. | 196.00 |
| 10/27/06 | DRAFT, REVISE, EDIT MOTION FOR EXTENSION OF TIME AND AGREED ORDER THEREON. PROOF PACKAGE FOR JUDGE. EMAIL TO OPPOSING COUNSEL.<br>J. R. ALDERMAN    .30 hours at  245.00 per hour. | 73.50 |
| 10/30/06 | CONTACT DAVID J. SMITH REGARDING ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬<br>A. M. GRUNSPAN    .30 hours at  345.00 per hour. | 103.50 |
| 10/30/06 | REVIEW ORDER REGARDING EXTENSION RE RESPONSE TO AFFIRMATIVE DEFENSES BY FAMILY DOLLAR.<br>T. WARNER    .10 hours at  345.00 per hour. | 34.50 |
| 10/31/06 | CORRESPONDENCE REGARDING REPLY AND MOTION TO STRIKE LANDLORD'S AFFIRMATIVE DEFENSES<br>D. A. MORANDE    .10 hours at  245.00 per hour. | 24.50 |

### CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
YDB THREE LAKES, LC, STORE 210
INVOICE NUMBER  440034

NOVEMBER 28, 2006
REF. NO.  50116-23455
PAGE    4

TOTAL FEES FOR PROFESSIONAL SERVICES                    $5,356.50

ATTORNEY FEE SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 1.30 hours at | $345.00 = | | 448.50 |
| DAM | D. A. MORANDE | 0.50 hours at | $245.00 = | | 122.50 |
| DJS | D. J. SMITH | 12.50 hours at | $245.00 = | | 3062.50 |
| JRA | J. R. ALDERMAN | 1.50 hours at | $245.00 = | | 367.50 |
| LG* | L. GOLDSTEIN* | 5.20 hours at | $85.00 = | | 442.00 |
| LS* | LIT SUPPORT LEVEL 2* | 0.80 hours at | $60.00 = | | 48.00 |
| TW | T. WARNER | 1.40 hours at | $345.00 = | | 483.00 |
| SS* | S. SMITH* | 4.50 hours at | $85.00 = | | 382.50 |
| | TOTALS | 27.70 | | | $5,356.50 |

COSTS INCURRED ON YOUR BEHALF AS POSTED OCTOBER 31, 2006

|  |  |  |
|---|---|---|
| | COPYING COST | 255.20 |
| | POSTAGE | 7.38 |
| | TELEPHONE | 1.81 |
| 09/13/06 | MESSENGER CHARGES | 225.45 |
| 10/13/06 | COURT REPORTER CHARGE - VENDOR: TAYLOR JONOVIC WHITE & GENDRON , ATTENDANCE AND TRANSCRIPTS | 307.60 |
| 10/25/06 | MILEAGE/TOLLS/PARKING - VENDOR: THOMAS WARNER - 9/15/06 ATTEND HEARING | 48.27 |

TOTAL COSTS AS POSTED THROUGH OCTOBER 31, 2006          $845.71
- - - - - - - - - - - - -

**TOTAL AMOUNT DUE THIS INVOICE**          **$6,202.21**
============

# CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

**PLEASE REMIT TO:**
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

NOVEMBER 28, 2006
ALAN M. GRUNSPAN
REF. NO.  50116-23462
INVOICE NUMBER  440036

RE:  DOLLAR GENERAL INVESTIGATIVE

LEGAL SERVICES POSTED THROUGH 10/31/06          $1,807.50
COSTS ADVANCED POSTED THROUGH 10/31/06            $738.35
                                                ------------

            CURRENT INVOICE TOTAL                $2,545.85
                                                ============

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
DOLLAR GENERAL INVESTIGATIVE
INVOICE NUMBER   440036

NOVEMBER 28, 2006
REF. NO.   50116-23462
PAGE   1

**PROFESSIONAL SERVICES AS POSTED THROUGH OCTOBER 31, 2006**

| Date | Description | Amount |
|------|-------------|--------|
| 10/04/06 | FINISH ASSEMBLING TABLES OF AUTHORITIES FROM CITED IN MOTIONS AND MEMORANDA FILED IN MULTIPLE MATTERS. <br> L. GOLDSTEIN*   1.40 hours at   85.00 per hour. | 119.00 |
| 10/05/06 | PRINT CASES FROM WESTLAW FOR INCLUSION IN MASTER COLLECTION OF CASES CITED IN MOTIONS AND MEMORANDA IN MULTIPLE CASES.  BEGIN PREPARING MASTER TABLE OF AUTHORITIES. <br> L. GOLDSTEIN*   5.80 hours at   85.00 per hour. | 493.00 |
| 10/06/06 | FINISH PREPARING MASTER TABLE OF AUTHORITIES. PREPARE BINDERS. <br> L. GOLDSTEIN*   2.70 hours at   85.00 per hour. | 229.50 |
| 10/10/06 | SEVERAL CORRESPONDENCE WITH CLIENT ████████ <br> A. M. GRUNSPAN   .30 hours at   345.00 per hour. | 103.50 |
| 10/16/06 | NUMEROUS CORRESPONDENCE WITH OPPOSING COUNSEL, TOM WARNER, DAVID SMITH AND JASON ALDERMAN REGARDING DISCOVERY ISSUE. <br> A. M. GRUNSPAN   1.50 hours at   345.00 per hour. | 517.50 |
| 10/30/06 | REVIEW SEVERAL RECENT CORRESPONDENCE AND E-MAILS REGARDING ANTICIPATED EFFORT BY LANDLORD TO RETURN TO COURT TO COMPLAIN ABOUT NON-COMPLIANCE RE: 254. <br> A. M. GRUNSPAN   .40 hours at   345.00 per hour. | 138.00 |
| 10/30/06 | CONTACT NIALL MCLACHLAN REGARDING ████████ <br> A. M. GRUNSPAN   .30 hours at   345.00 per hour. | 103.50 |
| 10/30/06 | LETTER TO CLIENT REGARDING ████████ <br> A. M. GRUNSPAN   .30 hours at   345.00 per hour. | 103.50 |

TOTAL FEES FOR PROFESSIONAL SERVICES            $1,807.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

# CARLTON FIELDS
### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
DOLLAR GENERAL INVESTIGATIVE
INVOICE NUMBER  440036

NOVEMBER 28, 2006
REF. NO.  50116-23462
PAGE    2

## ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 2.80 hours at | $345.00 = | 966.00 |
| LG* | L. GOLDSTEIN* | 9.90 hours at | $85.00 = | 841.50 |
| | TOTALS | 12.70 | | $1,807.50 |

### COSTS INCURRED ON YOUR BEHALF AS POSTED OCTOBER 31, 2006

| | |
|---|---|
| COPYING COST | 28.00 |
| TELEPHONE | 0.30 |
| 10/12/06 COPYING COST - VENDOR: SPEED PRINT ONE, INC.  - | 710.05 |

COPIES OF DOCUMENTS WINN DIXIE RETAIL ORDER
GUIDE FOR PRODUCTION IN VARIOUS FILES

TOTAL COSTS AS POSTED THROUGH OCTOBER 31, 2006        $738.35
                                                      ------------

### TOTAL AMOUNT DUE THIS INVOICE        $2,545.85
                                         ============

# CARLTON FIELDS, P.A.
Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

# CARLTON FIELDS

## ATTORNEYS AT LAW

PLEASE REMIT TO:

P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

FED. ID 59-1233896

| One Atlantic Center | P.O. Box 019101 | P.O. Box 1171 | P.O. Box 2861 | P.O. Drawer 190 | P.O. Box 150 |
|---|---|---|---|---|---|
| 1201 W. Peachtree St., Ste. 3000 | Miami, FL 33131 | Orlando, FL 32802 | St. Petersburg, FL 33731 | Tallahassee, FL 32302 | West Palm Beach, FL 33402 |
| Atlanta, Georgia 30309 | 305.530.0050 | 407.849.0300 | 727.821.7000 | 850.224.1585 | 561.659.7070 |
| 404.815.3400 | Fax 305.530.0055 | Fax 407.648.9099 | Fax 727.822.3768 | Fax 850.222.0398 | Fax 561.659.7368 |
| Fax 404.815.3415 | | | | | |

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254

NOVEMBER 28, 2006
ALAN M. GRUNSPAN
REF. NO. 50116-23457
INVOICE NUMBER 440035

RE: SUMAR ENTERPRISES, LTD, STORE 295

LEGAL SERVICES POSTED THROUGH 10/31/06          $5,445.50
COSTS ADVANCED POSTED THROUGH 10/31/06          $3,690.63
                                                - - - - - - - - - - - -
              CURRENT INVOICE TOTAL             $9,136.13
                                                ============

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
SUMAR ENTERPRISES, LTD, STORE 295
INVOICE NUMBER   440035

NOVEMBER 28, 2006
REF. NO.  50116-23457
PAGE    1

## PROFESSIONAL SERVICES AS POSTED THROUGH OCTOBER 31, 2006

| Date | Description | Amount |
|---|---|---|
| 10/02/06 | PREPARE LIST OF ALL DOCUMENTS AND INTERROGATORIES ANSWER OWED TO WINN-DIXIE BY LANDLORD AND FAMILY DOLLAR.<br>D. J. SMITH    .70 hours at  245.00 per hour. | 171.50 |
| 10/04/06 | PREPARE FOR CONFERENCE CALL ON ALL OUTSTANDING FAMILY DOLLAR DISCOVERY ISSUES BY REVIEW OF ORDERS, WRITTEN DISCOVERY, WRITTEN RESPONSES AND PREVIOUS PRODUCTION FOR OPPOSING COUNSEL AND CLIENT.<br>D. J. SMITH   1.30 hours at  245.00 per hour. | 318.50 |
| 10/06/06 | CONTINUE TO PREPARE FOR RESPONSES AND CONFERENCE CALL ON ALL OUTSTANDING DISCOVERY ISSUES BY REVIEWING WRITTEN REQUESTS TO/FROM FAMILY DOLLAR, AND RESPONSES.<br>D. J. SMITH   2.20 hours at  245.00 per hour. | 539.00 |
| 10/09/06 | PREPARE FOR CONFERENCE CALL WITH FAMILY DOLLAR ATTORNEYS RE: ALL PENDING DISCOVERY ISSUES.<br>D. J. SMITH    .80 hours at  245.00 per hour. | 196.00 |
| 10/09/06 | CONFERENCE ALL WITH FAMILY DOLLAR ATTORNEYS RE: ALL OUTSTANDING DISCOVERY ISSUES.<br>D. J. SMITH    .30 hours at  245.00 per hour. | 73.50 |
| 10/09/06 | PULL UP AND REVISE PROPOSED CONFIDENTIALITY AGREEMENTS FOR PMAT CASE DISCOVERY.<br>D. J. SMITH    .40 hours at  245.00 per hour. | 98.00 |
| 10/10/06 | PREPARE FOR PRODUCTION OF DOCUMENTS IN FLAMINGO IN ACCORD WITH VERBAL AGREEMENT.<br>D. J. SMITH   1.10 hours at  245.00 per hour. | 269.50 |
| 10/11/06 | REVIEW WINN DIXIE LEASE FIND SEPARATE PRIVILEGE DOCUMENTS IN PREPARATION FOR BATE STAMPING AND PRIVILEGE LOG.<br>S. SMITH*   1.20 hours at   85.00 per hour. | 102.00 |
| 10/12/06 | FINAL REVIEW OF CLIENT FILES FOR ATTORNEY-CLIENT PRIVILEGE MATERIALS AND PRIVILEGE LOG.<br>D. J. SMITH   1.70 hours at   245.00 per hour. | 416.50 |

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
SUMAR ENTERPRISES, LTD, STORE 295
INVOICE NUMBER  440035

NOVEMBER 28, 2006
REF. NO.  50116-23457
PAGE    2

| Date | Description | Amount |
|---|---|---|
| 10/13/06 | CONTINUE WITH DISCOVERY RESPONSES AND PRODUCTION PURSUANT TO AGREEMENT WITH FAMILY DOLLAR COUNSEL.<br>D. J. SMITH   1.10 hours at  245.00 per hour. | 269.50 |
| 10/13/06 | PREPARE DOCUMENTS FOR SHIPMENT TO COPYING SERVICE IN PREPARATION FOR WINN DIXIE'S SUBMISSION TO REQUEST FOR PRODUCTION.<br>S. SMITH*   .50 hours at  85.00 per hour. | 42.50 |
| 10/16/06 | CONTINUE REVIEW OF DISCOVERY MATERIALS AND AFFIDAVITS FOR DISCOVERY RESPONSES.<br>D. J. SMITH    .90 hours at  245.00 per hour. | 220.50 |
| 10/16/06 | CREATE PRIVILEDGE LOG OF WINN DIXIE LEASE FILE DOCUMENTS.<br>S. SMITH*   3.20 hours at  85.00 per hour. | 272.00 |
| 10/17/06 | CONTINUE PRIVILEGE LOG OF WINN DIXIE LEASE FILE IN PREPARATION FOR PRODUCTION OF DOCUMENTS.<br>S. SMITH*   3.80 hours at  85.00 per hour. | 323.00 |
| 10/18/06 | CONTINUE WITH WINN DIXIE'S PRIVILEGE LOG OF DOCUMENTS IN PREPARATION OF FILING RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS.<br>S. SMITH*   3.50 hours at  85.00 per hour. | 297.50 |
| 10/19/06 | UPDATE DISCOVERY FILES.<br>L. GOLDSTEIN*    .70 hours at  85.00 per hour. | 59.50 |
| 10/19/06 | FINALIZE WINN DIXIE'S PRIVILEGE LOG.<br>S. SMITH*    .70 hours at  85.00 per hour. | 59.50 |
| 10/20/06 | REVISE LETTER TO OPPOSING COUNSEL REGARDING COMPROMISE ON CROSS-MOTIONS TO COMPEL.<br>A. M. GRUNSPAN    .50 hours at  345.00 per hour. | 172.50 |
| 10/23/06 | CONTACT DAVID J. SMITH REGARDING ▓▓▓▓▓▓▓▓▓▓▓<br>A. M. GRUNSPAN    .30 hours at  345.00 per hour. | 103.50 |
| 10/23/06 | LETTER TO CLIENT REGARDING ▓▓▓▓▓▓▓▓▓<br>A. M. GRUNSPAN    .20 hours at  345.00 per hour. | 69.00 |
| 10/25/06 | CONTINUE REVIEW OF DOCUMENTS IN PREPARATION FOR PRODUCTION IN LIGHT OF AMG'S INSTRUCTIONS ON OBJECTIONS.<br>D. J. SMITH   1.30 hours at  245.00 per hour. | 318.50 |

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                          NOVEMBER 28, 2006
SUMAR ENTERPRISES, LTD, STORE 295               REF. NO.  50116-23457
INVOICE NUMBER  440035                          PAGE    3

| | | |
|---|---|---|
| 10/27/06 | REVIEW MATERIALS AND REVISE PRIVILEGE LOG FOR FILING. | |
| | D. J. SMITH    1.60 hours at  245.00 per hour. | 392.00 |
| 10/30/06 | FINALIZE PRIVILEGE LOG FOR FILING. | |
| | D. J. SMITH    .50 hours at  245.00 per hour. | 122.50 |
| 10/30/06 | CALLS AND E-MAILS TO T. NORMAN RE: 11/3 HEARING CANCELLATION. | |
| | D. J. SMITH    .20 hours at  245.00 per hour. | 49.00 |
| 10/30/06 | REVIEW DISCOVERY ISSUES RAISED BY FAMILY DOLLAR IN SUMAR DUE TO LACK OF RESPONSE FROM T. NORMAN RE: HIS PROMISE TO CANCEL NOV 3 HEARING. | |
| | D. J. SMITH    .90 hours at  245.00 per hour. | 220.50 |
| 10/31/06 | CONTINUE TO PREPARE FOR HEARING ON OBJECTIONS TO DISCOVERY BY WINN-DIXIE. | |
| | D. J. SMITH    1.10 hours at  245.00 per hour. | 269.50 |

TOTAL FEES FOR PROFESSIONAL SERVICES                    $5,445.50

## ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 1.00 hours at | $345.00 = | 345.00 |
| DJS | D. J. SMITH | 16.10 hours at | $245.00 = | 3944.50 |
| LG* | L. GOLDSTEIN* | 0.70 hours at | $85.00 = | 59.50 |
| SS* | S. SMITH* | 12.90 hours at | $85.00 = | 1096.50 |
| | TOTALS | 30.70 | | $5,445.50 |

**COSTS INCURRED ON YOUR BEHALF AS POSTED OCTOBER 31, 2006**

| | | |
|---|---|---|
| | COPYING COST | 286.20 |
| | FAX | 38.00 |
| | POSTAGE | 4.68 |
| | TELEPHONE | 2.25 |
| 10/13/06 | COPYING COST - VENDOR: SPEED PRINT ONE, INC. , DOCUMENTS RESPOND TO REQUEST FOR PRODUCTION | 175.48 |
| 10/26/06 | COPYING COST - VENDOR: MINIT PRINT  - COPIES AND BATES LABELS | 3177.32 |
| 10/31/06 | EXPRESS MAIL | 6.70 |

TOTAL COSTS AS POSTED THROUGH OCTOBER 31, 2006         $3,690.63
                                                      ------------

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                  NOVEMBER 28, 2006
SUMAR ENTERPRISES, LTD, STORE 295       REF. NO.   50116-23457
INVOICE NUMBER   440035                 PAGE    4

TOTAL AMOUNT DUE THIS INVOICE          $9,136.13
                                       ============

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

**PLEASE REMIT TO:**
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

NOVEMBER 28, 2006
ALAN M. GRUNSPAN
REF. NO.  50116-23449
INVOICE NUMBER  440033

**RE:  DOLGENCORP, INC, STORE 221**

```
LEGAL SERVICES POSTED THROUGH 10/31/06          $1,591.00
COSTS ADVANCED POSTED THROUGH 10/31/06            $341.16
                                               ------------

         CURRENT INVOICE TOTAL                  $1,932.16
                                               ============
```

**\*\*\* REMITTANCE COPY \*\*\***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (\*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
DOLGENCORP, INC, STORE 221
INVOICE NUMBER  440033

NOVEMBER 28, 2006
REF. NO.  50116-23449
PAGE  1

**PROFESSIONAL SERVICES AS POSTED THROUGH OCTOBER 31, 2006**

10/02/06  REVIEW DOLGENCORP, INC.'S UNVERIFIED ANSWERS TO
PLAINTIFF'S FIRST SET OF EXPERT WITNESS
INTERROGATORIES AND CURRICULUM VITAE OF EXPERT,
ANDREW SHEDLIN
G. MOORE*    .20 hours at  85.00 per hour.                    17.00

10/02/06  REVIEW DOLGENCORP, INC.'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE ANSWER BRIEF
G. MOORE*    .10 hours at  85.00 per hour.                     8.50

10/02/06  STUDY LETTER FROM AND REVIEW LETTER FROM
MARLOWE REGARDING EXTENSION
T. WARNER   .10 hours at  345.00 per hour.                    34.50

10/13/06  REVIEW OF ORDER GRANTING DOLGENCORP EXTENSION
TO FILE BRIEF; PUBLIX TO FILE BRIEF OVER THE
LIMITS
T. WARNER   .10 hours at  345.00 per hour.                    34.50

10/16/06  REVIEW OF GREGOIRE'S MOTION TO WITHDRAW AS
COUNSEL FOR DOLGENCORP ON APPEAL
T. WARNER   .10 hours at  345.00 per hour.                    34.50

10/19/06  REVIEW FILE REGARDING PENDING LANDLORD MOTION
FOR SUMMARY JUDGMENT
T. WARNER   .10 hours at  345.00 per hour.                    34.50

10/23/06  CONTACT DAVID J. SMITH REGARDING ███████

A. M. GRUNSPAN    .30 hours at  345.00 per hour.             103.50

10/23/06  REVIEW LANDLORD'S MOTION FOR SUMMARY JUDGMENT
IN CREST HAVEN AT REQUEST OF AMG.
D. J. SMITH   .70 hours at  245.00 per hour.                 171.50

10/23/06  OUTLINE RESPONSE TO LANDLORD'S MOTION FOR
SUMMARY IN CREST HAVEN CASE.
D. J. SMITH   1.10 hours at  245.00 per hour.                269.50

10/27/06  CONFER WITH AMG, RE- ███████
████. CONFER WITH ALAN FRY.
J. R. ALDERMAN    .20 hours at  245.00 per hour.              49.00

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                    NOVEMBER 28, 2006
DOLGENCORP, INC, STORE 221                REF. NO.  50116-23449
INVOICE NUMBER  440033                    PAGE    2

10/27/06 CONFER WITH ALAN FRY, RE- ███████████████
         J. R. ALDERMAN      .20 hours at  245.00 per hour.          49.00

10/27/06 FOLLOW UP WITH PROCESS SERVER AND J. ALDERMAN
         REGARDING SERVICE OF AMENDED COMPLAINT ON NEW
         PARTY.
         A. P. FRY     .30 hours at  245.00 per hour.                73.50

10/30/06 LETTER FROM AND LETTER TO JASON ALDERMAN
         REGARDING ████████████████████████████
         A. M. GRUNSPAN      .10 hours at  345.00 per hour.          34.50

10/30/06 CALL FROM R. REYNOLDS RE: SALES FIGURES FOR
         221.
         D. J. SMITH     .30 hours at  245.00 per hour.              73.50

10/30/06 REVIEW SALES INFORMATION IN E-MAIL FROM R.
         REYNOLDS.
         D. J. SMITH     .60 hours at  245.00 per hour.             147.00

10/30/06 SECOND CALL FROM R. REYNOLDS RE AFFIDAVIT.
         D. J. SMITH     .30 hours at  245.00 per hour.              73.50

10/30/06 E-MAILS TO/FROM R. REYNOLDS RE: 221 AFFIDAVIT.
         D. J. SMITH     .30 hours at  245.00 per hour.              73.50

10/30/06 EMAIL FROM AND TO COUNSEL FOR LANDLORD, RE-
         SERVICE OF PROCESS ON NEW LANDLORD.
         J. R. ALDERMAN      .10 hours at  245.00 per hour.          24.50

10/31/06 CONTACT DAVID J. SMITH REGARDING ██████████████
         ████████████████████████ EVIEW DEPOSITION.
         A. M. GRUNSPAN     .40 hours at  345.00 per hour.          138.00

10/31/06 CALL FROM R. REYNOLDS RE: STORE 221 DAMAGES.
         D. J. SMITH     .20 hours at  245.00 per hour.              49.00

10/31/06 E-MAILS TO/FROM R. REYNOLDS RE: STORE 221
         BACKUP FOR DAMAGES.
         D. J. SMITH     .20 hours at  245.00 per hour.              49.00

10/31/06 SECOND CALL FROM R. REYNOLDS RE: 221 DAMAGE
         ANALYSIS.
         D. J. SMITH     .20 hours at  245.00 per hour.              49.00

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
DOLGENCORP, INC, STORE 221
INVOICE NUMBER   440033

NOVEMBER 28, 2006
REF. NO.   50116-23449
PAGE   3


TOTAL FEES FOR PROFESSIONAL SERVICES              $1,591.00


ATTORNEY FEE SUMMARY

| | | | | | | |
|---|---|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 0.80 hours at | $345.00 | = | 276.00 |
| DJS | D. J. SMITH | 3.90 hours at | $245.00 | = | 955.50 |
| JRA | J. R. ALDERMAN | 0.50 hours at | $245.00 | = | 122.50 |
| GM* | G. MOORE* | 0.30 hours at | $85.00 | = | 25.50 |
| APF | A. P. FRY | 0.30 hours at | $245.00 | = | 73.50 |
| TW | T. WARNER | 0.40 hours at | $345.00 | = | 138.00 |
| | TOTALS | 6.20 | | | $1,591.00 |

### COSTS INCURRED ON YOUR BEHALF AS POSTED OCTOBER 31, 2006

| | | |
|---|---|---|
| | COPYING COST | 1.20 |
| | POSTAGE | 36.78 |
| | TELEPHONE | 2.70 |
| 10/12/06 | COPYING COST - VENDOR: SPEED PRINT ONE, INC.   - COPIES OF DOCUMENTS TO SUPPLEMENT WINN DIXIE RESPONSE TO REQUEST FOR PRODUCTION | 175.48 |
| 10/10/06 | MESSENGER CHARGES - VENDOR: ASSET COURIER SERVICE, INC. , SERVICES ON 09/11/06 | 125.00 |

TOTAL COSTS AS POSTED THROUGH OCTOBER 31, 2006        $341.16
                                                    ------------

**TOTAL AMOUNT DUE THIS INVOICE**        $1,932.16
                                         ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:

P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

---

```
WINN DIXIE STORES, INC               NOVEMBER 28, 2006
5050 EDGEWOOD COURT                  ALAN M. GRUNSPAN
JACKSONVILLE, FL  32254              REF. NO.  50116-23445
                                     INVOICE NUMBER  440032


RE:  NORTHWAY INVESTMENTS, LLC


LEGAL SERVICES POSTED THROUGH 10/31/06          $540.50
COSTS ADVANCED POSTED THROUGH 10/31/06          $268.48
                                             ------------

        CURRENT INVOICE TOTAL                   $808.98
                                             ============
```

### *** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                     NOVEMBER 28, 2006
NORTHWAY INVESTMENTS, LLC                  REF. NO.  50116-23445
INVOICE NUMBER   440032                    PAGE   1


**PROFESSIONAL SERVICES AS POSTED THROUGH OCTOBER 31, 2006**


02/07/06  CONFER WITH ALAN GRUNSPAN REGARDING ▮▮▮▮▮▮▮▮
          N. T. MCLACHLAN     .30 hours at  245.00 per hour.           73.50

02/07/06  E-MAILS TO/FROM AMG RE: ▮▮▮▮▮▮▮
          D. J. SMITH    .10 hours at  245.00 per hour.                24.50

02/08/06  CONFER WITH ALAN GRUNSPAN REGARDING ▮▮▮▮▮▮▮
          N. T. MCLACHLAN     .20 hours at  245.00 per hour.           49.00

03/20/06  REORGANIZE DISCOVERY FILES IN ACCORDANCE WITH
          ATT'Y. ALDERMAN'S REQUEST.
          L. GOLDSTEIN*   2.90 hours at  85.00 per hour.              246.50

09/19/06  RECEIPT AND REVIEW OF LETTER FROM OPPOSING
          COUNSEL, RE- NOTICE OF LACK OF PROSECUTION.
          CONFER WITH AMG, RE- SAME.
          J. R. ALDERMAN    .20 hours at  245.00 per hour.             49.00

09/22/06  PHONE CALL WITH PLAINTIFF'S COUNSEL REGARDING
          NOTICE OF INTENT TO DISMISS, BANKRUPTCY STAY
          N. T. MCLACHLAN     .20 hours at  245.00 per hour.           49.00

09/22/06  REVIEW PLAINTIFF'S RESPONSE TO COURT'S NOTICE
          OF INTENT TO DISMISS FOR LACK OF PROSECUTION
          N. T. MCLACHLAN     .20 hours at  245.00 per hour.           49.00


          TOTAL FEES FOR PROFESSIONAL SERVICES              $540.50


## ATTORNEY FEE SUMMARY

| | | | |
|---|---|---|---|
| NTM | N. T. MCLACHLAN | 0.90 hours at  $245.00 = | 220.50 |
| DJS | D. J. SMITH | 0.10 hours at  $245.00 = | 24.50 |
| JRA | J. R. ALDERMAN | 0.20 hours at  $245.00 = | 49.00 |
| LG* | L. GOLDSTEIN* | 2.90 hours at   $85.00 = | 246.50 |
| | TOTALS | 4.10 | $540.50 |


## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### A T T O R N E Y S   A T   L A W

FED. ID 59-1233896

WINN DIXIE STORES, INC                    NOVEMBER 28, 2006
NORTHWAY INVESTMENTS, LLC                 REF. NO.  50116-23445
INVOICE NUMBER  440032                    PAGE    2


**COSTS INCURRED ON YOUR BEHALF AS POSTED OCTOBER 31, 2006**


|          | COPYING COST                                      | 91.00   |
|----------|---------------------------------------------------|---------|
|          | FAX                                               | 2.00    |
| 10/12/06 | COPYING COST - VENDOR: SPEED PRINT ONE, INC.   -  | 175.48  |
|          | COPIES OF DOCUMENTS TO SUPPLEMENT WINN DIXIE      |         |
|          | RESPONSE TO REQUEST FOR PRODUCTION                |         |

TOTAL COSTS AS POSTED THROUGH OCTOBER 31, 2006          $268.48
                                                      ------------

**TOTAL AMOUNT DUE THIS INVOICE**          $808.98
                                          ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

---

```
WINN DIXIE STORES, INC              NOVEMBER 28, 2006
5050 EDGEWOOD COURT                 ALAN M. GRUNSPAN
JACKSONVILLE, FL  32254             REF. NO.  49761-23399
                                    INVOICE NUMBER  440031
```

**RE:   BANKRUPTCY**

```
LEGAL  SERVICES  POSTED  THROUGH 10/31/06          $716.00
COSTS  ADVANCED  POSTED  THROUGH 10/31/06          $563.82
                                              - - - - - - - - - - - -
                CURRENT  INVOICE  TOTAL        $1,279.82
                                              ============
```

**\*\*\* REMITTANCE COPY \*\*\***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
BANKRUPTCY
INVOICE NUMBER   440031

NOVEMBER 28, 2006
REF. NO.   49761-23399
PAGE   1

**PROFESSIONAL SERVICES AS POSTED THROUGH OCTOBER 31, 2006**

| | | |
|---|---|---|
| 09/06/06 | REVISE LETTER REGARDING SUBMISSION OF MONTHLY FEES AND EXPENSES ON VARIOUS STATE COURT MATTERS; REVIEW OF ATTACHED INVOICES.<br>J. D. SILVER    .30 hours at  345.00 per hour. | 103.50 |
| 10/10/06 | REDACT PREPARE ADDITIONAL BILLS FOR SUBMISSION TO BANKRUPTCY COURT.<br>D. J. SMITH    .50 hours at  245.00 per hour. | 122.50 |
| 10/23/06 | REDACT AND PREPARE BILLS FOR 308 AND 2260 CASES FOR SUBMISSION TO BANKRUPTCY COURT.<br>D. J. SMITH   1.00 hours at  245.00 per hour. | 245.00 |
| 10/31/06 | REDACT AND PREPARE ADDITIONAL BILLS FOR SUBMISSION TO BANKRUPTCY COURT.<br>D. J. SMITH   1.00 hours at  245.00 per hour. | 245.00 |

TOTAL FEES FOR PROFESSIONAL SERVICES          $716.00

ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| JDS | J. D. SILVER | 0.30 hours at | $345.00 = | 103.50 |
| DJS | D. J. SMITH | 2.50 hours at | $245.00 = | 612.50 |
| | TOTALS | 2.80 | | $716.00 |

**COSTS INCURRED ON YOUR BEHALF AS POSTED OCTOBER 31, 2006**

| | |
|---|---|
| COPYING COST | 498.60 |
| POSTAGE | 65.22 |

TOTAL COSTS AS POSTED THROUGH OCTOBER 31, 2006          $563.82

------------

**TOTAL AMOUNT DUE THIS INVOICE          $1,279.82**

============

# CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.