000602

# CARLTON FIELDS

ATTORNEYS AT LAW

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

MAY 30, 2006
ALAN M. GRUNSPAN
REF. NO.  50116-23446
INVOICE NUMBER  418821

RE:  HURRICANE CLAIMS PREPARATION

LEGAL SERVICES POSTED THROUGH 04/30/06        $12,662.50
COSTS ADVANCED POSTED THROUGH 04/30/06            $29.57
                                              -------------

        CURRENT INVOICE TOTAL        $12,692.07
                                     ============

*** REMITTANCE COPY ***

# CARLTON FIELDS

ATTORNEYS AT LAW

WINN DIXIE STORES, INC                    MAY 30, 2006
HURRICANE CLAIMS PREPARATION              REF. NO. 50116-23446
INVOICE NUMBER  418821                    PAGE   1


**PROFESSIONAL SERVICES AS POSTED THROUGH APRIL 30, 2006**


04/03/06  FOLLOW UP ON PROPOSED PAYMENTS BY LANDLORD.
          E. G. OSMAN    .10 hours at  345.00 per hour.                    34.50

04/07/06  FOLLOW UP ON COLLECTIONS.
          E. G. OSMAN    .10 hours at  345.00 per hour.                    34.50

04/07/06  REVIEW CORRESPONDENCE FROM CLIENT ▓▓▓▓▓▓▓▓
          ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          K. M. JOHNSON    .20 hours at  345.00 per hour.                  69.00

04/12/06  FINALIZE LETTER TO LANDLORD REGARDING STORE 565
          K. M. JOHNSON    .20 hours at  345.00 per hour.                  69.00

04/13/06  SEVERAL CORRESPONDENCE WITH EDITH OSMAN AND
          CLIENTS ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          A. M. GRUNSPAN  1.20 hours at  345.00 per hour.                 414.00

04/13/06  WORK ON RESPONDING TO URGENT MESSAGES FROM WINN
          DIXIE REGARDING ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          ▓▓▓▓▓▓▓▓; READ E-MAILS REGARDING ▓▓▓▓▓▓▓▓▓
          E. G. OSMAN    .90 hours at  345.00 per hour.                   310.50

04/13/06  REVIEW CORRESPONDENCE REGARDING ▓▓▓▓▓▓▓▓
          ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          ▓▓▓▓; CORRESPONDENCE WITH EDITH OSMAN
          REGARDING ▓▓▓  REVIEW AND EVALUATE
          CORRESPONDENCE ▓▓▓▓▓▓▓▓  AND REVIEW FILE
          REGARDING SAME.
          K. M. JOHNSON    .80 hours at  345.00 per hour.                 276.00

04/14/06  SEVERAL CORRESPONDENCE WITH CLIENTS REGARDING
          ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          A. M. GRUNSPAN    .80 hours at  345.00 per hour.                276.00

04/14/06  WRITE TO V. GASTON; LOCATE DOCUMENTS NEEDED FOR
          WINN DIXIE; WRITE TO JACQUES MOLAISON.
          E. G. OSMAN    .90 hours at  345.00 per hour.                   310.50

# CARLTON FIELDS
ATTORNEYS AT LAW

FLD ID 39 733896

WINN DIXIE STORES, INC                          MAY 30, 2006
HURRICANE CLAIMS PREPARATION                    REF. NO.  50116-23446
INVOICE NUMBER  418821                          PAGE   2

04/17/06  FOLLOW UP ON REQUEST BY J. DEWITT REGARDING
          295.
          E. G. OSMAN    .10 hours at  345.00 per hour.                34.50

04/17/06  REVIEW CORRESPONDENCE FROM EDITH OSMAN
          REGARDING ███████████████████████████
          K. M. JOHNSON    .20 hours at  345.00 per hour.             69.00

04/18/06  SEVERAL CORRESPONDENCE WITH CLIENTS REGARDING
          ████████████████
          A. M. GRUNSPAN    .60 hours at  345.00 per hour.           207.00

04/18/06  REVIEW OF CORRESPONDENCE FROM J. CASTLE; FOLLOW
          UP ON OTHER REQUESTS FOR INFORMATION.
          E. G. OSMAN    .20 hours at  345.00 per hour.               69.00

04/19/06  REVIEW SEVERAL CORRESPONDENCE AND FILE
          REGARDING ██████████████
          A. M. GRUNSPAN    .80 hours at  345.00 per hour.           276.00

04/19/06  SEVERAL CORRESPONDENCE ██████████
          A. M. GRUNSPAN    .60 hours at  345.00 per hour.           207.00

04/19/06  RECEIPT AND REVIEW CORRESPONDENCE FROM SEANN
          GRAY TZOUVELKEKAS REGARDING ████████
          E. G. OSMAN    .10 hours at  345.00 per hour.               34.50

04/19/06  REVIEW OF CORRESPONDENCE FROM B. GASTON
          REGARDING ███████████████████
          E. G. OSMAN    .20 hours at  345.00 per hour.               69.00

04/20/06  WORK ON STORE 741; REVIEW OF FILES FOR MEETING.
          E. G. OSMAN    .30 hours at  345.00 per hour.              103.50

04/20/06  REVIEW AND RESPOND TO CORRESPONDENCE ON STORE
          741.
          K. M. JOHNSON    .20 hours at  345.00 per hour.             69.00

04/21/06  REVIEW 741 FILE AND CORRESPONDENCE; LETTER TO
          CLIENTS REGARDING SAME.
          A. M. GRUNSPAN    .70 hours at  345.00 per hour.           241.50

04/21/06  REVIEW FILES ON 237 AND 330 REGARDING ████████
          ████████████████████████
          A. M. GRUNSPAN   1.20 hours at  345.00 per hour.           414.00

# CARLTON FIELDS

ATTORNEYS AT LAW

WINN DIXIE STORES, INC                    MAY 30, 2006
HURRICANE CLAIMS PREPARATION              REF. NO.  50116-23446
INVOICE NUMBER  418821                    PAGE   3

04/21/06  PREPARE FOR MEETING WITH B. GASTON; CONFER WITH
          K. JOHNSON.
          E. G. OSMAN   .30 hours at  345.00 per hour.              103.50

04/21/06  REVIEW AND RESPOND TO CORRESPONDENCE FROM
          CLIENT REGARDING ▌▌▌▌▌ REVIEW AND EVALUATE
          SEVERAL FILES IN PREPARATION FOR MEETING ON
          MONDAY WITH CLIENT; PREPARE LETTER TO LANDLORD
          IN STORE
          K. M. JOHNSON   .50 hours at  345.00 per hour.           172.50

04/21/06  REVIEW AND RESPOND TO MULTIPLE E-MAILS
          REGARDING VARIOUS STORES
          K. M. JOHNSON   .50 hours at  345.00 per hour.           172.50

04/22/06  FOLLOW UP ON ISSUES RELATED TO ▌▌▌▌▌▌▌▌▌
          ▌▌▌▌▌▌▌
          E. G. OSMAN   .10 hours at  345.00 per hour.              34.50

04/24/06  REVIEW OF NUMEROUS WINN DIXIE DOCUMENTS IN
          PREPARATION FOR CONFERENCE; CONFERENCE CALL
          WITH B. GATSON AND OUR TEAM REGARDING ▌▌▌▌▌▌
          CONFER WITH PARALEGAL.
          E. G. OSMAN   2.90 hours at  345.00 per hour.           1000.50

04/24/06  CONTINUE TO REVIEW, EVALUATE AND RESPOND TO
          CORRESPONDENCE IN FOLLOW-UP TO TELEPHONE
          CONFERENCE CALL WITH BRYAN GASTON
          K. M. JOHNSON   .30 hours at  345.00 per hour.           103.50

04/24/06  PREPARE FOR AND ATTEND CONFERENCE CALL WITH
          BRYAN GASTON AND EDITH OSMAN
          K. M. JOHNSON   1.30 hours at  345.00 per hour.          448.50

04/24/06  REVIEW AND PREPARATION OF UNIT FILES AND
          DOCUMENTS FOR ATTORNEY OSMAN IN PREPARATION OF
          TELEPHONE CONFERENCE WITH B. GASTON.
          M. MURRAY*   .60 hours at  85.00 per hour.                51.00

04/24/06  TELEPHONE CONFERENCE WITH B. GASTON; REVIEW
          INDICES AND ORGANIZE STORE FILES AND REVIEW AND
          DISCUSSIONS WITH ATTORNEYS REGARDING FOLLOW UP
          TO TELEPHONE CONFERENCE.
          M. MURRAY*   1.70 hours at  85.00 per hour.              144.50

000606

# CARLTON FIELDS

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC
HURRICANE CLAIMS PREPARATION
INVOICE NUMBER  418821

MAY 30, 2006
REF. NO.  50116-23446
PAGE    4

04/25/06  RECEIPT AND REVIEW CORRESPONDENCE FROM RICARDO
          A. REYES REGARDING ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          ▓▓▓▓▓▓▓▓▓▓▓▓▓
          E. G. OSMAN    .10 hours at  345.00 per hour.                    34.50

04/25/06  READ CORRESPONDENCE FROM G. GASTON REGARDING
          ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ FOLLOW UP ON
          ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ WRITE TO B. GASTON REGARDING ▓▓▓▓
          ▓▓▓; WRITE TO JANE DEWITT; REVIEW OF
          LETTERS FROM B. GASTON TO ALL STORES REGARDING
          ▓▓▓▓▓▓; REVIEW OF CORRESPONDENCE FROM C.
          IBOLD AND RESPOND; TELEPHONE CONFERENCE WITH L.
          SCHULE; TELEPHONE CONFERENCE WITH SEANN
          TZOUVELEKAS; WRITE TO J. CASTLE; KIM ROMEO; AND
          CHET BOROWY.
          E. G. OSMAN   2.30 hours at  345.00 per hour.                   793.50

04/25/06  REVIEW AND ORGANIZE NUMEROUS FILES, TO PREPARE
          CHRONOLOGY, REQUESTED BY ATTORNEY OSMAN FOR
          CONSIDERATION AND RESPONDING TO INQUIRIES FROM
          CLIENT.
          M. MURRAY*   1.30 hours at  85.00 per hour.                     110.50

04/26/06  REVIEW OF CORRESPONDENCE FROM C. IBOLD TO SEANN
          TZEUVELEKAS; REVIEW OF CORRESPONDENCE FROM C.
          BOROWY REGARDING ▓▓▓▓▓▓▓▓▓▓▓ WRITE TO C.
          BOROWY REGARDING ▓▓▓▓▓▓▓▓▓;
          TELEPHONE CONFERENCE WITH ELLIOT ARNOVITZ
          LANDLORD OF STORE 2263; DIRECT WORK ON CHARTING
          NEW LETTERS; DIRECT WORK ON REVIEW OF FILES;
          CONFER OVER A FEW MORE STORES.
          E. G. OSMAN   1.80 hours at  345.00 per hour.                   621.00

04/26/06  CONTINUE REVIEWING AND RESPONDING TO MULTIPLE
          E-MAILS REGARDING VARIOUS WINN-DIXIE STORES
          K. M. JOHNSON    .30 hours at  345.00 per hour.                 103.50

04/27/06  RECEIPT AND REVIEW CORRESPONDENCE FROM C.
          BOROWY ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          ▓▓▓▓▓▓▓▓▓▓▓▓▓
          E. G. OSMAN    .20 hours at  345.00 per hour.                    69.00

# CARLTON FIELDS
### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                    MAY 30, 2006
HURRICANE CLAIMS PREPARATION              REF. NO.  50116-23446
INVOICE NUMBER  418821                    PAGE   5

04/27/06  CONFERENCE WITH JAY CASTLE, B. GASTON, J.
          JOHNSON AND M. MURRAY; FOLLOW UP WITH
          DIRECTIONS TO K. JOHNSON AND M. MURRAY ON
          ███████████████████; WRITE TO KIM
          ROMEO REGARDING ███████████      READ
          CORRESPONDENCE FROM C. BOROWY REGARDING
          WRITE TO C. BOROWY REGARDING ██████████
          WRITE TO SEANN TZOUVELEKAS REGARDING

          E. G. OSMAN   2.80 hours at  345.00 per hour.        966.00

04/27/06  PREPARE FOR, ATTEND AND FOLLOW-UP TELEPHONE
          CONFERENCE WITH BRYAN GASTON AND JAY CASTLE
          (2.5); REVIEW FILE AND PREPARE CORRESPONDENCE
          TO BRYAN GASTON ON ███████████(0.5)
          K. M. JOHNSON   3.00 hours at  345.00 per hour.     1035.00

04/27/06  PREPARE FILES AND DOCUMENTS AND ATTEND
          CONFERENCE CALL WITH ATTORNEYS AND J. CASTLE
          AND B. GASTON REGARDING ████████████

          M. MURRAY*   .80 hours at  85.00 per hour.           68.00

04/27/06  REVIEW INITIAL STORES TO BE REVIEWED AND VERIFY
          AND DETERMINE DELIVERY OF NOTICE.
          M. MURRAY*   .30 hours at  85.00 per hour.           25.50

04/27/06  REVIEW, CHART AND FILE RECENT NOTICE LETTERS
          SENT FROM WINN DIXIE.
          M. MURRAY*   .60 hours at  85.00 per hour.           51.00

04/27/06  BEGIN REVIEW AND ORGANIZATION OF STORE FILES TO
          CREATE ████████████████████████████

          M. MURRAY*   2.70 hours at  85.00 per hour.         229.50

04/28/06  COMMUNICATE WITH A. GRUNSPAN REGARDING ███████
          ████████████████; REVIEW OF CORRESPONDENCE FROM
          C. BOROWY EXPLAINING DOCUMENTS; WRITE TO B.
          GASTON REGARDING ████████████

          E. G. OSMAN   .90 hours at  345.00 per hour.        310.50

CARLTON FIELDS, P.A.
Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

# CARLTON FIELDS
### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                    MAY 30, 2006
HURRICANE CLAIMS PREPARATION              REF. NO. 50116-23446
INVOICE NUMBER 418821                     PAGE  6

04/28/06 REVIEW AND EVALUATE ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

(1.0); REVIEW AND EVALUATE STATUS OF
APPROXIMATELY 12 DIFFERENT STORES IN ORDER TO
FORWARD INFORMATION TO BRYAN GASTON FOR
HANDLING(4.8)
K. M. JOHNSON   5.80 hours at  345.00 per hour.          2001.00

04/28/06 REVIEW OF VARIOUS FILES TO DETERMINE ▮▮▮▮▮▮▮▮▮▮

M. MURRAY*    .60 hours at  85.00 per hour.               51.00

04/28/06 CONTINUE REVIEW AND ORGANIZATION OF STORE FILES
         TO CREATE ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

M. MURRAY*   4.40 hours at  85.00 per hour.              374.00


         TOTAL FEES FOR PROFESSIONAL SERVICES        $12,662.50


ATTORNEY FEE SUMMARY

AMG    A. M. GRUNSPAN         5.90 hours at  $345.00 =     2035.50
EGO    E. G. OSMAN           14.30 hours at  $345.00 =     4933.50
KMJ    K. M. JOHNSON         13.30 hours at  $345.00 =     4588.50
MM*    M. MURRAY*            13.00 hours at   $85.00 =     1105.00
       TOTALS                46.50                       $12,662.50

         COSTS INCURRED ON YOUR BEHALF AS POSTED APRIL 30, 2006


         COPYING COST                              18.40
         POSTAGE                                    0.78
         TELEPHONE                                  1.80
04/28/06 EXPRESS MAIL                               8.59

         TOTAL COSTS AS POSTED THROUGH APRIL 30, 2006     $29.57
                                                         -------------

                    TOTAL AMOUNT DUE THIS INVOICE    $12,692.07
                                                     ============

## CARLTON FIELDS, P.A.
Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

000609

# CARLTON FIELDS

### ATTORNEYS AT LAW

PLEASE REMIT TO

WINN DIXIE STORES, INC                    SEPTEMBER 29, 2006
5050 EDGEWOOD COURT                        ALAN M. GRUNSPAN
JACKSONVILLE, FL  32254                    REF. NO.  50116-23446
                                           INVOICE NUMBER  433460


RE:  HURRICANE CLAIMS PREPARATION


LEGAL SERVICES POSTED THROUGH 08/31/06          $3,588.00
COSTS ADVANCED POSTED THROUGH 08/31/06              $3.59
                                              --------------

        CURRENT INVOICE TOTAL                   $3,591.59
                                              ============


*** REMITTANCE COPY ***

# CARLTON FIELDS

ATTORNEYS AT LAW

FED ID 59-703896

WINN DIXIE STORES, INC                        SEPTEMBER 29, 2006
HURRICANE CLAIMS PREPARATION                  REF. NO. 50116-23446
INVOICE NUMBER 433460                         PAGE    1

### PROFESSIONAL SERVICES AS POSTED THROUGH AUGUST 31, 2006

08/02/06  REVIEW AND EVALUATE ▆▆▆▆▆ AND PREPARE
          CORRESPONDENCE TO ERIN OCARROLL
          K. M. JOHNSON   .40 hours at 345.00 per hour.          138.00

08/03/06  REVIEW AND REPLY CORRESPONDENCE FROM ERIN
          O'CARROLL REGARDING ▆▆▆▆▆ AND DICTATE
          DIRECTION TO ASSISTANT REGARDING SAME
          K. M. JOHNSON   .20 hours at 345.00 per hour.           69.00

08/09/06  TELEPHONE CONFERENCE WITH INSURANCE ADJUSTOR
          REGARDING STATUS OF CLAIM
          K. M. JOHNSON   .20 hours at 345.00 per hour.           69.00

08/15/06  REVIEW AND EVALUATE CORRESPONDENCE FROM
          INSURANCE ADJUSTOR ON STORE 489 (0.2); REVIEW
          FILE AND PREPARE CORRESPONDENCE TO WD REGARDING
          SAME(0.2).
          K. M. JOHNSON   .40 hours at 345.00 per hour.          138.00

08/18/06  REVIEW OF MULTIPLE E-MAILS FROM B. GASTON AND
          FOLLOW UP.
          E. G. OSMAN   .30 hours at 345.00 per hour.            103.50

08/21/06  FOLLOW UP ON MEETING PREPARATION.
          E. G. OSMAN   .10 hours at 345.00 per hour.             34.50

08/22/06  REVIEW OF NEW REQUEST REGARDING ▆▆▆▆▆
          ▆▆▆▆▆
          E. G. OSMAN   .20 hours at 345.00 per hour.             69.00

08/22/06  REVIEW OF FILE TO PREPARE FOR CONFERENCE CALL.
          E. G. OSMAN   .40 hours at 345.00 per hour.            138.00

08/22/06  MEET WITH K. JOHNSON.
          E. G. OSMAN   .30 hours at 345.00 per hour.            103.50

08/22/06  ATTEND CONFERENCE CALL.
          E. G. OSMAN   .60 hours at 345.00 per hour.            207.00

08/22/06  FOLLOW UP ON CALL.
          E. G. OSMAN   .20 hours at 345.00 per hour.             69.00

# CARLTON FIELDS

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                    SEPTEMBER 29, 2006
HURRICANE CLAIMS PREPARATION              REF. NO.  50116-23446
INVOICE NUMBER  433460                    PAGE    2

08/22/06  PREPARE FOR AND ATTEND CONFERENCE CALL
          REGARDING STORE 489 (1.4) TELEPHONE CONFERENCE
          TO INSURANCE ADJUSTOR REGARDING STORE 489 (0.2)
          AND CORRESPONDENCE TO CHET BOROWY REGARDING
          SAME (0.1)
          K. M. JOHNSON   1.70 hours at  345.00 per hour.            586.50

08/23/06  REVIEW OF FILE; WORK ON ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
          E. G. OSMAN    .20 hours at  345.00 per hour.               69.00

08/23/06  REVIEW AND RESPOND TO CORRESPONDENCE FROM
          CLIENT REGARDING ▇▇▇▇▇▇▇▇▇
          K. M. JOHNSON    .10 hours at  345.00 per hour.             34.50

08/25/06  FOLLOW UP ON ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
          E. G. OSMAN    .10 hours at  345.00 per hour.               34.50

08/29/06  REVISION OF FILES; CONSIDER ▇▇▇▇▇▇▇
          ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇(.5); ATTEND
          CONFERENCE CALL WITH BRYAN GASTON AND OTHERS
          (.5); F/U ON CONFERENCE CALL; REVISION OF
          CORRESPONDENCE FROM C. PRICES; .REV
          CORRESPONDENCE FROM B. GASTON TO C. BOWORY;
          REVISION OF CORRESPONDENCE FROM B. GASTON TO C.
          PRICE (.4)
          E. G. OSMAN   1.40 hours at  345.00 per hour.              483.00

08/29/06  TELEPHONE CONFERENCE WITH EDITH OSMAN REGARDING
          ▇▇▇▇▇▇▇▇▇▇▇▇▇▇(0.4); REVIEW MESSAGE FROM
          CHET BOROWY AND MESSAGE TO EDITH OSMAN
          REGARDING SAME (0.1); REVIEW MULTIPLE E-MAILS
          REGARDING GROUP CONFERENCE CALL (0.2)
          K. M. JOHNSON    .70 hours at  345.00 per hour.            241.50

08/30/06  TELEPHONE CONFERENCE CHARLIE PRICE RE: ▇▇▇▇▇▇▇
          ▇▇▇▇▇▇▇▇▇ FOLLOW-UP ON STORE 519.
          E. G. OSMAN    .30 hours at  345.00 per hour.              103.50

08/31/06  WORK ON ISSUE OF ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
          CONFERENCE WITH CHARLIE PRICE RE: ▇▇▇▇▇▇▇▇▇
          FOLLOW UP ON 519; REVIEW CORRESPONDENCE FROM E.
          O'CONNELL.
          E. G. OSMAN   1.30 hours at  345.00 per hour.              448.50

08/31/06  CORRESPONDENCE WITH EDITH OSMAN REGARDING ▇▇▇▇▇
          ▇▇▇▇ K. M. JOHNSON    .10 hours at  345.00 per hour.        34.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

000612

# CARLTON FIELDS
### ATTORNEYS AT LAW

FID D 39 233896

WINN DIXIE STORES, INC                    SEPTEMBER 29, 2006
HURRICANE CLAIMS PREPARATION              REF. NO.  50116-23446
INVOICE NUMBER  433460                    PAGE   3

08/31/06 PREPARE FOR AND ATTEND EXTENSIVE TELEPHONE
         CONFERENCE WITH CHARLIE PRICE REGARDING
         ▓▓▓▓ (1.0); TELEPHONE CONFERENCE WITH CHET
         BOROWY REGARDING ▓▓▓▓▓▓▓
         ▓▓▓▓ (0.1) AND TELEPHONE CONFERENCE AND
         CORRESPONDENCE WITH EDITH OSMAN REGARDING SAME
         (0.1)
         K. M. JOHNSON   1.20 hours at  345.00 per hour.          414.00

         TOTAL FEES FOR PROFESSIONAL SERVICES             $3,588.00

ATTORNEY FEE SUMMARY

  EGO    E. G. OSMAN          5.40 hours at  $345.00 =      1863.00
  KMJ    K. M. JOHNSON        5.00 hours at  $345.00 =      1725.00
         TOTALS              10.40                        $3,588.00

         **COSTS INCURRED ON YOUR BEHALF AS POSTED AUGUST 31, 2006**

             COPYING COST                          2.60
             POSTAGE                               0.39
             TELEPHONE                             0.60

             TOTAL COSTS AS POSTED THROUGH AUGUST 31, 2006      $3.59

                     **TOTAL AMOUNT DUE THIS INVOICE        $3,591.59**
                                                        ============

# CARLTON FIELDS, P.A.
Atlanta  •  Miami  •  Orlando  •  St. Petersburg  •  Tallahassee  •  Tampa  •  West Palm Beach

000613

# CARLTON FIELDS
## ATTORNEYS AT LAW

PLEASE REMIT TO

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

AUGUST 24, 2006
ALAN M. GRUNSPAN
REF. NO.  50116-23449
INVOICE NUMBER  429679

RE:  DOLGENCORP, INC, STORE 221

LEGAL SERVICES POSTED THROUGH 07/31/06        $13,864.00
COSTS ADVANCED POSTED THROUGH 07/31/06           $119.29
                                              - - - - - - - - - - - - -
            CURRENT INVOICE TOTAL             $13,983.29
                                              ============

*** REMITTANCE COPY ***

Payment is due upon receipt of invoices with interest charged on unpaid invoices aged 35 days or more from invoice date

Services designated with an "*" were performed under the supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

HD G 39 793896

WINN DIXIE STORES, INC                          AUGUST 24, 2006
DOLGENCORP, INC, STORE 221                       REF. NO.  50116-23449
INVOICE NUMBER  429679                           PAGE   1

## PROFESSIONAL SERVICES AS POSTED THROUGH JULY 31, 2006

07/05/06  SEVERAL CALLS REGARDING ████████████████LETTER TO
          T. WARNER REGARDING SAME.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.        138.00

07/05/06  LETTER TO JASON ALDERMAN REGARDING ████████████
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.         69.00

07/05/06  CONTACT DAVID J. SMITH REGARDING ███████████████
          ███████████████████████
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.        138.00

07/05/06  CONTACT RON AMES REGARDING ███████████████████
          ████████████████████
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.        138.00

07/05/06  REVIEW AND ANALYZE CRESTHAVEN'S MOTION FOR
          SUMMARY JUDGMENT REGARDING INJUNCTIVE RELIEF
          AND DAMAGE ISSUES -- ADVISE TRIAL TEAM
          REGARDING RESPONSE
          T. WARNER    .60 hours at  345.00 per hour.             207.00

07/06/06  REVIEW ████████████████████████AND
          LETTER TO TOM WARNER REGARDING SAME.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.        103.50

07/06/06  REVIEW DATA ████████████████████████
          A. M. GRUNSPAN   1.20 hours at  345.00 per hour.        414.00

07/06/06  SEVERAL LETTERS TO CLIENT REGARDING ███████████
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.        138.00

07/06/06  SEVERAL CORRESPONDENCE WITH EXPERT REGARDING
          ████████████████████████████████
          A. M. GRUNSPAN    .90 hours at  345.00 per hour.        310.50

# CARLTON FIELDS
ATTORNEYS AT LAW

WINN DIXIE STORES, INC                    AUGUST 24, 2006
DOLGENCORP, INC, STORE 221                REF. NO.  50116-23449
INVOICE NUMBER  429679                    PAGE    2

07/06/06  SEVERAL CORRESPONDENCE WITH TOM WARNER
          REGARDING ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
          A. M. GRUNSPAN    .90 hours at  345.00 per hour.        310.50

07/06/06  REVIEW MOTION FOR LEAVE TO AMEND AND
          CORRESPONDENCE WITH JASON ALDERMAN REGARDING
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.        138.00

07/06/06  PREPARE FOR CALL TO EXPERT RE: ▮▮▮▮▮▮▮
          D. J. SMITH    .90 hours at  245.00 per hour.           220.50

07/06/06  CALL TO EXPERT RE: ▮▮▮▮▮▮▮▮▮
          D. J. SMITH    .20 hours at  245.00 per hour.            49.00

07/06/06  REVIEW FILE AND PLEADINGS REGARDING ▮▮▮▮▮
          T. WARNER    .40 hours at  345.00 per hour.             138.00

07/07/06  CONTACT DAVID J. SMITH AND JASON ALDERMAN
          REGARDING ▮▮▮▮▮▮▮▮▮▮
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.        138.00

07/07/06  LETTER TO BOTH EXPERTS REGARDING ▮▮▮▮▮▮
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.        172.50

07/07/06  REVIEW SALES DATA
          N. T. MCLACHLAN    .40 hours at  245.00 per hour.        98.00

07/07/06  WORK WITH NILDA BASKERVILLE TO PREPARE
          GRAPHICAL SUMMARIES OF SALES DATA
          N. T. MCLACHLAN   1.50 hours at  245.00 per hour.       367.50

07/07/06  DRAFT, REVISE, EDIT MOTION TO AMEND.
          J. R. ALDERMAN   1.90 hours at  245.00 per hour.        465.50

07/07/06  REVIEW FILE IN CONNECTION WITH AMENDING
          COMPLAINT, DISCOVERY.
          J. R. ALDERMAN   1.30 hours at  245.00 per hour.        318.50

# CARLTON FIELDS

### ATTORNEYS AT LAW

RE: D 59 750896

WINN DIXIE STORES, INC                         AUGUST 24, 2006
DOLGENCORP, INC, STORE 221                      REF. NO. 50116-23449
INVOICE NUMBER  429679                          PAGE   3

07/07/06  ADJUSTED TWO EXCEL CHARTS TO INCLUDE A (DRAWN
          IN) TIMELINE.
            CLIENT TECH LEVEL 3*   1.20 hours at  110.00 per hour.    132.00

07/10/06  REVIEW REVISED SALES DATA.
            A. M. GRUNSPAN   .40 hours at  345.00 per hour.           138.00

07/10/06  CONTACT C. ROSENBERG REGARDING ███████████████
          ███████████████████████████████████████████
            A. M. GRUNSPAN   .50 hours at  345.00 per hour.           172.50

07/10/06  SEVERAL CORRESPONDENCE WITH CLIENTS REGARDING
          ███████████████████████████████████████
            A. M. GRUNSPAN   .60 hours at  345.00 per hour.           207.00

07/10/06  REVIEW ███████████ AND LETTER TO CLIENT
          REGARDING SAME.
            A. M. GRUNSPAN   .20 hours at  345.00 per hour.            69.00

07/10/06  REVIEW ██████████████████████████████████████
          CONFER WITH ALAN GRUNSPAN REGARDING SAME
            N. T. MCLACHLAN   .30 hours at  245.00 per hour.           73.50

07/10/06  ADDITIONAL E-MAILS TO/FROM REYNOLDS.
            D. J. SMITH   .20 hours at  245.00 per hour.               49.00

07/10/06  TWO CALLS FROM R. REYNOLDS RE: ████████████
            D. J. SMITH   .30 hours at  245.00 per hour.               73.50

07/10/06  E-MAIL TO AMG RE: ███████████████████████████
          ████████████
            D. J. SMITH   .10 hours at  245.00 per hour.               24.50

07/10/06  DRAFT, REVISE, EDIT AMENDED COMPLAINT.
            J. R. ALDERMAN   3.10 hours at  245.00 per hour.          759.50

07/10/06  REVIEW FILE IN CONNECTION WITH REVISING
          COMPLAINT, PARTICULARLY ██████████████████████
            J. R. ALDERMAN   .80 hours at  245.00 per hour.           196.00

07/10/06  REVIEW AMICUS FILE. RESPOND TO EMAILS, RE-
          DEADLINE FOR FILING AMICUS BRIEF.
            J. R. ALDERMAN   .40 hours at  245.00 per hour.            98.00

# CARLTON FIELDS

### ATTORNEYS AT LAW

FILED 39 233896

WINN DIXIE STORES, INC                        AUGUST 24, 2006
DOLGENCORP, INC, STORE 221                    REF. NO.  50116-23449
INVOICE NUMBER  429679                        PAGE    4

07/11/06  SEVERAL CORRESPONDENCE WITH M. CHLEBOVEC
          REGARDING ███████████
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.        103.50

07/11/06  SEVERAL CORRESPONDENCE WITH CLIENT REGARDING
          █████████████████████████████████████
          A. M. GRUNSPAN    .80 hours at  345.00 per hour.        276.00

07/11/06  COORDINATING AMICUS SUPPORT AND INTEREST WITH
          FLTA AND FLORIDA BAR.
          M. A. BROWN    .50 hours at  345.00 per hour.           172.50

07/11/06  SR MOTION FOR LEAVE TO FILE AMICUS BRIEF BY
          PUBLIX ET AL; SR NOTICE OF APPEARANCE AS
          APPELLEE'S ATTY BY NANCY GREGOIRE
          T. WARNER    .20 hours at  345.00 per hour.              69.00

07/11/06  RF RE ██████████████████ ADVISE TRIAL TEAM
          T. WARNER    .20 hours at  345.00 per hour.              69.00

07/12/06  CONTACT JASON ALDERMAN REGARDING ████████
          ██████████    A. M. GRUNSPAN    .40 hours at  345.00 per hour.  138.00

07/13/06  CONTACT JASON ALDERMAN REGARDING ██████
          █████████
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.         69.00

07/13/06  CONTACT JASON ALDERMAN REGARDING ██████
          █████████████    A. M. GRUNSPAN    .30 hours at  345.00 per hour.  103.50

07/13/06  CORRESPONDENCE WITH COUNSEL REGARDING ████████
          ████████████    D. A. MORANDE    .30 hours at  245.00 per hour.   73.50

07/13/06  E-MAILS TO R. REYNOLDS RE: ██████████████
          D. J. SMITH    .20 hours at  245.00 per hour.            49.00

07/13/06  RF RE AMICUS BRIEFS AND DEADLINES
          T. WARNER    .20 hours at  345.00 per hour.              69.00

07/14/06  REVIEW FILE REGARDING DUE DATES FOR AMICUS
          BRIEF AND DEADLINE FOR MAIN BRIEF; INSTRUCT.
          T. WARNER    .20 hours at  345.00 per hour.              69.00

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services provided in part by attorneys under the supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

ATTORNEYS AT LAW

WINN DIXIE STORES, INC                    AUGUST 24, 2006
DOLGENCORP, INC, STORE 221                REF. NO.  50116-23449
INVOICE NUMBER  429679                    PAGE   5

07/17/06  CONFIRM SHOPPING CENTER NAME AND STORE ADDRESS
          AND PHONE NUMBER.  ADD TO CHART FOR
          INVESTIGATOR.  FIND, PRINT, AND MARK MULTIPLE
          VERSIONS OF MAP.
          L. GOLDSTEIN*    .40 hours at  85.00 per hour.            34.00

07/17/06  REVIEW FILE REGARDING REAL PROPERTY SECTION
          AMICUS BRIEF.
          T. WARNER    .10 hours at  345.00 per hour.               34.50

07/18/06  E-MAIL FROM ATTORNEY NEUKAMM REGARDING ███████
          ██████████████  .10 hours at  345.00 per hour.           34.50

07/19/06  REVIEW EMAILS ███████████████CONFER
          WITH AMG, RE- SAME.
          J. R. ALDERMAN    .50 hours at  245.00 per hour.        122.50

07/19/06  REVIEW AMG'S REVISIONS TO AMENDED COMPLAINT.
          REVIEW FILE.
          J. R. ALDERMAN    .40 hours at  245.00 per hour.         98.00

07/20/06  ███████████████████████CONTACT JASON
          ALDERMAN REGARDING SAME.
          A. M. GRUNSPAN    .80 hours at  345.00 per hour.        276.00

07/21/06  PREPARE FOR AND ATTEND CONFERENCE WITH EXPERT
          R. AMES ON LEASE VALUATION.
          A. M. GRUNSPAN    .00 hours at  345.00 per hour.          0.00

07/21/06  CONTACT EXPERTS AND SEVERAL CORRESPONDENCE FROM
          SAME.
          A. M. GRUNSPAN   1.20 hours at  345.00 per hour.        414.00

07/21/06  PREPARE FOR CONFERENCE WITH EXPERT R. AMES ON
          LEASE VALUATION.
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.        172.50

07/21/06  ATTEND CONFERENCE WITH EXPERT R. AMES ON LEASE
          VALUATION.
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.        172.50

07/23/06  WORK ON APPEAL
          T. WARNER    .20 hours at  345.00 per hour.              69.00

07/23/06  REVISE ARGUMENT POINTS
          T. WARNER    .20 hours at  345.00 per hour.              69.00

# CARLTON FIELDS

## ATTORNEYS AT LAW

WINN DIXIE STORES, INC                    AUGUST 24, 2006
DOLGENCORP, INC, STORE 221                REF. NO. 50116-23449
INVOICE NUMBER 429679                     PAGE   6

| | | |
|---|---|---|
| 07/23/06 | OUTLINE ARGUMENT POINTS. | |
| | T. WARNER   1.60 hours at  345.00 per hour. | 552.00 |
| 07/24/06 | SEVERAL CORRESPONDENCE WITH CLIENTS REGARDING ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |
| | A. M. GRUNSPAN    .60 hours at  345.00 per hour. | 207.00 |
| 07/24/06 | REVIEW ADDITIONAL CLIENT DOCUMENTS. | |
| | A. M. GRUNSPAN    .80 hours at  345.00 per hour. | 276.00 |
| 07/24/06 | SEVERAL CORRESPONDENCE WITH R. COLEMAN REGARDING DOCUMENTS. | |
| | A. M. GRUNSPAN    .30 hours at  345.00 per hour. | 103.50 |
| 07/24/06 | DRAFT REVISIONS REGARDING POINTS ON APPEAL | |
| | T. WARNER    .20 hours at  345.00 per hour. | 69.00 |
| 07/24/06 | DRAFT REVISIONS REGARDING ARGUMENT OUTLINE | |
| | T. WARNER    .20 hours at  345.00 per hour. | 69.00 |
| 07/24/06 | INSTRUCTIONS REGARDING REVISIONS TO BRIEF | |
| | T. WARNER    .10 hours at  345.00 per hour. | 34.50 |
| 07/24/06 | INSTRUCTIONS REGARDING ISSUES | |
| | T. WARNER    .10 hours at  345.00 per hour. | 34.50 |
| 07/24/06 | INSTRUCTIONS REGARDING DRAFTING BRIEF | |
| | T. WARNER    .10 hours at  345.00 per hour. | 34.50 |
| 07/24/06 | INSTRUCTIONS REGARDING EXTENSION | |
| | T. WARNER    .20 hours at  345.00 per hour. | 69.00 |
| 07/25/06 | SEVERAL CORRESPONDENCE WITH EXPERT REGARDING ▓▓▓▓▓▓▓▓▓▓▓▓ | |
| | A. M. GRUNSPAN    .70 hours at  345.00 per hour. | 241.50 |
| 07/25/06 | CORRESPONDENCE REGARDING ▓▓▓▓▓▓ PREPARATION OF MOTION EXTENSION OF TIME | |
| | D. A. MORANDE    .30 hours at  245.00 per hour. | 73.50 |
| 07/25/06 | REVIEW MATERIALS FROM CLIENT IN PREPARATION FOR | |
| | D. J. SMITH   1.30 hours at  245.00 per hour. | 318.50 |

# CARLTON FIELDS
### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                    AUGUST 24, 2006
DOLGENCORP, INC, STORE 221                REF. NO. 50116-23449
INVOICE NUMBER  429679                    PAGE    7

07/25/06 CONFER WITH AMG, RE-
                        REVIEW FILE.
         D. R. ALDERMAN    .50 hours at  245.00 per hour.           122.50

07/25/06 REVISE AND RE-DRAFT STATEMENT OF THE CASE AND
         FACTS -- INTRODUCTION AND NATURE OF THE CASE;
         STUDY AND REVIEW PLEADINGS AND COMPANION
         MOTIONS FOR SUMMARY JUDGMENT IN STORE 221 CASE
         T. WARNER   1.80 hours at  345.00 per hour.                621.00

07/26/06 PREPARE FOR AND CONFERENCE WITH EXPERT RON AMES
         REGARDING OPINION AND RESPONDING TO REQUESTS
         FOR INFORMATION FROM RON AMES.
         A. M. GRUNSPAN    .90 hours at  345.00 per hour.           310.50

07/26/06 REVIEW OF CORRESPONDENCE REGARDING AMICUS
         CURIAE PARTICIPATION IN APPEAL TO FOURTH
         DISTRICT COURT OF APPEAL
         D. A. MORANDE    .10 hours at  245.00 per hour.             24.50

07/26/06 CALL TO R. REYNOLDS RE: PROGRESS.
         D. J. SMITH    .20 hours at  245.00 per hour.               49.00

07/26/06 E MAIL TO AMICUS ATTORNEY REGARDING EXTENSION
         AND COORDINATION OF BRIEFS
         T. WARNER    .20 hours at  345.00 per hour.                 69.00

07/26/06 DRAFT STATEMENT OF THE CASE
         T. WARNER    .10 hours at  345.00 per hour.                 34.50

07/26/06 REVISE STATEMENT OF THE CASE
         T. WARNER    .10 hours at  345.00 per hour.                 34.50

07/26/06 DRAFT FACTS FOR INITIAL BRIEF
         T. WARNER    .10 hours at  345.00 per hour.                 34.50

07/26/06 REVISE FACTS FOR INITIAL BRIEF
         T. WARNER    .20 hours at  345.00 per hour.                 69.00

07/26/06 INSTRUCTIONS
         T. WARNER   2.80 hours at  345.00 per hour.                966.00

07/27/06 CONTACT DAVID J. SMITH REGARDING
         A. M. GRUNSPAN    .20 hours at  345.00 per hour.            69.00

# CARLTON FIELDS

ATTORNEYS AT LAW

FED ID 59 233896

WINN DIXIE STORES, INC                          AUGUST 24, 2006
DOLGENCORP, INC, STORE 221                       REF. NO.  50116-23449
INVOICE NUMBER  429679                           PAGE   8

07/27/06  ANALYSIS AND REVISION OF STATEMENT OF CASE AND
          FACTS FOR INITIAL BRIEF TO THE FOURTH DISTRICT
          COURT OF APPEAL
          D. A. MORANDE    .80 hours at  245.00 per hour.            196.00

07/27/06  REVIEW FILE REGARDING ██████████████████
          ADVISE REGARDING BRIEFS AND ISSUES TO CREDITORS
          COMMITTEE; FORWARD DOCS
          T. WARNER    .40 hours at  345.00 per hour.                138.00

07/27/06  STUDY AND REVIEW MOTION FOR EXTENSION TO FILE
          BRIEF
          T. WARNER    .10 hours at  345.00 per hour.                 34.50

07/27/06  INSTRUCTIONS REGARDING REVISIONS TO ARGUMENT
          OUTLINE AND DRAFTING BRIEF
          T. WARNER    .20 hours at  345.00 per hour.                 69.00

07/28/06  REVISION OF STATEMENT OF THE CASE AND FACTS FOR
          INITIAL BRIEF TO THE FOURTH DISTRICT COURT OF
          APPEAL; PREPARATION OF ARGUMENTS IN SUPPORT OF
          ISSUE ON APPEAL
          D. A. MORANDE    .20 hours at  245.00 per hour.             49.00

07/28/06  REVIEW FILE REGARDING STATUS OF APPEAL AND
          ISSUES/CREDITORS COMMITTEE
          T. WARNER    .10 hours at  345.00 per hour.                 34.50

07/31/06  REVIEW FILE REGARDING AMICUS MOTION TO EXTEND
          TIME TO FILE BRIEF
          T. WARNER    .10 hours at  345.00 per hour.                 34.50


          TOTAL FEES FOR PROFESSIONAL SERVICES              $13,864.00


ATTORNEY FEE SUMMARY

| Code | Name | Hours | | Rate | | Amount |
|------|------|-------|---|------|---|--------|
| AMG | A. M. GRUNSPAN | 16.60 hours at | $345.00 | = | | 5727.00 |
| DAM | D. A. MORANDE | 1.70 hours at | $245.00 | = | | 416.50 |
| NTM | N. T. MCLACHLAN | 2.20 hours at | $245.00 | = | | 539.00 |
| DJS | D. J. SMITH | 3.40 hours at | $245.00 | = | | 833.00 |
| JRA | J. R. ALDERMAN | 8.90 hours at | $245.00 | = | | 2180.50 |
| MAB | M. A. BROWN | 0.50 hours at | $345.00 | = | | 172.50 |
| LG* | L. GOLDSTEIN* | 0.40 hours at | $85.00 | = | | 34.00 |
| CTS* | CLIENT TECH LEVEL 3* | 1.20 hours at | $110.00 | = | | 132.00 |
| TW | T. WARNER | 11.10 hours at | $345.00 | = | | 3829.50 |
| | TOTALS | 46.00 | | | | $13,864.00 |

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St Petersburg • Tallahassee • Tampa • West Palm Beach

# CARLTON FIELDS
### ATTORNEYS AT LAW

FEI D 59 733896

WINN DIXIE STORES, INC                    AUGUST 24, 2006
DOLGENCORP, INC, STORE 221                REF. NO.  50116-23449
INVOICE NUMBER  429679                    PAGE   9


**COSTS INCURRED ON YOUR BEHALF AS POSTED JULY 31, 2006**


                COPYING COST                              52.00
                POSTAGE                                    2.73
                TELEPHONE                                 11.56
07/12/06 MESSENGER CHARGES - VENDOR: ASSET COURIER        53.00
        SERVICE, INC.  - COURIER SERVICE

        TOTAL COSTS AS POSTED THROUGH JULY 31, 2006        $119.29
                                                      -------------

                    **TOTAL AMOUNT DUE THIS INVOICE    $13,983.29**
                                                      =============

000623

# CARLTON FIELDS

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254

APRIL 6, 2006
ALAN M. GRUNSPAN
REF. NO. 50116-26545
INVOICE NUMBER 412671

RE: FAMILY DOLLAR STORES OF FLORIDA, INC, PORT ST JOHN
PLAZA, INC, STORE NO 2329

LEGAL SERVICES POSTED THROUGH 02/28/06          $4,868.50
COSTS ADVANCED POSTED THROUGH 02/28/06          $1,035.96
                                               -------------
          CURRENT INVOICE TOTAL                 $5,904.46
                                               =============

*** REMITTANCE COPY ***

# CARLTON FIELDS
## ATTORNEYS AT LAW

REG ID 39 733896

WINN DIXIE STORES, INC                              APRIL 6, 2006
FAMILY DOLLAR STORES OF FLORIDA, INC, PORT ST JOHN50116-26545
INVOICE NUMBER   412671                        PAGE    1


## PROFESSIONAL SERVICES AS POSTED THROUGH FEBRUARY 28, 2006


02/03/06  LEGAL RESEARCH REGARDING ▮▮▮▮▮▮▮
          M.A. SHAFIR    .30 hours at  245.00 per hour.                73.50

02/03/06  CONTACT JASON ALDERMAN REGARDING ▮▮▮▮
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.             69.00

02/03/06  LETTER TO C. IBOLD REGARDING ▮▮▮▮▮
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.             69.00

02/06/06  LEGAL RESEARCH REGARDING ▮▮▮▮▮▮▮
          M.A. SHAFIR   2.60 hours at  245.00 per hour.               637.00

02/07/06  RESEARCH COMPLAINT
          M.A. SHAFIR                                                  49.00

02/07/06  PREPARE COMPLAINT
          M.A. SHAFIR                                                  49.00

02/07/06  LEGAL RESEARCH REGARDING ▮▮▮▮▮▮▮
          M.A. SHAFIR                                                 490.00

02/07/06  ORDER TITLE REPORT ON CENTER
          M.A. SHAFIR                                                 196.00

02/10/06  REVIEW FILE IN CONNECTION WITH DISCOVERY.
          J. R. ALDERMAN    .60 hours at  245.00 per hour.            147.00

02/13/06  TELEPHONE CONFERENCE WITH ATTORNEYS TITLE RE:
          SAME
          M.A. SHAFIR                                                 245.00

02/13/06  RESEARCH RE: SAME
          M.A. SHAFIR                                                 245.00

02/13/06  LEGAL RESEARCH REGARDING ▮▮▮▮▮▮
          M.A. SHAFIR                                                 269.50

02/14/06  REVISE CASE LAW FROM OPPOSING COUNSEL REGARDING
          DIVERSITY AND REMOVAL.
          A. M. GRUNSPAN    .60 hours at  345.00 per hour.            207.00

# CARLTON FIELDS
ATTORNEYS AT LAW

WINN DIXIE STORES, INC                        APRIL 6, 2006
FAMILY DOLLAR STORES OF FLORIDA, INC, PORT ST JOHN50116-26545
INVOICE NUMBER  412671                        PAGE    2

02/14/06  LETTER TO CLIENT REGARDING STATUS.
          A. M. GRUNSPAN    .10 hours at  345.00 per hour.              34.50

02/14/06  RESEARCH ████████████████████████████PER
          INSTRUCTIONS OF A. GRUNSPAN AND CONFER WITH MR.
          GRUNSPAN REGARDING SAME.
          A. P. FRY    .10 hours at  245.00 per hour.                   24.50

02/15/06  CORRESPONDENCE WITH OPPOSING COUNSEL REGARDING
          DEFENDANT'S MOTION FOR ENLARGEMENT.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.             103.50

02/16/06  LEGAL RESEARCH REGARDING & PREPARATION OF MEMO
          RE: ████████████████████
          M.A. SHAFIR   1.70 hours at  245.00 per hour.                416.50

02/20/06  REVIEW LAW ON REAL PROPERTY COVENANTS,
          INJUNCTIONS IN CONNECTION WITH DRAFTING MOTION
          FOR SUMMARY JUDGMENT.
          J. R. ALDERMAN   3.10 hours at  245.00 per hour.             759.50

02/22/06  REVIEW OF FILE & REVISE & FINALIZE COMPLAINT &
          DISCOVERY & ARRANGE FOR SERVICE OF SAME
          M.A. SHAFIR   2.60 hours at  245.00 per hour.                637.00

02/23/06  CONTINUED REVIEW OF FILE & REVISION &
          FINALIZING OF COMPLAINT & DISCOVERY REQUESTS
          M.A. SHAFIR    .60 hours at  245.00 per hour.                147.00


          TOTAL FEES FOR PROFESSIONAL SERVICES              $4,868.50


ATTORNEY FEE SUMMARY

  MAS    M.A. SHAFIR           14.10 hours at  $245.00 =     3454.50
  AMG    A. M. GRUNSPAN         1.40 hours at  $345.00 =      483.00
  JRA    J. R. ALDERMAN         3.70 hours at  $245.00 =      906.50
  APF    A. P. FRY              0.10 hours at  $245.00 =       24.50
         TOTALS                19.30                       $4,868.50


CARLTON FIELDS, P.A.
Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

# CARLTON FIELDS
### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                           APRIL 6, 2006
FAMILY DOLLAR STORES OF FLORIDA, INC, PORT ST JOHN50116-26545
INVOICE NUMBER  412671                    PAGE   3


COSTS INCURRED ON YOUR BEHALF AS POSTED FEBRUARY 28, 2006


|  |  |  |
|---|---|---|
| | COPYING COST | 97.20 |
| | FAX | 3.00 |
| | POSTAGE | 8.10 |
| | TELEPHONE | 0.30 |
| 02/23/06 | FILING/RECORDING FEE - VENDOR: CLERK OF COURT | 256.00 |
| | FILING FEE - FOR COMPLAINT (WINN-DIXIE V. | |
| | FAMILY DOLLAR STORE AND PMAT) | |
| 02/23/06 | EXPRESS MAIL | 19.40 |
| 02/03/06 | WESTLAW RESEARCH | 59.79 |
| 02/03/06 | WESTLAW RESEARCH | 49.26 |
| 02/03/06 | WESTLAW RESEARCH | 19.32 |
| 02/03/06 | WESTLAW RESEARCH | 16.08 |
| 02/03/06 | WESTLAW RESEARCH | 6.76 |
| 02/03/06 | WESTLAW RESEARCH | 2.37 |
| 02/06/06 | WESTLAW RESEARCH | 6.01 |
| 02/06/06 | WESTLAW RESEARCH | 16.08 |
| 02/06/06 | WESTLAW RESEARCH | 16.87 |
| 02/06/06 | WESTLAW RESEARCH | 29.46 |
| 02/06/06 | WESTLAW RESEARCH | 52.55 |
| 02/06/06 | WESTLAW RESEARCH | 236.47 |
| 02/06/06 | WESTLAW RESEARCH | 140.94 |

TOTAL COSTS AS POSTED THROUGH FEBRUARY 28, 2006        $1,035.96
                                                      ------------

                    TOTAL AMOUNT DUE THIS INVOICE      $5,904.46
                                                      ============