# EXHIBIT "A"



**Akerman**Senterfitt
ATTORNEYS AT LAW

Post Office Box 4906
Orlando, FL 32802
Tel: 407-843-7860   Fax: 407-419-8593

Bill Date        10-Nov-06
Bill No.         8146065

OFFICIAL UNSECURED CREDITORS' COMMITTEE OF WINN
DIXIE STORES, INC.
C/O MILBANK, TWEED, HADLEY & MCCLOY LLP
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

---

Client Name:        **OFFICIAL UNSECURED CREDITORS' COMMITTEE OF WINN**
Matter Name:        **OTHER CASE PROFESSIONALS - RETENTION/**
                    **COMPENSATION**
Matter Number:      **0188383**

Professional services rendered and costs incurred through 31-Oct-06 as
summarized below and described in the narrative statement.

SERVICES                           $ 891.50

DISBURSEMENTS                      $ 0.00
                                   _____
**TOTAL THIS INVOICE**             **$ 891.50**

PREVIOUS BALANCE   *(please disregard if paid)*        955.10
                                                       _____
TOTAL NOW DUE AND PAYABLE                      $ 1,846.60

---

*To ensure proper credit to the above account, please indicate matter no. 0188383*
*and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman, Senterfitt & Eidson Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

---

**AKERMAN SENTERFITT**

Fᴛ Lᴀᴜᴅᴇʀᴅᴀʟᴇ · Jᴀᴄᴋꜱᴏɴᴠɪʟʟᴇ · Lᴏꜱ Aɴɢᴇʟᴇꜱ · Mᴀᴅɪꜱᴏɴ · Mɪᴀᴍɪ · Nᴇᴡ Yᴏʀᴋ · Oʀʟᴀɴᴅᴏ · Tᴀʟʟᴀʜᴀꜱꜱᴇᴇ · Tᴀᴍᴘᴀ
Tʏꜱᴏɴꜱ Cᴏʀɴᴇʀ · Wᴀꜱʜɪɴɢᴛᴏɴ ᴅᴄ · Wᴇꜱᴛ Pᴀʟᴍ

Akerman Senterfitt

| 040103 | OFFICIAL UNSECURED CREDITORS' COMMITTEE OF WINN | As of | 31-Oct-06 |
| 0188383 | OTHER CASE PROFESSIONALS - RETENTION/ COMPENSATION | Bill Number | 8146065 |

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 6-Sep-06 | E-MAILS WITH M. COMERFORD REGARDING SPENCER STUART APPLICATION (.4) | JBM | 0.40 | 122.00 |
| 7-Sep-06 | EDIT ORDER FOR RETENTION OF SPENCER STUART (.2). | JBM | 0.20 | 61.00 |
| 7-Sep-06 | REVISE ORDER, PURSUANT TO 11 U.S.C. SECTIONS 328(A) AND 1103 AND FED. R. BANKR. P. 2014, AUTHORIZING RETENTION AND EMPLOYMENT OF SPENCER STUART, EFFECTIVE AS OF JULY 10, 2006, AS DIRECTOR RETENTION CONSULTANT TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF WINN-DIXIE STORES, INC. (.2) | JSM | 0.20 | 26.00 |
| 11-Sep-06 | DRAFT CERTIFICATE OF SERVICE OF SPENCER STUART ORDER (.2); COORDINATE ELECTRONIC FILING OF CERTIFICATE OF SERVICE (.2); COORDINATE SERVICE ON LOCAL RULE 1007-2 PARTIES IN INTEREST LIST (.5) | JSM | 0.90 | 117.00 |
| 16-Oct-06 | COORDINATE HEARING ON AMENDMENT TO TERMS OF HOULIHAN AND ALVEREZ RETENTION (.4) | JBM | 0.40 | 122.00 |
| 16-Oct-06 | DRAFT NOTICE OF HEARING ON HOULIHAN AND ALVAREZ & MARSAL AMENDMENTS TO PREVIOUSLY APPROVED EMPLOYMENT AND RETENTION MOTIONS (.2); COORDINATE ELECTRONIC FILING OF NOTICE OF HEARING (.2); COORDINATE SERVICE OF NOTICE OF HEARING (.2) | JSM | 0.60 | 78.00 |
| 18-Oct-06 | DRAFT NOTICE OF FILING SECOND SUPPLEMENTAL DECLARATION OF SAUL E. BURIAN (.2); COORDINATE ELECTRONIC FILING OF NOTICE OF FILING SECOND SUPPLEMENTAL DECLARATION OF SAUL E. BURIAN (.2); COORDINATE SERVICE OF NOTICE OF FILING SECOND SUPPLEMENTAL DECLARATION OF SAUL E. BURIAN ON RULE 1007-2 PARTIES IN INTEREST LIST (.3) | JSM | 0.70 | 91.00 |
| 20-Oct-06 | TELEPHONE CALLS WITH M. BARR AND K. MEEKER REGARDING ADJOURNMENT OF HEARING ON HOOLIHAN/ALVEREZ | JBM | 0.50 | 152.50 |

Akerman Senterfitt                                                                    Page 4

| 040103 | OFFICIAL UNSECURED CREDITORS' COMMITTEE OF WINN | As of | 31-Oct-06 |
| 0188383 | OTHER CASE PROFESSIONALS - RETENTION/ COMPENSATION | Bill Number | 8146065 |

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | APPLICATIONS (.5) | | | |
| 23-Oct-06 | E-MAILS AND TELEPHONE CALLS WITH K. MEEKER AND C. JACKSON REGARDING ADJORNMENT OF HEARING ON HOULIHAN/ALVAREZ APPLICATIONS (.4) | JBM | 0.40 | 122.00 |

**Total Services** ....................................................................................................................... **$891.50**

Akerman Senterfitt

| 040103 | OFFICIAL UNSECURED CREDITORS' COMMITTEE OF WINN | As of | 31-Oct-06 |
| 0188383 | OTHER CASE PROFESSIONALS - RETENTION/ COMPENSATION | Bill Number | 8146065 |

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| JBM | J. B. MACDONALD | 1.90 | 579.50 |
| JSM | J. S. MEEHAN | 2.40 | 312.00 |
| | Total | 4.30 | $891.50 |



# Akerman Senterfitt
### ATTORNEYS AT LAW

Post Office Box 4906
Orlando, FL 32802
Tel: 407-843-7860   Fax: 407-419-8593

Bill Date        15-Nov-06
Bill No.         8148055

OFFICIAL UNSECURED CREDITORS' COMMITTEE OF WINN
DIXIE STORES, INC.
C/O MILBANK, TWEED, HADLEY & MCCLOY LLP
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

Client Name:        **OFFICIAL UNSECURED CREDITORS' COMMITTEE OF WINN**
Matter Name:        **COMMITTEE AND CASE ADMINISTRATION**
Matter Number:      **0170482**

Professional services rendered and costs incurred through 31-Oct-06 as
summarized below and described in the narrative statement.

SERVICES                          $ 12,224.00

DISBURSEMENTS                     $ 2,822.99

**TOTAL THIS INVOICE**            **$ 15,046.99**

PREVIOUS BALANCE  *(please disregard if paid)*        26,319.62

TOTAL NOW DUE AND PAYABLE         $ 41,366.61

*To ensure proper credit to the above account, please indicate matter no. 0170482*
*and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman, Senterfitt & Eidson Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

**AKERMAN SENTERFITT**

FT LAUDERDALE · JACKSONVILLE · LOS ANGELES · MADISON · MIAMI · NEW YORK · ORLANDO · TALLAHASSEE · TAMPA
TYSONS CORNER · WASHINGTON DC · WEST PALM

Akerman Senterfitt

Page 3

| | | | | |
|---|---|---|---|---|
| 040103 | OFFICIAL UNSECURED CREDITORS' COMMITTEE OF WINN | | As of | 31-Oct-06 |
| 0170482 | COMMITTEE AND CASE ADMINISTRATION | | Bill Number | 8148055 |

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 2-Oct-06 | REVIEW OF DAILY DOCKETS (.2); REVIEW OF MULTIPLE MOTIONS (.4); TELEPHONE CONFERENCE WITH M. COMERFORD REGARDING OMNIBUS HEARING (.2) | JBM | 0.80 | 244.00 |
| 2-Oct-06 | OFFICE CONFERENCES WITH J. MACDONALD REGARDING OMNIBUS AGENDA AND COVERAGE FOR HEARING (.5); REVIEW OF CASE DOCKET AND MOTIONS FOR AGENDA (1.1) | PPP | 1.60 | 360.00 |
| 3-Oct-06 | REVIEW OF DOCKET AND MULTIPLE MOTIONS (.2) | JBM | 0.20 | 61.00 |
| 3-Oct-06 | REVIEW OF OMNIBUS AGENDA AND RELEVANT OBJECTIONS AND MOTIONS (.4) | PPP | 0.40 | 90.00 |
| 4-Oct-06 | REVIEW OF MULTIPLE MOTIONS, DOCKET (.2); REVIEW OF OMNIBUS AGENDA (.1); E-MAILS AND TELEPHONE CALLS WITH M. COMERFORD REGARDING ISSUES ON OMNIBUS AGENDA (.4) | JBM | 0.70 | 213.50 |
| 4-Oct-06 | UPDATE PLEADING DATABSE (1.2) | JSM | 1.20 | 156.00 |
| 5-Oct-06 | REVIEW OF DOCKET, MULTIPLE MOTIONS (.4); CONFERENCE WITH M. COMERFORD REGARDING CASE STATUS (.3); ATTENDANCE AT OMNIBUS HEARING AND CONFERENCES WITH ATTENDING COUNSEL (3.5) | JBM | 4.20 | 1,281.00 |
| 5-Oct-06 | PREPARE NOTEBOOK FOR OMNIBUS HEARING (.8) | JSM | 0.80 | 104.00 |
| 6-Oct-06 | REVIEW OF DOCKET, MULTIPLE MOTIONS (.4); E-MAILS WITH M. COMERFORD REGARDING HEARING PREPARATIONS (.2) | JBM | 0.60 | 183.00 |
| 6-Oct-06 | REVISE FILE INDEX (.6); UPDATE PLEADING DATABASE (.8) | JSM | 1.40 | 182.00 |
| 9-Oct-06 | REVIEW OF DOCKET AND MULTIPLE MOTIONS (.3) | JBM | 0.30 | 91.50 |
| 10-Oct-06 | REVIEW OF DOCKET AND MULTIPLE MOTIONS (.4) | JBM | 0.40 | 122.00 |
| 10-Oct-06 | PREPARE NOTEBOOK CONTAINING DOCUMENTS PRODUCED TO MARK A. | JSM | 1.20 | 156.00 |

Akerman Senterfitt                                                                  Page 4

| 040103  | OFFICIAL UNSECURED CREDITORS' COMMITTEE OF WINN | As of | 31-Oct-06 |
| 0170482 | COMMITTEE AND CASE ADMINISTRATION | Bill Number | 8148055 |

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | KELLEY, ESQ. FOR M. COMERFORD (1.2) | | | |
| 10-Oct-06 | E-MAILS TO AND FROM M. COMERFORD REGARDING MEDIATION (.5); TELEPHONE CONFERENCES WITH L. PRENDERGAST REGARDING STATUS OF SAME (.5); REVIEW OF OMNIBUS HEARING AGENDA (.4) | PPP | 1.40 | 315.00 |
| 11-Oct-06 | REVIEW OF DOCKET AND MULTIPLE MOTIONS (.3); TELEPHONE CALLS (2) WITH CREDITORS REGARDING STATUS OF CASE (.3) | JBM | 0.60 | 183.00 |
| 11-Oct-06 | E-MAILS WITH PARALEGAL REGARDING REVISIONS TO DOCKET FOR JOINDER MEMORANDUM ENTRY AND LINK TO RELATED DOCUMENT (.4); REVIEW DOCKET REGARDING COMMITTEE'S JOINDER MOTION (.3) | PPP | 0.70 | 157.50 |
| 12-Oct-06 | REVIEW OF DOCKET AND MULTIPLE MOTIONS (.3) | JBM | 0.30 | 91.50 |
| 12-Oct-06 | REVIEW OMNIBUS AGENDA AND DOCKET ITEMS (.5); PREPARATION FOR AND ATTEND HEARING ON OMNIBUS AGENDA (1.5); OFFICE CONFERENCES WITH J. MACDONALD REGARDING SAME (.2) | PPP | 2.20 | 495.00 |
| 13-Oct-06 | REVIEW OF DOCKET AND MULTIPLE MOTIONS (.4) | JBM | 0.40 | 122.00 |
| 16-Oct-06 | REVIEW OF DOCKET AND MULTIPLE MOTIONS (.3) | JBM | 0.30 | 91.50 |
| 16-Oct-06 | REVIEW RELIEF FROM STAY MOTIONS REGARDING OLEA AND GREEN (2.0); E-MAILS WITH J. MILTON REGARDING HEARINGS ON SAME (.2); E-MAILS WITH L. PRENDERGAST REGARDING STATUS OF HEARINGS (.5); OFFICE CONFERENCES WITH J. MACDONALD REGARDING SAME (.2) | PPP | 2.90 | 652.50 |
| 17-Oct-06 | REVIEW OF DOCKET AND MULTIPLE MOTIONS (.3) | JBM | 0.30 | 91.50 |
| 18-Oct-06 | REVIEW OF DOCKET AND MULTIPLE MOTIONS (.3); REVIEW AND ANALYSIS OF DEBTORS' OMNIBUS OBJECTION AND MOTION TO ADJUST MSP CLAIMS (.6) | JBM | 0.90 | 274.50 |

Akerman Senterfitt

| 040103 | OFFICIAL UNSECURED CREDITORS' COMMITTEE OF WINN | As of | 31-Oct-06 |
| 0170482 | COMMITTEE AND CASE ADMINISTRATION | Bill Number | 8148055 |

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 20-Oct-06 | REVIEW OF DAILY DOCKETS (.2); REVIEW OF MULTIPLE MOTIONS (.3); TELEPHONE CONFERENCE WITH M. COMERFORD REGARDING 25 OCT. OMNIBUS AGENDA (.1). | JBM | 0.60 | 183.00 |
| 23-Oct-06 | REVIEW OF DAILY DOCKETS (.2); REVIEW OF MULTIPLE MOTIONS (.2). | JBM | 0.40 | 122.00 |
| 23-Oct-06 | MULTIPLE E-MAILS WITH C. JACKSON REGARDING OMNIBUS HEARINGS (.5); SEVERAL E-MAILS WITH J. MILTON REGARDING ADMINISTRATIVE EXPENSE CLAIMS OF KIRKLAND AND TOWER CENTER (.5); REVIEW OF DOCKET AND MOTIONS REGARDING SAME (.4); REVIEW OMNIBUS AGENDA (.5); WORK ON FEE APPLICATION (2.3) | PPP | 4.20 | 945.00 |
| 24-Oct-06 | REVIEW OF DAILY DOCKET, MULTIPLE MOTIONS (.3) | JBM | 0.30 | 91.50 |
| 24-Oct-06 | REVISE FILE INDEX (.3); UPDATE PLEADING DATABASE (.6) | JSM | 0.90 | 117.00 |
| 24-Oct-06 | REVIEW E-MAIL FROM J. MACDONALD REGARDING OMNIBUS AGENDA (.2); REVIEW OF SAME AND PREPARATION FOR HEARING (1.3) | PPP | 1.50 | 337.50 |
| 25-Oct-06 | REVIEW OF DOCKET AND MOTIONS (.3); CONFERENCE WITH P. PATANGAN REGARDING OMNIBUS HEARING ISSUES AND OUTCOME (.2); TELEPHONE CALL WITH M. COMERFORD REGARDING OMNIBUS HEARING (.1) | JBM | 0.60 | 183.00 |
| 25-Oct-06 | PREPARATION FOR OMNIBUS HEARING AND REVIEW OF DOCKET ITEMS (1.0), ATTEND HEARING REGARDING SAME (1.3); OFFICE CONFERENCES WITH J. MACDONALD REGARDING SAME (.2); FURTHER WORK ON FEE APPLICATION (2.8); REVIEW E-MAILS REGARDING COMMITTEE'S JOINDER TO DEBTOR'S MEMORANDUM (.7) | PPP | 6.00 | 1,350.00 |
| 26-Oct-06 | REVIEW OF DOCKET AND MULTIPLE MOTIONS (.3) | JBM | 0.30 | 91.50 |

Akerman Senterfitt

| 040103 | OFFICIAL UNSECURED CREDITORS' COMMITTEE OF WINN | As of | 31-Oct-06 |
| 0170482 | COMMITTEE AND CASE ADMINISTRATION | Bill Number | 8148055 |

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 26-Oct-06 | REVISIONS TO FEE APPLICATION (3.0). | PPP | 3.00 | 675.00 |
| 27-Oct-06 | REVIEW OF DOCKET AND MULTIPLE MOTIONS | JBM | 0.30 | 91.50 |
| 27-Oct-06 | REVISE FILE INDEX (.7); UPDATE PLEADING DATABASE (.5) | JSM | 1.20 | 156.00 |
| 27-Oct-06 | REVISIONS TO FEE APPLICATION EXHIBITS (2.50) | PPP | 2.50 | 562.50 |
| 30-Oct-06 | REVIEW OF DOCKET AND MULTIPLE MOTIONS (.3) | JBM | 0.30 | 91.50 |
| 30-Oct-06 | WORK ON FEE APPLICATION EXHIBITS AND PLEADING (3.0) | PPP | 3.00 | 675.00 |
| 31-Oct-06 | REVIEW OF DOCKET AND MULTIPLE MOTIONS (.3) | JBM | 0.30 | 91.50 |
| 31-Oct-06 | REVISIONS TO DETAIL FOR FEE APPLICATION AND EXHIBITS (3.30) | PPP | 3.30 | 742.50 |

**Total Services** ................................................................................................................ **$12,224.00**

| Date | Disbursements | Value |
|------|---------------|-------|
| 10/02/06 | DUPLICATING | 0.20 |
| 10/02/06 | DUPLICATING | 0.20 |
| 10/04/06 | DUPLICATING | 0.20 |
| 10/06/06 | DUPLICATING | 0.20 |
| 10/06/06 | DUPLICATING | 0.40 |
| 10/09/06 | DUPLICATING | 12.00 |
| 10/09/06 | DUPLICATING | 1.00 |
| 10/10/06 | DUPLICATING | 0.40 |
| 10/10/06 | DUPLICATING | 70.20 |
| 10/10/06 | DUPLICATING | 3.80 |
| 10/11/06 | DUPLICATING | 4.40 |
| 10/11/06 | DUPLICATING | 11.40 |

Akerman Senterfitt

| 040103 | OFFICIAL UNSECURED CREDITORS' COMMITTEE OF WINN | As of | 31-Oct-06 |
| 0170482 | COMMITTEE AND CASE ADMINISTRATION | Bill Number | 8148055 |

| | | |
|---|---|---|
| 10/11/06 | DUPLICATING | 26.40 |
| 10/11/06 | DUPLICATING | 3.80 |
| 10/11/06 | DUPLICATING | 4.80 |
| 10/12/06 | DUPLICATING | 3.60 |
| 10/12/06 | DUPLICATING | 16.80 |
| 10/12/06 | DUPLICATING | 18.60 |
| 10/12/06 | DUPLICATING | 0.40 |
| 10/13/06 | DUPLICATING | 0.20 |
| 10/16/06 | DUPLICATING | 0.80 |
| 10/16/06 | DUPLICATING | 0.80 |
| 10/16/06 | DUPLICATING | 5.00 |
| 10/16/06 | DUPLICATING | 0.40 |
| 10/17/06 | DUPLICATING | 0.40 |
| 10/17/06 | DUPLICATING | 6.00 |
| 10/17/06 | DUPLICATING | 2.00 |
| 10/17/06 | DUPLICATING | 1.00 |
| 10/17/06 | DUPLICATING | 2.40 |
| 10/17/06 | DUPLICATING | 1.40 |
| 10/18/06 | DUPLICATING | 5.00 |
| 10/18/06 | DUPLICATING | 26.00 |
| 10/18/06 | DUPLICATING | 1.00 |
| 10/18/06 | DUPLICATING | 2.80 |
| 10/18/06 | DUPLICATING | 0.40 |
| 10/19/06 | DUPLICATING | 0.80 |
| 10/19/06 | DUPLICATING | 4.60 |
| 10/19/06 | DUPLICATING | 8.20 |
| 10/19/06 | DUPLICATING | 0.40 |
| 10/19/06 | DUPLICATING | 1.00 |
| 10/20/06 | DUPLICATING | 1.80 |
| 10/20/06 | DUPLICATING | 21.00 |

Akerman Senterfitt

| | | | | |
|---|---|---|---|---|
| 040103 | OFFICIAL UNSECURED CREDITORS' COMMITTEE OF WINN | | As of | 31-Oct-06 |
| 0170482 | COMMITTEE AND CASE ADMINISTRATION | | Bill Number | 8148055 |

| | | | |
|---|---|---|---|
| 10/20/06 | DUPLICATING | 6.00 | |
| 10/23/06 | DUPLICATING | 16.80 | |
| 10/25/06 | DUPLICATING | 0.20 | |
| 10/25/06 | DUPLICATING | 0.40 | |
| 10/26/06 | DUPLICATING | 124.80 | |
| 10/26/06 | DUPLICATING | 0.20 | |
| 10/26/06 | DUPLICATING | 0.20 | |
| 10/26/06 | DUPLICATING | 0.20 | |
| 10/26/06 | DUPLICATING | 0.20 | |
| 10/27/06 | DUPLICATING | 2.00 | |
| 10/30/06 | DUPLICATING | 66.60 | |
| 10/30/06 | DUPLICATING | 1.40 | |
| 10/30/06 | DUPLICATING | 1.60 | |
| 10/30/06 | DUPLICATING | 0.60 | |
| | Total for DUPLICATING | | 493.40 |
| | | | |
| 10/05/06 | TELEPHONE 1-212-530-5194 NYCZ 1 NY | 0.20 | |
| 10/05/06 | TELEPHONE 1-212-530-5194 NYCZ 1 NY | 5.40 | |
| 10/05/06 | TELEPHONE 1-212-301-6575 NYCZ 1 NY | 3.00 | |
| 10/05/06 | TELEPHONE 1-212-530-5194 NYCZ 1 NY | 0.20 | |
| 10/11/06 | TELEPHONE 1-404-237-4100 ATLANTA GA | 1.00 | |
| | Total for TELEPHONE | | 9.80 |
| | | | |
| 10/11/06 | FEDERAL EXPRESS 799517949580 D DOUGLAS 10-17-06 847310477 | 12.07 | |
| 10/11/06 | FEDERAL EXPRESS 799517961618 D DOUGLAS 10-17-06 847310477 | 9.37 | |
| 10/11/06 | FEDERAL EXPRESS 791142621865 D DOUGLAS 10-17-06 847310477 | 9.37 | |
| 10/11/06 | FEDERAL EXPRESS 792221009490 D DOUGLAS 10-17-06 847310477 | 9.37 | |
| 10/11/06 | FEDERAL EXPRESS 792221012648 D DOUGLAS 10-17-06 847310477 | 6.70 | |

Akerman Senterfitt

040103    OFFICIAL UNSECURED CREDITORS' COMMITTEE OF WINN
0170482   COMMITTEE AND CASE ADMINISTRATION

As of              31-Oct-06
Bill Number        8148055

| Date | Disbursements | Value |
|---|---|---|
| 10/11/06 | FEDERAL EXPRESS 792864007821 D DOUGLAS 10-17-06 847310477 | 6.70 |
| 10/11/06 | FEDERAL EXPRESS 792864029804 D DOUGLAS 10-17-06 847310477 | 6.70 |
| 10/11/06 | FEDERAL EXPRESS 798518121645 D DOUGLAS 10-17-06 847310477 | 7.63 |
| 10/11/06 | FEDERAL EXPRESS 799517947338 D DOUGLAS 10-17-06 847310477 | 9.37 |
| 10/16/06 | FEDERAL EXPRESS 799520038508 J MEEHAN 10-24-06 848621287 | 37.48 |
| 10/16/06 | FEDERAL EXPRESS 799520038493 J MEEHAN 10-24-06 848621287 | 37.48 |
| 10/30/06 | FEDERAL EXPRESS 798031446342 J MEEHAN  11-07-06 851159327 | 16.05 |
| | Total for FEDERAL EXPRESS | 168.29 |
| 10/31/06 | COURT REPORTER - STATEWIDE REPORTING SERVICE : ORIGINAL & 1 COPY OF THE CONFIRMATION HEARING BEFORE THE HONORABLE JERRY A. FUNK, ON 10/13/06 IN RE: 05-03817-3F1.  JM-1895 | 1,254.50 |
| 10/31/06 | COURT REPORTER - STATEWIDE REPORTING SERVICE : ORIGINAL & 1 COPY OF THE CONFIRMATION HEARING BEFORE THE HONORABLE JERRY A. FUNK, ON 10/13/06 IN RE: 05-03817-3F1.  JM-1895 | 897.00 |
| | Total for COURT REPORTER | 2,151.50 |

**Total Disbursements** ................................................................................................................**$2,822.99**

Akerman Senterfitt                                                              Page 10

040103    OFFICIAL UNSECURED CREDITORS' COMMITTEE OF WINN              As of            31-Oct-06
0170482   COMMITTEE AND CASE ADMINISTRATION                           Bill Number       8148055

| Initials | Name | Hours | Amount |
|---|---|---|---|
| JBM | J. B. MACDONALD | 13.10 | 3,995.50 |
| JSM | J. S. MEEHAN | 6.70 | 871.00 |
| PPP | P. P. PATANGAN | 32.70 | 7,357.50 |
| | Total | 52.50 | $12,224.00 |



## Akerman Senterfitt
### ATTORNEYS AT LAW

Post Office Box 4906
Orlando, FL 32802
Tel: 407-843-7860   Fax: 407-419-8593

| | |
|---|---|
| Bill Date | 10-Nov-06 |
| Bill No. | 8146064 |

OFFICIAL UNSECURED CREDITORS' COMMITTEE OF WINN
DIXIE STORES, INC.
C/O MILBANK, TWEED, HADLEY & MCCLOY LLP
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

Client Name:     **OFFICIAL UNSECURED CREDITORS' COMMITTEE OF WINN**
Matter Name:     **DISCLOSURE STATEMENT AND PLAN CONFIRMATION**
Matter Number:   **0170488**

Professional services rendered and costs incurred through 31-Oct-06 as
summarized below and described in the narrative statement.

SERVICES                               $ 11,687.00

DISBURSEMENTS                           $ 0.00

**TOTAL THIS INVOICE**                  **$ 11,687.00**

PREVIOUS BALANCE   *(please disregard if paid)*        33,762.77

TOTAL NOW DUE AND PAYABLE                $ 45,449.77

*To ensure proper credit to the above account, please indicate matter no. 0170488*
*and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman, Senterfitt & Eidson Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

**AKERMAN SENTERFITT**

FT LAUDERDALE · JACKSONVILLE · LOS ANGELES · MADISON · MIAMI · NEW YORK · ORLANDO · TALLAHASSEE · TAMPA
TYSONS CORNER · WASHINGTON DC · WEST PALM

Akerman Senterfitt

| 040103 | OFFICIAL UNSECURED CREDITORS' COMMITTEE OF WINN | As of | 31-Oct-06 |
| 0170488 | DISCLOSURE STATEMENT AND PLAN CONFIRMATION | Bill Number | 8146064 |

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 2-Oct-06 | REVIEW OF COMMENTS AND ANALYSIS ON AMENDED ARTICLES AND BYLAWS (1.2) | JBM | 1.20 | 366.00 |
| 3-Oct-06 | FINAL REVIEW OF ARTICLE AND BY-LAWS (2.0) | BAF | 2.00 | 750.00 |
| 3-Oct-06 | ANALYSIS OF LANDLORD OBJECTIONS (.8) | JBM | 0.80 | 244.00 |
| 4-Oct-06 | REVIEW AND ANALYSIS OF PLAN, AMENDMENTS, PROPOSED CONFIRMATION ORDER, OBJECTIONS, RESPONSES, ISSUES UNDER 1123(A)(4) FOR CONFIRMATION (3.2); CONFERENCE WITH R. THAMES REGARDING DUVAL COUNTY TAX COLLECTOR OBJECTION (.1); E-MAIL TO M. BARR REGARDING DUVAL COUNTY TAX COLLECTOR POSITION (.3) | JBM | 3.60 | 1,098.00 |
| 5-Oct-06 | CONFERENCES WITH M. COMERFORD REGARDING VOTING TABULATIONS (.3); CONFERENCE WITH R. THAMES REGARDING DUVAL COUNTY OBJECTION TO CONFIRMATION (.2) | JBM | 0.50 | 152.50 |
| 6-Oct-06 | REVIEW OF U.S. GOVERNMENT OBJECTION TO CONFIRMATION (.3); E-MAILS WITH M. COMERFORD REGARDING CONFIRMATION HEARING (.3) | JBM | 0.60 | 183.00 |
| 9-Oct-06 | REVIEW OF AD HOC TRADE COMMITTEE RESPONSE TO OBJECTIONS (.8); E-MAILS WITH M. COMERFORD REGARDING CONFIRMATION HEARING (.2); ANALYSIS OF ISSUES UNDER 1123(A)(4) (.8) | JBM | 1.80 | 549.00 |
| 10-Oct-06 | ANALYSIS OF VOTING TABLUATION (.4); REVIEW OF AD HOC TRADE CREDITORS RESPONSE TO US TRUSTEE OBJECTION (.8); E-MAILS WITH M. COMERFORD REGARDING CONFIRMATION HEARING, BRIEF IN SUPPORT OF CONFIRMATION (.4); COORDINATE FILING OF BRIEF (.2) | JBM | 1.80 | 549.00 |
| 10-Oct-06 | REVIEW AND FILE COMMITTEE'S MEMORANDUM IN SUPPORT OF JOINT PLAN AND IN SUPPORT OF DEBTOR'S RESPONSE TO OBJECTIONS (1.2) | PPP | 1.20 | 270.00 |

Akerman Senterfitt

Page 4

| | | | | |
|---|---|---|---|---|
| 040103 | OFFICIAL UNSECURED CREDITORS' COMMITTEE OF WINN | | As of | 31-Oct-06 |
| 0170488 | DISCLOSURE STATEMENT AND PLAN CONFIRMATION | | Bill Number | 8146064 |

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 11-Oct-06 | REVIEW OF COMMITTEE'S MEMORANDUM IN SUPPORT OF CONFIRMATION (.8); E-MAILS WITH M. COMERFORD REGARDING COORDINATION FOR CONFIRMATION HEARING (.5); REVIEW OF MULTIPLE OBJECTIONS TO CONFIRMATION BY LANDLORDS, TAXING AUTHORITIES (1.0); TELEPHONE CALLS WITH M. KELLEY REGARDING LANDLORD CLAIMS (.4) | JBM | 2.70 | 823.50 |
| 12-Oct-06 | CONFERENCE WITH M. BARR AND M. COMERFORD, DEBTOR'S COUNSEL REGARDING PREPARATION FOR CONFIRMATION HEARING, ISSUES ON OBJECTING LANDLORDS, STRATEGY FOR CONFIRMATION HEARING (3.7); PREPARATION FOR CONFIRMATION HEARING (.8) | JBM | 4.50 | 1,372.50 |
| 12-Oct-06 | PREPARE NOTEBOOK FOR CONFIRMATION HEARING (2.2); ASSIST WITH PREPARATION FOR CONFIRMATION HEARING (1.2) | JSM | 3.40 | 442.00 |
| 13-Oct-06 | E-MAILS AND CONFERENCES WITH M. BARR AND M. COMERFORD REGARDING CONFIRMATION HEARING (.4); PREPARATION FOR CONFIRMATION HEARING (.8); ATTENDANCE AT CONFIRMATION HEARING (3.0); CONFERENCES WITH M. BARR, M. COMERFORD AND D. DUNNE AND DEBTORS' COUNSEL REGARDING STRATEGY ON LANDLORD ISSUES (1.4); ATTENDANCE AT CONFIRMATION HEARING (3.7); CONFERENCES WITH M. BARR AND M. COMERFORD REGARDING CONFIRMATION ISSUES (.8) | JBM | 10.10 | 3,080.50 |
| 13-Oct-06 | REVISE NOTEBOOK FOR CONFIRMATION HEARING | JSM | 1.20 | 156.00 |
| 13-Oct-06 | CONFIRMATION HEARING PREPARATION ON BEHALF OF CREDITORS COMMITTEE COUNSEL (2.4). | MSM | 2.40 | 420.00 |
| 13-Oct-06 | OFFICE CONFERENCES WITH J. MACDONALD REGARDING CONFIRMATION HEARING (.2); | PPP | 3.00 | 675.00 |

Akerman Senterfitt                                                                                     Page 5

| 040103 | OFFICIAL UNSECURED CREDITORS' COMMITTEE OF WINN | As of | 31-Oct-06 |
| 0170488 | DISCLOSURE STATEMENT AND PLAN CONFIRMATION | Bill Number | 8146064 |

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | ATTEND SAME (2.8) | | | |
| 24-Oct-06 | REVIEW AND ANALYSIS OF LANDLORD'S POST-HEARING BRIEF (.6) | JBM | 0.60 | 183.00 |
| 26-Oct-06 | REVIEW JOINDER TO DEBTOR'S MEMORANDUM (.3); E-MAILS TO M. COMERFORD REGARDING FILING (.2); FILING OF SAME (.5) | PPP | 1.00 | 225.00 |
| 30-Oct-06 | REVIEW OF DEBTOR'S REPSONSE TO LANDLORD'S BRIEF IN OPPOSITION TO CONFIRMATION (.4) | JBM | 0.40 | 122.00 |
| 30-Oct-06 | DRAFT LETTER TO M. COMERFORD FORWARDING TRANSCRIPT OF CONFIRMATION HEARING (.2) | JSM | 0.20 | 26.00 |

**Total Services** ........................................................................................................................**$11,687.00**

Akerman Senterfitt                                                    Page 6

040103   OFFICIAL UNSECURED CREDITORS' COMMITTEE OF WINN          As of          31-Oct-06
0170488   DISCLOSURE STATEMENT AND PLAN CONFIRMATION              Bill Number    8146064

| Initials | Name | Hours | Amount |
|---|---|---|---|
| BAF | B. A. FRIEDMAN | 2.00 | 750.00 |
| JBM | J. B. MACDONALD | 28.60 | 8,723.00 |
| JSM | J. S. MEEHAN | 4.80 | 624.00 |
| MSM | M. S. MITCHELL | 2.40 | 420.00 |
| PPP | P. P. PATANGAN | 5.20 | 1,170.00 |
| | Total | 43.00 | $11,687.00 |



**AkermanSenterfitt**

ATTORNEYS AT LAW

Post Office Box 4906
Orlando, FL 32802
Tel: 407-843-7860   Fax: 407-419-8593

Bill Date         14-Dec-06
Bill No.          8155486

OFFICIAL UNSECURED CREDITORS' COMMITTEE OF WINN
DIXIE STORES, INC.
C/O MILBANK, TWEED, HADLEY & MCCLOY LLP
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

| | |
|---|---|
| Client Name: | **OFFICIAL UNSECURED CREDITORS' COMMITTEE OF WINN** |
| Matter Name: | **OTHER CASE PROFESSIONALS - RETENTION/ COMPENSATION** |
| Matter Number: | **0188383** |

Professional services rendered and costs incurred through 21-Nov-06 as
summarized below and described in the narrative statement.

| | | |
|---|---|---|
| SERVICES | $ 447.00 | |
| DISBURSEMENTS | $ 0.00 | |
| **TOTAL THIS INVOICE** | **$ 447.00** | |
| PREVIOUS BALANCE   *(please disregard if paid)* | | 1,353.00 |
| TOTAL NOW DUE AND PAYABLE | | $ 1,800.00 |

*To ensure proper credit to the above account, please indicate matter no. 0188383*
*and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman, Senterfitt & Eidson Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

**AKERMAN SENTERFITT**

FT LAUDERDALE · JACKSONVILLE · LOS ANGELES · MADISON · MIAMI · NEW YORK · ORLANDO · TALLAHASSEE · TAMPA
TYSONS CORNER · WASHINGTON DC · WEST PALM

Akerman Senterfitt                                                                                      Page 3

| | | | | |
|---|---|---|---|---|
| 040103 | OFFICIAL UNSECURED CREDITORS' COMMITTEE OF WINN | | As of | 21-Nov-06 |
| 0188383 | OTHER CASE PROFESSIONALS - RETENTION/ COMPENSATION | | Bill Number | 8155486 |

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 21-Nov-06 | COORDINATE ELECTRONIC FILING OF FIFTH INTERIM APPLICATION OF ALVAREZ & MARSAL, LLC, OPERATIONS AND REAL ESTATE ADVISOR TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED DURING PERIOD FROM JUNE 1, 2006 THROUGH AND INCLUDING SEPTEMBER 30, 2006 (.3); COORDINATE ELECTRONIC FILING OF FIFTH INTERIM APPLICATION OF HOULIHAN LOKEY HOWARD & ZUKIN CAPITAL, INC. AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES FOR THE PERIOD JUNE 1, 2006 THROUGH AND INCLUDING SEPTEMBER 30, 2006 (.3); COORDINATE ELECTRONIC FILING OF FIFTH APPLICATION OF MILBANK, TWEED, HADLEY & MCCLOY LLP, COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR INTERIM ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED DURING PERIOD FROM JUNE 1, 2006, THROUGH AND INCLUDING SEPTEMBER 30, 2006 (.3); COORDINATE SERVICE OF FEE APPLICATIONS VIA EMAIL AND OVERNIGHT DELIVERY (1.2) | JSM | 2.10 | 304.50 |
| 21-Nov-06 | REVIEW EMAIL FROM M. COMERFORD REGARDING FILING OF FEE APPLICATION (.3); REVIEW EMAILS FROM PARALEGAL AND MILBANK REGARDING FEE APPLICATIONS (.2) | PPP | 0.50 | 142.50 |

**Total Services** ................................................................................................................... **$447.00**

Akerman Senterfitt                                                        Page 4

040103    OFFICIAL UNSECURED CREDITORS' COMMITTEE OF WINN          As of        21-Nov-06
0188383   OTHER CASE PROFESSIONALS - RETENTION/ COMPENSATION       Bill Number   8155486

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| JSM | J. S. MEEHAN | 2.10 | 304.50 |
| PPP | P. P. PATANGAN | 0.50 | 142.50 |
| | Total | 2.60 | $447.00 |



**Akerman Senterfitt**
ATTORNEYS AT LAW

Post Office Box 4906
Orlando, FL 32802
Tel: 407-843-7860  Fax: 407-419-8593

Bill Date      14-Dec-06
Bill No.          8155485

OFFICIAL UNSECURED CREDITORS' COMMITTEE OF WINN
DIXIE STORES, INC.
C/O MILBANK, TWEED, HADLEY & MCCLOY LLP
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

Client Name:        **OFFICIAL UNSECURED CREDITORS' COMMITTEE OF WINN**
Matter Name:        **DISCLOSURE STATEMENT AND PLAN CONFIRMATION**
Matter Number:      **0170488**

Professional services rendered and costs incurred through 21-Nov-06 as
summarized below and described in the narrative statement.

SERVICES                        $ 1,910.00

DISBURSEMENTS                   $ 0.20

**TOTAL THIS INVOICE**          **$ 1,910.20**

PREVIOUS BALANCE  *(please disregard if paid)*        19,559.60

TOTAL NOW DUE AND PAYABLE       $ 21,469.80

*To ensure proper credit to the above account, please indicate matter no. 0170488*
*and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman, Senterfitt & Eidson Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

**AKERMAN SENTERFITT**

FT LAUDERDALE · JACKSONVILLE · LOS ANGELES · MADISON · MIAMI · NEW YORK · ORLANDO · TALLAHASSEE · TAMPA
TYSONS CORNER · WASHINGTON DC · WEST PALM

Akerman Senterfitt                                                                                   Page 3

| 040103 | OFFICIAL UNSECURED CREDITORS' COMMITTEE OF WINN | As of | 21-Nov-06 |
|---|---|---|---|
| 0170488 | DISCLOSURE STATEMENT AND PLAN CONFIRMATION | Bill Number | 8155485 |

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 9-Nov-06 | REVIEW AND ANALYSIS OF CONFIRMATION ORDER (1.4); E-MAILS WITH M. COMERFORD REGARDING CONFIRMATION ORDER (.1) | JBM | 1.50 | 502.50 |
| 17-Nov-06 | REVIEW AND ANALYSIS OF FINDINGS OF FACT AND CONCLUSIONS OF LAW REGARDING PLAN OBJECTIONS (1.6) | JBM | 1.60 | 536.00 |
| 20-Nov-06 | REVIEW OF ARTICLES AND BYLAWS AT REQUEST OF NYC COUNSEL (.9); REVIEW OF FLORIDA LAW RE: APPOINTMENT OF VACANCIES ON BOARD OF DIRECTORS (.9); CALL WITH MILBANK RE: VACANCY ISSUES (.3) | BAF | 2.10 | 871.50 |

**Total Services** ............................................................................................................... **$1,910.00**

| Date | Disbursements | Value |
|---|---|---|
| 11/20/06 | TELEPHONE 1-212-530-5373 NYCZ 1 NY | 0.20 |
| | Total for TELEPHONE | 0.20 |

**Total Disbursements** ...................................................................................................... **$0.20**

Akerman Senterfitt                                                    Page 4

040103    OFFICIAL UNSECURED CREDITORS' COMMITTEE OF WINN        As of        21-Nov-06
0170488   DISCLOSURE STATEMENT AND PLAN CONFIRMATION             Bill Number   8155485

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| BAF | B. A. FRIEDMAN | 2.10 | 871.50 |
| JBM | J. B. MACDONALD | 3.10 | 1,038.50 |
| | Total | 5.20 | $1,910.00 |



## Akerman Senterfitt
### ATTORNEYS AT LAW

Post Office Box 4906
Orlando, FL 32802
Tel: 407-843-7860   Fax: 407-419-8593

Bill Date        14-Dec-06
Bill No.         8155483

OFFICIAL UNSECURED CREDITORS' COMMITTEE OF WINN
DIXIE STORES, INC.
C/O MILBANK, TWEED, HADLEY & MCCLOY LLP
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

Client Name:        **OFFICIAL UNSECURED CREDITORS' COMMITTEE OF WINN**
Matter Name:        **COMMITTEE AND CASE ADMINISTRATION**
Matter Number:      **0170482**

Professional services rendered and costs incurred through 21-Nov-06 as
summarized below and described in the narrative statement.

SERVICES                        $  4,390.50

DISBURSEMENTS                   $   889.00

**TOTAL THIS INVOICE**          **$  5,279.50**

PREVIOUS BALANCE   *(please disregard if paid)*      24,235.89

TOTAL NOW DUE AND PAYABLE            $ 29,515.39

*To ensure proper credit to the above account, please indicate matter no. 0170482
and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman, Senterfitt & Eidson Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

**AKERMAN SENTERFITT**

FT LAUDERDALE · JACKSONVILLE · LOS ANGELES · MADISON · MIAMI · NEW YORK · ORLANDO · TALLAHASSEE · TAMPA
TYSONS CORNER · WASHINGTON DC · WEST PALM

Akerman Senterfitt                                                                                    Page 3

| 040103 | OFFICIAL UNSECURED CREDITORS' COMMITTEE OF WINN | As of | 21-Nov-06 |
| 0170482 | COMMITTEE AND CASE ADMINISTRATION | Bill Number | 8155483 |

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 1-Nov-06 | REVIEW OF DAILY DOCKET AND MOTIONS | JBM | 0.30 | 100.50 |
| 1-Nov-06 | REVIEW DOCKET (.3); UPDATE PLEADING DATABASE (.4); REVISE FILE INDEX (.3) | JSM | 1.00 | 145.00 |
| 2-Nov-06 | REVIEW OF DOCKET AND MULTIPLE MOTIONS (.3) | JBM | 0.30 | 100.50 |
| 3-Nov-06 | UPDATE PLEADING DATABASE (.4) | JSM | 0.40 | 58.00 |
| 3-Nov-06 | EMAIL FROM S. WISOTZKEY REGARDING STATUS OF REORGANIZATION PLAN AND CONFIRMATION (.3); OFFICE CONFERNCES WITH J. MACDONALD REGARDING SAME (.1) | PPP | 0.40 | 114.00 |
| 9-Nov-06 | REVIEW OF DAILY DOCKET AND MULTIPLE MOTIONS (.2) | JBM | 0.20 | 67.00 |
| 9-Nov-06 | REVIEW DOCKET (.3); UPDATE PLEADING DATABASE (.4); REVISE FILE INDEX (.3) | JSM | 1.00 | 145.00 |
| 9-Nov-06 | REVIEW CONFIRMATION ORDER AND OTHER RETENTION ORDERS REGARDING CONTINUED RETENTION OF COMMITTEE PROFESSIONALS (1.5); INTEROFFICE CONFERENCES WITH J. MACDONALD REGARDING SAME (.3) | PPP | 1.80 | 513.00 |
| 10-Nov-06 | REVIEW OF DAILY DOCKET (.2); REVIEW OF MULTIPLE MOTIONS (.2) | JBM | 0.40 | 134.00 |
| 13-Nov-06 | REVIEW OF DAILY DOCKET AND MULTIPLE MOTIONS (.2); REVIEW PLAN PROVISIONS FOR POST-EFFECTIVE DATE COMMITTEE (.3) | JBM | 0.50 | 167.50 |
| 13-Nov-06 | DRAFT MONTHLY BILLING LETTER (.2) | JSM | 0.20 | 29.00 |
| 13-Nov-06 | REVIEW DOCKET (.2); UPDATE PLEADING DATABASE (.6) | JSM | 0.80 | 116.00 |
| 14-Nov-06 | REVIEW OF DAILY DOCKET AND MULTIPLE MOTIONS (.2); REVIEW OF OMNIBUS AGENDA (.2); E-MAILS WITH M. COMERFORD REGARDING OMNIBUS HEARING (.2); EDIT AND REVISE INTERIM FEE APPLICATION (1.2) | JBM | 1.80 | 603.00 |
| 14-Nov-06 | EDIT MONTHLY BILLLING LETTER (.2) | JSM | 0.20 | 29.00 |
| 15-Nov-06 | REVIEW OF DOCKET AND MOTIONS (.3); TELEPHONE CONFERENCE WITH | JBM | 0.50 | 167.50 |

Akerman Senterfitt

040103    OFFICIAL UNSECURED CREDITORS' COMMITTEE OF WINN    As of    21-Nov-06
0170482    COMMITTEE AND CASE ADMINISTRATION    Bill Number    8155483

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | LANDLORD'S COUNSEL REGARDING PLAN PROVISIONS, GUARANTY CLAIMS (.2) | | | |
| 15-Nov-06 | DRAFT FOURTH INTERIM FEE APPLICATION (4.5); DRAFT ORDER GRANTING FOURTH APPLICATION OF AKERMAN SENTERFITT FOR INTERIM ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED DURING PERIOD FROM JUNE 1, 2006, THROUGH AND INCLUDING SEPTEMBER 30, 2006 (.2); REVISE FEE APPLICATION (.3) | JSM | 5.00 | 725.00 |
| 15-Nov-06 | REVIEW EMAIL FROM M. COMERFORD REGARDING MEDICAID MEDIATION/CONFERENCE (.2); TELEPHONE CONFERENCES WITH L. PRENDERGAST REGARDING MEDIATION (.2); OFFICE CONFERENCES WITH J. MACDONALD REGARDING SAME AND SETTLEMENT NEGOTIATIONS (.1) | PPP | 0.50 | 142.50 |
| 16-Nov-06 | REVIEW OF DOCKET, MOTIONS (.2); E-MAILS WITH M. COMERFORD REGARDING OMNIBUS AGENDA (.2); ATTENDANCE AT OMNIBUS HEARING AND CONFERENCE WITH DEBTOR'S COUNSEL REGARDING HEARING ISSUES, EFFECTIVE DATE (1.8); E-MAIL TO M. COMERFORD REGARDING RESULTS OF HEARING (.2) | JBM | 2.40 | 804.00 |
| 16-Nov-06 | REVISE MONTHLY BILLING LETTER (.1); E-MAIL TO L. COOPER FORWARDING MONTHLY BILLING STATEMENTS IN LEDES FORMAT (.1) | JSM | 0.20 | 29.00 |
| 17-Nov-06 | REVIEW OF DOCKET, MULTIPLE MOTIONS (.3) | JBM | 0.30 | 100.50 |
| 20-Nov-06 | TELEPHONE CONFERENCE WITH L. LOULAD REGARDING STATUS OF CONFIRMED PLAN (.2) | PPP | 0.20 | 57.00 |
| 21-Nov-06 | COORDINATE ELECTRONIC FILING OF FOURTH APPLICATION OF AKERMAN SENTERFITT, CO-COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR INTERIM ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED | JSM | 0.30 | 43.50 |

Akerman Senterfitt                                                                    Page 5

040103    OFFICIAL UNSECURED CREDITORS' COMMITTEE OF WINN          As of           21-Nov-06
0170482   COMMITTEE AND CASE ADMINISTRATION                        Bill Number     8155483

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | AND FOR REIMBURSEMENT OF EXPENSES INCURRED DURING PERIOD FROM JUNE 1, 2006 THROUGH AND INCLUDING SEPTEMBER 30, 2006 (.3). | | | |

Total Services ....................................................................................................... $4,390.50

| Date | Disbursements | Value |
|------|---------------|-------|
| 11/01/06 | DUPLICATING | 6.80 |
| 11/01/06 | DUPLICATING | 0.40 |
| 11/01/06 | DUPLICATING | 2.60 |
| 11/01/06 | DUPLICATING | 2.80 |
| 11/02/06 | DUPLICATING | 8.80 |
| 11/02/06 | DUPLICATING | 0.80 |
| 11/03/06 | DUPLICATING | 3.20 |
| 11/05/06 | DUPLICATING | 1.60 |
| 11/05/06 | DUPLICATING | 4.00 |
| 11/06/06 | DUPLICATING | 0.60 |
| 11/06/06 | DUPLICATING | 10.80 |
| 11/06/06 | DUPLICATING | 2.40 |
| 11/06/06 | DUPLICATING | 0.20 |
| 11/06/06 | DUPLICATING | 3.00 |
| 11/06/06 | DUPLICATING | 2.00 |
| 11/07/06 | DUPLICATING | 1.20 |
| 11/07/06 | DUPLICATING | 19.40 |
| 11/07/06 | DUPLICATING | 6.00 |
| 11/07/06 | DUPLICATING | 10.80 |
| 11/07/06 | DUPLICATING | 6.80 |
| 11/07/06 | DUPLICATING | 0.60 |

Akerman Senterfitt

Page 6

| 040103 | OFFICIAL UNSECURED CREDITORS' COMMITTEE OF WINN | As of | 21-Nov-06 |
| 0170482 | COMMITTEE AND CASE ADMINISTRATION | Bill Number | 8155483 |

| | | | |
|---|---|---|---|
| 11/08/06 | DUPLICATING | 0.40 | |
| 11/08/06 | DUPLICATING | 4.80 | |
| 11/08/06 | DUPLICATING | 4.20 | |
| 11/09/06 | DUPLICATING | 0.20 | |
| 11/14/06 | DUPLICATING | 2.60 | |
| 11/15/06 | DUPLICATING | 14.00 | |
| 11/16/06 | DUPLICATING | 33.60 | |
| 11/16/06 | DUPLICATING | 3.60 | |
| 11/21/06 | DUPLICATING | 112.20 | |
| 11/21/06 | DUPLICATING | 81.40 | |
| 11/21/06 | DUPLICATING | 0.40 | |
| 11/21/06 | DUPLICATING | 338.40 | |
| 11/21/06 | DUPLICATING | 2.00 | |
| 11/21/06 | DUPLICATING | 196.20 | |
| | Total for DUPLICATING | | 888.80 |
| | | | |
| 11/20/06 | TELEPHONE 1-302-651-3128 WILMINGTON DE | 0.20 | |
| | Total for TELEPHONE | | 0.20 |

**Total Disbursements** ................................................................................................................ **$889.00**

Akerman Senterfitt

040103   OFFICIAL UNSECURED CREDITORS' COMMITTEE OF WINN
0170482   COMMITTEE AND CASE ADMINISTRATION

As of               21-Nov-06
Bill Number        8155483

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| JBM | J. B. MACDONALD | 6.70 | 2,244.50 |
| JSM | J. S. MEEHAN | 9.10 | 1,319.50 |
| PPP | P. P. PATANGAN | 2.90 | 826.50 |
| | Total | 18.70 | $4,390.50 |