# EXHIBIT "B"

{JA283138;1}

## Summary Table of Disbursements Billed During Akerman Senterfitt's Fifth Interim Compensation Period (October 1, 2006 – November 21, 2006)

| Disbursements | Amount |
| --- | --- |
| Long Distance Telephone | $10.20 |
| Federal Express | $168.29 |
| Duplicating | $1,382.20 |
| Court Reporter | $2,151.50 |
| **Total Disbursements** | **$3,712.19** |

{JA305654;1}