UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.:    05-03817-3F1

In re:

WINN-DIXIE STORES, INC., et. al.,

Debtors.

---

## NOTICE OF WITHDRAWAL AS LOCAL COUNSEL

PLEASE TAKE NOTICE that the law firm of Held & Israel hereby withdraws its appearance as local counsel of record for:    1) Developers Diversified Realty Corporation; 2) Weingarten Realty Investors; 3) WRI Texla, LLC; 4) Curry Ford, LP; 5) Palm Springs Mile Associates, Ltd.; 6) Krusch Properties, LLC.; 7) The Benderson Trust; and 8) Four Florida Shopping Center Properties, L.P.

DATED this 23rd day of January, 2007.

HELD & ISRAEL

By: _Kimberly Held Israel_
EDWIN W. HELD, JR.
Florida Bar No. 162574
KIMBERLY HELD ISRAEL
Florida Bar No. 47287
khisrael@hilawfirm.com
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile

ewh/winndixie/lehanewithdrawal.djg