FILED
JACKSONVILLE, FLORIDA
JAN 2 2 2007
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

January 17, 2007

To whom it may concern

Honorable Judge Funk

My name is Duane Posen I fell at Winn Dixie on June 6, 2006. I was riding a New cart that Winn Dixie purchased to shop for a Lady. I stoped the cart to cash a five dollar scratch off ticket, when I went to get back in the cart it took off, I didn't even press the Lever I wasn't even on the seat yet, it flew me across the floor and I landed on my right side. I fractured my ribs & fractured a Vertabrae in my spine. The Manager & two workers picked me up off the

floor. I sat for a half hour then I left the store and went to my Doctor Imediatly. I had X-rays taken and a bone scan. I was layed up for 5½ months. The pain was so severe I was on Percocet for 6 months.

I want Winn Dixie to pay for my medical expenses and my time lost from work.

I spoke to Richard Lu in June of 2006 he sent me papers to file a claim. I received these papers in August of 2006. He asked me how much time I missed work, and for my Doctor X-rays + medical records. I sent the papers back to him on August 16, 2006. I never heard from

Richard Law again. I was calling and calling him but he never returned my calls.

Then in late December I receive a letter from Tanya Copeland, about Winn Dixie filing a Chapter 11, and that there was a deadline to file my claim. I didn't have a lawyer. The lawyer I had wouldn't take my case. I didn't understand the letter so I called Tanya as soon as I received the letter but she never returned my calls. Then on January 4, 2007 I called and she finally answered my call. I wanted to tell her about my claim. She was rude

and <u>nasty</u> on the phone she would <u>not help me one bit</u>. She was no help to me at all. She only said my claim had to be in the court on the next day, which was <u>impossible</u>. How could I file a claim in the courts with <u>no</u> claim form + no information on what to do.

Winn Dixie has been avoiding me ever since the fall, which <u>isn't right</u>

The next day on 1-5-07 I went to the <u>Delray Beach Library</u> for some help to try and file my claim on the Internet. The librarian was helping me for 4 hrs. We found out there was <u>no</u> form to file. So the librarian + myself called the

(5)

Jacksonville Court House and I spoke with a Kathy Pruson on 1-5-07 about this matter. She was very helpful. She told me my claim wasn't even filed in the Court I was furious. She told me to write this letter to you even though it is past the deadline because Winn Dixie wasn't fair to me.

I would have sent this letter sooner but I was taking care of a friend of mine who is an invalid for 10 days, 24 hrs a day. Her aide walked out on her and then was no one else to help her so I did it. I couldn't leave her like that. So please forgive me for the delay in writing
(over)

this letter.

Please help me in this matter, I know you are a <u>fair</u> Judge and you will do what is right.

You may contact me: my phone # is 561-638-045 cell phone # 954-593-8737

My address is:
6455 Sagewood Way
Delray Bch, Florida
33484

P.S. When I received the letter from Tanya Copeland from Winn Dixie I notice a file # for my claim the # is A-6 11 306 409 000 01. I don't know if this is my claim # or not.
Thank you, Sincerely,
Dixie Rosen