

**CAMPBELL**
**Real Estate, Inc.**
www.shoppingcentermgmt.com

2608 Sablewood Drive
Valrico, Florida 33594
(813) 661-0500
Fax (813) 661-0504
campre@earthlink.net

January 19, 2007

Bryan M. Gaston
XRoads Solutions Group, LLC
Two Allen Center
1200 Smith Street, 16th Floor
Houston, TX 77002

F I L E D
JACKSONVILLE, FLORIDA

JAN 2 2 2007

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Re: Winn-Dixie Stores, Inc. 05-03817-3F1
    Creditor Id: WD-244425-1L-12
    Creditor: Campbell Real Estate, Inc
    Claim No.: 240

Dear Brian:

As we discussed this on January 3, 2005 our Proof of Claim in the amount of Seven Thousand Seventy dollars and Forty Seven cents ($7,070.47) for management services under a Contract for Management of Retail Property Common Areas dated July 10, 2001 between Winn Dixie Stores, Inc. was accepted by the Bankruptcy Court. Subsequently, Winn-Dixie stock was issued. However, according to the allocation table on page 53 of the Plan adopted by the Court on November 21, 2006 and the Definition of "Vendor/Supplier Claim" on page A-10 of said Plan, the amount of stock issued was incorrect. According to the Plan, the stock issued should have been $7,070.47 @ 46.26 shares per $1,000.00 or 327 shares. Instead, we were issued 247 shares which represent 34.89 shares per $1,000.00, the rate for "Other Unsecured Claims".

On January 5, 2005 you confirmed by email (enclosed) that Logan had been instructed to reclassify the claim from class 16 to 14. It was furthermore our understanding that you will notify Logan to issue the balance of the shares due or 80 shares to our account.

A check on the balance of our account on this date indicated that the additional shares have not been issued. Your assistance in confirming that the shares are issued to our account at the earliest possible opportunity is requested.

Sincerely,

Colin Campbell, Jr.
President

Enclosures

ALL INFORMATION FURNISHED IS FROM SOURCES DEEMED RELIABLE AND IS SUBMITTED SUBJECT TO ERRORS, OMISSIONS, CHANGES OF OTHER TERMS AND CONDITIONS, PRIOR SALE, LEASE OR FINANCING OR WITHDRAW WITHOUT NOTICE

## Colin Campbell

**From:** Bryan Gaston [bgaston@XROADSLLC.COM]
**Sent:** Friday, January 05, 2007 11:25 AM
**To:** campre@earthlink.net
**Subject:** WD Claim 240

As requested this is to confirm Logan has been instructed to reclassify the claim referenced above from class 16 to 14.

Thanks

**Bryan M. Gaston**
**XRoads Solutions Group, LLC**
**Two Allen Center**
**1200 Smith Street, 16th Floor**
**Houston, TX 77002**
**(713) 759-6906 Phone**
**(949) 567-1566 E-Fax**
**(773) 576-9083 Cell**
www.xroadsllc.com

This email message and any attached documents may contain information that is confidential and/or privileged. The information is intended to be for the use of the individual or entity named above. Any review, reliance, use or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient of this transmission, please notify the sender immediately and delete all copies of this transmission.

1/19/2007

WINN-DIXIE STORES, INC.
5050 Edgewood Court
Jacksonville, FL 32254
Attn: General Counsel

U.S. Bankruptcy Court Middle District of Florida
300 North Hogan Street
Suite 3-350
Jacksonville, FL 32202

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522
Attn: D.J. Baker, Esq.

Smith Hulsey & Busey
225 Walter Street
Suite 1800
Jacksonville, FL 32202
Attn: Stephen D. Busey, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Dennis Dunne, Esq./Matthew S. Barr, Esq.