*Lee Ricciardi*
*5380 Acacia Trail*
*Pinellas Park, Florida 33782*
*Telephone 727-544-0099*

FILED
JACKSONVILLE, FLORIDA
JAN 2 2 2007
CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

January 18, 2007

Clerk of the Court
United States Courthouse
300 North Hogan Street   Suite 3-350
Jacksonville, Florida 32202

Dear Clerk of the Court,

Enclosed is a letter that I sent to you which I believe, had to be sent before the Judge ruled in the Winn Dixie Case that was coming up before him.

I am still waiting for a reply to my letter, as to why I am not receiving any benefits that I have asked for. I will appreciate any help that you can give me.

Respectfully

[signature]

*Lee Ricciardi*

5380 Acacia Trail
Pinellas Park, Florida 33782
Telephone 727-544-0099

August 28, 2006

Clerk of the Court
United States Courthouse
300 North Hogan Street     Suite 3-350
Jacksonville, Florida 32202

Dear Clerk of the Court

Please file this letter with the Clerk of the Bankruptcy Court before the Honorable Jerry A. Funk in the United States Courthouse at 300 North Hogan Street, Jacksonville, Florida 32202, before September 25, 2006 at 4:00 p.m. .

Regarding Stock Interests in Winn Dixie Stores Inc. We, Lee and Claire Ricciardi, as Stockholders, we do herby Object to the Confirmation Plan that has been filed in Bankruptcy Court.

Being of advanced ages of Lee Ricciardi 81, and Claire Ricciardi 73 years old. We cannot attend the Hearing in Jacksonville, Florida do to the fact that Lee Ricciardi has a Disability, and with that Disability of Loud Coughing, .I am positive that the Court would have me removed from the Courtroom.

At our ages, loss of this Winn Dixie Stock would create a tremendous hardship, with all the High Costs of Taxes, Insurance and Gasoline Prices. Plus the small Pensions that we receive, we do not know how we can bear it .Claire Ricciardi was an excellent employee of Winn Dixie for over 10 years. All we are interested in, is the $15,000.00 that we invested over 15 years ago be returned.

Sincerely

*[signature]*