F I L E D
JACKSONVILLE, FLORIDA

JAN 22 2007

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

January 16, 2007

To: Honorable Judge Jerry A. Funk
United States Bankruptcy Court
For the Middle District of Florida
Jacksonville, Florida 32202

Re: Khaja (Razi) vs. Winn Dixie
Claim # 11536
Case # 05-03817-3F1
SS# 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

Dear Sir,

I have written a few letters to you regarding my unresolved claim against Winn Dixie. As I mentioned in my previous letters, a slip and fall accident which has happened to me on February 11, 2004 at the Winn Dixie store in Sunrise Florida has left me permanently disabled. My disability can be verified by the Social Security office in Ft. Lauderdale Florida. I only receive a disability check in the amount of $751.00 per month from the Social Security office.

Sir, you can understand how hard it is for me to make a living with this small amount of disability income. Further more, I have pending medical bills, related to this accident, totaling more than $14,000. I have been offered a total payment of $3000 from the Winn Dixie claims office which was not acceptable to me because I would still have $11,000 in medical bills.

Your honor, if I receive at least $25,000 compensation from Winn Dixie I will be able to pay my medical bills and also start a small business from home. A favorable consideration will be highly appreciated. Thank you.

Sincerely,

Raziuddin Syed Khaja