**F I L E D**
JACKSONVILLE, FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

**JAN 2 2 2007**

| | |
|---|---|
| In re: | Case No. 05-03817-3F1<br>Chapter 11<br>Jointly Administered |
| WINN-DIXIE STORES, INC., *et al.* | |
| Debtors. | Court ID (Court Use Only)_____ |

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, of the claim referenced in this notice, pursuant to the Order Awarding Possession and Assigning Bankruptcy Claim attached hereto as Exhibit A.

**Transferee:**
Newco Properties, Inc.

**Transferor:**
The Lucy Co. of SC, LLC

**Where notices and payments to Transferee should be sent:**
c/o Margery A. Longstreet
Genworth Financial
6620 West Broad Street
Richmond, VA 23230
Phone: (804) 922-5483
Last Four Digits of Acct #: _____

**Court Record Address of Transferor (Court Use Only)**

Last Four Digits of Acct #: _____

Court Claim No. 12257 (Amended Claim)
Date Claim Filed: 10/20/05 (Amended Claim)

Note: The unsecured claim amount has been reduced to $533,900.21 by Order dated August 24, 2006.

**Name and Current Address of Transferor:**
Lucy Co. of SC, LLC
c/o Rox Pollard, Property Manager
Colliers Keenan, Inc.
P.O. Box 11610
Columbia, SC 29211

Phone: (803) 401-4242
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

McNair Law Firm, P.A.

By: _____        Date: January 12, 2007
Michael M. Beal, Dist. Ct. Id. No. 1253
PO Box 11390, Columbia, SC 29211
Phone: 803-799-9800; Facsimile: 803-376-2277
E-Mail: mbeal@mcnair.net
ATTORNEY FOR NEWCO PROPERTIES, INC.

*Penalty for making false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of this court.

Date:_____                   _____
                                        **CLERK OF THE COURT**

# MCNAIR LAW FIRM, P.A.

### ATTORNEYS AND COUNSELORS AT LAW

TELEPHONE (803) 799-9800
FACSIMILE (803) 933-1447
mbeal@mcnair.net

POST OFFICE BOX 11390
COLUMBIA, SOUTH CAROLINA 29211

BANK OF AMERICA TOWER
1301 GERVAIS STREET, 17th FLOOR
COLUMBIA, SOUTH CAROLINA 29201

Michael M. Beal
Certified Bankruptcy Specialist

**RECEIVED**

CLERK, U.S. BANKRUPTCY COURT

**JAN 2 2 2007**

**MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

January 12, 2007

United States Bankruptcy Court
Middle District of Florida- Jacksonville Division
3-350 John Milton Bryan Simpson
United States Courthouse
300 North Hogan Street
Jacksonville, FL 32202-4204

> Re:    Winn-Dixie Stores, Inc.
>          Case No. 05-03817-3F1
>          Chapter 11

Dear Sir:

I have enclosed a Notice of Transfer of Claim Other Than For Security transferring claim no. 12257 in the name of The Lucy Co. of SC, LLC to Newco Properties, Inc.

Please file this and return a copy to me in the enclosed envelope. If you have any questions, please do not hesitate to call me.

With kind regards,

Sincerely,

Michael M. Beal

MMB/sf
Enclosure

cc:    Margery A. Longstreet
       Rox Pollard
       Charles P. Summerall

COLUMBIA 878228v1

STATE OF SOUTH CAROLINA    )

                                 )     IN THE COURT OF COMMON PLEAS

COUNTY OF SUMTER          )

NEWCO PROPERTIES, INC., assignee  )    Civil Action No.: 2006-CP-43-1139
 of Genworth Special Purpose Two, LLC, )
assignee of First Colony Life Insurance  )
Company, a Virginia corporation,     )
                              )
                Plaintiff,   )
                              )
     v.                      )
                              )
THE LUCY CO. OF SC, LLC, a South    )
Carolina limited liability company,     )
                              )
              Defendant.  )
_____)

CERTIFIED TRUE COPY
OF ORIGINAL FILED

DEPUTY CLERK OF COURT
SUMTER COUNTY
SOUTH CAROLINA

2007 JAN -8  AM 9: 30

RECORDED

## ORDER AWARDING POSSESSION AND ASSIGNING BANKRUPTCY CLAIM

      This matter comes before the Court pursuant to the Special Referee's Decree and Judgment

of Foreclosure and Sale dated November 10, 2006 and filed November 10, 2006, whereby the Court

ordered the sale of the "Property" that is subject to the "Mortgage" and "Security Agreement" and

ordered the sale of the "Bankruptcy Claim" that is subject to the "Assignment of Rents and Leases"

as each of those terms is defined in the Complaint and the Decree.  By way of background, the

Court has previously found:

      1.     The Property was subject to a Lease agreement with Winn-Dixie Charlotte, Inc.

("Winn-Dixie") as evidenced by that Short Form Lease dated July 25, 1989 and recorded in

Sumter County on August 18, 1989 in Volume 492 at Page 1998 and amended as evidenced by

that Amendment to Short Form Lease dated July 28, 1997 and recorded in Sumter County on

October 8, 1997 in Volume 686 at Page 1950 (the "Winn-Dixie Lease").

2.      In 2005 Winn-Dixie filed a petition in the United States Bankruptcy Court, Middle District of Florida, Jacksonville Division, seeking protection under Chapter 11 of the United States Bankruptcy Code bearing case number 05-03817-3F1 (the "Bankruptcy Case").

3.      In the Bankruptcy Case Winn-Dixie sought and obtained court approval to reject the Lease as set forth in that Bankruptcy order dated September 8, 2005.

4.      Pursuant to the terms of the Bankruptcy order, Winn-Dixie's bankruptcy counsel sent to the Lucy Company a Notice of Rejection of Unexpired Lease dated September 14, 2005, whereby Winn-Dixie rejected the Lease effective September 24, 2005 and abandoned the Property and Lease.

5.      Because Winn-Dixie rejected and abandoned the Lease, this Court found that Winn-Dixie and its bankruptcy estate have no legal or equitable interest in the Property and the record notice of the Lease was extinguished as part of this foreclosure.

6.      On October 19, 2005, counsel for Wachovia Bank and the Lucy Company filed a timely proof of claim in the Bankruptcy Case for unpaid rent and rejection damages arising from the Lease in the amount of $1,852,373.29 which claim bears claim no. 12257.  A copy of the Proof of Claim is attached hereto as Exhibit A.

7.      Pursuant to a Bankruptcy Court Order dated August 24, 2006, the Lucy Company bankruptcy claim no. 12257 has been reduced and allowed in the amount of $533,900.21 (the "Bankruptcy Claim").  A copy of the August 24, 2006 bankruptcy order is attached hereto as Exhibit B.

8.     On or about September 19, 2006, an assignment of the Bankruptcy Claim from Wachovia Bank to the Lucy Company was filed in the Bankruptcy case.   A copy of the assignment is attached hereto as <u>Exhibit C</u>.

9.     Because the Bankruptcy Claim was assigned to Plaintiff by virtue of the Security Agreement and the Assignment of Rents and Leases and an Event of Default occurred as set forth in those agreements, this Court held in the Decree that Plaintiff was entitled to have the Bankruptcy Claim sold at the judicial sale as set forth in the Decree.

10.     Pursuant to Rule 71 of the South Carolina Rules of Civil Procedure, the Defendant requested that the Property (as defined in the Decree) be sold in separate parcels, i.e. the Bankruptcy Claim be sold separately from the remaining Property (as defined in the Decree).

11.     On December 4, 2006 the Bankruptcy Claim was sold at public auction after proper notice by publication.  The Plaintiff was the high bidder and purchased the Bankruptcy Claim by credit bid in the amount of $350,217.64.

THEREFORE, IT IS HEREBY ORDERED that any and all ownership, possession, title, rights and interest in the Bankruptcy Claim is hereby awarded and assigned to Plaintiff along with all proceeds distributed on the account of the Bankruptcy Claim, regardless of whether such proceeds are cash or non-cash.  Defendant The Lucy Co. of SC, LLC, a South Carolina limited liability company, shall have no further ownership, possession, title, right or interest in the Bankruptcy Claim and shall execute any documents required by the bankruptcy court in order to effectuate the transfer of the Bankruptcy Claim to Plaintiff.

IT IS SO ORDERED.

_____
Richard L. Booth
Special Referee for Sumter County, South Carolina

December ___, 2006

Sumter, South Carolina

COLUMBIA | CHARLESTON   FLORENCE   GREENVILLE

TAMI G. HATCHER, LEGAL ASSISTANT
DIRECT DIAL NUMBER 803-540-7946
EMAIL thatcher@hsblawfirm.com

## Haynsworth
## Sinkler Boyd, P.A.   ATTORNEYS AND COUNSELORS AT LAW

1201 MAIN STREET, 22ND FLOOR (29201-3226)
POST OFFICE BOX 11889 (29211-1889)
COLUMBIA, SOUTH CAROLINA
TELEPHONE  803.779.3080
FACSIMILE  803.765.1243
www.hsblawfirm.com

October 19, 2005

| Ref: uhc | Date: 10/19/2005 | SHIPPING: | 11.21 |
| Dep: | Wgt: 1.0 LBS | SPECIAL: | 1.74 |
| | | HANDLING: | 0.00 |
| | DV: 0.00 | TOTAL: | 12.95 |

Svcs: STANDARD OVERNIGHT
TRCK: 6968 6814 1059

VIA FEDERAL EXPRESS
United States Bankruptcy Court
Middle District of Florida
Jacksonville Division
300 North Hogan Street, Suite 3-350
Jacksonville, FL 32202

Re:    Winn Dixie Stores, Inc. *et al.*
Case No: 05-03817-3F1
*Jointly Administered*

Dear Sir or Madam:

Please find enclosed one (1) original and two (2) copies of An Amended Proof of Claim to be filed in the above-referenced case. Please file the original and return the clocked-in copies to me in the enclosed self-addressed stamped envelope.

Thank you for your assistance in this matter.

Sincerely yours,

Tami G. Hatcher
Legal Assistant to William H. Short, Jr.

Enclosures (as stated)

/tgh

R 1 L

FORM B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT ___Middle___ DISTRICT OF ___Florida___ | PROOF OF CLAIM |
|---|---|

| Name of Debtor<br>Winn-Dixie Stors, Inc. et al. | Case Number<br>05-03817-3F1 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br><br>Wachovia Bank as Trustee under agreement with Lucy Buxton | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and address where notices should be sent:<br><br>William H. Short, Jr., Esq.<br>Haynsworth Sinkler Boyd, P.A.<br>PO Box 11889, Columbia, South Carolina 29211<br><br>Telephone number: (803) 779-3080 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |

| Account or other number by which creditor identifies debtor: | Check here ☐ replaces<br>if this claim ☑ amends a previously filed claim, dated: __7/22/2005__ |
|---|---|

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☑ Other ___Lease___

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)<br>Last four digits of SS #: _____<br>Unpaid compensation for services performed<br>from _____ to _____<br>(date) (date)

| 2. Date debt was incurred:<br>July 25, 1989 | 3. If court judgment, date obtained: |
|---|---|

**4. Total Amount of Claim at Time Case Filed:** $ __1,852,373.29__ _____ _____ __1,852,373.29__
       (unsecured)     (secured)    (priority)    (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
- ☐ Real Estate ☐ Motor Vehicle
- ☐ Other _____

Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**6. Unsecured Nonpriority Claim** $ _____

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $ _____
Specify the priority of the claim:
- ☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

| 8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.<br><br>9. Supporting Documents: *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.<br><br>10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

| Date<br><br>October 19, 2005 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br><br>William H. Short, Jr. |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

### Attachment

| | |
|---|---|
| *Original Claim: | $ 3,649.81 |
| *Property taxes, insurance and CAM (01/2005 through 9/2005) | $ 4,005.90 |
| *Estimated CAM billing (2006, 2007, 2008, 2009, January–October 2010 | $ 351,504.69 |
| *Lease from October – December, 2005, 2006, 2007, 2008, 2009, January – October, 2010 (61 months x $24,478.90) | $1,493,212.90 |
| **Total** | $1,852,373.29 |

**Grubb&Ellis.** | Wilson/Kibler
Property Solutions Worldwide |

September 22, 2005

Winn-Dixie #2165
P. O. Box B
Jacksonville, FL 32203-0297

RE:    Market Place – Prorated (January-September) 2005 Property Tax, Insurance and CAM

Dear Tenant:

    In accordance with the terms of the Lease Agreement for the above referenced location, your prorated billing for the period January 2005-September 2005 for property taxes, insurance and CAM is in the amount of $4,005.90.

    Your prompt payment is greatly appreciated.  Should you have any questions or need additional information, please do not hesitate to give me a call.

Sincerely,

Jennie Joseph

Jennie Joseph
Accounting Manager

JJ/dd

Wilson/Kibler
1111 Laurel Street   Columbia, SC 29201   803.779.8600   803.252.4323 fax   www.wilsonkibler.com
Independently Owned and Operated

Grubb &Ellis
Knight Frank
Global

# CAM Reconciliation
## market - Market Place Shopping Center
### Jan 05 - Sep 05

| Ppty Unit Tenant | Name Company Address | Rent Gross Sq Net Sqft | Charge Type | Expense | Charge | Billed | Difference |
|---|---|---|---|---|---|---|---|
| market | Winn Dixie Stores, Inc. #2165 | 24,479 | 1CamEst | 0.00 | 0.00 | 51,219.99 | -51,219.99 |
| 14 | P.O. Box B | 42,000 | elect | 1,482.00 | 1,019.17 | 0.00 | 1,019.17 |
| winn | Jacksonville  FL 32203-0297 | 42,000 | Electric | 7,645.53 | 5,257.83 | 0.00 | 5,257.83 |
| | | | INS | 9,583.50 | 6,590.57 | 0.00 | 6,590.57 |
| | | | Land | 8,303.00 | 5,709.97 | 0.00 | 5,709.97 |
| | | | Maint | 1,947.00 | 1,338.95 | 0.00 | 1,338.95 |
| | | | Park | 3,660.00 | 2,516.98 | 0.00 | 2,516.98 |
| | | | TAXES | 47,467.37 | 32,643.31 | 0.00 | 32,643.31 |
| | | | W&S | 216.82 | 149.11 | 0.00 | 149.11 |
| | | | | 80,305.22 | 55,225.89 | 51,219.99 | 4,005.90 |



**Grubb&Ellis.** | Wilson/Kibler
Property Solutions Worldwide

October 6, 2005

TO: Winn-Dixie #2165
    P.O. Box B
    Jacksonville, FL 32203-0297

---

## Invoice

---

RE:  Market Place Shopping Center
    Sumter, South Carolina
    Estimated CAM billing

| | |
|---|---|
| 2006 | $68,293.32 |
| 2007 | $73,140.46 |
| 2008 | $73,625.17 |
| 2009 | $74,158.36 |
| January-October 2010 | $62,287.38 |
| Total | $351,504.69 |

Wilson/Kibler
1111 Laurel Street   Columbia, SC 29201   803.779.8600   803.252.4323 fax   www.wilsonkibler.com
Independently Owned and Operated

Grubb &Ellis
Knight Frank
Global



**Grubb&Ellis.** | Wilson/Kibler
Property Solutions Worldwide

September 29, 2005

TO: Winn-Dixie #2165
P.O. Box B
Jacksonville, FL 32203-0297

## Invoice

RE: Market Place Shopping Center
Sumter, South Carolina

| | |
|---|---|
| October – December 2005 | 3 months |
| 2006 | 12 months |
| 2007 | 12 months |
| 2008 | 12 months |
| 2009 | 12 months |
| January-October 2010 | <u>10 months</u> |
| **Total** | 61 months |

61 months x $24,478.90 = $1,493,212.90

Wilson/Kibler
1111 Laurel Street   Columbia, SC 29201   803.779.8600   803.252.4323 fax   www.wilsonkibler.com
Independently Owned and Operated

Grubb & Ellis
Knight Frank
Global

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |

### ORDER DISALLOWING (A) NO LIABILITY CLAIMS, (B) OVERSTATED CLAIMS AND (C) OVERSTATED MISCLASSIFIED CLAIMS, AS SET FORTH IN THE DEBTORS' FIFTEENTH OMNIBUS CLAIMS OBJECTION

These cases came before the Court for hearing on August 24, 2006,

upon the Fifteenth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc.

and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the

proofs of claim listed on Exhibits A through C (the "Disputed Claims").[2]  Several

formal and informal objections to the Objection were raised or filed, as a result of

which the Debtors have agreed to continue the Objection with respect to (i) claim no.

11984 filed by Autozone Mississippi Properties, Inc., (ii) claim nos. 10077-10082

filed by Buehler Foods, Inc. or Buehler of Kentucky, LLC, (iii) claim no. 13003 filed

by Cliffdale Corner, Inc., (iv) claim no. 12074 filed by KIR Augusta II, LP, (v) claim

no. 12195 filed by New Plan Excel Realty Trust Inc., (vi) claim no. 4068 filed by

Oracle USA, (vii) claim no. 8493 filed by Parkwood Village Joint Venture, (viii)

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]    All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

claim no. 8464 filed by Paul Revere Life Insurance Co., (ix) claim nos. 9636 and

9637 filed by Porcupine WD5, LLC, (x) claim no. 11149 filed by Principal Life

Insurance Co., (xi) claim no. 10884 filed by Achilles Realty Co, (xii) claim no. 3412

filed by Checkpoint Systems Inc., (xiii) claim no. 11538 filed by Colorado Boxed

Beef Co., (xiv) claim no. 10710 filed by General Electric Capital Corp., (xv) claim

no. 5298 filed by Gillette Company, (xvi) claim no. 12294 filed by Homewood

Associates, Inc., (xvii) claim no. 11820 filed by Information Resources Inc., (xviii)

claim no. 979 filed by Lakewood Associates, Ltd., (xix) claim no. 13187 field by

Merrill Lynch LP Holdings, Inc., (xx) claim no. 8184 filed by Pamalee Plaza

Association, (xxi) claim no. 11133 field by Parkwood Village Joint Venture, (xxii)

claim no. 4583 filed by PG-1 Development Co., (xxiii) claim no. 11881 filed by

Promotions Unlimited, (xxiv) claim no. 7704 filed by United Commercial Mortgage

Corp., (xxv) claim no. 7386 filed by Warner Lambert Consumer Group, (xxvi) claim

no. 12332 filed by Wells Fargo Bank Northwest, (xxvii) claim no. 12415 filed by

Wiggs Realty of Kentucky, (xxviii) claim no. 7737 filed by LN International, Inc.,

(xxix) claim no. 7909 filed by Pepsi Bottling Ventures, LLC, (xxx) claim no. 6217

filed by Pine Plaza and (xxxi) claim no. 6121 filed by Revlon Consumer Products

Corp. (collectively, the "Unresolved Objections"), which claims have been removed

from Exhibits A through C. The Debtors have withdrawn without prejudice their

objection to (i) claim no. 6772 filed by Baker & Hostetler, LLP, (ii) claim no. 4388

filed by Cantey & Hanger, LLP, (iii) claim no. 3380 filed by Crawford Lewis, PLLC,

and (iv) claim no. 12226 filed by Villa Rica Retail Properties, LC, which claims have

been removed from Exhibits A and B. Upon consideration, it is

ORDERED AND ADJUDGED:

i.    The Objection is sustained, as set forth below.

2

2.    The No Liability Claims listed on Exhibit A are disallowed in their entirety.

3.    The Overstated Claims listed on Exhibit B are reduced to the amounts set forth on Exhibit B under the heading Reduced Claim Amount and the amounts exceeding the Reduced Claim Amount are disallowed.

4.    The Overstated Misclassified Claims listed on Exhibit C are reduced to the amounts set forth on Exhibit C under the heading Reduced Claim Amount and the amounts exceeding the Reduced Claim Amount are disallowed.  The asserted class status alleged for each of the Overstated Misclassified Claims listed on Exhibit C is denied; and the Overstated Misclassified Claims are reclassified as specified on Exhibit C under the heading "Modified Class Status."

5.    Claim no. 12093 filed by Potter Square Associates in the amount of $343,968.96 is disallowed, having been amended by claim no. 13395.

6.    Other than the Unresolved Objections, those objections that have not yet been withdrawn are overruled.

7.    The hearing to consider the Objection with respect to the Unresolved Objections is continued until further order of the Court upon the motion of any party in interest.

8.    Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order is deemed a separate Order with respect to each claim.  Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

3

9.    Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

10.    This Order is without prejudice to the Debtors' right to file any further objection they may have to the Disputed Claims, including objections on the ground that a Disputed Claim was filed against the incorrect Debtor or that the Debtor against which the Disputed Claim was filed should be modified.

Dated this ___ day of August, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

4

**EXHIBIT A**

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 241290**<br>7595 CENTURION PARKWAY LLC<br>C/O PHOENIX REALTY GROUP INC<br>ATTN JAMES J SEBESTA<br>10730 DEERWOOD PARK BLVD, SUITE 103<br>JACKSONVILLE, FL 32256-2873<br><br>Counsel: ATTN: ROBERT A COX, JR., ESQ | 2740<br>Debtor: WINN-DIXIE STORES, INC. | $1,590.67 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 241645**<br>ACRON USA FONDS WINN DIXIE LP<br>C/O ACRON KAPITAL<br>DALLAS BRANCH<br>1516 S BOSTON AVE, SUITE 215<br>TULSA, OK 74119<br><br>Counsel: ATTN RYAN J ASSINK, ESQ | 7799<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | CLAIM DOES NOT SPECIFY BASIS OR AMOUNT OF LIABILITY. |
| **Creditor Id: 241901**<br>ADDISON COMMERCIAL REAL ESTATE<br>ATTN GRAFTON D ADDISON, II, PRES<br>118 W ADAMS STREET, SUITE 1000<br>JACKSONVILLE FL 32202 | 8321<br>Debtor: WINN-DIXIE STORES, INC. | $5,500.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE WAS TERMINATED EARLY SO BROKER DID NOT EARN TOTAL FEE. |
| **Creditor Id: 407535**<br>ADECCO EMPLOYMENT SERVICES, BY<br>NATIONAL SALES SVCES INC, AGENT<br>C/O EURO RSCG WORLDWIDE, INC<br>ATTN W FASANO OR NANCY WYNNE, ESQ<br>350 HUDSON STREET<br>NEW YORK NY 10014 | 4213<br>Debtor: WINN-DIXIE STORES, INC. | $339,760.88 | NO AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. ALSO, DUPLICATES LIABILITY IN CLAIM NUMBER 4212 FILED BY NATIONAL SALES SERVICES, THE CORRECT CREDITOR. |
| **Creditor Id: 410699**<br>CAFFERY CENTER, LLC<br>C/O PLATZER SWERGOLD KARLIN ET AL<br>ATTN: SHERRI D LYDELL, ESQ<br>1065 AVE OF THE AMERICAS, 18TH FL<br>NEW YORK NY 10018 | 12892<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $11,021.83 | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 410699**<br>CAFFERY CENTER, LLC<br>C/O PLATZER SWERGOLD KARLIN ET AL<br>ATTN SHERRI D LYDELL, ESQ<br>1065 AVE OF THE AMERICAS, 18TH FL<br>NEW YORK NY 10018 | 12893<br>Debtor: WINN-DIXIE STORES, INC. | $11,021.83 | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 244997<br>CHAPTER 13 TRUSTEE<br>ATTN SABRINA L MCKINNEY, ESQ<br>PO BOX 173<br>MONTGOMERY AL 36101-0173 | 1859<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $1.00 | NO LIABILITY PER DEBTORS BOOKS AND RECORDS, NO DOCUMENTATION, AND UNKNOWN BASIS FOR CLAIM. |
| Creditor Id: 244997<br>CHAPTER 13 TRUSTEE<br>ATTN SABRINA L MCKINNEY, ESQ<br>PO BOX 173<br>MONTGOMERY AL 36101-0173 | 1860<br>Debtor: WINN-DIXIE STORES, INC. | $1.00 | NO LIABILITY PER DEBTORS BOOKS AND RECORDS, NO DOCUMENTATION, AND UNKNOWN BASIS FOR CLAIM. |
| Creditor Id: 382472<br>COMPUTER ASSOCIATES INTL INC<br>ATTN ROBERT AUSTEN, MGR<br>ONE COMPUTER ASSOCIATES PLAZA<br>ISLANDIA, NY 11749 | 8010<br>Debtor: WINN-DIXIE STORES, INC. | $240,976.00 | NO LIABILITY PER DEBTORS BOOKS AND RECORDS. |
| Creditor Id: 262023<br>COUNTY OF STOKES, NC TAX COLLECTOR<br>ATTN CHERLY C HILL, ASST TAX ADMIN<br>PO BOX 57<br>DANBURY NC 27016 | 11886<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTORS BOOKS AND RECORDS AND CLAIMANT. |
| Creditor Id: 266729<br>COUNTY OF TISHOMINGO<br>ATTN: DANNY RYAN<br>1008 BATTLEGROUND DR<br>IUKA, MS 38852-1020 | 2195<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTORS BOOKS AND RECORDS, NO LIABILITY, AND UNKNOWN BASIS FOR CLAIM. |
| Creditor Id: 381794<br>GENERAL ELECTRIC CAPITAL CORP<br>C/O MORITT HOCK HAMROFF ET AL<br>ATTN LESLIE BERKOFF & W NILSON, ESQ<br>400 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530 | 10251<br>Debtor: WINN-DIXIE STORES, INC. | $111,918.08 | NO LIABILITY PER DEBTORS BOOKS AND RECORDS. |
| Creditor Id: 250702<br>GOLDEN FLAKE SNACK FOODS, INC<br>ATTN FREEDA ELLIOTT, CR MGR<br>ONE GOLDEN FLAKE DRIVE<br>BIRMINGHAM, AL 35205<br>Counsel: ATTN WALTER F MCARDLE, ESQ | 1265<br>Debtor: WINN-DIXIE STORES, INC. | $71,307.69 | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM, CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 138120**<br>GRUBBS, ROBERT J JR<br>205 SAILING CT<br>LEXINGTON SC 29072 | 1894<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | $3,016.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION. |
| **Creditor Id: 416693**<br>HULL, DONNA LYNN<br>2721 CREEK DR<br>GRANBURY TX 76048 | 13122<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO SUPPORTING DOCUMENTATION, AND UNKNOWN BASIS FOR CLAIM. |
| **Creditor Id: 410805**<br>INLAND SOUTHEAST GRAND PRAIRIE LP<br>C/O INLAND REAL ESTATE GROUP, INC<br>ATTN BERT BITTOURNA, ESQ<br>2901 BUTTERFIELD ROAD<br>OAKBROOK IL 60523<br><br>Counsel: ATTN KAREN C BIFFERATO, ESQ | 10835<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $0.00 | NO LIABILITY ON LEASE ASSIGNED PRIOR TO BANKRUPTCY FILING, ALTHOUGH DEBTOR REMAINS GUARANTOR IN EVENT OF DEFAULT, NO DEFAULT HAS OCCURRED. |
| **Creditor Id: 410805**<br>INLAND SOUTHEAST GRAND PRAIRIE LP<br>C/O INLAND REAL ESTATE GROUP, INC<br>ATTN BERT BITTOURNA, ESQ<br>2901 BUTTERFIELD ROAD<br>OAKBROOK IL 60523<br><br>Counsel: ATTN KAREN C BIFFERATO, ESQ | 11031<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY ON LEASE ASSIGNED PRIOR TO BANKRUPTCY FILING, ALTHOUGH DEBTOR REMAINS GUARANTOR IN EVENT OF DEFAULT, NO DEFAULT HAS OCCURRED. |
| **Creditor Id: 181970**<br>JACKSON, TAKEA M<br>617 WHIDDON STREET<br>TIFTON GA 31794 | 1764<br>Debtor: WINN-DIXIE STORES, INC. | $300.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION. |
| **Creditor Id: 410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>PO BOX 21008<br>GREENSBORO NC 27420<br><br>Counsel: ATTN: BENJAMIN A KAHN, ESQ | 8542<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY TO MORTGAGE LENDER ON GUARANTY, ABSENT PROOF OF ASSIGNMENT. |
| **Creditor Id: 410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>PO BOX 21008<br>GREENSBORO NC 27420<br><br>Counsel: ATTN: BENJAMIN A KAHN, ESQ | 8543<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $0.00 | NO LIABILITY TO MORTGAGE LENDER, ABSENT PROOF OF ASSIGNMENT. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor id: 157620**<br>JUNGINGER, ROSALIE<br>PO BOX 12871<br>FORT PIERCE FL 34979-2871 | 1221<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor id: 254237**<br>LA BREA BAKERY INC<br>ATTN MARY KENNEDY, CONTROLLER<br>PO BOX 7537<br>VAN NUYS CA 91409-7537 | 6298<br>Debtor: WINN-DIXIE STORES, INC. | $57,314.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor id: 44131**<br>LEBUHN, MARYANN<br>2215 89 DR<br>VERO BEACH FL 32968 | 11418<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTORS BOOKS AND RECORDS, NO SUPPORTING DOCUMENTATION, AND UNKNOWN BASIS FOR CLAIM. |
| **Creditor id: 382042**<br>MCCORMICK & COMPANY, INC<br>ATTN KAREN MCCOSKEY<br>211 SCHILLING CIRCLE<br>HUNT VALLEY MD 21031<br><br>Counsel: ATTN DANIEL J CARRIGAN, ESQ | 10844<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $2,806,283.50 | NO LIABILITY.  DEBTOR'S BOOKS AND RECORDS REFLECT RECLAMATION PAYMENTS IN PROCESS TOTALING $100,282.86 AND NO OTHER AMOUNTS DUE.  REMAINING ASSERTED CLAIM SEEKS SHORTFALL CHARGES PURSUANT TO CONTRACTS MINIMUM PURCHASE REQUIREMENTS, BUT REQUIREMENTS HAVE BEEN MET. |
| **Creditor id: 260226**<br>MOORE, RYAN M<br>916 FURMAN COURT<br>FT MILL SC 29708 | 6382<br>Debtor: WINN-DIXIE STORES, INC. | $59.77 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS FOR COMPENSATION SAID TO BE EARNED 8/1/02 TO 8/7/02. |
| **Creditor id: 411101**<br>NATIONAL CITY BANK<br>ATTN M ELIZABETH HILS, VP<br>ONE EAST FOURTH STREET<br>MAIL LOCATION 25-C860A<br>CINCINNATI OH 45202 | 11042<br>Debtor: WINN-DIXIE STORES, INC. | $2,800.00 | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.  CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor id: 411016**<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>WEST TOWNE SQUARE, ELIZABETHTON, TN<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | 10312<br>Debtor: WINN-DIXIE STORES, INC. | $8,231.79 | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.  CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 393663**<br>PANASONIC DOCUMENT IMAGING CO<br>ADMINISTRATION CENTER<br>PO BOX 7023<br>TROY MI 48007-7023 | 10044<br>Debtor: WINN-DIXIE STORES, INC. | $120,465.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 269233**<br>PGM DIAMONDHEAD, LLC<br>ATTN CHARLES F MCREYNOLDS<br>246 DEBUYS ROAD, SUITE 29<br>BILOXI, MS 39531 | 9940<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $1,466,509.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIMANT FAILED TO COMPLETE CONSTRUCTION WITHIN TIME FRAME SET BY ITS LENDER THEREBY LOSING ITS FINANCING. AS CLAIMANT FAILED TO DELIVER PREMISES, DEBTOR WAS RELIEVED OF ANY OBLIGATION UNDER LEASE. |
| **Creditor Id: 192803**<br>PINKSTON, JIMMIE L<br>3005 MOORCROFT DRIVE, APT B<br>MONTGOMERY AL 36116 | 9855<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 404021**<br>PITNEY BOWES CREDIT CORPORATION<br>ATTN EVA MILANOWSKI, RECOV DEPT<br>27 WATERVIEW DRIVE<br>SHELTON CT 06484-4361 | 11575<br>Debtor: CRACKIN' GOOD, INC. | $635.57 | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 404021**<br>PITNEY BOWES CREDIT CORPORATION<br>ATTN EVA MILANOWSKI, RECOV DEPT<br>27 WATERVIEW DRIVE<br>SHELTON CT 06484-4361 | 11762<br>Debtor: CRACKIN' GOOD, INC. | $3,357.34 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 410511**<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001<br>Counsel: ATTN MARGERY N REED, ESQ | 8615<br>Debtor: WINN-DIXIE STORES, INC. | $10,619.80 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS TO LANDLORD'S LENDER ON GUARANTY FOR ANTICIPATORY LEASE REJECTION DAMAGE CLAIM. LEASE SOLD 8/13/05 TO HARRIS TEETER, INC. IN CONNECTION WITH CLOSING, DEBTOR PAID ALL CURE COSTS. DEBTOR OWES NO REJECTION DAMAGES. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A~ NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 410511**<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001<br><br>Counsel: ATTN MARGERY N REED, ESQ | 8828<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS TO LANDLORD'S MORTGAGE LENDER ON GUARANTY. LEASE WITH FS FRANKLIN LTD TERMINATED 8/9/05, IN CONNECTION WITH TERMINATION AGREEMENT, LANDLORD AGREED TO DISALLOWANCE OF ITS CLAIMS. |
| **Creditor Id: 207741**<br>SCOTT, DINAH<br>3036 LIBBY DRIVE<br>AUGUSTA GA 30906 | 1491<br>Debtor: | $1,063.94<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 68448**<br>SIMS, ANNIE J<br>2513 AVENUE Q<br>BIRMINGHAM AL 35218 | 1886<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. |
| **Creditor Id: 261155**<br>SIX FLAGS NEW ORLEANS<br>ATTN TERRY W PRATHER, VP/GM<br>12301 LAKE FOREST BLVD<br>NEW ORLEANS, LA 70129 | 7653<br>Debtor: | $50,000.00<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 278567**<br>SPECTRUM/GRANDVIEW PINES LLC<br>C/O SPECTRUM DEVELOPMENT CO, LLC<br>ATTN EDGAR H PATZINGER, III, MEMBER<br>PO BOX 11046<br>MONTGOMERY AL 38111 | 11157<br>Debtor: | $37,500.00<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTEE. |
| **Creditor Id: 407711**<br>TAYLON, LLC<br>C/O DENNIS J STILGER, PSC<br>ATTN DENNIS J STILGER, ESQ<br>6900 BROWNSBORO PARK BLVD, SUITE H<br>LOUISVILLE KY 40207 | 12774<br>Debtor: | $299,000.00<br>WINN-DIXIE STORES, INC. | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 416666**<br>TAYLORS FIRE & SEWER DISTRICT<br>3335 WADE HAMPTON BLVD<br>TAYLORS SC 29687 | 12669<br>Debtor: | $206,170.04<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS FOR SEWER ASSESSMENT BECAUSE DEBTOR DOES NOT OWN PROPERTY. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 73444<br>THOMAS, BELINDA A<br>8462 BEDFORD LANE<br>LITHONIA GA 30058 | 1828<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION. |
| Creditor Id: 263765<br>UNITED COMMERCIAL MORTGAGE CORP<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>135 JERICHO TURNPIKE<br>OLD WESTBURY NY 11568<br>Counsel: ATTN DIANA M TRIMMIO, ESQ | 7830<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $2,522,994.00 | NO LIABILITY ON LEASE ASSIGNED PRIOR TO BANKRUPTCY FILING. ALTHOUGH DEBTOR REMAINS GUARANTOR IN EVENT OF DEFAULT, NO DEFAULT HAS OCCURRED. |
| Creditor Id: 278595<br>WALKER CHAPEL PLAZA LLC<br>C/O SPECTRUM DEVELOPMENT CO, LLC<br>ATTN EDGAR H FATZINGER, III, MEMBER<br>PO BOX 11045<br>MONTGOMERY AL 36111 | 11135<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $96,000.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTEE ABSENT DOCUMENTATION OF INCURRED EXPENSES. |
| Creditor Id: 410564<br>WILMINGTON TRUST COMPANY, TTEE<br>SOUTHLAND-ARLINGTON WD DE BUS TRUST<br>C/O NEAL, GERBER & EISENBERG<br>ATTN THOMAS C WOLFORD, ESQ<br>2 N LASALLE STREET, SUITE 2200<br>CHICAGO IL 60602 | 10875<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $13,843.39 | NO AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. |

Total Claims to be Disallowed: 44
Total Amount to be Disallowed: $8,613,272.22    Plus Unliquidated Amounts, If Any

**EXHIBIT B**

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 242725**<br>ATLANTA FOODS INTERNATIONAL<br>ATTN DOUG JAY<br>255 SPRING STREET, SW<br>ATLANTA, GA 30303<br><br>Counsel: ATTN HARRIS B WINSBERG, ESQ | 7753<br>Debtor: | $226,722.32<br>WINN-DIXIE STORES, INC. | $30,610.20 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $5,689.45, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $1,112.35 AND $39.88, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $180,270.43. |
| **Creditor Id: 391993**<br>BARBER MILK, INC<br>C/O DEAN FOODS COMPANY<br>ATTN ALEX D MADRAZO<br>2515 MCKINNEY AVENUE, SUITE 1200<br>DALLAS TX 75201 | 4676<br>Debtor: | $261,998.14<br>WINN-DIXIE STORES, INC. | $145,496.12 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $3,344.57, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $5,131.28 AND 38.83, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $107,1017.44. |
| **Creditor Id: 399351**<br>BARDSTOWN SC, LLC, SUCCESSOR TO<br>KHS DEVELOPMENT C/O<br>C/O FROST BROWN TODD LLC<br>ATTN KYLER GRUBBS, ESQ.<br>201 EAST FIFTH ST, 2200 PNC CENTER<br>CINCINNATI, OH 45202 | 502<br>Debtor: | $443,327.00<br>WINN-DIXIE STORES, INC. | $417,478.34 | REDUCED AMOUNT REFLECTS PAYMENT OF PREPETITION AND POSTPETITION RENT OF $18,487.78 AND $7,365.90, RESPECTIVELY, BY CHECK NUMBER 007440721 (CLEARED 2/2806). REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 2099**<br>BUNGE INVESTMENT CO, LLC<br>ATTN CHRISTOPHER A SARPY<br>3821 RIDGELAKE DRIVE, SUITE 203<br>METAIRIE LA 70002-1739<br><br>Transferee: CSFB 1998-C1 SHIRLEY ROAD LLC<br>Counsel: ATTN LAUREL M ISICOFF, ESQ | 12375<br>Debtor: | $1,981,646.21<br>WINN-DIXIE MONTGOMERY, INC. | $740,284.62 | REDUCED AMOUNT REFLECTS REMOVAL OF $23,723.58 FOR OVERSTATED REJECTION DAMAGES AND $900,000 FOR ESTIMATED REPAIRS LACKING SUPPORTING DOCUMENTATION AND ADDITION OF $2,463.19 FOR 2005 PREPETITION REAL ESTATE TAXES. |
| **Creditor Id: 2103**<br>C&A LTD, LC<br>C/O PHILLIPS EDISON & CO, LTD<br>ATTN R MARK ADDY, MANAGING AGT<br>11690 GROOMS ROAD<br>CINCINNATI OH 45242<br><br>Transferee: LCH OPPORTUNITIES LLC | 12066<br>Debtor: | $597,159.89<br>WINN-DIXIE STORES, INC. | $581,162.71 | REDUCED AMOUNT REFLECTS REMOVAL OF $15,997.18 FOR POSTPETITION CHARGES. ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 244349<br>CAGLE'S, INC<br>C/O STUTSMAN & THAMES, PA<br>ATTN R R THAMES & N LAFLEUR, ESQS<br>121 W FORSYTH STREET, SUITE 600<br>JACKSONVILLE FL 32202 | 9944<br>Debtor: | $210,422.74<br>WINN-DIXIE PROCUREMENT, INC. | $92,870.21 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $288.13 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $117,284.40. |
| Creditor Id: 316828<br>CARRINGTON, FRANCIS<br>ATTN RICHARD DEEMS<br>PO BOX 1328<br>EUREKA, CA 95502 | 3144<br>Debtor: | $17,921.14<br>WINN-DIXIE RALEIGH, INC. | $13,173.73 | REDUCED AMOUNT REFLECTS REMOVAL OF $4,747.41 FOR PREPETITION 2005 COMMON AREA MAINTENANCE CHARGES. DEBTOR GAVE FF ACQUISITION CREDIT FOR SUCH CHARGES IN CLOSING STATEMENT. ACCORDINGLY, FF ACQUISITION OWES THAT AMOUNT, NOT DEBTOR. |
| Creditor Id: 394016<br>CHRISTOVICH & KEARNEY, LLP<br>ATTN JUDY L MILNAR<br>601 POYDRAS STREET, STE 2300<br>NEW ORLEANS, LA 70130-6078 | 1404<br>Debtor: | $15,753.95<br>WINN-DIXIE STORES, INC. | $15,537.05 | REDUCED AMOUNT REFLECTS REMOVAL OF $216.50 FOR OVERCHARGES (INVOICE NUMBERS 1400146 ($11.50), 1400155 ($23.00), 1400104 ($125.00), 140510 ($53.00)). |
| Creditor Id: 245380<br>CHURCH & DWIGHT<br>ATTN GERALD J STEPHEN, CREDIT MGR<br>469 NORTH HARRISON STREET<br>PRINCETON NJ 08543-5297 | 2687<br>Debtor: | $598,578.01<br>WINN-DIXIE STORES, INC. | $391,173.23 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $7,065.48, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $27,063.61 AND $45,654.28, RESPECTIVELY, RECLAMATION PAYMENTS OF PROCESS TOTALING $124,053.78, AND RECLAMATION PAYMENTS OF $16,019.22 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| Creditor Id: 381776<br>CLOROX SALES COMPANY, THE<br>ATTN SYBIL SHAW<br>3655 BROOKSIDE PARKWAY, STE 300<br>ALPHARETTA GA 30022<br><br>Transferee: AMROC INVESTMENTS LLC | 11268<br>Debtor: | $1,763,854.98<br>WINN-DIXIE PROCUREMENT, INC. | $1,190,708.94 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $17,927.18, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $21,718.86 AND $5,651.20, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $562,572.73. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| Creditor Id: 411178<br>COCA COLA BOTTLING CO CONSOLIDATED<br>& PIEDMONT COCA COLA BOTTL, ET AL<br>ATTN JOYCE L ROPER, CR MGR<br>PO BOX 31487<br>CHARLOTTE NC 28231<br><br>Counsel: ATTN AMY PRITCHARD WILLIAMS, ESQ | 13048<br>Debtor: | $502,647.99<br>WINN-DIXIE STORES, INC. | $501,647.99 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 411178**<br>COCA COLA BOTTLING CO CONSOLIDATED<br>& PIEDMONT COCA COLA BOTTL. ET AL<br>ATTN JOYCE L ROPER, CR MGR<br>PO BOX 31487<br>CHARLOTTE NC 28231 | 13056<br>Debtor: WINN-DIXIE RALEIGH, INC. | $489,146.67 | $433,574.03 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| Counsel: ATTN AMY PRITCHARD WILLIAMS, ESQ | | | | |
| **Creditor Id: 411176**<br>COCA COLA BOTTLING CO CONSOLIDATED<br>& PIEDMONT COCA COLA BOTTL. ET AL<br>ATTN JOYCE L ROPER, CR MGR<br>PO BOX 31487<br>CHARLOTTE NC 28231 | 12059<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $751,931.31 | $750,931.31 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| Counsel: ATTN AMY PRITCHARD WILLIAMS, ESQ | | | | |
| **Creditor Id: 411108**<br>COCA-COLA COMPANY, THE<br>PO BOX 1734<br>NAT 2018<br>ATLANTA GA 30301 | 7378<br>Debtor: WINN-DIXIE STORES, INC. | $554,671.94 | $269,834.98 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| Counsel: ATTN ALAN M WEISS, ESQ | | | | |
| **Creditor Id: 416850**<br>COMBINED LAND CO INC<br>ATTN CLAUDE F SMITH, JR/U MENDOLA<br>38 RICHMOND PLAZA<br>ROCKINGHAM NC 28379 | 12469<br>Debtor: WINN-DIXIE RALEIGH, INC. | $10,157.35 | $8,084.84 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,072.51 FOR SWEEPING SERVICES DISPUTED BY PROPERTY MANAGER AS DEBTOR EMPLOYS ITS OWN SWEEPER. |
| **Creditor Id: 416976**<br>COMMONWEALTH OF KENTUCKY REV DEPT<br>LEGAL BRANCH - BANKRUPTCY SECTION<br>ATTN LEANNE WARREN<br>PO BOX 5222<br>FRANKFORT KY 40602 | 12593<br>Debtor: WINN-DIXIE STORES, INC. | $266,996.13 | $254.62 | REDUCED AMOUNT REFLECTS INTEREST AND PENALTY DUE. CLAIM ASSERTED AGAINST WINN-DIXIE RALEIGH, INC., WINN-DIXIE PROCUREMENT, INC., AND WINN-DIXIE LOGISTICS, INC. RALEIGH PAID $6,134.52 ON 3/8/05 BY CHECK NUMBER 800372D FOR YEAR ENDING 1/31/2005. PROCUREMENT HAS NO INFORMATION FOR 2001. PAID $1,395.18 ON 11/12/04 BY CHECK NUMBER 7110259 FOR YEAR ENDING 12/31/03, AND HAS A TOTAL CREDIT OF $2,183 FOR YEAR ENDING 12/31/04. LOGISTICS PAID $1,057.37 ON 1/4/05 BY CHECK NUMBER 7421382 FOR YEAR ENDING 12/31/04. IT APPEARS FILES WERE SENT TWICE GIVING APPEARANCE THAT WAGES WERE DOUBLE WHAT THEY ACTUALLY WERE BUT CORRECT TAXES WERE PAID. OF REDUCED AMOUNT, $9.24 IS CLASSIFIED AS UNSECURED PRIORITY AND $245.38 AS UNSECURED NON-PRIORITY. |
| Counsel: ATTN: ALBERT B CHANDLER III, ESQ | | | | |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 381603<br>CONTINENTAL MILLS<br>C/O PERKINS COIE, LLP<br>ATTN B MAGRINI/TREU STEVENSON, ESQS<br>1201 THIRD AVE, 40TH FL<br>SEATTLE WA 98101-3099 | 9456<br>Debtor: | $105,248.53<br>WINN-DIXIE STORES, INC. | $24,278.77 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $2,219.75, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $5,501.40 AND $423.36, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $65,338.77, AND REMOVAL OF $11,493.49 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| Creditor Id: 247147<br>CPM ASSOCIATES, LP<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREET STREET NE, STE 800<br>ATLANTA GA 30309-7706 | 10835<br>Debtor: | $29,299.79<br>WINN-DIXIE MONTGOMERY, INC. | $16,780.55 | REDUCED AMOUNT REFLECTS PAYMENT OF $13,479.24 BY CHECK NUMBER 007485946 (CLEARED 2/20/06) FOR 2004 COMMON AREA MAINTENANCE CHARGES. |
| Creditor Id: 410738<br>DE LAGE LANDEN FINANCIAL SVCS INC<br>C/O MILNER DOCUMENT PRODUCTS, INC<br>ATTN RAY CROUSE<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE PA 19087 | 9563<br>Debtor: | $13,154.17<br>WINN-DIXIE STORES, INC. | $993.34 | REDUCED AMOUNT REFLECTS AMOUNT DUE PER DEBTORS BOOKS AND RECORDS. |
| Creditor Id: 410606<br>DECATUR REALTY, SUCCESSOR TO<br>BAUMONT GARDNER-HOGAN, INC<br>ATTN DAVID N ESKENAZI, MEMBER<br>2220 N MERIDIAN STREET<br>INDIANAPOLIS IN 46208 | 6556<br>Debtor: | $2,269,113.00<br>DEBTOR IS UNIDENTIFIABLE | $420,546.56 | REDUCED AMOUNT REFLECTS REMOVAL OF $1,775,148.94 FOR OVERSTATED REJECTION DAMAGES AND $72,418.50 FOR POSTPETITION CHARGES, ADMINISTRATIVE CLAIM FOR POSTPETITION CHARGES NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| Creditor Id: 403204<br>DREYER'S GRAND ICE CREAM<br>ATTN SHANE WEITZEL<br>5929 COLLEGE AVENUE<br>OAKLAND CA 94618<br><br>Counsel: ATTN: DAVID J COOK, ESQ | 2967<br>Debtor: | $1,622,658.05<br>WINN-DIXIE STORES, INC. | $939,910.74 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $9,218.30, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $219,008.71 AND $70,479.33, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $282,385.76, AND REMOVAL OF $202,055.21 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| Creditor Id: 249222<br>EVANGELINE LIFE INSURANCE CO<br>ATTN DAVID L LANDRY, VP<br>PO BOX 13098<br>NEW IBERIA, LA 70562-3098<br><br>Counsel: ATTN LEWIS H PITMAN, JR | 8778<br>Debtor: | $105,654.00<br>WINN-DIXIE MONTGOMERY, INC. | $91,146.17 | REDUCED AMOUNT REFLECTS REMOVAL OF IMPERMISSIBLE INTEREST IN THE AMOUNT OF $14,507.73. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 384038<br>FAIN, MAJOR & BRENNAN, PC<br>ATTN GENE A MAJOR, ESQ<br>100 GLENRIDGE POINT PKWY, STE 500<br>ATLANTA, GA 30342 | 10027<br>Debtor: | $38,387.10<br>WINN-DIXIE STORES, INC. | $37,629.81 | REDUCED AMOUNT REFLECTS REMOVAL OF $757.29 FOR DUPLICATE CHARGES (INVOICE NUMBERS 20636, 20638, AND 20639 ARE INCLUDED IN INVOICE NUMBERS 21219, 21222, AND 21223, RESPECTIVELY). |
| Creditor Id: 1343<br>FOLMAR & ASSOCIATES<br>ATTN W CURTIS WILSON, JR<br>PO BOX 167068<br>MOBILE AL 36616 | 9794<br>Debtor: | $48,844.43<br>WINN-DIXIE STORES, INC. | $41,866.65 | REDUCED AMOUNT REFLECTS REMOVAL OF $6,877.78 FOR ESTIMATED 2005 PREPETITION COMMON AREA MAINTENANCE CHARGES, REAL ESTATE TAXES, AND INSURANCE. |
| Creditor Id: 384040<br>FRAZER HUBBARD BRANDT TRASK ET AL<br>ATTN JAMES L YACAVONE III, ESQ<br>595 MAIN STREET<br>DUNEDIN, FL 34698 | 2216<br>Debtor: | $17,076.67<br>WINN-DIXIE STORES, INC. | $10,070.67 | REDUCED AMOUNT REFLECTS REMOVAL OF $5,026.85 FOR CHARGES LACKING SUPPORTING DOCUMENTATION DESPITE REPEATED INQUIRIES AND $153.11 FOR POSTPETITION INVOICE NUMBER 19594 AND 7/6/05 PAYMENT OF $2,727.04 BY CHECK NUMBER 008088599 FOR INVOICE NUMBERS 19591, 19592, 19593, 19596, 19597, AND 19598. |
| Creditor Id: 384066<br>GEORGE, HARTZ , LUNDEEN, ET AL<br>ATTN CHARLES M HARTZ<br>4800 LEJUNE RD<br>CORAL GABLES, FL 33146 | 2520<br>Debtor: | $118,877.81<br>WINN-DIXIE STORES, INC. | $114,960.39 | REDUCED AMOUNT REFLECTS 7/5/05 PAYMENT OF $3,917.42 BY CHECK NUMBER 008068523 FOR POSTPETITION INVOICE. |
| Creditor Id: 250702<br>GOLDEN FLAKE SNACK FOODS, INC<br>ATTN FREIDA ELLIOTT, CR MGR<br>ONE GOLDEN FLAKE DRIVE<br>BIRMINGHAM, AL 35205<br><br>Transferee: MADISON INVESTMENT TRUST - SERIES 3<br>Counsel: ATTN WALTER F MCARDLE, ESQ | 11852<br>Debtor: | $543,188.43<br>WINN-DIXIE STORES, INC. | $521,413.04 | REDUCED AMOUNT REFLECTS REMOVAL OF $21,776.39 FOR CHARGES LACKING SUPPORTING DOCUMENTATION. |
| Creditor Id: 403504<br>GREATAMERICA LEASING CORPORATION<br>ATTN SHARON KEYS<br>PO BOX 609<br>CEDAR RAPIDS IA 52406-0609 | 1078<br>Debtor: | $21,851.59<br>WINN-DIXIE MONTGOMERY, INC. | $13,728.00 | REDUCED AMOUNT REFLECTS REMAINING AMOUNTS DUE UNDER REJECTED CONTRACT. |
| Creditor Id: 386213<br>HILL HILL CARTER FRANCO ET AL<br>ATTN RANDALL MORGAN, VP<br>425 S. PERRY STREET<br>MONTGOMERY AL 36104 | 8776<br>Debtor: | $58,144.39<br>WINN-DIXIE STORES, INC. | $56,239.39 | REDUCED AMOUNT REFLECTS PAYMENTS OF $1,134.00 ON 10/11/05 BY CHECK NUMBER 08347308 AND $848.00, $50.00, AND $75.00 ON 4/10/06 BY CHECK NUMBERS 08304807, 08304908, AND 08304509, RESPECTIVELY, PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS COMPENSATION PROGRAMS (DKT NO. 432). |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|---|
| Creditor Id: 251693 IBERIA WORLD FOODS CORP ATTN LYDIA GREENSTEIN, CR MGR 12300 NW 32ND AVENUE MIAMI, FL 33167-2415 | 11063 | Debtor: | $533,004.45 WINN-DIXIE STORES, INC. | $380,585.64 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $2,095.42, RECLAMATION PAYMENTS IN PROCESS TOTALING $55,301.97, AND REMOVAL OF $85,134.87 NEITHER LISTED ON DEBTORS BOOKS AND RECORDS NOR SUPPORTED BY ADEQUATE DOCUMENTATION. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| Creditor Id: 252051 IMAGISTICS INTERNATIONAL INC F/K/A PITNEY BOWES OFFICE SYSTEMS PO BOX 856193 LOUISVILLE, KY 40285-6193 | 10382 | Debtor: | $124,991.93 WINN-DIXIE STORES, INC. | $27,257.98 | REDUCED AMOUNT REFLECTS AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. |
| Creditor Id: 411153 IP/FHEIGHTS LP C/O INFINITY PROPERTY MGMT CORP. PACES WEST BUILDING ONE 2727 PACES FERRY ROAD, SUITE 1-1890 ATLANTA GA 30339  Counsel: ATTN LAWRENCE J SCHWARTZ, ESQ. | 11182 | Debtor: | $25,375.50 WINN-DIXIE STORES, INC. | $14,438.35 | REDUCED AMOUNT REFLECTS REMOVAL OF $10,938.82 FOR POSTPETITION CHARGES, ADMINISTRATIVE CLAIM FOR POSTPETITION CHARGES IS NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| Creditor Id: 403322 J GORDON ROTHWELL PA ATTN J GORDON ROTHWELL, PRESIDENT 560 1ST AVENUE NORTH ST PETERSBURG FL 33701  Counsel: ATTN DAVID B MCEWEN, ESQ. | 8210 | Debtor: | $74,635.56 WINN-DIXIE STORES, INC. | $62,452.75 | REDUCED AMOUNT REFLECTS REMOVAL OF $4,140.71 AND $57 FOR POSTPETITION INVOICE NUMBERS 205 AND 304, RESPECTIVELY, AND 7/5/05 PAYMENT OF $7,985.20 BY CHECK NUMBER 03606865 FOR POSTPETITION WORK. |
| Creditor Id: 1489 JOHN BENETTI ASSOCIATES C/O JOHN BENETTI 80 MOUNT VERNON LANE ATHERTON, CA 94025  Transferee: MADISON INVESTMENT TRUST - SERIES 1 Counsel: ATTN DAVID G FINKELSTEIN, ESQ | 8620 | Debtor: | $1,069,400.22 WINN-DIXIE STORES, INC. | $461,075.22 | REDUCED AMOUNT REFLECTS REMOVAL OF $608,225.00 FOR OVERSTATED DEFERRED MAINTENANCE CHARGES AND $100.00 FOR CALCULATION ERROR. |
| Creditor Id: 399445 JOHNSON & JOHNSON SALES/LOGISTIC CO DIV JOHNSON & JOHNSON CONSUMER CO C/O PATTERSON BELKNAP WEBB & TYLER ATTN DAVID W DYKHOUSE, ESQ 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036-6710 | 648 | Debtor: | $2,012,537.09 WINN-DIXIE PROCUREMENT, INC. | $788,690.72 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $27,828.57, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $14,143.38 AND $47,041.80, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $880,546.20, AND REMOVAL OF $264,085.22 FOR CHARGEBACKS OR PREVIOUSLY PAID AND DISPUTED INVOICES. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 403382**<br>JULA TRUST, LLC<br>C/O PLATZER SWERGOLD KARLIN ET AL<br>ATTN T SADUTTO/S LYDELL, ESQS<br>1065 AVENUE OF THE AMERICAS, 18TH F<br>NEW YORK NY 10018 | 6216<br>Debtor: | $312,617.54<br>WINN-DIXIE STORES, INC. | $254,268.45 | REDUCED AMOUNT REFLECTS REMOVAL OF $41,168.60 FOR MATHEMATICAL ERROR IN PROOF OF CLAIM AND $17,180.49 FOR OVERSTATED 2006 INSURANCE. |
| **Creditor Id: 411283**<br>KEMOR PROPERTIES, INC<br>ATTN MARK HORNSTEIN<br>1550 DE MASONNEUVE WEST, SUITE 8<br>MONTREAL, QUEBEC   H3G1N2 CANADA<br><br>Counsel: ATTN: ERIC D SCHWARTZ ESQ | 9833<br>Debtor: | $1,498,272.59<br>WINN-DIXIE MONTGOMERY, INC. | $413,038.56 | REDUCED AMOUNT REFLECTS REMOVAL OF $1,008,338.66 FOR OVERSTATED REJECTION DAMAGES, $62,500 FOR ESTIMATED ROOF REPAIR COSTS, $315.15 AND $328.85 FOR OVERSTATED 2005 PREPETITION REAL ESTATE TAXES AND INSURANCE, RESPECTIVELY, $2,125.40 AND $33.20 FOR POSTPETITION REAL ESTATE TAXES AND INSURANCE, RESPECTIVELY, AND $11,000 FOR LEGAL FEES. ADMINISTRATIVE CLAIM FOR POSTPETITION CHARGES NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 383217**<br>KIR COLERAIN 017, LLC<br>C/O MORGAN, LEWIS & BOCKIUS LLP<br>ATTN NEIL E HERMAN, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178 | 285<br>Debtor: | $772,322.11<br>WINN-DIXIE STORES, INC. | $750,718.40 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 2386**<br>LANCASTER COMMUNITY INVESTORS LC<br>ATTN THOMAS A GOSSE, MGR<br>PO BOX 1582<br>KILMARNOCK, VA 22482 | 9291<br>Debtor: | $3,167,650.00<br>WINN-DIXIE RALEIGH, INC. | $517,003.26 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |
| **Creditor Id: 407608**<br>LAND-O-SUN DAIRIES, LLC DBA<br>PET DAIRY<br>C/O DEAN FOODS COMPANY<br>ATTN ALEX D MADRAZO<br>2515 MCKINNEY AVENUE, SUITE 1200<br>DALLAS TX 75201 | 4574<br>Debtor: | $124,050.77<br>WINN-DIXIE STORES, INC. | $85,755.15 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1,080.73, ACCOUNTS PAYABLE CREDIT OF $2,831.33, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $34,585.56. |
| **Creditor Id: 394059**<br>LANDRY & LAVELLE, LLP<br>ATTN PAUL M LAVELLE<br>3822 ELYSIAN FIELDS AVENUE<br>NEW ORLEANS, LA 70122-4585 | 2782<br>Debtor: | $35,412.06<br>WINN-DIXIE MONTGOMERY, INC. | $32,423.83 | REDUCED AMOUNT REFLECTS 7/5/05 PAYMENT OF $2,988.13 FOR POSTPETITION INVOICES BY CHECK NUMBER 000068849. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 407463**<br>LASALLE BANK NATL ASSOC, AS TTEE<br>HOLDERS OF BEAR STEARNS COMM MORTG<br>C/O MCKENNA LONG & ALDRIDGE LLP<br>ATTN: B SUMMER CHANDLER<br>303 PEACHTREE ST, STE 5300<br>ATLANTA GA 30305 | 10316<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $838,708.34 | $772,318.00 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 406287**<br>LEXISNEXIS EXAMEN INC, DIV OF<br>REED ELSEVIER, INC<br>ATTN BETH FARNHAM<br>9443 SPRINGBORO PIKE<br>MIAMISBURG OH 45342<br><br>Transferee: DELLACAMERA CAPITAL MASTER FUND LTD | 13257<br>Debtor: WINN-DIXIE STORES, INC. | $151,091.04 | $148,350.39 | REDUCED AMOUNT REFLECTS REMOVAL OF $26.38 FOR POSTPETITION PORTION OF INVOICE NUMBER 0502233297 AND PAYMENT OF $2,624.27 ON 5/18/05 AND $854.00 ON 2/15/06 FOR POSTPETITION PORTION OF 0502225921 BY CHECK NUMBER 6842336 AND POSTPETITION INVOICE NUMBER 0502226450 BY CHECK NUMBER 8166701, RESPECTIVELY. |
| **Creditor Id: 403331**<br>MARSHALL DENNEHEY WARNER ET AL<br>12 E BAY STREET<br>JACKSONVILLE FL 32202-5247 | 6535<br>Debtor: WINN-DIXIE STORES, INC. | $10,714.53 | $9,852.03 | REDUCED AMOUNT REFLECTS 7/8/05 PAYMENT OF $862.50 BY CHECK NUMBER 0305086571 FOR POSTPETITION INVOICE NUMBERS 637421 AND 637422. |
| **Creditor Id: 381840**<br>MARYLAND & VIRGINIA, MILK PRODUCERS<br>C/O REED SMITH LLP<br>ATTN ROBERT M MARINO, ESQ<br>STE 1100, EAST TOWER<br>1301 K STREET NW<br>WASHINGTON DC 20005-3317<br><br>Transferee: AMROC INVESTMENTS LLC<br>Counsel: ATTN: ANDREW L MORRISON | 2501<br>Debtor: WINN-DIXIE STORES, INC. | $3,242,615.85 | $2,841,542.49 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $42,983.57 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $356,279.79. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 2395**<br>MASON SHOPPING CENTER PARTNERSHIP<br>C/O TOWN CENTER COMPANY<br>ATTN PAUL E GRANICK, GP<br>7462 JAGER COURT<br>CINCINNATI, OH 45230<br><br>Transferee: LONGACRE MASTER FUND LTD | 7931<br>Debtor: WINN-DIXIE RALEIGH, INC. | $755,481.02 | $737,211.08 | REDUCED AMOUNT REFLECTS PAYMENT OF $14,676.27 FOR POSTPETITION RENT AND POSTPETITION CREDIT OF $3,593.67. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B – OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 382041<br>MCARTHUR DAIRY, INC<br>C/O DEAN FOODS COMPANY<br>ATTN ALEX D MADRAZO<br>2515 MCKINNEY AVENUE, SUITE 1200<br>DALLAS TX 75201 | 5287<br>Debtor: | $306,045.97<br>WINN-DIXIE STORES, INC. | $160,986.62 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $4,094.71, ACCOUNTS PAYABLE CREDIT OF $25,386.30, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $115,598.34. |
| Creditor Id: 255584<br>MCDUFFIE SQUARE LP<br>C/O HULL STOREY RETAIL GROUP, LLC<br>ATTN MIKE FOWLER, ESQ<br>PO BOX 204227<br>AUGUSTA, GA 30917-4227 | 12324<br>Debtor: | $285,581.19<br>WINN-DIXIE STORES, INC. | $275,587.20 | REDUCED AMOUNT REFLECTS REMOVAL OF $9,992.99 FOR POSTPETITION CHARGES. ADMINISTRATIVE CLAIM FOR POSTPETITION CHARGES NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3017-11. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| Creditor Id: 1602<br>MILFORD STATION, LTD<br>C/O PHILLIPS EDISON & CO, LTD<br>ATTN R MARK ADDY, MANAGING AGT<br>11590 GROOMS ROAD<br>CINCINNATI, OH 45242<br><br>Transferee: LCH OPPORTUNITIES LLC | 8031<br>Debtor: | $286,142.56<br>WINN-DIXIE RALEIGH, INC. | $277,629.50 | REDUCED AMOUNT REFLECTS REMOVAL OF $8,503.01 FOR OVERSTATED REJECTION DAMAGES, $1,536.05 FOR PENALTY ON 2004 REAL ESTATE TAXES, AND $375.00 FOR TRASH REMOVAL. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| Creditor Id: 279072<br>MT OLIVE PICKLE COMPANY, INC<br>C/O WHARTON ALDHIZER & WEAVER, PLC<br>ATTN STEPHAN W MILO, ESQ<br>125 S AUGUSTA STREET, STE 2000<br>STAUNTON VA 24401 | 9702<br>Debtor: | $232,374.75<br>WINN-DIXIE PROCUREMENT, INC. | $57,535.23 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $175.44, NET CONSUMPTION WAIVER OF $5,298.17, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $169,364.91. |
| Creditor Id: 256911<br>NARANJA LAKES JOINT VENTURES<br>C/O FIRC MANAGEMENT INC<br>ATTN ALEJANDRO SOSA, DIR<br>2299 SW 37TH AVE, 4TH FLR<br>MIAMI, FL 33145 | 5929<br>Debtor: | $42,507.71<br>WINN-DIXIE STORES, INC. | $37,808.91 | REDUCED AMOUNT REFLECTS 8/21/05 PAYMENT OF $5,198.80 FOR POSTPETITION COMMON AREA MAINTENANCE CHARGES AND INSURANCE BY CHECK NUMBER 006050830. |
| Creditor Id: 407634<br>NATIONAL SALES SERVICES, INC DBA<br>NATIONAL RETAIL SERVICES<br>C/O EURO RSCG WORLDWIDE, INC<br>ATTN W FASIANO OR NANCY WYNNE, ESQ<br>350 HUDSON STREET<br>NEW YORK NY 10014 | 4212<br>Debtor: | $473,496.53<br>WINN-DIXIE STORES, INC. | $274,314.57 | REDUCED AMOUNT REFLECTS AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. |

WINN-DIXIE STORES, INC., ET AL
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 410421<br>NORFAM, LLC, SUCCESSOR<br>CAROLINA DEVELOPMENT CO<br>C/O KENNEDY COVINGTON, ET AL #300<br>ATTN MARGARET R WESTBROOK, ESQ<br>4350 LASSITER AT NORTH HILLS AVE<br>RALEIGH NC 27609 | 11881<br>Debtor: WINN-DIXIE RALEIGH, INC. | $193,625.18 | $175,107.37 | REDUCED AMOUNT REFLECTS REMOVAL OF $5,265.29 FOR OVERSTATED 2005 PREPETITION TAXES AND $13,467.90 AND $61,384.62 FOR POSTPETITION RENT AND REAL ESTATE TAXES, RESPECTIVELY. ADMINISTRATIVE CLAIM FOR POSTPETITION CHARGES NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| Creditor Id: 257461<br>NORTHWEST JUNCTION PARTNERS<br>C/O NANCY M LANE<br>1855 LAKELAND DRIVE, SUITE G-10<br>JACKSON, MS 39216<br><br>Counsel: ATTN MARCUS M WILSON, ESQ | 8255<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $105,890.93 | $56,693.89 | REDUCED AMOUNT REFLECTS REMOVAL OF $40,482.74 FOR OVERSTATED REJECTION DAMAGES AND $9,604.30 FOR POSTPETITION CHARGES. ADMINISTRATIVE CLAIM FOR POSTPETITION CHARGES NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS UNSECURED NON-PRIORITY. |
| Creditor Id: 384067<br>OSTENDORF TATE BARNETT & WELLS, LLP<br>ATTN KAREN HATTIER, OPERATIONS MGR<br>PO BOX 60080<br>NEW ORLEANS, LA 70160 | 8207<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $93,314.65 | $91,071.04 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,243.61 FOR UNDOCUMENTED CHARGES. |
| Creditor Id: 276257<br>PACTIV CORPORATION<br>ATTN STAN GALINGER/6 J MARTIN<br>1900 W FIELD COURT<br>LAKE FOREST IL 60045 | 2233<br>Debtor: WINN-DIXIE STORES, INC. | $852,364.67 | $405,319.34 | REDUCED AMOUNT REFLECTS ADDITIONAL RECLAMATION CLAIM OF $10.60, NET CONSUMPTION WAIVER OF $12,698.42, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $14,140.92 AND $1,559.43, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $402,787.38, AND REMOVAL OF $15,846.28 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| Creditor Id: 2515<br>PALMER, ROBERT H JR<br>PO BOX 3146<br>JOHNSON CITY, TN 37602<br><br>Counsel: ATTN EDWARD T BRADING, ESQ | 12854<br>Debtor: WINN-DIXIE RALEIGH, INC. | $65,763.41 | $55,890.95 | REDUCED AMOUNT REFLECTS REMOVAL OF $9,872.46 FOR POSTPETITION CHARGES. ADMINISTRATIVE CLAIM FOR POSTPETITION CHARGES NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| Creditor Id: 382058<br>PILGRIMS PRIDE CORP<br>ATTN K LAWRENCE/T DUFFEE<br>DEPT 24<br>PO BOX 93<br>PITTSBURG TX 75686-0093 | 11210<br>Debtor: WINN-DIXIE STORES, INC. | $381,309.07 | $242,375.66 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $2,798.08, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $28,410.48 AND $208.52, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $87,515.33. REDUCED AMOUNT IS UNSECURED NON-PRIORITY. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 411232**<br>PROCTER & GAMBLE DIST CO<br>ATTN G M JONES, SR CREDIT MGR<br>8500 GOVERNORS HILL DRIVE<br>CINCINNATI OH 45249 | 9474<br>Debtor: | $5,341,805.10<br>WINN-DIXIE STORES, INC. | $1,768,497.83 | REDUCED AMOUNT INCLUDES ADDITIONAL RECLAMATION CLAIM OF $63,366.35, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS PAYABLE BALANCE OF $31,678.36 AND $869,000.05, RESPECTIVELY, NET CONSUMPTION WAIVER OF $120,589.76, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $3,769,505.46. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 258004**<br>PROTEMP SERVICES, LLC<br>ATTN ANGEL WESTBROOK & SCOTT BAKER<br>517 BAYHILL RIDGE CIRCLE<br>BIRMINGHAM AL 35244 | 275<br>Debtor: | $79,802.50<br>WINN-DIXIE STORES, INC. | $71,844.50 | REDUCED AMOUNT REFLECTS REMOVAL OF $4,000.00 FOR INVOICE NUMBER 1361 AS PERSON LISTED ON INVOICE WAS NOT HIRED AND THEREFORE PLACEMENT FEE IS NOT OWED AND $4,158.00 FOR INVOICE NUMBER 1165 AS CLAIMANT INFORMED DEBTOR INVOICE WAS PAID, |
| **Transferee: MADISON INVESTMENT TRUST - SERIES 3** | | | | |
| **Creditor Id: 265854**<br>RICH-SEAPAK CORPORATION<br>ATTN TOM MCBRIDE, CR MGR<br>PO BOX 98572<br>CHICAGO, IL 60693-8072 | 4723<br>Debtor: | $73,013.23<br>WINN-DIXIE MONTGOMERY, INC. | $5,741.11 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $67,272.12. |
| **Creditor Id: 265854**<br>RICH-SEAPAK CORPORATION<br>ATTN TOM MCBRIDE, CR MGR<br>PO BOX 98572<br>CHICAGO, IL 60693-8072 | 4724<br>Debtor: | $124,169.83<br>WINN-DIXIE STORES, INC. | $3,453.88 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $120,715.95. |
| **Creditor Id: 394060**<br>RIGDON, ALEXANDER & RIGDON, LLP<br>ATTN H A RIGDON, JR<br>PO BOX 412169<br>MELBOURNE, FL 32941-2169 | 2597<br>Debtor: | $15,584.53<br>WINN-DIXIE STORES, INC. | $13,954.32 | REDUCED AMOUNT REFLECTS 7/5/05 PAYMENT OF $1,530.21 BY CHECK 003068605 FOR POSTPETITION LIABILITY INCLUDED IN ASSERTED AMOUNT. |
| **Creditor Id: 394034**<br>SANDS, ANDERSON, MARKS & MILLER, PC<br>ATTN TERRENCE L GRAVES<br>PO BOX 1998<br>RICHMOND, VA 23218-1998 | 8860<br>Debtor: | $341.50<br>WINN-DIXIE STORES, INC. | $297.00 | REDUCED AMOUNT REFLECTS PAYMENT OF $44.50 ON 7/5/05 BY CHECK NUMBER 008068425 FOR POSTPETITION INVOICE. |
| **Creditor Id: 394034**<br>SANDS, ANDERSON, MARKS & MILLER, PC<br>ATTN TERRENCE L GRAVES<br>PO BOX 1998<br>RICHMOND, VA 23218-1998 | 8853<br>Debtor: | $2,316.44<br>WINN-DIXIE STORES, INC. | $2,178.00 | REDUCED AMOUNT REFLECTS PAYMENT OF $139.44 ON 7/5/05 BY CHECK NUMBER 008068425 FOR POSTPETITION INVOICE. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 334054<br>SANDS, ANDERSON, MARKS & MILLER, PC<br>ATTN TERRENCE L GRAVES<br>PO BOX 1998<br>RICHMOND, VA 23218-1998 | 6885<br>Debtor: | $4,321.18<br>WINN-DIXIE STORES, INC. | $3,912.26 | REDUCED AMOUNT REFLECTS PAYMENT OF $408.92 ON 7/5/05 BY CHECK NUMBER 006069423 FOR POSTPETITION INVOICES. |
| Creditor Id: 280465<br>SAWICKI REALTY CO<br>ATTN HENRY J SAWICKI, III, PRES<br>116 W WAYNE ST<br>MAUMEE, OH 43537<br>Transferee: SAWICKI REALTY CO<br>Counsel: ATTN: THOMAS A GIBSON, ESQ | 11832<br>Debtor: | $1,093,476.80<br>WINN-DIXIE MONTGOMERY, INC. | $999,212.71 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| Creditor Id: 1825<br>SCF WINTER GARDEN FL, LLC<br>C/O LOOPER REED & McGRAW, PC<br>ATTN J CARY GRAY, ESQ<br>1300 POST OAK BLVD, STE 2000<br>HOUSTON, TX 77056<br>Counsel: ATTN THOMAS H KEEN, ESQ. | 12178<br>Debtor: | $2,919,887.22<br>WINN-DIXIE STORES, INC. | $1,462,741.04 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| Creditor Id: 382164<br>SFJ MANAGEMENT, INC<br>ATTN TERRY W PRATHER, VP/GM<br>12001 LAKE FOREST BLVD<br>NEW ORLEANS, LA 70129 | 7654<br>Debtor: | $169,253.15<br>WINN-DIXIE STORES, INC. | $130,593.24 | REDUCED AMOUNT REFLECTS AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. CLAIMANT INCORRECTLY RECONCILED TICKET SALES. |
| Creditor Id: 279054<br>SIRIUS COMPUTER SOLUTIONS INC<br>ATTN JOHN MEDINA, CREDIT MGR<br>613 NW LOOP 410, SUITE 1000<br>SAN ANTONIO TX 78216<br>Counsel: ATTN PATRICK F HUFFSTICKLER, ESQ. | 8471<br>Debtor: | $986,409.30<br>WINN-DIXIE STORES, INC. | $961,150.12 | REDUCED AMOUNT REFLECTS AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. |
| Creditor Id: 407705<br>SOUTHERN FOODS GROUP, LP DBA<br>BROWNS DAIRY<br>C/O DEAN FOODS COMPANY<br>ATTN ALEX D MADRAZO<br>2515 McKINNEY AVENUE, SUITE 1200<br>DALLAS TX 75201 | 5286<br>Debtor: | $42,510.08<br>WINN-DIXIE MONTGOMERY, INC. | $20,576.54 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $499.37, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $5,553.90 AND $129.04, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $15,550.93. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 378217**<br>STEPHENS, CHARLES P<br>C/O WINN-DIXIE STORES, INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254-3699 | **9988**<br>Debtor: WINN-DIXIE STORES, INC. | $1,500.00 | $500.00 | REDUCED AMOUNT REFLECTS PAYMENT OF $1,000.00 ON 2/16/05 BY CASHIER'S CHECK NUMBER 39884/231. |
| **Creditor Id: 402084**<br>STEWART LAW FIRM<br>ATTN VERNON STEWART, ESQ<br>111 COMMERCE DRIVE<br>DUNN NC 28334 | **877**<br>Debtor: WINN-DIXIE STORES, INC. | $7,643.70 | $4,925.20 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,718.50 TO BE DISTRIBUTED DIRECTLY TO WAKE COUNTY CLERK OF COURT PER 2/24/06 SETTLEMENT AGREEMENT. |
| **Creditor Id: 282235**<br>SUNSHINE MILLS INC<br>ATTN KIM SPARKS<br>PO BOX 676<br>RED BAY, AL 35582-0676 | **1559**<br>Debtor: WINN-DIXIE STORES, INC. | $262,773.06 | $6,917.87 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $3,807.69, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $98,128.27 AND $4,490.00, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $115,046.23, AND REMOVAL OF $34,385.00 FOR PALLET CHARGES. |
| **Creditor Id: 403592**<br>TEAGUE, CAMPBELL, DENNIS & GORHAM, LLP<br>ATTN DAYLE A FLAMMIA<br>1821 MIDTOWN PLACE<br>RALEIGH NC 27609 | **7108**<br>Debtor: WINN-DIXIE RALEIGH, INC. | $4,101.90 | $3,682.20 | REDUCED AMOUNT REFLECTS PAYMENT OF $419.70 ON 10/16/05 BY CHECK NUMBER 0051/0436 FOR POSTPETITION INVOICES. |
| **Creditor Id: 377844**<br>TREE OF LIFE INC<br>ATTN S SAGADEVAN DUFRESNE<br>405 GOLFWAY WEST DR<br>ST AUGUSTINE FL 32095<br>Counsel: ATTN MARK E FREEDLANDER, ESQ | **9190**<br>Debtor: WINN-DIXIE STORES, INC. | $3,244,449.88 | $2,497,379.30 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $19,011.79 AND REMOVAL OF $721,938.89 FOR UNDOCUMENTED CHARGES. CLAIMANT AGREES WITH REDUCED AMOUNT. |
| **Creditor Id: 284162**<br>VICTORY WHOLESALE GROCERS<br>ATTN ALVIN C EDER, VP & CREDIT MGR<br>400 VICTORY DRIVE<br>SPRINGBORO OH 45066<br>Transferee: SPCP GROUP LLC AGT OF SILVER PT CAP | **8855**<br>Debtor: WINN-DIXIE STORES, INC. | $1,053,295.14 | $233,178.60 | REDUCED AMOUNT REFLECTS ADDITIONAL RECLAMATION CLAIM OF $6,624.05, NET CONSUMPTION WAIVER OF $22,590.15, ACCOUNTS PAYABLE CREDIT OF $98,824.33, RECLAMATION PAYMENTS IN PROCESS TOTALING $552,390.88, AND REMOVAL OF $87,164.21 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|---|
| Creditor Id: 406368 VILLAGE ROYALE PROPERTIES LLC C/O BERESCH FRIEDLANDER ET AL ATTN DAVID M NEUMANN, ESQ 200 PUBLIC SQUARE, 2300 BP TOWER CLEVELAND OH 44114 | 7040 | Debtor: | $87,363.00 WINN-DIXIE STORES, INC. | $28,883.56 | REDUCED AMOUNT REFLECTS PREPETITION 2005 COMMON AREA MAINTENANCE CHARGES AND REAL ESTATE TAXES OF $534.35 AND $4,097.28, RESPECTIVELY, AND RENT OF $24,432.22. REMAINING ASSERTED AMOUNT FOR REAL ESTATE TAXES AND COMMON AREA MAINTENANCE CHARGES ARE ESTIMATED AND, AT TIMES, INCLUDE POSTPETITION PAID LIABILITIES. |
| Creditor Id: 410417 WACHOVIA BANK, TRUSTEE UNDER LUCY BUXTON AGREEMENT C/O HAYNSWORTH SINKLER BOYD, PA ATTN WILLIAM H SHORT JR, ESQ PO BOX 11889 COLUMBIA SC 29211 | 12257 | Debtor: | $1,852,373.29 WINN-DIXIE STORES, INC. | $533,900.21 | REDUCED AMOUNT REFLECTS REMOVAL OF $1,314,465.18 FOR OVERSTATED REJECTION DAMAGES AND $4,005.90 FOR POSTPETITION COMMON AREA MAINTENANCE CHARGES, REAL ESTATE TAXES, AND INSURANCE. ADMINISTRATIVE CLAIM FOR POSTPETITION CHARGES NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| Creditor Id: 410834 WICKER SMITH O'HARA, ET AL ATTN LISA R DASHER, CONTROLLER 5TH FLOOR GROVE PLAZA BUILDING 2900 MIDDLE STREET, SW 28TH TERRACE MIAMI FL 33133 | 9871 | Debtor: | $1,145.58 WINN-DIXIE STORES, INC. | $1,112.58 | REDUCED AMOUNT REFLECTS 7/5/05 PAYMENT OF $33.00 BY CHECK NUMBER 080056619 FOR POSTPETITION INVOICE NUMBER 203453. |
| Creditor Id: 403375 WILKINS, STEPHENS & TIPTON, PA ATTN LELAND S SMITH PO BOX 13429 JACKSON MS 39236-3429 | 2109 | Debtor: | $46,678.66 WINN-DIXIE STORES, INC. | $46,476.51 | REDUCED AMOUNT REFLECTS REMOVAL OF $202.15 FOR INVOICE NUMBER 657030424, NOT AN INVOICE OF ANY OF THE DEBTORS. |
| Creditor Id: 265037 WORLD KITCHEN INC PO BOX 911310 DALLAS, TX 75391-1310 | 3032 | Debtor: | $84,367.71 WINN-DIXIE STORES, INC. | $29,854.61 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $597.01; ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $160.20 AND $26.83, RESPECTIVELY; RECLAMATION PAYMENTS IN PROCESS TOTALING $16,616.40; AND REMOVAL OF $14,811.60 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |

Total Claims to be Reduced: 82

Total Amount to be Reduced: $50,664,653.71 Plus Unliquidated Amounts, If Any

Total Reduced Amount: $27,168,641.90

**EXHIBIT C**

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - OVERSTATED AND MISCLASSIFIED
CLAIMS TO BE REDUCED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Reduction and Reclassification |
|---|---|---|---|---|---|---|
| ALLIED CAPITAL CORP, SVCER AGGS 2004 LLC SECURED NOTES C/O VENABLE LLP ATTN G A CROSS & H D FOLEY ESQS TWO HOPKINS PLAZA, SUITE 1800 BALTIMORE MD 21201 | 10952 | $547,912.05 | Multiple Classes *Debtor:* WINN-DIXIE MONTGOMERY, INC. | Unsecured Non-Priority | $521,501.20 | REDUCED AMOUNT REFLECTS ADDITION OF $140.00 FOR CALCULATION ERROR AND REMOVAL OF $24,634.09, $177.36, AND $1,538.40 FOR OVERSTATED 2004 AND 2005 PREPETITION AND 2005 POSTPETITION REAL ESTATE TAXES, RESPECTIVELY (DEBTOR PAID $1,528.32 FOR POSTPETITION REAL ESTATE TAXES). ALSO, MISCLASSIFIED CLAIM. |
| AQUA STAR ATTN ANDREW PICKERING, CFO 2025 1ST AVENUE, SUITE 200 SEATTLE WA 98121 *Transferee:* AMROC INVESTMENTS LLC ATTN DAVID S LEINWAND ESQ 535 MADISON AVE 15TH FLR NEW YORK, NY 10022 | 635 | $704,041.00 | Unsecured Non-Priority *Debtor:* WINN-DIXIE STORES, INC. | Multiple Classes | $669,585.70 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $92.10 AND $4,412.20, RESPECTIVELY. MISCLASSIFIED IN PART, RECLASSIFY $32,944.78 AS ADMINISTRATIVE PRIORITY (RECLAMATION) AND $686,720.92 REMAINS UNSECURED NON-PRIORITY. |
| BAGWELL, HAROLD G PO BOX 1700 GARNER, NC 27529 | 12135 | $496,398.00 | Multiple Classes *Debtor:* WINN-DIXIE RALEIGH, INC. | Unsecured Non-Priority | $483,598.38 | REDUCED AMOUNT REFLECTS REMOVAL OF $15,000 FOR POSTPETITION CHARGES AND ADDITION OF $2,200 FOR SIGN REMOVAL AND $.38 FOR CALCULATION ERROR. ADMINISTRATIVE CLAIM FOR POSTPETITION CHARGES NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 107(A) AND LOCAL RULE 3071-1. ALSO, MISCLASSIFIED CLAIM. |
| BENSONS INC ATTN DAN HARTLEY, PRESIDENT PO BOX 429 BOGART, GA 30622-0429 | 6506 | $383,253.20 | Multiple Classes *Debtor:* WINN-DIXIE STORES, INC. | Unsecured Non-Priority | $360,514.88 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $689.04, ACCOUNTS PAYABLE OFFSET OF $52.20, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $21,997.08, ALSO, MISCLASSIFIED CLAIM. |
| BROWN, NOLTEMEYER COMPANY ATTN CHARLES A BROWN JR 2404 EAGLES EYRIE COURT LOUISVILLE KY 40206 | 1344 | $429,243.43 | Secured *Debtor:* WINN-DIXIE STORES, INC. | Unsecured Non-Priority | $351,780.90 | REDUCED AMOUNT REFLECTS REMOVAL OF $77,462.53 FOR OVERSTATED REJECTION DAMAGES. ALSO, MISCLASSIFIED CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**FIFTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C – OVERSTATED AND MISCLASSIFIED**
**CLAIMS TO BE REDUCED AND RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Reduction and Reclassification |
|---|---|---|---|---|---|---|
| CITY OF MOBILE, AL<br>ATTN CAROL CARR LITTLE, ESQ<br>PO BOX 1827<br>MOBILE, AL 36633 | 715 | $19,996.75 | Multiple Classes<br>Debtor: WINN-DIXIE STORES, INC. | Multiple Classes | $2,415.40 | REDUCED AMOUNT REFLECTS PAYMENTS OF $7,000.00 ON 12/22/04 BY CHECK NUMBER 7410397 FOR SALES TAXES DUE NOVEMBER 2004 AND OF $8,488.33 ON 02/22/05 BY CHECK NUMBER 390941261 FOR SALES TAXES DUE JANUARY 2005 PURSUANT TO ORDER AUTHORIZING PAYMENT OF PREPETITION TAXES (DKT NO. 435). CLAIM FILED AS SECURED, UNSECURED PRIORITY, AND UNSECURED NON-PRIORITY TO BE RECLASSIFIED AS $2,828.40 UNSECURED PRIORITY AND $787.00 UNSECURED NON-PRIORITY. |
| CONAIR CORPORATION<br>ATTN A LUCAS & J DEOL<br>150 MILFORD ROAD<br>EAST WINDSOR NJ 08520<br>Transferee: MADISON INVESTMENT TRUST – SERIES 4<br>ATTN SALLY MEYER<br>6310 LAMAR AVE SUITE 120<br>OVERLAND PARK, KS 66202 | 16 | $161,899.78 | Administrative<br>Debtor: WINN-DIXIE STORES, INC. | Unsecured Non-Priority | $12,105.79 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $4,539.21, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $1,592.52 AND $14,112.09, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $129,749.27. ALSO, MISCLASSIFIED CLAIM. |
| COUNTY OF LOUISVILLE JEFFERSON<br>METRO REVENUE COMMISSION<br>ATTN KIM G JOHNSON,<br>ADMINISTRATOR<br>PO BOX 35410<br>LOUISVILLE KY 40232-5410 | 10757 | $1,435.26 | Multiple Classes<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | Unsecured Non-Priority | $65.35 | REDUCED AMOUNT REFLECTS PENALTY OWED. DEBTOR PAID $3.67 ON 3/17/2006 BY CHECK NUMBER 6008608 FOR 2004 OCCUPATIONAL TAX. NO AMOUNT IS DUE ON WITHHOLDING FOR TAX PERIOD 6/30/2005. ACCOUNT WAS CLOSED IN APRIL 2005 AND NO TAXES WERE DUE. ALSO, MISCLASSIFIED CLAIM. |
| DREYER'S GRAND ICE CREAM<br>ATTN SHANE WETZEL<br>5929 COLLEGE AVENUE<br>OAKLAND CA 94618 | 2998 | $377,383.65 | Administrative<br>Debtor: WINN-DIXIE STORES, INC. | Unsecured Non-Priority | $72,704.45 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $49,978.49, ACCOUNTS PAYABLE CREDIT OF $818.29, RECLAMATION PAYMENTS IN PROCESS TOTALING $287,841.44, AND REMOVAL OF $7,163.34 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. ALSO, MISCLASSIFIED CLAIM. |
| FT-WD PROPERTY LLC<br>ATTN CAROLYN TIFFANY<br>7 BULFINCH PLACE SUITE 500<br>BOSTON MA 02114 | 12493 | $10,149,969.87 | Multiple Classes<br>Debtor: WINN-DIXIE STORES, INC. | Unsecured Non-Priority | $1,683,974.42 | REDUCED AMOUNT REFLECTS $1,639,222.78 FOR REJECTION DAMAGES AND $25,751.64 FOR PREPETITION REAL ESTATE TAXES. $10,123,218.23 ADMINISTRATIVE CLAIM REQUESTED FOR REMAINING OF LEASE TERM TO BE DISALLOWED. ALSO, MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - OVERSTATED AND MISCLASSIFIED
CLAIMS TO BE REDUCED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Reduction and Reclassification |
|---|---|---|---|---|---|---|
| GLAXOSMITHKLINE CONSUMER HEALTH<br>ATTN GREGORY COLOCCHE, FINANCE<br>PO BOX 1467<br>PITTSBURGH  PA  15230 | 7035 | $799,552.03 | Multiple Classes<br><br>Debtor: WINN-DIXIE STORES, INC. | Unsecured Non-Priority | $439,389.78 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $10,577.06, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $3,505.80 AND $7,902.83, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $338,037.16. ALSO, MISCLASSIFIED CLAIM. |
| HASBRO, INC<br>ATTN JUDITH A SMITH<br>200 NARRAGANSETT PARK DRIVE<br>PAWTUCKET  RI  02862-0200 | 3466 | $33,369.09 | Multiple Classes<br><br>Debtor: WINN-DIXIE STORES, INC. | Multiple Classes | $22,501.90 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $3,457.30 AND REMOVAL OF $7,079.86 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. ALSO, MISCLASSIFIED IN PART. CLAIM FILED AS UNSECURED NON-PRIORITY, UNSECURED PRIORITY, SECURED, AND ADMINISTRATIVE PRIORITY. RECLASSIFY $389.10 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $22,412.80 REMAINS UNSECURED NON-PRIORITY. |
| HASCO PROPERTIES<br>PO BOX 851<br>MC COMB  MS  39649-0851<br>Transferee: ATH OPPORTUNITIES LLC<br>ATTN JOSEPH M O'CONNOR<br>315 PARK AVE S 20TH FLR<br>NEW YORK, NY 10010 | 11887 | $957,250.02 | Multiple Classes<br><br>Debtor: WINN-DIXIE MONTGOMERY, INC. | Unsecured Non-Priority | $955,071.61 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,178.41 FOR POSTPETITION 2005 COMMON AREA MAINTENANCE CHARGES. ADMINISTRATIVE CLAIM NOT PROPERLY CONSERVABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(a) AND LOCAL RULE 3071-1. ALSO, MISCLASSIFIED CLAIM. |
| IFCO SYSTEMS, NA<br>ATTN MARIO PRATTS, CREDIT MGR<br>8829 FLINTLOCK ROAD<br>HOUSTON  TX  77040 | 2278 | $184,427.77 | Unsecured Non-Priority<br><br>Debtor: WINN-DIXIE STORES, INC. | Multiple Classes | $82,403.02 | REDUCED AMOUNT REFLECTS REMOVAL OF $82,024.76 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. ALSO, MISCLASSIFIED IN PART. RECLASSIFY $20,392.13 AS ADMINISTRATIVE PRIORITY (RECLAMATION) AND $72,010.89 REMAINS UNSECURED NON-PRIORITY. |
| KEMPS LLC<br>ATTN STEVE CARLSON, CREDIT MGR<br>1270 ENERGY LANE<br>ST PAUL  MN  55108 | 7390 | $69,973.30 | Multiple Classes<br><br>Debtor: WINN-DIXIE STORES, INC. | Unsecured Non-Priority | $39,927.51 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $896.87, ACCOUNTS PAYABLE CREDIT OF $13.32, RECLAMATION PAYMENTS IN PROCESS TOTALING $29,016.40, AND REMOVAL OF $109.20 FOR CHARGES LACKING ADEQUATE SUPPORTING DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| L&R FARMS INC<br>C/O SMITH GILLIAM WILLIAMS ET AL<br>ATTN BRAD J PATTEN, ESQ<br>PO BOX 1098<br>GAINESVILLE  GA  30503 | 5572 | $464,550.45 | Multiple Classes<br><br>Debtor: DEEP SOUTH PRODUCTS, INC. | Unsecured Non-Priority | $220,815.34 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $8,991.97 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $255,743.14. ALSO, MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - OVERSTATED AND MISCLASSIFIED
CLAIMS TO BE REDUCED AND RECLASSIFIED

Page: 4 of 5
Date: 08/23/2006

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Reduction and Reclassification |
|---|---|---|---|---|---|---|
| MURRYS INC ATTN D BRADLEY HOLLAND, CFO PO BOX 37048 BALTIMORE, MD 21297-3046 | 2668 | $13,160.00 Debtor: WINN-DIXIE SUPERMARKETS, INC. | Priority | Unsecured Non-Priority | $9,302.41 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $1,800.00 AND $57.59, RESPECTIVELY, AND CREDIT FOR $2,000.00 ON INVOICE NUMBER 327669. ALSO, MISCLASSIFIED CLAIM. |
| PEPPERIDGE FARM ATTN KATE GREELEY 1 CAMPBELL PLACE CAMDEN NJ 08103 | 8327 | $312,776.84 Debtor: WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured Non-Priority | $4,095.78 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $12,280.35 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $296,399.71. ALSO, MISCLASSIFIED CLAIM. |
| REXAM BEVERAGE CAN COMPANY ATTN BRUCE M BIALY, CR MGR 8770 W BRYN MAWR AVE, SUITE 175 CHICAGO IL 60631-3555 Transferee: ANROC INVESTMENTS LLC ATTN DAVID S LEINWAND ESQ 535 MADISON AVE 16TH FLR NEW YORK, NY 10022 | 9469 | $815,867.63 Debtor: DEEP SOUTH PRODUCTS, INC. | Multiple Classes | Unsecured Non-Priority | $629,259.75 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $10,962.59, RECLAMATION PAYMENTS IN PROCESS TOTALING $153,443.57, AND SUBSEQUENT OF $42,111.72 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. ALSO, MISCLASSIFIED CLAIM. |
| SC JOHNSON & SON, INC ATTN GERRY BACCASH, MS321 1525 HOWE STREET RACINE WI 53403 | 7805 | $367,755.41 Debtor: WINN-DIXIE PROCUREMENT, INC. | Multiple Classes | Unsecured Non-Priority | $29,176.11 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $2,355.18 AND $78,406.28, RESPECTIVELY, NET CONSUMPTION WAIVER OF $7,877.96, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $251,939.88. ALSO, MISCLASSIFIED CLAIM. |
| SENECA FOODS CORPORATION ATTN JANE SLOAN, CR MGR 3736 S MAIN STREET MARION NY 14505 Transferee: SMITHTOWN BAY LLC ATTN BRIAN NAAS 601 CARLSON PARKWAY SUITE 200 MINNETONKA, MN 55305 | 3791 | $980,184.20 Debtor: WINN-DIXIE STORES, INC. | Unsecured Non-Priority | Multiple Classes | $986,234.42 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT BALANCE OF $280.57 AND $20.32, RESPECTIVELY, REMOVAL OF CHARGES LACKING SUPPORTING DOCUMENTATION AGGREGATING $3,081.69, AND ADDITIONAL RECLAMATION CLAIM OF $428.48. MISCLASSIFIED IN PART. RECLASSIFY $85,897.07 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $850,537.35 REMAINS UNSECURED NON-PRIORITY. |
| SIGNATURE BRANDS, LLC ATTN ROBERT E MUNN 900 SW 12TH STREET OCALA FL 34478 | 10865 | $184,164.50 Debtor: WINN-DIXIE PROCUREMENT, INC. | Multiple Classes | Multiple Classes | $142,793.11 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $8,445 AND $41,357.93, RESPECTIVELY. ALSO, MISCLASSIFIED CLAIM. CLAIM FILED AS UNSECURED NON-PRIORITY, SECURED, AND ADMINISTRATIVE PRIORITY. RECLASSIFY $9,100.36 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $133,697.75 TO UNSECURED NON-PRIORITY. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - OVERSTATED AND MISCLASSIFIED
CLAIMS TO BE REDUCED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Reduction and Reclassification |
|---|---|---|---|---|---|---|
| SOUTHERN GOURMET FOODS<br>ATTN NEAL & HARWELL, PLC<br>ATTN MARC T MCNAMEE, ESQ<br>150 FOURTH AVENUE NORTH, SUITE 2000<br>NASHVILLE TN 37219 | 3275 | $276,341.22 | Secured | Unsecured Non-Priority | $46,682.25 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $7,019.97, ACCOUNTS RECEIVABLE BALANCE OF $3,048.80, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $221,589.20. ALSO, MISCLASSIFIED CLAIM. |
| SPRINGDALE STATION LTD<br>C/O PHILLIPS EDISON & CO, LTD<br>ATTN R MARK ADDY, MANAGING AGT<br>11690 GROOMS ROAD<br>CINCINNATI, OH 45242<br><br>Transferee: LCH OPPORTUNITIES LLC<br>ATTN JOSEPH M O'CONNOR<br>315 PARK AVE S 20TH FLR<br>NEW YORK, NY 10010 | 3028 | $324,358.15 | Multiple Classes<br><br>Debtor: WINN-DIXIE RALEIGH, INC. | Unsecured Non-Priority | $320,302.79 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,267.58 FOR OVERSTATED REJECTION DAMAGES AND $1,787.78 FOR 2004 TAX PENALTY NOT INCURRED BY DEBTOR. ALSO, MISCLASSIFIED CLAIM. |
| SWISHER INTERNATIONAL INC<br>ATTN KEVIN WOLFE, CREDIT MGR<br>459 EAST 16TH STREET<br>JACKSONVILLE FL 32206 | 6971 | $82,772.34 | Unsecured Non-Priority<br><br>Debtor: WINN-DIXIE STORES, INC. | Multiple Classes | $70,611.41 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $2,725.05 AND $31,027.97, RESPECTIVELY, AND REMOVAL OF $9,056.58 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. ALSO, MISCLASSIFIED IN PART. RECLASSIFY $28,005.22 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $42,606.19 REMAINS UNSECURED NON-PRIORITY. |
| TYSON FOODS, INC<br>ATTN STEVEN SCHAAL, ESQ<br>PO BOX 2020<br>MAIL CODE #AR025/124<br>SPRINGDALE AR 72765 | 6165 | $1,070,327.44 | Unsecured Non-Priority<br><br>Debtor: WINN-DIXIE STORES, INC. | Multiple Classes | $1,023,174.16 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $34,999.66 AND $12,163.62, RESPECTIVELY. MISCLASSIFIED IN PART. RECLASSIFY $745,946.00 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $277,228.10 UNSECURED NON-PRIORITY. |

Total Claims to be Reduced & Reclassified: 26

Total Amount to be Reduced & Reclassified: $20,237,151.58

Total Reduced & Reclassified Amount $9,201,373.91

Plus Unliquidated Amounts, If Any

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| | Chapter 11 |
| WINN-DIXIE STORES, INC., *et al.* | Jointly Administered |
| Debtors. | Court ID (Court Use Only)_____ |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM AND AN AMENDED CLAIM HAVE BEEN FILED IN THIS CASE under 11 U.S.C. §1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**Transferee:**
The Lucy Co. of SC, LLC

**Transferor:**
Wachovia Bank, N.A., Trustee under Lucy Buxton Agreement

**Where notices and payments to Transferee should be sent:**
c/o Rox Pollard, Property Manager
Colliers Keenan Inc.
P.O. Box 11610
Columbia, SC 29211

**Court Record Address of Transferor (Court Use Only)**

Last Four Digits of Acct#:_____

Phone: (803) 401-4242
Last Four Digits of Acct #:_____

**Name and Current Address of Transferor:**
Wachovia Bank, N.A., Trustee under Lucy Buxton Agreement
c/o William H. Short, Jr., Esq.
Haynsworth Sinkler Boyd, P.A.
P.O. Box 11889
Columbia, SC 29211

Court Claim No. 12257 (Amended Claim)
Date Claim Filed: 10/20/2005 (Amended Claim)

Note: The unsecured claim amount has been reduced to $533,900.21 by Order dated August 24, 2006.

Phone: (803) 779-3080
Last Four Digits of Acct#:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Buist, Moore Smythe McGee, P.A.

By: _*Charles P. Summerall IV*_           Date: September 19, 2006
Charles P. Summerall, IV, Dist. Ct. Id No. 4385,  S.C. Bar No. 5433
P.O. Box 999, Charleston, SC 29402
Phone: 843-722-3400; Facsimile: 843-723-7398
E-Mail: csummerall@buistmoore.com
ATTORNEY FOR THE LUCY CO. OF SC, LLC

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

### ~~DEADLINE TO OBJECT TO TRANSFER~~
The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of this court.

Date:_____           _____
                                     **CLERK OF THE COURT**