UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARINGS
TO BE HELD ON JANUARY 24, 2007**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit the following agenda of matters to be heard on January 24, 2007 at 9:30 a.m.:

A.    **Uncontested Matters**

1.    *Omnibus Application for Final Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred of Professionals Retained by Members of the Official Committee of Unsecured Creditors in Connection With Chapter 11 Plan Substantive Consolidation Compromise (Docket No. 13330)*

Objection Deadline:    January 17, 2006.

Objections:    No objections have been filed.

Status:    The Debtors have been informed that Applicant will proceed with the hearing on the Application.

2.    *Application for Final Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred by the Indenture Trustee for the Winn-Dixie Notes (Docket No. 13334)*

Objection Deadline:    January 17, 2006.

Objections:    No objections have been filed.

Status:    The Debtors have been informed that Applicant will proceed with the hearing on the Application.

**B.**    **Contested Matters**

1.    *Twenty-Eighth Omnibus Objection to (A) Satisfied Claims, (B) No Liability Claims, (C) No Liability Misclassified Claims, (D) Amended and Superseded Claim and (E) Overstated Claims (Docket No. 13325)*

Response Deadline:    January 15, 2007.

Responses:    (a)    Tennessee Department of Revenue (Docket No. 14724); and

.    (b)    Zuppardo Real Estate Co., Inc. (Docket No. 14709).

Status:    The Debtors will proceed with the hearing on the Objection.

2.    *Objection to IRS Tax Claims and Motion for Order (i) Determining Tax Liabilities and (ii) Requiring the IRS to Issue Tax Refunds (Docket No. 12914)*

Response Deadline:    Expired.

Responses:    United States (Docket No. 13745).

Status:    The Debtors and the United States will proceed with a status conference on the Objection.

3.    *Motion to Compel Discovery from Visagent and Motion for Protective Order (Docket No. 14778)*

Objection Deadline:    None.

Objections:    No objections have been filed.

Status:    The Debtors will proceed with the hearing on the Motion.

Dated:  January 23, 2007

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP

By_____*s/ D. J. Baker*_____          By_____*s/ Cynthia C. Jackson*_____
        D. J. Baker                                      Stephen D. Busey
        Sally McDonald Henry                            James H. Post
        Rosalie Walker Gray                             Cynthia C. Jackson, F.B.N. 498882

Four Times Square                                225 Water Street, Suite 1800
New York, New York 10036                         Jacksonville, Florida 32202
(212) 735-3000                                   (904) 359-7700
(212) 735-2000 (facsimile)                       (904) 359-7708 (facsimile)
djbaker@skadden.com                              cjackson@smithhulsey.com

Co-Counsel for Reorganized Debtors               Co-Counsel for Reorganized Debtors
00555124