## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No.: 05-03817-3F1 |
| WINN DIXIE STORES, INC., et. al., ) | Chapter 11 |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |

### RYAN MALONE'S AMENDED MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW, the movant, Ryan Malone by and through undersigned counsel and moves for relief from the automatic stay pursuant to 11 U.S.C. §362(d) and Federal Rule of Bankruptcy Procedure 4001, and states:

1. The movant is an unsecured creditor of Debtor who in 2004 commenced a state court lawsuit (Case No. 44-2004-CA-400-P), naming the debtor among the defendants, and seeking a recovery for the movant's substantial injuries.

2. The debtor filed its voluntary petition commencing this chapter 11 case on February 21, 2005.

3. The automatic stay of 11 U.S.C. §362(a) puts the trial on hold.

4. The Bankruptcy Court in the above-captioned matter has established a claims resolution procedure. Pursuant to the Resolution Procedure Order, movant completed the Questionnaire sent to him in this bankruptcy proceeding and returned same to Debtor. A copy of the Questionnaire, without its enclosures, is annexed hereto as Exhibit "A".

5. Pursuant to a letter dated November 22, 2005, a copy of which is annexed hereto as Exhibit "B", Debtor notified movant that movant's claim is disputed.

6. Accordingly, pursuant to a letter dated December 11, 2006, movant notified Debtor that movant was requesting mediation pursuant to the Resolution Procedure Order. A

1

copy of the letter, along with its fax cover sheet, is annexed hereto as Exhibit "C". Debtor has to date not advised movant whether Debtor is willing or refuses to participate in mediation or arbitration.

7. The movant now seeks relief from the stay pursuant to 11 U.S.C. §362(d)(1) for cause, specifically because there is no harm to the chapter 11 estate in determining the allowable amount of the claim in state court since 28 U.S.C. §1334(c)(2) and 28 U.S.C. §157(b)(2)(O) mandate that such a claim may be determined only in state court. A proposed Order in the form prescribed in the Claims Procedure Order is submitted herewith.

8. The filing fee for the instant motion is being sent concurrently by mail.

WHEREFORE, the movant, Ryan Malone, requests relief from the automatic stay allowing her to proceed with the trial of the state court suit, through verdict, judgment, and appeal, and to return to this court for any further relief in the nature of collection of the judgment.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that a true and correct copy of Ryan Malone's Amended Motion for Relief from Automatic Stay, has been served on debtor by U.S. Mail and debtor's attorney, U.S. Trustee and Rule 1007 D parties in interest electronically, this 23rd day of January, 2007.

Respectfully Submitted:

VERNIS & BOWLING
OF THE FLORIDA KEYS, P.A.

By: _____
Richard M. Behr
Florida Bar No.: 060402
81990 Overseas Highway, 3rd Floor
Islamorada, Florida 33036
Tel. 305-664-4675
Fax. 305-664-5414
Email. RBehr@Florida-Law.com

# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

Page 1

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.

Chapter 11

Case No. 05-03817-3F1

(Jointly Administered)

## QUESTIONNAIRE FOR LITIGATION CLAIMANTS

**WARNING:**
IF YOU DO NOT FULLY COMPLETE AND RETURN THIS QUESTIONNAIRE SO THAT IT IS RECEIVED BY NOVEMBER 1, 2005, THE DEBTORS SHALL HAVE THE RIGHT, FOR THAT REASON ALONE, TO SEEK TO DISALLOW AND EXPUNGE YOUR PROOF OF CLAIM WITH RESPECT TO THE APPLICABLE LITIGATION CLAIM.

### PART A - NOTICE

**Purpose of this Notice**

According to court records, you filed a proof of claim in the referenced cases. As an initial step in resolving your claim, you must complete this Questionnaire and mail it, with proper postage, to Logan & Company, Inc., Claims Agent, 546 Valley Road, Upper Montclair, New Jersey 07043. A Questionnaire will not be deemed to have been timely returned unless it is received on or before November 1, 2005.

**Action Required by You**

1. If you do not complete and return the Questionnaire on time, the Debtors shall have the right, for that reason alone, to seek to disallow and expunge your proof of claim with respect to the applicable Litigation Claim.

2. If you do *not* wish to pursue any claim you may have, disregard this notice and do not return it.

3. If you wish to pursue a claim you have against the Debtors arising from or relating to (i) personal injury or property damage, including, claims alleging bodily injury, false arrest, false imprisonment, slip and fall, libel, slander, mental suffering, emotional distress, loss of consortium, pain and suffering and any tort relating to the operation of a motor vehicle, (ii) wrongful death, (iii) products liability, (iv) consumer complaints, or (v) employment law disputes (but excluding claims arising under workers' compensation laws), you must:

(a) fully complete this Questionnaire (if a particular question is not applicable to you, you must indicate such by the designation "N/A" or similar statement), and

(b) return the completed Questionnaire in the enclosed reply envelope. (Note: you must affix proper postage). The reply must be received no later than November 1, 2005, or it will not be processed and you may not be allowed to vote on any proposed reorganization plan, nor receive any distribution from any confirmed reorganization plan.

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)
if you have any questions about this form*



Creditor No.: 393532
MALONE, RYAN
C/O VERNIS & BOWLING OF FL KEYS, PA
ATTN ROB T COOK, ESQ
81990 OVERSEAS HWY, 3RD FLOOR
ISLAMORADA FL 33036

Claim No.(s): 3724

## PART B - CLAIM INFORMATION

1. Give your date of birth (MM/DD/YY) __04/28/86__

2. Date of injury or claim: (MM/DD/YY) __03/02/02__

3. What is the basis of your claim? __NEGLIGENCE AND FAILURE OF WINN-DIXIE TO CONTROL THE OPERATION OF ITS VEHICLES AND EMPLOYEES.__

4. What is the total amount of your claim? (Please estimate if necessary). __UNKNOWN AT THIS TIME.__

5. Attach copies of all documents supporting or evidencing your claim. Do not send original documents. If the documents are not available, please explain. __COPY OF COMPLAINT ATTACHED.__

6. Identify all payments or other sums which have been credited and deducted for the purpose of quantifying your claim amount. __UNKNOWN AT THIS TIME.__

7. Are you pursuing this claim against any other party? Yes ☑ No ☐
   If so, against whom (list the name, the addresses and counsel for each party, if known)? __JULIO LARA, C/O GREGORY A. VICTOR, ESQ., (305)460-1000__

   (Attach additional sheets if necessary)

8. Did you notify the Debtor in writing of the injury or claim? (If yes, attach a copy of such writing.)
   Yes ☑ No ☐

9. Is there a pending lawsuit regarding your claim? If so, identify the court where the lawsuit is pending, the case number and the judge, if known. __SEE RESPONSE TO NO. 5.__

393532-MALONE, RYAN-Claim No.(s): 3724

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. EasternTime) if you have any questions about this form*

10. What type of injuries or damages do you have? If applicable, please provide a medical description of your injuries. (Please state if the claim is based, in whole or in part, on an injury to someone else.) FULL EXTENT OF INJURIES UNKNOWN AT THIS TIME.

11. Where did the injury or damage occur? U.S. HWY 1, MM 93, TAVERNIER, FL.

   Please specify the location and address.

12. How did the injury or damage occur? SEE ATTACHED COMPLAINT.

13. Did you miss any work as a result of your injury or damage? If so, how many days? UNKNOWN AT THIS TIME.

14. Give the name and address of your employer and your salary at the time of your injury or damage. NONE AT THIS TIME.

15. Was anyone else injured at the time of your injury or damage? (If yes, list the names and addresses.) UNKNOWN AT THIS TIME.

16. List the names, addresses and phone numbers of all witnesses and people with relevant knowledge of your injury or damages (including, but not limited to, any representatives or agents of the Debtors). UNKNOWN AT THIS TIME.

393532-MALONE, RYAN-Claim No.(s): 3724

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. EasternTime) if you have any questions about this form*

17. If applicable, are treatments still being given for the injury or damages? Yes ☐ No ☐ (If yes, provide the name and address of the doctor that is currently treating you and the nature of the treatment.) SEE 18A.

18. If applicable, please provide the following Physician Data:

   a. Give the name and address of any physician, clinic or hospitals that has treated this injury. Include treatment dates. (Attach additional sheets if necessary)
   PLEASE PROVIDE RELEASE OF MEDICAL INFORMATION FORMS FOR EXECUTION BY PLAINTIFF.

   b. Itemize all damages you claim, including any damages for emotional distress, loss of consortium or pain and suffering. SEE 18A.

   c. Give the total amount of the medical bills you incurred as a result of your claim. SEE 18A.

   d. Attach medical and hospital records which relate to your claim.

   e. Itemize any other expenses you incurred as a result of the incident for which you are making a claim. SEE 18A.

   f. Give a list of medical expenses and amounts paid by your insurance company as a result of your injury. SEE 18A.

393532-MALONE, RYAN-Claim No.(s): 3724

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time) if you have any questions about this form*

Page 5

g.  Give the name, address and policy number of your insurance company.
    SEE 18A.

19. To the extent not already furnished in your response to questions 1 through 18 above, please provide the following information:

   a. Itemize the damages you claim.
      ALL EXPENSES TO DATE ARE UNKNOWN AT THIS TIME.

   b. Give the total amount of each item of damage.
      SEE 19A.

20. **IN WHAT AMOUNT WOULD YOU AGREE TO SETTLE YOUR CLAIM? (This is not the amount that you will receive on account of your claim. The amount you will receive depends upon the plan or plans of reorganization that may be approved.)**
    UNKNOWN AT THIS TIME.

Please make corrections to your personal information below and include phone and email address information:

| | Corrections (if any) |
|---|---|
| Creditor No.: 393532<br>MALONE, RYAN<br>C/O VERNIS & BOWLING OF FL KEYS, PA<br>ATTN ROB T COOK, ESQ<br>81990 OVERSEAS HWY, 3RD FLOOR<br>ISLAMORADA FL 33036 | Name: N/A<br>Address:<br>City/State/Zip:<br>Phone:<br>Fax<br>Email Address: |

393532-MALONE, RYAN-Claim No.(s): 3724

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time) if you have any questions about this form*

## PART C - SIGNATURE

**NOTICE: UNDER FEDERAL LAW, CRIMINAL PENALTIES MAY BE IMPOSED FOR FILING A CLAIM CONTAINING FALSE OR MISLEADING STATEMENTS.**

I declare under penalty of perjury that the foregoing statements are correct.

DATE: 10/26/05

Claimant's Signature

Please recheck each of your answers to be sure that you have completed this form fully and accurately.

### NAME AND ADDRESS OF ATTORNEY OR OTHER AUTHORIZED AGENT

Complete this box if you have an attorney or other agent who represents you in this matter. If completed, all future notices will go to your attorney or agent rather than to you personally.

Name (First/Middle/Last) ROB T. COOK, ESQ.

Address 81990 OVERSEAS HWY., 3rd Floor ISLAMORADA, FL 33036

City/State/Zip

Relationship to Claimant ATTORNEY

Phone Number (305) 664-4675

Fax Number (305) 664-5414

Email Address rcook@florida-law.com

## PART D - RETURN OF QUESTIONNAIRE

**IF YOU DO NOT FULLY COMPLETE AND RETURN THIS QUESTIONNAIRE SO THAT IT IS RECEIVED BY NOVEMBER 1, 2005, THE DEBTORS SHALL HAVE THE RIGHT, FOR THAT REASON ALONE, TO SEEK TO DISALLOW AND EXPUNGE YOUR PROOF OF CLAIM WITH RESPECT TO THE APPLICABLE LITIGATION CLAIM.**

A Questionnaire will not be deemed to have been timely returned unless received on or before November 1, 2005 at the following address:

> Logan & Company, Inc.
> Claims Agent
> 546 Valley Road
> Upper Montclair
> New Jersey 07043

393532-MALONE, RYAN-Claim No.(s): 3724

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time) if you have any questions about this form*

# EXHIBIT "B"



## Sedgwick

Sedgwick Claims Management Services, Inc.
P. O. Box 24787 Jacksonville, FL 32241-4787
Telephone 904-419-5300  Facsimile 904-419-5365

November 22, 2005

Rob T. Cook, Esquire
Vernis & Bowling
81990 Overseas Hwy., 3rd floor
P.O. Drawer 529
Islamorada, FL 33036

Re:  Claimant:           Ryan Malone
     Claim #:            A211202687-0003-01
     Proof of Claim No.: 3724
     Incident Date:      03/02/2002
     Entity:             Winn Dixie Logistics
     Location:           Winn-Dixie #9001
                         Miami, FL

Dear Attorney Cook:

The following constitutes Winn-Dixie's response to the Proof of Claim and/or the questionnaire you submitted on your client's behalf.

The demand has not been accepted, however, we are willing to offer you an allowed, pre-petition, general, unsecured claim against Winn Dixie in their Chapter 11 case in the amount of $10,000.00. <u>This is not the amount that you will receive on account of your client's claim. The amount received will depend on the approved plan of reorganization. Your client will be fully responsible for payment of all medical costs and all liens. Winn-Dixie (the debtor) will not be responsible for any medical costs or liens.</u>

<u>Your response is required by January 15, 2006. If you do not respond to the debtors (Winn-Dixie) by January 15, 2006, the debtors shall have the right, for that reason alone, to seek denial of your proof of claim.</u>

Sincerely,

*Angela Williams*

Angela Williams
Claims Examiner III

# EXHIBIT "C"

# VERNIS & BOWLING
## OF THE FLORIDA KEYS, P.A.
ATTORNEYS AT LAW
ISLAMORADA PROFESSIONAL CENTER
81990 OVERSEAS HGWY., 3rd FLOOR
ISLAMORADA, FLORIDA 33036

TELEPHONE (305) 664-4675
FACSIMILE (305) 664-5414

WEB SITE: www.Florida-Law.com

## FACSIMILE COVER LETTER
Number of pages transmitted 2 (including this page)

| | | |
|---|---|---|
| **Date** | : | December 11, 2006 |
| **To** | : | Kerry Ledbetter, General Liability Examiner III<br>Sedgwick Claims Management Services, Inc. |
| **Telefax** | : | (904) 419-5365 |
| **From** | : | Curtis W. Mollohan, Esq. |
| **RE** | : | <u>Malone vs. Winn-Dixie</u><br>Our File No. 0783-21353 |
| **Message:** | | Please see attached correspondence regarding request for mediation. |

IF YOU ENCOUNTER ANY DIFFICULTIES WITH THIS TRANSMISSION, PLEASE CALL (305) 664-4675.

###### ****** CONFIDENTIALITY NOTE *****

The information contained in this facsimile message is legally privileged, attorney work product, trade secret and/or confidential information intended only for the use of the individual or entity named above. The privileges or other protection to which this information is subject are not waived by virtue of this having been sent by facsimile. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any review, use, communication, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone and return the original message to us at the address above via the United States Postal Service, or if you prefer, we can arrange for its return to us at no cost to you. Thank you.

VERNIS & BOWLING OF MIAMI, P.A
MIAMI, FLORIDA
TEL: (305) 895-3035 / FAX: (305) 892-1260

VERNIS & BOWLING OF PALM BEACH, P.A
NORTH PALM BEACH, FLORIDA
TEL: (561) 775-9822 / FAX: (561) 775-9821

VERNIS & BOWLING OF BROWARD, P.A
FT. LAUDERDALE, FLORIDA
TEL: (954) 522-1299 / FAX: (954) 522-1302

VERNIS & BOWLING OF THE FL. KEYS, P.A.
KEY WEST, FLORIDA
TEL: (305) 293-4670 / FAX: (305) 293-4680

VERNIS & BOWLING OF NORTH FL, P.A.
JACKSONVILLE, FLORIDA
TEL: (904) 620-7243 / FAX: (904) 564-2322

VERNIS & BOWLING OF S.W FL, P.A.
FORT MYERS, FLORIDA
TEL: (239) 334-3035 / FAX: (239) 334-7702

VERNIS & BOWLING OF THE GULF COAST, P.A.
CLEARWATER, FLORIDA
TEL: (727) 443-3377 / FAX: (727) 443-6828

VERNIS & BOWLING OF CENTRAL FL, P.A.
DELAND, FLORIDA
TEL: (386) 734-2505 / FAX: (386) 734-3441

VERNIS & BOWLING OF N.W FL, P.A
PENSACOLA, FLORIDA
TEL: (850) 433-5461 / FAX: (850) 432-0166

VERNIS & BOWLING OF ATLANTA, LLC
ATLANTA, GEORGIA
TEL: (404) 846-2001 / FAX: (404) 846-2002

VERNIS & BOWLING OF SOUTHERN AL, LLC
MOBILE, ALABAMA
TEL: (251) 432-0337 / FAX: (251) 432-0244

VERNIS & BOWLING OF BIRMINGHAM, LLC
BIRMINGHAM, ALABAMA
TEL: (205) 445-1026 / FAX: (205) 445-1036

FLORIDA • ALABAMA • GEORGIA

# VERNIS & BOWLING
## OF THE FLORIDA KEYS, P.A.
ATTORNEYS AT LAW
ISLAMORADA PROFESSIONAL CENTER
81990 OVERSEAS HIGHWAY, 3rd FLOOR
ISLAMORADA, FLORIDA 33036

TELEPHONE (305) 664-4675
FACSIMILE (305) 664-5414

WEB SITE: www.Florida-Law.com

December 11, 2006

**Via Facsimile [904-419-5365] and First Class Mail**

Kerry Ledbetter
General Liability Examiner III
Sedgwick Claims Management Services, Inc.
P.O. Box 24787
Jacksonville, FL 32241-4787

    Re:    **Ryan Malone v. Winn-Dixie**
            **Claim No.: 3724**
            **Case No. 05-03817-3F1**
            **Our File No.: 0783-21353**

Dear Ms. Ledbetter:

    As you may be aware, our office represents Mr. Ryan Malone in his personal injury claim against Winn-Dixie. This correspondence serves as a request for mediation pursuant to the Order Approving Claims Resolution Procedure and Authorizing Debtors to settle or Liquidate Certain Litigation Claims, and as well your letter of May 8, 2006. Kindly advise us of Winn-Dixie's position concerning this request.

    Should you have any questions or concerns please do not hesitate to contact our office.

Very truly yours,

Curtis W. Mollohan
*For the Firm*

CWM/kp

cc:    Ryan Malone c/o Debra J. Malone

VERNIS & BOWLING OF MIAMI, P.A.
MIAMI, FLORIDA
TEL: (305) 895-3035 / FAX: (305) 892-1260

VERNIS & BOWLING OF BROWARD, P.A.
FT. LAUDERDALE, FLORIDA
TEL: (954) 522-1299 / FAX: (954) 522-1302

VERNIS & BOWLING OF NORTH FL, P.A.
JACKSONVILLE, FLORIDA
TEL: (904) 620-7243 / FAX: (904) 564-2372

VERNIS & BOWLING OF THE GULF COAST, P.A.
CLEARWATER, FLORIDA
TEL: (727) 443-3377 / FAX: (727) 443-6828

VERNIS & BOWLING OF N.W. FL, P.A
PENSACOLA, FLORIDA
TEL: (850) 433-5461 / FAX: (850) 432-0166

VERNIS & BOWLING OF PALM BEACH, P.A.
NORTH PALM BEACH, FLORIDA
TEL: (561) 775-9822 / FAX: (561) 775-9821

VERNIS & BOWLING OF THE FL. KEYS, P.A.
KEY WEST, FLORIDA
TEL: (305) 293-4670 / FAX: (305) 293-4680

VERNIS & BOWLING OF S.W FL, P.A.
FORT MYERS, FLORIDA
TEL: (239) 334-3035 / FAX: (239) 334-7702

VERNIS & BOWLING OF CENTRAL FL, P.A.
DELAND, FLORIDA
TEL: (386) 734-2505 / FAX: (386) 734-3441

VERNIS & BOWLING OF ATLANTA, LLC
ATLANTA, GEORGIA
TEL: (404) 846-2001 / FAX: (404) 846-2002

VERNIS & BOWLING OF SOUTHERN AL, LLC
MOBILE, ALABAMA
TEL: (251) 432-0337 / FAX: (251) 432-0244

VERNIS & BOWLING OF BIRMINGHAM, LLC
BIRMINGHAM, ALABAMA
TEL: (205) 445-1026 / FAX: (205) 445-1036

FLORIDA • ALABAMA • GEORGIA

```
TRANSMISSION VERIFICATION REPORT

                                            TIME  : 12/10/2006 16:07
                                            NAME  :
                                            FAX   :
                                            TEL   :
                                            SER.# : 000L5J131334


DATE,TIME                    12/10 16:07
FAX NO./NAME                 19044195365208897600
DURATION                     00:00:41
PAGE(S)                      02
RESULT                       OK
MODE                         STANDARD
                             ECM
```

# VERNIS & BOWLING
## OF THE FLORIDA KEYS, P.A.
ATTORNEYS AT LAW
ISLAMORADA PROFESSIONAL CENTER
81990 OVERSEAS HGWY., 3rd FLOOR
ISLAMORADA, FLORIDA 33036

TELEPHONE (305) 664-4675
FACSIMILE (305) 664-5414

WEB SITE: www.Florida-Law.com

## FACSIMILE COVER LETTER
Number of pages transmitted 2 (including this page)

| | | |
|---|---|---|
| Date | : | December 11, 2006 |
| To | : | Kerry Ledbetter, General Liability Examiner III<br>Sedgwick Claims Management Services, Inc. |
| Telefax | : | (904) 419-5365 |
| From | : | Curtis W. Mollohan, Esq. |
| RE | : | **Malone vs. Winn-Dixie**<br>Our File No. 0783-21353 |
| Message: | | Please see attached correspondence regarding request for mediation. |

IF YOU ENCOUNTER ANY DIFFICULTIES WITH THIS TRANSMISSION, PLEASE CALL (305) 664-4675.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Case No.: 05-03817-3F1 |
| WINN DIXIE STORES, INC., et. al., ) | Chapter 11 |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |

## AGREED ORDER TO LIFT AUTOMATIC STAY

This cause is before the Court upon Ryan Malone's (the "Movant") Motion for Relief from Automatic Stay filed on December 20, 2006 (the "Motion"). The Court finds that (i) notice of the Motion and proposed Agreed Order was served on all interested parties pursuant to Local Rule 2002-4 informing the parties of the opportunity to object to the entry of this order within 15 days of the date of service, (ii) the Movant has complied in good faith, and exhausted, the Claims Resolution Procedure, and (iii) no party filed an objection to the Motion. The Court therefore considers the entry of this order unopposed. Accordingly, it is

ORDERED:

1. The motion is granted to the extent provided herein.

2. The automatic stay is modified for the sole purpose of allowing Movant to commence a civil action in the Circuit Court of the Sixteenth Judicial Circuit in and for Monroe County, Florida (the "Civil Court"), seeking damages against Debtor Winn-Dixie Stores, Inc. The Movant may pursue its Litigation Claim against the Debtors in accordance with normal litigation rules and procedures after the Automatic Stay is lifted. The Movant shall not, however, be able to enforce or execute against the Debtors any judgment obtained as a result of such litigation without further order of this Court. Any such judgment shall be a claim in these

1

Chapter 11 proceedings and shall be treated pursuant to a confirmed plan of reorganization or as otherwise ordered by the Bankruptcy Court.

3. The Movant shall notify the Civil Court of the Debtors' pending Chapter 11 proceedings and that the Movant's action is subject to the automatic stay of 11 U.S.C. §362.

4. Except as modified herein, the automatic stay pursuant to 11 U.S.C. §362 shall remain in full force and effect.

Dated this _____ day of December, 2006, in Jacksonville, Florida.


_____
Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to serve
a copy of this Order on all parties
who received copies of the Motion.