**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

In re:

WINN-DIXIE STORES, INC., et al.,                Case No.:  3:05-bk-03817-JAF

    Debtors.                Chapter 11

_____/                Jointly Administered

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that true and correct copies of the (1) Sixth Interim and Final Application of Houlihan Lokey Howard & Zukin Capital, Inc. as Financial Advisor for the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Interim Period October 1, 2006 through and including November 21, 2006 and Final Period March 3, 2005 through and including November 21, 2006; (2) Sixth Interim and Final Fee Application of Milbank, Tweed, Hadley & McCloy LLP, Counsel for Official Committee of Unsecured Creditors, for Compensation for Professional Services Rendered and for Reimbursement of Expenses During Period from March 1, 2005 through and including November 21, 2006; and (3) Fifth Interim and Final Application of Akerman Senterfitt, Co-Counsel to Official Committee of Unsecured Creditors, for Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred During Period From October 1, 2006, through and including November 21, 2006, and Final Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred During Period from April 22, 2005, through and including November 21, 2006, were furnished by Federal Express overnight delivery, this 23rd day of January, 2007 to:

{JA306594;1}

Kenneth C. Meeker, Esq.
Elena L. Escamilla, Esq.
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801

Winn-Dixie Stores, Inc.
Attn: Laurence B. Appel
5050 Edgewood Court
Jacksonville, FL 32254-3699

King & Spalding LLP
Attn: Sarah Robinson Borders, Esq.
191 Peachtree Street
Atlanta, GA 30303

Rogers Towers, P.A.
Attn.: Betsy Cox, Esq.
1301 Riverplace Boulevard
Suite 1500
Jacksonville, Florida 32207

Stuart, Maue, Mitchell & James Ltd.
Attn.: Linda K. Cooper
3840 McKelvey Road
St. Louis, MO 63044

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: D. J. Baker
Four Times Square
New York, New York 10036

Otterbourg, Steindler, Houston & Rosen, P.C.
Attn: Jonathan N. Helfat
230 Park Avenue, 29th Floor
New York, NY  10169

Milbank, Tweed, Hadley & McCloy LLP
Attn: Matthew Barr, Esq.
1 Chase Manhattan Plaza
New York, NY 10005

Shearman & Sterling, LLP
Attn.: Andrew V. Tenzer, Esq.
599 Lexington Avenue
New York, NY  10022-6069


Dated: January 23, 2007.

AKERMAN SENTERFITT
By:/s/*John B. Macdonald*
    John B. Macdonald
    Florida Bar No. 230340
    Email: john.macdonald@akerman.com
    50 North Laura St., Suite 2500
    Jacksonville, Florida 32202
    (904) 798-3700 (telephone)
    (904) 798-3730 (facsimile)

Co-counsel for the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc. et al.

-and-

MILBANK, TWEED, HADLEY &
McCLOY LLP
Dennis F. Dunne (DD 7543)
Michael E. Comerford (MC 7049)
1 Chase Manhattan Plaza
New York, New York 10005
(212) 530-5000 (telephone)
(212) 530-5219 (facsimile)

Co-counsel for the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc. et al.

{JA306594;1}