NOTICE
&
DEMAND FOR THE DELIVERY OF NEW COMMON STOCK SHARES
OF WINN-DIXIE STORES,INC.
UNDER SECTION 546(b)(2 b) OF THE BANKRUPTCY CODE

---

ATTN: Winn-Dixie Stores,INC   (Debtors)

Skadden,Arps,Slate,Meagher & Flom LLP

(Attorneys For Debtors)

King & Spalding LLP

---

A Notice Of Demand Is Being Serve On You For The Delivery Of Sixteen Thousand(16,000) Shares Of New Common Stock In Debtor(Winn-Dixie Stores, INC).

On 07-27-2006 WAREHOUSE HOLDINGS(546) Filed A "PROOF OF INTEREST" In The United States Bankruptcy Court Middle District Of Florida.

On 11-09-2006 The Debtors Plan Of Reorganization Was Confirmed By The Bankruptcy Court. On 11-21-2006 The Debtors Chapter 11 Plan Of Reorganization Became Effective.

Warehouse Holding (546) Should have Retain 'Property Of Value' As Found In Section 1129(a)7 & 8 Of The Bankruptcy Code. At This Time You Stand In Violation Of Section 546(i)(1)It States 'A Warehousemen's Lien May Not Be Avoided' Failure To Perform The Delivery Will Be Under Grounds For Commencement Of An Action Due To Notice Of Perfection.


WAREHOUSE HOLDINGS (546)

_Vincent E. Rhy_ (OWNER)    DATE: 12-18-2006
Vincent E. Rhynes
1522 W. Manchester AVE Los Angeles CALIF,
90047 Office Hours: 9:00 Am To 3:00 Pm
MON Through FRI.(323)971-6063



CITY OF LOS ANGELES
Office of Finance
P.O. Box 53200
Los Angeles CA 90053-0200

VINCENT E. RHYNES
WAREHOUSE HOLDINGS (546)

1514 W MANCHESTER AVENUE SUITE #5          1522 W MANCHESTER AVENUE
LOS ANGELES, CA 90047-5427                  LOS ANGELES, CA 90047-5424



THIS CERTIFICATE MUST BE POSTED AT PLACE OF BUSINESS
**CITY OF LOS ANGELES TAX REGISTRATION CERTIFICATE**
THIS CERTIFICATE IS GOOD UNTIL SUSPENDED OR CANCELLED
BUSINESS TAX          ISSUED: 03/07/2006

| ACCOUNT NO. | FUND/CLASS | DESCRIPTION | STARTED | STATUS |
|---|---|---|---|---|
| 0002100219-0001-4 | L141 | "Storage, Freight Fwd" | 03/07/2006 | Active |

VINCENT E. RHYNES
**WAREHOUSE HOLDINGS (546)**

1522 W MANCHESTER AVENUE
LOS ANGELES, CA 90047-5424
1514 W MANCHESTER AVENUE SUITE #5
LOS ANGELES, CA 90047-5427

ISSUED BY:
DIRECTOR OF FINANCE

NOTIFY THE OFFICE OF FINANCE IN WRITING OF ANY CHANGE IN OWNERSHIP OR ADDRESS- Office of Finance P.O. Box 53200 Los Angeles CA 90053-0200
IMPORTANT – READ REVERSE SIDE

# CERTIFICATE OF SOLE PROPRIETORSHIP

Complete the following fields to confirm that you are the sole proprietor of the entity for which you wish to open an account.

**I. ACCOUNT INFORMATION**

ACCOUNT TITLE: Warehouse Holdings (546)

ACCOUNT NUMBER: AX9-019867

**II. CERTIFICATION**

Please be assured that I, __Vincent E. Rhynes__ (Print Name), am maintaining account number __AX9-019867__ (Account Number) on your files at Pershing, on behalf of __Warehouse Holdings (546)__ (Sole Proprietorship) and that I am acting as the President, Vice President, Secretary, and Treasurer of __Warehouse Holdings (546)__ (Sole Proprietorship) and that no other party has or will have an interest in this account. I have full authority to do all acts and execute such documents as required on behalf of the sole proprietorship in connection with the account. I am and shall remain financially responsible for all activity in this account and shall fully indemnify and hold you harmless for any loss, debt, or obligation of this account.

**III. SIGNATURE**

PRINT NAME: WAREHOUSE HOLDINGS (546)

SIGNATURE: X Vincent E. Rhy——              DATE: 4-12-2006

SOCIAL SECURITY NUMBER: [redacted]   or   TAXPAYER IDENTIFICATION NUMBER: [redacted]

Pershing  A BNY Securities Group Co.    SCORP
w. 7-03

| NAME AND ADDRESS OF ATTORNEY: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Warehouse Holdings (546)<br>1522 W Manchester Ave<br>Los Angeles CALIF, 90047 | (323) 971-6063 | |

ATTORNEY FOR:

United States Bankruptcy Court
Middle District of Florida
Jacksonville Division

PLAINTIFF(S)/PETITIONER(S): Warehouse Holdings (546)

DEFENDANT(S)/RESPONDENT(S): Winn-Dixie Stores, Inc.

CASE NUMBER: 05-03317-3F1

PROOF OF SERVICE BY MAIL

Hearing: Date —
Time —
Dept.

I am over the age of 18 and not a party to this action. I am a resident of or employed in the county where the mailing occurred. My residence or business address is:

I served a copy of the following documents (list documents): Notice & Demand

by placing a true copy of each document in the United States mail, in a sealed envelope with postage fully prepaid, as follows:

a. Date of deposit: 12-13-2006

b. Place of deposit (city and state): Los Angeles CALIF,

c. Addressed as follows: Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
ATTN: D.J. Baker

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on (date) 12-13-2006, at (place) Los Angeles, California.

Amir Rhynes
12-13-2006
Type or Print Name                                              Signature

ACIS Code
33208(02)

PROOF OF SERVICE BY MAIL

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
In Re: WINN-DIXIE STORES, INC
CASE NO. 05-03817-3F1
CH/ 11

**AFFIDAVIT**

**GENERAL**

THIS SPACE IS FOR COURT USE ONLY

State of Florida
County of _____

Being First Duly Sworn, deposes and says:

I Vincent E. Rhynes On Behalf Of Warehouse Holdings(546) "A Party In Interest" Request That The Bankruptcy Court For The Middle District Of Florida Inter An Order Allowing Warehouse Holdings (546) Filed Proof Of Interest. The Bankruptcy Court Has Jurisdiction Over The Chapter 11 Case Under 28 U.S.C 157 And 1334(a).

1# On 12-18-2006 A Notice & Demand For Delivery Of New Common Stock (I.E Property Of Value) Was Serve On Winn-Dixie Stores,INC(Debtor) To Deliver 16,000 Shares Of The New Common Stock(Property Of Value)Under Section 546(b)(2b)Of The Bankruptcy Code.

2# The Debtor(Winn-Dixie Stores,INC) Has Failed To Perform The Delivery and Is Currently Sanding In Violation Of Section 546(i)(1) Of The Bankruptcy Code.

3# A Copy Of The Notice Is Attach Hereto As Provided For Under Section 546(b)(2b).

4# Warehouse Holdings (546) Is Also Attaching A Copy Of It's Status Certification(DBA) And Due Care Should Perform Under Section 107(b) Of The Bankruptcy Code.

- RELIEF REQUESTED -
Warehouse Holdings (546) Filed Proof Of Interest Be Allowed By "ORDER" Of The Bankruptcy Court.

- BASIS FOR RELIEF -
Section 546(i)(1) Of The Bankruptcy Code
Section 501(a) & 502(a) Of The Bankruptcy Code
Section 105(a) Of The Bankruptcy Code.

