

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Wednesday
January 24, 2007
9:30 A.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Omnibus Application for Final Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred of Professionals Retained by Members of the Official Committee of Unsecured Creditors in Connection with Chapter 11 Plan Substantive Consolidation Compromise (13330)

FTI Consulting, Inc. - Fees in the amount of $50,000

DLA Piper US LLP - Fees in the amount of $50,000

Imperial Capital LLC - Fees in the amount of $100,000

Nixon Peabody, LLP - Fees in the amount of $150,000

Paul Weiss Rifkin Wharton & Garrison, LLP - Fees in the amount of $200,000

Curtis, Mallet-Prevost, Colt & Mosle LLP - Fees in the amount of $452,443.95

Capstone Advisory Group, LLC - Fees in the amount of $425,000

Berger Singerman, P.A. - Fees in the amount of $3,500

Frank/Gecker LLP - Fees in the amount of $9,050

The Applicants seek final approval of $1,439,993.95 in aggregate legal services and reimbursement of expenses incurred in connection with such services.

APPEARANCES:
US TRUSTEE: ELENA ESCAMILLA
UNSEC. CRED: JOHN B. MACDONALD/PATRICK PATANGAN
MATTHEW S. BARR
VARIOUS FEE APPLICANTS: ARTHUR SPECTOR

RULING: Granted
O/S