**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**ORDER ALLOWING FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS FOR MEMBERS OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN CONNECTION WITH CHAPTER 11 PLAN SUBSTANTIVE CONSOLIDATION COMPROMISE**

This case came on for hearing on January 24, 2007, upon the application of the professionals retained by the members of the Official Committee of Unsecured Creditors (the "Creditors Committee Members") in connection with the Chapter 11 Plan substantive consolidation compromise, for the allowance of final compensation for services rendered and reimbursement of expenses (the "Final Application"). The Court has reviewed the Final Application and heard the representation of counsel that the Creditors Committee Members' professionals have agreed to reduce the amounts of their fees and expenses from those requested by their Final Application to an amount that does not in total exceed $1,410,000. Without objection by the United States Trustee or any other interested party, it is

ORDERED AND ADJUDGED:

1. The Final Application is approved to the extent provided by this Order.

2. The Debtors are authorized and directed to pay each professional all fees and expenses allowed by this Order and not previously paid by the Debtors.

3. FTI Consulting, Inc. is allowed final compensation for professional services and reimbursement of expenses of $48,958.54.

4. DLA Piper US LLP (f/k/a DLA Piper Rudnick Gray Cary US LLP) is allowed final compensation for professional services and reimbursement of expenses of $48,958.54.

5. Imperial Capital LLC is allowed final compensation for professional services and reimbursement of expenses of $97,917.08.

6. Nixon Peabody, LLP is allowed final compensation for professional services and reimbursement of expenses of $146,875.62.

7. Paul Weiss Rifkind Wharton & Garrison LLP is allowed final compensation for professional services and reimbursement of expenses of $195,834.16.

8. Curtis, Mallet-Prevost, Colt & Mosle LLP is allowed final compensation for professional services and reimbursement of expenses of $443,019.88.

9. Capstone Advisory Group, LLC is allowed final compensation for professional services and reimbursement of expenses of $416,147.58.

10. Berger Singerman, PA is allowed final compensation for professional services and reimbursement of expenses of $3,427.10.

11.     Frank/Gecker LLP is allowed final compensation for professional services and reimbursement of expenses of $8,861.50.

Dated in Jacksonville, Florida, this ____ day of January, 2007.

Jerry A. Funk
United States Bankruptcy Judge

555376