

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Wednesday
January 24, 2007
9:30 A.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Application for Final Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred by the Indenture Trustee for the Winn-Dixie Notes (13334)

Wilmington Trust - Fees =$107,273.10;  Expenses = $2,963.48

Curtis Mallet, et al - Fees = $617,440.50; Expenses = $37,112.26

Berger Singerman - Fees = $64,948.00; Expenses = $2,168.35

Capstone Advisory Group - Fees = $13,478.40; Expenses = $0

APPEARANCES:
US TRUSTEE:            ELENA ESCAMILLA
UNSEC. CRED:           JOHN B. MACDONALD/PATRICK PATANGAN
                       MATTHEW S. BARR
VARIOUS FEE APPLICANTS:  BRIAN RICH

RULING:

Approved
Ord / Signed