UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**ORDER ALLOWING FINAL COMPENSATION AND
REIMBURSEMENT OF EXPENSES OF PROFESSIONALS
FOR WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE**

This case came on for hearing on January 24, 2007, upon the application of the professionals retained by the Wilmington Trust Company, as Indenture Trustee (the "Indenture Trustee"), for the allowance of final compensation for services rendered and reimbursement of expenses (the "Final Application"). The Court has reviewed the Final Application. Without objection by the United States Trustee or any other interested party, it is

ORDERED AND ADJUDGED:

1.  The Final Application is approved.

2.  The Debtors are authorized and directed to pay each professional all fees and expenses allowed by this Order and not previously paid by the Debtors.

3.  Wilmington Trust Company is allowed final compensation of $107,273.10 for professional services and $2,963.48 for the reimbursement of expenses incurred during the period from February 21, 2005 through November 21, 2006.

4. Curtis, Mallet-Prevost, Colt & Mosle LLP is allowed final compensation of $617,440.50 for professional services and $37,112.26 for the reimbursement of expenses incurred during the period from February 21, 2005 through November 21, 2006.

5. Berger Singerman, PA is allowed final compensation of $64,948.00 for professional services and $2,168.35 for the reimbursement of expenses incurred during the period from February 21, 2005 through November 21, 2006.

6. Capstone Advisory Group, LLC is allowed final compensation of $13,478.40 for professional services incurred during the period from February 21, 2005 through November 21, 2006.

Dated in Jacksonville, Florida, this 24 day of January, 2007.

Jerry A. Funk
United States Bankruptcy Judge

555328