UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:
WINN-DIXIE STORES, INC., Et al.,      Case No. 05-03817-3F1
   Reorganized Debtors.     Chapter 11
_____/     Jointly Administered

## AMENDED MOTION TO ALLOW LATE FILED APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM OF DEJEON CAIN AMENDING DOCUMENT 14560 FILED JANUARY 8, 2007 (POST-PETITION PERSONAL INJURY CLAIM)

Dejeon Cain, by and through undersigned counsel, now files this Amended Motion to Allow Late Filed Administrative Expense Claim of Dejeon Cain for a post-petition slip injury, amending Document 14560 filed January 8, 2007. This Amendment is filed to characterize the post-petition claim as an "administrative" claim and to characterize the request for the claim as an "application" and states as follows:

1. Claimant: Dejeon Cain, C/O Donald J. Schutz, Esq., 535 Central Avenue,. St. Petersburg, FL 33701.

2. Date of Claim: June 7, 2006.

3. Claim: Unliquidated claim for personal injury occurring in store when Mr. Claim slipped in store and sustained possible injury to knee and/or leg. Retail Grocery Store – Jacksonville Division—Store #1097, Sedgwick Claim A611205089-0001-01.

4. Amount of Claim: $5,000.00 or as determined by subsequent litigation. Amount is contingent, disputed, and unliquidated.

5. This claim was filed on January 8, 2007, one business day late, as follows:

1

a. Undersigned counsel received a copy of the Notice of Entry of the Order Confirming Plan requiring the filing of administrative claims by January 5, 2007.

b. The response date was improperly calendared as January 8, 2007 instead of January 5, 2007, and that mistake was not realized until January 8, 2007. Accordingly, on January 8, 2007, this claim and the original motion was filed with this court.

c. This amendment is filed to characterize the claim as an "Administrative Expense," and the to characterize the request for an administrative expense as an "Application."

d. No prejudice has accrued due to this one day delay in the filing of this claim due to a calendaring error by the office of counsel for the claimant.

Wherefore; Dejeon Cain moves this Court for leave to late file this administrative claim for post-petition injury, to allow the claim in the amount of $5,000.00 or such other amount as the court deems appropriate, and for such other relief as the Court deems appropriate.

Certificate of Service

I hereby certify that a copy of this Amended Motion has been served on the following this 24 day of January, 2008, either electronically or by U.S. Mail to the attached mailing matrix and to:

James Post, Esq.
Smith Hulsey & Busey
225 Water Street Suite 1800
Jacksonville, FL 32202
Fax 904-359-7708
email: jpost@smithhulsey.com

Matthew Barr, Esq.
Milbank Tweek Hadley & McCoy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Fax 212-822-5194
email: mbarr@milbank.com

2

_/s/ Donald J. Schutz_
Donald J. Schutz, Esq.
Fla Bar No. 382701
535 Central Avenue
St. Petersburg, FL 33701
727-823-3222
727-895-3222 Telefax
Attorney for Dejeon Cain

## CERTIFICATE OF SERVICE

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, Florida 32254-3699

Adam Ravin, Esq.
Four Times Square
New York, NY 10036

Alan E. Wulbern, Esq.
225 Water Street, Suite 1800
Jacksonville, Florida 32202

Cynthia C. Jackson, Esq.
225 Water Street, Suite 1800
Jacksonville, Florida 32202

James H. Post, Esq.
225 Water Street, Suite 1800
Jacksonville, Florida 32202

Joshua M. Katz, Esq.
999 Peachtree Street, 14th Floor
Atlanta, Georgia 30309

Leanne M. Prendergast, Esq.
225 Water Street, Suite 1800
Jacksonville, Florida 32202

Bankruptcy Court
Clerk of the Court
United States Courthouse
300 N. Hogan Street, Suite 3-350
Jacksonville, Florida 32202

Stephen D. Bussey, Esq.
225 Water Street, Suite 1800
Jacksonville, Florida 32202

Kenneth C. Meeker, U.S. Trustee
135 W. Central Boulevard, Suite 620
Orlando, Florida 32801

Elena L. Escamilla, Esq.
135 W. Central Boulevard, Suite 620
Orlando, Florida 32806

Dennis F. Dunne, Esq.
1 Chase Manhattan Plaza
New York, New York 10005

John B. MacDonald, Esq.
50 N. Laura Street, Suite 2500
Jacksonville, Florida 32202

Patrick P. Patangan, Esq.
50 N. Laura Street, Suite 2500
Jacksonville, Florida 32202

Matthew Barr, Esq.
1 Chase Manhattan Plaza
New York, New York 10005