

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Wednesday
January 24, 2007
9:30 A.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Twenty-Eighth Omnibus Objection to (A) Satisfied Claims, (B) No Liability Claims, (C) No Liability Misclassified Claims, (D) Amended and Superseded Claim and (E) Overstated Claims (13325)

Response filed by Tennessee Department of Revenue (14724)

Response filed by Zuppardo Real Estate Co., Inc. (14709)

APPEARANCES:
US TRUSTEE:                                    ELENA ESCAMILLA
UNSEC. CRED:                                   JOHN B. MACDONALD/PATRICK PATANGAN
                                               MATTHEW S. BARR
TENNESSEE DEPARTMENT OF REVENUE:   GILL GELDREICH
ZUPPARDO REAL ESTATE CO, INC:          BRADLEY MARKEY

RULING:

OR AS TO 234

Ord / Signed