**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | *Chapter 11* |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL FROM CASE AND REQUEST TO STOP**
**ELECTRONIC NOTICE AND FOR REMOVAL FROM SERVICE LIST**

PLEASE TAKE NOTICE that following the entry of agreed order resolving cure objection filed by Camilla Marketplace Associates, LP, on January 17, 2007, D. Lance Langston withdraws his Notice of Appearance on behalf of Camilla Marketplace Associates, LP, and requests that the Clerk stop electronic notices and remove the following entry from the Court's mailing matrix:

D. LANCE LANGSTON
Florida Bar No. 0607398
300 East Park Avenue
Tallahassee, FL 32301

Dated January 24, 2007.

                                                    *s/ D. Lance Langston*
                                                  D. LANCE LANGSTON
                                                  Florida Bar No. 0607398
                                                  300 East Park Avenue
                                                  Tallahassee, FL 32301
                                                  850-561-5050
                                                  850-222-1521 (facsimile)
                                                  lancelangston@earthlink.net

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of January, 200, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing, and by US Mail to counsel for debtors: D. J. Baker, Four Times Square, New York, NY 10036I, djbaker@skadden.com, and Cynthia C. Jackson, 225 Water Street, Suite 1800, Jacksonville, FL 32202, cjackson@smithhulsey.com.

                                                    *s/ D. Lance Langston*