UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,        )        Case No. 05-03817-3F1
                                                           )        Chapter 11
                        Debtors.                  )        Jointly Administered

_____

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Charlotte Smith  (Claim No. 6654) [Docket No. 14792] was furnished by mail on January 23, 2007 to Charlotte Smith c/o J. Scott Nooney, Esq., 3535 Hendricks Ave., Jacksonville, Florida 32207-3303.

Dated:  January 24, 2007

SKADDEN, ARPS, SLATE, MEAGHER        SMITH HULSEY & BUSEY
& FLOM LLP


By  _s/ D. J. Baker_____             By  ____s/ James H. Post_____
      D. J. Baker                                  Stephen D. Busey
      Sally McDonald Henry                  James H. Post (FBN 175460)
      Rosalie Gray                                Cynthia C. Jackson

Four Times Square                          225 Water Street, Suite 1800
New York, New York 10036                Jacksonville, Florida  32202
(212) 735-3000                               (904) 359-7700
(917) 777-2150 (facsimile)                (904) 359-7708 (facsimile)
djbaker@skadden.com                       jpost@smithhulsey.com

Co-Counsel for Debtors                    Co-Counsel for Debtors
00520151.DOC