UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Blanca Velasquez (Claim Nos. 11825 and 11826) [Docket No. 14788] was furnished by mail on January 23, 2007 to Blanca Velasquez c/o Anthony V. Falzon, Esq., Simon, Schindler & Sandberg, 2650 Biscayne Blvd., Miami, Florida 33137-4590 and Rick Giralt, St. Paul Travelers, P.O. Box 4960, Orlando, Florida 32802-4960.

Dated: January 24, 2007

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| | |
| By   *s/ D. J. Baker*   <br> D. J. Baker <br> Sally McDonald Henry <br> Rosalie Gray | By   *s/ James H. Post*   <br> Stephen D. Busey <br> James H. Post (FBN 175460) <br> Cynthia C. Jackson |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (917) 777-2150 (facsimile) <br> djbaker@skadden.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> jpost@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC