

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Wednessday
January 24, 2007
9:30 A.M.

## PRO MEMO

CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Motion to Compel Discovery from Visagent and Motion for Protective Order Filed by Debtors (14778)

APPEARANCES:
US TRUSTEE:              ELENA ESCAMILLA
UNSEC. CRED:             JOHN B. MACDONALD/PATRICK PATANGAN
                         MATTHEW S. BARR

VISAGENT:

RULING:   Cont'd To 2/8

          AOC NFN