UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

**F I L E D**
JACKSONVILLE, FLORIDA

JAN 2 4 2007

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:

Winn-Dixie Stores Inc., et al.,

Reorganized Debtors.
_____/

Case No. 05-03817-3F1

Chapter 11

Jointly Administered

Motion for Administrative Expenses

I, Jeannelle Gousse, request that the court award administrative expenses to me against Winn-Dixie Stores Inc., because:

1. On May 22, 2006, I was shopping at Winn-Dixie, Location #0380, and I slipped and fell because the floor was wet and no signs were placed so that the customers did not walk on the spot.
2. I immediately informed the manager who took my complaint and an Incident Number A611204489 was assigned to my case.
3. I have been and am still being attended to by two doctors for my injuries, and Winn-Dixie is aware of that.
4. One of the doctor's bill as of 12/28/06 is $1,215.00 for the month of December 2006; the orthopaedic surgeon has not yet provided me with a bill.
5. Since I am still undergoing treatment, I do not know that the final bill will be, but am requesting the court put aside a reasonable amount to pay for my medical expenses, as well as, my injuries.
6. I apologize for sending this late, but I was out of town and just got back and found the Notice of A Entry of Order Confirming Plan of Reorganization.

I affirm that this motion was sent to James Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202, and Matthew Bar, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, on January 12, 2007.

*Jeannelle Gousse*
Jeannelle Gousse
1513 SW 119th Avenue
Pembroke Pines, FL 33025

ALAN R FREEDMAN DC PA
ALAN FREEDMAN, DC
190 S UNIVERSITY DRIVE
PEMBROKE PINES, FL 33025
954-433-0300

12/28/2006

**Patient Information:**
Jeanelle Gousse
1513 Sw 119th Ave
Pembroke Pines, FL 33025-
(954)433-9662

**Insured Information:**
Name: GOUSSE, JEANELLE
Claim/ID Number: IEF112360011001
Group Number: 01210900
Date of Onset: / /

Diagnosis:

*** Patient Ledger ***

Account: 5014 BCS                                      Page: 1

| Date from | Date to | CPT | Visits Description | | Charge |
|---|---|---|---|---|---|
| 12/02/2006 | 12/02/2006 | 99203 | OV NP E/M 30 MIN | 25 | 200.00 |
| 12/02/2006 | 12/02/2006 | 98940 | CMT SPINAL 1-2 REGIO | | 60.00 |
| 12/02/2006 | 12/02/2006 | 97014 | PT-ELECTRIC MUSC STI | | 50.00 |
| 12/02/2006 | 12/02/2006 | 97010 | PT-HOT PACK | | 35.00 |
| 12/06/2006 | 12/06/2006 | 98940 | CMT SPINAL 1-2 REGIO | | 60.00 |
| 12/06/2006 | 12/06/2006 | 97014 | PT-ELECTRIC MUSC STI | | 50.00 |
| 12/06/2006 | 12/06/2006 | 97010 | PT-HOT PACK | | 35.00 |
| 12/09/2006 | 12/09/2006 | 98940 | CMT SPINAL 1-2 REGIO | | 60.00 |
| 12/09/2006 | 12/09/2006 | 97014 | PT-ELECTRIC MUSC STI | | 50.00 |
| 12/09/2006 | 12/09/2006 | 97010 | PT-HOT PACK | | 35.00 |
| 12/11/2006 | 12/11/2006 | 98940 | CMT SPINAL 1-2 REGIO | | 60.00 |
| 12/11/2006 | 12/11/2006 | 97014 | PT-ELECTRIC MUSC STI | | 50.00 |
| 12/11/2006 | 12/11/2006 | 97010 | PT-HOT PACK | | 35.00 |
| 12/15/2006 | 12/15/2006 | 98940 | CMT SPINAL 1-2 REGIO | | 60.00 |
| 12/15/2006 | 12/15/2006 | 97014 | PT-ELECTRIC MUSC STI | | 50.00 |
| 12/15/2006 | 12/15/2006 | 97010 | PT-HOT PACK | | 35.00 |
| 12/18/2006 | 12/18/2006 | 98940 | CMT SPINAL 1-2 REGIO | | 60.00 |
| 12/18/2006 | 12/18/2006 | 97014 | PT-ELECTRIC MUSC STI | | 50.00 |
| 12/18/2006 | 12/18/2006 | 97010 | PT-HOT PACK | | 35.00 |
| 12/22/2006 | 12/22/2006 | 98940 | CMT SPINAL 1-2 REGIO | | 60.00 |
| 12/22/2006 | 12/22/2006 | 97014 | PT-ELECTRIC MUSC STI | | 50.00 |
| 12/22/2006 | 12/22/2006 | 97010 | PT-HOT PACK | | 35.00 |

1215.00

**Total Balance:**    $1,215.00

_____    12/28/2006
ALAN FREEDMAN, DC
TAX ID #: 65-0509487           LIC. #: CH0006528          BC/BS #22880