UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 05-03817-3F1

CHAPTER 11

JOINTLY ADMINISTERED

**FILED**
JACKSONVILLE, FLORIDA

**JAN 2 4 2007**

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:

Winn-Dixie Stores, Inc., et al.,

Reorganized Debtors
_____/

**PETITION TO WAIVE FILING DEADLINE**

Idoris Pedroso requests that this Court waive the filing deadline of January 5, 2007 on her claim and alleges:

1. The Notice of Entry of Order was mailed to the wrong address and I did not receive notice until January 8, 2007.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion was mailed this 19th day of January, 2007, to: James Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Fl 32203 and Matthew Barr, Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, New York 10005.

IDORIS PEDROSO
6595 SW 152ND CT.
MIAMI, FL 33193

X _____