UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 05-03817-3F1

CHAPTER 11

JOINTLY ADMINISTERED

In re:

Winn-Dixie Stores, Inc., et al.,

Reorganized Debtors
_____/

**APPLICATION FOR PAYMENT**

Idoris Pedroso requests that this Court permit payment of her claim and alleges:

1. I was injured due to a slip and fall accident at a Winn-Dixie store on February 5, 2006.

2. The claim on or about November, 2006, the claim(A611201183-0001-01) was settled with Sedgwick Claims Management, a representative of Winn-Dixie for $7,470.

3. I request that the Court allow full payment of the settlement.

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion was mailed this 19th day of January, 2007, to: James Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Fl 32203 and Matthew Barr, Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, New York 10005.

IDORIS PEDROSO
6595 SW 152ND CT.
MIAMI, FL 33193

X _____