| | |
|---|---|
| Incident Date: | 10/14/2006 |
| Place of incident: | Hillsborough Ave & 22nd Street @ Winn Dixie Store #2659 |
| Incident City/State: | Tampa, Florida |
| Description of incident: | Client was walking into store, the rug was in the way and she caught her shoe on it and fell. |
| Witness: | Louisa De Leon #813-887-3695-Daughter |
| Description of Injury: | Sprained right foot and bruising on toe, pain in left knee, left shoulder |

EXHIBIT  A