UNITED STATES BANKRUPTCY COURT
Middle District of Florida
Jacksonville Division

Case Nos.: 3-05-bk-3817

In Re:

THE WINN-DIXIE STORES, INC., et. al.

Debtors.
_____/

## REQUEST FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM

ISIDRO GARCIA, by and through undersigned counsel, files this Request for Allowance of Administrative Expense Claim, and states as follows:

1. That on or about December 11, 2005, ISIDRO GARCIA slipped and fell as a result of grapes that were negligently and carelessly left on the floor of one of the Debtor's stores. As a result of the fall, Mr. Garcia sustained serious personal injuries, incurred medical expenses, and lost wages.

2. As a result of the above, Mr. Garcia feels that he has a meritorious and viable tort claim against the Debtor. Mr. Garcia retained Octavio L. Martinez, Esq. to represent him in his personal injury claim, and Mr. Martinez forwarded a representation letter to the Debtor on December 23, 2005. The Debtor acknowledged receiving Mr. Martinez' letter of representation on December 27, 2005.

3. On or about October 11, 2006, a settlement demand package was submitted by Mr. Martinez, Esq., demanding approximately $220,000.00.

4. On or about December 1, 2006, the Debtor, through its claims representative, Domenii Gagliardi, made a substantial settlement offer, and thereafter, the parties continued with settlement negotiations.

5. At no time did Mr. Martinez or Mr. Garcia receive a notice indicating that they must file a Request for Allowance of Administrative Claim. Furthermore, even though the Debtor's representative, Ms. Gagliardi, was engaged in multiple settlement conversations with Mr. Martinez, she never mentioned the need to file a Request for Allowance of Administrative Expense Claim.

6. On January 19, 2007, Mr. Martinez received a letter from Ms. Gagliardi indicating that all settlement offers were being rescinded because a Request for Allowance of Administrative Expense Claim had not been timely filed.

Case 3:05-bk-03817-JAF    Doc 14870    Filed 01/24/07    Page 2 of 2

The Winn-Dixie Stores, Inc., et. al.
CASE NO: 3-05-bk-3817

7. Mr. Martinez immediately advised Ms. Gagliardi that he never received a notice. Ms. Gagliardi responded by referring Mr. Martinez to bankruptcy counsel. Mr. Martinez immediately contacted James Post, Esq. and advised him that he had never received the notice. Thereafter, Mr. Martinez contacted the undersigned to file this Motion on behalf of his client.

8. Given that the Debtor was well aware that Mr. Martinez represented Mr. Garcia with regards to the personal injury claim, and that the Debtor was actively engaged in settlement negotiations prior to the deadline for filing the Request for Allowance of an Administrative Expense Claim, Mr. Martinez should have been provided notice.

WHEREFORE, ISIDRO GARCIA, by and through undersigned counsel, respectfully requests that this Honorable Court allow his Administrative Expense Claim.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by FACSIMILE and Regular U.S. Mail this ____ day of January, 2007, to: James Post, Esq., Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202, Fax: (904)359-7708.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Middle District of Florida.

FREIRE & GONZALEZ, P.A.,
Attorneys for Debtor(s)
[ ] Edward Freire, Esq. FBN: 0813771
[X] Laila S. Gonzalez, Esq. FBN: 0975291
1800 W. 49th Street, Suite 311
Hialeah, FL 33012
(305) 826-1774