UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re: ) Case No. 05-03817-3F1
)
WINN-DIXIE STORES, INC., et al., ) Chapter 11
)
Reorganized Debtors.[1] ) Jointly Administered
)

## AGREED ORDER RESOLVING SCHEDULED CLAIM OF PEPSI COLA BOTTLING CO., AS SET FORTH IN THE DEBTORS' FIRST OMNIBUS MOTION DEEMING SCHEDULES AMENDED

These cases originally came before the Court for hearing on July 27, 2006, upon the First Omnibus Motion Deeming Schedules Amended to (A) Disallow No Liability Scheduled Claims, (B) Reduce Overstated Scheduled Claims and (C) Reclassify Misclassified Scheduled Claims (the "Motion") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors").[2] Formal and informal responses to the Motion were raised and filed, as a result of which the Debtors agreed to continue the Motion with respect to scheduled claim no. 34018 of Pepsi Cola Bottling Co., among others. On July 27, 2006, the Court entered an order (Docket No. 9620) granting the Motion as to the claims listed on the exhibits to the order and continuing the hearing on the Motion as to Pepsi Cola Bottling Co. Based upon the consent of the parties appearing below, it is

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Motion.

ORDERED AND ADJUDGED:

1. The Debtors' Schedules are deemed amended to reduce claim no. 34018 to $17,202.56.

2. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 24 day of January, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Consent
==

The undersigned parties consent to the entry of the foregoing Agreed Order.

| SMITH HULSEY & BUSEY | LATHAM, SHUKER, BAKER, EDEN & BEAUDINE, LLP |
|---|---|
| By /s/ James H. Post<br>James H. Post | By  Jimmy D. Parrish*<br>Jimmy D. Parrish |

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

-and-

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Co-Counsel for Reorganized Debtors

390 North Orange Avenue
Suite 600
Orlando, Florida 32801

(407) 481-5800

-and-

BURR & FORMAN

Heather Lee
3100 Wachovia Tower
420 North 20th Street,
Birmingham, Alabama 35203
(205) 251-3000

Co-Counsel for Pepsi Cola Bottling Co.

*Counsel has authorized his electronic signature

480240-Wilmington Server 1A - MSW