# 583331 v. 1

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:                                              Chapter 11

WINN-DIXIE STORES, INC., *et al.*,                  Case No.: 3:05-bk-3817-JAF

    Debtors.
_____/

## WITHDRAWAL OF THE APPLICATION OF SOUTHERN PARTNERS FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE PRIORITY CLAIM PURSUANT TO 11 U.S.C. SECTIONS 365(d)(3) AND 503(b)

Southern Partners, LP ("Southern Partners"), by and through its undersigned counsel, hereby withdraws its Application for Allowance and Payment of Administrative Expenses Pursuant to Sections 365(d)(3) and 503(b) of Title 11 of the United States Code (Docket No. 12941) (the "Application"). In support hereof, Southern Partners respectfully states as follows:

### Background

1.    Southern Partners filed the Application seeking payment of unpaid post-petition real estate taxes, in the amount of $10,107.30, which the Debtors were obligated to pay pursuant to the nonresidential lease agreement between Southern Partners and the Debtors (the "Real Estate Tax Obligations").

2.    Subsequent to the time that Southern Partners filed the Application, the Debtors paid the Real Estate Tax Obligations to Southern Partners. Accordingly, Southern Partners

Application is no longer necessary and is hereby withdrawn.

                                          Respectfully Submitted,

Dated: January 25, 2007        /s/ Jason Ward Johnson
                                        Robert F. Higgins, Esquire (Florida Bar #0150244)
                                        Jason Johnson, Esquire (Florida Bar #0186538)
                                        LOWNDES DROSDICK DOSTER KANTOR &
                                        REED, P.A.
                                        215 North Eola Drive
                                        Orlando, Florida 32801
                                        Telephone No. 407-843-4600
                                        Facsimile No. 407-843-4444

                                        -and-

                                        STRADLEY, RONON, STEVENS & YOUNG, LLP
                                        Mark J. Dorval (PA Bar #76785)
                                        Michael P. Migliore (DE Bar #4331)
                                        300 Delaware Avenue, Suite 800
                                        Wilmington, Delaware 19801
                                        Telephone No. 302-576-5874
                                        Facsimile No. 302-576-5858

                                        Counsel for Southern Partners, LP

# 583331 v. 1

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing *Withdrawal of the Application of Southern Partners for Allowance and Payment of Administrative Expense Priority Claim Pursuant to 11 U.S.C. Sections 365(d)(3) and 503(b)* was filed with the Clerk of Court by using the Case Management/Electronic Case Filing ("CM/ECF") system which will electronically serve the Application, and I will also serve the foregoing in accordance with Rule 5, *Federal Rules of Civil Procedure*, made applicable by Rule 7005, *Federal Rules of Bankruptcy Procedure*, to the following: Stephen D. Busey, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202; David Jennis, Esq., Jennis & Bowen, P.L., 400 North Ashley Drive, Suite 2540, Tampa, Florida 33602; John B. Macdonald, Esq., Akerman, Senterfitt & Eidson, P.A., 50 North Laura Street, Suite 2500, Jacksonville, Florida 32202; Patrick P. Patangan, Esq., Akerman, Senterfitt & Eidson, P.A., 50 North Laura Street, Suite 2500, Jacksonville, Florida 32202; Elena L. Escamilla, Esq., Assistant United States Trustee, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801; Karol K. Denniston, Esq., Paul, Hastings, Janofsky & Waler, LLP, 600 Peachtree Street, Suite 2400, Atlanta, Georgia 30308; Cynthia C. Jackson, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202; Dennis F. Dunne, Esq., Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Plaza, New York, New York 10005; Adam S. Ravin, Esq., Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, New York 10036; and D.J. Baker, Esq., Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, New York; this 25th day of January, 2007.

                                        /s/ Jason Ward Johnson  
                                        Jason Ward Johnson

| | |
|---|---|
| Stephen D. Busey, Esq.<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>busey@smithhulsey.com | David Jennis, Esq.<br>Jennis & Bowen, P.L.<br>400 North Ashley Drive, Suite 2540<br>Tampa, Florida 33602<br>(813) 229-1700<br>(813) 229-1707 (facsimile)<br>ecf@jennisbowen.com |
| John B. Macdonald, Esq.<br>Akerman, Senterfit & Eidson, P.A.<br>50 North Laura Street, Suite 2500<br>Jacksonville, Florida 32202<br>(904) 798-3700<br>(904) 798-3730 (facsimile)<br>john.macdonald@akerman.com | Patrick P. Patangan, Esq.<br>Akerman, Senterfitt & Eidson, P.A.<br>50 North Laura Street, Suite 2500<br>Jacksonville, Florida 32202<br>(904) 798-3700<br>(904) 798-3730 (facsimile)<br>patrick.patangan@akerman.com |

Elana L. Escamilla, Esq.
Assistant United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
(407) 648-6465
(407) 648-6323 (facsimile)
elana.l.escamilla@usdoj.gov

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Adam S. Ravin, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
ARavin@skadden.com

Karol K. Denniston, Esq.
Paul, Hastings, Janofsky & Waler, LLP
600 Peachtree Street, Suite 2400
Atlanta, Georgia 30308
(404) 815-2347
(404) 685-5347 (facsimile)

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Plaza
New York, New York 10005
(212) 530-5000
(212) 530-5219 (facsimile)
ddunne@milbank.com

D.J. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, New York
(212) 735-3000
(212) 735-2000 (facsimile)
dbaker@skadden.com

# 583331 v. 1