# Adobe Acrobat Reader 4.0 for Windows ReadMe            March 8, 1999

Adobe Acrobat Reader is the free viewing companion to Adobe Acrobat 4.0. Acrobat Reader lets you view, navigate and print Portable Document Format (PDF) files. Adobe Acrobat 4.0 is a complete solution for creating, enhancing, reviewing, editing, and sharing information in PDF. To learn more about Adobe Acrobat 4.0, visit  http://www.adobe.com/prodindex/acrobat/morethanreader.html.

This ReadMe contains information about installing Acrobat Reader 4.0 for Windows and Troubleshooting Issues.

# Installing Acrobat Reader 4.0 for Windows

**System Requirements for Acrobat Reader 4.0 Windows**
- i486 or Pentium processor-based personal computer
- Microsoft Windows 95, Windows 98, or Windows NT 4.0 with Service Pack 3 or later
- 8 MB of RAM on Windows 95 and Windows 98 (16 MB recommended)
- 16 MB of RAM on Windows NT (24 MB recommended)
- 10 MB of available hard disk space
- Additional 50 MB of hard disk space for Asian Fonts (optional)

**Installing and Uninstalling Acrobat Reader 4.0 for Windows**
To install Acrobat Reader 4.0, follow these steps:

- Uninstall Acrobat Reader 3.x using the uninstaller available through the Start menu.
- Make sure you have at least 10 MB of available disk space
- Install Acrobat Reader 4.0

Note: If you uninstall Acrobat 3.x or Acrobat Reader 3.x after installing Acrobat Reader 4.0,  you will need to reinstall Acrobat Reader 4.0 for it to work properly.

Uninstalling Acrobat Reader 4.0

Acrobat Reader 4.0 can be removed using the Adobe Acrobat 4.0 uninstaller which is available through the Start menu. If you uninstall Acrobat 4.0, you will also automatically uninstall Acrobat Reader 4.0 because they share common files.

**Installing the Asian Font Packs for Acrobat Reader 4.0**
Asian Font Packs are available for Acrobat Reader 4.0. With any language version of Acrobat Reader 4.0, you can display Adobe Portable Document Format (PDF) files that contain text in Chinese Simplified, Chinese Traditional, Japanese, and Korean (CJK). If the author of a PDF file embeds CJK fonts in the document, then any language version of Reader 4.0 will be able to display the CJK text on any system without additional software. If the author uses CJK fonts but does not embed them in the document, then you will need access to the correct Asian fonts in order to view the PDF file on non-native systems. All you need to do is install the appropriate Asian font pack for use with Acrobat Reader.

The Asian Font Packs are available on the Adobe Acrobat 4.0 Product CD, or from Adobe's web site at: http://www.adobe.com/prodindex/acrobat/cjkfontpack.html

STSong™ is a trademark of ChangZhou SinoType Technology Co., Ltd

# Troubleshooting Issues

**Using Acrobat 3.0 or Acrobat Reader 3.0 to view and print files created in Acrobat 4.0**
You can use Acrobat 3.0 or Acrobat Reader 3.0 to view and print PDF files created with Acrobat 4.0, taking note of the following.
 *  If you are viewing PDF files created with Acrobat 4.0 that contain Asian language text, you will need to view and print these files with Acrobat  4.0 or Acrobat Reader 4.0.

 * If when creating PDF files using Acrobat 4.0 the default settings in Distiller were changed to take advantage of advanced PDF features for color management or high quality printing, you will need to view and print these files using Acrobat 4.0 or Acrobat Reader 4.0.
* If you are authoring PDF forms in Acrobat 4.0, you will need to design these forms with backwards compatibility in mind for it to work reliably in version 3.0.(see the Forms Javascript Guide included with Acrobat 4.0 for details)
*  If you are viewing PDF files created with Acrobat 4.0 that contains mark ups such as highlighting, underlining, strikethrough, pencil strokes, etc. and these mark ups have associated text notes, you will need to view these files with Acrobat 4.0 or Acrobat Reader 4.0 to be able to double click on the markings and open and view the text notes. (General Text Notes applied to a document can be opened and read with no issues in version 3.0)
* If you using Acrobat 3.0 or Acrobat Reader 3.0 to search an index created with Acrobat 4.0 Catalog, you should obtain document information from the General Info dialog (accessible by selecting File>Document Info>General) rather than the Document Info dialog (accessible from Edit>Search>Results). In some cases, these dialogs may differ slightly.
 [273764]

**Changes to the browser Integration preference take effect only after restarting Acrobat Reader and web browser.**
In order for changes to the Web Browser Integration setting in General Preferences to take effect, both Acrobat Reader and the browser application must be closed and restarted.
[291463]

**Changing monitor color settings may affect Acrobat Reader**
If you change the number of colors your monitor displays while Acrobat Reader is running, restart Acrobat Reader to be certain your PDF files will display with the correct colors.
[288721]

**How to make sure the Euro character will always appear in a PDF**
If a PDF uses the Euro character but does not embed the font that includes this character, and this PDF is viewed on a system that has an older version of the font installed where the Euro character is missing,  the PDF will be missing all occurances of the Euro character. To prevent this problem from occurring,  when you create a PDF using Acrobat that requires the Euro character, be sure to embed the font.  If you are viewing a PDF using Acrobat 4.0 or Acrobat Reader 4.0 that has missing Euro characters, consider updating the fonts on your system to a newer version that contains the Euro character.
[288428]

**Details about how ATM affects Acrobat Reader's Font Info dialog**
When ATM is installed on the system,  Acrobat Reader's Font Info dialog may occassionally have no entry for  the Type field.  This occurs if a bitmap font is used.

**Use newest Matrox or ATI video card drivers for reliable viewing of all PDFs**
If you encounter problems viewing PDF files when using Matrox or ATI video cards, consider upgrading to the newest video drivers. This will very likely fix the problem.
[288703]

**Internet Control Panel required for Adobe Online**
If you cannot connect to a Web server to use the File>Adobe Online feature, and you are certain your Web server is up and working, you may be running a proxy server which is not configured properly in the Internet Control Panel. To resolve this issue:
  * In the Start Menu, select Settings, Control Panel and look for "Internet".
  * If you have an Internet Control Panel, double click on it and go to the Connections Tab. Verify the settings in the tab are properly configured for your environment. ( You can verify this outside Acrobat by attempting to use Internet Explorer to access the Web. Note: Netscape Navigator does not use the Internet Control Panel)
*  If you do not have an Internet Control Panel, you may obtain one by installing a copy of Microsoft Internet Explorer 3.0 or later.
[282722]

**Tips for printing PDF files to low memory printers**
If you are printing a PDF file to non-PostScript printer with a small amount of RAM (for example, 2 MB), the printer may run out of memory.  If this occurs, you have three options:

 * In Acrobat Reader's Print dialog, select Properties and change the print resolution to something lower, like 300 dpi.
 * Upgrade the memory in the printer.
 * Use the "Print as image" setting in Acrobat Reader's Print dialog.
[285296]

**Using the Print As Image option may eliminate printing problems**
If Acrobat Reader fails to print a file correctly, try selecting the Print As Image option in Acrobat Reader's Print dialog. This option, which tells Acrobat Reader to send a 300 dpi raster image to the printer rather than vector art, may enable troublesome files to print. This option is not, however, recommended for general purpose use because it may make many PDF files print slower.
[289026]

**How to make sure PDFs with custom page sizes print as expected**
The default Acrobat Reader printing behavior is to scale the PDF page to fit the paper size. If you do not want your PDF scaled to the current paper size, follow these steps. In Acrobat Reader's print dialog, uncheck Fit To Page, then select Properties and choose the correct paper size.

**How to make sure N-up printing works in Acrobat Reader**
If N-up printing does not work in Acrobat Reader, you probably do not have the AdobePS printer driver on your system. If you print from Acrobat Reader using the Microsoft PSCRIPT PostScript printer driver, which is the likely scenario if you do not have the AdobePS driver installed, Acrobat Reader's N-up printing option does not work.  The N-up printing option, which allows you to print multiple pages on one page,  is only available if you print from Acrobat Reader using the AdobePS printer driver. AdobePS can be obtained from the Adobe web site on the Adobe Products page under Adobe Printing Technologies.
[284943]

**Printing Even/Odd pages and Reverse pages do not work together**
[296097]

**PDF pages printed on PCL printers may not be centered**
Certain DeskJet and other non-PostScript printers have printer drivers that do not have consistent margins all the way around the page.  The left and right values generally are equivalent, but the top and bottom are sometimes quite different.  This can result in a PDF file, or another file type, being printed with the contents appearing to shift toward the top of the page. Try printing with the FitToPage option turned on in the Print dialog to alleviate the effect. This may be useful, however there is no guarenteed fix since the issue is with the printer driver.
[283825]

**Printing problems with HP4SiMX PCL printer.**
Vertical lines are drawn as filled circles on the HP4SiMX PCL printer driver. Please use Raster graphics, rather than vector graphics, for this printer.
[295061]

**Tips for printing to the HP LaserJet 5 and 5M**
If you are having trouble with the HP LaserJet 5M Standard driver on Win95 or Win98, we recommend downloading the HP LaserJet 5M Enhanced driver from HP's website.  Alternatively, for Win98 you can use the  Universal Printer driver with the HP LaserJet 5 or 5M printer.
[275249]

**Use the enhanced drivers that come with the HP LaserJet printer**
HP LaserJet printers often come with Standard and Enhanced drivers.  For the best results when printing to LaserJets from Acrobat Reader use the Enhanced drivers.
[281592]

**Printing issues using the HP LJ 6P Enhanced and Standard drivers on Win95**
Occassionally you may encounter PDF files which do not print correctly with the HP  LJ6P Enhanced and Standard printer drivers for Win95. If this occurs, try another HP printer driver for Win95 (LJ5 or LJ4), or use the Print As image option in the Acrobat Reader Print dialog.
[288457]

**Character dropouts in PCL printing on Windows NT 4.0**

If you notice text dropping out when printing on WinNT 4.0 with a non-PostScript printer driver, try switching the Document Defaults option in the Advanced pane for Print Text as Graphics from off to "on."  This will cause text to be emitted to that non-PS printer as a graphic bitmap.
[296078]

**The AdobePS 4.2.4 driver can only print 255 pages at one time**
Acrobat Reader will only be able to print 255 pages at one time when printing with the AdobePS 4.2.4 PostScript printer driver.
[281591]

**PostScript Level 1 printing issues**
Acrobat 4.0 PDFs which contain LAB based ICC images may not print correctly when printed to PostScript Level 1 printers. To assure proper printing of these high quality color PDFs, print them to a PostScript 3 or PostScript Level 2 printer.

**Some PostScript printing options have limited availability in Acrobat Reader**
The PostScript printing options Print Mirror Image, Print Negative Image, Flip Horizontal or Vertical, and Invert Image are only available in Acrobat and Acrobat Reader if you check the "Print as Image" option in the print dialog.
[283953]

========================================================================
Adobe, the Adobe logo, Acrobat, the Acrobat logo, Acrobat Capture, Distiller, Adobe Type Manager, ATM, Illustrator, PageMaker, Photoshop, and PostScript are trademarks of Adobe Systems Incorporated. Microsoft, Windows, and Windows NT are either registered trademarks or trademarks of Microsoft Corporation in the U.S. and/or other countries. Apple, Macintosh, Mac, Power Macintosh, and TrueType, are trademarks of Apple Computer, Inc. registered in the U.S. and other countries. All other trademarks are the property of their respective owners.

 (c) 1999 Adobe Systems Incorporated. All rights reserved.
========================================================================