**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE WITH RESPECT TO**
**AGREED ORDER WITHDRAWING CLAIM NUMBER 12758 FILED BY US BANK**
**NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, AS SET FORTH IN THE**
**DEBTORS' TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION**

    I, Adam S. Ravin, certify that I caused to be served the Agreed Order Withdrawing Claim Number 12758 filed by US Bank National Association, as Indenture Trustee, as set forth in the Debtors' Twenty-Fourth Omnibus Claims Objection (Docket No. 14826), by having a true and correct copy thereof sent to the party listed on Exhibit A via e-mail on January 24, 2007.

Dated: January 25, 2007

                                                  SKADDEN, ARPS, SLATE,
                                                MEAGHER & FLOM LLP

                                                By:  /s/  *Adam S. Ravin*
                                                Adam S. Ravin
                                                Four Times Square
                                                New York, New York 10036
                                                (212) 735-3000
                                                (917) 735-2000 (facsimile)

                                                     and

                                                SMITH HULSEY & BUSEY

                                                By:  /s/  *Cynthia C. Jackson*
                                                Cynthia C. Jackson
                                                Florida Bar Number 498882
                                                225 Water Street, Suite 1800
                                                Jacksonville, Florida  32202
                                                (904) 359-7700
                                                (904) 359-7708 (facsimile)

                                                Co-Counsel for Reorganized Debtors

## Exhibit A

Robert J. Welhoelter
Waller, Lansden, Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
robert.welhoelter@wallerlaw.com

579236.01-New York Server 5A - MSW