## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

### NOTICE OF AGREED ORDER RESOLVING (I) CLAIM NUMBER 12834 FILED BY INDIAN TRAIL SQUARE, LLC, AS SET FORTH IN THE DEBTORS' TWENTY-SECOND OMNIBUS CLAIMS OBJECTION, AND (II) INDIAN TRAIL SQUARE, LLC'S APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSE

---

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

The Court will consider this matter without further notice or hearing unless a party in interest files an objection within 3 business days from the date of service of this paper. If you object to the relief requested in this paper, you must (a) file your response with the Clerk of the Bankruptcy Court in accordance with the Court's electronic filing procedures or at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and (b) serve a copy by email and fax on (i) Winn-Dixie Stores, Inc. c/o Jay Castle, Esq., 5050 Edgewood Court, Jacksonville, Florida 32254, JayCastle@winn-dixie.com, (ii) James H. Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, jpost@smithhulsey.com and (iii) Rosalie Gray, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, rgray@skadden.com.

If you file and serve a response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file a response within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates (the "Debtors")

give notice of the proposed entry of the attached Agreed Order Resolving (I) Claim

Number 12834 Filed by Indian Trail Square, LLC, as set Forth in the  Debtors'

Twenty-Second Omnibus Claims Objection, and (II) Indian Trail Square, LLC's

Application for Payment of Administrative Expense.

If no objection to the proposed Agreed Order is filed and served within the

time set forth above, the Court will be requested to enter the Agreed Order without

further notice or hearing.

Dated:    January 25, 2007

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By    _*s/ D.J. Baker*_____          By    _*s/ James H. Post*____
      D. J. Baker                              Stephen D. Busey
      Sally McDonald Henry                     James H. Post
      Rosalie Walker Gray                       Cynthia C. Jackson
      Jane M. Leamy
                                         Florida Bar Number 175460
Four Times Square                        225 Water Street, Suite 1800
New York, New York 10036                 Jacksonville, Florida  32202
(212) 735-3000                           (904) 359-7700
(917) 777-2150 (facsimile)               (904) 359-7708 (facsimile)
djbaker@skadden.com                      jpost@smithhulsey.com

Co-Counsel for Reorganized Debtors       Co-Counsel for Reorganized Debtors

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. [1] | ) | Jointly Administered |
| | ) | |

**AGREED ORDER RESOLVING (I) CLAIM NUMBER 12834
FILED BY INDIAN TRAIL SQUARE, LLC, AS SET FORTH
IN THE DEBTORS' TWENTY-SECOND OMNIBUS CLAIMS
OBJECTION, AND (II) INDIAN TRAIL SQUARE, LLC'S
APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSE**

These cases originally came before the Court for hearing on October

12, 2006, upon the Twenty-Second Omnibus Objection (the "Objection") of Winn-

Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the

"Debtors") to the proofs of claim listed on Exhibit A through F to the Objection.[2]  A

response to the Objection was filed by Indian Trail Square, LLC ("Indian Trail"), as

a result of which the Debtors agreed to continue the Objection with respect to claim

no. 12834 filed by Indian Trail, among others.  On October 12, 2006, the Court

entered an order (Docket No. 10873) sustaining the Objection as to the proofs of

claim listed on the exhibits to the order and continuing the hearing on the Objection

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these
related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep
South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers,
Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway
Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc.,
Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks,
Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery,
Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie
Supermarkets, Inc.

[2]    All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to
them in the Objection.

as to claim no. 12834 and other unresolved claims.  Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1.      Claim no. 12834 filed by Indian Trail and transferred to Liquidity Solutions, Inc. is allowed as an unsecured non-priority claim in the amount of $326,994.71, and the remainder of claim no. 12834 is disallowed.

2.      The Debtors have paid to Indian Trail the amount of $19,250.000 in full and complete satisfaction of Indian Trail's Application for Payment of Administrative Expense (Docket No. 11653).

3.      To the extent that Indian Trail recovers any amounts that are the subject of its Application for Payment of Administrative Expense (Docket No. 11653) from Beuhler Foods, Inc., whose bankruptcy case is currently pending before the United States Bankruptcy Court, Southern District of Indiana, Evansville Division (Case No. 05-70961), Indian Trail agrees to turn over such amounts to the Debtors.

4.      Indian Trail's Application for Payment of Administrative Expense (Docket No. 11653) is deemed withdrawn.

5.      This Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims filed by Indian Trail in these Chapter 11 cases and (ii) all other pre-petition or pre-confirmation claims that Indian Trail has or may have against the Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

6.    The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this _____ day of January, 2007 in Jacksonville, Florida.


_____
Jerry A. Funk
United States Bankruptcy Judge

<u>Consent</u>

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY

By /s/ James H. Post
    James H. Post

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

-and-

SKADDEN, ARPS, SLATE,
MEAGHER
& FLOM LLP

D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Co-Counsel for the Debtors


SHUTTS & BOWEN LLP

By /s/ Andrew M. Brumby
    Andrew M. Brumby

300 South Orange Avenue, Suite 1000
Orlando, FL 32801

-and-

STITES & HARBISON

Elizabeth Lee Thompson
250 West Main Street, Suite 2300
Lexington, KY 40507-1758
Telephone: (859) 226-2300

Counsel for Indian Trail Square, LLC

*Counsel has authorized his electronic
signature


LIQUIDITY SOLUTIONS, INC.

By
Dana Kane
One University Plaza, Suite 312
Hackensack, New Jersey 07601
(201) 968-0001
(201) 968-0010 (facsimile)

4

## Certificate of Service

I certify that a copy of this document has been furnished

electronically and by facsimile to the Post-Effective Date Committee, c/o Matthew

Barr, Esq. and Michael Comerford, Esq., Milbank, Tweed, Hadley & McCloy LLP,

1 Chase Manhattan Plaza, New York, NY 10005, mbarr@milbank.com,

mcomerford@milbank.com, this 25th day of January, 2007.

*Jane M. Leamy*
Attorney
