IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

WINN-DIXIE STORES, INC., et al.,                    Chapter 11
                                                    Case No. 3:05-03817-JAF
                    Debtor.                         (Jointly Administered)
_____/

**DIVERSIFIED MAINTENANCE SYSTEMS, INC.'S
NOTICE OF WITHDRAWAL OF ITS
MOTION TO COMPEL ASSUMPTION OR REJECTION
OF EXECUTORY CONTRACT
(Dkt. No. 6252)**

Diversified Maintenance Systems, Inc., by and through its undersigned counsel, hereby withdraws its Motion to Compel Assumption or Rejection of Executory Contract filed with the Court March 2, 2006 at Dkt. No. 6252.

/s/ Lara Roeske Fernandez
LARA ROESKE FERNANDEZ
Florida Bar No. 0088500
TRENAM, KEMKER, SCHARF,
BARKIN, FRYE, O'NEILL & MULLIS, P.A.
Suite 2700, Bank of America Plaza
101 East Kennedy Boulevard
Tampa, Florida 33602
Telephone: (813) 223-7474
Fax: (813) 229-6553
Attorneys for Diversified Maintenance
Systems, Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Withdrawal of Diversified Maintenance Systems, Inc.'s Motion to Compel Assumption

or Rejection of Executory Contract has been served via the Court's CM/ECF Noticing System or by U.S. Mail on January 26, 2007 to:

| | |
|---|---|
| Paul M. Renner, Esquire<br>233 E. Bay Street, Suite 901<br>Jacksonville, Florida 32202 | Winn-Dixie Stores, Inc.<br>5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 |
| Adam Ravin, Esquire<br>Skadden Arps, et al.<br>Four Times Square<br>New York, New York 10036 | Cynthia Jackson, Esquire<br>Stephen D. Busey, Esquire<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32201 |
| Elena L. Escamilla, Esquire<br>U.S. Trustee's Office<br>135 W. Central Boulevard<br>Suite 620<br>Orlando, Florida 32801 | Official Committee of Unsecured Creditors<br>c/o Dennis F. Dunne, Esquire<br>Milbank, Tweed, Hadley & McCloy, LLP<br>1 Chase Manhattan Plaza<br>New York, New York 10005 |
| John B. MacDonald, Esquire<br>Patrick P. Patangan, Esquire<br>Akerman Senterfitt<br>50 North Laura Street<br>Suite 2500<br>Jacksonville, Florida 32202 | Robert D. Wilcox, Esquire<br>6817 Southpoint Parkway<br>Suite 1302<br>Jacksonville, Florida 32216 |

/s/Lara Roeske Fernandez
Attorney

-1872018v1

2