IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 05-03817 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | Jointly Administered |
| Reorganized Debtors.[1] | ) | |
| _____ | ) | |

**SECOND STIPULATION TO EXTEND TIME IN WHICH UNITED STATES
MAY FILE ITS RESPONSE TO REORGANIZED DEBTORS'
ALTERNATIVE MOTION TO ESTIMATE CLAIMS**

The United States, on behalf of the Department of Health and Human Services, and the Reorganized Debtors previously stipulated that the United States could respond to the Reorganized Debtors' "Alternative Motion to Estimate Claims" [docket no. 12786] on or before February 2, 2007.  See [docket no. 14671].  In light of ongoing settlement discussions between the parties, the United States and the Reorganized Debtors now stipulate and agree that the United States may file its response to the Reorganized Debtors' "Alternative Motion to Estimate Claims" on or before February 9, 2007.

---

[1]  In addition to Winn-Dixie Stores, Inc., the Reorganized Debtors include these twenty-three related entities: Astor Products, Inc.; Crackin' Good, Inc.; Deep South Distributors, Inc.; Deep South Products, Inc.; Dixie Darling Bakers, Inc.; Dixie-Home Stores, Inc.; Dixie Packers, Inc.; Dixie Spirits, Inc.; Dixie Stores, Inc.; Economy Wholesale Distributors, Inc.; Foodway Stores, Inc.; Kwik Chek Supermarkets, Inc.; Sunbelt Products, Inc.; Sundown Sales, Inc.; Superior Food Company; Table Supply Food Stores Co., Inc.; WD Brand Prestige Steaks, Inc.; Winn-Dixie Handyman, Inc.; Winn-Dixie Logistics, Inc.; Winn-Dixie Montgomery, Inc.; Winn-Dixie Procurement, Inc.; Winn-Dixie Raleigh, Inc.; and Winn-Dixie Supermarkets, Inc.

Respectfully submitted,

DATED: January 26, 2007.

SKADDEN ARPS, SLATE,
MEAGHER & FLOM LLP
D.J. BAKER
SALLY MCDONALD HENRY
ROSALIE WALKER GRAY
Four Times Square
New York, New York 10036
Tel: (212) 735-3000
Fax: (212) 735-2000
Email: rgray@skadden.com

    -and-

SMITH HULSEY & BUSEY

/s/ *James H Post*       
STEPHEN D. BUSEY
JAMES H. POST
LEANNE MCKNIGHT PRENDERGAST

Florida Bar No. 175460
225 Water Street, Suite 1800
Jacksonville, Florida  32202
Tel: (904) 359-7700
Fax: (904) 359-7708
Email: jpost@smithhulsey.com

Attorneys for the Reorganized Debtors

PETER D. KEISLER
Assistant Attorney General
Civil Division

PAUL I. PEREZ
United States Attorney

MARCIO W. VALLADARES
Assistant United States Attorney
United States Courthouse
300 North Hogan Street, Suite 700
Jacksonville, Florida 32202-4270
Tel: (904) 301-6324/6300
Fax: (904) 301-6363/6310
Email: Marcio.Valladares@usdoj.gov

/s/ *Kyle A. Forsyth*      
J. CHRISTOPHER KOHN
RUTH A. HARVEY
KYLE A. FORSYTH

Attorneys, Civil Division
U.S. Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-0452
Fax: (202) 514-9163
Email: Kyle.Forsyth@usdoj.gov

Attorneys for the United States