UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| | CASE NO. 05-03817-F1 |
| WINN-DIXIE STORES, INC., *et al.* | (Jointly Administered) |
| Debtors. | Judge Jerry A. Funk |
| _____/ | |

**NOTICE OF REQUEST FOR REMOVAL FROM SERVICE LIST
AND REQUEST TO STOP ELECTRONIC NOTICE**

PLEASE TAKE NOTICE that William E. Lawton and the law firm of Dean, Ringers, Morgan & Lawton, P.A. hereby give notice that following the entry of Agreed Order Resolving Claims Filed by Wyeth Consumer Healthcare, As Set Forth in the Debtors' Twenty-Second Omnibus Objection, their representation of WYETH CONSUMER HEALTHCARE in this matter is concluded, and request that it be removed from any and all service lists by e-mail or otherwise in this matter, and receive no further notices, pleadings, motions, orders and other documents filed in this proceeding.

Respectfully submitted this 26th day of January, 2007.

*s/ William E. Lawton*
WILLIAM E. LAWTON, ESQ.
Florida Bar No. 0163236
Dean, Ringers, Morgan & Lawton, P.A.
Post Office Box 2928
Orlando, Florida 32802-2928
Tel:   407-422-4310
Fax:   407-648-0233
WLawton@drml-law.com
Attorney for Wyeth Consumer Healthcare

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed electronically with CM/ECF, which will furnish electronic notification to counsel for the Debtors: Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D. J. Baker, Jane Leamy, Four Times Square, New York, NY 10036, djbaker@skadden.com; jlcamy@skadden.com this 26th day of January, 2007.

*s/ William E. Lawton*
WILLIAM E. LAWTON, ESQ.