# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

## APPEAL COVER SHEET

| Appellant | Appellee |
|---|---|
| FLORIDA TAX COLLECTORS | WINN-DIXIE STORES, INC., et al. |
| Bankruptcy Case No. 05-03817-3F1 | Adversary Case No. |
| Attorney: (Name, Address and Telephone Number) | Attorney: (Name, Address and Telephone Number) |
| Brian T. Hanlon, Esq.<br>PO Box 3715<br>West Palm Beach, FL 33402-3715<br>p: 561-355-2142 | D. J. Baker, Esq.<br>Four Times Square<br>New York, NY 10036<br>p: 212-735-3000 | Stephen D. Busey, Esq.<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32202<br>p: 904-359-7700 |

## NATURE OF PROCEEDING

Check appropriate item

[✓] **Appeal pursuant to 28 USC §158**
   Notice of Appeal filed: January 26, 2007
   Date of Order Appealed: January 19, 2007
   Title of Order Appealed: Order Denying Florida Tax Collectors' Motion for Leave to File Proofs of Claim Without Prejudice
   Debtor's County of Residence: Duval

[ ] **Motion to Withdraw Reference**
   Filed: _____ By: _____

[ ] **Interlocutory Appeal**
   Title of Interlocutory Order or Decree: _____
   Date of Order or Decree: _____
   Brief Description of Matter Appealed: _____

[ ] **Motion for Leave to Appeal**
   Date Filed: _____

[ ] Other _____

[ ] Designation in Appeal
Have arrangements been made with a Court Reporter for Transcript?  [✓] Yes   [ ] No
If not, do you intend to do so?  [ ] Yes  [ ] No   If ordered, on what date? _____

_____
Attorney/Appellant