# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

## APPEAL COVER SHEET

| Appellant | Appellee |
|---|---|
| FLORIDA TAX COLLECTORS | WINN-DIXIE STORES, INC., et al. |
| Bankruptcy Case No. 05-03817-3F1 | Adversary Case No. |
| Attorney: (Name, Address and Telephone Number) | Attorney: (Name, Address and Telephone Number) |
| Brian T. Hanlon, Esq.<br>PO Box 3715<br>West Palm Beach, FL 33402-3715<br>p: 561-355-2142 | D. J. Baker, Esq.<br>Four Times Square<br>New York, NY 10036<br>p: 212-735-3000 — Stephen D. Busey, Esq.<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32202<br>p: 904-359-7700 |

### NATURE OF PROCEEDING

Check appropriate item

[✓] Appeal pursuant to 28 USC §158
  Notice of Appeal filed: January 26, 2007
  Date of Order Appealed: January 19, 2007
  Title of Order Appealed: Order Granting in Part and Denying in Part Florida Tax Collectors' Motion to Dismiss Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities
  Debtor's County of Residence: Duval

[ ] Motion to Withdraw Reference
  Filed: _____ By: _____

[ ] Interlocutory Appeal
  Title of Interlocutory Order or Decree: _____
  Date of Order or Decree: _____
  Brief Description of Matter Appealed: _____

[ ] Motion for Leave to Appeal
  Date Filed: _____

[ ] Other _____

[ ] Designation in Appeal
Have arrangements been made with a Court Reporter for Transcript?  [✓] Yes  [ ] No
If not, do you intend to do so?  [ ] Yes  [ ] No   If ordered, on what date? _____

_____
Attorney/Appellant