# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

| PART I | PURCHASE ORDER FOR TRANSCRIPT |
|---|---|

Bankruptcy Case Number: __05-03817-3F1__    Adversary Case No.: _____

Court Reporter: __Statewide Reporting Service (Loretta D. McDonald)__

Date of Notice of Appeal filed: __January 26, 2007__

Name of Opposing Party: __Florida Tax Collectors__

Name of Counsel: __Brian T. Hanlon, Esq.__
(Firm, or individual if no firm)

Address: __PO Box 3715__

__West Palm Beach, FL 33402-3715__

Check one of the following:

☐ Transcript unnecessary for appeal purpose.

☑ Transcript is already on file in Clerk's Office.

☐ Request is hereby made to court reporter named above for a transcript of the following procedure(s). (*List date and type of hearing*)

_____

_____

I personally guarantee payment of the cost of the transcript. Please notify me of any deposit required or bill me in accordance with your usual requirements.

Telephone: __561-355-2142__    Name: __Brian T. H[anlon]__ (signature)

Date: __1-26-07__    Attorney for: __Florida Tax Collectors__

| PART II | REPORTER'S ACKNOWLEDGEMENT |
|---|---|

The following transcript order was received on: _____

Satisfactory arrangements ☐ have  ☐ have not been made for payment of the transcript cost.

No. of trial/hearing days _____  Estimated no. of pages _____  Estimated completion date _____

If enlargement of time for filing is requested and transcript cannot be completed within 30 days from receipt of transcript order, please state time required and reasons on separate page.

Date: _____    Signature: _____

**COPIES TO:    ORIGINAL TO REQUESTOR    -    COURT REPORTER    -    COURT**