UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN DIXIE STORES, INC., et al.,         Case No. 05-03817-3F1

Debtors.                                  Chapter 11 – Jointly Administered

_____/

**MOTION BY DANA EALY FOR LEAVE TO SUBMIT LATE
MOTION FOR ALLOWANCE AND PAYMENT OF
ADMINISTRATIVE EXPENSE PRIORITY CLAIM**

Dana Ealy, by and through her undersigned counsel, files this motion for leave to submit a motion for allowance and payment of an administrative expense priority claim past the January 5, 2007, bar date, and states as follows:

1. On February 21, 2005, the Debtors commenced this bankruptcy case by filing a petition for relief under Chapter 11 of the United States Bankruptcy Code. The Debtors subsequently operated their businesses as debtors-in-possession.

2. On or about July 1, 2006, the Claimant was injured while shopping at Winn-Dixie store number 231. The Claimant sustained her injuries on account of the negligence of the Debtors in the operation of their business.

3. On September 26, 2006, the law firm of Glinn Somera & Silva ("Claimant's Counsel") sent a certified letter (the "Initial Notice") to the Debtors advising of its legal representation of the Claimant and describing the above-referenced incident and the Claimant's resulting injuries. Significantly, the Initial Notice directed the Debtors to forward any subsequent related communications only to the Claimant's Counsel. A

true and accurate copy of the Initial Notice and related receipt are attached hereto as Exhibit A.

4. On or about December 6, 2006, the Debtors filed a notice (the "Bar Notice") stating that all persons asserting administrative claims were required to file and serve an application for payment of such claims by January 5, 2007.

5. **The Debtors did not serve the Bar Notice upon Claimant through her counsel.**

6. Because Claimant's Counsel was not informed by the Debtors that the Claimant was subject to the deadline described in the Bar Notice, the Claimant did not file an administrative claim before that deadline.

7. The fact that the Debtors were aware at all relevant times of the Claimant's representation by counsel is evidenced by a letter dated January 8, 2007, from the Debtors' third-party claims administrator addressed to Claimant's Counsel. A true and accurate copy of the letter is attached hereto as Exhibit B.

8. Contemporaneously herewith, the Claimant has a filed a motion for allowance and payment of an administrative expense priority claim as a result of her injuries (C.P.#14897) (the "Claim").

9. The Claim should be deemed timely filed for three independent reasons. First, the Debtors failed to provide the Claimant with proper notice of the bar date by failing to serve the Bar Notice upon her known legal counsel.[1] See Mullane v. Central Hanover Bank & Trust Co., 339 U.S. 306 (1950) (discussing due process requirement of

---

[1] While the Debtors have filed a certificate of service indicating that they mailed a copy of the Bar Notice to the Claimant's home address, the Claimant never received any such notice. Regardless, any such communication would have provided insufficient notice under the circumstances.

2

tailored notice); In re Spring Valley Farms, Inc., 863 F.2d 832 (11th Cir. 1989) (holding that specific notice is required before a claim can be discharged). Second, the Debtors were aware of the subject claim prior to the bar date through their receipt of the Initial Claim, which constituted a timely and cognizable informal claim. See In re L. Meyer & Son Seafood Corp., 188 B.R. 315 (Bankr. S.D. Fla. 1995) (allowing informal proof of claim). Third, the deadline should be extended under Bankruptcy Rule 9006(b)(1), particularly in light of the absence of prejudice to the Debtors, the Claimant's good faith, and the timeliness of this motion. See Pioneer Inv. Svcs. Co. v. Brunswick Assocs. Ltd. P'ships, 507 U.S. 380 (1993); In re E.S. Bankest, L.C., 321 B.R. 588 (Bankr. S.D. Fla. 2005).

WHEREFORE, Claimant Dana Ealy respectfully requests that the Court deem her contemporaneously filed motion for administrative expense priority claim (C.P.#14897) as timely filed.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail, postage prepaid, upon the following parties on this 26th day of January, 2007.

Matthew Barr
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

James Post
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

D. J. Baker
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036

Respectfully submitted,

Paul M. Silva, Esq.
Glinn Somera & Silva
Somera Silva Building
212 N. Federal Highway
Deerfield Beach, FL 33441
Lead Counsel for Claimant Dana Ealy
Telephone: (954) 426-5553
Facsimile: (954) 426-6646


/s/David N. Stern
David N. Stern
Florida Bar No. 040398
Genovese Joblove & Battista, P.A.
200 East Broward Boulevard, Suite 1110
Ft. Lauderdale, FL 33301
Bankruptcy Counsel for Claimant Dana Ealy
Telephone: (954) 453-8000
Facsimile: (954) 453-8010
E-Mail: dstern@gjb-law.com

TRIAL LAWYERS

FRANKLYN B. GLINN
PETER J. SOMERA JR.
PAUL M. SILVA, M.D., J.D.
JUSTIN B. BENNETT, J.D., LL.M

CHIEF INVESTIGATOR
JOSEPH A. SARAKINIS

# GLINN SOMERA & SILVA
____ SINCE 1969 ____

SOMERA SILVA BUILDING
212 N. FEDERAL HIGHWAY
DEERFIELD BEACH, FL 33441

TEL         954.426.5553
FAX         954.426.6646
MIAMI OFFICE   305.854.5100

September 26, 2006

Winn-Dixie Marketplace
Attn: Risk Management
5850 N.W. 183rd Street
Miami, FL 33015

RE:   Ealy, Dana
      Date of Incident: 07/01/2006

To Whom It May Concern:

Please be advised that this office represents Dana Ealy for an injury that occurred on July 1, 2006, at your store due to slipping on dirty and slippery eggshells on the floor. Due to this incident, my client has sustained significant damages, including but not limited to pain and suffering, disability, mental anguish, loss wages and earnings, loss of capacity for the enjoyment of life, medical treatment and expenses incurred thereof, etc.

In this regard, please be advised that all communications shall be through this office only. With that we request that you contact your insurance carrier and provide us with the following information:

1. The name of the insurer.
2. The name of each insured.
3. The limits of liability coverage.
4. A statement of any policy or coverage defense which insurer reasonably believes is available to such insurer at the time of filing such statement.
5. A copy of the policy.

Should you have any questions, please do not hesitate in contacting my office.

Very truly yours,

PAUL M. SILVA, M.D., J.D.

PMS/rs
C.M.R.R. **7006 0100 0002 8695 5881**

WWW.GLINNSOMERASILVA.COM

**EXHIBIT "A"**

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.04 |

Postmark Here

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

Article Number: 7006 0100 0002 8695 5881

PS Form 3800, June 2002 — See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

WINN-DIXIE MARKETPLACE
ATTN: RISK MANAGEMENT
5850 NW 183rd STREET
MIAMI, FL 33015

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery: 9.29

D. Is delivery address different from Item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 0100 0002 8695 5881

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



## Sedgwick

**Sedgwick Claims Management Services Inc**
P.O. Box 24787, Jacksonville, FL 32241-4787
Telephone (888)784-3470 Facsimile (904)419-5365

January 08, 2007

Paul M. Silva
212 N. Federal Highway
Deerfield Beach, FL 33441

RE:    Claimant:    Dana Ealy
        Date of Injury: 07/01/2006
        Location:    Winn Dixie # 384
                        12107 S.W. 152Nd Street
                        Miami, FL 33165
        Division:    Miami
        Claim Number: A611206176-0001-01

Dear Sir or Madam:

Sedgwick Claims Management Services, Inc., is the third-party administrator for Winn-Dixie Stores, Inc. Winn-Dixie Stores, Inc. is self-insured for Liability with a $2,000,000.00 retention. There is no medical payments coverage.

I am the examiner handling this claim. Please provide a status as to Dana Ealy's treatment and medical progress with medical records and bills to date. I will need your client to complete the enclosed Medical and/or Wage Authorization form and return it to me. Winn Dixie requires that I obtain your client's recorded statement before we make any decisions determining liability. Please contact the undersigned to arrange a convenient date and time to secure this information. If your client has already provided us with a recorded statement please disregard. Should you fail to provide this information our liability decisions will be based solely upon the limited information available to us.

Thank you for your assistance and prompt attention to this matter. If you have any questions feel free to contact me directly at (904)419-6716 extension 6716.

Sincerely,

Kelly Sullivan
General Liability Examiner II

Encl.

**Obtaining the medical & wage information is for the purpose of evaluating your claim and does not assume liability on Winn-Dixie or Sedgwick Claims Management Services, Inc. to pay or reimburse any expenses incurred as a result of this incident.**

(Esta carta es en referencia al incidente que ocurio en Winn-Dixie. Por favor ponga un interprete en contacto con migo.)

**EXHIBIT "B"**

## AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION

Claim #: A611206176-0001-01

This is to authorize any physician, hospital, medical attendant or others to furnish Sedgwick Claims Management Services, Inc., any and all information or opinions which they may request regarding the physical and/or psychological condition of Dana Ealy, and treatment rendered therefore, and to allow them to see or copy any x-rays or records which you may have regarding the treatment of Dana Ealy.

NAME (print)   Dana Ealy

SOCIAL SECURITY #                              D/O/B   03/31/1974

SIGNATURE

ADDRESS   14611 Sw 126 Pl

CITY, STATE, ZIP   Miami, FL 33186

DATE

---

## AUTHORIZATION FOR RELEASE OF WAGE & SALARY INFORMATION

This authorization or a photocopy thereof will authorize you to furnish all information you may have regarding my wages and salary while employed by you. Please release this information to a representative of Sedgwick Claims Management Services, Inc.

NAME (print)   Dana Ealy                DATE

SIGNATURE

SOCIAL SECURITY #                              D/O/B   03/31/1974

EMPLOYER NAME

EMPLOYER ADDRESS

CITY, STATE, ZIP

EMPLOYER TELEPHONE

Obtaining the medical & wage information is for the purpose of evaluating your claim and does not assume liability on Winn-Dixie or Sedgwick to pay or reimburse any expenses incurred as a result of this incident.

(Esta carta es en referencia al incidente que ocurio en Winn-Dixie. Por favor ponga un interprete en contacto con migo.)

## LIST OF ALL PROVIDERS/DOCTORS/HOSPITALS/ETC.
## WHO HAVE PROVIDED ANY TREATMENT OR SERVICE

PERSON TREATED: Dana Ealy

DATE OF INCIDENT  07/01/2006     CLAIM #  A611206176-0001-01

NAME: _____
ADDRESS: _____
CITY, STATE, ZIP: _____
PHONE: _____

NAME: _____
ADDRESS: _____
CITY, STATE, ZIP: _____
PHONE: _____

NAME: _____
ADDRESS: _____
CITY, STATE, ZIP: _____
PHONE: _____

NAME: _____
ADDRESS: _____
CITY, STATE, ZIP: _____
PHONE: _____

NAME: _____
ADDRESS: _____
CITY, STATE, ZIP: _____
PHONE: _____

## AUTHORIZATION FOR RELEASE OF INFORMATION

I authorize the use or disclosure of my individually identifiable health information, as described below, for purposes of administering my claim or request for reasonable accommodation. I understand that the information I authorize to be used or disclosed possibly may be redisclosed in accordance with the terms of this Authorization by the recipient and may no longer be protected by federal privacy regulations.

1. **What Information is covered by this Authorization.** This authorization applies to all medical, psychological, and/or psychiatric information, records and reports, including information regarding pre-existing conditions (a) that are in existence while this authorization is valid (see Item 3) and (b) that are related to the following, **Please check all that apply:**

   ☐ my request for reasonable accommodation;       ☐ my claim for bodily injury;
   ☐ my workers' compensation claim;                ☐ my claim for personal injury; or
   ☐ my claim for disability benefits;              ☐ my claim for dental benefits.

   My claim or request for reasonable accommodation involves the following condition: _____

   _____

   Information to be disclosed may include, but is not limited to, medical history, chart notes, prescriptions, diagnostic test results, x-ray reports, and records received from other health providers. If directly related to my claimed condition, this information may include the following, **Please check yes or no and initial:**

   | | | | |
   |---|---|---|---|
   | HIV test results, HIV or AIDS information. | YES ☐ | NO ☐ | Initial here _____ |
   | Psychiatric information. | YES ☐ | NO ☐ | Initial here _____ |
   | Information related to drug or alcohol abuse. | YES ☐ | NO ☐ | Initial here _____ |

2. **Who is covered by this Authorization.**

   A. Any person or facility that attends, treats or examines me, including but not limited to _____
   _____ (specific name, if needed) is to make this information available to Sedgwick Claims Management Services, Inc. ("Sedgwick CMS") or its representative; and

   B. When relevant to my claim, Sedgwick CMS may re-disclose (without further authorization) this information to any of the following, (a) Any person or facility that attends, treats or examines me; (b) Any person or facility that impacts determination of my claim or that coordinates my benefits, including without limitation the employer to the extent permitted by state or federal law; or (c) The Social Security Administration or a social security or vocational rehabilitation vendor. **The name of persons, facilities or parties to which HIV information will be provided must be specifically listed:** _____.

3. **How Long this Authorization is Valid.** This authorization is valid during the pendency of my claim, unless a different period is required under state law.

4. **Revocation of this Authorization.** Unless otherwise provided by state law, I understand that I may revoke this authorization at any time by notifying, in writing, Sedgwick Claims Management Services, Inc. at P.O. Box 24787 Jacksonville, FL 32241-4787. I also understand that the revocation will not have any effect on any actions taken before they received the revocation.

5. **Refusal To Sign.** This Authorization is necessary for the processing of my claim or request for reasonable accommodation. Failure to sign this Authorization may impair or impede the processing of my claim or request for reasonable accommodation. I understand my treatment provider will not condition treatment, payment, enrollment or eligibility on the refusal to sign this authorization.

I understand that I have the right to request and receive a copy of this authorization. I understand that I have the right to inspect the disclosed information at any time. A photocopy of this authorization shall be valid and is to be accepted with the same effect as the original.

| Dana Ealy | | |
|---|---|---|
| Name of Patient | Signature of Patient or Patient's Representative* | Date |
| | 14611 Sw 126 Pl  Miami, FL 33186 | |
| Patient's Social Security Number | Patient's Address | First Day Absent |
| *Please complete if signed by the patient's representative: | Printed name of Patient's Representative | Relationship to Patient |

Sedgwick CMS 06/26/03                    ©Sedgwick Claims Management Services, Inc.