UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.

_____/

Chapter 11
Case No. 3-05-bk-3817-JAF

### WEBBER COMMERCIAL PROPERTIES, LLC'S NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE AND REQUEST FOR REMOVAL FROM MAILING MATRIX AND TO STOP ELECTRONIC NOTICE

PLEASE TAKE NOTICE that William K. Zewadski, attorney for Webber Commercial Properties, LLC, in the above-styled action, hereby files this his Notice of Withdrawal of Notice of Appearance and Request for Removal from Mailing Matrix and to Stop Electronic Notice, and in support thereof states as follows:

1. On June 29, 2005, William K. Zewadski filed his Notice of Appearance and Request for Notice and Amended Request for Notices (Docket ## 1915 and 1920), on behalf of Webber Commercial Properties, LLC (the "Creditor")

2. Upon entry of an Agreed Order regarding Webber Commercial Properties, LLC, dated January 12, 2007 (Docket # 14700), William K. Zewadski's representation of the Creditor was concluded.

3. Accordingly, William K. Zewadski, respectfully requests to be removed from the mailing matrix here and to stop electronic notices to him in the above-styled case

Respectfully submitted,

/s/ William Knight Zewadski
WILLIAM KNIGHT ZEWADSKI
Florida Bar No. 121746
Z@trenam.com
TRENAM, KEMKER, SCHARF, BARKIN,
   FRYE, O'NEILL & MULLIS, P.A.
Post Office Box 1102
Tampa, Florida 33601
813.223.7474/813.229.6553 (fax)
Attorneys for Webber Commercial
Properties, LLC

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Webber Commercial Properties, LLC's, Notice of Withdrawal of Notice of Appearance and Request for Removal from Mailing Matrix and to Stop Electronic Notice, was served electronically on those parties having entered their appearance in the Court's Electronic Court Filing (ECF) System, on this 29th day of January, 2007:

/s/ William Knight Zewadski
Attorney
