UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 ) |
| Reorganized Debtors.[1] | ) Jointly Administered ) |

**AGREED ORDER RESOLVING CLAIM NO. 12160 FILED BY E. LEE AND GAY M. BARRAN AND JOHN C. AND MARY W. EYSTER, AS SET FORTH IN THE DEBTORS' THIRTEENTH OMNIBUS CLAIMS OBJECTION**

These cases originally came before the Court for hearing on July 13, 2006, upon the Thirteenth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibit A through D to the Objection.[2] An informal response to the Objection was raised by E. Lee and Gay M. Barran and John C. and Mary W. Eyster ("Barran and Eyster"), as a result of which the Debtors agreed to continue the Objection with respect to claim no. 12160 filed by Barran and Eyster, among others. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim no. 12160 filed by Barran and Eyster is reduced and allowed as an unsecured non-priority claim in the amount of $371,640.80 and shall be treated as

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

a Class 13 Landlord Claim for purposes of distributions under the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors. All other amounts claimed in connection with claim no. 12160 are disallowed.

2. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 26 day of January, 2007 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | CHENAULT, HAMMOND AND HALL, P.C. |

By /s/ *James H. Post*
    James H. Post

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

-and-

SKADDEN, ARPS, SLATE,
MEAGHER
& FLOM LLP

D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Co-Counsel for the Debtors

By *William L. Chenault, III**
    William L. Chenault, III

P.O. Box 1906
Decatur, Alabama 35602
(256) 353-7031
(256) 353-8701 (facsimile)

Counsel for E. Lee and Gay M. Barran
and John C. and Mary W. Eyster

*Counsel has authorized his electronic signature

## Certificate of Service

I certify that a copy of this document has been furnished electronically and by facsimile to the Post-Effective Date Committee, c/o Matthew Barr, Esq. and Michael Comerford, Esq., Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, mbarr@milbank.com, mcomerford@milbank.com, this 17th day of January, 2007.

*Jane M. Leamy*
Attorney
