UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                      ) Case No. 05-03817-3F1
                                            )
WINN-DIXIE STORES, INC., et al.,            ) Chapter 11
                                            )
Reorganized Debtors.[1]                     ) Jointly Administered
                                            )

AGREED ORDER RESOLVING CLAIM NO. 7909 FILED BY
PEPSI BOTTLING VENTURES, LLC, AS SET FORTH
IN THE DEBTORS' FIFTEENTH OMNIBUS CLAIMS OBJECTION

These cases originally came before the Court for hearing on August 24, 2006, upon the Fifteenth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibit A through C to the Objection.[2] Pepsi Bottling Ventures, LLC ("Pepsi") filed a response to the Objection, as a result of which the Debtors agreed to continue the Objection with respect to claim no. 7909 filed by Pepsi. On August 24, 2006, the Court entered an order (Docket No. 10544) sustaining the Objection as to the proofs of claim listed on the exhibits to the order and continuing the hearing on the Objection as to Pepsi. Based upon the consent of the parties appearing below, it is

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

3

ORDERED AND ADJUDGED:

1. Claim no. 7909 filed by Pepsi is reduced and allowed as an unsecured non-priority claim in the amount of $348,554.40. All other amounts and classifications claimed in connection with claim no. 7909 are denied.

2. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 26 day of January 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| SMITH HULSEY & BUSEY | HELD & ISRAEL |
|---|---|
| By /s/ James H. Post<br>    James H. Post<br><br>Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br><br>-and-<br><br>SKADDEN, ARPS, SLATE, MEAGHER<br>& FLOM LLP<br><br>D. J. Baker<br>Sally McDonald Henry<br>Rosalie Walker Gray<br>Jane M. Leamy<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br><br>Co-Counsel for Reorganized Debtors | By  * Adam N. Frisch<br>    Kimberly Held Israel<br>    Florida Bar # 47287<br>    Adam N. Frisch<br>    Florida Bar # 635308<br><br>1301 Riverplace Blvd., Suite 1916<br>Jacksonville, Florida 32207<br>(904) 398-7038<br>(904) 492-4283 (facsimile)<br><br>-and-<br><br>SMITH, ANDERSON, BLOUNI, DORSETT, MITCHELL & JERNIGAN, L.L.P.<br><br>By: Amos U. Priester, IV<br>    N.C. State Bar No. 10481<br>    Post Office Box 2611<br>    Raleigh, North Carolina 27602-2611<br>    (919) 821-1220 (Telephone)<br>    (919) 821-6800 (Facsimile)<br><br>Co- Counsel for Pepsi Bottling Ventures, LLC<br><br>*Counsel has authorized his electronic signature |

5

481863-Wilmington Server 1A - MSW

## Certificate of Service

I certify that a copy of this document has been furnished electronically and by facsimile to the Post-Effective Date Committee, c/o Matthew Barr, Esq. and Michael Comerford, Esq., Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, mbarr@milbank.com, mcomerford@milbank.com, this 17th day of January, 2007.

*Jane M. Leamy*
Attorney
