**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF WITHDRAWAL OF OBJECTION TO CLAIM NUMBER 10306
FILED BY CORDOVA COLLECTION, LP, AS SET FORTH IN THE
DEBTORS' SIXTH OMNIBUS OBJECTION  (DOCKET NO. 6352)**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries, reorganized debtors in the above-captioned cases (collectively, the "Debtors"), withdraw without prejudice the objection to claim number 10306 filed by Cordova Collection, LP as set forth in the Debtors' Sixth Omnibus Objection to No Liability Claims (Docket No. 6352).

Dated: January 29, 2007

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| | |
| By   *s/ D. J. Baker*   <br> D. J. Baker <br> Sally McDonald Henry <br> Rosalie Walker Gray <br> Jane M. Leamy <br> Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (212) 735-2000 (facsimile) <br> djbaker@skadden.com | By   *s/ James H. Post*   <br> Stephen D. Busey <br> James H. Post <br> Cynthia C. Jackson, <br> Florida Bar Number 175460 <br> 225 Water Street, Suite 1800 <br> Jacksonville, Florida  32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> jpost@smithhulsey.com |
| | |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |