UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, DIVISION

In re:                                                          Case No. 05-03817-3F1

Winn-Dixie Stores, Inc., et al.,                                Chapter 11

Reorganized Debtors.                                            Jointly Administered

_____

## NOTICE OF APPEARANCE

**YOU ARE HEREBY NOTIFIED** that the undersigned attorney files this Notice of Appearance in the above styled matter for the Creditors, ELIZABETH WIMBERLY, and GRADY L. WIMBERLY, her husband. Please direct any and all correspondence, and pleadings regarding these Creditors to the undersigned as follows:

Law Offices of W. George Allen
800 S.E. 3rd Avenue, Penthouse
Fort Lauderdale, Florida 33316
Telephone (954) 463-6681
Facsimile (954) 463-6685

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing has been furnished by Certified U.S. Mail to: **Stephen D. Busey**, Smith, Husley & Busey, Co-Counsel for Reorganized Debtor, 225 Water Street, Suite 1800, Jacksonville, FL 32202; **Logan & Company, Inc.**, Debtor Claim Center, 546, Valley Road, Upper Montclair, New Jersey 07043; **D. J. Baker**, Skadden, Arps, Slate, Meagher& Flom LLP, Co-Counsel for Reorganized Debtors, Four Times Square, New York, New York 10036, **John Buchholz, Esq.**, Kelly, Kronenberg, Gilmartin, Fichtel & Wander, P.A., 1500 N.W. 67th Avenue, Suite 204, Miami Lakes, FL 33014, on this 26th day of January 2007.

LAW OFFICES W. GEORGE ALLEN
Attorney for Defendant
800 S.E. 3rd Avenue, Penthouse
Fort Lauderdale, FL 33316
Telephone:   (954) 463-668l
Facsimile:   (954) 463-6685

By: __/S/_____
W. George Allen, Esquire
FBN:  001337