FILED
JACKSONVILLE, FLORIDA

JAN 29 2007

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re: ) Case No.: 05-03817 - 3F1

WINN-DIXIE STORES, INC., et al., ) Chapter 11

Reorganized Debtors ) Jointly Administered

## RESPONSE TO OBJECTION OF DEBTOR

COMES NOW the Claimant, SARAH ABRAMS (Claim No. 13744), by and through her undersigned counsel, and files this Response to the Objection as filed in the Twenty Ninth Omnibus Claims Objection and states:

1. In regard to the Debtor's objection that this claim should have been listed as an "administrative expense," it is the position of claimant that this is not an administrative expense related to the administration of the bankruptcy estate.

2. Rather, this is an unliquidated claim for personal injuries of Sarah Abrams that occurred on July 29, 2006, and is, in effect, a post-petition claim originating after the filing of the petition on February 21, 2005.

3. The only notice regarding the Claimant's duty or obligation regarding this claim came in the form of a letter from Debtor's counsel dated December 19, 2006. Said letter stated that the proof claim should have been filed as an administrative expense and listed a deadline of January 5, 2007. This letter dated December 19, 2006 and was received in his office while undersigned counsel was on vacation in Utah.

1

4. In the event that the this Court determines that an "administrative expense" claim should have been filed rather than the previously filed proof of claim, Claimant respectfully requests leave to amend its proof of claim so as to categorize it correctly.

5. Additionally, in the event the claim is determined to be a post-petition debt and not an administrative claim subject to the Bankruptcy Court's direction, then Claimant requests permission to proceed to either settle the claim or to file a law suit in the appropriate state court.

6. Claimant reserves the right to amend this response to assert other grounds.

7. Claimant requests leave to file this pleading by U.S. mail in lieu of electronic filing as he is not yet registered with the Court to electronically file documents. In February, he is scheduled to take the seminar which is a pre-requisite to setting up an account.

8. Lastly, since counsel's law office is located in Hollywood, Florida, he respectfully requests that this Court permit him to attend by telephone in lieu of appearing in person.

### CERTIFICATE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this 25th day of January, 2007, by U.S. mail to D.J. Baker, Esq., Skadden, Arps, et al., Four Times Square, New York, New York 11036.

THE BEN LAW FIRM, PLLC

By: _____
Lawrence S. Ben
Fla. Bar No.: 300888
1720 Harrison St., Ste. 7A
Hollywood, FL 33020
Counsel for Claimant: Sarah Abrams
Claim No. 13744