F I L E D
JACKSONVILLE, FLORIDA

JAN 2 9 2007

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.: 05-03817 - 3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Reorganized Debtors | ) | Jointly Administered |

### RESPONSE TO OBJECTION OF DEBTOR

COMES NOW the Claimant, JULIE BECKER (Claim No. 558332), by and through her undersigned counsel, and files this Response to the Objection as filed in the Twenty Ninth Omnibus Claims Objection and states:

1. In regard to the Debtor's objection that this claim should have been listed as an "administrative expense," it is the position of claimant that this is not an administrative expense related to the administration of the bankruptcy estate.

2. Rather, this is an unliquidated claim for personal injuries of Julie Becker that occurred on December 11, 2006, and is, in effect, a post-petition claim originating after the filing of the petition on February 21, 2005.

3. No notice was ever received regarding the Claimant's duty or obligation concerning this claim or advising that the Proof of Claim was improper.

4. In the event that the this Court determines that an "administrative expense" claim should have been filed rather than the previously filed proof of claim, Claimant respectfully requests leave to amend its proof of claim so as to categorize it correctly.

5. Additionally, in the event the claim is determined to be a post-petition debt and not an administrative claim subject to the Bankruptcy Court's direction, then Claimant requests

permission to proceed to either settle the claim or to file a law suit in the appropriate state court.

6. Claimant reserves the right to amend this response to assert other grounds.

7. Claimant requests leave to file this pleading by U.S. mail in lieu of electronic filing as he is not yet registered with the Court to electronically file documents. In February, he is scheduled to take the seminar which is a pre-requisite to setting up an account.

8. Lastly, since counsel's law office is located in Hollywood, Florida, he respectfully requests that this Court permit him to attend by telephone in lieu of appearing in person.

## CERTIFICATE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this 27th day of January, 2007, by U.S. mail to D.J. Baker, Esq., Skadden, Arps, et al., Four Times Square, New York, New York 11036.

THE BEN LAW FIRM, PLLC

By: _____
Lawrence S. Ben
Fla. Bar No.: 300888
1720 Harrison St., Ste. 7A
Hollywood, FL 33020
Counsel for Claimant: Julie Becker
Claim No. 558332