FILED
JACKSONVILLE, FLORIDA
JAN 2 9 2007
CLERK, BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In Re: **Winn-Dixie Stores, Inc., et al.**
Reorganized Debtors.

Case No 05-03817-3F1

Chapter 11

## REQUEST OF UNISYS CORPORATION PURSUANT TO BANKRUPTCY RULE 2002(G) FOR ADDRESS OF NOTICES

Pursuant to Bankruptcy Rule 2002(g), creditor Unisys Corporation requests that all notices, pleadings and distributions to which it is entitled shall be directed to the following address:

Janet Fitzpatrick
Legal Assistant
Unisys Corporation
Unisys Way
P.O. Box 500, M/S E8-108
Blue Bell, PA  19424

Date: January 26, 2007

By: *Janet Fitzpatrick*
Name: Janet Fitzpatrick
Title: Legal Assistant

Unisys Corporation
Unisys Way
P.O. Box 500, M/S E8-108
Blue Bell, PA  19424
Telephone: 215-986-6265
Facsimile: 215-986-5721