Natasha Ellison
18801 NE 3rd Court
Miramar, Florida 33179

January 25, 2007

Clerk of Court
United States Courthouse
300 North Hogan Street, Suite 3-350
Jacksonville, Florida 32202

|                          |   |                                                         |
|--------------------------|---|---------------------------------------------------------|
| **Re:**                  | : | **Natasha Ellison**                                     |
| **D/A**                  | : | **6/17/06**                                             |
| **Location of Accident :** |  | **Winn Dixie Store #244, located at 6301 County Line**  |
|                          |   | **Road**                                                |
|                          |   | **Miramar, Florida 33023**                              |

Dear Sir/Madam:

Please be advised that I previously notified Winn Dixie of my claim. Enclosed are medical reports, medical bills and items of special damage concerning injuries I sustained in an accident which occurred on June 17, 2006 at the Winn Dixie Store, located at 6301 County Line Road, Miramar, Florida, when I fell due to the floor having a foreign substance on the ground causing me to slip and injure myself.

Due to the pain I was feeling, I went to Parkway Regional Hospital's emergency room. There they examined me and told me to follow up with my own physician. I went to see Dr. Alexander Greaux at Aventura Wellness and Rehab Center. I had severe pain in my knee and right shoulder. Upon examination by Dr. Greaux, he found that I had restricted range of motion in the cervical and lumbar spine regions with increased muscle tone palpable over the cervical and lumbar paraspinal regions.

There was hypertonicity of the paralumbar muscles, including the multifidi and quadrants lumborum musculature bilaterally. Palpation revealed tenderness over the interspionous ligaments and facet joints at L5-S1. I had positive orthopedic test which included the SLR and Kemps test. Testing of the cervical spine revealed restriction in all planes and the facet joints were tender in the mid cervical spine from C3-C7 levels.

It was Dr. Greaux's impression that I sustained chronic musculoligamentous sprain/strain of the lumber spine, chronic joint effusion, sprain/strain of my right knee, paraspinal myositis and adjustment disorder. He feels that I have reached the maximum medical improvement and has given me an 8% permanent impairment to the body as a whole. I was advised to return for follow up care should I have severe and acute exacerbations of my symptoms.

Demand is hereby made for $50,000.00 in full and complete settlement of this claim.

Upon your review of all medicals and items of special damage I would appreciate your contacting me in an effort to settle my claim.

Sincerely yours,


cc: James Post
_____

Natasha Ellison



**It's your future...be there healthy.**

### INITIAL REPORT

PATIENT: Natasha Ellison
INSURED ID#: 11694                    SS#:  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
PHYSICIAN: Dr. Alexander Greaux
DIAGNOSIS: 844.2,847.2,726.10,728.85          EVALUATION DATE: 06/21/06

### TREATMENT PLAN PRESCRIPTION:

Procedures: NMR/Theraputic Exercises/Manual Therapies/Spinal joint mobilization

Modalities: Electrical Muscular Stimulation/Ultrasound/Hot Moist Packs

X-rays/Diagnostics: Plain view x-rays were taken at Parkway E.R.

### DATES OF SERVICE FOR HER TREATMENT PLAN: 06/21/06-07/21/06

### NUMBER OF VISITS REQUESTED FOR THIS TREATMENT PLAN: 12 visits or thirty days with re-exam at that time

**SUBJECTIVE HISTORY:** Mrs. Natasha Ellison is a 29 year old female with mechanical bilateral knee pain and right shoulder pain that began as a result of a slip and fall accident while walking in Winn Dixie. She came to our office for an examination and treatment on 06/21/06. Her pain level is 9/10 on a visual analog scale. This pain interferes with her ability to normally carry out her activities of daily living. On a pain diagram she marked areas of aches/stabbing pain in her right shoulder radiating into her right tricep and bilateral knee pain. She first experienced these symptoms at the time of the fall and since that time the severity has become worse. Due to this she went the next day to Parkway E.R. She has not had similar episodes in the past. Natasha Ellison is taking over-the-counter pain medication for symptom relief. She is employed by Star Essentials and her level of activity at work is mild/moderate. Her activity during leisure time is moderate and she would normally participate in casual exercise if not limited by pain.  She has no family history of spinal problems. At this time all records were requested yet none were available. Natasha Ellison is very motivated to achieve her treatment goals for therapy.

**OBJECTIVE EVALUATION:** Mrs. Natasha Ellison is cooperative and appears to be in moderate distress. Her physical exam reveals a blood pressure of 128/82. Head, eyes, ears nose and throat exam appear normal. Pulses are symmetric and are of normal character without palpable or auditory bruits. Her chest exam reveals clear lung fields throughout. Cardiac exam appears normal and without murmurs, rubs or gallops. Abdominal exam is normal appearing. Neurological evaluation reveals no mental status, cranial nerve or cerebellar deficits. Dermatomal examination revealed sensation decreased in the right upper extremity. Her deep tendon reflexes are symmetrical and present throughout.

**Range of Motion & Muscle Testing:** Natasha Ellison's active range of motion of the cervical and lumbar spine is restricted. This was measured with a goniometer. Movement causes a change in facial expression when reaching the end range. The strength of contraction of the individual major muscle groups of the extremities was assessed manually. The following muscles are graded good, 4/5: Suboccipitals, SCM, Trap., Rohmboids, quadratus lumborum, iliopsoas, quadriceps, and hamstrings. There is increased muscle tone palpable over the cervical and lumbar paraspinal region. Pressure applied to these areas causes her to wince from pain. Range of motion to the knees caused bilateral pain.

**Function:** Natasha Ellison has an abnormal sequencing of muscle contraction and her movements are carried out using abnormal patterns of contraction. Her neuromuscular control and coordination in movement execution is poor. She also does not use good kinesthetic and proprioceptive awareness while performing spinal movements. She has a deficiency of muscular strength and endurance. There is a loss of the normal flexor-extensor ratio indicating an increased risk for chronic recurrence if not corrected.

**X-rays:** Radiographic findings will be attached once they are received.

**PLAN:** Natasha Ellison requires 12 sessions of 30-45 minute physical therapy and chiropractic treatments as an outpatient. Her progress will be re-evaluated every 10 to 12 sessions and again upon completion of her treatment plan. Passive modalities will be applied to the affected soft tissues to decrease muscle spasm and control pain. She will be educated in proper body mechanics, posture and precautions to protect the spine and extremities from injury. She will perform a home program, which will promote the carryover of new functions to his daily routine. This will strengthen her learning and change her function on a more permanent basis. She will develop her kinesthetic and proprioceptive awareness while performing spinal movements using a gymnic ball. Emphasis will be placed on the facilitation of reciprocally inhibited muscles. This will be achieved through progressive neuro-developmental and postural stabilization exercises. Excessive co-contraction will be inhibited with post-isometric muscle stretching technique. Finally, a program of progressive resistance training will be performed.

**SHORT TERM GOALS:** Mrs. Natasha Ellison will increase her active range of motion to functional levels adequate to perform her daily activities without pain for at least 7 days in a row as reported by her. She will maintain a correct posture independently for at least 7 days in a row as observed by the therapist.

**LONG TERM GOALS:** Mrs. Natasha Ellison will increase muscle strength, endurance and coordination to a level adequate to perform the physical demands of her activities of daily living including her employment and desired sports and leisure activities for at least one month without re-irritation prior to discharge. This should be reported by her and observed by the therapist.

**ASSESSMENT:** The above clinical subjective and objective criteria are consistent with the need for the physical therapy services prescribed. Therapy goals are reasonable and, with some effort, should be accomplished.

If any information is needed please do not hesitate to contact my office.

Sincerely,

Dr. Alexander Greaux

Face to face time: 46 minutes



**It's your future...be there healthy.**

October 19, 2006

Re:          Natasha Ellison
File No.:     P1694
S.S. #:      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
D.O.B.:      May, 22, 1977
D/A:         June 17, 2006

## FINAL EVALUATION

### FINAL REPORT:

Mrs. Natasha Ellison is a very pleasant twenty-nine year old female who presented to my office June 21, 2006 for an initial medical and chiropractic evaluation due to injuries sustained in a slip and fall accident. The patient stated that she began to feel pain to the right shoulder and arm as well as bilateral knee pain. This later developed into lower back discomfort due to alterations in biomechanics. During her treatment she had severe episodes of pain including headaches and inability to perform her ADL's. She presents to the office today continuing to complain of mild pain to the lower back with pain continuing to both knees, right worse than left. She did note that the pain was constant and did subside since its initial onset, however the pain continues.

PHYSICAL EXAMINATION:

Physical examination revealed a pleasant and cooperative 29-year-old female. The patient presents to the office today with a altered gait pattern unassisted in ambulation. Postural evaluation does reveal an anterior head carriage with a left head tilt and a mild antalgia.

Cervical ranges of motion were restricted in all planes by approximately five degrees. There was a +2 paracervical spasm, which has gone from severe to moderate in nature. The facet joints were tender in the mid cervical spine from the C3-C7 levels.

Examination of the lumbosacral spine revealed the patient flexed to approximately sixty-five degrees, and she extended to twenty degrees, with discomfort. Lateral rotation and lateral flexion were restricted by approximately five degrees. All movements caused the patient to grimace. There was hypertonicity of the paralumbar muscles, including the multifidi and quadratus lumborum musculature bilaterally. Palpation revealed tenderness over the interspinous ligaments and facet joints at L5-S1. Positive orthopedic tests included the SLR and Kemps in the seated and standing position.

Examination of the right knee revealed pain in all ranges at the end range of motion.  Left knee was within normal limits.

X-RAY EXAMINATION:

See report from hospital

MRI EXAMINATION:

An MRI was given of the right knee which revealed the following.

    1.  Joint Effusion

This is as interpreted by Sanford Davis, M.D.

FINAL IMPRESSION/DIAGNOSIS:
1. Chronic musculoligamentous sprain/strain of the lumbar spine.
2. Chronic Joint Effusion
3. Sprain/Strain of the Right knee
4. Paraspinal myositis.
5. Adjustment disorder.

COMMENTS:

Mrs. Natasha Ellison was treated via physical medicine and rehabilitation until she reached maximum medical improvement on October 19, 2006, at which time it was felt that no further care was warranted at this time.  The AMA and Florida Guidelines to Impairment Ratings were utilized, and it was extrapolated that the patient was left with an eight percent (8%) permanent impairment to the body as a whole.  This is in accordance with the above-mentioned guidelines and my clinical opinion.

The patient was advised to return to our office for follow up care, should she have a severe and acute exacerbation of her symptomatology.  She was advised to apply moist heat on a home basis and to take over-the-counter non-steroidal anti-inflammatory medications on a p.r.n. basis.

If any further information is needed please feel free to contact me.
Sincerely,

Alexander Greaux, D.C.
Face to face time: 42 minutes

# HOLLYWOOD DIAGNOSTICS CENTER

**4224 Hollywood Blvd, Hollywood, FL 33021**

**954-966-3600**

| | | | |
|---|---|---|---|
| **PATIENT:** | ELLISON, NATASHA | **SEX:** | Female |
| **ID:** | ELLNA000 | **CASE NUMBER:** | 123930 |
| **DOB:** | 05/22/1977 | | |
| **DOS:** | 07/25/2006 | | |
| **PHONE:** (305)493-1860 | | | |
| **REFERRING PHYSICIAN:** | ALEXANDER GREAUX | **FAX:** | (305)705-9978 |
| 2885 | | | |

---

### MRI RT KNEE

MRI OF THE RIGHT KNEE:

HISTORY:     Right knee pain secondary to trauma.

TECHNIQUE: Magnetic Resonance of the knee was obtained. T1 axial, dual-weighted T2 coronal, T1 and FAT SAT coronal images were obtained.

FINDINGS: There is no acute fracture or dislocation. There is no evidence for marrow edema or bone bruising.

There is evidence for a joint effusion.

The patella and patellar tendons are intact.

There is a normal appearance of the anterior and posterior cruciate ligaments.

There is no evidence for a meniscal tear.

The medial and lateral collateral ligaments are intact.

IMPRESSION:

1. SMALL JOINT EFFUSION.

THIS REPORT WAS ELECTRONICALLY SIGNED
Sanford Davis, MD
SD/dc

D:          T:

# PARKWAY REGIONAL MEDICAL CENTER
## Itemized Statement of Account

Patient Account #: 027261593                    Date: October 18, 2006

Patient Last Name: ELLISON          Permanent Address: 18801 NE 3RD COURT #
Patient First Name: NATASHA         Permanent City:    NORTH MIAMI BCH
                                    Permanent State:   FL
Admit Date:        2006/06/17       Zip Code:          33179-0000
Discharge Date:    2006/06/17


Physician Name:    DRAPER VICTORIA

Primary Insurance: VISTA HEALTH PLAN     Secondary Insurance: None

| Description | Service Date | Quantity | Amount |
| --- | --- | --- | --- |
| CLINICAL LABORATORY | 2006/06/17 | 1 | 41.00 |
| DIAGNOSTIC RADIOLOGY | 2006/06/17 | 1 | 584.00 |
| PHARMACY | 2006/06/17 | 2 | 14.00 |
| EMERGENCY ROOM | 2006/06/17 | 1 | 285.00 |
| Total Charges | | | 924.00 |
| Insurance Payments | | | |
| VISTA HEAL | 2006/07/17 | | 509.00- |
| Discounts | | | |
| ADJ-IMACS MGD CR C/A | 2006/06/26 | | 315.00- |

Balance Due              100.00

```
                    AVENTURA WELLNESS & REHAB
                    2440 NE MIAMI GRDNS DR101
                       AVENTURA, FL 33180
                         305-705-0777
                      ID#: 03-0373995
                    Wednesday January 17, 2007
```

```
Patient          : Natasha Ellison #11694
Itemized Statement: 06/21/2006 - 01/17/2007
DOB              : 05/22/1977
Onset date       :
```

```
        Mail to:
        Natasha Ellison
        18801 NE 3rd Ct #746
        Miami, FL 33179
```

**Attorney**                                    **Employer**
Theodore Enfield
19235 Biscayne Blvd
Suite # 105
Aventura FL 33180

---

## PLEASE PAY AMOUNT INDICATED BELOW AS "PATIENT BALANCE"

| Date | Description | Amount |
|------|-------------|--------|
| 06/21/06 | 99204 25 NEW PATIENT EXAM 40 MIN. | $ 205.00 |
| 06/21/06 | 98941 2/3 ADJUSTMENT | $ 85.00 |
| 06/21/06 | 97014 EMS ( W/ HEAT OR ICE ) | $ 40.00 |
| 06/21/06 | 97035 US | $ 41.00 |
| 06/23/06 | 98940 ADJUSTMENT | $ 70.00 |
| 06/23/06 | 97014 EMS ( W/ HEAT OR ICE ) | $ 40.00 |
| 06/23/06 | 97140 59 MANUAL THERAPIES | $ 60.00 |
| 06/23/06 | 97035 US | $ 41.00 |
| 06/26/06 | 98940 ADJUSTMENT | $ 70.00 |
| 06/26/06 | 97014 EMS ( W/ HEAT OR ICE ) | $ 40.00 |
| 06/26/06 | 97140 59 MANUAL THERAPIES | $ 60.00 |
| 06/26/06 | 97035 US | $ 41.00 |
| 06/28/06 | 98940 ADJUSTMENT | $ 70.00 |
| 06/28/06 | 97014 EMS ( W/ HEAT OR ICE ) | $ 40.00 |
| 06/28/06 | 97140 59 MANUAL THERAPIES | $ 60.00 |
| 06/28/06 | 97035 US | $ 41.00 |
| 06/30/06 | 98940 ADJUSTMENT | $ 70.00 |
| 06/30/06 | 97014 EMS ( W/ HEAT OR ICE ) | $ 40.00 |
| 06/30/06 | 97140 59 MANUAL THERAPIES | $ 60.00 |
| 06/30/06 | 97035 US | $ 41.00 |
| 07/03/06 | 98940 ADJUSTMENT | $ 70.00 |
| 07/03/06 | 97014 EMS ( W/ HEAT OR ICE ) | $ 40.00 |
| 07/03/06 | 97140 59 MANUAL THERAPIES | $ 60.00 |
| 07/03/06 | 97035 US | $ 41.00 |
| 07/07/06 | 98940 ADJUSTMENT | $ 70.00 |
| 07/07/06 | 97014 EMS ( W/ HEAT OR ICE ) | $ 40.00 |
| 07/07/06 | 97140 59 MANUAL THERAPIES | $ 60.00 |
| 07/07/06 | 97035 US | $ 41.00 |
| 07/14/06 | 98940 ADJUSTMENT | $ 70.00 |
| 07/14/06 | 97014 EMS ( W/ HEAT OR ICE ) | $ 40.00 |
| 07/14/06 | 97140 59 MANUAL THERAPIES | $ 60.00 |
| 07/14/06 | 97035 US | $ 41.00 |
| 07/17/06 | 98940 ADJUSTMENT | $ 70.00 |
| 07/17/06 | 97014 EMS ( W/ HEAT OR ICE ) | $ 40.00 |
| 07/17/06 | 97140 59 MANUAL THERAPIES | $ 60.00 |
| 07/17/06 | 97035 US | $ 41.00 |
| 07/19/06 | 98940 ADJUSTMENT | $ 70.00 |
| 07/19/06 | 97014 EMS ( W/ HEAT OR ICE ) | $ 40.00 |
| 07/19/06 | 97140 59 MANUAL THERAPIES | $ 60.00 |
| 07/19/06 | 97035 US | $ 41.00 |
| 07/26/06 | 98940 ADJUSTMENT | $ 70.00 |

Page 2   Patient: Natasha Ellison

| Date | Description | | Amount |
|------|-------------|--|--------|
| 07/26/06 | 97014 | EMS ( W/ HEAT OR ICE ) | $ 40.00 |
| 07/26/06 | 97140 | 59 MANUAL THERAPIES | $ 60.00 |
| 07/26/06 | 97035 | US | $ 41.00 |
| 08/02/06 | 99214 | 25 FINAL EXAMW/REPORT | $ 135.00 |
| 08/02/06 | 97014 | EMS ( W/ HEAT OR ICE ) | $ 40.00 |
| 08/02/06 | 97140 | 59 MANUAL THERAPIES | $ 60.00 |
| 08/02/06 | 97035 | US | $ 41.00 |
| 08/02/06 | 97110 | THER EXERCISES | $ 57.00 |
| 08/07/06 | 97014 | EMS ( W/ HEAT OR ICE ) | $ 40.00 |
| 08/07/06 | 97140 | 59 MANUAL THERAPIES | $ 60.00 |
| 08/07/06 | 97035 | US | $ 41.00 |
| 08/07/06 | 97110 | THER EXERCISES | $ 57.00 |
| 08/16/06 | 97014 | EMS ( W/ HEAT OR ICE ) | $ 40.00 |
| 08/16/06 | 97140 | 59 MANUAL THERAPIES | $ 60.00 |
| 08/16/06 | 97035 | US | $ 41.00 |
| 08/16/06 | 97110 | THER EXERCISES | $ 57.00 |
| 08/23/06 | 98940 | ADJUSTMENT | $ 70.00 |
| 08/23/06 | 97014 | EMS ( W/ HEAT OR ICE ) | $ 40.00 |
| 08/23/06 | 97140 | 59 MANUAL THERAPIES | $ 60.00 |
| 08/23/06 | 97035 | US | $ 41.00 |
| 08/26/06 | 98940 | ADJUSTMENT | $ 70.00 |
| 08/26/06 | 97014 | EMS ( W/ HEAT OR ICE ) | $ 40.00 |
| 08/26/06 | 97140 | 59 MANUAL THERAPIES | $ 60.00 |
| 08/26/06 | 97035 | US | $ 41.00 |
| 09/06/06 | 98940 | ADJUSTMENT | $ 70.00 |
| 09/06/06 | 97014 | EMS ( W/ HEAT OR ICE ) | $ 40.00 |
| 09/06/06 | 97140 | 59 MANUAL THERAPIES | $ 60.00 |
| 09/06/06 | 97035 | US | $ 41.00 |
| 09/08/06 | 98940 | ADJUSTMENT | $ 70.00 |
| 09/08/06 | 97014 | EMS ( W/ HEAT OR ICE ) | $ 40.00 |
| 09/08/06 | 97140 | 59 MANUAL THERAPIES | $ 60.00 |
| 09/08/06 | 97035 | US | $ 41.00 |
| 09/08/06 | 99214 | 25 FINAL EXAMW/REPORT | $ 135.00 |
| 09/11/06 | 98941 | 2/3 ADJUSTMENT | $ 85.00 |
| 09/11/06 | 97014 | EMS ( W/ HEAT OR ICE ) | $ 40.00 |
| 09/11/06 | 97035 | US | $ 41.00 |
| 09/11/06 | 97112 | NMR | $ 50.00 |
| 09/19/06 | 98941 | 2/3 ADJUSTMENT | $ 85.00 |
| 09/19/06 | 97014 | EMS ( W/ HEAT OR ICE ) | $ 40.00 |
| 09/19/06 | 97035 | US | $ 41.00 |
| 09/21/06 | 98941 | 2/3 ADJUSTMENT | $ 85.00 |
| 09/21/06 | 97014 | EMS ( W/ HEAT OR ICE ) | $ 40.00 |
| 09/21/06 | 97035 | US | $ 41.00 |
| 09/21/06 | 97140 | 59 MANUAL THERAPIES | $ 60.00 |
| 09/26/06 | 98941 | 2/3 ADJUSTMENT | $ 85.00 |
| 09/26/06 | 97014 | EMS ( W/ HEAT OR ICE ) | $ 40.00 |
| 09/26/06 | 97035 | US | $ 41.00 |
| 10/02/06 | 98940 | ADJUSTMENT | $ 70.00 |
| 10/02/06 | 97014 | EMS ( W/ HEAT OR ICE ) | $ 40.00 |
| 10/02/06 | 97140 | 59 MANUAL THERAPIES | $ 60.00 |
| 10/02/06 | 97035 | US | $ 41.00 |
| 10/05/06 | 97014 | EMS ( W/ HEAT OR ICE ) | $ 40.00 |
| 10/05/06 | 97035 | US | $ 41.00 |
| 10/05/06 | 97110 | THER EXERCISES | $ 57.00 |
| 10/11/06 | 98940 | ADJUSTMENT | $ 70.00 |
| 10/11/06 | 97014 | EMS ( W/ HEAT OR ICE ) | $ 40.00 |
| 10/11/06 | 97140 | 59 MANUAL THERAPIES | $ 60.00 |
| 10/11/06 | 97035 | US | $ 41.00 |
| 10/17/06 | 98941 | 2/3 ADJUSTMENT | $ 85.00 |
| 10/17/06 | 97014 | EMS ( W/ HEAT OR ICE ) | $ 40.00 |
| 10/17/06 | 97035 | US | $ 41.00 |
| 10/19/06 | 98941 | 2/3 ADJUSTMENT | $ 85.00 |
| 10/19/06 | 97014 | EMS ( W/ HEAT OR ICE ) | $ 40.00 |
| 10/19/06 | 97035 | US | $ 41.00 |
| 10/19/06 | 99214 | 25 FINAL EXAMW/REPORT | $ 135.00 |

```
Total Sales Tax           : $    0.00
Total Late Charges        : $    0.00
Total Interest Charges    : $    0.00
Patients-Cash Rcvd        : $    0.00
Patients-Chks Rcvd        : $    0.00
Patients-Crdt Crd         : $    0.00
Payer Payments            : $    0.00
```

Page 3    Patient: Natasha Ellison

```
Total Charges             : $  5990.00
Total Received            : $     0.00
Total Adjustment          : $     0.00
Balance (based on search) : $  5990.00
```

#24  Date 10/19/00 Acc # 11044  Patient Name Natacha Glisco  Pt Type LI

Charges: $ 301  Pmt: $ _____  ☐ Ch ☐ Ck ☐ CC  Adj: _____  Balance $ 301

**EVALUATION AND MANAGEMENT CODES:** Auth#

**INITIAL** - ☐ 99201-25: 10 min $85  ☐ 99202-25: 20 min $110  ☐ 99203-25: 30 min $145  ☐ 99204-25: 40 min $205

☐ 99205-25: w/report $300  **UPDATES** - ☐ 99211-25 $45  ☐ 99212-25 $65  **RE-EXAMS** ☑ 99214-25 $135  ☐ 99215-25: w/rpt $250

**TESTS & REPORTING:** ☐ 99213-25: ROF $90  ☐ 95851: ROM $68  ☐ 95831: Muscle Testing $65  ☐ 97535: Activities of Daily Living $60

**ADJUSTMENT CODES:** ☐ 98940: 1-2 $70  ☐ 98941: 3-4 $85  ☐ 98942: 5 $95  ☐ 98943: Extremity $40  ☐ 97260: Same Day 2nd Visit $50

☐ 99058: Emer Visit $50  ☐ 99352: House call established $60  Medicare: ☐ 98940: 1-2 Med $30  ☐ 98941: 3-4 Med $41  ☐ 98942: 5 Med $

**PHYSICAL THERAPY:**

☐ 97014: EMS ht/ice $40  ☐ 97010: Heat / Ice $35  ☐ 97035: US $41  ☐ 97140: Manual Therapies $60  ☐ 97110: Exercise $57

☐ 97112: NMR $50  ☐ 97530: Dynamic Activities $65  ☐ 97018: Paraffin $43  ☐ 97124: Massage $50  X____ Units

**MEDICAL SUPPLIES:** ☐ 99070: Cerv Collar $25  ☐ 99070: Cerv Trac $40  ☐ 99070: L/S Spt $45  ☐ 99070: Rib Spt $25  ☐ 99070: Ortho Plw $

☐ 99070: Ice Pack $5  ☐ 99070: Ace Bndg $6  ☐ Bio Frz 4 oz $10  ☐ 97100: Knee Spt/Neo $40  ☐ 99070: Knee Spt/Ace $30

☐ 29260: Cockup Wrist Spt $15  ☐ Bio Frz Roll-on $10  ☐ 99070: Ortho Plw $60  ☐ 99070: Shoulder Sling $12

**X-RAY:** Cervical - ☐ 72040: AP/Lat $100  ☐ 72040: AP $50  ☐ 72040: Lat $50  ☐ 72040: Flex/Ext $100  ☐ 72050: AP/Lat/Flx/Ext $200

☐ 72050: Oblique (2) $100  ☐ 72052: Davis Ser $350  ☐ 70328: APOM $50  **Lumbar** - ☐ 72100: AP/Lat $100  ☐ 72100: AP $50

☐ 72100: Lat $50  ☐ 72100: Flex/Ext $100  ☐ 72110: AP/Lat/Flex/Ext $200  ☐ 72114: Comp 4 views $200  ☐ 72020: L5-S1 Lat Spot $50

Thoracic - ☐ 72070: AP/Lat $100  ☐ 72070: AP $50  ☐ 72070: Lat $50  ☐ 71100: Rib AP/Lat $ 100  ☐ 73000: Clavicle 1 view $50

**Upper Extremities** - ☐ 73030: Shldr Int/Ext Rot $100  ☐ 73020: Sldr 1 view $50  ☐ 73060: Humurus AP/Lat $100  ☐ 73070: Elbow AP/Lat $100

☐ 73100: Wrist/Forearm AP/Lat $100  ☐ 73120: Hand 2 vws $100  **Lower Extremities** - ☐ 73550: Femur AP/Lat $100  ☐ 73560: Knee AP/Lat $10

☐ 73570: Knee Bil 4 views $200  ☐ 73590: Fib/Tibula AP/Lat $100  ☐ 73610: Ankle AP/Lat $100  ☐ 73620: Foot AP/Lat $100

☐ 73520: Hip 2 views $100  ☐ 73520: Hip 2 views Bil $200  **Head:** ☐ 70250: Skull AP/Lat $100  ☐ 70332: TMJ Bil 4 views $200

**Interpretation** - ☐ 72130: Report $25  ☐ 76140: Interpretation $25

**Acupuncture** – ☐ 97810: Acupuncture $_65  ☐ 97811upuncture with EMS $65  ☐ 97812 W/re-inser $65  ☐ 90782: Traumeel Inj $82

**Macros - #10** – Adj ☐ 98940: $170  ☐ 9894:1 $185  ☐ 98942: $200  EMS, Manual Therapy

**#20** - Adj ☐ 98940: $211  ☐ 98941: $226  ☐ 98942: $241  EMS, Manual Therapy, U/S

**#30** - Adj ☐ 98940: $171  ☐ 98941: $186  ☐ 98942: $201  Manual Therapy, U/S

**#40** - Adj ☐ 98940: $151  ☑ 98941: $166  ☐ 98942: $181  EMS, U/S

My signature on this document attests to the fact that the services set forth herein were actually rendered. The person rendering the medical service for which will be claimed has explained the services to me.

Mi firma en este documento atesta al hecho que los servicios descrito aquí fueron en realidad hechos. La persona que proveo estos servicios médicos por los cuales se hace un reclamo me lo ha explicado.

Patient Sig _____  Doctor's Sig _____  ☐ New DX this visit _____

**DATE OF VISIT:** _____  **CHIEF COMPLAINTS:** CC#1Pain ___ / 10,  CC#2 Pain ___ / 10,  CC#3 Pain ___ / 10
**SUBJECTIVE:** Patient reports: _____

**Symptoms:** ☐Pain ☐Spasm ☐Tingling ☐Numbness  _____
**Activities:** ☐Physical Restrictions ☐Work Limitations  _____
**Home Care:** ☐Ice ☐Heat ☐Exercise ☐Bed Rest  _____

**OBJECTIVE:** Observation, Palpation, Localization of Tenderness, Segmental Dysfunction
T=Palpable Tenderness    M=Muscle Spasms    X=Trigger Points    RM=Restricted Motion

**Subluxation Levels:** C/S: Occ 1 2 3 4 5 6 7    T/S: 1 2 3 4 5 6 7 8 9 10 11 12    L/S: 1 2 3 4 5 SI: Rt Lt

**ASSESSMENT:** ☐Improved ☐Regressed ☐Approaching MMI ☐At MMI
**Additional Assessment:** _____
**Phase of Care:** ☐Acute ☐Sub-Acute ☐Rehab ☐Supportive ☐Wellness **Progress:** ☐Slower ☐Faster ☐As anticipated
**PLAN:** ☐CMT ☐Modalities ☐Man. Therapy ☐Massage ☐Rehab ☐Diagnostic Test ☐Lab ☐Foot Levelers Orthotics
☐ Spinal CMT: C/S: Occ 1 2 3 4 5 6 7    T/S: 1 2 3 4 5 6 7 8 9 10 11 12    L/S: 1 2 3 4 5 SI Rt Lt
☐ Extraspinal CMT: TMJ: Rt Lt Bi    Sho/Elb/Wr: Rt Lt Bi    Ft/Ank/Kn/Hip: Rt Lt Bi    **Abdomen**
Modalities: ☐EMS: ☐INF __ - __ Hz ☐Russian __ / __  Area(s): ☐C/S ☐T/S ☐L/S ☐Other _____  Time: ___ min.
☐Moist Heat ☐Ice ☐Ice Massage ☐Ultrasound Area(s): ☐C/S ☐T/S ☐L/S ☐Other _____  Time: ___ min.
☐Mechanical Traction ☐Manual Traction    Area(s): ☐C/S ☐T/S ☐L/S ☐Other _____  Time: ___ min.
**Therapeutic Exercise:** ☐Low Tech ☐High Tech ☐NMR  Area(s): ☐C/S ☐T/S ☐L/S ☐Other _____  Time: ___ min.
Description: _____
**Additional Plan/Goals:** _____
☐Treatment performed without incident  ☐Continue current treatment plan as prescribed  ☐Modify treatment plan.
☐Change plan next visit: _____  Dr. Signature: _____

#19  Date 10·17·06  Acc # 11694  Patient Name Natasha Ellison  Pt Type LI

Charges: $ 1000  Pmt: $ _____  ☐ Ch ☐ Ck ☐ CC  Adj: _____  Balance $ 1000

**EVALUATION AND MANAGEMENT CODES:** Auth# _____

**INITIAL -** ☐ 99201-25: 10 min $85  ☐ 99202-25: 20 min $110  ☐ 99203-25: 30 min $145  ☐ 99204-25: 40 min $205

☐ 99205-25: w/report $300  **UPDATES -** ☐ 99211-25 $45  ☐ 99212-25 $65  **RE-EXAMS** ☐ 99214-25 $135  ☐ 99215-25: w/rpt $250

**TESTS & REPORTING:** ☐ 99213-25: ROF $90  ☐ 95851: ROM $68  ☐ 95831: Muscle Testing $65  ☐ 97535: Activities of Daily Living $60

**ADJUSTMENT CODES:** ☐ 98940: 1-2 $70  ☐ 98941: 3-4 $85  ☐ 98942: 5 $95  ☐ 98943: Extremity $40  ☐ 97260: Same Day 2nd Visit $50

☐ 99058: Emer Visit $50  ☐ 99352: House call established $60  **Medicare:** ☐ 98940: 1-2 Med $30  ☐ 98941: 3-4 Med $41  ☐ 98942: 5 Med $

**PHYSICAL THERAPY:**

☐ 97014: EMS ht/ice $40  ☐ 97010: Heat / Ice $35  ☐ 97035: US $41  ☐ 97140: Manual Therapies $60  ☐ 97110: Exercise $57

☐ 97112: NMR $50  ☐ 97530: Dynamic Activities $65  ☐ 97018: Paraffin $43  ☐ 97124: Massage $50  X____Units

**MEDICAL SUPPLIES:** ☐ 99070: Cerv Collar $25  ☐ 99070: Cerv Trac $40  ☐ 99070: L/S Spt $45  ☐ 99070: Rib Spt $25  ☐ 99070: Ortho Plw $

☐ 99070: Ice Pack $25  ☐ 99070: Ace Bndg $6  ☐ Bio Frz 4 oz $10  ☐ 99070: Knee Spt/Neo $40  ☐ 97100: Knee Spt/Ace $30

☐ 29260: Cockup Wrist Spt $15  ☐ Bio Frz Roll-on $12  ☐ 99070: Ortho Plw $60  ☐ 99070: Shoulder Sling $12

**X-RAY:** Cervical - ☐ 72040: AP/Lat $100  ☐ 72040: AP $50  ☐ 72040: Lat $50  ☐ 72040: Flex/Ext $100  ☐ 72050: AP/Lat/Flx/Ext $200

☐ 72050: Oblique (2) $100  ☐ 72052: Davis Ser $350  ☐ 70328: APOM $50  **Lumbar -** ☐ 72100: AP/Lat $100  ☐ 72100: AP $50

☐ 72100: Lat $50  ☐ 72110: Flex/Ext $100  ☐ 72110: AP/Lat/Flex/Ext $200  ☐ 72114: Comp 4 views $200  ☐ 72020: L5-S1 Lat Spot $50

Thoracic - ☐ 72070: AP/Lat $100  ☐ 72070: AP $50  ☐ 72070: Lat $50  ☐ 71100: Rib AP/Lat $ 100  ☐ 73000: Clavicle 1 view $50

**Upper Extremities -** ☐ 73030: Shldr Int/Ext Rot $100  ☐ 73020: Sldr 1 view $50  ☐ 73060: Humurus AP/Lat $100  ☐ 73070: Elbow AP/Lat $100

☐ 73100: Wrist/Forearm AP/Lat $100  ☐ 73120: Hand 2 vws $100  **Lower Extremities -** ☐ 73550: Femur AP/Lat $100  ☐ 73560: Knee AP/Lat $10

☐73570: Knee Bil 4 views $200  ☐ 73590: Fib/Tibula AP/Lat $100  ☐ 73610: Ankle AP/Lat $100  ☐ 73620: Foot AP/Lat $100

☐ 73520: Hip 2 views $100  ☐ 73520: Hip 2 views Bil $200  **Head:** ☐ 70250: Skull AP/Lat $100  ☐ 70332: TMJ Bil 4 views $200

**Interpretation -** ☐ 72130: Report $25  ☐ 76140: Interpretation $25

**Acupuncture –** ☐ 97810: Acupuncture $_65  ☐ 97811upuncture with EMS $65  ☐ 97812 W/re-inser $65  ☐ 90782: Traumeel Inj $82

**Macros - #10 –** Adj ☐ 98940: $170  ☐ 9894:1 $185  ☐ 98942: $200  EMS, Manual Therapy

**#20 -** Adj ☐ 98940: $211  ☐ 98941: $226  ☐ 98942: $241  EMS, Manual Therapy, U/S

**#30 -** Adj ☐ 98940: $171  ☐ 98941: $186  ☐ 98942: $201  Manual Therapy, U/S

**#40 -** Adj ☐ 98940: $151  ☐ 98941: $166  ☐ 98942: $181  EMS, U/S

My signature on this document attests to the fact that the services set forth herein were actually rendered. The person rendering the medical service for which will be claimed has explained the services to me.

Mi firma en este documento atesta al hecho que los servicios descrito aquí fueron en realidad hechos. La persona que proveo estos servicios médicos por los cuales se hace un reclamo me lo ha explicado.

Patient Sig _____  Doctor's Sig _____  ☐ New DX this visit

DATE OF VISIT: _____  CHIEF COMPLAINTS: CC#1 Pain ___ / 10, CC#2 Pain ___ / 10, CC#3 Pain ___ / 10

SUBJECTIVE: Patient reports: Pt to knee  Pt to shoulders

Symptoms: ☑Pain ☐Spasm ☐Tingling ☐Numbness _____

Activities: ☐Physical Restrictions ☐Work Limitations _____

Home Care: ☐Ice ☐Heat ☐Exercise ☐Bed Rest

OBJECTIVE: Observation, Palpation, Localization of Tenderness, Segmental Dysfunction

T=Palpable Tenderness   M=Muscle Spasms   X=Trigger Points   RM=Restricted Motion

M scapatellar QI iliopsoas
x deltoid
T C5 - T8

Subluxation Levels: C/S: Occ 1 2 3 4 5 6 7  T/S 1 2 3 4 5 6 7 8 9 10 11 12  L/S: 1 2 3 4 5  SI: Rt Lt

ASSESSMENT: ☑Improved ☐Regressed ☐Approaching MMI ☑At MMI

Additional Assessment: _____

Phase of Care: ☐Acute ☑Sub-Acute ☐Rehab ☐Supportive ☐Wellness Progress: ☐Slower ☐Faster ☑As anticipated

PLAN: ☑CMT ☑Modalities ☐Man. Therapy ☐Massage ☐Rehab ☐Diagnostic Test ☐Lab ☐Foot Levelers Orthotics

☑Spinal CMT: C/S: Occ 1 2 3 (5 6) 7  T/S: 1 2 3 4 5 6 7 8 9 10 11 12  L/S: 1 2 3 4 5 SI Rt Lt

☐ Extraspinal CMT: TMJ: Rt Lt Bi  Sho/Elb/Wr: Rt Lt Bi  Ft/Ank/Kn/Hip: Rt Lt Bi  Abdomen

Modalities: ☐EMS: ☐INF __ - __ Hz ☐Russian __ / __  Area(s): ☐C/S ☐T/S ☐L/S ☐Other Knee  Time: 15 min.

☐Moist Heat ☐Ice ☐Ice Massage ☑Ultrasound Area(s): ☐C/S ☐T/S ☐L/S ☐Other Knee  Time: 15 min.

☐Mechanical Traction ☐ Manual Traction  Area(s): ☐C/S ☐T/S ☐L/S ☐Other _____  Time: ___ min.

Therapeutic Exercise: ☐Low Tech ☐High Tech ☐NMR  Area(s): ☐C/S ☐T/S ☐L/S ☐Other _____  Time: ___ min.

Description: _____

Additional Plan/Goals: _____

☑ Treatment performed without incident.  ☑ Continue current treatment plan as prescribed.  ☐ Modify treatment plan.

☐ Change plan next visit: _____  Dr. Signature: _____

#53  Date 10/11/06  Acc # 110094  Patient Name Natasha Ellison  Pt Type LT

Charges: $211  Pmt: $____  ☐ Ch ☐ Ck ☐ CC  Adj:____  Balance $ 211

**EVALUATION AND MANAGEMENT CODES: Auth#** _____

**INITIAL -** ☐ 99201-25: 10 min $85  ☐ 99202-25: 20 min $110  ☐ 99203-25: 30 min $145  ☐ 99204-25: 40 min $205

☐ 99205-25: w/report $300  **UPDATES -** ☐ 99211-25 $45  ☐ 99212-25 $65  **RE-EXAMS** ☐ 99214-25 $135  ☐ 99215-25: w/rpt $250

**TESTS & REPORTING:** ☐ 99213-25: ROF $90  ☐ 95851: ROM $68  ☐ 95831: Muscle Testing $65  ☐ 97535: Activities of Daily Living $60

**ADJUSTMENT CODES:** ☐ 98940: 1-2 $70.  ☐ 98941: 3-4 $85  ☐ 98942: 5 $95  ☐ 98943: Extremity $40  ☐ 97260: Same Day 2nd Visit $50

☐ 99058: Emer Visit $50  ☐ 99352: House call established $60  **Medicare:** ☐ 98940: 1-2 Med $30  ☐ 98941: 3-4 Med $41  ☐ 98942: 5 Med $

**PHYSICAL THERAPY:**

☑ 97014: EMS ht/ice $40  ☐ 97010: Heat / Ice $35  ☐ 97035: US $41  ☐ 97140: Manual Therapies $60  ☐ 97440: Exercise $57

☐ 97112: NMR $50  ☐ 97530: Dynamic Activities $65  ☐ 97018: Paraffin $43  ☐ 97124: Massage $50  X ____ Units

**MEDICAL SUPPLIES:** ☐ 99070: Cerv Collar $25  ☐ 99070: Cerv Trac $40  ☐ 99070: L/S Spt $45  ☐ 99070: Rib Spt $25  ☐ 99070: Ortho Plw $

☐ 99070: Ice Pack $5  ☐ 99070: Ace Bndg $6  ☐ Bio Frz 4 oz $20  ☐ 99070: Knee Spt/Neo $40  ☐ 97100: Knee Spt/Ace $30

☐ 29260: Cockup Wrist Spt $15  ☐ Bio Frz Roll-on $10  ☐ 99070: Ortho Plw $60  ☐ 99070: Shoulder Sling $12

**X-RAY: Cervical -** ☐ 72040: AP/Lat $100  ☐ 72040: AP $50  ☐ 72040: Lat $50  ☐ 72040: Flex/Ext $100  ☐ 72050: AP/Lat/Flx/Ext $200

☐ 72050: Oblique (2) $100  ☐ 72052: Davis Ser $350  ☐ 70328: APOM $50  **Lumbar -** ☐ 72100: AP/Lat $100  ☐ 72100: AP $50

☐ 72100: Lat $50  ☐ 72100: Flex/Ext $100  ☐ 72110: AP/Lat/Flex/Ext $200  ☐ 72114: Comp 4 views $200  ☐ 72020: L5-S1 Lat Spot $50

**Thoracic -** ☐ 72070: AP/Lat $100  ☐ 72070: AP $50  ☐ 72070: Lat $50  ☐ 71100: Rib AP/Lat $100  ☐ 73000: Clavicle 1 view $50

**Upper Extremities -** ☐ 73030: Shldr Int/Ext Rot $100  ☐ 73020: Sldr 1 view $50  ☐ 73060: Humurus AP/Lat $100  ☐ 73070: Elbow AP/Lat $100

☐ 73100: Wrist/Forearm AP/Lat $100  ☐ 73120: Hand 2 vws $100  **Lower Extremities -** ☐ 73550: Femur AP/Lat $100  ☐ 73560: Knee AP/Lat $100

☐ 73570: Knee Bil 4 views $200  ☐ 73590: Fib/Tibula AP/Lat $100  ☐ 73610: Ankle AP/Lat $100  ☐ 73620: Foot AP/Lat $100

☐ 73520: Hip 2 views $100  ☐ 73520: Hip 2 views AP/Lat $200  **Head:** ☐ 70250: Skull AP/Lat $100  ☐ 70332: TMJ Bil 4 views $200

**Interpretation -** ☐ 72130: Report $25  ☐ 76140: Interpretation $25

**Acupuncture –** ☐ 97810: Acupuncture $_65  ☐ 97811upuncture with EMS $65  ☐ 97812 W/re-inser $65  ☐ 90782: Traumeel Inj $82

**Macros - #10 – Adj** ☐ 98940: $170  ☐ 9894:1 $185  ☐ 98942: $200  EMS, Manual Therapy

**#20 - Adj** ☑ 98940: $211  ☐ 98941: $226  ☐ 98942: $241  EMS, Manual Therapy, U/S

**#30 - Adj** ☐ 98940: $171  ☐ 98941: $186  ☐ 98942: $201  Manual Therapy, U/S

**#40 - Adj** ☐ 98940: $151  ☐ 98941: $166  ☐ 98942: $181  EMS, U/S

My signature on this document attests to the fact that the services set forth herein were actually rendered. The person rendering the medical service for which will be claimed the services to me.

Mi firma en este documento atesta al hecho que los servicios descrito aquí fueron en realidad hechos. La persona que proveo estos servicios médicos por los cuales se hace un reclamo me lo ha explicado.

Patient Sig _____  Doctor's Sig _____  ☐ New DX this visit

**DATE OF VISIT:** ____  **CHIEF COMPLAINTS:** CC#1 Pain ___ / 10, CC#2 Pain ___ /10, CC#3 Pain ___ / 10
**SUBJECTIVE:** Patient reports: _____

**Symptoms:** ☐Pain ☐Spasm ☐Tingling ☐Numbness _____
**Activities:** ☐Physical Restrictions ☐Work Limitations _____
**Home Care:** ☐Ice ☐Heat ☐Exercise ☐Bed Rest _____

**OBJECTIVE:** Observation, Palpation, Localization of Tenderness, Segmental Dysfunction
T=Palpable Tenderness    M=Muscle Spasms    X=Trigger Points    RM=Restricted Motion

**Subluxation Levels:** C/S: Occ 1 2 3 4 5 6 7  T/S: 1 2 3 4 5 6 7 8 9 10 11 12  L/S: 1 2 3 4 5  SI: Rt Lt

**ASSESSMENT:** ☑Improved ☐Regressed ☐Approaching MMI ☐At MMI
**Additional Assessment:** _____
**Phase of Care:** ☐Acute ☐Sub-Acute ☐Rehab ☐Supportive ☐Wellness  **Progress:** ☐Slower ☐Faster ☑As anticipated
**PLAN:** ☐CMT ☑Modalities ☐Man. Therapy ☐Massage ☐Rehab ☐Diagnostic Test ☐Lab ☐Foot Levelers Orthotics
   ☐ Spinal CMT: **C/S:** Occ 1 2 3 4 5 6 7  **T/S:** 1 2 3 4 5 6 7 8 9 10 11 12  **L/S:** 1 2 3 4 5 SI Rt Lt
   ☐ Extraspinal CMT: **TMJ:** Rt Lt Bi    **Sho/Elb/Wr:** Rt Lt Bi    **Ft/Ank/Kn/Hip:** Rt Lt Bi    **Abdomen**
**Modalities:** ☑EMS: ☐INF ___ Hz ☐Russian ___ / __  Area(s): ☐C/S ☐T/S ☐L/S ☐Other _knee_ Time: 15 min.
   ☐Moist Heat ☐Ice ☐Ice Massage ☑Ultrasound Area(s): ☐C/S ☐T/S ☐L/S ☐Other _knee_ Time: 15 min.
   ☐Mechanical Traction ☐ Manual Traction  Area(s): ☐C/S ☐T/S ☐L/S ☐Other _____ Time: __ min.
**Therapeutic Exercise:** ☑Low Tech ☐High Tech ☐NMR  Area(s): ☐C/S ☐T/S ☐L/S ☐Other _knee_ Time: 15 min.
**Description:** _____
**Additional Plan/Goals:** _____
☑ Treatment performed without incident.  ☐ Continue current treatment plan as prescri__  ☐ Modify treatment plan.
☐ Change plan next visit: _____  Dr. sig: _____

#30   Date 10/5/020   Acc # 11694   Patient Name Natasha Ellison   Pt Type LI

Charges: $138   Pmt: $ _____ ☐ Ch ☐ Ck ☐ CC Adj: _____   Balance $ 138

**EVALUATION AND MANAGEMENT CODES: Auth # _____**

**INITIAL -** ☐ 99201-25: 10 min $85  ☐ 99202-25: 20 min $110  ☐ 99203-25: 30 min $145  ☐ 99204-25: 40 min $205

☐ 99205-25: w/report $300  **UPDATES -** ☐ 99211-25 $45  ☐ 99212-25 $65  **RE-EXAMS** ☐ 99214-25 $135  ☐ 99215-25: w/rpt $250

**TESTS & REPORTING:** ☐ 99213-25: ROF $90  ☐ 95851: ROM $68  ☐ 95831: Muscle Testing $65  ☐ 97535: Activities of Daily Living $60

**ADJUSTMENT CODES:** ☐ 98940: 1-2 $70  ☐ 98941: 3-4 $85  ☐ 98942: 5 $95  ☐ 98943: Extremity $40  ☐ 97260: Same Day 2nd Visit $5

☐ 99058: Emer Visit $50  ☐ 99352: House call established $60  **Medicare:** ☐ 98940: 1-2 Med $30  ☐ 98941: 3-4 Med $41  ☐ 98942: 5 Med $

**PHYSICAL THERAPY:** ☒ 97014: EMS ht/ice $40  ☐ 97010: Heat / Ice $35  ☒ 97035: US $41  ☐ 97140: Manual Therapies $60  ☒ 97110: Exercise $57

☐ 97112: NMR $50  ☐ 97530: Dynamic Activities $65  ☐ 97018: Paraffin $43  ☐ 97124: Massage $50  X ___ Units

**MEDICAL SUPPLIES:** ☐ 99070: Cerv Collar $25  ☐ 99070: Cerv Trac $40  ☐ 99070: L/S Spt $45  ☐ 99070: Rib Spt $25  ☐ 99070: Ortho Plw $

☐ 99070: Ice Pack $5  ☐ 99070: Ace Bndg $6  ☐ Bio Frz 4 oz $10  ☐ 99070: Knee Spt/Neo $40  ☐ 97100: Knee Spt/Ace $30

29260: Cockup Wrist Spt $15  ☐ Bio Frz Roll-on $10  ☐ 99070: Ortho Plw $60  ☐ 99070: Shoulder Sling $12

**X-RAY: Cervical -** ☐ 72040: AP/Lat $100  ☐ 72040: AP $50  ☐ 72040: Lat $50  ☐ 72040: Flex/Ext $100  ☐ 72050: AP/Lat/Flx/Ext $200

☐ 72050: Oblique (2) $100  ☐ 72052: Davis Ser $350  ☐ 70328: APOM $50  **Lumbar -** ☐ 72100: AP/Lat $100  ☐ 72100: AP $50

☐ 72100: Lat $50  ☐ 72110: Flex/Ext $100  ☐ 72110: AP/Lat/Flex/Ext $200  ☐ 72114: Comp 4 views $200  ☐ 72020: L5-S1 Lat Spot $50

**Thoracic -** ☐ 72070: AP/Lat $100  ☐ 72070: AP $50  ☐ 72070: Lat $50  ☐ 71100: Rib AP/Lat $100  ☐ 73000: Clavicle 1 view $50

**Upper Extremities -** ☐ 73030: Shldr Int/Ext Rot $100  ☐ 73020: Sldr 1 view $50  ☐ 73060: Humerus AP/Lat $100  ☐ 73070: Elbow AP/Lat $100

☐ 73100: Wrist/Forearm AP/Lat $100  ☐ 73120: Hand 2 vws $100  **Lower Extremities -** ☐ 73550: Femur AP/Lat $100  ☐ 73560: Knee AP/Lat $10

☐ 73570: Knee Bil 4 views $200  ☐ 73590: Fib/Tibula AP/Lat $100  ☐ 73610: Ankle AP/Lat $100  ☐ 73620: Foot AP/Lat $100

☐ 73520: Hip 2 views $100  ☐ 73520: Hip 2 views Bil $200  **Head:** ☐ 70250: Skull AP/Lat $100  ☐ 70332: TMJ Bil 4 views $200

**Interpretation -** ☐ 72130: Report $25  ☐ 76140: Interpretation $25

**Acupuncture -** ☐ 97810: Acupuncture $_65  ☐ 97811upuncture with EMS $65  ☐ 97812 W/re-inser $65  ☐ 90782: Traumeel Inj $82

**Macros - #10 - Adj** ☐ 98940: $170  ☐ 9894:1 $185  ☐ 98942: $200  **EMS, Manual Therapy**

#20 - Adj ☐ 98940: $211  ☐ 98941: $226  ☐ 98942: $241  **EMS, Manual Therapy, U/S**

#30 - Adj ☐ 98940: $171  ☐ 98941: $186  ☐ 98942: $201  **Manual Therapy, U/S**

#40 - Adj ☐ 98940: $151  ☐ 98941: $166  ☐ 98942: $181  **EMS, U/S**

My signature on this document attests to the fact that the services set forth herein were actually rendered. The person rendering the medical service for which will be claimed has explained the services to me.

Mi firma en este documento atesta al hecho que los servicios descrito aquí fueron en realidad hechos. La persona que proveo estos servicios médicos por los cuales se hace un reclamo me lo ha explicado.

Patient Sig _____   Doctor's Sig _____   ☐ New DX this visit _____

**DATE OF VISIT: _____   CHIEF COMPLAINTS: CC#1 Pain ___ / 10, CC#2 Pain ___ / 10, CC#3 Pain ___ / 10**

**SUBJECTIVE: Patient reports:** _____

**Symptoms:** ☐ Pain ☐ Spasm ☐ Tingling ☐ Numbness  _____

**Activities:** ☐ Physical Restrictions ☐ Work Limitations  _____

**Home Care:** ☐ Ice ☐ Heat ☐ Exercise ☐ Bed Rest  _____

**OBJECTIVE:** Observation, Palpation, Localization of Tenderness, Segmental Dysfunction

T=Palpable Tenderness   M=Muscle Spasms   X=Trigger Points   RM=Restricted Motion

**Subluxation Levels:** C/S: Occ 1 2 3 4 5 6 7   T/S: 1 2 3 4 5 6 7 8 9 10 11 12   L/S: 1 2 3 4 5 SI: Rt Lt

**ASSESSMENT:** ☐ Improved ☐ Regressed ☐ Approaching MMI ☐ At MMI

**Additional Assessment:** _____

**Phase of Care:** ☐ Acute ☐ Sub-Acute ☐ Rehab ☐ Supportive ☐ Wellness **Progress:** ☐ Slower ☐ Faster ☐ As anticipated

**PLAN:** ☐ CMT ☐ Modalities ☐ Man. Therapy ☐ Massage ☐ Rehab ☐ Diagnostic Test ☐ Lab ☐ Foot Levelers Orthotics

☐ Spinal CMT: C/S: Occ 1 2 3 4 5 6 7   T/S: 1 2 3 4 5 6 7 8 9 10 11 12   L/S: 1 2 3 4 5 SI Rt Lt

☐ Extraspinal CMT: TMJ: Rt Lt Bi   Sho/Elb/Wr: Rt Lt Bi   Ft/Ank/Kn/Hip: Rt Lt Bi   Abdomen

**Modalities:** ☐ EMS ☐ INF - ___ Hz ☐ Russian ___  Area(s): ☐ C/S ☐ T/S ☐ L/S ☐ Other _____ Time: 10 min.

☐ Moist Heat ☐ Ice ☐ Ice Massage ☐ Ultrasound Area(s): ☐ C/S ☐ T/S ☐ L/S ☐ Other _____ Time: _____ min.

☐ Mechanical Traction ☐ Manual Traction   Area(s): ☐ C/S ☐ T/S ☐ L/S ☐ Other _____ Time: _____ min.

**Therapeutic Exercise:** ☐ Low Tech ☐ High Tech ☐ NMR   Area(s): ☐ C/S ☐ T/S ☐ L/S ☐ Other _____ Time: _____ min.

**Description:** _____

**Additional Plan/Goals:** _____

☐ Treatment performed without incident  ☐ Continue current treatment plan as prescribed  ☐ Modify treatment plan.

☐ Change plan next visit: _____   Dr. Signature _____

**#33**   Date **10/2/00**   Acc # **11094**   Patient Name **Natasha Ellison**   Pt Type **LI**

Charges: $ **211**   Pmt: $ _____   ☐ Ch ☐ Ck ☐ CC  Adj: _____   Balance $ **211**

**EVALUATION AND MANAGEMENT CODES:** Auth # _____

**INITIAL -** ☐ 99201-25: 10 min $85   ☐ 99202-25: 20 min $110   ☐ 99203-25: 30 min $145   ☐ 99204-25: 40 min $205

☐ 99205-25: w/report $300  **UPDATES -** ☐ 99211-25 $45   ☐ 99212-25 $65   **RE-EXAMS** ☐ 99214-25 $135   ☐ 99215-25: w/rpt $250

**TESTS & REPORTING:** ☐ 99213-25: ROF $90   ☐ 95851: ROM $68   ☐ 95831: Muscle Testing $65   ☐ 97535: Activities of Daily Living $60

**ADJUSTMENT CODES:** ☐ 98940: 1-2 $70   ☐ 98941: 3-4 $85   ☐ 98942: 5 $95   ☐ 98943: Extremity $40   ☐ 97260: Same Day 2nd Visit $

☐ 99058: Emer Visit $50 ☐ 99352: House call established $60  Medicare: ☐ 98940: 1-2 Med $30   ☐ 98941: 3-4 Med $41   ☐ 98942: 5 Med

**PHYSICAL THERAPY:**

☐ 97014: EMS ht/ice $40   ☐ 97010: Heat / Ice $35   ☐ 97035: US $41   ☐ 97140: Manual Therapies $60   ☐ 97110: Exercise $57

☐ 97112: NMR $50   ☐ 97530: Dynamic Activities $65   ☐ 97018: Paraffin $43   ☐ 97124: Massage $50   X____ Units

**MEDICAL SUPPLIES:** ☐ 99070: Cerv Collar $25   ☐ 99070: Cerv Trac $40   ☐ 99070: L/S Spt $45   ☐ 99070: Rib Spt $25   ☐ 99070: Ortho Plw

☐ 99070: Ice Pack $5   ☐ 99070: Ace Bndg $6   ☐ Bio Frz 4 oz $10   ☐ 97100: Knee Spt/Neo $40   ☐ 97100: Knee Spt/Ace $30

☐ 29260: Cockup Wrist Spt $15   ☐ Bio Frz Roll-on $10   ☐ 99070: Ortho Plw $60   ☐ 99070: Shoulder Sling $12

**X-RAY:** Cervical - ☐ 72040: AP/Lat $100   ☐ 72040: AP $50   ☐ 72040: Lat $50   ☐ 72040: Flex/Ext $100   ☐ 72050: AP/Lat/Flx/Ext $200

☐ 72050: Oblique (2) $100   ☐ 72052: Davis Ser $350   ☐ 70328: APOM $50   **Lumbar -** ☐ 72100: AP/Lat $100   ☐ 72100: AP $50

☐ 72100: Lat $50   ☐ 72110: Flex/Ext $100   ☐ 72110: AP/Lat/Flex/Ext $200   ☐ 72114: Comp 4 views $200   ☐ 72020: L5-S1 Lat Spot $50

Thoracic - ☐ 72070: AP/Lat $100   ☐ 72070: Lat $50   ☐ 72070: AP $50   ☐ 71100: Rib AP/Lat $ 100   ☐ 73000: Clavicle 1 view $50

**Upper Extremities -** ☐ 73030: Shldr Int/Ext Rot $100   ☐ 73020: Sldr 1 view $50   ☐ 73060: Humurus AP/Lat $100   ☐ 73070: Elbow AP/Lat $100

☐ 73100: Wrist/Forearm AP/Lat $100   ☐ 73120: Hand 2 vws $100  **Lower Extremities -** ☐ 73550: Femur AP/Lat $100   ☐ 73560: Knee AP/Lat $1

☐ 73570: Knee Bil 4 views $200   ☐ 73590: Fib/Tibula AP/Lat $100   ☐ 73610: Ankle AP/Lat $100   ☐ 73620: Foot AP/Lat $100

☐ 73520: Hip 2 views $100   ☐ 73520: Hip 2 views Bil $200  **Head:** ☐ 70250: Skull AP/Lat $100   ☐ 70332: TMJ Bil 4 views $200

**Interpretation –** ☐ 72130: Report $25   76140: Interpretation $25

**Acupuncture –** ☐ 97810: Acupuncture $_65   ☐ 97811upuncture with EMS $65   ☐ 97812 W/re-inser $65   ☐ 90782: Traumeel Inj $82

**Macros - #10 -** Adj ☐ 98940: $170   ☐ 9894:1 $185   ☐ 98942: $200 EMS, Manual Therapy

**#20 -** Adj ☑ 98940: $211   ☐ 98941: $226   ☐ 98942: $241   EMS, Manual Therapy, U/S

**#30 -** Adj ☐ 98940: $171   ☐ 98941: $186   ☐ 98942: $201 Manual Therapy, U/S

**#40 -** Adj ☐ 98940: $151   ☐ 98941: $166   ☐ 98942: $181   EMS, U/S

My signature on this document attests to the fact that the services set forth herein were actually rendered. The person rendering the medical service for which will be claimed has explained the services to me.

Mi firma en este documento atesta al hecho que los servicios descrito aquí fueron en realidad hechos. La persona que proveo estos servicios médicos por los cuales se hace un reclamo me lo ha explicado.

Patient Sig _____   Doctor's Sig _____   ☐ New DX this visit _____

**DATE OF VISIT:** _____   **CHIEF COMPLAINTS:** CC#1Pain ___ / 10, CC#2 Pain ___ / 10, CC#3 Pain ___ / 10

**SUBJECTIVE:** Patient reports: Pt to knee and shoulder w/ limited motion w/ constant pl

**Symptoms:** ☐Pain ☐Spasm ☐Tingling ☐Numbness _____

**Activities:** ☐Physical Restrictions ☐Work Limitations _____

**Home Care:** ☐Ice ☐Heat ☐Exercise ☐Bed Rest _____



**OBJECTIVE:** Observation, Palpation, Localization of Tenderness, Segmental Dysfunction

T=Palpable Tenderness   M=Muscle Spasms   X=Trigger Points   RM=Restricted Motion

M – Deltoid trap QL vastus

X – Ø Glute

T – right 7ing

**Subluxation Levels: C/S:** Occ 1 2 3 4 5 6 7   **T/S:** 1 2 3 4 5 6 7 8 9 10 11 12   **L/S:** 1 2 3 4 5 Si (R) Lt

**ASSESSMENT:** ☐Improved ☐Regressed ☐Approaching MMI ☐At MMI

**Additional Assessment:** _____

**Phase of Care:** ☐Acute ☑Sub-Acute ☑Rehab ☐Supportive ☐Wellness  **Progress:** ☐Slower ☐Faster ☑As anticipated

**PLAN:** ☐CMT ☑Modalities ☑Man. Therapy ☐Massage ☐Rehab ☐Diagnostic Test ☐Lab ☐Foot Levelers Orthotics
☐Spinal CMT: **C/S:** Occ 1 2 3 4 5 6 7   **T/S:** 1 2 3 4 5 6 7 8 9 10 11 12   **L/S:** 1 2 3 4 5 Si R Lt
☐ Extraspinal CMT: **TMJ:** Rt Lt Bi   **Sho/Elb/Wr:** Rt Lt Bi   **Ft/Ank/Kn/Hip:** Rt Lt Bi   **Abdomen**

**Modalities:** ☐EMS ☐INF - ___ Hz ☐Russian   Area(s): ☐C/S ☐T/S ☐L/S ☐Other  Knee  Time: 15 min.
☐Moist Heat ☐Ice ☐Ice Massage ☑Ultrasound Area(s): ☐C/S ☐T/S ☐L/S ☐Other Knee  Time: 15 min.
☐Mechanical Traction ☐ Manual Traction   Area(s): ☐C/S ☐T/S ☐L/S ☐Other _____ Time: ___ min.

**Therapeutic Exercise:** ☐Low Tech ☐High Tech ☐NMR  Area(s): ☐C/S ☐T/S ☐L/S ☐Other _____ Time: ___ min.

**Description:** _____

**Additional Plan/Goals:**

☑Treatment performed without incident. ☑ Continue current treatment plan as prescribed. ☐ Modify treatment plan.

☐ Change plan next visit: _____   Dr. Signature: _____

#27   Date 9/26/06 Acc # 11694   Patient Name Natasha Ellison Pt Type ___LI___

Charges: $ 1160   Pmt: $_____ ☐ Ch ☐ Ck ☐ CC Adj: _____   Balance $ 1160

**EVALUATION AND MANAGEMENT CODES:** Auth# _____

**INITIAL -** ☐ 99201-25: 10 min $85   ☐ 99202-25: 20 min $110   ☐ 99203-25: 30 min $145   ☐ 99204-25: 40 min $205

☐ 99205-25: w/report $300   **UPDATES -** ☐ 99211-25 $45   ☐ 99212-25 $65   **RE-EXAMS** ☐ 99214-25 $135   ☐ 99215-25: w/rpt $250

**TESTS & REPORTING:** ☐ 99213-25: ROF $90   ☐ 95851: ROM $68   ☐ 95831: Muscle Testing $65   ☐ 97535: Activities of Daily Living $60

**ADJUSTMENT CODES:** ☐ 98940: 1-2 $70   ☐ 98941: 3-4 $85   ☐ 98942: 5 $95   ☐ 98943: Extremity $40   ☐ 97260: Same Day 2nd Visit $50

☐ 99058: Emer Visit $50   ☐ 99352: House call established $60   **Medicare:** ☐ 98940: 1-2 Med $30   ☐ 98941: 3-4 Med $41   ☐ 98942: 5 Med $

**PHYSICAL THERAPY:**

☐ 97014: EMS ht/ice $40   ☐ 97010: Heat / Ice $35   ☐ 97035: US $41   ☐ 97140: Manual Therapies $60   ☐ 97110: Exercise $57

☐ 97112: NMR $50   ☐ 97530: Dynamic Activities $65   ☐ 97018: Paraffin $43   ☐ 97124: Massage $50   X____ Units

**MEDICAL SUPPLIES:** ☐ 99070: Cerv Collar $25   ☐ 99070: Cerv Trac $40   ☐ 99070: L/S Spt $45   ☐ 99070: Rib Spt $25   ☐ 99070: Ortho Plw $

☐ 99070: Ice Pack $5   ☐ 99070: Ace Bndg $6   ☐ Bio Frz 4 oz $10   ☐ 97100: Knee Spt/Neo $40   ☐ 99070: Knee Spt/Ace $30

☐ 29260: Cockup Wrist Spt $15   ☐ Bio Frz Roll-on $10   ☐ 99070: Ortho Plw $60   ☐ 99070: Shoulder Sling $12

**X-RAY: Cervical -** ☐ 72040: AP/Lat $100   ☐ 72040: AP $50   ☐ 72040: Lat $50   ☐ 72040: Flex/Ext $100   ☐ 72050: AP/Lat/Flx/Ext $200

☐ 72050: Oblique (2) $100   ☐ 72052: Davis Ser $350   ☐ 70328: APOM $50   **Lumbar -** ☐ 72100: AP/Lat $100   ☐ 72100: AP $50

☐ 72100: Lat $50   ☐ 72110: Flex/Ext $100   ☐ 72110: AP/Lat/Flex/Ext $200   ☐ 72114: Comp 4 views $200   ☐ 72020: L5-S1 Lat Spot $100

**Thoracic -** ☐ 72070: AP/Lat $100   ☐ 72070: AP $50   ☐ 72070: Lat $50   ☐ 71100: Rib AP/Lat $ 100   ☐ 73000: Clavicle 1 view $50

**Upper Extremities -** ☐ 73030: Shldr Int/Ext Rot $100   ☐ 73020: Sldr 1 view $50   ☐ 73060: Humurus AP/Lat $100   ☐ 73070: Elbow AP/Lat $100

☐ 73100: Wrist/Forearm AP/Lat $100   ☐ 73120: Hand 2 vws $100   **Lower Extremities -** ☐ 73550: Femur AP/Lat $100   ☐ 73560: Knee AP/Lat $10

☐ 73570: Knee Bil 4 views $200   ☐ 73590: Fib/Tibula AP/Lat $100   ☐ 73610: Ankle AP/Lat $100   ☐ 73620: Foot AP/Lat $100

☐ 73520: Hip 2 views $100   ☐ 73520: Hip 2 views Bil $200   **Head:** ☐ 70250: Skull AP/Lat $100   ☐ 70332: TMJ Bil 4 views $200

**Interpretation -** ☐ 72130: Report $25   ☐ 76140: Interpretation $25

**Acupuncture –** ☐ 97810: Acupuncture $_65   ☐ 97811upuncture with EMS $65   ☐ 97812 W/re-inser $65   ☐ 90782: Traumeel Inj $82

**Macros - #10 - Adj** ☐ 98940: $170   ☐ 9894:1 $185   ☐ 98942: $200  EMS, Manual Therapy

**#20 - Adj** ☐ 98940: $211   ☐ 98941: $226   ☐ 98942: $241   EMS, Manual Therapy, U/S

**#30 - Adj** ☐ 98940: $171   ☐ 98941: $186   ☐ 98942: $201  Manual Therapy, U/S

**#40 - Adj** ☐ 98940: $151   ☑ 98941: $166   ☐ 98942: $181  EMS, U/S

My signature on this document attests to the fact that the services set forth herein were actually rendered. The person rendering the medical service for which will be claimed has explained the services to me.

Mi firma en este documento atesta al hecho que los servicios descrito aquí fueron en realidad hechos. La persona que proveo estos servicios médicos por los cuales se hace un reclamo me lo ha explicado.

Patient Sig _____   Doctor's Sig _____   ☐ New DX this visit _____

**DATE OF VISIT:** _____   **CHIEF COMPLAINTS:** CC#1Pain ___ / 10, CC#2 Pain ___ / 10, CC#3 Pain ___ / 10

**SUBJECTIVE:** Patient reports: _____

**Symptoms:** ☐Pain ☐Spasm ☐Tingling ☐Numbness

**Activities:** ☐Physical Restrictions ☐Work Limitations

**Home Care:** ☐Ice ☐Heat ☐Exercise ☐Bed Rest

**OBJECTIVE:** Observation, Palpation, Localization of Tenderness, Segmental Dysfunction

T=Palpable Tenderness   **M**=Muscle Spasms   **X**=Trigger Points   **RM**=Restricted Motion

**Subluxation Levels:  C/S:** Occ 1 2 3 4 5 6 7   **T/S:** 1 2 3 4 5 6 7 8 9 10 11 12   **L/S:** 1 2 3 4 5   **SI:** Rt Lt

**ASSESSMENT:** ☑Improved ☐Regressed ☐Approaching MMI ☐At MMI

**Additional Assessment:** _____

**Phase of Care:** ☐Acute ☐Sub-Acute ☐Rehab ☐Supportive ☐Wellness **Progress:** ☐Slower ☐Faster ☐As anticipated

**PLAN:** ☐CMT ☐Modalities ☐Man. Therapy ☐Massage ☐Rehab ☐Diagnostic Test ☐Lab ☐Foot Levelers Orthotics

☑ Spinal CMT: C/S: Occ 1 2 3 4 5 6 7   T/S: 1 2 3 4 5 6 7 8 9 10 11 12   L/S: 1 2 3 4 5 SI Rt Lt

☐ Extraspinal CMT: **TMJ:** Rt Lt Bi   **Sho/Elb/Wr:** Rt Lt Bi   **Ft/Ank/Kn/Hip:** Rt Lt Bi   **Abdomen**

**Modalities:** ☐EMS ☐INF - __ Hz ☐Russian ___ Area(s) ☐C/S ☐T/S ☐L/S ☐Other __Knee__ Time: 15 min.

☐Moist Heat ☐Ice ☐Ice Massage ☐Ultrasound Area(s) ☐C/S ☐T/S ☐L/S ☐Other __Knee__ Time: 18 min.

☐Mechanical Traction ☐ Manual Traction   Area(s): ☐C/S ☐T/S ☐L/S ☐Other _____ Time: ___ min.

**Therapeutic Exercise:** ☐Low Tech ☐High Tech ☐NMR   Area(s): ☐C/S ☐T/S ☐L/S ☐Other _____ Time: ___ min.

**Description:** _____

**Additional Plan/Goals:** _____

☐ Treatment performed without incident   ☑ Continue current treatment plan as prescribed.   ☐ Modify treatment plan.

☐ Change plan next visit: _____   Dr. Signature _____

#26  Date 9/01/020  Acc # 11094  Patient Name Natasha Ellison  Pt Type LI

Charges: $ 620  Pmt: $ _____  ☐ Ch ☐ Ck ☐ CC  Adj: _____  Balance $ 620

EVALUATION AND MANAGEMENT CODES: Auth # _____

**INITIAL** - ☐ 99201-25: 10 min $85  ☐ 99202-25: 20 min $110  ☐ 99203-25: 30 min $145  ☐ 99204-25: 40 min $205

☐ 99205-25: w/report $300  **UPDATES** - ☐ 99211-25 $45  ☐ 99212-25 $65  **RE-EXAMS** ☐ 99214-25 $135  ☐ 99215-25: w/rpt $250

**TESTS & REPORTING:** ☐ 99213-25: ROF $90  ☐ 95851: ROM $68  ☐ 95831: Muscle Testing $65  ☐ 97535: Activities of Daily Living $60

**ADJUSTMENT CODES:** ☐ 98940: 1-2 $70  ☐ 98941: 3-4 $85  ☐ 98942: 5 $95  ☐ 98943: Extremity $40  ☐ 97260: Same Day 2nd Visit $5

☐ 9905B: Emer Visit $50  ☐ 99352: House call established $60  **Medicare:** ☐ 98940: 1-2 Med $30  ☐ 98941: 3-4 Med $41  ☐ 98942: 5 Med $

**PHYSICAL THERAPY:**

☐ 97014: EMS ht/ice $40  ☐ 97010: Heat / Ice $35  ☐ 97035: US $41  ☑ 97140: Manual Therapies $60  ☐ 97110: Exercise $57

☐ 97112: NMR $50  ☐ 97530: Dynamic Activities $65  ☐ 97018: Paraffin $43  ☐ 97124: Massage $50  X ____ Units

**MEDICAL SUPPLIES:** ☐ 99070: Cerv Collar $25  ☐ 99070: Cerv Trac $40  ☐ 99070: L/S Spt $45  ☐ 99070: Rib Spt $25  ☐ 99070: Ortho Plw $

☐ 99070: Ice Pack $5  ☐ 99070: Ace Bndg $6  ☐ Bio Frz 4 oz $10  ☐ 97100: Knee Spt/Neo $40  ☐ 97100: Knee Spt/Ace $30

☐ 29260: Cockup Wrist Spt $15  ☐ Bio Frz Roll-on $12  ☐ 99070: Ortho Plw $60  ☐ 99070: Shoulder Sling $12

**X-RAY: Cervical** - ☐ 72040: AP/Lat $100  ☐ 72040: AP $50  ☐ 72040: Lat $50  ☐ 72040: Flex/Ext $100  ☐ 72050: AP/Lat/Flx/Ext $200

☐ 72050: Oblique (2) $100  ☐ 72052: Davis Ser $350  ☐ 70328: APOM $50  **Lumbar** - ☐ 72100: AP/Lat $100  ☐ 72100: AP $50

☐ 72100: Lat $50  ☐ 72100: Flex/Ext $100  ☐ 72110: AP/Lat/Flex/Ext $200  ☐ 72114: Comp 4 views $200  ☐ 72020: L5-S1 Lat Spot $50

**Thoracic** - ☐ 72070: AP/Lat $100  ☐ 72070: AP $50  ☐ 72070: Lat $50  ☐ 71100: Rib AP/Lat $ 100  ☐ 73000: Clavicle 1 view $50

**Upper Extremities** - ☐ 73030: Shldr Int/Ext Rot $100  ☐ 73020: Sldr 1 view $50  ☐ 73060: Humurus AP/Lat $100  ☐ 73070: Elbow AP/Lat $100

☐ 73100: Wrist/Forearm AP/Lat $100  ☐ 73120: Hand 2 vws $100  **Lower Extremities** - ☐ 73550: Femur AP/Lat $100  ☐ 73560: Knee AP/Lat $10

☐ 73570: Knee Bil 4 views $200  ☐ 73590: Fib/Tibula AP/Lat $100  ☐ 73610: Ankle AP/Lat $100  ☐ 73620: Foot AP/Lat $100

☐ 73520: Hip 2 views $100  ☐ 73520: Hip 2 views Bil $200  **Head:** ☐ 70250: Skull AP/Lat $100  ☐ 70332: TMJ Bil 4 views $200

**Interpretation** - ☐ 72130: Report $25  ☐ 76140: Interpretation $25

**Acupuncture** – ☐ 97810: Acupuncture $_65  ☐ 97811 upuncture with EMS $65  ☐ 97812 W/re-inser $65  ☐ 90782: Traumeel Inj $82

**Macros - #10** - Adj ☐ 98940: $170  ☐ 9894:1 $185  ☐ 98942: $200  EMS, Manual Therapy

**#20** - Adj ☐ 98940: $211  ☐ 98941: $226  ☐ 98942: $241  EMS, Manual Therapy, U/S

**#30** - Adj ☐ 98940: $171  ☐ 98941: $186  ☐ 98942: $201  Manual Therapy, U/S

**#40** - Adj ☐ 98940: $151  ☐ 98941: $166  ☐ 98942: $181  EMS, U/S

My signature on this document attests to the fact that the services set forth herein were actually rendered. The person rendering the medical service for which will be claimed has explained the services to me.

Mi firma en este documento atesta de hecho que los servicios descrito aquí fueron en realidad hechos. La persona que proveo estos servicios médicos por los cuales se hace un reclamo me lo ha explicado.

Patient Sig _____  Doctor's Sig _____  ☐ New DX this visit _____

**DATE OF VISIT:** _____  **CHIEF COMPLAINTS:** CC#1 Pain ___ / 10, CC#2 Pain ___ /10, CC#3 Pain ___ /10

**SUBJECTIVE:** Patient reports: _____

**Symptoms:** ☐Pain ☑Spasm ☐Tingling ☐Numbness _____

**Activities:** ☐Physical Restrictions ☐Work Limitations _____

**Home Care:** ☐Ice ☐Heat ☐Exercise ☐Bed Rest _____

**OBJECTIVE:** Observation, Palpation, Localization of Tenderness, Segmental Dysfunction
T=Palpable Tenderness  M=Muscle Spasms  X=Trigger Points  RM=Restricted Motion

**Subluxation Levels:** C/S: Occ 1 2 3 4 5 6 7  T/S: 1 2 3 4 5 6 7 8 9 10 11 12  L/S: 1 2 3 4 5 SK Rt Lt

**ASSESSMENT:** ☑Improved ☐Regressed ☐Approaching MMI ☐At MMI

**Additional Assessment:** _____

**Phase of Care:** ☐Acute ☐Sub-Acute ☐Rehab ☐Supportive ☐Wellness Progress: ☐Slower ☐Faster ☐As anticipated

**PLAN:** ☐CMT ☐Modalities ☐Man. Therapy ☐Massage ☐Rehab ☐Diagnostic Test ☐Lab ☐Foot Levelers Orthotics
☐ Spinal CMT: C/S: Occ 1 2 3 4 5 6 7  T/S: 1 2 3 4 5 6 7 8 9 10 11 12  L/S: 1 2 3 4 5 SI Rt Lt
☐ Extraspinal CMT: TMJ: Rt Lt Bi  Sho/Elb/Wr: Rt Lt Bi  Ft/Ank/Kn/Hip: Rt Lt Bi  Abdomen

**Modalities:** ☐EMS ☐INF - __ - __ Hz ☐Russian __/__  Area(s): ☐C/S ☐T/S ☐L/S ☐Other _____ Time: 15 min.
☐Moist Heat ☐Ice ☐Ice Massage ☐Ultrasound Area(s): ☐C/S ☐T/S ☐L/S ☐Other _____ Time: 18 min.
☐Mechanical Traction ☐ Manual Traction  Area(s): ☐C/S ☐T/S ☐L/S ☐Other _____ Time: ___ min.

**Therapeutic Exercise:** ☐Low Tech ☐High Tech ☐NMR Area(s): ☐C/S ☐T/S ☐L/S ☐Other _____ Time: ___ min.

**Description:** _____

**Additional Plan/Goals:** _____
☑ Treatment performed without incide... ☐ Continue current treatment plan as prescri... ☐ Modify treatment plan.
☐ Change plan next visit: _____  Dr. Signature: _____

#00   Date 9/19/00   Acc # 11694   Patient Name Natasha Ellison   Pt Type LI

Charges: $ 11.00   Pmt: $_____   ☐ Ch  ☐ Ck  ☐ CC  Adj: _____   Balance $ 11.00

### EVALUATION AND MANAGEMENT CODES: Auth# _____

**INITIAL** -  ☐ 99201-25: 10 min $85   ☐ 99202-25: 20 min $110   ☐ 99203-25: 30 min $145   ☐ 99204-25: 40 min $205

☐ 99205-25: w/report $300  **UPDATES** -  ☐ 99211-25 $45   ☐ 99212-25 $65   **RE-EXAMS**  ☐ 99214-25 $135   ☐ 99215-25: w/rpt $250

**TESTS & REPORTING:**  ☐ 99213-25: ROF $90   ☐ 95851: ROM $68   ☐ 95831: Muscle Testing $65   ☐ 97535: Activities of Daily Living $60

**ADJUSTMENT CODES:**  ☐ 98940: 1-2 $70   ☐ 98941: 3-4 $85   ☐ 98942: 5 $95   ☐ 98943: Extremity $40   ☐ 97260: Same Day 2nd Visit $50

☐ 99058: Emer Visit $50  ☐ 99352: House call established $60  Medicare:  ☐ 98940: 1-2 Med $30   ☐ 98941: 3-4 Med $41   ☐ 98942: 5 Med $5:

**PHYSICAL THERAPY:**

☐ 97014: EMS ht/ice $40   ☐ 97010: Heat / Ice $35   ☐ 97035: US $41   ☐ 97140: Manual Therapies $60   ☐ 97110: Exercise $57

☐ 97112: NMR $50   ☐ 97530: Dynamic Activities $65   ☐ 97018: Paraffin $43   ☐ 97124: Massage $50   X____ Units

**MEDICAL SUPPLIES:**  ☐ 99070: Cerv Collar $25   ☐ 99070: Cerv Trac $40   ☐ 99070: L/S Spt $45   ☐ 99070: Rib Spt $25   ☐ 99070: Ortho Plw $25

☐ 99070: Ice Pack $5   ☐ 99070: Ace Bndg $6   ☐ Bio Frz 4 oz $10   ☐ 97100: Knee Spt/Neo $40   ☐ 97100: Knee Spt/Ace $30

☐ 29260: Cockup Wrist Spt $15   ☐ Bio Frz Roll-on $10   ☐ 99070: Ortho Plw $60   ☐ 99070: Shoulder Sling $12

**X-RAY: Cervical -** ☐ 72040: AP/Lat $100   ☐ 72040: AP $50   ☐ 72040: Lat $50   ☐ 72040: Flex/Ext $100   ☐ 72050: AP/Lat/Flx/Ext $200

☐ 72050: Oblique (2) $100   ☐ 72052: Davis Ser $350   ☐ 70328: APOM $50   **Lumbar -** ☐ 72100: AP/Lat $100   ☐ 72100: AP $50

☐ 72100: Lat $50   ☐ 72110: Flex/Ext $100   ☐ 72110: AP/Lat/Flex/Ext $200   ☐ 72114: Comp 4 views $200   ☐ 72020: L5-S1 Lat Spot $50

**Thoracic -** ☐ 72070: AP/Lat $100   ☐ 72070: AP $50   ☐ 72070: Lat $50   ☐ 71100: Rib AP/Lat $_100   ☐ 73000: Clavicle 1 view $50

**Upper Extremities -** ☐ 73030: Shldr Int/Ext Rot $100   ☐ 73020: Sldr 1 view $50   ☐ 73060: Humurus AP/Lat $100   ☐ 73070: Elbow AP/Lat $100

☐ 73100: Wrist/Forearm AP/Lat $100   ☐ 73120: Hand 2 vws $100   **Lower Extremities -** ☐ 73550: Femur AP/Lat $100   ☐ 73560: Knee AP/Lat $100

☐73570: Knee Bil 4 views $200   ☐ 73590: Fib/Tibula AP/Lat $100   ☐ 73610: Ankle AP/Lat $100   ☐ 73620: Foot AP/Lat $100

☐ 73520: Hip 2 views $100   ☐73520: Hip 2 views Bil $200   **Head:** ☐ 70250: Skull AP/Lat $100   ☐ 70332: TMJ Bil 4 views $200

**Interpretation –** ☐ 72130: Report $25   ☐ 76140: Interpretation $25

**Acupuncture –** ☐ 97810: Acupuncture $_65   ☐ 97811upuncture with EMS $65   ☐ 97812 W/re-inser $65   ☐ 90782: Traumeel Inj $82

**Macros - #10 -** Adj ☐ 98940: $170   ☐ 9894:1 $185   ☐ 98942: $200  EMS, Manual Therapy

**#20 -** Adj ☐ 98940: $211   ☐ 98941: $226   ☐ 98942: $241   EMS, Manual Therapy, U/S

**#30 -** Adj ☐ 98940: $171   ☐ 98941: $186   ☐ 98942: $201  Manual Therapy, U/S

**#40 -** Adj ☐ 98940: $151   ☑ 98941: $166   ☐ 98942: $181   EMS, U/S

My signature on this document attests to the fact that the services set forth herein were actually rendered. The person rendering the medical service for which will be claimed has explained the services to me.

Mi firma en este documento atesta al hecho que los servicios descrito aquí fueron en realidad hechos. La persona que proveo estos servicios médicos por los cuales se hace un reclamo me lo ha explicado.

Patient Sig _____   Doctor's Sig _____   ☐ New DX this visit _____

**DATE OF VISIT:** _____   **CHIEF COMPLAINTS:** CC#1Pain ____ / 10, CC#2 Pain ____ / 10, CC#3 Pain ____ / 10

**SUBJECTIVE:** Patient reports: Pt continues to ® knee & sharp to lower back

**Symptoms:** ☑Pain ☐Spasm ☐Tingling ☐Numbness _____

**Activities:** ☐Physical Restrictions ☐Work Limitations _____

**Home Care:** ☐Ice ☐Heat ☐Exercise ☐Bed Rest _____

**OBJECTIVE:** Observation, Palpation, Localization of Tenderness, Segmental Dysfunction

T=Palpable Tenderness    M=Muscle Spasms    X=Trigger Points    RM=Restricted Motion

M+T+5cm trap QL
X glute
T4 S1

**Subluxation Levels:**  **C/S:** Occ 1 2 3 4 5 6 7   **T/S:** 1 2 3 4 5 6 7 (8)(9) 10 11 12   **L/S:** 1 2 3 4 (5) S1; Rt Lt

**ASSESSMENT:** ☑Improved ☐Regressed ☑Approaching MMI ☐At MMI

Additional Assessment: _____

**Phase of Care:** ☐Acute ☐Sub-Acute ☑Rehab ☐Supportive ☐Wellness  **Progress:** ☐Slower ☐Faster ☑As anticipated

**PLAN:** ☐CMT ☐Modalities ☑Man. Therapy ☐Massage ☑Rehab ☐Diagnostic Test ☐Lab ☐Foot Levelers Orthotics

☑ Spinal CMT: **C/S:** Occ 1 2 3 4 5 6 7   **T/S:** 1 2 3 4 5 6 7 8 9 10 11 12   **L/S:** (1) 2 3 4 (5) Rt Lt

☐ Extraspinal CMT: **TMJ:** Rt Lt Bi   **Sho/Elb/Wr:** Rt Lt Bi   **Ft/Ank/Kn/Hip:** Rt Lt Bi   **Abdomen**

**Modalities:** ☐EMS: ☐INF__ - __ Hz ☐Russian__ / __  Area(s): ☐C/S ☐T/S ☐L/S ☐Other knee  Time: 15 min.

☐Moist Heat ☐Ice ☐Ice Massage ☑Ultrasound  Area(s): ☐C/S ☐T/S ☐L/S ☑Other knee  Time: 15 min.

☐Mechanical Traction ☐ Manual Traction   Area(s): ☐C/S ☐T/S ☐L/S ☐Other _____  Time: ____ min.

**Therapeutic Exercise:** ☐Low Tech ☐High Tech ☐NMR  Area(s): ☐C/S ☐T/S ☐L/S ☐Other _____  Time: ____ min.

Description: _____

**Additional Plan/Goals:** _____

☑ Treatment performed without inciden..  ☑ Continue current treatment plan as prescribed.  ☐ Modify treatment plan.

☐ Change plan next visit: _____   Dr. Signature: _____

**# 43**  Date 9/11/06  Acc # 11094  Patient Name Natasha Ellison  Pt Type LI

Charges: $ 2110  Pmt: $ _____  ☐ Ch  ☐ Ck  ☐ CC  Adj: _____  Balance $ 2110

**EVALUATION AND MANAGEMENT CODES:** Auth# _____

**INITIAL -** ☐ 99201-25: 10 min $85  ☐ 99202-25: 20 min $110  ☐ 99203-25: 30 min $145  ☐ 99204-25: 40 min $205

☐ 99205-25: w/report $300  **UPDATES -** ☐ 99211-25 $45  ☐ 99212-25 $65  **RE-EXAMS** ☐ 99214-25 $135  ☐ 99215-25: w/rpt $250

**TESTS & REPORTING:** ☐ 99213-25: ROF $90  ☐ 95851: ROM $68  ☐ 95831: Muscle Testing $65  ☐ 97535: Activities of Daily Living $60

**ADJUSTMENT CODES:** ☐ 98940: 1-2 $70  ☐ 98941: 3-4 $85  ☐ 98942: 5 $95  ☐ 98943: Extremity $40  ☐ 97260: Same Day 2nd Visit $50

☐ 99058: Emer Visit $50  ☐ 99352: House call established $60  **Medicare:** ☐ 98940: 1-2 Med $30  ☐ 98941: 3-4 Med $41  ☐ 98942: 5 Med $

**PHYSICAL THERAPY:**

☐ 97014: EMS ht/ice $40  ☐ 97010: Heat / Ice $35  ☐ 97035: US $41  ☐ 97140: Manual Therapies $60  ☐ 97110: Exercise $57

☐ 97112: NMR $50  ☐ 97530: Dynamic Activities $65  ☐ 97018: Paraffin $43  ☐ 97124: Massage $50  X____Units

**MEDICAL SUPPLIES:** ☐ 99070: Cerv Collar $25  ☐ 99070: Cerv Trac $40  ☐ 99070: L/S Spt $45  ☐ 99070: Rib Spt $25  ☐ 99070: Ortho Plw $

☐ 99070: Ice Pack $5  ☐ 99070: Ace Bndg $6  ☐ Bio Frz 4 oz $10  ☐ 99070: Knee Spt/Neo $40  ☐ 97100: Knee Spt/Ace $30

☐ 29260: Cockup Wrist Spt $15  ☐ Bio Frz Roll-on $10  ☐ 99070: Ortho Plw $60  ☐ 99070: Shoulder Sling $12

**X-RAY: Cervical -** ☐ 72040: AP/Lat $100  ☐ 72040: AP $50  ☐ 72040: Lat $50  ☐ 72040: Flex/Ext $100  ☐ 72050: AP/Lat/Flx/Ext $200

☐ 72050: Oblique (2) $100  ☐ 72052: Davis Ser $350  ☐ 70328: APOM $50  **Lumbar -** ☐ 72100: AP/Lat $100  ☐ 72100: AP $50

☐ 72100: Lat $50  ☐ 72100: Flex/Ext $100  ☐ 72110: AP/Lat/Flex/Ext $200  ☐ 72114: Comp 4 views $200  ☐ 72020: L5-S1 Lat Spot $50

**Thoracic -** ☐ 72070: AP/Lat $100  ☐ 72070: AP $50  ☐ 72070: Lat $50  ☐ 71100: Rib AP/Lat $100  ☐ 73000: Clavicle 1 view $50

**Upper Extremities -** ☐ 73030: Shldr Int/Ext Rot $100  ☐ 73020: Sldr 1 view $50  ☐ 73060: Humurus AP/Lat $100  ☐ 73070: Elbow AP/Lat $100

☐ 73100: Wrist/Forearm AP/Lat $100  ☐ 73120: Hand 2 vws $100  **Lower Extremities -** ☐ 73550: Femur AP/Lat $100  ☐ 73560: Knee AP/Lat $10

☐ 73570: Knee Bil 4 views $200  ☐ 73590: Fib/Tibula AP/Lat $100  ☐ 73610: Ankle AP/Lat $100  ☐ 73620: Foot AP/Lat $100

☐ 73520: Hip 2 views $100  ☐ 73520: Hip 2 views Bil $200  **Head:** ☐ 70250: Skull AP/Lat $100  ☐ 70332: TMJ Bil 4 views $200

**Interpretation:** ☐ 72130: Report $25  ☐ 76140: Interpretation $25

**Acupuncture –** ☐ 97810: Acupuncture $_65  ☐ 97811upuncture with EMS $65  ☐ 97812 W/re-inser $65  ☐ 90782: Traumeel Inj $82

**Macros - #10 - Adj** ☐ 98940: $170  ☐ 9894:1 $185  ☐ 98942: $200  EMS, Manual Therapy

**#20 - Adj** ☐ 98940: $211  ☐ 98941: $226  ☐ 98942: $241  EMS, Manual Therapy, U/S

**#30 - Adj** ☐ 98940: $171  ☐ 98941: $186  ☐ 98942: $201  Manual Therapy, U/S

**#40 - Adj** ☐ 98940: $151  ☑ 98941: $166  ☐ 98942: $181  EMS, U/S

My signature on this document attests to the fact that the services set forth herein were actually rendered. The person rendering the medical service for which will be claimed has explained the services to me.

Mi firma en este documento atesta al hecho que los servicios describe aquí fueron en realidad hechos. La persona que proveo estos servicios médicos por los cuales se hace un reclamo me lo ha explicado.

Patient Sig _____  Doctor's Sig _____  ☐ New DX this visit _____

**DATE OF VISIT:** _____  **CHIEF COMPLAINTS:** CC#1Pain ___ / 10, CC#2 Pain ___ / 10, CC#3 Pain ___ / 10
**SUBJECTIVE:** Patient reports: _____

**Symptoms:** ☐Pain ☐Spasm ☐Tingling ☐Numbness  _____
**Activities:** ☐Physical Restrictions ☐Work Limitations  _____
**Home Care:** ☐Ice ☐Heat ☐Exercise ☐Bed Rest  _____

**OBJECTIVE:** Observation, Palpation, Localization of Tenderness, Segmental Dysfunction
T=Palpable Tenderness  M=Muscle Spasms  X=Trigger Points  RM=Restricted Motion

**Subluxation Levels: C/S:** Occ 1 2 3 4 5 6 7  **T/S:** 1 2 3 4 5 6 7 8 9 10 11 12  **L/S:** 1 2 3 4 5  **SI:** Rt Lt
**ASSESSMENT:** ☑Improved ☐Regressed ☑Approaching MMI ☐At MMI
**Additional Assessment:** _____
**Phase of Care:** ☐Acute ☐Sub-Acute ☐Rehab ☐Supportive ☐Wellness **Progress:** ☐Slower ☐Faster ☐As anticipated
**PLAN:** ☐CMT ☐Modalities ☐Man. Therapy ☐Massage ☐Rehab ☐Diagnostic Test ☐Lab ☐Foot Levelers Orthotics
☐Spinal CMT: C/S: Occ 1 2 3 4 5 6 7  T/S: 1 2 3 4 5 6 7 8 9 10 11 12  L/S: 1 2 3 4 5 SI Rt Lt
☐ Extraspinal CMT: **TMJ:** Rt Lt Bi  **Sho/Elb/Wr:** Rt Lt Bi  **Ft/Ank/Kn/Hip:** Rt Lt Bi  **Abdomen**
**Modalities:** ☐EMS ☐INF - ___ Hz ☐Russian ___ / ___ Area(s): ☐C/S ☐T/S ☐L/S ☐Other _____ Time: ___ min.
☐Moist Heat ☐Ice ☐Ice Massage ☑Ultrasound Area(s): ☐C/S ☐T/S ☐L/S ☐Other _____ Time: ___ min.
☐Mechanical Traction ☐ Manual Traction  Area(s): ☐C/S ☐T/S ☐L/S ☐Other _____ Time: ___ min.
**Therapeutic Exercise:** ☐Low Tech ☐High Tech ☐NMR  Area(s): ☐C/S ☐T/S ☐L/S ☐Other _____ Time: ___ min.
**Description:** _____
**Additional Plan/Goals:** _____
☑ Treatment performed without incident  ☐ Continue current treatment plan as prescribed  ☐ Modify treatment plan.
☐ Change plan next visit: _____  Dr. Signature: _____

#34    Date 9/8/06    Acc # 11094    Patient Name Natasha Ellison    Pt Type LI

Charges: $34.10    Pmt: $_____    ☐ Ch ☐ Ck ☐ CC  Adj:_____    Balance $ 34.10

**EVALUATION AND MANAGEMENT CODES:** Auth #_____

**INITIAL -** ☐ 99201-25: 10 min $85   ☐ 99202-25: 20 min $110   ☐ 99203-25: 30 min $145   ☐ 99204-25: 40 min $205

☐ 99205-25: w/report $300   **UPDATES -** ☐ 99211-25 $45   ☐ 99212-25 $65   **RE-EXAMS -** ☒ 99214-25 $135   ☐ 99215-25: w/rpt $250

**TESTS & REPORTING:** ☐ 99213-25: ROF $90   ☐ 95851: ROM $68   ☐ 95831: Muscle Testing $65   ☐ 97535: Activities of Daily Living $60

**ADJUSTMENT CODES:** ☐ 98940: 1-2 $70   ☐ 98941: 3-4 $85   ☐ 98942: 5 $95   ☐ 98943: Extremity $40   ☐ 97260: Same Day 2nd Visit $50

☐ 99058: Emer Visit $50   ☐ 99352: House call established $60   **Medicare:** ☐ 98940: 1-2 Med $30   ☐ 98941: 3-4 Med $41   ☐ 98942: 5 Med $

**PHYSICAL THERAPY:**

☐ 97014: EMS ht/ice $40   ☐ 97010: Heat / Ice $35   ☐ 97035: US $41   ☐ 97140: Manual Therapies $60   ☐ 97110: Exercise $57

☐ 97112: NMR $50   ☐ 97530: Dynamic Activities $65   ☐ 97018: Paraffin $43   ☐ 97124: Massage $50   X____Units

**MEDICAL SUPPLIES:** ☐ 99070: Cerv Collar 25   ☐ 99070: Cerv Trac 40   ☐ 99070: L/S Spt $45   ☐ 99070: Rib Spt $25   ☐ 99070: Ortho Plw $

☐ 99070: Ice Pack $5   ☐ 99070: Ace Bndg $6   ☐ Bio Frz 4 oz $10   ☐ 97100: Knee Spt/Neo $40   ☐ 97100: Knee Spt/Ace $30

☐ 29260: Cockup Wrist Spt $15   ☐ Bio Frz Roll-on $10   ☐ 99070: Ortho Plw $60   ☐ 99070: Shoulder Sling $12

**X-RAY: Cervical -** ☐ 72040: AP/Lat $100   ☐ 72040: AP $50   ☐ 72040: Lat $50   ☐ 72040: Flex/Ext $100   ☐ 72050: AP/Lat/Flx/Ext $200

☐ 72050: Oblique (2) $100   ☐ 72052: Davis Ser $350   ☐ 70328: APOM $50   **Lumbar -** ☐ 72100: AP/Lat $100   ☐ 72100: AP $50

☐ 72100: Lat $50   ☐ 72100: Flex/Ext $100   ☐ 72110: AP/Lat/Flex/Ext $200   ☐ 72114: Comp 4 views $200   ☐ 72020: L5-S1 Lat Spot $50

**Thoracic -** ☐ 72070: AP/Lat $100   ☐ 72070: AP $50   ☐ 72070: Lat $50   ☐ 71100: Rib AP/Lat $ 100   ☐ 73000: Clavicle 1 view $50

**Upper Extremities -** ☐ 73030: Shldr Int/Ext Rot $100   ☐ 73020: Sldr 1 view $50   ☐ 73060: Humurus AP/Lat $100   ☐ 73070: Elbow AP/Lat $100

☐ 73100: Wrist/Forearm AP/Lat $100   ☐ 73120: Hand 2 vws $100   **Lower Extremities -** ☐ 73550: Femur AP/Lat $100   ☐ 73560: Knee AP/Lat $100

☐ 73570: Knee Bil 4 views $200   ☐ 73590: Fib/Tibula AP/Lat $100   ☐ 73610: Ankle AP/Lat $100   ☐ 73620: Foot AP/Lat $100

☐ 73520: Hip 1 view $50   ☐ 73520: Hip 2 views $100   **Head:** ☐ 70250: Skull AP/Lat $100   ☐ 70332: TMJ Bil 4 views $200

**Interpretation -** ☐ 72130: Report $25   ☐ 76140: Interpretation $25

**Acupuncture –** ☐ 97810: Acupuncture $_65   ☐ 97811 1upuncture with EMS $65   ☐ 97812 W/re-inser $65   ☐ 90782: Traumeel Inj $82

**Macros - #10 -** Adj ☐ 98940: $170   ☐ 98941 $185   ☐ 98942: $200   EMS, Manual Therapy

    **#20 -** Adj ☒ 98940: $211   ☐ 98941: $226   ☐ 98942: $241   EMS, Manual Therapy, U/S

    **#30 -** Adj ☐ 98940: $171   ☐ 98941: $186   ☐ 98942: $201   Manual Therapy, U/S

    **#40 -** Adj ☐ 98940: $151   ☐ 98941: $166   ☐ 98942: $181   EMS, U/S

My signature on this document attests to the fact that the services set forth herein were actually rendered. The person rendering the medical service for which will be claimed has explained the services to me.

Mi firma en este documento atesta al hecho que los servicios descrito aquí fueron en realidad hechos. La persona que proveo estos servicios médicos por los cuales se hace un reclamo me lo ha explicado.

Patient Sig _____   Doctor's Sig _____   ☐ New DX this visit

**DATE OF VISIT:** _____   **CHIEF COMPLAINTS:** CC#1 Pain ___/ 10, CC#2 Pain ___/ 10, CC#3 Pain ___/ 10
**SUBJECTIVE:** Patient reports: _____

**Symptoms:** ☐ Pain ☐ Spasm ☐ Tingling ☐ Numbness
**Activities:** ☐ Physical Restrictions ☐ Work Limitations
**Home Care:** ☐ Ice ☐ Heat ☐ Exercise ☐ Bed Rest

**OBJECTIVE:** Observation, Palpation, Localization of Tenderness, Segmental Dysfunction
T=Palpable Tenderness    M=Muscle Spasms    X=Trigger Points    RM=Restricted Motion

**Subluxation Levels: C/S:** Occ 1 2 3 4 5 6 7    **T/S:** 1 2 3 4 5 6 7 8 9 10 11 12    **L/S:** 1 2 3 4 5 SI Rt Lt
**ASSESSMENT:** ☐ Improved ☐ Regressed ☐ Approaching MMI ☐ At MMI
**Additional Assessment:** _____
**Phase of Care:** ☐ Acute ☐ Sub-Acute ☐ Rehab ☐ Supportive ☐ Wellness   **Progress:** ☐ Slower ☐ Faster ☐ As anticipated
**PLAN:** ☐ CMT ☐ Modalities ☐ Man. Therapy ☐ Massage ☐ Rehab ☐ Diagnostic Test ☐ Lab ☐ Foot Levelers Orthotics
    ☐ Spinal CMT: **C/S:** Occ 1 2 3 4 5 6 7    **T/S:** 1 2 3 4 5 6 7 8 9 10 11 12    **L/S:** 1 2 3 4 5 SI Rt Lt
    ☐ Extraspinal CMT: **TMJ:** Rt Lt Bi    **Sho/Elb/Wr:** Rt Lt Bi    **Ft/Ank/Kn/Hip:** Rt Lt Bi    **Abdomen**
**Modalities:** ☐ EMS ☐ INF ___- ___ Hz ☐ Russian ___ Area(s): ☐ C/S ☐ T/S ☐ L/S ☐ Other ____ Time: ___ min.
    ☐ Moist Heat ☐ Ice ☐ Ice Massage ☐ Ultrasound Area(s): ☐ C/S ☐ T/S ☐ L/S ☐ Other ____ Time: ___ min.
    ☐ Mechanical Traction ☐ Manual Traction    Area(s): ☐ C/S ☐ T/S ☐ L/S ☐ Other ____ Time: ___ min.
**Therapeutic Exercise:** ☐ Low Tech ☐ High Tech ☐ NMR  Area(s): ☐ C/S ☐ T/S ☐ L/S ☐ Other ____ Time: ___ min.
Description: _____
**Additional Plan/Goals:** _____
☐ Treatment performed without incident.   ☐ Continue current treatment plan as prescribed.   ☐ Modify treatment plan.
☐ Change plan next visit: _____   Dr. Signature _____

# 41   Date 9/6/00   Acc # 116960   Patient Name Natasha Ellison   Type LI

Charges: $ 211   Pmt: $ _____   ☐ Ch ☐ Ck ☐ CC  Adj: _____   Balance $ 211

**EVALUATION AND MANAGEMENT CODES:** Auth # _____

**INITIAL -** ☐ 99201-25: 10 min $85   ☐ 99202-25: 20 min $110   ☐ 99203-25: 30 min $145   ☐ 99204-25: 40 min $205

☐ 99205-25: w/report $300   **UPDATES -** ☐ 99211-25 $45   ☐ 99212-25 $65   **RE-EXAMS** ☐ 99214-25 $135   ☐ 99215-25: w/rpt $250

**TESTS & REPORTING:** ☐ 99213-25: ROF $90   ☐ 95851: ROM $68   ☐ 95831: Muscle Testing $65   ☐ 97535: Activities of Daily Living $60

**ADJUSTMENT CODES:** ☐ 98940: 1-2 $70   ☐ 98941: 3-4 $85   ☐ 98942: 5 $95   ☐ 98943: Extremity $40   ☐ 97260: Same Day 2nd Visit $50

☐ 99058: Emer Visit $50   ☐ 99352: House call established $60   **Medicare:** ☐ 98940: 1-2 Med $30   ☐ 98941: 3-4 Med $41   ☐ 98942: 5 Med $

**PHYSICAL THERAPY:**

☐ 97014: EMS ht/ice $40   ☐ 97010: Heat / Ice $35   ☐ 97035: US $41   ☐ 97140: Manual Therapies $60   ☐ 97110: Exercise $57

☐ 97112: NMR $50   ☐ 97530: Dynamic Activities $65   ☐ 97018: Paraffin $43   ☐ 97124: Massage $50   X____Units

**MEDICAL SUPPLIES:** ☐ 99070: Cerv Collar $25   ☐ 99070: Cerv Trac $40   ☐ 99070: L/S Spt $45   ☐ 99070: Rib Spt $25   ☐ 99070: Ortho Plw $

☐ 99070: Ice Pack $5   ☐ 99070: Ace Bndg $6   ☐ Bio Frz 4 oz $10   ☐ 97100: Knee Spt/Neo $40   ☐ 97100: Knee Spt/Ace $30

☐ 29260: Cockup Wrist Spt $15   ☐ Bio Frz Roll-on $10   ☐ 99070: Ortho Plw $60   ☐ 99070: Shoulder Sling $12

**X-RAY: Cervical -** ☐ 72040: AP/Lat $100   ☐ 72040: AP $50   ☐ 72040: Lat $50   ☐ 72040: Flex/Ext $100   ☐ 72050: AP/Lat/Flx/Ext $200

☐ 72050: Oblique (2) $100   ☐ 72052: Davis Ser $350   ☐ 70328: APOM $50   **Lumbar -** ☐ 72100: AP/Lat $100   ☐ 72100: AP $50

☐ 72100: Lat $50   ☐ 72110: Flex/Ext $100   ☐ 72110: AP/Lat/Flex/Ext $200   ☐ 72114: Comp 4 views $200   ☐ 72020: L5-S1 Lat Spot $50

**Thoracic -** ☐ 72070: AP/Lat $100   ☐ 72070: AP $50   ☐ 72070: Lat $50   ☐ 71100: Rib AP/Lat $100   ☐ 73000: Clavicle 1 view $50

**Upper Extremities -** ☐ 73030: Shldr Int/Ext Rot $100   ☐ 73020: Sldr 1 view $50   ☐ 73060: Humurus AP/Lat $100   ☐ 73070: Elbow AP/Lat $100

☐ 73100: Wrist/Forearm AP/Lat $100   ☐ 73120: Hand 2 vws $100   **Lower Extremities -** ☐ 73550: Femur AP/Lat $100   ☐ 73560: Knee AP/Lat $10

☐ 73570: Knee Bil 4 views $200   ☐ 73590: Fib/Tibula AP/Lat $100   ☐ 73610: Ankle AP/Lat $100   ☐ 73620: Foot AP/Lat $100

☐ 73520: Hip 2 views $100   ☐ 73520: Hip 2 views Bil $200   **Head:** ☐ 70250: Skull AP/Lat $100   ☐ 70332: TMJ Bil 4 views $200

**Interpretation -** ☐ 72130: Report $25   ☐ 76140: Interpretation $25

**Acupuncture –** ☐ 97810: Acupuncture $_65   ☐ 97811 upuncture with EMS $65   ☐ 97812 W/re-inser $65   ☐ 90782: Traumeel Inj $82

**Macros - #10 -** Adj ☐ 98940: $170   ☐ 98941:$185   ☐ 98942: $200   EMS, Manual Therapy

☐ **#20 -** Adj ☑ 98940: $211   ☐ 98941: $226   ☐ 98942: $241   EMS, Manual Therapy, U/S

☐ **#30 -** Adj ☐ 98940: $171   ☐ 98941: $186   ☐ 98942: $201   Manual Therapy, U/S

☐ **#40 -** Adj ☐ 98940: $151   ☐ 98941: $166   ☐ 98942: $181   EMS, U/S

My signature on this document attests to the fact that the services set forth herein were actually rendered. The person rendering the medical service for which will be claimed has explained the services to me.

Mi firma en este documento atesta el hecho que los servicios descrito aquí fueron en realidad hechos. La persona que proveo estos servicios médicos por los cuales se hace un reclamo me lo ha explicado.

Patient Sig _____   Doctor's Sig _____   ☐ New DX this visit _____

**DATE OF VISIT:** _____   **CHIEF COMPLAINTS:** CC#1 Pain ___ / 10, CC#2 Pain ___ / 10, CC#3 Pain ___ / 10

**SUBJECTIVE:** Patient reports: _____

**Symptoms:** ☐ Pain ☑ Spasm ☐ Tingling ☐ Numbness   _____

**Activities:** ☐ Physical Restrictions ☐ Work Limitations   _____

**Home Care:** ☐ Ice ☐ Heat ☐ Exercise ☐ Bed Rest   _____

**OBJECTIVE:** Observation, Palpation, Localization of Tenderness, Segmental Dysfunction

T=Palpable Tenderness   M=Muscle Spasms   X=Trigger Points   RM=Restricted Motion

**Subluxation Levels:** C/S: Occ 1 2 3 4 5 6 7   T/S: 1 2 3 4 5 6 7 8 9 10 11 12   L/S: 1 2 3 4 5   SI: Rt Lt

**ASSESSMENT:** ☐ Improved ☐ Regressed ☐ Approaching MMI ☐ At MMI

**Additional Assessment:** _____

**Phase of Care:** ☐ Acute ☑ Sub-Acute ☐ Rehab ☐ Supportive ☐ Wellness   **Progress:** ☐ Slower ☐ Faster ☑ As anticipated

**PLAN:** ☐ CMT ☐ Modalities ☐ Man. Therapy ☐ Massage ☐ Rehab ☐ Diagnostic Test ☐ Lab ☐ Foot Levelers Orthotics

☐ Spinal CMT: C/S: Occ 1 2 3 4 5 6 7   T/S: 1 2 3 4 5 6 7 8 9 10 11 12   L/S: 1 2 3 4 5 SI Rt Lt

☐ Extraspinal CMT: **TMJ:** Rt Lt Bi   **Sho/Elb/Wr:** Rt Lt Bi   **Ft/Ank/Kn/Hip:** Rt Lt Bi   **Abdomen**

**Modalities:** ☑ EMS ☐ INF _ - __ Hz ☐ Russian _/_   Area(s): ☐ C/S ☐ T/S ☐ L/S ☐ Other _____ Time: 10 min.

☐ Moist Heat ☐ Ice ☐ Ice Massage ☑ Ultrasound   Area(s): ☐ C/S ☐ T/S ☐ L/S ☐ Other _____ Time: 15 min.

☐ Mechanical Traction ☐ Manual Traction   Area(s): ☐ C/S ☐ T/S ☐ L/S ☐ Other _____ Time: ___ min.

**Therapeutic Exercise:** ☐ Low Tech ☐ High Tech ☐ NMR   Area(s): ☐ C/S ☐ T/S ☐ L/S ☐ Other _____ Time: ___ min.

**Description:** _____

**Additional Plan/Goals:** _____

☑ Treatment performed without incident.   ☑ Continue current treatment plan as prescribed.   ☐ Modify treatment plan.

☐ Change plan next visit: _____   Dr. Signature _____

**# 18**    Date **8/26/06**    Acc # **116096**    Patient Name **Natasha Ellison**    Pt Type **LI**

Charges: $ **211**    Pmt: $_____    ☐ Ch  ☐ Ck  ☐ CC  Adj: _____    Balance $ **211**

## EVALUATION AND MANAGEMENT CODES: Auth# _____

**INITIAL -**  ☐ 99201-25: 10 min $85   ☐ 99202-25: 20 min $110   ☐ 99203-25: 30 min $145   ☐ 99204-25: 40 min $205

☐ 99205-25: w/report $300   **UPDATES -** ☐ 99211-25 $45   ☐ 99212-25 $65   **RE-EXAM** ☐ 99214-25 $135   ☐ 99215-25: w/rpt $250

**TESTS & REPORTING:** ☐ 99213-25: ROF $95   ☐ 95851: ROM $68   ☐ 95831: Muscle Testing $65   ☐ 97535: Activities of Daily Living $60

**ADJUSTMENT CODES:** ☐ 98940: 1-2 $70   ☐ 98941: 3-4 $85   ☐ 98942: 5 $95   ☐ 98943: Extremity $40   ☐ 97260: Same Day 2nd Visit $50

☐ 99058: Emer Visit $50   ☐ 99352: House call established $60   Medicare: ☐ 98940: 1-2 Med $30   ☐ 98941: 3-4 Med $41   ☐ 98942: 5 Med $

**PHYSICAL THERAPY:**

☐ 97014: EMS ht/ice $40   ☐ 97010: Heat / Ice $35   ☐ 97035: US $41   ☐ 97140: Manual Therapies $60   ☐ 97110: Exercise $57

☐ 97112: NMR $50   ☐ 97530: Dynamic Activities $65   ☐ 97018: Paraffin $43   ☐ 97124: Massage $50   X____ Units

**MEDICAL SUPPLIES:** ☐ 99070: Cerv Collar $25   ☐ 99070: Cerv Trac $40   ☐ 99070: L/S Spt $45   ☐ 99070: Rib Spt $25   ☐ 99070: Ortho Plw $

☐ 99070: Ice Pack $5   ☐ 99070: Ace Bndg $6   ☐ Bio Frz 4 oz $10   ☐ 97100: Knee Spt/Neo $40   ☐ 97100: Knee Spt/Ace $30

☐ 29260: Cockup Wrist Spt $15   ☐ Bio Frz Roll-on $10   ☐ 99070: Ortho Plw $60   ☐ 99070: Shoulder Sling $12

**X-RAY:** Cervical - ☐ 72040: AP/Lat $100   ☐ 72040: AP $50   ☐ 72040: Lat $50   ☐ 72040: Flex/Ext $100   ☐ 72050: AP/Lat/Flx/Ext $200

☐ 72050: Oblique (2) $100   ☐72052: Davis Ser $350   ☐ 70328: APOM $50   Lumbar - ☐72100: AP/Lat $100   ☐ 72100: AP $50

☐ 72100: Lat $50   ☐ 72110: Flex/Ext $100   ☐ 72110: AP/Lat/Flex/Ext $200   ☐ 72114: Comp 4 views $200   ☐ 72020: L5-S1 Lat Spot $50

Thoracic - ☐ 72070: AP/Lat $100   ☐ 72070: AP $50   ☐ 72070: Lat $50   ☐71100: Rib AP/Lat $100   ☐ 73000: Clavicle 1 view $50

Upper Extremities - ☐ 73030: Shldr Int/Ext Rot $100   ☐ 73020: Sldr 1 view $50   ☐ 73060: Humerus AP/Lat $100   ☐ 73070: Elbow AP/Lat $100

☐ 73100: Wrist/Forearm AP/Lat $100   ☐ 73120: Hand 2 vws $100   Lower Extremities - ☐ 73550: Femur AP/Lat $100   ☐ 73560: Knee AP/Lat $10

☐73570: Knee Bil 4 views $200   ☐ 73590: Fib/Tibula AP/Lat $100   ☐ 73610: Ankle AP/Lat $100   ☐ 73620: Foot AP/Lat $100

☐ 73520: Hip 2 views $100   ☐ 73520: Hip 2 views Bil $200   Head: ☐ 70250: Skull AP/Lat $100   ☐ 70332: TMJ Bil 4 views $200

Interpretation - ☐ 72130: Report $25   ☐ 76140: Interpretation $25

Acupuncture – ☐ 97810: Acupuncture $_65   ☐ 97811upuncture with EMS $65   ☐ 97812 W/re-inser $65   ☐ 90782: Traumeel Inj $82

Macros - #10 - Adj ☐ 98940: $170   ☐ 9894:1 $185   ☐ 98942: $200  EMS, Manual Therapy

  #20 - Adj ☑ 98940: $211   ☐ 98941: $226   ☐ 98942: $241   EMS, Manual Therapy, U/S

  #30 - Adj ☐ 98940: $171   ☐ 98941: $186   ☐ 98942: $201  Manual Therapy, U/S

  #40 - Adj ☐ 98940: $151   ☐ 98941: $166   ☐ 98942: $181  EMS, U/S

My signature on this document attests to the fact that the services set forth herein were actually rendered. The person rendering the medical service for which will be claimed has explained the services to me.

Mi firma en este documento atesta al hecho que los servicios descrito aquí fueron en realidad hechos. La persona que proveo estos servicios médicos por los cuales se hace un reclamo me lo ha explicado.

Patient Sig _____    Doctor's Sig _____    ☐ New DX this visit _____

**DATE OF VISIT:** ____    **CHIEF COMPLAINTS:** CC#1 Pain ___ / 10,  CC#2 Pain ___ / 10,  CC#3 Pain ___ / 10

**SUBJECTIVE:** Patient reports: _P! continues to C shoulder & to_

_C knee affects ADLs limits motion_

**Symptoms:** ☐Pain ☐Spasm ☐Tingling ☐Numbness _____

**Activities:** ☐Physical Restrictions ☐Work Limitations _____

**Home Care:** ☐Ice ☐Heat ☐Exercise ☐Bed Rest _____

**OBJECTIVE:** Observation, Palpation, Localization of Tenderness, Segmental Dysfunction

T=Palpable Tenderness    M=Muscle Spasms    X=Trigger Points    RM=Restricted Motion

_M trap rhomboids quadriceps_
_X glute deltoids_
_T C5 - T5_

**Subluxation Levels:** C/S: Occ 1 2 3 4 (5 6 7)    T/S: (1 2) 3 4 5 6 7 8 9 10 11 12    L/S: 1 2 3 4 5  SI: Rt Lt

**ASSESSMENT:** ☑Improved ☐Regressed ☐Approaching MMI ☐At MMI

**Additional Assessment:** _____

**Phase of Care:** ☐Acute ☑Sub-Acute ☐Rehab ☐Supportive ☐Wellness **Progress:** ☐Slower ☐Faster ☑As anticipated

**PLAN:** ☑CMT ☐Modalities ☐Man. Therapy ☐Massage ☐Rehab ☐Diagnostic Test ☐Lab ☐Foot Levelers Orthotics

  ☑ Spinal CMT: C/S: Occ 1 2 3 4 (5 6 7)    T/S: (1 2) 3 4 (5 6) 7    L/S: 1 2 3 4 5 SI Rt Lt

  ☐ Extraspinal CMT: TMJ: Rt Lt Bi    Sho/Elb/Wr: Rt Lt Bi    Ft/Ank/Kn/Hip: Rt Lt Bi    Abdomen

Modalities: ☐EMS: ☐INF__ - __ Hz ☐Russian __ / __    Area(s): ☐C/S ☐T/S ☐L/S ☐Other _knee_   Time: 15 min.

  ☐Moist Heat ☐Ice ☐Ice Massage ☑Ultrasound Area(s): ☐C/S ☐T/S ☐L/S ☐Other _knee_   Time: 15 min.

  ☐Mechanical Traction ☐ Manual Traction    Area(s): ☐C/S ☐T/S ☐L/S ☐Other ____  Time: ___ min.

Therapeutic Exercise: ☐Low Tech ☐High Tech ☐NMR  Area(s): ☐C/S ☐T/S ☐L/S ☐Other ____  Time: ___ min.

Description: _____

**Additional Plan/Goals:**

☐ Treatment performed without incident.   ☑ Continue current treatment plan as prescribed.   ☐ Modify treatment plan.

☐ Change plan next visit: _____    Dr. Signature: _____

#**56**  Date **8/23/06**  Acc # **110096**  Patient Name **Natasha Ellison**  Pt Type **LI**

Charges: $ **211**  Pmt: $ _____  ☐ Ch  ☐ Ck  ☐ CC  Adj: _____  Balance $ **211**

**EVALUATION AND MANAGEMENT CODES:** Auth# _____

**INITIAL -** ☐ 99201-25: 10 min $85  ☐ 99202-25: 20 min $110  ☐ 99203-25: 30 min $145  ☐ 99204-25: 40 min $205
☐ 99205-25: w/report $300  **UPDATES -** ☐ 99211-25 $45  ☐ 99212-25 $65  **RE-EXAMS** ☐ 99214-25 $135  ☐ 99215-25: w/rpt $250

**TESTS & REPORTING:** ☐ 99213-25: ROF $90  ☐ 95851: ROM $68  ☐ 95831: Muscle Testing $65  ☐ 97535: Activities of Daily Living $60

**ADJUSTMENT CODES:** ☐ 98940: 1-2 $70  ☐ 98941: 3-4 $85  ☐ 98942: 5 $95  ☐ 98943: Extremity $40  ☐ 97260: Same Day 2nd Visit $50
☐ 99058: Emer Visit $50  ☐ 99352: House call established $60  **Medicare:** ☐ 98940: 1-2 Med $30  ☐ 98941: 3-4 Med $41  ☐ 98942: 5 Med $

**PHYSICAL THERAPY:**
☐ 97014: EMS ht/ice $40  ☐ 97010: Heat / Ice $35  ☐ 97035: US $41  ☐ 97140: Manual Therapies $60  ☐ 97110: Exercise $57
☐ 97112: NMR $50  ☐ 97530: Dynamic Activities $65  ☐ 97018: Paraffin $43  ☐ 97124: Massage $50  X____Units

**MEDICAL SUPPLIES:** ☐ 99070: Cerv Collar $25  ☐ 99070: Cerv Trac $40  ☐ 99070: L/S Spt $45  ☐ 99070: Rib Spt $25  ☐ 99070: Ortho Plw $2
☐ 99070: Ice Pack $5  ☐ 99070: Ace Bndg $6  ☐ Bio Frz 4 oz $10  ☐ 99100: Knee Spt/Neo $40  ☐ 99070: Knee Spt/Ace $30
☐ 29260: Cockup Wrist Spt $15  ☐ Bio Frz Roll-on $10  ☐ 99070: Ortho Plw $60  ☐ 99070: Shoulder Sling $12

**X-RAY: Cervical -** ☐ 72040: AP/Lat $100  ☐ 72040: AP $50  ☐ 72040: Lat $50  ☐ 72040: Flex/Ext $100  ☐ 72050: AP/Lat/Flx/Ext $200
☐ 72050: Oblique (2) $100  ☐ 72052: Davis Ser $350  ☐ 70328: APOM $50  **Lumbar -** ☐ 72100: AP/Lat $100  ☐ 72100: AP $50
☐ 72100: Lat $50  ☐ 72110: Flex/Ext $100  ☐ 72110: AP/Lat/Flex/Ext $200  ☐ 72114: Comp 4 views $200  ☐ 72020: L5-S1 Lat Spot $50
**Thoracic -** ☐ 72070: AP/Lat $100  ☐ 72070: AP $50  ☐ 72070: Lat $50  ☐ 71100: Rib AP/Lat $ 100  ☐ 73000: Clavicle 1 view $50
**Upper Extremities -** ☐ 73030: Shldr Int/Ext Rot $100  ☐ 73020: Sldr 1 view $50  ☐ 73060: Humurus AP/Lat $100  ☐ 73070: Elbow AP/Lat $100
☐ 73100: Wrist/Forearm AP/Lat $100  ☐ 73120: Hand 2 vws $100  **Lower Extremities -** ☐ 73550: Femur AP/Lat $100  ☐ 73560: Knee AP/Lat $100
☐ 73570: Knee Bil 4 views $200  ☐ 73590: Fib/Tibula AP/Lat $100  ☐ 73610: Ankle AP/Lat $100  ☐ 73620: Foot AP/Lat $100
☐ 73520: Hip 2 views $100  ☐ 73520: Hip 2 views Bil $200  **Head -** ☐ 70250: Skull AP/Lat $100  ☐ 70332: TMJ Bil 4 views $200

**Interpretation -** ☐ 72130: Report $25  ☐ 76140: Interpretation $25

**Acupuncture ~** ☐ 97810: Acupuncture $_65  ☐ 97811 upuncture with EMS $65  ☐ 97812 W/re-inser $65  ☐ 90782: Traumeel Inj $82

**Macros - #10 – Adj** ☐ 98940: $170  ☐ 9894:1 $185  ☐ 98942: $200  EMS, Manual Therapy
**#20 - Adj** ☐ 98940: $211  ☐ 98941: $226  ☐ 98942: $241  EMS, Manual Therapy, U/S
**#30 - Adj** ☐ 98940: $171  ☐ 98941: $186  ☐ 98942: $201  Manual Therapy, U/S
**#40 - Adj** ☐ 98940: $151  ☐ 98941: $166  ☐ 98942: $181  EMS, U/S

My signature on this document attests to the fact that the services set forth herein were actually rendered. The person rendering the medical service for which will be claimed has explained the services to me.
Mi firma en este documento atesta al hecho que los servicios descrito aquí fueron en realidad hechos. La persona que proveo estos servicios médicos por los cuales se hace un reclamo me lo ha explicado.

Patient Sig _____  Doctor's Sig _____  ☐ New DX this visit _____

**DATE OF VISIT:** _____  **CHIEF COMPLAINTS:** CC#1 Pain ___ /10, CC#2 Pain ___ /10, CC#3 Pain ___ /10
**SUBJECTIVE:** Patient reports: _____

**Symptoms:** ☐Pain ☐Spasm ☐Tingling ☐Numbness  _____
**Activities:** ☐Physical Restrictions ☐Work Limitations  _____
**Home Care:** ☐Ice ☐Heat ☐Exercise ☐Bed Rest  _____

**OBJECTIVE:** Observation, Palpation, Localization of Tenderness, Segmental Dysfunction
T=Palpable Tenderness    M=Muscle Spasms    X=Trigger Points    RM=Restricted Motion

**Subluxation Levels:** C/S: Occ 1 2 3 4 5 6 7  T/S: 1 2 3 4 5 6 7 8 9 10 11 12  L/S: 1 2 3 4 5  SI: Rt Lt

**ASSESSMENT:** ☐Improved ☐Regressed ☐Approaching MMI ☐At MMI
**Additional Assessment:** _____
**Phase of Care:** ☐Acute ☐Sub-Acute ☐Rehab ☐Supportive ☐Wellness  **Progress:** ☐Slower ☐Faster ☐As anticipated
**PLAN:** ☐CMT ☐Modalities ☐Man. Therapy ☐Massage ☐Rehab ☐Diagnostic Test ☐Lab ☐Foot Levelers Orthotics
☐Spinal CMT: C/S: Occ 1 2 3 4 5 6 7  T/S: 1 2 3 4 5 6 7 8 9 10 11 12  L/S: 1 2 3 4 5 SI Rt Lt
☐ Extraspinal CMT: TMJ: Rt Lt Bi  Sho/Elb/Wr: Rt Lt Bi  Ft/Ank/Kn/Hip: Rt Lt Bi  Abdomen
**Modalities:** ☐EMS ☐INF __ - __ Hz ☐Russian __ / __ Area(s): ☐C/S ☐T/S ☐L/S ☐Other _____ Time: __ min.
☐Moist Heat ☐Ice ☐Ice Massage ☐Ultrasound Area(s): ☐C/S ☐T/S ☐L/S ☐Other _____ Time: __ min.
☐Mechanical Traction ☐ Manual Traction  Area(s): ☐C/S ☐T/S ☐L/S ☐Other _____ Time: __ min.
**Therapeutic Exercise:** ☐Low Tech ☐High Tech ☐NMR  Area(s): ☐C/S ☐T/S ☐L/S ☐Other _____ Time: __ min.
**Description:** _____
**Additional Plan/Goals:** _____
☐ Treatment performed without incide...  ☐ Continue current treatment plan as pres... ...d.  ☐ Modify treatment plan.
☐ Change plan next visit: _____  Dr. Signature: _____

#46   Date 8/10/06   Acc # 116096   Patient Name Natasha Ellison Pt Type LI

Charges: $ 198   Pmt: $ _____   ☐ Ch  ☐ Ck  ☐ CC  Adj: _____   Balance $ 198

**EVALUATION AND MANAGEMENT CODES:** Auth # _____

**INITIAL -** ☐ 99201-25: 10 min $85   ☐ 99202-25: 20 min $110   ☐ 99203-25: 30 min $145   ☐ 99204-25: 40 min $205

☐ 99205-25: w/report $300   **UPDATES -** ☐ 99211-25 $45   ☐ 99212-25 $65   **RE-EXAMS** ☐ 99214-25 $135   ☐ 99215-25: w/rpt $250

**TESTS & REPORTING:** ☐ 99213-25: ROF $90   ☐ 95851: ROM $68   ☐ 95831: Muscle Testing $65   ☐ 97535: Activities of Daily Living $60

**ADJUSTMENT CODES:** ☐ 98940: 1-2 $70   ☐ 98941: 3-4 $85   ☐ 98942: 5 $95   ☐ 98943: Extremity $40   ☐ 97260: Same Day 2nd Visit $50

☐ 99058: Emer Visit $50   ☐ 99352: House call established $60   **Medicare:** ☐ 98940: 1-2 Med $30   ☐ 98941: 3-4 Med $41   ☐ 98942: 5 Med $

**PHYSICAL THERAPY:**

☑ 97014: EMS ht/ice $40   ☐ 97010: Heat / Ice $35   ☐ 97035: US $41   ☑ 97140: Manual Therapies $60   ☑ 97110: Exercise $57

☐ 97112: NMR $50   ☐ 97530: Dynamic Activities $65   ☐ 97018: Paraffin $43   ☐ 97124: Massage $50   X ___ Units

**MEDICAL SUPPLIES:** ☐ 99070: Cerv Collar $25   ☐ 99070: Cerv Trac $40   ☐ 99070: L/S Spt $45   ☐ 99070: Rib Spt $25   ☐ 99070: Ortho Plw $

☐ 99070: Ice Pack $5   ☐ 99070: Ace Bndg $6   ☐ Bio Frz 4 oz $10   ☐ 99070: Knee Spt/Neo $40   ☐ 97100: Knee Spt/Ace $30

☐ 29260: Cockup Wrist Spt $15   ☐ Bio Frz Roll-on $12   ☐ 99070: Ortho Plw $60   ☐ 99070: Shoulder Sling $12

**X-RAY: Cervical -** ☐ 72040: AP/Lat $100   ☐ 72040: AP $50   ☐ 72040: Lat $50   ☐ 72040: Flex/Ext $100   ☐ 72050: AP/Lat/Flx/Ext $200

☐ 72050: Oblique (2) $100   ☐ 72052: Davis Ser $350   ☐ 70328: APOM $50   **Lumbar -** ☐ 72100: AP/Lat $100   ☐ 72100: AP $50

☐ 72100: Lat $50   ☐ 72110: Flex/Ext $100   ☐ 72110: AP/Lat/Flex/Ext $200   ☐ 72114: Comp 4 views $200   ☐ 72020: L5-S1 Lat Spot $50

**Thoracic -** ☐ 72070: AP/Lat $100   ☐ 72070: AP $50   ☐ 72070: Lat $50   ☐ 71100: Rib AP/Lat $ 100   ☐ 73000: Clavicle 1 view $50

**Upper Extremities -** ☐ 73030: Shldr Int/Ext Rot $100   ☐ 73020: Sldr 1 view $50   ☐ 73060: Humurus AP/Lat $100   ☐ 73070: Elbow AP/Lat $100

☐ 73100: Wrist/Forearm AP/Lat $100   ☐ 73120: Hand 2 vws $100   **Lower Extremities -** ☐ 73550: Femur AP/Lat $100   ☐ 73560: Knee AP/Lat $10

☐ 73570: Knee Bil 4 views $200   ☐ 73590: Fib/Tibula AP/Lat $100   ☐ 73610: Ankle AP/Lat $100   ☐ 73620: Foot AP/Lat $100

☐ 73520: Hip 2 views $100   ☐ 73520: Hip 2 views Bil $200   **Head:** ☐ 70250: Skull AP/Lat $100   ☐ 70332: TMJ Bil 4 views $200

**Interpretation -** ☐ 72130: Report $25   ☐ 76140: Interpretation $25

**Acupuncture –** ☐ 97810: Acupuncture $ 65   ☐ 97811upuncture with EMS $65   ☐ 97812 W/re-inser $65   ☐ 90782: Traumeel Inj $82

**Macros - #10 -** Adj ☐ 98940: $170   ☐ 9894:1 $185   ☐ 98942: $200 EMS, Manual Therapy

**#20 -** Adj ☐ 98940: $211   ☐ 98941: $226   ☐ 98942: $241   EMS, Manual Therapy, U/S

**#30 -** Adj ☐ 98940: $171   ☐ 98941: $186   ☐ 98942: $201 Manual Therapy, U/S

**#40 -** Adj ☐ 98940: $151   ☐ 98941: $166   ☐ 98942: $181   EMS, U/S

My signature on this document attests to the fact that the services set forth herein were actually rendered. The person rendering the medical service for which will be claimed has explained the services to me.

Mi firma en este documento atesta al hecho que los servicios descrito aquí fueron en realidad hechos. La persona que proveo estos servicios médicos por los cuales se hace un reclamo me lo ha explicado.

Patient Sig _____   Doctor's Sig _____   ☐ New DX this visit _____

**DATE OF VISIT:** _____   **CHIEF COMPLAINTS:** CC#1 Pain ___ / 10,  CC#2 Pain ___ / 10,  CC#3 Pain ___ / 10

**SUBJECTIVE:** Patient reports: _____

**Symptoms:** ☐ Pain ☐ Spasm ☐ Tingling ☐ Numbness   _____

**Activities:** ☐ Physical Restrictions ☐ Work Limitations   _____

**Home Care:** ☐ Ice ☐ Heat ☐ Exercise ☐ Bed Rest   _____

**OBJECTIVE:** Observation, Palpation, Localization of Tenderness, Segmental Dysfunction

T=Palpable Tenderness   M=Muscle Spasms   X=Trigger Points   RM=Restricted Motion

**Subluxation Levels: C/S:** Occ 1 2 3 4 5 6 7   **T/S:** 1 2 3 4 5 6 7 8 9 10 11 12   **L/S:** 1 2 3 4 5 **SI:** Rt Lt

**ASSESSMENT:** ☐ Improved ☐ Regressed ☐ Approaching MMI ☐ At MMI

**Additional Assessment:** _____

**Phase of Care:** ☐ Acute ☐ Sub-Acute ☐ Rehab ☐ Supportive ☐ Wellness **Progress:** ☐ Slower ☐ Faster ☐ As anticipated

**PLAN:** ☐ CMT ☐ Modalities ☐ Man. Therapy ☐ Massage ☐ Rehab ☐ Diagnostic Test ☐ Lab ☐ Foot Levelers Orthotics

☐ Spinal CMT: C/S: Occ 1 2 3 4 5 6 7   T/S: 1 2 3 4 5 6 7 8 9 10 11 12   L/S: 1 2 3 4 5 SI Rt Lt

☐ Extraspinal CMT: TMJ: Rt Lt Bi   Sho/Elb/Wr: Rt Lt Bi   Ft/Ank/Kn/Hip: Rt Lt Bi   Abdomen

**Modalities:** ☐ EMS  ☐ INF __ - __ Hz ☐ Russian ___ Area(s): ☐ C/S ☐ T/S ☐ L/S ☐ Other ___ Time: 18 min.

☐ Moist Heat ☐ Ice ☐ Ice Massage ☐ Ultrasound Area(s): ☐ C/S ☐ T/S ☐ L/S ☐ Other ___ Time: 18 min.

☐ Mechanical Traction ☐ Manual Traction   Area(s): ☐ C/S ☐ T/S ☐ L/S ☐ Other ___ Time: ___ min.

**Therapeutic Exercise:** ☐ Low Tech ☐ High Tech ☐ NMR   Area(s): ☐ C/S ☐ T/S ☐ L/S ☐ Other ___ Time: 20 min.

Description: _____

**Additional Plan/Goals:** _____

☐ Treatment performed without incident,  ☐ Continue current treatment plan as prescribed.  ☐ Modify treatment plan.

☐ Change plan next visit: _____   Dr. Signature: _____

# 45   Date 8/7/06   Acc # 11094   Patient Name Natasha Ellison   Pt Type LI

Charges: $ 198   Pmt: $ _____   ☐ Ch ☐ Ck ☐ CC  Adj: _____   Balance $ 198

**EVALUATION AND MANAGEMENT CODES:** Auth# _____

**INITIAL -** ☐ 99201-25: 10 min $85   ☐ 99202-25: 20 min $110   ☐ 99203-25: 30 min $145   ☐ 99204-25: 40 min $205

☐ 99205-25: w/report $300   **UPDATES -** ☐ 99211-25 $45   ☐ 99212-25 $65   **RE-EXAMS** ☐ 99214-25 $135   ☐ 99215-25: w/rpt $250

**TESTS & REPORTING:** ☐ 99213-25: ROF $90   ☐ 95851: ROM $68   ☐ 95831: Muscle Testing $65   ☐ 97535: Activities of Daily Living $60

**ADJUSTMENT CODES:** ☐ 98940: 1-2 $70   ☐ 98941: 3-4 $85   ☐ 98942: 5 $95   ☐ 98943: Extremity $40   ☐ 97260: Same Day 2nd Visit $5(

☐ 99058: Emer Visit $50   ☐ 99352: House call established $60  **Medicare:** ☐ 98940: 1-2 Med $30   ☐ 98941: 3-4 Med $41   ☐ 98942: 5 Med $

**PHYSICAL THERAPY:**
☑ 97014: EMS ht/ice $40   ☐ 97010: Heat / Ice $35   ☐ 97035: US $41   ☐ 97140: Manual Therapies $60   ☐ 97110: Exercise $57

☐ 97112: NMR $50   ☐ 97530: Dynamic Activities $65   ☐ 97018: Paraffin $43   ☐ 97124: Massage $50   X___ Units

**MEDICAL SUPPLIES:** ☐ 99070: Cerv Collar $25   ☐ 99070: Cerv Trac $40   ☐ 99070: L/S Spt $45   ☐ 99070: Rib Spt $25   ☐ 99070: Ortho Plw $:

☐ 99070: Ice Pack $5   ☐ 99070: Ace Bndg $6   ☐ Bio Frz 4 oz $10   ☐ 99070: Knee Spt/Neo $40   ☐ 97100: Knee Spt/Ace $30

☐ 29260: Cockup Wrist Spt $15   ☐ Bio Frz Roll-on $10   ☐ 99070: Ortho Plw $60   ☐ 99070: Shoulder Sling $12

**X-RAY:** Cervical - ☐ 72040: AP/Lat $100   ☐ 72040: AP $50   ☐ 72040: Lat $50   ☐ 72040: Flex/Ext $100   ☐ 72050: AP/Lat/Flx/Ext $200

☐ 72050: Oblique (2) $100   ☐ 72052: Davis Ser $350   ☐ 70328: APOM $50   Lumbar - ☐ 72100: AP/Lat $100   ☐ 72100: AP $50

☐ 72100: Lat $50   ☐ 72110: Flex/Ext $100   ☐ 72110: AP/Lat/Flex/Ext $200   ☐ 72114: Comp 4 views $200   ☐ 72020: L5-S1 Lat Spot $50

Thoracic - ☐ 72070: AP/Lat $100   ☐ 72070: AP $50   ☐ 72070: Lat $50   ☐ 71100: Rib AP/Lat $100   ☐ 73000: Clavicle 1 view $50

**Upper Extremities -** ☐ 73030: Shldr Int/Ext Rot $100   ☐ 73020: Sldr 1 view $50   ☐ 73060: Humerus AP/Lat $100   ☐ 73070: Elbow AP/Lat $100

☐ 73100: Wrist/Forearm AP/Lat $100   ☐ 73120: Hand 2 vws $100   **Lower Extremities -** ☐ 73550: Femur AP/Lat $100   ☐ 73560: Knee AP/Lat $100

☐ 73570: Knee Bil 4 views $200   ☐ 73590: Fib/Tibula AP/Lat $100   ☐ 73610: Ankle AP/Lat $100   ☐ 73620: Foot AP/Lat $100

☐ 73520: Hip 2 views $100   ☐ 73520: Hip 2 views Bil $200   **Head:** ☐ 70250: Skull AP/Lat $100   ☐ 70332: TMJ Bil 4 views $200

**Interpretation -** ☐ 72130: Report $25   ☐ 76140: Interpretation $25

**Acupuncture –** ☐ 97810: Acupuncture $_65   ☐ 97811upuncture with EMS $65   ☐ 97812 W/re-inser $65   ☐ 90782: Traumeel Inj $82

**Macros - #10 – Adj** ☐ 98940: $170   ☐ 9894:1 $185   ☐ 98942: $200  EMS, Manual Therapy

**#20 - Adj** ☐ 98940: $211   ☐ 98941: $226   ☐ 98942: $241   EMS, Manual Therapy, U/S

**#30 - Adj** ☐ 98940: $171   ☐ 98941: $186   ☐ 98942: $201  Manual Therapy, U/S

**#40 - Adj** ☐ 98940: $151   ☐ 98941: $166   ☐ 98942: $181   EMS, U/S

My signature on this document attests to the fact that the services set forth herein were actually rendered. The person rendering the medical service for which will be claimed has explained the services to me.

Mi firma en este documento atesta al hecho que los servicios describe aquí fueron en realidad hechos. La persona que proveo estos servicios médicos por los cuales se hace un reclamo me lo ha explicado.

Patient Sig _____   Doctor's Sig _____   ☐ New DX this visit

**DATE OF VISIT:** _____   **CHIEF COMPLAINTS:** CC#1 Pain ___ / 10,  CC#2 Pain ___ / 10,  CC#3 Pain ___ / 10
**SUBJECTIVE:** Patient reports: _____
_____
**Symptoms:** ☐Pain ☐Spasm ☐Tingling ☐Numbness _____
**Activities:** ☐Physical Restrictions ☐Work Limitations _____
**Home Care:** ☐Ice ☐Heat ☐Exercise ☐Bed Rest _____

**OBJECTIVE:** Observation, Palpation, Localization of Tenderness, Segmental Dysfunction
T=Palpable Tenderness   M=Muscle Spasms   X=Trigger Points   RM=Restricted Motion

**Subluxation Levels:** C/S: Occ 1 2 3 4 5 6 7   T/S: 1 2 3 4 5 6 7 8 9 10 11 12   L/S: 1 2 3 4 5 Si- R Lt

**ASSESSMENT:** ☐Improved ☐Regressed ☐Approaching MMI ☐At MMI
**Additional Assessment:** _____
**Phase of Care:** ☐Acute ☐Sub-Acute ☐Rehab ☐Supportive ☐Wellness  **Progress:** ☐Slower ☐Faster ☐As anticipated
**PLAN:** ☐CMT ☐Modalities ☐Man. Therapy ☐Massage ☐Rehab ☐Diagnostic Test ☐Lab ☐Foot Levelers Orthotics
☐Spinal CMT: C/S: Occ 1 2 3 4 5 6 7   T/S: 1 2 3 4 5 6 7 8 9 10 11 12   L/S: 1 2 3 4 5 Si- R Lt
☐ Extraspinal CMT: TMJ: Rt Lt Bi   Sho/Elb/Wr: Rt Lt Bi   Ft/Ank/Kn/Hip: Rt Lt Bi   Abdomen
**Modalities:** ☐EMS: ☐INF __ - __ Hz ☐Russian __ / __   Area(s): ☐C/S ☐T/S ☐L/S ☐Other _____ Time: 10 min.
☐Moist Heat ☐Ice ☐Ice Massage ☐Ultrasound Area(s): ☐C/S ☐T/S ☐L/S ☐Other _____ Time: __ min.
☐Mechanical Traction ☐ Manual Traction   Area(s): ☐C/S ☐T/S ☐L/S ☐Other _____ Time: ___ min.
**Therapeutic Exercise:** ☐Low Tech ☐High Tech ☐NMR  Area(s): ☐C/S ☐T/S ☐L/S ☐Other _____ Time: __ min.
**Description:** _____
**Additional Plan/Goals:** _____
☐Treatment performed without incident   ☐Continue current treatment plan as prescribed.   ☐ Modify treatment plan.
☐ Change plan next visit: _____   Dr. Signature _____

**#43**  Date **8/2/06**  Acc # **11094**  Patient Name **Natasha Ellison** Pt Type **LI**

Charges: $ **555**  Pmt: $ _____  ☐ Ch ☐ Ck ☐ CC  Adj: _____   Balance $ **555** _____

**EVALUATION AND MANAGEMENT CODES:** Auth #_____

**INITIAL -** ☐ 99201-25: 10 min $85  ☐ 99202-25: 20 min $110  ☐ 99203-25: 30 min $145  ☐ 99204-25: 40 min $205

☐ 99205-25: w/report $300  **UPDATES -** ☐ 99211-25 $45  ☐ 99212-25 $65  **RE-EXAMS** ☑ 99214-25 $135  ☐ 99215-25: w/rpt $250

**TESTS & REPORTING:** ☐ 99213-25: ROF $90  ☐ 95851: ROM $68  ☐ 95831: Muscle Testing $65  ☐ 97535: Activities of Daily Living $60

**ADJUSTMENT CODES:** ☐ 98940: 1-2 $70  ☐ 98941: 3-4 $85  ☐ 98942: 5 $95  ☐ 98943: Extremity $40  ☐ 97260: Same Day 2nd Visit $5

☐ 99058: Emer Visit $50  ☐ 99352: House call established $60  **Medicare:** ☐ 98940: 1-2 Med $30  ☐ 98941: 3-4 Med $41  ☐ 98942: 5 Med $

**PHYSICAL THERAPY:**

☑ 97014: EMS ht/ice $40  ☐ 97010: Heat / Ice $35  ☐ 97035: US $41  ☐ 97140: Manual Therapies $60  ☐ 97110: Exercise $57

☐ 97112: NMR $50  ☐ 97530: Dynamic Activities $65  ☐ 97018: Paraffin $43  ☐ 97124: Massage $50  X ___ Units

**MEDICAL SUPPLIES:** ☐ 99070: Cerv Collar $25  ☐ 99070: Cerv Trac $40  ☐ 99070: L/S Spt $45  ☐ 99070: Rib Spt $25  ☐ 99070: Ortho Plw $

☐ 99070: Ice Pack $5  ☐ 99070: Ace Bndg $6  ☐ Bio Frz 4 oz $10  ☐ 97100: Knee Spt/Neo $40  ☐ 97100: Knee Spt/Ace $30

☐ 29260: Cockup Wrist Spt $15  ☐ Bio Frz Roll-on $10  ☐ 99070: Ortho Plw $60  ☐ 99070: Shoulder Sling $12

**X-RAY:** **Cervical -** ☐ 72040: AP/Lat $100  ☐ 72040: AP $50  ☐ 72040: Lat $50  ☐ 72040: Flex/Ext $100  ☐ 72050: AP/Lat/Flx/Ext $200

☐ 72050: Oblique (2) $100  ☐ 72052: Davis Ser $350  ☐ 70328: APOM $50  **Lumbar -** ☐ 72100: AP/Lat $100  ☐ 72100: AP $50

☐ 72100: Lat $50  ☐ 72110: Flex/Ext $100  ☐ 72110: AP/Lat/Flex/Ext $200  ☐ 72114: Comp 4 views $200  ☐ 72020: L5-S1 Lat Spot $50

**Thoracic -** ☐ 72070: AP/Lat $100  ☐ 72070: AP $50  ☐ 72070: Lat $50  ☐ 71100: Rib AP/Lat $ 100  ☐ 73000: Clavicle 1 view $50

**Upper Extremities -** ☐ 73030: Shldr Int/Ext Rot $100  ☐ 73020: Sldr 1 view $50  ☐ 73060: Humurus AP/Lat $100  ☐ 73070: Elbow AP/Lat $100

☐ 73100: Wrist/Forearm AP/Lat $100  ☐ 73120: Hand 2 vws $100  **Lower Extremities -** ☐ 73550: Femur AP/Lat $100  ☐ 73560: Knee AP/Lat $1

☐ 73570: Knee Bil 4 views $200  ☐ 73590: Fib/Tibula AP/Lat $100  ☐ 73610: Ankle AP/Lat $100  ☐ 73620: Foot AP/Lat $100

☐ 73520: Hip 2 views $100  ☐ 73520: Hip 2 views Bil $200  **Head:** ☐ 70250: Skull AP/Lat $100  ☐ 70332: TMJ Bil 4 views $200

**Interpretation -** ☐ 72130: Report $25  ☐ 76140: Interpretation $25

**Acupuncture -** ☐ 97810: Acupuncture $_65  ☐ 97811 upuncture with EMS $65  ☐ 97812 W/re-inser $65  ☐ 90782: Traumeel Inj $82

**Macros - #10 -** Adj ☐ 98940: $170  ☐ 9894:1 $185  ☐ 98942: $200  EMS, Manual Therapy

**#20 -** Adj ☐ 98940: $211  ☐ 98941: $226  ☐ 98942: $241  EMS, Manual Therapy, U/S

**#30 -** Adj ☐ 98940: $171  ☐ 98941: $186  ☐ 98942: $201  Manual Therapy, U/S

**#40 -** Adj ☐ 98940: $151  ☐ 98941: $166  ☐ 98942: $181  EMS, U/S

My signature on this document attests to the fact that the services set forth herein were actually rendered. The person rendering the medical servic
for which will be claimed has explained the services to me.

Mi firma en este documento atesta al hecho que los servicios descrito aqui fueron en realidad hechos. La persona que proveo estos servicios
médicos por los cuales se hace un reclamo me lo ha explicado.

Patient Sig _____   Doctor's Sig _____   ☐ New DX this visit _____

**DATE OF VISIT:** _____   **CHIEF COMPLAINTS:** CC#1 Pain ___ / 10, CC#2 Pain ___ / 10, CC#3 Pain ___ / 10

**SUBJECTIVE:** Patient reports: _____

**Symptoms:** ☐ Pain ☐ Spasm ☐ Tingling ☐ Numbness  _____
**Activities:** ☐ Physical Restrictions ☐ Work Limitations  _____
**Home Care:** ☐ Ice ☐ Heat ☐ Exercise ☐ Bed Rest  _____

**OBJECTIVE:** Observation, Palpation, Localization of Tenderness, Segmental Dysfunction
T=Palpable Tenderness   M=Muscle Spasms   X=Trigger Points   RM=Restricted Motion

**Subluxation Levels:** C/S: Occ 1 2 3 4 5 6 7   T/S: 1 2 3 4 5 6 7 8 9 10 11 12   L/S: 1 2 3 4 5 SI: Rt Lt

**ASSESSMENT:** ☐ Improved ☐ Regressed ☐ Approaching MMI ☐ At MMI
**Additional Assessment:** _____
**Phase of Care:** ☐ Acute ☐ Sub-Acute ☑ Rehab ☐ Supportive ☐ Wellness **Progress:** ☐ Slower ☐ Faster ☐ As anticipated

**PLAN:** ☐ CMT ☐ Modalities ☐ Man. Therapy ☐ Massage ☐ Rehab ☐ Diagnostic Test ☐ Lab ☐ Foot Levelers Orthotics
☐ Spinal CMT: C/S: Occ 1 2 3 4 5 6 7   T/S: 1 2 3 4 5 6 7 8 9 10 11 12   L/S: 1 2 3 4 5 SI Rt Lt
☐ Extraspinal CMT: TMJ: Rt Lt Bi   Sho/Elb/Wr: Rt Lt Bi   Ft/Ank/Kn/Hip: Rt Lt Bi   Abdomen

**Modalities:** ☐ EMS ☐ INF - __ Hz ☐ Russian __ / __  Area(s): ☐ C/S ☐ T/S ☐ L/S ☐ Other _____ Time: 10 min.
☐ Moist Heat ☐ Ice ☐ Ice Massage ☐ Ultrasound  Area(s): ☐ C/S ☐ T/S ☐ L/S ☐ Other _____ Time: 10 min.
☐ Mechanical Traction ☐ Manual Traction  Area(s): ☐ C/S ☐ T/S ☐ L/S ☐ Other _____ Time: ___ min.

**Therapeutic Exercise:** ☐ Low Tech ☐ High Tech ☐ NMR  Area(s): ☐ C/S ☐ T/S ☐ L/S ☐ Other _____ Time: 15 min.
**Description:** _____
**Additional Plan/Goals:** _____
☐ Treatment performed without incident.   ☐ Continue current treatment plan as prescribed.   ☐ Modify treatment plan.

#39 Date 7/30/06 Acc # 11044 Patient Name Natacha Ellison Pt Type LI

Charges: $ 211 Pmt: $_____ ☐ Ch ☐ Ck ☐ CC Adj: _____ Balance $ 211

## EVALUATION AND MANAGEMENT CODES: Auth #_____

**INITIAL -** ☐ 99201-25: 10 min $85 ☐ 99202-25: 20 min $110 ☐ 99203-25: 30 min $145 ☐ 99204-25: 40 min $205

☐ 99205-25: w/report $300 **UPDATES -** ☐ 99211-25 $45 ☐ 99212-25 $65 **RE-EXAMS** ☐ 99214-25 $135 ☐ 99215-25: w/rpt $250

**TESTS & REPORTING:** ☐ 99213-25: ROF $90 ☐ 95851: ROM $68 ☐ 95831: Muscle Testing $65 ☐ 97535: Activities of Daily Living $60

**ADJUSTMENT CODES:** ☐ 98940: 1-2 $70 ☐ 98941: 3-4 $85 ☐ 98942: 5 $95 ☐ 98943: Extremity $40 ☐ 97260: Same Day 2nd Visit $50

☐ 99058: Emer Visit $50 ☐ 99352: House call established $60 **Medicare:** ☐ 98940: 1-2 Med $30 ☐ 98941: 3-4 Med $41 ☐ 98942: 5 Med $

## PHYSICAL THERAPY:

☐ 97014: EMS ht/ice $40 ☐ 97010: Heat / Ice $35 ☐ 97035: US $41 ☐ 97140: Manual Therapies $60 ☐ 97110: Exercise $57

☐ 97112: NMR $50 ☐ 97530: Dynamic Activities $65 ☐ 97018: Paraffin $43 ☐ 97124: Massage $50 X____Units

**MEDICAL SUPPLIES:** ☐ 99070: Cerv Collar $25 ☐ 99070: Cerv Trac $40 ☐ 99070: L/S Spt $45 ☐ 99070: Rib Spt $25 ☐ 99070: Ortho Plw $2

☐ 99070: Ice Pack $5 ☐ 99070: Ace Bndg $6 ☐ Bio Frz 4 oz $10 ☐ 97100: Knee Spt/Neo $40 ☐ 99070: Knee Spt/Ace $30

☐ 29260: Cockup Wrist Spt $15 ☐ Bio Frz Roll-on $10 ☐ 99070: Ortho Plw $60 ☐ 99070: Shoulder Sling $12

**X-RAY: Cervical -** ☐ 72040: AP/Lat $100 ☐ 72040: AP $50 ☐ 72040: Lat $50 ☐ 72040: Flex/Ext $100 ☐ 72050: AP/Lat/Flx/Ext $200

☐ 72050: Oblique (2) $100 ☐ 72052: Davis Ser $350 ☐ 70328: APOM $50 **Lumbar -** ☐ 72100: AP/Lat $100 ☐ 72100: AP $50

☐ 72100: Lat $50 ☐ 72110: Flex/Ext $100 ☐ 72110: AP/Lat/Flex/Ext $200 ☐ 72114: Comp 4 views $200 ☐ 72020: L5-S1 Lat Spot $50

**Thoracic -** ☐ 72070: AP/Lat $100 ☐ 72070: AP $50 ☐ 72070: Lat $50 ☐ 71100: Rib AP/Lat $ 100 ☐ 73000: Clavicle 1 view $50

**Upper Extremities -** ☐ 73030: Shldr Int/Ext Rot $100 ☐ 73020: Sldr 1 view $50 ☐ 73060: Humurus AP/Lat $100 ☐ 73070: Elbow AP/Lat $100

☐ 73100: Wrist/Forearm AP/Lat $100 ☐ 73120: Hand 2 vws $100 **Lower Extremities -** ☐ 73550: Femur AP/Lat $100 ☐ 73560: Knee AP/Lat $100

☐ 73570: Knee Bil 4 views $200 ☐ 73590: Fib/Tibula AP/Lat $100 ☐ 73610: Ankle AP/Lat $100 ☐ 73620: Foot AP/Lat $100

☐ 73520: Hip 2 views $100 ☐ 73520: Hip 2 views Bil $200 **Head:** ☐ 70250: Skull AP/Lat $100 ☐ 70332: TMJ Bil 4 views $200

**Interpretation -** ☐ 72130: Report $25 ☐ 76140: Interpretation $25

**Acupuncture –** ☐ 97810: Acupuncture $_65 ☐ 97811upuncture with EMS $65 ☐ 97812 W/re-inser $65 ☐ 90782: Traumeel Inj $82

**Macros - #10 -** Adj ☐ 98940: $170 ☐ 9894:1 $185 ☐ 98942: $200 EMS, Manual Therapy

**#20 -** Adj ☐ 98940: $211 ☐ 98941: $226 ☐ 98942: $241 EMS, Manual Therapy, U/S

**#30 -** Adj ☐ 98940: $171 ☐ 98941: $186 ☐ 98942: $201 Manual Therapy, U/S

**#40 -** Adj ☐ 98940: $151 ☐ 98941: $166 ☐ 98942: $181 EMS, U/S

My signature on this document attests to the fact that the services set forth herein were actually rendered. The person rendering the medical service for which will be claimed has explained the services to me.

Mi firma en este documento atesta al hecho que los servicios descrito aquí fueron en realidad hechos. La persona que proveó estos servicios médicos por los cuales se hace un reclamo me lo ha explicado.

Patient Sig _____ Doctor's Sig _____ ☐ New DX this visit _____

**DATE OF VISIT:** _____ **CHIEF COMPLAINTS:** CC#1Pain ___ / 10, CC#2 Pain ___ / 10, CC#3 Pain ___ / 10

**SUBJECTIVE:** Patient reports: ___ P! continues sharp to shoulder
® knee, constant sharp when walking

**Symptoms:** ☑Pain ☑Spasm ☐Tingling ☐Numbness _____
**Activities:** ☐Physical Restrictions ☐Work Limitations _____
**Home Care:** ☐Ice ☐Heat ☐Exercise ☐Bed Rest _____

**OBJECTIVE:** Observation, Palpation, Localization of Tenderness, Segmental Dysfunction
T=Palpable Tenderness M=Muscle Spasms X=Trigger Points RM=Restricted Motion

M tap ___ rohmboids DDS Patella
X tap
T L5S1

**Subluxation Levels: C/S:** Occ 1 2 3 4 5 6 7 **T/S:** 1 2 3 4 5 6 7 8 9 10 11 12 **L/S:** 1 2 3 4 5 **SI:** Rt Lt

**ASSESSMENT:** ☑Improved ☐Regressed ☐Approaching MMI ☐At MMI
**Additional Assessment:** _____
**Phase of Care:** ☑Acute ☐Sub-Acute ☐Rehab ☐Supportive ☐Wellness **Progress:** ☐Slower ☐Faster ☑As anticipated

**PLAN:** ☑CMT ☑Modalities ☐Man. Therapy ☐Massage ☐Rehab ☐Diagnostic Test ☐Lab ☐Foot Levelers Orthotics
☐ Spinal CMT: **C/S:** Occ 1 2 3 4 5 6 7 **T/S:** 1 2 3 4 5 6 7 8 9 10 11 12 **L/S:** 1 2 3 4 5 SI Rt Lt
☐ Extraspinal CMT: **TMJ:** Rt Lt Bi **Sho/Elb/Wr:** Rt Lt Bi **Ft/Ank/Kn/Hip:** Rt Lt Bi **Abdomen**

**Modalities:** ☑EMS: ☐INF - __ - __ Hz ☐Russian __ / __ Area(s) ☐C/S ☐T/S ☐L/S ☑Other knee Time: 15 min.
☐Moist Heat ☐Ice ☐Ice Massage ☑Ultrasound Area(s) ☐C/S ☐T/S ☐L/S ☑Other knee Time: 15 min.
☐Mechanical Traction ☐Manual Traction Area(s): ☐C/S ☐T/S ☐L/S ☐Other _____ Time: __ min.
**Therapeutic Exercise:** ☐Low Tech ☐High Tech ☐NMR Area(s): ☐C/S ☐T/S ☐L/S ☐Other _____ Time: __ min.
**Description:** _____

**Additional Plan/Goals:** _____
☐ Treatment performed without incide. ☑ Continue current treatment plan as pres____ed. ☐ Modify treatment plan.
☐ Change plan next visit: _____ Dr. Signature _____

#38   Date 7/19/06   Acc # 11694   Patient Name Natasha Ellison   Type LI

Charges: $ 211   Pmt: $_____   ☐ Ch ☐ Ck ☐ CC Adj:_____   Balance $ 211

## EVALUATION AND MANAGEMENT CODES: Auth #_____

**INITIAL -** ☐ 99201-25: 10 min $85   ☐ 99202-25: 20 min $110   ☐ 99203-25: 30 min $145   ☐ 99204-25: 40 min $205
☐ 99205-25: w/report $300   **UPDATES -** ☐ 99211-25 $45   ☐ 99212-25 $65   **RE-EXAMS** ☐ 99214-25 $135   ☐ 99215-25: w/rpt $250

**TESTS & REPORTING:** ☐ 99213-25: ROF $90   ☐ 95851: ROM $68   ☐ 95831: Muscle Testing $65   ☐ 97535: Activities of Daily Living $60
**ADJUSTMENT CODES:** ☐ 98940: 1-2 $70   ☐ 98941: 3-4 $85   ☐ 98942: 5 $95   ☐ 98943: Extremity $40   ☐ 97260: Same Day 2nd Visit $50
☐ 99058: Emer Visit $50   ☐ 99352: House call established $60   **Medicare:** ☐ 98940: 1-2 Med $30   ☐ 98941: 3-4 Med $41   ☐ 98942: 5 Med $

## PHYSICAL THERAPY:
☐ 97014: EMS ht/Ice $40   ☐ 97010: Heat / Ice $35   ☐ 97035: US $41   ☐ 97140: Manual Therapies $60   ☐ 97110: Exercise $57
☐ 97112: NMR $50   ☐ 97530: Dynamic Activities $65   ☐ 97018: Paraffin $43   ☐ 97124: Massage $50   X____ Units

**MEDICAL SUPPLIES:** ☐ 99070: Cerv Collar $25   ☐ 99070: Cerv Trac $40   ☐ 99070: L/S Spt $45   ☐ 99070: Rib Spt $25   ☐ 99070: Ortho Plw $:
☐ 99070: Ice Pack $5   ☐ 99070: Ace Bndg $6   ☐ Bio Frz 4 oz $10   ☐ 97100: Knee Spt/Neo $40   ☐ 97100: Knee Spt/Ace $30
☐ 29260: Cockup Wrist Spt $15   ☐ Bio Frz Roll-on $10   ☐ 99070: Ortho Plw $60   ☐ 99070: Shoulder Sling $12

**X-RAY: Cervical -** ☐ 72040: AP/Lat $100   ☐ 72040: AP $50   ☐ 72040: Lat $50   ☐ 72040: Flex/Ext $100   ☐ 72050: AP/Lat/Flx/Ext $200
☐ 72050: Oblique (2) $100   ☐ 72052: Davis Ser $350   ☐ 70328: APOM $50   **Lumbar -** ☐ 72100: AP/Lat $100   ☐ 72100: AP $50
☐ 72100: Lat $50   ☐ 72110: Flex/Ext $100   ☐ 72110: AP/Lat/Flex/Ext $200   ☐ 72114: Comp 4 views $200   ☐ 72020: L5-S1 Lat Spot $50
**Thoracic -** ☐ 72070: AP/Lat $100   ☐ 72070: AP $50   ☐ 72070: Lat $50   ☐ 71100: Rib AP/Lat $ 100   ☐ 73000: Clavicle 1 view $50
**Upper Extremities -** ☐ 73030: Shldr Int/Ext Rot $100   ☐ 73020: Sldr 1 view $50   ☐ 73060: Humurus AP/Lat $100   ☐ 73070: Elbow AP/Lat $100
☐ 73100: Wrist/Forearm AP/Lat $100   ☐ 73120: Hand 2 vws $100   **Lower Extremities -** ☐ 73550: Femur AP/Lat $100   ☐ 73560: Knee AP/Lat $10
☐ 73570: Knee Bil 4 views $200   ☐ 73590: Fib/Tibula AP/Lat $100   ☐ 73610: Ankle AP/Lat $100   ☐ 73620: Foot AP/Lat $100
☐ 73520: Hip 2 views $100   ☐ 73520: Hip 2 views Bil $200   **Head:** ☐ 70250: Skull AP/Lat $100   ☐ 70332: TMJ Bil 4 views $200

**Interpretation -** ☐ 72130: Report $25   ☐ 76140: Interpretation $25
**Acupuncture –** ☐ 97810: Acupuncture $_65   ☐ 97811upuncture with EMS $65   ☐ 97812 W/re-inser $65   ☐ 90782: Traumeel Inj $82
**Macros - #10 -** Adj ☐ 98940: $170   ☐ 98941: $185   ☐ 98942: $200   EMS, Manual Therapy
**#20 -** Adj ☐ 98940: $211   ☐ 98941: $226   ☐ 98942: $241   EMS, Manual Therapy, U/S
**#30 -** Adj ☐ 98940: $171   ☐ 98941: $186   ☐ 98942: $201   Manual Therapy, U/S
**#40 -** Adj ☐ 98940: $151   ☐ 98941: $166   ☐ 98942: $181   EMS, U/S

My signature on this document attests to the fact that the services set forth herein were actually rendered. The person rendering the medical service for which it will be claimed has explained the services to me.

Mi firma en este documento atesta al hecho que los servicios descrito aquí fueron en realidad hechos. La persona que proveo estos servicios médicos por los cuales se hace un reclamo me lo ha explicado.

Patient Sig _____   Doctor's Sig _____   ☐ New DX this visit

**DATE OF VISIT:** _____   **CHIEF COMPLAINTS:** CC#1Pain ___ / 10, CC#2 Pain ___ / 10, CC#3 Pain ___ / 10
**SUBJECTIVE:** Patient reports: _____
_____
**Symptoms:** ☐Pain ☐Spasm ☐Tingling ☐Numbness   _____
**Activities:** ☐Physical Restrictions ☐Work Limitations   _____
**Home Care:** ☐Ice ☐Heat ☐Exercise ☐Bed Rest   _____

**OBJECTIVE:** Observation, Palpation, Localization of Tenderness, Segmental Dysfunction
T=Palpable Tenderness ( M=Muscle Spasms   X=Trigger Points   RM=Restricted Motion
_____
_____

**Subluxation Levels: C/S:** Occ 1 2 3 4 5 6 7   **T/S:** 1 2 3 4 5 6 7 8 9 10 11 12   **L/S:** 1 2 3 4 5 **SI:** Rt Lt
**ASSESSMENT:** ☐Improved ☐Regressed ☐Approaching MMI ☐At MMI
**Additional Assessment:** _____
**Phase of Care:** ☐Acute ☐Sub-Acute ☐Rehab ☐Supportive ☐Wellness   **Progress:** ☐Slower ☐Faster ☐As anticipated
**PLAN:** ☐CMT ☐Modalities ☐Man. Therapy ☐Massage ☐Rehab ☐Diagnostic Test ☐Lab ☐Foot Levelers Orthotics
☐Spinal CMT: **C/S:** Occ 1 2 3 4 5 6 7   **T/S:** 1 2 3 4 5 6 7 8 9 10 11 12   **L/S:** 1 2 3 4 5 SI Rt Lt
☐ Extraspinal CMT: **TMJ:** Rt Lt Bi   **Sho/Elb/Wr:** Rt Lt Bi   **Ft/Ank/Kn/Hip:** Rt Lt Bi   **Abdomen**
**Modalities:** ☐EMS ☐INF _-__ Hz ☐Russian ___ /___ Area(s) ☐C/S ☐T/S ☐L/S ☐Other ____ Time: 15 min.
☐Moist Heat ☐Ice ☐Ice Massage ☐Ultrasound Area(s) ☐C/S ☐T/S ☐L/S ☐Other ____ Time: 10 min.
☐Mechanical Traction ☐Manual Traction Area(s) ☐C/S ☐T/S ☐L/S ☐Other _____ Time: ___ min.
**Therapeutic Exercise:** ☐Low Tech ☐High Tech ☐NMR Area(s) ☐C/S ☐T/S ☐L/S ☐Other _____ Time: ___ min.
**Description:** _____
**Additional Plan/Goals:** _____
☐ Treatment performed without incider.   ☐ Continue current treatment plan as prescribed.   ☐ Modify treatment plan.
☐ Change plan next visit: _____   Dr. Signature: _____

# 41  Date 7/17/06  Acc # 11604  Patient Name Natasha Ellison  Pt Type LI

Charges: $ 211  Pmt: $_____ ☐ Ch ☐ Ck ☐ CC  Adj:_____  Balance $ 211

**EVALUATION AND MANAGEMENT CODES:** Auth#_____

**INITIAL -** ☐ 99201-25: 10 min $85  ☐ 99202-25: 20 min $110  ☐ 99203-25: 30 min $145  ☐ 99204-25: 40 min $205

☐ 99205-25: w/report $300  **UPDATES -** ☐ 99211-25 $45  ☐ 99212-25 $65  **RE-EXAMS** ☐ 99214-25 $135  ☐ 99215-25: w/rpt $250

**TESTS & REPORTING:** ☐ 99213-25: ROF $90  ☐ 95851: ROM $68  ☐ 95831: Muscle Testing $65  ☐ 97535: Activities of Daily Living $60

**ADJUSTMENT CODES:** ☐ 98940: 1-2 $70  ☐ 98941: 3-4 $85  ☐ 98942: 5 $95  ☐ 98943: Extremity $40  ☐ 97260: Same Day 2nd Visit $50

☐ 99058: Emer Visit $50  ☐ 99352: House call established $60  Medicare: ☐ 98940: 1-2 Med $30  ☐ 98941: 3-4 Med $41  ☐ 98942: 5 Med $

**PHYSICAL THERAPY:**

☐ 97014: EMS ht/ice $40  ☐ 97010: Heat / Ice $35  ☐ 97035: US $41  ☐ 97140: Manual Therapies $60  ☐ 97110: Exercise $57

☐ 97112: NMR $50  ☐ 97530: Dynamic Activities $65  ☐ 97018: Paraffin $43  ☐ 97124: Massage $50  X____ Units

**MEDICAL SUPPLIES:** ☐ 99070: Cerv Collar $25  ☐ 99070: Cerv Trac $40  ☐ 99070: L/S Spt $45  ☐ 99070: Rib Spt $25  ☐ 99070: Ortho Plw $2

☐ 99070: Ice Pack $5  ☐ 99070: Ace Bndg $6  ☐ Bio Frz 4 oz $10  ☐ 99100: Knee Spt/Neo $40  ☐ 99100: Knee Spt/Ace $30

☐ 29260: Cockup Wrist Spt $15  ☐ Bio Frz Roll-on $10  ☐ 99070: Ortho Plw $60  ☐ 99070: Shoulder Sling $12

**X-RAY:** Cervical - ☐ 72040: AP/Lat $100  ☐ 72040: AP $50  ☐ 72040: Lat $50  ☐ 72040: Flex/Ext $100  ☐ 72050: AP/Lat/Flx/Ext $200

☐ 72050: Oblique (2) $100  ☐ 72052: Davis Ser $350  ☐ 70328: APOM $50  Lumbar - ☐ 72100: AP/Lat $100  ☐ 72100: AP $50

☐ 72100: Lat $50  ☐ 72110: Flex/Ext $100  ☐ 72110: AP/Lat/Flex/Ext $200  ☐ 72114: Comp 4 views $200  ☐ 72020: L5-S1 Lat Spot $50

Thoracic - ☐ 72070: AP/Lat $100  ☐ 72070: AP $50  ☐ 72070: Lat $50  ☐ 71100: Rib AP/Lat $ 100  ☐ 73000: Clavicle 1 view $50

**Upper Extremities -** ☐ 73030: Shldr Int/Ext Rot $100  ☐ 73020: Sldr 1 view $50  ☐ 73060: Humurus AP/Lat $100  ☐ 73070: Elbow AP/Lat $100

☐ 73100: Wrist/Forearm AP/Lat $100  ☐ 73120: Hand 2 vws $100  **Lower Extremities -** ☐ 73550: Femur AP/Lat $100  ☐ 73560: Knee AP/Lat $10

☐ 73570: Knee Bil 4 views $200  ☐ 73590: Fib/Tibula AP/Lat $100  ☐ 73610: Ankle AP/Lat $100  ☐ 73620: Foot AP/Lat $100

☐ 73520: Hip 2 views $100  ☐ 73520: Hip 2 views Bil $200  **Head:** ☐ 70250: Skull AP/Lat $100  ☐ 70332: TMJ Bil 4 views $200

**Interpretation -** ☐ 72130: Report $25  ☐ 76140: Interpretation $25

**Acupuncture –** ☐ 97810: Acupuncture $_65  ☐ 97811upuncture with EMS $65  ☐ 97812 W/re-inser $65  ☐ 90782: Traumeel Inj $82

**Macros - #10** – Adj ☐ 98940: $170  ☐ 9894:1 $185  ☐ 98942: $200 EMS, Manual Therapy

**#20** - Adj ☑ 98940: $211  ☐ 98941: $226  ☐ 98942: $241  EMS, Manual Therapy, U/S

**#30** - Adj ☐ 98940: $171  ☐ 98941: $186  ☐ 98942: $201 Manual Therapy, U/S

**#40** - Adj ☐ 98940: $151  ☐ 98941: $166  ☐ 98942: $181  EMS, U/S

My signature on this document attests to the fact that the services set forth herein were actually rendered. The person rendering the medical service for which will be claimed has explained the services to me.

Mi firma en este documento atesta al hecho que los servicios descrito aquí fueron en realidad hechos. La persona que proveo estos servicios médicos por los cuales se hace un reclamo me lo ha explicado.

Patient Sig _____  Doctor's Sig _____  ☐ New DX this visit _____

**DATE OF VISIT:** _____  **CHIEF COMPLAINTS:** CC#1 Pain ___ / 10, CC#2 Pain ___ / 10, CC#3 Pain ___ / 10
**SUBJECTIVE:** Patient reports: Pt continues severe to (r) knee

**Symptoms:** ☑ Pain ☐ Spasm ☐ Tingling ☐ Numbness _____
**Activities:** ☐ Physical Restrictions ☐ Work Limitations _____
**Home Care:** ☐ Ice ☐ Heat ☐ Exercise ☐ Bed Rest _____

**OBJECTIVE:** Observation, Palpation, Localization of Tenderness, Segmental Dysfunction
T=Palpable Tenderness    M=Muscle Spasms    X=Trigger Points    RM=Restricted Motion

H Quad hamstring Gastroc
x rotate

**Subluxation Levels:** C/S: Occ 1 2 3 4 5 6 7   T/S: 1 2 3 4 5 6 7 8 9 10 11 12   L/S: 1 2 3 4 5 SI: Rt Lt

**ASSESSMENT:** ☑ Improved ☐ Regressed ☐ Approaching MMI ☐ At MMI
**Additional Assessment:** _____
**Phase of Care:** ☑ Acute ☐ Sub-Acute ☐ Rehab ☐ Supportive ☐ Wellness **Progress:** ☐ Slower ☐ Faster ☑ As anticipated

**PLAN:** ☑ CMT ☑ Modalities ☐ Man. Therapy ☐ Massage ☐ Rehab ☐ Diagnostic Test ☐ Lab ☐ Foot Levelers Orthotics
☑ Spinal CMT: C/S: Occ 1 2 3 4 5 6 7   T/S: 1 2 3 4 5 6 7 8 9 10 11 12   L/S: 1 2 3 4 5 SI Rt Lt
☐ Extraspinal CMT: TMJ: Rt Lt Bi   Sho/Elb/Wr: Rt Lt Bi   Ft/Ank/Kn/Hip: Rt Lt Bi   Abdomen

**Modalities:** ☑ EMS: ☐ INF ___ Hz ☐ Russian ___  Area(s): ☐ C/S ☐ T/S ☐ L/S ☐ Other ___ knee Time: 15 min.
☐ Moist Heat ☐ Ice ☐ Ice Massage ☑ Ultrasound Area(s): ☐ C/S ☐ T/S ☐ L/S ☐ Other ___ knee Time: 15 min.
☐ Mechanical Traction ☐ Manual Traction  Area(s): ☐ C/S ☐ T/S ☐ L/S ☐ Other ___ Time: ___ min.

**Therapeutic Exercise:** ☐ Low Tech ☐ High Tech ☐ NMR Area(s): ☐ C/S ☐ T/S ☐ L/S ☐ Other ___ Time: ___ min.
**Description:** _____

**Additional Plan/Goals:** _____
☑ Treatment performed without incident. ☐ Continue current treatment plan as prescribed. ☐ Modify treatment plan.
☐ Change plan next visit: _____  Dr. Signature: _____

#34   Date 7-14-06   Acc # 11094   Patient Name Natacha Ellison   Pt Type LI

Charges: $ 211   Pmt: $ _____   ☐ Ch ☐ Ck ☐ CC  Adj: _____   Balance $ 211

## EVALUATION AND MANAGEMENT CODES: Auth # _____

**INITIAL -** ☐ 99201-25: 10 min $85  ☐ 99202-25: 20 min $110  ☐ 99203-25: 30 min $145  ☐ 99204-25: 40 min $205

☐ 99205-25: w/report $300  **UPDATES -** ☐ 99211-25 $45  ☐ 99212-25 $65  **RE-EXAMS** ☐ 99214-25 $135  ☐ 99215-25: w/rpt $250

**TESTS & REPORTING:** ☐ 99213-25: ROF $90  ☐ 95851: ROM $68  ☐ 95831: Muscle Testing $65  ☐ 97535: Activities of Daily Living $60

**ADJUSTMENT CODES:** ☐ 98940: 1-2 $70  ☐ 98941: 3-4 $85  ☐ 98942: 5 $95  ☐ 98943: Extremity $40  ☐ 97260: Same Day 2nd Visit $50

☐ 99058: Emer Visit $50  ☐ 99352: House call established $60  **Medicare:** ☐ 98940: 1-2 Med $30  ☐ 98941: 3-4 Med $41  ☐ 98942: 5 Med $

## PHYSICAL THERAPY:

☐ 97014: EMS ht/ice $40  ☐ 97010: Heat / Ice $35  ☐ 97035: US $41  ☐ 97140: Manual Therapies $60  ☐ 97110: Exercise $57

☐ 97112: NMR $50  ☐ 97530: Dynamic Activities $65  ☐ 97018: Paraffin $43  ☐ 97124: Massage $50  X ____ Units

**MEDICAL SUPPLIES:** ☐ 99070: Cerv Collar $25  ☐ 99070: Cerv Trac $40  ☐ 99070: L/S Spt $45  ☐ 99070: Rib Spt $25  ☐ 99070: Ortho Plw $

☐ 99070: Ice Pack $5  ☐ 99070: Ace Bndg $6  ☐ Bio Frz 4 oz $10  ☐ 99070: Knee Spt/Neo $40  ☐ 97100: Knee Spt/Ace $30

☐ 29260: Cockup Wrist Spt $15  ☐ Bio Frz Roll-on $12  ☐ 99070: Ortho Plw $  ☐ 99070: Shoulder Sling $12

**X-RAY: Cervical -** ☐ 72040: AP/Lat $100  ☐ 72040: AP $50  ☐ 72040: Lat $50  ☐ 72040: Flex/Ext $100  ☐ 72050: AP/Lat/Flx/Ext $200

☐ 72050: Oblique (2) $100  ☐72052: Davis Ser $350  ☐ 70328: APOM $50  **Lumbar -** ☐72100: AP/Lat $100  ☐ 72100: AP $50

☐ 72100: Lat $50  ☐ 72110: Flex/Ext $100  ☐ 72114: AP/Lat/Flex/Ext $200  ☐ 72114: Comp 4 views $200  ☐ 72120: L5-S1 Lat Spot $50

**Thoracic -** ☐ 72070: AP/Lat $100  ☐ 72070: AP $50  ☐ 72070: Lat $50  ☐ 71100: Rib AP/Lat $ 100  ☐ 73000: Clavicle 1 view $50

**Upper Extremities -** ☐ 73030: Shldr Int/Ext Rot $100  ☐ 73020: Sldr 1 view $50  ☐ 73060: Humurus AP/Lat $100  ☐ 73070: Elbow AP/Lat $100

☐ 73100: Wrist/Forearm AP/Lat $100  ☐ 73120: Hand 2 vws $100  **Lower Extremities -** ☐ 73550: Femur AP/Lat $100  ☐ 73560: Knee AP/Lat $10

☐ 73570: Knee Bil 4 views $200  ☐ 73590: Fib/Tibula AP/Lat $100  ☐ 73610: Ankle AP/Lat $100  ☐ 73620: Foot AP/Lat $100

☐ 73520: Hip 2 views $100  ☐ 73520: Hip 2 views Bil $200  **Head:** ☐ 70250: Skull AP/Lat $100  ☐ 70332: TMJ Bil 4 views $200

**Interpretation -** ☐ 72130: Report $25  ☐ 76140: Interpretation $25

**Acupuncture –** ☐ 97810: Acupuncture $_65  ☐ 97811 1puncture with EMS $65  ☐ 97812 W/re-inser $65  ☐ 90782: Traumeel Inj $82

**Macros - #10 - Adj** ☐ 98940: $170  ☐ 9894:1 $185  ☐ 98942: $200  EMS, Manual Therapy

**#20 - Adj** ☑ 98940: $211  ☐ 98941: $226  ☐ 98942: $241  EMS, Manual Therapy, U/S

**#30 - Adj** ☐ 98940: $171  ☐ 98941: $186  ☐ 98942: $201  Manual Therapy, U/S

**#40 - Adj** ☐ 98940: $151  ☐ 98941: $166  ☐ 98942: $181  EMS, U/S

My signature on this document attests to the fact that the services set forth herein were actually rendered. The person rendering the medical service for which will be claimed has explained the services to me.

Mi firma en este documento atesta el hecho que los servicios descrito aquí fueron en realidad hechos. La persona que proveo estos servicios médicos por los cuales se hace un reclamo me lo ha explicado.

Patient Sig _____   Doctor's Sig _____   ☐ New DX this visit _____

**DATE OF VISIT:** _____   **CHIEF COMPLAINTS:** CC#1 Pain ___ / 10, CC#2 Pain ___ / 10, CC#3 Pain ___ / 10

**SUBJECTIVE:** Patient reports: _____

**Symptoms:** ☐Pain ☐Spasm ☐Tingling ☐Numbness _____

**Activities:** ☐Physical Restrictions ☐Work Limitations _____

**Home Care:** ☐Ice ☐Heat ☐Exercise ☐Bed Rest _____

**OBJECTIVE:** Observation, Palpation, Localization of Tenderness, Segmental Dysfunction

T=Palpable Tenderness   M=Muscle Spasms   X=Trigger Points   RM=Restricted Motion

**Subluxation Levels: C/S:** Occ 1 2 3 4 5 6 7  **T/S:** 1 2 3 4 5 6 7 8 9 10 11 12  **L/S:** 1 2 3 4 5 **SI:** Rt Lt

**ASSESSMENT:** ☐Improved ☐Regressed ☐Approaching MMI ☐At MMI

**Additional Assessment:** _____

**Phase of Care:** ☑Acute ☐Sub-Acute ☐Rehab ☐Supportive ☐Wellness **Progress:** ☐Slower ☐Faster ☐As anticipated

**PLAN:** ☐CMT ☐Modalities ☐Man. Therapy ☐Massage ☐Rehab ☐Diagnostic Test ☐Lab ☐Foot Levelers Orthotics

☐ **Spinal CMT: C/S:** Occ 1 2 3 4 5 6 7  **T/S:** 1 2 3 4 5 6 7 8 9 10 11 12  **L/S:** 1 2 3 4 5 SI RtLt

☐ **Extraspinal CMT: TMJ:** Rt Lt Bi   **Sho/Elb/Wr:** Rt Lt Bi   **Ft/Ank/Kn/Hip:** Rt Lt Bi   **Abdomen**

**Modalities:** ☐EMS ☐INF __ - __ Hz ☐Russian __ / __  Area(s): ☐C/S ☐T/S ☐L/S ☐Other _knee_ Time: 15 min.

☐Moist Heat ☐Ice ☐Ice Massage ☐Ultrasound  Area(s): ☐C/S ☐T/S ☐L/S ☐Other _knee_ Time: 15 min.

☐Mechanical Traction ☐Manual Traction  Area(s): ☐C/S ☐T/S ☐L/S ☐Other _____ Time: ___ min.

**Therapeutic Exercise: TMJ:** ☐Low Tech ☐High Tech ☐NMR  Area(s): ☐C/S ☐T/S ☐L/S ☐Other _____ Time: ___ min.

**Description:** _____

**Additional Plan/Goals:** _____

☐ Treatment performed without incident.  ☑ Continue current treatment plan as prescribed.  ☐ Modify treatment plan.

☐ Change plan next visit: _____   Dr. Signature: _____

**#36**  Date 7/7/06  Acc # 11694  Patient Name Natasha Ellison  Pt Type LI

Charges: $ 211  Pmt: $ _____  ☐ Ch ☐ Ck ☐ CC Adj: _____  Balance $ 211

**EVALUATION AND MANAGEMENT CODES:** Auth# _____

**INITIAL –** ☐ 99201-25: 10 min $85  ☐ 99202-25: 20 min $110  ☐ 99203-25: 30 min $145  ☐ 99204-25: 40 min $205

☐ 99205-25: w/report $300  **UPDATES –** ☐ 99211-25 $45  ☐ 99212-25 $65  **RE-EXAMS** ☐ 99214-25 $135  ☐ 99215-25: w/rpt $250

**TESTS & REPORTING:** ☐ 99213-25: ROF $90  ☐ 95851: ROM $68  ☐ 95831: Muscle Testing $65  ☐ 97535: Activities of Daily Living $60

**ADJUSTMENT CODES:** ☐ 98940: 1-2 $70  ☐ 98941: 3-4 $85  ☐ 98942: 5 $95  ☐ 98943: Extremity $40  ☐ 97260: Same Day 2nd Visit $5

☐ 99058: Emer Visit $50  ☐ 99352: House call established $60  Medicare: ☐ 98940: 1-2 Med $30  ☐ 98941: 3-4 Med $41  ☐ 98942: 5 Med $

**PHYSICAL THERAPY:**

☐ 97014: EMS ht/ice $40  ☐ 97010: Heat / Ice $35  ☐ 97035: US $41  ☐ 97140: Manual Therapies $60  ☐ 97110: Exercise $57

☐ 97112: NMR $50  ☐ 97530: Dynamic Activities $65  ☐ 97018: Paraffin $43  ☐ 97124: Massage $50  X___ Units

**MEDICAL SUPPLIES:** ☐ 99070: Cerv Collar $25  ☐ 99070: Cerv Trac $40  ☐ 99070: L/S Spl $45  ☐ 99070: Rib Spt $25  ☐ 99070: Ortho Plw $

☐ 99070: Ice Pack $5  ☐ 99070: Ace Bndg $6  ☐ Bio Frz 4 oz $10  ☐ 97100: Knee Spt/Neo $40  ☐ 99070: Knee Spt/Ace $30

☐ 29260: Cockup Wrist Spt $15  ☐ Bio Frz Roll-on $10  ☐ 99070: Ortho Plw $60  ☐ 99070: Shoulder Sling $12

**X-RAY:** Cervical – ☐ 72040: AP/Lat $100  ☐ 72040: AP $50  ☐ 72040: Lat $50  ☐ 72040: Flex/Ext $100  ☐ 72050: AP/Lat/Flx/Ext $200

☐ 72050: Oblique (2) $100  ☐ 72052: Davis Ser $350  ☐ 70328: APOM $50  **Lumbar –** ☐ 72100: AP/Lat $100  ☐ 72100: AP $50

☐ 72100: Lat $50  ☐ 72110: Flex/Ext $100  ☐ 72110: AP/Lat/Flex/Ext $200  ☐ 72114: Comp 4 views $200  ☐ 72020: L5-S1 Lat Spot $50

Thoracic – ☐ 72070: AP/Lat $100  ☐ 72070: AP $50  ☐ 72070: Lat $50  ☐ 71100: Rib AP/Lat $100  ☐ 73040: Clavicle 1 view $50

**Upper Extremities –** ☐ 73030: Shldr Int/Ext Rot $100  ☐ 73020: Sldr 1 view $50  ☐ 73060: Humurus AP/Lat $100  ☐ 73070: Elbow AP/Lat $100

☐ 73100: Wrist/Forearm AP/Lat $100  ☐ 73120: Hand 2 vws $100  **Lower Extremities –** ☐ 73550: Femur AP/Lat $100  ☐ 73560: Knee AP/Lat $1

☐ 73570: Knee Bil 4 views $200  ☐ 73590: Fib/Tibula AP/Lat $100  ☐ 73610: Ankle AP/Lat $100  ☐ 73620: Foot AP/Lat $100

☐ 73520: Hip 2 views $100  ☐ 73520: Hip 2 views Bil $200  **Head:** ☐ 70250: Skull AP/Lat $100  ☐ 70332: TMJ Bil 4 views $200

**Interpretation –** ☐ 72130: Report $25  ☐ 76140: Interpretation $25

**Acupuncture –** ☐ 97810: Acupuncture $_65  ☐ 9781 1upuncture with EMS $65  ☐ 97812 W/re-inser $65  ☐ 90782: Traumeel Inj $82

**Macros - #10 -** Adj ☐ 98940: $170  ☐ 9894:1 $185  ☐ 98942: $200  EMS, Manual Therapy

  **#20 -** Adj ☑ 98940: $211  ☐ 98941: $226  ☐ 98942: $241  EMS, Manual Therapy, U/S

  **#30 -** Adj ☐ 98940: $171  ☐ 98941: $186  ☐ 98942: $201  Manual Therapy, U/S

  **#40 -** Adj ☐ 98940: $151  ☐ 98941: $166  ☐ 98942: $181  EMS, U/S

My signature on this document attests to the fact that the services set forth herein were actually rendered. The person rendering the medical service for which will be claimed has explained the services to me.

Mi firma en este documento atesta al hecho que los servicios descrito aquí fueron en realidad hechos. La persona que proveo estos servicios médicos por los cuales se hace un reclamo me lo ha explicado.

Patient Sig _____  Doctor's Sig _____  ☐ New DX this visit _____

**DATE OF VISIT:**  **CHIEF COMPLAINTS:** CC#1 Pain ___ /10, CC#2 Pain ___ /10, CC#3 Pain ___ / 10

**SUBJECTIVE:** Patient reports:  P: continues to @ arm #(r) leg
affects gait & ability to work

**Symptoms:** ☐ Pain ☐ Spasm ☐ Tingling ☐ Numbness _____

**Activities:** ☐ Physical Restrictions ☐ Work Limitations _____

**Home Care:** ☐ Ice ☐ Heat ☐ Exercise ☐ Bed Rest _____

**OBJECTIVE:** Observation, Palpation, Localization of Tenderness, Segmental Dysfunction

T=Palpable Tenderness    M=Muscle Spasms    X=Trigger Points    RM=Restricted Motion

M tricep bicep quad hamstring
X @ale
T mel plates

**Subluxation Levels:** C/S: Occ 1 2 3 4 5 6 7   T/S: 1 2 3 4 5 6 7 8 9 10 11 12   L/S: 1 2 3 4 5 SI: Rt Lt

**ASSESSMENT:** ☑ Improved ☐ Regressed ☐ Approaching MMI ☐ At MMI

**Additional Assessment:** _____

**Phase of Care:** ☐ Acute ☐ Sub-Acute ☐ Rehab ☐ Supportive ☐ Wellness  **Progress:** ☐ Slower ☐ Faster ☑ As anticipated

**PLAN:** ☑ CMT ☑ Modalities ☐ Man. Therapy ☐ Massage ☐ Rehab ☐ Diagnostic Test ☐ Lab ☐ Foot Levelers Orthotics

☑ Spinal CMT: C/S: Occ 1 2 3 4 5 6 7   T/S: 1 2 3 4 5 6 7 8 9 10 11 12   L/S: 1 2 3 4 5 SI Rt Lt

☐ Extraspinal CMT: TMJ: Rt Lt Bi    Sho/Elb/Wr: Rt Lt Bi   Ft/Ank/Kn/Hip: Rt Lt Bi   **Abdomen**

**Modalities:** ☑ EMS: ☐ INF __ - __ Hz ☐ Russian __ / __  Area(s): ☐ C/S ☐ T/S ☑ L/S ☐ Other knee Time: 15 min.
☐ Moist Heat ☐ Ice ☐ Ice Massage ☑ Ultrasound Area(s): ☐ C/S ☐ T/S ☐ L/S ☐ Other knee Time: 15 min.
☐ Mechanical Traction ☐ Manual Traction  Area(s): ☐ C/S ☐ T/S ☐ L/S ☐ Other _____ Time: ___ min.

**Therapeutic Exercise:** ☐ Low Tech ☐ High Tech ☐ NMR  Area(s): ☐ C/S ☐ T/S ☐ L/S ☐ Other _____ Time: ___ min.

**Description:** _____

**Additional Plan/Goals:**
☑ Treatment performed without incider.  ☑ Continue current treatment plan as presc ..ed.  ☐ Modify treatment plan.
☐ Change plan next visit: _____  Dr. Signature _____

**# 41** Date 7/3/06 Acc # 11094 Patient Name Natasha Ellison Pt Type L I

Charges: $ 211 Pmt: $_____ ☐ Ch ☐ Ck ☐ CC Adj:_____ Balance $ 211

**EVALUATION AND MANAGEMENT CODES: Auth # _____**

**INITIAL -** ☐ 99201-25: 10 min $85    ☐ 99202-25: 20 min $110    ☐ 99203-25: 30 min $145    ☐ 99204-25: 40 min $205

☐ 99205-25: w/report $300    **UPDATES -** ☐ 99211-25 $45    ☐ 99212-25 $65    **RE-EXAMS** ☐ 99214-25 $135    ☐ 99215-25: w/rpt $250

**TESTS & REPORTING:** ☐ 99213-25: ROF $90    ☐ 95851: ROM $68    ☐ 95831: Muscle Testing $65    ☐ 97535: Activities of Daily Living $60

**ADJUSTMENT CODES:** ☐ 98940: 1-2 $70    ☐ 98941: 3-4 $85    ☐ 98942: 5 $95    ☐ 98943: Extremity $40    ☐ 97260: Same Day 2nd Visit $

☐ 99058: Emer Visit $50 ☐ 99352: House call established $60 **Medicare:** ☐ 98940: 1-2 Med $30    ☐ 98941: 3-4 Med $41    ☐ 98942: 5 Med

**PHYSICAL THERAPY:**

☐ 97014: EMS ht/ice $40    ☐ 97010: Heat / Ice $35    ☐ 97035: US $41    ☐ 97140: Manual Therapies $60    ☐ 97110: Exercise $57

☐ 97112: NMR $50    ☐ 97530: Dynamic Activities $65    ☐ 97018: Paraffin $43    ☑ 97124: Massage $50   X____Units

**MEDICAL SUPPLIES:** ☐ 99070: Cerv Collar $25    ☐ 99070: Cerv Trac $40    ☐ 99070: L/S Spt $45    ☐ 99070: Rib Spt $25    ☐ 99070: Ortho Plw

☐ 99070: Ice Pack $5    ☐ 99070: Ace Bndg $6    ☐ Bio Frz 4 oz $10    ☐ 99070: Knee Spt/Neo $40    ☐ 97100: Knee Spt/Ace $30

☐ 29260: Cockup Wrist Spt $15    ☐ Bio Frz Roll-on $12    ☐ 99070: Ortho Plw $60    ☐ 99070: Shoulder Sling $12

**X-RAY: Cervical -** ☐ 72040: AP/Lat $100    ☐ 72040: AP $50    ☐ 72040: Lat $50    ☐ 72040: Flex/Ext $100    ☐ 72050: AP/Lat/Flx/Ext $200

☐ 72050: Oblique (2) $100    ☐ 72052: Davis Ser $350    ☐ 70328: APOM $50    **Lumbar -** ☐ 72100: AP/Lat $100    ☐ 72100: AP $50

☐ 72100: Lat $50    ☐ 72110: Flex/Ext $100    ☐ 72110: AP/Lat/Flex/Ext $200    ☐ 72114: Comp 4 views $200    ☐ 72020: L5-S1 Lat Spot $50

**Thoracic -** ☐ 72070: AP/Lat $100    ☐ 72070: AP $50    ☐ 72070: Lat $50    ☐ 71100: Rib AP/Lat $100    ☐ 73000: Clavicle 1 view $50

**Upper Extremities -** ☐ 73030: Shldr Int/Ext Rot $100    ☐ 73020: Sldr 1 view $50    ☐ 73060: Humurus AP/Lat $100    ☐ 73070: Elbow AP/Lat $100

☐ 73100: Wrist/Forearm AP/Lat $100    ☐ 73120: Hand 2 vws $100    **Lower Extremities -** ☐ 73550: Femur AP/Lat $100    ☐ 73560: Knee AP/Lat $

☐ 73570: Knee Bil 4 views $200    ☐ 73590: Fib/Tibula AP/Lat $100    ☐ 73610: Ankle AP/Lat $100    ☐ 73620: Foot AP/Lat $100

☐ 73520: Hip 2 views $100    ☐ 73520: Hip 2 views Bil $200    **Head:** ☐ 70250: Skull AP/Lat $100    ☐ 70332: TMJ Bil 4 views $200

**Interpretation -** ☐ 72130: Report $25    ☐ 76140: Interpretation $25

**Acupuncture -** ☐ 97810: Acupuncture $_65    ☐ 97811 upuncture with EMS $65    ☐ 97812 W/re-inser $65    ☐ 90782: Traumeel Inj $82

**Macros - #10 -** Adj ☐ 98940: $170    ☐ 98941 $185    ☐ 98942: $200 EMS, Manual Therapy

**#20 -** Adj ☑ 98940: $211    ☐ 98941: $226    ☐ 98942: $241    EMS, Manual Therapy, U/S

**#30 -** Adj ☐ 98940: $171    ☐ 98941: $186    ☐ 98942: $201 Manual Therapy, U/S

**#40 -** Adj ☐ 98940: $151    ☐ 98941: $166    ☐ 98942: $181    EMS, U/S

My signature on this document attests to the fact that the services set forth herein were actually rendered. The person rendering the medical servi_ for which will be claimed has explained the services to me.

Mi firma en este documento atesta al hecho que los servicios descrito aqui fueron en realidad hechos. La persona que proveo estos servicios médicos por los cuales se hace un reclamo me lo ha explicado.

Patient Sig _____    Doctor's Sig _____    ☐ New DX this visit _____

**DATE OF VISIT:** _____    **CHIEF COMPLAINTS:** CC#1 Pain ____ / 10, CC#2 Pain ____ / 10, CC#3 Pain ____ / 10

**SUBJECTIVE:** Patient reports: P! to R arm 3 R leg continue

**Symptoms:** ☑Pain ☑Spasm ☐Tingling ☐Numbness

**Activities:** ☐Physical Restrictions ☐Work Limitations

**Home Care:** ☐Ice ☐Heat ☐Exercise ☐Bed Rest

**OBJECTIVE:** Observation, Palpation, Localization of Tenderness, Segmental Dysfunction

**T**=Palpable Tenderness    **M**=Muscle Spasms    **X**=Trigger Points    **RM**=Restricted Motion

tricep bicep quad hamstring
X calf
Tmed plates

**Subluxation Levels:** C/S: Occ 1 2 3 4 5 6 7    T/S: 1 2 3 4 5 6 7 8 9 10 11 12    L/S: 1 2 3 4 5 SI: Rt Lt

**ASSESSMENT:** ☑Improved ☐Regressed ☐Approaching MMI ☐At MMI

**Additional Assessment:** _____

**Phase of Care:** ☑Acute ☐Sub-Acute ☐Rehab ☐Supportive ☐Wellness **Progress:** ☐Slower ☐Faster ☑As anticipated

**PLAN:** ☑CMT ☑Modalities ☑Man. Therapy ☐Massage ☐Rehab ☐Diagnostic Test ☐Lab ☐Foot Levelers Orthotics

☑Spinal CMT: C/S: Occ 1 2 3 4 5 6 7    T/S: 1 2 3 4 5 6 7 8 9 10 11 12    L/S: 1 2 3 4 5 SI Rt Lt

☐ Extraspinal CMT: **TMJ:** Rt Lt Bi    **Sho/Elb/Wr:** Rt Lt Bi    **Ft/Ank/Kn/Hip:** Rt Lt Bi    **Abdomen**

**Modalities:** ☑EMS: ☐INF - ___ Hz ☑Russian ___ / ___    Area(s): ☐C/S ☐T/S ☑L/S ☑Other knee Time: 15 min

☐Moist Heat ☐Ice ☐Ice Massage ☑Ultrasound Area(s): ☐C/S ☐T/S ☐L/S ☐Other knee Time: 15 min.

☐Mechanical Traction ☐ Manual Traction    Area(s): ☐C/S ☐T/S ☐L/S ☐Other _____ Time: ___ min.

**Therapeutic Exercise:** ☐Low Tech ☐High Tech ☐NMR Area(s): ☐C/S ☐T/S ☐L/S ☐Other _____ Time: ___ min.

**Description:** _____

**Additional Plan/Goals:**

☑Treatment performed without incident.    ☐ Continue current treatment plan as prescribed.    ☐ Modify treatment plan.

☐ Change plan next visit: _____    Dr. Signature

# ::::SDS
## INVOICE

**SDS**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

**Invoice #: 0036334712**
**Date:        10/18/2006**

| Ship to: |
| --- |

THEODORE H ENFIELD
THEODORE H ENFIELD
19235 BISCAYNE BLVD
STE 105
AVENTURA, FL 33180

| Bill to: |
| --- |

THEODORE H ENFIELD
THEODORE H ENFIELD
19235 BISCAYNE BLVD
STE 105
AVENTURA, FL 33180

| Records from: |
| --- |

PARKWAY REGIONAL MEDICAL CTR
160 N W 170TH STREET
NORTH MIAMI BEACH, FL 33169

**Requested By:** THEODORE H ENFIELD
**Patient Name:** ELLISON NATASHA

**DOB:**        052277
**SSN:**        *****2885

| Description | Quantity | Unit Price | Amount |
| --- | --- | --- | --- |
| Basic Fee | | | 10.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 14 | 1.00 | 14.00 |
| Shipping/Handling | | | 1.11 |
| Subtotal | | | 25.11 |
| Sales Tax | | | 1.76 |
| Invoice Total | | | 26.87 |
| Balance Due | | | 26.87 |

**Pay your invoice online at www.SDSPayOnline.com**

**Terms: Net 30 days**

**Please remit this amount : $ 26.87 (USD)**

--------------------------------✂-----------------------------------

**SDS**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

**Fast. Secure. Free.**
SDSPayOnline® is a free, online payment processing service that provides you a fast and convenient way to pay your SDS invoice. You can now pay your SDS invoice online by visiting **www.SDSPayOnline.com**. Simply have your invoice and major credit card ready to process your payment.

**Invoice #: 0036334712**

Check # _____

Payment Amount $_____

# Please return stub with payment.
Please include invoice number on check.
To pay invoice online, please go to **www.SDSPayOnline.com** or call (770) 754 6000.

**B/S**

## THEODORE H. ENFIELD, P.A.

19235 BISCAYNE BOULEVARD SUITE 105
AVENTURA, FLORIDA 33180
——————
DIAL (305) L-A-W-Y-E-R-S
(305) 529-9377
1-800-733-5299
Fax-305-933-8575

THEODORE H. ENFIELD

DORI GERSTEIN

RECEIVED OCT 1 3 2006

October 11, 2006

Parkway Regional Medical Center
160 NW 170th Street
N. Miami Beach, Fl.33169
Attn: Records

| RE: | Our Client | : Natasha Ellison |
| --- | --- | --- |
| | Date of Accident | : 6/17/06 |
| | Date of Birth | : 5/22/77 |
| | Social Security Number | : 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 |

Dear Sirs:

Please be advised that the undersigned attorney represents the captioned individual in a claim for damages arising out of an accident wherein personal injuries were sustained by said individual.

Enclosed herewith please find properly executed authorization for medical information. I would appreciate it if you would furnish us with a copy of all records and itemized bill regarding the above captioned.

Please forward all admission and discharge summary radiology and pathology reports, any consultation reports, face sheets, and itemized bills.

Thank you for your cooperation and courtesy in this matter.

**ATTN:**

Sincerely yours,
THEODORE H. ENFIELD P.A.

By: _____
Theodore H. Enfield.

| Copy Sent | Initia |
| --- | --- |
| Encounter | 10·17·06 |
| FS | DS |
| H&P | ER |
| OP | Path |
| Consult | XRays |
| Lab | Psych |
| Immun | Clinic |
| PFS, EMC, EEG, ECG | |
| Misc. | |

1310032 6

# AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

**Section A: This section must be completed for all Authorizations**

| | |
|---|---|
| Patient/Plan Member Name: *NATASHA Ellison* | Birth Date: *5/22/77*  Social Security No. *(optional)* *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* |
| Provider's/Health Plan's Name: *PARKWAY Reg. Medical Cent* | Recipient's Name |
| Provider's/Health Plan's Address: *160 NW 170 th street* | Address 1:  **Theodore H. Enfield, P.A.** 17235 Biscayne Blvd. Ste. 105. |
| *N. Miami Beach Fl. 33169* | Address 2:  **Aventura, FL 33180** |
| | City:   State:   Zip: |

This authorization will expire on the following. (Fill in the Date or the Event but not both.)
Date: *October 2007*   Event:

Purpose of disclosure:

## Description of information to be used or disclosed

Is this request for psychotherapy notes?  ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below.  ☐ No, then you may check as many items below as you need.

| Description | Date(s) | Description | Date(s) | Description | Date(s) |
|---|---|---|---|---|---|
| ☑ All PHI in medical record | | ☑ Operative Information | | ☑ Labor/delivery sum. | |
| ☑ Admission form | | ☑ Cath lab | | ☑ OB nursing assess | |
| ☑ Dictation reports | | ☑ Special test/therapy | | ☑ Postpartum flow sheet | |
| ☑ Physician orders | | ☑ Rhythm Strips | | ☑ Itemized bill | |
| ☑ Intake/outtake | | ☑ Nursing Information | | ☑ UB-92 | |
| ☑ Clinical Test | | ☑ Transfer forms | | ☑ Other: | |
| ☑ Medication Sheets | | ☑ ER Information | | ☑ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information _____ (Initial)  If not applicable, check here. ☐

I understand that:
1. I may refuse to sign this authorization and that it is strictly voluntary.
2. My treatment, payment, enrollment or eligibility for benefits may not be conditioned on signing this authorization.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any affect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. I understand that I may see and obtain a copy the information described on this form, for a reasonable copy fee, if I ask for it.
6. I get a copy of this form after I sign it.

**Section B: Is the request of PHI for the purpose of marketing?**
If yes, the health plan or health care provider must complete Section B, otherwise skip to Section C.

Will the recipient receive financial or in-kind compensation in exchange for using or disclosing this information?   ☐ Yes  ☐ No

If yes, describe

**Section C: Signatures**

I have read the above and authorize the disclosure of the protected health information as stated

Signature of Patient/Plan Member/Guardian/Patient-Plan Member Representative:
*Natasha Ellison*   Date: *10/11/06*

Print Name of Patient/Plan Member's Representative   Relationship to Patient-Plan Member:



| 6/17/2006 | 23:25:00 | PARKWAY REGIONAL MEDICAL CENTER | ADMISSION | FACESHEET |
|---|---|---|---|---|

160 NW 170th Street North Miami Beach, FL 33169

| PATIENT NO. 027261593 | NS/ROOM/BED ER// | | ADMIT DATE: 06/17/2006 | ADMIT TIME 21:53 | DISCHARGE DATE | | M/R NO. 006182570 | |
|---|---|---|---|---|---|---|---|---|
| FILING MR# 006182570 | CLINICS: ER | | DOB 05/22/1977 | AGE 29y | SEX F | RACE 2 | LANG ENGLISH | RLG CH | MS S |
| PT 3 | SMK | VAL N | TITLE | REF SRC A | | HSV 65 | MSP | FC 80 | BY AURY |

### PATIENT INFORMATION

| | | |
|---|---|---|
| PATIENT NAME: | ELLISON, NATASHA | PHYS. ADDR: 18801 NE 3RD COURT #746 |
| MAILING ADDR: | 18801 NE 3RD COURT #746 | OCCUPATION: REC. BOSS |
| CITY/STATE/ZIP: | NORTH MIAMI BCH , FL 33179 | NPP ACKNOWLEDGEMENT |
| PHONE: | 305-493-1860 | VERSION: |
| | | VERSION DATE: 12/8/2003 12:00:00 AM |
| SOC SEC. #: | 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 | PHYSICIAN INFORMATION |
| POB: | | ADMIT PHYS: 03871-DRAPER VICTORIA |
| FATHER'S DOB: | | PHONE: 954-938-6688 |
| MOTHER'S DOB: | | ATTEND PHYS: 03871-DRAPER VICTORIA |
| FLAG: | | REFER PHYS: 03435-GRAY PATRICK A |

### EMERGENCY CONTACTS

| | | |
|---|---|---|
| EMER CONT: | STEWART, SANDRA | NEAREST REL: |
| ADDRESS: | 20925 NW 38TH AVENUE | ADDRESS: |
| CITY/STATE/ZIP: | OPA LOCKA, FL 33054 | CITY/STATE/ZIP: |
| REL: | MOTHER | REL: |
| PHONE: | 786-419-0720 | PHONE: |

### GUARANTOR INFORMATION

| | | |
|---|---|---|
| GUARANTOR: | ELLISON, NATASHA | PHONE: 305-493-1860 |
| ADDRESS 1: | 18801 NE 3RD COURT #746 | SOC. SEC. #: 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 |
| ADDRESS 2: | 18801 NE 3RD COURT #746 | RELATIONSHIP SELF |
| CITY/STATE/ZIP: | NORTH MIAMI BCH , FL 33179 | OCCUPATION: SEARS        AF: |

| PRIMARY INSURANCE | SECONDARY INSURANCE |
|---|---|
| SRVC TYPE: ALLER | |
| PLAN ID: UO932 | PLAN ID: |
| PAYOR NAME: VISTA HEALTH PLAN | PAYOR NAME: |
| PLAN NAME: VISTA HEALTHPLAN (FORMERLY HIP | PLAN NAME: |
| BILL C/O NAME: VISTA HEALTHPLAN/HMO | BILL C/O NAME: |
| BILL ADDRESS: PO BOX 45-9011 | BILL ADDRESS: |
| CITY/STATE/ZIP: SUNRISE, FL 33345-9011 | CITY/STATE/ZIP: |
| BILL PHONE: 866-847-8235 | BILL PHONE: |
| CERT#: 2929878635601 | CERT#: |
| GRP#: 164201 | GRP#: |
| IPA: | |
| AUTH: SEE FUSSA | |

| | | | |
|---|---|---|---|
| BILLING NAME: | | BILLING NAME: | |
| INSURED: | ELLISON, NATASHA | INSURED: | |
| EMPLOYER: | SEARS | EMPLOYER: | |
| ADDRESS: | | ADDRESS: | |
| CITY/STATE/ZIP: | | CITY/STATE/ZIP: | |
| EMP PHONE: | | EMP PHONE: | |
| SEX/REL: | F / SELF | SEX/REL: | / |
| EID/ESC: | 3 | EID/ESC: | |

| | | |
|---|---|---|
| SPAN CODE: | | PRIOR VISIT |
| FROM/TO DATE: | | PRIOR HOSP: |
| COND. CDS: | | OCCURRENCE CODE/DATE   11 - 06/17/2006 |

ADMIT DIAG. DESC:       ADMIT DIAG CODE:
**KNEE PAIN**
COMMENTS:       **PT STS THAT SHE IS SUB THRU HER JOB - INS CARD PRESENTED AT REG**



Account #

Eval Time: __2200__       PMD: _Patrick Gry_

MR #: _____       **Complete Hx Unobtainable due to Pt Condition**

Arrived by:  Ambulance  (Private)  Other       History Obtained from: (Pt)  Family  EMS  Other  Translator

| CHIEF COMPLAINT/HISTORY PRESENT ILLNESS | Pain (0-10) 8 | Time MSE began ___ | Data Reviewed:  Transfer/NH Forms |
|---|---|---|---|

*Include: Location, Duration, Timing, Modifying Factors, Quality, Severity, Context, Other Signs/Symptoms*

ED Chart  EMS Run Sheet  Med Record
~~Agree with Nurse Initial Assessment~~
Other

c/c (R) knee pain

HPI - Pt c/o above S/p falling in Winn Dixie
1° ago Pt was able to ambulate
following fall, but when she sat @ home
noticed a ↓ ROM when trying to extend
knee while sitting. Pt denies N/T, HI, LOC,
neck pain, abd pn. Ø other c/o

**Past Medical/Surgical History**
Not Pertinent  ~~(illeg)~~
CVA (when) ____  Headache ____ (type)
Seizure  CAD  CHF  HTN  (Asthma)
COPD  DM  Psych  HIV  PUD  MI
Surgery: (None)  Appy  Gall Bladder
Hysterectomy  CABG  Tubal Ligation
Stent  Other Med/Surg:

**Family History**  Not Pertinent  CAD
CHF  (HTN)  CVA  DM  Other

**Social History:**
Smoke (Ø) __ ppd. ____ yrs
Alcohol  Amt: _occ_
Drugs:

Living Sit:  Alone / (Family) Friend
NH/Adult Facility

LMP: 5/23  G:  P:  A:

| Medications:  (None)  Agree w/  RN Med List  Nursing Home Med List |
|---|
| Birth Control Pills  (Yes)  No |

Tetanus UTD  Yes  No
Allergies:  Yes  NKDA
Notes:

| ROS Circle Positive or backslash Negative, Leave blank if N A | All other systems reviewed and found to be negative |
|---|---|
| **Constitutional:** fever, chills, weak, appetite change, weight loss | **Card:** pain, palpitations, edema | **Allergic/Immuno:** immunocompromised, anaphylaxis, hives |
| **Skin:** rash-type ____ dry, moist, diaphoretic, flaky, itchy | **GI:** pain, nausea, vomiting, diarrhea, blood | **Endo:** polyuria/dypsia, heat/cold intolerance |
| **Eyes:** pain, vision change/loss | **GU:** urgency, frequency, blood, pain | **Heme/Lymph:** nodes, bruising |
| **Ears/Nose/Throat/Mouth:** pain, congestion, bleeding, ringing | **Musculoskeletal:** (R) knee pain, trauma, myalgia, arthralgia | **Psych:** depression, suicidal, anxious |
| **Resp:** SOB, cough-productive ____, DOE, orthopnea | **Neuro:** seizure, syncope, HA, weakness, AMS | **Other:** |

| PHYSICAL EXAMINATION  Check all applicable boxes, leave blank if n a | T 102  P 80  R 16  B/P 139/77  O₂Sat 97  (Nml)  Abnml |
|---|---|

**General:** (NAD)  Alert / Cooperative
VS: Agree w RN assessment  Well Nourished
Toxic Appearance
Respiratory Distress ✓
Other:

**Neck:** No masses/swelling  Supple, ROM Nml
Cervical Nodes Nml  No meningeal signs
JVD ____
Carotid Bruit: Right/Left/Bilat ____
Other:

**GI/Abdomen:**  Inspection Nml  Non tender
BS Nml  No organomegaly/mass  No Peritoneal Signs
Rectal Performed ____  Rebound ____
GUAIC: Neg/Pos ____  No pulsable mass
Guarding ____  Pan ____
Other:

**Skin:** Nml (Warm, dry, no lesions)
Hydration:  Nml  Decreased
Erythema ____  Cellulitis ____
Pedal Edema ____  Urticaria ____
Lymphangitis ____  Petechiae ____
Vesicles ____  Cyanosis ____
Distribution:
Other:

**Chest/Respiratory:**  Symm expansion
Non-tender  Equal Bilat
Rhonchi ____
Wheezing ____
Respiratory Distress ____
Rales: Right/Left/Bilat ____
Other:

**GU:**  Deferred  Ext Genitalia Nml  No discharge
Penis/Testicle Nml
Testicle Pain: Right/Left ____
Prostate: Nml/Enlarged ____
No CMT ____
Cervix/Uterus/Adnexa Nml
Other:

**HEENT:**  Atraumatic  Ext Aud Canals Nml
TMs Nml  Nasal mucosa/septum Nml
Teeth/lips/gums Nml  Orophar/mucosa Nml
PERRL  Lids Nml  EOMI  Discs/Fundi Nml
Nystagmus
Icteric Sclera
Other: ____

**Cardiovascular:** (RRR)  No JVD
No Murmur, Gallop, Rub  No edema
Nml Peripheral Pulses
Murmur Grade ____ @ ____
Other:

**Neuro/Psych:**  Alert-oriented x 3
Speech  CN grossly intact  ____ limps
DTRs ____  Incoherent
Sensory/motor ____  Anxious
Affect ____  Depressed
Suicidal ____  Rhomberg
Other

**Extremities/MS:** (ROM)  Strength ____
Signs DVT ____  Peripheral Pulses +

Deformity/Tenderness ext (R) knee
Other:

**Other Pertinent Findings:**

| PA/NP/RES: | _(signature)_ SRNPA |
|---|---|
| Physician: | _Dace_ |

**PARKWAY**
Regional Medical Center
_(illeg) South Florida_

**Emergency Department Physician's Record**
Page 1 of 2
© 2004 Sterling Healthcare

160 Northwest 170th Street
North Miami Beach, FL 33169
Telephone: (305) 651-1100
Form No 2002-2003  Rev 11/04

PATIENT IDENTIFICATION

HSC: 65
ROOM:
PT: 3
ACCT#027261593  MR#006182570
ELLISON, NATASHA  06/17/2006 F
DRAPER VICTORIA DOB:05/22/1977  28y

White: MEDICAL RECORDS       Canary: PHYSICIAN'S COPY

**IMAGING/EKG**

**Chest X-Ray**
Read contemporaneously by EDP ___ NAD ___ Nml Heart ___ Nml Vessels
Nml Lungs ___ Views  Other: ___
Previously Reviewed

Other Imaging Study ___ Views    Read contemp by EDP
Results:

(R) knee – ∅ D/c ∂ acute fx

**EKG 1:** Time ___ NSR, Rate ___ Nml Axis ___ Nml QRS ___ Nml ST/T
Other ___ Rhythm ___ NS ST/T Wave Changes
Interp by EDP ___ Agree with Computer Interpretation

**Rhythm Strip 1:** Time ___ NSR Rate ___ Rhythm ___
Other:

(P) Pain
(I) Injury
(L) Laceration  Size: ___

Front: Left / Right    Back: Left / Right

**LAB RESULTS**

**CBC Nml**
Nml Except:  Plt ___
WBC ___  Neut ___
Hgb ___  Bands ___
Hct ___  Lymph ___

**Urinalysis** Nml  Abnml
WBC ___  RBC ___
**Pregnancy**  Serum HCG ___
ED Urine HCG ___ R.N. ___
Positive  (Negative)
Quantitative ___

**Chemistry Nml**  Nml Except (see below)
Na ___  PT ___  PTT ___
K ___  Gluc ___  CK ___
Cl ___  BUN ___  Amyl ___
CO₂ ___  Cr ___  Lip ___
BNP ___  Ca ___  Mg ___
LFT ___  INR ___  D-dimer ___

ABG:  pH ___  pO₂ ___  pCO₂ ___  HCO₃ ___
Interpretation ___

**Cardiac Nml**
Nml except:
CK #1 ___
CK #2 ___
CKMB #1 ___
CKMB #2 ___
Trop #1 ___
Trop #2 ___

Other Lab Results: ___

**PROCEDURES**

Procedures Performed by ED Practitioner    Foley Cath    Ventilator Management    Pacemaker
See additional notes below
Lifeline / ABG:    Peripheral IV    Central Line    Femoral Stick    ABG    Injection
HEENT:    Slit Lamp    Nasal Packing ___    NGT ___
Resuscitation:    Intubation (Type ___ )    CPR    Cardioversion / Defibrillation (x___ )
Ortho:    Splint (Type ___ )    Post application exam completed by EDP
LP:    Discussed, consent signed    Fully prepped using sterile technique    OP

**Skin/Wound**  Skin  Sub-Q  Muscle
Length: ___ (cm)  Depth: ___ (cm)
Anesthesia: ___
Exploration/FB: ___
Irrigated/Sol/Amt: ___
Repair: ___  # ___ -0
Other: ___

**MEDICAL DECISION MAKING/ RE-EVALUATION/PROCEDURE NOTES/ADDITIONAL NOTES**    Risks/Benefits Discussed    Moderate Sedation

Time: ___  Pt feeling better p̄ meds.

Critical Care minutes ___  > 30 min  > 75 min  > ___    SEE ADDITIONAL FORM

| MD/CONSULT/POLICE/CRISIS/ETC | TIME | RECALL(S) | ANSWERED | /D/CONSULTANT/PT A | Patient endorsed @ ___ to Physician |
|---|---|---|---|---|---|
| | | | | | |

**Condition/Disposition**  Improved  Stable  Critical
Death in ED  D.O.A.  Home  PMD  Admit  Elopement
AMA  Risk of leaving AMA explained to patient
Form Completed  Transferred: ___

**Discharge Instructions by EDP**  Baker Act  Medically Cleared
Counseled family regarding lab, diagnosis, follow-up, treatment
Pt / Sig. Other verbalizes understanding of D/C instruction
Follow-up Physician/Test/ Procedure/ Other ___  Call by: ___

**DIAGNOSES**
1. Contusion – (R) knee
2. ___
3. ___

I have seen and evaluated the patient. The resident and I have discussed management and I agree with the findings.

**SIGNATURES**
PA/NP/RES: ___  Time/Date: ___
Physician: ___  Time/Date: ___
Physician: ___  Time/Date: ___

**PARKWAY**
Regional Medical Center
Tenet South Florida
160 Northwest 170th Street
North Miami Beach, FL 33169
Telephone: (305) 651-1100

**Emergency Department Physician's Record**
**Page 2 of 2**
© 2004 Sterling Healthcare

Form No. 2002-2003  Rev. 11/04

HSC: 65
ROOM: ___
PT: 3
ACCT#027261593  MR#006182570
ELLISON, NATASHA  06/17/2006  F
DRAPER VICTORIA  DOB:05/22/1977  29y

White: MEDICAL RECORDS        Canary: PHYSICIAN'S COPY        Pink: EMERGENCY DEPT

EMERGENCY DEPARTMENT ADULT INITIAL ASSESSMENT / FLOW SHEET

PATIENTS NAME _Ellison, Natasha_ 29 AGE /17/71 D.O.B. F SEX DATE 6/12/06 TIME 2135

PM.D _____ SENT BY M.D. ☐ YES ☐ NO ALLERGIES / SYMPTOMS ☑ NKA HT 5'1

CHIEF COMPLAINT _Fell in Winn Dixie on Rt. knee on l' ago; swollen_ WT 235
_pain/fall_ ☐ NA

## PRIMARY ASSESSMENT

| A Airway and C-Spine Immobilization | Yes No N/A | |
|---|---|---|
| | ☑ ☐ ☐ Patent / No problem | |
| | ☐ ☑ ☐ Abnormal | |
| | ☐ ☐ ☑ Rigid cervical immobilization (if indicated) | |

| B Breathing | ☑ ☐ ☐ Spontaneous respiration / Other |
| | ☑ ☐ ☐ Symmetry of chest expansion |
| | ☐ ☐ ☐ Breath sounds: Auscultated / ☑ Deferred to Secondary |

Characteristics      Lung Sounds
           L        R

☑ Unlabored    ☐ Labored    ☐ Clear ☐
☐ Retractions    ☐ Stridor    ☐ Crackles / Rales ☐
☐ Nasal Flaring    ☐ Grunting    ☐ Wheezing ☐
☐ Trachea           ☐ Diminished ☐
                        ☐ Absent ☐

**C Circulation** T 102.1 / P 90 R 18 B/P 139/90 P.O. x 99

Color ☐ Pink ☐ Pale ☐ Jaundice ☐ Cyanotic ☐ Other
Skin ☑ W/D ☐ Diaphoretic ☐ ACCU ✔

**D DISABILITY (Neurological Status)** ☑ Alert ☐ To Verbal Stimuli ☐ To Pain ☐ Unresponsive

Light Response Codes B - Brisk F - Fixed S - Sluggish

| | Left | Right |
|---|---|---|
| Shape | | |
| Reaction | | |
| E.O.M. | | |
| Size | | |

Lt ☐ 2 3 4 5 6 7 8 9mm
Rt ☐ 2 3 4 5 6 7 8 9mm

### PRIMARY ASSESSMENT

| Treatment Prior to Arrival | ☐ None ☐ Ice ☐ Dressing ☐ Cervical Collar / Back Board ☐ ET |
|---|---|
| | ☐ Splint ☐ O2 Therapy ☐ CPR / ACLS Protocol ☐ See EMS Sheet |
| | ☐ IV ☐ ASA ☐ Medication _____ ☐ EKG |

| Mode Method of Arrival & Accompaniment | ☑ POV ☐ Ambulance ☐ Rescue |
|---|---|
| | ☐ Other _____ |
| | ☐ Ambulatory ☐ Wheelchair ☐ Carried ☐ Stretcher |
| | ☐ Other: |
| | ☑ Alone ☐ Family / Friend ☐ Parent / Guardian ☐ Sitter |
| | ☐ Law Enforcement |

Does the patient have any signs or symptoms of nutritional needs?
☑ No ☐ Yes

Does the patient have any new functional/mobility deficits?
☑ No ☐ Yes

### INITIAL PAIN ASSESSMENT

Do you have pain now? ☑ Yes ☐ No
Do you have chronic pain ? ☐ Yes ☐ No
If patient answers yes to either question, complete below using scale:

PAIN INTENSITY    No Pain _____ Moderate Pain _____ Worst Pain
Circle Present Intensity    0 1 2 3 4 5 6 7 8 9 10

WONG-BAKER FACES SCALE

Location of Pain: _Rt. above_
Patient Information: ☑ Informed that pain relief is important
     ☑ Taught how to communicate pain
     ☑ Taught that nursing response to pain will be prompt

Pain greater than 5 relieved by medication, referral made: ☐ Yes ☐ No
Physician notified: ☐ Yes ☐ No

| E Past Medical History | | |
|---|---|---|
| Denies: | ☐ | |
| CV: | ☐ MI ☐ Hypertension ☐ Angina ☐ Pacemaker ☐ Other | |
| Pulmonary: | ☑ Asthma ☐ Bronchitis ☐ Emphysema ☐ Other | |
| Orthopedic: | ☐ Arthritis ☐ Fractures ☐ Gout ☐ Other | |
| Neurologic: | ☐ Headaches ☐ Seizures ☐ CVA ☐ Other | |
| G.I.: | ☐ Ulcer ☐ Constipation / Diarrhea ☐ Hernia ☐ Other | |
| G.U.: | ☐ UTI ☐ Stones ☐ Dialysis ☐ Shunt ☐ R ☐ L Last Dialyzed | |
| Endo: | ☐ Diabetes ☐ Hepatitis ☐ Other | |
| Psych / Soc: | ☐ Substance Abuse ☐ Tobacco Pk / Day _____ ☐ Other | |
| Immuno: | ☐ Compromised ☐ Other | |
| Isolation: | ☐ Record exposure or Hx of communicable disease | |
| Surgeries: | ☐ Denies ☐ Yes | |
| Other: | ☐ | |

Description of Pt's own words: ☐ Prick ☑ Ache ☐ Burn ☐ Throbbing ☐ Sharp ☐ Dull ☐ Stabbing ☐ Other
Onset: ☐ Sudden ☐ Gradual ☐ Other
Duration: ☑ Continuous ☐ Intermittent, how long does it last? _____ ☐ Other
Aggravating Factors: ☐ Rest ☑ Activity ☐ Heat ☐ Cold ☐ Meds ☐ Other
Alleviating Factors: ☑ Rest ☐ Activity ☐ Heat ☐ Cold ☐ Meds ☐ Other
Effects of Pain on ADL's: ☑ Able to perform ☐ Unable to perform ☐ needs complete asst ☐ Needs partial asst ☐ Other
Patient's Goals for Pain Management: ☑ Complete relief ☐ Partial relief ☐ Perform ADL's ☐ Other

| GYN | ☐ N/A ☑ LMP 5/23/06 ☐ Pregnant ☐ Denies ☐ Post Menopausal |
|---|---|
| | ☐ Discharge ☐ Bleeding |
| | Gravida _____    Para _____ |
| | ☑ Other _LNCC_ (M D ) ☐ HIV Testing Offered |

_pending_

| Medications Dosage | ☑ None ☐ Medications ☐ Tetanus |
|---|---|
| | ☐ OTC/ Herbal Meds |

_____ Last Dose: ____
_____ Last Dose: ____
_____ Last Dose: ____
_____ Last Dose: ____
_____ Last Dose: ____
_____ Last Dose: ____
_____ Last Dose: ____
_____ Last Dose: ____

Disp: ☐ Emergent ☐ Urgent ☑ Nonurgent
☐ W/R ☐ Treatment Area ☐ Fast Track
Triage Signature: _H. Howell_
Print Name: _H. Howell_

TO TREATMENT AREA / TIME: _____ RN _____ BED: _____

**TeneT**

☐ CLEVELAND CLINIC HOSPITAL    ☐ HOLLYWOOD MEDICAL CENTER    ☐ PARKWAY REGIONAL MEDICAL CENTI
☐ CORAL GABLES HOSPITAL    ☐ NORTH RIDGE MEDICAL CENTER    ☐ ST. MARY'S MEDICAL CENTER
☐ DELRAY MEDICAL CENTER    ☐ NORTH SHORE MEDICAL CENTER    ☐ WEST BOCA MEDICAL CENTER
☐ FLORIDA MEDICAL CENTER-FORM#100002    ☐ PALM BEACH GARDENS MEDICAL CENTER
☐ GOOD SAMARITAN MEDICAL CENTER    ☐ PALMETTO GENERAL HOSPITAL
☐ HIALEAH HOSPITAL

### EMERGENCY DEPARTMENT    ADULT / PEDIATRIC INITIAL ASSESSMENT / FLOWSHEET    PAGE 3 OF 3

| | | | | INTAKE | | | | | | | OUTPUT | | |
| TIME | AMT. SOLUTION ADDITIVE | # ATTEMPTS | SIZE | SITE | I.V. PUMP T/H | INSERTED BY | ABSORBED | REMOVED BY | TIME | TYPE / RTE. | AMT. |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | TOTAL | | | | | | | | | | |

| TIME | B/P | PULSE | RESP. | TEMP. | P.Ox | PAIN SCALE (0-10) | NOTES |
|------|-----|-------|-------|-------|------|-------------------|-------|
| 2145 | 136/72 | 80 | 18 | 101 | 97% | | 25 yo old female ambulated to ER c/o |
| | | | | | | | Lt knee pain s/p fall     SC |
| na | | | | | | | Pt seen & evaluated by PA Lefara    SC |
| na | | | | | | | Pt went to x-ray     SC |
| 2245 | | | | | | | Pt returned from x-ray    SC |
| 2325 | 137/72 | 75 | 18 | 99.8 | | | Pt d/c c instructions    SC |

TRANSFERRED TO: _____    VS: BP ____ P ____ R ____
NURSING SIGNATURE _Sig. Cromer LPN_    PRINT _Sig. Cromer_    INITIALS _SC_
NURSING SIGNATURE _____    PRINT _____    INITIALS ____

☐ Suspected as possible victim of mistreatment / neglect / abuse    ☐ Report called to 1-800-96-ABUSE    ☐ Donor Number 1-800-255-GIVE

| Discharge:☑ | Admitted: ☐ | Transferred: ☐ | ☐ Expired | Valuables /Belongings: |
|---|---|---|---|---|
| ☑ Improved | ☐ Stable | ☐ Hospital | ☐ Medical Examiner | ☐ Sent home |
| ☐ Unchanged | ☐ Unstable | ☐ Nursing Home | ☐ Morgue | ☐ Secured / Hosp. Safe |
| ☐ AMA | **Transported by** | ☐ Psych Facility | ☐ Removal Service | ☑ Pt. Retains / Accepts Responsibility |
| ☐ Expired | ☐ Transporter | ☐ Other | | |
| ☐ LWBS | ☐ RN / Monitor / ACLS | | | |
| ☐ LWOT | | Room # _____ | Report given to: _____ | By: _____   Time: _____ |

Date: _6·17·06_    Time: _2325_    **DISCHARGE SUMMARY / INSTRUCTIONS**

Given to: ☑ Patient ☐ Family ☐ Friend ☐ Parent ☐ Other: _____
☐ Verbalizes Understanding ☐ Unable to Educate due to: _____
Barriers: ☑ None ☐ Physical ☐ Emotional ☐ Cultural ☐ Religious ☐ Education ☐ Language
☐ Highest Level of Education: _____
Discharge Mode: ☑ Walk ☐ Crutches ☐ Wheelchair ☐ Ambulance ☐ Walker
☐ Carried ☐ Stretcher
Accompanied By: ☑ Self - Parent ☐ Spouse ☐ Family ☐ Friend ☐ Police
Environmental: ☐ Lives Alone ☑ Family / Significant other ☐ Sitter / Aide
☐ Minor w/Parent ☐ Minor w/o Parent ☐ Nursing Home ☐ ACLF ☐ Private Home ☐ Homeless



HSC: 65
ROOM: -
PT: 3
ACCT#027261593 MR#008182570
ELLISON, NATASHA 06/17/2006 F
DRAPER VICTORIA DOB:05/22/1977 29v

S A002 (4.04) BBF (Page 3 of 3)      MEDICAL RECORDS

## SECONDARY NURSING ASSESSMENT

| **Head Face** | ❑ Not Indicated |
|---|---|
| | ❑ Visual Acuity  OU_____  OS_____  OD_____ |
| | ❑ Other: _____ |

| **Neck Chest** | ❑ Not Indicated |
|---|---|

| | L | Lung Sounds | R |
|---|---|---|---|
| | ☑ | Clear | ☑ |
| | ❑ | Crackles/Rales | ❑ |
| | ❑ | Wheezing | ❑ |
| | ❑ | Diminished | ❑ |
| | ❑ | Absent | ❑ |

| **G.I.** | ☑ Not Indicated  ❑ Soft  ❑ Firm  ❑ Non-tender |
|---|---|
| | ❑ Tender  ❑ Distended  ❑ Obese |
| | ❑ Guarding (circle)  RU  LU  RL  LL |
| | Bowel Sounds:  ❑ Present  ❑ Absent |
| | ❑ Nausea  ❑ Diarrhea  ❑ Constipation  ❑ Vomiting |
| | ❑ Describe _____ |

**G.U.**
- ❑ Not Indicated  ❑ Blood  ❑ Freq.  ❑ Burning  ❑ Dysuria
- ❑ Incontinence  ❑ Retention  ❑ Foley
- ❑ Flank Pain:  ❑ Right  ❑ Left     ❑ HIV Testing Offered
- ❑ Denies  ❑ Other: _____

**Extremities**
- ❑ Not Indicated
- ☑ Pulses present (circle):      RA   RL   LA   LL
- ☑ Motor function present circle)  RA   RL   LA   LL
- ☑ Sensation present (circle):    RA   RL   LA   LL
- ❑ Wound /
- ❑ Edema _____  ❑ Other: _____

**Gadgets**
- ☑ None
- ❑ N.G. Tube Size: _____  ❑ Continuous: Automatic NIBP
- ❑ Foley Catheter Size: _____  ACCU✓
- ❑ Pulse Oximetry - SA O2: _____  Cardiac Monitor - Rhythm _____
- ❑ Other: _____

| **SKIN** | **Description:** | **Mark Location** |
|---|---|---|
| ❑ Abrasion | | _____ |
| ❑ Burn | | _____ |
| ❑ Bruise | | _____ |
| ❑ Decubiti | size: ___ cm | _____ |
| ❑ Edema | | _____ |
| ❑ Laceration | | _____ |
| ❑ Rash | | _____ |
| ❑ Scar | | _____ |
| ❑ Ostomy | | _____ |
| ☑ Other | (R) knee pain | _____ |

❑ MALE  ❑ FEMALE

| TIME | INIT. | MEDICATION | RTE SITE | PAIN SCALE 0-10 | TIME | INIT. | MEDICATION | RTE SITE | PAIN SCALE 0-10 |
|---|---|---|---|---|---|---|---|---|---|
| 22ᵘ | SC | Tylenol #3 II tab | PO | 7 | 2320 | | painfree #3 SC | | |
| | | | | | | | | | |

Signature: _Sig Crane, LPN_  RN / Print _Sig Crane_

Signature: _____  RN / Print _____

Signature: _____  RN / Print _____

Addressograph

HSC: 86
ROOM: -
PT: 3
ACCT#027261593   MR#006182570
ELLISON, NATASHA  06/17/2006 F
DRAPER VICTORIA  DOB:05/22/1977   29y

TS-A002 (4/04) RBF (Page 2 of 3) ED ADULT/PEDIATRIC ASSESSMENT     MEDICAL RECORDS

# EMERGENCY DEPARTMENT PHYSICIANS ORDERS

## Initial Orders

**Chemisty**
- ☐ BMP
- ☐ Magnesium
- ☐ Phosphorous
- ☐ HFP
- ☐ Amylase
- ☐ Lipase
- ☐ Troponin
- ☐ CPK/mb
- ☐ βHCG (quantitative)
- ☐ BNP

**Microbiology**
- ☐ Blood Cx x _
- ☐ Urine Cx
- ☐ Wound Cx

**Hematology**
- ☐ CBC with differential
- ☐ PT
- ☐ PTT
- ☐ ESR

**Toxicology**
- ☐ Acetaminophen
- ☐ Aspirin
- ☐ Depokote
- ☐ Digoxin
- ☐ Dilantin
- ☐ EtOH
- ☐ Phenobarbital
- ☐ Tegretol
- ☐ Theophyline
- ☐ Urine toxicology

**Blood Bank**
- ☐ Type/Screen
- ☐ Rh type
- ☐ T/C x _ PRBC _ FFP _ Plts

**Urine**
- ☐ UA clean cath void
- ☑ Urine pregnancy (in ED)

**Other**
- ☐ ABG room air O₂
- ☐ EKG

**Radiology**
- ☐ C-spine
- ☐ T-spine
- ☐ LS-spine: full lat only
- ☐ PCXR
- ☐ CXR PA/Lat
- ☐ KUB
- ☐ Abd Flat/Upright
- ☐ CT Head
- ☐ CT Chest Tissue Angio
- ☐ CT Abdomen IV PO
- ☐ CT Pelvis IV PO
- ☐ V/Q scan
- ☐ US:

Indication: _____

_____
Practitioner

2220
Time / Date

| Entered | Time |

---

Time/Date: _____
- ☐ Monitor
- ☐ Continuous Pulse Oximetry
- ☐ O₂ _____
- ☐ Accucheck
- ☐ Rectal Temp
- ☐ Foley: ☐ new ☐ replace
- ☐ Heplock x _____
- ☐ IV Bolus __ ___ ml
- ☐ NS ☐ Ringers
- ☐ IVF at __ ___ ml/hr
- ☐ NS ☐ D5½NS
- ☐ ½NS ☐ Ringers

_____ _____
Practitioner     Nurse / Time

Time/Date: 2220
HT-3 PO

_____ _____
Practitioner     Nurse / Time

Time/Date: _____

_____ _____
Practitioner     Nurse / Time

Time/Date: _____

_____ _____
Practitioner     Nurse / Time

Time/Date: _____

_____ _____
Practitioner     Nurse / Time

---

Time/Date: _____

_____ _____
Practitioner     Nurse / Time

Time/Date: _____

_____ _____
Practitioner     Nurse / Time

Time/Date: _____

_____ _____
Practitioner     Nurse / Time

Time/Date: _____

_____ _____
Practitioner     Nurse / Time

---

**Physician Contacts:** place all calls every 20 minutes up to 1 hour. If no response in 1 hour, contact Nursing Supervisor.

| | requested | returned | notes |
|---|---|---|---|
| ☐ Call for admission | | | |
| ☐ Call for consult | | | |
| ☐ Call for consult | | | |
| ☐ Call for consult | | | |
| ☐ Call for consult | | | |

---

**PARKWAY**
Regional Medical Center
Tenet South Florida

160 Northwest 170th Street
North Miami Beach, FL 33169
Telephone: (305) 651-1100

HSC: 65
ROOM:
PT: 3
ACCT#027261593 MR#006182570
ELLISON, NATASHA 06/17/2006 F
DRAPER VICTORIA DOB:05/22/1977 29y

PR 8700-018     White: MEDICAL RECORDS     Canary: PHYSICIAN'S COPY     Pink: EMERGENCY DEPT.

**PARKWAY**
Regional Medical Center
Tent South Florida

305-651-1100

| | | | |
|---|---|---|---|
| Anthony Ard | ME36983 | Richard Litsky | ME41132 | Leigh Nogah Bittner | ARNP175107 |

NAME _____  AGE ___ DATE ___
ADDRESS _____

**R**

☐ DO NOT DRINK, DRIVE OR OPERATE HEAVY MACHINERY WHILE TAKING MEDICATION    ☐ DO NOT TAKE ON EMPTY STOMACH

REFILL ____ TIMES    DEA ____

DR. _____

(Second Rx block — duplicate layout repeated)

**R**

## INSTRUCTIONS SHEET(S) GIVEN

☐ Allergic Reaction  ☐ Abdominal Pain  ☐ Asthma/Bronchitis/Croup  ☐ Back Pain
☐ Bronchiolitis  ☐ Chest Pain  ☐ Corneal Abrasion  ☐ Conjunctivitis
☐ Fever/Child  ☐ Febrile Seizure  ☐ Head Injury  ☐ Headaches  ☐ Kidney Stone  ☐ Nose Bleed
☐ Otitis Media/Otitis Externa  ☐ Sore Throat  ☐ Sprain/Ankle/Fracture  ☐ STD (Sexually Transmitted)  ☐ PID (Pelvic Inflammatory Disease)  ☐ URI/Pneumonia
☐ High Blood Pressure  ☐ Vertigo  ☐ Wound Care  ☐ Laceration  ☑ Contus..

## INSTRUCTIONS TO PATIENT — REPORT ANY CHANGES OR CONCERNS TO YOUR PHYSICIAN OR THE EMERGENCY ROOM

DIAGNOSIS: Contusion (R) knee

Take Motrin for pain - 3 tablets every 6 hours with food. Please keep leg elevated for 1-2 days. Use ice for 48 hours as needed - then occasi heat

REFERRED TO: Dr Clifford   305-891-6060   next week as needed.   PHONE:

PATIENT'S SIGNATURE ☐ **YOU MUST CONTACT YOUR HMO FOR APPROVAL FOR RETURN VISIT**

Natasha Ellison   ☑ PATIENT ☐ PARENT ☐ GUARDIAN ☐ OTHER
DISCHARGE NURSE SIGNATURE/ TIME

## WORK / SCHOOL STATEMENT

was seen by Dr. ____ at ____ on __/__/__
☐ MAY RETURN TO WORK / SCHOOL WITHOUT RESTRICTIONS.
☐ MAY RETURN TO RESTRICTED DUTIES FOR ____ DAYS.
☑ WILL REQUIRE TIME OFF WORK / SCHOOL ESTIMATED TIME ____ DAYS.
☐ MUST BE REEVALUATED BY FAMILY / OCCUPATIONAL PHYSICIAN BEFORE RETURNING TO WORK / SCHOOL.
☐ NO ATHLETICS / PHYSICAL EDUCATION: ____ DAYS.
☐ WAS HERE WITH RELATIVE / CHILD

____ M.D.

HSC: 65
ROOM:
PT: 3

**PARKWAY**
Regional Medical Center
Tent South Florida

**EMERGENCY DEPARTMENT DISCHARGE INSTRUCTIONS**

ACCT#027261593  MR#006182570
ELLISON, NATASHA 06/17/2006 F
DRAPER VICTORIA 008:05/22/1977 29y

MEDICAL RECORDS

# Parkway Regional Medical Center

## Department of Radiology

**ELLISON, NATASHA**

| | | | Ordering MD: | VICTORIA DRAPER |
|---|---|---|---|---|
| MRN: | 6182570 | | Attending MD: | VICTORIA DRAPER |
| DOB: | 05/22/1977 | | Admitting MD: | VICTORIA DRAPER |
| Sex: | F | | | |

| Study Date | Accession # | Procedure Code | Procedure/Reason For Study |
|---|---|---|---|
| 6/17/2006 | B3084515 | RAD0508 | KNEE COMPLET / FALL-PAIN |

## *** Final Report ***

Right knee 4 views.

Findings: No acute fracture or dislocation. No focal osseous abnormality. The soft tissues appear unremarkable.

Impression:

No acute fracture or dislocation.

Transcribed by: c s

| | | |
|---|---|---|
| Dictated on: | 6/18/2006  6:51:41AM | |
| Interpreted by: | David Wells, M.D. | |
| Transcribed by: | Carol Smith | 2006/06/18 09:39:09.1 |
| Signed by: | David Wells, M.D. | 2006/06/18 10:42:15.6 |

# ▌PARKWAY
Regional Medical Center

Tenet South Florida

---

A **Notice of Privacy Practices (NPP)** is provided to all patients. This Notice of Privacy Practices identifies: 1) how medical information about you may be used or disclosed; 2) your rights to access your medical information, amend your medical information, request an accounting of disclosures of your medical information, and request additional restrictions on our uses and disclosures of that information; 3) your rights to complain if you believe your privacy rights have been violated; and 4) our responsibilities for maintaining the privacy of your medical information.

*The undersigned certifies that he/she has read the foregoing, received a copy of the* **Notice of Privacy Practices** *and is the patient, or the patient's personal representative.*

_Ellison, Natasha_ 
Name of Patient        X _Natasha Ellis_
           Signature of Patient

_06_ / _17_ / _2006_
Date Signed

_____    _____
Name of Patient's Personal Representative     Signature of Patient's Personal Representative

_____ / _____ / _____
Date Signed

---

## FOR INTERNAL USE ONLY

_____    _____
Name of Employee            Signature of Employee

If applicable, reason patient's written acknowledgement could not be obtained:

☐ Patient was unable to sign.
☐ Patient refused to sign.
☐ Other _____

_____-_____ (Version: As note on NPP)      ____/____/____ (Date: As noted on NPP)

---

**Notice of Privacy Practices
(NPP) Acknowledgement**

HSC: 65
ROOM: -
PT: 3
ACCT#027261593  MR#006182570
ELLISON, NATASHA  06/17/2006 F
DRAPER VICTORIA DOB:05/22/1977  29y

I-4075 Relizon (10-05)

# CONSENT FOR TREATMENT

**1.    Consent to Medical and Surgical Procedures**
I, the patient identified below or the patient's legally authorized representative, consent to the procedures which may be performed during this hospitalization or on an outpatient basis, including emergency treatment or services. and which may include. but are not limited to, laboratory procedures, including testing of blood or other bodily fluid to determine the presence of any communicable disease such as, to the extent allowed by law, Hepatitis and Human Immunodeficiency Virus (the causative agent of AIDS), x-ray examination, medical and surgical treatment or procedures. anesthesia, or hospital services rendered for the patient under the general and special instructions of my/the patient's physician or surgeon. I further consent to my/the patient's physician or surgeon or his/her designees including other practitioners and hospital personnel, which may include health care professionals in training, performing or administering all tests. services or treatments indicated as previously described.

**2.    Consent to Photograph**
I permit the hospital to photograph as a part of the documentation of my/the patient's medical/surgical condition. These photographs will be maintained as part of my/the patient's permanent medical record. I understand and acknowledge that the hospital is permitted to use cameras to monitor all patients.

**3.    Nursing Care**
I understand and acknowledge that this hospital will provide nursing care to meet my/the patient's needs in accordance with accepted standards of nursing practices. If I/the patient desire sitter services or the services of a private duty nurse to provide personal care needs. I understand that such retention of such services is my responsibility and I agree to notify the hospital if I intend to arrange for additional or private duty nursing. I also understand and acknowledge that the hospital may use cameras or other devices for patient monitoring.

**The undersigned certifies that I have read the foregoing, received a copy thereof, and I am the patient, the patient's legal representative, or I am duly authorized by the patient as the patient's general agent to execute the above and accept its terms.**


Date _____6/17/06_____

Patient/Patient's Authorized Signature _____Natasha Ellison_____


If other than patient, indicate relationship _____    Witness _____    Witness _____

---

## CONSENT FOR TREATMENT

Patient Identification

HSC: 6b
ROOM: .
PT: 3
ACCT#027261593  MR#006182570
ELLISON, NATASHA  06/17/2006 F
DRAPER VICTORIA DOB:05/22/1977 29y

# PARKWAY
Regional Medical Center

Tenet South Florida



TCE1240E

## 1. Financial Responsibility

In consideration of services rendered or to be rendered to patient, the undersigned, whether he/she is the patient, patient's relative, patient's legal guardian, representative, agent, other individual or entity, hereby obligates himself/herself individually, to the hospital, physicians, surgeons, emergency department physicians, radiologists, pathologists, anesthesiologists, and consultants involved in the patient's care and agrees to pay for any and all charges and expenses incurred or to be incurred. It is agreed and understood that regardless of any and all assigned benefits/monies, I, as the designated responsible party, am responsible for the total charges for services rendered, and I further agree that all amounts are due upon request and are payable to the hospital, and the appropriate physicians, surgeons, emergency department physicians, radiologists, pathologists, anesthesiologists and consultants involved in patient's care and agrees to pay for any and all charges and expenses incurred or to be incurred. It is further agreed and understood that should this account become delinquent and it becomes necessary for the account to be referred to an attorney or collection agency for collection or suit, I, as the designated responsible party or entity, shall pay all patient charges, reasonable attorney's fees and collection expenses. I agree that if this account results in a credit balance, the credit amount will be applied to any outstanding accounts, either current or bad debt. All delinquent accounts may be charged interest at the maximum rate allowed by law.

## 2. Assignment of Benefits to Hospital and Hospital-Based Physician

In consideration of services rendered or to be rendered, I hereby irrevocably assign and transfer to the hospital, and hospital-based physicians (e.g., radiologists, pathologists, anesthesiologists, emergency department physicians) all rights, title and interest in all benefits/monies payable for services/supplies rendered, including but not limited to group medical/indemnity/self-insured/ERISA benefits/coverage, PIP, UIM/UM, auto/homeowner insurance, and in all causes of action against any party or entity that may be responsible for payment of benefits/monies regardless of whether or not I ultimately settle my claim with a non-admission of liability provision. I fully understand that in the event the hospital and/or hospital-based physicians files a claim on my behalf that the same does not impose any contractual obligation or otherwise upon the hospital and/or hospital-based physicians, and that, notwithstanding the irrevocable nature of this Assignment of Cause of Action and Benefits, I remain fully responsible for instituting, and am expressly authorized by the hospital and hospital-based physicians to institute, suit within the applicable statutes of limitations. I authorize the hospital and/or hospital-based physicians to appeal any denial under my appeal rights provision. It is hereby agreed and understood that any condition precedent, subsequent or otherwise, including, but not limited to, precertification, preauthorization, or second opinions shall remain the sole responsibility of patient and/or the patient's family, legal guardian, representative or agent. I further understand that failure to pre-certify could result in reduced payments from patient's insurance company, leaving the undersigned financially responsible for the non-reimbursed portion of patient's bill. It is further agreed and understood that the obtaining of verification of benefits and/or precertification does not in any form or fashion relieve the patient or the patient's family, other individual or entity signing on behalf of patient, of any liability for the financial responsibility for goods and services provided or to be provided to patient by the hospital and/or hospital-based physicians and any other associated physician. I fully understand and agree that hospital and/or hospital-based physicians shall be entitled to full payment where a third-party accident is involved notwithstanding any benefits payable by a managed care payor on my behalf as third-party bears primary responsibility.

## 3. Assignment of Cause of Action and Benefits

I, for good and valuable consideration receipt of which is hereby acknowledged, irrevocably assign and transfer, to the hospital, any and all claims, demands, suits, remedies, guarantees, liens and/or causes of action, at law or in equity, either in contract or in tort, statutory or otherwise, to the extent permitted by law, as well as any other claim, in whole or in part, which I may now have or may hereafter hold or possess, known or unknown, on account of, growing out of, relating to or concerning, whether directly or indirectly, proximately or remotely, any acts, omissions, events, transactions or occurrences that have occurred or failed to occur, which resulted in my injuries for which the hospital has provided and/or will provide medical goods and services to me. This Assignment of Cause of Action and Benefits shall be effective against any and all parties or entities that may bear or appear to bear liability for my injuries, including but not limited to, my employer, its direct and indirect subsidiaries, all of its officers, directors, agents, servants, successors, assigns and employees. I further assign and transfer to the hospital, any and all rights (including appeal rights), title and interest in any and all benefits, monies or other form of compensation paid or to be paid on my behalf as a result of this injury/illness. I fully understand that, notwithstanding the irrevocable nature of this Assignment of Cause of Action and Benefits, I remain solely responsible for instituting, and am expressly authorized by the hospital to institute, suit within the applicable statutes of limitations, and that the hospital is not in any form or fashion responsible for instituting suit on my behalf. I understand and agree that this Assignment does not relieve me of my liability or responsibility for any and all charges incurred as a result of medical goods and services provided to me by the hospital.

## 4. Release of Information/Medical Records

I hereby consent and authorize the hospital and any practitioner, whether agent or independent contractor of hospital, providing medical goods and services to the patient to release information contained in any financial records and/or medical records, including diagnosis and treatment at the hospital or by any practitioner providing medical goods and services to the patient, including, but not limited to, information concerning communicable diseases such as Human Immunodeficiency Virus (HIV), and Acquired Immune Deficiency Syndrome (AIDS), drug/alcohol abuse, mental health/mental retardation and treatment records and/or laboratory tests results, medical history, treatment progress, and/or any other such related information to: (1) Insurance Company, self-funded or health plan, its agents, representatives, attorneys or independent contractors; (2) Medicare; (3) Medicaid; (4) any other person or entity that may be responsible for paying or processing for payment any portion of my hospital bill; (5) to any person or entity affiliated with or representing the hospital and any practitioner providing medical goods and services to patient for the purpose of administration, billing and quality and risk management; or (6) to any other hospital, nursing home, or other health care institution in which the patient is provided treatment; (7) accrediting, regulating and state agencies. This consent and authorization applies to financial and/or medical records created in the course of and relating to this, or subsequent related, hospitalization. I understand that this information may be required to be released in order to obtain payment for my medical expenses incurred for treatment at the hospital and by any practitioner providing medical goods and services to patient. I also authorize the release of medical information to organ transplantation services should the patient be identified as a potential organ donor. The consent to release medical information is subject to revocation in writing any time, except to the extent that action has been taken. I further understand that unless I otherwise instruct the hospital, in writing, the hospital may release directory information pertaining to me without my consent.



HSC: 65
ROOM -
PT: 3

**Conditions of Services**
Page 1 of 2

ACCT#027261593  MR#006182570
**ELLISON, NATASHA  06/17/2006**
DRAPER VICTORIA    DOB:05/22/19?7    F    29y

**5.  Medicare Patient's Assignment of Benefits and Release of Information**

I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I authorize release of any information needed to act on this request. I request that payment of authorized benefits be made on my behalf. I assign payment for unpaid charges of the hospital and physician(s) for whom the hospital is authorized to bill in connection with its services. I understand I am responsible for any remaining balance not covered by Medicare or other insurance.

**6.  Legal Relationship Between Hospital and Physician**

All physicians and surgeons furnishing services to the patient, including the Emergency Department physicians, radiologists, pathologists, anesthesiologists and the like, are independent contractors with the patient and are not employees or agents of the hospital. The patient is under the care and supervision of his/her attending physician and it is the responsibility of the hospital and its nursing staff to carry out the instructions of such physician. It is the responsibility of the patient's physician or surgeon to obtain the patient's informed consent, when required, to medical or surgical treatment, special diagnostic or therapeutic procedures, or hospital services rendered for the patient under the general and special instructions of the physician.

**7.  Authorization to Appeal**

I hereby authorize the hospital to appeal on my behalf my claim(s) with _____, if applicable, and/or any payor which denies and/or delays payment of my claim(s). I further authorize that the payors, listed herein and any other payors, release any and all information requested and/or related to my claim(s) to the hospital and/or its attorneys. Unless prohibited by applicable law or regulation, this authorization is irrevocable upon execution by me hereinbelow and any appeal brought by the hospital shall be as if it was brought by me personally.

**8.  Personal Valuables**

It is understood and agreed that the hospital maintains a safe for the safekeeping of money and valuables, and the hospital shall not be liable for the loss or damage to any money, jewelry, documents, fur garments, dentures, eye glasses, hearing aids, prosthetics or other articles of unusual value and small size, unless placed in the safe, and shall not be liable for loss or damage to any other personal property, unless deposited with the hospital for safekeeping. The maximum liability of the hospital for loss of any personal property which is deposited with the hospital for safekeeping is limited to five hundred dollars ($500.00) unless a written report for a greater amount has been obtained from the hospital by the patient.

**9.  Phone for Hearing Impaired**

TTY/TDD telephones are available for hearing impaired patients.  Please ask your caregiver to provide you with one.

**10. I have Received the Additional Facility Specific Addendum:**

___X___ Patient Rights and Responsibilities;
_____ Important Message from Champus;
_____ Important Message from Medicare;
_____ Authorization to Disclose
_____ Other Specific Items as listed here:

_____
_____
___X___ Information regarding Advance Directives
_____ Not Applicable
_____ Patient has executed Advance Directives: _____ Yes ___X___ No Did you bring a copy? _____ Yes _____ No
If no, whom to contact to receive a copy? _____

**11. Financial Responsibility Agreement by Person Other than the Patient or the Patient's Legal Representative**

I agree to accept financial responsibility for services rendered to the patient and to accept the terms of the Financial Agreement (Paragraph 1) and Assignment of Benefits to Hospital and Hospital-Based Physicians (Paragraph 2) set forth above.

_____   _____   _____
Date                        Financially Responsible Party      Witness

The undersigned certifies that he/she has read and verbalized/demonstrated understanding of the foregoing, received a copy thereof, and is the patient, the patient's legal representative or is duly authorized by the patient as the patient's general agent to execute the above and accept its terms.

_6/17/06_____   _Natasha Ellison_____   _____
Date              Patient/Parent/Guardian/Conservator/Responsible Party - The above conditions of services have been explained to me and I understand.

_____   _____   _____
If other than patient, indicate relationship   Witness                        Witness

**A COPY OF THIS DOCUMENT IS TO BE DELIVERED TO THE PATIENT AND ANY OTHER PERSON WHO SIGNS THIS DOCUMENT**

TCE1240E

**Conditions of Services**
Page 2 of 2



HSC: 65
ROOM: -
PT: 3
ACCT#027261593  MR#006182570
**ELLISON, NATASHA  06/17/2006**
DRAPER VICTORIA  DOB:05/22/1977  F  29y

PARKWAY
Regional Medical Center

**Not to be thinned from chart**



## Medication History and Physician Order Form

| | | HT | WT | ALLERGIES: |
|---|---|---|---|---|
| | 6-12-06  2BC | 5'6 | 235 lbs | NKA |

Pregnant ☐ Yes ☐ No ☐ n/a;   Lactating ☐ Yes ☐ No ☐ n/a

Information obtained from: ☑ Patient/Family   ☐ Bottles/List   ☐ Retail Rx
                          ☐ Old Records   ☐ MD Office Records

**ON Admission**
At time of admission, please check which medications should be continued and sign below to authenticate order.

**At DISCHARGE**
At time of discharge, please check which medications should be continued.

Medications ☐ home with _____     ☐ Pharmacy   ☐ N/A

| Home Medication (prior to this adm)/ Dose/ Route/ Frequency/ Time (Include Herbal / OTC / Vitamins) | Last dose taken/ mnths | Order med in Admission | Do not order med | Continue at discharge | Do not give at discharge |
|---|---|---|---|---|---|
| Patient takes no medications ✗ | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

___'s Signature: _____   -OR-T.O.: _____   **RN/Read Back:** _____

Please list additional medications prescribed at discharge

Ellison, Natasha

HSC:

18  pgs                    000102
************AUTO** 3-DIGIT 331
000000102 04 AT    1.007
ATTN: THEODORE H ENFIELD
THEODORE H ENFIELD
19235 BISCAYNE BLVD STE 105
AVENTURA FL  33180-2311



# ATTENTION
Confidential information enclosed.
To be viewed by authorized persons only.

# If you have questions regarding these records or any other information you have requested from SDS, please call the phone number on the attached invoice

The enclosed health information was reproduced by SDS, a health information outsourcing service.  Your health care facility contracts with SDS to process authorized copies of medical records.

The reproductions have been made from the medical facility 's original records.  The confidentiality of these records is protected by federal and state laws and regulations, including the Health Insurance Portability and Accountability Act (HIPAA).

If you requested items that are not maintained in the medical record, your request for those items was forwarded to the appropriate department and will be sent under separate cover.

Some medical records contain sensitive information that cannot be released without specific patient authorization.  If you need this information, please provide such authorization.  If the patient has questions about the need for specific authorization, he/she must contact the medical records department of the facility.

Since this facility has chosen to outsource its medical records reproduction function, SDS serves at the facility 's instruction.  Future requests for medical records must continue to be directed to the facility.

# 38   Date 6/30/06   Acc # 11ce94   Patient Name Natasha Ellison   Pt Type LI

Charges: $ 211   Pmt: $_____   ☐ Ch ☐ Ck ☐ CC  Adj: _____   Balance $ 211

**EVALUATION AND MANAGEMENT CODES:** Auth #_____

**INITIAL -** ☐ 99201-25: 10 min $85  ☐ 99202-25: 20 min $110  ☐ 99203-25: 30 min $145  ☐ 99204-25: 40 min $205

☐ 99205-25: w/report $300  **UPDATES -** ☐ 99211-25 $45  ☐ 99212-25 $65  **RE-EXAMS** ☐ 99214-25 $135  ☐ 99215-25: w/rpt $250

**TESTS & REPORTING:** ☐ 99213-25: ROF $90  ☐ 95851: ROM $68  ☐ 95831: Muscle Testing $65  ☐ 97535: Activities of Daily Living $60

**ADJUSTMENT CODES:** ☐ 98940: 1-2 $70  ☐ 98941: 3-4 $85  ☐ 98942: 5 $95  ☐ 98943: Extremity $40  ☐ 97260: Same Day 2nd Visit $50

☐ 99058: Emer Visit $50  ☐ 99352: House call established $60  Medicare: ☐ 98940: 1-2 Med $30  ☐ 98941: 3-4 Med $41  ☐ 98942: 5 Med $

**PHYSICAL THERAPY:**

☐ 97014: EMS ht/ice $40  ☐ 97010: Heat / Ice $35  ☐ 97035: US $41  ☐ 97140: Manual Therapies $60  ☐ 97110: Exercise $57

☐ 97112: NMR $50  ☐ 97530: Dynamic Activities $65  ☐ 97018: Paraffin $43  ☐ 97124: Massage $50  X____Units

**MEDICAL SUPPLIES:** ☐ 99070: Cerv Collar $25  ☐ 99070: Cerv Trac $40  ☐ 99070: L/S Spt $45  ☐ 99070: Rib Spt $25  ☐ 99070: Ortho Plw $2

☐ 99070: Ice Pack $5  ☐ 99070: Ace Bndg $6  ☐ Bio Frz 4 oz $10  ☐ 97100: Knee Spt/Neo $40  ☐ 97100: Knee Spt/Ace $30

☐ 29260: Cockup Wrist Spt $15  ☐ Bio Frz Roll-on $10  ☐ 99070: Ortho Plw $60  ☐ 99070: Shoulder Sling $12

**X-RAY: Cervical -** ☐ 72040: AP/Lat $100  ☐ 72040: AP $50  ☐ 72040: Lat $50  ☐ 72040: Flex/Ext $100  ☐ 72050: AP/Lat/Flx/Ext $200

☐ 72050: Oblique (2) $100  ☐ 72052: Davis Ser $350  ☐ 70328: APOM $50  **Lumbar -** ☐ 72100: AP/Lat $100  ☐ 72100: AP $50

☐ 72100: Lat $50  ☐ 72110: Flex/Ext $100  ☐ 72110: AP/Lat/Flex/Ext $200  ☐ 72114: Comp 4 views $200  ☐ 72020: L5-S1 Lat Spot $50

**Thoracic -** ☐ 72070: AP/Lat $100  ☐ 72070: AP $50  ☐ 72070: Lat $50  ☐ 71100: Rib AP/Lat $ 100  ☐ 73000: Clavicle 1 view $50

**Upper Extremities -** ☐ 73030: Shldr Int/Ext Rot $100  ☐ 73020: Sldr 1 view $50  ☐ 73060: Humurus AP/Lat $100  ☐ 73070: Elbow AP/Lat $100

☐ 73100: Wrist/Forearm AP/Lat $100  ☐ 73120: Hand 2 vws $100  **Lower Extremities -** ☐ 73550: Femur AP/Lat $100  ☐ 73560: Knee AP/Lat $100

☐ 73570: Knee Bil 4 views $200  ☐ 73590: Fib/Tibula AP/Lat $100  ☐ 73610: Ankle AP/Lat $100  ☐ 73620: Foot AP/Lat $100

☐ 73520: Hip 2 views $100  ☐ 73520: Hip 2 views Bil $200  **Head:** ☐ 70250: Skull AP/Lat $100  ☐ 70332: TMJ Bil 4 views $200

**Interpretation -** ☐ 72130: Report $25  ☐ 76140: Interpretation $25

**Acupuncture –** ☐ 97810: Acupuncture $_65  ☐ 97811upuncture with EMS $65  ☐ 97812 W/re-inser $65  ☐ 90782: Traumeel Inj $82

**Macros - #10 –** Adj ☐ 98940: $170  ☐ 98941:1 $185  ☐ 98942: $200  **EMS, Manual Therapy**

**#20 -** Adj ☑ 98940: $211  ☐ 98941: $226  ☐ 98942: $241  **EMS, Manual Therapy, U/S**

**#30 -** Adj ☐ 98940: $171  ☐ 98941: $186  ☐ 98942: $201  **Manual Therapy, U/S**

**#40 -** Adj ☐ 98940: $151  ☐ 98941: $166  ☐ 98942: $181  **EMS, U/S**

My signature on this document attests to the fact that the services set forth herein were actually rendered. The person rendering the medical service for which will be claimed has explained the services to me.

Mi firma en este documento atesta al hecho que los servicios descrito aquí fueron en realidad hechos. La persona que proveo estos servicios médicos por los cuales se hace un reclamo me lo ha explicado.

Patient Sig_____   Doctor's Sig_____   ☐ New DX this visit_____

**DATE OF VISIT:** _____ **CHIEF COMPLAINTS:** CC#1Pain ___ / 10, CC#2 Pain ___ / 10, CC#3 Pain ___ / 10

**SUBJECTIVE: Patient reports:** P! to (R) arm & (L) leg stating w/ p! to gait affects ability to work

**Symptoms:** ☐Pain ☑Spasm ☐Tingling ☐Numbness

**Activities:** ☐Physical Restrictions ☐Work Limitations

**Home Care:** ☐Ice ☐Heat ☐Exercise ☐Bed Rest

**OBJECTIVE:** Observation, Palpation, Localization of Tenderness, Segmental Dysfunction

T=Palpable Tenderness   M=Muscle Spasms   X=Trigger Points   RM=Restricted Motion

M tricep bicep quad hamstring
X (L) calf
T R&L apates

**Subluxation Levels: C/S:** Occ 1 2 3 4 5 6 7   **T/S:** 1 2 3 4 5 6 7 8 9 10 11 12   **L/S:** 1 2 3 4 5  **SI:** Rt Lt

**ASSESSMENT:** ☑Improved ☐Regressed ☐Approaching MMI ☐At MMI

**Additional Assessment:** _____

**Phase of Care:** ☑Acute ☐Sub-Acute ☐Rehab ☐Supportive ☐Wellness **Progress:** ☐Slower ☐Faster ☑As anticipated

**PLAN:** ☑CMT ☑Modalities ☐Man. Therapy ☐Massage ☐Rehab ☐Diagnostic Test ☐Lab ☐Foot Levelers Orthotics

☑ Spinal CMT: **C/S:** Occ 1 2 3 4 5 6 7   **T/S:** 1 2 3 4 5 6 7 8 9 10 11 12   **L/S:** 1 2 3 4 5  SI Rt Lt

☐ Extraspinal CMT: **TMJ:** Rt Lt Bi   **Sho/Elb/Wr:** Rt Lt Bi   **Ft/Ank/Kn/Hip:** Rt Lt Bi   **Abdomen**

**Modalities:** ☑EMS: ☐INF___ - ___ Hz ☐Russian___ /___  Area(s): ☐C/S ☐T/S ☑L/S ☑Other knee  Time: 15 min.

☐Moist Heat ☐Ice ☐Ice Massage ☑Ultrasound Area(s): ☐C/S ☐T/S ☐L/S ☑Other knee  Time: 15 min.

☐Mechanical Traction ☐Manual Traction   Area(s): ☐C/S ☐T/S ☐L/S ☐Other _____  Time: ___ min.

**Therapeutic Exercise:** ☐Low Tech ☐High Tech ☐NMR  Area(s): ☐C/S ☐T/S ☐L/S ☐Other _____  Time: ___ min.

**Description:** _____

**Additional Plan/Goals:** _____

☐ Treatment performed without incident ☐ Continue current treatment plan as prescribed. ☐ Modify treatment plan.

☐ Change plan next visit: _____  Dr. Signature: _____

# 55  Date 6/28/06  Acc # 11644  Patient Name Natasha Ellison  Type LI

Charges: $ 211  Pmt: $ _____  ☐ Ch ☐ Ck ☐ CC Adj: _____  Balance $ 211

**EVALUATION AND MANAGEMENT CODES:** Auth #  _____

**INITIAL -** ☐ 99201-25: 10 min $85  ☐ 99202-25: 20 min $110  ☐ 99203-25: 30 min $145  ☐ 99204-25: 40 min $205
☐ 99205-25: w/report $300  **UPDATES -** ☐ 99211-25 $45  ☐ 99212-25 $65  **RE-EXAMS** ☐ 99214-25 $135  ☐ 99215-25: w/rpt $250

**TESTS & REPORTING:** ☐ 99213-25: ROF $90  ☐ 95851: ROM $68  ☐ 95831: Muscle Testing $65  ☐ 97535: Activities of Daily Living $60

**ADJUSTMENT CODES:** ☐ 98940: 1-2 $70  ☐ 98941: 3-4 $85  ☐ 98942: 5 $95  ☐ 98943: Extremity $40  ☐ 97260: Same Day 2nd Visit $50
☐ 99058: Emer Visit $50  ☐ 99352: House call established $60  **Medicare:** ☐ 98940: 1-2 Med $30  ☐ 98941: 3-4 Med $41  ☐ 98942: 5 Med $

**PHYSICAL THERAPY:**
☐ 97014: EMS ht/ice $40  ☐ 97010: Heat / Ice $35  ☐ 97035: US $41  ☐ 97140: Manual Therapies $60  ☐ 97110: Exercise $57
☐ 97112: NMR $50  ☐ 97530: Dynamic Activities $65  ☐ 97018: Paraffin $43  ☐ 97124: Massage $55  X ___ Units

**MEDICAL SUPPLIES:** ☐ 99070: Cerv Collar 25  ☐ 99070: Cerv Trac $40  ☐ 99070: L/S Spt $45  ☐ 99070: Rib Spt $25  ☐ 99070: Ortho Plw $2
☐ 99070: Ice Pack $5  ☐ 99070: Ace Bndg $6  ☐ Bio Frz 4 oz $10  ☐ 97100: Knee Spt/Neo $40  ☐ 97100: Knee Spt/Ace $30
☐ 29260: Cockup Wrist Spt $15  ☐ Bio Frz Roll-on $10  ☐ 99070: Ortho Plw $60  ☐ 99070: Shoulder Sling $12

**X-RAY:  Cervical -** ☐ 72040: AP/Lat $100  ☐ 72040: AP $50  ☐ 72040: Lat $50  ☐ 72040: Flex/Ext $100  ☐ 72050: AP/Lat/Flx/Ext $200
☐ 72050: Oblique (2) $100  ☐ 72052: Davis Ser $350  ☐ 72038: APOM $50  **Lumbar -** ☐ 72100: AP/Lat $100  ☐ 72100: AP $50
☐ 72100: Lat $50  ☐ 72110: Flex/Ext $100  ☐ 72110: AP/Lat/Flex/Ext $200  ☐ 72114: Comp 4 views $200  ☐ 72020: L5-S1 Lat Spot $50
**Thoracic -** ☐ 72070: AP/Lat $100  ☐ 72070: AP $50  ☐ 72070: Lat $50  ☐ 71100: Rib AP/Lat $ 100  ☐ 73000: Clavicle 1 view $50
**Upper Extremities -** ☐ 73030: Shldr Int/Ext Rot $100  ☐ 73020: Sldr 1 view $50  ☐ 73060: Humurus AP/Lat $100  ☐ 73070: Elbow AP/Lat $100
☐ 73100: Wrist/Forearm AP/Lat $100  ☐ 73120: Hand 2 vws $100  **Lower Extremities -** ☐ 73550: Femur AP/Lat $100  ☐ 73560: Knee AP/Lat $100
☐ 73570: Knee Bil 4 views $200  ☐ 73590: Flb/Tibula AP/Lat $100  ☐ 73610: Ankle AP/Lat $100  ☐ 73620: Foot AP/Lat $100
☐ 73520: Hip 2 views $100  ☐ 73520: Hip 2 views Bil $200  **Head:** ☐ 70250: Skull AP/Lat $100  ☐ 70332: TMJ Bil 4 views $200
**Interpretation -** ☐ 72130: Report $25  ☐ 76140: Interpretation $25
**Acupuncture –** ☐ 97810: Acupuncture $_65  ☐ 97811upuncture with EMS $65  ☐ 97812 W/re-inser $65  ☐ 90782: Traumeel Inj $82
**Macros - #10 -** Adj ☐ 98940: $170  ☐ 98941 $185  ☐ 98942: $200 EMS, Manual Therapy
     **#20 -** Adj ☑ 98940: $211  ☐ 98941: $226  ☐ 98942: $241  EMS, Manual Therapy, U/S
     **#30 -** Adj ☐ 98940: $171  ☐ 98941: $186  ☐ 98942: $201  Manual Therapy, U/S
     **#40 -** Adj ☐ 98940: $151  ☐ 98941: $166  ☐ 98942: $181  EMS, U/S

My signature on this document attests to the fact that the services set forth herein were actually rendered. The person rendering the medical service
for which it will be claimed has explained the services to me.

Mi firma en este documento atesta al hecho que los servicios descrito aquí fueron en realidad hechos. La persona que proveó estos servicios
médicos por los cuales se hace un reclamo me lo ha explicado.

Patient Sig _____  Doctor's Sig _____  ☐ New DX this visit _____

**DATE OF VISIT:** _____  **CHIEF COMPLAINTS:** CC#1Pain ___ / 10, CC#2 Pain ___ / 10, CC#3 Pain ___ / 10
**SUBJECTIVE:** Patient reports: Pt continues to right arm B right
leg affects gait & ability to work
**Symptoms:** ☐Pain ☐Spasm ☐Tingling ☐Numbness _____
**Activities:** ☐Physical Restrictions ☐Work Limitations _____
**Home Care:** ☐Ice ☐Heat ☐Exercise ☐Bed Rest _____

**OBJECTIVE:** Observation, Palpation, Localization of Tenderness, Segmental Dysfunction
T=Palpable Tenderness    M=Muscle Spasms    X=Trigger Points    RM=Restricted Motion
M tricep bicep quad hamstring
X Left calf
T med plates

**Subluxation Levels;  C/S:** Occ 1 2 3 4 5 6 7    **T/S:** 1 2 3 4 5 6 7 8 9 10 11 12    **L/S:** 1 2 3 4 5 **SI:** Rt Lt
**ASSESSMENT:** ☑Improved ☐Regressed ☐Approaching MMI ☐At MMI
**Additional Assessment:** _____
**Phase of Care:** ☑Acute ☐Sub-Acute ☐Rehab ☐Supportive ☐Wellness **Progress:** ☐Slower ☐Faster ☑As anticipated
**PLAN:** ☑CMT ☐Modalities ☑Man. Therapy ☐Massage ☐Rehab ☐Diagnostic Test ☐Lab ☐Foot Levelers Orthotics
     ☐ Spinal CMT: **C/S:** Occ 1 2 3 4 5 6 7    **T/S:** 1 2 3 4 5 6 7 8 9 10 11 12    **L/S:** 1 2 3 4 5 S **Rt** Lt
     ☐ Extraspinal CMT: **TMJ:** Rt Lt Bi    **Sho/Elb/Wr:** Rt Lt Bi    **Ft/Ankn/Kn/Hip:** Rt Lt Bi    **Abdomen**
**Modalities:** ☑EMS: ☐INF - __ - __ Hz ☐Russian __ / __  Area(s): ☐C/S ☐T/S ☐L/S ☐Other knee  Time: 15 min.
     ☐Moist Heat ☐Ice ☐Ice Massage ☑Ultrasound Area(s): ☐C/S ☐T/S ☐L/S ☐Other knee  Time: 15 min.
     ☐Mechanical Traction ☐ Manual Traction    Area(s): ☐C/S ☐T/S ☐L/S ☐Other _____  Time: ___ min.
**Therapeutic Exercise:** ☐Low Tech ☐High Tech ☐NMR  Area(s): ☐C/S ☐T/S ☐L/S ☐Other _____  Time: ___ min.
**Description:** _____
**Additional Plan/Goals:** _____
☐ Treatment performed without inciden _____ ☐ Continue current treatment plan as prescribed. ☐ Modify treatment plan.
☐ Change plan next visit: _____    Dr. Signature: _____

#37   Date 6/26/06   Acc # 11094   Patient Name Natasha Ellison   Type LI

Charges: $ 21V   Pmt: $ _____   ☐ Ch  ☐ Ck  ☐ CC  Adj: _____   Balance $ 211

## EVALUATION AND MANAGEMENT CODES: Auth # _____

**INITIAL -** ☐ 99201-25: 10 min $85   ☐ 99202-25: 20 min $110   ☐ 99203-25: 30 min $145   ☐ 99204-25: 40 min $205

☐ 99205-25: w/report $300   **UPDATES -** ☐ 99211-25 $45   ☐ 99212-25 $65   **RE-EXAMS -** ☐ 99214-25 $135   ☐ 99215-25: w/rpt $250

**TESTS & REPORTING:** ☐ 99213-25: ROF $95   ☐ 95851: ROM $68   ☐ 95831: Muscle Testing $65   ☐ 97535: Activities of Daily Living $60

**ADJUSTMENT CODES:** ☐ 98940: 1-2 $70   ☐ 98941: 3-4 $85   ☐ 98942: 5 $95   ☐ 98943: Extremity $40   ☐ 97260: Same Day 2nd Visit $5

☐ 99058: Emer Visit $50   ☐ 99352: House call established $60   Medicare: ☐ 98940: 1-2 Med $30   ☐ 98941: 3-4 Med $41   ☐ 98942: 5 Med $

## PHYSICAL THERAPY:

☐ 97014: EMS ht/ice $40   ☐ 97010: Heat / Ice $35   ☐ 97035: US $41   ☐ 97140: Manual Therapies $60   ☐ 97110: Exercise $57

☐ 97112: NMR $50   ☐ 97530: Dynamic Activities $65   ☐ 97018: Paraffin $43   ☐ 97124: Massage $50   X ____ Units

**MEDICAL SUPPLIES:** ☐ 99070: Cerv Collar $25   ☐ 99070: Cerv Trac $40   ☐ 99070: L/S Spt $45   ☐ 99070: Rib Spt $25   ☐ 99070: Ortho Plw $

☐ 99070: Ice Pack $5   ☐ 99070: Ace Bndg $6   ☐ Bio Frz 4 oz $10   ☐ 97100: Knee Spt/Neo $40   ☐ 97100: Knee Spt/Ace $30

☐ 29260: Cockup Wrist Spt $15   ☐ Bio Frz Roll-on $10   ☐ 99070: Ortho Plw $60   ☐ 99070: Shoulder Sling $12

**X-RAY:** Cervical - ☐ 72040: AP/Lat $100   ☐ 72040: AP $50   ☐ 72040: Lat $50   ☐ 72040: Flex/Ext $100   ☐ 72050: AP/Lat/Flx/Ext $200

☐ 72050: Oblique (2) $100   ☐ 72052: Davis Ser $350   ☐ 70328: APOM $50   Lumbar - ☐ 72100: AP/Lat $100   ☐ 72100: AP $50

☐ 72100: Lat $50   ☐ 72110: Flex/Ext $100   ☐ 72110: AP/Lat/Flex/Ext $200   ☐ 72114: Comp 4 views $200   ☐ 72020: L5-S1 Lat Spot $50

Thoracic - ☐ 72070: AP/Lat $100   ☐ 72070: AP $50   ☐ 72070: Lat $50   ☐ 71100: Rib AP/Lat $100   ☐ 73000: Clavicle 1 view $50

Upper Extremities - ☐ 73030: Shldr Int/Ext Rot $100   ☐ 73020: Sldr 1 view $50   ☐ 73060: Humurus AP/Lat $100   ☐ 73070: Elbow AP/Lat $100

☐ 73100: Wrist/Forearm AP/Lat $100   ☐ 73120: Hand 2 vws $100   Lower Extremities - ☐ 73550: Femur AP/Lat $100   ☐ 73560: Knee AP/Lat $10

☐ 73570: Knee Bil 4 views $200   ☐ 73590: Fib/Tibula AP/Lat $100   ☐ 73610: Ankle AP/Lat $100   ☐ 73620: Foot AP/Lat $100

☐ 73520: Hip 2 views $100   ☐ 73520: Hip 2 views Bil $200   Head: ☐ 70250: Skull AP/Lat $100   ☐ 70332: TMJ Bil 4 views $200

Interpretation - ☐ 72130: Report $25   ☐ 76140: Interpretation $25

Acupuncture – ☐ 97810: Acupuncture $_65   ☐ 97811 upuncture with EMS $65   ☐ 97812 W/re-inser $65   ☐ 90782: Traumeel Inj $82

Macros - #10 - Adj ☐ 98940: $170   ☐ 9894:1 $185   ☐ 98942: $200   EMS, Manual Therapy

  #20 - Adj ☑ 98940: $211   ☐ 98941: $226   ☐ 98942: $241   EMS, Manual Therapy, U/S

  #30 - Adj ☐ 98940: $171   ☐ 98941: $186   ☐ 98942: $201   Manual Therapy, U/S

  #40 - Adj ☐ 98940: $151   ☐ 98941: $166   ☐ 98942: $181   EMS, U/S

My signature on this document attests to the fact that the services set forth herein were actually rendered. The person rendering the medical service for which will be claimed has explained the services to me.

Mi firma en este documento atesta el hecho que los servicios descrito aquí fueron en realidad hechos. La persona que proveo estos servicios médicos por los cuales se hace un reclamo me lo ha explicado.

Patient Sig _____   Doctor's Sig _____   ☐ New DX this visit _____

**DATE OF VISIT:** ____   **CHIEF COMPLAINTS:** CC#1 Pain ____ / 10, CC#2 Pain ____ / 10, CC#3 Pain ____ / 10

**SUBJECTIVE:** Patient reports: P. c/o tones _____

_____ t to work and Rail _____

**Symptoms:** ☐ Pain ☐ Spasm ☐ Tingling ☐ Numbness   _____

**Activities:** ☐ Physical Restrictions ☐ Work Limitations   _____

**Home Care:** ☐ Ice ☐ Heat ☐ Exercise ☐ Bed Rest   _____

**OBJECTIVE:** Observation, Palpation, Localization of Tenderness, Segmental Dysfunction

T=Palpable Tenderness   M=Muscle Spasms   X=Trigger Points   RM=Restricted Motion

Triceps, Biceps, Iliac, hamstring _____

T-L. calf _____

T-Del plate _____

**Subluxation Levels: C/S:** Occ 1 2 3 4 5 6 7   **T/S:** 1 2 3 4 5 6 7 8 9 10 11 12   **L/S:** 1 2 3 4 5 **SI:** Rt Lt

**ASSESSMENT:** ☐ Improved ☐ Regressed ☐ Approaching MMI ☐ At MMI

**Additional Assessment:** _____

**Phase of Care:** ☐ Acute ☐ Sub-Acute ☐ Rehab ☐ Supportive ☐ Wellness **Progress:** ☐ Slower ☐ Faster ☑ As anticipated

**PLAN:** ☐ CMT ☐ Modalities ☐ Man. Therapy ☐ Massage ☐ Rehab ☐ Diagnostic Test ☐ Lab ☐ Foot Levelers Orthotics

☐ Spinal CMT: C/S: Occ 1 2 3 4 5 6 7   T/S: 1 2 3 4 5 6 7 8 9 10 11 12   L/S: 1 2 3 4 5 SI ☑ Lt

☐ Extraspinal CMT: TMJ: Rt Lt Bi   Sho/Elb/Wr: Rt Lt Bi   Ft/Ank/Kn/Hip: Rt Lt Bi   **Abdomen**

**Modalities:** ☐ EMS ☐ INF __ - __ Hz ☐ Russian _ / _   Area(s): ☐ C/S ☐ T/S ☐ L/S ☐ Other ___ Knee ___ Time: 15 min.

☐ Moist Heat ☐ Ice ☐ Ice Massage ☐ Ultrasound Area(s): ☐ C/S ☐ T/S ☐ L/S ☐ Other ___ Knee ___ Time: 2 min.

☐ Mechanical Traction ☐ Manual Traction   Area(s): ☐ C/S ☐ T/S ☐ L/S ☐ Other ____ Time: ___ min.

**Therapeutic Exercise:** ☐ Low Tech ☐ High Tech ☐ NMR Area(s): ☐ C/S ☐ T/S ☐ L/S ☐ Other ____ Time: ___ min.

**Description:** _____

**Additional Plan/Goals:** _____

☑ Treatment performed without incident.   ☑ Continue current treatment plan as prescribed.   ☐ Modify treatment plan.

☐ Change plan next visit: ____   Dr. Signature ____

#30  Date 06 23 06  Acc # 11694  Patient Name Natasha Ellison  Pt Type LI

Charges: $ 211  Pmt: $ _____  ☐ Ch ☐ Ck ☐ CC  Adj: _____  Balance $ 211

**EVALUATION AND MANAGEMENT CODES:** Auth # _____

**INITIAL -** ☐ 99201-25: 10 min $85  ☐ 99202-25: 20 min $110  ☐ 99203-25: 30 min $145  ☐ 99204-25: 40 min $205

☐ 99205-25: w/report $300  **UPDATES -** ☐ 99211-25 $45  ☐ 99212-25 $65  **RE-EXAMS** ☐ 99214-25 $135  ☐ 99215-25: w/rpt $250

**TESTS & REPORTING:** ☐ 99213-25: ROF $90  ☐ 95851: ROM $68  ☐ 95831: Muscle Testing $65  ☐ 97535: Activities of Daily Living $60

**ADJUSTMENT CODES:** ☐ 98940: 1-2 $70  ☐ 98941: 3-4 $85  ☐ 98942: 5 $95  ☐ 98943: Extremity $40  ☐ 97260: Same Day 2nd Visit $50

☐ 99058: Emer Visit $50  ☐ 99352: House call established $60  **Medicare:** ☐ 98940: 1-2 Med $30  ☐ 98941: 3-4 Med $41  ☐ 98942: 5 Med $

**PHYSICAL THERAPY:**

☐ 97014: EMS ht/ice $40  ☐ 97010: Heat / Ice $35  ☐ 97035: US $41  ☐ 97140: Manual Therapies $60  ☐ 97110: Exercise $57

☐ 97112: NMR $50  ☐ 97530: Dynamic Activities $65  ☐ 97018: Paraffin $43  ☐ 97124: Massage $50  X____ Units

**MEDICAL SUPPLIES:** ☐ 99070: Cerv Collar $25  ☐ 99070: Cerv Trac $40  ☐ 99070: L/S Spt $45  ☐ 99070: Rib Spt $25  ☐ 99070: Ortho Plw $

☐ 99070: Ice Pack $5  ☐ 99070: Ace Bndg $6  ☐ Bio Frz 4 oz $10  ☐ 99070: Knee Spt/Neo $40  ☐ 99070: Knee Spt/Ace $30

☐ 29260: Cockup Wrist Spt $15  ☐ Bio Frz Roll-on $10  ☐ 99070: Ortho Plw $60  ☐ 99070: Shoulder Sling $12

**X-RAY:** **Cervical -** ☐ 72040: AP/Lat $100  ☐ 72040: AP $50  ☐ 72040: Lat $50  ☐ 72040: Flex/Ext $100  ☐ 72050: AP/Lat/Flx/Ext $200

☐ 72050: Oblique (2) $100  ☐ 72052: Davis Ser $350  ☐ 70328: APOM $50  **Lumbar -** ☐ 72100: AP/Lat $100  ☐ 72100: AP $50

☐ 72100: Lat $50  ☐ 72100: Flex/Ext $100  ☐ 72110: AP/Lat/Flex/Ext $200  ☐ 72114: Comp 4 views $200  ☐ 72020: L5-S1 Lat Spot $50

**Thoracic -** ☐ 72070: AP/Lat $100  ☐ 72070: AP $50  ☐ 72070: Lat $50  ☐ 71100: Rib AP/Lat $ 100  ☐ 73000: Clavicle 1 view $50

**Upper Extremities -** ☐ 73030: Shldr Int/Ext Rot $100  ☐ 73020: Sldr 1 view $50  ☐ 73060: Humurus AP/Lat $100  ☐ 73070: Elbow AP/Lat $100

☐ 73100: Wrist/Forearm AP/Lat $100  ☐ 73120: Hand 2 vws $100  **Lower Extremities -** ☐ 73550: Femur AP/Lat $100  ☐ 73560: Knee AP/Lat $10

☐ 73570: Knee Bil 4 views $200  ☐ 73590: Fib/Tibula AP/Lat $100  ☐ 73610: Ankle AP/Lat $100  ☐ 73620: Foot AP/Lat $100

☐ 73520: Hip 2 views $100  ☐ 73520: Hip 2 views Bil $200  **Head:** ☐ 70250: Skull AP/Lat $100  ☐ 70332: TMJ Bil 4 views $200

**Interpretation -** ☐ 72130: Report $25  ☐ 76140: Interpretation $25

**Acupuncture –** ☐ 97810: Acupuncture $_65  ☐ 97811upuncture with EMS $65  ☐ 97812 W/re-inser $65  ☐ 90782: Traumeel Inj $82

**Macros - #10 -** Adj ☐ 98940: $170  ☐ 9894:1 $185  ☐ 98942: $200  EMS, Manual Therapy

**#20 -** Adj ☑ 98940: $211  ☐ 98941: $226  ☐ 98942: $241  EMS, Manual Therapy, U/S

**#30 -** Adj ☐ 98940: $171  ☐ 98941: $186  ☐ 98942: $201  Manual Therapy, U/S

**#40 -** Adj ☐ 98940: $151  ☐ 98941: $166  ☐ 98942: $181  EMS, U/S

My signature on this document attests to the fact that the services set forth herein were actually rendered. The person rendering the medical service for which will be claimed has explained the services to me.

Mi firma en este documento atesta el hecho que los servicios descrite aquí fueron en realidad hechos. La persona que proveo estos servicios médicos por los cuales se hace un reclamo me lo ha explicado.

Patient Sig _____  Doctor's Sig _____  ☐ New DX this visit _____

**DATE OF VISIT:** _____  **CHIEF COMPLAINTS:** CC#1 Pain ___ / 10, CC#2 Pain ___ /10, CC#3 Pain ___ / 10

**SUBJECTIVE:** Patient reports: _____

**Symptoms:** ☐Pain ☐Spasm ☐Tingling ☐Numbness  _____

**Activities:** ☐Physical Restrictions ☐Work Limitations  _____

**Home Care:** ☐Ice ☐Heat ☐Exercise ☐Bed Rest  _____

**OBJECTIVE:** Observation, Palpation, Localization of Tenderness, Segmental Dysfunction

T=Palpable Tenderness  M=Muscle Spasms  X=Trigger Points  RM=Restricted Motion

**Subluxation Levels:** C/S; Occ 1 2 3 4 5 6 7  T/S: 1 2 3 4 5 6 7 8 9 10 11 12  L/S: 1 2 3 4 5  SI: R Lt

**ASSESSMENT:** ☐Improved ☐Regressed ☐Approaching MMI ☐At MMI

**Additional Assessment:** _____

**Phase of Care:** ☐Acute ☐Sub-Acute ☐Rehab ☐Supportive ☐Wellness  **Progress:** ☐Slower ☐Faster ☐As anticipated

**PLAN:** ☐CMT ☐Modalities ☐Man. Therapy ☐Massage ☐Rehab ☐Diagnostic Test ☐Lab ☐Foot Levelers Orthotics

☐Spinal CMT: C/S: Occ 1 2 3 4 5 6 7  T/S: 1 2 3 4 5 6 7 8 9 10 11 12  L/S: 1 2 3 4 5 SI Rt Lt

☐ Extraspinal CMT: TMJ: Rt Lt Bi  Sho/Elb/Wr: Rt Lt Bi  Ft/Ank/Kn/Hip: Rt Lt Bi  **Abdomen**

**Modalities:** ☐EMS ☐INF - ___ Hz ☐Russian ___  Area(s): ☐C/S ☐T/S ☐L/S ☐Other _____ Time: 15 min.

☐Moist Heat ☐Ice ☐Ice Massage ☐Ultrasound Area(s): ☐C/S ☐T/S ☐L/S ☐Other _____ Time: __ min.

☐Mechanical Traction ☐Manual Traction  Area(s): ☐C/S ☐T/S ☐L/S ☐Other _____ Time: ___ min.

**Therapeutic Exercise:** ☐Low Tech ☐High Tech ☐NMR  Area(s): ☐C/S ☐T/S ☐L/S ☐Other _____ Time: ___ min.

**Description:** _____

**Additional Plan/Goals:** _____

☐ Treatment performed without incident.  ☑ Continue current treatment plan as prescribed.  ☐ Modify treatment plan.

☐ Change plan next visit: _____  Dr. Signature _____

**# 37**  Date 6/21/06  Acc # 11694  Patient Name Natasha Ellison  Pt Type LI

Charges: $ 371  Pmt: $ _____  ☐ Ch ☐ Ck ☐ CC  Adj: _____  Balance $ 371

**EVALUATION AND MANAGEMENT CODES:** Auth#

**INITIAL -** ☐ 99201-25: 10 min $85  ☐ 99202-25: 20 min $110  ☐ 99203-25: 30 min $145  ☒ 99204-25: 40 min $205

☐ 99205-25: w/report $300  **UPDATES -** ☐ 99211-25 $45  ☐ 99212-25 $65  **RE-EXAMS** ☐ 99214-25 $135  ☐ 99215-25: w/rpt $250

**TESTS & REPORTING:** ☐ 99213-25: ROF $90  ☐ 95851: ROM $68  ☐ 95831: Muscle Testing $65  ☐ 97535: Activities of Daily Living $60

**ADJUSTMENT CODES:** ☐ 98940: 1-2 $70  ☐ 98941: 3-4 $85  ☐ 98942: 5 $95  ☐ 98943: Extremity $40  ☐ 97260: Same Day 2nd Visit $50

☐ 99058: Emer Visit $50 ☐ 99352: House call established $60  **Medicare:** ☐ 98940: 1-2 Med $30  ☐ 98941: 3-4 Med $41  ☐ 98942: 5 Med $

**PHYSICAL THERAPY:**

☐ 97014: EMS ht/ice $40  ☐ 97010: Heat / Ice $35  ☐ 97035: US $41  ☐ 97140: Manual Therapies $60  ☐ 97110: Exercise $57

☐ 97112: NMR $50  ☐ 97530: Dynamic Activities $65  ☐ 97018: Paraffin $43  ☐ 97124: Massage $50  X____Units

**MEDICAL SUPPLIES:** ☐ 99070: Cerv Collar $25  ☐ 99070: Cerv Trac $40  ☐ 99070: L/S Spt $45  ☐ 99070: Rib Spt $25  ☐ 99070: Ortho Plw $

☐ 99070: Ice Pack $5  ☐ 99070: Ace Bndg $6  ☐ Bio Frz 4 oz $10  ☐ 99100: Knee Spt/Neo $40  ☐ 97100: Knee Spt/Ace $30

☐ 29260: Cockup Wrist Spt $15  ☐ Bio Frz Roll-on $10  ☐ 99070: Ortho Plw $60  ☐ 99070: Shoulder Sling $12

**X-RAY: Cervical -** ☐ 72040: AP/Lat $100  ☐ 72040: AP $50  ☐ 72040: Lat $50  ☐ 72040: Flex/Ext $100  ☐ 72050: AP/Lat/Flx/Ext $200

☐ 72050: Oblique (2) $100  ☐ 72052: Davis Ser $350  ☐ 70328: APOM $50  **Lumbar -** ☐ 72100: AP/Lat $100  ☐ 72100: AP $50

☐ 72100: Lat $50  ☐ 72110: Flex/Ext $100  ☐ 72210: AP/Lat/Flex/Ext $200  ☐ 72114: Comp 4 views $200  ☐ 72020: L5-S1 Lat Spot $50

**Thoracic -** ☐ 72070: AP/Lat $100  ☐ 72070: AP $50  ☐ 72070: Lat $50  ☐ 71100: Rib AP/Lat $ 100  ☐ 73000: Clavicle 1 view $50

**Upper Extremities -** ☐ 73030: Shldr Int/Ext Rot $100  ☐ 73020: Sldr 1 view $50  ☐ 73060: Humurus AP/Lat $100  ☐ 73070: Elbow AP/Lat $100

☐ 73100: Wrist/Forearm AP/Lat $100  ☐ 73120: Hand 2 vws $100  **Lower Extremities -** ☐ 73550: Femur AP/Lat $100  ☐ 73560: Knee AP/Lat $10

☐ 73570: Knee Bil 4 views $200  ☐ 73590: Fib/Tibula AP/Lat $100  ☐ 73610: Ankle AP/Lat $100  ☐ 73620: Foot AP/Lat $100

☐ 73520: Hip 2 views $100  ☐ 73520: Hip 2 views Bil $200  **Head:** ☐ 70250: Skull AP/Lat $100  ☐ 70332: TMJ Bil 4 views $200

**Interpretation -** ☐ 72130: Report $25  ☐ 76140: Interpretation $25

**Acupuncture –** ☐ 97810: Acupuncture $_65  ☐ 97811upuncture with EMS $65  ☐ 97812 W/re-inser $65  ☐ 90782: Traumeel Inj $82

**Macros - #10** – Adj ☐ 98940: $170  ☐ 9894:1 $185  ☐ 98942: $200  EMS, Manual Therapy

**#20** - Adj ☐ 98940: $211  ☐ 98941: $226  ☐ 98942: $241  EMS, Manual Therapy, U/S

**#30** - Adj ☐ 98940: $171  ☐ 98941: $186  ☐ 98942: $201  Manual Therapy, U/S

**#40** - Adj ☐ 98940: $151  ☒ 98941: $166  ☐ 98942: $181  EMS, U/S

My signature on this document attests to the fact that the services set forth herein were actually rendered. The person rendering the medical service for which will be claimed has explained the services to me.

Mi firma en este documento atesta al hecho que los servicios descrito aquí fueron en realidad hechos. La persona que proveo estos servicios médicos por los cuales se hace un reclamo me lo ha explicado.

Patient Sig _____  Doctor's Sig _____  ☐ New DX this visit _____

**DATE OF VISIT:** _____  **CHIEF COMPLAINTS:** CC#1Pain ___ / 10, CC#2 Pain ___ / 10, CC#3 Pain ___ / 10
**SUBJECTIVE:** Patient reports: _____

**Symptoms:** ☐Pain ☐Spasm ☐Tingling ☐Numbness  _____
**Activities:** ☐Physical Restrictions ☐Work Limitations  _____
**Home Care:** ☐Ice ☐Heat ☐Exercise ☐Bed Rest  _____

**OBJECTIVE:** Observation, Palpation, Localization of Tenderness, Segmental Dysfunction
T=Palpable Tenderness    **M=Muscle Spasms**    **X=Trigger Points**    **RM=Restricted Motion**

**Subluxation Levels: C/S:** Occ 1 2 3 4 5 6 7  **T/S:** 1 2 3 4 5 6 7 8 9 10 11 12  **L/S:** 1 2 3 4 5 **SI:** Rt Lt

**ASSESSMENT:** ☐Improved ☐Regressed ☐Approaching MMI ☐At MMI
**Additional Assessment:** _____
**Phase of Care:** ☐Acute ☐Sub-Acute ☐Rehab ☐Supportive ☐Wellness **Progress:** ☐Slower ☐Faster ☐As anticipated
**PLAN:** ☐CMT ☐Modalities ☐Man. Therapy ☐Massage ☐Rehab ☐Diagnostic Test ☐Lab ☐Foot Levelers Orthotics
☐ Spinal CMT: **C/S:** Occ 1 2 3 4 5 6 7  **T/S:** 1 2 3 4 5 6 7 8 9 10 11 12  **L/S:** 1 2 3 4 5 SI Rt Lt
☐ Extraspinal CMT: **TMJ:** Rt Lt Bi      **Sho/Elb/Wr:** Rt Lt Bi   **Ft/Ank/Kn/Hip:** Rt Lt Bi   **Abdomen**
**Modalities:** ☐EMS ☐INF __ - __ Hz ☐Russian __ / __ Area(s): ☐C/S ☐T/S ☐L/S ☐Other _____ Time: ___ min.
☐Moist Heat ☐Ice ☐Ice Massage ☐Ultrasound Area(s): ☐C/S ☐T/S ☐L/S ☐Other _____ Time: ___ min.
☐Mechanical Traction ☐ Manual Traction   Area(s): ☐C/S ☐T/S ☐L/S ☐Other _____ Time: ___ min.
**Therapeutic Exercise:** ☐Low Tech ☐High Tech ☐NMR Area(s): ☐C/S ☐T/S ☐L/S ☐Other _____ Time: ___ min.
Description: _____
**Additional Plan/Goals:** _____
☐ Treatment performed without incident.  ☐ Continue current treatment plan as prescribed.  ☐ Modify treatment plan.
☐ Change plan next visit: _____   Dr. Signature: _____