**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE, DIVISION**

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| Winn-Dixie Stores, Inc., et al., | Chapter 11 |
| Reorganized Debtors. | Jointly Administered |

## MOTION FOR PAYMENT OF AN ADMINISTRATIVE CLAIM

COMES NOW, the Creditors, ELIZABETH WIMBERLY and GRADY L. WIMBERLY, by and through their undersigned counsel, and files this their Motion for Payment of an Administrative Claim, and states as follows:

1. That ELIZABETH WIMBERLY and GRADY L. WIMBERLY, are residents of Broward County, Florida.

2. That on or about October 31, 2005, at approximately 10:00 a.m., ELIZABETH WIMBERLY, walked into WINN-DIXIE STORES, INC.=s store #0204, located at 2525 N. Federal Highway, Fort Lauderdale, Broward County, Florida; and ELIZABETH WIMBERLY, who was a business invitee of WINN-DIXIE STORES INC., slipped on the wet floor and fell violently onto the floor.

3. That notice of a claim was provided to WINN-DIXIE STORES INC., subsequent to the accident on October 31, 2005, for which a claim number was assigned.  Due to ELIZABETH WIMBERLY, GRADY WIMBERLY, and WINN-DIXIE STORES, INC.=s inability to reach a

**settlement agreement regarding the personal injury matter, on July 19, 2006, ELIZABETH and GRADY WIMBERLY, filed a lawsuit against WINN-DIXIE STORES, INC., which is currently pending in Broward County, 17th Judicial Circuit Court.**

**4.  That there has been a lawsuit between WINN-DIXIE STORES, INC., ELIZABETH WIMBERLY, and GRADY WIMBERLY, since July 19, 2006; and due to the pending civil lawsuit, ELIZABETH and GRADY WIMBERLY, should have been listed by WINN-DIXIE STORES, INC., as a creditor in their bankruptcy matter, which they failed to do.**

**5.   That due to the negligence of WINN-DIXIE STORES, INC., ELIZABETH WIMBERLY, sustained serious, and grievous injuries, requiring her to seek medical attention and treatment for which she has incurred, and will incur expenses in the future.**

**6. That WINN-DIXIE STORES, INC., was negligent, in that there were no warning, or hazard signs posted, in or around the area where ELIZABETH WIMBERLY fell to warn of the danger, unsafe, and hazardous condition.**

**7.  That as a result of the negligence of the WINN-DIXIE STORES, INC., ELIZABETH WIMBERLY, was injured, wounded, bruised, and shocked in and about her body and nervous system, and suffered other injuries, all of which are permanent, and continuing in their nature.**

**8.   That as a further result of the negligence of WINN-DIXIE STORES, INC., ELIZABETH WIMBERLY, suffered physical handicaps and disabilities in connection with her usual activities and recreations, and will continue to suffer such handicaps, losses and disabilities in the future.**

**9.  That as a result of the injury, disability, pain and suffering of ELIZABETH WIMBERLY, due to the negligence of WINN-DIXIE STORES, INC., GRADY L. WIMBERLY, lost the sex, society, and services of his wife during the time she was treated for her injury and said loss continues, and will continue in the future.**

**10. That ELIZABETH WIMBERLY, accumulated more than $10,000.00, in medical expenses, which is not including out of pocket expenses and incurred attorney=s fees and cost.** *(See attached Complaint as Exhibit AA@)*

**WHEREFORE, ELIZABETH WIMBERLY, and GRADY WIMBERLY, are demanding a judgment against WINN-DIXIE STORES, INC., in an amount of One Hundred and Three Thousand ($103,000.00) Dollars, plus costs, and for such other and further relief as this Court deems just.**

          LAW OFFICES OF W. GEORGE ALLEN
          Attorneys for Creditors
          800 Southeast 3rd Avenue, Penthouse
          Fort Lauderdale, Florida 33316
          Office: 954-463-6681/Fax: 954-463-6685

          **By:  /S/_____**
          W. GEORGE ALLEN, ESQUIRE
          FBN: 001337