UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, DIVISION

F I L E D
JACKSONVILLE, FLORIDA
JAN 3 0 2007
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:                                             Case No. 05-03817-3F1

Winn-Dixie Stores, Inc., et al.,                   Chapter 11

Reorganized Debtors.                               Jointly Administered

**MOTION FOR ADMISSION**
**PRO HAC VICE**

COMES NOW the Creditors, ELIZABETH WIMBERLY, and GRADY L. WIMBERLY, by and through their undersigned counsel, and moves this Court pursuant to the United States Bankruptcy Court of Middle District of Florida, Jacksonville Division to allow W. George Allen to specially appear in the United States Bankruptcy Court of Middle District of Florida, Jacksonville Division, to act as counsel on behalf of Creditors, ELIZABETH WIMBERLY, and GRADY L. WIMBERLY, against the Reorganized Debtor, WINN-DIXIE STORES, INC., in the above styled matter.

1. That W. George Allen is a sole practitioner in the firm of Law Offices of W. George Allen, 800 Southeast 3rd Avenue, The Penthouse, Fort Lauderdale, Florida 33316, phone number (954)463-6681.

2. W. George Allen is a practicing attorney in good standing with the State Bar of Florida, the Supreme Court of Florida, the United States District Court for the Southern District of Florida, the Eleventh Circuit Court of appeals, Atlanta, Georgia and the Supreme Court of the United States, having been admitted in Florida on June 7, 1963 (Bar Card attached).

3. W. George Allen will read and abide by the local rules of this Court, Rules of Civil Procedure, rules of Evidence, and the Code of Professional Responsibility, and has not

14920

appeared pro hac vice in a prior United States Bankruptcy Court in the past.

**WHEREFORE,** the undersigned counsel respectfully requests that W. George Allen be allowed to specially appear as counsel to practice in this action on behalf of the Creditors, ELIZABETH WIMBERLY, and GRADY L. WIMBERLY.

Respectfully submitted this 26 day of **January 2007.**

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing has been furnished by Certified U.S. Mail to: **Stephen D. Busey**, Smith, Husley & Busey, Co-Counsel for Reorganized Debtor, 225 Water Street, Suite 1800, Jacksonville, FL 32202; **Logan & Company, Inc.**, Debtor Claim Center, 546, Valley Road, Upper Montclair, New Jersey 07043; **D. J. Baker**, Skadden, Arps, Slate, Meagher & Flom LLP, Co-Counsel for Reorganized Debtors, Four Times Square, New York, New York 10036, **John Buchholz, Esq.**, Kelly, Kronenberg, Gilmartin, Fichtel & Wander, P.A., 1500 N.W. 67th Avenue, Suite 204, Miami Lakes, FL 33014, on this 26 day of January 2007.

LAW OFFICES W. GEORGE ALLEN
Attorneys for Defendant
800 S.E. 3rd Avenue, Penthouse
Fort Lauderdale, FL 33316
Telephone:    (954) 463-6681
Facsimile:    (954) 463-6685

By: _____
**W. George Allen, Esq.**
Fla Bar No. 001337