UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 3:05-bk-3817
Chapter 11

IN RE: WINN-DIXIE STORES, INC.,

**Debtor(s)**

## ORDER STRIKING MOTION FOR PAYMENT OF ADMINISTRATIVE EXPENSES AND MOTION FOR ENLARGEMENT OF TIME FOR FILING MOTION FOR ADMINISTRATIVE EXPENSE CLAIM AND RESPONSE TO DEBTOR'S TWENTY-NINTH OMNIBUS OBJECTION TO IMPROPERLY FILED CLAIMS

The Court Finds that the Motion for Payment of Administrative Expenses and Motion for Enlargement of Time for Filing Motion for Administrative Expense Claim and Response to Debtor's Twenty-Ninth Omnibus Objection to Improperly filed Claims filed by Armando A. Perez, on behalf of Mayhela N. Alvernia, did not contain an original signature pursuant to Local Rule 9011-4(c). Accordingly, it is

**ORDERED:**

The Motion for Payment of Administrative Expenses and Motion for Enlargement of time for filing Motion for Administrative Expense Claim and Response to Debtors' Twenty-Ninth Omnibus Objection to improperly filed claims filed by Armando A. Perez on behalf of Mayhela N. Alvernia, on January 26, 2007 are stricken from the record.

**DATED January 29, 2007, at Jacksonville, Florida.**

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Armando A. Perez, 701 SW 27th Avenue, InterAmerican Plaza, Suite 1205, Miami, FL 33135