UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

In re:

WINN-DIXIE STORES, INC., et al.,   Case No: 05-03817-3F1

Debtors.   Chapter 11

_____/   Jointly Administered

### MARIA DIAZ'S RESPONSE TO DEBTOR'S TWENTY-NINTH OMNIBUS OBJECTION TO IMPROPERLY FILED CLAIMS

**COMES NOW**, the Claimant, **MARIA DIAZ**, by and through her undersigned attorney, and files her response to Debtors Objection to her Claim, as follows:

1. In Debtors' Twenty-Ninth Omnibus Objection to improperly filed claims, the Debtors seek to disallow the claim of **MARIA DIAZ**, as being improperly filed.

2. Initially, **MARIA DIAZ**, improperly filed her claim, by making written notice through a letter dated December 27, 2006, which was stricken by order of the Honorable Jerry Funk.

3. Subsequent to that letter, however, **MARIA DIAZ**, properly asserted her claim on <u>January 4, 2007</u>, by electronically filing her "Application for Allowance of Administrative Expense Status for Post-Petition Claim and Request for Notice."

4. As **MARIA DIAZ's** claim was electronically filed on January 4, 2007, Debtors' Objection to her claim should be overruled and Debtors' request to disallow her claim should be denied.

WHEREFORE, **MARIA DIAZ**, respectfully requests that this Honorable Court overrule Debtors' Objection to her claim and deny Debtors' request to disallow her claim.

Respectfully submitted,

**CORIROSSI & BENNETT**
Attorney for Applicant
Grove Plaza-2nd Floor
2900 Middle Street
Miami, Florida   33133
Telephone: (305) 441-9000
Facsimile: (305) 441-1991

 **/s/ Scott B. Bennett**
Fla. Bar No:  874655

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 26, 2007, I filed this Loretta Johnson's Response to Debtor's Twenty-Ninth Omnibus Objection to Improperly filed Claims through the CM/ECF filing system, which will cause a copy to be served on James H. Post, Esquire, Counsel for the Reorganized Debtors, Matthew Barr, Esquire and John MacDonald, Esquire, Counsel for the Post-Effective Date Committee, Elena L. Escamilla, Esquire, counsel for the Office of the United States Trustee and all other parties participating in the CM/ECF System, all served electronically.

 **/s/ Scott B. Bennett**
Attorney