**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE WITH RESPECT TO**
**AGREED ORDER (A) RESOLVING REJECTION DAMAGES CLAIMS OF**
**GATOR COASTAL SHOPPING CENTRE, LLC; (B) RESOLVING CERTAIN**
**REJECTION DAMAGES CLAIMS OF PRINCIPAL LIFE INSURANCE**
**COMPANY; AND (C) CONTINUING HEARING ON OTHER**
**CLAIMS OF GATOR COASTAL SHOPPING CENTRE, LLC**

I, Adam S. Ravin, certify that I caused to be served the Agreed Order (a) Resolving Rejection Damages Claims of Gator Coastal Shopping Centre, LLC; (b) Resolving Certain Rejection Damages Claims of Principal Life Insurance Company; and (c) Continuing Hearing on Other Claims of Gator Coastal Shopping Centre, LLC (Docket No. 14900), by having true and correct copies thereof sent to the parties listed on Exhibit A via e-mail on January 29, 2007.

Dated: January 30, 2007

                                                SKADDEN, ARPS, SLATE,
                                                MEAGHER & FLOM LLP

                                                By:  /s/ *Adam S. Ravin*
                                                Adam S. Ravin
                                                Four Times Square
                                                New York, New York 10036
                                                (212) 735-3000
                                                (917) 735-2000 (facsimile)

                                                      and

SMITH HULSEY & BUSEY

By: /s/ *Cynthia C. Jackson*
Cynthia C. Jackson
Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

Co-Counsel for Reorganized Debtors

**Exhibit A**

Margery N. Reed
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196
mreed@duanemorris.com


Douglas L. Lutz
Frost Brown Todd LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202
jlutz@fbtlaw.com