UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO:  3:05-bk-3817
Chapter    11

IN RE:

**WINN-DIXIE STORES, INC.,**

<u>Debtor(s)</u>

## ORDER STRIKING RESPONSES TO DEBTORS' TWENTY-NINTH OMNIBUS CLAIMS OBJECTION

The Court finds that the Responses to Debtors' Twenty-Ninth Omnibus Claims Objection filed by Lawrence S. Ben on behalf of Sarah Abrams and Julie Becker on January 29, 2007 were filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Responses to Debtors' Twenty-Ninth Omnibus Claims Objection filed by Lawrence S. Ben on behalf of Sarah Abrams and Julie Becker on January 29, 2007, 2006, are stricken from the record.

DATED January 30, 2007, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:

Lawrence S. Ben, 1720 Harrison St., Ste. 7A, Hollywood, FL 33020