### UNITED STATES BANKRUPTY COURT
### FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **WINN-DIXIE STORES, INC., et al.,** | **Case No. 05-03817-3F1** |
| **Debtors.**[1] | **(Jointly Administered)** |

### CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.  I am of legal age and I am not a party to this action.

2.  I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.  On or about January 26, 2007 I caused copies of:

- the **Objection to Claim Transfer Filed After November 15, 2006, 5:00 P.M. ET, Distribution Record Date (Docket No. 14838)**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served objection as listed above is attached hereto as Exhibit B.

Dated: January 30, 2007

_____
Kathleen M. Logan

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: T6

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**

**Objection to Claim Transfer Filed After**
**November 15, 2006, 5:00 P.M. ET,**
**Distribution Record Date (Docket No. 14838)**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                  **CASE:   05-03817-3F1**

CREDITOR ID: 558362-98
NEWCO PROPERTIES INC
C/O MCNAIR LAW FIRM PA
ATTN: MICHAEL M BEAL, ESQ
PO BOX 11390
COLUMBIA SC 29211

CREDITOR ID: 558362-98
NEWCO PROPERTIES INC
C/O MARGERY A LONGSTREET
GENWORTH FINANCIAL
6620 WEST BROAD ST
RICHMOND VA 23230

CREDITOR ID: 534834-98
THE LUCY CO OF SC LLC
C/O BUIST MOORE SMYTHE MCGEE PA
ATTN CHARLES P SUMMERALL IV, ESQ
PO BOX 999
CHARLESTON SC 29402

CREDITOR ID: 534834-98
THE LUCY CO OF SC LLC
C/O ROX POLLARD PROPERTY MANAGER
COLLIERS KEENAN INC
PO BOX 11610
COLUMBIA SC 29211

CREDITOR ID: 410417-15
WACHOVIA BANK, TRUSTEE
UNDER LUCY BUXTON AGREEMENT
C/O HAYNSWORTH SINKLER BOYD, PA
ATTN WILLIAM H SHORT JR, ESQ
PO BOX 11889
COLUMBIA SC 29211

**Total:   5**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors.[1] | ) | Jointly Administered |

## OBJECTION TO CLAIM TRANSFER FILED AFTER
## NOVEMBER 15, 2006, 5:00 P.M. ET, DISTRIBUTION RECORD DATE
## (DOCKET NO. 14838)

TO:    The Lucy Co. of SC, LLC
   Newco Properties, Inc.

   Winn-Dixie Stores, Inc. and its reorganized affiliates object to the transfer of claim evidenced at docket no. 14838, which transfer was filed after the "Distribution Record Date" established under the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Plan").  Pursuant to the Plan, such transfer will not be recognized in making distributions, if any, on account of the claim subject to such transfer.

Dated:  January 26, 2007

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| | |
| By   *s/ D. J. Baker*    | By   *s/ James H. Post*     |
|    D. J. Baker |    Stephen D. Busey |
|    Sally McDonald Henry |    James H. Post, FB#175460 |
|    Rosalie Walker Gray |    Cynthia C. Jackson |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida  32202 |
| (212) 735-3000 | (904) 359-7700 |
| (212) 735-2000 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | jpost@smithhulsey.com |
| | |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.