**AFFIDAVIT**

STATE OF LOUISIANA

PARISH OF ST. TAMMANY

BEFORE ME, the undersigned Notary Public, personally came and appeared ("Affiant"):

**JIMMIE PIERSON**

who first being duly sworn did depose and state that:

Affiant has a 6th grade education and no legal training, education or experience.

Affiant is a plaintiff in the lawsuit bearing the caption "Mavis Pierson & Jimmie Pierson vs. Winn-Dixie Montgomery, Inc., 21st JDC, No. 2005-3621, Div. F., Tangipahoa Parish".

Affiant's wife was injured in Winn-Dixie Store number 1540 in Ponchatoula, Louisiana on July 31, 2005.

Affiant resides at 41395 West Portier Road, Ponchatoula, Louisiana 70454.

Affiant retained William J. Crain, attorney, to represent him and his wife in connection with claims against Winn-Dixie for injuries arising out of the July 31, 2005 accident.

The law office of William J. Crain is in Covington, Louisiana, approximately twenty (20) miles from Ponchatoula, Louisiana where Affiant resides. Therefore, the primary means of communication with our attorney regarding the status of my case is by telephone.

On October 9, 2006, William J. Crain took the depositions of Charles Bair and Todd Bankston, employees with Winn-Dixie, who testified to Winn-Dixie's fault in causing my wife's accident. I attended the depositions. On November 13, 2006, the attorney for Winn-Dixie took my deposition at the office of William J. Crain. At these depositions, no-one ever mentioned that Winn-Dixie was in bankruptcy.

Sometime in December, and closer to Christmas than to the beginning of the month, my wife received a letter with Winn-Dixie's name on it, and the name of a bankruptcy court in Florida. I did not read the letter and did not discuss it with anyone. I did not know what the letter was. I did not know that Winn-Dixie was in bankruptcy or that a bankruptcy could have any affect on our case. I was surprised that we got anything from Winn-Dixie because we had a lawyer.

I did not know or understand that there was a deadline that had any affect on my case against Winn-Dixie.

*Jimmie R Pierson*
JIMMIE PIERSON

SWORN TO AND SUSCRIBED
BEFORE ME, NOTARY, THIS
28ᴿᴰ DAY OF JANUARY, 2007.

_____
NOTARY PUBLIC