UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                                      Chapter   11
                                                                                             Case No.   3-05-bk-3817-JAF
WINN-DIXIE STORES, INC., et al.,

      Debtors.
_____/

## NOTICE OF WITHDRAWAL OF
## WEBBER COMMERCIAL PROPERTIES, LLC
## LIMITED OBJECTION TO DEBTORS' NOTICE OF INTENT
## TO ABANDON FURNITURE, FIXTURES, AND EQUIPMENT
[Docket No. 3340]

Webber Commercial Properties, LLC ("Landlord"), by and through its undersigned counsel, landlord to the Debtors' Store No. 740 (the "Store") located at 18011 South Tamiami Trail, Fort Myers, Lee County, Florida, hereby withdraws its Limited Objection to Debtors' Notice of Intent to Abandon Furniture, Fixtures, and Equipment for the reason that the Debtor surrendered the Store on September 30, 1005 in pristine condition in accordance with the terms of its lease.

Accordingly, the limited objection is hereby withdrawn and all other rights of the Landlord are reserved.

          Respectfully submitted,

           /s/ William Knight Zewadski
          WILLIAM KNIGHT ZEWADSKI
          Florida Bar No.  121746
          Z@trenam.com
          TRENAM, KEMKER, SCHARF, BARKIN,
            FRYE, O'NEILL & MULLIS, P.A.
          Post Office Box 1102
          Tampa, Florida  33601
          813.223.7474/813.229.6553 (fax)
          Attorneys for Webber Commercial
          Properties, LLC

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Notice of Withdrawal of Limited Objection to Debtors' Notice of Intent to Abandon Furniture, Fixtures, and Equipment was served electronically on those parties having entered their appearance in the Court's Electronic Court Filing (ECF) System and conventionally, via first-class mail, postage prepaid, to those parties who have requested notice but are not participating in the ECF System listed below, pursuant to instructions appearing on the Electronic Filing Receipt received from the U. S. Bankruptcy Court on this 31st day of January 2007:

**Winn-Dixie Stores, Inc.**
5050 Edgewood Court
Jacksonville, FL 32254-3699

**Adam Ravin, Esquire**
**D.J. Baker, Esquire**
Skadden Arps Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036

**Cynthia C. Jackson, Esquire**
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

**United States Trustee**
135 W. Central Blvd., Suite 620
Orlando, FL 32801

**Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc.,**
**c/o Dennis F. Dunne, Esquire**
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005

                                          /s/ William Knight Zewadski
                                                     Attorney