**MAXINE PORTER | 4754 N. 74TH PLACE | SCOTTSDALE AZ 85251 | 480/994-8700**

January 25, 2007

F I L E D
JACKSONVILLE, FLORIDA

JAN 3 1 2007

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Hon. Jerry A. Funk, Judge
United States Bankruptcy Court
300 North Hogan Street, Ste. 3-350
Jacksonville FL 32202-4267

RE: Winn-Dixie Stores, Inc. et al., Debtors
Case No. 05-03817-3F1

Dear Judge Funk:

On September 25, 2006, you approved an Agreed Order resolving my claim against Winn-Dixie Stores, Inc. I was told when I signed that payment would be made in October, 2006, and in no event more than 45 days after your order was journalized.

Twice that amount of time has passed and I still have not received my distribution. After numerous calls to Smith Hulsey & Busey, and receiving many promises that were subsequently broken and ignored, I have concluded that the Debtors' attorneys decided to put the agreed settlement on the back burner and pay nothing at all.

I am not an attorney. I hope that writing this letter to you personally does not breach any rules of etiquette or of the Court.

Thanking you in advance for any help you can give to me.

Sincerely,

Maxine Porter
Claimant

MP/vcw

Cc: James H. Post