## MEMORANDUM TO APPELLANT OF RESPONSIBILITIES

NOTICE IS GIVEN TO THE APPELLANT that the Appellant shall, within 10 days of the date the appeal was filed, file with the Clerk of the United States Bankruptcy Court the following:

1. A designation of the items to be included in the record on appeal and serve a copy upon the appellee;

2. A statement of the issues to be presented and serve a copy upon the appellee; and

3. A written request for the transcript and deliver a copy to the court reporter where the record designation includes a transcript of any proceeding or a part therefor.

> FOR THE UNITED STATES BANKRUPTCY COURT
>
> **LEEANN BENNETT, CLERK**
> 300 North Hogan Street, Suite 3-350
> Jacksonville, FL 32202

Copies furnished to:

Appellant

Appellee

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: pcathy              Page 1 of 1              Date Rcvd: Jan 29, 2007
Case: 05-03817                Form ID: pdfdoc           Total Served: 3

The following entities were served by first class mail on Jan 31, 2007.
aty          +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
               Jacksonville, FL 32202-4494
aty          +Stephen D. Busey,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
               Jacksonville, FL 32202-4494

The following entities were served by electronic transmission on Jan 30, 2007.
aty           E-mail/Text: tc_legal_services@co.palm-beach.fl.us                    Brian T Hanlon,
               Palm Beach County Tax Collector,   PO Box 3715,   West Palm Beach, FL  33402-3715
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jan 31, 2007**                         **Signature:** _Joseph Speetjens_