UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 3:05-bk-3817
Chapter 11

IN RE: WINN-DIXIE STORES, INC.,

**Debtor(s)**

## ORDER STRIKING MOTION FOR PAYMENT OF ADMINISTRATIVE EXPENSES AND MOTION FOR ENLARGEMENT OF TIME FOR FILING MOTION FOR ADMINISTRATIVE EXPENSE CLAIM AND RESPONSE TO DEBTOR'S TWENTY-NINTH OMNIBUS OBJECTION TO IMPROPERLY FILED CLAIMS

The Court Finds that the Motion for Payment of Administrative Expenses and Motion for Enlargement of Time for Filing Motion for Administrative Expense Claim and Response to Debtor's Twenty-Ninth Omnibus Objection to Improperly filed Claims filed by Armando A. Perez, on behalf of Mayhela N. Alvernia, did not contain an original signature pursuant to Local Rule 9011-4(c). Accordingly, it is

**ORDERED:**

The Motion for Payment of Administrative Expenses and Motion for Enlargement of time for filing Motion for Administrative Expense Claim and Response to Debtors' Twenty-Ninth Omnibus Objection to improperly filed claims filed by Armando A. Perez on behalf of Mayhela N. Alvernia, on January 26, 2007 are stricken from the record.

**DATED January 29, 2007**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Armando A. Perez, 701 SW 27th Avenue, InterAmerican Plaza, Suite 1205, Miami, FL 33135

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3           User: baldws              Page 1 of 1              Date Rcvd: Jan 29, 2007
Case: 05-03817                 Form ID: pdfdoc           Total Served: 2

The following entities were served by first class mail on Jan 31, 2007.
aty         +Cynthia C. Jackson,    Smith Hulsey & Busey,    225 Water Street, Suite 1800,
              Jacksonville, FL 32202-4494
            +Armando A. Perez,    701 SW 27th Avenue,    InterAmerican Plaza, SUite 1205,    Miami, FL 33135-3031

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 31, 2007**                         **Signature:**   *Joseph Speetjens*