UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

**Debtor(s)**

**ORDER STRIKING MOTION FOR EXTENSION OF TIME TO FILE CLAIM
AND REQUEST FOR RELIEF FROM STAY**

The Court finds that the Motion for Extension of time to file Claim and Request for Relief from Stay filed by Eaton G. Barnard on behalf of Sibyl E. Hester on January 31, 2007 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Motion for Extension of time to file Claim and Request for Relief from Stay filed by Eaton G. Barnard on behalf of Sibyl E. Hester on January 31, 2007, is stricken from the record.

**DATED January 31, 2007**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:

Eaton G. Barnard, 1904 Dauphin Island Parkway, Mobile, AL 36605