UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Reorganized Debtors. | ) Jointly Administered |
| | ) |

AGREED ORDER RESOLVING CURE OBJECTION
FILED BY COMMERCIAL NET LEASE REALTY, INC.
n/k/a NATIONAL RETAIL PROPERTIES, INC. (STORE NO. 480)

This cause came before the Court on the Limited Objection to Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts and (III) Grant Related Relief filed by Commercial Net Lease Realty, Inc. n/k/a National Retail Properties, Inc. ("Commercial Net Lease Realty") (Docket No. 9375) with respect to Store No. 480 (the "Cure Objection") and Debtors' Twelfth Omnibus Objection to (A) Overstated Claims, (B) Overstated Misclassified Claims and (C) No Liability Misclassified Claims (Docket No. 8116). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objection is overruled.

2. Proof of claim number 8609 filed by Commercial Net Lease Realty is allowed as an administrative claim in the amount of $53,384.00, which the Debtors have paid in full. Proofs of claim numbers 8606, 8610, and 8611

are disallowed.

3. This Agreed Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims filed by Commercial Net Lease Realty in these Chapter 11 cases and (ii) all other pre-petition or pre-confirmation claims Commercial Net Lease Realty has or may have against the Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

4. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 31 day of January, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00555812

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| LOWNDES, DROSDICK, DOSTER, KANTOR & REED, P.A. | SMITH HULSEY & BUSEY |
| By  *s/ Zachary J. Bancroft* * <br> Zachary J. Bancroft, F.B.N. 145068 | By  *s/ Cynthia C. Jackson* <br> Cynthia C. Jackson, F.B.N. 498882 |
| 450 South Orange Avenue, Suite 250 <br> Orlando, Florida 32801 <br> (407) 843-4600 <br> (407) 843-4444 (facsimile) <br> zachary.bancroft@lowndes-law.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Counsel for Commercial Net Lease Realty, Inc. n/k/a National Retail Properties, Inc. | Co-Counsel for Reorganized Debtors |

*Counsel has authorized their electronic signature.

00555812