UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| ) | |

## AGREED ORDER RESOLVING CURE OBJECTIONS FILED BY MILLER GROUP PROPERTIES CORPORATION (STORE NO. 2207)

This cause came before the Court on the Responses to the Debtors' Second Omnibus Motion for Order to Assume Non-Residential Real Property Leases, Fix Cure Amounts and Grant Related Relief filed by Miller Group Properties Corporation ("Miller Group") (Docket Nos. 9158 and 9159) with respect to Store No. 2207 (the "Cure Objections"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objections are overruled.

2. The Debtors have paid $3,040.36 in full satisfaction of any right to cure Miller Group has or may have under 11 U.S.C. § 365 or otherwise.

3. This Agreed Order resolves all liabilities and obligations Miller Group has or may have against the Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

4. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this **31** day of **January**, 2007, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00554284

## **Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| **WINDERWEEDLE, HAINES, WARD & WOODMAN, P.A.** | **SMITH HULSEY & BUSEY** |
| By   *s/ Ryan E. Davis* *     <br>      Ryan E. Davis, F.B.N. 0179851 | By   *s/ Cynthia C. Jackson*     <br>      Cynthia C. Jackson, F.B.N. 498882 |
| 390 North Orange Avenue, Suite 1500<br>Orlando, Florida 32802<br>(407) 423-4246<br>(407) 423-7014 (facsimile)<br>rdavis@whww.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Counsel for Miller Group Properties Corporation. | Co-Counsel for Reorganized Debtors |

*Counsel has authorized their electronic signature.

00554284