UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                               CASE NO. **05-03817-3F1**

**WINN DIXIE STORES, INC., et al,**                               Chapter 11

           Debtors.                                                                Jointly Administered
_____/

### MOTION BY DELORES EDWARDS-MILLER TO ENLARGE TIME TO FILE APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM

COMES NOW, the Applicant, **DELORES EDWARDS-MILLER**, by and through her undersigned attorney, and, pursuant to bankruptcy rule 9006(b) moves the court for an order enlarging the time to file her application for administrative expense and would show:

1.  The Debtor filed Chapter 11 bankruptcy on February 21, 2005. On or about July 4, 2006, Applicant was injured in a Winn Dixie store.

2.  Applicant never filed a claim, nor was she required to file a claim, because her injury occurred after the Debtor filed this bankruptcy.

3.  Thereafter, Applicant, through her attorneys at John Foy & Associates, P.C. made known her demand to the claims representatives of the Debtor employed by Sedgwick Claims Management Services, Inc.

4.  On July 5, 2006, Ms. Melanie Martin, a claims representative with Sedgwick Claims Management Services, Inc. acknowledged notification of Ms. Edwards-Miller's accident.

5. On November 14, 2006, Ms. Ernestine Wilson of Sedgwick Claims Management wrote a letter to Ms. Edwards-Miller, acknowledging receipt of Ms. Edwards-Miller's demand of $25,000.00, but stated that she was unable to accept or reject the offer of settlement.

6. On or about December 6, 2006, a notice was filed with the court notifying interested parities of the deadline to file Applications for Administrative Expense. A certificate of service was filed with the court on December 13, 2006 indicating those parties who had received copies of this deadline to file administrative claims. Applicant is not listed on the certificate of service.

1

7. In that Applicant's claim was filed with the Debtor prior to the deadline and the Debtor was aware of Applicant's claim, the Debtor will suffer no prejudice by the granting of this Motion for Extension of Time.

8. An affidavit of Andrew Whaley Dean, the Applicant's personal injury attorney, is attached hereto in support of this motion.

WHEREFORE, the Applicant prays the Court to enter an order extending the time for her to file an Application for Administrative Expense for her personal injury claim until the time said application was actually filed on February 1, 2007.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been forwarded to all interested parties listed below on this the  1st  day of February, 2007.

　　　　　　　　　　　　　　　　　　　　　　　 /s/ Edward P. Jackson
　　　　　　　　　　　　　　　　　　　　　　　EDWARD P. JACKSON
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtors
　　　　　　　　　　　　　　　　　　　　　　　255 N. Liberty Street, First Floor
　　　　　　　　　　　　　　　　　　　　　　　Jacksonville, FL 32202
　　　　　　　　　　　　　　　　　　　　　　　(904) 358-1952 VOICE
　　　　　　　　　　　　　　　　　　　　　　　(904) 358-1288 FAX
　　　　　　　　　　　　　　　　　　　　　　　Florida Bar #286648

James H. Post, Esq.
225 Water St., Suite 1800
Jacksonville, FL 32202

Kenneth C. Meeker, U.S. Trustee
135 W. Central Blvd., Suite 620
Orlando, FL 32801

Mathew Barr, Esq.
One Chase Manhattan Plaza
New York, NY 10005