**United States Bankruptcy Court**
**Middle District of Florida**
**Jacksonville Division**

In re:

Winn-Dixie Stores, et al.,

Reorganized Debtors.

\* Case No. 05-03817-3F1
\*
\* Chapter 11
\*
\*
\* Jointly Administered

## AFFIDAVIT

1.

My name is Andrew Whaley Dean.

2.

I am over eighteen years old and otherwise competent.

3.

I work for John Foy & Associates, P.C. assisting the attorneys with personal injury settlements. Foy & Associates represents Mrs. Delores Edwards-Miller for a personal injury claim arising from an injury sustained July 4, 2006.

4.

On July 4, 2006, Ms. Edwards-Miller went shopping at Winn-Dixie # 2659, located at 2525 E. Hillsborough Ave in Tampa Florida. A store employee pushed a train of grocery carts into a display rack causing several heavy and sharp garden tools to fall on upon the right side of Ms. Edwards-Miller who reported immediate pain. She was forced to seek medical care and was diagnosed with musculo-ligamentous. Her medical bills are over $3,700.00. She continues to be in great pain and suffering and will require future care because of the negligence of Winn-Dixie.

5.

On July 5, 2006, Ms. Melanie Martin of Winn-Dixie Risk Management wrote Ms. Edwards-Miller informing her that Winn-Dixie Risk Management had been notified of her accident. It was assigned Incident Number A611206117. On November 14, 2006, Ms. Ernestine Wilson of Sedgwick Claims Management wrote Foy & Associates, P.C. The three sentence letter in its entirety reads:

"This letter is to confirm receipt of the demand for $25,000 in reference to Delores Edwards-Miller. At this time I am unable to accept or reject offer of settlement. I will review the file and contact with your office within 30 days to discuss this claim.

Sincerely

Ernestine Wilson

Examiner I."

6.

I first became aware of the Bankruptcy Court Order for Filing Claims, effective November 21, 2006, on January 18th, 2007. I learned of this order in a conversation with Ms. Stephanie Phillips of Sedgwick Management Claims regarding the claim of Ms. Ibeabuchi (another claimant injured in period).

7.

All of the foregoing is within my personal, first-hand knowledge.

_[signature]_

Before me, a Notary Public in and for the above County and State, personally appeared _Andrew Whaley Dean_ and he/she acknowledged to me that he/she subscribed his/her name to the foregoing instrument as his/her free act and deed this ___29th___ day of ___January___, 20_07_.

_[signature]_
NOTARY PUBLIC

_[Notary seal: William F Heitmann III, Notary Public, Cobb County, Georgia, My Commission Expires March 1st, 2008]_