UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                          CASE NO. **05-03817-3F1**

**WINN DIXIE STORES, INC., et al,**                   Chapter 11

            Debtors.                                             Jointly Administered
_____/

**MOTION BY CHIDI NICOLE IBEABUCHI TO ENLARGE TIME
TO FILE APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM**

COMES NOW, the Applicant, **CHIDI NICOLE IBEABUCHI**, by and through her undersigned attorney, and, pursuant to bankruptcy rule 9006(b) moves the court for an order enlarging the time to file her application for administrative expense and would show:

1. The Debtor filed Chapter 11 bankruptcy on February 21, 2005. On or about August 14, 2005, Applicant was injured in a Winn Dixie store.

2. Applicant never filed a claim, nor was she required to file a claim, because her injury occurred after the Debtor filed this bankruptcy.

3. Thereafter, Applicant, through her attorneys at John Foy & Associates, P.C. negotiated a settlement with the claims representatives of the Debtor employed by Sedgwick Claims Management Services, Inc.

4. On November 30, 2006, Ms. Phillips, a claims representative with Sedgwick Claims Management Services, Inc. offered $10,000.00 to settle Applicant's case. On December 29, 2006, by letter, a copy of which is attached as Exhibit A, Applicant accepted the $10,000.00 settlement offer.

5. By phone message left at Applicant's attorney's office on January 18, 2007, the claims adjuster first notified the Applicant's attorneys that there was a bar date that must be complied with, and that she was attempting to undo the settlement that had occurred upon receipt of the December 29, 2006 acceptance letter. A copy of the transcript of this voice message is attached here as Exhibit B. An affidavit of Applicant's personal injury attorney, Andrew Whaley Dean, is attached here as Exhibit C.

6. On or about December 6, 2006, a notice was filed with the court notifying interested parities of the deadline to file Applications for Administrative Expense. A certificate of service was filed with the court on December 13, 2006 indicating those parties who had received copies of this deadline to file administrative claims. Applicant is not listed on the certificate of service.

1

      7. In that Debtor's claim was settled prior to the deadline, Applicant should not be required to file an Application for Administrative Expenses. However, Applicant has done so in an abundance of caution.

      WHEREFORE, the Applicant prays the Court to enter an order extending the time for her to file an Application for Administrative Expense for her personal injury claim until the time said application was actually filed on February 1, 2007.

      I hereby certify that all interested parties, listed below, have been served with a copy of this filing either electronically or via First Class U.S. Mail, postage prepaid this 1st day of February, 2007.

      /s/ Edward P. Jackson
      EDWARD P. JACKSON
      Attorney for Applicant
      Florida Bar No. 286648
      255 N. Liberty Street
      Jacksonville, Florida 32202
      Telephone: (904) 358-1952
      Facsimile: (904) 358-1288

James Post
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202

Kenneth C. Meeker, U.S. Trustee
135 W. Central Blvd., Suite 620
Orlando, FL 32801

Matthew Barr
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005