# FOY & ASSOCIATES
## A PROFESSIONAL CORPORATION

ATTORNEYS & COUNSELORS AT LAW
3343 PEACHTREE ROAD, N.E.
SUITE 350
ATLANTA, GEORGIA 30326

JOHN M. FOY
DARIUS E. BENNETT
LAWRENCE A. SILVERMAN*+
WILLIAM F. HEITMANN, III
DUNCAN M. HARLE
*ALSO ADMITTED IN FL
+ALSO ADMITTED IN NY

TELEPHONE
(404) 873-4488
(877) 873-4488
FACSIMILE
(404) 873-4490
WWW.JOHNFOY.COM

December 29, 2006

Ms. Stephanie Phillips
Sedgwick Claims Management Services, Inc.
P.O. Box 24787
Jacksonville, FL 32241

VIA FACSIMILE: (904) 419 - 5365

RE: Chidi Ibeabuchi v. Save Rite
Our Client: Chidi Ibeabuchi
Your Insured: Save Rite
Date of Loss: August 14, 2005
Claim No.: A511210606

Dear Ms. Phillips:

Chidi Ibeabuchi hereby accepts your offer of $ 10,000.00. Marital status is single. Our firm's tax identification number is 38-3687296.

Please forward the check and release at your earliest convenience. Thank you for your time and attention to this matter.

Very truly yours,

FOY & ASSOCIATES, P.C.

Andrew Whaley Dean