TRANSCRIPT OF VOICE MAIL MESSAGE,
JANUARY 18, 2007, FROM STEPHANIE PHILLIPS

"Yeah Andrew, this is Stephanie, Winn-Dixie claims. I spoke with the client regarding Chidi Ibeabuchi. She is now barred from collecting on this claim. You need to take this up with the Bankruptcy Court. If we would have had a release out on this claim or something before December when this order came down maybe you might have had a chance but there was no release, we're not going to accept the acceptance. The letter was dated December 29th. That order and those letters went out way before that. So, um, you need to work it out with the Bankruptcy Court. But as far as were concerned, this claim has been barred. There will be no recovery on it, no settlement offers, and we will not be sending over a release. If, um, you need any other information you will need to contact the bankruptcy court. And or, um, I guess you could call Logan & Company, um 973 509 – 3190. Thanks."

I HEREBY CERTIFY that on this date I have compared the voice mail recording with the above transcription and find it to be a true and accurate transcription of the voice mail recording from Stephanie Phillips.

_____
William F. Heitmann, III
Notary Public

[Notary Seal: William F. Heitmann, III, Notary Public, Cobb County, Georgia]