**United States Bankruptcy Court**
**Middle District of Florida**
**Jacksonville Division**

In re:                                       * Case No. 05-03817-3F1
                                             *
                                             * Chapter 11
Winn-Dixie Stores, et al.,                   *
                                             *
Reorganized Debtors.                         * Jointly Administered

## AFFIDAVIT

1.

My name is Andrew Whaley Dean.

2.

I am over eighteen years old and otherwise competent.

3.

I work for John Foy & Associates, P.C. assisting the attorneys with personal injury settlements. Foy & Associates represents Ms. Chidi Nicole Ibeabuchi for a personal injury claim arising from an injury sustained August 18, 2005.

4.

I began corresponding and conversing with Ms. Stephanie Phillips of Sedgewick Claims Management Services regarding settlement of a personal injury claim of Ms. Chidi Nicole Ibeabuchi resulting from an injury on August 14, 2005, in July of 2006.

5.

On November 30th, 2006 Ms. Phillips extended an offer of ten thousand dollars ($10,000.00) to settle this claim.

6.

On December 29th, 2006 the offer was accepted.

7.

On January 18, 2007 I telephoned Ms. Phillips to inquire as to whereabouts of Release and or check. Ms. Phillips greeted me and stated, "I thought this one was settled." Upon further examination, Ms. Phillips went on to state that this claim was now barred for failure to file claim in accordance with Order Effective November 21, 2006. This was the first time I became aware of the order. She said would look into the matter further.

8.

At 4:07pm on January 18, 2007 Ms. Phillips left a message on my voice mail stating ...." If we would have had a release out on this claim or something before December when this order came down maybe you might have had a chance, but there was no release. We're not going to accept the acceptance. The letter was dated December 29, 2006. That order and those letters went out way before that. So you need to work it out with the Bankruptcy Court".

9.

All of the foregoing is within my personal, first-hand knowledge.

*[signature]*

Before me, a Notary Public in and for the above County and State, personally appeared Andrew W. Dean and he/she acknowledged to me that he/she subscribed his/her name to the foregoing instrument as his/her free act and deed this 25th day of January, 20 07.

*[signature]*
NOTARY PUBLIC

*[Notary seal: LAURA E. WETHERINGTON, MY COMMISSION EXPIRES NOV 5 2008, HENRY COUNTY, GA, NOTARY PUBLIC]*