UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**In re:**

| | |
|---|---|
| **WINN-DIXIE STORES, INC.,** | **CASE NO.: 05-03817-3F1** |
| **et al.,** | **Chapter 11** |
| **Debtors.** | |
| _____/ | |

## MOTION FOR ADMINISTRATIVE EXPENSE CLAIM, AND REQUEST FOR FUTURE NOTICE

**COMES NOW,** the claimant/creditor, **MAYHELA N. ALVERNIA**, by and through undersigned counsel, and pursuant to 11 U.S.C. Section 105, and 11 U.S.C. Section 503, files this Motion for Administrative Expense Claim, and for a Request for Future Notice, and as good grounds therefore states as follows:

1. On or about March 18, 2006, **MAYHELA N. ALVERNIA**, was injured at the Winn-Dixie store no.: 254, located at 11241 S.W. 40th Street, Miami, FL 33165.

2. On February 21, 2005, the Debtors commenced this bankruptcy case filing a petition for relief under Chapter 11 of the United States Bankruptcy Code. The Debtors subsequently operated their business as debtors in possession.

3. The claimant/creditor, through undersigned counsel, filed a Proof of Claim on December 18, 2006. On January 25, 2007, through the electronic filing system, she filed her Motion for Administrative Expense Claim, (See docket document no.: 14874), however, we were informed by the clerk of the Court that the text

                                                    **CASE NO.: 05-03817-3F1**

of the motion did not go through and requested that the motion be refiled. On January 26, 2007, the Motion for Enlargement of Time Allowed for Filing Motion for Administrative Expense Claim, and Request for Future Notice was filed electronically.

4. For the good grounds explained in her Motion for Enlargement of Time Allowed for Filing Motion for Administrative Expense Claim, and Request for Future Notice, the claimant/creditor seeks to have allowed and paid an administrative expense claim in the amount $55,000.00.

**WHEREFORE,** based on the above and foregoing, the claimant/creditor, **MAYHELA N. ALVERNIA**, requests that this Honorable Court grant the relief requested and grant her Motion for Administrative Expense Claim, and provide such other and further relief as it deems just and proper under the circumstances.

## CERTIFICATE OF SERVICE

**IT IS CERTIFIED** that a true and correct copy of the above and foregoing was filed through the CM/ECF filing system, which will cause a copy to be served on James H. Post, Esq., Counsel for Reorganized Debtors, Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202; Matthew Barr, Esq., Counsel for the Post-Effective Date Committee, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, and all other parties participating in the CM/ECF System, all served electronically, on this ____ day of _____, 2007.

**CASE NO.: 05-03817-3F1**

LAW OFFICE OF ARMANDO A. PEREZ
Attorney for **MAYHELA N. ALVERNIA**
701 S.W. 27th Avenue
InterAmerican Plaza, Suite 1205
Miami, FL 33135
(305) 644-3009

By:_____
    ARMANDO A. PEREZ, ESQ.
    FLORIDA BAR NO.: 373192