UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Winn-Dixie Store, Inc., et al.,

Reorganized Debtors.

Case No. 05-03817-3F1

Chapter 11

## MOTION FOR LEAVE TO FILE LATE PROOF OF CLAIM

COMES NOW, CARMIE CRIST, a creditor, by and through her undersigned counsel and files this her Motion for Leave to File a Late Proof of Claim, and as grounds thereof states as follows:

1. That Creditor, Carmie Crist's counsel, through inadvertence, failed to file the required Proof of Claim on or before the deadline date of January 5, 2007.

2. That Creditor's counsel does not regularly practice Bankruptcy law. The Defendant Civil Case #51-2006-CA-0858-ES, Sixth Judicial Circuit for Pasco County filed for bankruptcy after suit was filed for personal injuries by the Creditor, Carmie Crist, against the Debtor.

3. That the late filing of a Proof of Claim by creditor, Carmie Crist, would not serve to prejudice the Debtors in this proceeding.

WHEREFORE, creditor, Carmie Crist, by and through the undersigned counsel, prays that this Honorable Court enter an Order allowing her to file a Proof of Claim in this matter.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been furnished to James Post, Esquire, Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 on this 30 day of January, 2007.

_____
James M. Adams, Jr. Esquire of
James M. Adams, Jr., P.A.
2708 West Kennedy Boulevard
Tampa, FL 33609
(813) 874-9116
FBN: 0946321
Attorney for Creditor, Carmie Crist