IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 05-03817 |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | Jointly Administered |
| Reorganized Debtors.[1] ) | |
| _____) | |

**THIRD STIPULATION TO EXTEND TIME IN WHICH UNITED STATES
MAY FILE ITS RESPONSE TO REORGANIZED DEBTORS'
ALTERNATIVE MOTION TO ESTIMATE CLAIMS**

The United States, on behalf of the Department of Health and Human Services, and the Reorganized Debtors previously stipulated that the United States could respond to the Reorganized Debtors' "Alternative Motion to Estimate Claims" [docket no. 12786] on or before February 9, 2007. See [docket no. 14885]. In light of ongoing settlement discussions between the parties, the United States and the Reorganized Debtors now stipulate and agree that the United States may file its response to the Reorganized Debtors' "Alternative Motion to Estimate Claims" on or before March 9, 2007.

---

[1] In addition to Winn-Dixie Stores, Inc., the Reorganized Debtors include these twenty-three related entities: Astor Products, Inc.; Crackin' Good, Inc.; Deep South Distributors, Inc.; Deep South Products, Inc.; Dixie Darling Bakers, Inc.; Dixie-Home Stores, Inc.; Dixie Packers, Inc.; Dixie Spirits, Inc.; Dixie Stores, Inc.; Economy Wholesale Distributors, Inc.; Foodway Stores, Inc.; Kwik Chek Supermarkets, Inc.; Sunbelt Products, Inc.; Sundown Sales, Inc.; Superior Food Company; Table Supply Food Stores Co., Inc.; WD Brand Prestige Steaks, Inc.; Winn-Dixie Handyman, Inc.; Winn-Dixie Logistics, Inc.; Winn-Dixie Montgomery, Inc.; Winn-Dixie Procurement, Inc.; Winn-Dixie Raleigh, Inc.; and Winn-Dixie Supermarkets, Inc.

Respectfully submitted,

DATED: February 2, 2007.

| | |
|---|---|
| SKADDEN ARPS, SLATE, MEAGHER & FLOM LLP<br>D.J. BAKER<br>SALLY MCDONALD HENRY<br>ROSALIE WALKER GRAY<br>Four Times Square<br>New York, New York 10036<br>Tel: (212) 735-3000<br>Fax: (212) 735-2000<br>Email: rgray@skadden.com | PETER D. KEISLER<br>Assistant Attorney General<br>Civil Division<br><br>PAUL I. PEREZ<br>United States Attorney<br><br>MARCIO W. VALLADARES<br>Assistant United States Attorney<br>United States Courthouse<br>300 North Hogan Street, Suite 700<br>Jacksonville, Florida 32202-4270<br>Tel: (904) 301-6324/6300<br>Fax: (904) 301-6363/6310<br>Email: Marcio.Valladares@usdoj.gov |
| -and-<br><br>SMITH HULSEY & BUSEY | |
| /s/  *James H. Post*<br>STEPHEN D. BUSEY<br>JAMES H. POST<br>LEANNE MCKNIGHT PRENDERGAST<br><br>Florida Bar No. 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>Tel: (904) 359-7700<br>Fax: (904) 359-7708<br>Email: jpost@smithhulsey.com<br><br>Attorneys for the Reorganized Debtors | /s/  *Kyle A. Forsyth*<br>J. CHRISTOPHER KOHN<br>RUTH A. HARVEY<br>KYLE A. FORSYTH<br><br>Attorneys, Civil Division<br>U.S. Department of Justice<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 307-0452<br>Fax: (202) 514-9163<br>Email: Kyle.Forsyth@usdoj.gov<br><br>Attorneys for the United States |