**F I L E D**
JACKSONVILLE, FLORIDA

**FEB 0 1** 2007

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

Winn-Dixie Stores, Inc., et al.,

    Reorganized Debtor

Case No.: 05-03817-3F1
Chapter 11
Jointly Administered

# MOTION FOR RELIEF FROM STAY
### (Movant Vicki Collins)

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

*Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within 20 days from the date of service of this paper.  If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 North Hogan Street, Jacksonville, Florida 32202, and serve a copy on the Movant's attorney, Andrew S. Bresalier, Esquire, The Law Offices of Abel and Halleran, 1920 East Hallandale Beach Boulevard, Suite 803, Hallandale Beach, Florida 33009.*

*If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified.  If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.*

    **COMES NOW**, the Movant, Vicki Collins, by and through undersigned attorney, and files this as her Motion for Relief from Stay, pursuant to 11 U.S.C. §362(d), Bankruptcy Rules and 4001, and would say unto the Court as follows:

1.  The Movant is a Creditor of the Debtor herein.

2.  The Movant's claim against the Debtor arises out of a personal injury suffered on or about July 18, 2005, at the Debtor's business premises located in Fort Pierce, Florida.

3.  The incidents giving rise to the Movant's claim all arose in St. Lucie County, Florida.

4.  That the Movant and all witnesses to the incident are residents of St. Lucie County, Florida, or the vicinity thereof.

5.  That St. Lucie County, Florida is the appropriate forum for determining the Movant's Claim.

6.  That the Movant seeks to Modify the Stay to permit litigation be filed, in the Circuit Court of St. Lucie County, Florida, and to proceed through judgment, if so granted.

7.  That no prejudice would be done to the Debtor by permitting the Movant to proceed through judgment, if so granted.

8.  That the Movant has no alternate mechanism available to her to liquidate her claim.

9.  That the nature of such litigation is "routine" and is within the "ordinary-course-of-business" permitted.

10. Upon information and belief, the Debtor's liability for the Movant's claim is payable under insurance coverage maintained by the Debtor on the date of the accident, and the Movant seeks to obtain payment of her claim through said available insurance.

11. In the event any portion of the Movant's liquidated claim exceeds that which is available through proceeds provided by the Debtor's insurance, that excess should be processed as any similar liquidated claim, likewise incurred subsequent to the filing of the Debtor's Petition.

**WHEREFORE**, the Movant, Vicki Collins, requests this Court enter an Order Modifying the Stay, to permit the bringing of an action before the Circuit Court of St. Lucie County, Florida, based upon the Movant's claim against the Debtor arising out of a personal injury suffered, on or about July 18, 2005.

**THE LAW OFFICES OF ABLE AND HALLERAN**
1920 East Hallandale Beach Boulevard, Suite 803
Hallandale Beach, Florida 33009
954.458.7600 / Fax 954.458.7777

01/29/07

**Andrew S. Bresalier, Esquire**
Fl Bar: 493279 / Email: asblawyer@yahoo.com

**I hereby certify** that a true and correct copy of the foregoing was forwarded this 25th day of January, 200 7, to:

<div style="display:flex">

Counsel for the Debtor
D. Jan Baker, Rosalie Walker Gray,
& Adam S. Ravin, Esq.'s
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, NY 10036

Counsel for the Debtor:
Stephen D. Busey, James H. Post,
& Cynthia C. Jackson, Esq.'s
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

</div>

Debtor
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254

Counsel To The Creditors' Committee
Dennis Dunne, Esq.
Millbank, Tweed, Handley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413

Movant
Vicki Collins
7007 Santa Clara Blvd
Ft Pierce, Fl 34951

**THE LAW OFFICES OF ABLE AND HALLERAN**
1920 East Hallandale Beach Boulevard, Suite 803
Hallandale Beach, Florida 33009
954.458.7600 / Fax 954.458.7777

**Andrew S. Bresalier, Esquire**
Fl Bar: 493279 / Email: asblawyer@yahoo.com

**Original:**    Clerk of the Court,
U.S. Bankruptcy Court Middle District of Florida
300 North Hogan Street
Jacksonville, FL 32202



**UNITED STATES**
**BANKRUPTCY COURT**
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

# 798405 - LL

**February 01, 2007**
**12:23:05**

**M/LIFT STAY**
**05-03817**

Name...: COLLINS
Amount.:                    $150.00 CH
Check#.: 5065

**Total-> $150.00**

FROM: ABLE AND HALLERAN
Visit us online: www.flmb.uscourts.gov

Attorneys!
Ask about our NEW AE-Receipts option.
Get receipts emailed directly to you!