Name: Annie M. Gardner
Date Of Accident: August 1, 2006

FILED
FILED
JACKSONVILLE, FLORIDA
FEB - 1 2007
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

To Whom It may Concern

I Annie M. Gardner was in Winn Dixie Save Wright grocery store at the Gardiner Center in Laurel Ms. On August 1 2006. as I enter the store to make grocery I begin to walk down one of the isles. Before I knew it I lost my balanced and fell, there were two witnesses to this incident a cashier on the left and one on the right. The cashier on the left heard me when I fell, so she came to offer some assistance, she also brought along with her one of the baggers of the store. as they begin to help me get up, they notice it was a liquid spill on the floor, so they called for the floor person to come and mop it up. Then the bagger called for the manager. Of the store. The manager came to see if I was ok. He asked for my name, address, phone # and age. After gathering my information he also called for an ambulance. I was taken to South Regional Medical Center for treatment and released on the same day. They took an X ray but at that time it didn't show that anything was wrong. I have been seen by several doctors about my constant/severe pain in my back and ® leg pain. My pain wasn't getting better but worse, so I made an appointment to see Dr. M.G. Ramesh Singh M.D. in Laurel Ms. He ran several tests and discovered that my ® leg was broken. So he preferred me to Dr. Thomas Sturtevant who specializes in rehabilitation. Since then I have been going to going to therapy three times a week and taking pain medication on a daily basic.. My therapist is Dr. Joel Pierce. All I'm asking is to be compensated for my pain and suffering...

Sincerely Yours
*Annie M Gardner*
Annie M. Gardner

**THOMAS PHARMACY**
GARDINER CENTER
LAUREL, MS 39440
(601) 428-5977

Customer's Order No. _____ Phone No. _____ Date 1-9-07
Name: Annie Gardner
Address: _____

SOLD BY: LNT

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | 751604 | | 1.00 |
| | 751834 | | 6.00 |
| | 751124 | | 5.10 |
| | 751030 | | 1.00 |
| | Ser Charge | | 15.00 |
| | | TAX | |
| | | TOTAL | 44.00 |

16541  Thank You

---

**THOMAS PHARMACY**
GARDINER CENTER
LAUREL, MS 39440
(601) 428-5977

Customer's Order No. _____ Phone No. _____ Date 1-9-07
Name: Annie M Gardner
Address: _____

SOLD BY: LNT

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | 751019 | | 3.00 |
| | 744860 | | 1.00 |
| | 751021 | | 1.00 |
| | 751024 | | 3.00 |
| | 751024 | | 3.10 |
| | 751025 | | 3.10 |
| | 751026 | | 3.10 |
| | 751027 | | 3.10 |
| | 751035 | | 3.10 |
| | 751038 | | 1.00 |
| | 751007 | | 3.10 |
| | | TAX | |
| | | TOTAL | 3.10 |

16540  Thank You

# AUTHORIZATION TO DISCLOSE HEALTH INFORMATION

I hereby authorize the use or disclosure of my individually identifiable health information as described below. I understand that I may refuse to sign this authorization. I understand that when the information is used or disclosed, it may be subject to being redisclosed and may no longer be protected by federal privacy regulations.

Patient Name: _Annie M Gardner_    Medical Record Number: _0133724_
Social Security Number: _____    Date of Birth: _2-7-51_
Individual/Organization authorized to make the disclosure: _SCRMC_
Date(s) of service to be disclosed: _6/1/00_

Please check the type of information to be used or disclosed:

____ Admission Record            ____ History & Physical         ____ Immunization Dates
____ Emergency Record            ____ Operative Report           ✓ Physician Clinic Visits _10/00_
____ Discharge Summary           ____ Laboratory Reports         ____ Films, slides, or videos
✓ Radiology Reports              ____ Entire Record              ____ Other _____
____ General Abstract (Includes: Admission record, D/C summary, H&P, ER record, consults, lab, radiology, EKG, EEG,
    operative report, cardio respiratory reports, other dictated reports)

This information may be disclosed to and used by the following individual or organization: _car_
_____
(Name and Address)  _treatment_
for the purpose of _treatment_

* I understand that these records may include information relating to AIDS (Acquired Immunodeficiency Syndrome) or infection with HIV (Human Immunodeficiency Virus), psychiatric care, or treatment of alcohol and/or drug abuse.
* I understand that I have a right to revoke this authorization at any time by notifying the providing organization in writing, but if I do it will not have an effect on any actions taken in reliance on my authorization before the disclosing organization received the revocation. I understand that the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy.
* To request a Revocation of Authorization form, I may contact: SCRMC Privacy Officer, P.O. Box 607, Laurel, MS 39441.
* Unless otherwise revoked, this authorization will expire on the following date, event, or condition: _____
(If no date is specified, this authorization will expire in six months from the date it is signed.)
   ☐ This authorization will not expire because my protected health information is being disclosed for research purposes.
* I understand that treatment, payment, enrollment, or eligibility for benefits may be conditioned on obtaining the authorization in the following circumstances:
   * For research related purposes
   * If the authorization is sought by the health plan for eligibility or enrollment determinations relating to the individual or for its underwriting or risk rating determinations.
   * When the provision of health care is solely for the purpose of creating protected health information for disclosure to a third party.

NOTICE TO PATIENT: The patient or patient's representative may inspect and/or request a copy of the health information to be used or disclosed in accordance with SCRMC policies.

Patient Name: _Annie M Gardner_
   *Please Print*

Signature of patient or patient's representative: _____    Date: _1/29/07_

If signed by legal representative, relationship to patient: _____

Witness: _____

---

TO BE COMPLETED BY PROVIDER:

Complete only if authorization is for marketing purposes:
SCRMC   ☐ will   ☐ will not receive direct or indirect remuneration or compensation in exchange for using or disclosing the information listed above.

Date of Disclosure: _____    Clerk Initials: _____

---

DO NOT WRITE BELOW THIS LINE                                    DO NOT WRITE BELOW THIS LINE

SOUTH CENTRAL
REGIONAL MEDICAL CENTER
P.O. BOX 607 • LAUREL, MISSISSIPPI • 39441

P
A
T
I
E
N
T

B
A
R
C
O
D
E

AUTHORIZATION TO DISCLOSE INFORMATION
AUTHDISC Rev. 11-2003

**South Central Regional Medical Center**  
P.O. Box 607  
Laurel, Mississippi 39441

Patient Name: GARDNER, ANNIE J  
DOB/Age: 2/4/51...55 years  
MRN: 006133724  
FIN: 7676762  
Location:

### Physician Notes

| | | | |
|---|---|---|---|
| Perform by | KAREN SUE TEMPLE, CFNP | on | per contribution |
| Sign by | per contribution | on | per contribution |
| Co-Sign by | | | |

Signed By:   ED-COSIGN, PHYSICIAN (8/19/06 01:21:35); KAREN SUE TEMPLE, CFNP (8/13/06 14:45:43)

flowsheet
**Reexamination**
time 8/1/2006 2:34:00 PM
**Course:** Improving.

**Impression and Plan**
  **Diagnosis**
    Right hip pain, lumbar back pain s/p fall
  **Discharge plan**
    **Condition:** Stable.
    **Disposition:** Discharge, Dispositioned by: KAREN SUE TEMPLE, CFNP.
    **Prescriptions:** Methocarbamol (Robaxin 500 mg oral tablet)(2 TAB  PO  QID  PRN  #20  0 Refill(s)  0 Tot. Refills), Ketorolac (Toradol)(10 mg  PO  Q4-6H  PRN  #15  0 Refill(s)  0 Tot. Refills  (not to exceed 40 mg/day)).
    **Follow up with:** Your Primary Care Physician, In: 2, day(s), as needed.
    **Counseled:** Patient, Regarding diagnosis, Regarding treatment plan, Regarding prescription.

South Central Regional Medical Center
P.O. Box 607
Laurel, Mississippi 39441

Patient Name:   **GARDNER, ANNIE J**
DOB/Age:        02/04/1951   55 years
FIN:            7676762
MRN:            006133724
Accession No:   N/A
Location/Rm:
Patient Type:   ER OUTPAT

## RADIOLOGY REPORT

| EXAM | EXAM DATE/TIME | ACCESSION NUMBER | ORDERING MD |
|---|---|---|---|
| DX LUMBAR SPINE COMPLETE | 08/01/2006 14:22:32 | RA-06-0025719 | MICHAEL D. LAROCHELLE, DO |

CPT 4:

72110

**REASON:**
RM 5  STRETCHER   FALL PAIN BACK, PELVIS

**REPORT**

**LUMBAR SPINE, FIVE VIEWS:**
Alignment, vertebral body height, and disc spaces are maintained. Minimal hypertrophic spurring is noted. Diffuse facet degenerative changes appear to be present. No fracture or destructive process is identified.

**IMPRESSION:**
Mild degenerative changes.

Interpreting Physician RONALD W. GATEWOOD, MD
Electronically Signed by RONALD W. GATEWOOD, MD
Transcriptionist DF
Transcribed Date/Time 08/01/2006 15:14
Signed Date/Time 08/01/2006 16:20
Technologist FE
*****************FINAL************************

| EXAM | EXAM DATE/TIME | ACCESSION NUMBER | ORDERING MD |
|---|---|---|---|
| DX PELVIS 1 OR 2 VIEWS | 08/01/2006 14:22:28 | RA-06-0025720 | MICHAEL D. LAROCHELLE, DO |

CPT 4:

72170

**South Central Regional Medical Center**
P.O. Box 607
Laurel, Mississippi 39441

Patient Name: **GARDNER, ANNIE J**
DOB/Age: 02/04/1951   55 years
FIN: 7676762
MRN: 006133724
Accession No: N/A
Location/Rm:
Patient Type: ER OUTPAT

## RADIOLOGY REPORT

| EXAM | EXAM DATE/TIME | ACCESSION NUMBER | ORDERING MD |
|---|---|---|---|
| DX PELVIS 1 OR 2 VIEWS | 08/01/2006 14:22:28 | RA-06-0025720 | MICHAEL D. LAROCHELLE, DO |

### REASON:
RM 5 STRETCHER   FALL PAIN BACK, PELVIS

### REPORT
### PELVIS, TWO VIEWS:
Diffuse demineralization. No fracture or dislocation is identified.

Interpreting Physician  RONALD W. GATEWOOD, MD
Electronically Signed by  RONALD W. GATEWOOD, MD
Transcriptionist  DF
Transcribed Date/Time  08/01/2006 15:13
Signed Date/Time  08/01/2006 16:20
Technologist  FE
*****************FINAL***********************



**South Central Regional Medical Center**
P.O. Box 607
Laurel, Mississippi 39441

Patient Name: GARDNER, ANNIE J
DOB/Age: 2/4/51...55 years
MRN: 006133724
FIN: 7676762
Location:

## Physician Notes

| | | | |
|---|---|---|---|
| Perform by | KAREN SUE TEMPLE, CFNP | on | per contribution |
| Sign by | per contribution | on | per contribution |
| Co-Sign by | | | |

Signed By:   ED-COSIGN, PHYSICIAN (8/19/06 01:21:35); KAREN SUE TEMPLE, CFNP (8/13/06 14:45:43)

- **Cardiovascular symptoms:** no chest pain
- **Respiratory symptoms:** no shortness of breath
- **Gastrointestinal symptoms:** no nausea no vomiting, no diarrhea.
- **Genitourinary symptoms:** Negative.
- **Musculoskeletal symptoms:** Muscle pain, joint pain, right, knee, hip, back.
- **Endocrine symptoms:** Negative.
- **Neurologic symptoms:** no headache
- **Allergy/immunologic symptoms:** Negative.
- **Psychiatric symptoms:** Anxiety.
- **Lymphatic symptoms:** Negative.

All other systems reviewed and otherwise negative

**Past Medical/ Family/ Social History**
- **Medical history:** Hypertension, Diabetes: Diabetes mellitus, type 2, Additional significant medical history: Anxiety.
- **Surgical history:** Tubal ligation.
- **Family history:** Not significant.
- **Social history:** Not significant.

**Physical Examination**
- **General appearance:** Mild distress, alert and oriented x 3.
- **Skin:** Warm, dry, no pallor, no rash not ashen, not cyanotic, not jaundice.
- **Facial:** Within normal limits.
- **Scalp:** Within normal limits.
- **Eye:** Pupils equal, round, and reactive to light, extraocular movements intact, normal conjuctiva.
- **Ears, nose, mouth and throat:** Oral mucosa moist.
- **Neck:** Supple, no tenderness.
- **Back:** Lumbar, tenderness.
- **Extremity:** Right, tenderness, hip tender with lateral palpation.
- **Heart:** Regular rate and rhythm.
- **Perfusion:** Normal, capillary refill.
- **Respiratory:** Lungs clear to auscultation bilaterally, respirations nonlabored.
- **Abdominal:** Soft, Tenderness: Neg, Bowel sounds: Normal, no guarding:.
- **Neurological:** Alert and oriented times 3, no focal neuro deficits.
- **Psychiatric:** Anxious.

**Medical Decision Making**
- **Clinical work-up/Interpretation**
  - **Physician orders:** Imaging: Lspine, pelvis.
  - **Nursing orders:** Medications: demerol 50 IM vo Dr. LaRochelle; phenergan 25 IM.
  - **X-ray:** Pelvis- negative; L-spine negative for acute pathology Dr. LaRochelle.
  - **Documentation reviewed:**
    emergency department nurses' notes

```
South Central Regional Medical Center      Patient Name: GARDNER, ANNIE J
P.O. Box 607                                DOB/Age: 2/4/51...55 years
Laurel, Mississippi 39441                   MRN: 006133724
                                            FIN: 7676762
                                            Location:
```

## Physician Notes

```
Perform by      KAREN SUE TEMPLE, CFNP            on    per contribution
Sign by         per contribution                  on    per contribution
Co-Sign by

Signed By:   ED-COSIGN, PHYSICIAN (8/19/06 01:21:35); KAREN SUE TEMPLE, CFNP (8/13/06 14:45:43)

General medical
```

Patient: **GARDNER, ANNIE M**     MRN - **006133724** - SCRMC HBOC MRN Pool
Age: **55 years**   Sex: **Female**   DOB: **2/4/1951**
Author: **KAREN SUE TEMPLE, CFNP**

**Basic Information**
  **Time seen:** 8/1/2006 1:30:00 PM .
  **History source:** Patient.
  **Arrival mode:** Ambulance.
  **Vital signs:** - : Vital Signs(Date Range: 8/1/2005 1:37 PM - 8/2/2006 1:37 PM).
    8/1/2006 1:27 PM           Temperature Oral           98.0 DegF
                               Respiratory Rate           22 br/min
                               **Systolic Blood Pressure  183 mmHg   HI**
                               Diastolic Blood Pressure   90 mmHg
                               Vitals Performed Dt/Tm     8/1/2006 1:27 PM
                               BP Method                  Auto
                               Pulse Rate                 80 bpm
                               Air Delivery Method        Room air
                               pain Score                 9
  **Medications:** Current Medications: prescriptions/home medications (selected)
    metoclopramide, 10 mg  Q6H  0 Refill(s)  0 Tot. Refills
    glyburide-metformin, 1 TAB  PO  daily  0 Refill(s)  0 Tot. Refills
    gabapentin, PO  0 Refill(s)  0 Tot. Refills
    ramipril (Altace), 2.5 mg  PO  QD  0 Refill(s)  0 Tot. Refills
    furosemide (Lasix 40 mg oral tablet), 1 TAB  PO  QD  0 Refill(s)  0 Tot. Refills
    aspirin, 325 mg  PO  QD  0 Refill(s)  0 Tot. Refills
    risperidone (Risperdal), 2 mg  PO  BID  0 Refill(s)  0 Tot. Refills.
  **Allergies:** No known medication allergies.
  **Menstrual-pregnancy history:** Per nurse's notes.
  **History limitation:** None.

**History of Present Illness**
  Patient presents with Fell PTA to ER and now complains of right hip, knee and lumbar spine pain.

**Associated Symptoms**
  **Constitutional symptoms:** no fever  no chills.

**Review of Systems**
  **Eye symptoms:** no recent vision problems
  **ENT:** Negative.

COPIED PROTECTED HEALTH INFORMATION FOR ALCOHOL AND DRUG TREATMENT RECORDS ONLY: THIS INFORMATION HAS BEEN DISCLOSED TO YOU FROM RECORDS PROTECTED BY FEDERAL CONFIDENTIALITY RULES (42 CFR PART 2) THESE FEDERAL RULES PROHIBIT YOU FROM MAKING ANY FURTHER DISCLOSURE OF THIS INFORMATION UNLESS FURTHER DISCLOSURE IS EXPRESSLY PERMITTED BY THE WRITTEN CONSENT OF THE PERSON TO WHOM IT PERTAINS. A GENERAL AUTHORIZATION FOR RELEASE IS NOT SUFFICIENT FOR THIS PURPOSE.   SCRMC

```
South Central Regional Medical Center        Patient Name:GARDNER, ANNIE J
P.O. Box 607                                      DOB/Age:2/4/51...55 years
Laurel, Mississippi 39441                             MRN:006133724
                                                      FIN:7676762
                                                 Location:
```

## Physician Notes

```
Perform by      KAREN SUE TEMPLE, CFNP          on     per contribution
Sign by         per contribution                on     per contribution
Co-Sign by

Signed By:    ED-COSIGN, PHYSICIAN (8/19/06 01:21:35); KAREN SUE TEMPLE, CFNP (8/13/06 14:45:43)
```

**Cardiovascular symptoms:** no chest pain
**Respiratory symptoms:** no shortness of breath
**Gastrointestinal symptoms:** no nausea no vomiting, no diarrhea.
**Genitourinary symptoms:** Negative.
**Musculoskeletal symptoms:** Muscle pain, joint pain, right, knee, hip, back.
**Endocrine symptoms:** Negative.
**Neurologic symptoms:** no headache
**Allergy/immunologic symptoms:** Negative.
**Psychiatric symptoms:** Anxiety.
**Lymphatic symptoms:** Negative.
**All other systems reviewed and otherwise negative**

**Past Medical/ Family/ Social History**
  **Medical history:** Hypertension, Diabetes: Diabetes mellitus, type 2, Additional significant medical history: Anxiety.
  **Surgical history:** Tubal ligation.
  **Family history:** Not significant.
  **Social history:** Not significant.


**Physical Examination**
  **General appearance:** Mild distress, alert and oriented x 3.
  **Skin:** Warm, dry, no pallor, no rash not ashen, not cyanotic, not jaundice.
  **Facial:** Within normal limits.
  **Scalp:** Within normal limits.
  **Eye:** Pupils equal, round, and reactive to light, extraocular movements intact, normal conjuctiva.
  **Ears, nose, mouth and throat:** Oral mucosa moist.
  **Neck:** Supple, no tenderness.
  **Back:** Lumbar, tenderness.
  **Extremity:** Right, tenderness, hip tender with lateral palpation.
  **Heart:** Regular rate and rhythm.
  **Perfusion:** Normal, capillary refill.
  **Respiratory:** Lungs clear to auscultation bilaterally, respirations nonlabored.
  **Abdominal:** Soft, Tenderness: Neg, Bowel sounds: Normal, no guarding:.
  **Neurological:** Alert and oriented times 3, no focal neuro deficits.
  **Psychiatric:** Anxious.

**Medical Decision Making**
  **Clinical work-up/Interpretation**
    **Physician orders:** Imaging: Lspine, pelvis.
    **Nursing orders:** Medications: demerol 50 IM vo Dr. LaRochelle; phenergan 25 IM.
    **X-ray:** Pelvis- negative; L-spine negative for acute pathology Dr. LaRochelle.
    **Documentation reviewed:**
      emergency department nurses' notes

```
South Central Regional Medical Center        Patient Name: GARDNER, ANNIE J
P.O. Box 607                                     DOB/Age: 2/4/51...55 years
Laurel, Mississippi 39441                            MRN: 006133724
                                                     FIN: 7676762
                                                Location:
```

## Physician Notes

```
Perform by    KAREN SUE TEMPLE, CFNP           on    per contribution
Sign by       per contribution                 on    per contribution
Co-Sign by

Signed By:   ED-COSIGN, PHYSICIAN (8/19/06 01:21:35); KAREN SUE TEMPLE, CFNP (8/13/06 14:45:43)
```

flowsheet
**Reexamination**
time 8/1/2006 2:34:00 PM
**Course:** Improving.

**Impression and Plan**
**Diagnosis**
Right hip pain, lumbar back pain s/p fall
**Discharge plan**
**Condition:** Stable.
**Disposition:** Discharge, Dispositioned by: KAREN SUE TEMPLE, CFNP.
**Prescriptions:** Methocarbamol (Robaxin 500 mg oral tablet)(2 TAB  PO  QID  PRN  #20  0 Refill(s)  0 Tot. Refills), Ketorolac (Toradol)(10 mg  PO  Q4-6H  PRN  #15  0 Refill(s)  0 Tot. Refills  (not to exceed 40 mg/day)).
**Follow up with:** Your Primary Care Physician, In: 2, day(s), as needed.
**Counseled:** Patient, Regarding diagnosis, Regarding treatment plan, Regarding prescription.

```
THOMAS PHARMACY Gardner Center          PATIENT PRESCRIPTION SUMMARY                                Page    1
Gardner Center                            Period 01/17/07 to 01/20/07                               PID: 2518174
P.O. Box 4111                                   Tue Jan 30, 2007
Laurel, MS  39440
(601) 428-5977


GARDNER, ANNIE M.                       Birthdate: 02/04/51
415 SORRELL DR                            SS#: 587746146
F-157
Laurel, MS  39443
(601) 428-5110

   Date    Drug                          Rx Nbr  Rf    Qty  Doctor                              Price Summary        Total
 01/17/07  LIDODERM 5% PATCH 30          755125   0     60  STURDAVANT, THOMAS                  HUMANA    332.87
           NDC 63481-0687-06 Type R RPh LCB    DS 30 DEA  BS6651815     DAW 0      Cash Paid       3.10
               DAW 0   Plan 1  APV: A7074177191961                                 Patient Less Tax 3.10         $335.97

 01/20/07  TED ANTI-EMBOLISM STOCKINGS   755353   0      2  STURDAVANT, THOMAS                    Cash Paid      27.14
           NDC 08225-5045-00 Type O RPh LET    DS  2 DEA  BS6651815     DAW        Patient Less Tax  27.14       $27.14

Total New/Refill's 2   Total Non-AR Plan(s) Paid   $332.87   Total AR & Patient Less Tax    $30.24   Total Tax Paid    $0.00
```

RPh Signature: _[signature]_

PID 2518174     FED ID 64-0936591

```
THOMAS PHARMACY Gardner Center        PATIENT PRESCRIPTION SUMMARY                        Page   1
Gardner Center                         Period 12/27/06 to 12/27/06                        PID: 2518174
P.O. Box 4111                              Tue Jan 30, 2007
Laurel, MS  39440
(601) 428-5977

GARDNER, ANNIE M.                     Birthdate: 02/04/51
415 SORRELL DR                             SS#: 587746146
F-157
Laurel, MS 39443
(601) 428-5110


  Date    Drug                          Rx Nbr  Rf    Qty  Doctor                              Price Summary         Total
12/27/06  HYDROCODONE/APAP 5/500 TAB    753945   0    24   LAROCHELLE, MICHAEL                  HUMANA      5.00
          NDC 00406-0357-05 Type S RPh LCB            DS   24  DEA  BL2908602    DAW 0  Patient Less Tax            $5.00
              DAW 0   Plan 1 APV: A7067619256811

Total New/Refill's 1    Total Non-AR Plan(s) Paid    $5.00   Total AR & Patient Less Tax    $0.00   Total Tax Paid   $0.00



RPh Signature: _____

PID 2518174      FED ID 64-0936591
```

```
THOMAS PHARMACY Gardner Center      PATIENT PRESCRIPTION SUMMARY                    Page    1
Gardner Center                       Period 08/30/06 to 08/30/06                   PID: 2518174
P.O. Box 4111                              Tue Jan 30, 2007
Laurel, MS  39440
(601) 428-5977


GARDNER, ANNIE M.                    Birthdate: 02/04/51
415 SORRELL DR                         SS#: 587746146
F-157
Laurel, MS  39443
(601) 428-5110

  Date   Drug                      Rx Nbr  Rf    Qty  Doctor                              Price Summary        Total
 08/30/06 APAP TAB 7.5/500 QU/VI1000  746509  0    90  BARCLAY, VIVEK                          HUMANA    11.08
          NDC 00603-3882-32 Type S RPh LET       DS  30 DEA  BB4019077       DAW 0         Cash Paid    1.00
                DAW 0   Plan 1 APV: A9066429440831                                 Patient Less Tax    1.00    $12.08

Total New/Refill's 1   Total Non-AR Plan(s) Paid   $11.08   Total AR & Patient Less Tax   $1.00   Total Tax Paid   $0.00


RPh Signature: _____

PID 2518174    FED ID 64-0936591
```

```
THOMAS PHARMACY Gardner Center         PATIENT PRESCRIPTION SUMMARY                          Page   1
Gardner Center                          Period 08/02/06 to 08/02/06                          PID: 2518174
P.O. Box 4111                                 Tue Jan 30, 2007
Laurel, MS  39440
(601) 428-5977


GARDNER, ANNIE M.                       Birthdate: 02/04/51
415 SORRELL DR                          SS#: 587746146
F-157
Laurel, MS  39443
(601) 428-5110


   Date    Drug                             Rx Nbr  Rf     Qty   Doctor                                    Price Summary          Total
 08/02/06  KETOROLAC TROM 10 ETH 100        744861   0      15   TEMPLE, KAREN SUE-CFNP                    HUMANA      8.38
           NDC 58177-0301-04 Type S RPh LET         DS   4 DEA  BS1735072        DAW 0                 Cash Paid      1.00
                DAW 0  Plan 1 APV: A6066146070121                                                 Patient Less Tax    1.00         $9.38

 08/02/06  AMOX TR-K CLV 875-125 MG TA     744885    0      20   BUSH, GEORGE R.                          HUMANA     60.19
           NDC 63304-0509-20 Type S RPh LET         DS  10 DEA  AB7022003        DAW 0                 Cash Paid      1.00
                DAW 0  Plan 1 APV: A4066146858841                                                 Patient Less Tax    1.00        $61.19

Total New/Refill's 2    Total Non-AR Plan(s) Paid     $68.57   Total AR & Patient Less Tax      $2.00   Total Tax Paid    $0.00


RPh Signature: _____

PID 2518174       FED ID 64-0936591
```

# South Central Regional Medical Center
## Emergency Department Discharge Instructions

**Name:** ANNIE GARDNER  **DOB:** 02/04/1951
**Chief Complaint:** LOW BACK; CHEST P

**MRN:** 006133724  **Visit Date:** 08/03/2006 05:53
**FIN:** 7677307  **Current Date:** 8/3/2006 6:32:00 AM
**Address:** 157 F SORRELL DRIVE LAUREL MS 39440

**Primary Care Provider:**
 Name:
 Phone:

**Emergency Department Care Providers:**
 Primary Physician: JON D. FINCH, DO, ED Physician

 Primary Nurse:
 Secondary Physician:
 Secondary Nurse:

South Central Regional Medical Center would like to thank you for allowing us to assist you with your healthcare needs. The following includes patient education materials and information regarding your injury/illness.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Winn-Dixie Stores, Inc., et al.,

Reorganized Debtors.

Case No. 05-03817-3F1

Chapter 11

Jointly Administered

## NOTICE OF (A) ENTRY OF ORDER CONFIRMING PLAN OF REORGANIZATION, (B) OCCURRENCE OF EFFECTIVE DATE OF PLAN, AND (C) BAR DATES FOR FILING CLAIMS ARISING BEFORE EFFECTIVE DATE AND OTHER ADMINISTRATIVE CLAIMS

TO: ALL PARTIES IN INTEREST

PLEASE TAKE NOTICE THAT:

1. On November 9, 2006, the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Bankruptcy Court") entered its Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Confirmation Order"). Unless otherwise defined herein, capitalized terms used in this Notice shall have the meanings ascribed to such terms in the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated August 9, 2006, as modified by the First Modification to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated October 10, 2006 (together, the "Plan"). Copies of the Confirmation Order and the Plan may be obtained by accessing http://www.loganandco.com or http://www.flmb.uscourts.gov.

2. The conditions to consummation of the Plan set forth in Section 10.2 of the Plan were satisfied (or waived) on November 21, 2006. Thus, in accordance with the terms of the Plan, the Plan became effective on November 21, 2006 (the "Effective Date"). All references in the Plan and the Confirmation Order to the Effective Date are to November 21, 2006.

3. In accordance with Section 12.1 of the Plan, subject to the provisions of paragraph 4 below, all requests for payment of an Administrative Claim <u>or any Claim arising against the Debtors in the period between February 21, 2005 and November 21, 2006</u>, (other than as set forth in Section 4.1(a), 12.1, 12.2, 12.3, 12.4, or 12.5 of the Plan) must be made by application filed with the Bankruptcy Court and served on counsel for the Reorganized Debtors and the Post-Effective Date Committee **no later than January 5, 2007**, which is the date forty-five (45) days after the Effective Date. The filing of an application must be made via the Bankruptcy Court's electronic filing procedures (electronic filing is mandatory for all attorneys) or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202. The service of an application on counsel for the Reorganized Debtors must be made by delivery of a copy upon James Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, Fax: (904) 359-7708, E-mail: jpost@smithhulsey.com; and service of an application on counsel for the Post-Effective Date Committee must be made by delivery of a copy upon Matthew Barr, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Fax: (212) 822-5194, E-mail: mbarr@milbank.com. In the event that the Reorganized Debtors object to an application, the Bankruptcy Court shall determine the Allowed amount of such Administrative Claim. **Subject to the provisions of paragraph 4 below, an Administrative Claim or any Claim arising against the Debtors in the period between February 21, 2005 and November 21, 2006 that is not asserted in an application filed and served no later than January 5, 2007, shall be forever barred and deemed waived and relinquished in full, and the Reorganized Debtors shall have no obligation to pay such Claim.**

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

4. Notwithstanding the provisions of paragraph 3, (a) no application seeking payment of an Administrative Claim or any Claim arising between February 21, 2005 and November 21, 2006 is required with respect to an undisputed post-petition obligation which was paid or is payable by a Debtor in the ordinary course of business; *provided, however*, that in no event shall a post-petition obligation that is contingent or disputed and subject to liquidation through pending or prospective litigation, including, but not limited to, alleged obligations arising from personal injury, property damage, products liability, consumer complaints, employment law (excluding claims arising under workers' compensation law), secondary payor liability, or any other disputed legal or equitable claim based on tort, statute, contract, equity, or common law, be considered to be an obligation which is payable in the ordinary course of business; and (b) no application is required with respect to Cure owing under an executory contract or unexpired lease if the amount of Cure is fixed or proposed to be fixed by order of the Bankruptcy Court pursuant to a motion to assume and fix the amount of Cure filed by the Debtors and a timely objection asserting an increased amount of Cure filed by the non-Debtor party to the subject contract or lease.

5. In accordance with Section 12.2(a) of the Plan, all final requests for payment of Professional Fee Claims pursuant to Sections 327, 328, 330, 331, 503(b), or 1103 of the Bankruptcy Code must be made by application filed with the Bankruptcy Court and served on the Reorganized Debtors, their counsel, counsel to the Creditors Committee or the Post-Effective Date Committee, the fee examiner, and other necessary parties-in-interest **no later than January 22, 2007**, which date is sixty (60) days after the Effective Date, unless otherwise ordered by the Bankruptcy Court. No hearing shall be held on an application for a Professional Fee Claim until the fee examiner has completed and filed a report with respect to the Professional Fee Claim. Objections to such applications must be filed and served on the Reorganized Debtors, their counsel, and the requesting Professional or other entity on or before the date that is thirty (30) days (or such longer period as may be allowed by order of the Bankruptcy Court) after the later of (i) the date on which the applicable application was served or (ii) the date on which the fee examiner's report with respect to the applicable Professional Fee Claim was filed.

Dated: December 6, 2006

| | |
|---|---|
| D. J. Baker<br>Sally McDonald Henry, Rosalie Walker Gray, Adam S. Ravin<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Four Times Square, New York, New York 10036 | Stephen D. Busey<br>James H. Post, Cynthia C. Jackson, Leanne Prendergast<br>SMITH HULSEY & BUSEY<br>225 Water Street, Suite 1800, Jacksonville, Florida 32202 |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

# IF YOU HAVE QUESTIONS CONCERNING THIS NOTICE, PLEASE CONTACT:

**TANA COPELAND
LEGAL ASSISTANT
SMITH HULSEY & BUSEY
PHONE: 904-359-7850
EMAIL: tcopeland@smithhulsey.com**

WDX-535480-EF-BA

ID Number: A611207133-0001-01

GARDNER, ANNIE
415 SORRELL DR
LAUREL MS 39440