UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors.[1] | ) | Jointly Administered |
| | ) | |

**AGREED ORDER RESOLVING CLAIM NUMBER 13295 FILED BY
SOUTHERN PARTNERS, AS SET FORTH IN THE DEBTORS'
TWENTY-SECOND OMNIBUS CLAIMS OBJECTION**

These cases originally came before the Court for hearing on October 25, 2006, upon the Twenty-Second Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibit A through F to the Objection.[2] A response to the Objection was filed by Southern Partners, LP as a result of which the Debtors agreed to continue the Objection with respect to claim no. 13295 filed by Southern Partners, among others. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

1. Claim no. 13295 filed by Southern Partners, LP is fixed and allowed as an unsecured non-priority claim in the amount of $182,041.42, and the remainder of claim no. 13295 is disallowed.

2. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 31 day of January 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | LOWNDES, DROSDICK, DOSTER, KANTOR & REED, P.A. |
| By /s/ James H. Post<br>James H. Post | By /s/ Robert F. Higgins*<br>Robert F. Higgins |
| Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile) | Florida Bar Number 0150244<br>215 North Eola Drive<br>Orlando, Florida 32801<br>(407) 843-4600 |
| -and- | -and- |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | STRADLEY, RONON, STEVENS & YOUNG, LLP<br>Mark J. Dorval<br>Michael P. Migliore<br>300 Delaware Avenue, Suite 800<br>Wilmington, Delaware 19801 |
| D. J. Baker<br>Sally McDonald Henry<br>Rosalie Walker Gray<br>Jane M. Leamy<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile) | Counsel for Southern Partners, LP<br><br>*Counsel has authorized his electronic signature |
| Co-Counsel for the Debtors | |

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3            User: pcathy              Page 1 of 1              Date Rcvd: Feb 01, 2007
Case: 05-03817                  Form ID: pdfdoc2          Total Served: 3

The following entities were served by first class mail on Feb 03, 2007.
aty        +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
             Jacksonville, FL 32202-4494
           +ROBERT HIGGINS,   215 NORTH EOLA DRIVE,   ORLANDO, FL 32801-2028
           +STRADLEY, RONON, STEVENS & YOUNG,   MARK J. DORVAL/MICHAEL P. MIGLIORE,
             300 DELAWARE AVENUE, SUITE 800,   WILMINGTON, DE 19801-1697
The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 03, 2007**                              **Signature:**    _Joseph Speetjens_