# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## AGREED ORDER RESOLVING CURE OBJECTIONS FILED BY MILLER GROUP PROPERTIES CORPORATION (STORE NO. 2207)

This cause came before the Court on the Responses to the Debtors' Second Omnibus Motion for Order to Assume Non-Residential Real Property Leases, Fix Cure Amounts and Grant Related Relief filed by Miller Group Properties Corporation ("Miller Group") (Docket Nos. 9158 and 9159) with respect to Store No. 2207 (the "Cure Objections"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objections are overruled.

2. The Debtors have paid $3,040.36 in full satisfaction of any right to cure Miller Group has or may have under 11 U.S.C. § 365 or otherwise.

3. This Agreed Order resolves all liabilities and obligations Miller Group has or may have against the Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

4.  This Court retains jurisdiction to resolve any disputes arising from this Agreed

   Order.

Dated this __31__ day of __January__, 2007, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge


Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00554284

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

WINDERWEEDLE, HAINES, WARD &
WOODMAN, P.A.

By___*s/ Ryan E. Davis**_____
    Ryan E. Davis, F.B.N. 0179851

390 North Orange Avenue, Suite 1500
Orlando, Florida 32802
(407) 423-4246
(407) 423-7014 (facsimile)
rdavis@whww.com

Counsel for Miller Group Properties
Corporation.

SMITH HULSEY & BUSEY

By___*s/ Cynthia C. Jackson*_____
    Cynthia C. Jackson, F.B.N. 498882

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Reorganized Debtors

*Counsel has authorized their electronic signature.

00554284

**BAE SYSTEMS**

Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: pcathy          Page 1 of 1          Date Rcvd: Feb 01, 2007
Case: 05-03817                Form ID: pdfdoc2       Total Served: 2


The following entities were served by first class mail on Feb 03, 2007.
aty          +Cynthia C. Jackson,    Smith Hulsey & Busey,   225 Water Street, Suite 1800,
              Jacksonville, FL 32202-4494
aty          +Ryan E Davis,   Winderweedle Haines Ward & Woodman PA,    Post Office Box 1391,
              Orlando, FL 32802-1391

The following entities were served by electronic transmission.
NONE.                                                                              TOTAL: 0


            ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 03, 2007          Signature: *Joseph Speetjens*