UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

Debtor(s)

## ORDER STRIKING MOTION FOR EXTENSION OF TIME TO FILE CLAIM AND REQUEST FOR RELIEF FROM STAY

The Court finds that the Motion for Extension of time to file Claim and Request for Relief from Stay filed by Eaton G. Barnard on behalf of Sibyl E. Hester on January 31, 2007 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Motion for Extension of time to file Claim and Request for Relief from Stay filed by Eaton G. Barnard on behalf of Sibyl E. Hester on January 31, 2007, is stricken from the record.

**DATED January 31, 2007**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:

Eaton G. Barnard, 1904 Dauphin Island Parkway, Mobile, AL 36605

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3         User: pcathy              Page 1 of 1              Date Rcvd: Feb 01, 2007
Case: 05-03817               Form ID: pdfdoc           Total Served: 1

The following entities were served by first class mail on Feb 03, 2007.
aty         +Eaton G Barnard,   Eaton G. Barnard & Associates, PC,   1904 Dauphin Island Parkway,
              Mobile, AL 36605-3004
The following entities were served by electronic transmission.
NONE.                                                                                       TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 03, 2007**                     **Signature:**     _Joseph Speetjens_