[31634] [Order Waiving the Requirement for Local Counsel]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Case No. 3:05−bk−03817−JAF
Chapter 11

Winn−Dixie Stores, Inc

_____Debtor(s)_____/

## ORDER WAIVING THE REQUIREMENT FOR LOCAL COUNSEL

This case came before the Court upon Motion of W. George Allen, a non−resident of Florida and counsel for Elizabeth Wimberly and Grady L. Wimberly, pursuant to Local Rule 2090−1 to waive the requirement for local counsel. Good cause exists and, it is

ORDERED: Local Rule 2090−1 permits appearance without formal admission of a non−resident of Florida and the requirement for local counsel is waived.

Dated January 31, 2007.

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Debtor(s)
Debtor(s)' Attorney
United States Trustee
W. George Allen, 800 S.E. 3rd Avenue, Penthouse, Fort Lauderdale, FL 33316

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: pcathy              Page 1 of 1         Date Rcvd: Feb 01, 2007
Case: 05-03817                Form ID: pdfdoc           Total Served: 3

The following entities were served by first class mail on Feb 03, 2007.
db           +Winn-Dixie Stores, Inc,    5050 Edgewood Court,    Jacksonville, FL 32254-3601
aty          +Cynthia C. Jackson,    Smith Hulsey & Busey,    225 Water Street, Suite 1800,
               Jacksonville, FL 32202-4494
The following entities were served by electronic transmission on Feb 02, 2007.
ust          +E-mail/PDF: ustp.region21.or.ecf@usdoj.gov Feb 02 2007 01:00:33
               United States Trustee - JAX, 11,   135 W. Central Blvd, Suite 620,   Orlando, FL 32801-2476
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 03, 2007**                    **Signature:** _/s/ Joseph Speetjens_