UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al,. | Chapter 11 |
| Reorganized Debtors. | Jointly Administered _ |

AGREED ORDER OF RESOULUTION OF THE LITIGATION
CLAIM OF CHRISTELLEN SMITH (CLAIM NO. 6881)

Christellen Smith (the "Claimant"),Submits this letter of Agreed Order Approving Claims Resolution Procedure and Authorizing Debtors to Settle or Liquidate Certain Litigation Claims (Docket No. 3326). Please take notice, Claim No. 6881 filed by Claimant is allowed in the amount of $15,000.00 as a Class 16 other Unsecured Claims under the plan. This letter presented to the Court and all parties involved that the Claimant Christellen Smith has agreed to accept the settlement Agreement Winn-Dixie New Common Stock in Accordance to the plan. The Agreement will be conducted as guided by the Laws through the Bankruptcy Court and Judge Jerry A. Funk.

Pursuant to Section 503 of the Bankruptcy Code, all in accordance to the terms and provisions of the Notice of (A) Entry of Order Confirming Plan of Reorganization, (B)Occurrence of Effective Date and Other Administrative Claims (Notice of Dates", issued to creditors and parties in interest in this proceeding. Applicant's Claim is entitle

to Administrative Expense status and its attendant priority for payment, for the "actual, necessary costs and expense..."11U.S.C. It is well-established that personal injury claims arising from committed by the debtor are entitled to expense status. See, Reading Co.v.Brown, 391 U.S. 471,485.

ORDERED AND ADJUDED:

1. Claim No. 6881 filed by Claimant is allowed in the amount $15,000.00 as a Class 16 Other Unsecured Claim under the plan.

2. Pursuant to the Plan, distributions will be made on the allowed Claim(i) to the person Christellen Smith and address as set fort in the proof of claim form filed on July 2005 in behalf of the Claimant and (i)at such time as required by the plan.

3. The Claimant, will be solely responsible for medical payment of all medical expenses after the full distributions of settlement has been issued to the applicant from Winn-Dixie According to the Plan.

The United States Bankruptcy Court shall have jurisdiction to resolve any disputes arising from this Order if debtor does not comply by with Agreed Order of Resolution in Accordance to the Plan.

Dated this _30_ dayof _January_ 2007, in Orlando Florida.

Christellen Smith
Applicant

Copy To:

James H. Post
James H. Post is directed to serve a copy of this final agreed order on the Claimant Christellen Smith and file a proof of service.

John B. Macdonald, Esq.
Patrick Patangan,