January 30, 2007

Att: Middle District of Florida Bankruptcy Court

F I L E D
JACKSONVILLE, FLORIDA

FEB 0 2 2007

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

I believe I have been robbed by Winn-Dixie and the U.S. Bankruptcy Court. I am on a fixed income and on Nov. 9, 2006, purchased $5,000 of Winn-Dixie stock coming out of bankruptcy. A few days later, based on the local Daily Journal (newspaper), the stock was worthless. Yet, on the Nov. 17, 2006 newspaper, the CEO received a $3millon bonus. I feel that the courts and Winn-Dixie knew that this stock would be worthless on Nov.9, 2006, and did nothing to stop any purchases.

I have enclosed my completed consumer contact form, response from Florida's Attorney General, copy of purchase transaction of WD, and two recent newspaper articles.

Are there any class action suits against Winn-Dixie bankruptcy? If yes, I would greatly appreciate the name/address of law firm/lawyer in regard to this situation. Thank you for your time. My e-mail address is Matosray@bellsouth.net
Ph.# 386-426-1449
Address: 191 Roberts Road, Edgewater, Fl.

Sincerely,

Raymond Matos

# Office of the Attorney General

Please return completed consumer contact form to:
Office of Attorney General Charlie Crist
State of Florida
PL-01, The Capitol
Tallahassee, Florida 32399-1050

## Consumer Contact Form

The shaded information MUST be provided as we correspond via U.S. mail. *Incomplete forms cannot be processed.* PLEASE WRITE LEGIBLY. Only <u>one</u> business per complaint form.

**Person Making Complaint:**

Miss/Ms.
Mrs./Mr. **Matos    Raymond**
Last Name, First Name, Middle Initial

**191 Roberts Road**
Mailing Address

**Edgewater    Volusia**
City, County

**Florida    32141**
State, Zip Code

**386-426-1449**
Home & Business Phone, including Area Code

**Matosray@bellsouth.net**
Email Address

**Complaint is Against:**

**Winn-Dixie Stores, Inc.**
Name/Firm/Company

Mailing Address

City, County

State, Zip Code

Business Phone, including Area Code

**WINNV**
Business Email or Web Address

Product or Service involved: **Stock**    Amount Paid: $ **5,000.00**

Date of Transaction: **Nov. 9, 2006**   ___ I was contacted   ___ Telephone   ___ Mail   [X] Other

Have you retained an attorney? [ ] Yes [X] No

Did you sign a contract or other papers, i.e. estimates, invoices, or other supporting documents? [ ] Yes [X] No

**(ATTACH COPIES.  DO NOT SEND ORIGINALS.)**

Note:
1. All documents and attachments submitted with this complaint are subject to public inspection pursuant to Chapter 119, Florida Statutes.
2. Whoever knowingly makes a false statement in writing with the intent to mislead a public servant in the performance of his official duty shall be guilty of a misdemeanor of the second degree, punishable as provided in s. 775.082, s.775.083, or s.837.06 Florida Statutes.

Please indicate if you are over the age of 60. Penalties can be enhanced for victimizing senior citizens. Over 60 [X] Yes [ ] No

**(PLEASE USE OTHER SIDE OF THIS FORM TO DESCRIBE YOUR COMPLAINT & ATTACH YOUR SIGNATURE)**

Copy

I believe I have been robbed by Winn-Dixie and the U.S. Bankruptcy Court. I am on a fixed income and on Nov. 9, 2006, purchased $5,000 of Winn-Dixie stock coming out of bankruptcy. A few days later, based on the local Daily Journal (newspaper), the stock was worthless. Yet, on the Nov. 17, 2006 newspaper, the CEO received a $3millon bonus. I feel that the courts and Winn-Dixie knew that this stock would be worthless on Nov. 9, 2006, and did nothing to stop any purchases.

If you have any information that could help me regarding this situation, it would be greatly appreciated. My e-mail address is Matosray@bellsouth.net
Ph.# 386-426-1449
Address: 191 Roberts Road, Edgewater, Fl.

Thank you for your time.
   Mr. Raymond Matos

 

**CHARLIE CRIST**
**ATTORNEY GENERAL**
**STATE OF FLORIDA**

**OFFICE OF THE ATTORNEY GENERAL**

Office of Citizen Services
The Capitol
Tallahassee, Florida 32399-1050

Telephone (850) 414-3990  SUNCOM 994-3990
FAX (850) 410-1630  SUNCOM 210-1630

December 29, 2006

Mr. Raymond Matos
191 Roberts Road
Edgewater, Florida 32141

Dear Mr. Matos:

Thank you for bringing your complaint regarding Winn-Dixie Stores, Inc. and the U.S. Bankruptcy Court to the attention of Florida Attorney General Charlie Crist. Often it is only through correspondence from concerned and responsible citizens that this office becomes aware of consumer problems.

Since the company has filed for bankruptcy, you may wish to contact the Middle District of Florida Bankruptcy Court at 3-350 John Milton Bryan Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, Florida 32202-4204, to determine if possible how you may file a claim against the company.

If you have not already done so, you may also wish to contact a private attorney for any legal advice you need. The Florida Bar offers a Lawyer Referral Service which you may contact toll-free at (800) 342-8060. If you cannot afford an attorney, you may be eligible for low cost or pro bono assistance through a local legal aid office. The Florida Bar can assist you with this process.

Thank you for contacting the Attorney General's Office. We hope this proves helpful to you. If you would like to keep current with news on Attorney General Crist's efforts to fight fraud please visit our website and subscribe to the Attorney General's weekly and monthly electronic newsletters: http://myfloridalegal.com/NewsBrie.nsf/Subscriber

Sincerely,

OFFICE OF CITIZEN SERVICES
Florida Attorney General's Office

SD-001890-S
Your Broker/Dealer is

Case 3:05-bk-03817-JAF    Doc 15019    Filed 02/02/07    Page 5 of

# Confirmation

# citigroup
SMITH BARNEY

**CITIGROUP GLOBAL MKTS INC.**
MAIN ROAD COMMONS
1318 SOUTH MAIN RD
VINELAND   NJ 08360

Account Number: 742-62058-1-6-202
Financial Advisor: CHRISTOPHER C. MELORO
856-696-1200

ACCESS your Smith Barney
account online...Free. Enroll
now at smithbarney.com

313ND431 001734
*** MR RAYMOND MATOS           #1,734
CGM IRA ROLLOVER CUSTODIAN
191 ROBERTS ROAD
EDGEWATER FL 32141-5831

You Bought 66,667 at a price of .075

WINN-DIXIE STORES INC
WE ARE A MARKET MAKER

| | |
|---|---|
| Gross Amount | $ 5,000.03 |
| Amount | $ 5,000.03 |
| Settlement Date | 11/14/2006 |

Trade Date: 11/09/2006
Market: Over-The-Counter

CUSIP#:   974280-10-9
Security#: W605143
Symbol:   WNDXQ

Unsolicited Order
Cash Acct.
Ref #: 724910

HOLD SECURITIES

We acted as your agent in this transaction.

Citigroup Global Markets Inc., member NYSE, NASDAQ and other principal exchanges. Smith Barney is a division and service mark of Citigroup Global Markets Inc. and its affiliates and is used and registered throughout the world. CITIGROUP and the Umbrella Device are trademarks and service marks of Citicorp or its affiliates and are used and registered throughout the world. Citigroup Global Markets Inc. is a member of the Securities Investor Protection Corporation (SIPC).
As a reminder, payment for securities purchased or delivery of securities sold must be deposited with us by the Settlement Date. See reverse for further details. Keep this document for your records. Thank you for doing business with us.

11/09/2006  SD-001890-S

---

[Newspaper clippings:]

**Winn-Dixie emerges from bankruptcy**

Winn-Dixie Stores Inc. emerged from bankruptcy Tuesday, 21 months after it filed for Chapter 11 protection due to huge financial losses caused by competitive pressures.

The new Winn-Dixie is much smaller than the troubled company that filed for bankruptcy Feb. 20, 2005. It has 522 stores in five states and employs about 55,000 people. In the Volusia-Flagler market, Winn-Dixie closed one store each in Daytona Beach, DeLand and Deltona.

The Jacksonville-based company said it will issue a[...] shares of new comp[...] cured creditors [...] claims and to a res[...] claims. Another 5.5 [...] be reserved under [...] centive plan. The ne[...] ly will trade under th[...]

*NOV-22*

Hamilton, director of the beachside convention center, said Tuesday morning about the tent," he said.

Negotiations are conti[...] with about five compani[...]

night at $15 a share. That raised $1.3 billion and valued the company at $4.8 billion.

*NOV-17*

**Winn-Dixie leader gets $3 million a year**

JACKSONVILLE — A federal bankruptcy judge gave his approval Thursday to a new employment contract for Peter Lynch, the president and chief executive officer of Winn-Dixie Stores Inc., which could earn him about $3 million in salary and bonuses annually.

Lynch is credited with guiding Winn-Dixie through its 21-month reorganization process under bankruptcy. The company expects to emerge from bankruptcy in the next few weeks.

— *Wire Report*

**Newspape[r] hit record**

The Daytona Bea[ch] has hit a record for [...] with 131 expected [...] week, Nov. 21-26. Th[...] record set last year [...] Robert Page, packa[...] tion manager.

The newspaper a[...] for the most inser[...]

BUSINESS WRITE[R]

**DELAND** — Nearly 11 [...] ter its first tenant [...] small strip center in [...] Lowe's Home Impr[...] Warehouse is nearly fu[...]

Seven businesses ha[ve] in Paradise Shoppes o[...] 305 E. International [...] Blvd., and another s[...] within a month, leavin[g] storefront with no tena[nt].

Washington Mutual [...] the end of December 20[...] the remaining eight [...] still under construct[ion] next business to open [...] 'n Stuff, next door to [...] said franchisee Dave M[...]

"We opened April 6," [...] said. "Business is sta[...] pick up. It's the type of [...] people don't look for u[ntil] need it."