UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

**NOTICE OF AGREED ORDER RESOLVING CLAIM NO. 6738 FILED BY H.J. HEINZ COMPANY, L.P., AS SET FORTH IN THE DEBTORS' TWENTY-FIFTH OMNIBUS CLAIMS OBJECTION**

---

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

The Court will consider this matter without further notice or hearing unless a party in interest files an objection within 3 business days from the date of service of this paper. If you object to the relief requested in this paper, you must (a) file your response with the Clerk of the Bankruptcy Court in accordance with the Court's electronic filing procedures or at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and (b) serve a copy by email and fax on (i) Winn-Dixie Stores, Inc. c/o Jay Castle, Esq., 5050 Edgewood Court, Jacksonville, Florida 32254, JayCastle@winn-dixie.com, (ii) James H. Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, jpost@smithhulsey.com and (iii) Rosalie Gray, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, rgray@skadden.com.

If you file and serve a response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file a response within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates (the "Debtors") give notice of the proposed entry of the attached Agreed Order Resolving Claim Filed by H.J. Heinz Company, L.P., as set forth in the Debtors' Twenty-Fifth Omnibus Claims Objection.

If no objection to the proposed Agreed Order is filed and served within the

time set forth above, the Court will be requested to enter the Agreed Order without further notice or hearing.

Dated: February 5, 2007

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D.J. Baker*<br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Walker Gray<br>    Jane M. Leamy | By  *s/ James H. Post*<br>    Stephen D. Busey<br>    James H. Post<br>    Cynthia C. Jackson |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

## Certificate of Service

I certify that a copy of this document has been furnished electronically and by facsimile to the Post-Effective Date Committee, c/o Matthew Barr, Esq. and Michael Comerford, Esq., Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, mbarr@milbank.com, mcomerford@milbank.com, this 5th day of February, 2007.

                                            *Jane M. Leamy*
                                                Attorney

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors.[1] | ) | Jointly Administered |
| | ) | |

**AGREED ORDER RESOLVING CLAIM NO. 6738 FILED BY
H.J. HEINZ COMPANY, L.P., AS SET FORTH IN THE DEBTORS'
TWENTY-FIFTH OMNIBUS CLAIMS OBJECTION**

These cases originally came before the Court for hearing on November 30, 2006, upon the Twenty-Fifth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibit A through J to the Objection.[2] Formal and informal responses to the Objection were raised and filed, as a result of which the Debtors agreed to continue the Objection with respect to claim no. 6738 filed by H.J. Heinz Company, L.P. ("Heinz"), among others. On November 30, 2006, the Court entered an order (Docket No. 12902) sustaining the Objection as to the proofs of claim listed on the exhibits to the order and continuing the hearing on the Objection as to Heinz and other unresolved claims. Based upon the consent of the parties appearing below, it is

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

ORDERED AND ADJUDGED:

1. Claim no. 6738 filed by Heinz is reduced and allowed as an unsecured non-priority claim in the amount of $843,985.10. All other amounts and classifications claimed in connection with claim no. 6738 are denied.

2. This Agreed Order resolves all liabilities and obligations related to claim no. 6738.

3. The Court shall retain jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this ____ day of February, 2007 in Jacksonville, Florida.

> Jerry A. Funk
> United States Bankruptcy Judge

Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| SMITH HULSEY & BUSEY | REED SMITH LLP |
|---|---|
| By /s/ James H. Post<br>James H. Post | By /s/ Kurt Gwynne         *<br>Kurt Gwynne |

| | |
|---|---|
| Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile) | 1201 North Market Street, Suite 1500<br>Wilmington, Delaware 19801<br>(302) 778-7550<br>(302) 778-7575 (facsimile) |
| -and- | Counsel for H.J. Heinz Company, L.P. |
| SKADDEN, ARPS, SLATE,<br>MEAGHER<br>& FLOM LLP | * Counsel has authorized his electronic signature |
| | -and- |
| D. J. Baker<br>Sally McDonald Henry<br>Rosalie Walker Gray<br>Jane M. Leamy<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile) | MADISON INVESTMENT TRUST<br>SERIES 4<br><br>By _____<br>   Title:<br>6310 Lamar Ave., Suite 120<br>Overland Park, Kansas 66202 |
| Co-Counsel for Reorganized Debtors | |

3

~~Consent~~

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | REED SMITH LLP |
| By /s/ James H. Post<br>    James H. Post | By _____*<br>    Kurt Gwynne |
| Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile) | 1201 North Market Street, Suite 1500<br>Wilmington, Delaware 19801<br>(302) 778-7550<br>(302) 778-7575 (facsimile) |
| -and- | Counsel for H.J. Heinz Company, L.P. |
| SKADDEN, ARPS, SLATE,<br>MEAGHER<br>& FLOM LLP | * Counsel has authorized his electronic signature |
| | -and- |
| D. J. Baker<br>Sally McDonald Henry<br>Rosalie Walker Gray<br>Jane M. Leamy<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile) | MADISON INVESTMENT TRUST<br>SERIES 4<br>By _[signature]_ Michael R. Nelson<br>   Title: V.P. Deputy Operating Officer<br>6310 Lamar Ave., Suite 120<br>Overland Park, Kansas 66202 |
| Co-Counsel for Reorganized Debtors | |

3