## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

CASE NO:  3:05-bk-3817
Chapter     11

IN RE:

**WINN-DIXIE STORES, INC.,**

<u>**Debtor(s)**</u>

### ORDER STRIKING MOTION FOR ADMINISTRATIVE EXPENSE CLAIM AND REQUEST FOR FUTURE NOTICE

The Court finds that the Motion for Administrative Expense Claim and Request for Future Notice filed by Armando A. Perez on behalf of creditor, Mayhela N. Alvernia on February 1, 2007, did not contain an original signature pursuant to Local Rule 9011-4(c). Accordingly, it is

**ORDERED**:

That the Motion for Administrative Expense Claim and Request for Future Notice filed by Armando A. Perez on behalf of Mayhela N. Alvernia on February 1, 2007 is stricken from the record.

**DATED February 5, 2007**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Debtor
Debtor's Attorney
Creditor, Mayhela N. Alvernia
Attorney for Creditor, Armando A. Perez