**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

**Debtor(s)**

## ORDER STRIKING APPLICATION FOR LEAVE TO FILE LATE PROOF OF CLAIM

The Court finds that the Motion for Leave to File Late Proof of Claim filed by James M. Adams, Jr. on behalf of Carmie Crist on February 1, 2007 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Motion for Leave to File Late Proof of Claim filed by James M. Adams, Jr. on behalf of Carmie Crist on February 1, 2007 is stricken from the record.

**DATED February 5, 2007**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
James M. Adams, Jr. 2708 West Kennedy Boulevard, Tampa FL 33609