UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| | ) | *Chapter 11* |
| WINN-DIXIE STORES, INC., et al., | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

**PLEASE TAKE NOTICE** that Wells Fargo Bank Northwest, National Association, as trustee, a creditor herein, hereby withdraws the following claim filed herein on July 27, 2005.

| Name of Claimant | Claim Number | Amount of Claim |
|---|---|---|
| Wells Fargo Bank Northwest, National Association | 9532 | Undetermined amount |

Dated: New York, New York
       February 5, 2007

VINSON & ELKINS, LLP

By: ___/s/ Steven M. Abramowitz_____
    Steven M. Abramowitz

666 Fifth Avenue, 26th Floor
New York, NY  10103
Telephone: (212) 237-0137
Facsimile: (917) 206-8100

-and-

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

/s/ Mindy A. Mora
Mindy A. Mora (Fla. Bar No. 678910)
James C. Moon (Fla. Bar. No. 0938211)
200 S. Biscayne Blvd., Suite 2500
Miami, FL 33131
Telephone: (305) 350-7383
Facsimile:  (305) 351-2282

**Attorney for Wells Fargo Bank Northwest, N.A.**