## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| -In re: | ) | **Case No. 05-03817-3F1** |
| **WINN-DIXIE STORES, INC., et al.,** | ) | **Chapter 11** |
| **Reorganized Debtors.** | ) | **Jointly Administered** |

### CLAIMANT'S OBJECTIONS TO CONSIDER THE DEBTORS' TWENTY-NINTH OMNIBUS OBJECTION TO (A) IMPROPERLY FILED CLAIMS, (B) NO LIABILITY CLAIMS, (C) NO LIABILITY MISCLASSIFIED CLAIM, (D) LATE CLAIMS, (E) LATE WITH REMAINING CLAIMS, (F) OVERSTATED CLAIMS AND (G) OVERSTATED MISCLASSIFIED CLAIMS.

NOW INTO COURT, through undersigned counsel comes, the claimant VALERI MARIE GORDON, who files this objection to Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries, reorganized debtors and debtors-in-possession in the above-captioned case (collectively, the "Debtor") to the claims listed on exhibit A (the "Disputed Claims") to be disallowed, reduced or reclassify the disputed claims as follows:

**1.**

Claimants attorney expertise lies in civil, criminal and family law and his knowledge of bankruptcy proceedings is limited. The claimant should not be penalized for a procedural error on the part of her attorney.

**2.**

The information received from Mr. Michael Schumpert, Tana Copeland of Smith, Hulsey & Busey, and from Logan & Company led claimant's attorney to believe that filing a Proof of Claim form with Logan & Company was the

appropriate means by which to register a claim against Winn-Dixie on behalf of client.  (Exhibit A)

### 3.

Claimant clearly intended to pursue her claim against Winn-Dixie by early filing of proof of claim form on December 18, 2007, and should be considered as "Notice" to Winn-Dixie.

### RELIEF REQUESTED

Claimant, Valerie Marie Gordon asks that her Proof of Claim form filed with Logan & Company not be disallowed.  The "Debtors" Twenty-Ninth Omnibus Objection be dismissed.

### NOTICE

Copies of this Response by claimant, Valerie Marie Gordon will be served upon counsel for Winn-Dixie ("Debtors").


WHEREFORE the claimant, Valerie Marie Gordon respectfully request that this court not disallow her Proof of Claim as this was "notice" to the "Debtors" of her intent to pursue her claim although not filed by application with the court.


Dated:  February 1, 2007

LAW OFFICE OF LARRY DERSONA

By:  /s/_____
    **Larry Dersona**
    **Bar Roll No. 17280**
    **4420 North Blvd., Ste. 102**
    **Baton Rouge, LA 70806-3919**
    **(225) 336-0961 Fax (225) 336-1981**