# FAX TRANSMITTAL

From: Michael Schumpert, Training Coordinator (904-301-6516)
United States Bankruptcy Court, Jacksonville Division

To: Larry Dersona, Esquire
Fax: 225-336-1981

Re: Electronic Case Filing Registration Form

Mr. Dersona:

First of all, I apologize if I've misspelled your name. I will ensure it is correct in the CM/ECF system when your electronic filing login & password are prepared. Please complete the attached ECF Registration Form and return it to me via fax number 904-301-6529. Then mail the original form to Christine Baker at the address on the second page of the form. I will prepare & email your live ECF login to you at the email address you provide on the registration form.

If you are filing a proof of claim in the Winn-Dixie case, please be aware that you will not file that electronically with our court. Proofs of claim are not docketed or maintained by the Clerk's Office in this case. Logan and Company, Inc., currently handles the processing of all claims in this case. Claims shall be filed in paper and forwarded to Logan and Company, Inc. at:

Logan & Company, Inc.
Attention: Winn-Dixie Claim Center
546 Valley Road
Upper Montclair, New Jersey 07043

Additional information regarding the Winn-Dixie bankruptcy case can be found under the *Information – Mega Cases* link of our court's website, www.flmb@uscourts.gov. If you have any questions at all, please do not hesitate to contact me at the telephone number above.

Thank You.