UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | CASE NO. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.* | ) | (Jointly Administered) |
| | ) | Judge Jerry A. Funk |
| Debtors. | ) | |
| _____ | ) | |

**FLORIDA TAX COLLECTORS' STATEMENT OF ISSUES ON
APPEAL REGARDING NOTICE OF APPEAL OF ORDER DENYING
FLORIDA TAX COLLECTORS' MOTION FOR LEAVE TO FILE
PROOFS OF CLAIM WITHOUT PREJUDICE (DOCKET NO. 14889)**

The Florida Tax Collectors[1] ("FTC"), by and through their undersigned counsel, hereby file this statement of the issues on appeal in this matter.

1. Did the Bankruptcy Court err in finding that the FTC had waived the defense of sovereign immunity?

2. Has Congress exceeded it's authority by requiring the States to submit themselves to the jurisdiction and coercive power of federal courts to collect previously determined property taxes.

3. May FTC, Florida constitutional officers, preserve their rights and defenses while participating in and recognizing the judicial process or must they make a Hobsen's choice created by Congress and subject themselves to federal jurisdiction?

4. Has the Bankruptcy Court erred by failing to give full faith and credit to the laws of the state of Florida?

---

[1] The "Florida Tax Collectors" consist of the tax collectors for each of the following counties within the State of Florida: Alachua, Baker, Bay, Bradford, Brevard, Broward, Charlotte, Citrus, Clay, Collier, Columbia, DeSoto, Flagler, Gadsden, Hardee, Hendry, Hernando, Highlands, Hillsborough, Indian River, Jackson, Jefferson, Lake, Lee, Leon, Levy, Madison, Manatee, Marion, Martin, Miami-Dade, Monroe, Nassau, Okaloosa, Okeechobee, Orange, Osceola, Palm Beach, Pasco, Pinellas, Polk, Putnam, Santa Rosa, Sarasota, Seminole, St. Johns, St. Lucie, Sumter, Suwannee, Taylor, Volusia, Wakulla, Walton and Washington.

5.     Does the United States Constitution provide Congress with the power to create within the Bankruptcy Code an alternative federal *ad valorem* property tax assessment and determination process?

6.     Is §505 of the Bankruptcy Code as applied to FTC an infringement, in violation of the Tenth and Eleventh Amendments to the United States Constitution, of the inherent right of the state of Florida to tax citizens and fund local government?

Dated: February 5, 2007

Respectfully submitted,

Brian T. Hanlon, Esq.
Office of the Tax Collector
P.O. Box 3715
West Palm Beach, Florida 33402-3715
Telephone: (561) 355-2142
Facsimile: (561) 355-1110
tc_legal_services@co.palm-beach.fl.us
Florida Bar No. 962562

By:   /s/ Brian T. Hanlon
        Co-Counsel for Florida
        Tax Collectors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Florida Tax Collectors' Statement of Issues on Appeal Regarding Notice of Appeal of Order Denying Florida Tax Collectors' Motion for Leave to File Proofs of Claim Without Prejudice (Docket No. 14889)* this 5th day of February, 2007 to **Skadden, Arps, Slate, Meagher & Flom, LLP**, Attn: D. J. Baker, Sally McDonald Henry and Rosalie Walker Gray, Attorneys for Debtors; **Smith Hulsey & Busey**, Attn: Stephen D. Busey, James H. Post and Cynthia C. Jackson, Attorneys for Debtors; **United States Trustee**, Attn: Elena L. Escamilla, and to all other parties receiving electronic notice.

   /s/ Brian T. Hanlon
Brian T. Hanlon, Esq.

N:\Legal Services\WIP\W\Winn-Dixie Stores\Pleadings\Appeals\to District Court\Order Denying Motion for Leave to File Claim Without Prejudice\Statement of Issues on Appeal.doc