UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                )
                                      )   Case No.: 05-03817-3F1
WINN DIXIE STORES, INC., et. al.,     )   Chapter 11
                                      )   Jointly Administered
Debtors.                              )
_____ )

### ORDER ON RYAN MALONE'S MOTION FOR CONTINUANCE

This cause is before the Court upon Ryan Malone's (the "Movant") Motion for Continuance, filed on February 1, 2007 (the "Motion"). The Court finds that good cause has been shown for the requested continuance. Accordingly, it is

ORDERED that:

1. The Motion for Continuance is _granted_;

2. The currently set evidentiary hearing on February 20, 2007, is hereby continued to _Monday, March 12, 2007 at 1:30 p.m._; and

3. _If the parties anticipate a hearing in excess of 15 minutes, the above hearing will be considered a status & scheduling conference._

Dated this 5th day of February, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cc:

1