UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | CASE NO. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.* | ) | (Jointly Administered) |
| | ) | Judge Jerry A. Funk |
| Debtors. | ) | |
| _____ | ) | |

**FLORIDA TAX COLLECTORS' STATEMENT OF ISSUES ON APPEAL REGARDING NOTICE OF APPEAL OF ORDER DENYING FLORIDA TAX COLLECTORS' MOTION TO ABSTAIN FROM CONSIDERATION OF DEBTORS' OBJECTION TO FLORIDA TAX CLAIMS AND MOTION FOR ORDER DETERMINING TAX LIABILITIES (DOCKET NO. 14895)**

The Florida Tax Collectors[1] ("FTC"), by and through their undersigned counsel, hereby file this statement of the issues on appeal in this matter.

1. Did the Bankruptcy Court err by denying the FTC' Motion to Abstain based upon the expiration of time to contest the 2004 and 2005 taxes pursuant to state law?

2. Has the Bankruptcy Court erred by failing to give full faith and credit to the laws of the state of Florida?

3. Does the United States Constitution provide Congress with the power to create within the Bankruptcy Code an alternative federal *ad valorem* property tax assessment and determination process?

---

[1] The "Florida Tax Collectors" consist of the tax collectors for each of the following counties within the State of Florida: Alachua, Baker, Bay, Bradford, Brevard, Broward, Charlotte, Citrus, Clay, Collier, Columbia, DeSoto, Flagler, Gadsden, Hardee, Hendry, Hernando, Highlands, Hillsborough, Indian River, Jackson, Jefferson, Lake, Lee, Leon, Levy, Madison, Manatee, Marion, Martin, Miami-Dade, Monroe, Nassau, Okaloosa, Okeechobee, Orange, Osceola, Palm Beach, Pasco, Pinellas, Polk, Putnam, Santa Rosa, Sarasota, Seminole, St. Johns, St. Lucie, Sumter, Suwannee, Taylor, Volusia, Wakulla, Walton and Washington.

4. Is §505 of the Bankruptcy Code as applied to FTC an infringement, in violation of the Tenth and Eleventh Amendments to the United States Constitution, of the inherent right of the state of Florida to tax citizens and fund local government?

Dated: February 5, 2007

Respectfully submitted,

Brian T. Hanlon, Esq.
Office of the Tax Collector
P.O. Box 3715
West Palm Beach, Florida 33402-3715
Telephone: (561) 355-2142
Facsimile: (561) 355-1110
tc_legal_services@co.palm-beach.fl.us
Florida Bar No. 962562

By:___/s/ Brian T. Hanlon_____
     Co-Counsel for Florida
     Tax Collectors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Florida Tax Collectors' Statement of Issues on Appeal Regarding Notice of Appeal of Order Denying Florida Tax Collectors' Motion to Abstain from Consideration of Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities (Docket No. 14895)* this 5th day of February, 2007 to **Skadden, Arps, Slate, Meagher & Flom, LLP**, Attn: D. J. Baker, Sally McDonald Henry and Rosalie Walker Gray, Attorneys for Debtors; **Smith Hulsey & Busey**, Attn: Stephen D. Busey, James H. Post and Cynthia C. Jackson, Attorneys for Debtors; **United States Trustee**, Attn: Elena L. Escamilla, and to all other parties receiving electronic notice.

___/s/ Brian T. Hanlon_____
Brian T. Hanlon, Esq.

N:\Legal Services\WIP\W\Winn-Dixie Stores\Pleadings\Appeals\to District Court\Order Denying Motion to Abstain from Considering Objection to Claim\Statement of Issues on Appeal.doc