UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | CASE NO. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.* | ) | (Jointly Administered) |
| | ) | Judge Jerry A. Funk |
| Debtors. | ) | |
| | ) | |

**FLORIDA TAX COLLECTORS' DESIGNATION OF RECORD ON APPEAL
REGARDING NOTICE OF APPEAL OF ORDER DENYING FLORIDA TAX
COLLECTORS' MOTION TO ABSTAIN FROM CONSIDERATION OF
DEBTORS' OBJECTION TO FLORIDA TAX CLAIMS AND MOTION FOR
ORDER DETERMINING TAX LIABILITIES (DOCKET NO. 14895)**

The Florida Tax Collectors[1] ("FTC"), by and through their undersigned counsel, file this

designation of the record to be used on appeal with respect to the *Notice of Appeal* filed January

26, 2007 (Dkt No. 14895) of the *Order Denying Florida Tax Collectors' Motion to Abstain from*

*Consideration of Debtors' Objection to Florida Tax Claims and Motion for Order Determining*

*Tax Liabilities.*

| Docket No. | Description |
|---|---|
| 18 | Motion for Authority to Pay Pre-Petition Taxes and Other Ordinary Course Governmental Obligations |
| 29 | Motion for Approval of Retention and Compensation of Professionals Used in the Ordinary Course of Business |
| 47 | Interim Order Authorizing Debtors to Pay Pre-Petition Taxes and Other Ordinary Course Governmental Obligations |
| 264 | Order Authorizing Debtors to Retain and Compensate Professionals Used in the Ordinary Course of Business |

---

[1] The "Florida Tax Collectors" consist of the tax collectors for each of the following counties within the State of Florida: Alachua, Baker, Bay, Bradford, Brevard, Broward, Charlotte, Citrus, Clay, Collier, Columbia, DeSoto, Flagler, Gadsden, Hardee, Hendry, Hernando, Highlands, Hillsborough, Indian River, Jackson, Jefferson, Lake, Lee, Leon, Levy, Madison, Manatee, Marion, Martin, Miami-Dade, Monroe, Nassau, Okaloosa, Okeechobee, Orange, Osceola, Palm Beach, Pasco, Pinellas, Polk, Putnam, Santa Rosa, Sarasota, Seminole, St. Johns, St. Lucie, Sumter, Suwannee, Taylor, Volusia, Wakulla, Walton and Washington.

1

| 435 | Final Order Authorizing Debtors to Pay Pre-Petition Taxes and Other Ordinary Course Governmental Obligations |
| 976 | Notice of Deadline Requiring Filing of Proofs of Claim on or Before August 1, 2005, at 5:00 P.M. Eastern Time |
| 1001 | Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines |
| 3026 | Florida Tax Collectors' Motion to Extend Claims Bar Date |
| 3069 | Order Granting Florida Tax Collectors' Motion to Extend Claims Bar Date |
| 3092 | Florida Tax Collectors' Notice of Filing Supplement to Exhibit 1 to the Order Granting Florida Tax Collectors' Motion to Extend Claims Bar Date |
| 3751 | Ninth Supplement to Exhibit A of the Motion for Approval of Retention and Compensation of Professionals Used in the Ordinary Course of Business |
| 3752 | Submission of Completed Retention Questionnaire of Ordinary Course Professional Included in the Ninth Supplement to Exhibit A Pursuant to the Order Authorizing Debtors to Retain and Compensate Professionals Used in the Ordinary Course of Business |
| 4002 | Florida Tax Collectors' Notice of Filing Second Supplement to Exhibit 1 to the Order Granting Florida Tax Collectors' Motion to Extend Claims Bar Date |
| 4008 | Florida Tax Collectors' Second Motion to Extend Claims Bar Date |
| 4056 | Order Granting Florida Tax Collectors' Second Motion to Extend Claims Bar Date |
| 4283 | Florida Tax Collectors' Motion for Leave to File Proofs of Claim Without Prejudice |
| 5608 | Application to Employ Assessment Technologies, Ltd. as Property Tax Consultants for the Debtors Nunc Pro Tunc |
| 5874 | Debtors' Objection to the Florida Tax Collectors' Motion for Leave to File Proofs of Claim Without Prejudice |
| 5887 | Joinder of Official Committee of Unsecured Creditors to Debtors' Objection to Florida Tax Collectors' Motion for Leave to File Proofs of Claim Without Prejudice (Docket No. 5874) |
| 6039 | Order Authorizing Retention of Assessment Technologies, Ltd. as Property Consultants for the Debtors Nunc Pro Tunc |
| 7276 | Debtors' Omnibus Objection to Tax Claims and Motion for Order Determining Tax Values and Tax Liabilities |
| 7852 | Debtors' Second Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities |

| 8349 | Order on Debtors (I) Omnibus Objection to Tax Claims and (II) Motion Requesting Determination of Tax Values and Liabilities |
| 8567 | Order on Debtors' (I) Second Omnibus Objection to Tax Claims and (II) Motion Requesting Determination of Tax Values and Liabilities |
| 8772 | Debtors' Third Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities |
| 8854 | [First Proposed] Disclosure Statement With Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors |
| 8856 | [First Proposed] Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors |
| 8859 | Notice of Hearing to Consider Approval of, and Deadline for Objection to, Debtors' Proposed Disclosure Statement |
| 9003 | Submission of Completed Retention Questionnaire of Ordinary Course Professional Included in the Fifteenth Supplement to Exhibit A Pursuant to the Order Authorizing Debtors to Retain and Compensate Professionals Used in the Ordinary Course of Business |
| 9005 | Fifteenth Supplement to Exhibit A of the Motion for Approval of Retention and Compensation of Professionals Used in the Ordinary Course of Business |
| 9133 | Debtors' Fourth Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities |
| 9228 | Motion of Debtors for Order (I) Determining Dates, Procedures and Forms Applicable to Solicitation Process, (II) Establishing Vote Tabulation Procedures, (III) Establishing Objection Deadline and Scheduling Hearing to Consider Confirmation of Plan, and (IV) Waiving Local Rules |
| 9229 | Notice of Hearing (regarding Docket No. 9228) |
| 9471 | Debtors' Fifth Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities |
| 9492 | Florida Tax Collectors' Objections to [First Proposed] Disclosure Statement With Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (Docket No. 8854) |
| 9570 | Florida Tax Collectors' Objection to Motion of Debtors for Order (I) Determining Dates, Procedures and Forms Applicable to Solicitation Process, (II) Establishing Vote Tabulation Procedures, (III) Establishing Objection Deadline and Scheduling Hearing to Consider Confirmation of Plan, and (IV) Waiving Local Rules (Docket No. 9228) |
| 9618 | Order on Debtors' (I) Third Omnibus Objection to Tax Claims and (II) Motion Requesting Determination of Tax Values and Liabilities |

| | |
|---|---|
| 9787 | [Second Proposed] Disclosure Statement With Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors |
| 9788 | [Second Proposed] Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors |
| 9789 | Notice of Filing Revisions to Proposed Disclosure Statement With Respect to the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors |
| 9817 | Notice of Filing Revisions to Proposed Order (I) Determining Dates, Procedures and Forms Applicable to Solicitation Process, (II) Establishing Vote Tabulation Procedures, (III) Establishing Objection Deadline and Scheduling Hearing to Consider Confirmation of Plan, and (IV) Waiving Local Rules |
| 9917 | Order Approving Disclosure Statement With Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors |
| 9920 | Order (I) Determining Dates, Procedures and Forms Applicable to Solicitation Process, (II) Establishing Vote Tabulation Procedures, (III) Establishing Objection Deadline and Scheduling Hearing to Consider Confirmation of Plan, and (IV) Waiving Local Rules |
| 10046 | Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities |
| 10057 | [Final Approved] Disclosure Statement With Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors |
| 10058 | Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors |
| 10059 | Notice of Hearing to Consider Confirmation of, and Deadline for Objecting to, Debtors' Joint Plan of Reorganization |
| 10162 | Order on Debtors' (I) Fourth Omnibus Objection to Tax Claims and (II) Motion Requesting Determination of Tax Values and Liabilities |
| 10548 | Order on Debtors' (I) [Fifth] Omnibus Objection to Tax Claims and (II) Motion Requesting Determination of Tax Values and Liabilities |
| 10594 | Florida Tax Collectors' Response to and Motion to Abstain from Consideration of Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities |
| 10609 | Florida Tax Collectors' Response to and Motion to Dismiss Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities |
| 11310 | Florida Tax Collectors' Objection to Confirmation of the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Its Affiliated Debtors and Debtors-in-Possession |
| 11505 | Florida Tax Collectors' Memorandum of Law in Support of Pending Motions (Docket Nos. 4283, 4284, 10594 and 10609) |

| 11598 | Debtors' Reply to Florida Tax Collectors' Motion to Abstain (Docket No. 10594) |
| 11599 | Debtors' Reply to Florida Tax Collectors' Motion to Dismiss (Docket No. 10609) |
| 11606 | Plan Supplement Pursuant to Section 12.18 of Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors |
| 11729 | Notice of Filing with Declaration of Kathleen M. Logan Certifying Voting on and Tabulation of Ballots Accepting and Rejecting the Joint Plan of Reorganization of the Debtors |
| 11765 | First Modification to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors |
| 11766 | Memorandum of Law in Response to Objections to Confirmation of Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors |
| 11767 | Memorandum of Law of Official Committee of Unsecured Creditors (A) in Support of Confirmation of Joint Chapter 11 Plan of Reorganization and (B) Joining in Debtors' Response to Objections to Confirmation of Joint Plan |
| 11853 | Florida Tax Collectors' Request for Taking Judicial Notice |
| 11997 | Florida Tax Collectors' Supplemental Memorandum of Law Regarding Outstanding Issues Taken Under Advisement by This Court |
| 11998 | Notice of Changes to Proposed Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors |
| 12124 | Debtors' Reply to Florida Tax Collectors' Supplemental Memorandum of Law |
| 12130 | Transcript of Proceedings Excerpt (Hearing on Florida Tax Collectors' Motions held on October 5, 2006) |
| 12276 | Debtors' Objection to Late Filed and Disputed Ad Valorem Tax Claims and Motion to Allow Remaining Claims Subject to Setoff |
| 12440 | Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors |
| 12618 | Findings of Fact and Conclusions of Law |
| 12671 | Florida Tax Collectors' Notice of Appeal (regarding Docket No. 12440) |
| 12672 | Purchase Order for Transcript (regarding Docket No. 12671) |

| 12834 | Transcript of Proceedings (Confirmation Hearing held on October 13, 2006) (Volumes I and II) |
|---|---|
|  | Florida Tax Collectors' Exhibit List with Exhibit 1 (from Confirmation Haring held October 13, 2006; see Transcript Vol. II, Page 167, lines 1 - 3) |
| 12818 | Florida Tax Collectors' Motion Under Fed. R. Bankr. P. 9006(b) for Extension of Time to File Designation of Record and Statement of Issues on Appeal (regarding Docket No. 12671) |
| 12925 | Order Disallowing (i) Late Filed and Disputed Ad Valorem Tax Claims and (ii) Allowing Remaining Tax Claims Subject to Setoff |
| 13043 | Order Denying Without Prejudice Florida Tax Collectors' Motion for Extension of Time to File Designation of Record and Statement of Issues on Appeal (regarding Docket No. 12671) |
| 13275 | Florida Tax Collectors' Statement of Issues on Appeal (regarding Docket No. 12671) |
| 13297 | Florida Tax Collectors' Designation of Record on Appeal (regarding Docket No. 12671) |
| 13833 | Appellees' Cross Designation of Items to be Included in Record on Appeal (Appeal of Florida Tax Collectors) [regarding Docket No. 12671] |
| 14814 | Order Denying Florida Tax Collectors' Motion for Leave to File Proofs of Claim Without Prejudice |
| 14815 | Order Granting in Part and Denying in Part Florida Tax Collectors' Motion to Dismiss Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities |
| 14816 | Order Denying Florida Tax Collectors' Motion to Abstain from Consideration of Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities |
| 14889 | Notice of Appeal (regarding Docket No. 14814) |
| 14891 | Appeal Cover Sheet (regarding Docket No. 14889) |
| 14892 | Purchase Order for Transcript (regarding Docket No. 14889) |
| 14893 | Notice of Appeal (regarding Docket No. 14815) |
| 14894 | Purchase Order for Transcript (regarding Docket No. 14893) |

| 14895 | Notice of Appeal (regarding Docket No. 14816) |
| 14896 | Purchase Order for Transcript (regarding Docket No. 14895) |

| Claim No. 11669 | Miami-Dade County Tax Collector's *Proof of Claim* |
| Claim No. 12566 | Florida Tax Collectors' *Proof of Claim* |

Dated: February 5, 2007

Respectfully submitted,

Brian T. Hanlon, Esq.
Office of the Tax Collector
P.O. Box 3715
West Palm Beach, Florida 33402-3715
Telephone: (561) 355-2142
Facsimile: (561) 355-1110
tc_legal_services@co.palm-beach.fl.us
Florida Bar No. 962562

By:_____/s/ Brian T. Hanlon_____
        Co-Counsel for Florida
        Tax Collectors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Florida Tax Collectors' Designation of Record on Appeal Regarding Notice of Appeal of Order Denying Florida Tax Collectors' Motion to Abstain from Consideration of Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities (Docket No. 14895)* has been served this 5th day of February, 2007 by *Notice of Electronic Filing* on **Skadden, Arps, Slate, Meagher & Flom, LLP**, Attn: D. J. Baker, Sally McDonald Henry and Rosalie Walker Gray, Attorneys for

7

Debtors; **Smith Hulsey & Busey**, Attn: Stephen D. Busey, James H. Post and Cynthia C. Jackson, Attorneys for Debtors; and **United States Trustee**, Attn: Elena L. Escamilla.

___/s/ Brian T. Hanlon_____
Brian T. Hanlon, Esq.

N:\Legal Services\WIP\W\Winn-Dixie Stores\Pleadings\Appeals\to District Court\Order Denying Motion to Abstain from Considering Objection to Claim\Designation of Record on Appeal.doc