F I L E D
JACKSONVILLE, FLORIDA

FEB 0 6 2007

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

**Donald Carl Rupprecht**

1410 S. Fernandez
Arlington Hts., IL 60005          847-259-2804

FEBRUARY 3, 2007

Mr. Funk,

We own 2497 shares of Winn-Dixie.

We were told our shares are $0.00.

How can this be, Winn-Dixie are selling new shares of stock

Please explain

Thank you

Donald C. Rupprecht