F I L E D
JACKSONVILLE, FLORIDA

FEB 0 6 2007

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# THOMAS STURDAVANT, M.D.
Rehabilitation Solutions, PLLC
1104 West First Street, Suite 6
Laurel, MS 39440

Phone: 601-425-0001          Fax: 601-425-9299

Patient: Annie Gardner
Medical Record Number: 01583
Date of Office Visit: 1-24-07    Date of Last Office Visit: 1-17-07
DOB: 2-4-51    Age: 55
Visit Type: (Follow-up) Counseling (Procedure)

CHIEF COMPLAINTS:
LBP + (R) knee pain R>L, Lidoderm patchs
help. Here today for steroid inj
States LBP worse + never lets up.
States air cast also helps.

PAIN CHARACTER: 5 knee  8 back
(Aching), (Throbbing), Shooting, (Stabbing)
Gnawing, Intermittent, (Sharp), Tender
Burning, Exhausting, (Tiring), Nagging
Numb, Miserable, (Unbearable), Con't

HISTORY OF PRESENT ILLNESS:
Makes better: Lying down, sitting, standing, (walking), stooping/knealing, bending forward/back, coughing, sneezing.
Meds – narcotics, anti-inflam., muscle relaxors. PT, Chiropractor, ESI, TPI, (Heat), Ice, (Rest)
Comments: _____
Makes worse: Lying down, sitting, (standing), (walking), stooping/kneeling, bending forward/back, coughing, sneezing,
PT, chiropractor, ESI, TPI, Lifting
Comments: _____

ALLERGIES: NKDA

MEDICATIONS: Reviewed today (see medication list)
* Lidoderm patchs
Hydrocodone 5/500 q 4-6°
Lyrica 50 mg Bid
Diclofenac 75 mg Bid
Gabapentin 300 Tid

REVIEW OF SYSTEMS: (Circle positives otherwise negative)

—GENERAL: Fever, Chills, Weight loss, decreased appetite, HA, Dizziness
—EYES: Vision Loss/Change, Pain, Redness, and Itching
—ENT: Ear Pain/Ringing, Rhinorhea, Sore Throat, Decreased hearing
—PULMONARY: SOB, Cough, congestion, Wheezing
  MUSCLOSKELETAL: (Pain) UE-LE, Neck, Upper-Mid-(Low Back), Swelling, and Deformity
—CARDIAC: CP, Palpitations, Edema, Other: _____
—GI: Nausea, Vomiting, Constipation, Diarrhea, ABD Pain
—GU: Dysuria, Frequency, Urgency, Hematuria
—SKIN: Rash, Lesions, Discolorations
  NEUROLOGICAL: Weakness _____ (Numbness), (Tingling), Burning

PHYSICAL EXAM:   (circle positives)

VITAL SIGNS: BP 124/76, PULSE 74, RESP 18, PAIN SCORE 7/10
GEN: (Awake), (Alert), (Attentive), Lethargic, Irritable, (NAD), (Oriented), Atrophy
  FXN Mobility good
SKIN: (Warm and Dry), Rashes, Discolorations, (Lesions), Shingles, Derm __ 2+ pitting edema (R) foot + ankle
POSTURE: (Normal), Head _____, Shoulders _____, Scapula _____,
    IC _____, GT _____, Knees _____, STJ _____
    Spine: Kyphosis, Gibbus, Dowagers, Scoliosis, Lordosis, Flat Back, Pelvic Tilt __
    Leg. Length Dis.

ROM: Cerv./Thoracic/Lumbar Spine FF ____, EXT _____, Rotat _____, LSB ____
    Shoulders: FLEX _____, EXT _____, ABD ____, ADD ____, IR ____, ER____
      RIGHT /LEFT
    Elbow: FLEX ____, EXT ____, RIGHT/LEFT
    Wrist/Fingers FLEX ____, EXT ____, ABD ____, ADD ____, RAD DEV ____,
      ULNAR DEV ____, RIGHT/LEFT
    Hips: FLEX ____, EXT _____. Ankles: DF ____, PF ____, INV____, EVER __
      RIGHT / LEFT
    Knees: FLEX ____, EXT ____

MUS. PALPATION: (Painful) Left / Right /(Bilateral) Head, Neck, Shoulder Girdle, Arm, Paraspinals, Thoracic / (Lumbar) (Gluteals) Hip, Leg
Palpable nodules and taut bands within above muscle groups, Supple musculature
Comments: _____

NECK: Distraction Test, Spurlings Test, Brachial Plexus Tension Test, Shoulder Depression Test, Adson's ROOS,
Comments; _____

SHOULDER: Right / Left Painful ARC, ANT, Instability, ANT, Apprehension, Jerk Test, Push-Pull test, Sulcus Sign, Feagin Test, AC Shear Test, Yeagon's, Speed's, Drop Arm Test, Empty Can Test, H-K Impinge, Comments:
_____

ELBOW: MED / LAT Instability, Tennis Elbow, golfer's Elbow, Tinel's Sign _____

WRIST /HAND: Haberdens / Bouchards Nodes, Clubbing, Swan Neck Deform, Boutonnier's, Claw Fingers, Trigger Finger, Ape Hand, Bishop hand, Wrist Drop, Dupuytren's Contr., Maller Finger, Finkelstein Test, Tinel's, Froment's Sign, Phalen's Test, Allen Test

SPINE: Right / Left quick Test, SLR ____ & Degrees ____, Slump Test, Prone Knee Bending Test, Schober's Stork, Neuroformina Comp. Test, Hoover's Test _____
Comments: _____

PELVIS: Right / Left SIJ Mobility, Gapping Test, Squish Test, Sacral, Apex Press Test, Gillet's Test , Comments:
_____

HIP: Right / Left, Faber's, Thomas Test, Ely's Test, Ober's Test _____

KNEE: Right / Left, Q-Angle ___, Valgus / Varus Stress, Lachman, ANT/POS Drawer, bounce Home Test, McMurray's Test, Hughston, PLICA Test, Clarke's Test (CMP), Noble Comp Test, JT Line Tenderness, MED/LAT, Comments: _____

ANKLE / FOOT: Right / Left, Hammer Toe, Claw Toe, mallet Toe, Hallus Valgus, Morton's Metarsalgia, Pes Cavus / Planus, ANT/POS Drawer, Talar Tilt (CFL), Thompson Test
_____

NEURO EXAM: Non-Focal / Normal, CN2-12 Grossly Intact _____
Motor: Symetrical,  D  B  WE  T  FF  HI  HF  HAB  Had  Q  ADF  EHL  APF
    R_____
    L_____   } unchanged
Sensory: Right / Left / Bilateral, LT Nonderm.____ PP ____, Proprioception – intact,
    Diminished, absent _____ DTR: 1+ / 2+ / 3+ Symmetric, B___, BR_____
    WE ___, T ___, P ___ MH ___, A ____.Comments: _____

GAIT ANALYSIS: (Normal) NAD, (Antalgic) (Right) / Left (Mild) Mod / Severe, Schuffling,
Hemi paretic Right / Left; Cane – Right/ Left, Walker- Hemi/Rolling Walker, Non-Ambulatory

Wearing (R) ankle air cast.

PAGE 2

**OBSERVATION:** _____
_____
_____
_____

**ASSESSMENT:**

1. ? charcot (R) foot
2. (R) Pes anserine Bursitis
3. chronic LBP 2° MFPS LPS + GluTS
4. Gait abnor.
5. _____
6. _____

**PLAN:**

1. HTP today.
2. √ old film to confirm fx if it exist
3. Pes anserine Bursa steroid inj today.
4. Con't meds + RTC TPI
5. _____
6. _____

**ADDITIONAL COMMENTS:** _____
_____
_____

**MEDICAL RECORD REVIEW:** _____
_____
_____

**RADIOLOGY REVIEW:** _____
_____
_____

*[signature]* 1-24-07

Thomas Sturdavant, M.D.
Rehabilitation Solutions, PLLC

Page 3

THOMAS STURDAVANT, M.D.
REHABILITATION SOLUTIONS, PLLC
1104 WEST FIRST STREET, SUITE 6
LAUREL, MS 39440

PHONE: 601-425-0001                                    FAX: 601-425-9299

**PATIENT:** Annie Gardner

**REFERRAL SOURCE:** Singh

**MEDICAL RECORD NUMBER:** 01583

**DATE OF OFFICE VISIT:** 1-17-07

**DOB:** 2-4-51                                    **AGE:** 55

**TYPE OF OFFICE VISIT:** New

**CHIEF COMPLAINTS:**                **PAIN CHARACTERS:**
C/o Disease of Charcot Foot, history Diabetes. 1st started swelling in Nov. 06 p̄ slip + fall in Sure Rite Dept. Store. Saw Dr. Borelay - Inj. spine which was helping until fall now s/p 3 LESI. HBJ clinic saw Dr. Blake + Norwicki + Cohen Dx c̄ Charcot foot. Pain in ® leg + foot mostly @ noc. From knee down to foot. Sharpe, burning, throbbing pain. Not constant + worse @ night. S/p swelling c̄ being up. States both feet feel like a shoe is on them.

**HISTORY PRESENT ILLNESS:**
**ONSET/DOI:** 12/06              **WORK COMP:** YES (NO)
**LITIGATION:** YES (NO)
**CURRENTLY WORKING:** YES (NO) IF NO, DATE LAST WORKED: _____
**DISABILITY:** YES (NO)         IF YES, WHEN: applied
**HOW STARTED:** INJURED AT WORK, MVA, SPORTS INJURY, SUDDEN, GRADUAL, LIFTING, BENDING, TWISTING (FALL) NO KNOWN CAUSE
**COMMENTS:** _____
**MAKES BETTER:** LYING DOWN, SITTING, STANDING, WALKING, ICE, (HEAT) STOOPING/KNEALING, BENDING FORWARD/BACK, COUGHING, SNEEZING, (MEDS) NARC./ANTI-INFLAM./ MUS. RELAX., PT, CHIRO., ESI, TPI, REST
**COMMENTS:** _____

**MAKES WORSE:** LYING DOWN, SITTING, STANDING, WALKING, STOOPING/KNEALING, BENDING FORWARD/BACK, COUGHING, SNEEZING, PT, CHIRO., ESI, TPI, LIFTING
COMMENTS: _____

**PAST MED. HISTORY:** NON-SIGNIFICANT, MIGRAINES / HA, SEIZURE D/O, CVA X ___, TIA, CAD, MI X ___, DM, COPD, ASTHMA, THYROID D/O, PUD, GERD, HTN, HYPERLIPIDEMIA / CHOL., PVD, RA, OA, FIBROMYALGIA, GOUT, ANXIETY D/O, DEPRESSION, SPINAL STENOSIS, PVD, CHF, OTHER:
PN _____ chronic LBP _____

Charcot Foot _____

**PAST SURG. HISTORY:** T&A, APPY, TAH/BSO, HERNIA REPAIR X ___, CHOLEY, C-SECTION X___, CABG X __, PTCA X___, ORTHO _____, SPINE-CERV./THOR./ LUMB. X _____, OTHER _____
Colonectomy
Tubal Ligation

**SOCIAL HISTORY:** SMOKER/PPD ___, ETOH-NEVER/OCCASIONALLY/ MODERATE/ HEAVY/ ABUSE, DRUG ABUSE- YES/NO  post _____,
MARRIED/ SINGLE/ DIVORCED, CHILDREN X ___,
**FAMILY HISTORY:** NON-SIGNIFICANT, HTN, DM, CAD, MI, RA, OA, CVA, CANCER, OTHER "Nerves"

**ALLERGIES:**
NKDA

**MEDICATIONS:** (REVIEWED/SEE MED LIST)
Vytorin          Novolog        NTG              Risperdal
Glyburide-metformin  Actos      Lasix            Hydrocodone 5/500 q4°
Gabapentin       Lantus         metoclopramide
Diclofenac       Lyrica         citalopram
ECASA            Darvocet q4-6°  methocarbamol

**REVIEW OF SYSTEMS:** (CIRCLE POSITIVES, OTHERWISE NEGATIVE)

**GENERAL:** FEVER, CHILLS, WT. LOSS, DECREASED APPETITE, HA, FATIGUE
**CARD:** CP, PALP., EDEMA, IRREGULAR HEART BEAT, PACEMAKER, HTN
**EYES:** VISION LOSS/CHANGE, PAIN, REDNESS, ITCHING
**GI:** NAUSEA, VOMITING, DIARRHEA, CONSTIPATION, ABD. PAIN
**ENT:** EAR PAIN, RINGING, RHINORRHEA, SORE THROAT, DIFF. HEARING
**GU:** DYSURIA, FREQ URGENY, HEMATURIA, Incontinent
**PULM:** SOB, COUGH, CONGESTION, WHEEZING
**SKIN:** RASH, LESIONS, DRY, DISCOLORATIONS
**MUSCULOSKELETAL:** PAIN, UE/LE, JOINT SWELLING, DEFORMITY, LBP
**NEURO:** NUMBNESS, TINGLING, WEAKNESS, INCOOR/BAL          PAGE 2

**PHYSICAL EXAM:** (CIRCLE POSITIVES)
**VITAL SIGNS:** BP 122/76   PULSE 62   RESP. 20
**PAIN SCORE** 9/10
**GEN:** (AWAKE) (ALERT), ATTENTIVE, LETHARGIC, IRRITABLE (NAD),
(ORIENTED), ATROPHY (−) _____ FXN MOBILITY fair

**SKIN:** (WARM AND DRY), RASHES, DISCOLORATIONS, LESIONS, SHINGLES
DERM., Curves Toes

**POSTURE:** (NORMAL), HEAD sitting, SHOULDERS____, SCAPULA____,
IC____, GT____, KNEES____, STJ____
**SPINE:** KYPHOSIS, GIBBUS, DOWAGERS, SCIOLOSIS, LORDOSIS, FLAT
BACK, PELVIC TILT____, LEG LENGTH DIS.

**ROM:** (CERV)/ THORACIC/ (LUMBAR SPINE)-FF____, EXT____, ROTAT____,
LSB____

WNL

**SHOULDERS**- FLEX____, EXT____, ABD____, ADD____, IR____, ER____,
    RIGHT / LEFT
**ELBOWS**- FLEX____, EXT____, RIGHT / LEFT
**WRIST/FINGERS**- FLEX____, EXT____, ABD____, ADD____, RAD DEV____
    ULNAR DEV____, RIGHT / LEFT
**HIPS**-FLEX____, EXT____, ABD____, ADD____, IR____, ER____,
    RIGHT / LEFT
**KNEES**- FLEX____, EXT____.   **ANKLES**- DF____, PF____, INV____,
    EVER____, RIGHT / LEFT

**MUS. PALPATION:** (PAINFUL), LEFT / RIGHT (BILAT) HEAD, NECK,
SHOULDER GIRDLE, ARM, PARASPINALS- (THOR) (LUMBAR) (GLUTEALS), HIP,
LEG,
COMMENTS: reprod. LBP c̄ palp.

**NECK:** DISTRACTION TEST, SPURLINGS TEST, BRACHIAL PLEXUS TENSION
TEST, SHOULDER DEPRESSION TEST, ADSON'S, ROOS,
COMMENTS:_____

**SHOULDER:** RIGHT / LEFT, PAINFUL ARC, ANT. INSTABILITY, ANT.
APPREHENSION, JERK TEST, PUSH-PULL TEST, SULCUS SIGN, FEAGIN TEST,
AC SHEAR TEST, YEAGASON'S, SPEED'S, DROP ARM TEST, EMPTY CAN
TEST, H-K IMPINGE, COMMENTS:_____.

**ELBOW:** MED / LAT INSTABILITY, TENNIS ELBOW, GOLFER'S ELBOW,
TINEL'S SIGN_____

**WRIST/HAND:** HABERDENS / BOUCHARDS NODES, CLUBBING, SWAN NECK
DEFORM., BOUTONNIERE'S,                               PAGE 3

CLAW FINGERS, TRIGGER FINGER, APE HAND, BISHOP HAND, WRIST DROP, DUPUYTREN'S CONTR.,
MALLET FINGER, FINKELSTEIN TEST, TINEL'S, FROMENT'S SIGN, PHALEN'S TEST, ALLEN TEST

**SPINE:** RIGHT / LEFT, QUICK TEST, SLR ~&~ DEGREES___, SLUMP TEST, PRONE KNEE BENDING TEST, SCHOBER'S, STORK, NEUROFORAMINA COMP. TEST, HOOVER'S TEST._____
COMMENTS_____

**PELVIS:** RIGHT / LEFT, SIJ MOBILITY, GAPPING TEST, SQUISH TEST, SACRAL APEX PRESS TEST, GILLET'S TEST
COMMENTS_____

**HIP:** RIGHT / LEFT, FABER'S, THOMAS TEST, ELY'S TEST, OBER'S TEST_____

**KNEE:** R / L, Q-ANGLE____, VALGUS / VARUS STRESS, LACHMAN, ANT / POS DRAWER, BOUNCE HOME TEST,
MCMURRAY'S TEST, HUGHSTON PLICA TEST, CLARKE'S TEST (CMP), NOBLE COMP TEST
JT LINE TENDERNESS- MED / LAT,
COMMENTS _exquisite tenderness over (R) pes anserine bursa_

**ANKLE / FOOT:** R /L, HAMMER TOE, CLAW TOE, MALLET TOE, HALLUX VALGUS, MORTON'S METATARSALGIA,
PES CAVUS / PLANTUS, ANT. / POS. DRAWER, TALAR TILT (CFL), THOMPSON TEST _flat foot, ST's pronated_

**NEURO. EXAM:** NON-FOCAL / NORMAL, CN 2-12- GROSSLY INTACT
_____
MOTOR: SYMETRICAL,

| | D | B | WE | T | FF | HI | HF | HAB | HAD | Q | ADF | EHL | APF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 5 | | | | | | 4+ | | | | | | |
| L | 5 | | | | | | 4+ | | | | | | |

_H (R) foot L_
_nkle (L) toes_
_able stand on_
_p toes but_
_lance poor_

SENSORY: R / L / BILAT, LT NONDERM._____ (PP) intact, _trace_
PROPRIOCEPTION- INTACT, DIMINISHED, ABSENT____ DTR 1+ / 2+ / 3+
SYMMETRIC, B____, BR____, WE____, T____, P____, MH____, A____,
COMMENTS: _____

**GAIT ANALYSIS:** NORMAL, NAD, ANTALGIC R / L, MILD / MOD / SEV., SCHUFFLING, HEMIPARETIC R / L , CANE R (L), WALKER/HEMI-WALKER

PAGE 4


**OBSERVATION:** _____

_____

_____

_____

**ASSESSMENT:**                                   **PLAN:**

1) charcot (R) Foot                 1) TED hose (R) foot knee high (stabilizer)

2) Pes anserine Bursitis (R)    2) ankle Air cast from PT

3) Gait abnor.                          3) PT - lymphedema massage (R) foot

4) chronic LBP                         4) lidoderm patchs to (R) med. knee

5) MFPS T/L PS+Gluts.           5) Return Pes anserine bursa inj

6) _____                  6) RTC 1 wk.          TPI LPS+Gluts

OBTAIN PREVIOUS MED RECORDS

**ADDITIONAL COMMENTS:** _____

_____

**MEDICAL RECORD REVIEW:** _____

_____

_____

**RADIOLOGY RECORD REVIEW:** _____

_____

_____

_[signature]_  1-17-07
THOMAS STURDAVANT, M.D.

