UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Reorganized Debtors.[1] | ) Jointly Administered |
| | ) |

### AGREED ORDER RESOLVING CLAIM NUMBER 9859 FILED BY SERVICE FORCE USA, LLC, AS SET FORTH IN THE DEBTORS' NINTH OMNIBUS CLAIMS OBJECTION

These cases originally came before the Court for hearing on May 18, 2006, upon the Ninth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors").[2] A response to the Objection was filed by Service Force USA, LLC ("Service Force"), as a result of which the Debtors agreed to continue the Objection with respect to claim no. 9859 filed by Service Force, among others. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim no. 9859 filed by Service Force is allowed as an unsecured non-priority claim in the amount of $100,000 and the remainder of claim no. 9859 is disallowed.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

2. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 6 day of February, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

<u>Consent</u>

The undersigned parties consent to the entry of the foregoing Agreed Order.

| SMITH HULSEY & BUSEY | SERVICE FORCE USA, LLC |
|---|---|
| By /s/ James H. Post<br>James H. Post | By [signature]<br>Robert Baldwin<br>Title: EVP<br>45662 Terminal Drive<br>Suite 200<br>Dulles, Virginia 20166-4340<br>(703) 480-6600 |

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

-and-

SKADDEN, ARPS, SLATE,
MEAGHER
& FLOM LLP

D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Co-Counsel for the Debtors

483084-Wilmington Server 1A - MSW