**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |

**AGREED ORDER RESOLVING CURE OBJECTION FILED BY
RLV MARKETPLACE LP AND RAMCO-GERSHENSON
PROPERTIES, L.P. (STORE NOS. 255 AND 345)**

This cause came before the Court on the Limited Objection to the Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts and (III) Grant Related Relief filed by RLV Marketplace LP ("RLV") and Ramco-Gershenson Properties, L.P. ("Ramco") (Docket No. 9573) with respect to Store Nos. 255 and 345 (the "Cure Objection"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objection is overruled.

2. Proof of Claim number 10665 filed by RLV is allowed as an administrative claim in the amount of $ 5,064.27, which the Debtors have paid in full.

3. Proof of Claim number 10331 filed by Ramco is allowed as an administrative claim in the amount of $45,308.82, which the Debtors have paid in full.

4. This Agreed Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims filed by RLV and Ramco in these Chapter 11 cases and (ii) all other pre-petition or pre-confirmation claims RLV and Ramco have or may have against the Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

5. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this ___ day of February, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00553075

**Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

| KUPELIAN ORMOND & MAGY, P.C. | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ Terrence A. Hiller, Jr.*\*  <br>Terrance A. Hiller, Jr., P55699 | By  *s/ Cynthia C. Jackson*  <br>Cynthia C. Jackson, F.B.N. 498882 |
| 25800 Northwestern Highway, Suite 950<br>Southfield, Michigan 48075<br>(248) 357-0000<br>(248) 357-7488 (facsimile)<br>tah@kompc.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Counsel for RLV Marketplace LP and Ramco-Gershenson Properties, L.P. | Co-Counsel for Reorganized Debtors |

\*Counsel has authorized their electronic signature.

00553075