UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARINGS**
**TO BE HELD ON FEBRUARY 8, 2007**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit the following agenda of matters to be heard on February 8, 2007 at 1:30 p.m.:

**A.    Uncontested Matters**

1. *Motion for Clarification of Order Granting Amended Motion for Retroactive Approval of Assignment and Termination (Docket No. 14945)*

   Response Deadline:   None.

   Responses:           No responses have been filed.

   Status:              The Debtors will proceed with the Motion.

**B.    Contested Matters**

2. *Objection to IRS Tax Claims and Motion for Order (i) Determining Tax Liabilities and (ii) Requiring the IRS to Issue Tax Refunds (Docket No. 12914)*

   Response Deadline:   Expired.

   Responses:           United States (Docket No. 13745).

   Status:              The Debtors and the United States will proceed with a status conference on the Objection.

      3.    *Motion to Compel Discovery from Visagent and Motion for Protective Order (Docket No. 14778)*

Objection Deadline:  None.

Objections:  No objections have been filed.

Status:  The Debtors will proceed with the hearing on the Motion.

Dated: February 7, 2007

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker*  <br>  D. J. Baker <br>  Sally McDonald Henry <br>  Rosalie Walker Gray | By  *s/ Cynthia C. Jackson*  <br>  Stephen D. Busey <br>  James H. Post <br>  Cynthia C. Jackson, F.B.N. 498882 |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (212) 735-2000 (facsimile) <br> djbaker@skadden.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

00556634