UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| Reorganized Debtors.[1] | ) Jointly Administered |

## AGREED ORDER RESOLVING CLAIM NUMBER 9532 FILED BY WELLS FARGO BANK NORTHWEST, NATIONAL ASSOCIATION

This cause came before the Court upon the Twenty-Fourth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on the exhibits to the Objection.[2] One of the proofs of claim subject to the Objection was Claim Number 9532 filed by Wells Fargo Bank Northwest, National Association ("Wells Fargo"). On November 3, 2006, Wells Fargo filed a response to the Objection (Docket No. 12372). On February 5, 2007, Wells Fargo filed a Notice of Withdrawal with respect to Claim Number 9532 (Docket No. 15023).

Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim Number 9532 is disallowed.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

2. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 7 day of February 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

<table>
<tr><td>

SMITH HULSEY & BUSEY

By /s/ James H. Post
    James H. Post
    Florida Bar Number 175460

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

-and-

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Adam S. Ravin
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Co-Counsel for Reorganized Debtors

</td><td>

VINSON & ELKINS, LLP

By /s/ Steven M. Abramowitz
    Steven M. Abramowitz

666 Fifth Avenue, 26th Floor
New York, NY 10103
(212) 237-0137
(917) 206-8100 (facsimile)

-and-

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

/s/ Mindy A. Mora
Mindy A. Mora (Fla. Bar No. 678910)
James C. Moon (Fla. Bar No. 0938211)
200 S. Biscayne Blvd., Suite 2500
Miami, FL 33131
(305) 350-7383
(305) 351-2282 (facsimile)

Attorneys for Wells Fargo Bank Northwest, N. A.

</td></tr>
</table>

\* Counsel have authorized their electronic signature.

697005-New York Server 1A - MSW