UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 05-03817-3F1

CHAPTER 11

In re:

WINN-DIXE STORES, INC., et al.,
_____/

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned has been retained as counsel of record and will appear on behalf of the Plaintiff, CARMELA VILLAVICENCIA, in the above styled cause. Please direct copies of all pleadings, papers and/or inquiries to the undersigned.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY a copy of the above was mailed to JAMES H. POST, ESQ., attorney for Plaintiff, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 and MATTHEW BARR, ESQ., 1 Chase Manhattan Plaza, New York, New York 10005 this 7th day of February, 2007.

FREIRE & GONZALEZ, P.A.,
Attorneys for Debtor(s)
[ ] Edward Freire, Esq. FBN: 0813771
[X] Laila S. Gonzalez, Esq. FBN: 0975291
1800 W. 49th Street, Suite 311
Hialeah, FL 33012