UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re: ) Case No. 05-03817-3F1
)
WINN-DIXIE STORES, INC., et al., ) Chapter 11
)
Reorganized Debtors.[1] ) Jointly Administered
)

**AGREED ORDER RESOLVING CLAIM NO. 979 FILED BY LAKEWOOD ASSOCIATES, LTD., AS SET FORTH IN THE DEBTORS' FIFTEENTH OMNIBUS CLAIMS OBJECTION**

These cases originally came before the Court for hearing on August 24, 2006, upon the Fifteenth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibit A through C to the Objection.[2] Lakewood Associates, Ltd. ("Lakewood") raised an informal response to the Objection, as a result of which the Debtors agreed to continue the Objection with respect to claim no. 979 filed by Lakewood. On August 24, 2006, the Court entered an order (Docket No. 10544) sustaining the Objection as to the proofs of claim listed on the exhibits to the order and continuing the hearing on the Objection as to Lakewood. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

1. Claim no. 979 filed by Lakewood is reduced and allowed as an unsecured non-priority claim in the amount of $2,000,000. All other amounts and classifications claimed in connection with claim no. 979 are denied.

2. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 7 day of February, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

2

Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| SMITH HULSEY & BUSEY | BELL, BOYD & LLOYD LLC |
|---|---|
| By /s/ James H. Post<br>James H. Post | By Adam R. Schaeffer *<br>Adam R. Schaeffer |
| Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile) | 70 W. Madison Street<br>Suite 3100<br>Chicago, Illinois 60602-4207<br>(312) 781-6803<br>(312) 345-9988 (facsimile) |
| -and- | Counsel for Lakewood Associates, Ltd. |
| SKADDEN, ARPS, SLATE,<br>MEAGHER<br>& FLOM LLP | *Counsel has authorized his electronic signature |

D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Co-Counsel for Reorganized Debtors

3