UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 05-03817-3F1

In re:                                               CHAPTER 11

WINN-DIXIE STORES, INC., et al.,
_____/

## REQUEST FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM

CARMELA VILLAVICENCIA, through undersigned counsel, files this Request for Allowance of Administrative Expense Claim and states as follows:

1. That on April 11, 2006, the Plaintiff tripped and fell on a rug that had been unevenly placed inside the Winn Dixie Store. As a direct and proximate result of the fall, the Plaintiff suffered a fractured shoulder for which she eventually had surgery performed.

2. The undersigned notified Sedgwick Claims Management Services, Inc. about the claim and received an acknowledgment from Sedgwick dated May 8, 2006. Accordingly, Sedgwick Claims Management Services, Inc. knew that the Plaintiff was represented by the undersigned since May 8, 2006.

3. The Plaintiff filed a lawsuit and received an Answer from counsel for Winn-Dixie dated June 28, 2006. Accordingly, Winn-Dixie's counsel was also aware that Plaintiff was represented by the undersigned.

4. At no time was Plaintiff or counsel for the Plaintiff notified of any deadlines that had to be complied with in the bankruptcy proceedings from neither the Bankruptcy Court, Sedgwick Claims Management nor defense counsel in the Circuit case.

5. While the personal injury claim was pending, discovery was exchanged and depositions were taken, but at no time was the undersigned notified of any bankruptcy deadlines that needed to be met.

6.   At no time did the claimant or the undersigned wish to waive or relinquish any rights.

7.   The undersigned became aware of the deadline by a colleague while discussing legal issues.

8.   The Plaintiff's claim can probably settle for under one hundred thousand dollars ($100,000.00).

WHEREFORE, the Plaintiff, CARMELA VILLAVICENCIO, respectfully requests this Court allow this Administrative Expense Claim.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a copy of the above was mailed to JAMES H. POST, ESQ., attorney for Plaintiff, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 and MATTHEW BARR, ESQ., 1 Chase Manhattan Plaza, New York, New York 10005 this 7th day of February, 2007.

FREIRE & GONZALEZ, P.A.,
Attorneys for Debtor(s)
[ ] Edward Freire, Esq. FBN: 0813771
[X] Laila S. Gonzalez, Esq. FBN: 0975291
1800 W. 49th Street, Suite 311
Hialeah, FL 33012