**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC. et al | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

_____

**EMERGENCY MOTION TO CONTINUE HEARING ON DEBTOR'S**
**DISCOVERY MOTION SCHEDULED ON MARCH 8, 2007 DOCKET**

COMES NOW Visagent Corporation, through undersigned counsel, and files this his Emergency Motion to Continue Hearing on Debtor's Discovery Motion Scheduled on March 8, 2007 Docket as follows:

Debtor scheduled a hearing on its Motion To Compel for the omnibus hearings on March 8, 2007.

Undersigned counsel's primary office is located in Stuart, Florida where he is scheduled to appear before the Honorable Robert R Makemson in *Keathley v. Hydratech*, on March 8, 2007 at 3 pm. to argue motions for summary judgment.

Co-counsel for Visagent, Paul Harden, Esq. was retained as local counsel in this bankruptcy matter to cover hearings such as the subject motion to compel filed by Debtor.  Mr. Harden is scheduled to be in mediation on March 8, 2007 from 10 am until 2 pm.

Accordingly, no counsel for Visagent can attend the omnibus hearing.

1

Undersigned counsel's office did initially agree to the March 8th date through a paralegal under the mistaken belief that either Mr. Rubin or Mr. Harden was available to attend the omnibus hearing.

Undersigned counsel requested an agreement to continue the hearing for a period of two weeks, until the March 22nd, 2007 omnibus hearings from David Gay, Esq., counsel for Debtor.  Mr. Gay refused, responding that Debtor would agree to a postponement only if Visagent agreed to an order capitulating to the relief sought by Debtor.  Visagent is unwilling to make such a concession.

No prejudice will accrue to Debtor by the granting of a continuance for two weeks on their discovery motion as there are no proceedings scheduled during that time frame.

WHEREFORE, Visagent requests an order continuing the hearing of Debtor's Motion to Compel to the omnibus hearings on March 22, 2007.

_____
GUY BENNETT RUBIN, ESQUIRE
Florida Bar No.: 691305
Rubin & Rubin
P.O. Box 395
Stuart, FL 34995
(772) 283-2004
(772) 283-2009 (facsimile)
Attorney for Plaintiff

**<u>CERTIFICATE OF SERVICE</u>**

I certify that a true copy was sent via U.S. Mail and via electronic means to counsel for the Debtor this 7th day of February, 2007.

_____
GUY BENNETT RUBIN, ESQUIRE
Florida Bar No.: 691305
Rubin & Rubin
P.O. Box 395

2

Stuart, FL 34995
(772) 283-2004
(772) 283-2009 (facsimile)
Attorney for Plaintiff

Copy furnished to:

David Gay
Stephen D. Busey
James H. Post
Cynthia C. Jackson
**Smith Hulsey & Busey**
225 Water Street
Suite 1800
Jacksonville, FL 32202
Tel: (904) 359-7700
Fax: (904) 359-7708