**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                                                                    Case No. 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,                                     Chapter 11

Debtors.                                                                              Jointly Administered
_____/

**NOTICE OF WITHDRAWAL FROM ACTION AND REQUEST TO BE REMOVED**
**FROM ELECTRONIC FILING SERVICE LIST**

Movant, Brian M. Davis d/b/a Law Offices of Brian M. Davis, P.A., files notice of his withdrawal from this action and requests to be removed from the electronic filing service list.

> **/s/ Brian M. Davis**
> **Brian M. Davis, Esq.**
> **Florida Bar Number 884650**
> **95 Merrick Way, Ste. 100**
> **Coral Gables, Florida 33134**
> **(305) 567-1260**
> **(305) 567-1261 (facsimile)**
>
> **Attorney for Movant**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was furnished by electronic mail to all parties on service list below on this 3rd day of February, 2007.

> **s/**
> **Brian M. Davis**
> **Brian M. Davis, Esq.**
> **Florida Bar Number 884650**
> **95 Merrick Way, Ste. 100**
> **Coral Gables, Florida 33134**
> **(305) 567-1260**
> **(305) 567-1261 (facsimile)**
>
> **Attorney for Movant**