UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

WINN DIXIE STORES, INC., et al.,            Case No. 3:05-bk-03817-JAF

     Debtors.                                 Chapter 11 – Jointly Administered
_____/

RENEE S. GROODY'S RESPONSE IN OPPOSITION TO DEBTORS' TWENTY-NINTH OMNIBUS OBJECTION TO (A) IMPROPERLY FILED CLAIMS, (B) NO LIABILITY CLAIMS, (C) NO LIABILITY MISCLASSIFIED CLAIM, (D) LATE CLAIMS, (E) LATE WITH REMAINING CLAIMS, (F) OVERSTATED CLAIMS AND (G) OVERSTATED MISCLASSIFIED CLAIMS

CREDITOR, RENEE S. GROODY by and through undersigned counsel, and pursuant to the Claim Objection Procedures Order, files this her Response in Opposition to Debtors' Twenty-Ninth Omnibus Objection to (A) Improperly Filed Claims, (B) No Liability Claims, (C) No Liability Misclassified Claim, (D), Late Claims, (E) Late with Remaining Claims, (F) Overstated Claims and (G) Overstated Misclassified Claims and states the following in support thereof:

1. Renee S. Groody suffered personal injuries post-petition as a result of the negligence by the Debtors at Store #2258, located in Volusia County, Florida.

2. Debtors' have alleged that Renee S. Groody'sClaim should be disallowed as it was improperly filed on a proof of claim form and not asserted through an application for administrative claim.

3. In the abundance of caution, co-counsel for Renee S. Groody, Mark A. Matovinia, Esq. filed a Form B10 proof of claim form, Claim No. 13680 on December 14, 2006.

4. Nevertheless, Renee S. Groody through undersigned counsel filed an Application for Allowance of Administrative Claim for Post-Petition Injury Claimant. Said Application was timely filed with this Court on January 5, 2007 (Doc. No. 14265).

WHEREFORE, AMY REED, requests that this Court enter an order (1) denying Debtors' Objection to Improperly Filed Claim; (2) disregarding the proof of claim form filed on December 14, 2006; (3) deeming the Application for Allowance of Administrative Claim for Post-Petition Personal Injury Claimant (Doc. No. 14265) to be timely and properly filed; and (4) granting any such further relief as this Court deems just and proper.

Respectfully submitted this 7th day of January 2007.

/s/ Brian J. Gillis
BRIAN J. GILLIS
Fla. Bar No. 0793639
BOGIN, MUNNS & MUNNS
2601 Technology Drive
P.O. Box 2807 (32802-2807)
Orlando, Florida 32804
Tel. 407-578-1334
Fax 407-578-2181
Attorneys for Renee S. Groody

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing application for administrative claim for post-petition personal injury claimant was served by Electronic Notice through the CM/ECF System and U.S. mail to James H. Post, Esq., Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, Co-Counsel for the Reorganized Debtors; D.J. Baker, Esq., Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, Co-Counsel for the Reorganized Debtors; U.S. Trustee by Electronic Notice through the CM/ECF System this 7th day of January, 2007.

/s/ Brian J. Gillis
BRIAN J. GILLIS