UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

WINN DIXIE STORES, INC., et al.,                    Case No. 3:05-bk-03817-JAF

　　　　　Debtors.                                  Chapter 11 – Jointly Administered
_____/

AMY REED'S RESPONSE IN OPPOSITION TO DEBTORS' TWENTY-NINTH OMNIBUS OBJECTION TO (A) IMPROPERLY FILED CLAIMS, (B) NO LIABILITY CLAIMS, (C) NO LIABILITY MISCLASSIFIED CLAIM, (D) LATE CLAIMS, (E) LATE WITH REMAINING CLAIMS, (F) OVERSTATED CLAIMS AND (G) OVERSTATED MISCLASSIFIED CLAIMS

　　　　CREDITOR, AMY REED by and through undersigned counsel, and pursuant to the Claim Objection Procedures Order, files this her Response in Opposition to Debtors' Twenty-Ninth Omnibus Objection to (A) Improperly Filed Claims, (B) No Liability Claims, (C) No Liability Misclassified Claim, (D), Late Claims, (E) Late with Remaining Claims, (F) Overstated Claims and (G) Overstated Misclassified Claims and states the following in support thereof:

　　　　1. Amy Reed suffered personal injuries post-petition as a result of the negligence by the Debtors at Store #2258, located in Volusia County, Florida.

　　　　2. Debtors' have alleged that Amy Reed's Claim should be disallowed as it was improperly filed on a proof of claim form and not asserted through an application for administrative claim.

　　　　3. In the abundance of caution, co-counsel for Amy Reed, Mark A. Matovinia, Esq. filed a Form B10 proof of claim form, Claim No. 13679 on December 14, 2006.

　　　　4. Nevertheless, Amy Reed through undersigned counsel filed an Application for Allowance of Administrative Claim for Post-Petition Injury Claimant. Said Application was timely filed with this Court on January 5, 2007 (Doc. No. 14274).

WHEREFORE, AMY REED, requests that this Court enter an order (1) denying Debtors' Objection to Improperly Filed Claim; (2) disregarding the proof of claim form filed on December 14, 2006; (3) deeming the Application for Allowance of Administrative Claim for Post-Petition Personal Injury Claimant (Doc. No. 14274) to be timely and properly filed; and (4) granting any such further relief as this Court deems just and proper.

Respectfully submitted this 7th day of January 2007.

/s/ Brian J. Gillis  
BRIAN J. GILLIS  
Fla. Bar No. 0793639  
BOGIN, MUNNS & MUNNS  
2601 Technology Drive  
P.O. Box 2807 (32802-2807)  
Orlando, Florida 32804  
Tel. 407-578-1334  
Fax 407-578-2181  
Attorneys for Amy Reed

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing application for administrative claim for post-petition personal injury claimant was served by Electronic Notice through the CM/ECF System and U.S. mail to James H. Post, Esq., Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, Co-Counsel for the Reorganized Debtors; D.J. Baker, Esq., Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, Co-Counsel for the Reorganized Debtors; U.S. Trustee by Electronic Notice through the CM/ECF System this 7th day of January, 2007.

/s/ Brian J. Gillis  
BRIAN J. GILLIS