UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                  ) Case No. 05-03817-3F1
                                                        )
WINN-DIXIE STORES, INC., et al.,                        ) Chapter 11
                                                        )
            Reorganized Debtors.                        ) Jointly Administered
                                                        )

**DEBTORS' MEMORANDUM IN OPPOSITION TO
VISAGENT'S EMERGENCY MOTION TO CONTINUE HEARING**

The Reorganized Debtors object to claimant Visagent's emergency motion (Docket No. 15056) to continue the hearing tomorrow afternoon on Debtors' motions to compel against Visagent and for a protective order (Docket No. 14778), and in support say:

1.  Debtors initially noticed a hearing on their motions for January 24, but agreed to continue the hearing until Thursday, February 8 at the request of Visagent's attorney due to a scheduling conflict. Debtors' attorneys memorialized that agreement in a memorandum to Visagent's attorneys:

> **From:** David L. Gay [mailto:dgay@smithhulsey.com]
> **Sent:** Tuesday, January 23, 2007 4:04 PM
> **To:** Guy Rubin
> **Cc:** paul_harden@bellsouth.net; Nayeli Carpenter
> **Subject:** Hearing on Motion to Compel
>
> Guy,
> This will confirm that we have agreed to continue the hearing on Winn-Dixie's Motion to Compel and Motion for Protective Order from January 24 to February 8, and reschedule Visagent's deposition of Winn-Dixie's corporate representative from January 30 to sometime after the hearing.
> Please advise as soon as possible if you have not agreed to the foregoing.
> Again, please call at your convenience to discuss resolving the deficiencies in Visagent's discovery responses.
> David L. Gay

2.   Visagent's attorney's office responded, agreeing to the continuance to February 8:

> **From:** Nayeli Carpenter [mailto:nayeli.carpenter@rubinandrubin.com]
> **Sent:** Tuesday, January 23, 2007 4:21 PM
> **To:** David L. Gay; Guy Rubin
> **Cc:** paul_harden@bellsouth.net
> **Subject:** RE: Hearing on Motion to Compel
>
> Mr. Rubin is not reachable via email at the moment but he has agreed to the stated by Mr. Gay.

3.   On January 25, Debtors' attorneys again reminded Visagent's attorneys that Debtors' motions would be heard on February 8:

> **From:** David L. Gay
> **Sent:** Thursday, January 25, 2007 5:30 PM
> **To:** 'Guy Rubin'; 'paul_harden@bellsouth.net'
> **Cc:** 'Nayeli Carpenter'
> **Subject:** RE: Hearing on Motion to Compel
>
> Pursuant to hearing proceeding memo, docket number 14863, the hearing has been continued to February 8.
> Because the continuance was announced in open court, no further notice is required.

4.   A copy of the foregoing string of memoranda is attached.

5.   Yesterday—two days before the hearing and for the first time—Visagent's attorney told Debtors' attorneys that he had a conflict on February 8. If that were so, Visagent should have informed Debtors of that conflict before Debtors agreed to continue the January 24 hearing, and should not have waited until two days before the February 8 hearing to raise the conflict issue.

6.   Debtors are entitled to the discovery that they seek to compel from Visagent in order to defend themselves against Visagent's $132 million claim.

2

Debtors agreed to one continuance of the hearing on their motions—based on Visagent's agreement that their motions would be heard tomorrow.

7.     Moreover, among the relief requested by the Debtors' motions is a protective order barring Visagent from noticing and taking the Debtors' deposition before Visagent complies with the Debtors' longstanding (August 16, 2006) discovery requests.  Any further continuance of Debtors' motion to compel should be accompanied by the Court's granting of the protective relief sought in the motions.  (The Debtors have fully responded to Visagent's document requests by producing over 10,000 pages of documents to Visagent in September 2006.)

SMITH HULSEY & BUSEY

By  *s/ David L. Gay*
      Stephen D. Busey
      James A. Bolling
      David L. Gay

Florida Bar Number 839221
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
dgay@smithhulsey.com

Counsel for Reorganized Debtors

## Certificate of Service

I certify that a copy of the foregoing document was furnished by mail and/or electronically to **Guy Bennett Rubin, Esq.**, Rubin & Rubin, Post Office Box 395, Stuart, Florida 34995 and **Paul M. Harden, Esq.**, Rubin & Rubin, 1301 Riverplace Boulevard, Suite 2601, Jacksonville, Florida 32207, this 7th day of February, 2007.


*s/ David L. Gay*
Attorney

555854.1