### David L. Gay

**From:** David L. Gay
**Sent:** Thursday, January 25, 2007 5:30 PM
**To:** 'Guy Rubin'; 'paul_harden@bellsouth.net'
**Cc:** 'Nayeli Carpenter'
**Subject:** RE: Hearing on Motion to Compel

Pursuant to hearing proceeding memo, docket number 14863, the hearing has been continued to February 8.

Because the continuance was announced in open court, no further notice is required.

**David L. Gay**
Smith Hulsey & Busey
225 Water St., Ste. 1800
Jacksonville, Florida 32202
(904) 359-7860 (direct)
(904) 359-7708 (fax)
dgay@smithhulsey.com

---

**From:** Nayeli Carpenter [mailto:nayeli.carpenter@rubinandrubin.com]
**Sent:** Tuesday, January 23, 2007 4:21 PM
**To:** David L. Gay; Guy Rubin
**Cc:** paul_harden@bellsouth.net
**Subject:** RE: Hearing on Motion to Compel

Mr. Rubin is not reachable via email at the moment but he has agreed to the stated by Mr. Gay.

*Nayeli M. Carpenter*

## RUBIN & RUBIN        Stuart / Miami

ATTORNEYS AND COUNSELORS    www.rubinandrubin.com
520 S. Federal Hwy.
Stuart, Florida 34994
Phone: (772) 283-2004
Fax: (772) 283-2009

*This message was intended for a specific recipient and may contain privileged and confidential information, protected under state and federal law. If you received this message in error, or are not an intended recipient, please delete this message and contact my office advising of the inadvertent disclosure. Thank you.*

**From:** David L. Gay [mailto:dgay@smithhulsey.com]
**Sent:** Tuesday, January 23, 2007 4:04 PM
**To:** Guy Rubin
**Cc:** paul_harden@bellsouth.net; Nayeli Carpenter
**Subject:** Hearing on Motion to Compel

2/6/2007

Guy,

This will confirm that we have agreed to continue the hearing on Winn-Dixie's Motion to Compel and Motion for Protective Order from January 24 to February 8, and reschedule Visagent's deposition of Winn-Dixie's corporate representative from January 30 to sometime after the hearing.

Please advise as soon as possible if you have not agreed to the foregoing.

Again, please call at your convenience to discuss resolving the deficiencies in Visagent's discovery responses.

**David L. Gay**
Smith Hulsey & Busey
225 Water St., Ste. 1800
Jacksonville, Florida 32202
(904) 359-7860 (direct)
(904) 359-7708 (fax)
dgay@smithhulsey.com

The information contained in this communication may be confidential, is intended only for the use of the recipient (s) named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please return it to the sender immediately.

2/6/2007



# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Wednessday
January 24, 2007
9:30 A.M.

## PRO MEMO

CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Motion to Compel Discovery from Visagent and Motion for Protective Order Filed by Debtors (14778)

APPEARANCES:
US TRUSTEE:                     ELENA ESCAMILLA
UNSEC. CRED:                    JOHN B. MACDONALD/PATRICK PATANGAN
                                MATTHEW S. BARR

VISAGENT:

RULING: Cont'd To 2/8
AOCNFN