UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re: )
 )   Case No.: 05-03817-3F1
WINN DIXIE STORES, INC., et. al., )   Chapter 11
 )   Jointly Administered
Debtors. )
_____)

### ORDER ON RYAN MALONE'S MOTION FOR CONTINUANCE

This cause is before the Court upon Ryan Malone's (the "Movant") Motion for Continuance, filed on February 1, 2007 (the "Motion"). The Court finds that good cause has been shown for the requested continuance. Accordingly, it is

ORDERED that:

1. The Motion for Continuance is _granted_;

2. The currently set evidentiary hearing on February 20, 2007, is hereby continued to _Monday, March 12, 2007 at 1:30 p.m._;

and

3. _If the parties anticipate a hearing in excess of 15 minutes, the above hearing will be considered a status + scheduling conference._

Dated this _5th_ day of February, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cc:

1

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3         User: baldws              Page 1 of 1              Date Rcvd: Feb 05, 2007
Case: 05-03817               Form ID: pdfdoc           Total Served: 2

The following entities were served by first class mail on Feb 07, 2007.
aty         +Cynthia C. Jackson,    Smith Hulsey & Busey,   225 Water Street, Suite 1800,
              Jacksonville, FL 32202-4494
            +Curtis W. Molohan,   81990 Overseas Highway, 3rd Floor,   Islamorada, FL 33036-3614

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 07, 2007**              **Signature:**         _Joseph Speetjens_