**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE WITH RESPECT TO**
**AGREED ORDER RESOLVING CLAIM NUMBER 9532 FILED BY**
**WELLS FARGO BANK NORTHWEST, NATION ASSOCIATION**

    I, Adam S. Ravin, certify that I caused to be served the Agreed Order Resolving Claim Number 9532 filed by Wells Fargo Bank Northwest, National Association (Docket No. 15048), by having true and correct copies thereof sent to the parties listed on Exhibit A via e-mail on February 7, 2007.

Dated: February 8, 2007

                                            SKADDEN, ARPS, SLATE,
                                            MEAGHER & FLOM LLP

                                            By: /s/ *Adam S. Ravin*
                                            Adam S. Ravin
                                            Four Times Square
                                            New York, New York 10036
                                            (212) 735-3000
                                            (917) 735-2000 (facsimile)

                                                       and

                                            SMITH HULSEY & BUSEY

                                            By: /s/ *Cynthia C. Jackson*
                                            Cynthia C. Jackson
                                            Florida Bar Number 498882
                                            225 Water Street, Suite 1800
                                            Jacksonville, Florida  32202
                                            (904) 359-7700
                                            (904) 359-7708 (facsimile)

                                            Co-Counsel for Reorganized Debtors

**Exhibit A**

Steven M. Abramowitz
Vinson & Elkins, LLP
666 Fifth Avenue, 26th Floor
New York, New York 10103
sabramowitz@velaw.com

James C. Moon
Bilzin, Sumberg, Baena, Price & Axelrod, LLP
200 S. Biscayne Blvd., Suite 2500
Miami, FL 33131
jmoon@bilzin.com