**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**NOTICE OF FILING**

Winn-Dixie Stores, Inc. and twenty-three of its reorganized debtor affiliates, give notice of filing the attached Withdrawal of Motion for Automatic Stay filed by Iris and Sam Davidson.

Dated: February 8, 2007.

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D. J. Baker*  <br>    D. J. Baker <br>    Sally McDonald Henry <br>    Rosalie Walker Gray | By   *s/ James H. Post*  <br>    Stephen D. Busey <br>    James H. Post (FBN 175460) <br>    Cynthia C. Jackson |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (917) 777-2150 (facsimile) <br> djbaker@skadden.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> jpost@smithhulsey.com |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

00557145

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 05-03817-3F1
DIVISION:

IRIS DAVIDSON and
SAM DAVIDSON, her husband,

      Plaintiffs,

vs.

SAVE RITE GROCERY WAREHOUSE,
INC., a Florida corporation,

      Defendant.

## WITHDRAWAL OF MOTION FOR AUTOMATIC STAY

Plaintiffs, IRIS and SAM DAVIDSON, having reached a settlement with the Defendant, SAVE RITE GROCERY WAREHOUSE, INC., withdraw their Motion for Automatic Stay, and request that such motion be removed from the Bankruptcy Court's hearing Docket.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to Jenifer S. Worley, Esquire, Saalfield, Shad, Jay, Lucas, & Stokes, P.A., Bank of America Tower, 50 North Laura Street, Suite 2950, Jacksonville, Florida 32202, and James H. Post, Esq., 225 Water Street, Ste. 1800, Jacksonville, FL 32202, by U.S. Mail and facsimile this 2 day of January, 2007.

TERRELL, HOGAN, ELLIS,
& YEGELWEL, P.A.

By _____
Carroll Cayer #161070
233 East Bay Street, 8th Floor
Jacksonville, Florida 32202
(904) 632-2424
Attorneys for Plaintiffs

- 1 -