UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., <u>et al.</u>,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.   I am of legal age and I am not a party to this action.

2.   I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.   On or about February 7, 2007 I caused copies of:

•   the **Agreed Order Resolving Claim Number 9859 Filed by Service Force USA, LLC, as Set Forth in the Debtors' Ninth Omnibus Claims Objection**

   to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served order as listed above is attached hereto as Exhibit B.

Dated: February 8, 2007

_____
Kathleen M. Logan

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: 9N

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**

**Agreed Order Resolving Claim Number 9859 Filed by
Service Force USA, LLC, as Set Forth in the Debtors'
Ninth Omnibus Claims Objection**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                            **CASE:   05-03817-3F1**

CREDITOR ID: 269350-16
SERVICE FORCE USA, LLC
ATTN: CHAD MACDONALD, CEO/PRES
45662 TERMINAL DRIVE, SUITE 200
DULLES, VA 20166-4340

**Total:   1**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:                                    )   Case No. 05-03817-3F1
                                          )
WINN-DIXIE STORES, INC., et al., )   Chapter 11
                                          )
Reorganized Debtors. [1]              )   Jointly Administered
                                          )

## AGREED ORDER RESOLVING CLAIM NUMBER 9859 FILED BY SERVICE FORCE USA, LLC, AS SET FORTH IN THE DEBTORS' NINTH OMNIBUS CLAIMS OBJECTION

These cases originally came before the Court for hearing on May 18, 2006, upon the Ninth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors").[2] A response to the Objection was filed by Service Force USA, LLC ("Service Force"), as a result of which the Debtors agreed to continue the Objection with respect to claim no. 9859 filed by Service Force, among others. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1.      Claim no. 9859 filed by Service Force is allowed as an unsecured non-priority claim in the amount of $100,000 and the remainder of claim no. 9859 is disallowed.

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]      All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

2.      The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this ___ day of February, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

<u>Consent</u>

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY

By  <u>/s/ James H. Post</u>
         James H. Post

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

-and-

SKADDEN, ARPS, SLATE,
MEAGHER
& FLOM LLP

D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Co-Counsel for the Debtors

SERVICE FORCE USA, LLC

By _____
         Robert Baldwin
Title: _E Y ?_
45662 Terminal Drive
Suite 200
Dulles, Virginia 20166-4340
(703) 480-6600

3