## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Reorganized Debtors. | Jointly Administered |

### ORDER CLARIFYING RETROACTIVE ORDER

These cases came before the Court on the motion of the Reorganized Debtors (Docket No. 14945) (the "Motion") for entry of an order pursuant to Rule 60, F.R.C.P., as made applicable by Rule 9024, F.R. Bankr. Proc., clarifying the Court's Order dated October 5, 2006, retroactively approving twelve agreements providing for the early termination or the assignment and assumption of non-residential real property leases and subleases (Docket No. 11661; the "Retroactive Order"). The Court has read the Motion and considered the representations of counsel. Upon the representations of counsel and without objection by the United States Trustee or any other interested party, it is

ORDERED AND ADJUDGED THAT:

1. The Motion is granted.

2. The Retroactive Order is clarified to specifically approve the 893 Agreement (as defined in the Motion) and to allow proof of claim number 10636 as a Class 13 Landlord Claim (as defined in the Motion) in the amount of $1,000,000.

Dated this 8 day of February, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this Order on all
parties who received copies of the
Motion.

00557307