

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
February 8, 2007
1:30 P.M.

**PRO MEMO**

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

    Objection to IRS Tax Claims and Motion for Order (I) Determining Tax Liabilities and (II) Requiring the IRS to Issue Tax Refunds Filed by Debtors (12914)

    Response filed by United States (13745)

APPEARANCES:
US TRUSTEE:           ELENA ESCAMILLA
UNSEC. CRED:          JOHN B. MACDONALD/PATRICK PATANGAN
                      MATTHEW S. BARR
IRS:                  DEBORAH M. MORRIS

RULING:    *Litigation of Obj. / Stayed*
           *Ord / Signed*