UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                           ) Case No. 05-03817-3F1
                                                 )
WINN-DIXIE STORES, INC., et al.,                 ) Chapter 11
                                                 )
Reorganized Debtors.                             ) Jointly Administered
                                                 )

**AGREED ORDER ON DEBTORS' OBJECTION AND
MOTION TO DETERMINE TAX LIABILITIES OF IRS**

This matter came before the Court at a status conference on the Debtors' Objection to IRS Tax Claims and Motion for Order (i) Determining Tax Liabilities and (ii) Requiring the IRS to Issue Tax Refunds (the "Objection"; Doc. No. 12914). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Litigation of the Objection is stayed until further order of the Court.

2. Within five business days of entry of this Order, the IRS will pay the Debtors by wire transfer cash in the amount of $18,906,132.24, representing a tentative refund due to Debtors.

3. Within five business days of entry of an order of the Court approving a settlement agreement between the Debtors and the Department of Health and Human Services ("DHHS"), the IRS will pay the Debtors cash equal to the difference between $3,676,089.68 and the allowed amount of the DHHS claim.

Dated this ___8___ day of February, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve a copy of this order on all parties in interest.

00557366

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | INTERNAL REVENUE SERVICE |
| By  *s/ Cynthia C. Jackson*  <br>  Cynthia C. Jackson, F.B.N. 498882 | By  *s/ Deborah M. Morris**  <br>  Deborah M. Morris |
| 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com | United States Department of Justice <br> P.O. Box 875, Ben Franklin Station <br> Washington, D.C. 20044 <br> (202) 353-1758 <br> (202) 514-9868 <br> Deborah.M.Morris@usdoj.gov |
| Counsel for Reorganized Debtors | Trial Attorney, Tax Division |

* Ms. Morris has authorized her electronic signature.