

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
February 8, 2007
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

    Motion to Compel Discovery from Visagent and Motion for Protective Order Filed by Debtors (14778)

APPEARANCES:

US TRUSTEE:          ELENA ESCAMILLA

UNSEC. CRED:         JOHN B. MACDONALD/PATRICK PATANGAN

                    MATTHEW S. BARR

VISAGENT:

RULING:   *Granted*
         O/S