UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |
| ) | |

## ORDER ON VISAGENT'S EMERGENCY MOTION TO CONTINUE

This matter is before the Court on Visagent Corporation's emergency motion to continue the hearing (the "Emergency Motion"; Doc. No. 15063) on the Reorganized Debtors' motion to compel and for a protective order (the "Motion to Compel"; Docket No. 14778). Upon consideration, it is

ORDERED AND ADJUDGED:

1. The Emergency Motion is granted.

2. The hearing on the Motion to Compel is rescheduled to February 22, 2007 at 1:30 p.m.

3. Visagent will not depose the Reorganized Debtors' witnesses until the Court rules on the Motion to Compel and in the event the Court orders Visagent to produce additional discovery, not until twenty days after Visagent complies with the Court's order.

Dated this ___ day of February, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this Order on all
parties who received copies of
the Motion.

557427.1