F I L E D
JACKSONVILLE, FLORIDA

FEB 0 8 2007

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Form 210A (10/06)

# United States Bankruptcy Court

MIDDLE District Of FLORIDA

In re WINN-DIXIE STORES, INC   Case No. 05-03817-3F1

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

BURGER BOULEVARD
Name of Transferee

WAREHOUSE HOLDINGS (546)
Name of Transferor

Name and Address where notices to transferee should be sent:
Burger Boulevard
1530 W. Manchester AVE
Los Angeles CALIF, 90047
ATTN: Tracy Yvette
Phone: (323) 758-5105
Last Four Digits of Acct #: 9867

Court Claim # (if known): 13384
Amount of Claim: 16,000
Date Claim Filed: 07-27-2006

Phone: (323) 971-6063
Last Four Digits of Acct. #: 9867

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
BURGER BOULEVARD
By: /s/ Tracy Yvette (Owner).   Date: 02-05-2007
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

WAREHOUSE HOLDINGS (546)
STATEMENT OF TRANSFER

CASE NO. 05-03817-3F1

THE "TRANSFEROR"(WAREHOUSE HOLDINGS 546) ASSIGNS, TRANSFERS ALL RIGHTS, TITLE AND INTEREST AS TO CLAIM # 13384 TO THE

"TRANSFEREE"(BURGER BOULEVARD) EXPLICITLY.

WAREHOUSE HOLDINGS 546
1522 W. Manchester AVE
Los Angeles CALIF, 90047    (323) 971-6063
ATTN: Vincent E. Rhynes

WAREHOUSE HOLDINGS 546

_Vincent E. Rhynes_ (Owner)    DATE: 2-5-2007
Vincent E. Rhynes                    02-05-2007

MARK HERMAN RHYNES
Commission # 1420605
Notary Public - California
Los Angeles County
My Comm. Expires May 27, 2007

2/5/07