*Law Offices*

# Henry A. Lopez-Aguiar, P.A.

9415 Sunset Drive
Suite 119
Miami, Florida 33173
Telephone: (305) 598-2208

HENRY A. LOPEZ-AGUIAR

February 5, 2007

**F I L E D**
JACKSONVILLE, FLORIDA

**FEB 0 8 2007**

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Clerk of the Court
United States Courthouse
300 N. Hogan Street, #3-350
Jacksonville, Florida 32202

Re:    Name of Creditor:    Matthewman, Marlene
       US Bankruptcy Court Case No. #05-03817-3F1
       Creditor Id:    538420
       Claim Number    13728
       Debtor:    Winn-Dixie Stores, Inc.

## CREDITOR'S OBJECTION TO DEBTOR'S NOTICE OF HEARING TO DISALLOW CLAIM

Dear Sir:

The captioned creditor objects to the Debtor's desire to disallow her claim based on improper filing on proof of claim form, and would submit to the Court for consideration the following:

     a.    Letter dated December 29, 2006 to the Court, which enclosed the Proof of Claim and supportive documents, forwarded by regular mail.

     b.    Letter dated December 29, 2006 to Logan & Company, Inc., which enclosed Proof of Claim and supportive documents, forwarded by certified mail, along with a copy of the U.S. Postal Service, return receipt indicating that the same was received on January 3, 2007, prior to the deadline.

We respectfully submit that, Winn-Dixie had been in receipt of the personal injury claim and supporting documents since September, 2006; had been negotiating the claim and had in fact made an offer to settle the personal injury claim of the creditor, when notification of the Chapter 11 filing was received from Logan & Company, Inc.

Pg. 2
Case No. 05-03817-3F1


It appears from the foregoing that Winn-Dixie had accepted and was attempting to settle the Creditor's claim and therefore creditor, MARLENE MATTHEWMAN, should not now be precluded from concluding the settlement.

Any consideration to the foregoing will be greatly appreciated.  Thank you.


Very truly yours,



*Henry A Lopez-Aguiar*
HENRY A. LOPEZ-AGUIAR

HAL:gdl
Enclosures

    D.J. Baker
    Skadden, Arps, Slate, Meagher & Flom, LLP
    4 Times Square,
    N.Y., N.Y. 10036

December 29, 2006


Clerk of the Court
United States Courthouse
300 N. Hogan Street, #3-350
Jacksonville, Florida 32202

Re:    Name of Creditor:    Matthewman, Marlene
       US Bankruptcy Court Case No. #05-03817-3F1
       Debtor:              Winn-Dixie Stores

Dear Sir:

Enclosed herein please see copy of letter to Logan & Company, Inc., and Proof of Claim
filed on behalf of Marlene Matthewman in connection with the captioned matter.

Thank you for your kind attention and cooperation.

Very truly yours,




HENRY A. LOPEZ-AGUIAR

HAL:gdl
Enclosure

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Logan & Company, Inc.*
*Att: Winn-Dixie Claim Ctr.*
*546 Valley Road*
*Upper Montclair, N.J.*
*07043*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Elizabeth Postell*  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7005 1160 0002 4191 7909

PS Form 3811, February 2004   Domestic Return Receipt   102595-02 M-1540

---

UNITED STATES POSTAL SERVICE   DVD PSDC
KEARNY NJ 070
03 JAN 2007 PM 1 T

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**HENRY A. LOPEZ-AGUIAR, ESQ.**
**9415 Sunset Drive, Suite #119**
**Miami, Florida 33173**

*Proof of Claim - Marlene Matthewman*

30 C01A   ||ıḷıı|ıḷ|ıı|ḷ|ḷıḷ||ıḷıḷḷııı|ıḷḷıḷıı|ḷ

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

O F F I C I A L   U S E

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, June 2002   See Reverse for Instructions

7005 1160 0002 4191 7909

Certified Mail #7005 1160 0002 4191 7909

December 29, 2006

Logan & Company, Inc.
Attention:  Winn-Dixie Claim Center
546 Valley Road
Upper Montclair, New Jersey 07043

Re:    Name of Creditor:    Matthewman, Marlene
       United States Bankruptcy Court, Middle District Case #05-03817-3F1
       Type Claim:          Personal Injury
       Winn-Dixie ID#       A611203505-0001-01

Gentlemen:

Please be advised that this office represents the captioned creditor in connection with the
captioned U.S. Bankruptcy matter, which arises from a personal injury claim.  The
amount of the claim reflected in the attached **Proof of Claim** is $22,219.15 which
represents:

    $11,219.15   in medical bills incurred in diagnostic testing and medical treatment
    $11,000.00   pain and suffering resulting from a 19% impairment to the body

Enclosed herein please find the supportive documents consisting of the medical bills
incurred in the treatment, diagnostic test results, along with the final medical report of the
treating physician.

Please be kind enough to confirm the proper registration of Ms. Matthewman's claim
against Winn-Dixie Stores.  We would appreciate your periodic advice on the status of
the claim.

Thank you for your kind attention and cooperation.

Very truly yours,


HENRY A. LOPEZ-AGUIAR

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT __Middle__ DISTRICT OF __Florida__ | PROOF OF CLAIM |
|---|---|

| Name of Debtor | Case Number |
|---|---|
| WINN-DIXIE STORES, INC., et al., | 05-03817-3F1 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| | |
|---|---|
| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br><br>MATTHEWMAN, MARLENE | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
| Name and address where notices should be sent:<br>Matthewman, Marlene<br>c/o Henry A. Lopez-Aguiar, Esq.<br>9415 Sunset Drive, #119<br>Miami, Fla. 33173<br>Telephone number: 305-598-2208 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court. |

THIS SPACE IS FOR COURT USE ONLY

| Last four digits of account or other number by which creditor identifies debtor: | Check here ☐ replaces<br>if this claim ☐ amends   a previously filed claim, dated:_____ |
|---|---|

**1.   Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☒ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other ——————————————

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #: _____
  Unpaid compensation for services performed

  from _____ to _____
         (date)           (date)

| 2.   Date debt was incurred:<br>   April 22, 2006 | 3.   If court judgment, date obtained:<br>   n/a |
|---|---|

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

Unsecured Nonpriority Claim $22,219.15

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim**

☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.

Amount entitled to priority  $_____

Specify the priority of your claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)

☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim**

☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
- ☐ Real Estate  ☐ Motor Vehicle ☐ Other_____
Value of Collateral:  $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

| 5.   Total Amount of Claim at Time Case Filed: | $22,219.15 | | | 0.00 |
|---|---|---|---|---|
| | (unsecured) | (secured) | (priority) | (Total) |

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

| | |
|---|---|
| 6.   **Credits:**   The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.<br><br>7.   **Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.<br><br>8.   **Date-Stamped Copy:**   To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | THIS SPACE IS FOR COURT USE ONLY |

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| | |

Penalty for presenting fraudulent claim: Fine of up to  $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# HEALTH INSURANCE CLAIM FORM

PLEASE DO NOT STAPLE IN THIS AREA

APPROVED OMB-0938-0008

PICA

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) X | N/A |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
Mattherman, Marlene

3. PATIENT'S BIRTH DATE    MM  DD  YY  04  13  54    SEX  M ☐  F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
Mattherman, Marlene

5. PATIENT'S ADDRESS (No., Street)
13841 Sw 42 Terr

6. PATIENT RELATIONSHIP TO INSURED
Self ☐  Spouse ☐  Child ☐  Other ☒

7. INSURED'S ADDRESS (No., Street)
13841 Sw 42 Terr

CITY
Miami

STATE
FL

8. PATIENT STATUS
Single ☐  Married ☒  Other ☐
Employed ☐  Full-Time Student ☐  Part-Time Student ☐

CITY
Miami

STATE
FL

ZIP CODE
33175

TELEPHONE (Include Area Code)
(305) 226-9370

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
33175

ZIP CODE
33175

TELEPHONE (INCLUDE AREA CODE)
(305) 226-9370

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES ☐  NO ☒

a. INSURED'S DATE OF BIRTH  MM  DD  YY  04  13  54    SEX  M ☐  F ☒

b. OTHER INSURED'S DATE OF BIRTH  MM  DD  YY    SEX  M ☐  F ☐

b. AUTO ACCIDENT?  PLACE (State)
YES ☐  NO ☒  FL

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES ☐  NO ☒

c. INSURANCE PLAN NAME OR PROGRAM NAME
Henry Lopez Aguiar

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES ☐  NO ☒  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  Signature on File    DATE  07/17/06

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  Signature on File

14. DATE OF CURRENT:  MM  DD  YY  04  22  06    ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE  MM  DD  YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM        TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM        TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?
YES ☐  NO ☒  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 847.0    3. 847.2

2. 843.9    4. 843.9

22. MEDICAID RESUBMISSION CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. | A. DATES(S) OF SERVICE | | | | | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | From MM 06 | DD 14 | YY 06 | To MM 06 | DD 14 | YY 06 | 11 | | 73721 | | 1234 | $1590.00 | 1 | | | |

25. FEDERAL TAX I.D. NUMBER    SSN  EIN
650820576  ☒

26. PATIENT'S ACCOUNT NO.
3576

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES ☒  NO ☐

28. TOTAL CHARGE
$1590.00

29. AMOUNT PAID
$ 0.0

30. BALANCE DUE
$1590.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED  Robert A. Elias, MD    DATE  07/17/06

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
Miami Dade County MRI
411 Sw 27 Avenue Suite 100
Miami, FL 33135

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
Miami Dade County MRI
411 Sw 27 Avenue Suite 100
Miami, FL 33135  (305) 644-7541

PIN#        GRP#

APPROVED OMB-0938-0008 FORM CMS-1500 (12-90), FORM RRB-1500,
APPROVED OMB-1215-0055 FORM OWCP-1500, APPROVED OMB-0720-0001 (CHAMPUS).
APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88

PLEASE PRINT OR TYPE

PHYSICIAN OR SUPPLIER INFORMATION
PATIENT AND INSURED INFORMATION
CARRIER

Henry Lopez Aguiar
9415 Sunset Dr Suite#111
Miami, FL 33173

APPROVED OMB-0938-0008

PLEASE
DO NOT
STAPLE
IN THIS
AREA

Henry Lopez Aguiar
9415 Sunset Dr Suite#111
Miami, FL 33173

□ PICA

# HEALTH INSURANCE CLAIM FORM

PICA □

| 1. MEDICARE ☐ MEDICAID ☐ CHAMPUS ☐ CHAMPVA ☐ GROUP HEALTH PLAN ☐ FECA BLK LUNG ☐ OTHER ☐ | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|
| (Medicare #) (Medicaid #) (Sponsor's SSN) (VA File #) (SSN or ID) (SSN) (ID) | N/A |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| Matthernman, Marlene | MM 04 DD 13 YY 54 | M ☐ F ☒ | Matthernman, Marlene |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 13841 Sw 42 Terr | Self ☒ Spouse ☐ Child ☐ Other ☐ | 13841 Sw 42 Terr |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| Miami | FL | Single ☐ Married ☐ Other ☒ | Miami | FL |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 33175 | ((305) 226-9370 | Employed ☐ Full-Time Student ☐ Part-Time Student ☐ | 33175 | ((305) 226-9370 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| | | |
| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) ☐ YES ☒ NO | a. INSURED'S DATE OF BIRTH MM 4 DD 13 YY 54  M ☐ F ☒ |
| b. OTHER INSURED'S DATE OF BIRTH MM ☐ DD ☐ YY ☐ SEX M ☐ F ☐ | b. AUTO ACCIDENT? ☒ YES ☐ NO PLACE (State) FL | b. EMPLOYER'S NAME OR SCHOOL NAME |
| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? ☐ YES ☒ NO | c. INSURANCE PLAN NAME OR PROGRAM NAME Henry Lopez Aguiar |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? ☐ YES ☒ NO If yes, return to and complete item 9 a-d. |

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED _Signature on File_    DATE _07/17/06_

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED _Signature on File_

| 14. DATE OF CURRENT: MM 04 DD 22 YY 06 ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM ☐ DD ☐ YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM ☐ DD ☐ YY TO MM ☐ DD ☐ YY |
|---|---|---|
| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM ☐ DD ☐ YY TO MM ☐ DD ☐ YY |
| 19. RESERVED FOR LOCAL USE | | 20. OUTSIDE LAB? ☐ YES ☐ NO $ CHARGES |

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE) | 22. MEDICAID RESUBMISSION CODE ORIGINAL REF. NO. |
|---|---|
| 1. 847.0    3. 847.2 | 23. PRIOR AUTHORIZATION NUMBER |
| 2. 847.1    4. 843.9 | |

| 24. A DATE(S) OF SERVICE From MM DD YY To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 05 12 06  05 12 06 | 11 | | 72040  26 | 1 2 3 4 | $82.39 | 1 | | | | |
| 05 12 06  05 12 06 | 11 | | 72070  26 | 1 2 3 4 | $82.39 | 1 | | | | |
| 05 12 06  05 12 06 | 11 | | 72100  26 | 1 2 3 4 | $83.56 | 1 | | | | |
| 05 12 06  05 12 06 | 11 | | 73510  26 | 1 2 3 4 | $83.38 | 1 | | | | |
| 05 12 06  05 12 06 | 11 | | 73560  26 | 1 2 3 4 | $81.94 | 1 | | | | |

| 25. FEDERAL TAX I.D. NUMBER SSN ☐ EIN ☒ | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) ☒ YES ☐ NO | 28. TOTAL CHARGE $ 413.66 | 29. AMOUNT PAID $ 0.0 | 30. BALANCE DUE $ 413.66 |
|---|---|---|---|---|---|
| 650879401 | 3576 | | | | |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) Robert S. Elias, MD SIGNED ME37821  DATE 07/17/06 | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) Professional Reading & Diagnostics, Inc. 411 Sw 27 Avenue Suite 200 Miami, FL 33135 | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # Professional Reading & Diagnostics, Inc. 411 Sw 27 Avenue Suite 200 Miami, FL 33135 (305) 644-4097 PIN#          GRP# |
|---|---|---|

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)    **PLEASE PRINT OR TYPE**

APPROVED OMB-0938-0008 FORM CMS-1500 (12-90), FORM RRB-1500,
APPROVED OMB-121S-0055 FORM OWCP-1500, APPROVED OMB-0720-0001 (CHAMPUS)

PATIENT AND INSURED INFORMATION

PHYSICIAN OR SUPPLIER INFORMATION

APPROVED OMB-0938-0008

**HEALTH INSURANCE CLAIM FORM**

PICA | | | | PICA | | |

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
| (Medicare#) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) X | (ID) | | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
**MATTERHMAN. MARLENE**

3. PATIENT'S BIRTH DATE
MM **04** DD **13** YY **54**   SEX   M   F **X**

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
**MATTERHMAN. MARLENE**

5. PATIENT'S ADDRESS (No., Street)
**13841 S.W. 42ND TERRACE**

6. PATIENT RELATIONSHIP TO INSURED
Self **X**  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)
**13841 S.W. 42ND TERRACE**

CITY **MIAMI**   STATE **FL**

8. PATIENT STATUS
Single   Married **X**   Other

CITY **MIAMI**   STATE **FL**

ZIP CODE **33175**   TELEPHONE (Include Area Code) **(305) 226 9370**

Employed   Full-Time Student   Part-Time Student

ZIP CODE **33175**   TELEPHONE (INCLUDE AREA CODE) **(305) 226 9370**

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)   YES   **X** NO

a. INSURED'S DATE OF BIRTH
MM **04** DD **13** YY **54**   M   SEX   F **X**

b. OTHER INSURED'S DATE OF BIRTH
MM   DD   YY   M   F

b. AUTO ACCIDENT?   PLACE (State)   YES   **X** NO

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?   YES   **X** NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
**NO INS**

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES   **X** NO   If yes, return to and complete item 9 a-d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED                    DATE **08/25/06**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED

14. DATE OF CURRENT:
MM   DD   YY   ◄ ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)   **INJURY**

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE   MM   DD   YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM   DD   YY   TO MM   DD   YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
**MED. GRP. PROFESSIONAL**

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM   DD   YY   TO MM   DD   YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   YES   **X** NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. **8472**   3. **844**
2. **8439**   4.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS   MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 22 06 | 08 22 06 | 11 | | 99243 | 1 2 3 | 475.00 | 1 | | | | |
| 08 22 06 | 08 22 06 | 11 | | 95831 | 1 2 3 | 65.00 | 1 | | | | |
| 08 22 06 | 08 22 06 | 11 | | 95851 | 1 2 3 | 60.00 | 1 | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER   SSN   EIN
**592174220**   **X**

26. PATIENT'S ACCOUNT NO.
**MATMA000   6785**

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES **X**   NO

28. TOTAL CHARGE
$ **600,00**

29. AMOUNT PAID
$

30. BALANCE DUE
$ **600,00**

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

**ME063003**
SIGNED                    DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
**MIAMI MEDICAL GROUP**
**4505 WEST FLAGLER ST. #101**
**MIAMI. FL 33134**
**(305)445-0048**

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
**MIAMI MEDICAL GROUP**
**MANUEL FEIJOO, M.D.**
**4505 WEST FLAGLER STREET**
**MIAMI. FL 33134**
PIN#                    GRP#

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   **PLEASE PRINT OR TYPE**
WHCFA-1500-2-N-90 (5/02)

FORM CMS-1500   (12-90)
FORM OWCP-1500
FORM RRB-1500

APPROVED OMB-0938-0008

PLEASE DO NOT STAPLE IN THIS AREA

Henry Lopez Aguiar
9415 Sunset Dr Suite#111
Miami, FL  33173

[ ] PICA

## HEALTH INSURANCE CLAIM FORM

PICA [ ]

| 1. MEDICARE / MEDICAID / CHAMPUS / CHAMPVA / GROUP HEALTH PLAN / FECA BLK LUNG / OTHER | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|
| (Medicare #) (Medicaid #) (Sponsor's SSN) (VA File #) (SSN or ID) (SSN) [X] (ID) | N/A |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE  MM DD YY   SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|
| Matthernman, Marlene | 04 13 54   M [ ]  F [X] | Matthernman, Marlene |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 13841 Sw 42 Terr | Self [X]  Spouse [ ]  Child [ ]  Other [ ] | 13841 Sw 42 Terr |

| CITY: Miami   STATE: FL | 8. PATIENT STATUS  Single [ ]  Married [ ]  Other [X] | CITY: Miami   STATE: FL |
|---|---|---|
| ZIP CODE: 33175  TELEPHONE (Include Area Code): ((305) 226-9370 | Employed [ ]  Full-Time Student [ ]  Part-Time Student [ ] | ZIP CODE: 33175  TELEPHONE (INCLUDE AREA CODE): ((305) 226-9370 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS)  [ ] YES  [X] NO | a. INSURED'S DATE OF BIRTH  MM DD YY  4 13 54   M [ ]  SEX F [X] |
| b. OTHER INSURED'S DATE OF BIRTH  MM DD YY   SEX  M [ ]  F [ ] | b. AUTO ACCIDENT?  [X] YES  [ ] NO   PLACE (State) FL | b. EMPLOYER'S NAME OR SCHOOL NAME |
| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT?  [ ] YES  [X] NO | c. INSURANCE PLAN NAME OR PROGRAM NAME  Henry Lopez Aguiar |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  [ ] YES  [X] NO  If yes, return to and complete item 9 a-d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  Signature on File    DATE  06/05/06

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  Signature on File

| 14. DATE OF CURRENT:  MM DD YY  04 22 06   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM MM DD YY   TO MM DD YY |
|---|---|---|
| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM MM DD YY   TO MM DD YY |
| 19. RESERVED FOR LOCAL USE | | 20. OUTSIDE LAB?  [ ] YES  [ ] NO   $ CHARGES |

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 or 4 TO ITEM 24E BY LINE) | 22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO. |
|---|---|
| 1. 847.0    3. 847.2 | 23. PRIOR AUTHORIZATION NUMBER |
| 2. 847.1    4. 843.9 | |

| 24. A. DATE(S) OF SERVICE From / To  MM DD YY  MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances)  CPT/HCPCS / MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 05 12 06  05 12 06 | 11 | | 72040  26 | 1 2 3 4 | $82.39 | 1 | | | | |
| 05 12 06  05 12 06 | 11 | | 72070  26 | 1 2 3 4 | $82.39 | 1 | | | | |
| 05 12 06  05 12 06 | 11 | | 72100  26 | 1 2 3 4 | $83.56 | 1 | | | | |
| 05 12 06  05 12 06 | 11 | | 73510  26 | 1 2 3 4 | $83.38 | 1 | | | | |
| 05 12 06  05 12 06 | 11 | | 73560  26 | 1 2 3 4 | $81.94 | 1 | | | | |

| 25. FEDERAL TAX I.D. NUMBER  SSN EIN  650879401  [X] | 26. PATIENT'S ACCOUNT NO.  3576 | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  [X] YES  [ ] NO | 28. TOTAL CHARGE  $413.66 | 29. AMOUNT PAID  $ 0.0 | 30. BALANCE DUE  $413.66 |
|---|---|---|---|---|---|

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)  Robert S. Elias, MD  SIGNED ME37821   DATE 06/05/06 | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)  Professional Reading & Diagnostics, Inc.  411 Sw 27 Avenue Suite 200  Miami, FL 33135 | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #  Professional Reading & Diagnostics, Inc.  411 Sw 27 Avenue Suite 200  Miami, FL 33135 (305) 644-4097  PIN#    GRP# |
|---|---|---|

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)    PLEASE PRINT OR TYPE

APPROVED OMB-0938-0008 FORM CMS-1500 (12-90), FORM RRB-1500,
APPROVED OMB-1215-0055 FORM OWCP-1500, APPROVED OMB-0720-0001 (CHAMPUS)

# Professional Medical Group, Inc.

## OCCUPATIONAL AND GENERAL MEDICINE

Telephone: (305) 553-5140
Fax: (305) 553-5150

10686 S.W. 24th Street (Coral Way)
Miami, FL 33165

August 28, 2006

None

, FL 00000

RE: Itemized Billing Statement

| | |
|---|---|
| Our Patient: | Matthewman, Marlene |
| D/A: | 04/22/06 |
| Insured: | |
| Policy #: | |
| Claim #: | |
| Service Provider: | Jose L. Vazquez, M.D. |
| Tax ID #: | 65-0118659 |
| Our File #: | 06-04-7910 |

| Service Date | Procedure | Description | Diagnosis | $ Charges |
|---|---|---|---|---|
| 04/27/06 | 99204 | Initial Office Visit, Examination, Recommenda | 847.0 | $303.33 |
| 05/01/06 | 72052 | X-Rays: Cervical Spine | 847.0 | $266.00 |
| 05/01/06 | 72070 | X-Rays: Thoracic Spine | 847.1 | $202.22 |
| 05/01/06 | 72110 | X-Rays: Lumbosacral Spine | 847.2 | $281.88 |
| 05/01/06 | 73510 | X-Rays: Hip, Left | 843.9 | $160.00 |
| 05/01/06 | 73562 | X-Rays: Knee, Right | 844.9 | $185.37 |
| 05/02/06 | 97010 | Cold/Hot Packs | 844.9 | $45.96 |
| 05/02/06 | 97014 | Electrical Muscle Stimulation | 847.0 | $55.15 |
| 05/02/06 | 97035 | Ultrasound Massage | 847.0 | $62.81 |
| 05/02/06 | 97039 | Dry Heat/MASSAGE/Spinal Mobilization | 847.2 | $53.62 |
| 05/04/06 | 97010 | Cold/Hot Packs | 844.9 | $45.96 |
| 05/04/06 | 97014 | Electrical Muscle Stimulation | 847.0 | $55.15 |
| 05/04/06 | 97039 | Dry Heat/MASSAGE/Spinal Mobilization | 847.2 | $53.62 |
| 05/04/06 | 97124 | Manual Massage | 847.0 | $61.28 |
| 05/09/06 | 97010 | Cold/Hot Packs | 844.9 | $45.96 |
| 05/09/06 | 97014 | Electrical Muscle Stimulation | 847.0 | $55.15 |
| 05/09/06 | 97035 | Ultrasound Massage | 847.0 | $62.81 |
| 05/09/06 | 97124 | Manual Massage | 847.0 | $61.28 |
| 05/11/06 | 97010 | Cold/Hot Packs | 844.9 | $45.96 |
| 05/11/06 | 97014 | Electrical Muscle Stimulation | 847.0 | $55.15 |
| 05/11/06 | 97035 | Ultrasound Massage | 847.0 | $62.81 |
| 05/11/06 | 97039 | Dry Heat/MASSAGE/Spinal Mobilization | 847.2 | $53.62 |
| 05/17/06 | 97010 | Cold/Hot Packs | 844.9 | $45.96 |
| 05/17/06 | 97014 | Electrical Muscle Stimulation | 847.0 | $55.15 |
| 05/17/06 | 97035 | Ultrasound Massage | 847.0 | $62.81 |

Patient: Matthewman, Marlene
D/A: 04/22/06
August 28, 2006

| Service Date | Procedure | Description | Diagnosis | $ Charges |
|---|---|---|---|---|
| 05/17/06 | 97039 | Dry Heat/MASSAGE/Spinal Mobilization | 847.2 | $53.62 |
| 05/17/06 | 97124 | Manual Massage | 847.2 | $61.28 |
| 05/18/06 | 97010 | Cold/Hot Packs | 844.9 | $45.96 |
| 05/18/06 | 97014 | Electrical Muscle Stimulation | 847.0 | $55.15 |
| 05/18/06 | 97035 | Ultrasound Massage | 847.0 | $62.81 |
| 05/18/06 | 97039 | Dry Heat/MASSAGE/Spinal Mobilization | 847.2 | $53.62 |
| 05/18/06 | 99212 | Follow-up Office Visit | 847.0 | $91.92 |
| 05/22/06 | 97010 | Cold/Hot Packs | 844.9 | $45.96 |
| 05/22/06 | 97014 | Electrical Muscle Stimulation | 847.0 | $55.15 |
| 05/22/06 | 97035 | Ultrasound Massage | 847.0 | $62.81 |
| 05/22/06 | 97039 | Dry Heat/MASSAGE/Spinal Mobilization | 847.2 | $53.62 |
| 05/22/06 | 97124 | Manual Massage | 847.0 | $61.28 |
| 05/24/06 | 97010 | Cold/Hot Packs | 844.9 | $45.96 |
| 05/24/06 | 97014 | Electrical Muscle Stimulation | 847.0 | $55.15 |
| 05/24/06 | 97035 | Ultrasound Massage | 847.0 | $62.81 |
| 05/31/06 | 97010 | Cold/Hot Packs | 844.9 | $45.96 |
| 05/31/06 | 97014 | Electrical Muscle Stimulation | 847.0 | $55.15 |
| 05/31/06 | 97039 | Dry Heat/MASSAGE/Spinal Mobilization | 847.2 | $53.62 |
| 06/02/06 | 97010 | Cold/Hot Packs | 844.9 | $45.96 |
| 06/02/06 | 97014 | Electrical Muscle Stimulation | 847.0 | $55.15 |
| 06/02/06 | 97039 | Dry Heat/MASSAGE/Spinal Mobilization | 847.2 | $53.62 |
| 06/05/06 | 97010 | Cold/Hot Packs | 844.9 | $45.96 |
| 06/05/06 | 97014 | Electrical Muscle Stimulation | 847.0 | $55.15 |
| 06/05/06 | 97035 | Ultrasound Massage | 847.0 | $62.81 |
| 06/05/06 | 97124 | Manual Massage | 847.2 | $61.28 |
| 06/12/06 | 97010 | Cold/Hot Packs | 844.9 | $45.96 |
| 06/12/06 | 97014 | Electrical Muscle Stimulation | 847.0 | $55.15 |
| 06/12/06 | 97035 | Ultrasound Massage | 847.0 | $62.81 |
| 06/12/06 | 97039 | Dry Heat/MASSAGE/Spinal Mobilization | 847.2 | $53.62 |
| 06/12/06 | 97124 | Manual Massage | 847.0 | $61.28 |
| 06/15/06 | 97010 | Cold/Hot Packs | 844.9 | $45.96 |
| 06/15/06 | 97014 | Electrical Muscle Stimulation | 847.0 | $55.15 |
| 06/15/06 | 97035 | Ultrasound Massage | 847.0 | $62.81 |
| 06/15/06 | 97039 | Dry Heat/MASSAGE/Spinal Mobilization | 847.2 | $53.62 |
| 06/19/06 | 97010 | Cold/Hot Packs | 844.9 | $45.96 |
| 06/19/06 | 97014 | Electrical Muscle Stimulation | 847.0 | $55.15 |
| 06/19/06 | 97039 | Dry Heat/MASSAGE/Spinal Mobilization | 847.2 | $53.62 |
| 06/19/06 | 97124 | Manual Massage | 847.0 | $61.28 |
| 06/21/06 | 97010 | Cold/Hot Packs | 844.9 | $45.96 |
| 06/21/06 | 97014 | Electrical Muscle Stimulation | 847.0 | $55.15 |
| 06/21/06 | 97035 | Ultrasound Massage | 847.0 | $62.81 |
| 06/27/06 | 97010 | Cold/Hot Packs | 844.9 | $45.96 |
| 06/27/06 | 97014 | Electrical Muscle Stimulation | 847.0 | $55.15 |
| 06/27/06 | 97039 | Dry Heat/MASSAGE/Spinal Mobilization | 847.2 | $53.62 |

Patient: Matthewman, Marlene
D/A: 04/22/06
August 28, 2006

| Service Date | Procedure | Description | Diagnosis | $ Charges |
|---|---|---|---|---|
| 06/27/06 | 97124 | Manual Massage | 847.2 | $61.28 |
| 06/29/06 | 97010 | Cold/Hot Packs | 844.9 | $45.96 |
| 06/29/06 | 97014 | Electrical Muscle Stimulation | 847.0 | $55.15 |
| 06/29/06 | 97035 | Ultrasound Massage | 847.0 | $62.81 |
| 06/29/06 | 97039 | Dry Heat/MASSAGE/Spinal Mobilization | 847.2 | $53.62 |
| 07/05/06 | 97010 | Cold/Hot Packs | 844.9 | $45.96 |
| 07/05/06 | 97014 | Electrical Muscle Stimulation | 847.0 | $55.15 |
| 07/05/06 | 97035 | Ultrasound Massage | 847.0 | $62.81 |
| 07/05/06 | 97039 | Dry Heat/MASSAGE/Spinal Mobilization | 847.2 | $53.62 |
| 07/05/06 | 97124 | Manual Massage | 847.0 | $61.28 |
| 07/11/06 | 97010 | Cold/Hot Packs | 844.9 | $45.96 |
| 07/11/06 | 97014 | Electrical Muscle Stimulation | 847.0 | $55.15 |
| 07/11/06 | 97039 | Dry Heat/MASSAGE/Spinal Mobilization | 847.2 | $53.62 |
| 07/11/06 | 97124 | Manual Massage | 847.2 | $61.28 |
| 07/13/06 | 97010 | Cold/Hot Packs | 844.9 | $45.96 |
| 07/13/06 | 97014 | Electrical Muscle Stimulation | 847.0 | $55.15 |
| 07/13/06 | 97035 | Ultrasound Massage | 847.0 | $62.81 |
| 07/13/06 | 97039 | Dry Heat/MASSAGE/Spinal Mobilization | 847.2 | $53.62 |
| 07/13/06 | 97124 | Manual Massage | 847.0 | $61.28 |
| 07/13/06 | 99212 | Follow-up Office Visit | 847.2 | $91.92 |
| 07/18/06 | 97010 | Cold/Hot Packs | 844.9 | $45.96 |
| 07/18/06 | 97014 | Electrical Muscle Stimulation | 847.0 | $55.15 |
| 07/18/06 | 97035 | Ultrasound Massage | 847.0 | $62.81 |
| 07/18/06 | 97039 | Dry Heat/MASSAGE/Spinal Mobilization | 847.2 | $53.62 |
| 08/03/06 | 99214 | Final Visit, Examination and Discharge | 847.0 | $180.77 |

Total    $6,414.49



Take This Medicine With A
Snack Or Small Meal If Stomach
Upset Occurs

Do Not Drink Alcoholic
Beverages While Taking This
Medicine.

This medicine contains Acetaminophen.
Taking more Acetaminophen than
recommended may cause serious liver
problems.

4010 SW 137
MARLE
13841 SW 4
MIAMI, FL 3
NO. 15811
IBUPROFE
NEW
QTY 30
AXC/MIB/
PLAN PAID
GROUP# UHE

4010 SW 137TH AVE MIAMI, FL 33175
MARLENE MATTHEWMAN
13841 SW 42 TER
MIAMI, FL 33175
NO. 1581127-02832 DATE  04/22/06
HYDROCODONE/APAP 5MG/500MG TABS
NEW
QTY 15    NO REFILLS - DR. AUTHORIZATION REQUIRED
$13.99    Your Insurance Saved You: $ 3.99
AXC/MIB/  /MIB
PLAN PAID
GROUP# UHEALTH

PH (305)564-4549
PATIENT PH (305)226-9370

NDC  00406-0357-05
MFG  MALLINCKRODT

DR S. MION BET
CLAIM REF# WDCE1DM

$ 10.00

PEEL HERE ↓

*Walgreens* Customer Receipt

4010 SW 137TH AVE MIAMI, FL 33175
MARLENE MATTHEWMAN
13841 SW 42 TER
MIAMI, FL 33175
NO. 1581127-02832 DATE  04/22/06
HYDROCODONE/APAP 5MG/500MG TABS
NEW
QTY 15    NO REFILLS - DR. AUTHORIZATION REQUIRED
$13.99    Your Insurance Saved You: $ 3.99
AXC/MIB/  /MIB
PLAN PAID
GROUP# UHEALTH

PH (305)564-4549
PATIENT PH (305)226-9370

NDC  00406-0357-05
MFG  MALLINCKRODT

DR S. MION BET
CLAIM REF# WDCE1DM

NABP# 1070274

$ 10.00

*Walgreens* Duplicate R

# Medical Payment Summary

**ingenix**

Claimant: MATTHEWMAN, MARLENE
Date of Incident: 04/22/2006
Last Update: 06/13/2006
ISS File Number: 4512706

Total Billed: $2,191.00
Total Paid: $1,280.49
created on: 08/23/2006

| First Date of Service | Claim Number | Provider | Amount Billed | Amount Paid | Paid Date | Capitated* | Diagnosis Codes |
|---|---|---|---|---|---|---|---|
| 04/22/2006 | 13446707301 | BAPTIST HOSPITAL | $1,619.00 | $836.40 | 05/15/2006 | No | 786.2, 959.09, 723.1 |
| 04/22/2006 | 13468707740 | RADIOLOGY ASC OF S FL PA | $47.00 | $13.30 | 05/05/2006 | No | 959.09 |
| 04/22/2006 | 13468707740 | RADIOLOGY ASC OF S FL PA | $41.00 | $11.66 | 05/05/2006 | No | 959.09 |
| 04/22/2006 | 13468707740 | RADIOLOGY ASC OF S FL PA | $200.00 | $200.00 | 06/03/2006 | No | 922.32 |
| 04/22/2006 | 13608832001 | ACUTE CARE MEDICAL SVCS/SOUTH | $250.00 | $110.00 | 05/05/2006 | No | 733.01, V72.31 |
| 05/31/2006 | 13688477800 | GEOFFREY N JAMES | $15.00 | $4.28 | 06/06/2006 | No | 733.01, V72.31 |
| 05/31/2006 | 13688477800 | GEOFFREY N JAMES | $19.00 | $5.45 | 06/06/2006 | No | 733.01, V72.31 |
| 05/31/2006 | 13688477800 | GEOFFREY N JAMES | | | | No | |
| | | Subtotals: | $2,191.00 | $1,280.49 | | | |

* The amount of our claim includes the reasonable value of services furnished on a pre-paid capitated basis.

Page 1

### PROFESSIONAL READING AND DIAGNOSTICS, INC.

PATIENT NAME:   MATTERHMAN, MARLENE
PHYSICIAN:      DR. J.L. VAZQUEZ
DATE:           05-01-06


**CERVICAL SPINE:**

MULTIPLE RADIOGRAPHIC VIEWS OF THE CERVICAL SPINE WERE OBTAINED IN
THE AP, LATERAL, OBLIQUE AND OPEN-MOUTH PROJECTIONS.

THERE IS NO EVIDENCE OF ACUTE FRACTURE OR BONE DEFORMITY.  THE
CERVICAL ALIGNMENT IS NORMAL.  THE PARAVERTEBRAL SOFT TISSUES ARE
NORMAL.    THE ODONTOID VISUALIZED IS NORMAL.    THE NEUROFORAMINA
BILATERALLY ARE PATENT.

**CONCLUSION:**

GENERALLY UNREMARKABLE CERVICAL SPINE EVALUATION.



**THORACIC SPINE:**

THE AP AND LATERAL VIEWS OF THE THORACIC SPINE SHOW NO FRACTURE.
THERE IS SEVERE DEXTROSCOLIOSIS.   THE PARAVERTEBRAL SOFT TISSUES
ARE NORMAL.  THERE IS SOME MILD OSTEOPENIA.

**CONCLUSION:**

SEVERE DEXTROSCOLIOSIS.   CLINICAL CORRELATION IS ADVISED.



**LUMBAR SPINE:**

THE AP AND LATERAL VIEWS OF THE LUMBAR SPINE SHOW MILD DEGENERATIVE
CHANGE WITH MILD OSTEOPENIA.   THERE IS SEVERE LEVOSCOLIOSIS.   THE
PEDICLES AND SACROILIAC JOINTS ARE NORMAL.

**CONCLUSION:**

1.   MILD DEGENERATIVE CHANGE WITH OSTEOPENIA.

2.   SEVERE LEVOSCOLIOSIS.   CLINICAL CORRELATION IS ADVISED.



CONTINUED.....

PAGE -2-


PATIENT NAME:   MATTERHMAN, MARLENE
PHYSICIAN:      DR. J.L. VAZQUEZ
DATE:           05-01-06


**LEFT HIP:**

EXAMINATION OF THE LEFT HIP SHOWS MILD DEGENERATIVE CHANGE.   THERE
IS NO ACUTE FRACTURE OR DISLOCATION.    THE PERIOSTEUM AND CORTEX
ARE NORMAL.   NO SOFT TISSUE CALCIFICATIONS ARE IDENTIFIED.

**CONCLUSION:**

MILD DEGENERATIVE CHANGE.   NO ACUTE BONE DEFORMITY.


**RIGHT KNEE:**

THE AP, LATERAL AND OBLIQUE VIEWS OF THE RIGHT KNEE SHOW MILD
SWELLING.   THERE IS DEGENERATIVE CHANGE.   THERE IS MINIMAL JOINT
SPACE NARROWING MEDIALLY.   THERE IS NO FRACTURE OR DISLOCATION.
THE CONDYLAR SURFACES APPEAR TO BE NORMAL.   THE PERIOSTEUM AND
CORTEX ARE NORMAL.   NO SOFT TISSUE CALCIFICATIONS ARE SEEN.

**CONCLUSION:**

1.    MILD SWELLING.

2.    MINIMAL DEGENERATIVE CHANGE.   NO ACUTE BONE DEFORMITY.    IF
      CLINICAL SYMPTOMATOLOGY WARRANTS, FURTHER IMAGING MAY BE
      RECOMMENDED.


ROBERT S. ELIAS, M.D.
RADIOLOGIST

RSE:ms
DD:  05/12/06
DT:  05/12/06

MIAMI DADE COUNTY MRI

PATIENT NAME:   MATTHERMAN, MARLENE
PHYSICIAN:      PROFESSIONAL MED. GROUP
DATE:           06/14/06


MAGNETIC RESONANCE IMAGING OF THE RIGHT KNEE:

MULTIPLE CONTIGUOUS 5 MM SAGITTAL SECTIONS OF THE RIGHT KNEE WERE
OBTAINED UTILIZING T1- AND T2-WEIGHTED IMAGING SEQUENCES.
ADDITIONAL VIEWS OF THE KNEE WERE OBTAINED IN THE CORONAL WITH STIR
PROJECTION UTILIZING T1-WEIGHTED IMAGING SEQUENCES.   ADDITIONAL
VIEWS OF THE KNEE WERE OBTAINED IN THE AXIAL PROJECTION UTILIZING
T2-WEIGHTED IMAGING SEQUENCES.

THERE IS MINIMAL FLUID IN THE KNEE JOINT.  THERE IS NO EVIDENCE OF
FRACTURE OR BONE DEFORMITY.   THE PATELLA IS INTACT.   THERE IS NO
EVIDENCE OF CHONDROMALACIA.

THE QUADRICEPS TENDON AND PATELLAR TENDON APPEAR TO BE INTACT.

THE ANTERIOR AND POSTERIOR CRUCIATE LIGAMENTS APPEAR TO BE INTACT.
THE MEDIAL AND LATERAL COLLATERAL LIGAMENTS APPEAR TO BE INTACT.

THE ANTERIOR AND POSTERIOR HORNS OF THE LATERAL MENISCUS APPEAR TO
BE INTACT.   THERE MAY BE SOME MINIMAL MUCOID DEGENERATION OF THE
POSTERIOR HORN OF THE MEDIAL MENISCUS.   THERE IS NO EVIDENCE OF
TEAR.

THERE IS NO SOFT TISSUE MASS OR HEMATOMA.   NO OTHER ABNORMAL
SIGNALS ARE SEEN WITHIN THE KNEE REGION.   THE CONDYLAR SURFACES
ARE NORMAL.   THE TIBIAL PLATEAU IS NORMAL.

THERE MAY BE A SMALL POPLITEAL CYST NOTED.

CONCLUSION:

THE MRI EVALUATION OF THE RIGHT KNEE DEMONSTRATES THE FOLLOWING:

1.   MINIMAL DEGREE OF FLUID IN THE KNEE JOINT WITH SUGGESTION OF
     A SMALL POPLITEAL CYST.

2.   MINIMAL MUCOID DEGENERATIVE CHANGE OF THE POSTERIOR HORN OF
     THE MEDIAL MENISCUS.   NO EVIDENCE OF MENISCAL TEAR.   NO
     EVIDENCE OF INTERNAL DERANGEMENT.   CLINICAL CORRELATION IS
     ADVISED.

                                    _____
                                    ROBERT S. ELIAS, M.D.
                                    RADIOLOGIST


RSE:eh
DD:  06/21/06
DT:  06/21/06

# MIAMI MEDICAL GROUP, INC.

Telephone: 445-0048
Fax: 569-0071

4505 West Flagler Street
Suite 101
Miami, Florida 33134

August 22, 2006

**INITIAL/FINAL ORTHOPEDIC CONSULTATION**
**PATIENT:  MARLENE MATTHERMAN**
**D/A:        04/22/06**
**AGE:        52**

## HISTORY
This patient was injured in a fall at a Winn Dixie store on 04-22-06. She went to a clinic of Baptist Hospital, where she was examined and x-rayed with negative results for fractures. She was treated with physical therapy treatments at Professional Medical Group, with good results, but she still complains of residual symptoms.

## CHIEF COMPLAINTS
Residual symptoms in her low back, right knee, and left hip.

## PAST MEDICAL HISTORY
No previous accidents. Surgery of the ovaries.  No known drug allergies. No chronic illnesses. She is ingesting Ibuprofen 800 mg, and was advised to take it with food.

## ORTHOPEDIC EXAMINATION

### GENERAL
The patient is a 52-year old female, well developed, well nourished oriented, alert, and cooperative. Vital signs are within normal limits.

### HEENT
Within normal limits.

### CERVICAL SPINE
Examination of the cervical spine is grossly unremarkable.

### THORACIC SPINE
Examination of the thoracic spine is within normal limits.

INITIAL/FINAL ORTHOPEDIC CONSULTATION – August 22, 2006
PATIENT:      MARLENE MATTHERMAN
DA:                04/22/06
PAGE 2 OF 3

## LUMBOSACRAL SPINE
Examination of the lumbosacral spine is remarkable for mild residual tenderness and painful restriction of the last 20 degrees of anterior flexion. There is pain in the left hip aggravated upon flexion and extension motions.

## UPPER EXTREMITIES
Examination of both upper extremities is unremarkable.

## LOWER EXTREMITIES
Examination is remarkable for mild residual tenderness in the left hip, with painful ranges of flexion and extension.  The right knee is mildly tender with residual painful ranges of flexion and extension.

## RADIOLOGY DATA -05/01/06
Performed at Professional Medical Group

## CERVICAL SPINE
GENERALLY UNREMARKABLE CERVICAL SPINE EVALUATION.

## THORACIC SPINE
SEVERE DEXTROSCOLIOSIS. CLINICAL CORRELATION IS ADVISED.

## LUMBAR SPINE
1.  MILD DEGENERATIVE CHANGE WITH OSTEOPENIA.
2.  SEVERE LEVOSCOLIOSIS. CLINICAL CORRELATION ADVISED.

## LEFT HIP
MILD DEGENERATIVE CHANGE. NO ACUTE BONE DEFORMITY.

## RIGHT KNEE
1.  MILD SWELLING.
2.  MINIMAL DEGENERATIVE CHANGE. NO ACUTE BONE DEFORMITY. IF CLINICAL SYMPTOMATOLOGY WARRANTS, FURTHER IMAGING MAY BE RECOMMENDED.

## MRI OF THE RIGHT KNEE – 06-14-06
1.  MINIMAL DEGREE OF FLUID IN THE KNEE JOINT WITH SUGGESTION OF A SMALL POPLITEAL CYST.

2.  MINIMAL MUCOID DEGENERATIVE CHANGE OF THE POSTERIOR HORN OF THE MEDIAL MENISCUS. NO EVIDENCE OF MENISCAL TEAR. NO EVIDENCE OF INTERNAL DERANGEMENT. CLINICAL CORRELATION IS ADVISED.

INITIAL/FINAL ORTHOPEDIC CONSULTATION – August 22, 2006
PATIENT:    MARLENE MATTHERMAN
DA:            04/22/06
PAGE 3 OF 3

## IMPAIRMENT

It is my medical opinion that this patient has attained maximum benefit from the line of conservative and orthodox treatment administered. Based on subjective complaints, as well as objective findings, this patient has been left with a permanent impairment of 10% of the body as a whole, solely as a result of the accident described.  The rating of impairment allowed to this patient as a result of this accident, stands over and above any previous ratings of impairment allowed to her as a result of her previous accident. This permanent impairment rating was determined by following the protocol as suggested in The Guidelines to the Evaluation of Permanent Impairment by the American Medical Association.

## RECOMMENDATIONS

The patient is recommended to sleep on a firm mattress with a flat pillow, to avoid heavy weight lifting. The patient was instructed to bend at the knees and not at the waist when picking up objects.

## DIAGNOSES

1.  STATUS POST LUMBOSACRAL SPINE SPRAIN.

2.  RESIDUAL SPRAIN OF THE LEFT HIP.

3.  RESIDUAL CONTUSION/SPRAIN OF THE RIGHT KNEE,
    WITH SOME POSITIVE MRI FINDINGS, AS DESCRIBED
    ABOVE

MANUEL V. FEIJOO, M.D.
Orthopedist

MVF/cho

Dictated but not proofread

# Professional Medical Group, Inc.

### OCCUPATIONAL AND GENERAL MEDICINE

Telephone: (305) 553-5140
Fax: (305) 553-5150

10686 S.W. 24th Street (Coral Way)
Miami, FL 33165

August 21, 2006

**FINAL MEDICAL REPORT**

**PATIENT:** Marlene Matthewman

**DATE OF ACCIDENT:** 04-22-06

Mrs. Marlene Matthewman sustained multiple injuries on 04-22-06 as result of her involvement in a slip and fall accident. According to the patient, she was shopping at a Winn Dixie Supermarket when she slipped and fell due to some water on the floor. Initially, she went to Baptist Hospital where she was examined, x-rays were performed, and she was later released. She came to this office on 04-27-06 for further treatment and examination of the symptoms along the spine, left hip and right knee.

The patient was initially interviewed and denied anything that was contributory to her present condition. She was then physically examined. There was severe pain to palpation and percussion along the entire spinous processes mainly focused from C1 through C7, T1 through T8, and L1 through L5. The patient complained of severe pain and spasms detected on palpation and percussion of the paravertebral muscles. Marked stiffness and painful range of motion of the entire neck and back were evident. The pain along the lower back radiated throughout the lateral aspect of the left hip with painful motions, as well as evidence of a 4-inch hematoma. Patrick's test was positive. There was severe tenderness along the posterior aspect of the right knee with painful and restricted range of motions.

Radiological studies were ordered in the office, and the results were discussed with the patient, as follows: **Cervical Spine:** Generally unremarkable cervical spine evaluation. **Thoracic Spine:** Severe dextroscoliosis. Clinical correlation is advised. **Lumbar Spine:** 1. Mild degenerative change with osteopenia. 2. Severe levoscoliosis. Clinical correlation is advised. **Left Hip:** Mild degenerative

**FINAL MEDICAL REPORT**
**RE:** Marlene Matthewman
**D/A:**   04-22-06
Page Two

change. No acute bone deformity. **Right Knee:** 1. Mild swelling. 2. Minimal degenerative change.  No acute bone deformity. If clinical symptomatology warrants, further imaging may be recommended.

Mrs. Matthewman was started in a program of regularly scheduled physiotherapy treatments consisting of hot packs, ultrasound massage, roller bed, and electrical muscle stimulation to the painful areas, as well as sessions of manual massage. These therapy modalities would be alternated, decreased and/or increased, depending on the patient's progress.  In addition to the treatments received at the office, instructions were given to follow-up with remedial measures at home, in the form of heat pad applications over the painful areas, sleeping on a firm mattress with a flat or no pillow and taking hot showers.

The patient attended the scheduled therapy sessions as indicated and was re-examined and re-evaluated by the attending physician during periodic intervals, in order to assess her improvement under the ordered course of treatments. She was also re-evaluated on a daily basis by the massage therapists, in order to further be able to rate the patient's progress and determine a course of treatment that would be most beneficial for her condition.  During these re-evaluations, she complained of persistent severe pain focused along the injured areas.

The re-examinations showed persistent pain to palpation and percussion of the entire spinous processes and paravertebral muscles. Marked and painful spasms were present, with marked stiffness along the neck and back. Motions of the neck and back were painful and restricted to all flexion, extension and lateral bending. The pain along the lower spine radiated throughout the left hip with painful motions.

There was severe tenderness along the right knee with painful motions of flexion and extension worsening with activity. Therefore, an MRI was performed on 06-14-06 in order to rule out internal derangement. As reported by Dr. Robert S. Elias, the MRI of the right knee resulted in: **1. Minimal degree of fluid in the**

**FINAL MEDICAL REPORT**
**RE:** Marlene Matthewman
**D/A:** 04-22-06
Page Three

**knee joint with suggestion of a small popliteal cyst. 2. Minimal mucoid degenerative change of the posterior horn of the medial meniscus. No evidence of meniscal tear. No evidence of internal derangement. Clinical correlation is advised.**

## EVALUATION:

Mrs. Matthewman was last seen in this office on 08-03-06 at which time she was over three months post-injury. Although her overall acute symptoms had improved as noted throughout her clinical course, the patient still presenting complaints of persistent symptoms along some of the original areas of trauma which limited her ability to perform her usual and routine activities as prior to her accident. The examination performed at this time revealed the following:

Cervical Spine – There was severe pain to palpation and compression of the paravertebral muscles of the cervical spine, bilaterally and posteriorly, including the occipital and suboccipital regions. Muscle spasms were evident on bi-manual compression of the interspinous ligaments. Motions of the neck were painful and restricted from full range.

Thoracic Spine – Examination of the thoracic spine showed residual tenderness along the parathoracic muscles. There was severe tenderness along the T1 through T8 segments. Forced flexion and hyperextension motions elicited pain and discomfort along the thoracic spine.

Lumbosacral Spine – The patient still presented symptoms focused along her lower back as noted upon performing motions of flexion, extension, lateral bending and rotation with painful focus along the L1 through L5. These motions were painfully executed at extreme degrees. Furthermore, there was pain elicited on palpation of the mid to lower lumbar spinous processes and associated interspinous ligaments, with some stiffness and some spasms.

Left Hip – The patient complained of tenderness along the left hip with painful and restricted motions of flexion, extension and rotation.

**FINAL MEDICAL REPORT**
**RE:** Marlene Matthewman
**D/A:**   04-22-06
Page Four


Right Knee — The patient complained of severe tenderness along the right knee causing painful motions of flexion and extension.  Symptoms were aggravated upon walking and/or sitting for long periods of time.


## RECOMMENDATIONS ON DISCHARGE:

Mrs. Matthewman was discharged from active treatments in this office and was recommended to always observe close care of her affected areas in the future. She was instructed to follow-up with remedial measures at home such as heat pad applications over the painful areas and sleeping on a firm mattress with a flat or no pillow.  The patient was recommended to return to this office in case of flares of severe pain in the future.  The patient was also recommended to consult with an Orthopedist for a final evaluation of her persistent and significant symptoms.


## COMMENTS:

Marlene Matthewman is a 52-year-old female who sustained severe injury to her entire spine, left hip and right knee as in direct result of her accident of 04-22-06.  Although she has been treated adequately as medically necessary for her injuries for a period of over three months, she still presents significant residual symptoms which limit her ability to perform her activities of daily living, as performed prior to this accident.  The pain severity, based on a combination of intensity and frequency, can range from mild to moderate and at times severe, upon flare-ups.  The pain is definitely aggravated by performing her routine activities and she has had to modify and alter her lifestyle in both, her social and work life, in order to be able to perform her activities.


The clinical findings and symptoms noted throughout this patient's clinical course are fully compatible with a severe cervical, thoracic and lumbosacral spine sprain injury, as well as left hip and right knee sprain injury.  In view of the significant symptoms at the time of discharge and taking in consideration the patient's history of persistent subjective and objective findings noted throughout her

**FINAL MEDICAL REPORT**
**RE:** Marlene Matthewman
**D/A:**   04-22-06
Page Five


clinical course, it is in all medical probability that she will suffer from flares of severe pain along her injured areas in the future and will need further medical care and treatments.   Mrs. Matthewman was recommended to return to this office for assessment, in case of such severe flare-ups of pain.


Based upon all of the foregoing, it is my medical opinion that Marlene Matthewman has been left with a partial permanent impairment of the body as a whole rated as 19% (3%: cervical spine, 2%: thoracic spine, 5%: lumbosacral spine, 3%: left hip and 6%: right knee), as in accordance to American Medical Association, Fifth Edition, **Guides to the Evaluation of Permanent Impairment.**


**DIAGNOSIS:**

**Status post sprain of the cervical spine**
**Status post sprain of the thoracic spine**
**Status post sprain of the lumbosacral spine**
**Status post sprain of the right knee**
**Status post sprain of the left hip**


**PROFESSIONAL MEDICAL GROUP, INC.  BY:**


Jose L. Vazquez, M.D.

PROFES.   .AL READING AND DIAGNOSTI   .NC.

PATIENT NAME:   **MATTERHMAN, MARLENE**
PHYSICIAN:      **DR. J.L. VAZQUEZ**
DATE:           **05-01-06**

## CERVICAL SPINE:

MULTIPLE RADIOGRAPHIC VIEWS OF THE CERVICAL SPINE WERE OBTAINED IN
THE AP, LATERAL, OBLIQUE AND OPEN-MOUTH PROJECTIONS.

THERE IS NO EVIDENCE OF ACUTE FRACTURE OR BONE DEFORMITY.   THE
CERVICAL ALIGNMENT IS NORMAL.   THE PARAVERTEBRAL SOFT TISSUES ARE
NORMAL.     THE ODONTOID VISUALIZED IS NORMAL.    THE NEUROFORAMINA
BILATERALLY ARE PATENT.

### CONCLUSION:

GENERALLY UNREMARKABLE CERVICAL SPINE EVALUATION.

## THORACIC SPINE:

THE AP AND LATERAL VIEWS OF THE THORACIC SPINE SHOW NO FRACTURE.
THERE IS SEVERE DEXTROSCOLIOSIS.    THE PARAVERTEBRAL SOFT TISSUES
ARE NORMAL.   THERE IS SOME MILD OSTEOPENIA.

### CONCLUSION:

SEVERE DEXTROSCOLIOSIS.    CLINICAL CORRELATION IS ADVISED.

## LUMBAR SPINE:

THE AP AND LATERAL VIEWS OF THE LUMBAR SPINE SHOW MILD DEGENERATIVE
CHANGE WITH MILD OSTEOPENIA.   THERE IS SEVERE LEVOSCOLIOSIS.   THE
PEDICLES AND SACROILIAC JOINTS ARE NORMAL.

### CONCLUSION:

1.   MILD DEGENERATIVE CHANGE WITH OSTEOPENIA.

2.    SEVERE LEVOSCOLIOSIS.   CLINICAL CORRELATION IS ADVISED.

CONTINUED.....

PAGE -2-

PATIENT NAME:    MATTERHMAN, MARLENE
PHYSICIAN:       DR. J.L. VAZQUEZ
DATE:            05-01-06

**LEFT HIP:**

EXAMINATION OF THE LEFT HIP SHOWS MILD DEGENERATIVE CHANGE.  THERE IS NO ACUTE FRACTURE OR DISLOCATION.   THE PERIOSTEUM AND CORTEX ARE NORMAL.  NO SOFT TISSUE CALCIFICATIONS ARE IDENTIFIED.

**CONCLUSION:**

MILD DEGENERATIVE CHANGE.  NO ACUTE BONE DEFORMITY.

**RIGHT KNEE:**

THE AP, LATERAL AND OBLIQUE VIEWS OF THE RIGHT KNEE SHOW MILD SWELLING.  THERE IS DEGENERATIVE CHANGE.  THERE IS MINIMAL JOINT SPACE NARROWING MEDIALLY.  THERE IS NO FRACTURE OR DISLOCATION. THE CONDYLAR SURFACES APPEAR TO BE NORMAL.   THE PERIOSTEUM AND CORTEX ARE NORMAL.  NO SOFT TISSUE CALCIFICATIONS ARE SEEN.

**CONCLUSION:**

1.    MILD SWELLING.

2.    MINIMAL DEGENERATIVE CHANGE.  NO ACUTE BONE DEFORMITY.  IF CLINICAL SYMPTOMATOLOGY WARRANTS, FURTHER IMAGING MAY BE RECOMMENDED.

ROBERT S. ELIAS, M.D.
RADIOLOGIST

RSE:ms
DD:  05/12/06
DT:  05/12/06