IN THE CIRCUIT COURT OF  THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

ELIZABETH WIMBERLY and             CASE NO. 06-010650
GRADY L. WIMBERLY, her husband,

        Plaintiffs,

vs.

WINN-DIXIE STORES, INC.

        Defendant,

_____/

## COMPLAINT FOR DAMAGES

**COME NOW,** the Plaintiffs, ELIZABETH WIMBERLY and GRADY L. WIMBERLY,

by and through their undersigned attorney, and files their Complaint against Defendant, WINN-

DIXIE STORES, INC., and as grounds therefore, state as follows:

1.  This is an action for damages in excess of Fifteen Thousand ($15,000.00) Dollars.

2.  That at all times material hereto, ELIZABETH WIMBERLY, hereinafter known as

the Plaintiff, was a resident of Broward County, Florida, and sui juris, and was married to

GRADY L. WIMBERLY.

3.  That WINN-DIXIE STORES, INC., hereinafter known as the Defendant, is a Florida

corporation organized and existing under and by virtue of the laws of the State of Florida, and is

authorized to do business in Broward County, Florida.

## COUNT I

### PERSONAL INJURY CLAIM OF ELIZABETH WIMBERLY

Plaintiff, ELIZABETH WIMBERLY, realleges and restates all of the allegations

contained in Paragraphs 1 through 3 herein, and further alleges:

4.  That on or about October 31, 2005, at approximately 10:00 a.m., the Plaintiff,

ELIZABETH WIMBERLY, walked into  the Defendant's store #0204, located at 2525 N.

Federal Highway, Fort Lauderdale, Broward County, Florida, and Plaintiff, ELIZABETH

WIMBERLY, who was a business invitee of the Defendant, slipped on the wet floor and fell

violently onto the floor.

5.  As a result of the negligence of the Defendant, the Plaintiff sustained serious, and

grievous injuries, requiring her to seek medical attention and treatment for which she has

incurred, and will incur expenses in the future.

6.  The Plaintiff did not notice that the floor was wet until after she slipped and fell.

Thereafter, Plaintiff noticed pieces of ice and water on the floor, and half of her body and

clothing were wet.  Plaintiff remained on the floor for approximately ten (10) minutes before

being removed from the floor by Fort Lauderdale Fire Rescue.  She was thereafter taken to

Broward General Hospital.

7.  The Defendant was negligent, in that there were no warning, or hazard signs posted, in

or around the area where she fell to warn of the danger, unsafe, and hazardous condition.

8.  As a result of the negligence of the Defendant, Plaintiff, ELIZABETH WIMBERLY,

was injured, wounded, bruised, and shocked in and about her body and nervous system, and

suffered other injuries, all of which are permanent, and continuing in their nature.

9.  As a further result of the negligence of the Defendant, the Plaintiff, ELIZABETH

WIMBERLY, suffered physical handicaps and disabilities in connection with her usual activities

and recreations, and will continue to suffer such handicaps, losses and disabilities in the future.

WHEREFORE, Plaintiff, ELIZABETH WIMBERLY, demands judgment against

Defendant, WINN-DIXIE STORES, INC., in an amount in excess of Fifteen Thousand

($15,000.00) Dollars, plus costs, and for such other and further relief as this Court deems just, and trial by jury.

## COUNT II

### CONSORTIUM CLAIM OF GRADY L. WIMBERLY

That Plaintiff, GRADY L. WIMBERLY, files this Count II, for Consortium and adopts the allegations stated in paragraphs 1through 9, as if fully set out herein, and alleges further:

10.  That as a result of the injury, disability, pain and suffering of his wife or a result of the negligence of Defendant, Plaintiff, GRADY L. WIMBERLY, lost the sex, society, and services of his wife during the time she was treated for her injury and said loss continues, and will continue in the future.

WHEREFORE, Plaintiff, GRADY L .WIMBERLY, demands judgment against Defendant, WINN-DIXIE STORES, INC., in the amount in excess of Fifteen Thousand ($15,000.00) Dollars, plus costs, and for such other and further relief as this Court deems just, plus trial by jury.

LAW OFFICES OF W. GEORGE ALLEN
Attorney for Plaintiff
800 Southeast 3rd Avenue
The Penthouse
Fort Lauderdale, FL  33316
(954) 463-6681


By:  */S/ W. George Allen*
         W. GEORGE ALLEN
         FBN:  001337