IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

ELIZABETH WIMBERLY and  
GRADY L. WIMBERLY, her husband,

CASE NO. 06-010650

      Plaintiffs,

vs.

WINN-DIXIE STORES, INC.

      Defendant,
_____/

## COMPLAINT FOR DAMAGES

**COME NOW,** the Plaintiffs, ELIZABETH WIMBERLY and GRADY L. WIMBERLY, by and through their undersigned attorney, and files their Complaint against Defendant, WINN-DIXIE STORES, INC., and as grounds therefore, state as follows:

1. This is an action for damages in excess of Fifteen Thousand ($15,000.00) Dollars.

2. That at all times material hereto, ELIZABETH WIMBERLY, hereinafter known as the Plaintiff, was a resident of Broward County, Florida, and sui juris, and was married to GRADY L. WIMBERLY.

3. That WINN-DIXIE STORES, INC., hereinafter known as the Defendant, is a Florida corporation organized and existing under and by virtue of the laws of the State of Florida, and is authorized to do business in Broward County, Florida.

## COUNT I

## PERSONAL INJURY CLAIM OF ELIZABETH WIMBERLY

Plaintiff, ELIZABETH WIMBERLY, realleges and restates all of the allegations contained in Paragraphs 1 through 3 herein, and further alleges:

4. That on or about October 31, 2005, at approximately 10:00 a.m., the Plaintiff, ELIZABETH WIMBERLY, walked into the Defendant's store #0204, located at 2525 N. Federal Highway, Fort Lauderdale, Broward County, Florida, and Plaintiff, ELIZABETH WIMBERLY, who was a business invitee of the Defendant, slipped on the wet floor and fell violently onto the floor.

5. As a result of the negligence of the Defendant, the Plaintiff sustained serious, and grievous injuries, requiring her to seek medical attention and treatment for which she has incurred, and will incur expenses in the future.

6. The Plaintiff did not notice that the floor was wet until after she slipped and fell. Thereafter, Plaintiff noticed pieces of ice and water on the floor, and half of her body and clothing were wet. Plaintiff remained on the floor for approximately ten (10) minutes before being removed from the floor by Fort Lauderdale Fire Rescue. She was thereafter taken to Broward General Hospital.

7. The Defendant was negligent, in that there were no warning, or hazard signs posted, in or around the area where she fell to warn of the danger, unsafe, and hazardous condition.

8. As a result of the negligence of the Defendant, Plaintiff, ELIZABETH WIMBERLY, was injured, wounded, bruised, and shocked in and about her body and nervous system, and suffered other injuries, all of which are permanent, and continuing in their nature.

9. As a further result of the negligence of the Defendant, the Plaintiff, ELIZABETH WIMBERLY, suffered physical handicaps and disabilities in connection with her usual activities and recreations, and will continue to suffer such handicaps, losses and disabilities in the future.

WHEREFORE, Plaintiff, ELIZABETH WIMBERLY, demands judgment against Defendant, WINN-DIXIE STORES, INC., in an amount in excess of Fifteen Thousand

($15,000.00) Dollars, plus costs, and for such other and further relief as this Court deems just, and trial by jury.

## COUNT II

## CONSORTIUM CLAIM OF GRADY L. WIMBERLY

That Plaintiff, GRADY L. WIMBERLY, files this Count II, for Consortium and adopts the allegations stated in paragraphs 1 through 9, as if fully set out herein, and alleges further:

10.  That as a result of the injury, disability, pain and suffering of his wife or a result of the negligence of Defendant, Plaintiff, GRADY L. WIMBERLY, lost the sex, society, and services of his wife during the time she was treated for her injury and said loss continues, and will continue in the future.

WHEREFORE, Plaintiff, GRADY L .WIMBERLY, demands judgment against Defendant, WINN-DIXIE STORES, INC., in the amount in excess of Fifteen Thousand ($15,000.00) Dollars, plus costs, and for such other and further relief as this Court deems just, plus trial by jury.

                LAW OFFICES OF W. GEORGE ALLEN
                Attorney for Plaintiff
                800 Southeast 3rd Avenue
                The Penthouse
                Fort Lauderdale, FL  33316
                (954) 463-6681


By:  */S/ W. George Allen*
      W. GEORGE ALLEN
      FBN:  001337