UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                    ) Case No. 05-03817-3F1
                                          )
WINN-DIXIE STORES, INC., et al.,          ) Chapter 11
                                          )
Reorganized Debtors.[1]                   ) Jointly Administered
                                          )

AGREED ORDER RESOLVING CLAIM NUMBER 8232 FILED BY
W.H. REYNOLDS DISTRIBUTOR, INC., AS SET FORTH IN THE
DEBTORS' TWENTY-THIRD OMNIBUS CLAIMS OBJECTION

These cases originally came before the Court for hearing on October 25, 2006, upon the Twenty-Third Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibit A through H to the Objection.[2] A response to the Objection was filed by W.H. Reynolds Distributor, Inc. ("W.H. Reynolds"), as a result of which the Debtors agreed to continue the Objection with respect to claim no. 8232 filed by W.H. Reynolds, among others. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

1.  Claim no. 8232 filed by W.H. Reynolds is allowed as an unsecured non-priority claim in the amount of $419,337.08, and the remainder of claim no. 8232 is disallowed.

2.  The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this __8__ day of February 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Consent
===

The undersigned parties consent to the entry of the foregoing Agreed Order.

| SMITH HULSEY & BUSEY | MACFARLANE FERGUSON & MCMULLEN |
|---|---|
| By /s/ *James H. Post*<br>James H. Post | By /s/ *Patrick T. Lennon**<br>Patrick T. Lennon |
| Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile) | Florida Bar Number 836818<br>P.O. Box 1531<br>Tampa, Fl 33601<br>(813) 273-4360 |
| -and- | Counsel for W.H. Reynolds Distributor, Inc. |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | *Counsel has authorized his electronic signature |
| D. J. Baker<br>Sally McDonald Henry<br>Rosalie Walker Gray<br>Jane M. Leamy<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile) | |
| Co-Counsel for the Debtors | |

3