# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | *Chapter 11* |
| Reorganized Debtors.[2] | Jointly Administered |

## AGREED ORDER RESOLVING CLAIMS FILED BY WATKINS INVESTMENTS, LP, AS SET FORTH IN THE DEBTORS' THIRTEENTH OMNIBUS CLAIMS OBJECTION

These cases originally came before the Court for hearing on July 13, 2006, upon the Thirteenth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibit A through C to the Objection.[3] Formal and informal responses to the Objection were raised or filed, as a result of which the Debtors agreed to continue the Objection with respect to claim no. 11958 filed by Watkins Investments, LP, among others. On July 13, 2006, the Court entered an order (Docket No. 9190) sustaining the Objection as to the proofs of claim listed on the exhibits to the order and continuing the hearing on the Objection as to the Overstated Claims and other unresolved claims. Based upon the consent of the parties appearing below, it is

---

[2]    In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[3]    All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

ORDERED AND ADJUDGED:

1.    Claim no. 11958 filed by Watkins Investments, LP relating to the rejection damage claim for the nonresidential real property lease described as Store No. 634 (Tampa, Florida) is allowed as an unsecured non-priority claim in the amount of $607,648.88 (the "Allowed Claim"). The Allowed Claim shall be satisfied in accordance with the terms of the Debtors' confirmed plan of reorganization.

2.    The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this _8_ day of ~~January,~~ February, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

2

<u>Consent</u>

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY

By _/s/ James H. Post_
     James H. Post

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

-and-

SKADDEN, ARPS, SLATE,
MEAGHER
& FLOM LLP

D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Co-Counsel for Reorganized Debtors

SHAW GUSSIS FISHMAN GLANTZ
WOLFSON & TOWBIN LLC

By _____Allen J. Guon*_____
     Brian L. Shaw
     Allen J. Guon

321 N. Clark St., Suite 800
Chicago, Illinois 60610
(312) 541-0151

Counsel for Watkins Investments, LP

*Counsel has authorized his electronic
signature