UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors.[1] | ) | Jointly Administered |

### AGREED ORDER RESOLVING (I) CLAIM NUMBER 12834 FILED BY INDIAN TRAIL SQUARE, LLC, AS SET FORTH IN THE DEBTORS' TWENTY-SECOND OMNIBUS CLAIMS OBJECTION, AND (II) INDIAN TRAIL SQUARE, LLC'S APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSE

These cases originally came before the Court for hearing on October 12, 2006, upon the Twenty-Second Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibit A through F to the Objection.[2] A response to the Objection was filed by Indian Trail Square, LLC ("Indian Trail"), as a result of which the Debtors agreed to continue the Objection with respect to claim no. 12834 filed by Indian Trail, among others. On October 12, 2006, the Court entered an order (Docket No. 10873) sustaining the Objection as to the proofs of claim listed on the exhibits to the order and continuing the hearing on the Objection

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

as to claim no. 12834 and other unresolved claims. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim no. 12834 filed by Indian Trail and transferred to Liquidity Solutions, Inc. is allowed as an unsecured non-priority claim in the amount of $326,994.71, and the remainder of claim no. 12834 is disallowed.

2. The Debtors have paid to Indian Trail the amount of $19,250.000 in full and complete satisfaction of Indian Trail's Application for Payment of Administrative Expense (Docket No. 11653).

3. To the extent that Indian Trail recovers any amounts that are the subject of its Application for Payment of Administrative Expense (Docket No. 11653) from Beuhler Foods, Inc., whose bankruptcy case is currently pending before the United States Bankruptcy Court, Southern District of Indiana, Evansville Division (Case No. 05-70961), Indian Trail agrees to turn over such amounts to the Debtors.

4. Indian Trail's Application for Payment of Administrative Expense (Docket No. 11653) is deemed withdrawn.

5. This Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims filed by Indian Trail in these Chapter 11 cases and (ii) all other pre-petition or pre-confirmation claims that Indian Trail has or may have against the Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

Case 3:05-bk-03817-JAF    Doc 15084    Filed 02/09/07    Page 3 of 4

6. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 8 day of ~~January~~ February, 2007 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

3

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY

By /s/ James H. Post
James H. Post

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

-and-

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Co-Counsel for the Debtors

SHUTTS & BOWEN LLP

By /s/ Andrew M. Brumby
Andrew M. Brumby

300 South Orange Avenue, Suite 1000
Orlando, FL 32801

-and-

STITES & HARBISON

Elizabeth Lee Thompson
250 West Main Street, Suite 2300
Lexington, KY 40507-1758
Telephone: (859) 226-2300

Counsel for Indian Trail Square, LLC

*Counsel has authorized his electronic signature

LIQUIDITY SOLUTIONS, INC.

By
Dana Kane
One University Plaza, Suite 312
Hackensack, New Jersey 07601
(201) 968-0001
(201) 968-0010 (facsimile)

4