UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

**Debtor(s)**

## ORDER STRIKING RESPONSE TO DEBTORS' TWENTY-NINTH OMNIBUS OBJECTION

The Court finds that the Response to Debtors' Twenty-Ninth Omnibus Objection filed by Henry A. Lopez-Aguiar on behalf of Marlene Matthewman on February 8, 2007 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Response to Debtors' Twenty-Ninth Omnibus Objection filed by Henry A. Lopez-Aguiar on behalf of Marlene Matthewman on February 8, 2007, is stricken from the record.

**DATED February 9, 2007**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:

Henry A. Lopez-Aguiar, 9415 Sunset Drive, Suite 119, Miami, FL 33173