## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRIC OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et</u> <u>al.</u>, | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |

### RESPONSE TO DEBTORS' TWENTY-NINTH OMNIBUS OBJECTION TO (A) IMPROPERLY FILED CLAIMS, (B) NO LIABILITY CLAIMS, (C) NO LIABILITY MISCLASSIFIED CLAIM, (D) LATE CLAIMS, (E) LATE WITH REMAINING CLAIMS, (F) OVERSTATED CLAIMS AND (G) OVERSTATED <u>MISCLASSIFIED CLAIMS</u>

The Creditor below referenced would ask that Debtors' Objection be overruled as to this Creditor.

Creditor's claim was improperly filed due to inadvertence. Moreover, Creditor seeks no recovery for her claim beyond that contemplated by Debtor's liability insurance coverage.

Creditor reserves the right to supplement this Response at the hearing now scheduled.

Respectfully submitted on behalf of:

Creditor:     Loretta Martin
              ID: 538391
              Claim Number:13771

By:   s/Henry J. Mims
      Henry J. Mims (SC #065755)
      The Mims Law Firm
      100 East Poinsett Street
      Greer, SC 29651
      (864)877-0463

February 9, 2007
Greer, South Carolina