UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:                                                                Chapter **11**

**Winn-Dixie Stores, Inc., et al.,**                  Case No. **05-03817-3F1**

Reorganized Debtors.
_____

## **OBJECTION TO DEBTOR'S OBJECTION TO IMPROPERLY FILED CLAIM**

COMES NOW:  **Michelle C. Cannon, "Claimant",** by and through her undersigned attorney, and files this, her **Objection to Debtor's Objection to Improperly Filed Claim,** and states:

1. The claim of **MICHELLE CANNON**, arose from Debtor's negligence on November 10, 2006, that caused personal injuries to Ms. Cannon, who was a business invitee on Debtor's premises on November 10, 2006.

2. On November 14, 2006, MICHELLE CANNON entered into a contingency fee contract with the undersigned attorney with regard to her above stated personal-injury claim, wherein she agreed to pay attorney one-third of the gross sum of any settlement.

3. On December 19, 2006, MICHELLE CANNON filed her **Proof of Claim** with regard to her above stated personal-injury claim, wherein she claimed a total estimated claim value of $25,000.00.

4. On January 5, 2007, the undersigned attorney filed a Motion for Administrative Expense Claim, which was timely filed within the deadline Ordered by the Court.  The claimed figure in said Motion totaled $8,333.33, which represents one-third of the $25,000.00 estimated value of the personal-injury claim (which

is not yet ripe due to MICHELLE CANNON's ongoing medical treatment).

**WHEREFORE, Claimant, MICHELLE CANNON, Objects to Debtor's Objection to this matter being improperly filed, and requests that she be allowed to proceed with settlement negotiations to resolve this personal-injury claim.**

Respectfully Submitted,

---

**Jacqueline Wehrly, Esquire**
9951 Atlantic Boulevard, Suite #474
Jacksonville, FL  32225
(904)726-0950 Office
(904)726-0951 Facsimile
FL Bar No.: 0662161
(Attorney for CLAIMANT,
**MICHELLE CANNON**)

## CERTIFICATE OF SERVICE:

I HEREBY CERTIFY that a copy hereof has been furnished to James H. Post, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL  32202, by U. S. Mail and by facsimile/904-359-7712; and to:  D.J. Baker, at djbaker@skadden.com, Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, NY  10036, by regular U.S. Mail and by Email at djbaker@skadden.com, this 9th day of February, 2007.

---

ATTORNEY