is not yet ripe due to MICHELLE CANNON's ongoing medical treatment).

**WHEREFORE, Claimant, MICHELLE CANNON, Objects to Debtor's Objection to this matter being improperly filed, and requests that she be allowed to proceed with settlement negotiations to resolve this personal-injury claim.**

Respectfully Submitted,

*[signature]*

**Jacqueline Wehrly, Esquire**
9951 Atlantic Boulevard, Suite #474
Jacksonville, FL  32225
(904)726-0950 Office
(904)726-0951 Facsimile
FL Bar No.: 0662161
(Attorney for CLAIMANT,
**MICHELLE CANNON**)

## CERTIFICATE OF SERVICE:

I HEREBY CERTIFY that a copy hereof has been furnished to James H. Post, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL  32202, by U. S. Mail and by facsimile/904-359-7712; and to:  D.J. Baker, at djbaker@skadden.com, Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, NY  10036, by regular U.S. Mail and by Email at djbaker@skadden.com, this 9th day of February, 2007.

*[signature]*
ATTORNEY