# AUTHORITY TO REPRESENT

1. I, the undersigned Client, do hereby retain and employ the law office of **JACQUELINE WEHRLY** to represent me in all claims for damages (excluding any worker's compensation or medical malpractice claims or any appeals) against _Winn-Dixie, right for_ _Road_ arising from an incident that occurred on or about _11-10-06_.

2. If for any reason there is no recovery in this case, the Client shall not owe the Law Office any attorneys' fees. If there is a recovery the Client agrees to pay attorneys' fees to the Law Office from the gross recovery in the case of **33 1/3%** of any recovery up to $1 million, with an additional 5 percentage points added to this percentage if the case actually goes to trial or is settled within twenty-one (21) days of the trial or trial term, unless otherwise provided by law.

3. If the recovery in this case is in excess of $1 million, the attorneys' fees shall be: **30%** of any recovery between $1 million and $2 million and **20%** of any recovery in excess of $2 million; and if a defendant admits liability at the time of filing an Answer and requests a trial only on damages, **20%** of any recovery from that defendant between $1 million and $2 million and **15%** of any recovery from that defendant in excess of $2 million.

4. The Client understands that costs may be incurred in this case for doctor's charges for reports or conferences, copies of records and other items. If there is no recovery, the Client shall not be responsible for reimbursing the Law Office for any costs unless the client discharges the Law Office or the case actually goes to trial. If there is a recovery, these bills will be itemized on the closing statement the Client will be given at the conclusion of the case and deducted from the Client's recovery.

5. If attorneys fees can be recovered from the defendant, the Client agrees to pay the Law Office the greater of either the above stated fee or the amount of collectable court awarded fees.