Middle District of Florida Live Database                               Page 1 of 1

## File a Motion:

3:05-bk-03817-JAF Winn-Dixie Stores, Inc CASE FILED prior to 10/17/05

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 3 (Jacksonville) |
| Judge: JAF | Assets: y | Case Flag: LEAD, JNTADMN, TRANSIN, APPEAL |

Warning: The transaction you submitted has already been accepted and posted by this system. If your original submission contained an error, you must contact the court for further instructions on how to void it. If this submission was inadvertently submitted (clicking on the Next link on the previous page twice), you may find details about your original submission by viewing your transaction log. Additional information follows:

| | |
|---|---|
| Transaction Id | 8640249 |
| Date/Time of Submission | 2007-01-05 16:43:39 |
| User Name | Wehrly, Jacqueline |
| Case Number | 3-05-bk-3817 |
| Document Number | 14479 |
| Text | Motion for Payment of Administrative Expenses *for Personal Injury Claim by Michelle Cannon,* Amount Requested: 8333.33 Filed by Jacqueline Wehrly on behalf of Creditor Jacqueline Wehrly (Wehrly, Jacqueline) |

<span>https://ecf.flmb.uscourts.gov/cgi-bin/Dispatch.pl?849066060896697                    1/5/2007</span>