UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

---

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN DIXIE STORES, INC., et al., | Chapter 11 |
| Debtors. | Jointly Administered |

---

### WITHDRAWAL OF REQUEST BY SARGENTO FOODS, INC. FOR ALLOWANCE AND PAYMENT OF AN ADMINISTRATIVE EXPENSE

---

Subject to the terms and conditions of the Stipulation Regarding Withdrawal of Request by Sargento Foods, Inc. for Allowance and Payment of an Administrative Expense between Sargento and Winn Dixie Stores, Inc. dated February 2, 2007, a copy of which is attached hereto and incorporated herein by reference, Sargento Foods, Inc., by its attorneys, hereby withdraws that certain Request by Sargento Foods, Inc. for Allowance and Payment of an Administrative Expense dated December 18, 2006.

Dated this 6th day of February, 2007.

REINHART BOERNER VAN DEUREN S.C.

BY     /s/ Michael D. Jankowski
Michael D. Jankowski (WI Bar No. 1012353)
1000 North Water Street, Suite 2100
P.O. Box 2965
Milwaukee, WI 53201-2965
Telephone: 414-298-1000
Fax: 414-298-8097
mjankows@reinhartlaw.com
Counsel for Sargento Foods, Inc.

MW\1395396MDJ:MDJ 02/06/07

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN DIXIE STORES, INC., et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**STIPULATION REGARDING WITHDRAWAL OF
REQUEST BY SARGENTO FOODS, INC. FOR ALLOWANCE
AND PAYMENT OF AN ADMINISTRATIVE EXPENSE**

Sargento Foods, Inc. ("Sargento") and Winn Dixie Stores, Inc. (the Debtor"), by their respective attorneys, hereby stipulate and agree as follows:

1. On or about December 18, 2006, Sargento filed in these proceedings a Request by Sargento Foods, Inc. for Allowance and Payment of an Administrative Expense (the "Administrative Claim") seeking allowance and payment of an administrative expense pursuant to section 503 of the United States Bankruptcy Code, 11 U.S.C. § 101 et. seq. (the "Code") in the amount of $33,508.73.

2. Pursuant to the Administrative Claim, Sargento is seeking payment of a deduction taken by the Debtor against a postpetition Sargento invoice. Specifically, on August 28, 2006, the Debtor issued to Sargento a certain Debit Memorandum (the "Debit Memo"), pursuant to which, the Debtor asserted that Sargento is indebted to the Debtor on account of a prepetition obligation in the amount of $33,508.73. The Debtor subsequently offset the claim evidenced by the Debit Memo against its obligation to Sargento under a postpetition Sargento invoice number 0090747144 dated August 10, 2006. In the Administrative Claim, Sargento alleges that such deduction is improper because the Debtor and Sargento had previously agreed that, in arriving at the amount of Sargento's allowed general unsecured claim, all prepetition

MW\1391222MDJ:MDJ 01/23/07

claims of the Debtor against Sargento had been offset against the prepetition amounts owed Sargento by the Debtor.

3. Subsequent to the filing of the Administrative Claim by Sargento, the Debtor determined that the Debit Memo did not relate to a prepetition claim against Sargento, but instead related to a postpetition claim against Sargento. Specifically, the claim represented by the Debit Memo was part of a larger claim of the Debtor against Sargento in the aggregate amount of $187,500 for promotional allowances (the "Promotional Allowance Claim"). The claim for promotional allowances arose during the period January 31, 2005 through July 31, 2005.

4. The portion of the Promotional Allowance Claim that arose during the period January 31, 2005 through February 11, 2005, $12,362.64, was offset against the Debtor's prepetition obligations to Sargento in arriving at the Sargento's allowed prepetition general unsecured claim of $137,904.81 (claim no. 6164). The Debtor has no further offsets against Sargento's allowed general unsecured claim.

5. The portion of the Promotional Allowance Claim arising during the period February 12, 2005 through February 21, 2005, $10,302.20, was offset against Sargento's reclamation claim in arriving at Sargento's allowed reclamation claim of $189,993.12. The Debtor has no further offsets against Sargento's allowed reclamation claim.

6. The portion of the Promotional Allowance Claim arising during the period February 22, 2005 through July 31, 2005, $164,835.16, is a valid postpetition claim. Of that amount, $33,508.73 represented by the Debit Memo was offset against Sargento invoice number 0090747144, which offset was proper. In addition, the Debtor is entitled to offset the remaining outstanding amount of the Promotional Allowance Claim, $131,326.45, against outstanding postpetition Sargento Invoices.

7. All prepetition claims of the Debtor against Sargento were offset in arriving at the amounts of Sargento's allowed reclamation claim and allowed general unsecured claim, and the Debtor has no other prepetition claims against Sargento. Upon offset of the

remaining $131,326.45, the entire Promotional Allowance Claim of the Debtor shall be satisfied in full.

8. This Stipulation may not be modified, altered, or amended except in writing signed by the parties hereto.

9. This Stipulation shall be binding upon and inure to the benefit of the parties hereto and each of their respective predecessors, estates, successors, and assigns.

10. This Stipulation may be executed in counterparts, each of which shall be deemed an original, but all of which together shall, when executed and delivered, constitute one and the same agreement. This Stipulation may be executed by facsimile or electronic signature, which shall have the same effect and force as an original signature.

11. Immediately upon receipt of the Debtor's signature to this Stipulation, Sargento shall file with the Bankruptcy Court a withdrawal of the Administrative Claim, attaching to such withdrawal a copy of this Stipulation.

12. This Stipulation shall be governed in accordance with the laws of the State of Wisconsin.

Dated this ___ day of February, 2007.

WINN DIXIE FOODS, INC.

BY _____
Rosalie W. Gray
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Telephone: 212.735.3000 Fax: 212.735.2000
rgray@skadden.com
Counsel for Winn Dixie Stores, Inc.

[Sargento signature on next page.]

SARGENTO FOODS, INC.

BY *[signature]*

Michael D. Jankowski (WI Bar No. 1012353)
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 2100
P.O. Box 2965
Milwaukee, WI 53201-2965
Telephone: 414-298-1000
Fax: 414-298-8097
mjankows@reinhartlaw.com
Counsel for Sargento Foods, Inc.