UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,   )        Case No. 05-03817-3F1
                                                   Chapter 11
         Debtors.                         )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Lorethia Alexander (Claim No. 12586) [Docket No. 14993] was furnished by mail on February 12, 2007 to Lorethia Alexander, c/o Marie Mattox, Esq., 310 East Bradford Road, Tallahassee, Florida 32303.

Dated: February 12, 2007

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   s/ D. J. Baker<br>       D. J. Baker<br>       Sally McDonald Henry<br>       Rosalie Gray | By   s/ James H. Post<br>       Stephen D. Busey<br>       James H. Post (FBN 175460)<br>       Cynthia C. Jackson |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC