UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

      Debtors.

_____/

Chapter 11

Case No.: 05-03817-3F1

**RESPONSE OF CHARLENE WILSON AND
TRACIE HOLDER TO DEBTORS' 29th OMNIBUS
OBJECTION TO (A) IMPROPERLY FILED CLAIMS, (B) NO
LIABILITY CLAIMS, (C) NO LIABILITY MISCLASSIFIED CLAIMS,
(D) LATE CLAIMS, (E) LATE WITH REMAINING CLAIMS, (F)
<u>OVERSTATED CLAIMS, AND (G) OVERSTATED MISCLASSIFIED CLAIMS</u>**

      CHARLENE WILSON and TRACIE HOLDER ("collectively, the "Claimants"), by and through their undersigned counsel, file this response to the Debtors' 29th Omnibus Objection (Docket No. 14799), as follows:

      1.    The basis for the Objection is that Claimants' clams are not properly assertable on a proof of claim form.  <u>See</u> Objection at p. 18.

      2.    Although the Claimants did file a proof of claim form, they also timely filed the Application of Charlene Wilson and Tracie Holder for Payment of Administrative Expense (the "Application"), on January 4, 2007, prior to the deadline of January 5, 2007.

      3.    The Claimants consent to the disallowance of their proof of claim on the express condition that the disallowance be without prejudice to the Claimants' rights to pursue their claims as set forth in the Application.

WHEREFORE, the Claimants respectfully request that any order disallowing their proof of claim be without prejudice to their rights to pursue their claims against the Debtor and applicable insurance proceeds. Claimants request such further and different relief to which they may be entitled.

Respectfully submitted this 12th day of February, 2007.

                                            */s/ Edward J. Peterson, III*
                                            Edward J. Peterson (FBN 0014612)
                                            Stichter, Riedel, Blain & Prosser, P.A.
                                            110 East Madison Street, Suite 200
                                            Tampa, Florida  33602
                                            (813) 229-0144 – Phone
                                            (813) 229-1811 – Fax
                                            epeterson@srbp.com
                                            Attorneys for Charlene Wilson and Tracie Holder

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the foregoing Response have been furnished by the Court's CM/ECF System and/or by telefacsimile:

        D.J. Baker, Esquire
        Skadden Arps Slate Meager & Flom, LLP
        4 Times Square
        New York, New York  10036
        Fax:  (212) 735-2000

on this 12th day of February, 2007.

                                             */s/ Edward J. Peterson, III*
                                            Attorney

H:\User\EJP\Charlene Wilson - Response (2).doc