```
              UNITED STATES BANKRUPTCY COURT
                MIDDLE DISTRICT OF FLORIDA
                    JACKSONVILLE DIVISION

                                   CASE NO: 3:05-bk-3817-JAF
                                   CHAPTER 11
In re
Belinda L. Capehart

        Debtor(s).      /
```

**BELINDA L. CAPEHART'S AMENDED RESPONSE TO DEBTORS' TWENTY-NINTH OMNIBUS OBJECTION TO (A) IMPROPERLY FILED CLAIMS, (B) NO LIABILITY CLAIMS, (C) NO LIABILITY MISCLASSIFIED CLAIM, (D) LATE CLAIMS, (E) LATE WITH REMAINING <u>CLAIMS, (F) OVERSTATED CLAIMS AND (G) OVERSTATED MISCLASSIFIED CLAIMS</u>**

COMES NOW the creditor, Belinda L. Capehart, by and through its undersigned attorney and hereby serves her Response to the Debtors' Twenty-Ninth Omnibus Objection to (A) Improperly Filed Claims, (B) No Liability Claims, (C) No Liability Misclassified Claim, (D) Late Claims, (E) Late With Remaining Claims, (F) Overstated Claims and (G) Overstated Misclassified Claims and would show:

1.   This Creditor filed a proof of claim that misclassified as an unsecured non-priority claim

2.   This creditor's claim arises out of a post-petition personal injury case asserted against the Debtor(s).

3.   This creditor is in the process of filing an amended claim and an application for administrative expense(s) regarding the above mentioned personal injury case.

4.   This creditor reserves the right to amend this Response at a later time and date.

DATED:  February 12th, 2007.

                              SCHUYLER·STEWART·SMITH

                              /s/ Michael E. Cecil
                              ─────────────────────
                              Michael E. Cecil
                              Attorney for Creditor
                              118 W. Adams St., #800
                              Jacksonville, FL 32202
                              Phone:    (904) 353-5884
                              TollFree: (866) 353-5884
                              Fax:      (904) 353-5994
                              Florida Bar #722855

2

<u>CERTIFICATE OF SERVICE</u>

I CERTIFY that a copy has been furnished either by electronic or standard first class mail on February 12, 2007, to: Winn-Dixie Stores, Inc, Debtor, 5050 Edgewood Court, Jacksonville, FL 32254-3699; Adam Ravin, Esquire, Four Times Square, New York, NY 10036; Cynthia C .Jackson, Esquire, James H. Post, Esquire, Leanne McKnight Prendergast, Esquire, Stephen D. Busey, Esquire, 225 Water Street, Suite 1800, Jacksonville, FL 32201; Dennis F. Dunne, Esquire, 1 Chase Manhattan Plaza, New York, NY 10005; John B Macdonald, Esquire, Patrick P. Patangan, Esquire, 50 N. Laura Street, Suite 2500, Jacksonville, FL 32202; counsel for the Debtor's postpetition secured lenders; the other parties in interest named on the Master Service List maintained in these cases; and Corner Stone Christian Center, Subtenant, 215 Las Gaviotas Boulevard, Chesapeake, VA 23322.

SCHUYLER·STEWART·SMITH

/s/ Michael E. Cecil
_____
Michael E. Cecil
Attorney for Creditor
118 W. Adams St., #800
Jacksonville, FL 32202
Phone:    (904) 353-5884
TollFree: (866) 353-5884
Fax:      (904) 353-5994
Florida Bar #722855