**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**RESPONSE OF NATURE'S FLOWERS TO DEBTORS'
TWENTY-NINTH OMNIBUS OBJECTION TO CLAIMS**

Nature's Flowers (the "Claimant"), by and through undersigned counsel, files this response to the Debtors' Twenty-Ninth Omnibus Objection to (A) Improperly Filed Claims, (B) No Liability Claims, (C) No Liability Misclassified Claim, (D) Late Claims, (E) Late with Remaining Claims, (F) Overstated Claims and (G) Overstated Misclassified Claims (C.P.#14799) (the "Objection") and states:

1. On February 21, 2005, the Debtors filed voluntary petitions for relief commencing the above-styled, jointly administered Chapter 11 bankruptcy case.

2. Debtor Winn-Dixie Procurement, Inc. ("WDP") has filed bankruptcy schedules acknowledging an undisputed, liquidated, and noncontingent debt owed to the Claimant in the amount of $352,452.62 (the "Scheduled Claim").

3. Because WDP identified the Scheduled Claim as undisputed, liquidated, and noncontingent, Claimant was not obligated to file a proof of claim pursuant to Rule 3003(b)(1) of the Federal Rules of Bankruptcy Procedure.

4. On or about December 29, 2006, the Claimant amended the Scheduled Claim by filing a proof of claim alleging an indebtedness in the amount of $313,187.76, which claim was assigned the number 13677 ("Claim 13677").

5. On January 19, 2007, the Debtors filed the Objection. In the Objection, the Debtors objected to Claim 13677 on the basis that it was late-filed and that the Claimant had received a distribution on account of an earlier filed or scheduled claim (i.e., the Scheduled Claim).

6. The Claimant disputes the Objection on the bases that (a) Claim 13677 was a timely amendment to the Scheduled Claim, and (b) upon information and belief, the Debtors have not made any distribution to the Claimant on account of the Scheduled Claim.[1]

WHEREFORE, the Claimant respectfully requests that the Court (A) deny the Objection insofar as it relates to Claim 13677; (B) authorize and direct the Debtors to make an appropriate distribution on account of Claim 13677; and (C) grant such other and further relief as may be deemed just proper and equitable.

Respectfully submitted,

Genovese Joblove & Battista, P.A.
Counsel for Nature's Flowers
200 East Broward Boulevard, Suite 1110
Ft. Lauderdale, FL 33301
Telephone: (954) 453-8000
Facsimile: (954) 453-8010

/s/David N. Stern
David N. Stern
Florida Bar No. 040398

---

[1] The undersigned counsel is continuing to investigate this issue with both the Debtors and the Claimant, and will withdraw this Objection upon receiving evidence that distributions have in fact been made to the Claimant.

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing was served upon Debtors by electronic mail and by U.S. Mail to D.J. Baker, Esq., dkbaker@skadden.com, Skadden Arps Slate Medagher & Flom, LLP, Four Times Square, New York, New York 10036.

/s/David N. Stern
David N. Stern