UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                          Case No. 05-03817-3F1

Winn-Dixie Stores, Inc., et al.,                                Chapter 11

Reorganized debtors.              /                             Jointly Administered

## AMENDED CERTIFICATE OF SERVICE
(To Correct Date of Service)

I HEREBY CERTIFY that a true and correct copy of the **AMENDED APPLICATION AND REQUEST FOR PAYMENT OF CLAIM** attached hereto as Exhibit A, has been sent via Facsimile to **Stephen D. Busey, Esquire**, and **James H. Post, Esquire**, 904-359-7708 and **Matthew Barr, Esquire, 212-822-5194** on this 12 day of February, 2007 and was sent on the 6th day of February, 2007 via the United States Postal Service to: **Stephen D. Busey, Esquire**, and **James H. Post, Esquire**, Smith, Hulsey & Busey 225 Water Street, Suite 1800, Jacksonville, Florida 32202; and **Matthew Barr, Esquire**, Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, New York 10005.

IURILLO & ASSOCIATES, P.A.

/s/ Camille J. Iurillo
CAMILLE J. IURILLO, ESQUIRE
Fla. Bar No. 902225
Sterling Square
600 1st Avenue North, Suite 308
St. Petersburg, FL 33701
ciurillo@iurillolaw.com
(727) 895-8050 telephone
(727) 895-8057 facsimile