# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

In re:  Case No. 05-03817-3F1

Winn-Dixie Stores, Inc., et al.,  Chapter 11

Reorganized debtors.          /  Jointly Administered

## AMENDED APPLICATION AND REQUEST FOR PAYMENT OF CLAIM

COME NOW Hyecha B. Marshall and Linc Marshall (hereinafter referred to collectively as "Applicants/Claimants"), by and through the undersigned attorney, hereby amend their Application and Request for Payment of Claim filed on or about January 16, 2007and seek administrative expense status for Applicants' claim against one or more of the Debtors pursuant to 11 U.S.C. §503(b). Applicants request the entry of an order allowing the administrative expenses described below and directing the payment of such amount pursuant to Order Confirming the Joint plan of Reorganization of Winn-Dixie Store, Inc., and Affiliated Debtors (the "Confirmation Order") and the provisions of the Plan as confirmed. In support of the Application, Applicants state as follows:

### JURISDICTION AND VENUE

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. § 157(b)(2).

### FACTUAL BACKGROUND

2. Winn-Dixie Stores, Inc., et al. (the "Debtors") filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on or about February 21, 2005 (the "Petition Date").

3. After the Petition Date and on or about November 22, 2005, Applicant, Hyecha B.



Marshall, was injured at the Winn-Dixie Store #0678. As a result of that incident, Hyecha B. Marshall suffered a broken right hip which, despite surgery, multiple medical procedures and the best efforts of her medical providers, has rendered her permanently handicapped. Linc Marshall, as the spouse of Hyecha B. Marshall, also has claims arising out of the incident.

### APPLICANT'S CLAIM IS ENTITLED TO ADMINSTRATIVE EXPENSE STATUS

4. Section 503(b) of the Bankruptcy Code provides for the allowance of administrative expense status, and its attendant priority for payment, for the "actual, necessary costs and expenses of preserving the estate..." 11 U.S.C. § 503(b). It is well established that personal injury claims arising from a post-petition tort committed by the debtor are entitled to administrative expense status. *See, Reading Co. v. Brown*, 391 U.S.471, 485 (post-petition fire damages resulting from trustee's negligence were entitle to administrative expense status); *In re Piper Aircraft Corp.*, 169 B.R. 766 (Bankr.S.D.Fla.1994).

5. In this instance, Applicant's claim arose as a result of the business operation of one or more of the Debtors after the Petition Date but prior to the Confirmation Order. As such, Applicant's claim is entitled to administrative expense status under 11 U.S.C § 503(b) and Applicant seeks the entry of an order awarding such status.

## APPLICANT FURTHER NOTICE

Applicants request that all future pleadings and notices regarding or affecting Applicants' claim be served upon:

> Camille J. Iurillo, Esquire
> Iurillo & Associates, P.A.
> 600 First Avenue North, Suite 308
> St. Petersburg, FL 33701

WHEREFORE, based upon the foregoing, Applicants request that the Court enter an order granting the relief requested herein and such other relief as it deems just and proper.

Respectfully Submitted,

                IURILLO & ASSOCIATES, P.A.

                /s/ Camille J. Iurillo
                CAMILLE J. IURILLO, ESQUIRE
                Fla. Bar No. 902225
                Sterling Square
                600 1st Avenue North, Suite 308
                St. Petersburg, FL 33701
                ciurillo@iurillolaw.com
                (727) 895-8050 telephone
                (727) 895-8057 facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent via Facsimile and the United States Postal Service to: **Stephen D. Busey, Esquire**, and **James H. Post, Esquire**, Smith, Hulsey & Busey 225 Water Street, Suite 1800, Jacksonville, Florida 32202; and **Matthew Barr, Esquire**, Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, New York 10005; on this 6 day of February, 2007.

IURILLO & ASSOCIATES, P.A.

/s/ Camille J. Iurillo
CAMILLE J. IURILLO, ESQUIRE
Fla. Bar No. 902225
Sterling Square
600 1st Avenue North, Suite 308
St. Petersburg, FL 33701
ciurillo@iurillolaw.com
(727) 895-8050 telephone
(727) 895-8057 facsimile

4