UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Winn-Dixie Stores, Inc., et al.,

Reorganized debtors.

Case No. 05-03817-3F1

Chapter 11

Jointly Administered

## APPLICATION AND REQUEST FOR PAYMENT OF CLAIM

PLEASE TAKE NOTICE THAT:

| | | |
|---|---|---|
| Claimant | : | Hyecha B. Marshall |
| Date of Birth | : | 08/06/42 |
| Social Security # | : | 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 |
| Date of Incident | : | 11/22/05 |
| Case Style | : | Civil -- Negligence |
| Tribunal | : | In the Circuit Court of the Thirteenth Judicial in Circuit in and for Hillsborough County, Florida |

HEREBY NOTIFIES you of her claim for damages incurred as a result of a fall-down which occurred on the Debtor's business premises, Winn-Dixie store #0678, on November 22, 2005, in Hillsborough County, Florida.

Pursuant to the Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc., and Affiliated Debtors entered on November 9, 2006 (a copy of which was not served on the undersigned counsel for the claimant), you are hereby served with notice of the above-referenced injury claim brought on behalf of Hyecha Marshall, for negligence. To date, Winn-Dixie store #0678 has been investigating this matter since November 29, 2005, and has been placed on notice of the claim of Ms. Hyecha's and the substaintal nature of her injuries.

Counsel for the claimant has made a good faith attempt to comply with the Middle District Court's electronic bankruptcy filing requirements. However, due to the Martin Luther King holiday, the undersigned attorney has been unable to reach case manager, Susan Baldwin, in order to obtain a user password and login number. In addition, since counsel for the claimant does not practice bankruptcy law, he has not completed the Court-approved training necessary to file documents electronically in the system.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent via Facsimile and the United States Postal Service to: Stephen D. Busey, Esquire, and James H. Post, Esquire, Smith, Hulsey & Busey 225 Water Street, Suite 1800, Jacksonville, Florida 32202; and Matthew Barr, Esquire, Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, New York 10005; on this 15th day of January, 2007.

FRANK F. FERNANDEZ, III, ESQUIRE
Florida Bar No.: 0998508
THE FERNANDEZ FIRM
1922 East 4th Avenue
Tampa, Florida 33605
Telephone:  813-228-6313
Facsimile:  813-228-6323
Attorneys for Plaintiff


EXHIBIT A