UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| WINN DIXIE STORES, INC., ET AL., | ) | CASE NO. 05-03817-3F1 |
| | ) | CHAPTER 11 |
| DEBTORS. | ) | JOINTLY ADMINISTERED |
| | ) | |

RESPONSE BY THE TENNESSEE DEPARTMENT OF REVENUE TO DEBTORS'
TWENTY-NINTH (29TH) OMNIBUS OBJECTION TO CLAIMS

The Tennessee Attorney General, Robert E. Cooper, Jr., on behalf of the Tennessee Department of Revenue (the "Department"), now files this Response to Debtors' Twenty-Ninth (29th) Omnibus Objection to Claims. In defense of its claims, the Department would show the Court as follows:

1. The Debtors, in the twenty-ninth omnibus objection, have objected to the following claims filed by the Department: Claim no. 13641 in the amount of $1,606,789.52; Claim no. 13645 in the amount of $700.00; Claim no. 13644 in the amount of $1,500,977.83. The Department responds to each of the claims objections in the following paragraphs.

2. With respect to Claim no. 13641, the Department will agree that the claim should be reduced to an unsecured priority claim of $52,874.48. An amended proof of claim to this effect has already been filed.

3. With respect to Claim no. 13645, the Department submits that its claim for $700.00 is valid in the absence of proof from the Debtors showing a business closure date. This claim may be reduced upon further review of evidence provided to the Department by Debtors.

4. With respect to claim no. 13644, the Department will agree that the claim should be reduced to a secured tax claim of $64,263.92. An amended proof of claim to this effect has already been filed.

THEREFORE, the Department submits that Debtors' objections to its claims should be OVERRULED.


Respectfully Submitted

ROBERT E. COOPER, JR.
TENNESSEE ATTORNEY GENERAL & REPORTER

/s/Gill R. Geldreich
GILL R. GELDREICH (TN BPR 020775)
ASSISTANT ATTORNEY GENERAL
P.O Box 20207
Nashville, TN 37202
(615) 532-2546
Fax: (615) 741-3334
ICFlorida@state.tn.us or  Gill.Geldreich@state.tn.us

Attorney for the Department

CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2007, a true and correct copy of the foregoing document was placed in United States Mail, first class postage affixed, to:

D.J. Baker
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036

A copy was also sent via email to djbaker@skadden.com on the afternoon of February 12, 2007.

/s/Gill R. Geldreich
GILL R. GELDREICH