**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.,* | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

**PEPSI-COLA COMPANY'S LIMITED WITHDRAWAL OF ITS RESPONSE
ON BEHALF OF PEPSI COLA BOTTLING CO. OF SELMA TO DEBTORS'
TWENTY-SECOND OMNIBUS OBJECTION TO (A) NO LIABILITY CLAIMS,
(B) NO LIABILITY MISCLASSIFIED CLAIMS, (C) OVERSTATED CLAIMS,
(D) OVERSTATED MISCLASSIFIED CLAIMS, (E) MISCLASSIFIED CLAIMS
AND (F) AMENDED AND SUPERSEDED CLAIMS**

Pepsi-Cola Company ("Pepsi"), a division of PepsiCo, Inc., hereby withdraws its Response (the "Response") to the Debtors' Twenty-Second Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims; (C) Overstated Claims; (D) Overstated Misclassified Claims; (E) Misclassified Claims and (F) Amended and Superseded Claims (the "Objection") with respect to Claim Number 9659 (the "Selma Claim"), filed by Pepsi Bottling Co. of Selma ("Selma"). In support of this withdrawal, Pepsi states as follows:

1. Selma is a bottler and distributor of beverage products under brand names such as Pepsi, Diet Pepsi and Mountain Dew (collectively, the "Pepsi Goods").

2. Selma supplied Pepsi Goods to Winn-Dixie Stores, Inc. and/or its affiliated debtors (collectively "Winn-Dixie") prior to Winn-Dixie's bankruptcy filing.

3. Selma filed the Selma Claim in the amount of $73,738.35 on account of Pepsi Goods delivered to Winn-Dixie for which Selma was not paid.

4. In the Objection, Winn-Dixie sought to reduce the Selma Claim to $55,563.72 on account of certain accounts receivable due from Selma to Winn-Dixie.

5.  On September 29, 2006, Pepsi filed its Response on behalf of certain of its bottlers, including Selma, to Winn-Dixie's Objection. In the Response, Pepsi objected to the proposed treatment of the Selma Claim.

6.  Selma has advised Pepsi that it has reconciled the proposed reductions to the Selma Claim and does not object to the relief sought in the Objection with respect to the Selma Claim. Pepsi therefore withdraws the Response with respect to the Selma Claim and consents to the reduction of the Selma Claim from $73,738.35 to $55,563.72, in full resolution of the Objection.[1]

February 13, 2007　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　PEPSI-COLA COMPANY,
　　　　　　　　　　　　　　　　　　A DIVISION OF PEPSICO, INC.

　　　　　　　　　　　　　　　　By:　　*/s/ Joseph D. Frank*
　　　　　　　　　　　　　　　　　　　One of its attorneys

Joseph D. Frank (IL ARDC No. 6216085)
Jeremy C. Kleinman (IL ARDC No. 6270080)
FRANK/GECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois  60610
(312) 276-1400 – telephone
(312) 276-0035 – facsimile
jfrank@fgllp.com; jkleinman@fgllp.com

---

[1] Pepsi has previously withdrawn its Response on behalf of all of the other responding Pepsi Bottlers.

## **CERTIFICATE OF SERVICE**

I, Joseph D. Frank, an attorney, hereby certify that on **February 13, 2007**, a true and correct copy of the foregoing **Pepsi-Cola Company's Limited Withdrawal of its Response on Behalf of Pepsi Cola Bottling Co. of Selma to Debtors' Twenty-Second Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims; (C) Overstated Claims; (D) Overstated Misclassified Claims; (E) Misclassified Claims and (F) Amended and Superseded Claims** was filed electronically. Notice of the filing will be sent to all parties who are currently on the Court's Electronic Mail Notice List by operation of the Court's Electronic Filing System. Parties may access this filing through the Court's system. In addition, a copy was served this day upon the party named below via electronic mail and facsimile transmission:

D. J. Baker
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
*(212) 735-2000 – fax*
djbaker@skadden.com

                                              */s/ Joseph D. Frank*