UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
JACKSONVILLE, FLORIDA
FEB 12 2007
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In Re:                                          Case No.: 05-03817-3F1

Winn-Dixie Stores, Inc., et al.                 Chapter 11

Reorganized Debtors                             Jointly Administered

**MOTION FOR LEAVE OF COURT TO FILE
A CLAIM OUTSIDE OF THE TIME CONSTRAINTS
PROVIDED IN THE ORDER DATED DECEMBER 6, 2006**

COMES NOW Valeria Jones (claimant) by and through undersigned counsel and hereby moves this Honorable Court to allow claimant to submit the attached notice of claim beyond the date contained within paragraph three of the order dated December 6, 2006. In support of this motion Plaintiff shows the following:

1. Claimant had a slip and fall on April 22, 2006 in debtors store, #0520.

2. Claimant contacted counsel for Claimant on or about May 19, 2006 regarding this claim. Thereafter, on May 22, 2006, approximately three days later, counsel for Claimant sent notice to Winn-Dixie of the fact that Claimant was now represent by counsel and was still receiving treatment. **Within that letter the following language was contained: Please direct all future communications and correspondence to me on behalf of Ms. Jones.** (See exhibit A, copy of the letter sent to Winn-Dixie).

3. On May 26, 2006, seven days after the claimant initially consulted with claimant to attorney and four days after notifying Winn-Dixie's claim office directly, counsel for claimant contacted Sedgwick Claims, via Ms. Melanie Alm. **Within that letter the following language was contained: Please direct all future communications and correspondence to me on behalf of Ms. Jones.** (See exhibit B, copy of the letter sent to Melanie Alm).

4. The correspondence set forth in paragraphs two and three above was acknowledged by Sedgwick in a letter dated June 2, 2006. (See exhibit C, a copy of the letter dated June 2, 2006). This letter was clearly addressed to counsel for Claimant thereby acknowledging the fact that claimant was represented by counsel and further demonstrating that Winn-Dixie and Sedgwick had notice of the representation of Claimant.

5. On February 1, 2007, after Claimant had completed all of her medical treatment a demand package was submitted to Sedgwick on behalf of Claimant.

6. In response to that demand package counsel for Claimant received a letter from Sedgwick setting forth deadlines contained within the order dated December 6, 2006. (See exhibit D, a copy of the letter from Stephanie Phillips). The letter states the following:

> **"All claims that Winn-Dixie Stores, Inc. were aware of that occurred between February 22, 2005 and November 21, 2006 were mailed a notice".**
>
> **"Winn-Dixie also put advertisements in national and regional news papers to notify claimants who yet to notify us of their claim"**

7. As to the first quotation from the letter dated February 8, 2007 from Sedgwick, Counsel for Claimant never received any notice from Sedgwick nor Winn-Dixie despite the fact both entities knew of and acknowledged in writing Claimant was represented by this firm. The response to counsel for Claimant from both Sedgwick and Winn-Dixie clearly demonstrates that they not only knew of the representation but also how to contact counsel for claimant directly.

8. The second quotation from the letter dated February 8, 2007 has no application to claimant since both Winn-Dixie and Sedgwick acknowledged Claimant's claim.

9. Counsel for Claimant respectfully submits that when considering the above-stated

it is clear that Sedgwick intentionally failed to provide counsel for Claimant mailed notice as stated in their letter dated February 8, 2007.

Respectfully submitted on this 8th day of February, 2007.

OF COUNSEL:
**McPHILLIPS, SHINBAUM, & GILL, L.L.P.**
516 S. Perry Street
P. O. Box 64
Montgomery, Alabama 36101
(334) 262-1911

Aaron J. Luck (LUC014)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the document(s) above via U.S. Mail, postage prepaid, to the following attorneys of record, on this the 8th day of February, 2007:

D.J. Baker
Stephen D. Busey
James H. Post
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202

Matthew Barr
Milbank, Tweed, Hadley, & McCoy
1 Chase Manhattan Plaza
New York, New York 10005

Ms. Stephanie Phillips
Sedgwick Claims
P.O. Box 24787
Jacksonville, FL 32241-4787

Of Counsel

# McPhillips Shinbaum, L.L.1

ATTORNEYS AND COUNSELORS AT LAW
516 SOUTH PERRY STREET
MONTGOMERY, ALABAMA 36104

TELEPHONE (334) 262-1911
TOLL FREE (866) 224-8664
FAX (334) 263-2321

Julian L. McPhillips, Jr.*
Kenneth Shinbaum
Mary Goldthwaite
Karen Sampson Rodgers
Aaron J. Luck
James G. Bodin**
Joseph C. Guillot
Elizabeth Bern Spear
Allison Highley***

Of Counsel
G. William Gill

Mailing Address
Post Office Box 64
Montgomery, Alabama 36101

*Also Admitted
in New York

**Also Admitted
in District of Columbia

***Only Admitted
in Washington State

Office Administrator
Amy Strickland

May 22, 2006

Ms. Sonya Holton, CSA
Winn Dixie Stores, Inc.
P.O. Box B
Jacksonvill, FL 32203

    Re:    Our Client:    **Valeria I. Jones**
           Date of Loss:    **April 22, 2006**
           Incident Number:    **#A611203532**
           Location:    **#0520**

Dear Ms. Holton:

    Please be advised that this law firm and I represent Ms. Jones with respect to injuries she sustained in a slip and fall in Winn Dixie on April 22, 2006. Please direct all future communications and correspondence to me on behalf of Ms. Jones.

    Ms. Jones has not completed her medical treatment at this time. I will forward the medical records to you once we are in receipt of them.

    Thank you for your assistance in this matter and I look forward to hearing from you in the near future.

                              Sincerely,

                              Aaron J. Luck

AJL/dbp

cc:    Ms. Valeria I. Jones

EXHIBIT A

# McPhillips Shinbaum, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
516 SOUTH PERRY STREET
MONTGOMERY, ALABAMA 36104

TELEPHONE (334) 262-1911
TOLL FREE (866) 224-8664
FAX (334) 263-2321

May 26, 2006

Julian L. McPhillps, Jr.*
Kenneth Shinbaum
Mary Goldthwaite
Karen Sampson Rodgers
Aaron J. Luck
James G. Bodin**
Joseph C. Guillot
Elizabeth Bern Spear
Allison Highley***

Of Counsel
 G. William Gill

Mailing Address
Post Office Box 64
Montgomery, Alabama 36101

*Also Admitted
 in New York

**Also Admitted
 in District of Columbia

***Only Admitted
 in Washington State

Office Administrator
 Amy Strickland

Ms. Melanie Alm
Sedgwick
P.O. Box 24787
Jacksonville, FL 32241-4787

Re:   Our Client:        **Valeria I. Jones**
      Date of Loss:      **April 22, 2006**
      Incident Number:   **#A611203532**
      Location:          **#0520**

Dear Ms. Alm:

Please be advised that this law firm and I represent Ms. Jones with respect to injuries she sustained in a slip and fall in Winn Dixie on April 22, 2006. Please direct all future communications and correspondence to me on behalf of Ms. Jones.

Ms. Jones has not completed her medical treatment at this time. I will forward the medical records to you once we are in receipt of them.

Thank you for your assistance in this matter and I look forward to hearing from you in the near future.

Sincerely,

Aaron J. Luck

AJL/dbp

cc:   Ms. Valeria I. Jones

EXHIBIT B



# Sedgwick

**Sedgwick Claims Management Services Inc**
P.O. Box 24787   Jacksonville, FL 32241-4787
Telephone (888)784-3470 Facsimile (904)419-5365

June 02, 2006

Aaron J. Luck, Esq.
McPhillips Shinbaum, L.L.P
516 South Perry Street
Montgomery, AL   36104

RE:   Claimant:          Valeria Jones
      Date of Injury:    04/22/2006
      Location:          Winn Dixie # 0520
                         1352 Highland Avenue
                         Selma, AL 36701
      Division:          Retail Grocery Store-Montgomery Division
      Claim Number:      A611203532-0001-01

Dear Mr. Luck:

Sedgwick Claims Management Services, Inc. is the third-party administrator for Winn-Dixie Stores, Inc.

I am the examiner handling this claim. Please provide a status as to Valeria Jones's treatment and medical progress with medical records and bills to date. I will need your client to complete the enclosed Medical and/or Wage Authorization form and return it to me.

**Winn Dixie requires that I obtain your client's recorded statement before we make any decisions determining liability.** Please contact the undersigned to arrange a convenient date and time to secure this information. If your client has already provided us with a recorded statement please disregard. Should you fail to provide this information our liability decisions will be based solely upon the limited information available to us.

If you have any questions feel free to contact me directly at (904)419-6713.

Sincerely,

Melanie Alm
GL Claims Examiner III

encl.

**Obtaining the medical & wage information is for the purpose of evaluating this claim and does not assume liability on Winn-Dixie or Sedgwick Claims Management Services, Inc. to pay or reimburse any expenses incurred as a result of this incident.**

EXHIBIT C



### Sedgwick

Sedgwick Claims Management Services, Inc.
P. O. Box 24787, Jacksonville, FL 32241-4787
Telephone 904-419-5300 Facsimile 904-419-5365

February 8, 2007

Aaron J. Luck, Esq.
McPhillips Shinbaum, L.L.P
516 South Perry Street
Montgomery, AL 36104
VIA FAX & USPS: 334-263-2321

RE:        Claimant: **Valeria Jones**
             Claim #: A611203532-0001-01
             Date of Accident: 04/22/2006
             Location: Winn-Dixie #0520 Selma, AL

Dear Aaron J. Luck, Esq.:

This will acknowledge receipt of your demand for $57,000.00.

Winn-Dixie emerged from bankruptcy on 11/21/06. All claims that Winn-Dixie Stores, Inc. were aware of that occurred between 02/22/05 and 11/21/06 were mailed a notice. Some specific groups of claimants were excluded, for example, third party claims where Winn-Dixie is indemnified or has no liability.

This notice stated that all requests for payment of an Administrative Claim or any Claim arising against the Debtors in this period must file an application with the Bankruptcy Court no later than January 5, 2007. Winn-Dixie also put advertisements in national and regional newspapers to notify claimants who had yet to notify us of their claim.

The deadline for filing your administrative expense claim has expired so we are unable to consider this claim. If you have any questions, please consult with a bankruptcy attorney.

Sincerely,

*Stephanie*

Stephanie Phillips
Claims Examiner III



EXHIBIT D

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT Middle DISTRICT OF Florida | PROOF OF CLAIM |
|---|---|

Name of Debtor: Winn-Dixie Stores, Inc. et al    Case Number: 05-03817-3F1

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
Valeria Jones

Name and address where notices should be sent: Aaron J. Luck
McPhillips Shinbaum, L.L.P.
516 S. Perry St. Montgomery, AL 36104

Telephone number: 334-262-1911

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☒ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor: N/A

Check here ☐ replaces ☐ amends a previously filed claim, dated:____
if this claim

1. **Basis for Claim**
   ☐ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☒ Personal injury/wrongful death    Medical Bills, Pain + Suffering
   ☐ Taxes
   ☐ Other ____

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last four digits of your SS #: ____
   Unpaid compensation for services performed
   from _____ to _____
        (date)          (date)

2. **Date debt was incurred:** April 22-2006 to Present

3. **If court judgment, date obtained:**

4. **Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

   **Unsecured Nonpriority Claim** $ 100,000.00
   ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

   **Unsecured Priority Claim**
   ☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
   Amount entitled to priority $ ____
   Specify the priority of the claim:
   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
   ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

   **Secured Claim**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate  ☐ Motor Vehicle  ☐ Other ____
   Value of Collateral: $ ____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $ ____

   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

5. **Total Amount of Claim at Time Case Filed:** $ _____ _____ _____ 0.00
   (unsecured) (secured) (priority) (Total)
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

6. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

7. **Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

Date: 2-8-07

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
Aaron J. Luck, Attorney for Claimant

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.