F I L E D
JACKSONVILLE, FLORIDA

FEB 12 2007

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
<u>JACKSONVILLE DIVISION</u>**

In Re:

WINN-DIXIE STORES, INC., <u>et.al.</u>

Debtors.

Case No.: 05-03817-3F1

Chapter 11

Jointly Administered

**<u>MOTION TO WAIVE MEDIATION AND TO
RETURN CASE TO THE CIRCUIT COURT IN AND FOR THE
ELEVENTH JUDICIAL CIRCUIT, MIAMI-DADE COUNTY, FLORIDA</u>**

COME NOW, Claimant Sol Lopez, herein Claimant by and through his undersigned counsel:

1. That, counsel for Claimant has had telephone conversations with

> Sedgwick Claims Management Services, Inc.
> Attn: C. Everett Brooks, General Liability Examiner III
> Post Office Box 24787
> Jacksonville, Florida 32241-4787
> claim #: A111208311

as recently as Tuesday, November 14, 2006.

2. That, C. Everett Brooks herein Brooks will not extend any good faith and reasonable offer of settlement on behalf of Winn-Dixie Stores, Inc., upon this claim to Claimant except nuisance value.

3. That, Brooks will not agree to Mediation as to this claim as Brooks does not believe Mediation will result in offer of settlement to Claimant on behalf of Winn-Dixie Stores, Inc.

4. That, for these and other reasons it is requested Mediation be waived.

5. That, it is further requested case be returned to:

In The Circuit Court In And For The Eleventh Judicial Circuit
Miami-Dade County, Florida
case #: 04-14000 (CA 10)
The Honorable Circuit Court Judge Margarita Esquiroz
73 West Flagler Street
room #: 635
Miami, Florida 33130

6. That, Defendant, Winn-Dixie agrees to provide defense and has retained defense counsel:

Quinteros, Prieto & Wood,
Attn: Jose E. Bosh, Esq.
9200 South Dadeland Boulevard
Miami, Florida 33156
(305) 670-1101

7. That, neither counsel for Claimant nor Claimant are financially able to appear before this Honorable Court to argue Motion in person.

8. That, counsel for Claimant requests Motion be ruled upon either as written or through telephonic argument from (305) 372-9912 with reasonable advance notice to counsel for Claimant from this Honorable Court.

9. That, counsel for Claimant will be unavailable

a) Monday February 12, 2007 through Tuesday, February 20, 2007.
b) Monday, May 21, 2007 through Tuesday, May 29, 2007.
c) Wednesday, June 27, 2007 through Sunday, July 22, 2007.

Enclosed Notice Of Unavailability.

10. That, Motion is filed in good faith, for extreme good cause shown and not for purposes of delay.

11. That, counsel for Claimant will present other argument ORE TENUS at Hearing upon Motion, as applicable.

12. That, counsel for Claimant deems it unnecessary to file Memorandum Of Law to accompany Motion unless requested to do so by this Honorable Court.

WHEREFORE, Claimant, Sol Lopez files before this Honorable Court, this, **Motion To Waive Mediation And To Return Case To The Circuit Court In And For The Eleventh Judicial Circuit, Miami-Dade County, Florida** based upon abovestated factors and circumstances and for such other and further relief this Honorable Court deems equitable and just under circumstances of this cause of action.

                          Respectfully submitted,
                          LAW OFFICES ALLAN STEPHEN ZAMREN
                          Allan Stephen Zamren, Esq.
                          44 West Flagler Street
                          suite#: 2225
                          Miami, Florida 33130
                          (305) 372-9912

BY: _____
           Allan Stephen Zamren, Esq.

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY, true and correct copy of above and foregoing **Motion To Waive Mediation And To Return Case To The Circuit Court In And For The Eleventh Judicial Circuit, Miami-Dade County, Florida**, was forwarded this 05th day of February, 2007 to:

United States Bankruptcy Court
Middle District of Florida, Jacksonville Division
Attn: The Honorable United States Federal District Bankruptcy Court Judge
Jerry Funk
300 North Hogan Street
suite #: 3-350
Jacksonville, Florida 32202

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: D.J. Baker, Sally Mc Donald Henry and Rosaline Walker Gray
Four Times Square
New York, New York 10036-6522

Smith, Hulsey & Busey
Attn: Stephen D. Busey, James H. Post and Cynthia C. Jackson
225 Water Street
suite #: 1800
Jacksonville, Florida 32202

Sedgwick Claims Management Services, Inc.
Attn: C. Everett Brooks, General Liability Examiner III
Post Office Box 24787
Jacksonville, Florida 32241-4787

Mr. Sol Lopez
970 West 77th Street
apt. #: K
Hialeah, Florida 33014

BY: _____
Allan Stephen Zamren, Esq.