UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA- JACKSONVILLE DIVISION

In Re:                                                          Chapter 11

WINN-DIXIE STORES, INC., et al.,

                                                                Case #: 05-03817 3F1

Debtors.

## MOTION TO APPEAR TELEPHONICALLY FOR HEARING

COME NOW, Claimant Sol Luis Lopez, herein Claimant by and through his undersigned

counsel:

> Law Offices Allan Stephen Zamren
> 44 West Flagler Street
> suite #: 2225
> Miami, Florida 33130
> (305) 372-9912

and files before this Honorable Court this Claimant, **Motion To Appear Telephonically For**

**Hearing** pursuant to applicable Federal Rules Of Bankruptcy Procedure and Local Rules stating

as follows.

1. That, Claimant resides in Miami-Dade County, Florida.

2. That, counsel for Claimant, law offices are located in Miami, Miami-Dade County,
Florida.

3. That, this is distance of several hundred miles from this Honorable Court.

4. That, for these and other reasons to be argued Ore Tenus it is requested counsel for

Claimant be permitted to appear telephonically as to any and all hearing as to this cause of action.

5. That, counsel for Claimant law offices telephone number is (305) 372-9912 and

alternate cellular telephone number (786) 200-9912.

6. That, Zamren will out of State of Florida on business and personal matters.

a) Monday February 12, 2007 through Tuesday, February 20, 2007.
b) Monday, May 21, 2007 through Tuesday, May 29, 2007.
c) Wednesday, June 27, 2007 through Sunday, July 22, 2007.

Enclosed Notice Of Unavailability.

7. That, Motion is filed in good faith, for extreme good cause shown and not for purposes of delay.

8. That, counsel for Claimant will present other argument ORE TENUS at Hearing upon Motion, as applicable.

9. That, counsel for Claimant deems it unnecessary to file Memorandum Of Law to accompany Motion unless requested to do so by this Honorable Court.

WHEREFORE, Claimant, Sol Luis Lopez files before this Honorable Court, this, **Motion To Appear Telephonically For Hearing** based upon abovestated factors and circumstances and for such other and further relief this Honorable Court deems equitable and just under circumstances of this cause of action.

Respectfully submitted,
LAW OFFICES ALLAN STEPHEN ZAMREN
Allan Stephen Zamren, Esq.
44 West Flagler Street
suite#: 2225
Miami, Florida 33130
(305) 372-9912

BY: _____
Allan Stephen Zamren, Esq.

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY, true and correct copy of above and foregoing **Motion To Appear Telephonically For Hearing**, was forwarded this 5th day of February, 2007 to:

United States Bankruptcy Court
Middle District of Florida, Jacksonville Division
Attn: The Honorable United States Federal District Bankruptcy Court Judge
Jerry Funk
300 North Hogan Street
suite #: 3-350
Jacksonville, Florida 32202

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: D.J. Baker, Sally Mc Donald Henry and Rosaline Walker Gray
Four Times Square
New York, New York 10036-6522

Smith, Hulsey & Busey
Attn: Stephen D. Busey, James H. Post and Cynthia C. Jackson
225 Water Street
suite #: 1800
Jacksonville, Florida 32202

Sedgwick Claims Management Services, Inc.
Attn: C. Everett Brooks, General Liability Examiner III
Post Office Box 24787
Jacksonville, Florida 32241-4787

Mr. Sol Lopez
970 West 77th Street
apt. #: K
Hialeah, Florida 33014

BY: _____
Allan Stephen Zamren, Esq.