FILED
JACKSONVILLE, FLORIDA

FEB 13 2007

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WINN-DIXIE STORES, INC., ET AL.,

Reorganized Debtors.

Case No. 05-03817-3F1

Chapter 11

RESPONSE TO DEBTORS' TWENTY-NINETH OBJECTION

NOW COMES, EDDIE L. LINDSEY, an Administrative Claimant and Responds to the Debtors' Twenty-Ninth Omnibus Objection to (A) Improperly filed claims, (B) No Liability Claims, ( C ) No Liability Misclassified Claim, (D) Late Claims, (E) Late With Remaining Claims, (F) Overstated Claims, and (G) Overstated Misclassified Claims as follows:

1. The Debtors have classified the undersigned's claim as it was not properly assertable on proof of claim form and no application for payment of the administrative claim was filed prior to January 5, 2007.

2. The claimant's Proof of Claim was properly signed and filed with the Court as should be noted on the Court's docket.

3. The claimant filed a separate Application for Payment for her administrative claim within the time limit ordered by the Court as should be noted on the Court's docket.

4. It will be a financial burden on the claimant to appear at a hearing on February 22, 2007, and should the Court find the above is true and correct, the Debtors should be required to pay the costs and expenses of the undersigned for attending such hearing which should not have been incurred as the claim and application for payment of administrative expenses have been timely filed.

Respectfully submitted this 9th day of February, 2007.

*Eddie L. Lindsey*
Eddie L. Lindsey, Pro Se
936 McKenzie Ave.
Panama City, FL 32401
Home: (850)785-5115
Work: (850) 872-4789

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed by U. S. Mail postage prepaid to James Post, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202 and Matthew Barr, Esq., Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, NY 10005 and D. J. Baker, Esq., Four Times Square, New York, New York 10036 this 9th day of February, 2007.

*Eddie L. Lindsey*
Eddie L. Lindsey, Pro Se