UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:  Case No.: 05-03817-3F1

Winn-Dixie Stores, Inc., et al.  Chapter 11

Reorganized Debtors  Jointly Administered

FILED
JACKSONVILLE, FLORIDA
FEB 13 2007
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

### MOTION FOR LEAVE OF COURT TO FILE A CLAIM OUTSIDE OF THE TIME LIMITATIONS IN THE COURT'S ORDER DATED DECEMBER 6, 2006

COMES NOW Marie McNear [hereinafter "Claimant"] by and through undersigned counsel and hereby moves this Honorable Court to allow claimant to submit this notice of claim to Winn Dixie and/or Winn Dixie Stores, Inc. beyond the claim deadline set by this Court's order dated December 6, 2006. In support of this motion, Claimant shows the following:

1. Claimant had a slip and fall sustaining injury on August 20, 2006 in Debtor's Winn Dixie Store located at 4724 Mobile Hwy., Montgomery, Alabama.

2. Through counsel, Claimant sent a letter via certified mail to the Montgomery Winn Dixie Store location and its manager dated September 11, 2006 regarding this claim. A representative of Winn Dixie signed for and acknowledged receipt of this notice of claim letter from the Claimant on September 13, 2006. This notice letter dated September 11, 2006 is attached as Exhibit "A".

3. Counsel for the Claimant never received notice from Winn-Dixie Stores, Inc. and/or its representatives of any deadlines ordered by this Court for filing claims in the U.S. Bankruptcy Court on behalf of this Claimant.

WHEREFORE, above premises considered, Claimant respectfully submits that it claims must not be barred as Winn Dixie and/or its representative had notice of this claim and Winn

Dixie failed to provide counsel for Claimant with proper notice of any claim deadlines established by this Court.

Submitted this 8th day of February, 2007.

OF COUNSEL:

**McPhillips, Shinbaum, L.L.P.**
516 S. Perry Street
P.O. Box 64
Montgomery, AL 36101-0064
PH.(334) 262-1911
FAX(334) 263-2321

_____
JAMES G. BODIN
Attorney for the Claimant

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the document(s) above via U.S. Mail, postage prepaid, to the person(s) listed below, on this the 8th day of February, 2007:

James Post, Esq.
Stephen D. Busey, Esq.
Smith, Hulsey, & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202
jpost@smithhulsy.com

Matthew Barr, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, New York 10005
mbarr@milbank.com

D. J. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, New York 10036

_____
OF COUNSEL

ATTN: Owner/Manager
4724 Mobile Highway
Montgomery, Alabama 36108

Mailing Address
Post Office Box 64
Montgomery, Alabama 36101

*Also Admitted
in New York

**Also Admitted
in District of Columbia

***Only Admitted
in Washington State

Office Administrator
Amy Strickland

RE: **Our client/claimant: Marie McNear**
     **Date of Loss: August 20, 2006**

Dear Sir or Madam:

Please be advised that this law firm and I represent Ms. McNear with respect to injuries she received after a fall in your store. Please forward this letter to your insurance carrier and have them contact me upon receipt. Please direct all future communications and correspondence to me on behalf of Ms. McNear.

If you are interested in resolving this claim short of litigation, please advise and I will forward copies of Ms. McNear's medical bills, medical statements and diagnosis as soon as these items are received by our office.

Please call if you have any questions.

Sincerely,

JAMES G. BODIN