# IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.: 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., | ) | Chapter 11 |
| *et al.,* | ) | |
| | ) | |
|     Reorganized debtors | ) | Jointly Administered |
| | ) | |

## NOTICE OF FILING AFFIDAVIT OF FRANK F. FERNANDEZ III

Counsel for The Fernandez Firm, Camille J. Iurillo, by and through the undersigned counsel, hereby files this Notice of Filing Affidavit of Frank F. Fernandez III.

Dated this 13th day of February, 2007.

IURILLO & ASSOCIATES, P.A.

/s/ Camille J. Iurillo
CAMILLE J. IURILLO, ESQUIRE
Fla. Bar No. 902225
Sterling Square
600 First Avenue North, Suite 308
St. Petersburg, FL 33701
(727) 895-8050 telephone
(727) 895-8057 facsimile
ciruillo@iurillolaw.com
Counsel for The Fernandez Firm

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13ᵗʰ day of February, 2007, a true and correct copy of the foregoing **NOTICE OF FILING AFFIDAVIT OF FRANK F. FERNANDEZ III** has been served, via U.S. Mail and Facsimile to: **Stephen D. Busey, Esquire**, and **James H. Post, Esquire**, Smith, Hulsey & Busey 225 Water Street, Suite 1800, Jacksonville, Florida 32202, **Facsimile: 904-359-7708**; and **Matthew Barr, Esquire**, Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, New York 10005, **Facsimile: 212-822-5194**.

                IURILLO & ASSOCIATES, P.A.

                /s/ Camille J. Iurillo
                CAMILLE J. IURILLO, ESQUIRE
                Fla. Bar No. 902225
                Sterling Square
                600 First Avenue North, Suite 308
                St. Petersburg, FL 33701
                (727) 895-8050 telephone
                (727) 895-8057 facsimile
                ciruillo@iurillolaw.com
                Counsel for The Fernandez Firm