# TURNER & ASSOCIATES, P.L.L.C.

ATTORNEYS AND COUNSELLORS AT LAW

**THE JUSTICE COMPANY BLDG.**

WEST POINT, MISSISSIPPI 39773-1500

| MAIL | TELEPHONE | FACSIMILE |
|---|---|---|
| P.O. DRAWER 1500 | (662) 494-6611 | (662) 494-4814 |

September 16, 2005

Ms. Gloria Davis
Sedgwick Claims Management Services, Inc.
P.O. Box 24787
Jacksonville, FL  32241

## NOTICE OF REPRESENTATION

RE:    Slip and Fall
         D/O/A:    8/20/2005
         Our Client:    Ashley Craddieth
         Your Insured:    Winn-Dixie

Dear Ms. Davis:

    This letter is to inform you that our firm has been retained to represent the above referenced client on a claim for bodily injury sustained .

    Please direct all calls and further correspondence to our office.

    We would appreciate acknowledgment of our representation within seven (7) days from the date of this letter.

Sincerely yours,

TURNER & ASSOCIATES, P.L.L.C.

Bennie L. Turner

BLT/tlc
cc: Ms. Sharon Craddieth

103    WEST    MAIN    STREET



## Sedgwick

**Sedgwick Claims Management Services Inc**
P.O. Box 24787, Jacksonville, FL 32241-4787
Telephone (888)784-3470 Facsimile (904)419-5365

September 19, 2005

Bennie L. Turner
PO Drawer 1500
West Point MS 39773

RE:    Claimant:    Ashley Craddieth (Minor)
       Date of Injury: 08/20/2005
       Location:    Winn Dixie #
                     939 Alabama Street
                     Columbus, MS 39704
       Division:
       Claim Number: A511210898-0001-01

Dear Mr. Turner:

This acknowledges your letter of representation.

I am the examiner handling this claim. Please provide a status as to Ashley Craddieth (Minor)'s treatment and medical progress with medical records and bills to date. I will need your client to complete the enclosed Medical Authorization form and return it to me.
Winn Dixie requires that I obtain your client's recorded statement before we make any decisions determining liability. Please contact the undersigned to arrange a convenient date and time to secure this information. Should you fail to provide this information our liability decisions will be based solely upon the limited information available to us.

Thank you for your assistance and prompt attention to this matter. If you have any questions feel free to contact me directly at 904-419-5324.
Sincerely,

Gloria Davis
Examiner III