*Audrey Strange*
2109 Victoria Place, Apt. F
Prattville, AL 36066

**FILED**
JACKSONVILLE, FLORIDA
FEB 14 2007
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

David K Oliveria
Clerk of Court
United States Bankruptcy Court, Middle District of Florida,
Jacksonville Division
U.S. Courthouse 300 N. Hogan Street
Jacksonville, FL 32202.

**Re: Strange v. Winn Dixie; Case No. 05-03834-3F1, United States Bankruptcy Court; Middle District, Florida, Jointly Administered; Substitution of Counsel**

Dear Mr. Clerk:

Please find enclosed my Notice of Substitution of Counsel along with 6 separate copies of a proposed Order for the Bankruptcy Judge to sign. I have enclosed self-addressed stamped envelopes for your convenience. Please call if you there are any questions,

Thank you,

*Audrey Strange*

Audrey Strange

Enclosures as indicated.
cc: Richard A. Krause, Esq
D. J. Baker, Sally McDonald Henry and Rosalie Walker Gray Skadden of Arps, Slate, Meagher & Flom, LLP
Stephen D. Busey, James H. Post and Cynthia C. Jackson of Smith, Hulsey & Busey
Robert C. Palmer, Esq.
Matthews & Hawkins, P.A.

## ORDER SUBSTITUTING ATTORNEYS

This notice and request was before me on the Audrey Strange's foregoing motion and it is

ADJUDGED that Richard A. Krause is substituted for the firm of Matthews & Hawkins, P.A. as attorney of record for Audrey Strange in this action.

ORDERED at Jacksonville, Florida on this _____ day of February, 2007.

_____
Circuit Judge

Copies to:
Audrey Strange
D. J. Baker, Sally McDonald Henry and Rosalie Walker Gray Skadden of Arps, Slate, Meagheer & Flom, LLP
Stephen D. Busey, James H. Post and Cynthia C. Jackson of Smith, Hulsey & Busey
Richard A. Krause, Esq.
Robert C. Palmer, Esq.
Matthews & Hawkins, P.A.