**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Reorganized Debtors.[1] | ) Jointly Administered |
| | ) |

**APPELLEES' CROSS DESIGNATION OF ITEMS TO BE INCLUDED IN RECORD ON APPEAL OF ORDER DENYING FLORIDA TAX COLLECTORS' MOTION FOR LEAVE TO FILE PROOFS OF CLAIM WITHOUT PREJUDICE (DOCKET NO. 14889)**

Appellees, Winn-Dixie Stores, Inc. and its subsidiaries and affiliates in the above captioned cases, as reorganized debtors and debtors-in-possession (collectively, the "Reorganized Debtors"), pursuant to Rule 8006, F.R.B.P., designate the following additional items to be included in the record on the Florida Tax Collectors'[2] appeal from the Court's Order Denying Florida Tax Collectors' Motion for Leave to File Proofs of Claim Without Prejudice (Docket No. 14889):

**Pleadings**

| Debtor: Winn-Dixie Stores, Inc. Case Number: 05-03817-3F1 ||
|---|---|
| **Docket No.** | **Pleading** |
| 1 | Voluntary Petition |
| 2 | Motion for Joint Administration |
| 36 | Order Granting Joint Administration |

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] The "Florida Tax Collectors" consist of the tax collectors for each of the following counties within the State of Florida: Alachua, Baker, Bay, Bradford, Brevard, Broward, Charlotte, Citrus, Clay, Collier, Columbia, DeSoto, Escambia, Flagler, Gadsden, Hardee, Hendry, Hernando, Highlands, Hillsborough, Indian River, Jackson, Jefferson, Lake, Lee, Leon, Levy, Madison, Manatee, Marion, Martin, Miami-Dade, Monroe, Nassau, Okaloosa, Okeechobee, Orange, Osceola, Palm Beach, Pasco, Pinellas, Polk, Putnam, Santa Rosa, Sarasota, Seminole, St. Johns, St. Lucie, Sumter, Suwannee, Taylor, Volusia, Wakulla, Walton and Washington.

| **Docket No.** | **Pleading** |
|---|---|
| 671 | Schedules of Assets and Liabilities (A – B) |
| 672 | Schedules of Assets and Liabilities (D – F) |
| 673 | Schedules of Assets and Liabilities (G – H) |
| 731 | Order Granting Motion for Transfer of Venue |
| 731 | Amended Order Transferring Venue |
| 2379 | First Amendment to Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases |
| 2380 | Notice of Filing of Separate First Amendments to Schedules in Cases of Certain Winn-Dixie Subsidiaries or Affiliates |
| 4020 | Second Amendment to Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases |
| 4284 | Florida Tax Collectors' Motion for Adequate Protection |
| 6010 | Debtors' Motion for Order Granting Fourth Extension of Exclusive Periods for Filing Chapter 11 Plans and Obtaining Acceptances of Such Plans |
| 6411 | Order Granting Fourth Extension of Exclusive Periods for Filing Chapter 11 Plans and Obtaining Acceptances of Such Plans |
| 6889 | Debtors' Motion for Order Granting Fifth Extension of Exclusive Periods for Filing Chapter 11 Plans and Obtaining Acceptances of Such Plans |
| 7348 | Order Granting Fifth Extension of Exclusive Periods for Filing Chapter 11 Plans and Obtaining Acceptances of Such Plans |
| 7537 | Debtors' Response to Florida Tax Collectors' Motion for Adequate Protection |
| 9622 | Order Authorizing Debtors to Agree to an Exit Financing Commitment Letter and to Pay Related Expenses |
| 10075 | Transcript from Disclosure Statement Hearing |
| 10910 | Certificate of Service [Certificate of Service by Kathleen M. Logan related to the Disclosure Statement with Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (U.S. Trustee, Counsel to Creditors Committee and Master Service List)] |
| 10923 | Certificate of Service [Certificate of Service by Kathleen M. Logan related to the Disclosure Statement with Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (Impaired Voting Classes)] |
| 10940 | Certificate of Service [Certificate of Service by Kathleen M. Logan related to the Disclosure Statement with Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (Master Service List)] |

| **Docket No.** | **Pleading** |
|---|---|
| 11300 | Proofs of Publication for Notice of Hearing to Consider Confirmation of, and Deadline for Objecting to, Debtors' Joint Plan of Reorganization |
| 11784 | Notice of Filing of Proposed Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing Claims Arising Before Effective Date and Other Administrative Claims |
| 11809 | Order Denying Florida Tax Collectors' Motion for Adequate Protection |
| 11863 | Ballot Tabulation Notice of Filing |
| 12455 | Notice of Entry of Order Confirming Joint Plan of Reorganization |
| 12991 | Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing Claims Arising Before Effective Date and Administrative Claims |
|  | All Exhibits admitted into evidence at Confirmation Hearing held on October 13, 2006 |

Dated: February 14, 2007

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker* <br> D. J. Baker <br> Sally McDonald Henry <br> Rosalie Walker Gray | By  *s/ Cynthia C. Jackson* <br> Stephen D. Busey <br> James H. Post <br> Cynthia C. Jackson, F.B.N. 498882 |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (212) 735-2000 (facsimile) | 225 Water Street, Suite 1800 <br> Jacksonville, Florida  32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

00557829