IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE:  WINN-DIXIE STORES, et al., ) | |
| ) | Chapter 11 |
| Debtors. ) | Case No. 05-03817-3F1 |
| ) | Jointly Administered |
| _____) | |

## AMENDED DESIGNATION OF RECORD ON APPEAL

E&A Financing II, L.P. d/b/a Rockbridge Place (Store No. 2723, Claim No. 12219); E&A Southeast, L.P. d/b/a Ellis Isle (Store No. 2620, Claim No. 12224), d/b/a Reservoir Square Shopping Center Pump N Save (Store No. 1381, Claim No. 13254), d/b/a Edens & Avant Properties LP/Magee Shopping Center (Store No. 1360, Claim No. 12220), and d/b/a Reservoir Square Brandon MS (Store No. 1347, Claim No. 493); Shields Plaza, Inc. d/b/a E&A Southeast LP (Store No. 1912, Claim No. 12214); Woodberry Plaza (E&A), LLC (Store No. 1233, Claim No. 12222); Villa Rica Retail Properties, LLC (Store No. 2716, Claim No. 11844); Halpern Enterprises, Inc. d/b/a West Ridge, LLC (Store No. 2703, Claim No. 12077); and Bank of America, as Trustee of Betty Holland (Store No. 2732, Claim No. 11839) ("Appellants"), pursuant to Fed. R. Bankr. P. 8006, hereby amends Page 22 of its previously filed Designation of Record on Appeal [Docket No. 12837], as follows:

|  | #10873 | Omnibus Objection to (a) No Liability Claims, (b) No Liability Misclassified Claims, (c) Overstated Claims, (d) Overstated Misclassified Claims, (e) Misclassified Claims and (f) Amended and Superseded Claims (Twenty-Second) |
|---|---|---|
|  | #10874 | Notice of Hearing re Debtors' Twenty-Second Omnibus Objection to (a) No Liability Claims, (b) No Liability Misclassified Claims, (c) Overstated Claims, (d) Overstated Misclassified Claims, (e) Misclassified Claims and (f) Amended and Superseded Claims. Hearing scheduled for 10/12/2006 at 01:30PM at Jacksonville, FL-300 North Hogan St. 4th Floor Courtroom 4D |
|  | #11256 | Statement of Ad Hoc Committee of Winn Dixie Retirees in Support of Debtors' Proposed Joint Plan of Reorganization filed on behalf of Creditor Ad Hoc Committee of Winn-Dixie Retirees |
|  | #11312 | Joint Objection to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors filed on behalf of Bank of America as Trustee of Betty Holland, E&A Financing II, LP, E&A Southeast, LP, E&A Acquisition Two, LP, F.R.O., LLC VII, Shields Plaza, Inc., Villa Rica Retail Properties, L.L.C., West Ridge, LLC, Woodbury Plaza, LLC |
|  | #11313 | Objection to Debtors' Plan of Reorganization filed on behalf of Creditor CWCapital Asset Management, LLC as successor-in-interest to CRIMMI MAE Services Limited Partnership |
|  | #11314 | Objection to Confirmation of Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors Dated August 9, 2006 filed on behalf of Creditor Liquidity Solutions, Inc. |
|  | #11316 | Objection to Debtors' Plan of Reorganization filed on behalf of Creditor Allied Capital Corporation |

This amendment is being done to correct the document identification number for the "Joint Objection to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors…" identified on page 22 of the original designation from "11487" to "11312."

Dated this 14th day of February 2007.

                STICHTER, RIEDEL, BLAIN & PROSSER, P.A.

        By:   /s/ Elena P. Ketchum
              Harley E. Riedel
              Florida Bar No. 183628
              hriedel@srbp.com
              Elena P. Ketchum
              Florida Bar No. 0129267
              eketchum@srbp.com
              110 Madison Street - Suite 200
              Tampa, Florida 33602
              (813) 229-0144
              (813) 229-1811 FAX

              - and -

        KITCHENS, KELLEY, GAYNES, P.C.

              Mark A. Kelley, Esquire
              11 Piedmont Center, Suite 900
              Atlanta, Georgia 30305
              (404) 467-7718 Telephone
              (404) 364-0126 Facsimile

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing AMENDED DESIGNATION OF RECORD ON APPEAL has been furnished by the Court's CM/ECF system or U.S. MAIL on the **14th** day of **February, 2007** to:

Adam Ravin
D.J. Baker
Sally M. Henry
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Four Times Square
New York, New York 10036

Stephen D. Busey
Cynthia C. Jackson
SMITH HULSEY & BUSEY
225 Water Street, Suite 1800
Jacksonville, Florida 32202

In addition, all who are listed in CM/ECF for these Chapter 11 cases will be notified of the filing of this Notice of Appeal through the Court's CM/ECF system.

                                          STICHTER, RIEDEL, BLAIN & PROSSER, P.A.

                                          By:   /s/ Elena P. Ketchum
                                                  Elena P. Ketchum, Esquire
                                                  Florida Bar No. 0129267

H:\DOCS\10000\10380\Amendment Designation of Record.doc