UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO:  3:05-bk-3817
Chapter    11

IN RE:

**WINN-DIXIE STORES, INC.,**

**Debtor(s)**

## ORDER STRIKING MOTION TO ALLOW LATE FILED ADMINISTRATIVE EXPENSE CLAIM

The Court finds that the Motion to Allow Late filed Administrative Expense Claim filed by Aaron J. Luck on behalf of Valeria Jones on February 13, 2007 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Motion to Allow Late filed Administrative Expense Claim filed by Aaron J. Luck on behalf of Valeria Jones on February 12, 2007, is stricken from the record.

**DATED February 13, 2007**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:

Aaron J. Luck, P.O. Box 64, Montgomery, AL 36101