IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE: WINN-DIXIE STORES, INC. ET AL.          CASE NO.  05-03817-3F1

CERTIFICATE OF SERVICE FOR MOTION
FOR RELIEF FROM AUTOMATIC STAY

I hereby certify that a copy of the foregoing has been served on the Debtor, Winn-Dixie Stores, Inc., by U.S. Mail, at 5050 Edgewood Court, Jacksonville, Florida 32254-3699 the Debtor's attorneys , U.S. Trustee, and Rule 1007(D) parties in interest electronically.

SO CERTIFIED this the 14th day of February, 2007.

/s/   Angela Turner Lairy
**ANGELA TURNER-LAIRY**

**OF COUNSEL:**
**TURNER & ASSOCIATES, P.L.L.C.**
**POST OFFICE DRAWER 1500**
**WEST POINT, MISSISSIPPI 39773**
**TELEPHONE NO. (662) 494-6611**
**FACSIMILE NO. (662) 494-4814**