**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF AGREED ORDER RESOLVING CLAIM NUMBER 9748 FILED
BY SARA LEE BAKERY GROUP AND CLAIM NUMBER 9757
<u>FILED BY SARA LEE CORPORATION</u>**

<div style="border:1px solid black;">

<u>NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING</u>

The Court will consider this matter without further notice or hearing unless a party in interest files an objection within 3 business days from the date of service of this paper.  If you object to the relief requested in this paper, you must (a) file your response with the Clerk of the Bankruptcy Court in accordance with the Court's electronic filing procedures or at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and (b) serve a copy by email and fax on (i) Winn-Dixie Stores, Inc. c/o Jay Castle, Esq., 5050 Edgewood Court, Jacksonville, Florida  32254, JayCastle@winn-dixie.com, (ii) James H. Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, jpost@smithhulsey.com and (iii) Rosalie Gray, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, rgray@skadden.com.

If you file and serve a response within the time permitted, the Court will schedule a hearing and you will be notified.  If you do not file a response within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper,  will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

</div>

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates (the

"Debtors") give notice of the proposed entry of the attached Agreed Order Resolving

Claim Number 9748 filed by Sara Lee Bakery Group and Claim Number 9757 filed

by Sara Lee Corporation.

If no objection to the proposed Agreed Order is filed and served

within the time set forth above, the Court will be requested to enter the Agreed Order without further notice or hearing.

Dated: February 14, 2007

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker*  <br>    D. J. Baker <br>    Rosalie Walker Gray <br>    Jane M. Leamy <br>    David M. Turetsky | By  *s/ James H. Post*  <br>    Stephen D. Busey <br>    James H. Post <br>    Cynthia C. Jackson, <br>    Florida Bar Number 175460 |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (212) 735-2000 (facsimile) <br> djbaker@skadden.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida  32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> jpost@smithhulsey.com |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

## **Certificate of Service**

I certify that a copy of this document has been furnished electronically and by facsimile to the Post-Effective Date Committee, c/o Matthew Barr, Esq. and Michael Comerford, Esq., Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, mbarr@milbank.com, mcomerford@milbank.com, this 14th day of February, 2007.

                                                            */s/ David M. Turetsky*
                                                                  Attorney

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Reorganized Debtors.<sup>1</sup> | Jointly Administered |

### AGREED ORDER RESOLVING CLAIM NUMBER 9748 FILED BY SARA LEE BAKERY GROUP AND CLAIM NUMBER 9757 FILED BY SARA LEE CORPORATION

These causes originally came before the Court for hearing upon the Nineteenth and Twenty-Second Omnibus Objections to Claims (collectively, the "Objections") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"). Included among the several proofs of claim that were the subject of the Objections were Claim Number 9748 filed by Sara Lee Bakery Group and Claim Number 9757 filed by Sara Lee Corporation (collectively, the "Claims").

Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Objections as they pertain to the Claims are resolved as set forth below.

2. Claim Number 9748 is reclassified and allowed as an unsecured non-priority claim in the reduced amount of $388,778.72, and shall be treated as a Class 14 Vendor/Supplier Claim for purposes of distributions under the Joint Plan of Reorganization of Winn-Dixie Stores,

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Inc. and Affiliated Debtors (the "Plan"). All other amounts claimed in connection with Claim Number 9748 are disallowed.

3. Claim Number 9757 is reclassified and allowed as an unsecured non-priority claim in the reduced amount of $230,000, and shall be treated as a Class 14 Vendor/Supplier Claim for purposes of distributions under the Plan. All other amounts claimed in connection with Claim Number 9757 are disallowed.

4. The Court shall retain jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this ____ day of _____, 2007 in Jacksonville, Florida.

                                                      Jerry A. Funk
                                                    United States Bankruptcy Judge

### Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | SARA LEE BAKERY GROUP AND SARA LEE CORPORATION |
| | |
| By /s/ James H. Post | By /s/ Jerri Sponik |
|    James H. Post |    Jerri Sponik |
|    Florida Bar Number 175460 |    Sr. Manager, Customer Financial Services |
| 225 Water Street, Suite 1800 | 111 Corporate Office Dr., Suite 200 |
| Jacksonville, Florida 32202 | Earth City, Missouri 63045 |
| (904) 359-7700 | (314) 506-3595 |
| (904) 359-7708 (facsimile) | (314) 506-3720 (facsimile) |

-and-

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

D. J. Baker
Rosalie Walker Gray
Jane M. Leamy
David M. Turetsky
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Co-Counsel for Reorganized Debtors