UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:                                                      Chapter 11

WINN-DIXIE STORES, INC.,                    Case No.: 3:05-bk-03817-JAF

    Debtor.                                              Jointly Administered
_____/

## NOTICE OF WITHDRAWAL OF CLAIM NO. 13742

**COMES NOW**, BRIEN HERNANDEZ, by and through her undersigned attorney, and hereby files her Notice of Withdrawal of Claim No.: 13742, filed in the above-styled case.

**I HEREBY CERTIFY** that on this 14th day of February, 2007, a true and correct copy of the foregoing has been furnished by ■ CM/ECF Electronic Mail to:

    **JAMES POST, ESQ.**, Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 (and via facsimile: 904-359-7708);

    **MATTHEW BARR, ESQ.**, Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (and via facsimile: 212-822-5194);

and by ■ Regular U.S. Mail to:

    **ROBERT W. WALKLEY, ESQ.**, Walkley & Walkley, PA, Post Office Box 2348, Tampa, Florida 33601 (and via facsimile: 813-254-5665).

    Respectfully Submitted,

    BUDDY D. FORD, P.A.,

    _____
    BUDDY D. FORD, ESQUIRE
    Florida Bar No: 0654711
    Buddy@tampaesq.com
    ANNE CAVANAUGH JONES, ESQUIRE
    Florida Bar No.0081922
    Anne@tampaesq.com
    115 N. MacDill Avenue
    Tampa, FL 33609
    Telephone: (813) 877-4669
    Facsimile: (813) 877-5543
    Attorney for Claimant, Brien Hernandez