UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter    11

IN RE:

WINN-DIXIE STORES, INC.,

**Debtor(s)**

## ORDER STRIKING MOTION FOR LEAVE TO FILE LATE ADMINISTRATIVE EXPENSE CLAIM

The Court finds that the Motion for Leave to file Late Administrative Expense Claim filed by James G. Bodin on behalf of Marie McNear on February 13, 2007 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Motion for Leave to file Late Administrative Expense Claim filed by James G. Bodin on behalf of Marie McNear on February 13, 2007, is stricken from the record.

**DATED February 14, 2007**, at Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Copies to:

Marie McNear, P.O. Box 65, Montgomery, AL 36101-0064