UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors.[1] | ) | Jointly Administered |
| | ) | |

**AGREED ORDER DISALLOWING CLAIM FILED BY ALLEN
FLAVORS INC., AS SET FORTH IN THE DEBTORS'
TWELFTH OMNIBUS CLAIMS OBJECTION**

These cases originally came before the Court for hearing on June 29, 2006, upon the Twelfth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibit A through C to the Objection.[2] Formal and informal responses to the Objection were raised, as a result of which the Debtors agreed to continue the Objection with respect to claim no. 10543 filed by Allen Flavors Inc., among others. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim no. 10543 filed by Allen Flavors Inc. in the amount of $110,406.81 is disallowed in its entirety.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

2. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 13 day of February, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

<u>Consent</u>

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| **SMITH HULSEY & BUSEY** | **SILLER WILK, LLP** |
| By /s/ *James H. Post*  <br>    James H. Post | By /s/ *Eric J. Snyder**  <br>    Eric J. Snyder |
| Florida Bar Number 175460  <br>225 Water Street, Suite 1800  <br>Jacksonville, Florida 32202  <br>(904) 359-7700  <br>(904) 359-7708 (facsimile) | 675 Third Avenue  <br>New York, New York 10017  <br>(212) 421-2233  <br>(212) 752-6380 (facsimile) |
| | Counsel for Allen Flavors, Inc. |
| -and- | *Counsel has authorized his electronic singature |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | |
| D. J. Baker  <br>Sally McDonald Henry  <br>Rosalie Walker Gray  <br>Jane M. Leamy  <br>Four Times Square  <br>New York, New York 10036  <br>(212) 735-3000  <br>(212) 735-2000 (facsimile) | |
| Co-Counsel for Reorganized Debtors | |

3

477846-Wilmington Server 1A - MSW