## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | *Chapter 11* |
| Reorganized Debtors.[1] | Jointly Administered |

### AGREED ORDER RESOLVING CLAIM NO. 6738 FILED BY
### H.J. HEINZ COMPANY, L.P., AS SET FORTH IN THE DEBTORS'
### TWENTY-FIFTH OMNIBUS CLAIMS OBJECTION

These cases originally came before the Court for hearing on November 30, 2006, upon the Twenty-Fifth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibit A through J to the Objection.[2] Formal and informal responses to the Objection were raised and filed, as a result of which the Debtors agreed to continue the Objection with respect to claim no. 6738 filed by H.J. Heinz Company, L.P. ("Heinz"), among others. On November 30, 2006, the Court entered an order (Docket No. 12902) sustaining the Objection as to the proofs of claim listed on the exhibits to the order and continuing the hearing on the Objection as to Heinz and other unresolved claims. Based upon the consent of the parties appearing below, it is

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

ORDERED AND ADJUDGED:

1.    Claim no. 6738 filed by Heinz is reduced and allowed as an unsecured non-priority claim in the amount of $843,985.10.  All other amounts and classifications claimed in connection with claim no. 6738 are denied.

2.    This Agreed Order resolves all liabilities and obligations related to claim no. 6738.

3.    The Court shall retain jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this  _13_  day of February, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

<u>Consent</u>

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY         REED SMITH LLP

By */s/ James H. Post*             By */s/ Kurt Gwynne*     *
       James H. Post                      Kurt Gwynne

Florida Bar Number 175460       1201 North Market Street, Suite 1500
225 Water Street, Suite 1800      Wilmington, Delaware 19801
Jacksonville, Florida 32202
(904) 359-7700                   (302) 778-7550
(904) 359-7708 (facsimile)
                           (302) 778-7575 (facsimile)
-and-

SKADDEN, ARPS, SLATE,       Counsel for H.J. Heinz Company, L.P.
MEAGHER
& FLOM LLP               * Counsel has authorized his electronic
                           signature
D. J. Baker
Sally McDonald Henry          -and-
Rosalie Walker Gray
Jane M. Leamy                  MADISON INVESTMENT TRUST
Four Times Square             SERIES 4
New York, New York 10036
(212) 735-3000                  By _____
(212) 735-2000 (facsimile)          Title:
                           6310 Lamar Ave., Suite 120
Co-Counsel for Reorganized Debtors    Overland Park, Kansas 66202

3

~~Consent~~

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY

By _/s/ James H. Post_
     James H. Post

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)


-and-

SKADDEN, ARPS, SLATE,
MEAGHER
& FLOM LLP

D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Co-Counsel for Reorganized Debtors

REED SMITH LLP

By _____ *
     Kurt Gwynne

1201 North Market Street, Suite 1500
Wilmington, Delaware 19801

(302) 778-7550

(302) 778-7575 (facsimile)

Counsel for H.J. Heinz Company, L.P.

* Counsel has authorized his electronic
signature

-and-

MADISON INVESTMENT TRUST
SERIES 4

By _____ Michael R. Nelson
   Title: V.P. Deputy Operating Officer
6310 Lamar Ave., Suite 120
Overland Park, Kansas 66202

3