**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In Re:                                                              Case No.: 05-03817-3F1

**Winn-Dixie Stores, Inc., et al.**                    Chapter 11

**Reorganized Debtors**                              Jointly Administered

**MOTION FOR LEAVE OF COURT TO FILE**
**A CLAIM OUTSIDE OF THE TIME LIMITATIONS**
**IN THE COURT'S ORDER DATED DECEMBER 6, 2006**

COMES NOW Marie McNear [hereinafter "Claimant"] by and through undersigned counsel and hereby moves this Honorable Court to allow claimant to submit this notice of claim to Winn Dixie and/or Winn Dixie Stores, Inc. beyond the claim deadline set by this Court's order dated December 6, 2006. In support of this motion, Claimant shows the following:

1. Claimant had a slip and fall sustaining injury on August 20, 2006 in Debtor's Winn Dixie Store located at 4724 Mobile Hwy., Montgomery, Alabama.

2. Through counsel, Claimant sent a letter via certified mail to the Montgomery Winn Dixie Store location and its manager dated September 11, 2006 regarding this claim. A representative of Winn Dixie signed for and acknowledged receipt of this notice of claim letter from the Claimant on September 13, 2006.  This notice letter dated September 11, 2006 is attached as Exhibit "A".

3. Counsel for the Claimant never received notice from Winn-Dixie Stores, Inc. and/or its representatives of any deadlines ordered by this Court for filing claims in the U.S. Bankruptcy Court on behalf of this Claimant.

WHEREFORE, above premises considered, Claimant respectfully submits that it claims must not be barred as Winn Dixie and/or its representative had notice of this claim and Winn

Dixie failed to provide counsel for Claimant with proper notice of any claim deadlines established by this Court.

Submitted this 8th day of February, 2007.

OF COUNSEL:

**McPhillips, Shinbaum, L.L.P.**
516 S. Perry Street  /s/ James G. Bodin
P.O. Box 64  JAMES G. BODIN
Montgomery, AL  36101-0064  Attorney for the Claimant
PH.(334) 262-1911
FAX(334) 263-2321

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the document(s) above via U.S. Mail, postage prepaid, to the person(s) listed below, on this the 8th day of February, 2007:

James Post, Esq.
Stephen D. Busey, Esq.
Smith, Hulsey, & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202
jpost@smithhulsy.com

Matthew Barr, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, New York 10005
mbarr@milbank.com

D. J. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, New York 10036

 /s/ James G. Bodin
OF COUNSEL