

**PLAINTIFF'S EXHIBIT A**

Mailing Address
Post Office Box 64
Montgomery, Alabama 36101

*Also Admitted
 in New York

**Also Admitted
 in District of Columbia

***Only Admitted
 in Washington State

Office Administrator
Amy Strickland

ATTN: Owner/Manager
4724 Mobile Highway
Montgomery, Alabama 36108

    RE:    Our client/claimant: Marie McNear
            Date of Loss: August 20, 2006

Dear Sir or Madam:

    Please be advised that this law firm and I represent Ms. McNear with respect to injuries she received after a fall in your store. Please forward this letter to your insurance carrier and have them contact me upon receipt. Please direct all future communications and correspondence to me on behalf of Ms. McNear.

    If you are interested in resolving this claim short of litigation, please advise and I will forward copies of Ms. McNear's medical bills, medical statements and diagnosis as soon as these items are received by our office.

    Please call if you have any questions.

Sincerely,

JAMES G. BODIN