**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In Re:                                               Case No.: 05-03817-3F1

**Winn-Dixie Stores, Inc., et al.**                  Chapter 11

**Reorganized Debtors**                              Jointly Administered

**MOTION FOR LEAVE OF COURT TO FILE
A CLAIM OUTSIDE OF THE TIME CONSTRAINTS
PROVIDED IN THE ORDER DATED DECEMBER 6, 2006**

COMES NOW Valeria Jones (claimant) by and through undersigned counsel and hereby moves this Honorable Court to allow claimant to submit the attached notice of claim beyond the date contained within paragraph three of the order dated December 6, 2006. In support of this motion Plaintiff shows the following:

1. Claimant had a slip and fall on April 22, 2006 in debtors store, #0520.

2. Claimant contacted counsel for Claimant on or about May 19, 2006 regarding this claim. Thereafter, on May 22, 2006, approximately three days later, counsel for Claimant sent notice to Winn-Dixie of the fact that Claimant was now represent by counsel and was still receiving treatment. **Within that letter the following language was contained: Please direct all future communications and correspondence to me on behalf of Ms. Jones.** (See exhibit A, copy of the letter sent to Winn-Dixie).

3. On May 26, 2006, seven days after the claimant initially consulted with claimant to attorney and four days after notifying Winn-Dixie's claim office directly, counsel for claimant contacted Sedgwick Claims, via Ms. Melanie Alm. **Within that letter the following language was contained: Please direct all future communications and correspondence to me on behalf of Ms. Jones.** (See exhibit B, copy of the letter sent to Melanie Alm).

4. The correspondence set forth in paragraphs two and three above was acknowledged by Sedgwick in a letter dated June 2, 2006. (See exhibit C, a copy of the letter dated June 2, 2006). This letter was clearly addressed to counsel for Claimant thereby acknowledging the fact that claimant was represented by counsel and further demonstrating that Winn-Dixie and Sedgwick had notice of the representation of Claimant.

5. On February 1, 2007, after Claimant had completed all of her medical treatment a demand package was submitted to Sedgwick on behalf of Claimant.

6. In response to that demand package counsel for Claimant received a letter from Sedgwick setting forth deadlines contained within the order dated December 6, 2006. (See exhibit D, a copy of the letter from Stephanie Phillips). The letter states the following:

> **"All claims that Winn-Dixie Stores, Inc. were aware of that occurred between February 22, 2005 and November 21, 2006 were mailed a notice".**
>
> **"Winn-Dixie also put advertisements in national and regional news papers to notify claimants who yet to notify us of their claim"**

7. As to the first quotation from the letter dated February 8, 2007 from Sedgwick, Counsel for Claimant never received any notice from Sedgwick nor Winn-Dixie despite the fact both entities knew of and acknowledged in writing Claimant was represented by this firm. The response to counsel for Claimant from both Sedgwick and Winn-Dixie clearly demonstrates that they not only knew of the representation but also how to contact counsel for claimant directly.

8. The second quotation from the letter dated February 8, 2007 has no application to claimant since both Winn-Dixie and Sedgwick acknowledged Claimant's claim.

9. Counsel for Claimant respectfully submits that when considering the above-stated

it is clear that Sedgwick intentionally failed to provide counsel for Claimant mailed notice as stated in their letter dated February 8, 2007.

      Respectfully submitted on this <u>8th</u> day of February, 2007.

OF COUNSEL:
**McPHILLIPS, SHINBAUM, & GILL, L.L.P.**
516 S. Perry Street
P. O. Box 64                                 /s/ Aaron J. Luck
Montgomery, Alabama 36101      Aaron J. Luck
(334) 262-1911                      Attorney for Claimant

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the document(s) above via U.S. Mail, postage prepaid, to the following attorneys of record, on this the <u>8th</u> day of February, 2007:

Stephen D. Busey
James H. Post
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202

Matthew Barr
Milbank, Tweed, Hadley, & McCoy
1 Chase Manhattan Plaza
New York, New York 10005

D. J. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, New York 10036

Ms. Stephanie Phillips
Sedgwick Claims
P.O. Box 24787
Jacksonville, FL 32241-4787

                                 /s/ Aaron J. Luck
                                 Of Counsel