Case 3:05-bk-03817-JAF   Doc 15245   Filed 02/15/07   Page 1 of 8

# McPhillips Shinbaum, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
516 SOUTH PERRY STREET
MONTGOMERY, ALABAMA 36104

TELEPHONE (334) 262-1911
TOLL FREE (866) 224-8664
FAX (334) 263-2321

May 22, 2006

Julian L. McPhillips, Jr.*
Kenneth Shinbaum
Mary Goldthwaite
Karen Sampson Rodgers
Aaron J. Luck
James G. Bodin**
Joseph C. Guillot
Elizabeth Bern Spear
Allison Highley***

Of Counsel
  G. William Gill

Mailing Address
Post Office Box 64
Montgomery, Alabama 36101

*Also Admitted
  in New York

**Also Admitted
  in District of Columbia

***Only Admitted
  in Washington State

Office Administrator
Amy Strickland

Ms. Sonya Holton, CSA
Winn Dixie Stores, Inc.
P.O. Box B
Jacksonvill, FL 32203

Re:  Our Client:        Valeria I. Jones
     Date of Loss:      April 22, 2006
     Incident Number:   #A611203532
     Location:          #0520

Dear Ms. Holton:

Please be advised that this law firm and I represent Ms. Jones with respect to injuries she sustained in a slip and fall in Winn Dixie on April 22, 2006. Please direct all future communications and correspondence to me on behalf of Ms. Jones.

Ms. Jones has not completed her medical treatment at this time. I will forward the medical records to you once we are in receipt of them.

Thank you for your assistance in this matter and I look forward to hearing from you in the near future.

Sincerely,

Aaron J. Luck

AJL/dbp

cc:  Ms. Valeria I. Jones

EXHIBIT A

# McPhillips Shinbaum, L.L.I.

ATTORNEYS AND COUNSELORS AT LAW
516 SOUTH PERRY STREET
MONTGOMERY, ALABAMA 36104

TELEPHONE (334) 262-1911
TOLL FREE (866) 224-8664
FAX (334) 263-2321

May 26, 2006

Julian L. McPhillips, Jr.*
Kenneth Shinbaum
Mary Goldthwaite
Karen Sampson Rodgers
Aaron J. Luck
James G. Bodin**
Joseph C. Guillot
Elizabeth Bern Spear
Allison Highley***

Of Counsel
G. William Gill

Mailing Address
Post Office Box 64
Montgomery, Alabama 36101

*Also Admitted
in New York

**Also Admitted
in District of Columbia

***Only Admitted
in Washington State

Office Administrator
Amy Strickland

Ms. Melanie Alm
Sedgwick
P.O. Box 24787
Jacksonville, FL 32241-4787

Re:  Our Client:        Valeria I. Jones
     Date of Loss:      April 22, 2006
     Incident Number:   #A611203532
     Location:          #0520

Dear Ms. Alm:

Please be advised that this law firm and I represent Ms. Jones with respect to injuries she sustained in a slip and fall in Winn Dixie on April 22, 2006. Please direct all future communications and correspondence to me on behalf of Ms. Jones.

Ms. Jones has not completed her medical treatment at this time. I will forward the medical records to you once we are in receipt of them.

Thank you for your assistance in this matter and I look forward to hearing from you in the near future.

Sincerely,

Aaron J. Luck

AJL/dbp

cc:  Ms. Valeria I. Jones

EXHIBIT
B



# Sedgwick

**Sedgwick Claims Management Services Inc**
P.O. Box 24787  Jacksonville, FL 32241-4787
Telephone (888)784-3470  Facsimile (904)419-5365

June 02, 2006

Aaron J. Luck, Esq.
McPhillips Shinbaum, L.L.P
516 South Perry Street
Montgomery, AL  36104

RE:    Claimant:      Valeria Jones
       Date of Injury:   04/22/2006
       Location:       Winn Dixie # 0520
                         1352 Highland Avenue
                         Selma, AL 36701
       Division:        Retail Grocery Store-Montgomery Division
       Claim Number:   A611203532-0001-01

Dear Mr. Luck:

Sedgwick Claims Management Services, Inc. is the third-party administrator for Winn-Dixie Stores, Inc.

I am the examiner handling this claim. Please provide a status as to Valeria Jones's treatment and medical progress with medical records and bills to date. I will need your client to complete the enclosed Medical and/or Wage Authorization form and return it to me.

**Winn Dixie requires that I obtain your client's recorded statement before we make any decisions determining liability.** Please contact the undersigned to arrange a convenient date and time to secure this information. If your client has already provided us with a recorded statement please disregard. Should you fail to provide this information our liability decisions will be based solely upon the limited information available to us.

If you have any questions feel free to contact me directly at (904)419-6713.

Sincerely,

Melanie Alm
GL Claims Examiner III

encl.

**EXHIBIT C**

**Obtaining the medical & wage information is for the purpose of evaluating this claim and does not assume liability on Winn-Dixie or Sedgwick Claims Management Services, Inc. to pay or reimburse any expenses incurred as a result of this incident.**



# Sedgwick

Sedgwick Claims Management Services, Inc.
P. O. Box 24787, Jacksonville, FL 32241-4787
Telephone 904-419-5300  Facsimile 904-419-5365

February 8, 2007

Aaron J. Luck, Esq.
McPhillips Shinbaum, L.L.P
516 South Perry Street
Montgomery, AL 36104
VIA FAX & USPS: 334-263-2321

RE:     Claimant: **Valeria Jones**
        Claim #:  A611203532-0001-01
        Date of Accident: 04/22/2006
        Location: Winn-Dixie #0520 Selma, AL

Dear Aaron J. Luck, Esq.:

This will acknowledge receipt of your demand for $57,000.00.

Winn-Dixie emerged from bankruptcy on 11/21/06. All claims that Winn-Dixie Stores, Inc. were aware of that occurred between 02/22/05 and 11/21/06 were mailed a notice. Some specific groups of claimants were excluded, for example, third party claims where Winn-Dixie is indemnified or has no liability.

This notice stated that all requests for payment of an Administrative Claim or any Claim arising against the Debtors in this period must file an application with the Bankruptcy Court no later than January 5, 2007. Winn-Dixie also put advertisements in national and regional newspapers to notify claimants who had yet to notify us of their claim.

The deadline for filing your administrative expense claim has expired so we are unable to consider this claim. If you have any questions, please consult with a bankruptcy attorney.

Sincerely,

*Stephanie*

Stephanie Phillips
Claims Examiner III

