UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Reorganized Debtors.[1] | Jointly Administered |

**AGREED ORDER RESOLVING CLAIM NUMBER 12415 FILED
BY WIGGS REALTY COMPANY OF KENTUCKY, INC., AS SET FORTH
IN THE DEBTORS' FIFTEENTH OMNIBUS CLAIMS OBJECTION**

These cases originally came before the Court for hearing on August 24, 2006, upon the Fifteenth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors").[2] Included among the several proofs of claim that were the subject of the Objection was claim number 12415 filed by Wiggs Realty Company of Kentucky, Inc. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim no. 12415 filed by Wiggs Realty Company of Kentucky, Inc. is allowed as an unsecured non-priority claim (plan class 13) in the amount of $232,291.22, and the remainder of claim no. 12415 is disallowed.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

2. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 15 day of February, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | SINGERMAN, MILLS, DESBERG & KAUNTZ CO., L.P.A. |
| | |
| By /s/ James H. Post | By /s/ Paul J. Singerman          * |
|     James H. Post |     Paul J. Singerman |
| | |
| Florida Bar Number 175460 | 3401 Enterprise Parkway, Suite 200 |
| 225 Water Street, Suite 1800 | Beachwood, Ohio 44122 |
| Jacksonville, Florida 32202 | Phone: (216) 292-5807 |
| (904) 359-7700 | Fax: (216) 292-5867 |
| (904) 359-7708 (facsimile) | |
| | Counsel for Wiggs Realty Company of Kentucky, Inc. |
| -and- | |
| | *Counsel has authorized his electronic signature |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | |
| | |
| D. J. Baker | |
| Sally McDonald Henry | |
| Rosalie Walker Gray | |
| Jane M. Leamy | |
| Four Times Square | |
| New York, New York 10036 | |
| (212) 735-3000 | |
| (212) 735-2000 (facsimile) | |
| | |
| Co-Counsel for the Debtors | |

483885-Wilmington Server 1A - MSW