**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

**NOTICE OF AGREED ORDER RESOLVING (I) CLAIM NUMBER 12094**
**FILED BY LENOIR PARTNERS LLC AND (II) ADMINISTRATIVE**
**EXPENSE CLAIM OF CWCAPITAL ASSET MANAGEMENT LLC**

---

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

The Court will consider this matter without further notice or hearing unless a party in interest files an objection within 3 business days from the date of service of this paper.  If you object to the relief requested in this paper, you must (a) file your response with the Clerk of the Bankruptcy Court in accordance with the Court's electronic filing procedures or at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and (b) serve a copy by email and fax on (i) Winn-Dixie Stores, Inc. c/o Jay Castle, Esq., 5050 Edgewood Court, Jacksonville, Florida  32254, JayCastle@winn-dixie.com, (ii) James H. Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, jpost@smithhulsey.com and (iii) Rosalie Gray, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, rgray@skadden.com.

If you file and serve a response within the time permitted, the Court will schedule a hearing and you will be notified.  If you do not file a response within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates (the "Debtors")

give notice of the proposed entry of the attached Agreed Order Resolving (I) Claim

Number 12094 Filed by Lenoir Partners LLC and (II) Administrative Expense Claim

Filed by CWCapital Asset Management LLC.

If no objection to the proposed Agreed Order is filed and served within the

time set forth above, the Court will be requested to enter the Agreed Order without

further notice or hearing.

Dated:   February 16, 2007

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By    *s/ D.J. Baker*<br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Walker Gray<br>    Jane M. Leamy | By    *s/ James H. Post*<br>    Stephen D. Busey<br>    James H. Post<br>    Cynthia C. Jackson |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., <u>et</u> <u>al.</u>, | ) *Chapter 11* |
| | ) |
| Reorganized Debtors.[1] | ) Jointly Administered |
| | ) |

**AGREED ORDER RESOLVING (I) CLAIM NUMBER 12094 FILED BY
LENOIR PARTNERS LLC AND (II) ADMINISTRATIVE EXPENSE
<u>CLAIM OF CWCAPITAL ASSET MANAGEMENT LLC</u>**

These cases originally came before the Court upon (a) the

Seventeenth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and

twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") and (b) the

Motion of CWCapital Asset Management LLC For Allowance and Payment of

Administrative Expense Priority Claim  (Docket No. 14466) (the "Administrative

Expense Request").[2]  Included among the several proofs of claim that were the

subject of the Objection was claim number 12094 filed by Lenoir Partners LLC and

subsequently transferred to LB UBS 2001-C2 Commercial Mortgage Pass-Through

Certificates.  Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these
related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep
South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers,
Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway
Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc.,
Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks,
Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery,
Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie
Supermarkets, Inc.

[2]     All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to
them in the Objection.

1.      Claim no. 12094 filed by Lenoir Partners LLC is allowed as an unsecured non-priority claim in the amount of $746,422.82 (plan class 13), and the remainder of claim no. 12094 is disallowed.

2.      The claim sought in the Administrative Expense Request is allowed as an administrative expense claim in the amount of $14,431.09, with payment to be made within twenty days after entry of this Order.

3.      The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this _____ day of February, 2007 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY

By _/s/ James H. Post_
     James H. Post

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

-and-

SKADDEN, ARPS, SLATE,
MEAGHER
& FLOM LLP

D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Co-Counsel for the Debtors

VENABLE LLP

By _/s/ Heather Foley_    *
    Heather Foley

Two Hopkins Plaza
Suite 1800
Baltimore, MD 21201
(410) 244-7400
(410) 244-7742 (facsimile)

-and-

STUTSMAN THAMES &
MARKEY, P.A.
Richard R. Thames
50 North Laura Street, Suite 1600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 (facsimile)

Co-Counsel for CWCapital Asset
Management LLC, Special Servicer for
LB UBS 2001-C2 Commercial Mortgage
Pass-Through Certificates, transferee of
Lenoir Partners LLC

*Counsel has authorized her electronic
signature

## Certificate of Service

I certify that a copy of this document has been furnished electronically and by facsimile to the Post-Effective Date Committee, c/o Matthew Barr, Esq. and Michael Comerford, Esq., Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, mbarr@milbank.com, mcomerford@milbank.com, this 15th day of February, 2007.

*Jane M. Leamy*
Attorney

484916-Wilmington Server 1A - MSW