**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**AGREED ORDER RESOLVING CURE OBJECTION**
**FILED BY REGENCY CENTERS, L.P. (STORE NO. 256 AND 265)**

This cause came before the Court on the Objection to Proposed Cure Amounts Listed in Debtors' Amended Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts and (III) Grant Related Relief filed by Regency Centers, L.P. ("Regency") (Docket No. 8792) with respect to Store Nos. 256 and 265 (the "Cure Objection"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1.  The Cure Objection is overruled.

2.  Proof of Claim number 10947 filed by Regency is allowed as an administrative claim in the amount of $4,648.57, which the Debtors have paid in full.

3.  Proof of Claim number 8723 filed by Regency is allowed as an administrative claim in the amount of $15,915.25, which the Debtors have paid in full.

4.   This Agreed Order resolves all liabilities and obligations related to (i) all

proofs of claim and administrative expense claims pertaining to Store

Nos. 256 and 265 filed by Regency in these Chapter 11 cases and (ii) all

other pre-petition or pre-effective date claims pertaining to Store Nos.

256 and 265 Regency has or may have against the Debtors and any of

their Chapter 11 estates or affiliates, all of which are forever waived,

discharged and released.

5.   Post-effective date liabilities and obligations will be handled by the

parties in accordance with the applicable lease terms and ordinary

course practices.

6.   This Court retains jurisdiction to resolve any disputes arising from this

Agreed Order.

Dated this _/ 6_ day of February, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00554844

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

HELD & ISRAEL                    SMITH HULSEY & BUSEY

By___*s/ Adam N. Frisch\**___          By___*s/ Cynthia C. Jackson*___
    Adam N. Frisch, F.B.N. 635308              Cynthia C. Jackson, F.B.N. 498882

1301 Riverplace Boulevard, Suite 1916      225 Water Street, Suite 1800
Jacksonville, FL 32207                     Jacksonville, Florida 32202
(904) 398-7038                             (904) 359-7700
(904) 398-4283 (facsimile)                 (904) 359-7708 (facsimile)
afrisch@hilawfirm.com                      cjackson@smithhulsey.com

Counsel for Regency Centers, L.P.          Co-Counsel for Reorganized Debtors

*Counsel has authorized their electronic signature.

00554844