UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Reorganized Debtors. | Jointly Administered |

**AGREED ORDER RESOLVING CURE OBJECTION FILED BY
5 POINTS WEST SHOPPING CENTER, LLC (STORE NO. 405)**

This cause came before the Court on the Limited Objection to Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief filed by 5 Points West Shopping Center, L.L.C. ("5 Points") (Docket No. 9585) with respect to Store No. 405 (the "Cure Objection"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objection is overruled.

2. The cure amount for Store No. 405 is fixed at $157,294.64, $124,441.22 of which the Debtors have paid. Within fourteen (14) business days of entry of this Agreed Order, Winn-Dixie will pay $32,853.42 in full satisfaction of any right to cure 5 Points has or may have under 11 U.S.C. § 365 or otherwise.

3. This Agreed Order resolves all liabilities and obligations 5 Points has or may have against the Debtors and any of their Chapter 11 estates or affiliates, all

of which are forever waived, discharged and released.

4. Post-effective date liabilities and obligations will be handled by the parties in accordance with the applicable lease terms and ordinary course practices.

5. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 16 day of February, 2007, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00557600

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| BRADLEY ARANT ROSE & WHITE LLP | SMITH HULSEY & BUSEY |
| By  *s/ Patrick Darby**<br>Patrick Darby | By  *s/ Cynthia C. Jackson*<br>Cynthia C. Jackson, F.B.N. 498882 |
| One Federal Place<br>1819 Fifth Avenue North<br>Birmingham, Alabama 35203<br>(205) 521-8000<br>(205) 521-8800 (facsimile)<br>pdarby@bradleyarant.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Counsel for 5 Points West Shopping Center, L.L.C. | Co-Counsel for Reorganized Debtors |

*Counsel has authorized their electronic signature.

00557600