UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| ) | |

**AGREED ORDER RESOLVING CURE OBJECTION
FILED BY KJUMP, INC. (STORE NO. 2309)**

This cause came before the Court on the Objection to Proposed Cure Amount filed by KJUMP, Inc. ("KJUMP") (Docket No. 10881) with respect to Store No. 2309 (the "Cure Objection") and the Debtors' Twenty-Sixth Omnibus Objection to Claims Arising from Unexpired Leases of Non-Residential Real Property (I) That Have Been Assumed, (II) That Have Been Assumed and Assigned, or (III) That Are the Subject of Lease Termination Agreements (Docket No. 12281). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objection is overruled.

2. Scheduled Claim Number 31073 scheduled on behalf of KJUMP is allowed as an administrative claim in the amount of $104,011.01, $28,988.90 of which the Debtors have paid. Within fourteen (14) days of entry of this Agreed Order, Winn-Dixie will pay $75,022.11 in full satisfaction of any right to cure KJUMP has or may have under 11 U.S.C. § 365 or otherwise.

3. This Agreed Order resolves all liabilities and obligations related to (i) all claims scheduled on behalf of KJUMP and all proofs of claim and administrative expense claims filed by KJUMP in these Chapter 11 cases and (ii) all other pre-petition or pre-effective date claims KJUMP has or may have against the Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

4. Post-effective date liabilities and obligations will be handled by the parties in accordance with the applicable lease terms and ordinary course practices.

5. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 16 day of February, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00556461

**Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

| SNELL & SNELL, P.A. | SMITH HULSEY & BUSEY |
|---|---|
| By  s/ Walter J. Snell*  <br>Walter J. Snell, F.B.N. 729360 | By  s/ Cynthia C. Jackson  <br>Cynthia C. Jackson, F.B.N. 498882 |
| 436 North Peninsula Drive<br>Daytona Beach, Florida 32118<br>(386) 255-5334<br>(386) 255-5335 (facsimile)<br>snellandsnell@mindspring.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Counsel for KJUMP, Inc. | Co-Counsel for Reorganized Debtors |

*Counsel has authorized their electronic signature.

00556461