UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| ) | |

### AGREED ORDER RESOLVING CURE OBJECTION FILED BY SKINNERS OF POINT MEADOWS, INC. (STORE NO. 6)

This cause came before the Court on the Objection to Proposed Cure in Debtors' Amended Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts and (III) Grant Related Relief filed by Skinners of Point Meadows, Inc. ("Skinners") (Docket No. 8937) with respect to Store No. 6 (the "Cure Objection") and Debtors' Thirteenth Omnibus Objection to (A) No Liability Claims, (B) Overstated Claims, (C) Unliquidated Claims and (D) Amended and Superseded Claims (Docket No. 8425). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objection is sustained in part and overruled in part.

2. Proof of Claim number 9950 filed by Skinners is allowed as an administrative claim in the amount of $131,639.39, $104,858.11 of which the Debtors have paid.

3. This Agreed Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims filed by Skinners in these

Chapter 11 cases and (ii) all other pre-petition or pre-effective date claims Skinners has or may have against the Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

4. Post-effective date liabilities and obligations will be handled by the parties in accordance with the applicable lease terms and ordinary course practices.

5. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this __16__ day of February, 2007, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00554879

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

ROGERS TOWERS, P.A.                    SMITH HULSEY & BUSEY

By  *s/ Betsy C. Cox*                  By  *s/ Cynthia C. Jackson*
    Betsy C. Cox, F.B.N. 307033            Cynthia C. Jackson, F.B.N. 498882

1301 Riverplace Boulevard, Suite 1500   225 Water Street, Suite 1800
Jacksonville, Florida 32207             Jacksonville, Florida 32202
(904) 398-3911                          (904) 359-7700
(904) 396-0663 (facsimile)              (904) 359-7708 (facsimile)
bcox@rtlaw.com                          cjackson@smithhulsey.com

Counsel for Skinners of Point Meadows,  Co-Counsel for Reorganized Debtors
Inc.

*Counsel has authorized their electronic signature.

00554879