UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| ) | |

### AGREED ORDER RESOLVING CURE OBJECTION FILED BY ALFA PROPERTIES, INC. (STORE NOS. 446 AND 448)

This cause came before the Court on the Objection to Proposed Cure Amounts in the Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts and (III) Grant Related Relief filed by Alfa Properties, Inc. ("Alfa") (Docket No. 9717) with respect to Store Nos. 446 and 448 (the "Cure Objection"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objection is overruled.

2. The Debtors have paid $13,735.00 as cure for Store No. 446 in full satisfaction of any right to cure Alfa has or may have under 11 U.S.C. § 365.

3. Within fourteen business days of entry of this Agreed Order, Winn-Dixie will pay $40,905.40 as cure for Store No. 448 in full satisfaction of any right to cure Alfa has or may have under 11 U.S.C. § 365 or otherwise.

4. This Agreed Order resolves all liabilities and obligations Alfa has or may have against the Debtors and any of their Chapter 11 estates or affiliates, all

of which are forever waived, discharged and released.

5.  This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this __/16__ day of February, 2007, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00554776

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| BALCH & BINGHAM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ W. Clark Watson\** <br> W. Clark Watson | By  *s/ Cynthia C. Jackson* <br> Cynthia C. Jackson, F.B.N. 498882 |
| 1901 Sixth Avenue North, Suite 2600 <br> Birmingham, Alabama 35203 <br> (205) 251-8100 <br> (205) 226-8799 (facsimile) <br> cwatson@balch.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Counsel for Alfa Properties, Inc. | Co-Counsel for Reorganized Debtors |

*Counsel has authorized their electronic signature.

00554776