UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **WINN-DIXIE STORES, INC., et al.,** | **Case No. 05-03817-3F1** |
| **Debtors.**[1] | **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.  I am of legal age and I am not a party to this action.

2.  I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.  On or about February 9, 2007 I caused copies of:

•   the **Objection to Claims Transfer Filed After November 15, 2006, 5:00 P.M. ET, Distribution Record Date (Docket No. 15074)**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served objection as listed above is attached hereto as Exhibit B.

Dated: February 16, 2007

Kathleen M. Logan

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**
**Objection to Claim Transfer Filed After**
**November 15, 2006, 5:00 P.M. ET, Distribution Record Date**
**(Docket No. 15074)**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                       **CASE:   05-03817-3F1**

CREDITOR ID: 558366-98
BURGER BOULEVARD
ATTN TRACY YVETTE
1530 W MANCHESTER AVE
LOS ANGELES CA 90047

CREDITOR ID: 493107-99
WAREHOUSE HOLDINGS (546)
ATTN VINCENT E RHYNES, BUSINESS REP
1522 W MANCHESTER AVE
LOS ANGELES CA 90047

**Total:   2**

**EXHIBIT B**

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors.[1] | ) | Jointly Administered |

## OBJECTION TO CLAIM TRANSFER FILED AFTER NOVEMBER 15, 2006, 5:00 P.M. ET, DISTRIBUTION RECORD DATE (DOCKET NO. 15074)

TO:    Warehouse Holdings 546
       Burger Boulevard

Winn-Dixie Stores, Inc. and its reorganized affiliates object to the transfer of claim evidenced at docket no. 15074, which transfer was filed after the "Distribution Record Date" established under the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Plan"). The claim subject to the transfer has been disallowed by the twenty-seventh omnibus claims objection order entered on December 14, 2006 at docket no. 13173. In any event, pursuant to the Plan, transfers filed after the Distribution Record Date are not recognized.

Dated:  February 9, 2007

SKADDEN, ARPS, SLATE, MEAGHER      SMITH HULSEY & BUSEY
& FLOM LLP

By     *s/ D. J. Baker*                   By     *s/ James H. Post*
       D. J. Baker                               Stephen D. Busey
       Sally McDonald Henry                      James H. Post, FB#175460
       Rosalie Walker Gray                       Cynthia C. Jackson
Four Times Square                         225 Water Street, Suite 1800
New York, New York 10036                  Jacksonville, Florida  32202
(212) 735-3000                            (904) 359-7700
(212) 735-2000 (facsimile)                (904) 359-7708 (facsimile)
djbaker@skadden.com                       jpost@smithhulsey.com

Co-Counsel for Reorganized Debtors        Co-Counsel for Reorganized Debtors

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.