## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **WINN-DIXIE STORES, INC., et al.,** | **Case No. 05-03817-3F1** |
| **Debtors.**[1] | **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.   I am of legal age and I am not a party to this action.

2.   I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.   On or about February 12, 2007 I caused copies of:

•    the **Objection to Claims Transfer Filed After November 15, 2006, 5:00 P.M. ET, Distribution Record Date (Docket No. 15088)**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served objection as listed above is attached hereto as Exhibit B.

Dated: February 16, 2007

_____
Kathleen M. Logan

---

[1]       In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**
**Objection to Claim Transfer Filed After**
**November 15, 2006, 5:00 P.M. ET, Distribution Record Date**
**(Docket No. 15088)**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

CREDITOR ID: 558370-98
WELLS FARGO BANK AS TRUSTEE
C/O SHUTTS & BOWEN LLP
ATTN PETER H LEVITT
1500 MIAMI CENTER
201 S BISCAYNE BLVD
MIAMI FL 33131

CREDITOR ID: 407758-99
WOODLAND HARTFORD ASSOC LLC
C/O SCHUYLER STEWART SMITH
ATTN: MICHAEL E CECIL
118 WEST ADAMS ST, #800
JACKSONVILLE FL 32202

CREDITOR ID: 407758-99
WOODLAND HARTFORD ASSOC LLC
C/O SOLOMON PEARL ET AL
ATTN JOEL M SHAFFERMAN, ESQ
40 WALL ST, 35TH FL
NEW YORK NY 10005

CREDITOR ID: 452127-15
WOODLAND HARTFORD ASSOCIATES, LLC
C/O OFFICES OF JOEL SHAFFERMAN, LLC
ATTN JOEL SHAFFERMAN, ESQ
80 WALL STREET, SUITE 910
NEW YORK NY 10005

**Total:   4**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors.[1] | ) | Jointly Administered |

### OBJECTION TO CLAIMS TRANSFER FILED AFTER NOVEMBER 15, 2006, 5:00 P.M. ET, DISTRIBUTION RECORD DATE (DOCKET NO. 15088)

TO:    Wells Fargo Bank, N.A., Transferee
          Woodland Hartford Associates, LLC, Transferor

        Winn-Dixie Stores, Inc. and its reorganized affiliates (the "Debtors") object to the transfer of claims evidenced at docket no. 15088 (the "Transfer"), which Transfer was filed after the "Distribution Record Date" established under the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Plan"). Pursuant to the Plan, the Transfer is of no force and effect and will not be recognized in making distributions, if any, on account of the claims subject to such Transfer. The rights of the Transferor and Transferee with respect to the claims at issue will be determined pursuant to the Transferee's motion filed at docket no. 15080 (the "Motion") and not pursuant the Transfer. The Debtors reserve the right to object to the Motion on any and all grounds.

Dated:  February 12, 2007

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| | |
| By     *s/ D. J. Baker* | By     *s/ James H. Post* |
| D. J. Baker | Stephen D. Busey |
| Sally McDonald Henry | James H. Post, FB#175460 |
| Rosalie Walker Gray | Cynthia C. Jackson |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida  32202 |
| (212) 735-3000 | (904) 359-7700 |
| (212) 735-2000 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | jpost@smithhulsey.com |
| | |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

---

[1]        In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.