UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al.,   ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Reorganized Debtors.    ) | Jointly Administered |
| ) | |

## CERTIFICATE OF SERVICE

I certify that a copy of (i) the Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities [Docket No. 10046] and (ii) the Order Granting in Part and Denying in Part Florida Tax Collectors' Motion to Dismiss Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities [Docket No. 14815] was furnished by mail and/or electronically on February 16, 2007 to those parties on the attached Exhibit A.

Dated:  February 16, 2007

SMITH HULSEY & BUSEY


By     *s/ Cynthia C. Jackson*
          Stephen D. Busey
          Cynthia C. Jackson

Florida Bar No.  498882
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
bbowin@smithhulsey.com

Counsel for Reorganized Debtors

EXHIBIT A

00558299

| | | |
|---|---|---|
| Honorable Tim Sweat<br>Baker County Property Appraiser<br>32 North 5th Street, Suite B<br>Macclenny, FL 32063<br>E-mail: bakerpa@bakercountyfl.org | Honorable George "Rick" Barnett<br>Bay County Property Appraiser<br>650 Mulberry Ave.<br>Panama City, FL 32401-2672<br>E-mail: rbarnett@baypa.net | Honorable Jimmy Alvarez<br>Bradford County Property Appraiser<br>P.O. Box 250<br>Starke, FL 32091-0250<br>E-mail: bcpa@bradfordappraiser.com |
| Honorable Jim Ford, CFA<br>Brevard County Property Appraiser<br>400 South St, 5th Floor<br>Titusville, FL 32781-0429<br>E-mail:appraiser@brevardpropertyappraiser.com | Honorable Lori Parrish<br>Broward County Property Appraiser<br>115 S Andrews Ave., Room 111<br>Ft Lauderdale, FL 33301-1899<br>E-mail: lori@bcpa.net | Honorable Frank Desguin<br>Charlotte County Property Appraiser<br>Murdock Administration Center<br>18500 Murdock Circle<br>Port Charlotte, FL 33948-1076<br>E-mail: rp@ccappraiser.com |
| Honorable Melanie J. Hensley<br>Citrus County Property Appraiser<br>210 N. Apopka Ave., Suite. 200<br>Inverness, FL 34450-4294<br>E-mail: ccpaweb@mail.pa.citrus.fl.us | Honorable David Nolte, CFA<br>Indian River County Property Appraiser<br>1840 25th St., Suite 169<br>Vero Beach, FL 32960<br>E-mail: propertyappraiser@ircpa.org | Honorable Sharon Cox<br>Jackson County Property Appraiser<br>P.O Box 1526<br>Marianna, FL 32447-1526<br>E-mail:jcpa@wfeca.net |
| Honorable David Ward<br>Jefferson County Property Appraiser<br>150 N. Jefferson Street<br>Monticello, FL 32345<br>E-mail:dwardpa@earthlink.net | Honorable Ed Havill<br>Lake County Property Appraiser<br>P.O. Box 1027<br>Tavares, FL 32778-1027<br>E-mail:ehavill@lakecopropappr.com | Honorable Kenneth Wilkinson<br>Lee County Property Appraiser<br>P.O. Box 1546<br>Fort Myers, FL 33902-1546<br>E-mail:wilkinsonk@leepa.org |
| Honorable Bert Hartsfield, CFA<br>Leon County Property Appraiser<br>315 S. Calhoun Street<br>Tallahassee, FL 32301<br>E-Mail:admin@leonpa.org | Honorable Francis Akins, CFA<br>Levy County Property Appraiser<br>P.O. Drawer 100<br>Bronson, FL 32621-0100<br>E-mail: lcpa@svic.net | Honorable Leigh B. Barfield<br>Madison County Property Appraiser<br>229 SW Pinckney Street, Room 201<br>Madison, FL 32340<br>E-mail: info@madisonpa.com |
| Honorable Charles E. Hackney<br>Manatee County Property Appraiser<br>P.O. Box 1338<br>Bradenton, FL 34206-1338<br>E-mail: manateepao@co.manatee.fl.us. | Honorable Villie M. Smith<br>Marion County Property Appraiser<br>P.O. Box 486<br>Ocala, FL 34478-0486<br>E-mail:mcpa@pa.marion.fl.us | Honorable Laurel Kelly, CFA<br>Martin County Property Appraiser<br>100 E. Ocean Blvd., Suite 300<br>Stuart, FL 34994<br>E-mail: info@pa.martin.fl.us |
| Honorable Frank Jacobs<br>Miami-Dade County Property Appraiser<br>111 NW 1st St., Suite 710<br>Miami, FL 33128-1984<br>E-mail: jak@miamidade.gov | Honorable Ervin A. Higgs, CFA<br>Monroe County Property Appraiser<br>P.O. Box 1176<br>Key West, FL 33041-1176<br>E-mail:jknowles@mcpafl.org | Honorable Greg Haddock, CFA<br>Nassau County Property Appraiser<br>P.O. Box 870<br>Fernandina Beach, FL 32035-0870<br>E-mail:g.haddock@nassauflpa.com |
| Honorable Timothy "Pete" Smith, CFA<br>Okaloosa County Property Appraiser<br>151-D NE Eglin Pkwy<br>Fort Walton Beach, FL 32548<br>E-mail:psmith@okaloosapa.com | Honorable W.C. Sherman<br>Okeechobee County Property Appraiser<br>307 NW 5th Ave., Suite A<br>Okeechobee, FL 34972<br>E-mail: w.taylor@okeechobeepa.com | Honorable Bill Donegan, CFA<br>Orange County Property Appraiser<br>200 S. Orange Ave., Suite 1700<br>Orlando, FL 32801-3438<br>Email: bdonegan@ocpafl.org |
| Honorable Atlee Mercer<br>Osceola County Property Appraiser<br>350 N. Beaumont Ave.<br>Kissimmee, FL 34741<br>E-mail:pafb@property-appraiser.org | Honorable Gary Nikolits, CFA<br>Palm Beach County Property Appraiser<br>301 North Olive Avenue, 1st Floor<br>West Palm Beach, FL 33401 | Honorable Mike Wells<br>Pasco County Property Appraiser<br>P.O. Box 401<br>Dade City, FL 33526-0401<br>E-Mail:pamikewells@pascogov.com |
| Honorable Jim Smith, CFA<br>Pinellas County Property Appraiser<br>Post Office Box 1957<br>315 Court Street, 2nd Floor<br>Clearwater, FL 33757-1957<br>E-mail: jsmith@pcpao.org | Honorable Marsha Faux, CFA, ASA<br>Polk County Property Appraiser<br>255 N. Wilson Ave<br>Bartow, FL 33830<br>E-mail: paoffice@polk-county.net | Honorable Larry Pritchett, CFA<br>Putnam County Property Appraiser<br>Post Office Box 1920<br>Palatka, FL 32178-1920<br>E-mail:appraiser@putnam-fl.com |

Honorable Greg Brown, CFA
Santa Rosa County Property Appraiser
P.O Box 606
6495 Caroline St, Ste K
Milton, FL 32572-0606
E-mail:info@srcpa.org

Honorable Sharon Outland, CFA
St. Johns County Property Appraiser
 4030 Lewis Speedway, Ste 203
St. Augustine, FL 32084
E-mail: sjcpa@sjcpa.us

Honorable Lamar Jenkins, CFA
Suwannee County Property Appraiser
215 SW Pine Ave, Ste B
Live Oak, FL 32064
E-mail:info@suwaneepa.com

Honorable Ann Woodward Ahrendt
Wakulla County Property Appraiser
P.O. Box 26
3056 Crawfordville Hwy, Rm 136
Crawfordville, FL 32326

Honorable Edward A. Crapo, CFA, ASA
Alachua County Property Appraiser
P. O. Box 23817
Gainesville, FL 32602-3817
E-mail: acpa@acpafl.org

Honorable J. Doyle Crews, CFA
Columbia County Property Appraiser
135 NE Hernando Ave., Suite 238
Lake City, FL 32025
E-mail: coappr@ccpafl.com

Honorable Chris Jones, CFA
Escambia County Property Appraiser
221 Palafox Place
Pensacola, FL 32502-5728
E-mail: chris_jones@co.escambia.fl.us

Honorable Kathy L. Crawford
Hardee County Property Appraiser
P.O Box 877
Wauchula, FL 33873-0877
E-mail: kc.hardeepa@earthlink.net

Honorable C. Raymond McIntyre, CFA
Highlands County Property Appraiser
560 S. Commerce Avenue
Sebring, FL 33870-3899
E-mail: esn@appraiser.co.highlands.fl.us

Honorable Jim Todora, CFA
Sarasota County Property Appraiser
2001 Adams Ln
Sarasota, FL 34237
E-mail:appraiser@sarasotaproperty.org

Honorable Jeff Furst
St. Lucie County Property Appraiser
 2300 Virginia Ave,Rm 107
Ft. Pierce, FL 34983
E-mail: furstj@co.st-lucie.fl.us

Honorable Eldon Sadler
Taylor County Property Appraiser
P.O. Box 936
108 N Jefferson St, Ste 201
Perry, FL 32348-0936
E-mail:tcpavictoria@hotmail.com

Honorable Patrick P. Pilcher, CFA
Walton County Property Appraiser
P.O. Box 691
650 E Nelson Ave
DeFuniak Springs, FL 32435-0691
E-mail:pilpatrick@co.walton.fl.us

Honorable Wayne Weeks, CFA
Clay County Property Appraiser
P.O. Box 38
Green Cove Springs, FL 32043-0038
 E-mail: wweeks@ccpao.com

Honorable Newton Keen, CFA
DeSoto County Property Appraiser
P. O. Box 311
201 East Oak Street, Suite 102
Arcadia, FL 34265-0311
E-mail: appraiser@co.desoto.fl.us

Honorable James E. Gardner Jr.
Flagler County Property Appraiser
P.O. Box 936
Bunnell, FL 32110-0936
E-mail: pa@flaglerpa.com

Honorable Kristina A. Kulpa, CFA, ASA
Hendry County Property Appraiser
P.O. Box 1840
Labelle, FL 33975-1840
E-mail: appraiser@hendrypa.com

Honorable Robert Turner
Hillsborough County Property Appraiser
16th Floor County Center
601 E. Kennedy Blvd.
Tampa, FL 33602
E-mail:custserv@hcpafl.org

Honorable David Johnson
Seminole County Property Appraiser
1101 E 1st St, Rm 1201
Sanford, FL 32771-1468
 E-mail: alice@scpafl.org

Honorable Ronnie Hawkins, CFA
Sumter County Property Appraiser
209 N Florida Street
Bushnell, FL 33513
E-mail: rhawkins@sumterpa.com

Honorable Morgan B. Gilreath, Jr., CFA
Volusia County Property Appraiser
123 W Indiana Ave, Rm 102
Deland, FL 32720
Email: morgang@co.volusia.fl.us

Honorable Gil Carter
Washington County Property Appraiser
P. O. Box 695
Chipley, FL 32428-0695
E-mail:gil.carter@washcofl.com

Honorable Abe Skinner, CFA
Collier County Property Appraiser
3285 E. Tamiami Trail
Naples, FL 34112-5758
E-mail: sgarrett@collierappraiser.com

Honorable James N. Overton
Duval County Property Appraiser
231 E Forsyth St., Suite 270
Jacksonville, FL 32202-3375
E-mail: paadmin@coj.net

Honorable Clay Vanlandingham
Gadsden County Property Appraiser
16 South Calhoun Street
Quincy, FL 32353-0585
 E-mail: clayv.gadsdenpa@tds.net

Honorable Alvin Mazourek, CFA
Hernando County Property Appraiser
201 Howell Avenue, Suite 300
Brooksville, FL 34601-2041
E-mail: pa@co.hernando.fl.us