# LAW OFFICES OF STEVEN J. RANDO, L.L.C.
Trial Attorney
3530 Canal Street
New Orleans, Louisiana 70119

Telephone
504-486-7122

Fax
504-486-7102

February 16, 2007

VIA FACSIMILE ONLY: (866) 353-5884

Mr. Michael E. Cecil
SCHUYLER · STEWART · SMITH
118 West Adams Street
Suite 800
Jacksonville, FL 32202

    Re: Shirley Chopin / Winn-Dixie Stores, Inc., et al
         Case #: 3:05-bk-03817-JAF

Dear Mr. Cecil:

Attached please find a copy of the Petition for Damages, which was filed on September 7, 2006 in the 29th Judicial District Court for the Parish of St. Charles bearing case no. 64,464 Division "D". Also, attached please find a copy of the Request for Notice which was contemporaneously filed on September 7, 2006. In addition, please find an Answer and Request for Trial by Jury, which was filed September 26, 2006.

Undersigned counsel was never provided with any notice of bankruptcy stay or other document filed into the record of case no. 64,464. As required by law, any such order would have been required to be served on undersigned counsel pursuant to the request for notice.

As you are aware, the only notice ever provided to this office was the notice of entry order confirming plan of reorganization dated December 6, 2006. This document was inconsistent with the actions taken in case no. 64,464 in that

Winn-Dixie through its counsel of record was actively engaging in discovery. Please refer to the attached December 19, 2006 correspondence confirming the independent medical examination. Furthermore, defense counsel continued to pursue the defense of the case without stay or interruption. The independent medical report is being withheld by my office at this time considering the confidential nature of medical information concerning Shirley Chopin.

Thank you for your courtesies in this matter.

Sincerely,

Steven J. Rando

SJR/twa
enclosures

29TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. CHARLES

STATE OF LOUISIANA

NO: 64,464                          DIVISION:

SHIRLEY A. CHOPIN

VERSUS

WINN-DIXIE STORES, INC.
and ALTON PRESTON

FILED:_____     _____
                                                         DEPUTY CLERK

## PETITION FOR DAMAGES

The petition of SHIRLEY A. CHOPIN, who is a person of the full majority and resident of the Parish of Jefferson, State of Louisiana, respectfully represents to the court the following:

1.

The following is made defendant herein:

1. WINN-DIXIE STORES, INC., upon information and belief, a foreign corporation authorized to and doing business in the Parish of St. Charles, State of Louisiana, at the time of the accident;

2. ALTON PRESTON, upon information and belief, a person of the full age of majority and resident of Luling, Louisiana.

2.

The above defendant is indebted unto petitioner, in an amount that is reasonable in the premise, together with legal interest thereon from the date of judicial demand until paid for all costs for these proceedings, for the following reasons:

3.

On or about, September 7, 2005, your petitioner, SHIRLEY A. CHOPIN, was a patron and lawfully on the premise of the Winn-Dixie

grocery store (store #1444) located at 12125 Highway 90 in Luling, Louisiana 70070 and was a paying guest and patron of the establishment.

4.

On or about September 7, 2005, upon information and belief, your petitioner, SHIRLEY A. CHOPIN, was walking in the vicinity of the check-out aisles, when she slipped and fell on ice landing on her back and right side, causing your petitioner to sustain severe injuries to her mind and body.

5.

At all time pertinent hereto, the defendant, Alton Preston, was the manager of the Winn-Dixie grocery store (store #1444) located at 12125 Highway 90 in Luling, Louisiana 70070.

6.

Based upon information and belief, your petitioner, SHIRLEY A. CHOPIN alleges that the defendants, Winn-Dixie Stores, Inc. and Alton Preston, knew or should have known of this unreasonably dangerous condition on the premises and that the defendant failed to exercise reasonable care in keeping the premises free of hazardous conditions.

7.

Based upon information and belief, your petitioner, SHIRLEY A. CHOPIN, alleges that the defendants, Winn-Dixie Stores, Inc. and Alton Preston, created the unreasonably dangerous condition of the premise, or alternatively had actual or constructive notice of the unreasonably dangerous condition.

8.

Based upon information and belief, your petitioner, SHIRLEY A. CHOPIN, further alleges that the defendants, Winn-Dixie Stores, Inc. and

Alton Preston were responsible for maintaining, inspecting, and cleaning the entire store floor keeping it free from any and all debris and wet substances. Furthermore, the defendants are responsible for utilizing the proper policies and procedures in place associated with the safe operation of Winn-Dixie grocery store (store #1444) located at 12125 Highway 90 in Luling, Louisiana 70070.

9.

The defendant, Winn-Dixie Stores, Inc., was responsible for the safe operation of the establishment and was responsible for maintaining, inspecting, and repairing the premises, including providing the patrons with a safe means of entrance and egress free from unreasonably dangerous conditions.

10.

Upon information and belief, the defendants, Winn-Dixie Stores, Inc. and Alton Preston, breached the aforementioned legal duties and that said breaches of duty, were negligent both through acts of commission, and omission, and have damaged your petitioner herein.

11.

Based upon information and belief, the described accident was a direct consequence of the defendants' negligence and failure to maintain the premises in a condition of safety for your petitioner.

12.

The defendants, Winn-Dixie Stores, Inc. and Alton Preston, are indebted to your petitioner for an amount of damages reasonable under the premises, together with legal interest from date of judicial demand until paid in full and for all costs and expert witness fees incurred in these proceedings for the following reasons to wit:

1) Failing to adequately inspect and maintain the premises in a condition of safety;

2) Failing to timely remedy a known hazard;

3) Creating and maintaining a hazardous condition on the premises;

4) Violating applicable standards of care relative to the maintenance of passageways and passages of entrance and egress;

5) Failing to warn your petitioner of the hazardous condition;

6) Failing to supervise, train and hire employees;

7) Failing to adopt appropriate safety procedures and guidelines;

8) Allowing a vice or defect to remain on the premises;

9) Creating a trap, hazard, and allusion of safety for your petitioner;

10) Violating Louisiana Civil Code Art. 2315;

11) Violating Louisiana Civil Code Art. 2317; and

12) All other acts of commission and omission discovered between now and the time of trial and proven at the trial on the merits.

13.

Your petitioner, SHIRLEY A. CHOPIN, further avers that the defendant, Winn-Dixie Stores, Inc. are Alton Preston are liable to her for the following, non-exclusive list of damages:

(1) MEDICAL EXPENSES:

PAST, PRESENT AND FUTURE;

(2) PHYSICAL PAIN AND SUFFERING:

PAST PRESENT AND FUTURE;

(3) MENTAL AND EMOTIONAL PAIN AND SUFFERING:

PAST, PRESENT AND FUTURE;

    (4)    AGGRAVATION, INCONVENIENCE AND LOSS OF ENJOYMENT:

           PAST, PRESENT AND FUTURE;

    (5)    PARTIAL AND PERMANENT DISABILITIES:

           FUNCTIONAL AND ANATOMICAL

    (6)    LOST WAGES, AND LOSS OF EARNING CAPACITY;

           PAST, PRESENT AND FUTURE

    (7)    AND ALL OTHER DAMAGES WHICH MAY BE PROVEN AT THE TIME OF THE TRIAL OF THIS MATTER.

14.

Your petitioner, SHIRLEY A. CHOPIN, specifically avers that the defendants are vicariously liable for the actions and inactions of all employees, agents or assigns under the doctrine of respondeat superior, agency and mandate.

WHEREFORE, petitioner, SHIRLEY A. CHOPIN prays that the defendants, WINN-DIXIE STORES, INC. and ALTON PRESTON be served and that after due proceedings are had, that there be a judgment rendered in favor of, petitioner, SHIRLEY A. CHOPIN, and against the defendants, WINN-DIXIE STORES, INC. and ALTON PRESTON, for such damages as are reasonable under the circumstances and permitted under the law, plus legal interest from the date of judicial demand, all costs, expert witness and deposition fees incurred and all equitable and general relief to which petitioner is entitled.

Respectfully submitted,

*[signature]*

LAW OFFICES OF STEVEN J. RANDO, L.L.C.
STEVEN J. RANDO (# 23265)
ATTORNEY AT LAW
3530 Canal Street,
New Orleans, Louisiana 70119
(504)486-7122
Attorneys for Petitioner, Shirley A. Chopin

**PLEASE SERVE:**

Winn-Dixie Stores, Inc.
Though its registered agent via Louisiana Long Arm Statute
Corporation Service Company
1201 Hays Street
Tallahasse, Florida 32301

Alton Preston
Winn-Dixie
12125 Highway 90
Luling, Louisiana 70070

(with Petition for Damages & Request for Notice)

29TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. CHARLES

STATE OF LOUISIANA

NO: 64,464                                                DIVISION:

SHIRLEY A. CHOPIN

VERSUS

WINN-DIXIE STORES, INC.
and ALTON PRESTON

FILED:_____      _____
                                        DEPUTY CLERK

*FILE FOR RECORD
CLERK OF COURT
ST. CHARLES PARISH, LA
2006 SEP -7 PM 4:18*

## REQUEST FOR NOTICE

NOW INTO COURT, through undersigned counsel, comes, SHIRLEY A. CHOPIN, who pursuant to the Louisiana Code of Civil Procedure Article 1572, respectfully moves this Court for written notice ten (ten) days in advance of the date fixed for the trial or hearing on any exception, motion, rule, or trial on the merits in the above captioned proceeding and, pursuant to Louisiana Code of Civil Procedure Articles 1913 and 1914, request immediate notice of all interlocutory and final orders and judgments on any exceptions, motions, rules or the trial on the merits in the captioned proceeding.

Respectfully submitted,

_____
LAW OFFICES OF STEVEN J. RANDO, L.L.C.
STEVEN J. RANDO (# 23265)
ATTORNEY AT LAW
3530 Canal Street,
New Orleans, Louisiana 70119
(504)486-7122

Attorneys for Petitioner, Shirley A. Chopin

**PLEASE SERVE:**

Winn-Dixie Stores, Inc.
Through its registered agent via Louisiana Long Arm Statute:
Corporation Service Company
1201 Hays Street
Tallahassee, Florida 32301

Alton Preston
Winn-Dixie
12125 Highway 90
Luling, Louisiana 70070

(with Petition for Damages & Request for Notice)

## CHRISTOVICH & KEARNEY, LLP
### ATTORNEYS AT LAW
SUITE 2300, PAN AMERICAN LIFE CENTER
601 POYDRAS STREET · NEW ORLEANS, LOUISIANA 70130-6078
TELEPHONE: (504) 561-5700   FAX: (504) 561-5743
www.christovich.com

ROBERT E. PEYTON

504-593-4257
repeyton@christovich.com

December 19, 2006

**VIA FACSIMILE & U.S. MAIL**
Steven J. Rando
Law Offices of Steven J. Rando, LLC
3530 Canal Street
New Orleans, La 70119

        Re:    Shirley A. Chopin v. Winn-Dixie
               Stores, Inc.
               29th JDC No.: 64,464
               Our File: P 38692

Dear Steve:

    Enclosed, please find a copy of Dr. Walter Abbott's medical report.

                          Sincerely,

                          Robert E. Peyton

REP/tsp
Enclosure