UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO:

In re
WINN DIXIE STORES, INC.

       Debtor(s).     /

## APPLICATION AND OR MOTION OF BELINDA L. CAPEHART FOR ALLOWANCE OF ADMINISTRATIVE CLAIM (POST-PETITION PERSONAL INJURY CLAIM)

COMES NOW the Applicant/Movant, Belinda L. Capehart, by and through its undersigned attorney and pursuant to 11 U.S.C. § 503, requests this honorable Court to enter an Order approving this application to have an allowed administrative claim against the Estate, and to authorize payment of the claim, and would show:

1. On February 21, 2005 the Debtors filed Voluntary Petitions under Chapter 11 of the U.S. Bankruptcy Code ("Petition Date").

2. The Court confirmed the Debtors' Plan of Reorganization. The effective date of the Plan is November 21, 2006 ("Effective Date").

3. Between the Petition Date and the Effective Date, Movant was injured at a Winn-Dixie store as a result of Winn-Dixie's negligence. As a proximate result of the negligence, Movant suffered damages. A summary of the incident and damages is set forth in Exhibit "A" attached hereto.

4. The Movant's injury and damages resulted from the ordinary business operations of the Debtors between the Petition Date and the Effective Date of the Debtors' Plan of Reorganization.

5. The Movant's personal injury claim has not yet been liquidated. Movant estimates the claim against the Debtors to be at least $25,000.00

6. Pursuant to the Plan of Reorganization confirmed by the Court, a bar date of January 5, 2007 has been set for post-petition claimants to file administrative expense claims.

2

7.  The Movant asserted her post-petition claim by timely filing a Proof of Claim with the Court (Claim no. 13702). The Movant was unaware that the claim should have been asserted in an Application instead of a Proof of Claim. This Application asserts the exact same claim, and relates back to, the timely filed Proof of Claim. A Motion requesting the Court to deem this Application as timely will be filed with the Court.

8.  The Court may award an administrative expense priority under § 503(b) of the Bankruptcy Code for the "actual, necessary costs and expenses of preserving the estate…" 11 U.S.C.(b)(1). Damages for injuries arising from a post-petition tort committed by a debtor are entitled to administrative expense status.

9.  Pursuant to 11 U.S.C. § 503(b)(1), the Movant respectfully requests this honorable Court to enter an Order allowing the post-petition claim as an administrative expense claim. Upon liquidation of the Movant's post-petition claims (either through settlement by the parties or a judgment entered by a Court of competent jurisdiction), the Movant requests the Court enter an Order requiring the Debtors to pay the allowed administrative claim in full.

10. Movant requests that all future pleadings and notices regarding or related to this Movant's Application or claim be served upon:

DATED:  February 19, 2007.

SCHUYLER·STEWART·SMITH

/s/ Michael E. Cecil
_____
Michael E. Cecil
Attorney for Creditor
118 W. Adams St., #800
Jacksonville, FL 32202
Phone:   (904) 353-5884
TollFree: (866) 353-5884
Fax:     (904) 353-5994
Florida Bar #722855

3

<u>CERTIFICATE OF SERVICE</u>

I CERTIFY that a copy has been furnished either by electronic or standard first class mail on February 16, 2007 to: Winn-Dixie Stores, Inc, Debtor, 5050 Edgewood Court, Jacksonville, FL 32254-3699; Adam Ravin, Esquire, Four Times Square, New York, NY 10036; Cynthia C .Jackson, Esquire, James H. Post, Esquire, Leanne McKnight Prendergast, Esquire, Stephen D. Busey, Esquire, 225 Water Street, Suite 1800, Jacksonville, FL 32201; Dennis F. Dunne, Esquire, 1 Chase Manhattan Plaza, New York, NY 10005; John B Macdonald, Esquire, Patrick P. Patangan, Esquire, 50 N. Laura Street, Suite 2500, Jacksonville, FL 32202; counsel for the Debtor's postpetition secured lenders; the other parties in interest named on the Master Service List maintained in these cases; and Corner Stone Christian Center, Subtenant, 215 Las Gaviotas Boulevard, Chesapeake, VA 23322.

SCHUYLER·STEWART·SMITH

/s/ Michael E. Cecil
_____
Michael E. Cecil
Attorney for Creditor
118 W. Adams St., #800
Jacksonville, FL 32202
Phone:    (904) 353-5884
TollFree: (866) 353-5884
Fax:      (904) 353-5994
Florida Bar #722855