Exhibit "A"

Memo to the Belinda Capehart file

Slip and fall – Winn Dixie on SR 100 in Bunnell, Fl
d/a: 7/5/06

Client was in the store shopping for TV dinners for son. As she headed to the cash register, she passed the frozen food section, and as she was going past the ice machine, she slipped and fell in a large puddle of water on the floor that was beside the floor mat in front of the ice machine. She put out her L hand to help break her fall, but fell on her L hip. Manager came up and told her that there should have been a wet floor sign, but there was none.

Injuries: L shoulder, neck and headaches, low back

Initial ER:
Florida Hospital in Flagler
Then to Dr Ortalani, a neurologist MD in Daytona

She was working in the kitchen of a restaurant in the Daytona area at the time of the incident in a minimum wage type job, and had to cut hours in ½ due to the fall.

DR. ORtalani final enclosed
6% impairment

**NAME: CAPEHART, BELINDA LOUISE**
**CHART #: 698800**                                    **DATE: 02/13/2007**

**OFFICE:**

The patient is still having a moderate amount of pain in the lumbar region and down the right leg. EMG and Nerve Conduction Study was performed and was normal, but apparently she got a mild STAPH infection where she had the needle. Fortunately this looks like it has healed well and is doing fine. We still need to treat her for her back and head. MRI scans of the thoracic and lumbar spine were normal, as well as the EEG and CT scan of the brain.

The patient still complains of headaches, which are still moderately severe, with upper cervical tenderness and pain, which amounts to a 2% impairment. The thoracic pain is better with the stretches we showed her. The low back still has bilateral spasms and radicular pain down the leg, amounting to a 4% impairment. Overall I feel she has a 6% impairment of the body as a whole related to the accident of 7/5/2006. She is going to be left with restrictions as far as bending, lifting, and carrying are concerned related to these injuries. She is not to lift or carry greater than 25-30 pounds.

I am going to order physical therapy for her back and see what we can do to help her. We will reevaluate her in one month. I am going to continue her on the Flexeril 10mg at night and Lortab 10mg twice a day.

**JAO/aj**
cc:     Atty Ledford (673-9148)                    **JOHN A. ORTOLANI, M.D.**
D:      2/13/07
T:      2/13/07

```
OUTPATIENT RECORD    MEMORIAL HEALTH SYSTEMS, INC
                        MEMORIAL HOSPITAL ORMOND
                  875 STERTHAUS AVE., ORMOND BEACH, FL. 32174
------------------------------------------------------------------------
ADMIT SOURCE    :EMER       ADMIT PRIORITY:EMR        SERVICE DATE: 07/16/06
FIN CLASS       :MCAD                                 SERVICE TIME: 1505
PREV ADM/DATE/NAME:07/05/06  CAPEHART,BELINDA L       CONFIDENTIAL:
------------------------------------------------------------------------
NAME: CAPEHART,BELINDA L                 UNIT NUMBER  : M000276417
ADDR: 79 UNDER WOOD DR                   ACCOUNT NUMBER: V002060176
      PALM COAST,FL 32164                BIRTHDATE    : 8/27/1978
TELE: (386)206-3502                      AGE          : 27
SS# : 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                        SEX          : F
MAIDEN/OTH: POHLMAN,BELINDA L            MARITAL STATUS: M
RELIGION  : CATH                         STATUS       : ER
------------------------------------------------------------------------
ATTENDING PHY:                           ER PHY: ED MD,DR
FAMILY PHY  : FLAGLER CTY HLTH DEPT      ICC:
OTHER PHY   :
REASON FOR VISIT: FALL WEEK AGO BACK/SHOULDER PAIN    LOCATION: E/DFT
COMMENT        :                                      RBG BY:BARNHAM    [    ]
------------------------------------------------------------------------
EMPLOYER: CARIBBEAN                       OCCUPATION:
         701 BALLOUGH RD,DAYTONA BEACH,FL 32114
         (386)523-3000

NEXT OF KIN:CAPEHART,SHAWN                RELATIONSHIP: HUSBAND
         79 UNDER WOOD DR,PALM COAST,FL 32164  HOME: (386)206-3502
                                               WORK:

PERSON TO NOTIFIY: ZAWILSKI,LOUISE R      RELATIONSHIP: MOTHER
         31 SEDGWICK TRAIL,PALM COAST,FL 32164  HOME: (386)569-7416
                                               WORK:
GUARANTOR     : CAPEHART,BELINDA L        RELATIONSHIP: SAME AS PT
         79 UNDER WOOD DR,PALM COAST,FL 32164  (386)206-3502
------------------------------------------------------------------------
ACCIDENT TYPE 1: OTH        DATE: 07/16/06    TIME:
------------------------------------------------------------------------
CARRIER 1: MEDIPASS                       SUBSCRIBER: CAPEHART,BELINDA L
         (800)289-7799                    REL: SAME AS PT
         POLICY #: 2080233106             COVERAGE #:
         GROUP: CARIBBEAN JACKS           GROUP #: NA
         AUTH #:
CARRIER 2:              970               SUBSCRIBER:
                                          REL:
         POLICY #:     959.K              COVERAGE #:
         GROUP:                           GROUP #:
         AUTH #:       959 10
CARRIER 3:                                SUBSCRIBER:
                                          REL:
         POLICY #:                        COVERAGE #:
         GROUP:                           GROUP #:
         AUTH #:
CARRIER 4:                                SUBSCRIBER:
                                          REL:
         POLICY #:                        COVERAGE #:
         GROUP:                           GROUP #:
         AUTH #:

NPPP RECEIVED: Y  NPPP GIVEN TO: PATIENT       DATE RECEIVED: 20030519

===== ANY CHANGES MADE ON MHO'S FACESHEET MUST BE FAXED TO 676-6077 IMMEDIATELY =====
         ********  ALLERGIC TO LATEX ?  N   ********
```



☐ FLORIDA HOSPITAL-ORMOND MEMORIAL
875 Sterthaus Ave., Ormond Beach, Fl. 32174 (386) 676-6000

☐ FLORIDA HOSPITAL-FLAGLER
60 Memorial Medical Pkwy., Palm Coast, Fl. 32164 (386) 586-2000

☐ FLORIDA HOSPITAL-OCEANSIDE
264 N. Atlantic Ave., Ormond Beach, Fl. 32176 (386) 672-4161



CAPEHART, BELINDA L
V00206 176   M000276417
08/27/ 3   27   F   WH
SERV DATE: 07/16/06   ER

## WELCOME TO THE EMERGENCY DEPARTMENT

### IF YOU HAVE CHEST DISCOMFORT/PAIN AND/OR PRESSURE, SHORTNESS OF BREATH, UNCONTROLLED BLEEDING, A CHEMICAL SPILL IN YOUR EYES, SIGNS OF A STROKE OR YOU'RE IN LABOR, PLEASE CONTACT THE TRIAGE NURSE _NOW_.

To promote patient confidentiality and also provide the triage nurse and registration staff with important information, please:

1. Fill out this form in ink,
2. Return to the Triage Door/Window

**Please Print**

NAME _Belinda Capehart_

DATE OF BIRTH _8/27/78_     SOCIAL SECURITY# _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_

TODAYS DATE _7/16/06_ TIME _253_     FAMILY DR: _____

YOUR STREET ADDRESS _99 Under Knoll Tr_

CITY _Palm Coast_

STATE _FL_     ZIP CODE _32164_

PHONE NUMBER _386 206 3502_

I AM HERE TO BE SEEN IN THE EMERGENCY DEPARTMENT TODAY
BECAUSE _Midd Back Pain, Hard To Breath_
_Chest Pain. Shoulder Pain left._

IS THIS DUE TO AN INJURY? _X_ YES ____ NO
IF YES, WAS IT A CAR ACCIDENT ____ WORKERS' COMP ____ HOME
INJURY ____ OTHER _Fell at Winn Dixie about a week_
_Aw 7/9/06_

**PLEASE NOTE:** Patients are seen in order of the severity of their condition, not necessarily in the order of arrival. Please notify nurse of any changes in your condition.

## THIS IS PART OF THE MEDICAL RECORD

02/16/2007  16:04  3886733148  LEDFORD LAW

### FLORIDA HOSPITAL
Memorial System

MEDICAL RECORDS

| FLORIDA HOSPITAL ORMOND MEMORIAL | FLORIDA HOSPITAL FLAGLER | FLORIDA HOSPITAL OCEANSIDE |
|---|---|---|
| 875 Sterthaus Ave. Ormond Beach, FL 32174 (386) 676-6022 | 60 Memorial Medical Parkway, Palm Coast, FL 32164 (386) 586-2000 | 264 S. Atlantic Ave. Ormond Beach, FL 32176 (386) 672-4161 |

| PATIENT | | | | | | | NAME/PERM. ADDRESS |
|---|---|---|---|---|---|---|---|
| DATE 07/16/06 | TIME 1505 | REG ER V000260176 | ACCOUNT # (E/O#) M000270417 | UNIT # | | | CAPEHART, BELINDA L |
| PREVIOUS VISIT 7/05/06 | ARRIVED BY | SS# 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 | SEX F | PHYSICIAN ED MD OR | | | 91 SEDGEWICK TRAIL |
| | | | | | | | PALM COAST, FL 32164 |
| | | | | | | | (386)569-2416     08/22/78 |

## PHYSICIAN ORDERS

| Time | RADIOLOGY | Time | LABORATORY |
|---|---|---|---|
| | **Transport with:** | | ☐ CBC/DIFF |
| | ☐ Nurse  ☐ Monitor | | ☐ Hemogram |
| | ☐ RAD/U.S. Tech | | ☐ Sed Rate |
| | | | ☐ BMP |
| | **Chest/ Reason** | | ☐ CMP |
| | ☐ Port | | ☐ BUN |
| | ☐ 2 View | | ☐ Calcium |
| | | | ☐ CO₂ |
| | | | ☐ Chloride |
| | | | ☐ Creatinine |
| | **Abdomen/Reason** | | ☐ Glucose |
| | ☐ Complete | | ☐ Potassium |
| | ☐ KUB | | ☐ Sodium |
| | ☐ 2 View | | ☐ Liver Function Tests |
| | | | ☐ TSH |
| | **Spine/ Reason** | | ☐ Magnesium |
| | ☐ Cervical | | ☐ Phosphorus |
| | ☐ Thoracic | | ☐ Protein, Total |
| | ☐ Lumbar | | ☐ Amylase |
| | | | ☐ Lipase |
| | ☐ Other/ Reason | | ☐ Digoxin |
| | **CAT SCAN** | | ☐ ETOH |
| | Contrast  ☐ Y ☐ N | | ☐ D-Dimer |
| | Reason | | ☐ PT |
| | ☐ Brain | | ☐ APTT |
| | ☐ Chest | | ☐ CPK |
| | ☐ Abdomen | | ☐ CK-MB |
| | ☐ Pelvis | | ☐ Troponin |
| | ☐ Spine | | ☐ BNP |
| | ☐ Other | | ☐ Urine Drug Screen |
| | | | ☐ Urine HCG Qualitative |
| | ☐ Ultrasound | | ☐ Serum Beta HCG Qualitative |
| | | | ☐ Serum HCG Quantitative |
| | | | ☐ Type & Screen |
| | | | ☐ Type & Cross ____ units |
| | **CARDIOPULMONARY** | | ☐ Blood Cultures x |
| | ☐ EKG | | ☐ U/A c C&S if indicated |
| | ☐ ABG | | ☐ GC Culture |
| | ☐ NEB x | | ☐ Chlamydia |
| | | | ☐ Wet Prep |

**CHIEF COMPLAINT**
FALL WEEK AGO BACK/SHOULDER PAIN

**ORDERS/PROCEDURES/TREATMENTS**

LATEX ALLERGY:

*(handwritten physician orders/notes)*

**DISPOSITION**

| | DIRECT CRITICAL CARE | | |
|---|---|---|---|
| ☐ Old Records | Time Out  ☐ Yes  ☐ No | | HOME | EXPIRED |
| ☐ Old EKG | Orders reviewed & read back | Time ___ (Min/min > 30 min) | AMA | LBTC |
| | | CONSIDERED EMERGENT CONDITION DUE TO | PHYSICIANS OFFICE | LWBS |
| | Time | ☐ Severe Pain | | |
| | Init. | ☐ Acute onset of symptoms | | |
| ☐ Splint/Strapping | | ☐ Threat to life or limb | ADMITTED | ☐ ME |
| ☐ Burn Dressing | | ☐ Impaired of bodily function | | |
| **EMERGENCY DEPARTMENT PHYSICIAN SIGNATURE** | | ☐ Dysfunction of body organ or part | POST MORTEM CARE PER POLICY | |
| | DISCHARGE CONDITION  ☐ GOOD  ☐ POOR | ☐ 23 HR ADMIT | DATE | TIME | TRANSFERRED TO/ADMITTED TO: |
| | ☐ IMPROVED  ☐ STABLE  ☐ CRITICAL  ☐ NO CHANGE | ☐ REGULAR ADM | 7/16/06 | | |

G-30-01 ROR

CAPEHART, BELINDA L
V0020601176  M000275417
08/27/78  27  F  WH
SERV DATE: 07/16/06 ER



**FLORIDA HOSPITAL**
*Memorial Division*

☑ FLORIDA HOSPITAL - ORMOND MEMORIAL
875 Sterthaus Ave., Ormond Beach, FL 32174

☐ FLORIDA HOSPITAL - FLAGLER
60 Memorial Medical Parkway, Palm Coast, FL 32181

☐ FLORIDA HOSPITAL - OCEANSIDE
264 S. Atlantic Ave., Ormond Beach, FL 32174

© 1996 - 2004 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

## 19 EMERGENCY PHYSICIAN RECORD   Fall (5)

DATE: _____ TIME: 3 30 ROOM: _____ EMS Arrival _____
HISTORIAN: patient   spouse   paramedics _____
/ HX /  EXAM LIMITED BY: _____

### HPI

**chief complaint:** Fall  Injury to: 7/6/06

**occurred:**
Just PTA
today
yesterday
_____ days PTA

**where:**
home      school
neighbor's  city park
work      street

**context:**
tripped / slipped / lost balance    alleged assault
became dizzy / fainted    bicycle (helmet Y N)
fell from ( standing / seating / from height )

**location of pain / injuries:**

|  | ―right― |  | ―left― |  |
|---|---|---|---|---|
| shldr | hip | shldr | hip |
| arm | thigh | arm | thigh |
| elbow | knee | elbow | knee |
| f-arm | leg | f-arm | leg |
| wrist | ankle | wrist | ankle |
| hand | foot | hand | foot |

head  face  mouth
neck  chest  abdomen
back  upper  mid  lower
radiating to R / L thigh / leg

**severity of pain:**
mild
moderate
severe

**associated symptoms:**
lost consciousness / dazed
duration:
remembers:
  impact  coming to hospital
seizure

### ROS ☐ all systems neg except as mrkd
loss feeling / power arms / legs
headache
double vision / hearing loss
**SOCIAL HX** recent ETOH  smoker  drug abuse
trouble breathing / chest pain
nausea / vomiting
loss of bladder function
skin laceration
recent fever / illness

**FAMILY HX** negative

**PAST HX** _____ negative    prior records reviewed

Meds- none / see nurses note
Allergies- NKDA / see nurses note

---

## PHYSICAL EXAM

**GENERAL APPEARANCE** in c-collar / PTA / in ED / backboard
no acute distress    mild / moderate / severe distress
alert    anxious / lethargic
IV
**HEAD**    see diagram
no evidence of    Battle's sign / Raccoon Eyes
trauma
**NECK**    see diagram
non-tender    vertebral point-tenderness
painless ROM    muscle spasm / decreased ROM
trachea midline    pain on movement of neck

**EYES**    unequal pupils  R ___ mm  L ___ mm
PERRL    EOM entrapment / palsy
EOMI    subconjunctival hemorrhage

**ENT**    hemotympanum
non-external    TM obscured by wax
inspection    clotted nasal blood
no dental injury    dental injury / malocclusion

**RESP / CVS**    see diagram ( on reverse )
chest non-tender    decreased breath sounds
breath sounds nml    wheezing / rales
heart sounds nml    splinting / paradoxical movements

**GI (ABDOMEN)**    see diagram ( on reverse )
non-tender    tenderness / guarding / rebound
no organomegaly    mass / organomegaly
nml bowel snds

**GENITAL / RECTAL**    perineal hematoma
nml genital exam    blood at urethral meatus
nml vaginal exam    decreased rectal tone
nml rectal exam
heme negative stool

**NEURO / PSYCH**    confusion / disorientation
oriented x3    EOM palsy / anisocoria
mood & affect nml    facial asymmetry
CN's nml    unsteady / ataxic gait
as tested    sensory / motor deficit
sensation &
motor nml

☑ Nursing Assessment Reviewed  ☑ Vitals Reviewed  ☑ Tetanus immun. UTD

Reflexes

---

Page 1 of 2

LEDFORD LAW

Pt. Name _____

**FLORIDA HOSPITAL**
*Memorial Division*

☐ **FLORIDA HOSPITAL - ORMOND MEMORIAL**
875 Sterthaus Ave., Ormond Beach, FL 32174

☐ **FLORIDA HOSPITAL - FLAGLER**
60 Memorial Medical Parkway, Palm Coast, FL 32161

☐ **FLORIDA HOSPITAL - OCEANSIDE**
264 S. Atlantic Ave., Ormond Beach, FL 32174

CAPEHART, BELINDA L
V002060176 M000276417
08/27/78 27 F WH
SERV DATE: 07/16/06 ER

**SKIN**
___ intact
___ warm, dry

___ see diagram
___ crepitus / diaphoresis ___

**BACK**
___ no CVA
___ tenderness
___ no vertebral
tenderness

___ see diagram
___ vertebral point-tenderness
___ CVA tenderness
___ muscle spasm / limited ROM ___

**EXTREMITIES**
___ atraumatic
___ pelvis stable
___ hips non-tender
___ no pedal edema
___ nml ROM*

___ see diagram
___ bony point-tenderness
___ painful / unable to bear weight
___ pulse deficit ___
___ joint Exam: ___
___ limited ROM / ligaments laxity / joint effusion ___

T=Tenderness
P/T=Point Tenderness
S=Swelling
E=Ecchymosis
Lac=Laceration
A=Abrasion B=Burn
(E) =Absent x=mild
mod=moderate
reviewed
Tev = Tenderness on
palpation (severe)

**PROGRESS:**
Time ___ unchanged ___ improved ___ re-examined

**PROCEDURES:**

**Wound Description / Repair**
length ___ cm location ___
superficial *subcut. muscle linear stellate irregular
clean contaminated moderately / *heavily ___
distal NVT: neuro & vascular status intact no tendon injury
anesthesia: local digital block ___ mL
lidoc 1% 2% epi / bicarb marcaine 0.25% 0.5% LET
prep:
Betadine / Shur-Clens ___
Irrigated / washed w/ saline debrided
minimal / mod. / *extensive minimal / *mod. / *extensive
foreign material removed undermined
partially completely minimal / mod. / *extensive
minimal / mod. / *extensive *wound margins revised
wound explored

repair: Wound closed with: wound adhesive / steri-strips
SKIN- # ___ -0 nylon / prolene / staples
*SUBCUT-# ___ -0 vicryl ___
*may indicate intermediate repair *may indicate complex repair

Discussed with Dr. ___ Additional history from:
will see patient in office / ED / hospital family caretaker paramedics
Counseled patient / family regarding: Rx given
lab results diagnosis need for follow-up Admit orders written
**CRIT CARE TIME** (excluding separately billable procedures)
30-74 min 75-104 min ___ min

☐ EMTALA EMC present ☐ EMTALA EMC absent

**CLINICAL IMPRESSION:** Fall

**contusion**
| | | |
|---|---|---|
| head | wrist | R/L |
| face | hand | R/L |
| chest | hip | R/L |
| abdomen | thigh | R/L |
| back | knee | R/L |
| shoulder R/L | leg | R/L |
| arm R/L | ankle | R/L |
| elbow R/L | foot | R/L |
| forearm R/L | | |

**sprain / strain**
neck dorsal lumbar
sacral

**concussion**
with LOC w/o LOC

**laceration**

**XRAYS** ☑ Interp. by me ☑ Reviewed by me ☐ Discd w/ radiologist

**C-Spine D-Spine LS-Spine**
___ nml / NAD ___ reversal / straightening of cerv. lordosis
___ no fracture ___ DJD / spondylosis / spurring
___ nml alignment
___ soft tissues nml

**CXR**
___ nml / NAD ___ rib fracture
___ no infiltrates ___ infiltrate / atelectasis
___ nml heart size
___ nml mediastinum

**OTHER** ☐ See separate report

**DISPOSITION-**
Time ___ ☑ home ☐ admitted ☐ transferred
**CONDITION-** ☑ unchanged ☐ improved ☐ stable

RESIDENT / PA / NP SIGNATURE

**ATTENDING NOTE:**
___ Resident / PA / NP's history reviewed, patient interviewed and examined.
Briefly, pertinent HPI is: ___
My personal exam of patient reveals: ___
Assessment and plan reviewed with resident / midlevel. Lab and ancillary
studies show: ___
I confirm the diagnosis of: ___
___ Care plan reviewed. Patient will need: ___
Please see resident / midlevel note for details.

ATTENDING PHYSICIAN SIGNATURE
☐ Template Complete ☐ Progress Sheet

Underline indicates organ system
* equivalent or minimum required for organ system statement

Fall - 19

FLORIDA HOSPITAL ORMOND MEMORIAL
875 Sterthaus Ave., Ormond Beach, FL 32174  (386) 676-6000

FLORIDA HOSPITAL FLAGLER
60 Memorial Medical Parkway, Palm Coast, FL 32164  (386) 586-2000

FLORIDA HOSPITAL OCEANSIDE
264 S. Atlantic Ave., Ormond Beach, FL 32176  (386) 672-4161

CAPEHART, BELINDA L
V002060176  M000276417
08/27/78  27  WH
SERV DATE: 07/16/06 ER

# PATIENT CARE RECORD / ASSESSMENT

## PREHOSPITAL

Date: 7-16-06  Time: 1508  Sex: F  Age: 27
Arrived: [ ] Ambulatory  [ ] W/C  [ ] Carry  [ ] Stretcher  [ ] Ambulance
From: [ ] Home  [ ] Nursing Home  [ ] Work  [ ] Other
Family Physician: Palm Coast
PRE-HOSPITAL: [ ] N/A  O2 SAT _____  intubated-size ETT _____
Meds/RX PTA _____
IV Size _____ Solution _____ Amt infused _____ Site _____
Spinal Immobilization: [ ] Long backboard [ ] Rigid C-Collar [ ] Splints

## PRIMARY TRIAGE

Chief Complaint: Pt c/o lower pain 1508 R-side
States she fell awkward Also
Duration: nausea back substernal also
Vital Signs: Pulse Ox _____
Time: 1530  T. 97  P. 56  R. 18  BP 90/58  [ ] N/A
Pain Scale  0  1  2  3  4  5  6  7  8  9  (10)
ALLERGIES (Drugs, Food, Tape, Latex, Other): NKA

Tetanus 2005  LMP 4-06  Wt 213  Ht 5'9"
Visual Acuity: Right _____ Left _____ Both Eyes _____ [ ] N/A
Learning Barriers: [ ] None Identified
[ ] _____

Triage Interventions: [ ] Dressing / Control of Bleeding  [ ] Splint
[ ] Explanation of Delay  [ ] Advised No Food or Drink  [ ] Emesis Basin
[ ] Ice Pack  Elevation _____
[ ] X-Ray  Type/Time _____
[ ] Lab.  Type/Time _____

[ ] Level I  [ ] Level II  [ ] Level III  [ ] Level IV  [ ] Level V

TRIAGED TO:  [ ] Lobby  [ ] Treatment Area  [ ] Express Care
RN Signature _____  Time: 1508

## SECONDARY TRIAGE

Past Medical History: [ ] Denies [ ] COPD [ ] Hypertension [ ] Ulcers
[ ] Diabetes [ ] Asthma [ ] Seizures [ ] Heart Disease [ ] CA [ ] Kidney
[ ] Thyroid [ ] Depression [ ] Other: _____

Previous Surgery _____ none

Smoker: [ ] No [ ] Yes  Amt _____ /Day
Alcohol Use: [ ] No [ ] Yes  Amt _____ /Day
Recreational Drugs: [ ] No [ ] Yes  Amt _____ /Day
Medications/Supplements: _____ [ ] See Blue Sheet
Flexeril, Naproxen

Abuse & Neglect Screen [ ] No  [ ] Yes - Follow Policy
Vaccines: Flu [ ] No [ ] Yes Date _____ Pneumonia [ ] No [ ] Yes Date _____
SIGNATURE _____  TIME 1508

## RESP.

[ ] Normal  [ ] Abnormal  [ ] Dyspneic  [ ] Tachypneic  [ ] Apneic
[ ] Cough  [ ] Retracting  [ ] Non-productive  Product of _____
Breath Sounds: Clear _____ Rales _____ Rhonchi _____
Wheezing _____ Diminished _____ Absent _____

## CARDIAC

[ ] N/A
[ ] Monitor  Rhythm SR  Heart Sounds: [ ] Normal  [ ] Abnormal
[ ] O2 @ _____ L/MN Via _____
Edema: [ ] Absent  [ ] Present  Location _____
[ ] Chest Pains 1 - 10 ____ / 10  S-strong W-Weak D-Doppler A-Absent
Location  PEDAL  POST TIB  FEMORAL  BRACHIAL  RADIAL
Right _____
Left _____

8230-073  12/05

## SKIN

[ ] Cool  [ ] Cold  [ ] Warm  [ ] Hot  [ ] Dry  [ ] Flushed  [ ] Moist
[ ] Pale  [ ] Ashen  [ ] Cyanotic  [ ] Jaundiced  Turgor _____

## ABDOMEN

[ ] N/A
[ ] Soft  [ ] Rigid  [ ] Distended  [ ] Guarding  [ ] Rebounding  [ ] Nausea
[ ] Last BM _____ [ ] Emesis X _____ / 24 Hrs. Color _____
[ ] Diarrhea X _____ /24 Hrs.  Color _____     AREA OF PAIN
Bowel Sounds: [ ] Present _____          RIGHT, LEFT
[ ] Absent _____

## GENITOURINARY

[ ] N/A
GENITOURINARY  Last Voiding this am  Date _____
Foley Present [ ] Yes  [ ] No  Size _____  Inserted _____
[ ] Frequency  [ ] Urgency  [ ] Retention
[ ] Hematuria  [ ] Pain with voiding  [ ] Burning with voiding
O.B./G.Y.N.  [ ] N/A                 LOCATION OF FHT
Vaginal Discharge: _____
P _____  G _____  AB _____  FHT _____

## EXTREMITIES

[ ] N/A
Injury/Deformity: R shoulder pain
Tenderness: [ ] Point _____
Calf Tenderness: [ ] N/A _____ Homan's Sign [ ] N/A ±
Pain: [ ] Sharp  [ ] Dull  [ ] Other _____
Skin: [ ] Warm  [ ] Hot  [ ] Cool  [ ] Pink  [ ] Cyanotic
Sensory: Numbness [ ] Yes [ ] No  Tingling: [ ] Yes [ ] No
Pulses / Cap Refill: < 3 sec

## PSYCHOSOCIAL

[ ] Calm  [ ] Anxious  [ ] Appropriate  [ ] Inappropriate  [ ] Confused
[ ] Depressed  [ ] Agitated  [ ] Uncooperative  [ ] Combative
Affect: [ ] Flat  [ ] Expressive  [ ] Lethargic
Hallucinations: _____
Spiritual Needs: _____  Cultural Needs: _____

## SAFETY

Notification     Poison _____     Animal Control _____
of Authority:    [ ] Control _____  [ ] Ans. Service _____
Time _____      Law Enforcement _____  Dept. of Children
[ ] N/A          [ ] Agency _____  [ ] & Families _____
Side Rails: [ ] Up  [ ] One  [ ] Two  [ ] All  Bed: [ ] High  [ ] Low
[ ] Sitting in Chair  [ ] Allergy Band Applied  [ ] Name Band Applied

## NEURO

### Glasgow Coma Scale

| Best Eye Opening | | Best Verbal Response | | Best Motor Response | |
|---|---|---|---|---|---|
| Spontaneous | 4 | Oriented | 5 | Obeys commands | 6 |
| To voice | 3 | Confused | 4 | Vocalizes | 5 |
| To pain | 2 | Inappropriate words | 3 | Withdraws | 4 |
| None | 1 | Incomprehensible sounds | 2 | Flexion to Pain | 3 |
| | | None | 1 | Extension to Pain | 2 |
| | | | | None | 1 |

TOTAL SCORE  15  [ ] N/A

Motor Ability / Strength

| | Strong | Weak | None |
|---|---|---|---|
| RA | ✓ | | |
| LA | ✓ | | |
| RL | ✓ | | |
| LL | ✓ | | |

Pupil Reaction

| | Brisk | Slow | None |
|---|---|---|---|
| R Eye | ✓ | | |
| L Eye | ✓ | | |

Pupil Size
R Eye 4
L Eye 4

## NURSING DIAGNOSIS

Clinical Pathway Implemented [ ]
[ ] Alteration in skin integrity related to _____
[ ] Alteration in comfort related to Chest pain
[ ] Alteration in respiration / oxygenation related to _____
[ ] Alteration in circulation related to _____
[ ] Alteration in mobility related to _____
[ ] Knowledge deficit related to _____
[ ] Alteration in elimination related to _____
[ ] Alteration in thought processes related to _____
[ ] Alteration fluid volume related to _____

PLAN OF CARE:
Initiated by: _____

(OVER)  RN

02/18/2007  10:04    3886733148    LEDFORD LAW    PAGE  11/45

☐ **FLORIDA HOSPITAL ORMOND MEMORIAL**
875 Sterthaus Ave., Ormond Beach, FL 32174 (386) 676-6000

☐ **FLORIDA HOSPITAL FLAGLER**
60 Memorial Medical Parkway, Palm Coast, FL 32164 (386) 586-2000

☐ **FLORIDA HOSPITAL OCEANSIDE**
264 S Atlantic Ave., Ormond Beach, FL 32176 (386) 672-4161

CAPEHART, BELINDA L
V002060176   M000276417
08/27/78  27  F  WH
SERV DATE: 07/16/06 ER

zLinda

## EMERGENCY DEPARTMENT PATIENT CARE RECORD

**VITAL SIGNS**

| TIME | BP | TEMP | PULSE | RESP | SaO2 % | Glascow Coma Scale | Pain Scale | Description | Intervention |
|------|----|----|----|----|----|----|----|----|----|

TO ROOM 26 AT        ☐ MONITOR PER PROTOCOL

1508   A to rm #26 - c̄ chest pain S.O.B
R 136 - R 18 - BP 130/68 - pt states
she fell last week - could hear people
talking to her but they said she
did not answer -
EKG done - c̄ shown tr̄ Castella
will see pt before other [illegible] orders [illegible]

1534   R 112  B 18                    MR [illegible]

1545   Pt evaluated by Dr. Castella

1600 - 107/55 P 107 R 18   [illegible] to collect UA - Returned
[illegible]

1610   Assumed care. UA obtained & UCG    MR [illegible]

1620   Saline lock started & labs drawn

1630  10/107.5   Toradol. IVP given. c̄o burning in mid + back

164 [illegible]09/63 - 20-98% 4/10 COF burning has subsided significantly denies   0  CP/SOB -

### IV SOLUTIONS and BLOOD COMPONENTS

| TIME INITIAL | IV G | LOC | AMOUNT & SOLUTION | PUMP | RATE | TIME D/C'd | TOTAL INFUSED | TIME | URINE | NG | CHEST TUBE | OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1620 LW | #20g | @FA | SL | ☐ | | | | | | | | |
| | | | | ☐ | | | | | | | | |
| | | | | ☐ | | | | | | | | |

OUTPUT

### MEDICATION

| TIME | MEDICATION / DOSE | ROUTE | SITE | INITIALS | TIME | MEDICATION / DOSE | ROUTE | SITE | INITIALS |
|---|---|---|---|---|---|---|---|---|---|
| 1630 | Toradol 30mg | IVP | @FA | LW | | | | | |

Discontinue IV Site ☒   IV Catheter intact ☒   Redness  Yes☐ No☒   Swelling  Yes☐ No☒   Initials [illegible]

**DISCHARGE VITAL SIGNS:**  T ___  P ___  R ___  BP ___  O2 SAT ___  Pain Level ___  Time ___

NURSE'S INIT & SIGNATURES   [signatures]

**RESOLUTION OF LEARNING BARRIERS:** ☐ Resolved ☒ Unresolved  Action

<table>
<tr><td>
Report Call To: _____<br>
Transport To: ☐ Nsg Und ☐ Other<br>
Family / Friend Notified: ☐ Yes ☐ No<br>
Transported Via: ☐ Stretcher ☐ w/c ☐ Hosp. bed ☐ Amb ☐ Helicopter<br>
Accompanied By ☐ Nurse ☐ EO Tech ☐ P.T. ☐ Other<br>
Equipment Used: ☐ Monitor ☐ O2 ☐ Other<br>
Documentation Sent ☐ X-ray ☐ Medical Records
</td>
<td>
Pt. Education Topic: See next pg Nursing notes<br>
Smoking Cessation ☐   Medication Management ☐<br>
Taught To: ☒ Patient ☐ Family ☐ Other<br>
Teaching Method ☐ Discussion ☐ Demonstration ☒ Handout<br>
Understanding ☒ Good ☐ Fair ☐ Poor<br>
Evaluation Method ☒ Verbal ☐ Return Demo<br>
Discharged To: ☒ Home ☐ Morgue ☐ Other<br>
Discharged By: ☒ Walk ☐ w/c ☐ Carried ☐ Stretcher<br>
Accompanied By ☒ Self ☐ Family ☐ Other
</td></tr>
</table>

SIGNATURE _____  DATE/TIME _____

SIGNATURE  R Wilson RN 7/16/06  2/20  DATE/TIME

(left margin) ☐ TRANSFER ☐ ADMIT SUMMARY

(right margin) DISCHARGE SUMMARY

| | VITAL SIGNS | | | | | NEURO | PAIN | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TIME | B/P | TEMP. | PULSE | RESP. | SaO₂ | GLASGOW COMA SCALE | PAIN SCORE | DESCRIPTORS | INTERVENTIONS | MEDICATIONS, I.V.'S & TREATMENTS | PUMP | |

| TIME | B/P | TEMP. | PULSE | RESP. | SaO₂ | GCS | PAIN | DESC | INT | MEDICATIONS | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1647 | | | | | | | | | | To x-ray per w/c ——— | |
| 1735 | 109/71 | | 102 | 20 | 97% | 15 | 1-2/10 -4 | C.P.F | | Reviewed from radiology x-rays & CT completed | |
| 1845 | | | | | | | | | | report taken from Leslie, RN | |
| 1901 | 117/70 | 98.9 | 95 | 20 | 97% | 15 | -0- | | | pt resting, awaiting disposition | |
| 1945 | | | | | | | | | | pt back to CT via stretcher | |
| 2010 | | | | | | | | | | pt returned from CT | |
| 2100 | 110/70 | | 92 | 20 | 97 | 15 | -0- | | | Sling to LT shoulder, Rx's Motrin | |



EMERGENCY DEPARTMENT
PATIENT CARE RECORD
Florida Hospital Memorial System
☑ Ormond  ☐ Flagler  ☐ Oceanside
Form # 6230-11  rev. 3/06

CAPEHART, BELINDA L
V002060176  M000276417
08/27/78  27  F  WH
SERV DATE: 07/16/06  ER





| Patient Information | Treating Provider | Discharge Summary |
|---|---|---|
| APEHART, BRENDA L | ANTHONY COSTARELLA | Date: 7/16/06  Time: 8:32.09 PM |
| SEDGEWICK TRAIL | MD | |
| Phone: (386)50  1416 | Srerthaus Ave, | **Chart Copy** |
| M00027640 | Ormond Beach, Fl | |
| V0020600 | Phone: 386-676-6022 | |

Florida Hospital Ormond Beach
875 Strertha   Ormond Beach  Fl

**1) Your Discharge Instructions**
ROTATOR CUFF INJURY #Document: 344 (English)

**2) Your Prescriptions**

**3) You should Follow Up with**

| Follow Up Physician: | Follow Up Information |
|---|---|
| Florida Hospital Ormond Beach | |
| 875 Strertha | |
| Beach, Fl | |

I understand that the emergency care which I received is intended to be complete and definitive medical care and treatment. I acknowledge that I have been advised to contact the above physician immediately for continued and comprehensive diagnosis, care and treatment. EKG's, X-rays, and lab studies will be reviewed by appropriate specialists and I will be notified of significant discrepancies. I also understand that my signature authorizes the Medical Center to release all or any part of my medical records (including, if applicable, information pertaining to AIDS and/or HIV testing, mental health records, and drug and/or alcohol treatment) to the referred physician listed above.

I have read and understand the above, received copy of applicable instruction sheets, and will arrange for follow up care.

| Signature | Parent/Guardian | Date/Time | Signature | Instructed by | Date/Time |
|---|---|---|---|---|---|

CONFIDENTIAL INFORMATION: The information contained in this fax is confidential. If you have received this fax in error please notify the sender at once and destroy this document

Copyright Scm   2000-2006

http://www.ScriptRx.com



**FLORIDA HOSPITAL**

Florida Hospital Ormond Beach
875 Strenthaus Ave. Ormond Beach, Fl

| Patient Information | Treating Provider | Discharge Instructions |
|---|---|---|
| PEHART, SELIN LL<br>SEDGEWICK TP L<br>GM COAST, FL 4184<br>Phone: (386)569-4 | ANTHONY COSTARELLA MD<br>875 Strenthaus Ave.  Ormond<br>Beach Fl<br>Phone: 866-576-8022 | Date: 7/16/06  Time: 8.32.07 PM<br>**Chart Copy**<br>Page: 1 of 1 |

## Patient Discharge Instructions

Document: 344    Last Update: 05/04/2002

### ROTATOR CUFF INJURY

You appear to have a rotator cuff injury of your shoulder. The rotator cuff is a band of tendons that extends over the top and back of the shoulder and helps lift and rotate the arm. As we age, the rotator tendons may become weakened or irritated  and they tend to tear with even minor injuries. A tear will usually cause pain and an inability to lift the shoulder  small tears will usually heal with rest  but larger tears often require surgical repair. A special x-ray (arthrogram) or MRI scan may be needed to confirm the diagnosis.

**Follow These Instructions Carefully:**

1. Rest the shoulder with a sling. Wear it exactly as instructed
2. Apply ice packs for 30 minutes every 2 hours for the next 2 to 3 days.
3. Pain and anti-inflammatory pain medicine can help control your discomfort. Take all medicines exactly as instructed

**Follow up** with your doctor or this facility as advised by the staff

**Return to the facility** immediately or contact your doctor if you begin to have any of the following.
- If your shoulder remains painful.
- You are unable to use it after one week

## Discharge Instructions Special Notes

*I understand that the emergency care which I received is not intended to be complete and definitive medical care and treatment, EKG's, X-rays, and lab studies will be reviewed by appropriate specialists and  will be notified  significant discrepancies. RETURN TO THE EMERGENCY DEPARTMENT IF CONDITION WORSENS OR FAILS TO IMPROVE.*

Copyright ScriptRx  2000-2005                                                       http://www.ScriptRx.com



# FLORIDA HOSPITAL
### MEMORIAL SYSTEM
*Imaging Services*

## Preliminary Report

☐ Ormond    ☐ Flagler    ☐ Oceanside

Top Portion to be filled out completely:

| | | |
|---|---|---|
| Last Name: CARPENTER | First Name: BRIAN | Date: 7/16/06 |
| Ordering Physician: | Phone/Fax #: | Medical Record #: |
| Exams (s): CT Thorax | | Patient Location: ER |
| | | Accession #: |

Findings:

8:25 p

No PE,
No Lung Disease

Radiologist Signature: _____    ☐ Radiologist Faxed

Please Note:  This is a preliminary report and is not a substitute for the official final radiology report.

For Office Use Only:    Called: ☐    Who _____    Time _____
            Scanned into PACS: ☐    By _____

FROM :                    FAX NO. :                    Jul. 16 2006 07:32PM P1/1

CAPEHART,BELINDA L
V002060176  M000276417
08/27/78  27  F  WH
SERV DATE: 07/16/06  ER



| DATE | TIME |
|---|---|
| PR INT. | QRS |
| A RATE | |
| √ RATE | |
| ARRYTHMIAS | |
| RHYTHM | |
| SIGNATURE | |

| DATE | TIME |
|---|---|
| PR INT. | QRS |
| A RATE | |
| √ RATE | |
| ARRYTHMIAS | |
| RHYTHM | |
| SIGNATURE | |

| DATE | TIME |
|---|---|
| PR INT. | QRS |
| A RATE | |
| √ RATE | |
| ARRYTHMIAS | |
| RHYTHM | |
| SIGNATURE | |

NSG-07 5/87

THE STANDARD REGISTER CO.

```
RUN DATE: 07/16/06                Memorial Health Systems Inc. LAB  *LIVE*
RUN TIME: 1646                             Stat Broadcast                        PAGE 1
RUN USER: LABBKGJOB
```

| Name: CAPEHART,BELINDA L | Age/Sex: 27/F | Attend Dr: ED MD,DR |
|---|---|---|
| Acct#: V002060176  Unit#: M000276417 | Status: REG ER | Location: E/DFT |
| Reg: 07/16/06  Disch: | | |

```
Specimen: 0716:H00284S       Collected: 07/16/06-1620  Status:  COMP     Req#: 03763684
                             Received:  07/16/06-1635  Subm Dr: COSTARELLA MD,ANTHONY

Ordered:  CBC/DIFF
Comments: Patient registered at MHO or MHP? MHO
          COMMENT: ER26
```

| Test | Low | Normal | High | Flag Reference |
|---|---|---|---|---|
| CBC/DIFF | | | | |
| > WBC | | 7.0 | | 3.4-10.1 10^3/uL |
| > RBC | | 4.65 | | 3.79-5.19 10^6/uL |
| > Hgb | | 13.2 | | 11.6-15.4 g/dl |
| > HCT | | 39.6 | | 35.9-46.1 % |
| > MCV | | 85.2 | | 83.7-99.5 fl |
| > MCH | | 28.4 | | 27.6-33.1 pg |
| > MCHC | | 33.3 | | 31.3-34.9 g/dl |
| > RDW | | 42.9 | | 38.6-50.2 fl |
| > PLT | | 254 | | 126-432 10^3/uL |
| > DIFF | | AUTO | | |
| > SEG | | 55.3 | | 42.7-77.1 % |
| > LYMPHS | | 34.8 | | 12.1-45.3 % |
| > MONOS | | 7.9 | | 4.4-12.5 % |
| > EOS | | 1.6 | | 0-5.6 % |
| > BASOS | | 0.4 | | 0-1 % |
| > NE# | | 3.9 | | 1.4-6.8 10^3/uL |
| > LY# | | 2.4 | | 0.6-3.2 10^3/uL |
| > MO# | | 0.6 | | 0.2-0.9 10^3/uL |
| > EO# | | 0.1 | | 0-0.4 10^3/uL |
| > BASO# | | 0.0 | | 0-0.1 10^3/uL |

```
                         ** END OF REPORT **
```

```
RUN DATE: 07/16/06                Memorial Health Systems Inc. LAB  *LIVE*          PAGE 1
RUN TIME: 1712                              Stat Broadcast
RUN USER: LABBKGJOB
```

| | |
|---|---|
| Name:  CAPEHART, BELINDA L | Age/Sex: 27/F     Attend Dr: ED MD, DR |
| Acct#: V002060176    Unit#: M000276417   Status:  REG ER   Location:  E/DFT |
| Reg:  07/16/06    Disch: |

```
Specimen: 0716:CH00490S    Collected: 07/16/06-1620 Status:  COMP    Req#: 03763684
                           Received:  07/16/06-1635 Subm Dr: COSTARELLA MD, ANTHONY

Ordered:  CARDIAC PROF ER
Comments: Patient registered at MHO or MHP? MHO
          COMMENT: ER26
```

| Test | Low | Normal | High | Flag Reference |
|------|-----|--------|------|----------------|
| _CKMB_ | | | | |
| >    CPK | | 128 | | 38-234 IU/L |
| >    CKMB | | 0.6 | | 0-6.3 ng/mL |
| > TROPONIN-I | | < 0.04 | | <0.06 ng/mL |
| | _0.00 - 0.05 ng/mL_ | _NEGATIVE_ | | |
| | _0.06 - 0.49 ng/mL_ | _Indeterminate for acute myocardial damage_ | | |
| | _0.50 ng/mL_ | _and ABOVE are POSITIVE (Consistent with_ | | |
| | | _acute myocardial damage)_ | | |

** END OF REPORT **

```
RUN DATE: 07/16/06                                                          PAGE 1
RUN TIME: 1713              Memorial Health Systems Inc. LAB   *LIVE*
RUN USER: LABBKGJOB                  Stat Broadcast
```

```
Name:   CAPEHART, BELINDA L                Age/Sex: 27/F        Attend Dr: ED MD,DR
Acct#: V002060176     Unit#: M000276417   Status:  REG ER      Location: E/DFT
Reg:   07/16/06       Disch:
```

```
Specimen: 0716:CH00489S      Collected: 07/16/06-1620  Status:  COMP     Req#: 03763684
                             Received:  07/16/06-1635  Subm Dr: COSTARELLA MD,ANTHONY

Ordered:  COMP META, MG
Comments: Patient registered at MHO or MHP? MHO
          COMMENT: ER26
```

| Test | Low | Normal | High | Flag | Reference |
|------|-----|--------|------|------|-----------|
| > GLUC | | 98 | | | 70-99 mg/dL |
| > BUN | | 14 | | | 8-26 mg/dL |
| > CREA | | 0.6 | | | 0.6-1.1 mg/dL |
| > SODIUM | | 138 | | | 136-144 mmol/L |
| > K+ | 3.5 | | | L | 3.6-5.1 mmol/L |
| > CL | | 104 | | | 101-111 mmol/L |
| > CO2 | | 27 | | | 22-32 mmol/L |
| > ANION GAP | | 7 | | | |
| > ALK PHOS | | 52 | | | 32-91 U/L |
| > AST | | 16 | | | 15-41 U/L |
| > ALT | | 19 | | | 14-54 U/L |
| > TBIL | | 0.8 | | | 0.0-1.2 mg/dL |
| > TP | | 7.2 | | | 6.5-8.1 g/dL |
| > ALB | | 4.0 | | | 3.5-5.0 g/dL |
| > CA | | 8.9 | | | 8.9-10.3 mg/dL |
| > MG | | 1.9 | | | 1.8-2.5 mg/dL |

```
                        ** END OF REPORT **
```

```
RUN DATE: 07/16/06                                                        PAGE 1
RUN TIME: 1653          Memorial Health Systems Inc. LAB  *LIVE*
RUN USER: LABBKGJOB              Stat Broadcast
```

```
Name:  CAPEHART,BELINDA L              Age/Sex: 27/F      Attend Dr: ED MD,DR
Acct#: V002060176   Unit#: M000276417  Status:  REG ER   Location:  E/DFT
Reg:   07/16/06     Disch:
```

```
Specimen: 0716:CG00112S   Collected: 07/16/06-1620 Status:  COMP    Req#: 03763684
                          Received:  07/16/06-1635 Subm Dr: COSTARELLA MD,ANTHONY

Ordered:  PROTIME, PTT, D-DIMER LIA
Comments: Patient registered at MHO or MHP? MHO
          COMMENT: ER26
          ENTER ANTICOAGULANT MEDS PT IS ON: UNKNOWN
          Do You Need The LAB Draw TIMED? N
```

| Test | Low | Normal | High | Flag | Reference |
|------|-----|--------|------|------|-----------|
| > PT |  | 13.5 |  |  | 11.5-14.9 sec |
| > INR | 1.0 |  |  | L | 2.0-3.0 |

2.0 - 3.0 Prophylaxis of venous thrombosis; treatment of
venous thrombosis or pulmonary embolism; prevention of
systemic embolism; tissue heart valves; acute myocardial
infarct;valvular heart disease; atrial fibrillation.
2.5-3.5 Mechanical prosthetic valves; recurrent systemic
embolism.
*The INR is only relevent to patients that are on coumadin
therapy.*

| Test | Low | Normal | High | Flag | Reference |
|------|-----|--------|------|------|-----------|
| > PTT |  | 29.7 |  |  | 22.4-38.6 sec |

*HEPARIN THERAPEUTIC RANGE:*
71 - 106 SEC.

| Test | Low | Normal | High | Flag | Reference |
|------|-----|--------|------|------|-----------|
| > D-DIMER LIA |  | < 0.22 |  |  | < 0.46 ug/ml |

** END OF REPORT **

☐ Florida Hospital
Ormond Memorial
875 Sterthaus Avenue
Ormond Bch., FL 32174
(386) 676-6000

☐ Florida Hospital
Flagler
60 Memorial Medical Parkway
Palm Coast, FL 32164
(386) 586-2000

☐ Florida Hospital
Oceanside
264 S. Atlantic Ave.
Ormond Bch., FL 32176
(386) 672-4161

Name _____

Address _____

Room No. _____ Date _____

RX IS PRINTED IN GREEN INK WITH BACKGROUND COLOR CHANGING GRADUALLY FROM DARK TO LIGHT

Rx

DEA# _____

BACKGROUND RESISTS ERASURE AND ALTERATION. VOID APPEARS IN BACKGROUND WHEN COPIED.

7071-OSS  REV. 1/06   SRCO10620773007776

☑ Florida Hospital
Ormond Memorial
875 Sterthaus Avenue
Ormond Bch., FL 32174
(386) 676-6000

☐ Florida Hospital
Flagler
60 Memorial Medical Parkway
Palm Coast, FL 32164
(386) 586-2000

☐ Florida Hospital
Oceanside
264 S. Atlantic Ave.
Ormond Bch., FL 32176
(386) 672-4161

Name _____

Address _____

Room No. _____ Date _____

RX IS PRINTED IN GREEN INK WITH BACKGROUND COLOR CHANGING GRADUALLY FROM DARK TO LIGHT

Rx

DEA# _____

BACKGROUND RESISTS ERASURE AND ALTERATION. VOID APPEARS IN BACKGROUND WHEN COPIED.

7071-OSS  REV. 1/06   SRCO10620773007778

☑ Florida Hospital Ormond Memorial
875 Sterthaus Avenue
Ormond Bch., FL 32174
(386) 676-6000

☐ Florida Hospital Flagler
60 Memorial Medical Parkway
Palm Coast, FL 32164
(386) 586-2000

☐ Florida Hospital Oceanside
264 S. Atlantic Ave
Ormond Bch., FL 32176
(386) 672-4161

Name [illegible]

Address

Room No. Date [illegible]

RX IS PRINTED IN GREEN INK WITH BACKGROUND COLOR CHANGING GRADUALLY FROM DARK TO LIGHT

Rx No work x [illegible] days

[illegible]

DEA No. [illegible]

BACKGROUND RESISTS ERASURE AND ALTERATION. VOID APPEARS IN BACKGROUND WHEN COPIED.

7071-058 REV. 1/06 SRC01062077306776

☑ Florida Hospital Ormond Memorial
875 Sterthaus Avenue
Ormond Bch., FL 32174
(386) 676-6000

☐ Florida Hospital Flagler
60 Memorial Medical Parkway
Palm Coast, FL 32164
(386) 586-2000

☐ Florida Hospital Oceanside
264 S. Atlantic Ave
Ormond Bch., FL 32176
(386) 672-4161

Name [illegible]

Address

Room No. Date [illegible]

RX IS PRINTED IN GREEN INK WITH BACKGROUND COLOR CHANGING GRADUALLY FROM DARK TO LIGHT

Rx [illegible]

DEA No. [illegible]

BACKGROUND RESISTS ERASURE AND ALTERATION. VOID APPEARS IN BACKGROUND WHEN COPIED.

7071-056 REV. 1/06 SRC01062077306776

# DIAGNOSTIC IMAGING REPORT

Patient Name:     **CAPEHART,BELINDA L**
Unit No:          **M000276417**

| EXAM# | TYPE/EXAM | RESULT |
|---|---|---|
| 000889636 | CT/BRAIN W/O CONTRAST | |

CRANIAL CT WITHOUT CONTRAST - 07/16/06

INDICATION: Trauma.

TECHNIQUE:  Serial axial scans were performed without contrast from the vertex to the base of the skull.

FINDINGS:  The ventricular system and cortical sulci are within normal limits.

No intracranial lesions, areas of edema or hemorrhage are noted.

*IMPRESSION:*

*NORMAL CRANIAL CT WITHOUT CONTRAST.*

69197

** REPORT SIGNATURE ON FILE 07/16/2006 **
Reported And Signed By: LEB,ROBERT B. MD

CC: COSTARELLA MD,ANTHONY; FLAGLER CTY HLTH DEPT; NONE

Technologist: UNDEFINED TECHNOLOGIST
Transcribed Date/Time: 07/16/2006 (1801)
Printed Date/Time: 07/16/2006 (1953)     Transcriptionist: VAUGHNP

PAGE 1          CHART COPY

---

**FLORIDA HOSPITAL ORMOND MEMORIAL**
875 Sterthaus Avenue
Ormond Beach, Fl  32174

**DEPARTMENT OF RADIOLOGY**

Name: CAPEHART,BELINDA L
Phys: COSTARELLA MD,ANTHONY
DOB: 08/27/1978 Age: 27    Sex: F
Acct No: V002060176 Location: E/DFT
Exam Date: 07/16/2006 Status: REG ER
Radiology No:

# DIAGNOSTIC IMAGING REPORT

Patient Name:    CAPEHART,BELINDA L
Unit No:          M000276417

| EXAM# | TYPE/EXAM | RESULT |
|---|---|---|
| C00889638 | RAD/SHOULDER MIN 2V LT | |

LEFT SHOULDER - 07/16/06

INDICATION: Trauma.

FINDINGS: Three views of the left shoulder show no fracture, dislocation or soft tissue pathology.

*IMPRESSION:*

*NEGATIVE FOR FRACTURE.*

69195

** REPORT SIGNATURE ON FILE 07/16/2006 **
Reported And Signed By: LEB,ROBERT B. MD

CC: COSTARELLA MD,ANTHONY; FLAGLER CTY HLTH DEPT; NONE

Technologist: MROSS,PATRICK S
Transcribed Date/Time: 07/16/2006 (1759)
Printed Date/Time: 07/16/2006 (1953)      Transcriptionist: VAUGHNP

PAGE 1          CHART COPY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**FLORIDA HOSPITAL ORMOND MEMORIAL**
875 Sterthaus Avenue
Ormond Beach, Fl  32174

**DEPARTMENT OF RADIOLOGY**

Name: CAPEHART,BELINDA L
Phys: COSTARELLA MD,ANTHONY
DOB: 08/27/1978 Age: 27    Sex: F
Acct No: V002060176 Location: E/DFT
Exam Date: 07/16/2006 Status: REG ER
Radiology No:

## DIAGNOSTIC IMAGING REPORT

Patient Name:     CAPEHART,BELINDA L
Unit No:          M000276417

EXAM#     TYPE/EXAM                            RESULT
000889674 CT/THORAX WITH CONTRAST

CT SCAN OF THE THORAX WITH CONTRAST - 07/16/06:

INDICATIONS:  Pulmonary emboli.

TECHNIQUE:  Helical scanning of the thorax was performed with intravenous
contrast administration.

FINDINGS:  The pulmonary vessels are well-opacified and show no filling
defects.

The mediastinal and hila are unremarkable, showing no masses or
lymphadenopathy.

The lungs are clear without masses, infiltrates, or effusions.

The examination of the upper abdomen shows nothing unusual.

*IMPRESSION:*
*UNREMARKABLE CT SCAN OF THE THORAX.*

*NO EVIDENCE FOR PULMONARY EMBOLI, AS QUESTIONED.*

69329


              ** REPORT SIGNATURE ON FILE 07/17/2006 **
              Reported And Signed By: LEB,ROBERT B. MD

CC: COSTARELLA MD,ANTHONY; FLAGLER CTY HLTH DEPT; NONE

Technologist: HOOK,KAREN
Transcribed Date/Time: 07/17/2006 (1032)
Printed Date/Time: 07/17/2006 (1053)          Transcriptionist: MAZURS

PAGE 1                    CHART COPY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FLORIDA HOSPITAL ORMOND MEMORIAL      Name: CAPEHART,BELINDA L
        875 Sterthaus Avenue          Phys: COSTARELLA MD,ANTHONY
        Ormond Beach, Fl 32174        DOB: 08/27/1978 Age: 27     Sex: F
                                      Acct No: V002060176 Location: E/DFT
        DEPARTMENT OF RADIOLOGY       Exam Date: 07/16/2006 Status: DEP ER
                                      Radiology No:

## DIAGNOSTIC IMAGING REPORT

Patient Name:    CAPEHART,BELINDA L
Unit No:         M000276417

| EXAM# | TYPE/EXAM | RESULT |
|---|---|---|
| 0C0889637 | RAD/CHEST TWO VIEWS * | |

TWO VIEW CHEST - 07/16/06

INDICATION: Trauma.

FINDINGS:  Initial frontal and lateral examination reveals the lungs to be clear.

The cardiac silhouette and mediastinal structures are within normal limits.

*IMPRESSION:*

*UNREMARKABLE TWO VIEW CHEST.*

69196


                    ** REPORT SIGNATURE ON FILE 07/16/2006 **
                    Reported And Signed By: LEB,ROBERT B. MD




CC: COSTARELLA MD,ANTHONY; FLAGLER CTY HLTH DEPT; NONE

Technologist: MROSS,PATRICK S
Transcribed Date/Time: 07/16/2006 (1800)
Printed Date/Time: 07/16/2006 (1953)          Transcriptionist: VAUGHNP

PAGE 1                    CHART COPY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FLORIDA HOSPITAL ORMOND MEMORIAL
875 Sterthaus Avenue
Ormond Beach, Fl  32174


DEPARTMENT OF RADIOLOGY

Name: CAPEHART,BELINDA L
Phys: COSTARELLA MD,ANTHONY
DOB: 08/27/1978 Age: 27     Sex: F
Acct No: V002060176 **Location: E/DFT**
Exam Date: 07/16/2006 Status: REG ER
Radiology No:



CAPEHART, BELINDA

27-AUG-1978 (27 yr)
Female Caucasian
Room 26
Loc 11    Opioid?99

MEMORIAL HOSPITAL ORMOND BREACHER    ROUTINE RECORD

16-JUL-2006 15:24:06

ID: 000206417

| Vent rate | 112 | BPM |
| PR interval | 146 | ms |
| QRS duration | 80 | ms |
| QT/QTc | 294/401 | ms |
| P-R-T axes | 53 41 87 | |

Sinus tachycardia
Nonspecific T wave abnormality
Abnormal ECG
No previous ECGs available

Technician: MBHN
Test ind: CHEST PAIN

Confirmed By: JOHN WALKER, M.D.

Referred by: FAVES

25mm/s    10mm/mV    40Hz    005C    12SL    25D    CID:

EID: 151 EDT: 15:14 18-JUL-2006 ORDER:    Page 1 of 1

# FLORIDA HOSPITAL
*Memorial System*

MEDICAL RECORDS

| FLORIDA HOSPITAL ORMOND MEMORIAL | FLORIDA HOSPITAL FLAGLER | FLORIDA HOSPITAL OCEANSIDE |
|---|---|---|
| 875 Sterthaus Ave. Ormond Beach, FL 32174 (386) 676-6022 | 60 Memorial Medical Parkway, Palm Coast, FL 32164 (386) 586-2000 | 264 S. Atlantic Ave. Ormond Beach FL 32176 (386) 672-4114 |

**PATIENT**

| DATE | TIME | PATIENT TYPE | ACCOUNT # (E/ID#) | UNIT # | NAME/PERM ADDRESS |
|---|---|---|---|---|---|
| 07/05/06 | 2031 | REG ER | L000588920 | F000039109 | CAPEHART,BELINDA L |

| PREVIOUS VISIT | ARRIVED BY | SSN | SEX | PHYSICIAN |
|---|---|---|---|---|
| 04/26/06 | WALK | 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 | F | ED MD,DR |

31 SEDGEWICK TR

PALM COAST,FL 32164
(386)569-7416          08/27/78

**CHIEF COMPLAINT**
R LEG,L WRIST INJURY

**ORDERS/PROCEDURES/TREATMENTS**

## PHYSICIAN ORDERS

**PHYSICIANS REPORT**

### RADIOLOGY

Transport with:
- ☐ Nurse  ☐ Monitor
- ☐ RAD/U.S. Tech

Chest/ Reason _____
- ☐ Port
- ☐ 2 View

Abdomen/Reason _____
- ☐ Complete
- ☐ KUB
- ☐ 2 View

Spine/ Reason _____
- ☐ Cervical
- ☐ Thoracic
- ☑ Lumbar
- ☐ Other/ Reason _____

### CAT SCAN
Contrast ☐ Y  ☐ N
Reason: _____
- ☐ Brain
- ☐ Chest
- ☐ Abdomen
- ☐ Pelvis
- ☐ Spine
- ☐ Other

☐ Ultrasound

### LABORATORY
- ☐ CBC/DIFF
- ☐ Hemogram
- ☐ Sed Rate
- ☐ BMP
- ☐ CMP
- ☐ BUN
- ☐ Calcium
- ☐ $CO_2$
- ☐ Chloride
- ☐ Creatinine
- ☐ Glucose
- ☐ Potassium
- ☐ Sodium
- ☐ Liver Function Tests
- ☐ TSH
- ☐ Magnesium
- ☐ Phosphorus
- ☐ Protein, Total
- ☐ Amylase
- ☐ Lipase
- ☐ Digoxin
- ☐ ETOH
- ☐ D-Dimer
- ☐ PT
- ☐ APTT
- ☐ CPK
- ☐ CK-MB
- ☐ Troponin
- ☐ BNP
- ☐ Urine Drug Screen
- ☐ Urine HCG Qualitative
- ☐ Serum Beta HCG Qualitative
- ☐ Serum HCG Quantitative
- ☐ Type & Screen
- ☐ Type & Cross _____ units
- ☐ Blood Cultures x _____
- ☐ U/A c C&S if indicated
- ☐ GC Culture
- ☐ Chlamydia
- ☐ Wet Prep

### CARDIOPULMONARY
- ☐ EKG
- ☐ ABG
- ☐ NEB x

Time Out    ☐ Yes  ☐ No
Orders reviewed & read back _____
Time _____
Init. _____

- ☐ Old Records
- ☐ Old EKG
- ☐ Splint/Strapping
- ☐ Burn Dressing

Time _____
☐ Reviewed and concur with PA's History and Medical Decision Making.
My Exam reveals:

☑ TEMPLATE  ☐ DICTATION

DIAGNOSIS: Contusion. L wrist R leg
lower Back

**DIRECT CRITICAL CARE**
Time: _____ (Minimum > 30 min)
CONSIDERED EMERGENT CONDITION
⊗ _____ DUE TO
- ☐ Severe Pain
- ☑ Acute onset of symptoms
- ☐ Threat to life or limb
- ☐ Impaired of bodily function
- ☐ Dysfunction of body organ or part

**DISPOSITION**

| | |
|---|---|
| HOME | EXPIRED |
| AMA | LBTC |
| PHYSICIAN'S OFFICE | LWBS |
| ADMITTED | ☐ ME |

POST MORTEM CARE PER POLICY

| EMERGENCY/ATTENDING PHYSICIAN'S SIGNATURE | DISCHARGE CONDITION ☐ GOOD ☐ POOR ☐ IMPROVED ☐ STABLE ☐ CRITICAL ☐ NO CHANGE | TRANSFERRED TO/ADMITTED TO |
|---|---|---|
| | ☐ 23 HR ADMIT ☐ REGULAR ADMIT | DATE 7/6 TIME 2150 |

CAPEHAI  BELINDA L
L000588920  F000039109
08/27/78  27  F  WH
SERV DATE: 07/05/06  ER

HPI

ROS

CAPEHART, BELINDA L
L000588920    F000039109
08/27/78  27   F   WH
SERV DATE: 07/05/06  ER

Pt. Name

**FLORIDA HOSPITAL**
Memorial Division

☐ FLORIDA HOSPITAL - ORMOND MEMORIAL
   875 Sterthouse Ave, Ormond Beach, FL 32174
☐ FLORIDA HOSPITAL - FLAGLER
   60 Memorial Medical Parkway, Palm Coast, FL 32164
☐ FLORIDA HOSPITAL - OCEANSIDE
   264 S. Atlantic Ave., Ormond Beach, FL 32176

**PROGRESS:**

**PROCEDURES:**

**Wound Description / Repair**

**XRAYS**

**OTHER:**

☐ **FLORIDA HOSPITAL ORMOND MEMORIAL**
875 Sterthaus Ave., Ormond Beach, FL 32174  (386) 676-6000

☐ **FLORIDA HOSPITAL FLAGLER**
60 Memorial Medical Parkway, Palm Coast, FL 32164  (386) 586-2000

☐ **FLORIDA HOSPITAL OCEANSIDE**
264 S. Atlantic Ave., Ormond Beach, FL 32176  (386) 672-4161

*Capehart, Belinda*

## PATIENT CARE RECORD / ASSESSMENT

**Date:** 7/15/06  **Time:** 2230  **Sex:** F  **Age:** 27

**Arrived:** [ ] Ambulatory  [ ] W/C  [ ] Carry  [ ] Stretcher  [ ] Ambulance

**From:** [ ] Home  [ ] Nursing Home  [ ] Work  [ ] Other

**Family Physician:** none

**PRE-HOSPITAL:** [ ] N/A  O2 SAT _____ intubated-size ETT _____

Mode/RX PTA _____

IV Size _____ Solution _____ Amt Infused _____ Site _____

Spinal Immobilization: [ ] Long backboard  [ ] Rigid C-Collar  [ ] Splints

**Chief Complaint:** _blood & hell leg_

**Duration:** _appear 9, 45 hrs_

**Vital Signs:** Pulse Ox _____ [ ] N/A

**Time:** 2230  **P.** 90  **P.** 76  **R.** 16  **BP** 118/76

**Pain Scale** 0  1  2  3  4  5  6  7  8  9  10

**ALLERGIES** (Drugs, Food, Tape, Latex, Other): _NKDA_

**Tetanus:** Unk  **LMP** _____  **Wt.** 204  **Ht.** 5'9"

**Visual Acuity: Right** _____  **Left** _____  **Both Eyes** _____  [ ] N/A

**Learning Barriers:** [ ] None Identified

[ ] _____

**Triage Interventions.** [ ] Dressing / Control of Bleeding  [ ] Splint
[ ] Explanation of Delay  [ ] Advised No Food or Drink  [ ] Emesis Basin
[ ] Ice Pack  Elevation _____
[ ] X-Ray:  Type/Time _____
[ ] Lab:  Type/Time _____

[ ] Level I  [ ] Level II  [ ] Level III  [ ] Level IV  [ ] Level V

**TRIAGED TO:** ☐ Lobby  ☐ Treatment Area  ☑ Express Care
**RN Signature** _____ **Time:** 2230

**Past Medical History:** [ ] Denies  [ ] COPD  [ ] Hypertension  [ ] Ulcers
[ ] Diabetes  [ ] Asthma  [ ] Seizures  [ ] Heart Disease  [ ] CA  [ ] Kidney
[ ] Thyroid  [ ] Depression  [ ] Other: _____

**Previous Surgery** _none_

**Smoker:** [ ] No  [ ] Yes  Amt _____ /Day
**Alcohol Use:** [ ] No  [ ] Yes  Amt _____ /Day
**Recreational Drugs:** [ ] No  [ ] Yes  Amt _____ /Day
**Medications/Supplements:** _____ [ ] See Blue Sheet
_none_

**Abuse & Neglect Screen** [ ] No  [ ] Yes - Follow Policy
**Vaccines:** Flu [ ] No [ ] Yes  Date _____  Pneumonia [ ] No [ ] Yes  Date _____

**SIGNATURE** _____ **TIME** 2230

**RESP**
[ ] Normal  [ ] Abnormal  [ ] Dyspneic  [ ] Tachypneic  [ ] Apneic
[ ] Cough  [ ] Retracting  [ ] Non-productive  Product of _____
**Breath Sounds:** Clear _____ Rales _____ Rhonchi _____
Wheezing _____ Diminished _____ Absent _____

**CARDIAC**
[ ] Monitor  Rhythm _____  Heart Sounds: [ ] Normal  [ ] Abnormal
[ ] O2 @ _____ L/MN Via _____
Edema: [ ] Absent  [ ] Present  Location _____
[ ] Chest Pains  Scale 1 - 10 _____ / 10  S-Strong  W-Weak  D-Doppler  A-Absent
Location: PEDAL  POST TIB  FEMORAL  BRACHIAL  RADIAL
Right _____
Left _____

[ ] Cool  [ ] Cold  [ ] Warm  [ ] Hot  [ ] Dry  [ ] Flushed  [ ] Moist
[ ] Pale  [ ] Ashen  Cyanotic  Jaundiced  Turgor _____ norma

[ ] Soft  [ ] Rigid  [ ] Distended  [ ] Guarding  [ ] Rebounding  [ ] Nausea
[ ] Last BM _____  [ ] Emesis X _____ / 24 Hrs.  Color _____
[ ] Diarrhea X _____ /24 Hrs.  Color _____
**Bowel Sounds:** [ ] Present
[ ] Absent

**AREA OF PAIN**
RIGHT  LEFT

**GENITOURINARY**  Last Voiding _____  Date _____
Foley Present [ ] Yes  [ ] No  Size _____  Inserted _____
[ ] Frequency  [ ] Urgency  [ ] Retention
[ ] Hematuria  [ ] Pain with voiding  [ ] Burning with voiding
**O.B./G.Y.N.**  [ ] N/A                      **LOCATION OF FHT**
**Vaginal Discharge:** _____
**P** _____  **G** _____  **AB** _____  **FHT** _____

**Injury/Deformity:** _LW/ST R leg pain_
**Tenderness:** [ ] Point _____
**Calf Tenderness:** [ ] N/A _____ Homan's Sign [ ] N/A ±
**Pain:** [ ] Sharp  [ ] Dull  [ ] Other
**Skin:** [ ] Warm  [ ] Hot  [ ] Cool  [ ] Cold  [ ] Pink  [ ] Cyanotic
**Sensory: Numbness:** [ ] Yes  [ ] No  Tingling: [ ] Yes  [ ] No
**Pulses / Cap Refill:** _2+/adeq_

[ ] Calm  [ ] Anxious  [ ] Appropriate  [ ] Inappropriate  [ ] Confused
[ ] Depressed  [ ] Agitated  [ ] Uncooperative  [ ] Combative
**Affect:** [ ] Flat  [ ] Expressive  [ ] Lethargic
**Hallucinations:** _N/A_
**Spiritual Needs:** _N/A_  **Cultural Needs:** _N/A_

**SAFETY**
Notification _____  Poison _____  Animal Control _____
of Authority: [ ] Control _____  [ ] Ans. Service _____
Time _____  Law Enforcement _____  Dept. of Children _____
[ ] N/A  [ ] Agency _____  [ ] & Families _____

Side Rails: [ ] Up  [ ] One  [ ] Two  [ ] All  Bed: [ ] High  [ ] Low
[ ] Sitting in Chair  N/A  [ ] Allergy Band Applied  [ ] Name Band Applied

### Glasgow Coma Scale

| Best Eye Opening | | Best Verbal Response | | Best Motor Response | |
|---|---|---|---|---|---|
| Spontaneous | 4 | Oriented | 5 | Obeys commands | 6 |
| To voice | 3 | Confused | 4 | Vocalizes | 5 |
| To pain | 2 | Inappropriate words | 3 | Withdraws | 4 |
| None | 1 | Incomprehensible sounds | 2 | Flexion to Pain | 3 |
| | | None | 1 | Extension to Pain | 2 |
| | | | | None | 1 |

**TOTAL SCORE** 15  [ ] N/A

**Motor Ability / Strength**

| | Strong | Weak | None |
|---|---|---|---|
| RA | | | |
| LA | | | |
| RL | | | |
| LL | | | |

**Pupil Reaction**

| | Brisk | Slow | None |
|---|---|---|---|
| R Eye | | | |
| L Eye | | | |

**Pupil Size**
R Eye 2mm
L Eye 2mm
1  2  3  4  5  6  7  8  9mm

**NURSING DIAGNOSIS**
Clinical Pathway Implemented [ ]
[ ] Alteration in skin integrity related to _____
[ ] Alteration in comfort related to _pain_
[ ] Alteration in respiration / oxygenation related to _____
[ ] Alteration in circulation related to _____
[ ] Alteration in mobility related to _____
[ ] Knowledge deficit related to _____
[ ] Alteration in elimination related to _____
[ ] Alteration in thought processes related to _____
[ ] Alteration fluid volume related to _____

**PLAN OF CARE**
Initiated by: _____  RN

6230-07S  12/00

(OVER)



FLORIDA HOSPITAL ORMOND MEMORIAL
875 Sterthaus Ave., Ormond Beach, FL 32174 (386) 676-6000

FLORIDA HOSPITAL FLAGLER
60 Memorial Medical Parkway, Palm Coast, FL 32164 (386) 586-2000

FLORIDA HOSPITAL OCEANSIDE
264 S. Atlantic Ave., Ormond Beach, FL 32176 (386) 672-4161

CAPEHART, BELINDA L
L000588920   F000039109
08/27/78   27   F   WH
SERV DATE: 07/05/06 ER

## EMERGENCY DEPARTMENT PATIENT CARE RECORD

**VITAL SIGNS**

| TIME | B/P | TEMP. | PULSE | RESP. | SaO2 % | Glasgow Coma Scale | Pain Scale | Descriptors | Intervention |
|------|-----|-------|-------|-------|--------|-----|-----|-----|-----|

TO ROOM ____ AT ____  ☐ MONITOR PER PROTOCOL

2045  Triage #10101

2046

2055

2105

2135

2145

2150  #10101

**IV SOLUTIONS and BLOOD COMPONENTS**

| TIME / INITIAL | IV G | LOC | AMOUNT & SOLUTION | PUMP | RATE | TIME D/C'd | TOTAL INFUSED | OUTPUT TIME | URINE | NG | CHEST TUBE | OTHER |
|------|------|-----|-------------------|------|------|-----------|---------------|------|-------|-----|-----------|-------|
| | | | | ☐ | | | | | | | | |
| | | | | ☐ | | | | | | | | |
| | | | | ☐ | | | | | | | | |

**MEDICATION**

| TIME | MEDICATION / DOSE | ROUTE | SITE | INITIALS | TIME | MEDICATION / DOSE | ROUTE | SITE | INITIALS |
|------|-------------------|-------|------|----------|------|-------------------|-------|------|----------|

Discontinue IV Site ☐   IV Catheter Intact ☑   Redness  Yes ☐ No ☐   Swelling  Yes ☐ No ☐   Initials

**DISCHARGE VITAL SIGNS:**  T ____  P ____  R ____  B/P ____  O2 SAT ____  Pain Level ____  Time ____

NURSE'S INIT. & SIGNATURES

**RESOLUTION OF LEARNING BARRIERS:** ☐ Resolved  ☐ Unresolved:  Action ____

Report Call To: ____
Transport To: ☐ Nsg Unit  ☐ Other
Family / Friend Notified: ☐ Yes  ☐ No
Transported Via: ☐ Stretcher  ☐ w/c  ☐ Hosp. bed  ☐ Amb  ☐ Helicopter
Accompanied By: ☐ Nurse  ☐ ED Tech  ☐ R.T.  ☐ Other
Equipment Used: ☐ Monitor  ☐ O2  ☐ Other
Documentation Sent: ☐ X-ray  ☐ Medical Records

SIGNATURE ____  DATE/TIME ____

Pt. Education Topic: ____
Smoking Cessation ☐  Medication Management ☐
Taught To: ☑ Patient  ☐ Family  ☐ Other
Teaching Method: ☑ Discussion  ☐ Demonstration  ☐ Handout
Understanding: ☑ Good  ☐ Fair  ☐ Poor
Evaluation Method: ☑ Verbal  ☐ Return Demo
Discharged To: ☐ Home  ☐ Morgue  ☐ Other ____
Accompanied By: ☑ Self  ☐ Family  ☐ Other
Discharged By: ☑ Walk  ☐ w/c  ☐ Carried  ☐ Stretcher

SIGNATURE ____

☐ TRANSFER / ADMIT SUMMARY
DISCHARGE SUMMARY



☐ **FLORIDA HOSPITAL-ORMOND MEMORIAL**
874 Sterthaus Ave., Ormond Beach, Fl. 32174 (386) 676-6000

☐ **FLORIDA HOSPITAL-FLAGLER**
60 Memorial Medical Pkwy., Palm Coast, Fl. 32164 (386) 586-2000

☐ **FLORIDA HOSPITAL-OCEANSIDE**
264 N. Atlantic Ave., Ormond Beach, Fl. 32176 (386) 672-4161

# WELCOME TO THE EMERGENCY DEPARTMENT

## IF YOU HAVE CHEST DISCOMFORT/PAIN AND/OR PRESSURE, SHORTNESS OF BREATH, UNCONTROLLED BLEEDING, A CHEMICAL SPILL IN YOUR EYES, SIGNS OF A STROKE OR YOU'RE IN LABOR, PLEASE CONTACT THE TRIAGE NURSE <u>NOW</u>.

To promote patient confidentiality and also provide the triage nurse and registration staff with important information, please:
1. Fill out this form in <u>ink</u>.
2. Return to the Triage Door/Window

Please Print
NAME _Belinda Crowther_

DATE OF BIRTH _8/27/75_    SOCIAL SECURITY# _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_

TODAYS DATE _7/5/04_ TIME: _8.15_ FAMILY DR: _____

YOUR STREET ADDRESS _75 Winslow Circle PK_

CITY _Palm Coast_

STATE _FC_                              ZIP CODE _32164_

PHONE NUMBER _(386) 206-3588_

I AM HERE TO BE SEEN IN THE EMERGENCY DEPARTMENT TODAY
BECAUSE: _I Slep and fell at Winn Dixie_
_Hurt my Butt Back right leg And_
_right wrist_

IS THIS DUE TO AN INJURY? _X_ YES ___ NO
IF YES, WAS IT A CAR ACCIDENT ___ WORKERS' COMP ___ HOME
INJURY _X_ OTHER _fell at Winn Dixie_

**PLEASE NOTE:** Patients are seen in <u>order of the severity</u> of their condition, not necessarily in the order of arrival. Please notify nurse of any <u>changes</u> in your condition.

# THIS IS PART OF THE MEDICAL RECORD

## FLORIDA HOSPITAL

Florida Hospital Flagler
60 Memorial Medical Pkwy

| Patient Information | Treating Provider | Discharge Summary |
|---|---|---|
| CAPEHART, BELINDA L<br>31 SEDGEWICK TR<br>Phone: (386)569-7416<br>ID: F000039109<br>Reg: L000588920 | Alan Treloar PA-C<br>60 Memorial Medical<br>Parkway<br>Phone: 386-586-2010 | Date: 7/5/08  Time: 9:36:35 PM<br><br>**Chart Copy** |

| 1) Your Discharge Instructions: | 2) Your Prescriptions: |
|---|---|
| BACK PAIN & INJURY #Document: 34 (English)<br>SPRAINED WRIST #Document: 382 (English)<br>WORK RELEASE FORM #Document: 449 (English) | |

**3) You should Follow Up with:**

| Follow Up Physician: | Follow Up Information |
|---|---|
| Florida Hospital Flagler<br>60 Memorial Medical Pkwy | |

I understand that the emergency care which I received is not intended to be complete and definitive medical care and treatment. I acknowledge that I have been instructed to contact the above physician immediately for continued and complete medical diagnosis, care and treatment. EKG's, X-rays, and lab studies will be reviewed by appropriate specialists and I will be notified of significant discrepancies. I also understand that my signature authorizes this Medical Center to release all or any part of my medical record (including, if applicable, information pertaining to AIDS and/or HIV testing, mental health records, and drug and/or alcohol treatment) to the referred physician listed above.

*I have read and understand the above, received a copy of applicable instruction sheets, and will arrange for follow up care.*

| Signature | Parent/Parent/Guardian | Date/Time | Signature | Instructed by | Date/Time |
|---|---|---|---|---|---|

CONFIDENTIAL INFORMATION: The information contained in this fax is confidential. If you have received this fax in error, please notify the sender at once and destroy this document.

Copyright ScriptRx, Inc. 2000-2005                                                                http://www.ScriptRx.com



**FLORIDA HOSPITAL**
*Memorial Division*

• Ormond Memorial    • Oceanside    • Flagler

## CONSENT TO TREATMENT & AUTHORIZATIONS

**CONSENT TO TREATMENT** The patient and/or authorized representative of the patient, whose signature is affixed below, does hereby consent to any and all medical and surgical treatments on an inpatient or outpatient basis at FLORIDA HOSPITAL MEMORIAL DIVISION, hereafter FHMD, which may be deemed advisable by my/the patient's physician(s) and surgeon(s) serving on the staff of FHMD. The intention hereof being to grant authority to administer and to perform all singular examinations, treatment, anesthetics, operations and diagnostic procedures which may now or during the course of my/the patient's care be deemed advisable or necessary. I further understand that if extended recovery time is required during an outpatient procedure, I may require admission to the hospital. I understand that any tissues or specimens, body parts or fluids, obtained during my care may be examined, documented, and preserved for purposes of diagnosis, study, medical research, and advancement of medical knowledge and/or disposed of by FHMD. I also agree that, upon admission I/the patient no longer need hospital care, I consent to and authorize my/the patient's transfer to my/the patient's home, place of abode or other health care facility. I am aware that the practice of medicine and surgery is not an exact science and I acknowledge that no guarantees have been made to me as to the results of treatments or examination conducted in the hospital.
**CONSENT TO TREATMENT OBTAINED BY TELEPHONE OR IN PERSON** Patient is unable to give consent because_____

And therefore, the following person is giving consent to treatment as set forth in the "Consent to Treatment" paragraph above:

| TIME | AM PM | Person giving consent | Rel. to Patient | First Witness | Rep Initials | Second Witness | Rep Initials | Date |
|------|-------|----------------------|-----------------|---------------|--------------|----------------|--------------|------|
|      |       |                      |                 |               |              |                |              |      |

**AUTHORIZATION FOR RELEASE OF CONFIDENTIAL INFORMATION** I hereby authorize the hospital and my physician(s) to release medical, psychiatric and substance abuse information contained in my/the patient's records to any necessary insurance carrier(s) and/or employer(s) and/or organization(s), for the purpose of obtaining information and/or reviewing the record of medical care received by the patient and for the payment of all hospital and medical charges. Copies of the records may also be sent to referring physician(s) at the request of the physician(s) treating me/the patient. Unless noted below, medical records released may include diagnostic and therapeutic information (including any tests for HIV antibody/substance abuse or treatment in regard to either of the aforementioned). If you wish to withhold any information you must specify that by using the release form available in the Medical Records department.
This consent will remain in force for a reasonable time in order to collect for hospital and medical charges. This authorization is revocable except to the extent that action has been taken in reliance thereon. Information is disclosed from records whose confidentiality is protected by Federal and/or State law(s). Federal regulations or State law prohibit making any further disclosure of HIV antibody/substance abuse information without the specific written consent of the person to whom it pertains, or as otherwise permitted by Federal/State law.
**RESPONSIBILITY FOR PERSONAL VALUABLES** I understand that FHMD maintains a secure safe for the safekeeping of patient valuables at no cost to the patient. It is strongly recommended that all personal valuables be deposited in the safe at the time of admission. I also understand that I am fully responsible for all articles, (money, jewelry, clothing, appliances, dentures, hearing aids, eyeglasses, etc.) which I retain in my possession at my bedside or in my room and for any other articles which may be brought to me while I am a patient. I hereby release FHMD from any liability resulting from their loss by theft or negligence unless placed in the hospital safe. It is further understood and agreed that all valuables will be picked up no later than 20 days after discharge, after which the Hospital is not be responsible.
**FLORIDA LAW** Section 817.234 Florida Statutes, stipulates that any person who knowingly and with intent to injure, defraud, or deceive any insurance company files a statement of claim containing any false, incomplete or misleading information is guilty of a felony of the third degree.
**INSURANCE RECORD OF UNDERSTANDING** Your insurance company may require pre-authorization (pre-cert), usually through your physician, to determine which service(s) they will pay for. Your insurance company may not pay your claim or may reduce your benefits if you do not provide us with a proper authorization. As indicated on the card/document the phone number to call is _____. After the pre-authorization is obtained, additional information may be required by your insurance company for your entire visit to be covered. (I understand that if I do not obtain the proper authorization, I will personally pay any penalty up to the total charges for the services received.)
**MEDICARE AND MEDICAID PATIENTS** I CERTIFY THAT THE INFORMATION GIVEN BY ME IN APPLYING FOR PAYMENT UNDER Title XVIII of the Social Security Act is correct. I authorize FHMD to release to the Health Care Financing Administration or its carriers or intermediaries any information needed for this or a related Medicare claim. I hereby authorize payment, directly to FHMD, for hospital and/or medical benefits otherwise payable to me as a beneficiary of the Medicare or Medicaid Program and such other payments as may be due me from third party payers. I agree to execute such documents as may be necessary to apply for and obtain payment. I understand that I am responsible for any health insurance deductible and/or coinsurance.


_____(Initial) **MEDICARE BENEFICIARY NOTICE OF NON-COVERED SERVICES:** Medicare does not cover some In-Patient, Out-Patient, and Emergency Services. Items not covered include, but are not limited to In-Patient: Personal supplies (lotion, toothpaste, deodorant, etc.) Out-Patient & Emergency: Medications (typically self-administered), annual testing, screenings and physicals.
**ACKNOWLEDGEMENT OF RECEIPT OF AN IMPORTANT MESSAGE FROM MEDICARE (FOR MEDICARE PATIENTS ONLY):** My signature only acknowledges my receipt of the message from FHMD as dated herein, and does not waive any of my rights to request a review or make me liable for any payment.

FORM CONTINUES ON REVERSE

# CONSENT TO TREATMENT & AUTHORIZATIONS—page 2


FLORIDA HOSPITAL
Memorial Division

**HOSPITAL ASSIGNMENT OF INSURANCE BENEFITS** I assign payment directly to the hospital and my physician(s), the insurance benefits otherwise payable to me. I understand I am financially responsible to the hospital and my physician(s) for charges not paid by this assignment and that I will assist in the collection of my insurance should there be any delay in payment. If my insurance payment has not been received by the hospital within 30 days of billing, I understand that the entire balance becomes due, and I agree to actively and vigorously pursue collecting the insurance payment for the hospital. If payment from my insurance has not been received by the hospital within 30 days of discharge or receipt of treatment from the hospital, I understand that I immediately owe to FHMD the entire balance due, less any amount which is not owed by law or contract. **THIS ASSIGNMENT OF BENEFITS IS IRREVOCABLE.**

**THIRD PARTY LIABILITIES** If permitted by law and/or contract the hospital may file and enforce a hospital lien upon any PIP, uninsured motorist insurance, third party and/or the third party's insurance on proceeds or sum which I may receive in settlement or payment from some or on behalf of a third party where my hospitalization resulted from an accident/third party's action.

**PATIENT/GUARANTOR AGREEMENT** I/we understand that I/we must pay for services provided based on the hospital payment policy as amended from time-to-time. I/we understand that FHMD is not in the business of extending credit and therefore FHMD's policy is to require PAYMENT IN FULL AT THE TIME TREATMENT IS RENDERED if on an outpatient basis, or upon discharge where patient has been admitted to the hospital. A late fee may be assessed on inpatient discharges past the check-out time. If the account is not paid in full, FHMD may add an INTEREST CHARGE OF 1.5 PERCENT PER MONTH ON THE UNPAID BALANCE OF THE ACCOUNT EACH THIRTY (30) DAY PERIOD AFTER TREATMENT OR DISCHARGE. The unpaid balance of the account for each thirty (30) day period is calculated by adding all interest charges, services charges and late fees to the unpaid balance from the prior thirty (30) day period, less payment made. If installment arrangements for payment plans are longer than 90 days FHMD may add fees up to 18% of the account balance to recoup the cost of collections. Due to processing costs, credit balances under $2.50 will not be refunded unless specifically requested by the guarantor. If the hospital must use the services of a collection agency to encourage payment, a one-time collection charge of up to 25% and/or attorney's fees of 33 1/3% (which may include agency, attorney, interest or court fees) of the outstanding balance may be imposed in addition to a charge of $2.20 per account, which represents the hospital cost of collection. I/we fully understand the above and agree to all terms stated herein. I authorize FHMD to obtain my credit report from any credit bureau, and understand that the information that I submit is subject to verification by FHMD against information gathered by the selected credit bureau. This information is subject to review by FEDERAL and/or STATE AGENCIES as well as other legally authorized entities.

_____ (Initial) **INDEPENDENT STATUS OF PHYSICIANS** I hereby acknowledge that the hospital does not control the medical decisions, diagnosis or treatment rendered by any physicians treating me in this hospital; that certain physicians who furnish service to me during this admission, including, but not limited to emergency room physicians, radiologists, hospitalists, pathologists, cardiologists and anesthesiologists are independent contractors and are not agents or employees of this hospital. The hospital is not legally or vicariously responsible for said independent contractors. I further understand and agree that their bills will be separate and apart from the hospital's billing and collections or that the hospital may bill on the physician's behalf, but subject to the authorizations granted by me in accordance with this agreement.

**AGREEMENT TO PAY FOR PROFESSIONAL COMPONENT PATHOLOGY SERVICES** When a specimen of your blood, urine, stool, or similar material is tested in the laboratory while you are at the hospital, the testing will be performed under the general supervision of the pathologist who manages the laboratory. The pathologist may not perform the test or personally review its results. However, the pathologist is responsible for supervising the laboratory to assure that the results of all of your tests are clinically reliable and are reported to your doctor in a timely manner. **YOU WILL RECEIVE A BILL FROM THE PATHOLOGIST FOR THESE SUPERVISORY SERVICES FOR EACH TEST EVEN IF THE PATHOLOGIST DID NOT PERSONALLY PERFORM THE TEST OR REVIEW ITS RESULTS.**

_____ (INITIALS) By initialing the adjacent line, you agree to be responsible for the pathologist's bill, to the extent that it is not paid for by your insurer or managed care plan.

**PREGNANCY** If pregnant, the above assignments, releases and guarantor agreement apply to my unborn child at FHMD during this period of treatment. If more than one (1) signs this Agreement, our liability shall be joint and several. The undersigned waives an exemption from garnishment, attachment or legal process in favor of FHMD to the extent permitted by federal or state law. If we fail to make any payment when due hereunder FHMD may at any time, without notice or demand, institute proceedings to enforce the terms of this agreement and collect the unpaid balance of the account, and should the terms of this agreement be enforced by legal process or by an attorney, I/we shall pay all costs of same, and a reasonable attorney's fee, including costs and attorney's fees on appeal.

**NOTICE TO GUARANTOR** Do not sign this contract before you read it or if it contains any blank spaces. You are entitled to an exact copy of the agreement you signed. The undersigned hereby acknowledges receipt of a copy of the above disclosure statement containing all information pertinent to this transaction. By signing this patient/guarantor agreement, guarantor(s) agree(s) to guaranty payment of all hospital charges incurred by patient during admission and/or service at FHMD. This is an absolute guaranty and it shall continue as long as any balance is still due and owed to FHMD. I understand I am financially responsible for my account with FHMD, regardless of any insurance benefits. This form is valid for care provided by FHMD for a 12-month period beginning the date of this document.

I acknowledge my understanding that I am entitled to receive medical screening examination and treatment to stabilize my emergency medical condition, if one exists, without regard to my ability to pay for such screening treatment or both.

(By my signature below, I acknowledge the information located on the FRONT AND BACK of this document.)

_____     _____     _____  _____
Patient Signature                      Guarantor Signature                     Witness                            Date

_____     _____     _____
Please print                              Please print                               Rep/Initials

| FLORIDA HOSPITAL

Florida Hospital Flagler
60 Memorial Medical Pkwy | **Patient Information**
CAPEHART, BELINDA L
31 SEDGEWICK TR
PALM COAST, FL 32164
Phone: (386)569-7416 | **Treating Provider**
Alan Treloar PA-C
60 Memorial Medical Parkway

Phone: 386-586-2010 | **Discharge Instructions**
Date: 7/5/06 Time: 9:36:33 PM

**Chart Copy**

Page: 1 of 2 |

## Patient Discharge Instructions

Document: 34    Last Update: 03/29/2002

### BACK PAIN & INJURY

Back pain is usually caused by an injury to the muscles or ligaments of the spine. Sometimes the disks that separate each bone in the spine may cause pain by putting pressure on a nearby nerve. Back pain may appear after a sudden twisting/bending force (such as in a car accident), or sometimes after a simple awkward movement. In either case, muscle spasm is often present and adds to the pain.

**Please follow these instructions carefully:**

1. Rest and relax your back muscles. Try to find a position of comfort. Lie flat on your back on a firm surface with pillows under your knees; or lie on your side with your knees bent up towards your chest and a pillow between your knees. (If your mattress sags, place a piece of plywood under it or lie on a floor pad for more support.)
   - For severe back pain stay in this position until you are feeling better. Get up only to go to the bathroom or for meals.
   - For less severe back pain, strict bed rest is not needed. However, don't do anything that worsens the pain and avoid prolonged sitting. Be aware of safe bending and lifting methods. Do not lift anything over 15 pounds until all pain is gone.
2. Ice packs (crushed or cubed ice in a plastic bag, wrapped in a towel) are best for 20 minutes every 2 to 4 hours during the first two days after a new injury. Local heat (hot shower, hot bath or heating pad) and massage will help reduce muscle spasm. You can start with ice packs then switch to heat after 2 days. Some patients feel best alternating treatments. Use the method that feels best to you for.
3. You may take Tylenol (acetaminophen) or ibuprofen (Advil, Motrin) for pain, unless another pain medicine was prescribed.

Follow up with your doctor if your symptoms do not start to improve after one week. Physical therapy may be needed.
(NOTE: If X-rays were taken, a radiologist will review them. You will be notified of any new findings that may affect your care.)

Return to this facility **immediately** or contact your doctor if you begin to have any of the following:
- The pain becomes worse or spreads to your arms or legs.
- There is weakness or numbness in one or both arms or legs.
- You experience a loss of bowel or bladder control.
- There is numbness in the groin area.

## Patient Discharge Instructions

Document: 362    Last Update: 05/06/2002

### SPRAINED WRIST

Your exam shows you have a sprained wrist. A sprain is a tearing of the ligaments that hold the joint together. There are no broken bones. Sprains take from 3 to 6 weeks to heal.

**Follow These Instructions Carefully:**

1. Keep your ARM elevated to reduce pain and swelling. This is very important during the first 48 hours.
2. Make an ice pack (ice cubes in a plastic bag, wrapped in a towel) and apply for 20 minutes every 2 hours for the first day. Continue doing this 3 to 4 times a day until the swelling goes down.
3. You may take acetaminophen (Tylenol) or ibuprofen (Advil, Motrin) for pain, unless another pain medicine was prescribed.
4. If you were given a splint, wear it for the time advised by your doctor. If you are unsure how long to wear it, ask for advice.

Follow up with your doctor or this facility as advised by our staff if the pain does not begin to improve within the next 5 days. (NOTE: If X-rays were taken, a radiologist will review them. You will be notified of any new findings that may affect your care.)

Return to this facility **immediately** or contact your doctor if you begin to have any of the following:
- Pain or swelling increases.
- Fingers or hand becomes cold, blue, numb or tingly.

## Discharge Instructions Special Notes



## Discharge Instructions Special Notes



*I understand that the emergency care which I received is not intended to be complete and definitive medical care and treatment. EKG's, X-rays, and*

Copyright ScriptRx, Inc. 2000-2005                                                                              http://www.ScriptRx.com

| FLORIDA HOSPITAL | Patient Information | Treating Provider | Discharge Instructions |
|---|---|---|---|
| Florida Hospital Flagler<br>50 Memorial Medical Pkwy | CAPEHART, BELINDA L<br>31 SEDGEWICK TR<br>PALM COAST, FL 32164<br>Phone: (386)589-7416 | Alan Treloar PA-C<br>60 Memorial Medical Parkway<br><br>Phone: 386-586-2010 | Date: 7/5/06  Time: 9:36:53 PM<br><br>**Chart Copy**<br><br>Page: 2 of 2 |

*lab studies will be reviewed by appropriate specialists and I will be notified of significant discrepancies.*

Copyright ScriptRx, Inc. 2000-2005                                             http://www.ScriptRx.com

NAME: CAPEHART, BELINDA LOUISE
CHART #: 698800

DATE: 01/04/2007

OFFICE:

The patient had an episode where she felt numbness on the left side of her face, left arm, and left leg, which lasted about 24 hours. She went to the Emergency Department, where a CT scan was negative. She really did not have a headache or anything associated with this. It is unclear what this was. It might have been a little transient ischemic attack-like episode, but why would someone her age have that? She is only 28 years of age and she has no real risk factors. Her blood pressure in the office today is 120/80. She is not on any hormones.

I am going to order an MRI of the brain, for safety sake, to see what we are dealing with. I told her to take an aspirin a day. We will order this in the next few days. We will reevaluate her in one month and see how she is doing.

JAO/aj
cc:   Atty Ledford (673-9148)
D:    1/4/07
T:    1/8/07

JOHN A. ORTOLANI



**NAME: CAPEHART, BELINDA LOUISE**
**CHART #: 698800**

**DATE: 11/21/2006**

**OFFICE:**

The patient is still having a moderate amount of pain and discomfort with burning in the back. I am going to order an EMG and Nerve Conduction Study of the right lower extremity to see if we have any problems here related to a nerve injury. The MRI of the lumbar spine is negative. I want to see what the EMG shows before I give her a final.

Again, I went through extension exercises to do for the back. If she follows through with this, she will do better. I am going to continue her on the Flexeril and Lorcet twice a day. We will reevaluate her in six weeks and see how she is doing.

JAO/aj
cc:   Atty Ledford (673-9148)
D:    11/21/06
T:    11/27/06

**JOHN A. ORTOLANI, M.D.**

**NAME: CAPEHART, BELINDA LOUISE**                    **DATE: 10/12/2006**
**CHART #: 698800**

**OFFICE:**

The patient is doing a little better. She has been unable to come down from Palm Coast for therapy, so healing is slow. The MRI scans did not show any substantial injuries, so this is mostly soft tissue. The Ultram is not helping so I am going to switch her to Lorcet 10mg twice a day and Flexeril 10mg one at night.

We will reevaluate her in one month and see how she is doing.


**JAO/aj**                                        **JOHN A. ORTOLANI, M.D.**
cc:    Atty Ledford (673-9148)
D:     10/12/06
T:     10/16/06

Diplomate of the American Board
of Neurology and Psychiatry
By Appointment Only

Ultrasonography, Electromyography
Electroencephalography, MRI
Computerized Tomography

# John A. Ortolani, M.D.

1430 Mason Avenue
Daytona Beach, Florida 32117
(386) 274 - 2000

NAME: CAPEHART, BELINDA LOUISE      DATE: 09/27/2006
CHART #: 698800

## MAGNETIC RESONANCE IMAGING
## LUMBOSACRAL SPINE

Multi-planar, multi-sequence imaging of the lumbar spine is performed.

Disc spaces appears to be well preserved. There is no evidence of a posterior protruding disc at any level. The intervertebral foramen, bilaterally, appear to be patent.

No significant degenerative changes are seen.

**IMPRESSION:**

Normal MRI of the lumbar spine.

JAO/aj
cc: Atty Ledford (673-9148)
D: 9/29/06
T: 10/4/06

JOHN A. ORTOLANI, M.D.

*Diplomate of the American Board*
*of Neurology and Psychiatry*
*By Appointment Only*

*Ultrasonography, Electromyography*
*Electroencephalography, MRI*
*Computerized Tomography*

# John A. Ortolani, M.D.

*1430 Mason Avenue*
*Daytona Beach, Florida 32117*
*(386) 274 - 2000*

NAME: CAPEHART, BELINDA LOUISE          DATE:     09/27/2006
CHART #: 698800

## MAGNETIC RESONANCE IMAGING
## THORACIC SPINE

Multi-planar, multi-sequence imaging of the thoracic spine was performed.

The thoracic vertebral bodies are in anatomic alignment. There is preservation of the normal intervertebral disc space height. The vertebral marrow signals are normal. There is no evidence for intervertebral disc herniation. The thoracic spinal canal is of normal caliber and the visualized thoracic cord appears normal morphologically. There is no evidence for spinal stenosis.

**IMPRESSION:**

Normal MRI of the Thoracic Spine.

JAO/aj
cc: Atty Ledford (673-9148)
D: 9/29/06
T: 10/4/06

JOHN A. ORTOLANI, M.D.

**NAME: CAPEHART, BELINDA LOUISE**
**CHART #: 698800**                           **DATE: 09/12/2006**

**OFFICE:**

The patient is a 28-year-old female who apparently had a slip and fall accident at Winn Dixie on 7/5/2006. Apparently the floor was wet and she fell down, hitting her left side. The patient has had headaches, and a CT scan done in the Emergency Department was negative. She has left-sided pain and pain in her left shoulder. She has mid thoracic pain and low back pain. The pain radiates up and down the spine as a burning sensation.

The patient has a prior history of minor back problems in the past, but nothing significant. The most recent problem was in April 2006 when she apparently fell off of a trampoline. She was out of work for about 4-5 days, but has done well since then.

**PHYSICAL EXAMINATION:**

There is good flexion, extension, and rotation of the cervical spine. There is pain and tenderness in the trapezius muscle and in the deltoid on the left side with some pain around the left rotator cuff, not severe at this time. There is point tenderness in the thoracic region at about the T6 level. There is paralumbar muscle tenderness and spasms bilaterally, greater on the left side. There is pain over the left sciatic nerve. Straight leg raising is mildly impaired on the left at about 70 degrees.

**NEUROLOGICAL EXAMINATION:**

**MOTOR:** Strength is equal in all extremities. I find no atrophy or fasciculations.

**SENSORY:** Intact to pin, touch and vibration.

**CEREBELLAR:** Finger to nose is intact.

**REFLEXES:** DTR's are 1-2+ bilaterally, both plantars are flexor.

**IMPRESSION:**

1. Left shoulder strain.
2. Thoracic strain syndrome with point tenderness about T6 through T8.
3. Lumbosacral strain syndrome with radicular symptoms down the left leg.

**Continued on Page Two...**

Page Two...

NAME: CAPEHART, BELINDA LOUISE
CHART #: 698800                                    DATE: 09/12/2006

PLAN:

I am going to order MRI scans of the thoracic and lumbar spine. I am going to start her on Flexeril 10mg one at night to help her rest and Ultram 50mg three times a day for the pain during the day. I am going to order physical therapy. We will reevaluate her in one month.

JAO/aj
cc:    Atty Ledford (673-9148)                     JOHN A. ORTOLANI, M.D.
D:     9/12/06
T:     9/15/06

02/19/2007  10:48    9042743636                                           PAGE  03

### TOMOKA DIAGNOSTIC
1510 MASON AVENUE
DAYTONA BEACH, FL  32117-
(386) 274-5676


CAPEHART, BELINDA LOUISE
79 UNDERWOOD TRAIL                                    02/19/2007

PALM COAST, FL  32164-


698800 00    Case 801 LIAB/O 7/5/06

---

| Date of Service | Procedure | Description | Carr | Amount | Paid |
|-----------------|-----------|-------------|------|--------|------|
| 09/27/2006 | 72146 | THORACIC MRI, GLOBAL | LED01 | 1400.00 | 0.00 |
| 09/27/2006 | 72148 | LUMBAR MRI, GLOBAL | LED01 | 1400.00 | 0.00 |
| 01/12/2007 | 70553 | BRAIN MRI W/WO CONT, GLOBAL | LED01 | 2800.00 | 0.00 |
| | | | | 5600.00 | 0.00 |
| | | | | Balance: | 5600.00 |

Carrier  LED01- 3866726612
Codes:    -

JOHN A ORTOLANI MD
1430 MASON AVE
DAYTONA BEACH, FL 32117-
(386) 274-2000


CAPEHART, BELINDA LOUISE                                    02/19/2007
79 UNDERWOOD TRAIL

PALM COAST, FL 32164-


698800 00    Case 001 LIAB/O 7/5/06

| Date of Service | Procedure | | Description | Carr | Amount | Paid |
|---|---|---|---|---|---|---|
| 09/12/2006 | 99244 | | COMPREHENSIVE INITIAL VISIT | LED01 | 400.00 | 0.00 |
| 10/12/2006 | 99213 | | INTERMEDIATE FOLLOWUP | LED01 | 100.00 | 0.00 |
| 11/21/2006 | 99213 | | INTERMEDIATE FOLLOWUP | LED01 | 100.00 | 0.00 |
| 01/04/2007 | 99213 | | INTERMEDIATE FOLLOWUP | LED01 | 100.00 | 0.00 |
| 01/12/2007 | 95860 | | EMG ONE EXTREMITY | LED01 | 200.00 | 0.00 |
| 01/12/2007 | 95900 | | MOTOR NERVE CONDUCTION | LED01 | 250.00 | 0.00 |
| 01/12/2007 | 95904 | 59 | SENSORY NERVE CONDUCTION | LED01 | 330.00 | 0.00 |
| 01/12/2007 | 99070 | | DISPOSABLE NEEDLE | LED01 | 25.00 | 0.00 |
| 02/13/2007 | 99213 | | INTERMEDIATE FOLLOWUP | LED01 | 100.00 | 0.00 |
| | | | | | 1605.00 | 0.00 |

Balance: 1605.00

Carrier LED01- 3866726612
Codes:

L000588920     CAPEHART, BELINDA L

ACCT: L000588920                          GUAR: 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
CAPEHART, BELINDA L                       CAPEHART, BELINDA L
79 UNDER WOOD TRAIL                        31 SEDGEWICK TRAIL
PALM COAST, FL 32164                       PALM COAST, FL 32164
(386)313-3272 (H)                          (386)569-7416 (H)


28 F          ADM/SER:   07/05/06    UR CHG:        0 7MCDP.        0
ER            DISCHARGE: 07/05/06    AR CHG:   1900.50 S/P          0
FB 07/12/06   LST STMT:              BALANCE:        0

----------------------------------------------------------------------

| BCH DATE | BCH | SER DATE | USER | PROCEDURE | BL# | DESCRIPTION | AMOUNT | TOTAL |
|----------|-----|----------|------|-----------|-----|-------------|--------|-------|
| 07/11/06 | 52  | 07/05/06 | SCRIPTED | 321005261 |   | ER SERVICE LEVEL 3 | 361.20 | 361.20 |
| 07/05/06 | 415 | 07/05/06 | MCLOSE | 337000744 |   | RAD HIP COMP 2 VIEWS LT | 389.55 | 750.75 |
| 07/05/06 | 415 | 07/05/06 | MCLOSE | 337000896 |   | RAD L-SPINE W/OBLIQUES | 758.10 | 1508.85 |
| 07/05/06 | 415 | 07/05/06 | MCLOSE | 337001815 |   | RAD WRIST COMPLETE LT | 391.65 | 1900.50 |
| 07/21/06 | 1   | 07/19/06 | MANGLAN | A7MCDP. | 1 | MEDIPASS ADJ | -1737.24 | 163.26 |
| 07/21/06 | 1   | 07/19/06 | MANGLAN | P7MCDP. | 1 | MEDIPASS PAYMENT | -163.26 | 0 |