# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In Re:  Case No.: 05-03817-3F1

**Winn-Dixie Stores, Inc., et al.**  Chapter 11

**Reorganized Debtors**  Jointly Administered

## MOTION FOR AN ADMINISTRATIVE EXPENSE CLAIM

COMES NOW Marie McNear [hereinafter "Claimant"] by and through undersigned counsel and hereby files this motion for administrative expense claim to Winn Dixie and/or Winn Dixie Stores, Inc. In support of this motion, Claimant shows the following:

1. Claimant had a slip and fall sustaining injury on August 20, 2006 in Debtor's Winn Dixie Store located at 4724 Mobile Hwy., Montgomery, Alabama wherein Claimant slipped and fell on water that had puddled on the bread isle floor. Claimant sustained a back injury and re-aggravated a pre-existing hernia repair.

2. Through counsel, Claimant sent a letter via certified mail to the Montgomery Winn Dixie Store location and its manager dated September 11, 2006 regarding this claim. A representative of Winn Dixie signed for and acknowledged receipt of this notice of claim letter from the Claimant on September 13, 2006. This notice letter dated September 11, 2006 is attached as Exhibit "A".

3. As a result of her fall Claimant sustained personal injuries including hip and back pain and aggravated a pre-existing injury wherein claimant had hernia repair surgery on or about July of 2006 performed by Dr. James Dockery, M.D. Following her fall Claimant was seen at Baptist Medical Center East ER where she incurred a bill in the amount of $1,499.05 which is attached as Exhibit "B". Claimant also incurred medical bills from Dr. James Dockery, Dr.

Stewart Hendon who treated the claimant for her back pain, Innerfit Rehabilitation and chiropractor Dr. Thomas Murphy.  It is estimated that medical bills from these providers will total approximately $6,000.00.

    4.    In consideration of the above medical bills and treatment Claimant hereby submits a claim to Winn Dixies Stores, Inc.  In the amount of $75,000.00

WHEREFORE, above premises considered, Claimant respectfully requests that this Honorable Court grant its motion for administrative expense claim to Winn Dixie and/or Winn Dixie Stores, Inc.

Submitted this 19th day of February, 2007.

OF COUNSEL:

**McPhillips, Shinbaum, L.L.P.**
516 S. Perry Street          /s/ James G. Bodin
P.O. Box 64          JAMES G. BODIN
Montgomery, AL  36101-0064          Attorney for the Claimant
PH.(334) 262-1911
FAX(334) 263-2321

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the document(s) above via U.S. Mail, postage prepaid, to the person(s) listed below, on this the 19th day of February, 2007:

James Post, Esq.
Stephen D. Busey, Esq.
Smith, Hulsey, & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202
jpost@smithhulsy.com

Matthew Barr, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza

New York, New York 10005
mbarr@milbank.com

D. J. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, New York 10036

                                                  /s/ James G. Bodin
                                                  OF COUNSEL