

**Baptist Medical Center East**
P.O. BOX 241145
MONTGOMERY, ALABAMA 36124-1145

STATEMENT DATE    08/24/06

PATIENT NAME:    MARIE C MCNEAR
PATIENT NUMBER:  0623200121
PAGE:            001  EER  11  D1

GUARANTOR'S NAME

MARIE C MCNEAR
248 BITFORD WAY
MONTGOMERY,  AL 36108

| ADMISSION DATE | DISCHARGE DATE |
|---|---|
| 08/20/06 | 08/20/06 |

| INTERIM FROM | INTERIM TO |
|---|---|
|  |  |

| POSTING DATE | QTY | SERVICE CODE | SERVICE / DESCRIPTION | HOSPITAL CHARGE | PROFESSIONAL CHARGE | TOTAL CHARGE |
|---|---|---|---|---|---|---|
|  |  |  | *** 250 PHARMACY |  |  |  |
| 08/20 | 4 | 1795 | KETOROLAC 60MG/2ML VIAL | 28.68 |  | 114.70 |
|  |  |  | TOTAL PHARMACY |  |  | 114.70 |
|  |  |  | *** 300 LABORATORY |  |  |  |
| 08/20 | 1 | 4450 | URINALYSIS,DIPSTICK (AUTOMATED | 43.80 |  | 43.80 |
|  |  |  | TOTAL LABORATORY |  |  | 43.80 |
|  |  |  | *** 320 DX X-RAY |  |  |  |
| 08/20 | 1 | 2110 | DX-LUMBAR SP W/OBL | 523.45 |  | 523.45 |
| 08/20 | 1 | 3511 | DX-HIP LT 2 V. INCLUDES PELVIS | 325.15 |  | 325.15 |
|  |  |  | TOTAL DX X-RAY |  |  | 848.60 |
|  |  |  | *** 450 EMERGENCY ROOM |  |  |  |
| 08/20 | 1 | 1203 | INJECTION(THERAPEUTIC), SC/IM | 84.95 |  | 84.95 |
| 08/20 | 1 | 508 | E/R LEVEL IV VISIT W/PROCEDURE | 407.00 |  | 407.00 |
|  |  |  | TOTAL EMERGENCY ROOM |  |  | 491.95 |
|  |  |  | TOTAL CHARGES |  |  | 1,499.05 |
| 09/06 |  | BC1 | I0511BLUE CROSS PAYMENT | 83 |  | 1,499.05 CR |
|  |  |  | TOTAL PAYMENTS/ADJUSTMENTS |  |  | 1,499.05 CR |
|  |  |  | BALANCE DUE |  |  | 0.00 |

EXHIBIT B

(watermark: BAPTIST INSURANCE BENEFITS SIGNED)

- PLEASE KEEP THIS ITEMIZED BILL FOR YOUR INCOME TAX AND OTHER RECORDS.
- IN ADDITION TO YOUR HOSPITAL BILL, YOU MAY RECEIVE SEPARATE BILLS FROM PROFESSIONAL SERVICE FROM YOUR PHYSICIAN, RADIOLOGISTS AND ANESTHESIOLOGISTS.
- "B" DENOTES BABY CHARGES.



**Baptist Medical Center East**
P.O. BOX 241145
MONTGOMERY, ALABAMA 36124-1145

STATEMENT DATE  08/24/06

PATIENT NAME: MARIE C MCNEAR
PATIENT NUMBER: 0623200121
PAGE: 001  EER  11  D1

GUARANTOR'S NAME

MARIE C MCNEAR
248 BITFORD WAY
MONTGOMERY    AL 36108

| ADMISSION DATE | DISCHARGE DATE |
|---|---|
| 08/20/06 | 08/20/06 |
| INTERIM FROM | INTERIM TO |
|  |  |

| POSTING DATE | QTY | SERVICE CODE | SERVICE DESCRIPTION | HOSPITAL CHARGE | PROFESSIONAL CHARGE | TOTAL CHARGE |
|---|---|---|---|---|---|---|
|  |  |  | C250 PHARMACY |  |  | 114.70 |
|  |  |  | C300 LABORATORY |  |  | 43.80 |
|  |  |  | C320 DX X-RAY |  |  | 848.60 |
|  |  |  | C450 EMERGENCY ROOM |  |  | 491.95 |
|  |  |  | TOTAL CHARGES |  |  | 1,499.05 |
| 09/06 |  | BC1 | I0511 BLUE CROSS PAYMENT | 83 |  | 1,499.05 CR |
|  |  |  | TOTAL PAYMENTS/ADJUSTMENTS |  |  | 1,499.05 CR |
|  |  |  | BALANCE DUE |  |  | 0.00 |

*ALL INSURANCE BENEFITS ASSIGNED*

- PLEASE KEEP THIS ITEMIZED BILL FOR YOUR INCOME TAX AND OTHER RECORDS.
- IN ADDITION TO YOUR HOSPITAL BILL, YOU MAY RECEIVE SEPARATE BILLS FROM PROFESSIONAL SERVICE FROM YOUR PHYSICIAN, RADIOLOGISTS AND ANESTHESIOLOGISTS.
- "B" DENOTES BABY CHARGES.



0623200121    MCNEAR,MARIE C



Baptist Health

# I/P AND O/P ADMISSIONS AND FACESHEET

| FC | INIT |
|---|---|
| 11 | RLC |

| PATIENT NO | DATE | TIME | SEX | DOB/AGE | RA | MS | TYPE | SER | STATION ROOM/BED | MED REC NO |
|---|---|---|---|---|---|---|---|---|---|---|
| 0623200121 | 08/20/06 | 1101A | F | 12/11/60 45Y | 2 | M | EER | ER | EER / | 013612 |

**PATIENT**
NAME & ADDRESS: MCNEAR,MARIE C / 248 BITFORD WAY / MONTGOMERY  AL 36108
SS# 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
PH# (334)284-1875
COUNTY MONTGOMERY
EMPLOYER: CAPPS COLLEGE / 3736 ATL HWY / MONTGOMERY AL 36109
EMP PH# (334)272-3857
OCC
EMP STAT EMP FULL TIME
EMP I.D.

**GUARANTOR**
NAME & ADDRESS: MCNEAR,MARIE C / 248 BITFORD WAY / MONTGOMERY  AL 36108
DOB/AGE 12/11/60 45Y
SS# 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
PH# (334)284-1875
REL SELF
EMPLOYER: CAPPS COLLEGE / 3736 ATL HWY / MONTGOMERY AL 36109
EMP PH# (334)272-3857
OCC
EMP STAT EMP FULL TIME
EMP I.D.

**RELATIVE**
NAME & ADDRESS: MCNEAR,CECIL J III / 248 BITFORD WAY / MONTGOMERY  AL 36108
DOB/AGE 01/05/59 47Y
SS# 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
PH# (334)284-1875
REL SPOUSE
EMPLOYER: CIVIL SERVICE / WL DICKERSON DRIVE / MONTGOMERY AL 36109
EMP PH# (334)546-6934
OCC PROFESSIONAL
EMP STAT EMP FULL TIME
EMP I.D.

**REL 2**
NAME & ADDRESS: MCNEAR,CEMERIA
HM PH# (334)549-3258
WK

**INS #1**
INSURANCE CARRIER: BLUE CROSS FEDERAL
SUBSCRIBER ID# R25410064
GROUP PHONE# (800)492-8872
CONTACT ADDRESS P O BOX 10401
GROUP NAME FED.GOV
APPROVAL#
INSURED NAME MCNEAR,CECIL J III
GROUP NUMBER 53533
CONTACT
CITY/STATE/ZIP BIRMINHAM   AL 352020401
REL. TO INSURED 2

**INS #2**
INSURANCE CARRIER: 131100 CHAMPUS/TRICARE ACTIVE
SUBSCRIBER ID# 417820483
GROUP PHONE# (800)403-3950
CONTACT ADDRESS P O BOX 7031
GROUP NAME
APPROVAL#
INSURED NAME MCNEAR,CECIL J III
GROUP NUMBER
CONTACT
CITY/STATE/ZIP CAMDEN   SC 290207031
REL. TO INSURED 2

**INS# 3**
INSURANCE CARRIER:
SUBSCRIBER ID#
GROUP PHONE#
CONTACT ADDRESS
GROUP NAME
APPROVAL#
INSURED NAME
GROUP NUMBER
CONTACT
CITY/STATE/ZIP
REL. TO INSURED

| DIAG CODE | DIAGNOSIS | ALLERGIES | P | PT. CL. |
|---|---|---|---|---|
| | BACK INJURY | | | |

| ACCIDENT TYPE | NATURE OF ACCIDENT | ACCIDENT DATE | TIME |
|---|---|---|---|
| OTHER/HOME ACCIDENT | LIPPED/FELL | 08/20/06 | 1000A |

| ARRIVAL MODE | REFERRING FACILITY | CHURCH/DENOMINATION |
|---|---|---|
| FAMILY DRIVEN | | RNL |

| ADMITTING PHYSICIAN | PRIMARY CARE PHYSICIAN |
|---|---|
| 845 BECKMAN,VICTORIA | HENDON,A STUART |

| ATTENDING PHYSICIAN | REFERRING PHYSICIAN |
|---|---|
| | 845 BECKMAN,VICTORIA |

| LOCATION | E/R PHYSICIAN |
|---|---|

ADMISSION TYPE
EMERGENCY



FS 100    PRINTED BY: mmcgraw    DATE 9/26/2006    Last Printed: 08/20/2006 11:54:59
                                                                   05/06/06              EEZ

# EN-Chart Summary Sheet for Chart ID # E0623200121

Scanned - 8/20/2006  Treatment Area - Main
Workstation ID - WKS010  Workstation Name - East Nurses 3

| Data | Points | HCPCS | ICD9 | CDM# |
|---|---|---|---|---|
| Assessment Nurse Number Not Documented | 0 | | | |
| Nurse Number 12728 | 0 | | | |
| Time/Date (1) Arrival: 2006-08-20 10:50:00 | 0 | | | |
| Time/Date (2) Triage: 2006-08-20 11:18:00 | 0 | | | |
| Time/Date (3) Room: 2006-08-20 11:22:00 | 0 | | | |
| Time/Date (4) Doc: 2006-08-20 12:00:00 | 0 | | | |
| Time/Date (5) Decision: Not Documented | 0 | | | |
| Time/Date (6) Discharge: 2006-08-20 13:25:00 | 0 | | | |
| Triage Nurse Number 12716 | 0 | | | |
| Arrived by Automobile / Other | 0 | | | |
| Communication Deficit - None | 0 | | | |
| Level Of Consciousness Recorded | 0 | | | |
| No Barriers | 0 | | | |
| Nurse Signature (assessment) | 0 | | | |
| Physician/MLP - Beckman - Victoria MD | 0 | | | |
| Safe in Home - YES | 0 | | | |
| Support System - Family/Significant Other | 0 | | | |
| Triage Category 4 | 0 | | | |
| Route of IM | 0 | 90772 | 99.29 | 31771203 |
| Discharge Vitals Taken | 2 | | | |
| Pulse Ox in Triage | 2 | | | |
| Triage vitals taken | 2 | | | |
| Discharge Assessment recorded | 5 | | | |
| Discharge Pain assessed | 5 | | | |
| Information provided by Patient | 5 | | | |
| Pain Scale | 5 | | | |
| Specimen collection | 5 | | | |
| Trauma Assessment | 5 | | | |
| Response to medications recorded | 10 | | | |
| X-Ray preparation | 10 | 7-Prep | 99.99 | |
| Discharged | 15 | | | |
| Lab Test (any) | 25 | | | |
| **Visit - Level 4 ED Services with Procedures** | **96** | **99284-25** | | **31770508** |

I have reviewed and verified the data.

Nurse signature: _____  Billing Coordinator: _____ /kw/

Date reviewed: _____

**End of Report**

Level 0    1-20
Level 1    21-30
Level 2    31-50
Level 3    51-90
Level 4    91-150
Level 5   151-375
Critical Care  376 and up

E0623200121  MCNEAR, MARIE C
DOB: 12/11/60  Age: 45Y  MR #:013812
Admit Date/Time: 08/20/06  1101A
845 BECKMAN, VICTORIA

## Baptist HEALTH — Nursing Chart Long Form, Page 1

○ ER  ○ OP

E0623200121  MCNEAR, MARIE C
DOB: 12/11/60  Age: 45Y  MR #: 013812
Admit Date/Time: 08/20/06  1101A
845 BECKMAN, VICTORIA

Patient Name: McNear    Arrival Time: 1050
Family Doctor: Herndon    Triage Time: 1118

Date: 8/20/06    Source: ● Patient  ○ Other: ____    Birthdate: 12/11/60  Age: 45    ○ Pediatric (>29 days – 12 years)
Sex: ○ M  ● F    LMP: hyst    Weight: 136 kg (Actual)    Height: 5'5"    Immunization status: unk    Last Tetanus: unk

**Allergies:** ● NKA  ○ Latex    Allergy Reaction: ____

**CHIEF COMPLAINT/Reason for Visit:** slipped & fell – pain to hip & back
○ Return visit Same Day
○ Return visit within 72 hours
○ Workers Comp

### MODE / METHOD OF ACCESS

| Arrival Mode: | Entered by: | Patient Admitted from: | Treatment Prior to Arrival: | | |
|---|---|---|---|---|---|
| ● Automobile/Other | ● Ambulatory | ● Home | ● None | ○ O2 Therapy | ○ IV |
| ○ Ambulance / Air | ○ Wheelchair | ○ Physician Office | ○ Ice | ○ Airway | ○ Medications |
| ○ Law enforcement | ○ Stretcher | ○ Nursing Home | ○ Dressing(s) | ○ Intubation | ○ CPR |
| ○ Auto Assist | ○ Carried | ○ Hospital | ○ Splint(s) | ○ Monitor | ○ Glucose ____ |
|  | ○ Other | ○ Other | ○ C-collar/Backboard | ○ ACLS Protocol | ○ Decon |

**VITAL SIGNS TAKEN:** ○ SITTING  ○ LYING  ○ STANDING    Orthostatic Vital Signs    **PAIN SCALE**

| Time | Temp | Route | Pulse | Resp | B/P | Pulse Ox | Time | >10 | (fig) | (fig) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1118 | 98° | po | 76 | 18 | 116/91 | 95% | Pulse | | | |
| | | | | | | | B/P | | | |

Numeric Scale  0=No Pain  10=Worst Pain Imaginable
● Pain Intensity Rate: 8  @ rest: ____
○ Face Scale: (Faces Scale/Wong & Baker) / FLACC

**Level of consciousness:** ● A&O x3   ○ disoriented to: person / place / time / situation   ○ dementia   ○ decreased LOC   ○ unconscious/comatose

**Skin:** ● Warm & Dry  ○ Hot  ○ Cool  ○ Cold  ○ Clammy  ○ Diaphoretic  ○ Pale

**Safe in home:** ● Yes  ○ No  Intervention: ____

Onset of pain: today
Location of pain: Back
Quality: strong

**ADVANCE DIRECTIVES**  ○ DNR  ○ LIVING WILL  ● NONE  ○ Information Given
**Past Medical History:** ● Denies  ○ Unable to Assess
Exposure to: ○ HIV  ○ Aids  ○ SARS  ○ STD  Symptoms: ____
Vaccinations: ○ Pneumonia  ○ Influenza  ○ Information Provided
Tobacco Ø Pack/day  Alcohol Ø drinks/day  Substance Abuse Ø ____   ○ Cessation Advised
Neuro: CVA  TIA  Migraines  Seizures
EENT: Cataract  Glaucoma  HOH  Blind
Cardiac: MI  CHF  CABG  HTN  Pacer  Dysrhythmia
Pulmonary: Asthma  Bronchitis  COPD  Pneumonia
GI: Ulcers  GI Bleed  Constipation  Diverticulitis
GU: UTI  Kidney Stone  Prostate  Dialysis  AV Shunt
GYN: Pregnant now  Ectopic
Ortho: Osteo  Arthritis  Back pain
Endo: Thyroid  Diabetes
Cancer: ____
Psychiatric: Depression  Alzheimer  Autism  Parkinson's  Bi-polar  Schizophrenia  Prior Psych Admit  Hostile on admission

**Trauma Assessment** ● Yes  ○ No
○ Assault     ○ MVC Speed ____
○ Stab        Impact: Rear / Front / T-Bone
○ GSW        ○ Driver  ○ Passenger
○ Fire        ○ Front  ○ Rear
● Fall ____  ○ Airbag  ○ Restrained
○ Motorcycle  ○ Bicycle
Helmet  ○ Yes  ○ No
○ Other

**CURRENT MEDICATION(S)**   Meds Disposition: ○ Patient  ○ Family  ○ Other
○ None    ○ See Medication List (attached)    neurotin  Premarin  Lozol
○ Narcotics    Drug: ____    Count ____    Nurse 2

**TRIAGE INTERVENTION(s):** ○ Ice/Elevation  ○ Dressing/Splint  ○ Glucose ____  ○ EKG  ○ C-Collar  ○ Respiratory Precautions

Triage Category: ○1 ○2 ○3 ●4 ○5
Triage disposition time 1122 TO ○ Waiting Room  Time ____
Time 1122 ● ER Bed 18  ○ FT Bed ____  ○ Hallway Bed ____
Triage Nurse Signature: Trotter RN 12716  ID#

PRINTED BY: mmcgraw    DATE 9/26/2006

Form ER 16002 Rev. 06/13/06

| Airway and C-spine | O Clear | O Obstructed | |
|---|---|---|---|
| ◉ WNL | O Intubated size ____ cm @ lip _____ | | |
| O Abnormal | O C-spine secured by ED staff | | |

E0623200121  MCNEAR, MARIE C
DOB: 12/11/60   Age: 45Y   MR #: 013812
Admit Date/Time: 08/20/06   1101A
845 BECKMAN, VICTORIA

| Breath Sounds | | Rales | Rhonchi | Wheezes | Diminished | Absent |
|---|---|---|---|---|---|---|
| ◉ WNL / Clear | R | O | O | O | O | O |
| O Abnormal | L | O | O | O | O | O |

| Respiratory | O Labored | O Apneic | O Expiratory Grunting | O Home Oxygen ____ L/min |
|---|---|---|---|---|
| ◉ WNL | O Rapid | O Retractions | O Cough - Productive | |
| O Abnormal | O Shallow | O Stridor | O Cough - Non-productive | |
| | O Nasal Flaring | O Tracheal deviation | O Sputum: color ____ | |

| Cardiovascular | O Thready/weak | O Chest Pain/Tightness | O Irregular | Notes: Monitor Rhythm |
|---|---|---|---|---|
| ◉ WNL | O Diaphoresis | O Dizziness | O Cyanosis | |
| O Abnormal | O Arrhythmia ____ | O Edema | O Pulses X 4 | O See Strips   O ICD |

| Neurological | O LOC | O Combative | O Lethargic | Notes: |
|---|---|---|---|---|
| ◉ WNL | O Headache | O Syncope | O Tremors | O Seizure precautions |
| O Not Assessed | O Disoriented | O Seizures | O Vertigo/Dizzy | O Neuro vital signs (see NN) |
| O Playful | O Speech difficulty / slurred | O Confusion | O Unresponsive | O Glasgow Coma Scale ____ |
| O Interactive with environment | O Responds to Voice only | O Responds to Pain only | O Follows commands | O CVA Protocol (NIH Stroke Scale) |
| | O Change in mental status | O Moves all extremities | | |

| GI | O N/V/D | O Cramping | O Constipation | O Rigid Abd | O Nutritional risk  Yes  No |
|---|---|---|---|---|---|
| O WNL | vomiting x ____ | O Pain | O Distention | O Tender Abd | O Dentures  Upper  Lower |
| ◉ Not Assessed | O BS + - | O Bleeding | O Weight Loss / Gain | O Last BM ____ | O Meal Given |

| GU / GYN | O Pregnant | O Pain | O Freq/urgency | O Amenorrhea | Notes: |
|---|---|---|---|---|---|
| O WNL | G__ P__ A__ | O Distention | O Incontinent | O Dysmenorrhea | O Ostomy ____ |
| ◉ Not Assessed | EDC ____ | O Hematuria | O Flank pain L  R | O Vaginal Bleeding | O Foley size ____ |
| | O FHTs ____ | O Burning | O Blood at Meatus | O Discharge | Urine description: |

| Musculo-skeletal | ◉ Pain | O Unable to Assess Gait | O Splinting | Notes: R  L  Handed |
|---|---|---|---|---|
| O WNL | O Swelling | O Unsteady gait | O Weakness | Gait Device: Cane  Walker |
| O Not Assessed | O Deformity | O Assist Device | O History of falls | Crutches  W/C  Prosthesis |

| Integumentary | O Bruises | O Wound | O Pale  O Cyanotic  O Jaundice | Notes: |
|---|---|---|---|---|
| ◉ Intact | O Rash | O Laceration | O Fistula : Location ____ | O Exposure to Chemicals |
| O Not Assessed | O Abrasions | O Lesions | O Bruit + -       O Thrill + - | O Burns |

| EENT: | O Eye R  L  Both  Pupil size R __ mm  L __ mm  Hearing Aid: R  L  B | O Visual Acuity |
|---|---|---|
| O WNL | O Ear R  L  Both   O Drainage   O Itching   O Pain | R 20/___  L 20/___  B 20/___ |
| ◉ Not Assessed | O Nose   O Throat   O Dental   O Congestion   O Redness | Glasses  Contacts |

| Psychiatric: | O Memory changes  O Delusions | O Calm   O Suicidal ideations | Notes: |
|---|---|---|---|
| O WNL | O Depression   O Insomnia | O Hostile  O Homicidal ideations | O Environment secured |
| ◉ Not Assessed | O Anxiety   O Hallucinations | O Agitated   Plan?  Yes  No | O Restraints Present |

| Suspected: ◉ None | Communication Deficit: | Barriers to learning: ◉ None | Support System: |
|---|---|---|---|
| O Child/Elder Abuse | ◉ No deficit | O Physical limits ____ | O Lives Alone |
| O Sexual Assault | O Language barrier | O Emotional ____ | ◉ Family/Significant Other |
| O Domestic Violence | O Hearing Impaired | O Cultural ____ | O Minor w / Parent |
| O Victim of Violent Crime | O Uses Sign Language | O Religious/Spiritual ____ | O Minor w/o Parent |
| Referrals/Reporting: | O Visually Impaired | O Suspected low literacy skills | O Nursing Home |
| O Social Service | O Altered Mental Status | O Developmental disability | O Assisted Living Home |
| O Behavioral Health | O Translator ____ | | O Other |
| O Police / Security | Dominant Language: ____ | Safety measures addressed | Marital Status: S  M  W  D |
| O CPS / APS / DHHR | | ◉ Side rails Up   ◉ ID Bracelet On | |
| O Animal Bite | Developmental Milestones | ◉ Risk of falls   O Falls Bracelet | |
| O Poison Control | PRINTED Achieved O Delayed | Nurse Signature (Nurse completing assessment)   ID #   Time |
| O SART / SANE | | DATE 9/26/2006   [signature] RN 12728   1130 |



E0623200121  MCNEAR,MARIE C
DOB: 12/11/60  Age:45Y  MR #:013812
Admit Date/Time: 08/20/06  1101A
845 BECKMAN, VICTORIA



**Baptist HEALTH** — Nursing Chart Long Form  Page 3

Patient Name: _____

### MEDICATIONS

IV Push is medications given in < 16 minutes     (Put medications in the same syringe on one line)

| Time | IV Push | IM | SC | PO | Other | Repeat Med | Medication | Dose | Site | Initials | Time | Pain Scale / Other | Initials |
|------|---------|----|----|----|-------|-----------|-----------|------|------|----------|------|-------------------|----------|
| 1215 | O | ● | O | O | O | O | Toradol | 60 mg i.p. | ② | CS | 1325 | 2 | CS |
|  | O | O | O | O | O | O |  |  |  |  |  |  |  |
|  | O | O | O | O | O | O |  |  |  |  |  |  |  |
|  | O | O | O | O | O | O |  |  |  |  |  |  |  |
|  | O | O | O | O | O | O |  |  |  |  |  |  |  |
|  | O | O | O | O | O | O |  |  |  |  |  |  |  |
|  | O | O | O | O | O | O |  |  |  |  |  |  |  |
|  | O | O | O | O | O | O |  |  |  |  |  |  |  |

O TD Adult   O DT Pedi   O Tetanus Toxoid   O Rabies   O Rabies IG   O Other   O VAR Completed

Thrombolytics: O Cardiac   O Stroke   O Vasopressors   O Intraosseous Infusion   O No response to med required

### PARENTERAL THERAPY - IV FLUIDS     O IV Pump   O Warmed solution   O Buritrol

| Site | Per Hr IV | KVO | Lock | Start TIME | Stop TIME | Hydration | Medication | Solution/Additive Medication | Rate/Bolus | Repeat Med | Initials |
|------|-----------|-----|------|-----------|----------|-----------|-----------|------------------------------|-----------|-----------|----------|
| 1 Time | O | O | O | Site ___ |  | O | O |  |  | O |  |
|  |  |  |  | Gauge ___ |  | O | O |  |  | O |  |
|  |  |  |  | Attempts x___ |  | O | O |  |  | O |  |
|  |  |  |  |  |  | O | O |  |  | O |  |
| 2 Time | O | O | O |  |  | O | O |  |  | O |  |
|  |  |  |  | Site ___ |  | O | O |  |  | O |  |
|  |  |  |  | Gauge ___ x___ |  | O | O |  |  | O |  |
| 3 Time | O | O | O |  |  | O | O |  |  | O |  |
|  |  |  |  | Site ___ |  | O | O |  |  | O |  |
|  |  |  |  | Gauge ___ x___ |  | O | O |  |  | O |  |

| INTAKE | Amount | OUTPUT | Amount |
|--------|--------|--------|--------|
| Oral |  | Urine |  |
| IV |  | Gastric |  |
| Other |  | Other |  |
| TOTAL |  | TOTAL |  |

Response to IV therapy
O Tolerated well, no adverse reaction noted

Blood Transfusion
O Routine   O Emergent
Total # of units ___

IV Site at disposition
Time: ___   O Patent   O Discontinued
O No redness   O No swelling   O catheter intact

Vital Signs     O Continuous NIBP (strips attached)     Titrated Medications     O See flow sheet

| Time | Temp | Pulse | Resp | B/P | Pulse Ox | Glucose Checks | Pain Scale | Time | Med #1 | Med #2 | Med #3 | Initials |
|------|------|-------|------|-----|----------|---------------|-----------|------|--------|--------|--------|----------|
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |

PRINTED BY: mmcgraw     DATE 9/26/2006

Form ER 16002 Rev. 03/01/06

## PROCEDURES / TREATMENT CARE

**EYE**
- O Eye Exam – *NO FB found*
- O FB Eye Exam/Slit lamp
- O FB Eye Exam/No Slit lamp
- O Eye irrigation  R  L  Both
  Amount _____

**NOSE/EAR**
- O Nasal Cautery
- O Nasal packing-anterior
- O Nasal packing-posterior
- O Nasal packing-balloon
- O Ear irrigation (ear wax) R L

Patient label:
E0623200121  MCNEAR, MARIE C
DOB: 12/11/60  Age: 45Y  MR #: 013812
Admit Date/Time: 08/20/06  1101A
845 BECKMAN, VICTORIA

O Procedure *"Time Out"* by: _____

**CARDIOLOGY**
- O Cardiac monitor
- O EKG – by ED staff
- O Repeat EKG by ED staff
- O Pulse Ox-continuous
- O Central line  O <5yr  O ≥5yr
- O External pacer
- O Temporary internal pacer
- O Cardioversion (electric)
- O Pericardiocentesis
- O Declot vascular device
- O PICC line  O <5yr  O ≥5yr
- O Arterial Blood Gas
- O Blood / Needle exposure

**GI / GU**
- O Straight/quick cath for UA
- O Foley catheter  Size _____
- O Bladder irrigation
- O Foley removed
- O Rectal exam  O Anoscopy
- O Rectal disimpaction
- O Enema  O Repeat x ___
- O NG w/ suction _____
- O NG w/ Lavage _____
- O G-tube replace  O Reposition
- O Pelvic Exam
- O Sexual Assault Exam
- O Incontinence Care

**RADIOLOGY**
- ● X-Ray preparation
- O CT  US  MRI  IVP ___
- O IV contrast   O Oral contrast
- O Monitor in radiology / CT

**LAB**
- O Venipuncture (ED Staff)
- ● Lab Test (any)
- ● Specimen collection (not blood)
- O Point of care test
- O Urine Dip   O Rapid Strep
- O Central line blood draw
- O Hemocult   +   –
- O Genital cultures

**SPECIAL PROCEDURES**
- O Isolation (Medical)
- O Lumbar puncture
- O Epidural blood patch
- O Procedural sedation IV/IM
- O Paracentesis / Dx lavage
- O Hypothermia care
- O Hyperthermia care

**BEHAVIORAL MANAGEMENT**
- O Psychiatric evaluation
- O Restraints
- O Seclusion or 1:1 obs
- O Involuntary commitment
- O Psychiatric code called

**PULMONARY**
- O Airway: Oral/Nasal    O Oxygen  Mask  Cannula ___ Liters/min   O End-tidal CO2  + –
- O Intubation Tube: _____    O Cricothyroidotomy    O Thoracentesis (Needle)
- O PTA  O ED  O Anesthesia    O Tracheostomy    O Chest tube insertion  Tube size: ___  R/L  O Bilateral
- O Rapid sequence induction    O Trach Care
- O Ventilation assist Bi-Pap C-Pap    O Suction Oral/Nasal/Trach    O Nebulizer(s) X ___

- O CPR
- O CODE  Time: ___
- Medical  Pediatric  Trauma
- O Code Sheet Completed
- Trauma team  O 1  O 2  O 3

## DISPOSITION / OUTCOME

**PATIENT PROPERTY:**  O Sent home  O Secured / hospital safe  O Patient retains/accepts responsibility  O Sent with patient
O Dentures  O Glasses  O Hearing device  O Clothing  O Cane  O Crutches  O Walker  O Valuables  O Other: ___

- ● Discharged Time 1325
  - O Nursing Home
  - O AMA signed unsigned
  - O LBMSE
- Admitted  Time ___  Room ___
  - O Regular Room
  - O Telemetry  O ICU / CCU
  - O Surgery  O Cath Lab
  - O Psychiatric  O Observation
- Transferred  Time: ___
  - O Hospital
  - O Psychiatric
  - O Extended Stay (>4 hours)
- O Expired  Time: ___
  - O Coroner called
  - O Released to Funeral Home
  - O Organ donation addressed
  - Notes:

## TEACHING / DISCHARGE CARE        CORE MEASURES:  O AMI   O Pneumonia   O Heart Failure   O Stroke

- Smoking cessation advised  O <3 min  O ≥3 min
- O Discharge Instruction sheet provided
- ● Verbal understanding of discharge / RX
- O Meds dispensed by physician _____
- O Extended patient education
- O Work/School Excuse (see copy)

Instruction(s) given to:
- ● Patient
- O Parent / Family
- O Friend
- O Other

Discharge Mode:
- ● Ambulatory  O Carried
- O Ambulance  O Crutches
- O Wheelchair  O Stretcher

Accompanied by:
- ● Self / Parent
- ● Spouse  O Friend
- O Police  O Family
- O Other

O Workers Comp Papers Initiated (see copy)    O ED Boarder  Time: ___

### TRIAGE OUT VITAL SIGNS

| Time | Temp | Pulse | Resp | B/P | Pulse OX | Pain Scale | FHT |
|---|---|---|---|---|---|---|---|
| 1825 |  | 70 |  | 129/67 |  | 2 |  |

Triage Out Note: States still moving slow, but feels a little better.

Condition:  ● improved   O unchanged   O ___

Signature and Employee ID: [signature]

Signature and Employee ID  PRINTED BY: mmcgraw    DATE 9/28/2006

Admit Report called to: ___  Time: ___

E0623200121  MCNEAR, MARIE C
DOB: 12/11/60  Age: 45Y  MR #:013812
Admit Date/Time: 08/20/06  1101A
845 BECKMAN, VICTORIA

© 1996 - 2002 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

1 of 1   1 of 2

## Baptist Health
## EMERGENCY PHYSICIAN RECORD
### Hip Injury (5)

10

DATE: _____  TIME: 1200  ROOM: 18  ____ EMS Arrival
HISTORIAN: (patient) (spouse) paramedics_____
__ HX / __ EXAM UNOBTAINABLE 2° TO: _____

**HPI**

**Chief complaint:** Injury to Hip R (L) (Pelvis area)

**duration / occurred:**
✓ just prior to arrival
__ today
__ yesterday
_____ days PTA

**where occurred:**
__ home
__ nursing home

**context:**
✓ fell (tripped / (slipped) / lost balance)  __ fainted
Slipped ~~into~~ onto wet floor

**severity of pain:** __ mild  ✓ moderate  __ severe

**symptoms prior to fall:** ✓ none  __ headache  __ chest pain
__ palpitations  __ rapid heart rate

**other injuries:** ✓ none  __ blow to head (LOC / dazed)
__ face  __ neck  __ back  __ chest  __ Gastrointestinal
__ other extremities

**subsequent symptoms:**
__ sensory loss  __ motor loss

**PAST HX** (negative)
__ stroke
__ HTN
__ hip fracture
__ Parkinson's disease
__ osteoporosis
__ other problems
__ heart disease
__ heart attack (MI) angina heart failure
__ diabetes
__ emphysema
__ deep venous thrombosis

**Surgeries**
__ bypass surgery
__ pacemaker
__ gall bladder surgery
__ appendectomy
✓ hysterectomy
__ tonsillectomy
Rectocele 4wk PTA  SBO
Cystocele 12/05

**Medications** __ none  __ see nurses note
__ ASA  __ ibuprofen  __ acetaminophen

**Allergies** __ NKDA
__ see nurses note

**SOCIAL HX** __ smoker _____ __ drugs
__ alcohol (recent / heavy / occasional)

**FAMILY HX** ⊕ HTN ✓

**ROS**
__ HX / __ EXAM UNOBTAINABLE 2° TO: _____

NEURO
__ headache
__ passed out / seizure

CVS / PULMONARY
__ chest pain
__ cough
   sputum
__ trouble breathing

GI
__ nausea / vomiting
__ abdominal pain
__ diarrhea
__ black / bloody stools

CONST
__ fever

EENT
__ trouble w/ vision
__ sore throat
__ ringing / roaring in ear
__ hearing loss

OTHER
__ trouble urinating
__ skin rash
__ joint pain

☐ all systems neg. except as marked

Similar symptoms previously _____
Recently seen / treated by doctor _____
/s/ _____

x _____ /s/ _____ RN / PA / NP  _____ MD
DATE: 972_____ RN / PA / NP sign after recording history, physician initial after reviewing with patient and confirming or revising all elements.

PRINTED BY: mmcgraw

☑ Nursing Assessment Reviewed  ☑ Vitals Reviewed  ☐ Tetanus immun. UTD

## PHYSICAL EXAM  ✓Alert  __Anxious  __IV
Distress:  __NAD  ✓mild  __moderate  __severe

**EYES**
- ✓ nml inspection
- __ scleral icterus / pale conjunctivae

**ENT**
- ✓ nml ENT inspection
- ✓ pharynx nml
- __ pharyngeal erythema
- __ tenderness / swelling

**NECK**
- ✓ nml inspection
- ✓ non-tender
- __ see diagram
- __ thyromegaly

**CVS**
- ✓ reg. rate & rhythm
- ✓ nml heart sounds
- __ irregularly irregular rhythm
- __ extrasystoles ( occasional / frequent )
- __ PMI displaced laterally
- __ JVD present
- __ murmur grade ___/6  sys / dias
- __ gallop ( S3 / S4 )
- __ decreased pulse(s)
  - R carotd__ fem__ dors ped__
  - L carotd__ fem__ dors ped__

**RESPIRATORY**
- ✓ no resp. distress
- ✓ chest non-tender
- ✓ breath sounds nml
- __ see diagram
- __ splinting ( R / L )
- __ wheezing
- __ rales
- __ rhonchi

T=tenderness
R=rebound
m=mild
mod=moderate
sv=severe
Example- Tsv indicates severe tenderness.

**GASTROINTESTINAL**
- ✓ non-tender
- ✓ no organomegaly
- __ see diagram
- __ tenderness  diffuse
- __ guarding / rebound
- __ hepatomegaly / splenomegaly / mass

**BACK**
- __ non-tender
- ✓ vertebral tenderness
- __ CVA tenderness ( R / L )

**EXTREMITIES**
- __ non-tender
- __ nml ROM
- ✓ no pedal edema
- __ external rotation of leg ( R / L )
- ✓ hip pain on leg movement ( R /(L))
- ✓ hip tenderness ( R /(L))
- __ knee tenderness ( R / L )
- __ pedal edema

**SKIN**
- ✓ color nml, no rash
- ✓ warm, dry
- __ cyanosis / diaphoresis / pallor
- __ skin rash

**RECTAL**
- __ non-tender
- __ heme neg stool
- __ black / bloody / heme pos. stool
- __ tenderness

**NEURO / PSYCH**
- ✓ oriented x3
- ✓ mood / affect nml
- ✓ no motor / sens. def.
- ✓ CN's nml as tested
- __ disoriented to person / place / time
- __ facial droop / EOM palsy / anisocoria
- __ weakness / sensory loss

Hip Injury - 10    PRINTED BY: mmcgraw

## LABS, EKG, XRAYS and PROGRESS

| CBC | Chemistries | K____ | UA |
|---|---|---|---|
| normal except | normal except | CO2____ | normal except |
| WBC____ | BUN____ | Ca____ | WBC____ |
| Hgb____ | Creat____ | Bilirubin____ | RBC's____ |
| Hct____ | Gluc____ | | bacteria____ |
| Platelets____ | Alk Phos____ | Magnesium____ | dip:____ |
| segs____ | Cl____ | BNP____ | |
| bands____ | ALT____ | D-Dimer____ | |
| lymphs____ | AST____ | | |
| monos____ | Na____ | | |

**EKG MONITOR STRIP**  __NSR  __Rate____
__normal  __abnormal

**EKG**  __NML  ☐ Interp. by me  ☐ Reviewed by me  Rate____
__NSR  __nml intervals  __nml axis  __nml QRS  __nml ST/T

not / changed from:____

**XRAYS**   ☑ Interp. by me  ☑ Reviewed by me  ☐ Discsd w/ radiologist
(Hip)( R /(L))   (Pelvis) Femur____
- ✓ nml / NAD   __ femoral fx ( R / L )____
- ✓ no fracture   intertrochanteric / femoral neck
- ✓ nml alignment
- ✓ nml soft tissues

**CXR**
- __ nml / NAD   __ rib fracture
- __ no infiltrates   __ infiltrate / atelectasis
- __ nml heart size
- __ nml mediastinum

**OTHER**  ☐ See separate report

Re-evaluation time____  __unchanged  __improved  __re-examined
Re-evaluation time____  __unchanged  __improved  __re-examined
Re-evaluation time____  __unchanged  __improved  __re-examined

**TREATMENT:**
- (analgesic)  PO (IM) IV
- Sedation  PO IM IV

**MEDICAL DECISION:**
- ✓ Rx given
- Follow up with _Heron_
- __ referred to / discussed with Dr.____
- will see patient in:   office / ED / hospital in ____ days

- Counseled patient / family regarding:   __ CRIT CARE- 30-74 min
  lab results  diagnosis  need for follow-up    75-104 min ____ min
- __ Admit orders written   __ Additional history from:
- __ Prior records ordered   family  caretaker  paramedics

## CLINICAL IMPRESSION:  Fall
Hip Fracture  R / L
  Femoral Neck   Intertrochanteric   Subcapital   Comminuted   Impacted
Hip Contusion R / L
(Hip Sprain)/ Strain R /(L)
Pelvic Fracture  R / L
Femoral Shaft Fracture  R / L

**DISPOSITION-**  ☑ home  ☐ admitted  ☐ transferred
**CONDITION-**  ☐ unchanged  ☐ improved  ☑ stable

x_____ MD / DO   x___/V_____ MD /DO
       Resident                           Attending

☑ Hx review, Patient interviewed, Medical Decision Making, and Examined by Physician.

DATE  9/26/2006

```
E0623200121     MCNEAR, MARIE C
DOB: 12/11/60   Age: 45Y   MR #:013812
Admit Date/Time: 08/20/06   1101A
845 BECKMAN, VICTORIA
```

Patient Information



# AERAS PHYSICIAN ORDER SHEET
## Baptist HEALTH

| Date/Time | TEST | SYMPTOMS | | |
|---|---|---|---|---|
| | **LABORATORY** | | | |
| | ☐ 911 Trauma Panel | CBC<br>Comprehensive Metabolic<br>Troponin | Alcohol<br>Urinalysis<br>Pregnancy Test | PT PTT<br>Type & Cross 2 Units – OR –<br>O-Negative Emergency Release |
| | ☐ 922 Trauma Panel | CBC<br>Comprehensive Metabolic<br>Troponin | Alcohol<br>Urinalysis<br>Pregnancy Test | PT PTT<br>Type & Screen |
| | ☐ 933 Trauma Panel | CBC<br>Basic Metabolic<br>Urinalysis | Pregnancy Test | |
| | ☐ ABG | ☐ Acute Asthma<br>☐ Acidosis<br>☐ Alkalosis<br>☐ Burns to Face<br>☐ Cardiopulmonary Arrest<br>☐ CHF | ☐ COPD<br>☐ Dyspnea (unexplained)<br>☐ Hypoventilation<br>☐ Morbid Obesity<br>☐ Multiple Trauma<br>☐ Noxious Gas Inhalation | ☐ Pleural Effusion<br>☐ Pneumonia<br>☐ Pneumothorax<br>☐ Pulmonary Embolus<br>☐ Respiratory Distress<br>☐ Other _____ |
| | ☐ AccuChek | ☐ Decreased LOC<br>☐ Hx of Diabetes/Hypoglycemia | | ☐ Other |
| | ☐ Amylase<br>☐ Lipase | ☐ Abdominal Pain<br>☐ Diabetes<br>☐ Nausea/Vomiting | ☐ Other | |
| | ☐ BMP Basic Metabolic Panel | ☐ Complications Related to<br>☐ Pregnancy<br>☐ Diabetes Complications<br>☐ Dizziness/Giddiness<br>☐ Drowsiness | ☐ Edema<br>☐ Febrile Convulsions<br>☐ Glomerulonephritis<br>☐ Hypertensive Disease | ☐ Hypoglycemia<br>☐ Long-term use of Medications<br>☐ Seizure (convulsion)<br>☐ Other _____ |
| | ☐ CMP Comprehensive Metabolic | ☐ Acidosis<br>☐ Alkalosis<br>☐ CHF<br>☐ Coma<br>☐ Diabetes<br>☐ Diarrhea | ☐ Dehydration<br>☐ Dizziness<br>☐ Drowsiness<br>☐ Edema/Ascities<br>☐ Hypertension<br>☐ Long-term Medication(s) | ☐ Malnutrition<br>☐ Nausea/vomiting<br>☐ Pulmonary Edema<br>☐ Seizure<br>☐ Other _____ |
| | ☐ BNP | ☐ Congestive Heart Failure<br>☐ Edema/Lower Extremities | ☐ Pulmonary Edema<br>☐ SOB | ☐ Other |
| | ☐ CBC | ☐ Abdominal Pain<br>☐ Abnormal Bleeding<br>☐ Blood Loss – Hemorrhage<br>☐ Chills<br>☐ Epistaxis<br>☐ Fatigue/Malaise<br>☐ Flank Pain | ☐ Infection<br>☐ Hemoptysis<br>☐ High Risk Medication(s)<br>☐ Lethargy<br>☐ Long-term Medications<br>☐ Lymphadenopathy<br>☐ Malnutrition | ☐ Pallor<br>☐ Postural Dizziness<br>☐ Short of Breath – Apnea<br>☐ Splenomegaly<br>☐ Weakness<br>☐ Weight Loss<br>☐ Other _____ |
| | ☐ D-Dimer | ☐ Erythema<br>☐ Lower Extremity Pain | ☐ Swelling<br>☐ Tenderness | ☐ Other |
| | ☐ Digoxin | ☐ Arrhythmia (A-Fib/A-Flutter/Abberancy)<br>☐ Concomitant Use of Interacting Drug<br>☐ CHF | ☐ Digoxin Toxicity<br>☐ Anorexia<br>☐ Nausea ☐ Vomiting ☐ Diarrhea<br>☐ Abdominal Pain<br>☐ Headache | ☐ High Risk Patient<br>☐ Long-term Medication(s)<br>☐ Other _____ |
| | ☐ Magnesium | ☐ Abnormal Weight Loss<br>☐ Arrhythmia(s)<br>☐ Chronic Alcoholism<br>☐ Coma<br>☐ Convulsion<br>☐ Diabetic Acidosis<br>☐ Diuretic Therapy | ☐ Drowsiness<br>☐ Drug Abuse<br>☐ Fatigue/Malaise<br>☐ Hypocalcemia<br>☐ Hypokalemia<br>☐ Long-term Medication(s)<br>☐ Muscular Paralysis | ☐ Pre-eclampsia<br>☐ Shock<br>☐ Syncope<br>☐ Tetany<br>☐ Tremor<br>☐ Other _____ |
| | ☐ PT-INR<br>☐ PTT | ☐ Acute MI<br>☐ Acute Pancreatitis<br>☐ A-Fib/A-Flutter<br>☐ Anemia | ☐ Epistaxis<br>☐ GI Bleeding<br>☐ Hematuria<br>☐ Hemorrhage | ☐ Long-term Antibiotics<br>☐ Poisoning by Anticoagulant<br>☐ Unstable Angina<br>☐ Vitamin K Deficiency |



PAGE 1 OF 4    Form #ER 16005 Revised 06/01/06

PRINTED BY: mmcgraw    DATE 9/26/2006



E0623200121  MCNEAR, MARIE C
DOB: 12/11/60  Age:45Y  MR #:013812
Admit Date/Time: 08/20/06  1101A
845 BECKMAN, VICTORIA



# AERAS PHYSICIAN ORDER SHEET

| Date/Time | TEST | SYMPTOMS | | |
|---|---|---|---|---|
| | **LABORATORY** | | | |
| | ☐ Troponin I | ☐ Abnormal Electrocardiogram<br>☐ ACS (Angina, Acute MI)<br>☐ Apnea/SOB/Wheezing | ☐ Arrhythmia/Tachycardia<br>☐ Chest Pain<br>☐ Injury to Thorax, Abdomen, Pelvis | ☐ Respiratory Distress<br>☐ Insufficiency<br>☐ Other _____ |
| 1205 ✓ | ☑ Urinalysis<br>☑ Clean Catch<br>☐ Cath | ☐ Abdominal Pain<br>☐ Diabetes<br>☐ Dysuria<br>☐ Edema<br>☐ Fever | ☐ Flank Pain<br>☑ Hematuria<br>☐ Hesitancy<br>☐ Hypertension<br>☐ Known Kidney Disease | ☐ Long-term Medications<br>☐ Nocturia<br>☐ Pelvic Pain<br>☐ Trauma to Kidney/Urinary Tract<br>☐ Other _____ |
| | ☐ Foley Catheter | Record Output | | |
| | ☐ Blood Cultures | X's ___ | ☐ Fever | ☐ Other |
| | ☐ Hemoccult<br>☐ Gastroccult | Other | | |
| | ☐ GC Chlamydia<br>☐ Wet Prep | ☐ Herpes | Other | Other |
| | ☐ Urine Pregnancy<br>☐ Serum Pregnancy | ☐ Qualitative<br>☐ Quantitative | | |
| | ☐ ETOH Level | ☐ Urine Drug Screen<br>☐ Serum Drug Screen | ☐ Other Drug Level(s) _____ | |
| | ☐ Other Lab Tests | ☐ | ☐ | ☐ |
| | ☐ Type (Rh)<br>☐ Type & Screen<br>☐ Type & Cross | X's ___ Units | ☐ Other Blood Products _____ | |
| ⓟ 1205 Ⓛ hip 2° fall | | **RADIOLOGY** | | |
| Ⓓ 1205 | X-ray<br>☐ C-Spine<br>☐ T-Spine<br>☑ L-Spine | ☐ Deformity<br>☑ New Injury<br>☐ Old Injury<br>☐ Pain | ☐ Trauma<br>☐ Other | |
| | X-ray<br>☐ Chest<br>☐ Portable<br>☐ Standing PA/L | ☐ Abnormal Sputum<br>☐ Abnormal Weight Loss<br>☐ Abnormal X-ray<br>☐ Chest Pain<br>☐ Clubbing of Fingers | ☐ Coma<br>☐ Cough<br>☐ Cyanosis<br>☐ Fever<br>☐ Hemoptysis | ☐ Palpitations<br>☐ Respiratory Infection<br>☐ Respiratory Distress<br>☐ Shock<br>☐ Other _____ |
| | X-ray<br>☐ Abdominal Series<br>☐ KUB | ☐ Abdominal Pain<br>☐ Abdominal Rigidity<br>☐ Abdominal Swelling<br>☐ Abdominal Tenderness<br>☐ Aneurysm<br>☐ Ascites | ☐ Blunt/Penetrating Trauma<br>☐ Edema<br>☐ Extravasation of Urine<br>☐ Fever<br>☐ Hepatomegaly/Splenomegaly<br>☐ Injury to Blood Vessels | ☐ Infection, Post Op<br>☐ Internal Injury (Thorax)<br>☐ Abdomen & Pelvis)<br>☐ Liver Disease<br>☐ Renal Colic<br>☐ Other _____ |
| | X-ray<br>Upper Extremity<br>☐ R ☐ L | ☐ Deformity<br>☐ New Injury<br>☐ Old Injury<br>☐ Pain | ☐ Trauma<br>☐ Other | |
| | X-ray<br>Lower Extremity<br>☐ R ☐ L | ☐ Deformity<br>☐ New Injury<br>☐ Old Injury<br>☐ Pain | ☐ Trauma<br>☐ Other | |
| | ☐ VQ Scan | ☐ Chest Pain | ☐ SOB | ☐ Other |
| | ☐ CT Head/Brain<br>☐ Without Contrast<br>☐ With & Without | ☐ Closed Head Injury (Concussion)<br>☐ CVA/TIA<br>☐ Delirium/Dementia<br>☐ Headache (excluding _Migraine) | ☐ Occlusion of Artery<br>☐ Penetrating Trauma<br>☐ Seizure<br>☐ Sinusitis (chronic)<br>☐ Stroke | ☐ Subarachnoid – Intracerebral Hemorrhage<br>☐ Suspected Metastasis<br>☐ Syncope/Collapse<br>☐ Other |



PRINTED BY: mmcgraw    DATE 9/26/2006

**Patient Information**

E0623200121    MCNEAR, MARIE C
DOB: 12/11/60    Age: 45Y    MR #:013812
Admit Date/Time: 08/20/06    1101A
845 BECKMAN, VICTORIA



# AERAS PHYSICIAN ORDER SHEET

Baptist HEALTH

| Date/Time | TEST | SYMPTOMS | | |
|---|---|---|---|---|
| | **RADIOLOGY** | | | |
| | CT<br>❏ C-Spine<br>❏ T-Spine<br>❏ L-Spine | ❏ Abnormal gait<br>❏ Abnormal involuntary movement<br>❏ Lack of Coordination<br>❏ Osteomyelitis | ❏ Meningitis<br>❏ Neoplasm<br>❏ Pain<br>❏ Spina bifida<br>❏ Transient paralysis limb | Injuries related to ❏ MVC ❏ GSW<br>❏ Stabbing<br>❏ Other |
| | ❏ CT AngioChest<br>❏ With IV Only | ❏ Chest Pain<br>❏ Hemoptysis<br>❏ SOB | ❏ Tachypnea<br>❏ Other | |
| | ❏ CT Pelvis Abdomen<br>❏ Without Contrast<br>❏ Oral Contrast<br>❏ IV Contrast<br>❏ Rectal Contrast<br>❏ Stone Search<br>❏ Appendicitis Protocol<br>❏ Diverticulitis Protocol | ❏ Abdominal Pain<br>❏ Abdominal Rigidity<br>❏ Abdominal Swelling<br>❏ Abdominal Tenderness<br>❏ Aneurysm<br>❏ Ascites<br>❏ Blunt/Penetrating Trauma<br>❏ Edema<br>❏ Extravasation of Urine<br>❏ Fever<br>❏ Hepatomegaly/Splenomegaly | ❏ Injury to Blood Vessels<br>❏ Infection, Post Op<br>❏ Internal Injury<br>   (Thorax, ❏ Abdomen & Pelvis)<br>❏ Liver Disease<br>❏ Renal Colic | ❏ Other _____ |
| | ❏ CT Other | | | |
| | ❏ MRI of | | | |
| | ❏ Ultrasound<br>❏ Complete Abdomen<br>❏ RUQ(GB) _____<br>❏ Pelvic _____<br>❏ Obstetrical _____ | ❏ Abdominal Pain<br>❏ Abdominal Tenderness<br>❏ Abnormal X-ray<br>❏ Ascites<br>❏ Abdominal Swelling<br>❏ Abdominal Mass | ❏ Colic<br>❏ Flank Mass<br>❏ Flank Pain<br>❏ Flank Tenderness<br>❏ Hepatomegaly/Splenomegaly | ❏ Pelvic Pain<br>❏ Pelvic Mass<br>❏ Pelvic Tenderness<br>❏ Spleen Mass<br>❏ Other _____ |
| | ❏ Doppler Series | ❏ Erythema<br>❏ Lower Extremity Pain | ❏ Swelling<br>❏ Tenderness | ❏ Other |
| | **CARDIOLOGY** | | | |
| | ❏ BP Both Arms | | | |
| | ❏ Orthostatic VS | | | |
| | ❏ Cardiac Monitor | | | |
| | ❏ EKG | | | |
| | ❏ Repeat EKG | | | |
| | ❏ ECHO | | | |
| | ❏ Cath Lab | | | |
| | **RESPIRATORY** | | | |
| | ❏ Pulse Oximetry | | | |
| | ❏ Oxygen ____ L/min | ❏ Cannula<br>❏ Non-Rebreather Mask | ❏ Non-Simple Mask | |
| | ❏ Nebulizer | ❏ Peak Flow<br>❏ DuoNeb | ❏ Albuterol<br>❏ Atrovent | ❏ Xopenex<br>❏ Other |
| | ❏ Inhaler with space teaching | | | |
| | ❏ C-PAP<br>❏ Bi-PAP | ❏ Vent Settings | | |
| | ❏ Central Line | | | |
| | ❏ Chest Tube | ❏ Right<br>❏ Left | | |

PAGE 3 OF 4    Form #ER 16005 Revised 06/01/06

ER 160

PRINTED BY: mmcgraw    DATE 9/26/2006

```
E0623200121   MCNEAR,MARIE C
DOB: 12/11/60  Age:45Y  MR #:013812
Admit Date/Time: 08/20/06  1101A
845 BECKMAN, VICTORIA
```
Patient Information


Baptist HEALTH

# AERAS PHYSICIAN ORDER SHEET

| Date/Time | TEST | SYMPTOMS | | |
|---|---|---|---|---|
| | | PROCEDURE SET-UPS | | |
| | ☐ Visual Acuity | | | |
| | ☐ Eye Box | ☐ Morgan Lens  ☐ Tetracaine | ☐ Corneal Burr  ☐ Tonopen | ☐ Dacriose  ☐ Woods Lamp |
| | ☐ Nose Tray | ☐ Head Light | | |
| | ☐ Dental Box | | | |
| | ☐ Ortho Box | | | |
| | ☐ Pelvic Exam | | | |
| | ☐ Lumbar Puncture | | | |
| | ☐ NG-Tube | | | |
| | ☐ Splint | | | |
| | ☐ Crutch Walking | | | |
| | ☐ Suture Set-Up | | | |
| | | BEHAVIORAL HEALTH | | |
| | ☐ Psychiatric Evaluation/Screening | | | |
| | ☐ Restraints | See Restraint Order Sheet | | ☐ 1:1 Seclusion |
| | | IV FLUIDS | | |
| | ☐ IV Site _ x1 _ x2 | | | |
| | ☐ IV Bolus | ☐ ____ X500ml | ☐ ____ 1 Liter | ☐ ____ 2 Liters |
| | ☐ IV Fluids | ____ at ____ ml/hr | ____ at ____ ml/hr | ____ at ____ ml/hr |
| | ☐ IV Critical Drips | Cardizem | Nitroglycerin | Dopamine |
| | | Nipride | Integrillin | Other |

| TIME | MEDICATIONS | TIME | MEDICATIONS |
|---|---|---|---|
| 1705 | Toradol 60mg IM | | None |
| | | | |
| | | | ☐ See additional medication order form. |

| TIME | CONSULTS | | | |
|---|---|---|---|---|
| | ☐ Primary Physician  Time Notified  Time Responded | ☐ On-Call Specialist  Time Notified  Time Responded | ☐ GMS/FMS/Hospitalist  Time Notified  Time Responded | ☐ Other  Time Notified  Time Responded |

| DISPOSITION | | | | |
|---|---|---|---|---|
| TIME | DISCHARGE | ADMISSION | TRANSFER | EXPIRED |
| | ☐ Home | ☐ Regular Room #___ | ☐ Hospital | ☐ Coroner Called |
| | ☐ AMA signed unsigned | ☐ Telemetry Room #___ | ☐ Psychiatric/Meadhaven | ☐ Death Certificate Signed |
| | ☐ Elopement | ☐ Observation Room #___ | ☐ Other | |
| | ☐ LBMSE | ☐ Surgery | | |
| | ☐ Work/School Excuse Provided x's ___ Days | | ☐ Workers Comp Papers Initiated | |

PHYSICIAN SIGNATURE: [signature]

EXTENDER SIGNATURE: [signature]

Certified Medical Emergency  ☑ Yes  ☐ No

Dictation #

PAGE 4 OF 4   Form #ER 16005 Revised 06/01/06

ER 160

PRINTED BY: mmcgraw   DATE 9/26/2006

Flowsheet Print Request

Patient: MCNEAR, MARIE C
MRN: E000013812
Date Range: 08/01/06 00:01 - 09/01/06 00:01

Printed by: McGraw, Margarette E.
Printed on: 09/25/06 14:03

| Event Date | Event | Result | Ref. Range | Status |
|---|---|---|---|---|
| 08/20/06 12:40 | U Color | Yellow | | |
| | U Appear | Clear | | |
| | U pH | 7 | | |
| | U Protein | Negative | (Negative - ) | |
| | U Gluc | Normal | (Normal - ) | |
| | U Ketones | Negative | (Negative - ) | |
| | U Occult Blood | Negative | (Negative - ) | |
| | U Leuk Est | Negative | (Negative - ) | |
| | U Nitrite | Negative | (Negative - ) | |
| | U Spec Grav Auto | 1.005 | | |
| | U Bili | Negative | (Negative - ) | |
| | U Urobilinogen | Normal | (Normal - ) | |
| | Micro Exam Req | No | | |

DX Hip Complete Left                           MCNEAR, MARIE C - E000013812

| | |
|---|---|
| Result type: | DX Hip Complete Left |
| Result date: | August 20, 2006 12:24 |
| Result status: | Auth (Verified) |
| Verified by: | Bailey, Joseph M, MD on August 22, 2006 09:14 |
| Encounter info: | BAPTIST EAST, Emergency Room, 08/20/06 - 08/20/06 |

**Reason For Exam**
fall/room 18

**FINDINGS**
MCNEAR, MARIE C.

LEFT HIP:  Three views reveal no radiographic abnormality.

**Signature Line**
ELECTRONICALLY SIGNED BY: Bailey, Joseph M, MD

TECHNOLOGIST: EPJ
TRANSCRIBED DATE AND TIME: 08/20/2006 21:59
TRANSCRIPTIONIST: jh

**Completed Action List:**
* Perform by Johnson, Emily P, ARRT(R) on August 20, 2006 12:24
* Order by Beckman, Victoria MD on August 20, 2006 12:12
* VERIFY by Bailey, Joseph M, MD on August 22, 2006 09:14

Printed by:   McGraw, Margarette E.
Printed on:   09/25/06 14:03

Page 1 of 1
(End of Report)

DX Lumbosac spine, comp AP/lat w/ oblq    MCNEAR, MARIE C - E000013812

| | |
|---|---|
| Result type: | DX Lumbosac spine, comp AP/lat w/ oblq |
| Result date: | August 20, 2006 12:24 |
| Result status: | Auth (Verified) |
| Verified by: | Bailey, Joseph M, MD on August 22, 2006 09:14 |
| Encounter info: | BAPTIST EAST, Emergency Room, 08/20/06 - 08/20/06 |

**Reason For Exam**
fall/room 18

**FINDINGS**
MCNEAR, MARIE C.

LUMBAR SPINE:

Five views reveal no radiographic abnormality.

Signature Line
ELECTRONICALLY SIGNED BY: Bailey, Joseph M, MD

TECHNOLOGIST: EPJ
TRANSCRIBED DATE AND TIME: 08/20/2006 21:59
TRANSCRIPTIONIST: jh

**Completed Action List:**
* Perform by Johnson, Emily P, ARRT(R) on August 20, 2006 12:24
* Order by Beckman, Victoria MD on August 20, 2006 12:12
* VERIFY by Bailey, Joseph M, MD on August 22, 2006 09:14

```
E0623200121    MCNEAR, MARIE C
DOB: 12/11/60   Age:45Y   MR #:013812
Admit Date/Time: 08/20/06   1101A
845 BECKMAN, VICTORIA
```



# Baptist HEALTH

## ER PRESCRIPTION & DISCHARGE INSTRUCTIONS
Page 2 of 3

**DISCHARGE INSTRUCTIONS - PATIENT COPY**

| Weight | Phone | Allergies | | Location SOUTH |

**MEDICINES PRESCRIBED**   If non, check this box: ☐   VOID IF NOT PRINTED WITH CRANBERRY BACKGROUND.

| # | Name/Strength | Number | Schedule/Duration | No Refills | Refills |
|---|---|---|---|---|---|
| 1 | [illegible] 7.5/15 | [illegible] | [illegible] | ✓ | |
| 2 | [illegible] 100 mg | [illegible] | #100 | ✓ | |
| 3 | [illegible] | [illegible] | | ✓ | |
| 4 | | | | ☐ | |
| 5 | | | | ☐ | |

**INSTRUCTIONS SHEET(S) GIVEN**

- ☐ Asthma
- ☐ Back Pain
- ☐ Cast/Splint Care
- ☐ Crutches
- ☐ Fever
- ☐ Fracture
- ☐ Head Injury
- ☐ Otitis Media
- ☐ Sprains / Bruises
- ☑ ST [illegible]
- ☐ Threatened Ab
- ☐ Vomiting / Diarrhea
- ☐ Wound Care
- ☐ Other(s)

Return for signs of infection
Increased Redness
Increased Swelling
Increased Drainage
Increased Heat

**Additional Instructions:**
1. Alternate warm moist heat c̄ Ice every 4hrs

Referred to: ☑ Dr. Hendon
Phone: _____
☐ Call on next business day for follow-up appointment
   in ___ days / weeks   ☐ Next available

☐ Return to Emergency Dept in ___ hours / days for recheck.
☐ If no improvement or your condition worsens, call your private physician or return to the Emergency Department for a recheck.
☐ Learning needs assessed   ☐ Instructions Modified ___
☐ Education provided on new Medication ___

I understand that the treatment I have received was rendered on an emergency basis and is not meant to replace complete care from a primary care provider or clinic. Furthermore, I may have been released before all of my medical problems were apparent, diagnosed, and/or treated. If my condition worsens, I have been instructed to call my primary care provider or return to this facility or the nearest emergency center. I understand that I should NOT drive or perform hazardous tasks if my medication or treatment causes drowsiness. I have read and understand the above, received a copy of this form and applicable instruction sheets, and I will arrange for follow-up care. If diagnostic tests indicate a need for modification in therapy, you will be notified at the phone number you provided.

X Marie McNear   ☐ Patient ☐ Relative ☐ Other ___   Time Released: > 1345 HS

**INSTRUCTED BY:** [signature] RN
**PHYSICIAN:** [signature]

---

**WORK/SCHOOL STATEMENT from the Emergency Department**

| PATIENT | DATE |

- ☐ Patient was seen by Dr. ___
- ☐ No athletics / physical education: ___ days
- ☐ May return to work/school without restrictions
- ☐ Will require time off work / school. Estimated time: ___ days*
- ☐ Must be reevaluated by family / occupational physician before returning to school / work.

- ☐ May return to restricted duties for ___ days*
  Restrictions: ___
- ☐ ___ was here with relative/child.
- ☐ Other ___

Time off from school or work longer than three days should be approved by a Personal or Company/Occupational Medicine Physician, unless otherwise stated.

PRINTED BY: mmcgraw   DATE 9/26/2006   FORM # ER 16008 REV. 03/07/06
ER 160



E0623200121   MCNEAR, MARIE C
DOB: 12/11/60   Age: 45Y   MR #: 013812
Admit Date/Time: 08/20/06   1101A
845 BECKMAN, VICTORIA

Patient Information

 **Baptist** HEALTH

**PATIENT SIGN-IN SHEET**

18

# PLEASE SIGN IN

| TODAY'S DATE | 8-20-06 |
| --- | --- |
| ARRIVAL TIME | 10:50   ☑ AM  ☐ PM |

NAME _Marie C. McNear_     TELEPHONE NUMBER (_334_) _284-1875_
STREET ADDRESS _248 Bitford Way_     AGE _45_   DATE OF BIRTH _12/11/60_
CITY _Montgomery_ STATE _AL_ ZIP _36108_   SOCIAL SECURITY NUMBER _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_

**Why are you here today?** Back & Hip Injury (slipped and fell at a grocery store)
10:00 / 8-20-06 / Winn Dixie - Mobile Hwy

**Patients are not necessarily seen on a first-come-first-served basis.**
Patients are seen based on the severity of illness.

Thank you.

☐ Triage     ☐ EMS Triage

☐ East Emergency Department
☐ Prattville Emergency Department
☐ South Emergency Department

White-Patient Record     Yellow-Registration Copy

Form #ER 16007 Revised 04/02/06


ER 160

PRINTED BY: mmcgraw     DATE 9/26/2006