**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| **In Re:** | **Case No.: 05-03817-3F1** |
| **Winn-Dixie Stores, Inc., et al.** | **Chapter 11** |
| **Reorganized Debtors** | **Jointly Administered** |

## MOTION FOR AN ADMINISTRATIVE EXPENSE CLAIM

COMES NOW Valeria I. Jones [hereinafter "Claimant"] by and through undersigned counsel and hereby files this motion for administrative expense claim to Winn Dixie and/or Winn Dixie Stores, Inc.  In support of this motion, Claimant shows the following:

1.      Claimant had a slip and fall sustaining injury on April 22, 2006 in Debtor's Winn Dixie Store #0520, Selma, Alabama wherein Claimant slipped and fell.  Claimant sustained a hip and back injury.

2.      Through counsel, Claimant sent a letter to Sedgwick Claims dated May 22, 2006 regarding this claim. This notice letter dated May 22, 2006 is attached as Exhibit "A".

3.       As a result of her fall Claimant sustained personal injuries including hip and back pain. Following her fall Claimant was seen at Vaughan Regional Medical Center where she incurred a bill in the amount of $1,025.25 which is attached.  Claimant also incurred medical bills from Rehab Associates in the amount of $4,542.00 and Taylor Internal Medicine in the amount of $1,883.86. The medical bills from these providers total $7,451.11. (See attached Exhibit "B").

4.       In consideration of the above medical bills and treatment Claimant hereby submits a claim to Winn Dixies Stores, Inc. in the amount of $57,000.00

WHEREFORE, above premises considered, Claimant respectfully requests that this

Honorable Court grant its motion for administrative expense claim to Winn Dixie and/or Winn

Dixie Stores, Inc.


Submitted this 19th day of February, 2007.

OF COUNSEL:

**McPhillips, Shinbaum, L.L.P.**

| | |
|---|---|
| 516 S. Perry Street | /s/ Aaron J. Luck |
| P.O. Box 64 | Aaron J. Luck |
| Montgomery, AL  36101-0064 | Attorney for the Claimant |
| PH.(334) 262-1911 | |
| FAX(334) 263-2321 | |


## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the document(s) above via U.S. Mail, postage prepaid, to the person(s) listed below, on this the 19th day of February, 2007:

James Post, Esq.
Stephen D. Busey, Esq.
Smith, Hulsey, & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202
jpost@smithhulsy.com

Matthew Barr, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, New York 10005
mbarr@milbank.com

D. J. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, New York 10036

/s/ Aaron J. Luck
OF COUNSEL