# McPhillips Shinbaum, L.L.L

ATTORNEYS AND COUNSELORS AT LAW
516 SOUTH PERRY STREET
MONTGOMERY, ALABAMA 36104

Julian L. McPhillips, Jr.*
Kenneth Shinbaum
Mary Goldthwaite
Karen Sampson Rodgers
Aaron J. Luck
James G. Bodin**
Joseph C. Guillot
Elizabeth Bern Spear
Allison Highley***

Of Counsel
G. William Gill

TELEPHONE (334) 262-1911
TOLL FREE (866) 224-8664
FAX (334) 263-2321

May 22, 2006

Mailing Address
Post Office Box 64
Montgomery, Alabama 36101

*Also Admitted
in New York

**Also Admitted
in District of Columbia

***Only Admitted
in Washington State

Office Administrator
Amy Strickland

Ms. Sonya Holton, CSA
Winn Dixie Stores, Inc.
P.O. Box B
Jacksonvill, FL 32203

Re:   Our Client:        **Valeria I. Jones**
      Date of Loss:      **April 22, 2006**
      Incident Number:   **#A611203532**
      Location:          **#0520**

Dear Ms. Holton:

Please be advised that this law firm and I represent Ms. Jones with respect to injuries she sustained in a slip and fall in Winn Dixie on April 22, 2006. Please direct all future communications and correspondence to me on behalf of Ms. Jones.

Ms. Jones has not completed her medical treatment at this time. I will forward the medical records to you once we are in receipt of them.

Thank you for your assistance in this matter and I look forward to hearing from you in the near future.

Sincerely,

Aaron J. Luck

AJL/dbp

cc:   Ms. Valeria I. Jones

EXHIBIT
A

# McPhillips Shinbaum, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
516 SOUTH PERRY STREET
MONTGOMERY, ALABAMA 36104

Julian L. McPhillips, Jr.*
Kenneth Shinbaum
Aaron J. Luck
James G. Bodin**
Joseph C. Guillot
Elizabeth Bern Spear
Allison H. Highley***

Of Counsel:
G. William Gill

TELEPHONE (334) 262-1911
TOLL FREE (866) 224-8664
FAX (334) 263-2321

Mailing Address
Post Office Box 64
Montgomery, Alabama 36101

*Also Admitted in NY
**Also Admitted in DC
***Also Admitted in WA
Office Admin. Amy Strickland

February 1, 2007

Ms. Melanie Alm
Sedgwick Claims
P.O. Box 24787
Jacksonville, FL 32241-4787

Re:  **Our Client:**      **Valeria I. Jones**
     **Date of Loss:**    **April 22, 2006**
     **Incident Number:** **#A611203532**
     **Location:**        **#0520**

Dear Ms. Alm:

As you know, this law firm and I represent Ms. Jones regarding the above-referenced matter.

Ms. Jones has completed her medical treatment and as such we are enclosing medical records and bills from the following health care providers:

1.  Medical records and bills from Vaughan Regional Medical Center in the amount of $1,025.25;

2.  Medical records and bills from Taylor Internal Medicine in the amount of $1,883.86;

3.  Medical records and bills from Rehab Associates in the amount of $4,542.00;

As you can see from the above Ms. Jones' total medical expenses are $7,451.11. Because of the medical expenses and pain and suffering Ms. Jones endured from this fall, we are demanding $57,000.00.

Please review the above information and contact me at your earliest convenience. I look forward to working with on this matter and hopefully resolving the same.



EXHIBIT

B

Sincerely,

Aaron J. Luck

AJL/ppm
cc: Valeria Jones

```
PATIENT NO:          8059431    VAUGHAN REGIONAL MED CTR   BILLING DATE   PAGE   1    02810
MED REC NO:          120647     1015 MEDICAL CENTER PKWY      04/26/06
JARANTOR NO:                    SELMA, AL 36701
ATIENT:                         (334) 418-4100             ADMITTED     DISCHARGED
JONES VALERIA I                                            04/23/06     04/23/06
```

```
TLL TO:
    JONES VALERIA I                    EMERGENCY                     FC=13
    523 FIRST AVENUE                   ADMIT THRU DISCHARGE CLAIM
    SELMA           AL
    36701
```

| ATE OF SRVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|
| 320-DX XRAY | | | | | | | |
| 12306 23B635 | 0728 | | | 406588 | 72110 | 1 LUMBOSACRAL MIN 4 VIEW | 477.25 |
| 12306 23B635 | 0728 | | | 406631 | 73090RT | 1 FOREARM 2 VIEWS RT | 226.25 |
| 042306 23B635 | 0728 | | | 406659 | 73510RT | 1 HIP 2 VIEWS RT | 137.75 |
| | | | | | | SUBTOTAL: | 841.25 |
| 450-EMERG ROOM | | | | | | | |
| U42306 23B641 | 0780 | | | 800386 | 9928325 | 1 ER VISIT LEVEL III | 184.00 |
| | | | | | | SUBTOTAL: | 184.00 |

```
                                    TOTAL ANCILLARY CHARGES      1025.25

                                        TOTAL CHARGES    1025.25
                                          PAYMENTS           .00
                                       ADJUSTMENTS           .00
                                           BALANCE       1025.25
```

IANK YOU FOR CHOOSING VAUGHAN REGIONAL MEDICAL
-ENTER FOR YOUR HEALTHCARE NEEDS

```
PATIENT NO:        8059431    VAUGHAN REGIONAL MED CTR   BILLING DATE      PAGE    2    02810
MED REC NO:        120647     1015 MEDICAL CENTER PKWY    04/26/06
JARANTOR NO:                  SELMA, AL 36701
\TIENT:                       (334) 418-4100              ADMITTED       DISCHARGED
JONES VALERIA I                                          04/23/06        04/23/06
```

```
                        DEPARTMENTAL CHARGE SUMMARY
           DEPT             DESCRIPTION                AMOUNT

           0728      RADIOLOGY - DIAGNOSTIC             841.25
           0780      EMERGENCY SERVICES                 184.00


       TOTAL CHARGES:          1,025.25
       TOTAL PAYMENTS:              .00
       TOTAL ADJUST:               .00
```

**Vaughan Regional Medical Center**
1015 Medical Center Parkway  Selma, AL 36701

| JONES,VALERIA I | Serv | FC | Loc | Room | Status | Adm Date | Adm Time | Dis Date | Unit # |
|---|---|---|---|---|---|---|---|---|---|
| Account No: R00008059431 | | 13 | R.ER | | REG ER | 04/23/06 | 1102 | | R000120647 |

### PATIENT
Soc Sec No    DOB    Age
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   11/02/42   63
Address: 523 FIRST AVENUE
         SELMA,AL 36701
Home Ph: (334)875-8275
Language: ENGLISH

Sex MS Race Religion
F   S  B

County: DALLAS
Country: USA

### PATIENT EMPLOYER
CITY OF SELMA
P O BOX 450
SELMA,AL 36701
Work Phone: (334)874-1234
Occupation: PERSONAL DIRECTOR

### GUARANTOR
JONES,VALERIA I                    SS#: 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
Address: 523 FIRST AVENUE
         SELMA,AL 36701
Home Ph: (334)875-8275            County:
Relationship to Patient: SAME AS PATIENT

### GUARANTOR EMPLOYER
CITY OF SELMA
P O BOX 450
SELMA,AL 36701
Work Phone: (334)874-1234
Occupation: PERSONAL DIRECTOR

### OTHER GUARANTOR
Address

SS#:

Home Ph:
Relationship to Patient:

### OTHER GUARANTOR EMPLOYER

Work Phone:
Occupation:

### PERSON TO NOTIFY
JACKSON,MARY

SELMA,AL 36701
Home Phone: (334)872-1635
Relationship to Patient: OT

Work Phone:

### NEXT OF KIN
JONES,LEMUEL

BIRMINGHAM,AL
Home Phone: (205)616-3342  Work Phone:
Relationship to Patient: BR

### INSURANCE #1
BLUE CROSS PPO
450 RIVERCHASE PKWY EAST
BIRMINGHAM AL 35298
Phone: 205-988-2213

Policy # XAB846799933
Coverage # 0
Subscriber JONES,VALERIA I
Rel to Pt  SAME AS PATIENT DOB 11/02/1942
Group 86926 - CITY OF SELMA

### AUTHORIZATION
Treat/Precert -
Ins Verif
Pro Review    Not Required

### INSURANCE #2

Phone

Policy #
Coverage #
Subscriber
Rel to Pt              DOB
Group

### AUTHORIZATION
Treat/Precert
Ins Verif
Pro Review

### INSURANCE #3

Phone

Policy #
Coverage #
Subscriber
Rel to Pt              DOB
Group

### AUTHORIZATION
Treat/Precert
Ins Verif
Pro Review

| Attending Physician | HCIS | Admitting Physician | HCIS | Emergency Room Physician | HCIS |
|---|---|---|---|---|---|
| | | | | NAMBURU,SAI | 0148 |
| Prim Care Physician | HCIS | Family Physician | HCIS | Other Physician | HCIS |
| TAYLOR,BRUCE | 0763 | TAYLOR,BRUCE | 0763 | | |

| Admit Source | Priority | Arrival | Admitted By | REASON FOR VISIT: |
|---|---|---|---|---|
| EMERGENCY ROOM | E | AUTO | RADM.ODC | FELL |

| OCCURRENCE TYPE | | DATE | TIME |
|---|---|---|---|
| 05 | OTHER ACCIDENT | 04/22/06 | 1800 |

JONES,VALERIA I
R00008059431  PRE ER
04/23/06 1102 NAMBURU,SAI
DOB:11/02/42  63    F  MR# R000120647
Vaughan Regional Medical Ctr

RADM.ODC   04/23/06 1511

Unit Number  R000120647          Account Number  R00008059431



**BlueCross BlueShield of Alabama**

**PREFERRED CARE**

An Independent Licensee of the Blue Cross and Blue Shield Association.

VALERIA  I.  JONES

Contract Number
XAB846799933

Effective Date
05-01-2001

Group Number
86926

BS Plan  BC Plan
510 010

HEALTH  DENTAL  VISION          PAC



**Alabama** Driver License

Director of Public Safety
W. M. Coppage

ISS: 11-19-2004
EXP: 10-27-2008

No:6215182

VALERIA I JONES
523 FIRST AVENUE
SELMA AL 36701

| CLASS | ENDORSEMENTS | RESTRICTIONS |
| D | | A |

| D.O.B | S.S.N. |
| 11-02-1942 | 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 |

| SEX | HT | WT | EYES | HAIR |
| F | 5-06 | 130 | BRO | BLK |

# INITIAL ASSESSMENT FORM
Vaughan Regional Medical Center

| | |
|---|---|
| PRIORITY: **4** | Patient: **JONES, VALERIA I** |
| | Pt#: R00008059431 |
| **Non-Urgent** | DOB: 11/02/1942   AGE:   63YRS   Sex: F |
| | MR#: R000120647 |
| | EDP: NAMBURU, SAI S MD |
| DATE: 04/23/2006 | PCP: TAYLOR, BRUCE |
| | Worker's Comp: |
| | Emp. Referred: |

| Presentation Time: 11:11 | Triage Time: 13:19 | Arrival Mode: AMB - POV |
|---|---|---|

Height: 5 ' 6 "  Weight: 139.0 lbs. 63.2 kgs. LMP: N/A     Last Tetanus: N/A      Acc By:      ALONE

| | | |
|---|---|---|
| Chief Complaint: | FALL | **Vital Signs** |
| | | T:  97.9  PO |
| Brief Assessment: | RIGHT HIP PAIN S/P SLIPPING IN WATER AT WINN DIXIE LAST NIGHT | P:  71  Regular |
| | | R:  20  Unlabored |
| | | BP:  139/089 |
| | | O2:  98 % RA |

| | | | | |
|---|---|---|---|---|
| NIGHT SWEATS | NO | HEMOPTYSIS | NO | Pain Intensity Scale: 7 / 10 |
| WEIGHT LOSS | NO | FEVER | NO | Pain Location:  Hip |
| ANOREXIA | NO | | | |

| | |
|---|---|
| Domestic Violence? | NO |
| Abuse History in past year? | NO |
| Fear of Partner? | NO |
| Pneumonia Vaccine | NO |
| Identification Braclet | YES |
| Abuse or Neglect ? | NO |
| HEAD INJURY | NO |
| LOSS OF CONCIOUSNESS | NO |
| TRIPPED OR LOST BALANCE | YES |
| RELAED TO DIZZINESS | NO |

Jden Onset:

| | |
|---|---|
| Pre-Hospital Treatment: | OTC pain meds. |
| Pediatric Assesment: | N/A |
| Past Medical History: | THYROID SURGERY |

**Allergies: LOBSTER, PCN**

Medicines:   SYNTHROID 75MCG DAILY

Nurse Signature: _Lisa Crypton_   LEC

Additional Notes:

Name: **JONES, VALERIA I** Pt#: **R00008059431**
Age: 63YRS DOB: 11/02/1942 Sex: F MR#: R000120647
EDP: NAMBURU, SAI S MD PCP: TAYLOR, BRUCE

Date: 4/23/2006

## NURSING DIAGNOSIS (Number in order of priority. Each patient must have at least one selected.)

- Airway Clearance, Ineffective
- [X] Anxiety
- Breathing Patterns, Ineffective
- Cardiac Output, Decreased
- Comfort, Alteration in
- Other _____

- Communication Impaired
- Coping, Ineffective
- Fluid Volume, Alteration in
- Gas Exchange, Impaired
- Hyperthermis (Fever)

- Infection, Potential
- Injury, Potential
- Knowledge Deficit
- Mobility Impaired
- Non-Compliance
- Other _____

- Self Care Deficit
- Skin Integrity Impairment
- Thought Processes, Impaired
- Thought Processes, Alteration in
- Tissue Perfusion, Alteration in

## The GOAL / PLAN for this patient is to assist in meeting identified needs and initiate interventions for / to:

| | Met | Not Met | Int | | Met | Not Met | Int | | Met | Not Met | Int |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ FB REMOVAL | | | | ☐ IMMOBILIZATION / PROPER ALIGNMENT | | | | ☐ IMPROVEMENT OF BREATHING | | | |
| ☐ BLEEDING CONTROL | | | | ☐ DECREASE / PREVENT SWELLING | | | | ☐ STABILIZE PATIENT IN DISTRESS | | | |
| ☐ PAIN CONTROL | | | | ☐ MAINTAIN STABLE HOMEOSTASIS | | | | ☐ meet ENVIRONMENTAL NEEDS | | | |
| ☐ ALLEVIATE N/V | | | | ☐ MAINTAIN SKIN / TISSUE INTEGRITY | | | | ☐ meet PSYCHOSOCIAL NEEDS | | | |
| ☐ FEVER CONTROL | | | | ☐ PREVENT FURTHER INJURY | | | | ☐ meet SELF CARE ABILITY NEEDS | | | |
| ☐ DECREASE ANXIETY | X | | | ☐ MAINTAIN / IMPROVE CIRCULATION | | | | ☐ meet EDUCATIONAL NEEDS | | | |
| ☐ SAFETY IN THE ED | X | | | ☐ INFECTION CONTROL | | | | ☐ Other | | | |

Int: N = documentation in nurses notes, other 'codes' per Hospital Policy.

| Time | Nurses Progress Notes & Reassessment | Signature | Time | T | P | R | BP | O2 Sat | NG / Emesis | Cardiac Monitor | Urine | GCS | Pain Scale |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1330 | Pt placed in Examine Room | | | | | | | | | | | | |
| 1340 | Dr. Watters notified | | | | | | | | | | | | |
| 1350 | Dr Watters in to examine pt | | | | | | | | | | | | |
| 1356 | X-ray's ordered _____ | | | | | | | | | | | | |
| '00 | To X-ray via w/c _____ | | | | | | | | | | | | |
| 1520 | Pt fm X-ray via w/c — | | | | | | | | | | | | |
| 1530 | X-ray film viewed pu Dr Watters _____ | | | | | | | | | | | | |
| 1550 | Dr Watters in to tell c pt — | | | | | | | | | | | | |
| 1600 | Pt D/C home condition stable no distress noted _____ | | | | | | | | | | | | |

### Disposition

Discharged in care of: Self ☐ Amb ☐ W/C ☐ Stret ☐ Carried
Discharge instructions given to _____ ☐ Verbalized understanding
Admit: Room #:_____ to Dr._____ Ready for Room Time:_____
Report called at _____ and given to _____

Transfered to _____ ☐ Transfer Verified
Report called at _____ and given to _____

☐ Left without treatment ☐ Left Against Medical Advise
Condition at Disposition: ☐ Improved ☑ Stable ☐ Serious ☐ Expired
Pain Scale: 7 Pain Location: N Hip
Patient reports that pain is: ☐ Improved ☑ Unchanged ☐ Worse
Disposition Vitals: T 99 P 68 R 18 BP 134/80 O2 104
Disposition Date: 4/23/06 Time: 1600 Nurse: _____

Rev. 03/05/04

Name: **JONES, VALERIA I**    Pt#: **R00008059431**
Age: 63YRS    DOB: 11/02/1942    Sex: F    MR#: R000120647

Date In: 4/23/2006    Time:_____

EDP: NAMBURU, SAI S MD    PCP: TAYLOR, BRUCE

| Laboratory Tests | | Order Sent | By |
|---|---|---|---|
| | CBC | | |
| | BMP    CMP | | |
| | Amylase | | |
| | Drug screen (serum), (urine) | | |
| | ETOH | | |
| | Liver profile | | |
| | Magnesium | | |
| | Glucose (bedside), (serum) | | |
| | UA | | |

| Other Diagnostic Tests | | | |
|---|---|---|---|
| Order Time | Radiology | Order Sent | By |
| | CXR (PA/LAT - Portable) | | |
| | Abd. (flat & upright) | | |
| | L-SPINE | | |
| | PELVIS | | |
| | (R) HIP | | |
| | (R) Forearm | | |
| Cardiopulmonary | | | |
| | EKG | | |
| | ABG | | |
| | O2    LPM | | |

| Misc. Orders |
|---|
| Previous Medical Records |
| Physical Therapy - Eval & Tx |

**Medical Necessity Information:**

X ray 1500
RTF 1500

**Weight:**
lbs: 139
kgs: 63.2

**Allergies:** LOBSTER, PCN

| Order Time | Medication / Dosage / Route | VO | Read Back | Adm time | Adm by | Site | Time | Reassessment | | | Pain | Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | ☐ | | | | | | ☐ Improved | ☐ Worse | ☐ Unchanged | | |
| | | ☐ | | | | | | ☐ Improved | ☐ Worse | ☐ Unchanged | | |
| | | ☐ | | | | | | ☐ Improved | ☐ Worse | ☐ Unchanged | | |
| | | ☐ | | | | | | ☐ Improved | ☐ Worse | ☐ Unchanged | | |
| | | ☐ | | | | | | ☐ Improved | ☐ Worse | ☐ Unchanged | | |
| | | ☐ | | | | | | ☐ Improved | ☐ Worse | ☐ Unchanged | | |
| | | ☐ | | | | | | ☐ Improved | ☐ Worse | ☐ Unchanged | | |

| Order Time | IV / Solution / Added Medication | StartTime | Device/Size | Location | Attempts | Amount | Start by | D/C Time | Amt Infused | D/C by |
|---|---|---|---|---|---|---|---|---|---|---|
| | ☐ KVO Device: | | | | | | | | | |
| | ☐ IV Fluid: | | | | | | | | | |
| | | | | | | | | | | |

## Procedures / Nursing Assistance

| | | |
|---|---|---|
| ☐ Cardiac Monitor: Rate____ Rhythm:_____ | ☐ NGT Insertion #_____ Fr. | ☐ Endotracheal Intubation |
| ☐ NIBP Monitor | ☐ Gastric Lavage | ☐ Cardioversion |
| ☐ Pulse Oximetry | ☐ Central Line Placement | ☐ Oral Airway Insertion |
| ☐ Urinary Catheter Insertion: #_____ Fr. | ☐ CVP Monitoring | ☐ Oropharyngeal Suctioning |
| ☐ CPR | | |

## Discharge Instructions

- ICE/HEAT prn
- F/U → Dr. Taylor as needed
- Rx

| Initials/Signature: | Initials/Signature: | Initials/Signature: |
|---|---|---|
| PA/ARNP: | Physician's Signature: | |

Rev. 09/14/04

Name: **JONES, VALERIA I**    Pt#: **R00008059431**
Age: 63YRS    DOB: 11/02/1942    Sex: F    MR#: R000120647
Date In:4/23/2006    Time:    EDP: NAMBURU, SAI S MD    PCP: TAYLOR, BRUCE

**Subjective Notes:**

## Pain    ☐ Patient denies pain
Location:    Quality: ☐ Sharp ☐ Dull ☐ Cramping ☐ Burning ☐ Aching    Severity Scale: 7    Onset: last nite
Provocation:    ☐ Other:    Aggravating Factors:
Radiating: ☐ No ☐ Yes (specify)    ☐ Constant ☐ Intermittent    Relieving Factors:

## Psychosocial
Appearance: ☑ Clean ☐ Unkempt ☐ Other    Environment: ☑ No steps ☐ Few steps ☐ Many steps
Mood / Affect / Behavior: ☑ Appropriate ☐ Depressed ☐ Anxious    Nutritional status: ☑ Normal ☐ Cachetic ☐ Obese
☐ Tearful ☐ Other    Religious / Cultural preference: ☐ None (specify)
Caregiver: ☑ Self ☑ Family member ☐ Significant Other ☐ Group home    Best learn by: ☑ Verbal ☑ Written ☐ Return demo
Activity level: ☑ Ambulates independently ☐ Requires assistance ☐ Non-ambulatory    Learning Barriers: ☑ TDD phone ☐ Interpreter ☑ No ☐ Yes
☐ Performs ADL's independently ☐ Requires assistance with ADL's    ☐ Other:

## Neurological
☑ Alert ☑ Oriented X 3 ☑ Cooperative ☐ Awake but Confused
☐ Uncooperative ☐ Combative ☐ Agitated ☐ Restrained
Responds: ☑ To Verbal ☐ To Pain ☐ Unresponsive
Posturing: ☑ No ☐ Decorticate ☐ Decerebrate
Pupils:    Brisk    Sluggish    Fixed    Pinpoint    Dilated

Extremities:

| | RUE | LUE | RLE | LLE |
|---|---|---|---|---|
| Movement | 3 | 3 | 3 | 3 |
| Sensation | LT | LT | LT | LT |

Movement: 0=None  1=Barely Breaks Gravity  2=Weak  3=Strong
Sensation: NR=No response DP=Deep pain MP=Mod pain LT=Light touch

## Gastrointestinal    ☐ Not Assessed
Abdomen: ☑ Soft ☐ Flat ☐ Rigid ☐ Distended
☑ Non-Tender ☐ Tender (Area)
Bowel Sounds: ☑ Present ☐ Decreased ☐ Absent
Elimination: ☑ Normal ☐ Constipation ☐ Diarrhea # of Stools:

## Genitourinary    ☐ Not Assessed
Urine: ☐ Colorless ☐ Yellow ☐ Red ☐ Brown ☐ Cloudy
☐ Anuria ☐ Dysuria ☐ Hematuria ☐ Frequency ☐ Urgency
Vaginal D/C ☐ No    LMP:
Penile D/C ☐ Yes    Type:

## Cardiovascular
Skin: ☑ Warm ☐ Dry ☐ Cool ☐ Moist ☐ Diaphoretic
Color: ☑ Pink ☐ Pale ☐ Ashen ☐ Flushed ☐ Cyanotic ☐ Jaundiced
Capillary Refill: ☑ <2 Secs (Normal) ☐ >2 Secs (Delayed)
Turgor: ☑ Normal ☐ Decreased
Pulses:

| | R | L |
|---|---|---|
| Carotid | 3 | 3 |
| Brachial | | |
| Radial | | |
| Femoral | | |
| Popliteal | | |
| Dorsalis Pedis | | |

S=Strong  W=Weak  D=Doppler  A=Absent

## Respiratory
Airway: ☑ Clear ☐ Other
Effort: ☑ Unlabored ☐ Labored ☐ Mildly ☐ Severely
☐ Retractions ☐ Stridor ☐ Nasal Flaring
Cough: ☑ None ☐ Productive ☐ Non-Productive
Lung Sounds:

| | R | L |
|---|---|---|
| Clear | ✓ | |
| Wheezing | | |
| Crackles | | |
| Rhonchi | | |
| Decreased | | |
| Absent | | |

## Musculoskeletal    ☐ Not Assessed
Lacerations / Abrasions / Contusions
Location:
Size:
Bleeding: ☑ Absent ☐ Present ☐ Scant ☐ Moderate ☐ Heavy ☐ Pulsating
ROM: ☑ WNL ☐ Decreased ☐ Absent
Edema: ☑ Absent ☐ 1+ ☐ 2+ ☐ 2+    Deformity ☐ Yes ☑ No
Scars: ☐ Yes ☑ No    Distal pulses: ☐ Absent ☑ Present

## Pre-Hospital Care    ☐ Transport only
☐ CPR    PASG: ☑ Not Inflated
☐ Intubated    ☐ Legs Inflated
☐ Ambu-Assist    ☐ Abd Inflated
☐ Mask    ☐ C-Collar
☐ Nasal Cannula    ☐ Backboard
☐ O2 @ ___ lpm ___ %    ☐ Traction
☐ Splint

| IV Type | Amt Infused |
|---|---|
| | |

| Medication | Amt | Route |
|---|---|---|
| | | |

## Comments

Vital Signs: T: 97.9    P: 71 Regular    R: 20    BP: 139/089    Nurse Signature:

© 1996 - 2004 T-System, Inc. Circle pertinent affirmatives, backslash Ø negatives

JONES, VALERIA 1
ARE F
04/23/06 1102 NAMBURU 99
DOB:11/02/42  63        F    MR# R000120647
Vaughan Regional Medical Ctc

19

# VAUGHAN
REGIONAL MEDICAL CENTER, LLC

## EMERGENCY PHYSICIAN RECORD
### Fall    (5)

TIME SEEN: _1350_    ROOM: _110_ ___ EMS Arrival
☐ SEEN (ALSO) BY NP / PA ___
AGE _63_ ___ M / ⊘ RACE ___
HISTORIAN: (patient) spouse paramedics ___
___ HX / ___ EXAM LIMITED BY: ___

## HPI

**chief complaint** / Fall  Injury to: ___

| **occurred:** | **where:** |
|---|---|
| just PTA | home    school |
| today | neighbor's    city park |
| (yesterday) | work    street |
| ___ days PTA | ___ |

**context:**
tripped / slipped / lost balance        alleged assault
became dizzy / fainted        bicycle (helmet? Y N)
fell from ( standing position / from height ) ___

| **location of pain / injuries:** | –right– | –left– |
|---|---|---|
| head  face  mouth | shldr (hip) | shldr  hip |
| neck  chest  abdomen | arm (thigh) | arm  thigh |
| (back) upper mid- (lower) | elbow  knee | elbow  knee |
| radiating to R / L thigh / leg | f-arm  leg | f-arm  leg |
| | wrist  ankle | wrist  ankle |
| | hand  foot | hand  foot |

**severity of pain:**
mild / (moderate) / severe

**pain level:**
current: _6-7_/10
max: _12_/10

**associated symptoms:**
lost consciousness / dazed
    duration: ___
    remembers:
        impact    coming to hospital
    seizure

## ROS
☒ all systms neg excpt as mkd
loss feeling / power arms / legs
headache
double vision / hearing loss

trouble breathing / chest pain
nausea / vomiting
loss of bladder function
skin laceration
recent fever / illness

### SOCIAL HX    recent ETOH    smoker    drug abuse

### PAST HX    negative
_Hypertyrai_

Meds-    none / see nurses note  _Synthroid_
Allergies-  NKDA / see nurses note  _PRN_

*000102-P-19-1*

---

☑ Nursing Assessment Reviewed  ☑ Vitals Reviewed  ☐ Tetanus immun. UTD
V/S  BP ___    HR ___    RR ___    Temp ___

# PHYSICAL EXAM
### General Appearance
    ___ c-collar ( PTA / in ED ) / backboard ___
no acute distress    ___ mild / moderate / severe distress ___
    ___ anxious / lethargic ___
alert    ___ IV ___

### HEAD    ___ see diagram ___
no evidence of    ___ Battle's sign / Raccoon Eyes ___
trauma

### NECK    ___ see diagram ___
non-tender    ___ vertebral point-tenderness ___
painless ROM    ___ muscle spasm / decreased ROM ___
trachea midline    ___ pain on movement of neck ___



### EYES    ___ unequal pupils  R- ___ mm  L- ___ mm
PERRL    ___ EOM entrapment / palsy ___
EOMI    ___ subconjunctival hemorrhage ___

### ENT    ___ hemotympanum ___
nml external    ___ TM obscured by wax ___
inspection    ___ clotted nasal blood ___
no dental injury    ___ dental injury / malocclusion ___

### RESP / CVS    ___ see diagram ( on reverse ) ___
chest non-tender    ___ decreased breath sounds ___
breath sounds nml    ___ wheezing / rales ___
heart sounds nml    ___ splinting / paradoxical movements ___

### ABDOMEN    ___ see diagram ( on reverse ) ___
non-tender    ___ tenderness / guarding / rebound ___
no organomegaly    ___ mass / organomegaly ___
_SOFT_

### GENITAL / RECTAL    ___ perineal hematoma ___
___ nml genital exam    ___ blood at urethral meatus ___
___ nml vaginal exam    ___ decreased rectal tone ___
___ nml rectal exam
___ heme negative stool

### NEURO / PSYCH    ___ confusion / disorientation
oriented x3    ___ EOM palsy / anisocoria
mood & affect nml    ___ facial asymmetry
CN's nml    ___ unsteady / ataxic gait
    as tested    ___ sensory / motor deficit
sensation &
motor nml


Reflexes

### SKIN    ___ see diagram ___
intact    ___ crepitus / diaphoresis ___
warm, dry

23141

## BACK
__ see diagram
__ no CVA
    tenderness
__ vertebral point tenderness
__ CVA tenderness
__ no vertebral
    tenderness
__ muscle spasm / limited ROM

## EXTREMITIES
__ atraumatic
__ pelvis stable
__ hips non-tender
__ no pedal edema
__ nml ROM
__ see diagram
__ bony point-tenderness
__ painful / unable to bear weight
__ pulse deficit

Joint Exam:
__ limited ROM / ligaments laxity / joint effusion
__ tenderness in anatomical snuff box
__ wrist pain on axial thumb load

Key:
T=Point Tenderness
S=Swelling
E=Ecchymosis
Lac=Laceration
A=Abrasion  B=Burn
(Ø=without  m=mild
    mod=moderate
    sv=severe)
Tsv = Tenderness on
    palpation (severe)

### EKG MONITOR STRIP   __ NSR   Rate_____
EKG   __ NML   Rate_____
__ NSR   __ nml intervals   __ nml axis   __ nml QRS   __ nml ST/T

not / changed from:_____
Repeat EKG- __ unchanged /_____

## PROGRESS:
Time_____   unchanged   improved   re-examined
__ Discussed with Dr._____   Time_____
will see patient in:   office / ED / hospital

__ Counseled patient / family regarding:   __ Prior records ordered
__ lab results   diagnosis   need for follow-up   __ Additional history from:
__ Rx given   Admit orders written   family  caretaker  paramedics

## PROCEDURES:

### Wound Description / Repair
length_____cm  location_____
superficial  *subcut.  *muscle   linear   stellate   irregular
clean   contaminated  moderately / *heavily
**distal NVT:** neuro & vascular status intact   no tendon injury
anesthesia:   local   digital block_____mL
lidoc 1% 2%  epi / bicarb   marcaine 0.25% 0.5% LET
prep:
wound cleanser                    debrided
irrigated / washed w/ saline         minimal / *mod. / *' ^extensive
    minimal / mod. / *extensive   undermined
foreign material removed             minimal / mod. / *extensive
    partially  completely          ^wound margins revised
    incision with scalpel          wound explored
    removed with forceps
repair:   Wound closed with: wound adhesive / steri-strips_____
    SKIN- #____ ____-0  nylon / prolene / staples_____
    *SUBCUT-#_____ -0 vicryl
*may indicate intermediate repair  ^may indicate complex repair

## CLINICAL IMPRESSION:   Fall

### contusion
| | | |
|---|---|---|
| head | wrist | R / L |
| face | hand | R / L |
| chest | hip | R / L |
| abdomen | thigh | R / L |
| back | knee | R / L |
| shoulder R / L | leg | R / L |
| arm  R / L | ankle | R / L |
| elbow  R / L | foot | R / L |
| forearm  R / L | | |

### sprain / strain
neck  dorsal  lumbar
sacral

### concussion
with LOC   w/o LOC

### laceration

CONDITION-  ☑ stable  ☐ improved  ☐ unchanged
DISPOSITION-  ☐ home  ☐ admitted  ☐ transferred
Disposition Time

## XRAYS  ☒ Interp. by me  ☐ Reviewed by me  ☐ Discsd w/ radiologist

**C-Spine  D-Spine  L-Spine**
__ nml / NAD          __ reversal / straightening of cerv. lordosis
__ no fracture        __ DJD / spondylosis / spurring
__ nml alignment
__ soft tissues nml

**CXR**
__ nml / NAD          __ rib fracture
__ no infiltrates     __ infiltrate / atelectasis
__ nml heart size
__ nml mediastinum

**OTHER**  ☐ See separate report
PELVIS - NEG
C-SPINE - NEG

## FACULTY  ☐ Residnts hx reviewed, pt. Interviewed & examined.
☐ Assessment & plan/care plan reviewed w/resident
Briefly hx is as follows:_____
On exam, I find (list what you did & your findings)_____
Lab test show_____
Surgical procedures performed with my personal participation_____

☐ no crit care  ☐ crit care 30-74 min rendered  ☐ crit care over 74 min rendered
    (excluding separately billable procedures)
☒ Nursing assessment reviewed

**PATIENT SAFETY ATTESTATION**
☒ Concerning the care of this patient, I have afforded the staff an opportunity to
discuss findings or concerns and I either addressed them or no issues were
voiced.

Physician Signature_____   ID #  0029   turned care over at_____

Physician Signature_____   ID #_____   assumed  care at_____

Diagnostic Imaging Report

VAUGHAN REGIONAL MEDI - 1015 MEDICAL CENTER P -        SELMA, AL 36701

--------------------------------------------------------------------

Name: JONES,VALERIA I         Loc: R.ER       Radiology No: 00116786

DOB: 11/02/1942 Age: 63     Sex: F Status: REG ER  Unit No: R000120647

Attending Phys: NAMSA - NAMBURU,SAI              Acct: R00008059431

Reason For Exam:  FALL                        Exam Date: 04/23/2006
--------------------------------------------------------------------


     Exams: 000003760 Lumbar Spine Complete

   DATE OF DICTATION: 04/23/2006 19:19:21 Revised: 0

   DATE PROCEDURE ORDERED: 04/23/06

   EXAM:    LUMBAR SPINE

   HISTORY:  Injury

   EXAM NUMBER:    3760

   AP and lateral views obtained.  No fracture or dislocation of lumbar
   spine identified.

   Mild curvature convexed right.

   Bilateral facet arthropathy at L4-5 and L5-S1.



       Dictated By: _____
               Robert D. Simpson, M.D.


   Transcribed By/Date:   cr108 04/23/2006 20:41:50   CST
   Job #:   1871753
   1873923


PAGE 1               MEDICAL RECORD COPY            (Continued)

Diagnostic Imaging Report
VAUGHAN REGIONAL MEDI - 1015 MEDICAL CENTER P -        SELMA, AL 36701

------------------------------------------------------------------------
Name: JONES,VALERIA I          Loc: R.ER        Radiology No: 00116786

DOB: 11/02/1942 Age: 63     Sex: F Status: REG ER  Unit No: R000120647

Attending Phys: NAMSA - NAMBURU,SAI                 Acct: R00008059431

Reason For Exam:  FALL                        Exam Date: 04/23/2006
------------------------------------------------------------------------


     Exams: 000003760 Lumbar Spine Complete
   <Continued>


 C/P-CG


   ** Electronically Signed by ROBERT SIMPSON on 04/25/2006 at 1617 **
            Reported by: Robert Simpson, M.D.
            Signed by:   SIMPSON,ROBERT

-------------------------------------------------------------------------



CC:

Technologist: Darlynne Henderson,RT(R)
Transcribed Date/Time: 04/25/2006 (1443)
Transcriptionist: RHIM.CG
Orig Print D/T: S: 04/25/2006 (1617)    Batch No: N/A

PAGE 2                 MEDICAL RECORD COPY

Diagnostic Imaging Report

VAUGHAN REGIONAL MEDI - 1015 MEDICAL CENTER P -          SELMA, AL 36701

-------------------------------------------------------------------

Name: JONES,VALERIA I          Loc: R.ER          Radiology No: 00116786

DOB: 11/02/1942 Age: 63    Sex: F Status: REG ER  Unit No: R000120647

Attending Phys: NAMSA - NAMBURU,SAI              Acct: R00008059431

Reason For Exam:  FALL                    Exam Date: 04/23/2006

-------------------------------------------------------------------

    Exams: 000003762 Rt Hip W/Pelvis

DATE OF DICTATION: 04/23/2006 19:18:16 Revised: 0

DATE PROCEDURE ORDERED: 04/23/06

EXAM:  AP PELVIS AND RIGHT HIP

HISTORY:  INJURY

EXAM NUMBER:   3762

No fracture of the pelvis or hips identified.




    Dictated By: _____
              Robert D. Simpson, M.D.


Transcribed By/Date:   cr108 04/23/2006 20:40:56  CST
Job #:   1871752
1873922

Diagnostic Imaging Report

VAUGHAN REGIONAL MEDI - 1015 MEDICAL CENTER P -          SELMA, AL 36701

------------------------------------------------------------------------

Name: JONES,VALERIA I          Loc: R.ER      Radiology No: 00116786

DOB: 11/02/1942 Age: 63     Sex: F Status: REG ER  Unit No: R000120647

Attending Phys: NAMSA - NAMBURU,SAI                Acct: R00008059431

Reason For Exam:  FALL                          Exam Date: 04/23/2006
------------------------------------------------------------------------


    Exams: 000003762 Rt Hip W/Pelvis
    <Continued>


  C/P-CG


  ** Electronically Signed by ROBERT SIMPSON on 04/25/2006 at 1617 **
              Reported by: Robert Simpson, M.D.
              Signed by:   SIMPSON,ROBERT



_____


CC:

Technologist: Darlynne Henderson,RT(R)
Transcribed Date/Time: 04/25/2006 (1443)
Transcriptionist: RHIM.CG
Orig Print D/T: S: 04/25/2006 (1617)   Batch No: N/A

## Diagnostic Imaging Report

VAUGHAN REGIONAL MEDI - 1015 MEDICAL CENTER P -          SELMA, AL 36701

---

Name: JONES,VALERIA I          Loc: R.ER          Radiology No: 00116786

DOB: 11/02/1942 Age: 63     Sex: F Status: REG ER  Unit No: R000120647

Attending Phys: NAMSA - NAMBURU,SAI             Acct: R00008059431

Reason For Exam:  FALL                    Exam Date: 04/23/2006

---

Exams: 000003761 Forearm Right

DATE OF DICTATION: 04/23/2006 19:20:17 Revised: 0

DATE PROCEDURE ORDERED:  04/23/06

EXAM:   RIGHT FOREARM

HISTORY: Injury

EXAM NUMBER:    3761

---

No fracture of the radius or ulna identified.


        Dictated By: _____
                Robert D. Simpson, M.D.


Transcribed By/Date:   cr108 04/23/2006 20:43:10  CST
Job #:   1871754
1873927


PAGE 1              MEDICAL RECORD COPY              (Continued)

Diagnostic Imaging Report
VAUGHAN REGIONAL MEDI - 1015 MEDICAL CENTER P -          SELMA, AL 36701

------------------------------------------------------------

Name: JONES,VALERIA I          Loc: R.ER          Radiology No: 00116786

DOB: 11/02/1942 Age: 63     Sex: F Status: REG ER  Unit No: R000120647

Attending Phys: NAMSA - NAMBURU,SAI          Acct: R00008059431

Reason For Exam:  FALL                    Exam Date: 04/23/2006
------------------------------------------------------------


    Exams: 000003761 Forearm Right
    <Continued>


C/P-CG


 ** Electronically Signed by ROBERT SIMPSON on 04/25/2006 at 1617 **
          Reported by: Robert Simpson, M.D.
          Signed by:   SIMPSON,ROBERT


CC:

Technologist: Darlynne Henderson,RT(R)
Transcribed Date/Time: 04/25/2006 (1444)
Transcriptionist: RHIM.CG
Orig Print D/T: S: 04/25/2006 (1617)   Batch No: N/A

PAGE 2                MEDICAL RECORD COPY

**Taylor Internal Medicine Of Selma, P.c.**
4258 U.S. HWY. 80 WEST
Selma AL 367016949

**Statement of Account**

| | |
|---|---|
| Account No | : 709 |
| Statement Date | : 12/11/2006 |
| Balance | : $0.00 |

To
 **VALERIA JONES**
 **523 FIRST AVE.**
 **SELMA AL 36701**

## Statement For VALERIA (A/C #709)

| Policy | Payer |
|---|---|
| PRIMARY | BC0002 - Blue Cross and Blue Shield of Alabama |

| Date | Description | Charges/ Receipts | Insurance Balance | Patient Balance |
|---|---|---|---|---|
| **Service Details** | | | | |
| 11/09/2006 | GLUCOSE BLOOD TEST TAYLO-26233 | $8.86 | $8.86 | |
| 11/09/2006 | OFFICE/OUTPATIENT VISIT, EST TAYLO-26233 | $104.00 | $104.00 | |
| 08/28/2006 | OFFICE/OUTPATIENT VISIT, EST TAYLO-23479 | $71.00 | $71.00 | |
| 07/17/2006 | OFFICE/OUTPATIENT VISIT, EST TAYLO-21914 | $104.00 | $104.00 | |
| 07/14/2006 | MRI JNT OF LWR EXTRE W/O DYE TAYLO-21875 | $642.00 | $642.00 | |
| 07/14/2006 | MRI JNT OF LWR EXTRE W/O DYE TAYLO-21875 | $642.00 | $642.00 | |
| 06/19/2006 | OFFICE/OUTPATIENT VISIT, EST TAYLO-21033 | $104.00 | $104.00 | |
| 05/19/2006 | OFFICE/OUTPATIENT VISIT, EST TAYLO-20022 | $104.00 | $104.00 | |
| 04/24/2006 | OFFICE/OUTPATIENT VISIT, EST TAYLO-18896 | $104.00 | $95.00 | |
| | | | $1874.86 | $0.00 |

| | |
|---|---|
| Account Balance | $1874.86 |
| Please Pay | $0.00 |

**Aging Analysis for Patient Balance based on Date of Responsibility till statement date (12/11/2006)**

| 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | >120(days) | |
|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

Notes:



# TAYLOR INTERNAL MEDICINE OF SELMA, P.C.

### (Healthcare for Adults)
## BRUCE TAYLOR, M.D.

4258 U.S. Highway 80 West
Selma, Alabama 36701
Phone: (334) 874-8800
Fax: (334) 874-7700

**OFFICE HOURS**
Monday, Tuesday
Thursday & Friday: 8-5

PATIENT'S NAME Valeria Jones ___ PAID CO-PAY Y OR N DATE 11/9/06

DOB 11/2/42 AGE 64 WT. 138 HT. 5'6 BP 140/60 RESP 18 PULSE 103 TEMP 97.3   99%

CHIEF COMPLAINT EST. PT.

MEDS _____

| ROS | | | | |
|---|---|---|---|---|
| 1) Neuro +⊖ | 4) Resp +⊖ | 7) GU +⊖ | 10) Hemc +⊖ |
| 2) Heent +⊖ | 5) Endo +⊖ | 8) S-M +⊖ | 11) PV +⊖ |
| 3) C.V. +⊖ | 6) GI +⊖ | 9) Psych +⊖ | |

GENERAL: _NAD_    HENT: _normal_

NOSE: _normal_    THROAT: _____

NECK: _____    HEART: _____

CHEST/LUNGS: _Keloid formation_    ABDOMEN: _____

EXTREMITIES: _normal_    NEUROLOGIC: _____

**ASSESSMENT/PLAN:**

① Hypothyroidism
Cont Synthroid 75 mcg qd
Check Free T₄ & TSH

② Chest Keloids + throat
Glaten free diet

③ Health Maintance
schedule mammogram

④ Fatigue
glucose -124

⑤ ® hip pain (S/p Fall)
Not much improvement
& ehay Associates

Return to Clinic in 3 months

Bruce E. Taylor, M.D.
11/9/06



# TAYLOR INTERNAL MEDICINE OF SELMA, P.C.
## (Healthcare for Adults)
### BRUCE TAYLOR, M.D.

4258 U.S. Highway 80 West
Selma, Alabama 36701
Phone: (334) 874-8800
Fax: (334) 874-7700

**OFFICE HOURS**
Monday, Tuesday
Thursday & Friday: 8-5

PATIENT'S NAME Valena Jones    PAID CO-PAY Y OR (N) DATE 8/28/06

DOB 11/2/42 AGE 63 WT. 136 HT. 5'6" BP 134/82 RESP 20 PULSE 67 TEMP 96.9

O2-95%

CHIEF COMPLAINT 10 weeks follow-up Rt hip pain

MEDS pt didn't bring meds

ROS
| 1) Neuro + - | 4) Resp + - | 7) GU + - | 10) Hemc + - |
| 2) Heent + - | 5) Endo + - | 8) S-M + - | 11) PV + - |
| 3) C.V. + - | 6) GI + - | 9) Psych + - | |

GENERAL: N AD          HENT: normal
NOSE: normal           THROAT: normal
NECK: normal           HEART: normal
CHEST/LUNGS: normal    ABDOMEN:
EXTREMITIES: normal    NEUROLOGIC:

ASSESSMENT/PLAN:
(1) Right hip pain
   Continue physical therapy
   Recommend deep tissue massage

   Return to office in 2 month
   B E Taylor, M.D.
   8/28/06



# TAYLOR INTERNAL MEDICINE OF SELMA, P.C.
### (Healthcare for Adults)
## BRUCE TAYLOR, M.D.

206 Vaughan Memorial Drive
Selma, Alabama 36701
Phone: (334) 874-8800
Fax: (334) 874-7700

**OFFICE HOURS**
Monday, Tuesday
Thursday & Friday: 9-5
Wednesday: 9-1

PATIENT'S NAME _Valeria Jones_     PAID CO-PAY Y OR (N)  DATE _7/31/06_
Bone scan

DOB _11/2/42_     AGE _63_   WT. _____   HT. _____

BP ____  RESP ____  PULSE ____  TEMP ____

CHIEF COMPLAINT _bone scan / LAB: TSH_

MEDS _____

EYES: _____

HENT: _____ NOSE _____ THROAT _____

NECK: _____

HEART _____

CHEST/LUNGS: _____

ABDOMEN: _____

EXTREMITIES: _____

NEUROLOGIC: _____

PELVIC: _____

ROS 1) Neuro +–   6) GI   +–
2) Heent +–   7) GU   +–
3) C. V. +–   8) S-M   +–
4) Resp +–   9) Psych +–
5) Endo +–   10) Heme +–
11) PV

*Featuring:*
Bone Density Tests for Osteoporosis • Chest and Sinus X-rays • Laboratory Tests
Exercise Stress Tests • Echocardiography • EKG • Pulmonary Function Tests • Holter Monitor

# TAYLOR INTERNAL MEDICINE OF SELMA, P.C.
*(Healthcare for Adults)*
## BRUCE TAYLOR, M.D.

206 Vaughan Memorial Drive
Selma, Alabama 36701
Phone: (334) 874-8800
Fax: (334) 874-7700

OFFICE HOURS
Monday, Tuesday
Thursday & Friday: 9-
Wednesday: 9-1

PATIENT'S NAME _Valeria Jones_    PAID CO-PAY Y OR (N) DATE _7/17/06_

_Injury_

DOB _11/2/1942_ AGE _63_ WT. _138_ HT. _5'6_

BP _103/80_ RESP _18_ PULSE _75_ TEMP _98.0_

CHIEF COMPLAINT _1 Month follow-up Fall, Refill medication_

MEDS _____

EYES: _____

HENT: _____ NOSE _____ THROAT _____

NECK: _____

HEART _____

CHEST/LUNGS: _____

ABDOMEN: _____

EXTREMITIES: _____

NEUROLOGIC: _____

PELVIC: _____

ROS 1) Neuro +-    6) GI    +
2) Heent +-    7) GU    +
3) C. V.  +-    8) S-M   +
4) Resp  +-    9) Psych +
5) Endo  +-    10) Heme +
11) PV

*Featuring:*
*Bone Density Tests for Osteoporosis • Chest and Sinus X-rays • Laboratory Tests*
*Exercise Stress Tests • Echocardiography • EKG • Pulmonary Function Tests • Holter Monitor*



# TAYLOR INTERNAL MEDICINE OF SELMA, P.C.
*(Healthcare for Adults)*
## BRUCE TAYLOR, M.D.

206 Vaughan Memorial Drive
Selma, Alabama 36701
Phone: (334) 874-8800
Fax: (334) 874-7700

**OFFICE HOURS**
Monday, Tuesday
Thursday & Friday: 9-5
Wednesday: 9-1

PATIENT'S NAME _Valeria Jones_ PAID CO-PAY Y OR N DATE _06/19/06_

DOB _11/02/1942_ AGE _63_ WT. _187_ HT. _5'6_

Inj Date
4-22-06

BP _118/72_ RESP _20_ PULSE _88_ TEMP _98.6 · 98%_

CHIEF COMPLAINT _1 mo. F/u lower back pain with Rt leg_ _buttock, hamstring_

MEDS _____

_____

EYES: _____

HENT: _____ NOSE _____ THROAT _____

NECK: _____

HEART _____

CHEST/LUNGS: _____

ABDOMEN: _____

EXTREMITIES: _____

NEUROLOGIC: _____

PELVIC: _____

ROS 1) Neuro +-    6) GI   +-
2) Heent +-    7) GU   +-
3) C. V.  +-    8) S-M  +-
4) Resp  +-    9) Psych +-
5) Endo  +-    10) Heme +-
11) PV

*Featuring:*
*Bone Density Tests for Osteoporosis • Chest and Sinus X-rays • Laboratory Tests*
*Exercise Stress Tests • Echocardiography • EKG • Pulmonary Function Tests • Holter Monitor*

A 18 : ① ② lateral pain
cont therapy at Rehab Associates
schedule MRI ③ hip

Return to clinic in 1 month
Bruce E. Taylor, M.D.
6/19/06



# TAYLOR INTERNAL MEDICINE OF SELMA, P.C.
*(Healthcare for Adults)*
## BRUCE TAYLOR, M.D.

206 Vaughan Memorial Drive
Selma, Alabama 36701
Phone: (334) 874-8800
Fax: (334) 874-7700

**OFFICE HOURS**
Monday, Tuesday
Thursday & Friday: 9-5
Wednesday: 9-1

PATIENT'S NAME _Valeria Jones_ _____ PAID CO-PAY Y OR N  DATE _5/9/06_

DOB _11/2/42_  AGE _63_  WT. _140_  HT. _5'6"_

BP _112/72_  RESP _18_  PULSE _66_  TEMP _98.1_  _o₂-98_

CHIEF COMPLAINT _est. pt burning pain in (Rt) hip + pulling feeling in (Rt) knee_

MEDS _____

_____

EYES: _____

HENT: _____ NOSE _____ THROAT _____

NECK: _keloid formation_

HEART _____

CHEST/LUNGS: _____

ABDOMEN: _____

EXTREMITIES: _____

NEUROLOGIC: _____

PELVIC: _____

ROS 1) Neuro +-    6) GI
    2) Heent +-    7) GU
    3) C. V.  +-   8) S-M
    4) Resp  +-    9) Psych
    5) Endo  +-    10) Heme
                   11) PV

*Featuring:*
*Bone Density Tests for Osteoporosis • Chest and Sinus X-rays • Laboratory Tests*

A/P: ① <u>Low back pain c̄ right leg radiation</u>

    Scheduled therapy at Rehab Associates

Return to clinic in 1 month

Bruce E. Saylor, M.D.

5/19/04



# TAYLOR INTERNAL MEDICINE OF SELMA, P.C.
### (Healthcare for Adults)
## BRUCE TAYLOR, M.D.

206 Vaughan Memorial Drive
Selma, Alabama 36701
Phone: (334) 874-8800
Fax: (334) 874-7700

**OFFICE HOURS**
Monday, Tuesday
Thursday & Friday: 9-5
Wednesday: 9-1

PATIENT'S NAME _Valeria Jones_    PAID CO-PAY Y OR Ⓝ DATE _4/24/06_
Injury Date 4/22/06

DOB _11/2/42_    AGE _63_    WT. _140_    HT. _5'5'_

BP _114/94_    RESP _20_    PULSE _75_    TEMP _97.3_    O2 _98_

CHIEF COMPLAINT _Walk in, fell in Winn Dixie on Highland inj (Rt) hip, X Rays done at the ER_

MEDS _____

EYES: _____

HENT: _____ NOSE _____ THROAT _____

NECK: _____

HEART: _____

CHEST/LUNGS: _____

ABDOMEN: _____

EXTREMITIES: _____

NEUROLOGIC: _____

PELVIC: _____

ROS 1) Neuro +−    6) GI    +−
2) Heent +−    7) GU    +−
3) C. V.  +−    8) S-M   +−
4) Resp  +−    9) Psych +−
5) Endo  +−    10) Heme +−
11) PV

*Featuring:*
Bone Density Tests for Osteoporosis • Chest and Sinus X-rays • Laboratory Tests
Exercise Stress Tests • Echocardiography • EKG • Pulmonary Function Tests • Holter Monitor

a/p① ② hip injury
reviewed xrays from hospital
cont Tylenol OTC
Donat pillow
Pt will return to pick up EMS c̄ low back compt

Be T. Saylr, MD.

**LabCorp** LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000          Phone: 205-581-3500

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|----------|------|-------------|---------------|---|
| 313-205-5355-0 | S | MB | COMPLETE | Page #: 1 |

ADDITIONAL INFORMATION          SS#: 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

FASTING: N
FP          PHONE: 334-875-8275    DOB: 11/02/1942

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|--------------|-----|---------------|
| JONES, VALERIA I | F | 64 / |

PT. ADD.: 523 FIRST AVE
SELMA          AL          36701-0000

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|--------------------|------|---------------|---------------|------|---|
| 11/09/2006 | 10:51 | 11/09/2006 | 11/11/2006 | 15:12 | 5545 |

CLINICAL INFORMATION
CD- 41133903867

| PHYSICIAN ID. | PATIENT ID. |
|---------------|-------------|
| TAYLOR B | 709 |

ACCOUNT: Taylor Internal Med of Selma-P
Dr. Bruce Taylor
4258 AL Highway 80 West
Selma          AL    36701-0000
ACCOUNT NUMBER:  01308540

| TEST | RESULT | | LIMITS | LAB |
|------|--------|---|--------|-----|
| VAP Cholesterol Profile | | | | |
| Direct Measured Lipids | | | | ZU |
| LDL Cholesterol | 105 | mg/dL | <130 | ZU |
| HDL Cholesterol | 86 | mg/dL | >=40 | ZU |
| Total VLDL-C | 12 | mg/dL | <30 | ZU |
| > Total Cholesterol | 202 H | mg/dL | <200 | ZU |
| Triglycerides | 41 | mg/dL | <150 | ZU |
| Targets of Therapy | | | | ZU |
| Non HDL Chol. (LDL+VLDL) | 117 | mg/dL | <160 | ZU |
| Probable Metabolic Syndrome | No | | No | ZU |
| ATP III Emerging Risk Factors | | | | ZU |
| > Lp(a) Cholesterol | 12 H | mg/dL | <10 | ZU |
| Remnant Lipoprot.(IDL+VLDL3) | 12 | mg/dL | <30 | ZU |
| LDL Density Pattern | A | | A | ZU |
| For Clinical Considerations | | | | ZU |
| HDL-2 (Most Protective) | 23 | mg/dL | >15 | ZU |
| HDL-3 (Less Protective) | 63 | mg/dL | >25 | ZU |
| Total HDL Cholesterol | 86 | mg/dL | >=40 | ZU |
| VLDL1+2 (Large Buoyant) | 4.4 | mg/dL | <20 | ZU |
| VLDL3 (Small Remnant) | 7 | mg/dL | <10 | ZU |
| Total VLDL Cholesterol | 11.4 | mg/dL | <30 | ZU |
| IDL | 5 | mg/dL | <20 | ZU |

```
    !                        !    !V                        !
    PATTERN B        PATTERN A/B            PATTERN A
    SMALL, DENSE LDL        LARGE, BUOYANT LDL
```

| TSH+Free T4 | | | | |
|-------------|--------|---------|----------------|-----|
| TSH | 1.868 | uIU/mL | 0.350 - 5.500 | MB |
| T4,Free(Direct) | 1.43 | ng/dL | 0.61 - 1.76 | MB |

LAB: MB LabCorp Birmingham                    DIRECTOR: John Elgin N MD
1801 First Avenue South, Birmingham, AL 35233-0000

LAB: ZU Atherotech Inc                    DIRECTOR: Krishnaji Kulkarni R PhD
201 London Parkway Suite 400, Birmingham,  AL 35211-0000

*Cholesterol + thyroid function good.*
*B.E.T. 11/14/06   DNP 11-2-06*

| Pat Name: JONES,VALERIA I | Pat ID: 709 | Spec #: 313-205-5355-0 | Seq #: 5545 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

LabCorp
Laboratory Corporation of America

Taylor Internal Medicine of Selma, P.C.
Bruce E Taylor, MD

## CLIA WAIVED TESTS

Patient Name _Valeria Jones_                    Date _11-9-06_

Date of Birth _11/2/47_

non fasting
Glucose _124_                              HgbA1C _____

HCG Pregnancy _____                   TSH _____

H. pylori _____                       RST _____

Hematocrit _____                      PT/INR, PTT _____

Albumin/UA _____                      PSA _____

CBC w Diff _____                      Flu Test _____

Lipid Panel _____

## URINALYSIS

Specific Gravity _____                Glucose _____

PH _____                              Ketones _____

Leukocytes _____                      URO _____

Nitrate _____                         Bilirubin _____

Protein _____                         Blood/Hemo _____

d/w ø̸t. & ɛ.T. 11/9/06

# LabCorp

LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|---|---|---|---|---|
| 202-205-5679-0 | S | MB | COMPLETE | Page #:    1 |

ADDITIONAL INFORMATION          SS#: 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

FASTING: N

PHONE: 334-875-8275   DOB: 11/02/1942

**PATIENT NAME**
JONES, VALERIA I

PT. ADD.: 523 FIRST AVE
SELMA          AL     36701-0000

| | SEX | AGE(YR./MOS.) |
|---|---|---|
| | F | 63 / 8 |

**CLINICAL INFORMATION**
CD-41133903396

| PHYSICIAN ID. | PATIENT ID. |
|---|---|
| TAYLOR B | 709 |

ACCOUNT: Taylor Internal Med of Selma-P
Dr. Bruce Taylor
4258 AL Highway 80 West
Selma          AL   36701-0000
ACCOUNT NUMBER:   01308540

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 7/21/2006 | 17:00 | 7/21/2006 | 7/25/2006 | 14:16 | 4690 |

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| VAP Cholesterol Profile | | | | |
| Direct Measured Lipids | | | | |
| LDL Cholesterol | 129 | mg/dL | <130 | ZU |
| HDL Cholesterol | 85 | mg/dL | >=40 | ZU |
| Total VLDL-C | 15 | mg/dL | <30 | ZU |
| Total Cholesterol | 227 H | mg/dL | <200 | ZU |
| Triglycerides | 83 | mg/dL | <150 | ZU |
| Targets of Therapy | | | | |
| Non HDL Chol. (LDL+VLDL) | 144 | mg/dL | <160 | ZU |
| Probable Metabolic Syndrome | No | | No | ZU |
| ATP III Emerging Risk Factors | | | | ZU |
| Lp(a) Cholesterol | 11 H | mg/dL | <10 | ZU |
| Remnant Lipoprot.(IDL+VLDL3) | 17 | mg/dL | <30 | ZU |
| LDL Density Pattern | A | | A | ZU |
| For Clinical Considerations | | | | |
| HDL-2 (Most Protective) | 26 | mg/dL | >15 | ZU |
| HDL-3 (Less Protective) | 59 | mg/dL | >25 | ZU |
| Total HDL Cholesterol | 85 | mg/dL | >=40 | ZU |
| VLDL1+2 (Large Buoyant) | 5.9 | mg/dL | <20 | ZU |
| VLDL3 (Small Remnant) | 9 | mg/dL | <10 | ZU |
| Total VLDL Cholesterol | 14.9 | mg/dL | <30 | ZU |
| IDL | 8 | mg/dL | <20 | ZU |

| PATTERN B | PATTERN A/B | !V | PATTERN A |
|---|---|---|---|
| SMALL, DENSE LDL | | LARGE, BUOYANT LDL | |

| TSH+Free T4 | | | | |
|---|---|---|---|---|
| TSH | 0.938 | uIU/mL | 0.350 - 5.500 | MB |
| T4,Free(Direct) | 1.46 | ng/dL | 0.61 - 1.76 | MB |

LAB: MB LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

DIRECTOR: John Elgin N MD

LAB: ZU Atherotech Inc
201 London Parkway Suite 400, Birmingham, AL 35211-0000

DIRECTOR: Krishnaji Kulkarni R PhD

*Cholesterol & thyroid function tests normal.*
*B.E.T. 7/29/06  DW pt 7/31/06 (KC)*

| Pat Name: JONES,VALERIA I | Pat ID: 709 | Spec #: 202-205-5679-0 | Seq #: 4690 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

Taylor Internal Medicine of Selma, P.C.
Bruce E Taylor, MD

# CLIA WAIVED TESTS

Patient Name _Valeria Jones_     Date _7/31/06_

Date of Birth _11-02-42_

Glucose _105_

HCG Pregnancy

H. pylori

Hematocrit

Albumin/UA

CBC w Diff

Lipid Panel

HgbA1C

TSH

RST

PT/INR, PTT

PSA

Flu Test

## URINALYSIS

Specific Gravity

PH

Leukocytes

Nitrate

Protein

Glucose

Ketones

URO

Bilirubin

Blood/Hemo

### TAYLOR INTERNAL MEDICINE OF SELMA, P.C.
#### 206 Vaughan Memorial Drive
#### Selma, Alabama 36701
#### Phone 334-874-8800
#### Fax 334-874-7700

NAME:        JONES, VALERIA
DATE:        7-21-06                          DOB: 11-2-42
                                             INDICATION: Back pain

PHYSICIAN:    DR. TAYLOR

**SCAN:** Whole body bone scan

**TECHNIQUE:** Patient was injected with 20 mCi Technetium-99M MDP.

**FINDINGS:** There is increased activity over the L2 and L4 lumbar spine, especially anteriorly. Mild increased activity also noted in the right hip. No other abnormal activity seen over the visualized axial skeleton.

**IMPRESSION:** Increased activity right hip and mid to lower lumbar spine. Correlation with MRI recommended.

Thank you for this patient referral.

Ross Barnett, MD
Radiologist

RB/cpl
Dictated: 07/31/06
Transcribed: 07/31/06

*Increased activity in right hip & low back indicates arthritis.*
*B.E.T. 8/2/06 ddpt 8/4 06 VC*

### TAYLOR INTERNAL MEDICINE OF SELMA, P.C.
### 206 Vaughan Memorial Drive
### Selma, Alabama 36701
### Phone 334-874-8800
### Fax 334-874-7700

NAME:      JONES, VALERIA                    DOB: 11-2-42
DATE:      7-14-06                           INDICATION: Pain

PHYSICIAN:    DR. TAYLOR

**SCAN:** MRI of the left hip.

**TECHNIQUE:** Multiplanar MR imaging was performed through the left hip.

**FINDINGS:** There is mild narrowing of the super lateral hip joint space. Cystic change noted in the superior acetabulum. No linear low T1 signal seen to suggest fracture. Skeletal muscle signal characteristics appear unremarkable throughout. No adenopathy or free fluid seen in the visualized pelvis. The visualized left SI joint appears unremarkable. No evidence of effusion seen.

**IMPRESSION:** Mild degenerative arthropathy left hip.

Thank you for this patient referral.


Ross Barnett, MD
Radiologist

RB/cpl
Dictated: 07/14/06
Transcribed: 07/14/06

*Mild (L) hip arthritis,*
*[illegible handwriting] 7/21/06 [initials]*

## TAYLOR INTERNAL MEDICINE OF SELMA, P.C.
### 206 Vaughan Memorial Drive
### Selma, Alabama 36701
### Phone 334-874-8800
### Fax 334-874-7700

NAME:        JONES, VALERIA
DATE:        7-14-06                              DOB: 11-2-42
                                                 INDICATION: Pain

PHYSICIAN:   DR. TAYLOR

**SCAN:** MRI of the right hip.

**TECHNIQUE:** Multiplanar MR imaging was performed through the right hip.

**FINDINGS:** There is mild narrowing of the super lateral hip joint space. No evidence of fracture seen. Skeletal muscle signal characteristics appear unremarkable throughout. No adenopathy or free fluid seen in the visualized pelvis. The visualized right SI joint appears unremarkable. No evidence of effusion seen.

**IMPRESSION:** Minimal to mild degenerative arthritic change right hip.

Thank you for this patient referral.


Ross Barnett, MD
Radiologist

RB/cpl
Dictated: 07/14/06
Transcribed: 07/14/06

*Mild right hip arthritis.*
*& ST. 7/21/06 DN(?)+*

```
REHAB ASSOCIATES LLC                    888 247 2256
PO BOX 11407 DRWR 0761
IRMINGHAM      AL 35246-0761
ETAIL 1/01/97 - 12/31/78              PRINTED  1/03/07  9.22 BY jvs001
========================================================================
```

```
  0- 30 days       0.00  | VALERIA      JONES        | Home 334 412 9527
 31- 60 days       0.00  | 523 1ST AVE               | Work 334 874 2110
 61- 90 days       0.00  |                           | PT-0014  BC-0001
 91-120 days     356.00  | SELMA        AL 36701     | CS-0008  DR-2702
121-150 days     812.00  | ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
150+  days     1,757.80  | VALERIA    I JONES        F-11/02/42- 64-D30838
 osted         2,925.80  | Next app't
 nposted           0.00  | ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Total bal      2,925.80  |
  Pending          0.00  |
  Pat bal      2,925.80  |
                         | ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
                         | Last chg 092206   0.00 Last ins pay 072506     84.80
                         | SSN: 418 58 0486        Last per pay
                         | Diag:847.2   SPRAIN STRAIN LUMBAR REGION
 ast aging     01/01/07  | Reg date 051906 PATIENT HAS NOTES
 eview date    05/26/06  ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Insurance      Subscriber      Subscriber Policy id                    TB PR
 ITIGATION ATTO JONES     VALERIA 418580486                            IY-02
 CBS OF ALABAMA JONES     VALERIA XAB846799933  86926                  IY-02
```

```
 ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
  Tick#  1064060 U 2700  VALERIA      JONES        Total:  321.00
 05/25/06 2702-ELLIS PT      TAYLOR                        SELMA
 52506-052506 97001   -  98-PT EVALUATI 847.2  -SPRAIN STRA  1.00    111.00
 52506-052506 NP      -     -NEW PATIENT 847.2  -SPRAIN STRA  1.00      0.00
052506-052506 97110   -  98-THERAPEUTIC 847.2  -SPRAIN STRA  3.00    135.00
052506-052506 97140   -  98-MANUAL THER 847.2  -SPRAIN STRA  1.00     48.00
 52506-052506 97010   -     -HOT/COLD PA 847.2  -SPRAIN STRA  1.00      0.00
 52506-052506 97014   -  98-ELECTRIC ST 847.2  -SPRAIN STRA  1.00     27.00
 ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
  Tick#  1065505 U 2700  VALERIA      JONES        Total:  162.00
 5/30/06 2702-ELLIS PT      TAYLOR                        SELMA
 053006-053006 97110   -  98-THERAPEUTIC 847.2  -SPRAIN STRA  3.00    135.00
 53006-053006 97010   -  98-HOT/COLD PA 847.2  -SPRAIN STRA  1.00      0.00
 53006-053006 97014   -  98-ELECTRIC ST 847.2  -SPRAIN STRA  1.00     27.00
 ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
  Tick#  1065506 U 2700  VALERIA      JONES        Total:  162.00
 6/01/06 2702-ELLIS PT      TAYLOR                        SELMA
 60106-060106 97110   -  98-THERAPEUTIC 847.2  -SPRAIN STRA  3.00    135.00
060106-060106 97010   -     -HOT/COLD PA 847.2  -SPRAIN STRA  1.00      0.00
 60106-060106 97014   -  98-ELECTRIC ST 847.2  -SPRAIN STRA  1.00     27.00
 ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
  Tick#  1066886 U 2700  VALERIA      JONES        Total:     .00
 60/02/06 9900-NON VISIT     TAYLOR                        SELMA
 60206-060206 1001    -     -PT CX APPT 847.2  -SPRAIN STRA  1.00      0.00
 ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
  Tick#  1067566 U 2700  VALERIA      JONES        Total:     .00
 6/05/06 9900-NON VISIT     TAYLOR                        SELMA
 60506-060506 1000    -     -PT NO SHOW 847.2  -SPRAIN STRA  1.00      0.00
 ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
  Tick#  1068312 U 2700  VALERIA      JONES        Total:  162.00
```

06/07/06 2702-ELLIS PT      TAYLOR                          SELMA

```
υ60706-060706 97110    -   98-THERAPEUTIC 847.2   -SPRAIN STRA   3.00    135.00
060706-060706 97010    -    -HOT/COLD PA 847.2    -SPRAIN STRA   1.00      0.00
 60706-060706 97014    -   98-ELECTRIC ST 847.2   -SPRAIN STRA   1.00     27.00
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
 Tick#  1068313 U 2700   VALERIA      JONES        Total:     .00
^6/08/06 9900-NON VISIT   TAYLOR                   SELMA
 60806-060806 1003     -    -PT RESCHED  847.2     -SPRAIN STRA   1.00      0.00
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
 Tick#  1068314 U 2700   VALERIA      JONES        Total:  210.00
 6/09/06 2702-ELLIS PT    TAYLOR                    SELMA
υ60906-060906 97110    -   98-THERAPEUTIC 847.2    -SPRAIN STRA   3.00    135.00
060906-060906 97140    -   98-MANUAL THER 847.2    -SPRAIN STRA   1.00     48.00
 60906-060906 97010    -    -HOT/COLD PA 847.2     -SPRAIN STRA   1.00      0.00
 60906-060906 97014    -   98-ELECTRIC ST 847.2    -SPRAIN STRA   1.00     27.00
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
 Tick#  1069694 U 2700   VALERIA      JONES        Total:  162.00
 6/13/06 2702-ELLIS PT    TAYLOR                    SELMA
υ61306-061306 97110    -   98-THERAPEUTIC 847.2    -SPRAIN STRA   3.00    135.00
061306-061306 97010    -    -HOT/COLD PA 847.2     -SPRAIN STRA   1.00      0.00
 61306-061306 97014    -   98-ELECTRIC ST 847.2    -SPRAIN STRA   1.00     27.00
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
 Tick#  1069695 U 2700   VALERIA      JONES        Total:  162.00
 6/15/06 2702-ELLIS PT    TAYLOR                    SELMA
 61506-061506 97110    -   98-THERAPEUTIC 847.2    -SPRAIN STRA   3.00    135.00
061506-061506 97010    -    -HOT/COLD PA 847.2     -SPRAIN STRA   1.00      0.00
^61506-061506 97014    -   98-ELECTRIC ST 847.2    -SPRAIN STRA   1.00     27.00
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
 Tick#  1069696 U 2700   VALERIA      JONES        Total:  210.00
06/16/06 2702-ELLIS PT    TAYLOR                    SELMA
 61606-061606 97110    -   98-THERAPEUTIC 847.2    -SPRAIN STRA   3.00    135.00
 61606-061606 97140    -   98-MANUAL THER 847.2    -SPRAIN STRA   1.00     48.00
061606-061606 97010    -    -HOT/COLD PA 847.2     -SPRAIN STRA   1.00      0.00
^61606-061606 97014    -   98-ELECTRIC ST 847.2    -SPRAIN STRA   1.00     27.00
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
 Tick#  1071540 U 2700   VALERIA      JONES        Total:  162.00
06/20/06 2702-ELLIS PT    TAYLOR                    SELMA
 62006-062006 97110    -   98-THERAPEUTIC 847.2    -SPRAIN STRA   3.00    135.00
υ62006-062006 97010    -    -HOT/COLD PA 847.2     -SPRAIN STRA   1.00      0.00
062006-062006 97014    -   98-ELECTRIC ST 847.2    -SPRAIN STRA   1.00     27.00
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
 Tick#  1071541 U 2700   VALERIA      JONES        Total:  162.00
06/21/06 2702-ELLIS PT    TAYLOR                    SELMA
^62106-062106 97110    -   98-THERAPEUTIC 847.2    -SPRAIN STRA   3.00    135.00
 62106-062106 97010    -    -HOT/COLD PA 847.2     -SPRAIN STRA   1.00      0.00
υ62106-062106 97014    -   98-ELECTRIC ST 847.2    -SPRAIN STRA   1.00     27.00
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
 Tick#  1071542 U 2700   VALERIA      JONES        Total:  162.00
 6/23/06 2702-ELLIS PT    TAYLOR                    SELMA
062306-062306 97110    -   98-THERAPEUTIC 847.2    -SPRAIN STRA   3.00    135.00
⌐62306-062306 97010    -    -HOT/COLD PA 847.2     -SPRAIN STRA   1.00      0.00
 62306-062306 97014    -   98-ELECTRIC ST 847.2    -SPRAIN STRA   1.00     27.00
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
 Tick#  1073814 U 2700   VALERIA      JONES        Total:  162.00
 6/28/06 2702-ELLIS PT    TAYLOR                    SELMA
υ62806-062806 97110    -   98-THERAPEUTIC 847.2    -SPRAIN STRA   3.00    135.00
062806-062806 97010    -    -HOT/COLD PA 847.2     -SPRAIN STRA   1.00      0.00
 62806-062806 97014    -   98-ELECTRIC ST 847.2    -SPRAIN STRA   1.00     27.00
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
 Tick#  1073816 U 2700   VALERIA      JONES        Total:  230.00
^6/30/06 2702-ELLIS PT    TAYLOR                    SELMA
```

063006-063006 97110   -   98-THERAPEUTIC 847.2   -SPRAIN STRA   3.00   135.00

```
υ63006-063006 97140   -  98-MANUAL THER 847.2   -SPRAIN STRA   1.00      48.00
063006-063006 97010   -  98-HOT/COLD PA 847.2   -SPRAIN STRA   1.00      20.00
 63006-063006 97014   -  98-ELECTRIC ST 847.2   -SPRAIN STRA   1.00      27.00
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
  Tick#  1074927 U 2700  VALERIA      JONES        Total:   182.00
^7/05/06 2702-ELLIS PT     TAYLOR                  SELMA
 70506-070506 97110   -  98-THERAPEUTIC 847.2   -SPRAIN STRA   3.00     135.00
υ70506-070506 97010   -  98-HOT/COLD PA 847.2   -SPRAIN STRA   1.00      20.00
070506-070506 97014   -  98-ELECTRIC ST 847.2   -SPRAIN STRA   1.00      27.00
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
  Tick#  1074928 U 2700  VALERIA      JONES        Total:   182.00
07/06/06 2702-ELLIS PT     TAYLOR                  SELMA
 70606-070606 97110   -  98-THERAPEUTIC 847.2   -SPRAIN STRA   3.00     135.00
 70606-070606 97010   -  98-HOT/COLD PA 847.2   -SPRAIN STRA   1.00      20.00
070606-070606 97014   -  98-ELECTRIC ST 847.2   -SPRAIN STRA   1.00      27.00
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
  Tick#  1074929 U 2700  VALERIA      JONES        Total:     .00
υ7/07/06 9900-NON VISIT    TAYLOR                  SELMA
070706-070706 1001    -   -PT CX APPT  847.2   -SPRAIN STRA   1.00       0.00
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
  Tick#  1076142 U 2700  VALERIA      JONES        Total:     .00
07/10/06 9900-NON VISIT    TAYLOR                  SELMA
¯71006-071006 1003    -   -PT RESCHED  847.2   -SPRAIN STRA   1.00       0.00
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
  Tick#  1076143 U 2700  VALERIA      JONES        Total:     .00
07/12/06 9900-NON VISIT    TAYLOR                  SELMA
 71206-071206 1003    -   -PT RESCHED  847.2   -SPRAIN STRA   1.00       0.00
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
  Tick#  1077269 U 2700  VALERIA      JONES        Total:   182.00
 7/13/06 2702-ELLIS PT     TAYLOR                  SELMA
 71306-071306 97110   -  98-THERAPEUTIC 847.2   -SPRAIN STRA   3.00     135.00
071306-071306 97010   -  98-HOT/COLD PA 847.2   -SPRAIN STRA   1.00      20.00
^71306-071306 97014   -  98-ELECTRIC ST 847.2   -SPRAIN STRA   1.00      27.00
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
  Tick#  1076145 U 2700  VALERIA      JONES        Total:     .00
07/14/06 9900-NON VISIT    TAYLOR                  SELMA
 71406-071406 1005    -   -VOIDED TICK 847.2   -SPRAIN STRA   1.00       0.00
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
  Tick#  1079035 U 2700  VALERIA      JONES        Total:   213.00
 7/20/06 2702-ELLIS PT     TAYLOR                  SELMA
 72006-072006 97110   -  98-THERAPEUTIC 847.2   -SPRAIN STRA   3.00     135.00
072006-072006 97010   -  98-HOT/COLD PA 847.2   -SPRAIN STRA   1.00      20.00
^72006-072006 97012   -  98-MECHANICAL  847.2   -SPRAIN STRA   1.00      31.00
 72006-072006 97014   -  98-ELECTRIC ST 847.2   -SPRAIN STRA   1.00      27.00
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
  Tick#  1080808 U 2700  VALERIA      JONES        Total:     .00
 7/27/06 9900-NON VISIT    TAYLOR                  SELMA
 72706-072706 1003    -   -PT RESCHED  847.2   -SPRAIN STRA   1.00       0.00
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
  Tick#  1080809 U 2700  VALERIA      JONES        Total:   186.00
 7/28/06 2702-ELLIS PT     TAYLOR                  SELMA
072806-072806 97110   -  98-THERAPEUTIC 847.2   -SPRAIN STRA   3.00     135.00
072806-072806 97010   -  98-HOT/COLD PA 847.2   -SPRAIN STRA   1.00      20.00
 72806-072806 97012   -  98-MECHANICAL  847.2   -SPRAIN STRA   1.00      31.00
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
  Tick#  1082407 U 2700  VALERIA      JONES        Total:     .00
 8/04/06 9900-NON VISIT    TAYLOR                  SELMA
 80406-080406 1001    -   -PT CX APPT  847.2   -SPRAIN STRA   1.00       0.00
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
  Tick#  1083906 U 2700  VALERIA      JONES        Total:   257.00
```

u8/09/06 2702-ELLIS PT        TAYLOR                        SELMA

```
080906-080906 97002   -   98-PT REEVALUA 847.2   -SPRAIN STRA   1.00    44.00
080906-080906 97110   -   98-THERAPEUTIC 847.2   -SPRAIN STRA   3.00   135.00
80906-080906 97010    -   98-HOT/COLD PA 847.2   -SPRAIN STRA   1.00    20.00
80906-080906 97012    -   98-MECHANICAL  847.2   -SPRAIN STRA   1.00    31.00
080906-080906 97014   -   98-ELECTRIC ST 847.2   -SPRAIN STRA   1.00    27.00
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
 Tick#  1083907 U 2700  VALERIA      JONES        Total:     .00
08/11/06 9900-NON VISIT    TAYLOR                 SELMA
081106-081106 1001    -    -PT CX APPT 847.2   -SPRAIN STRA   1.00     0.00
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
 Tick#  1085165 U 2700  VALERIA      JONES        Total:     .00
08/15/06 9900-NON VISIT    TAYLOR                 SELMA
81506-081506 1000     -    -PT NO SHOW 847.2   -SPRAIN STRA   1.00     0.00
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
 Tick#  1085420 U 2700  VALERIA      JONES        Total:     .00
^8/16/06 9900-NON VISIT    TAYLOR                 SELMA
81606-081606 1003     -    -PT RESCHED 847.2   -SPRAIN STRA   1.00     0.00
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
 Tick#  1085166 U 2700  VALERIA      JONES        Total:     .00
8/17/06 9900-NON VISIT     TAYLOR                 SELMA
81706-081706 1000     -    -PT NO SHOW 847.2   -SPRAIN STRA   1.00     0.00
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
 Tick#  1085419 U 2700  VALERIA      JONES        Total:  213.00
8/18/06 2702-ELLIS PT      TAYLOR                 SELMA
081806-081806 97110   -   98-THERAPEUTIC 847.2   -SPRAIN STRA   3.00   135.00
081806-081806 97010   -   98-HOT/COLD PA 847.2   -SPRAIN STRA   1.00    20.00
81806-081806 97012    -   98-MECHANICAL  847.2   -SPRAIN STRA   1.00    31.00
081806-081806 97014   -   98-ELECTRIC ST 847.2   -SPRAIN STRA   1.00    27.00
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
 Tick#  1088276 U 2700  VALERIA      JONES        Total:  155.00
8/25/06 2702-ELLIS PT      TAYLOR                 SELMA
082506-082506 97110   -   98-THERAPEUTIC 847.2   -SPRAIN STRA   3.00   135.00
082506-082506 97010   -   98-HOT/COLD PA 847.2   -SPRAIN STRA   1.00    20.00
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
 Tick#  1090447 U 2700  VALERIA      JONES        Total:  187.00
09/01/06 2702-ELLIS PT     TAYLOR                 SELMA
90106-090106 97110    -   98-THERAPEUTIC 847.2   -SPRAIN STRA   3.00   135.00
90106-090106 97010    -   98-HOT/COLD PA 847.2   -SPRAIN STRA   1.00    20.00
090106-090106 97012   -   98-MECHANICAL  847.2   -SPRAIN STRA   1.00    32.00
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
 Tick#  1093988 U 2700  VALERIA      JONES        Total:  178.00
09/14/06 2702-ELLIS PT     TAYLOR                 SELMA
91406-091406 97110    -   98-THERAPEUTIC 847.2   -SPRAIN STRA   3.00   135.00
91406-091406 97112    -   98-NEUROMUSCUL 847.2   -SPRAIN STRA   1.00    43.00
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
 Tick#  1094211 U 2700  VALERIA      JONES        Total:     .00
9/15/06 9900-NON VISIT     TAYLOR                 SELMA
91506-091506 1001     -    -PT CX APPT 847.2   -SPRAIN STRA   1.00     0.00
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
 Tick#  1094599 U 2700  VALERIA      JONES        Total:  178.00
9/18/06 2702-ELLIS PT      TAYLOR                 SELMA
091806-091806 97110   -   98-THERAPEUTIC 847.2   -SPRAIN STRA   3.00   135.00
091806-091806 97112   -   98-NEUROMUSCUL 847.2   -SPRAIN STRA   1.00    43.00
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
 Tick#  1094600 U 2700  VALERIA      JONES        Total:     .00
09/20/06 9900-NON VISIT    TAYLOR                 SELMA
92006-092006 1003     -    -PT RESCHED 847.2   -SPRAIN STRA   1.00     0.00
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
 Tick#  1095799 U 2700  VALERIA      JONES        Total:     .00
^9/22/06 9900-NON VISIT    TAYLOR                 SELMA
```

092206-092206 1001      -      -PT CX APPT  847.2    -SPRAIN STRA    1.00         0.00

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

TOTAL OF PRINTED CHARGES                                    4,542.00



# REHAB ASSOCIATES
## 1391 East Highland Avenue, Selma, AL 36703

**Patient Name:**   JONES, VALERIA I.

**Account #:**   D30838

**Date of Service:** 05-25-06

## EVALUATION SUMMARY & PLAN OF CARE

☒ PT   ☐ OT

HICN:

| DOB:<br>11-02-42 | Sex:<br>☐ M ☒ F | Medical Diagnosis:<br>847.2 | Treatment Diagnosis:<br>847.2 | Provider #:<br>51528172 |
| --- | --- | --- | --- | --- |
| Onset Date:<br>04-22-06 | Physician:<br>Dr. Taylor | | Therapist:<br>Charles M. Ellis, PT, ATC | Hospital / SNF Name, Date of D/C: |

**HISTORY / SUBJECTIVE REPORT / CHIEF COMPLAINT:** *Etiology of current problem / Reason for referral / Identify recent surgery or exacerbation:*
Patient is a black female who comes to physical therapy with diagnosis of low back pain and right lower extremity pain. Patient reports on 04-22-06 she was at Winn Dixie and she slipped and fell. Patient reports she landed on her right hip. Patient reports the next morning she was hurting and decided to seek medical attention. Patient reports x-rays were taken and were negative for any fractures. Patient reports she is currently having pain in her low back region and down her right hip region. Patient states she does have difficulty with bending and stooping activities.

Past medical history is in the chart.

**Current and/or Prior Treatment:**
Patient is receiving treatment from Dr. Taylor in conjunction with physical therapy.

**Precautions / Contraindications/ Comorbidities:**
None.

| **PRIOR LEVEL OF FUNCTION (explain any limitations) Patient was independent in the following areas:**<br>☐*Self Care* ☐*ADL* ☐*Care Giving* ☐*Leisure* ☐*Work/Vocation* ☐*Mobility & Community Integration/Access (explain)*<br>☐*Other (explain)*<br><br>Patient was independent with all ADLs and participated in all age appropriate activities without difficulty. | **Current Pain Level**<br>(0-no pain, 10-severe pain)<br><br>8/10 |
| --- | --- |

**PRESENT FUNCTIONAL DEFICITS (explain any limitations):** ☐*Sleep Disturbances* ☐*Self Care* ☐*ADL* ☐*Care Giving* ☐*Reaching/Pushing/Pulling* ☐*Lifting/Carrying* ☐*Sitting/Standing* ☐*Bending/Squatting* ☐*Ambulation/Mobility: Speed/Terrain/Assistive Device* ☐ *Community Integration/Access (explain)* ☐*Other (explain)* Working: ☐Yes ☐No Type of Work:

Patient is having difficulty with all bending and stooping activities.

**OBJECTIVE DATA / TESTS** specific to this diagnosis
Active range of motion of the right hip was approximately 30% limited. Active range of motion in the lumbar spine was also approximately 20 to 30% limited. Patient did present with some pain with palpation to the right ischial tuberosity of her right hip down into the region of the right side of her sacrum. Patient did present with significantly tight hamstring and piriformis musculature in the right lower extremity. There were no vertebral rotations found with palpation or any sacroiliac joint dysfunction. All other special tests were negative. Gait: patient is independent with all gait and transfers but does show minimal signs of antalgic gait. There were no significant abnormalities found with posture assessment.

ME&POC-3/04

D30838

COC 2 now COD 3

| EVALUATION SUMMARY PAGE TWO | PATIENT: JONES, VALERIA I. |
|---|---|
| | DATE: 05-25-06 |

| PROBLEM LIST *impairments causing functional limitations* | TREATMENT PLAN *skilled intervention required for each problem* |
|---|---|
| 1. Decreased strength. <br> 2. Decreased range of motion. <br> 3. Increased pain level. | Modalities: <br> 1. Electrical stimulation and heat x 1 unit duration 15 minutes to the lumbar region to decrease pain. <br><br> Therapeutic exercises x 3 units duration 45 minutes to increase strength, range of motion, and flexibility of all torso musculature and right lower extremity. <br><br> Manual therapy techniques x 1 unit duration 15 minutes for passive range of motion to the hamstring and piriformis musculature. <br><br> Total treatment time approximately 75 minutes. |

| SHORT TERM FUNCTIONAL GOALS: *objective/measurable goals to be achieved during this 30 day period* | Time Frame |
|---|---|
| 1. Patient to be independent with home exercise program after 2 visits to allow patient to maximize physical therapy efficiency and outcome. <br> 2. Patient to decrease pain in the lumbar region and right lower extremity to 5/10 to allow patient to rest comfortably and participate in functional activities with limited pain. <br> 3. Patient to increase strength of all torso musculature to 4+/5 to allow patient to participate in all functional activities safely and efficiently. <br> 4. Patient to increase active range of motion of the right hip and lumbar region to 90% of normal to allow patient to participate in all functional activities with little limitations. | Two weeks |

| LONG TERM FUNCTIONAL GOALS: *functional status achieved at end of course of care* | |
|---|---|
| 1. Patient to decrease pain to 2/10 to allow patient to rest comfortably and participate in functional activities with limited pain. <br> 2. Patient to increase strength of all torso musculature to 5-/5 to allow patient to participate in all functional activities safely and efficiently. <br> 3. Patient to increase active range of motion of all torso musculature and right lower extremity musculature to allow patient to participate in all functional activities with no limitations. <br> 4. Patient to increase active range of motion of the lumbar spine to 95% of normal to allow patient to participate in all functional activities with little limitations. | Four weeks |

Patient's Personal Goals for Treatment: ☒ Same as above ☐ Other:

Initial Treatment on this Date:
Modalities:
1. Electrical stimulation and heat x 1 unit duration 15 minutes to the lumbar region to decrease pain.

Therapeutic exercises x 3 units duration 45 minutes to increase strength, range of motion, and flexibility of all torso musculature and right lower extremity.

Manual therapy techniques x 1 unit duration 15 minutes for passive range of motion to the hamstring and piriformis musculature.

Total treatment time approximately 75 minutes.

| | Treatment Frequency: |
|---|---|
| Patient's Awareness of Diagnosis / Prognosis: ☒ Yes ☐ No | |
| Verbal Informed Consent Obtained for Treatment Plan: ☒ Yes ☐ No | Three times a week for four weeks. |
| Patient's Rehabilitation Potential Is: ☐ Excellent ☒ Good ☐ Fair ☐ Poor *(explain)* | |

**Rehab Associates – Selma Clinic**
1391 E. Highland Ave, Suite 103, Selma, AL 36701 P 334-875-6110, F 334-875-6747

Patient Name: Jones, Valerra   Acct #: D 30838   DOS 5/30/06

**Subjective** Pt states that she wants to have soreness & ↓ret flexibility
Cont use of pain meds / flexibility changes

**Objective**
Pain  Lowest _/10  Highest _/10  Present _/10  Location ® hip

Palpation: _____

Soft Tissue Mobility: No  Minimal  (Moderate)  Severe  (Hyper) Hypotonic  Location ® piriformis / hip

Swelling: +1 +2 +3  Location: _____

Range of Motion: Flexion ____ Extension ____ SB ____ Rot ____ ABD ____ IR / INV ____ ER / EV ____

Joint Mobility: Hypermobility / Hypomobility  Minimal  (Moderate)  Severe  Location: L-spine / hip (®)

Strength: Location: ____ Gross Testing ____ Flexion ___/5 Extension ___/5 Abduction ___/5 IR ___/5 ER ___/5
PF ___/5 DF ___/5 INV ___/5 EV ___/5 Trunk ___/5 Abdominals ___/5 Improving ____ Not improving ____

Gait: (FWB) NWB PWB WBAT  Deviations: No (Yes (Antalgic)/ lack of TKE / decreased stride length & velocity/decreased heel strike/ decreased toe off

Assistive Devices: SW RW Straight/ Quad Cane One/Two Crutche(s)  Balance: Poor Fair Good  Trunk Stability: Poor Fair (Good)

Special Tests: _____

Sensation: (Intact) impaired  Location L-spine   Reflexes: 0 1+ 2+  Biceps / Triceps / Brachioradialis / Pat. Tendon / Achilles / HS

**Treatment**
(IFC) with ice / heat x 15 minutes for treatment of (pain) edema / inflammation of L-spine / piriformis (®) @ 85 - 150 Hz

US / Phono / Ionto x ____ minutes to increase vascularity / decrease spasms / decrease inflammation of _____

Ther Ex 42 minutes for ROM, strength, flexibility, endurance of: shld / knee / ankle / lumbar / cervical / thoracic / Trunk (hip) elbow / wrist / other ____

Neuro Re-Ed x ____ minutes for balance / coordination / proprioception / posture of _____

Manual Therapy x ____ minutes for ROM / jt mobs / SI mobs / STM / SOR / man. Traction of _____

Aquatic PT x ____ minutes for PWB amb / strength / ROM / endurance with emphasis on _____

Mechanical Lumbar / Cervical Traction x ____ min at ____ # intermittently to decrease radicular symptoms / increase joint mobility / elongate muscle tissue

Group Therapy x ____ minutes for supervised (Ther ex / neuro re-ed / aquatic) activities to improve (ROM / strength/ balance / endurance / proprioception) of:
____ in a group setting with (1 2 3) other participants to improve ADL function such as _____

Other: _____

Total Treatment Time: 57 minutes

**Assessment:**
Ø pt performed the above program with complaints of difficulty/pain  Ø pt instructed continue HEP
Ø limitations of ROM, strength, gait continue to alter functional ADL's  Ø pt progressing well per protocol

Other: _____

**Plan:** See 3 Times/Week for 4 Weeks

Continue with the following skilled physical therapy services to return patient to prior level of function as instructed by physician:
Ultrasound  Electrical Stimulation  Therapeutic Exercise  Manual Therapy  Neuromuscular Reeducation  Wound Care
Continue PT per post-op protocol  Iontophoresis  Aquatic therapy  Therapeutic Activities  Mechanical Traction  Vaso

OTHER _____

PTH 3668 Robert Kohn, MS, PT, ATC
PTH 1338 Mike Ellis, PT, ATC
PTH 4183 Kent Williams, PT
PTA 841 Eric Jackson, LPTA, CPT, CSCS

Signature _____

Rehab Associates – Selma Clinic

CO.3

1391 E. Highland Ave. Suite 103, Selma, AL 36701 P 334-875-6110, F 334-875-6747

Cc: Snew

Patient Name **Valeria Jones**      Acct # **D30838**      DOS **6 1 06**

---

Subjective   Pain (R) hip, buttock.   ↑ pain c̄ sitting.

---

**Objective**

Pain    Lowest __/10  Highest __/10  Present __/10  Location (R) hip, gluteal region

Palpation: _____

Soft Tissue Mobility:  No  Minimal  Moderate  Severe  Hyper / Hypotonic  Location (R) piriformis

Swelling: +1 +2 +3  Location: _____

Range of Motion: Flexion __ NT __ Extension _____ SB _____ Rot _____ ABD _____ IR / INV _____ ER / EV _____

Joint Mobility:  Hypermobility / Hypomobility  Minimal  Moderate  Severe  Location: _____

Strength: Location:_____  Gross Testing _____ Flexion _____/5  Extension _____/5  Abduction _____/5  IR _____/5  ER _____/5

PF _____/5  DF _____/5  INV _____/5  EV _____/5  Trunk _____/5  Abdominals _____/5  Improving _____  Not improving _____

Gait  (FWB)  NWB  PWB  WBAT  Deviations: No  Yes  Antalgic / lack of TKE / decrease stride length & velocity/ decreased heel strike/ decreased toe off

Assistive Devices:  SW  RW  Straight/ Quad Cane  One/Two Crutche(s)    Balance:  Poor  Fair  Good    Trunk Stability: Poor  Fair  Good

Special Tests: _____

Sensation: intact  impaired  Location _____  Reflexes: 0  1+  2+  Biceps / Triceps / Brachioradialis / Pat. Tendon / Achilles / HS

---

**Treatment**

IFC with ice / heat x **15** minutes for treatment of pain / edema / inflammation of (R) piriformis, L-spine

US / Phono / Ionto x ____ minutes to increase vascularity / decrease spasms / decrease inflammation / decrease pain of _____

Ther Ex  x **42** minutes for ROM/ strength / flexibility / endurance of:  shld / knee / ankle / lumbar / cervical / thoracic / Trunk / hip / elbow / wrist / other _____

Neuro Re-Ed x ____ minutes for balance / coordination / proprioception / posture of _____

Manual Therapy  x ____ minutes for ROM / jt mobs / SI mobs / STM / SOR / man. Traction of _____

Aquatic PT  x ____ minutes for PWB amb / strength / ROM / endurance  with emphasis on _____

Mechanical Lumbar / Cervical Traction x ____ min at _____ # intermittently to decrease radicular symptoms / increase joint mobility / elongate muscle tissue

Group Therapy x ____ minutes for supervised (Ther ex / neuro re-ed / aquatic) activities to improve (ROM / strength/ balance / endurance / proprioception) of:

_____ in a group setting with (1 2 3) other participants to improve ADL function such as _____

Other: _____

Total Treatment Time: **57** minutes

**Assessment:**

☑ pt performed the above program with complaints of difficulty/pain    O  pt instructed continue HEP

☑ limitations of ROM, strength, gait continue to alter functional ADL's    O  pt progressing well per protocol

Other _____

**Plan:**      See **3** Times/Week for ____ Weeks

Continue with the following skilled physical therapy services to return patient to prior level of function as instructed by physician:

Ultrasound    Electrical Stimulation    Therapeutic Exercise    Manual Therapy    Neuromuscular Reeducation    Wound Care

Continue PT per post-op protocol    Iontophoresis    Aquatic therapy    Therapeutic Activities    Mechanical Traction    Vaso

OTHER _____

PTH 3668 Robert Kohn, MS, PT, ATC
PTH 1338 Mike Ellis, PT, ATC
PTH 4183 Kent Williams, PT
PTA 841 Eric Jackson, LPTA, CPT, CSCS

PTH 2944  Sandra Whaley, MSPT

Signature  Sandra Whaley  MSPT

**Rehab Associates – Selma Clin**
1391 E. Highland Ave. Suite 103, Selma, AL 36701 P 334-875-6110, F 334-875-6747

CU.3

Patient Name Valeria Jones    Acct #: D30838    DOS 6/1/06

Subjective Pt states that she feels much better + Stress that she has continued to ex @ home. Con to have discomfort ¿ prolonged

Objective standing/ambulation.

Pain   Lowest __/10 Highest __/10 Present __/10 Location ℞ hip

Palpation: _____

Soft Tissue Mobility: No  Minimal  (Moderate)  Severe  Hyper/Hypotonic Location  MS / pri-tonic

Swelling: +1 +2 +3 Location: _____

Range of Motion: Flexion _____ Extension _____ SB _____ Rot _____ ABD _____ IR/INV _____ ER/EV _____

Joint Mobility: Hypermobility /(Hypomobility)  Minimal  (Moderate)  Severe Location: (R) hip / L-spine

Strength: Location: _____ Gross Testing _____ Flexion ___/5 Extension ___/5 Abduction ___/5 IR ___/5 ER ___/5

PF ___/5 DF ___/5 INV ___/5 EV ___/5 Trunk ___/5 Abdominals ___/5 Improving _____ Not improving _____

Gait (FWB)  NWB  PWB  WBAT  Deviations: No (Yes: antalgic) lack of TKP/ decrease stride length & velocity/ decreased heel strike/ decreased toe off

Assistive Devices: SW RW Straight/ Quad Cane One/Two Crutche(s)  Balance: Poor Fair (Good)  Trunk Stability: Poor Fair (Good)

Special Tests: _____

Sensation (intact) impaired Location Lumbar spine    Reflexes: 0 1+ 2+ Biceps / Triceps / Brachioradialis / Pat. Tendon / Achilles / HS

**Treatment**
℞/ with ice / heat x 15 minutes for treatment of pain / edema / inflammation of (R) hip L-spine @ 80-150 mz

US / Phono / Ionto x ___ minutes to increase vascularity / decrease spasms / decrease inflammation / decrease pain of _____

Ther Ex x 42 minutes for ROM, strength, flexibility, endurance of: shld / knee / ankle / lumbar / cervical / thoracic / Trunk / hip / elbow / wrist / other

Neuro Re-Ed x ___ minutes for balance / coordination / proprioception / posture of _____

Manual Therapy x ___ minutes for ROM / jt mobs / SI mobs / STM / SOR / man. Traction of _____

Aquatic PT x ___ minutes for PWB amb / strength / ROM / endurance with emphasis on _____

Mechanical Lumbar / Cervical Traction x ___ min at _____ # intermittently to decrease radicular symptoms / increase joint mobility / elongate muscle tissue

Group Therapy x ___ minutes for supervised (Ther ex / neuro re-ed / aquatic) activities to improve (ROM / strength/ balance / endurance / proprioception) of:

_____ in a group setting with (1 2 3) other participants to improve ADL function such as _____

Other: _____

Total Treatment Time: 57 minutes

**Assessment:**
Ø pt performed the above program with complaints of difficulty/(pain)  Ø pt instructed continue HEP
Ø limitations of ROM, strength, gait continue to alter functional ADL's  Ø pt progressing well per protocol

Other _____

**Plan:** See 3 Times/Week for 4 Weeks

Continue with the following skilled physical therapy services to return patient to prior level of function as instructed by physician:
Ultrasound      Electrical Stimulation      Therapeutic Exercise      Manual Therapy      Neuromuscular Reeducation      Wound Care
Continue PT per post-op protocol      Iontophoresis      Aquatic therapy      Therapeutic Activities      Mechanical Traction      Vaso

OTHER _____

PTH 3668 Robert Kohn, MS, PT, ATC
PTH 1338 Mike Ellis, PT, ATC
PTH 4183 Kent Williams, PT
PTA 841 Eric Jackson, LPTA, CPT, CSCS

Signature _____

Rehab Associates – Selma Clinic
4391 E. Highland Ave, Suite 103, Selma, AL 36701 P 334-875-6110, F 334-875-6747

Patient Name __Valeria Jones__   Acct #: __D30838__   DOS __6 9 06__

**Subjective** Pt states that she feels better despite continuing to have soreness @ hip / L-spine. Cont. HEP.

**Objective**
Pain   Lowest __/10  Highest __/10  Present __/10  Location Ⓡ hip   4-5

Palpation: _____

Soft Tissue Mobility: No  Minimal  Moderate  Severe  Hyper / Hypotonic  Location Ⓑ piriformis / HS

Swelling: +1 +2 +3  Location: _____

Range of Motion: Flexion_____ Extension_____ SB____ Rot____ ABD____ IR / INV____ ER / EV____

Joint Mobility: Hypermobility / Hypomobility  Minimal  Moderate  Severe  Location: L-spine / hips

Strength: Location:_____ Gross Testing_____ Flexion____/5 Extension____/5 Abduction____/5 IR____/5 ER____/5
        PF____/5 DF____/5 INV____/5 EV____/5 Trunk____/5 Abdominals____/5 Improving_____ Not improving_____

Gait: FWB NWB PWB WBAT  Deviations: No / Yes Antalgic / lack of TKE / decrease stride length & velocity/ decreased heel strike/ decreased toe off

Assistive Devices: SW RW Straight/ Quad Cane One/Two Crutche(s)  Balance: Poor Fair Good  Trunk Stability: Poor Fair Good

Special Tests: _____

Sensation: Intact / impaired  Location lumbar spine / Ⓡ hip  Reflexes: 0 1+ 2+  Biceps / Triceps / Brachioradialis / Pat. Tendon / Achilles / HS

**Treatment**
HC with ice / heat x 15 minutes for treatment of pain / edema / inflammation of Ⓡ hip / L-spine @ 80 - 150 Hz

US / Phono / Ionto x ____ minutes to increase vascularity / decrease spasms / decrease inflammation / decrease pain of _____

Ther Ex  x 4.2 minutes for ROM, strength, flexibility, endurance of: shld / knee / ankle / lumbar / cervical / thoracic / Trunk / hip / elbow / wrist / other ____

Neuro Re-Ed x ____ minutes for balance / coordination / proprioception / posture of _____

Manual Therapy x 15 minutes for ROM / jt mobs / SI mobs / STM / SOR / man. Traction of Ⓡ hip / L-spine to ↑ flexibility

Aquatic PT x ____ minutes for PWB amb / strength / ROM / endurance  with emphasis on _____

Mechanical Lumbar / Cervical Traction x ____ min at _____ # intermittently to decrease radicular symptoms / increase joint mobility / elongate muscle tissue

Group Therapy x ____ minutes for supervised (Ther ex / neuro re-ed / aquatic) activities to improve (ROM / strength/ balance / endurance / proprioception) of:

_____ in a group setting with (1 2 3) other participants to improve ADL function such as _____

Other: _____

Total Treatment Time: 72 minutes

**Assessment:**
∅ pt performed the above program with complaints of difficulty/pain  ∅ pt instructed continue HEP
∅ limitations of ROM, strength, gait continue to alter functional ADL's  ∅ pt progressing well per protocol

Other _____

**Plan:**  See 3 Times/Week for 4 Weeks

Continue with the following skilled physical therapy services to return patient to prior level of function as instructed by physician:
Ultrasound   Electrical Stimulation   Therapeutic Exercise   Manual Therapy   Neuromuscular Reeducation   Wound Care
Continue PT per post-op protocol   Iontophoresis   Aquatic therapy   Therapeutic Activities   Mechanical Traction   Vaso

OTHER_____

Signature _____

PTH 3668 Robert Kohn, MS, PT, ATC
PTH 1338 Mike Ellis, PT, ATC
PTH 4183 Kent Williams, PT
PTA 841 Eric Jackson, LPTA, CPT, CSCS

Rehab Associates – Selma Clinic
1391 E. Highland Ave. Suite 103, Selma, AL 36701 P 334-875-6110, F 334-875-6747

Patient Name Valeria Jones    Acct #: D30838    DOS 6.8.06

**Subjective** Pt. States that she has improved since beginning PT. & she cont. to have bad pain, "better by the day."

**Objective**
Pain Lowest __/10 Highest __/10 Present __/10 Location Lumbo spine / (R) hip.

Palpation: _____

Soft Tissue Mobility: No Minimal Moderate Severe Hyper / Hypotonic Location L-spine paraspinals / (R) priformis

Swelling: +1 +2 +3 Location: _____

Range of Motion: Flexion ___ Extension ___ SB ___ Rot ___ ABD ___ IR / INV ___ ER / EV ___

Joint Mobility: Hypermobility Hypomobility Minimal Moderate Severe Location: (R) hip / L-spine

Strength: Location: ___ Gross Testing ___ Flexion ___/5 Extension ___/5 Abduction ___/5 IR ___/5 ER ___/5

PF ___/5 DF ___/5 INV ___/5 EV ___/5 Trunk ___/5 Abdominals ___/5 Improving ___ Not improving ___

Gait: FWB NWB PWB WBAT Deviations: No Yes Antalgic / lack of TKE / decrease stride length & velocity / decreased heel strike / decreased toe off

Assistive Devices: SW RW Straight/ Quad Cane One/Two Crutch(s)    Balance: Poor Fair Good    Trunk Stability: Poor Fair Good

Special Tests: _____

Sensation: Intact impaired Location Lumbar spine / (R) hip    Reflexes: 0 1+ 2+ Biceps / Triceps / Brachioradialis / Pat. Tendon / Achilles / HS

**Treatment**
EST with ice / heat x 5 minutes for treatment of pain / edema / inflammation of L-spine / (R) hip / (R) SD ~ Sciatz

US / Phono / Ionto x ___ minutes to increase vascularity / decrease spasms / decrease inflammation / decrease pain of _____

Ther Ex x 47 minutes for ROM / strength, flexibility, endurance of: shld / knee / ankle / lumbar / cervical / thoracic / Trunk / hip / elbow / wrist / other _____

Neuro Re-Ed x ___ minutes for balance / coordination / proprioception / posture of _____

Manual Therapy x 9 CO minutes for ROM / jt mobs / SI mobs / STM / SOR / man. Traction of _____

Aquatic PT x ___ minutes for PWB amb / strength / ROM / endurance with emphasis on _____

Mechanical Lumbar / Cervical Traction x ___ min at ___ # intermittently to decrease radicular symptoms / increase joint mobility / elongate muscle tissue

Group Therapy x ___ minutes for supervised (Ther ex / neuro re-ed / aquatic) activities to improve (ROM / strength / balance / endurance / proprioception) of:

___ in a group setting with (1 2 3) other participants to improve ADL function such as _____

Other: _____

Total Treatment Time: 57 minutes

**Assessment:**
Ø pt performed the above program with complaints of difficulty/pain    Ø pt instructed continue HEP
Ø limitations of ROM, strength, gait continue to alter functional ADL's    Ø pt progressing well per protocol

Other _____

**Plan:** See 3 Times/Week for 4 Weeks

Continue with the following skilled physical therapy services to return patient to prior level of function as instructed by physician:
Ultrasound    Electrical Stimulation    Therapeutic Exercise    Manual Therapy    Neuromuscular Reeducation    Wound Care
Continue PT per post-op protocol    Iontophoresis    Aquatic therapy    Therapeutic Activities    Mechanical Traction    Vaso

OTHER _____

PTH 3668 Robert Kohn, MS, PT, ATC
PTH 1338 Mike Ellis, PT, ATC
PTH 4183 Kent Williams, PT
PTA 841 Eric Jackson, LPTA, CPT, CSCS

Signature _____

**Rehab Associates – Selma Clinic**
1291 E. Highland Ave. Suite 103, Selma, AL 36701 P 334-875-6110, F 334-875-6747

Patient Name _Valeria Jones_    Acct #: _D30838_    DOS _6/15/06_

**Subjective** _Pt states that her back / sacrum conts to heal well. Reports that pain is still present during prolonged sitting._

**Objective**
Pain   Lowest __/10   Highest __/10   Present 3/10   Location _Lumbar Spine / Sacrum_

Palpation: _____

Soft Tissue Mobility: No   Minimal   ~~Moderate~~   Severe   ~~Hyper~~/ Hypotonic   Location _(R) piriformis / (L) L-paraspinals_

Swelling: +1  +2  +3   Location: _____

Range of Motion: Flexion _____ Extension _____ SB _____ Rot _____ ABD _____ IR / INV _____ ER / EV _____

Joint Mobility: Hypermobility / Hypomobility  Minimal — Moderate   Severe   Location: _lumbar spine / (R) hip_

Strength: Location: _____ Gross Testing _____ Flexion _____ /5 Extension _____ /5 Abduction _____ /5 IR _____ /5 ER _____ /5

PF _____ /5 DF _____ /5 INV _____ /5 EV _____ /5 Trunk _____ /5 Abdominals _____ /5 Improving _____ Not improving _____

Gait: (FWB) NWB  PWB  WBAT   Deviations: No (Yes) Antalgic / lack of TKE / decrease stride length & velocity/ decreased heel strike/ decreased toe off

Assistive Devices: SW RW Straight/ Quad Cane One/Two Crutche(s)   Balance: Poor Fair—Good   Trunk Stability: Poor Fair (Good)

Special Tests: _____

Sensation: (intact) impaired   Location _lumbar spine / hip 3_   Reflexes: 0  1+  2+   Biceps / Triceps / Brachioradialis / Pat. Tendon / Achilles / HS

**Treatment**
HC/with ice / heat x _5_ minutes for treatment of pain/ edema / inflammation of _Lumbar spine / (R) hip @ 80-150Hz_

US / Phono / Ionto x _____ minutes to increase vascularity / decrease spasms / decrease inflammation / decrease pain of _____

Ther Ex x _42_ minutes for ROM strength, flexibility, endurance of: shld / knee / ankle / lumbar / cervical / thoracic / Trunk (hip)/ elbow / wrist / other _____

Neuro Re-Ed x _____ minutes for balance / coordination / proprioception / posture of _____

Manual Therapy x _____ minutes for ROM / jt mobs / SI mobs / STM / SOR / man. Traction of _____

Aquatic PT x _____ minutes for PWB amb / strength / ROM / endurance  with emphasis on _____

Mechanical Lumbar / Cervical Traction x _____ min at _____ # intermittently to decrease radicular symptoms / increase joint mobility / elongate muscle tissue

Group Therapy x _____ minutes for supervised (Ther ex / neuro re-ed / aquatic) activities to improve (ROM / strength/ balance / endurance / proprioception) of:

_____ in a group setting with (1 2 3) other participants to improve ADL function such as _____

Other: _____

Total Treatment Time: _57_ minutes

**Assessment:**
∅ pt performed the above program with complaints of difficulty/pain   ∅ pt instructed continue HEP
∅ limitations of ROM, strength, gait, continue to alter functional ADL 's   ∅ pt progressing well per protocol

Other_____

**Plan:**   See _3_ Times/Week for _4_ Weeks

Continue with the following skilled physical therapy services to return patient to prior level of function as instructed by physician:
Ultrasound   Electrical Stimulation   Therapeutic Exercise   Manual Therapy   Neuromuscular Reeducation   Wound Care
Continue PT per post-op protocol   Iontophoresis   Aquatic therapy   Therapeutic Activities   Mechanical Traction   Vaso

OTHER_____

PTH 3668 Robert Kohn, MS, PT, ATC
PTH 1338 Mike Ellis, PT, ATC
PTH 4183 Kent Williams, PT
PTA 841 Eric Jackson, LPTA, CPT, CSCS

Signature _____

CO.3

**Rehab Associates – Selma Clinic**
1391 E. Highland Ave. Suite 103, Selma, AL 36701 P 334-875-6110, F 334-875-6747

Patient Name: _Valeria Jones_    Acct #: _030838_    DOS _0/16/06_

---

**Subjective** Pt cont. to report continuous pain @ lumbar spine /soreness @
@ hip. Adjusts to feeling better, care to ex. @ home.

**Objective**
Pain  Lowest __/10  Highest __/10  Present _3_/10  Location _lumbar spine_

Palpation: _____

Soft Tissue Mobility:  No  Minimal  Moderate  Severe  Hyper / Hypotonic  Location _MS / piriformis_

Swelling: +1 +2 +3  Location: _____

Range of Motion: Flexion _____ Extension _____ SB _____ Rot _____ ABD _____ IR / INV _____ ER / EV _____

Joint Mobility:  Hypermobility  Hypomobility  Minimal  Moderate  Severe  Location: _lumbar spine / hips_

Strength: Location: _____ Gross Testing _____ Flexion ____/5  Extension ____/5  Abduction ____/5  IR ____/5  ER ____/5

PF ____/5  DF ____/5  INV ____/5  EV ____/5  Trunk ____/5  Abdominals ____/5  Improving _____ Not improving _____

Gait:  FWB  NWB  PWB  WBAT  Deviations: No / Yes (single) / lack of TKE / decrease stride length & velocity/ decreased heel strike/ decreased toe off

Assistive Devices:  SW  RW  Straight/ Quad Cane  One/Two Crutche(s)   Balance:  Poor  Fair  Good    Trunk Stability:  Poor  Fair  Good

Special Tests: _____

Sensation: intact  impaired  Location _lumbar spine_____  Reflexes: 0  1+  2+   Biceps / Triceps / Brachioradialis / Pat. Tendon / Achilles / HS

**Treatment**
IFC with ice / heat x _15_ minutes for treatment of pain / edema / inflammation of _lumbar spine_ @ 80~150 Hz

US / Phono / Ionto x ____ minutes to increase vascularity / decrease spasms / decrease inflammation / decrease pain of _____

Ther Ex  x _42_ minutes for ROM, strength, flexibility, endurance of: shld / knee / ankle / lumbar / cervical / thoracic / Trunk / hip / elbow / wrist / other _____

Neuro Re-Ed  x ____ minutes for balance / coordination / proprioception / posture of _____

Manual Therapy x _5_ minutes for ROM / jt mobs / SI mobs / STM / SOR / man. Traction of _L-spine / hips to 1° flexibility_

Aquatic PT  x ____ minutes for PWB amb / strength / ROM / endurance  with emphasis on _____

Mechanical Lumbar / Cervical Traction x ____ min at _____ # intermittently to decrease radicular symptoms / increase joint mobility / elongate muscle tissue

Group Therapy x _____ minutes for supervised (Ther ex / neuro re-ed / aquatic) activities to improve (ROM / strength/ balance / endurance / proprioception) of:

_____ in a group setting with (1 2 3) other participants to improve ADL function such as _____

Other: _____

Total Treatment Time: _72_ minutes

**Assessment:**
Ø pt performed the above program with complaints of difficulty / pain    Ø pt instructed continue HEP
Ø limitations of ROM, strength, gait continue to alter functional ADL's    Ø pt progressing well per protocol

Other _____

**Plan:**    See _3_ Times/Week for _4_ Weeks

Continue with the following skilled physical therapy services to return patient to prior level of function as instructed by physician:
Ultrasound    Electrical Stimulation    Therapeutic Exercise    Manual Therapy    Neuromuscular Reeducation    Wound Care
Continue PT per post-op protocol    Iontophoresis    Aquatic therapy    Therapeutic Activities    Mechanical Traction    Vaso

OTHER _____

---

PTH 3668 Robert Kohn, MS, PT, ATC
PTH 1338 Mike Ellis, PT, ATC
PTH 4183 Kent Williams, PT
PTA 841 Eric Jackson, LPTA, CPT, CSCS

Signature _____

00.3

**Rehab Associates – Selma Clinic**
1391 E. Highland Ave. Suite 103, Selma, AL 36701 P 334-875-6110, F 334-875-6747

COC and

Patient Name _Valeria Jones_    Acct #: _D30838_    DOS _6 20 06_

Subjective _P/n q/pts that has low back/Rt hip/Sacrum are doing better. States_
_that majority of discomfort is felt during sitting. Occasional numbness_
_present 5' prolonged sitting but Ø radicular symptoms reported. Pro cont. to ex. @ home._

Objective    2-3
Pain  Lowest _/10  Highest _/10  Present _/10  Location _Lumb + some_

Palpation: _____

Soft Tissue Mobility: No  Minimal  Moderate  (Hyper)/ Hypotonic  Location _HS / piriformis_

Swelling: +1 +2 +3  Location: _____

Range of Motion: Flexion_____ Extension _____ SB _____ Rot _____ ABD _____ IR / INV _____ ER / EV _____

Joint Mobility: Hypermobility / Hypomobility (Minimal)  Moderate  Severe  Location: _lumbar spine / (R) hip_____

Strength: Location:_____ Gross Testing_____ Flexion ___/5 Extension ___/5 Abduction ___/5 IR ___/5 ER ___/5

PF ___/5 DF ___/5 INV ___/5 EV ___/5 Trunk ___/5 Abdominals ___/5 Improving _____ Not improving _____

Gait: (FWB)  NWB  PWB  WBAT  Deviations: No  (Yes)  Antalgic/ lack of TKE / decrease stride length & velocity/decreased heel strike/ decreased toe off     mild

Assistive Devices: SW  RW  Straight/ Quad Cane  One/Two Crutche(s)  Balance: Poor  Fair (Good)  Trunk Stability: Poor  Fair (Good)

Special Tests: _____

Sensation: (intact) impaired  Location _lumbar spine / (R) hip_  Reflexes: 0  1+  2+  Biceps / Triceps / Brachioradialis / Pat. Tendon / Achilles / HS

**Treatment**
(ES) with ice / heat x _15_ minutes for treatment of pain / edema / inflammation of _L-spine / (R) hip @ 80-150Hz_

US / Phono / Ionto x ____ minutes to increase vascularity / decrease spasms / decrease inflammation / decrease pain of _____

Ther Ex x _42_ minutes for ROM / strength / flexibility / endurance of: shld / knee / ankle / lumbar / cervical / thoracic / Trunk / hip / elbow / wrist / other _____

Neuro Re-Ed x ____ minutes for balance / coordination / proprioception / posture of _____

Manual Therapy x ____ minutes for ROM / jt mobs / SI mobs / STM / SOR / man. Traction of _____

Aquatic PT x ____ minutes for PWB amb / strength / ROM / endurance  with emphasis on _____

Mechanical Lumbar / Cervical Traction x ____ min at _____ # intermittently to decrease radicular symptoms / increase joint mobility / elongate muscle tissue

Group Therapy x ____ minutes for supervised (Ther ex / neuro re-ed / aquatic) activities to improve (ROM / strength/ balance / endurance / proprioception) of:

_____ in a group setting with (1 2 3) other participants to improve ADL function such as _____

Other: _____

Total Treatment Time: _57_ minutes

**Assessment:**
Ø pt performed the above program with complaints of difficulty/pain)  Ø pt instructed continue HEP
Ø limitations of ROM, strength, gait continue to alter functional ADL's / Ø pt progressing well per protocol

Other _____

**Plan:**    See _3_ Times/Week for _4_ Weeks

Continue with the following skilled physical therapy services to return patient to prior level of function as instructed by physician:
Ultrasound    Electrical Stimulation    Therapeutic Exercise    Manual Therapy    Neuromuscular Reeducation    Wound Care
Continue PT per post-op protocol    Iontophoresis    Aquatic therapy    Therapeutic Activities    Mechanical Traction    Vaso

OTHER_____

PTH 3668 Robert Kohn, MS, PT, ATC
PTH 1338 Mike Ellis, PT, ATC
PTH 4183 Kent Williams, PT
PTA 841 Eric Jackson, LPTA, CPT, CSCS

Signature _____

Rehab Associates – Selma Clinic
1391 E. Highland Ave. Suite 103, Selma, AL 36701 P 334-875-6110, F 334-875-6747     CO3

Patient Name _Valeria Jones_    Acct # _030838_    DOS _6/21/06_

**Subjective** _P first states that she is becoming better constantly; states that_
_she still has discomfort c prolonged sitting. Cont to perform flexibility_

**Objective** _home - cont use of pain meds._
Pain   Lowest __/10  Highest __/10  Present _2_/10  Location _lumbar spine_

Palpation: _____

Soft Tissue Mobility: No (Minimal) Moderate Severe (Hyper)/ Hypotonic Location _MS/piriformis_

Swelling: +1 +2 +3  Location: _____

Range of Motion: Flexion _____ Extension _____ SB _____ Rot _____ ABD _____ IR / INV _____ ER / EV _____

Joint Mobility: Hypermobility (Hypomobility) (Minimal) Moderate Severe Location: _L-spine/hips_

Strength: Location: _____ Gross Testing _____ Flexion ___/5 Extension ___/5 Abduction ___/5 IR ___/5 ER ___/5
PF ___/5 DF ___/5 INV ___/5 EV ___/5 Trunk ___/5 Abdominals ___/5 Improving _____ Not improving _____

Gait: (FWB) NWB PWB WBAT  Deviations: No _antalgic_ lack of TKE / decrease stride length & velocity/decreased heel strike/ decreased toe off

Assistive Devices: SW/ RW  Straight/ Quad Cane  One/Two Crutches(s)   Balance: Poor (Fair) Good  Trunk Stability: Poor Fair (Good)

Special Tests: _____

Sensation: (intact) impaired  Location _lumbar spine / sacrum_   Reflexes: 0  1+  2+   Biceps / Triceps / Brachioradialis / Pat. Tendon / Achilles / HS

**Treatment**
(IC) with ice /(heat) x _15_ minutes for treatment of (pain) / edema / inflammation of _L-spine/R.hip @ 83-15 mHz_

US / Phono / Ionto x _____ minutes to increase vascularity / decrease spasms / decrease inflammation / decrease pain of _____

Ther Ex x _42_ minutes for (ROM) (strength) (flexibility) (endurance) of: shld / knee / ankle (lumbar) / cervical / thoracic / Trunk / (hip) elbow / wrist / other _____

Neuro Re-Ed x _____ minutes for balance / coordination / proprioception / posture of _____

Manual Therapy x _____ minutes for ROM / jt mobs / SI mobs / STM / SOR / man. Traction of _____

Aquatic PT x _____ minutes for PWB amb / strength / ROM / endurance with emphasis on _____

Mechanical Lumbar / Cervical Traction x _____ min at _____ # intermittently to decrease radicular symptoms / increase joint mobility / elongate muscle tissue

Group Therapy x _____ minutes for supervised (Ther ex / neuro re-ed / aquatic) activities to improve (ROM / strength/ balance / endurance / proprioception) of:
_____ in a group setting with (1 2 3) other participants to improve ADL function such as _____

Other: _____

Total Treatment Time: _57_ minutes

**Assessment:**
O pt performed the above program with complaints of difficulty/pain  O pt instructed continue HEP
O limitations of ROM, strength, gait continue to alter functional ADL's  O pt progressing well per protocol
Other _____

**Plan:**   See _3_ Times/Week for _4_ Weeks

Continue with the following skilled physical therapy services to return patient to prior level of function as instructed by physician:
Ultrasound     Electrical Stimulation     (Therapeutic Exercise)   (Manual Therapy)   Neuromuscular Reeducation   Wound Care
Continue PT per post-op protocol     Iontophoresis     Aquatic therapy     Therapeutic Activities   Mechanical Traction   Vaso

OTHER _____ : _____

Signature _____

PTH 3668 Robert Kohn, MS, PT, ATC
PTH 1338 Mike Ellis, PT, ATC
PTH 4183 Kent Williams, PT
PTA 841 Eric Jackson, LPTA, CPT, CSCS

Rehab Associates – Selma Clinic
1391 E. Highland Ave. Suite 103, Selma, AL 36701 P 334-875-6110, F 334-875-6747

CO,3

Loc anw

Patient Name Valeria Jones     Acct # D30838     DOS 623.06

**Subjective** Pt states that her progress is steady but slowing but to have pain during ambulation / prolonged sitting

**Objective**

Pain Lowest __/10 Highest __/10 Present 2/10 Location L-Spine / hip (R)

Palpation: ___

Soft Tissue Mobility: No (Minimal) Moderate Severe (Hyper) / Hypotonic Location pth i-form 3 / H S

Swelling: +1 +2 +3 Location: ___

Range of Motion: Flexion ___ Extension ___ SB ___ Rot ___ ABD ___ IR / INV ___ ER / EV ___

Joint Mobility: Hypermobility / Hypomobility (Minimal) Moderate Severe Location: L-Spine / hip s

Strength: Location: ___ Gross Testing ___ Flexion ___/5 Extension ___/5 Abduction ___/5 IR ___/5 ER ___/5

PF ___/5 DF ___/5 INV ___/5 EV ___/5 Trunk ___/5 Abdominals ___/5 Improving ___ Not improving ___

Gait: (PWB) NWB PWB WBAT Deviations: No / (yes) very mild Antalgic / lack of TKE / decrease stride length & velocity / decreased heel strike / decreased toe off

Assistive Devices: SW RW Straight/ Quad Cane One/Two Crutches(s)   Balance: Poor Fair (Good)   Trunk Stability: Poor Fair (Good)

Special Tests: ___

Sensation: intact impaired Location L-Spine     Reflexes: 0 1+ 2+ Biceps / Triceps / Brachioradialis / Pat. Tendon / Achilles / HS

**Treatment**

(EPC) with ice / heat x 15 minutes for treatment of (pain) / edema / inflammation of L-Spine @ 80 - 150 μz

US / Phono / Ionto x ___ minutes to increase vascularity / decrease spasms / decrease inflammation / decrease pain of ___

Ther Ex x 1 15 minutes for (ROM) strength flexibility, endurance of: shld / knee / ankle / (lumbar) cervical / thoracic / Trunk / (hip) elbow / wrist / other ___

Neuro Re-Ed x ___ minutes for balance / coordination / proprioception / posture of ___

Manual Therapy x ___ minutes for ROM / jt mobs / SI mobs / STM / SOR / men. Traction of ___

Aquatic PT x ___ minutes for PWB amb / strength / ROM / endurance with emphasis on ___

Mechanical Lumbar / Cervical Traction x ___ min at ___ # intermittently to decrease radicular symptoms / increase joint mobility / elongate muscle tissue

Group Therapy x ___ minutes for supervised (Ther ex / neuro re-ed / aquatic) activities to improve (ROM / strength/ balance / endurance / proprioception) of:

___ in a group setting with (1 2 3) other participants to improve ADL function such as ___

Other: ___

Total Treatment Time: 6 0 minutes

**Assessment:**

Ø pt performed the above program with complaints of difficulty pain     Ø pt instructed continue HEP
Ø limitations of ROM, strength, gait continue to alter functional ADL's   Ø pt progressing well per protocol

Other ___

**Plan:** See 3 Times/Week for 4 Weeks

Continue with the following skilled physical therapy services to return patient to prior level of function as instructed by physician:

Ultrasound     Electrical Stimulation     Therapeutic Exercise     Manual Therapy     Neuromuscular Reeducation     Wound Care
Continue PT per post-op protocol     Iontophoresis     Aquatic therapy     Therapeutic Activities     Mechanical Traction     Vaso

OTHER ___

PTH 3668 Robert Kohn, MS, PT, ATC
PTH 1338 Mike Ellis, PT, ATC
PTH 4183 Kent Williams, PT
PTA 841 Eris Jackson, LPTA, CPT, CSCS

Signature ___

**Rehab Associates – Selma Clinic**
1391 E. Highland Ave. Suite 103, Selma, AL 36701 P 334-875-6110, F 334-875-6747

Patient Name: Valeria Jones     Acct #: D30838     DOS 6/28/06

---

**Subjective** Pt states that she still has soreness @ ROM during prolonged sitting. States that she is able to sit for longer periods. She cont. HEP.

**Objective**
Pain    Lowest __/10 Highest __/10 Present __/10 Location lumbar spine / (R) hip

Palpation: _____

Soft Tissue Mobility: No (Minimal) Moderate  Severe  (Type) Hypotonic Location piriformis / HS

Swelling: +1 +2 +3 Location: _____

Range of Motion: Flexion ____ Extension ____ SB ____ Rot ____ ABD ____ IR / INV ____ ER / EV ____

Joint Mobility: Hypermobility (Hypomobility) (Minimal) Moderate  Severe  Location: lumbar spine / hips

Strength: Location ____ Gross Testing ____ Flexion ___/5 Extension ___/5 Abduction ___/5 IR ___/5 ER ___/5

PF ___/5 DF ___/5 INV ___/5 EV ___/5 Trunk ___/5 Abdominals ___/5 Improving ____ Not improving ____

Gait: (FWB) NWB  PWB  WBAT  Deviations: No Yes  Antalgic / lack of TKE / decrease stride length & velocity/ decreased heel strike/ decreased toe off

Assistive Devices: SW RW Straight/ Quad Cane  One/Two Crutche(s)    Balance: Poor Fair (Good)   Trunk Stability: Poor Fair (Good)

Special Tests: _____

Sensation: (intact) impaired  Location lumbar spine     Reflexes: 0  1+  2+  Biceps / Triceps / Brachioradialis / Pat. Tendon / Achilles / HS

**Treatment**
(IFC) with ice / (heat) x 15 minutes for treatment of (pain) / edema / inflammation of lumbar spine @ 80-130 Hz

US / Phono / Ionto x ____ minutes to increase vascularity / decrease spasms / decrease inflammation / decrease pain of _____

Ther Ex x 45 minutes for (ROM, strength, flexibility, endurance) of: shld / knee / ankle (lumbar) / cervical / thoracic / Trunk (hip) / elbow / wrist / other ____

Neuro Re-Ed x ____ minutes for balance / coordination / proprioception / posture of _____

Manual Therapy x ____ minutes for ROM / jt mobs / SI mobs / STM / SOR / man. Traction of _____

Aquatic PT x ____ minutes for PWB amb / strength / ROM / endurance with emphasis on _____

Mechanical Lumbar / Cervical Traction x ____ min at ____ # intermittently to decrease radicular symptoms / increase joint mobility / elongate muscle tissue

Group Therapy x ____ minutes for supervised (Ther ex / neuro re-ed / aquatic) activities to improve (ROM / strength/ balance / endurance / proprioception) of:

____ in a group setting with (1 2 3) other participants to improve ADL function such as _____

Other: _____

**Total Treatment Time:** 60 minutes

**Assessment:**
O, pt performed the above program with complaints of difficulty/pain   Ø pt instructed continue HEP
Ø limitations of (ROM, strength) gait continue to alter functional ADL's   O pt progressing well per protocol
Other _____

**Plan:** See 3 Times/Week for 4 Weeks

Continue with the following skilled physical therapy services to return patient to prior level of function as instructed by physician:
Ultrasound     Electrical Stimulation     Therapeutic Exercise     Manual Therapy     Neuromuscular Reeducation     Wound Care
Continue PT per post-op protocol     Iontophoresis     Aquatic therapy     Therapeutic Activities     Mechanical Traction     Vaso

OTHER _____

PTH 3668 Robert Kohn, MS, PT, ATC
PTH 1338 Mike Ellis, PT, ATC
PTH 4183 Kent Williams, PT
PTA 847 Eric Jackson, LPTA, CPT, CSCS

Signature _____

Rehab Associates – Selma Clinic
1391 E. Highland Ave. Suite 103, Selma, AL 36701 P 334-875-6110, F 334-875-6747

Patient Name __Valeria Jones__   Acct #: __D30838__   DOS __6/30/06__

---

**Subjective** Pt. cont. to report pain @ R. hip ē ____ standing. She states that pain is less frequent. Cont. to ex. @ home.

**Objective**
Pain   Lowest __/10 Highest __/10 Present 4/10 Location __L-spine/ R hip__

Palpation: _____

Soft Tissue Mobility: No  Minimal  Moderate  Severe  Hyper / Hypotonic Location __MS / piriformis  sn (R)__

Swelling: +1 +2 +3 Location: _____

Range of Motion: Flexion _____ Extension _____ SB _____ Rot _____ ABD _____ IR / INV _____ ER / EV _____

Joint Mobility: Hypermobility / Hypomobility / Minimal  Moderate  Severe  Location: __L-spine / hips__

Strength: Location:_____ Gross Testing _____ Flexion _____/5 Extension _____/5 Abduction _____/5 IR _____/5 ER _____/5 .

PF_____/5 DF_____/5 INV_____/5 EV_____/5 Trunk_____/5 Abdominals_____/5 Improving _____ Not improving _____

Gait:  FWB  NWB  PWB  WBAT  Deviations: No _Yes  Antalgic / lack of TKE / decrease stride length & velocity/ decreased heel strike/ decreased toe off

Assistive Devices: SW RW Straight/Quad Cane One/Two Crutche(s)   Balance: Poor Fair Good   Trunk Stability: Poor Fair Good

Special Tests: _____

Sensation: intact, impaired  Location __lumbar spine/ hip__   Reflexes: 0  1+  2+   Biceps / Triceps / Brachioradialis / Pat. Tendon / Achilles / HS

**Treatment**
HFC with ice / heat x 15 minutes for treatment of pain / edema / inflammation of __lumbar spine @ 80-158 Hz__

US / Phono / Ionto x ____ minutes to increase vascularity / decrease spasms / decrease inflammation / decrease pain of _____

Ther Ex x 45 minutes for ROM, strength, flexibility, endurance of:  shld / knee / ankle / lumbar / cervical / thoracic / Trunk / hip / elbow / wrist / other _____

Neuro Re-Ed x ____ minutes for balance / coordination / proprioception / posture of _____

Manual Therapy x 15 minutes for ROM / jt mobs / SI mobs / STM / SOR / man. Traction of __L-spine / hips.  to ↑ flexibility__

Aquatic PT x ____ minutes for PWB amb / strength / ROM / endurance  with emphasis on _____

Mechanical Lumbar / Cervical Traction x ____ min at _____ # intermittently to decrease radicular symptoms / increase joint mobility / elongate muscle tissue

Group Therapy x ____ minutes for supervised (Ther ex / neuro re-ed / aquatic) activities to improve (ROM / strength/ balance / endurance / proprioception) of:

_____ in a group setting with (1 2 3) other participants to improve ADL function such as _____

Other: _____

Total Treatment Time: 75 minutes

**Assessment:**
Ⓞ pt performed the above program with complaints of difficulty/pain   Ø pt instructed continue HEP
Ⓟ limitations of ROM, strength, gait continue to alter functional ADL's  Ø pt progressing well per protocol

Other_____

**Plan:**   See 3 Times/Week for 4 Weeks

Continue with the following skilled physical therapy services to return patient to prior level of function as instructed by physician:
Ultrasound        Electrical Stimulation      Therapeutic Exercise      Manual Therapy    Neuromuscular Reeducation    Wound Care
Continue PT per post-op protocol      Iontophoresis      Aquatic therapy      Therapeutic Activities    Mechanical Traction    Vaso

OTHER _____

PTH 3668 Robert Kohn, MS, PT, ATC
PTH 1338 Mike Ellis, PT, ATC
PTH 4183 Kent Williams, PT
PTA 841 Eric Jackson, LPTA, CPT, CSCS

Signature _____

**Rehab Associates – Selma Clinic**
1391 E Highland Ave, Suite 103, Selma, AL 36701 P 334-875-6110, F 334-875-6747

Patient Name _Valena Jones_    Acct #: _D30838_    DOS _7/6/06_

Subjective _Pt reports that her L-spine has been causing her Tpl since_
_last Monday night. Pt reports the p! is B>L. Pt describes the_
_p! as a "shooting/stabbing" sensation._

**Objective**

Pain  Lowest __/10  Highest __/10  Present __/10  Location _L-spine / L hip_

Palpation: _(L) pt notes_

Soft Tissue Mobility:  No  Minimal  Moderate  Severe  Hyper / Hypotonic  Location _____

Swelling: +1 +2 +3  Location: _____

Range of Motion: Flexion _____ Extension _____ SB _____ Rot _____ ABD _____ IR / INV _____ ER / EV _____

Joint Mobility:  Hypermobility / Hypomobility  Minimal  Moderate  Severe  Location: _____

Strength:  Location: _____ Gross Testing _____ Flexion ___/5 Extension ___/5 Abduction ___/5 IR ___/5 ER ___/5

PF ___/5 DF ___/5 INV ___/5 EV ___/5 Trunk ___/5 Abdominals ___/5 Improving _____ Not improving _____

Gait:  FWB  NWB  PWB  WBAT  Deviation (No/Yes) Antalgic / lack of TKE / decrease stride length & velocity/ decreased heel strike/ decreased toe off

Assistive Devices:  SW RW Straight/ Quad Cane  One/Two Crutche(s)  Balance: Poor Fair Good  Trunk Stability: Poor Fair Good

Special Tests: _____

Sensation: Intact / impaired  Location _____  Reflexes: 0  1+  2+  Biceps / Triceps / Brachioradialis / Pat. Tendon / Achilles / HS

**Treatment**

IFC / with ice / heat x _15_ minutes for treatment of pain / edema / inflammation of _L-spine_

US / Phono / Ionto x ____ minutes to increase vascularity / decrease spasms / decrease inflammation / decrease pain of _____

Ther Ex  x _45_ minutes for ROM, strength, flexibility, endurance of: shld / knee / ankle / lumbar / cervical / thoracic / Trunk / hip / elbow / wrist / other _____

Neuro Re-Ed x ____ minutes for balance / coordination / proprioception / posture of _____

Manual Therapy x ____ minutes for ROM / jt mobs / SI mobs / STM / SOR / nerv Traction of _____

Aquatic PT x ____ minutes for PWB amb / strength / ROM / endurance with emphasis on _____

Mechanical Lumbar / Cervical Traction x ____ min at _____ # intermittently to decrease radicular symptoms / increase joint mobility / elongate muscle tissue

Group Therapy x ____ minutes for supervised (Ther ex / neuro re-ed / aquatic) activities to improve (ROM / strength/ balance / endurance / proprioception) of:

_____ in a group setting with (1 2 3) other participants to improve ADL function such as _____

Other _∅ manual today 2° pt's ↑ p! (exl.)_

Total Treatment Time: _60_ minutes

**Assessment:**

☐ pt performed the above program with complaints of difficulty/pain  ☐ pt instructed continue HEP
☐ limitations of ROM, strength, gait continue to alter functional ADL's  ☐ pt progressing well per protocol

Other _____

**Plan:**  See _3_ Times/Week for ____ Weeks

Continue with the following skilled physical therapy services to return patient to prior level of function as instructed by physician:

~~Ultrasound~~  ~~Electrical Stimulation~~  ~~Therapeutic Exercise~~  ~~Manual Therapy~~  Neuromuscular Reeducation  Wound Care
Continue PT per post-op protocol  Iontophoresis  Aquatic therapy  Therapeutic Activities  Mechanical Traction  Vaso

OTHER _____

PTH 3668 Robert Kohn, MS, PT, ATC
PTH 1338 Mike Ellis, PT, ATC
PTH 4183 Kent Williams, PT
PTA 841 Eric Jackson, LPTA, CPT, CSCS

Signature _____

**Rehab Associates – Selma Clinic**
1301 E. Highland Ave. Suite 103, Selma, AL 36701, P 334-875-6110, F 334-875-6747

Patient Name _Valeria Jones_    Acct #: _D30838_    DOS _7/6/06_

**Subjective** _CS a + Pt plan / picking up_

**Objective**
Pain    Lowest __/10    Highest __/10    Present __/10    Location _____

Palpation: ® _pelvic debia_

Soft Tissue Mobility:  No  Minimal  Moderate  Severe  Hyper / Hypotonic  Location _____

Swelling: +1  +2  +3  Location: _____

Range of Motion: Flexion _____ Extension _____ SB _____ Rot _____ ABD _____ IR / INV _____ ER / EV _____

Joint Mobility:  Hypermobility  Hypomobility  Minimal  Moderate  Severe  Location: _____

Strength: Location: _____ Gross Testing _____ Flexion ___/5 Extension ___/5 Abduction ___/5 IR ___/5 ER ___/5

PF ___/5 DF ___/5 INV ___/5 EV ___/5 Trunk ___/5 Abdominals ___/5 Improving _____ Not improving _____

Gait:  FWB  NWB  PWB  WBAT  Deviations:  No  Yes  Antalgic / lack of TKE / decrease stride length & velocity/ decreased heel strike/ decreased toe off

Assistive Devices: SW  RW  Straight/ Quad Cane  One/Two Crutche(s)    Balance:  Poor  Fair  Good    Trunk Stability:  Poor  Fair  Good

Special Tests: _____

Sensation: intact  impaired  Location _____ Reflexes: 0  1+  2+  Biceps / Triceps / Brachioradialis / Pat. Tendon / Achilles / HS

**Treatment**
EFC with ice / heat x _11_ minutes for treatment of pain / edema / inflammation of _pict to my Art_

US / Phono / Ionto x ____ minutes to increase vascularity / decrease spasms / decrease inflammation / decrease pain of _____

Ther Ex x _45_ minutes for ROM, strength, flexibility, endurance of: shld / knee / ankle / lumbar / cervical / thoracic / Trunk / hip / elbow / wrist / other _26/n/_

Neuro Re-Ed x ____ minutes for balance / coordination / proprioception / posture of _____

Manual Therapy x ____ minutes for ROM / jt mobs / SI mobs / STM / SOR / man. Traction of _____

Aquatic PT x ____ minutes for PWB amb / strength / ROM / endurance with emphasis on _____

Mechanical Lumbar / Cervical Traction x ____ min at _____ # intermittently to decrease radicular symptoms / increase joint mobility / elongate muscle tissue

Group Therapy x ____ minutes for supervised (Ther ex / neuro re-ed / aquatic) activities to improve (ROM / strength/ balance / endurance / proprioception) of:

_____ in a group setting with (1 2 3) other participants to improve ADL function such as _____

Other: _____

**Total Treatment Time:** _60_ minutes

**Assessment:**
☑ pt performed the above program with complaints of difficulty/pain    O pt instructed continue HEP
☑ limitations of ROM, strength, gait continue to alter functional ADL's    ☑ pt progressing well per protocol

Other _____

**Plan:**    See _2_ Times/Week for _5_ Weeks

Continue with the following skilled physical therapy services to return patient to prior level of function as instructed by physician:
Ultrasound    Electrical Stimulation    Therapeutic Exercise    Manual Therapy    Neuromuscular Reeducation    Wound Care
Continue PT per post-op protocol    Iontophoresis    Aquatic therapy    Therapeutic Activities    Mechanical Traction    Vaso

OTHER _____

PTH 3668 Robert Kohn, MS, PT, ATC
PTH 1338 Mike Ellis, PT, ATC
PTH 4183 Kent Williams, PT
PTA 841 Eric Jackson, LPTA, CPT, CSCS

Signature _____

Rehab Associates – Selma Clinic
1391 E. Highland Ave. Suite 103, Selma, AL 36701 P 334-875-6110, F 334-875-6747

**Patient Name** Valevia Jones      **Acct #:** D30838      **DOS** 7/13/06

**Subjective** Pt states that she had an episode of low back pain last wk, but it has ↓ed. Reports that overall progress is satisfactory but she cont. to have tenderness ↓ed radicular symptoms reported. Cont.

**Objective**

**Pain** Lowest __/10 Highest __/10 Present __/10 Location 40 exe @ home.

**Palpation:** _____

**Soft Tissue Mobility:** No Minimal Moderate Severe (Hyper)/ Hypotonic Location (R) HS / piriformis

**Swelling:** +1 +2 +3 Location: _____

**Range of Motion:** Flexion _____ Extension _____ SB _____ Rot _____ ABD _____ IR / INV _____ ER / EV _____

**Joint Mobility:** Hypermobility / Hypomobility Minimal Moderate Severe Location: _____

**Strength:** Location: _____ Gross Testing _____ Flexion ___/5 Extension ___/5 Abduction ___/5 IR ___/5 ER ___/5
PF ___/5 DF ___/5 INV ___/5 EV ___/5 Trunk ___/5 Abdominals ___/5 Improving _____ Not improving _____

**Gait:** FWB NWB PWB WBAT **Deviation:** No Yes Antalgic / lack of TKE / decrease stride length & velocity/ decreased heel strike/ decreased toe off

**Assistive Devices:** SW RW Straight/Quad Cane One/Two Crutche(s) **Balance:** Poor Fair/Good **Trunk Stability:** Poor Fair Good

**Special Tests:** _____

**Sensation** Intact impaired Location lumbar spine **Reflexes:** 0 1+ 2+ Biceps / Triceps / Brachioradialis / Pat. Tendon / Achilles / HS

**Treatment**
(ES) with ice / heat x 15 minutes for treatment of pain / edema / inflammation of lumbar spine @ 80-150+12

US / Phono / Ionto x _____ minutes to increase vascularity / decrease spasms / decrease inflammation / decrease pain of _____

Ther Ex x 15 minutes for (ROM) strength, flexibility, endurance of: shld / knee / ankle / lumbar / cervical / thoracic / Trunk / hip / elbow / wrist / other _____

Neuro Re-Ed x _____ minutes for balance / coordination / proprioception / posture of _____

Manual Therapy x _____ minutes for ROM / jt mobs / SI mobs / STM / SOR / man. Traction of _____

Aquatic PT x _____ minutes for PWB amb / strength / ROM / endurance with emphasis on _____

Mechanical Lumbar / Cervical Traction x _____ min at _____ # intermittently to decrease radicular symptoms / increase joint mobility / elongate muscle tissue

Group Therapy x _____ minutes for supervised (Ther ex / neuro re-ed / aquatic) activities to improve (ROM / strength/ balance / endurance / proprioception) of:
_____ in a group setting with (1 2 3) other participants to improve ADL function such as _____

Other: _____

**Total Treatment Time:** 60 minutes

**Assessment:**
O pt performed the above program with complaints of difficulty/pain O pt instructed continue HEP
O limitations of ROM, strength, gait continue to alter functional ADL's O pt progressing well per protocol

Other _____

**Plan:** See 3 Times/Week for 4 Weeks

Continue with the following skilled physical therapy services to return patient to prior level of function as instructed by physician:
Ultrasound     Electrical Stimulation     Therapeutic Exercise     Manual Therapy     Neuromuscular Reeducation     Wound Care
Continue PT per post-op protocol     Iontophoresis     Aquatic therapy     Therapeutic Activities     Mechanical Traction     Vaso

OTHER _____

PTH 3668 Robert Kohn, MS, PT, ATC
PTH 1338 Mike Ellis, PT, ATC
PTH 4183 Kent Williams, PT
PTA 841 Eric Jackson, LPTA, CPT, CSCS

**Signature** _____

Rehab Associates – Selma Clinic
1391 F. Highland Ave. Suite 103, Selma, AL 36701 P 334-875-6110, F 334-875-6747

CO3

Patient Name __Valeria Jones__    Acct #: __D30838__    DOS __7/20/06__

**Subjective** Pt states that her back is constantly improving & reports that she has minimal symptoms but has fair. Cont. HEP.

**Objective**
Pain Lowest __/10 Highest __/10 Present 1-2 /10 Location __lumbar spine__

Palpation: _____

Soft Tissue Mobility: No  __Minimal__  Moderate  Severe  Hyper / Hypotonic Location __lumbar spine__

Swelling: +1 +2 +3 Location: _____

Range of Motion: Flexion_____ Extension_____ SB_____ Rot_____ ABD_____ IR / INV_____ ER / EV_____

Joint Mobility: Hypermobility / Hypomobility  Minimal  Moderate  Severe  Location: _____

Strength: Location:_____ Gross Testing_____ Flexion ___/5 Extension ___/5 Abduction ___/5 IR ___/5 ER ___/5

PF___/5 DF___/5 INV___/5 EV___/5 Trunk___/5 Abdominals___/5 Improving_____ Not improving_____

Gait: FWB NWB PWB WBAT  Deviations: No / Yes  Antalgic / lack of TKE / decrease stride length & velocity / decreased heel strike / decreased toe off

Assistive Devices: SW RW Straight/Quad Cane One/Two Crutche(s)  Balance: Poor Fair Good  Trunk Stability: Poor Fair Good

Special Tests: _____

Sensation: intact impaired Location __L-spine_____ Reflexes: 0 1+ 2+  Biceps / Triceps / Brachioradialis / Pat. Tendon / Achilles / HS

**Treatment**
EC with ice / heat x 15 minutes for treatment of pain / edema / inflammation of __L spine @ 80-150Hz__

US / Phono / Ionto x ____ minutes to increase vascularity / decrease spasms / decrease inflammation / decrease pain of _____

Ther Ex x 45 minutes for ROM, strength, flexibility, endurance of: shld / knee / ankle / lumbar / cervical / thoracic / Trunk / hip / elbow / wrist / other_____

Neuro Re-Ed x ____ minutes for balance / coordination / proprioception / posture of _____

Manual Therapy x ____ minutes for ROM / jt mobs / SI mobs / STM / SOR / man. Traction of _____

Aquatic PT x ____ minutes for PWB amb / strength / ROM / endurance with emphasis on _____

Mechanical Lumbar / Cervical Traction x 15 min at 65 # intermittently to decrease radicular symptoms / increase joint mobility / elongate muscle tissue

Group Therapy x ____ minutes for supervised (Ther ex / neuro re-ed / aquatic) activities to improve (ROM / strength / balance / endurance) of:

_____ in a group setting with (1 2 3) other participants to improve ADL function such as _____

Other: _____

Total Treatment Time: 75 minutes

**Assessment:**
∅ pt performed the above program with complaints of difficulty/pain  ∅ pt instructed continue HEP
∅ limitations of ROM, strength, gait continue to alter functional ADL's  ∅ pt progressing well per protocol

Other Pt. to T. Rx. States that she liked traction & it helps.

**Plan:**
See 3 Times/Week for 4 Weeks

Continue with the following skilled physical therapy services to return patient to prior level of function as instructed by physician:
Ultrasound    Electrical Stimulation    Therapeutic Exercise    Manual Therapy    Neuromuscular Reeducation    Wound Care
Continue PT per post-op protocol    Iontophoresis    Aquatic therapy    Therapeutic Activities    Mechanical Traction    Vaso

OTHER _____

PTH 3668 Robert Kohn, MS, PT, ATC
PTH 1338 Mike Ellis, PT, ATC
PTH 4183 Kent Williams, PT
PTA 841 Eric Jackson, LPTA, CPT, CSCS

Signature _____

**Rehab Associates – Selma Clinic**
1391 E. Highland Ave. Suite 103, Selma, AL 36701 P 334-875-6110, F 334-875-6747

003

Patient Name _Valeria Jones_    Acct # _D30 838_    DOS 4 28 06

**Subjective** Pt states that her back / hip is continuously improving. Reports tenderness during prolonged sitting. Cont. HEP.

**Objective**
Pain   Lowest __/10   Highest __/10   Present __/10   Location _L spine_

Palpation: _____

Soft Tissue Mobility:  No   Minimal   Moderate   Severe   Hyper / Hypotonic   Location _____

Swelling: +1 +2 +3  Location: _____

Range of Motion: Flexion_____ Extension_____ SB_____ Rot_____ ABD_____ IR / INV_____ ER / EV_____

Joint Mobility:  Hypermobility / Hypomobility  Minimal  Moderate  Severe  Location: _____

Strength: Location_____ Gross Testing_____ Flexion ____/5 Extension ____/5 Abduction ____/5 IR ____/5 ER ____/5

PF____/5 DF____/5 INV____/5 EV____/5 Trunk____/5 Abdominals____/5 Improving_____ Not improving_____

Gait: (PWB) NWB PWB WBAT Deviations: (No) Yes Antalgic / lack of TKE / decrease stride length & velocity// decreased heel strike/ decreased toe off

Assistive Devices: SW RW Straight/ Quad Cane One/Two Crutche(s)   Balance: Poor Fair (Good)   Trunk Stability: Poor Fair (Good)

Special Tests: _____

Sensation: intact impaired  Location _lumbar spine_   Reflexes: 0 1+ 2+  Biceps / Triceps / Brachioradialis / Pat. Tendon / Achilles / HS

**Treatment**
IFC with ice / heat x 15 minutes for treatment of pain / edema / inflammation of _L spine_

US / Phono / Ionto x ____ minutes to increase vascularity / decrease spasms / decrease inflammation / decrease pain of _____

Ther Ex x 45 minutes for ROM / strength, flexibility, endurance of: shld / knee / ankle / (lumbar) cervical / thoracic / Trunk / (hip) elbow / wrist / other _____

Neuro Re-Ed x ____ minutes for balance / coordination / proprioception / posture of _____

Manual Therapy x ____ minutes for ROM / jt mobs / SI mobs / STM / SOR / man. Traction of _____

Aquatic PT x ____ minutes for PWB amb / strength / ROM / endurance with emphasis on _____

Mechanical Lumbar / Cervical Traction x 5 min at 65 # intermittently to decrease radicular symptoms / increase joint mobility / elongate muscle tissue

Group Therapy x ____ minutes for supervised (Ther ex / neuro re-ed / aquatic) activities to improve (ROM / strength/ balance / endurance / proprioception) of:

_____ in a group setting with (1 2 3) other participants to improve ADL function such as _____

Other: _____

Total Treatment Time: 75 minutes

**Assessment:**
Ø pt performed the above program with complaints of difficulty (pain)   Ø pt instructed continue HEP
Ø limitations of ROM, strength, gait continue to alter functional ADL's   Ø pt progressing well per protocol

Other _____

**Plan:**                               See ____ Times/Week for ____ Weeks

Continue with the following skilled physical therapy services to return patient to prior level of function as instructed by physician:
Ultrasound        Electrical Stimulation        Therapeutic Exercise        Manual Therapy        Neuromuscular Reeducation        Wound Care
Continue PT per post-op protocol        Iontophoresis        Aquatic therapy        Therapeutic Activities        Mechanical Traction        Vaso

OTHER _____

PTH 3668 Robert Kohn, MS, PT, ATC
PTH 1338 Mike Ellis, PT, ATC
PTH 4183 Kent Williams, PT
PTA 841 Eric Jackson, LPTA, CPT, CSCS

Signature _____

**Rehab Associates – Selma Clinic**
1391 E. Highland Ave. Suite 103, Selma, AL 36701  P 334-875-6110, F 334-875-6747   *CO.3*

*La. Snw*

Patient Name __Valeria Jones__  Acct # __030 838__  DOS __8 9 06__

---

**Subjective** *Pt. states that she still has soreness @ gluteals/ischium*
*Reports feeling better overall.*

**Objective**
Pain   Lowest _1_/10  Highest _2_/10  Present __/10  Location __L-spine__

Palpation: _____

Soft Tissue Mobility:  No  Minimal  Moderate  Severe  Hyper / Hypotonic  Location _____

Swelling: +1  +2  +3  Location: _____

Range of Motion: Flexion _____  Extension _____  SB _____  Rot _____  ABD _____  IR / INV _____  ER / EV _____

Joint Mobility:  Hypermobility / Hypomobility  Minimal  Moderate  Severe  Location: _____

Strength:  Location: _____  Gross Testing _____  Flexion ___/5  Extension ___/5  Abduction ___/5  IR ___/5  ER ___/5

PF ___/5  DF ___/5  INV ___/5  EV ___/5  Trunk ___/5  Abdominals ___/5  Improving _____  Not improving _____

Gait:  (FWB)  NWB  PWB  WBAT  Deviations: (No) Yes  Antalgic / lack of TKE / decrease stride length & velocity / decreased heel strike / decreased toe off

Assistive Devices:  SW  RW  Straight / Quad Cane  One / Two Crutch(es)   Balance:  Poor  Fair  (Good)   Trunk Stability:  Poor  Fair  (Good)

Special Tests: _____

Sensation: (Intact) / impaired  Location __lumbar spine__  Reflexes: 0  1+  2+  Biceps / Triceps / Brachioradialis / Pat. Tendon / Achilles / HS

**Treatment**
(E-Stim) with ice / heat x __15__ minutes for treatment of pain / edema / inflammation of __L-spine @ 80-15 ovt__

US / Phono / Ionto x ___ minutes to increase vascularity / decrease spasms / decrease inflammation / decrease pain of _____

Ther Ex x __4-5__ minutes for (ROM) / (strength) / (flexibility) / endurance of:  shld / knee / ankle (lumbar) / cervical / thoracic / Trunk / (hip) / elbow / wrist / other _____

Neuro Re-Ed x ___ minutes for balance / coordination / proprioception / posture of _____

Manual Therapy x ___ minutes for ROM / jt mobs / SI mobs / STM / SOR / man. Traction of _____

Aquatic PT x ___ minutes for PWB amb / strength / ROM / endurance with emphasis on _____

(Mechanical) Lumbar / Cervical Traction x __15__ min at __65__ # intermittently to decrease radicular symptoms / increase joint mobility / elongate muscle tissue

Group Therapy x ___ minutes for supervised (Ther ex / neuro re-ed / aquatic) activities to improve (ROM / strength / balance / endurance / proprioception) of:

_____ in a group setting with (1 2 3) other participants to improve ADL function such as _____

Other: __Re-eval x 15 min. for rom / gts / strength__

Total Treatment Time: __70__ minutes

**Assessment:**
Ø pt performed the above program with complaints of difficulty/pain   Ø pt instructed continue HEP
Ø limitations of ROM, strength, gait continue to alter functional ADL's   Ø pt progressing well per protocol

Other _____

**Plan:**   See __3__ Times/Week for __7__ Weeks

Continue with the following skilled physical therapy services to return patient to prior level of function as instructed by physician:
Ultrasound      Electrical Stimulation      Therapeutic Exercise      Manual Therapy      Neuromuscular Reeducation      Wound Care
Continue PT per post-op protocol      Iontophoresis      Aquatic therapy      Therapeutic Activities      Mechanical Traction      Vaso

OTHER _____

PTH 3668 Robert Kohn, MS, PT, ATC
PTH 1338  Mike Ellis, PT, ATC
PTH 4183 Kent Williams, PT
RTA 841 Eric Jackson, LPTA, CPT, CSCS

Signature _____

Rehab Associates – Selma Clinic
1391 E. Highland Ave, Suite 103, Selma, AL 36701 P 334-875-6110, F 334-875-6747    CO3

LOC 2110

Patient Name Valeria Jones          Acct # D30838          DOS 8/18/06

**Subjective** Pts states that she still has ischial discomfort = prolonged
sitting. Otherwise, she states that she feels fairly well

**Objective**
Pain  Lowest _1_ /10 Highest _2_ /10 Present _1_ /10 Location L-spine

Palpation: _____

Soft Tissue Mobility:  No  Minimal  Moderate  Severe  Hyper / Hypotonic  Location _____

Swelling: +1 +2 +3  Location: _____

Range of Motion: Flexion_____ Extension _____ SB _____ Rot _____ ABD _____ IR / INV _____ ER / EV _____

Joint Mobility:  Hypermobility / Hypomobility  Minimal  Moderate  Severe  Location: _____

Strength: Location:_____ Gross Testing _____ Flexion _____/5 Extension _____/5 Abduction _____/5 IR _____/5 ER _____/5

PF_____/5 DF_____/5 INV_____/5 EV_____/5 Trunk_____/5 Abdominals_____/5 Improving _____ Not improving _____

Gait (PWB) NWB  PWB  WBAT  Deviations:(No) Yes  Antalgic / lack of TKE / decrease stride length & velocity/ decreased heel strike/ decreased toe off

Assistive Devices:  SW  RW  Straight/ Quad Cane  One/Two Crutche(s)    Balance:  Poor Fair (Good)    Trunk Stability: Poor Fair (Good)

Special Tests: _____

Sensation: (intact) impaired  Location L-spine          Reflexes: 0  1+  2+  Biceps / Triceps / Brachioradialis / Pat. Tendon / Achilles / HS

**Treatment**
Ice / (Heat) x 15 minutes for treatment of (pain) / edema / inflammation of L-spine @ 80-150 Hz

US / Phono / Ionto x _____ minutes to increase vascularity / decrease spasms / decrease inflammation / decrease pain of _____

Ther Ex x 45 minutes for (ROM) strength/flexibility/endurance of: shld / knee / ankle /(lumbar)/ cervical / thoracic / Trunk /(hip)/ elbow / wrist / other

Neuro Re-Ed x _____ minutes for balance / coordination / proprioception / posture of _____

Manual Therapy x _____ minutes for ROM / jt mobs / SI mobs/ STM / SOR / man. Traction of _____

Aquatic PT x _____ minutes for PWB amb / strength / ROM / endurance with emphasis on _____

Mechanical Lumbar / Cervical Traction x 15 min at 6.5 # intermittently to decrease radicular symptoms / increase joint mobility / elongate muscle tissue

Group Therapy x _____ minutes for supervised (Ther ex / neuro re-ed / aquatic) activities to improve (ROM / strength/ balance / endurance / proprioception) of:

_____ in a group setting with (1 2 3) other participants to improve ADL function such as _____

Other: _____

Total Treatment Time: 75 minutes

**Assessment:**
(X) pt performed the above program with complaints of difficulty/pain /(O) pt instructed continue HEP
(O) limitations of ROM, strength, gait continue to alter functional ADL's /(O) pt progressing well per protocol
Other_____

**Plan:**          See 2 Times/Week for 4 Weeks

Continue with the following skilled physical therapy services to return patient to prior level of function as instructed by physician:
Ultrasound        Electrical Stimulation       Therapeutic Exercise       Manual Therapy    Neuromuscular Reeducation    Wound Care
Continue PT per post-op protocol    Iontophoresis    Aquatic therapy    Therapeutic Activities  Mechanical Traction    Vaso

OTHER _____

Signature _____

PTH 3668 Robert Kohn, MS, PT, ATC
PTH 1338 Mike Ellis, PT, ATC
PTH 4183 Kent Williams, PT
PTA 841 Eric Jackson, LPTA, CPT, CSCS

**Rehab Associates – Selma Clinic**
1391 E. Highland Ave. Suite 103, Selma, AL 36701 P 334-875-6110, F 334-875-6747    CO3

Patient Name _Valena Jones_    Acct #: _D30838_    DOS _8/25/06_

Subjective _Pt states that her strength cont to improve. Reports minimal pain @ Lspine @ this time. Reports ↑ in discomfort c prolonged sitting only._

**Objective**
Pain  Lowest _/10  Highest _/10  Present _1-2_/10  Location _Lumbar spine_

Palpation: _____

Soft Tissue Mobility: No  Minimal  Moderate  Severe  Hyper / Hypotonic  Location _____

Swelling: +1  +2  +3  Location: _____

Range of Motion: Flexion _____ Extension _____ SB _____ Rot _____ ABD _____ IR / INV _____ ER / EV _____

Joint Mobility: Hypermobility / Hypomobility  Minimal  Moderate  Severe  Location: _____

Strength: Location _____ Gross Testing _____ Flexion _____/5  Extension _____/5  Abduction _____/5  IR _____/5  ER _____/5
PF _____/5  DF _____/5  INV _____/5  EV _____/5  Abdominals _____/5  Improving _____ Not improving _____

Gait: FWB  NWB  PWB  WBAT  Deviation: No  Yes  Antalgic / lack of TKE / decrease stride length & velocity/ decreased heel strike/ decreased toe off

Assistive Devices: SW  RW  Straight/ Quad Cane  One/Two Crutche(s)  Balance: Poor  Fair  Good  Trunk Stability: Poor  Fair  Good

Special Tests: _____

Sensation: intact  impaired  Location _lumbar spine_  Reflexes: 0  1+  2+  Biceps / Triceps / Brachioradialis / Pat. Tendon / Achilles./ HS

**Treatment**
IFC with ice / heat x _15_ minutes for treatment of pain / edema / inflammation of _lumbar spine_

US / Phono / Ionto x _____ minutes to increase vascularity / decrease spasms / decrease inflammation / decrease pain of _____

Ther Ex  x _15_ minutes for ROM / strength / flexibility / endurance of: shld / knee / ankle / lumbar / cervical / thoracic / Trunk / hip / elbow / wrist / other _____

Neuro Re-Ed x _____ minutes for balance / coordination / proprioception / posture of _____

Manual Therapy x _____ minutes for ROM / jt mobs / SI mobs / STM / SOR / man. Traction of _____

Aquatic PT x _____ minutes for PWB amb / strength / ROM / endurance  with emphasis on _____

Mechanical Lumbar / Cervical Traction x _____ min at _____ # intermittently to decrease radicular symptoms / increase joint mobility / elongate muscle tissue

Group Therapy x _____ minutes for supervised (Ther ex / neuro re-ed / aquatic) activities to improve (ROM / strength/ balance / endurance / proprioception) of:
_____ in a group setting with (1 2 3) other participants to improve ADL function such as _____

Other: _____

Total Treatment Time: _60_ minutes

**Assessment:**
☑ pt performed the above program with complaints of difficulty/pain ,  ☑ pt instructed continue HEP
☑ limitations of ROM, strength, gait continue to alter functional ADL's  ☑ pt progressing well per protocol

Other _____

**Plan:**    See _3_ Times/Week for _4_ Weeks

Continue with the following skilled physical therapy services to return patient to prior level of function as instructed by physician:
Ultrasound    Electrical Stimulation    Therapeutic Exercise    Manual Therapy    Neuromuscular Reeducation    Wound Care
Continue PT per post-op protocol    Iontophoresis    Aquatic therapy    Therapeutic Activities    Mechanical Traction    Vaso

OTHER _____

PTH 3668 Robert Kohn, MS, PT, ATC
PTH 1338 Mike Ellis, PT, ATC
PTH 4183 Kent Williams, PT
PTA 847 Eric Jackson, LPTA, CPT, CSCS

Signature _____

**Rehab Associates – Selma Clinic**
1391 E. Highland Ave, Suite 103, Selma, AL 36701 P 334-875-6110, F 334-875-6747

Patient Name _Valeria Jones_   Acct #: _D30830_   DOS _9/1/06_

---

**Subjective** Pt. states that her back pain is occasional & intermittent. Reports that pain is less freq. Cont. to ex. @ home.

**Objective**
Pain  Lowest _/10 Highest _/10 Present _/10 Location L-Spine ( occasional )

Palpation: _____

Soft Tissue Mobility: No Minimal Moderate Severe Hyper / Hypotonic Location _____

Swelling: +1 +2 +3 Location: _____

Range of Motion: Flexion _____ Extension _____ SB _____ Rot _____ ABD _____ IR / INV _____ ER / EV _____

Joint Mobility: Hypermobility / Hypomobility Minimal Moderate Severe Location: _____

Strength: Location: _____ Gross Testing _____ Flexion ____/5 Extension ____/5 Abduction ____/5 IR ____/5 ER ____/5

PF ____/5 DF ____/5 INV ____/5 EV ____/5 Trunk ____/5 Abdominals ____/5 Improving _____ Not improving _____

Gait: FWB  NWB  PWB  WBAT  Deviations: No Yes. Antalgic / lack of TKE / decrease stride length & velocity/ decreased heel strike/ decreased toe off

Assistive Devices: SW RW Straight/ Quad Cane One/Two Crutche(s)  Balance: Poor Fair Good  Trunk Stability: Poor Fair Good

Special Tests: _____

Sensation: intact / impaired Location L-Spine _____ Reflexes: 0 1+ 2+ Biceps / Triceps / Brachioradialis / Pat. Tendon / Achilles / HS

**Treatment**
IFC with ice / heat x 15 minutes for treatment of pain / edema / inflammation of L-Spine

US / Phono / Ionto x ____ minutes to increase vascularity / decrease spasms / decrease inflammation / decrease pain of _____

Ther Ex x 45 minutes for ROM / strength / flexibility / endurance of: shld / knee / ankle / lumbar /-cervical / thoracic / Trunk / hip / elbow / wrist / other _____

Neuro Re-Ed x ____ minutes for balance / coordination / proprioception / posture of _____

Manual Therapy x ____ minutes for ROM / jt mobs / SI mobs / STM / SOR / man. Traction of _____

Aquatic PT x ____ minutes for PWB amb / strength / ROM / endurance with emphasis on _____

Mechanical Lumbar / Cervical Traction x 15 min at 65 # intermittently to decrease radicular symptoms / increase joint mobility / elongate muscle tissue

Group Therapy x ____ minutes for supervised (Ther ex / neuro re-ed / aquatic) activities to improve (ROM / strength/ balance / endurance / proprioception) of:

_____ in a group setting with (1 2 3) other participants to improve ADL function such as _____

Other: _____

Total Treatment Time: 75 minutes

**Assessment:**
∅ pt performed the above program with complaints of difficulty / pain > ∅ pt instructed continue HEP
∅ limitations of ROM, strength, gait continue to alter functional ADL's  ∅ pt progressing well per protocol

Other_____

**Plan:** See 3 Times/Week for 4 Weeks

Continue with the following skilled physical therapy services to return patient to prior level of function as instructed by physician:
Ultrasound      Electrical Stimulation     Therapeutic Exercise     Manual Therapy     Neuromuscular Reeducation     Wound Care
Continue PT per post-op protocol     Iontophoresis     Aquatic therapy     Therapeutic Activities     Mechanical Traction     Vaso

OTHER_____

PTH 3668 Robert Kohn, MS, PT, ATC
PTH 1338 Mike Ellis, PT, ATC
PTH 4183 Kent Williams, PT
PTA 841 Eric Jackson, LPTA, CPT, CSCS

Signature _____

**Rehab Associates – Selma Clinic**
1391 E. Highland Ave. Suite 103, Selma, AL 36701 P 334-875-6110, F 334-875-6747

Patient Name: Valeria Jones    Acct #: D30838    DOS 9/14/06

**Subjective** Pt states that her back / Sacral area is much better. She has minor difficulty ē stairs / prolonged sitting / Cont HEP.

**Objective**    1-2
Pain    Lowest __/10    Highest __/10    Present __/10    Location L spine

Palpation: _____

Soft Tissue Mobility:  No  Minimal  Moderate  Severe  Hyper / Hypotonic  Location _____

Swelling:  +1  +2  +3  Location: _____

Range of Motion:  Flexion _____  Extension _____  SB _____  Rot _____  ABD _____  IR / INV _____  ER / EV _____

Joint Mobility:  Hypermobility / Hypomobility  Minimal  Moderate  Severe  Location: _____

Strength:  Location: _____  Gross Testing _____  Flexion ___/5  Extension ___/5  Abduction ___/5  IR ___/5  ER ___/5
PF ___/5  DF ___/5  INV ___/5  EV ___/5  Trunk ___/5  Abdominals ___/5  Improving _____  Not improving _____

Gait:  FWB  NWB  PWB  WBAT  Deviations: No / Yes  Antalgic / lack of TKE / decrease stride length & velocity / decreased heel strike / decreased toe off

Assistive Devices:  SW  RW  Straight / Quad Cane  One/Two Crutch(s)    Balance:  Poor  Fair  Good    Trunk Stability:  Poor  Fair  Good

Special Tests: _____ min difficulty ē stairs

Sensation: intact / impaired  Location L spine    Reflexes:  0  1+  2+    Biceps / Triceps / Brachioradialis / Pat. Tendon / Achilles / HS

**Treatment**

IFC with ice / heat x ____ minutes for treatment of pain / edema / inflammation of _____

US / Phono / Ionto x ____ minutes to increase vascularity / decrease spasms / decrease inflammation / decrease pain of _____

Ther Ex x 45 minutes for ROM, strength, flexibility, endurance of:  shld / knee / ankle / lumbar / cervical / thoracic / Trunk / hip / elbow / wrist / other _____

Neuro Re-Ed x 15 minutes for balance / coordination / proprioception / posture of L spine during bed. act. / Stairs

Manual Therapy x ____ minutes for ROM / jt mobs / SI mobs / STM / SOR / man. Traction of _____

Aquatic PT x ____ minutes for PWB amb / strength / ROM / endurance with emphasis on _____

Mechanical Lumbar / Cervical Traction x ____ min at _____ # intermittently to decrease radicular symptoms / increase joint mobility / elongate muscle tissue

Group Therapy x ____ minutes for supervised (Ther ex / neuro re-ed / aquatic) activities to improve (ROM / strength / balance / endurance / proprioception) of:

_____ in a group setting with (1 2 3) other participants to improve ADL function such as _____

Other: _____

Total Treatment Time: 60 minutes

**Assessment:**
O pt performed the above program with complaints of difficulty/pain    Ø pt instructed continue HEP
Ø limitations of ROM, strength, gait continue to alter functional ADL's    Ø pt progressing well per protocol

Other _____

**Plan:**    See ____ Times/Week for ____ Weeks

Continue with the following skilled physical therapy services to return patient to prior level of function as instructed by physician:
Ultrasound    Electrical Stimulation    Therapeutic Exercise    Manual Therapy    Neuromuscular Reeducation    Wound Care
Continue PT per post-op protocol    Iontophoresis    Aquatic therapy    Therapeutic Activities    Mechanical Traction    Vaso

OTHER _____

PTH 3668  Robert Kohn, MS, PT, ATC
PTH 1338  Mike Ellis, PT, ATC
PTH 4183  Kent Williams, PT
PTA 841  Eric Jackson, LPTA, CPT, CSCS

Signature _____

**Rehab Associates – Selma Clinic**
1391 E. Highland Ave. Suite 103, Selma, AL 36701 P 334-875-6110, F 334-875-6747

Patient Name _Valeria Jones_    Acct # _D30838_    DOS _9/18/06_

---

Subjective _Pt States that her strength continues to improve. Reports that she is able to sit for longer periods. States that stairs are becoming more comfortable._

Objective _1-2_
Pain   Lowest __/10   Highest __/10   Present __/10   Location _lumbar spine_

Palpation: _____

Soft Tissue Mobility:  No   Minimal   Moderate   Severe   Hyper / Hypotonic   Location _____

Swelling: +1 +2 +3  Location: _____

Range of Motion: Flexion _____ Extension _____ SB _____ Rot _____ ABD _____ IR / INV _____ ER / EV _____

Joint Mobility:  Hypermobility / Hypomobility  Minimal  Moderate  Severe  Location: _____

Strength: Location: _____ Gross Testing _____ Flexion ____/5 Extension ____/5 Abduction ____/5 IR ____/5 ER ____/5
        PF ____/5 DF ____/5 INV ____/5 EV ____/5 Trunk ____/5 Abdominals ____/5 Improving _____ Not improving _____

Gait:  FWB  NWB  PWB  WBAT  Deviations: (No) Yes  Antalgic / lack of TKE / decrease stride length & velocity/ decreased heel strike/ decreased toe off

Assistive Devices:  SW  RW  Straight/ Quad Cane  One/Two Crutche(s)    Balance: Poor Fair (Good)  Trunk Stability: Poor Fair (Good)

Special Tests: _____ _mild difficultyē stairs_

Sensation (intact) impaired  Location _lumbar spine_    Reflexes: 0  1+  2+   Biceps / Triceps / Brachioradialis / Pat. Tendon / Achilles / HS

## Treatment

IFC with ice / heat x ____ minutes for treatment of pain / edema / inflammation of _____

US / Phono / Ionto x ____ minutes to increase vascularity / decrease spasms / decrease inflammation / decrease pain of _____

Ther Ex  x _45_ minutes for (ROM) strength/ flexibility, endurance of:  shld / knee / ankle / lumbar / cervical / thoracic / Trunk / hip / elbow / wrist / other _____

Neuro Re-Ed x _15_ minutes for balance / coordination / proprioception/ posture of _L spine, dynamic bal. act ē stairs_

Manual Therapy x ____ minutes for ROM / jt mobs / SI mobs / STM / SOR / man. Traction of _____

Aquatic PT x ____ minutes for PWB amb / strength / ROM / endurance with emphasis on _____

Mechanical Lumbar / Cervical Traction x ____ min at _____ # intermittently to decrease radicular symptoms / increase joint mobility / elongate muscle tissue

Group Therapy x ____ minutes for supervised (Ther ex / neuro re-ed / aquatic) activities to improve (ROM / strength/ balance / endurance / proprioception) of:
_____ in a group setting with (1 2 3) other participants to improve ADL function such as _____

Other: _____

Total Treatment Time: _____ minutes

## Assessment:

∅ pt performed the above program with complaints of difficulty/pain    ∅ pt instructed continue HEP
∅ limitations of ROM, strength, gait continue to alter functional ADL's   ∅ pt progressing well per protocol

Other _____

## Plan:

See _3_ Times/Week for _4_ Weeks

Continue with the following skilled physical therapy services to return patient to prior level of function as instructed by physician:
Ultrasound        Electrical Stimulation      Therapeutic Exercise      Manual Therapy        Neuromuscular Reeducation      Wound Care
Continue PT per post-op protocol      Iontophoresis      Aquatic therapy      Therapeutic Activities      Mechanical Traction      Vaso

OTHER _____

PTH 3668 Robert Kohn, MS, PT, ATC
PTH 1338  Mike Ellis, PT, ATC
PTH 4183 Kent Williams, PT
PTA 841 Eric Jackson, LPTA, CPT, CSCS

Signature _____