UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors.[1] | ) | Jointly Administered |
| | ) | |

AGREED ORDER RESOLVING CLAIM NUMBER 12498
FILED BY CF SAUER COMPANY, AS SET FORTH IN THE DEBTORS'
TWENTY-THIRD OMNIBUS CLAIMS OBJECTION

These cases originally came before the Court for hearing on October 25, 2006, upon the Twenty-Third Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors").[2] Included among the several proofs of claim that were the subject of the Objection was claim number 12498 filed by CF Sauer Company. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim no. 12498 filed by CF Sauer Company is allowed as an unsecured non-priority claim (plan class 14) in the amount of $199,450.38, and the remainder of claim no. 12498 is disallowed.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

2. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 20 day of February, 2007 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| SMITH HULSEY & BUSEY | WILLIAMS MULLEN |
|---|---|
| By /s/ James H. Post <br> James H. Post | By /s/ Paul S. Bliley, Jr.    * <br> Paul S. Bliley, Jr. |
| Florida Bar Number 175460 <br> 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> Email: jpost@smithhulsey.com | Two James Center, 14th Floor <br> P.O. Box 1320 <br> Richmond, Virginia 23218-1320 <br> (804) 783-6448 <br> (804) 783-6507 (facsimile) <br> Email: pbliley@williamsmullen.com |
| -and- | Counsel for CF Sauer Company |
| SKADDEN, ARPS, SLATE, <br> MEAGHER & FLOM LLP | *Counsel has authorized his electronic signature |
| D. J. Baker <br> Rosalie Walker Gray <br> Jane M. Leamy <br> Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (212) 735-2000 (facsimile) | |
| Co-Counsel for Reorganized Debtors | |

1203522-New York Server 7A - MSW