UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Reorganized Debtors.[1] | Jointly Administered |

**AGREED ORDER RESOLVING CLAIM NUMBER 5064 FILED BY CAVENDISH FARMS, INC., TRANSFEREE OF IRVING TISSUE, INC., AS SET FORTH IN THE DEBTORS' TWELFTH OMNIBUS CLAIMS OBJECTION**

These cases originally came before the Court for hearing on June 26, 2006, upon the Twelfth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors").[2] Included among the several proofs of claim that were the subject of the Objection was claim number 5064 filed by Cavendish Farms, Inc., transferee of Irving Tissue, Inc. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim no. 5064 filed by Cavendish Farms, Inc. is allowed as an unsecured non-priority claim in the amount of $102,954.21, and the remainder of claim no. 5064 is disallowed.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

2.  The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 20 day of February, 2007 in Jacksonville, Florida.

*[signature]*

Jerry A. Funk
United States Bankruptcy Judge

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | CAVENDISH FARMS, INC., TRANSFEREE OF IRVING TISSUE, INC. |
| By /s/ James H. Post<br>James H. Post | By /s/ David Bates<br>David Bates<br>~~Credit Manager~~ VP Credit |
| Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile) | 100 Midland Drive<br>Dieppe, NB E1A6X4<br>CANADA |
| -and- | AMROC INVESTMENTS, LLC<br>By /s/<br>David S. Leinwand<br>Senior Vice President |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | |
| D. J. Baker<br>Sally McDonald Henry<br>Rosalie Walker Gray<br>Jane M. Leamy<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile) | 535 Madison Ave, 15th Flr<br>New York, NY 10022<br>Transferee of Cavendish Farms, Inc. |
| Co-Counsel for the Debtors | |