**MEDICAL PROVIDERS OF LORETTA MARTIN**
**CREDITOR ID: 538450**
**CLAIM NOS: 13771 & 13783**

1. An Med Health- Urgent Care
   522 North McDuffie Street
   Anderson, South Carolina 29621

2. Medical Center of Easley
   Baptist Upstate Physicians
   Dr. Patricia Landry
   104 Fleetwood Drive
   Easley, South Carolina 29640

3. Dosher Physical Therapy
   109 Fleetwood Drive
   Easley, South Carolina 29640

4. Southeastern Neurosurgical & Spine Institute
   Dr. John Johnson
   20 Medical Ridge Drive
   Greenville, South Carolina 29605

5. Greenville Radiology
   1210 W. Faris Road
   Greenville, South Carolina 29605

6. Easley MRI

7. Greenville Memorial Hospital
   701 Grove Road
   Greenville, South Carolina 29615

8. Upstate Medical Rehabilitation
   Robert LaBlonde, M.D.
   1003 Grove Road, Suite E
   Greenville, South Carolina 29605

9. Upstate Cardiology
   Dr. Lawrence Freeman
   1005 Grove Road
   Greenville, South Carolina 29605

10. Carolina Specialty Care
    Mr. Pleasant, South Carolina

Exhibit "A"

11. Blue Ridge Orthopaedics
    Dr. John H. Murry
    2000 East Greenville Street
    Suite 2600
    Anderson, South Carolina 29621

12. Palmetto Urological
    Dr. Jay Ronald Smith
    112 John Street
    Easley, SC 29640