UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC. et al.,                Case No. 05-bk-03817-3F1

        Debtors                                Chapter 11
_____/

### AFFIDAVIT IN SUPPORT OF MOTION BY VERNA DINGLEY TO ENLARGE TIME TO FILE PROOF OF CLAIM

COMES NOW the affiant, VERNA DINGLEY, who, being duly sworn, states as follows:

1. I am a resident of Florida. For the past two (2) years, my mailing address has been 5703 - 25th Avenue South, Gulfport, Fl. 33707.

2. I have personal knowledge of the facts set forth herein.

3. On or about March 7, 2006, I received serious and permanent injuries as a result of an incident at the Winn Dixie store located at 5015 Gulfport Boulevard, Gulfport, Florida.

4. On or about March 16, 2006, I retained attorney, ADAM S. GOLDSTEIN, ESQ. of the law firm of ADAM S. GOLDSTEIN, P.A. to represent me in asserting a claim against Winn Dixie.

5. At no time prior to January 10, 2007, was I aware of the pendency of the Winn Dixie bankruptcy case or a claims bar date, when I learned of such from my attorney.

6. At no time have I ever received any notices or pleadings indicating that

Winn Dixie had filed bankruptcy.

7. At no time have I received a copy of an Order confirming Winn Dixie's Chapter 11 Plan.

8. At no time have I received a copy of a Notice indicating that I needed to file anything with the Bankruptcy Court to assert my post-bankruptcy personal injury claim against Winn Dixie.

9. Once I was advised of the pendency of a bankruptcy case and a claims bar date, I contacted my attorney.

10. I have acted promptly and in good faith to assert a claim in this case.

FURTHER AFFIANT SAITH NOT.

*Verna Dingley*
Affiant

## STATE OF FLORIDA
## COUNTY OF PINELLAS

SWORN to and SUBSCRIBED before me, this 13 day of February, 2007, by VERNA DINGLEY, who is personally known to me, or who produced _____ as identification.

*Betty A. McCown*
Notary Public - State of Florida At Large
My Commission Expires:

BETTY A. MCCOWN
Notary Public - State of Florida
My Commission Expires Mar 27, 2010
Commission # DD 510401
Bonded By National Notary Assn.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served a true and correct copy of the foregoing Affidavit in Support of Motion to Enlarge Time to File Proof of Claim upon the parties listed below on this _____ day of _____, 2007.

/s/ Dennis J. LeVine, Esq.
DENNIS J. LEVINE, ESQ.
Fla. Bar No. 375993
DENNIS LeVINE & ASSOCIATES, P.A.
P.O. Box 707
Tampa, FL 33601-0707
(813) 253-0777 (phone)
(813) 253-0975 (fax)
Attorneys for Movant

x\bcy\winn dixie\Affidavit.M-enlarge time.Claimant.FORM.01-07.