UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC. et al.,                    Case No. 05-bk-03817-3F1

        Debtors                                     Chapter 11
_____/

**AFFIDAVIT IN SUPPORT OF MOTION BY WILLIAM DINGLEY
TO ENLARGE TIME TO FILE PROOF OF CLAIM**

COMES NOW the affiant, WILLIAM DINGLEY, who, being duly sworn, states as follows:

1. I am a resident of Florida. For the past two (2) years, my mailing address has been 5703 - 25th Avenue South, Gulfport, Fl. 33707.

2. I have personal knowledge of the facts set forth herein.

3. On or about March 7, 2006, my wife, Verna Dingley, received serious and permanent injuries as a result of an incident at the Winn Dixie store located at 5015 Gulfport Boulelvard, Gulfport, Florida.

4. On or about March 16, 2006, my wife retained attorney, ADAM S. GOLDSTEIN, ESQ. of the law firm of ADAM S. GOLDSTEIN, P.A. to represent me in asserting a claim against Winn Dixie.

5. At no time prior to January 10, 2007, was I aware of the pendency of the Winn Dixie bankruptcy case or a claims bar date, when I learned of such from Mr. Goldstein.

6. At no time have I ever received any notices or pleadings indicating that Winn Dixie had filed bankruptcy.

7. At no time have I received a copy of an Order confirming Winn Dixie's Chapter 11 Plan.

8. At no time have I received a copy of a Notice indicating that I needed to file anything with the Bankruptcy Court to assert my post-bankruptcy personal injury claim against Winn Dixie.

9. Once I was advised of the pendency of a bankruptcy case and a claims bar date, I contacted my attorney.

10. I have acted promptly and in good faith to assert a claim in this case.

FURTHER AFFIANT SAITH NOT.

_____
Affiant

**STATE OF FLORIDA**
**COUNTY OF PINELLAS**

SWORN to and SUBSCRIBED before me, this 13 day of February, 2007, by WILLIAM DINGLEY, who is (personally known to me,) or who produced _____ as identification.

_____
Notary Public - State of Florida At Large
My Commission Expires:

BETTY A. MCCOWN
Notary Public - State of Florida
My Commission Expires Mar 27, 2010
Commission # DD 510401
Bonded By National Notary Assn.

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served a true and correct copy of the foregoing Affidavit in Support of Motion to Enlarge Time to File Proof of Claim upon the parties listed below on this _____ day of _____, 2007.

/s/ Dennis J. LeVine, Esq.
DENNIS J. LEVINE, ESQ.
Fla. Bar No. 375993
DENNIS LeVINE & ASSOCIATES, P.A.
P.O. Box 707
Tampa, FL 33601-0707
(813) 253-0777 (phone)
(813) 253-0975 (fax)
Attorneys for Movant

x\bcy\winn dixie\Affidavit.M-enlarge time.Claimant.FORM.01-07.