UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC. et al.,                    Case No. 05-bk-03817-3F1

       Debtors                                                         Chapter 11
_____/

### AFFIDAVIT IN SUPPORT OF MOTION BY ADAM S. GOLDSTEIN TO ENLARGE TIME TO FILE PROOF OF CLAIM

COMES NOW the affiant, Adam S. Goldstein, who, being duly sworn, states as follows:

1. I am an attorney licensed to practice in the State of Florida since 1994.

2. I have personal knowledge of the facts set forth herein.

3. My practice does not involve bankruptcy law.

4. In March, 2006, my firm was retained by Verna Dingley to represent her for the serious injuries she received as a result of accident at the Winn Dixie store located in Gulfport, Pinellas County, Florida. The incident occurred on March 7, 2006.

5. On May 11, 2006, I sent a letter of representation and request for insurance disclosure pursuant to Florida Statutes to Winn Dixie or its agents on behalf of Verna Dingley.

6. During the pendency of the negotiations with Winn Dixie or its agent, I was not advised that a bankruptcy case was pending or that a deadline existed to file something with the Bankruptcy Court.

7. Prior to January 5, 2006, neither my client nor I had any knowledge that Winn Dixie was involved in a bankruptcy case or that a deadline existed to file something with the Bankruptcy Court.

8. On or about January 8, 2007, I became aware of the existence of a deadline to file something with the Bankruptcy Court as a result of a conversation I had with a colleague practicing law in Mobile Alabama. He called to inquire if I knew of an attorney who could assist his associate in becoming sworn to the Middle District of Florida to handle a claim in the Winn Dixie bankruptcy matter. This provided me my first knowledge that Winn Dixie had filed bankruptcy.

9. I was directed to the internet web site for the United States Bankruptcy Court, Middle District of Florida that confirmed the filing deadline. On January 10, 2007, I contacted Attorney Dennis LeVine in Tampa, Florida to request his assistance in this bankruptcy case.

10. Prior to January 5, 2007, I was not aware that Winn Dixie had filed bankruptcy. I did not previously receive a copy of any pleadings in the bankruptcy case, including any Orders or Notices setting a bar date to file an application for a post-petition personal injury claim. My client has advised me that she did not previously receive a copy of any pleadings, Orders or Notices in the bankruptcy case, including any Orders setting a bar date to file an application for a post-petition personal injury claim. My client has advised me that she had not received any notice of Winn Dixie filing bankruptcy, and she had no notice or knowledge of a bar date to file claims with the Bankruptcy Court.

11. Upon being advised of the status of the bankruptcy case, I requested Mr. LeVine to prepare an Application for Administrative Expense and any other necessary pleadings on

behalf of Verna Dingley. I understand that an Application for Administrative Expense has been with the Court on behalf of Verna Dingley.

12. Once I was advised of the pendency of a bankruptcy case and a bar date, I acted promptly and in good faith to assert a claim in the Bankruptcy Court on behalf of Verna Dingley.

FURTHER AFFIANT SAITH NOT.

_____
Affiant

**STATE OF FLORIDA**
**COUNTY OF PINELLAS**

SWORN to and SUBSCRIBED before me, this __8__ day of February, 2007, by Adam S. Goldstein, who is personally known to me, or who produced _____ as identification.

BETTY A. MCCOWN
Notary Public - State of Florida
My Commission Expires Mar 27, 2010
Commission # DD 510491
Bonded By National Notary Assn.

_____
Notary Public - State of Florida At Large
My Commission Expires:

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served a true and correct copy of the foregoing Affidavit in Support of Motion to Enlarge Time to File Proof of Claim upon the parties listed below on this _____ day of February, 2007.

_____
Attorney

x/bcy/Winn Dixie/Affidavit for Late Admin Claim.

3