UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARINGS
TO BE HELD ON FEBRUARY 22, 2007**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit the following agenda of matters to be heard on February 22, 2007 at 1:30 p.m.:

**Contested Matters**

1. *Motion to Compel Discovery from Visagent and Motion for Protective Order (Docket No. 14778)*

   Objection Deadline:   None.

   Objections:   No objections have been filed.

   Status:   The Debtors will proceed with the hearing on the Motion.

2. *Twenty-Ninth Omnibus Objection to (A) Improperly Filed Claims, (B) No Liability Claims, (C) No Liability Misclassified Claim, (D) Late Claims, (E) Late With Remaining Claims, (F) Overstated Claims and (G) Overstated Misclassified Claims (Docket No. 14799)*

   Response Deadline:   Expired.

   Responses:   (a)   Lisa and Sean Gahagan (Docket No. 14923);

   (b)   Maria A. Diaz (Docket No. 14924);

(c) Caridad D. Dorta (Docket No. 14925);

(d) Loretta Johnson (Docket No. 14941);

(e) Kristen Fagg (Docket No. 14946);

(f) Valerie Marie Gordon (Docket Nos. 15024 and 15034);

(g) Mayhela Alveria (Docket No. 15038);

(h) Isabel Cruz (Docket No. 15058);

(i) Renee Groody (Docket No. 15059);

(j) Amy Reed (Docket No. 15060);

(k) Marlene Matthewman (Docket No. 15075 - Stricken by Docket No. 15964);

(l) Loretta Martin (Docket No. 15087);

(m) Michelle Cannon (Docket Nos. 15089 and 15090);

(n) Elizabeth Bird (Docket No. 15096);

(o) Jeff Brelsford (Docket No. 15097);

(p) Shakkara Shyneice Dinkins (Docket No. 15098);

(q) Michael Greenman (Docket No. 15099);

(r) Arthur Guillory (Docket No. 15100);

(s) Sydel and Ira Hammer (Docket No. 15101);

(t) Lucinda Jack (Docket No. 15102);

(u) Hildegard Lowther (Docket No. 15103);

(v) Marlee Magee (Docket No. 15104);

(w) Lisa Murdock (Docket No. 15105);

(x) Mamie Randolf (Docket Nos. 15106 and 15108);

      (y) Pamela Pollock (Docket No. 15107);

      (z) Julie Becker (Docket No. 15113);

      (aa) Sarah Abrams (Docket No. 15116);

      (bb) Charlene Wilson and Tracie Holder (Docket No. 15135);

      (cc) Belinda Capehart (Docket Nos. 15136 and 15137);

      (dd) Natures Flowers (Docket No. 15139);

      (ee) Tennessee Department of Revenue (Docket No. 15142);

      (ff) Eddie Lindsey (Docket No. 15163 – untimely filed);

      (gg) Judy Miller (Docket No. 15243 – untimely filed); and

      (hh) Karen Beere (Docket No. 15244 – untimely filed).

Status: The Debtors will proceed with the hearing on the Objection.

3. *Amended Objection to Claim Number 13619 Filed by Phoenix Jr., Inc., as Set Forth in the Debtors' Twenty-Ninth Omnibus Objection (Docket No. 14883)*

Response Deadline: Expired.

Responses: Phoenix Jr., Inc. (Docket No. 15237).

Status: The Debtors and Phoenix Jr., Inc. have agreed to continue the Objection until further notice.

3

Dated: February 21, 2007

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By  *s/ D. J. Baker*  <br>   D. J. Baker <br>   Sally McDonald Henry <br>   Rosalie Walker Gray | By  *s/ Cynthia C. Jackson*  <br>   Stephen D. Busey <br>   James H. Post <br>   Cynthia C. Jackson, F.B.N. 498882 |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (212) 735-2000 (facsimile) <br> djbaker@skadden.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

00557306