UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | CASE NO. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.* | ) | (Jointly Administered) |
| | ) | Judge Jerry A. Funk |
| Debtors. | ) | |
| | ) | |

**FLORIDA TAX COLLECTORS' AMENDED DESIGNATION OF RECORD ON APPEAL TO CORRECT SCRIVENER'S ERROR ON PAGE 2 REGARDING NOTICE OF APPEAL OF ORDER GRANTING IN PART AND DENYING IN PART FLORIDA TAX COLLECTORS' MOTION TO DISMISS DEBTORS' OBJECTION TO FLORIDA TAX CLAIMS AND MOTION FOR ORDER DETERMINING TAX LIABILITIES (DOCKET NO. 14893)**

The Florida Tax Collectors[1] ("FTC"), by and through their undersigned counsel, file this amended designation of the record to be used on appeal with respect to the *Notice of Appeal* filed January 26, 2007 (Dkt No. 14893) of the *Order Granting in Part and Denying in Part Florida Tax Collectors' Motion to Dismiss Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities*. This amended designation is filed to correct a scrivener's error contained on Page 2 of the *Florida Tax Collectors' Designation of Record on Appeal Regarding Notice of Appeal of Order Granting in Part and Denying in Part Florida Tax Collectors' Motion to Dismiss Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities (Docket No. 14893)* (the "Designation) [Dkt No. 15030] and relates only to the docket entry listed below. The remainder of the Designation remains intact.

---

[1] The "Florida Tax Collectors" consist of the tax collectors for each of the following counties within the State of Florida: Alachua, Baker, Bay, Bradford, Brevard, Broward, Charlotte, Citrus, Clay, Collier, Columbia, DeSoto, Flagler, Gadsden, Hardee, Hendry, Hernando, Highlands, Hillsborough, Indian River, Jackson, Jefferson, Lake, Lee, Leon, Levy, Madison, Manatee, Marion, Martin, Miami-Dade, Monroe, Nassau, Okaloosa, Okeechobee, Orange, Osceola, Palm Beach, Pasco, Pinellas, Polk, Putnam, Santa Rosa, Sarasota, Seminole, St. Johns, St. Lucie, Sumter, Suwannee, Taylor, Volusia, Wakulla, Walton and Washington.

1

| Docket No. | Description |
|---|---|
| **7267** *(not 7276)* | Debtors' Omnibus Objection to Tax Claims and Motion for Order Determining Tax Values and Tax Liabilities |

Dated: February 21, 2007

Respectfully submitted,

Brian T. Hanlon, Esq.
Office of the Tax Collector
P.O. Box 3715
West Palm Beach, Florida 33402-3715
Telephone: (561) 355-2142
Facsimile: (561) 355-1110
tc_legal_services@co.palm-beach.fl.us
Florida Bar No. 962562

By:____/s/ Brian T. Hanlon_____
    Co-Counsel for Florida
    Tax Collectors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Florida Tax Collectors' Amended Designation of Record on Appeal to Correct Scrivener's Error on Page 2 Regarding Notice of Appeal of Order Granting in Part and Denying in Part Florida Tax Collectors' Motion to Dismiss Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities (Docket No. 14893)* has been served this 21st day of February, 2007 by *Notice of Electronic Filing* on **Skadden, Arps, Slate, Meagher & Flom, LLP**, Attn: D. J. Baker, Sally McDonald Henry and Rosalie Walker Gray, Attorneys for Debtors; **Smith Hulsey & Busey**, Attn: Stephen D. Busey, James H. Post and Cynthia C. Jackson, Attorneys for Debtors; and **United States Trustee**, Attn: Elena L. Escamilla.

       ___/s/ Brian T. Hanlon_____
       Brian T. Hanlon, Esq.

N:\Legal Services\WIP\W\Winn-Dixie Stores\Pleadings\Appeals\to District Court\Order Granting in Part & Denying in Part Motion to Dismiss Objection to Claim\Amended Designation of Record on Appeal.doc

2