Exhibit "A"

Memo to the Belinda Capehart file

Slip and fall – Winn Dixie on SR 100 in Bunnell, Fl
d/a: 7/5/06

Client was in the store shopping for TV dinners for son. As she headed to the cash register, she passed the frozen food section, and as she was going past the ice machine, she slipped and fell in a large puddle of water on the floor that was beside the floor mat in front of the ice machine. She put out her L hand to help break her fall, but fell on her L hip. Manager came up and told her that there should have been a wet floor sign, but there was none.

Injuries: L shoulder, neck and headaches, low back

Initial ER:
Florida Hospital in Flagler
Then to Dr Ortalani, a neurologist MD in Daytona

She was working in the kitchen of a restaurant in the Daytona area at the time of the incident in a minimum wage type job, and had to cut hours in ½ due to the fall.

DR. Ortalani final enclosed
6% impairment

**NAME: CAPEHART, BELINDA LOUISE**
**CHART #: 698800**

**DATE: 02/13/2007**

**OFFICE:**

The patient is still having a moderate amount of pain in the lumbar region and down the right leg. EMG and Nerve Conduction Study was performed and was normal, but apparently she got a mild STAPH infection where she had the needle. Fortunately this looks like it has healed well and is doing fine. We still need to treat her for her back and head. MRI scans of the thoracic and lumbar spine were normal, as well as the EEG and CT scan of the brain.

The patient still complains of headaches, which are still moderately severe, with upper cervical tenderness and pain, which amounts to a 2% impairment. The thoracic pain is better with the stretches we showed her. The low back still has bilateral spasms and radicular pain down the leg, amounting to a 4% impairment. Overall I feel she has a 6% impairment of the body as a whole related to the accident of 7/5/2006. She is going to be left with restrictions as far as bending, lifting, and carrying are concerned related to these injuries. She is not to lift or carry greater than 25-30 pounds.

I am going to order physical therapy for her back and see what we can do to help her. We will reevaluate her in one month. I am going to continue her on the Flexeril 10mg at night and Lortab 10mg twice a day.

**JAO/aj**

**JOHN A. ORTOLANI, M.D.**

cc: Atty Ledford (673-9148)
D: 2/13/07
T: 2/13/07

OUTPATIENT RECORD MEMORIAL HEALTH SYSTEMS, INC
MEMORIAL HOSPITAL ORMOND
875 STERTHAUS AVE., ORMOND BEACH, FL. 32174

ADMIT SOURCE :EMER ADMIT PRIORITY:EMR SERVICE DATE: 07/16/06
FIN CLASS :MCAD SERVICE TIME: 1505
PREV ADM/DATE/NAME:07/05/06 CAPEHART,BELINDA L CONFIDENTIAL:

NAME: CAPEHART,BELINDA L UNIT NUMBER : M000276417
ADDR: 79 UNDER WOOD DR ACCOUNT NUMBER: V002060176
PALM COAST,FL 32164 BIRTHDATE : 8/27/1978
TELE: (386)206-3502 AGE : 27
SS# : 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 SEX : F
MAIDEN/OTH: POHLMAN,BELINDA L MARITAL STATUS: M
RELIGION : CATH STATUS : ER

ATTENDING PHY: ER PHY: ED MD,DR
FAMILY PHY : FLAGLER CTY HLTH DEPT ICC:
OTHER PHY :
REASON FOR VISIT: FALL WEEK AGO BACK/SHOULDER PAIN LOCATION: E/DFT
COMMENT : REG BY:BARNHAM [ ]

EMPLOYER: CARIBBEAN OCCUPATION:
701 BALLOUGH RD,DAYTONA BEACH,FL 32114
(386)523-3000

NEXT OF KIN:CAPEHART,SHAWN RELATIONSHIP: HUSBAND
79 UNDER WOOD DR,PALM COAST,FL 32164 HOME: (386)206-3502
WORK:

PERSON TO NOTIFIY: ZAWILSKI,LOUISE R RELATIONSHIP: MOTHER
31 SEDGWICK TRAIL,PALM COAST,FL 32164 HOME: (386)569-7416
WORK:
GUARANTOR : CAPEHART,BELINDA L RELATIONSHIP: SAME AS PT
79 UNDER WOOD DR,PALM COAST,FL 32164 (386)206-3502

ACCIDENT TYPE 1: OTH DATE: 07/16/06 TIME:

CARRIER 1: MEDIPASS SUBSCRIBER: CAPEHART,BELINDA L
(800)289-7799 REL: SAME AS PT
POLICY #: 2080233106 COVERAGE #:
GROUP: CARIBBEAN JACKS GROUP #: NA
AUTH #:
CARRIER 2: 920 SUBSCRIBER:
REL:
POLICY #: 959.2 COVERAGE #:
GROUP: 959.19 GROUP #:
AUTH #:
CARRIER 3: SUBSCRIBER:
REL:
POLICY #: COVERAGE #:
GROUP: GROUP #:
AUTH #:
CARRIER 4: SUBSCRIBER:
REL:
POLICY #: COVERAGE #:
GROUP: GROUP #:
AUTH #:

NPPP RECEIVED: Y NPPP GIVEN TO: PATIENT DATE RECEIVED: 20030519

===== ANY CHANGES MADE ON MHO'S FACESHEET MUST BE FAXED TO 676-6077 IMMEDIATELY =====
******** ALLERGIC TO LATEX ? N ********



☐ FLORIDA HOSPITAL-ORMOND MEMORIAL
☐ FLORIDA HOSPITAL-FLAGLER
☐ FLORIDA HOSPITAL-OCEANSIDE

CAPEHART, BELINDA L
V00206 176 M00027641
08/27/ 3 27 F WH
SERV DATE: 07/16/06 ER

**WELCOME TO THE EMERGENCY DEPARTMENT**

**IF YOU HAVE CHEST DISCOMFORT/PAIN AND/OR PRESSURE, SHORTNESS OF BREATH, UNCONTROLLED BLEEDING, A CHEMICAL SPILL IN YOUR EYES, SIGNS OF A STROKE OR YOU'RE IN LABOR, PLEASE CONTACT THE TRIAGE NURSE NOW.**

**To promote patient confidentiality and also provide the triage nurse and registration staff with important information, please:**

1. **Fill out this form in ink.**
2. **Return to the Triage Door/Window**

**Please Print**

NAME Belinda Capehart

DATE OF BIRTH 8/27/78 SOCIAL SECURITY# 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

TODAYS DATE 7/16/06 TIME: 255 FAMILY DR: ——

YOUR STREET ADDRESS 79 Underwood Dr

CITY Palm Coast

STATE FL ZIP CODE 32164

PHONE NUMBER 386 206 3502

I AM HERE TO BE SEEN IN THE EMERGENCY DEPARTMENT TODAY BECAUSE: Mid Back Pain, Hard To Breath Chest Pain. Shoulder Pain left.

IS THIS DUE TO AN INJURY? ✓ YES ___ NO
IF YES, WAS IT A CAR ACCIDENT ___ WORKERS' COMP ___ HOME INJURY ___ OTHER Fell At Winn Dixie About A week

**PLEASE NOTE:** Patients are seen in order of the severity of their condition, not necessarily in the order of arrival. Please notify nurse of any changes in your condition.

**THIS IS PART OF THE MEDICAL RECORD**

FLORIDA HOSPITAL
*Memorial System*

MEDICAL RECORDS

☐ FLORIDA HOSPITAL ORMOND MEMORIAL 875 Sterthaus Ave Ormond Beach, FL 32174 (386) 676-6022
☐ FLORIDA HOSPITAL FLAGLER 60 Memorial Medical Parkway, Palm Coast, FL 32164 (386) 586-2000
☐ FLORIDA HOSPITAL OCEANSIDE 264 S. Atlantic Ave., Ormond Beach, FL 32176 (386) 672-4161

**PATIENT**

| DATE | TIME | PATIENT TYPE | ACCOUNT # (E/D#) | UNIT # |
|---|---|---|---|---|
| 07/16/06 | 1505 | REG ER | V002060176 | M000276417 |

| PREVIOUS VISIT | ARRIVED BY | SS# | SEX | PHYSICIAN |
|---|---|---|---|---|
| 07/05/06 | | 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 | F | ED MD.DR |

NAME/PERM. ADDRESS
CAPEHART, BELINDA L
31 SEDGEWICK TRAIL
PALM COAST, FL 32164
(386)569-7415 08/22/78

CHIEF COMPLAINT
FALL WEEK AGO BACK/SHOULDER PAIN

**PHYSICIAN ORDERS**

**RADIOLOGY**

Transport with:
☐ Nurse ☐ Monitor
☐ RAD/U.S. Tech

Chest/ Reason
☐ Port
☒ 2 View

Abdomen/Reason
☐ Complete
☐ KUB
☐ 2 View

Spine/ Reason
☐ Cervical
☐ Thoracic
☐ Lumbar

☐ Other/ Reason

**CAT SCAN**

Contrast ☐ Y ☒ N
Reason:
☒ Brain
☐ Chest
☐ Abdomen
☐ Pelvis
☐ Spine
☐ Other

☐ Ultrasound

**CARDIOPULMONARY**

☒ EKG
☐ ABG
☐ NEB x

☐ Old Records
☐ Old EKG

☐ Splint/Strapping
☐ Burn/Dressing

**LABORATORY**

☒ CBC/DIFF
☐ Hemogram
☐ Sed Rate
☐ BMP
☒ CMP
☐ BUN
☐ Calcium
☐ $CO_2$
☐ Chloride
☐ Creatinine
☐ Glucose
☐ Potassium
☐ Sodium
☐ Liver Function Tests
☐ TSH
☒ Magnesium
☐ Phosphorus
☐ Protein, Total
☐ Amylase
☐ Lipase
☐ Digoxin
☐ ETOH
☒ D-Dimer
☒ PT
☒ APTT
☒ CPK
☒ CK-MB
☒ Troponin
☐ BNP
☐ Urine Drug Screen
☒ Urine HCG Qualitative
☐ Serum Beta HCG Qualitative
☐ Serum HCG Quantitative
☐ Type & Screen
☐ Type & Cross ____ units
☐ Blood Cultures x
☒ U/A c C&S if indicated
☐ GC Culture
☐ Chlamydia
☐ Wet Prep

Time Out ☐ Yes ☐ No

Orders reviewed & read back ____ Time ____ Init.

**ORDERS/PROCEDURES/TREATMENTS**

LATEX ALLERGY:

☐ Reviewed and concur with RN History and Medical Decision Making
My Exam reveals:

DIAGNOSIS:

☐ TEMPLATE ☐ DICTATION

DIRECT CRITICAL CARE
Time: ____ (Minimum > 30 min)

CONSIDERED EMERGENT CONDITION
@ ____ AM/PM DUE TO
☐ Severe Pain
☐ Acute onset of symptoms
☐ Threat to life or limb
☐ Impaired of bodily function
☐ Dysfunction of body organ or part

**DISPOSITION**

| HOME | EXPIRED |
|---|---|
| AMA | LBTC |
| PHYSICIAN'S OFFICE | LWBS |
| ADMITTED | ☐ ME |

POST MORTEM CARE PER POLICY

EMERGENCY ATTENDING PHYSICIAN'S/PA SIGNATURE

DISCHARGE CONDITION ☐ GOOD ☐ POOR ☐ IMPROVED ☐ STABLE ☐ CRITICAL ☐ NO CHANGE

☐ 23 HR ADMIT ☐ REGULAR ADMIT

DATE 7/16/06 TIME

TRANSFERRED TO/ADMITTED TO.

0230-01 6/05

CAPEHART, BELINDA L
V00206017I6 M000275417
08/27/78 27 F WH
SERV DATE: 07/16/06 ER

FLORIDA HOSPITAL Memorial Division

☑ FLORIDA HOSPITAL - ORMOND MEMORIAL 875 Sterthaus Ave., Ormond Beach, FL 32174

☐ FLORIDA HOSPITAL - FLAGLER 60 Memorial Medical Parkway, Palm Coast, FL 32161

☐ FLORIDA HOSPITAL - OCEANSIDE 264 S. Atlantic Ave., Ormond Beach, FL 32174

© 1996 - 2004 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

19 **EMERGENCY PHYSICIAN RECORD**

Fall (5)

DATE: 7/16/06 TIME: 3 30 ROOM: 16 EMS Arrival

HISTORIAN: patient spouse paramedics

__HX / __EXAM LIMITED BY:

## HPI

chief complaint: Fall injury to:

occurred: just PTA / today / yesterday / __ days PTA

where: home / neighbor's / work / school / city park / street

context: tripped / slipped / lost balance / became dizzy / fainted / fell from (standing position / from height) / alleged assault / bicycle (helmet? Y N)

slipped in water

location of pain / injuries: head / face / mouth / neck / chest / abdomen / back (upper / mid / lower) / radiating to R / L thigh / leg

| right | | left | |
|---|---|---|---|
| shldr | hip | shldr | hip |
| arm | thigh | arm | thigh |
| elbow | knee | elbow | knee |
| f-arm | leg | f-arm | leg |
| wrist | ankle | wrist | ankle |
| hand | foot | hand | foot |

severity of pain: mild / moderate / severe

associated symptoms: lost consciousness / dazed; duration: ; remembers: impact / coming to hospital; seizure

**ROS** ☐ all systems neg except as mrkd

loss feeling / power arms / legs; headache; double vision / hearing loss; trouble breathing / chest pain; nausea / vomiting; loss of bladder function; skin laceration; recent fever / illness

**SOCIAL HX** recent ETOH / smoker / drug abuse

**FAMILY HX** negative

**PAST HX** __negative __prior records reviewed

Meds- none / see nurses note Flexeril / Naprosyn

Allergies- NKDA / see nurses note

☑ Nursing Assessment Reviewed ☑ Vitals Reviewed ☑ Tetanus immun. UTD

## PHYSICAL EXAM

**GENERAL APPEARANCE** __no acute distress / __alert / c-collar (PTA / in ED) / backboard / mild / moderate / severe distress / anxious / lethargic / IV

**HEAD** __no evidence of trauma / see diagram / Battle's sign / Raccoon Eyes

**NECK** __non-tender / painless ROM / trachea midline / see diagram / vertebral point-tenderness / muscle spasm / decreased ROM / pain on movement of neck

**EYES** __PERRL __EOMI / unequal pupils R- __mm L- __mm / EOM entrapment / palsy / subconjunctival hemorrhage

**ENT** __nml external inspection / __no dental injury / hemotympanum / TM obscured by wax / clotted nasal blood / dental injury / malocclusion

**RESP / CVS** __chest non-tender / __breath sounds nml / __heart sounds nml / see diagram (on reverse) / decreased breath sounds / wheezing / rales / splinting / paradoxical movements

**GI (ABDOMEN)** __non-tender / __no organomegaly / __nml bowel snds / see diagram (on reverse) / tenderness / guarding / rebound / mass / organomegaly

**GENITAL / RECTAL** __nml genital exam / __nml vaginal exam / __nml rectal exam / __heme negative stool / perineal hematoma / blood at urethral meatus / decreased rectal tone

**NEURO / PSYCH** __oriented x3 / __mood & affect nml / __CN's nml as tested / __sensation & motor nml / confusion / disorientation / EOM palsy / anisocoria / facial asymmetry / unsteady / ataxic gait / sensory / motor deficit

Reflexes

Pt. Name

CAPEHART, BELINDA L
V002060176 M00027643.7
08/27/78 27 F WH
SERV DATE: 07/16/06 ER

FLORIDA HOSPITAL Memorial Division

- [x] FLORIDA HOSPITAL - ORMOND MEMORIAL, 875 Sterthaus Ave., Ormond Beach, FL 32174
- [ ] FLORIDA HOSPITAL - FLAGLER, 60 Memorial Medical Parkway, Palm Coast, FL 32181
- [ ] FLORIDA HOSPITAL - OCEANSIDE, 264 S. Atlantic Ave., Ormond Beach, FL 32174

**SKIN**
__intact
__warm, dry
__see diagram
__crepitus / diaphoresis

**BACK**
__no CVA tenderness
__no vertebral tenderness
__see diagram
__vertebral point-tenderness
__CVA tenderness
__muscle spasm / limited ROM

**EXTREMITIES**
__atraumatic
__pelvis stable
__hips non-tender
__no pedal edema
__nml ROM*
__see diagram
__bony point-tenderness
__painful / unable to bear weight
__pulse deficit
Joint Exam:
__limited ROM / ligaments laxity / joint effusion

T–Tenderness
PT–Point Tenderness
S–Swelling
E–Ecchymosis
Lac–Laceration
A–Abrasion B–Burn
(F–without ... mild / mod–moderate / ...)
Tnr – Tenderness on palpation (forearm)

**PROGRESS**
Time ___ unchanged improved re-examined

**PROCEDURES:**

**Wound Description / Repair**
length ___ cm location ___
superficial *subcut. *muscle linear stellate irregular
clean contaminated *moderately / *heavily*
**distal NVT:** neuro & vascular status intact no tendon injury
**anesthesia:** local digital block ___ mL
lidoc 1% 2% epi / bicarb marcaine 0.25% 0.5% LET
**prep:**
Betadine / Shur-Clens
irrigated / washed w/ saline *minimal / mod. / *extensive*
foreign material removed *partially completely*
*minimal / mod. / *extensive*
debrided *minimal / *mod. / *extensive*
undermined *minimal / mod. / *extensive*
*wound margins revised
wound explored
**repair:** Wound closed with: wound adhesive / steri-strips
SKIN- # ___ ___-0 nylon / prolene / staples
*SUBCUT-# ___ ___-0 vicryl
*may indicate intermediate repair ^ may indicate complex repair

Discussed with Dr. ___ will see patient in office / ED / hospital
Counseled patient / family regarding lab results diagnosis need for follow-up
Additional history from: family caretaker paramedics
__Rx given
__Admit orders written
CRIT CARE TIME (excluding separately billable procedures) 30-74 min 75-104 min ___ min

☐ EMTALA EMC present ☐ EMTALA EMC absent

**CLINICAL IMPRESSION:** Fall

**contusion**

| | | | |
|---|---|---|---|
| head | | wrist | R / L |
| face | | hand | R / L |
| chest | | hip | R / L |
| abdomen | | thigh | R / L |
| back | | knee | R / L |
| shoulder | R / L | leg | R / L |
| arm | R / L | ankle | R / L |
| elbow | R / L | foot | R / L |
| forearm | R / L | | |

**sprain / strain** neck dorsal lumbar sacral
**concussion** with LOC w/o LOC
**laceration**

**XRAYS** ☐ Interp. by me ☒ Reviewed by me ☐ Discsd w/ radiologist
*C-Spine D-Spine LS-Spine*
__nml / NAD
__no fracture
__nml alignment
__soft tissues nml
__reversal / straightening of cerv. lordosis
__DJD / spondylosis / spurring
**CXR**
__nml / NAD
__no infiltrates
__nml heart size
__nml mediastinum
__rib fracture
__infiltrate / atelectasis
*OTHER* ☐ See separate report

DISPOSITION- ☒ home ☐ admitted ☐ transferred
Time
CONDITION- ☒ unchanged ☐ improved ☐ stable
RESIDENT / PA / NP SIGNATURE

**ATTENDING NOTE:**
__Resident / PA / NP's history reviewed, patient interviewed and examined.
Briefly, pertinent HPI is:
My personal exam of patient reveals:
Assessment and plan reviewed with resident / midlevel. Lab and ancillary studies show:
I confirm the diagnosis of:
__Care plan reviewed. Patient will need:
Please see resident / midlevel note for details.
ATTENDING PHYSICIAN SIGNATURE
☒ Template Complete ☐ Progress Sheet

Underline indicates organ system
* equivalent or minimum required for organ system ...

[ ] FLORIDA HOSPITAL ORMOND MEMORIAL
875 Sterthaus Ave., Ormond Beach, FL 32174 (386) 676-6000

[ ] FLORIDA HOSPITAL FLAGLER
60 Memorial Medical Parkway, Palm Coast, FL 32164 (386) 586-2000

[ ] FLORIDA HOSPITAL OCEANSIDE
264 S. Atlantic Ave., Ormond Beach, FL 32176 (386) 672-4161

CAPEHART, BELINDA L
V002060176 M000276417
08/27/78 27 F WH
SERV DATE: 07/16/06 ER

# PATIENT CARE RECORD / ASSESSMENT

## PREHOSPITAL

Date: 7-16-06 Time: 1508 Sex: F Age: 27

Arrived: [X] Ambulatory [ ] W/C [ ] Carry [ ] Stretcher [ ] Ambulance

From: [ ] Home [ ] Nursing Home [X] Work [ ] Other

Family Physician: Palm Coast

PRE-HOSPITAL: [X] N/A O2 SAT ______ Intubated-size ETT

Meds/RX PTA

IV Size ______ Solution ______ Amt infused ______ Site

Spinal Immobilization: [ ] Long backboard [ ] Rigid C-Collar [ ] Splints

## PRIMARY TRIAGE

Chief Complaint: c/o chest pain 1503-1507 states she fell a week ago also

Duration: having back & shoulder pain

Vital Signs: Pulse Ox [ ] N/A

Time: 1538 T. 97 P. 116 R. 28 BP 130/88

Pain Scale 0 1 2 3 4 5 6 7 8 9 (10)

ALLERGIES (Drugs, Food, Tape, Latex, Other): NKA

Tetanus 2005 LMP 6-06 Wt 213 Ht 5'4"

Visual Acuity: Right ______ Left ______ Both Eyes ______ [X] N/A

Learning Barriers [X] None Identified

[ ]

Triage Interventions: [ ] Dressing / Control of Bleeding [ ] Splint

[ ] Explanation of Delay [ ] Advised No Food or Drink [ ] Emesis Basin

[ ] Ice Pack Elevation

[ ] X-Ray Type/Time

[ ] Lab Type/Time

[ ] Level I [ ] Level II [X] Level III [ ] Level IV [ ] Level V

TRIAGED TO: [ ] Lobby [X] Treatment Area [ ] Express Care

RN Signature [signature] Time: 1508

## SECONDARY TRIAGE

Past Medical History: [X] Denies [ ] COPD [ ] Hypertension [ ] Ulcers

[ ] Diabetes [ ] Asthma [ ] Seizures [ ] Heart Disease [ ] CA [ ] Kidney

[ ] Thyroid [ ] Depression [ ] Other:

Previous Surgery none

Smoker: [X] No [ ] Yes Amt ______/Day

Alcohol Use: [X] No [ ] Yes Amt ______/Day

Recreational Drugs: [X] No [ ] Yes Amt ______/Day

Medications/Supplements: [ ] See Blue Sheet

Flexeril, Naprosyn

Abuse & Neglect Screen [X] No [ ] Yes - Follow Policy

Vaccines: Flu [X] No [ ] Yes Date ______ Pneumonia [X] No [ ] Yes Date ______

SIGNATURE [signature] TIME 1508

## RESP.

[ ] Normal [ ] Abnormal [ ] Dyspneic [ ] Tachypneic [ ] Apneic

[ ] Cough [ ] Retracting [ ] Non-productive Productive of

Breath Sounds: Clear ✓ Rales ______ Rhonchi ______

Wheezing ______ Diminished ______ Absent ______

## CARDIAC [ ] N/A

[ ] Monitor Rhythm ST Heart Sounds: [X] Normal [ ] Abnormal

[ ] O2 @ ______ L/MN Via

Edema: [X] Absent [ ] Present Location

[ ] Chest Pains Scale 1 - 10 ______ / 10 S-Strong W-Weak D-Doppler A-Absent

| Location | PEDAL | POST TIB | FEMORAL | BRACHIAL | RADIAL |
|---|---|---|---|---|---|
| Right | | | | | |
| Left | | | | | |

6230-073 12/05

IN triage [illegible]

## SKIN

[ ] Cool [ ] Cold [X] Warm [ ] Hot [ ] Dry [ ] Flushed [X] Moist

[ ] Pale [ ] Ashen [ ] Cyanotic [ ] Jaundiced Turgor

## ABDOMEN [ ] N/A

[X] Soft [ ] Rigid [ ] Distended [ ] Guarding [ ] Rebounding [ ] Nausea

[ ] Last BM ______ [ ] Emesis X ______ / 24 Hrs. Color

[ ] Diarrhea X ______ /24 Hrs. Color

Bowel Sounds: [ ] Present [ ] Absent

AREA OF PAIN RIGHT, LEFT

## GENITOURINARY [ ] N/A

GENITOURINARY Last Voiding this am Date

Foley Present [ ] Yes [ ] No Size ______ Inserted

[ ] Frequency ______ [ ] Urgency ______ [ ] Retention

[ ] Hematuria ______ [ ] Pain with voiding [ ] Burning with voiding

O.B./G.Y.N. [X] N/A LOCATION OF FHT

Vaginal Discharge:

P ______ G ______ AB ______ FHT ______

## EXTREMITIES [ ] N/A

Injury/Deformity (R) shoulder pain

Tenderness: [ ] Point

Calf Tenderness: [X] N/A Homan's Sign [ ] N/A ±

Pain: [X] Sharp [ ] Dull [ ] Other

Skin: [ ] Warm [ ] Hot [ ] Cool [ ] Pink [ ] Cyanotic

Sensory: Numbness [ ] Yes [X] No Tingling: [ ] Yes [ ] No

Pulses / Cap Refill: < 3 sec

## PSYCHOSOCIAL

[ ] Calm [ ] Anxious [X] Appropriate [ ] Inappropriate [ ] Confused

[ ] Depressed [ ] Agitated [ ] Uncooperative [ ] Combative

Affect: [ ] Flat [ ] Expressive [ ] Lethargic

Hallucinations: [ ]

Spiritual Needs: ______ Cultural Needs:

## SAFETY

Notification of Authority: [ ] Poison Control ______ [ ] Animal Control Anc. Service

Time [X] N/A [ ] Law Enforcement Agency ______ [ ] Dept. of Children & Families

Side Rails: [X] Up [ ] One [ ] Two [ ] All Bed: [ ] High [ ] Low

[ ] Sitting in Chair [ ] Allergy Band Applied [X] Name Band Applied

## NEURO

### Glasgow Coma Scale

| Best Eye Opening | | Best Verbal Response | | Best Motor Response | |
|---|---|---|---|---|---|
| Spontaneous | 4 | Oriented | 5 | Obeys commands | 6 |
| To voice | 3 | Confused | 4 | Vocalizes | 5 |
| To pain | 2 | Inappropriate words | 3 | Withdraws | 4 |
| None | 1 | Incomprehensible sounds | 2 | Flexion to Pain | 3 |
| | | None | 1 | Extension to Pain | 2 |
| | | | | None | 1 |

TOTAL SCORE 15 [ ] N/A

Motor Ability / Strength

| | Strong | Weak | None |
|---|---|---|---|
| RA | ✓ | | |
| LA | ✓ | | |
| RL | ✓ | | |
| LL | ✓ | | |

Pupil Reaction

| | Brisk | Slow | None |
|---|---|---|---|
| R Eye | ✓ | | |
| L Eye | ✓ | | |

Pupil Size

R Eye 4

L Eye 4

2 3 4 5 6 7 8 9mm

## NURSING DIAGNOSIS

Clinical Pathway Implemented [ ]

[ ] Alteration in skin integrity related to

[ ] Alteration in comfort related to Chest pain

[ ] Alteration in respiration / oxygenation related to

[ ] Alteration in circulation related to

[ ] Alteration in mobility related to

[ ] Knowledge deficit related to

[ ] Alteration in elimination related to

[ ] Alteration in thought processes related to

[ ] Alteration fluid volume related to

PLAN OF CARE:

Initiated by: [signature] R.N

(OVER)

☐ FLORIDA HOSPITAL ORMOND MEMORIAL
875 Sterthaus Ave., Ormond Beach, FL 32174 (386) 676-6000

☐ FLORIDA HOSPITAL FLAGLER
60 Memorial Medical Parkway, Palm Coast, FL 32164 (386) 586-2000

☐ FLORIDA HOSPITAL OCEANSIDE
264 S. Atlantic Ave., Ormond Beach, FL 32176 (386) 672-4161

CAPEHART, BELINDA L
V002060176 M000276437
08/27/78 27 F WH
SERV DATE: 07/16/06 ER

# EMERGENCY DEPARTMENT PATIENT CARE RECORD

VITAL SIGNS: TIME | B/P | TEMP. | PULSE | RESP. | SaO2 % | Glasgow Coma Scale | Pain Scale | Descriptors | Intervention

TO ROOM 26 AT ☐ MONITOR PER PROTOCOL

| TIME | Notes |
|---|---|
| 1508 | Pt to Rm #26 c chest pain S.O.B. P-136 R-18 BP 130/78 Pt states she fell last week could hear people talking to her but they said she didn't answer. EKG done shown to Dr Castella will see pt before other orders |
| 1534 | P-112 R-18 |
| 1545 | Pt evaluated by Dr Castella |
| 1600 107/55 P-107 R-18 | [illegible] to collect UA Returned to Rm. |
| 1610 | Assumed care UA obtained & UCG |
| 1620 | Saline lock started & labs drawn |
| 1630 10/... | Toradol IVP given to burning in mid ↓ back |
| 1645 109/63 - 20 98% 4/10 | c.o.f. Burning has subsided significantly denies CP/SOB |

## IV SOLUTIONS and BLOOD COMPONENTS

| TIME / INITIAL | IV G | LOC | AMOUNT & SOLUTION | PUMP | RATE | TIME D/C'd | TOTAL INFUSED |
|---|---|---|---|---|---|---|---|
| 1620 [illegible] | #20g | ® FA | S.L. | ☐ | | | |
| | | | | ☐ | | | |
| | | | | ☐ | | | |

| OUTPUT TIME | URINE | NG | CHEST TUBE | OTHER |
|---|---|---|---|---|
| | | | | |

## MEDICATION

| TIME | MEDICATION / DOSE | ROUTE | SITE | INITIALS | TIME | MEDICATION / DOSE | ROUTE | SITE | INITIALS |
|---|---|---|---|---|---|---|---|---|---|
| 1630 | Toradol 30mg | IVP | ® FA | [illegible] | | | | | |

Discontinue IV Site ☒ IV Catheter intact ☒ Redness Yes ☐ No ☒ Swelling Yes ☐ No ☒ Initials [illegible]

DISCHARGE VITAL SIGNS: T P R BP O2 SAT Pain Level Time

NURSE'S INIT & SIGNATURE [signatures]

RESOLUTION OF LEARNING BARRIERS: ☐ Resolved ☐ Unresolved Action

☐ TRANSFER ☐ ADMIT SUMMARY
Report Call To:
Transport To: ☐ Nsg Unit ☐ Other
Family / Friend Notified: ☐ Yes ☐ No
Transported Via: ☐ Stretcher ☐ w/c ☐ Hosp. bed ☐ Amb ☐ Helicopter
Accompanied By ☐ Nurse ☐ ED Tech ☐ R.T. ☐ Other
Equipment Used: ☐ Monitor ☐ O2 ☐ Other
Documentation Sent ☐ X-ray ☐ Medical Records
SIGNATURE DATE/TIME

DISCHARGE SUMMARY
Pt. Education Topic: See Next pg Nursing Notes
Smoking Cessation ☐ Medication Management ☒
Taught To: ☒ Patient ☐ Family ☐ Other
Teaching Method: ☒ Discussion ☐ Demonstration ☒ Handout
Understanding: ☒ Good ☐ Fair ☐ Poor
Evaluation Method: ☒ Verbal ☐ Return Demo
Discharged To: ☒ Home ☐ Morgue ☐ Other
Discharged By: ☒ Walk ☐ w/c ☐ Carried ☐ Stretcher
Accompanied By: ☒ Self ☐ Family ☐ Other
SIGNATURE [signature] RN 7/16/06 DATE/TIME 2120

| VITAL SIGNS | | | | | | NEURO | PAIN | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TIME | B/P | TEMP. | PULSE | RESP. | $SaO_2$ | GLASGOW COMA SCALE | PAIN SCORE | DESCRIPTORS | INTERVENTIONS | MEDICATIONS, I.V.'S & TREATMENTS | PUMP | |
| 1647 | | | | | | | | | | To x-ray per w/c — [illegible] | | |
| 1735 | 109/71 | | 102 | 20 | 97% | 15 | 1-2/10 | -4- | C.O.F | Returned from radiology x-ray & CT completed | | |
| 1845 | | | | | | | | | | report taken from Leslie, [illegible] | | |
| 1900 | 117/70 | 98.0 | 95 | 20 | 97% | 15 | -0- | | | pt resting, awaiting disposition | | |
| 1945 | | | | | | | | | | pt back to CT via stretcher | | |
| 2010 | | | | | | | | | | pt returned from CT — | | |
| 2100 | 110/70 | | 92 | 20 | 97 | 15 | -0- | | | Sling to Lt Shoulder, Rx's Motrin, Soma[illegible] given to pt c D/C instructions & Handouts on Sprained Back & Rotator Cuff injury, pt to f/u c Dr. Martin Ortho, call in am for appt | | |

EMERGENCY DEPARTMENT
PATIENT CARE RECORD
Florida Hospital Memorial System
☒ Ormond ☐ Flagler ☐ Oceanside
Form # 6230-11 rev. 3/06

CAPEHART, BELINDA L
V002060176 M000276417
08/27/78 27 F WH
SERV DATE: 07/16/06 ER





Florida Hosp... Ormond Beach
875 Strertha... Ormond Beach, Fl

Patient Information
CAPEHART, B... NDA L
... SEDGEWIC... TRAIL
Phone (386)5... 416
M00027641
Reg: V002060...

Treating Provider
... NY COSTARELLA
MD
... arthaus Ave.
... d Beach, Fl
Phone: 386-676-6022

Discharge Summary
Date: 7/16/06 Time: 8:32:09 PM

Chart Copy

1) Your Discharge Instructions
ROTATOR ... INJURY #Document: 344 (English)

2) Your Prescriptions

3) You should Follow Up With

Follow Up Physician:
Florida Hosp... Ormond Beach
875 Strerth...
Beach, Fl

Follow Up Information

I understand that the emergency care which I received is ... intended to be complete and definitive medical care and treatment. I acknowledge that I have been informed to contact the above physician imme...ately for continued and complete medical diagnosis, care and treatment. EKG's, X-rays and lab stud... be reviewed by appropriate specialists ... I will be notified of significant discrepancies. I also understand that my signature authorizes ... Center to release all or any part of ... medical record (including, if applicable, information pertaining to AIDS and/or HIV testing, men... records, and drug and/or alcohol tr... ment) to the referred physician listed above.

*I ha... and underst... the above, receiv... copy of app...able instruct... ...ets, and will arrange for follow up care.*

| Signature | Parent/Guardian | Date/Time | Signature | Instructed by | Date/Time |
|---|---|---|---|---|---|

CON... NF... ATION: The info... ation conta... ed in this fax is confidential. If you have received this fax in err... please notify the sender at once a... destroy th... document

Copyright Scri... 2000-2005 http://www.ScriptRx.com



FLORIDA HOSPITAL

Florida Hospital - Ormond Beach
875 Sterthaus Ave. Ormond Beach, Fl

**Patient Information**
APEHART, SELIN...
SEDGEWICK TR...
PALM COAST, FL ...164
Phone: (386)569-7...

**Treating Provider**
ANTHONY COSTARELLA MD
875 Sterthaus Ave. Ormond Beach, Fl
Phone: 386-676-8022

**Discharge Instructions**
Date: 7/16/06 Time: 8:32:07 PM

Chart Copy

Page: 1 of 1

**Patient Discharge Instructions**

Document: 344 Last Update: 05/04/2002

ROTATOR CUFF INJURY

You appear to have a rotator cuff injury of your shoulder. The rotator cuff is a band of tendons that extends over the top and back of the shoulder and helps lift and rotate the arm. As we age, the rotator tendons may become weakened or irritated and they tend to tear with even minor injuries. A tear will usually cause pain and an inability to lift the shoulder. Small tears will usually heal with rest, but larger tears often require surgical repair. A special x-ray (arthrogram) or MRI scan may be needed to confirm the diagnosis.

**Follow These Instructions Carefully:**

1. Rest the shoulder with a sling. Wear it exactly as instructed
2. Apply ice packs for 30 minutes every 2 hours for the next 2 to 3 days.
3. Pain and anti-inflammatory pain medicine can help control your discomfort. Take all medicines exactly as instructed

**Follow up** with your doctor or this facility as advised by our staff

**Return to this facility immediately** or contact your doctor if you begin to have any of the following.

- If your shoulder remains painful.
- You are unable to use it after one week.

**Discharge Instructions Special Notes**

*I understand that the emergency care which I received is not intended to be complete and definitive medical care and treatment. EKG"s, X-rays, and lab studies will be reviewed by appropriate specialists and I will be notified of significant discrepancies. RETURN TO THE EMERGENCY DEPARTMENT IF CONDITION WORSENS OR FAILS TO IMPROVE.*

Copyright ScriptRx, Inc. 2000-2005



FLORIDA HOSPITAL
MEMORIAL SYSTEM
Imaging Services

Preliminary Report

☐ Ormond ☐ Flagler ☐ Oceanside

Top Portion to be filled out completely:

Last Name: CARPENTER First Name: BRENDA

Date: 7/16/06

Medical Record #:

Ordering Physician: Phone/Fax #:

Patient Location: ER

Exams (s): CT Thorax

Accession #:

Findings: 8:25 p

No PE,

No LUNG DISEASE

Radiologist Signature: ☐ Radiologist Faxed

Please Note: This is a preliminary report and is not a substitute for the official final radiology report.

For Office Use Only: Called: ☐ Who Time

Scanned into PACS: ☐ By

CAPEHART, BELINDA L
V002060176 M000276417
08/27/78 27 F WH
SERV DATE: 07/16/06 ER

THE STANDARD REGISTER CO.

RUN DATE: 07/16/06
RUN TIME: 1646
RUN USER: LABBKGJOB

Memorial Health Systems Inc. LAB *LIVE*
Stat Broadcast

PAGE 1

**Name:** CAPEHART,BELINDA L
**Acct#:** V002060176 **Unit#:** M000276417
**Reg:** 07/16/06 **Disch:**
**Age/Sex:** 27/F
**Status:** REG ER
**Attend Dr:** ED MD,DR
**Location:** E/DFT

**Specimen:** 0716:H00284S
**Collected:** 07/16/06-1620 **Status:** COMP **Req#:** 03763684
**Received:** 07/16/06-1635 **Subm Dr:** COSTARELLA MD,ANTHONY

**Ordered:** CBC/DIFF
**Comments:** Patient registered at MHO or MHP? MHO
COMMENT: ER26

| Test | Low | Normal | High | Flag | Reference |
|---|---|---|---|---|---|
| *CBC/DIFF* | | | | | |
| > WBC | | 7.0 | | | 3.4-10.1 10^3/uL |
| > RBC | | 4.65 | | | 3.79-5.19 10^6/uL |
| > Hgb | | 13.2 | | | 11.6-15.4 g/dl |
| > HCT | | 39.6 | | | 35.9-46.1 % |
| > MCV | | 85.2 | | | 83.7-99.5 fl |
| > MCH | | 28.4 | | | 27.6-33.1 pg |
| > MCHC | | 33.3 | | | 31.3-34.9 g/dl |
| > RDW | | 42.9 | | | 38.6-50.2 fl |
| > PLT | | 254 | | | 126-432 10^3/uL |
| > DIFF | | AUTO | | | |
| > SEG | | 55.3 | | | 42.7-77.1 % |
| > LYMPHS | | 34.8 | | | 12.1-45.3 % |
| > MONOS | | 7.9 | | | 4.4-12.5 % |
| > EOS | | 1.6 | | | 0-5.6 % |
| > BASOS | | 0.4 | | | 0-1 % |
| > NE# | | 3.9 | | | 1.4-6.8 10^3/uL |
| > LY# | | 2.4 | | | 0.6-3.2 10^3/uL |
| > MO# | | 0.6 | | | 0.2-0.9 10^3/uL |
| > EO# | | 0.1 | | | 0-0.4 10^3/uL |
| > BASO# | | 0.0 | | | 0-0.1 10^3/uL |

** END OF REPORT **

RUN DATE: 07/16/06
RUN TIME: 1712
RUN USER: LABBKGJOB

Memorial Health Systems Inc. LAB *LIVE*
Stat Broadcast

PAGE 1

Name: CAPEHART, BELINDA L  Age/Sex: 27/F  Attend Dr: ED MD, DR
Acct#: V002060176  Unit#: M000276417  Status: REG ER  Location: E/DFT
Reg: 07/16/06  Disch:

Specimen: 0716:CH00490S  Collected: 07/16/06-1620  Status: COMP  Req#: 03763684
Received: 07/16/06-1635  Subm Dr: COSTARELLA MD, ANTHONY

Ordered: CARDIAC PROF ER
Comments: Patient registered at MHO or MHP? MHO
COMMENT: ER26

| Test | Low | Normal | High | Flag | Reference |
|---|---|---|---|---|---|
| *CKMB* | | | | | |
| > CPK | | 128 | | | 38-234 IU/L |
| > CKMB | | 0.6 | | | 0-6.3 ng/mL |
| > TROPONIN-I | | < 0.04 | | | <0.06 ng/mL |

*0.00 - 0.05 ng/mL NEGATIVE*
*0.06 - 0.49 ng/mL Indeterminate for acute myocardial damage*
*0.50 ng/mL and ABOVE are POSITIVE (Consistent with acute myocardial damage)*

** END OF REPORT **

RUN DATE: 07/16/06
RUN TIME: 1713
RUN USER: LABBKGJOB

Memorial Health Systems Inc. LAB *LIVE*
Stat Broadcast

PAGE 1

**Name:** CAPEHART,BELINDA L
**Acct#:** V002060176 **Unit#:** M000276417
**Reg:** 07/16/06 **Disch:**
**Age/Sex:** 27/F
**Status:** REG ER
**Attend Dr:** ED MD,DR
**Location:** E/DFT

**Specimen:** 0716:CH00489S **Collected:** 07/16/06-1620 **Status:** COMP **Req#:** 03763684
**Received:** 07/16/06-1635 **Subm Dr:** COSTARELLA MD,ANTHONY

**Ordered:** COMP META, MG
**Comments:** Patient registered at MHO or MHP? MHO
COMMENT: ER26

| Test | Low | Normal | High | Flag | Reference |
|---|---|---|---|---|---|
| > GLUC | | 98 | | | 70-99 mg/dL |
| > BUN | | 14 | | | 8-26 mg/dL |
| > CREA | | 0.6 | | | 0.6-1.1 mg/dL |
| > SODIUM | | 138 | | | 136-144 mmol/L |
| > K+ | 3.5 | | | L | 3.6-5.1 mmol/L |
| > CL | | 104 | | | 101-111 mmol/L |
| > CO2 | | 27 | | | 22-32 mmol/L |
| > ANION GAP | | 7 | | | |
| > ALK PHOS | | 52 | | | 32-91 U/L |
| > AST | | 16 | | | 15-41 U/L |
| > ALT | | 19 | | | 14-54 U/L |
| > TBIL | | 0.8 | | | 0.0-1.2 mg/dL |
| > TP | | 7.2 | | | 6.5-8.1 g/dL |
| > ALB | | 4.0 | | | 3.5-5.0 g/dL |
| > CA | | 8.9 | | | 8.9-10.3 mg/dL |
| > MG | | 1.9 | | | 1.8-2.5 mg/dL |

** END OF REPORT **

RUN DATE: 07/16/06
RUN TIME: 1653
RUN USER: LABBKGJOB

Memorial Health Systems Inc. LAB *LIVE*
Stat Broadcast

PAGE 1

**Name:** CAPEHART,BELINDA L **Age/Sex:** 27/F **Attend Dr:** ED MD,DR
**Acct#:** V002060176 **Unit#:** M000276417 **Status:** REG ER **Location:** E/DFT
**Reg:** 07/16/06 **Disch:**

**Specimen:** 0716:CG00112S **Collected:** 07/16/06-1620 **Status:** COMP **Req#:** 03763684
**Received:** 07/16/06-1635 **Subm Dr:** COSTARELLA MD,ANTHONY

**Ordered:** PROTIME, PTT, D-DIMER LIA
**Comments:** Patient registered at MHO or MHP? MHO
COMMENT: ER26
ENTER ANTICOAGULANT MEDS PT IS ON: UNKNOWN
Do You Need The LAB Draw TIMED? N

| Test | Low | Normal | High | Flag | Reference |
|---|---|---|---|---|---|
| > PT | | 13.5 | | | 11.5-14.9 sec |
| > INR | 1.0 | | | L | 2.0-3.0 |
| | *2.0 - 3.0 Prophylaxis of venous thrombosis; treatment of venous thrombosis or pulmonary embolism; prevention of systemic embolism; tissue heart valves; acute myocardial infarct;valvular heart disease; atrial fibrillation. 2.5-3.5 Mechanical prosthetic valves; recurrent systemic embolism. The INR is only relevent to patients that are on coumadin therapy.* | | | | |
| > PTT | | 29.7 | | | 22.4-38.6 sec |
| | *HEPARIN THERAPEUTIC RANGE: 71 - 106 SEC.* | | | | |
| > D-DIMER LIA | | < 0.22 | | | < 0.46 ug/ml |

** END OF REPORT **

Florida Hospital Ormond Memorial
875 Sterthaus Avenue
Ormond Bch., FL 32174
(386) 676-6000

Florida Hospital Flagler
60 Memorial Medical Parkway
Palm Coast, FL 32164
(386) 586-2000

Florida Hospital Oceanside
264 S. Atlantic Ave.
Ormond Bch., FL 32176
(386) 672-4161

Name
Address
Room No. Date

RX IS PRINTED IN GREEN INK WITH BACKGROUND COLOR CHANGING GRADUALLY FROM DARK TO LIGHT

Rx SOMA 350mg

DEA No.

BACKGROUND RESISTS ERASURE AND ALTERATION. VOID APPEARS IN BACKGROUND WHEN COPIED.

7071-055 REV. 1/06 SRC0106207730077

Florida Hospital Ormond Memorial
875 Sterthaus Avenue
Ormond Bch., FL 32174
(386) 676-6000

Florida Hospital Flagler
60 Memorial Medical Parkway
Palm Coast, FL 32164
(386) 586-2000

Florida Hospital Oceanside
264 S. Atlantic Ave.
Ormond Bch., FL 32176
(386) 672-4161

Name
Address
Room No. Date

RX IS PRINTED IN GREEN INK WITH BACKGROUND COLOR CHANGING GRADUALLY FROM DARK TO LIGHT

Rx No work x 14 days

DEA No.

BACKGROUND RESISTS ERASURE AND ALTERATION. VOID APPEARS IN BACKGROUND WHEN COPIED.

7071-055 REV. 1/06 SRC0106207730877

Florida Hospital Ormond Memorial
875 Sterthaus Avenue
Ormond Bch., FL 32174
(386) 676-6000

Florida Hospital Flagler
60 Memorial Medical Parkway
Palm Coast, FL 32164
(386) 586-2000

Florida Hospital Oceanside
264 S. Atlantic Ave.
Ormond Bch., FL 32176
(386) 672-4161

Name
Address
Room No. Date

RX IS PRINTED IN GREEN INK WITH BACKGROUND COLOR CHANGING GRADUALLY FROM DARK TO LIGHT

Rx

Florida Hospital Ormond Memorial
875 Sterthaus Avenue
Ormond Bch., FL 32174
(386) 676-6000

Florida Hospital Flagler
60 Memorial Medical Parkway
Palm Coast, FL 32164
(386) 586-2000

Florida Hospital Oceanside
264 S. Atlantic Ave.
Ormond Bch., FL 32176
(386) 672-4161

Name
Address
Room No. Date

RX IS PRINTED IN GREEN INK WITH BACKGROUND COLOR CHANGING GRADUALLY FROM DARK TO LIGHT

Rx

☑ Florida Hospital Ormond Memorial
875 Sterthaus Avenue
Ormond Bch., FL 32174
(386) 676-6000

☐ Florida Hospital Flagler
60 Memorial Medical Parkway
Palm Coast, FL 32164
(386) 586-2000

☐ Florida Hospital Oceanside
264 S. Atlantic Ave
Ormond Bch., FL 32176
(386) 672-4161

Name [handwritten]
Address
Room No. Date [handwritten]

RX IS PRINTED IN GREEN INK WITH BACKGROUND COLOR CHANGING GRADUALLY FROM DARK TO LIGHT

Rx [handwritten]

DEA No. [handwritten] [signature]

BACKGROUND RESISTS ERASURE AND ALTERATION. VOID APPEARS IN BACKGROUND WHEN COPIED.

7071-058 REV. 1/06 SRC010620773O6776

☑ Florida Hospital Ormond Memorial
875 Sterthaus Avenue
Ormond Bch., FL 32174
(386) 676-6000

☐ Florida Hospital Flagler
60 Memorial Medical Parkway
Palm Coast, FL 32164
(386) 586-2000

☐ Florida Hospital Oceanside
264 S. Atlantic Ave
Ormond Bch., FL 32176
(386) 672-4161

Name [handwritten]
Address
Room No. Date [handwritten]

RX IS PRINTED IN GREEN INK WITH BACKGROUND COLOR CHANGING GRADUALLY FROM DARK TO LIGHT

Rx [handwritten]

DEA No. [handwritten] [signature]

BACKGROUND RESISTS ERASURE AND ALTERATION. VOID APPEARS IN BACKGROUND WHEN COPIED.

7071-056 REV. 1/06 SRC010620773O6776

DIAGNOSTIC IMAGING REPORT

Patient Name: CAPEHART, BELINDA L
Unit No: M000276417

| EXAM# | TYPE/EXAM | RESULT |
|---|---|---|
| 000889636 | CT/BRAIN W/O CONTRAST | |

CRANIAL CT WITHOUT CONTRAST - 07/16/06

INDICATION: Trauma.

TECHNIQUE: Serial axial scans were performed without contrast from the vertex to the base of the skull.

FINDINGS: The ventricular system and cortical sulci are within normal limits.

No intracranial lesions, areas of edema or hemorrhage are noted.

*IMPRESSION:*

*NORMAL CRANIAL CT WITHOUT CONTRAST.*

69197

** REPORT SIGNATURE ON FILE 07/16/2006 **
Reported And Signed By: LEB, ROBERT B. MD

CC: COSTARELLA MD, ANTHONY; FLAGLER CTY HLTH DEPT; NONE

Technologist: UNDEFINED TECHNOLOGIST
Transcribed Date/Time: 07/16/2006 (1801) Transcriptionist: VAUGHNP
Printed Date/Time: 07/16/2006 (1953)

PAGE 1 CHART COPY

---

FLORIDA HOSPITAL ORMOND MEMORIAL
875 Sterthaus Avenue
Ormond Beach, Fl 32174

DEPARTMENT OF RADIOLOGY

Name: CAPEHART, BELINDA L
Phys: COSTARELLA MD, ANTHONY
DOB: 08/27/1978 Age: 27 Sex: F
Acct No: V002060176 Location: E/DFT
Exam Date: 07/16/2006 Status: REG ER
Radiology No:

DIAGNOSTIC IMAGING REPORT

Patient Name: CAPEHART, BELINDA L
Unit No: M000276417

| EXAM# | TYPE/EXAM | RESULT |
|---|---|---|
| 000889638 | RAD/SHOULDER MIN 2V LT | |

LEFT SHOULDER - 07/16/06

INDICATION: Trauma.

FINDINGS: Three views of the left shoulder show no fracture, dislocation or soft tissue pathology.

*IMPRESSION:*

*NEGATIVE FOR FRACTURE.*

69195

** REPORT SIGNATURE ON FILE 07/16/2006 **
Reported And Signed By: LEB, ROBERT B. MD

CC: COSTARELLA MD, ANTHONY; FLAGLER CTY HLTH DEPT; NONE

Technologist: MROSS, PATRICK S
Transcribed Date/Time: 07/16/2006 (1759) Transcriptionist: VAUGHNP
Printed Date/Time: 07/16/2006 (1953)

PAGE 1 CHART COPY

---

FLORIDA HOSPITAL ORMOND MEMORIAL
875 Sterthaus Avenue
Ormond Beach, Fl 32174

DEPARTMENT OF RADIOLOGY

Name: CAPEHART, BELINDA L
Phys: COSTARELLA MD, ANTHONY
DOB: 08/27/1978 Age: 27 Sex: F
Acct No: V002060176 Location: E/DFT
Exam Date: 07/16/2006 Status: REG ER
Radiology No:

DIAGNOSTIC IMAGING REPORT

Patient Name: CAPEHART, BELINDA L
Unit No: M000276417

| EXAM# | TYPE/EXAM | RESULT |
|---|---|---|
| 000889674 | CT/THORAX WITH CONTRAST | |

CT SCAN OF THE THORAX WITH CONTRAST - 07/16/06:

INDICATIONS: Pulmonary emboli.

TECHNIQUE: Helical scanning of the thorax was performed with intravenous contrast administration.

FINDINGS: The pulmonary vessels are well-opacified and show no filling defects.

The mediastinal and hila are unremarkable, showing no masses or lymphadenopathy.

The lungs are clear without masses, infiltrates, or effusions.

The examination of the upper abdomen shows nothing unusual.

*IMPRESSION:*
***UNREMARKABLE CT SCAN OF THE THORAX.***

***NO EVIDENCE FOR PULMONARY EMBOLI, AS QUESTIONED.***

69329

** REPORT SIGNATURE ON FILE 07/17/2006 **
Reported And Signed By: LEB, ROBERT B. MD

CC: COSTARELLA MD, ANTHONY; FLAGLER CTY HLTH DEPT; NONE

Technologist: HOOK, KAREN
Transcribed Date/Time: 07/17/2006 (1032) Transcriptionist: MAZURS
Printed Date/Time: 07/17/2006 (1053)

PAGE 1 CHART COPY

---

**FLORIDA HOSPITAL ORMOND MEMORIAL**
875 Sterthaus Avenue
Ormond Beach, Fl 32174

**DEPARTMENT OF RADIOLOGY**

**Name:** CAPEHART, BELINDA L
Phys: COSTARELLA MD, ANTHONY
DOB: 08/27/1978 Age: 27 Sex: F
Acct No: V002060176 **Location:** E/DFT
Exam Date: 07/16/2006 Status: DEP ER
Radiology No:

DIAGNOSTIC IMAGING REPORT

Patient Name: CAPEHART,BELINDA L
Unit No: M000276417

| EXAM# | TYPE/EXAM | RESULT |
|---|---|---|
| 000889637 | RAD/CHEST TWO VIEWS * | |

TWO VIEW CHEST - 07/16/06

INDICATION: Trauma.

FINDINGS: Initial frontal and lateral examination reveals the lungs to be clear.

The cardiac silhouette and mediastinal structures are within normal limits.

*IMPRESSION:*

*UNREMARKABLE TWO VIEW CHEST.*

69196

** REPORT SIGNATURE ON FILE 07/16/2006 **
Reported And Signed By: LEB,ROBERT B. MD

CC: COSTARELLA MD,ANTHONY; FLAGLER CTY HLTH DEPT; NONE

Technologist: MROSS,PATRICK S
Transcribed Date/Time: 07/16/2006 (1800) Transcriptionist: VAUGHNP
Printed Date/Time: 07/16/2006 (1953)

PAGE 1 CHART COPY

FLORIDA HOSPITAL ORMOND MEMORIAL
875 Sterthaus Avenue
Ormond Beach, Fl 32174

DEPARTMENT OF RADIOLOGY

Name: CAPEHART,BELINDA L
Phys: COSTARELLA MD,ANTHONY
DOB: 08/27/1978 Age: 27 Sex: F
Acct No: V002060176 Location: E/DFT
Exam Date: 07/16/2006 Status: REG ER
Radiology No:

CAPEHART, BELINDA
ID:000276417
16-JUL-2006 15:24:06
7-16 ER
ER
MEMORIAL HOSPITAL ORMOND BEACH-ER
ROUTINE RECORD
27-AUG-1978 (27 yr)
Female Caucasian
Room:26
Loc:1 Option:99
Vent. rate 112 BPM
PR interval 146 ms
QRS duration 80 ms
QT/QTc 294/401 ms
P-R-T axes 53 41 87
Sinus tachycardia
Nonspecific T wave abnormality
Abnormal ECG
No previous ECGs available
Technician: MBRN
Test ind: CHEST PAIN
Referred by: FAVES
Confirmed By: JOHN WALKER, M.D.
I
aVR
V1
V4
II
aVL
V2
V5
III
aVF
V3
V6
V1
25mm/s 10mm/mV 40Hz 005C 12SL 250 CID: 1
EID:55 EDT: 15:34 18-JUL-2006 ORDER:
Page 1 of 1

FLORIDA HOSPITAL
*Memorial System*

MEDICAL RECORDS

☐ FLORIDA HOSPITAL ORMOND MEMORIAL 875 Sterthaus Ave. Ormond Beach, FL 32174 (386) 676-6022
☐ FLORIDA HOSPITAL FLAGLER 60 Memorial Medical Parkway, Palm Coast, FL 32164 (386) 586-2000
☐ FLORIDA HOSPITAL OCEANSIDE 264 S. Atlantic Ave., Ormond Beach FL 32176 (386) 672-4161

PATIENT

| DATE | TIME | PATIENT TYPE | ACCOUNT # (E/D#) | UNIT # |
|---|---|---|---|---|
| 07/05/06 | 2031 | REG ER | L000588920 | F000039109 |

| PREVIOUS VISIT | ARRIVED BY | SS# | SEX | PHYSICIAN |
|---|---|---|---|---|
| 04/26/06 | WALK | 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 | F | ED MD,DR |

NAME/PERM ADDRESS
CAPEHART,BELINDA L
31 SEDGEWICK TR
PALM COAST,FL 32164
(386)569-7416 08/27/78

CHIEF COMPLAINT
R LEG,L WRIST INJURY

ORDERS/PROCEDURES/TREATMENTS

PHYSICIANS REPORT

PHYSICIAN ORDERS

| Time | RADIOLOGY | Time | LABORATORY |
|---|---|---|---|
| | Transport with: | | ☐ CBC/DIFF |
| | ☐ Nurse ☐ Monitor | | ☐ Hemogram |
| | ☐ RAD/U.S. Tech | | ☐ Sed Rate |
| | | | ☐ BMP |
| | Chest/ Reason | | ☐ CMP |
| | ☐ Port | | ☐ BUN |
| | ☐ 2 View | | ☐ Calcium |
| | | | ☐ $CO_2$ |
| | | | ☐ Chloride |
| | | 2055 | ☐ Creatinine |
| | Abdomen/Reason | | ☐ Glucose |
| | ☐ Complete Rt hip | | ☐ Potassium |
| | ☐ KUB | | ☐ Sodium |
| | ☐ 2 View | 2040 | ☐ Liver Function Tests |
| | | | ☐ TSH |
| | Spine/ Reason Lt wrist | 2055 | ☐ Magnesium |
| | ☐ Cervical | | ☐ Phosphorus |
| | ☐ Thoracic | | ☐ Protein, Total |
| | ☑ Lumbar 2055 | | ☐ Amylase |
| | | | ☐ Lipase |
| | ☐ Other/ Reason fall | | ☐ Digoxin |
| Time | CAT SCAN | | ☐ ETOH |
| | Contrast ☐ Y ☐ N | | ☐ D-Dimer |
| | Reason: | | ☐ PT |
| | ☐ Brain | | ☐ APTT |
| | ☐ Chest | | ☐ CPK |
| | ☐ Abdomen | | ☐ CK-MB |
| | ☐ Pelvis | | ☐ Troponin |
| | ☐ Spine | | ☐ BNP |
| | ☐ Other | | ☐ Urine Drug Screen |
| | | | ☐ Urine HCG Qualitative |
| | ☐ Ultrasound | | ☐ Serum Beta HCG Qualitative |
| | | | ☐ Serum HCG Quantitative |
| | | | ☐ Type & Screen |
| | | | ☐ Type & Cross ____ units |
| Time | CARDIOPULMONARY | | ☐ Blood Cultures x____ |
| | ☐ EKG | | ☐ U/A c C&S if indicated |
| | ☐ ABG | | ☐ GC Culture |
| | ☐ NEB x | | ☐ Chlamydia |
| | | | ☐ Wet Prep |
| | ☐ Old Records | | |
| | ☐ Old EKG | | |
| | ☐ Splint/Strapping | | |
| | ☐ Burn Dressing | | |

Time Out ☐ Yes ☐ No

Orders reviewed & read back ________ Time ________ Init.

Time ________
☐ Reviewed and concur with PA's History and Medical Decision Making.
My Exam reveals:

Initials: ________

DIAGNOSIS Contusion: L wrist, Rt leg, Lower Back

☑ TEMPLATE ☐ DICTATION

DIRECT CRITICAL CARE
Time: ________ (Minimum > 30 min)

CONSIDERED EMERGENT CONDITION @ 2045 PM DUE TO
☐ Severe Pain
☑ Acute onset of symptoms
☐ Threat to life or limb
☐ Impaired of bodily function
☐ Dysfunction of body organ or part

DISPOSITION

| | |
|---|---|
| HOME | EXPIRED |
| AMA | LBTC |
| PHYSICIAN'S OFFICE | LWBS |
| ADMITTED | ☐ ME |
| POST MORTEM CARE PER POLICY | |

EMERGENCY/ATTENDING PHYSICIAN'S/PA SIGNATURE [signature] 12416

DISCHARGE CONDITION ☐ GOOD ☐ POOR ☐ IMPROVED ☑ STABLE ☐ CRITICAL ☐ NO CHANGE

☐ 23 HR ADMIT ☐ REGULAR ADMIT

DATE 7/5/06 TIME 2150 TRANSFERRED TO/ADMITTED TO

8230-01 Rev. 2/2003

CAPEHAI BELINDA L
L000588920 F000039109
08/27/78 27 F WH
SERV DATE: 07/05/06 ER

FLORIDA HOSPITAL

EMERGENCY PHYSICIAN RECORD

DATE TIME

HISTORIAN:

EXAM LIMITED BY

HPI

days PTA

fell from

head face mouth
neck chest abdomen

mild
severe

ROS

PHYSICAL EXAM

GU / RECTAL

motor nml

CAPEHART, BELINDA L
L000588920 F000039109
08/27/78 27 F WH
SERV DATE: 07/05/06 ER

Pt. Name

FLORIDA HOSPITAL Memorial Division

FLORIDA HOSPITAL - ORMOND MEMORIAL, 875 Sterthaus Ave., Ormond Beach, FL 32174
FLORIDA HOSPITAL - FLAGLER
FLORIDA HOSPITAL - OCEANSIDE, Ormond Beach, FL 32174

SKIN
BACK
CVA
EXTREMITIES
pelvis stable
no pedal edema
limited ROM / ligamental laxity / joint effusion

PROGRESS:

PROCEDURES:
Wound Description / Repair
length cm location
superficial subcut. muscle linear stellate irregular
clean contaminated
distal NVT
anesthesia local
lidoc 1% 2% epi / bicarb marcaine 0.25% 0.5%
prep:
Betadine / Shur-Clens
irrigated
foreign material removed
partially completely
minimal / mod. / extensive
repair:
SKIN- #
SUBCUT-#

XRAYS
C-Spine
nml / NAD
no fracture
CXR
nml / NAD
no infiltrates
infiltrate / atelectasis
OTHER

CRIT CARE TIME
30-74 min 75-104 min min

contusion
Head R/L
Face R/L
R/L
R/L
R/L
R/L R/L
R/L R/L
R/L foot R/L
R/L

sprain / strain
neck dorsal lumbar
sacral

concussion
with LOC w/o LOC

laceration

DISPOSITION
Time
CONDITION

PHYSICIAN SIGNATURE

Fall - 19

0116

[ ] FLORIDA HOSPITAL ORMOND MEMORIAL
875 Sterthaus Ave., Ormond Beach, FL 32174 (386) 676-6000

[x] FLORIDA HOSPITAL FLAGLER
60 Memorial Medical Parkway, Palm Coast, FL 32164 (386) 586-2000

[ ] FLORIDA HOSPITAL OCEANSIDE
264 S. Atlantic Ave., Ormond Beach, FL 32176 (386) 672-4161

Capehart, Belinda

# PATIENT CARE RECORD / ASSESSMENT

**PREHOSPITAL**

Date: 7/15/06 Time: 2030 Sex: F Age: 27

Arrived: [x] Ambulatory [ ] W/C [ ] Carry [ ] Stretcher [ ] Ambulance

From: [x] Home [ ] Nursing Home [ ] Work [ ] Other

**Family Physician:** None

**PRE-HOSPITAL:** [ ] N/A O2 SAT ______ intubated-size ETT ______

Meds/RX PTA ______

IV Size ______ Solution ______ Amt infused ______ Site ______

Spinal Immobilization: [ ] Long backboard [ ] Rigid C-Collar [ ] Splints

**PRIMARY TRIAGE**

**Chief Complaint:** [illegible]

Duration: [illegible]

Vital Signs: Pulse Ox 99 [ ] N/A

Time: 2030 T. 98.6 P. 76 R. 16 BP [illegible]

Pain Scale 0 1 2 3 4 5 6 7 8 9 10

**ALLERGIES** (Drugs, Food, Tape, Latex, Other): NKDA

Tetanus: [illegible] LMP [illegible] Wt. 204 Ht. 5'9"

Visual Acuity: Right ______ Left ______ Both Eyes ______ [x] N/A

Learning Barriers: [x] None Identified

[ ] ______

Triage Interventions. [ ] Dressing / Control of Bleeding [ ] Splint

[x] Explanation of Delay [ ] Advised No Food or Drink [ ] Emesis Basin

[ ] Ice Pack Elevation ______

[ ] X-Ray: Type/Time ______

[ ] Lab: Type/Time ______

[ ] Level I [ ] Level II [ ] Level III [x] Level IV [ ] Level V

**TRIAGED TO:** [ ] Lobby [ ] Treatment Area [x] Express Care

RN Signature [signature] Time: 2030

**SECONDARY TRIAGE**

**Past Medical History:** [x] Denies [ ] COPD [ ] Hypertension [ ] Ulcers

[ ] Diabetes [ ] Asthma [ ] Seizures [ ] Heart Disease [ ] CA [ ] Kidney

[ ] Thyroid [ ] Depression [ ] Other: ______

**Previous Surgery** None

**Smoker:** [x] No [ ] Yes Amt ______/Day

**Alcohol Use:** [x] No [ ] Yes Amt ______/Day

**Recreational Drugs:** [x] No [ ] Yes Amt ______/Day

**Medications/Supplements:** None [ ] See Blue Sheet

Abuse & Neglect Screen [x] No [ ] Yes - Follow Policy

Vaccines: Flu [x] No [ ] Yes Date ______ Pneumonia [x] No [ ] Yes Date ______

SIGNATURE [signature] TIME 2030

**RESP**

[x] Normal [ ] Abnormal [ ] Dyspneic [ ] Tachypneic [ ] Apneic

[ ] Cough [ ] Retracting [ ] Non-productive Product of ______

Breath Sounds: Clear ______ Rales ______ Rhonchi ______

Wheezing ______ Diminished ______ Absent ______

**CARDIAC** [x] N/A

[ ] Monitor Rhythm ______ Heart Sounds: [ ] Normal [ ] Abnormal

[ ] O2 @ ______ L/MN Via ______

Edema: [ ] Absent [ ] Present Location ______

[ ] Chest Pains Scale 1 - 10 ___/ 10 S-strong W-Weak D-Doppler A-Absent

Location: PEDAL POST TIB FEMORAL BRACHIAL RADIAL

Right ______

Left ______

**SKIN**

[ ] Cool [ ] Cold [x] Warm [ ] Hot [x] Dry [ ] Flushed [ ] Moist

[ ] Pale [ ] Ashen [ ] Cyanotic [ ] Jaundiced Turgor Normal

**ABDOMEN** [x] N/A

[x] Soft [ ] Rigid [ ] Distended [ ] Guarding [ ] Rebounding [ ] Nausea

[ ] Last BM ______ [ ] Emesis X ______ / 24 Hrs. Color ______

[ ] Diarrhea X ______ /24 Hrs. Color ______

Bowel Sounds: [ ] Present [ ] Absent

AREA OF PAIN: RIGHT LEFT

**GENITOURINARY** [x] N/A Last Voiding ______ Date ______

Foley Present [ ] Yes [ ] No Size ______ Inserted ______

[ ] Frequency ______ [ ] Urgency ______ [ ] Retention ______

[ ] Hematuria ______ [ ] Pain with voiding [ ] Burning with voiding

**O.B./G.Y.N.** [ ] N/A LOCATION OF FHT

Vaginal Discharge: ______

P ______ G ______ AB ______ FHT ______

**EXTREMITIES** [ ] N/A

Injury/Deformity: [illegible] R [illegible] pain

Tenderness: [ ] Point ______

Calf Tenderness: [ ] N/A ______ Homan's Sign [ ] N/A ± ______

Pain: [x] Sharp [ ] Dull [ ] Other ______

Skin: [ ] Warm [ ] Hot [ ] Cool [ ] Pink [ ] Cyanotic

Sensory: Numbness: [x] Yes [ ] No Tingling: [x] Yes [ ] No

Pulses / Cap Refill: 2+ | Adeq.

**PSYCHOSOCIAL**

[x] Calm [ ] Anxious [ ] Appropriate [ ] Inappropriate [ ] Confused

[ ] Depressed [ ] Agitated [ ] Uncooperative [ ] Combative

Affect: [ ] Flat [x] Expressive [ ] Lethargic

Hallucinations: [ ] N/A

Spiritual Needs: N/A Cultural Needs: N/A

**SAFETY**

Notification of Authority: Poison [ ] Control ______ Animal Control [ ] Ans. Service ______

Time [x] N/A Law Enforcement [ ] Agency ______ Dept. of Children [ ] & Families ______

Side Rails: [ ] Up [ ] One [ ] Two [ ] All Bed: [x] High [ ] Low

[x] Sitting in Chair [ ] Allergy Band Applied [ ] Name Band Applied — N/A

**NEURO**

**Glasgow Coma Scale**

| Best Eye Opening | | Best Verbal Response | | Best Motor Response | |
|---|---|---|---|---|---|
| Spontaneous | 4 | Oriented | 5 | Obeys commands | 6 |
| To voice | 3 | Confused | 4 | Vocalizes | 5 |
| To pain | 2 | Inappropriate words | 3 | Withdraws | 4 |
| None | 1 | Incomprehensible sounds | 2 | Flexion to Pain | 3 |
| | | None | 1 | Extension to Pain | 2 |
| | | | | None | 1 |

TOTAL SCORE 15 [ ] N/A

**Motor Ability / Strength**

| | Strong | Weak | None |
|---|---|---|---|
| RA | | | |
| LA | | | |
| RL | | | |
| LL | | | |

**Pupil Reaction**

| | Brisk | Slow | None |
|---|---|---|---|
| R Eye | | | |
| L Eye | | | |

**Pupil Size**

R Eye 3mm

L Eye 3mm

2 3 4 5 6 7 8 9mm

**NURSING DIAGNOSIS**

Clinical Pathway Implemented [ ]

[ ] Alteration in skin integrity related to ______

[ ] Alteration in comfort related to pain

[ ] Alteration in respiration / oxygenation related to ______

[ ] Alteration in circulation related to ______

[ ] Alteration in mobility related to ______

[ ] Knowledge deficit related to ______

[ ] Alteration in elimination related to ______

[ ] Alteration in thought processes related to ______

[ ] Alteration fluid volume related to ______

**PLAN OF CARE:**

Initiated by: [signature] RN

6230-07S 12/00

(OVER)



(NKDA)

FLORIDA HOSPITAL ORMOND MEMORIAL
875 Sterthaus Ave., Ormond Beach, FL 32174 (386) 676-6000

FLORIDA HOSPITAL FLAGLER
60 Memorial Medical Parkway, Palm Coast, FL 32164 (386) 586-2000

FLORIDA HOSPITAL OCEANSIDE
264 S. Atlantic Ave., Ormond Beach, FL 32176 (386) 672-4161

CAPEHART, BELINDA L
L000588920 F000039109
08/27/78 27 F WH
SERV DATE: 07/05/06 ER

## EMERGENCY DEPARTMENT PATIENT CARE RECORD

| TIME | B/P | TEMP. | PULSE | RESP. | SaO2 % | Glasgow Coma Scale | Pain Scale | Descriptors | Intervention | TO ROOM ___ AT ___ ☐ MONITOR PER PROTOCOL |
|---|---|---|---|---|---|---|---|---|---|---|
| 2045 | Triage #10/10 | | | | | | | | | TO ED #13 for Eval of (R) Arm & (L) wrist pain since 1945. HPI: Buttocks pain also. Pt slipped on floor landed on floor |
| 2046 | | | | | | | | | | Pt into gown |
| 2055 | | | | | | | | | | Xrays ordered |
| 2105 | | | | | | | | | | To rad via WC |
| 2135 | | | | | | | | | | Returned from rad |
| 2140 | | | | | | | | | | Pt medicated Naproxen |
| 2150 | #10/10 | | | | | | | | | D/C c instr. Rx x2 f/u PRN |

### IV SOLUTIONS and BLOOD COMPONENTS

| TIME / INITIAL | IV G | LOC | AMOUNT & SOLUTION | PUMP | RATE | TIME D/C'd | TOTAL INFUSED |
|---|---|---|---|---|---|---|---|
| | | | | ☐ | | | |
| | | | | ☐ | | | |
| | | | | ☐ | | | |

### OUTPUT

| TIME | URINE | NG | CHEST TUBE | OTHER |
|---|---|---|---|---|
| | | | | |

### MEDICATION

| TIME | MEDICATION / DOSE | ROUTE | SITE | INITIALS | TIME | MEDICATION / DOSE | ROUTE | SITE | INITIALS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Discontinue IV Site ☐ IV Catheter Intact ☐ Redness Yes ☐ No ☐ Swelling Yes ☐ No ☐ Initials

**DISCHARGE VITAL SIGNS:** T P R BP O2 SAT Pain Level Time

NURSE'S INIT. & SIGNATURES: [signature] ED [signature]

**RESOLUTION OF LEARNING BARRIERS:** ☐ Resolved ☐ Unresolved: Action

**TRANSFER ☐ ADMIT SUMMARY ☐**

Report Call To:
Transport To: ☐ Nsg Unit ☐ Other
Family / Friend Notified: ☐ Yes ☐ No
Transported Via: ☐ Stretcher ☐ w/c ☐ Hosp. bed ☐ Amb ☐ Helicopter
Accompanied By: ☐ Nurse ☐ ED Tech ☐ R.T. ☐ Other
Equipment Used: ☐ Monitor ☐ O2 ☐ Other
Documentation Sent: ☐ X-ray ☐ Medical Records

SIGNATURE DATE/TIME

**DISCHARGE SUMMARY**

Pt. Education Topic: Naproxen / Flexeril
Smoking Cessation ☐ Medication Management ☐
Taught To: ☑ Patient ☐ Family ☐ Other
Teaching Method: ☑ Discussion ☐ Demonstration ☑ Handout
Understanding: ☑ Good ☐ Fair ☐ Poor
Evaluation Method: ☑ Verbal ☐ Return Demo
Discharged To: ☑ Home ☐ Morgue ☐ Other
Discharged By: ☑ Walk ☐ w/c ☐ Carried ☐ Stretcher
Accompanied By: ☑ Self ☐ Family ☐ Other

SIGNATURE [signature] DATE/TIME 7/5 2150

☐ **FLORIDA HOSPITAL-ORMOND MEMORIAL**
874 Sterthaus Ave., Ormand Beach, Fl. 32174 (386) 676-6000

☐ **FLORIDA HOSPITAL-FLAGLER**
60 Memorial Medical Pkwy., Palm Coast, Fl. 32164 (386) 586-2000

☐ **FLORIDA HOSPITAL-OCEANSIDE**
264 N. Atlantic Ave., Ormond Beach, Fl. 32176 (386) 672-4161

## WELCOME TO THE EMERGENCY DEPARTMENT

## IF YOU HAVE CHEST DISCOMFORT/PAIN AND/OR PRESSURE, SHORTNESS OF BREATH, UNCONTROLLED BLEEDING, A CHEMICAL SPILL IN YOUR EYES, SIGNS OF A STROKE OR YOU'RE IN LABOR, PLEASE CONTACT THE TRIAGE NURSE <u>NOW.</u>

To promote patient confidentiality and also provide the triage nurse and registration staff with important information, please:
1. Fill out this form in <u>ink</u>.
2. Return to the Triage Door/Window

Please Print
NAME _Belinda Crothet_

DATE OF BIRTH _8/27/75_    SOCIAL SECURITY# _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_

TODAYS DATE _7/5/04_ TIME: _8:15_  FAMILY DR: _____

YOUR STREET ADDRESS _75 Waterfront Circle PK_

CITY _Palm Coast_

STATE _FC_                ZIP CODE _32164_

PHONE NUMBER _386/206.3588_

I AM HERE TO BE SEEN IN THE EMERGENCY DEPARTMENT TODAY
BECAUSE: _I Slep And fell At Werside_
_Hurt my Butt Back right leg And_
_right Wrest_

IS THIS DUE TO AN INJURY? _X_ YES ___ NO
IF YES, WAS IT A CAR ACCIDENT ___ WORKERS' COMP ___ HOME
INJURY _X_ OTHER _fell At Werside_

**PLEASE NOTE:** Patients are seen in <u>order of the severity</u> of their condition, not necessarily in the order of arrival. Please notify nurse of any <u>changes</u> in your condition.

## THIS IS PART OF THE MEDICAL RECORD

| FLORIDA HOSPITAL<br>Florida Hospital Flagler<br>60 Memorial Medical Pkwy | Patient Information<br>CAPEHART, BELINDA L<br>31 SEDGEWICK TR<br>Phone: (386)569-7416<br>ID: F000039109<br>Reg: L000588920 | Treating Provider<br>Alan Treloar PA-C<br>60 Memorial Medical Parkway<br>Phone: 386-586-2010 | Discharge Summary<br>Date: 7/5/06 Time. 9:38:35 PM<br>**Chart Copy** |
|---|---|---|---|

| 1) Your Discharge Instructions: | 2) Your Prescriptions: |
|---|---|
| BACK PAIN & INJURY #Document: 34 (English)<br>SPRAINED WRIST #Document: 382 (English)<br>WORK RELEASE FORM #Document: 449 (English) | |

3) You should Follow Up with:

| Follow Up Physician: | Follow Up Information |
|---|---|
| Florida Hospital Flagler<br>60 Memorial Medical Pkwy | |

I understand that the emergency care which I received is not intended to be complete and definitive medical care and treatment. I acknowledge that I have been instructed to contact the above physician immediately for continued and complete medical diagnosis, care and treatment. EKG's, X-rays, and lab studies will be reviewed by appropriate specialists and I will be notified of significant discrepancies. I also understand that my signature authorizes this Medical Center to release all or any part of my medical record (including, if applicable, information pertaining to AIDS and/or HIV testing, mental health records, and drug and/or alcohol treatment) to the referred physician listed above.

***I have read and understand the above, received a copy of applicable instruction sheets, and will arrange for follow up care.***

Signature Patient/Parent/Guardian Date/Time    Signature Instructed by Date/Time
7/5 @ 2150

CONFIDENTIAL INFORMATION: The information contained in this fax is confidential. If you have received this fax in error, please notify the sender at once and destroy this document.

Copyright ScriptRx, Inc. 2000-2005 http://www.ScriptRx.com



FLORIDA HOSPITAL
*Memorial Division*

• Ormond Memorial • Oceanside • Flagler

# CONSENT TO TREATMENT & AUTHORIZATIONS

**CONSENT TO TREATMENT** The patient and/or authorized representative of the patient, whose signature is affixed below, does hereby consent to any and all medical and surgical treatments on an inpatient or outpatient basis at FLORIDA HOSPITAL MEMORIAL DIVISION, hereafter FHMD, which may be deemed advisable by my/the patient's physician(s) and surgeon(s) serving on the staff of FHMD. The intention hereof being to grant authority to administer and to perform all singular examinations, treatment, anesthetics, operations and diagnostic procedures which may now or during the course of my/the patient's care be deemed advisable or necessary. I further understand that if extended recovery time is required during an outpatient procedure, I may require admission to the hospital. I understand that any tissues or specimens, body parts or fluids, obtained during my care may be examined, documented, and preserved for purposes of diagnosis, study, medical research, and advancement of medical knowledge and/or disposed of by FHMD. I also agree that, upon admission I/the patient no longer need hospital care, I consent to and authorize my/the patient's transfer to my/the patient's home, place of abode or other health care facility. I am aware that the practice of medicine and surgery is not an exact science and I acknowledge that no guarantees have been made to me as to the results of treatments or examination conducted in the hospital.

**CONSENT TO TREATMENT OBTAINED BY TELEPHONE OR IN PERSON** Patient is unable to give consent because ____________________

____________________________________________________________

And therefore, the following person is giving consent to treatment as set forth in the "Consent to Treatment" paragraph above:

| TIME | AM PM | Person giving consent | Rel. to Patient | First Witness | Rep Initials | Second Witness | Rep Initials | Date |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**AUTHORIZATION FOR RELEASE OF CONFIDENTIAL INFORMATION** I hereby authorize the hospital and my physician(s) to release medical, psychiatric and substance abuse information contained in my/the patient's records to any necessary insurance carrier(s) and/or employer(s) and/or organization(s), for the purpose of obtaining information and/or reviewing the record of medical care received by the patient and for the payment of all hospital and medical charges. Copies of the records may also be sent to referring physician(s) at the request of the physician(s) treating me/the patient. Unless noted below, medical records released may include diagnostic and therapeutic information (including any tests for HIV antibody/substance abuse or treatment in regard to either of the aforementioned). If you wish to withhold any information you must specify that by using the release form available in the Medical Records department.

This consent will remain in force for a reasonable time in order to collect for hospital and medical charges. This authorization is revocable except to the extent that action has been taken in reliance thereon. Information is disclosed from records whose confidentiality is protected by Federal and/or State law(s). Federal regulations or State law prohibit making any further disclosure of HIV antibody/substance abuse information without the specific written consent of the person to whom it pertains, or as otherwise permitted by Federal/State law.

**RESPONSIBILITY FOR PERSONAL VALUABLES** I understand that FHMD maintains a secure safe for the safekeeping of patient valuables at no cost to the patient. It is strongly recommended that all personal valuables be deposited in the safe at the time of admission. I also understand that I am fully responsible for all articles, (money, jewelry, clothing, appliances, dentures, hearing aids, eyeglasses, etc.) which I retain in my possession at my bedside or in my room and for any other articles which may be brought to me while I am a patient. I hereby release FHMD from any liability resulting from their loss by theft or negligence unless placed in the hospital safe. It is further understood and agreed that all valuables will be picked up no later than 20 days after discharge, after which the Hospital is not be responsible.

**FLORIDA LAW** Section 817.234 Florida Statutes, stipulates that any person who knowingly and with intent to injure, defraud, or deceive any insurance company files a statement of claim containing any false, incomplete or misleading information is guilty of a felony of the third degree.

**INSURANCE RECORD OF UNDERSTANDING** Your insurance company may require pre-authorization (pre-cert), usually through your physician, to determine which service(s) they will pay for. Your insurance company may not pay your claim or may reduce your benefits if you do not provide us with a proper authorization. As indicated on the card/document the phone number to call is ____________________. After the pre-authorization is obtained, additional information may be required by your insurance company for your entire visit to be covered. (I understand that if I do not obtain the proper authorization, I will personally pay any penalty up to the total charges for the services received.)

**MEDICARE AND MEDICAID PATIENTS** I CERTIFY THAT THE INFORMATION GIVEN BY ME IN APPLYING FOR PAYMENT UNDER Title XVIII of the Social Security Act is correct. I authorize FHMD to release to the Health Care Financing Administration or its carriers or intermediaries any information needed for this or a related Medicare claim. I hereby authorize payment, directly to FHMD, for hospital and/or medical benefits otherwise payable to me as a beneficiary of the Medicare or Medicaid Program and such other payments as may be due me from third party payers. I agree to execute such documents as may be necessary to apply for and obtain payment. **I understand that I am responsible for any health insurance deductible and/or coinsurance.**

______(Initial) **MEDICARE BENEFICIARY NOTICE OF NON-COVERED SERVICES:** Medicare does not cover some In-Patient, Out-Patient, and Emergency Services. Items not covered include, but are not limited to **In-Patient:** Personal supplies (lotion, toothpaste, deodorant, etc.) **Out-Patient & Emergency:** Medications (typically self-administered), annual testing, screenings and physicals.

**ACKNOWLEDGEMENT OF RECEIPT OF AN IMPORTANT MESSAGE FROM MEDICARE (FOR MEDICARE PATIENTS ONLY)**: My signature only acknowledges my receipt of the message from FHMD as dated herein, and does not waive any of my rights to request a review or make me liable for any payment.

FORM CONTINUES ON REVERSE

# CONSENT TO TREATMENT & AUTHORIZATIONS—page 2

FLORIDA HOSPITAL
Memorial Division

**HOSPITAL ASSIGNMENT OF INSURANCE BENEFITS** I assign payment directly to the hospital and my physician(s), the insurance benefits otherwise payable to me. I understand I am financially responsible to the hospital and my physician(s) for charges not paid by this assignment and that I will assist in the collection of my insurance should there be any delay in payment. **If my insurance payment has not been received by the hospital within 30 days of billing, I understand that the entire balance becomes due, and I agree to actively and vigorously pursue collecting the insurance payment for the hospital. If payment from my insurance has not been received by the hospital within 30 days of discharge or receipt of treatment from the hospital, I understand that I immediately owe to FHMD the entire balance due, less any amount which is not owed by law or contract.** THIS ASSIGNMENT OF BENEFITS IS IRREVOCABLE.

**THIRD PARTY LIABILITIES** If permitted by law and/or contract the hospital may file and enforce a hospital lien upon any PIP, uninsured motorist insurance, third party and/or the third party's insurance on proceeds or sum which I may receive in settlement or payment from some or on behalf of a third party where my hospitalization resulted from an accident/third party's action.

**PATIENT/GUARANTOR AGREEMENT** I/we understand that I/we must pay for services provided based on the hospital payment policy as amended from time-to-time. I/we understand that FHMD is not in the business of extending credit and therefore FHMD's policy is to require PAYMENT IN FULL AT THE TIME TREATMENT IS RENDERED if on an outpatient basis, or upon discharge where patient has been admitted to the hospital. A late fee may be assessed on inpatient discharges past the check-out time. If the account is not paid in full, FHMD may add an INTEREST CHARGE OF 1.5 PERCENT PER MONTH ON THE UNPAID BALANCE OF THE ACCOUNT EACH THIRTY (30) DAY PERIOD AFTER TREATMENT OR DISCHARGE. The unpaid balance of the account for each thirty (30) day period is calculated by adding all interest charges, services charges and late fees to the unpaid balance from the prior thirty (30) day period, less payment made. If installment arrangements for payment plans are longer than 90 days FHMD may add fees up to 18% of the account balance to recoup the cost of collections. Due to processing costs, credit balances under $2.50 will not be refunded unless specifically requested by the guarantor. If the hospital must use the services of a collection agency to encourage payment, a one-time collection charge of up to 25% and/or attorney's fees of 33 1/3% (which may include agency, attorney, interest or court fees) of the outstanding balance may be imposed in addition to a charge of $2.20 per account, which represents the hospital cost of collection. I/we fully understand the above and agree to all terms stated herein. I authorize FHMD to obtain my credit report from any credit bureau, and understand that the information that I submit is subject to verification by FHMD against information gathered by the selected credit bureau. This information is subject to review by FEDERAL and/or STATE AGENCIES as well as other legally authorized entities.

_______(Initial) **INDEPENDENT STATUS OF PHYSICIANS** I hereby acknowledge that the hospital does not control the medical decisions, diagnosis or treatment rendered by any physicians treating me in this hospital; that certain physicians who furnish service to me during this admission, including, but not limited to emergency room physicians, radiologists, hospitalists, pathologists, cardiologists and anesthesiologists are independent contractors and are not agents or employees of this hospital. The hospital is not legally or vicariously responsible for said independent contractors. I further understand and agree that their bills will be separate and apart from the hospital's billing and collections or that the hospital may bill on the physician's behalf, but subject to the authorizations granted by me in accordance with this agreement.

**AGREEMENT TO PAY FOR PROFESSIONAL COMPONENT PATHOLOGY SERVICES** When a specimen of your blood, urine, stool, or similar material is tested in the laboratory while you are at the hospital, the testing will be performed under the general supervision of the pathologist who manages the laboratory. The pathologist may not perform the test or personally review its results. However, the pathologist is responsible for supervising the laboratory to assure that the results of all of your tests are clinically reliable and are reported to your doctor in a timely manner.
**YOU WILL RECEIVE A BILL FROM THE PATHOLOGIST FOR THESE SUPERVISORY SERVICES FOR EACH TEST EVEN IF THE PATHOLOGIST DID NOT PERSONALLY PERFORM THE TEST OR REVIEW ITS RESULTS.**

_______(INITIALS) By initializing the adjacent line, you agree to be responsible for the pathologist's bill, to the extent that it is not paid for by your insurer or managed care plan.

**PREGNANCY** If pregnant, the above assignments, releases and guarantor agreement apply to my unborn child at FHMD during this period of treatment. **If more than one (1) signs this Agreement, our liability shall be joint and several.** The undersigned waives an exemption from garnishment, attachment or legal process in favor of FHMD to the extent permitted by federal or state law. If we fail to make any payment when due hereunder FHMD may at any time, without notice or demand, institute proceedings to enforce the terms of this agreement and collect the unpaid balance of the account, and should the terms of this agreement be enforced by legal process or by an attorney, I/we shall pay all costs of same, and a reasonable attorney's fee, including costs and attorney's fees on appeal.

**NOTICE TO GUARANTOR** Do not sign this contract before you read it or if it contains any blank spaces. You are entitled to an exact copy of the agreement you signed. The undersigned hereby acknowledges receipt of a copy of the above disclosure statement containing all information pertinent to this transaction. By signing this patient/guarantor agreement, guarantor(s) agree(s) to guaranty payment of all hospital charges incurred by patient during admission and/or service at FHMD. This is an absolute guaranty and it shall continue as long as any balance is still due and owed to FHMD.
I understand I am financially responsible for my account with FHMD, regardless of any insurance benefits. This form is valid for care provided by FHMD for a 12-month period beginning the date of this document.
I acknowledge my understanding that I am entitled to receive medical screening examination and treatment to stabilize my emergency medical condition, if one exists, without regard to my ability to pay for such screening treatment or both.

**(By my signature below, I acknowledge the information located on the FRONT AND BACK of this document.)**

| Patient Signature | Guarantor Signature | Witness | Date 7/5/06 |
|---|---|---|---|
| Please print | Please print | Rep initials | |

FLORIDA HOSPITAL
Florida Hospital Flagler
60 Memorial Medical Pkwy

**Patient Information**
CAPEHART, BELINDA L
31 SEDGEWICK TR
PALM COAST, FL 32164
Phone: (386)569-7416

**Treating Provider**
Alan Treloar PA-C
60 Memorial Medical Parkway
Phone: 386-586-2010

**Discharge Instructions**
Date: 7/5/06 Time: 8:36:33 PM
Chart Copy
Page: 1 of 2

**Patient Discharge Instructions** Document: 34 Last Update: 03/29/2002

**BACK PAIN & INJURY**

Back pain is usually caused by an injury to the muscles or ligaments of the spine. Sometimes the disks that separate each bone in the spine may cause pain by putting pressure on a nearby nerve. Back pain may appear after a sudden twisting/bending force (such as in a car accident), or sometimes after a simple awkward movement. In either case, muscle spasm is often present and adds to the pain.

**Please follow these instructions carefully:**

1. Rest and relax your back muscles. Try to find a position of comfort. Lie flat on your back on a firm surface with pillows under your knees; or lie on your side with your knees bent up towards your chest and a pillow between your knees. (If your mattress sags, place a piece of plywood under it or lie on a floor pad for more support.)
   - For severe back pain stay in this position until you are feeling better. Get up only to go to the bathroom or for meals.
   - For less severe back pain, strict bed rest is not needed. However, don't do anything that worsens the pain and avoid prolonged sitting. Be aware of safe bending and lifting methods. Do not lift anything over 15 pounds until all pain is gone.
2. Ice packs (crushed or cubed ice in a plastic bag, wrapped in a towel) are best for 20 minutes every 2 to 4 hours during the first two days after a new injury. Local heat (hot shower, hot bath or heating pad) and massage will help reduce muscle spasm. You can start with ice packs then switch to heat after 2 days. Some patients feel best alternating treatments. Use the method that feels best to you for.
3. You may take Tylenol (acetaminophen) or ibuprofen (Advil, Motrin) for pain, unless another pain medicine was prescribed.

**Follow up** with your doctor if your symptoms do not start to improve after one week. Physical therapy may be needed.
(NOTE: If X-rays were taken, a radiologist will review them. You will be notified of any new findings that may affect your care.)

**Return to this facility immediately** or contact your doctor if you begin to have any of the following:
- The pain becomes worse or spreads to your arms or legs.
- There is weakness or numbness in one or both arms or legs.
- You experience a loss of bowel or bladder control.
- There is numbness in the groin area.

**Patient Discharge Instructions** Document: 382 Last Update: 05/06/2002

**SPRAINED WRIST**

Your exam shows you have a sprained wrist. A sprain is a tearing of the ligaments that hold the joint together. There are no broken bones. Sprains take from 3 to 6 weeks to heal.

**Follow These Instructions Carefully:**

1. Keep your ARM elevated to reduce pain and swelling. This is very important during the first 48 hours.
2. Make an ice pack (ice cubes in a plastic bag, wrapped in a towel) and apply for 20 minutes every 2 hours for the first day Continue doing this 3 to 4 times a day until the swelling goes down.
3. You may take acetaminophen (Tylenol) or ibuprofen (Advil, Motrin) for pain, unless another pain medicine was prescribed.
4. If you were given a splint, wear it for the time advised by your doctor. If you are unsure how long to wear it, ask for advice.

**Follow up** with your doctor or this facility as advised by our staff if the pain does not begin to improve within the next 5 days. (**NOTE**: If X-rays were taken, a radiologist will review them. You will be notified of any new findings that may affect your care.)

**Return to this facility immediately** or contact your doctor if you begin to have any of the following:
- Pain or swelling increases.
- Fingers or hand becomes cold, blue, numb or tingly.

**Discharge Instructions Special Notes**

**Discharge Instructions Special Notes**

*I understand that the emergency care which I received is not intended to be complete and definitive medical care and treatment. EKG's, X-rays, and*

Copyright ScriptRx, Inc. 2000-2005
http://www.ScriptRx.com

| FLORIDA HOSPITAL<br>Florida Hospital Flagler<br>60 Memorial Medical Pkwy | Patient Information<br>CAPEHART, BELINDA L<br>31 SEDGEWICK TR<br>PALM COAST, FL 32164<br>Phone: (386)589-7416 | Treating Provider<br>Alan Treloar PA-C<br>60 Memorial Medical Parkway<br>Phone: 386-586-2010 | Discharge Instructions<br>Date: 7/5/06 Time: 9:36:33 PM<br>Chart Copy<br>Page: 2 of 2 |
|---|---|---|---|

lab studies will be reviewed by appropriate specialists and I will be notified of significant discrepancies.

Copyright ScriptRx, Inc. 2000-2005

**NAME: CAPEHART, BELINDA LOUISE**
**CHART #: 698800**

**DATE: 01/04/2007**

**OFFICE:**

The patient had an episode where she felt numbness on the left side of her face, left arm, and left leg, which lasted about 24 hours. She went to the Emergency Department, where a CT scan was negative. She really did not have a headache or anything associated with this. It is unclear what this was. It might have been a little transient ischemic attack-like episode, but why would someone her age have that? She is only 28 years of age and she has no real risk factors. Her blood pressure in the office today is 120/80. She is not on any hormones.

I am going to order an MRI of the brain, for safety sake, to see what we are dealin[illegible]. I told her to take an aspirin a day. We will order this in the next few days. We will reevaluate her in one month and see how she is doing.

JAO/aj

**JOHN A. ORTOLANI**

cc: Atty Ledford (673-9148)
D: 1/4/07
T: 1/8/07



**NAME: CAPEHART, BELINDA LOUISE**
**CHART #: 698800**

**DATE: 11/21/2006**

**OFFICE:**

The patient is still having a moderate amount of pain and discomfort with burning in the back. I am going to order an EMG and Nerve Conduction Study of the right lower extremity to see if we have any problems here related to a nerve injury. The MRI of the lumbar spine is negative. I want to see what the EMG shows before I give her a final.

Again, I went through extension exercises to do for the back. If she follows through with this, she will do better. I am going to continue her on the Flexeril and Lorcet twice a day. We will reevaluate her in six weeks and see how she is doing.

JAO/aj
cc: Atty Ledford (673-9148)
D: 11/21/06
T: 11/27/06

**JOHN A. ORTOLANI, M.D.**

**NAME: CAPEHART, BELINDA LOUISE** **DATE: 10/12/2006**
**CHART #: 698800**

**OFFICE:**

The patient is doing a little better. She has been unable to come down from Palm Coast for therapy, so healing is slow. The MRI scans did not show any substantial injuries, so this is mostly soft tissue. The Ultram is not helping so I am going to switch her to Lorcet 10mg twice a day and Flexeril 10mg one at night.

We will reevaluate her in one month and see how she is doing.

**JAO/aj** **JOHN A. ORTOLANI, M.D.**

cc: Any Ledford (673-9148)
D: 10/12/06
T: 10/16/06

*Diplomate of the American Board of Neurology and Psychiatry*
*By Appointment Only*

*Ultrasonography, Electromyography*
*Electroencephalography, MRI*
*Computerized Tomography*

# *John A. Ortolani, M.D.*

*1430 Mason Avenue*
*Daytona Beach, Florida 32117*
*(386) 274 - 2000*

**NAME: CAPEHART, BELINDA LOUISE** **DATE: 09/27/2006**
**CHART #: 698800**

## MAGNETIC RESONANCE IMAGING
## LUMBOSACRAL SPINE

Multi-planar, multi-sequence imaging of the lumbar spine is performed.

Disc spaces appears to be well preserved. There is no evidence of a posterior protruding disc at any level. The intervertebral foramen, bilaterally, appear to be patent.

No significant degenerative changes are seen.

**IMPRESSION:**

Normal MRI of the lumbar spine.

**JOHN A. ORTOLANI, M.D.**

**JAO/aj**
cc: Atty Ledford (673-9148)
D: 9/29/06
T: 10/4/06

*Diplomate of the American Board of Neurology and Psychiatry*
*By Appointment Only*

*Ultrasonography, Electromyography*
*Electroencephalography, MRI*
*Computerized Tomography*

# *John A. Ortolani, M.D.*

*1430 Mason Avenue*
*Daytona Beach, Florida 32117*
*(386) 274 - 2000*

**NAME: CAPEHART, BELINDA LOUISE** **DATE: 09/27/2006**
**CHART #: 698800**

**MAGNETIC RESONANCE IMAGING**
**THORACIC SPINE**

Multi-planar, multi-sequence imaging of the thoracic spine was performed.

The thoracic vertebral bodies are in anatomic alignment. There is preservation of the normal intervertebral disc space height. The vertebral marrow signals are normal. There is no evidence for intervertebral disc herniation. The thoracic spinal canal is of normal caliber and the visualized thoracic cord appears normal morphologically. There is no evidence for spinal stenosis.

**IMPRESSION:**

Normal MRI of the Thoracic Spine.

**JOHN A. ORTOLANI, M.D.**

**JAO/aj**
cc: Atty Ledford (673-9148)
D: 9/29/06
T: 10/4/06

**NAME: CAPEHART, BELINDA LOUISE**
**CHART #: 698800** **DATE: 09/12/2006**

**OFFICE:**

The patient is a 28-year-old female who apparently had a slip and fall accident at Winn Dixie on 7/5/2006. Apparently the floor was wet and she fell down, hitting her left side. The patient has had headaches, and a CT scan done in the Emergency Department was negative. She has left-sided pain and pain in her left shoulder. She has mid thoracic pain and low back pain. The pain radiates up and down the spine as a burning sensation.

The patient has a prior history of minor back problems in the past, but nothing significant. The most recent problem was in April 2006 when she apparently fell off of a trampoline. She was out of work for about 4-5 days, but has done well since then.

**PHYSICAL EXAMINATION:**

There is good flexion, extension, and rotation of the cervical spine. There is pain and tenderness in the trapezius muscle and in the deltoid on the left side with some pain around the left rotator cuff, not severe at this time. There is point tenderness in the thoracic region at about the T6 level. There is paralumbar muscle tenderness and spasms bilaterally, greater on the left side. There is pain over the left sciatic nerve. Straight leg raising is mildly impaired on the left at about 70 degrees.

**NEUROLOGICAL EXAMINATION:**

**MOTOR:** Strength is equal in all extremities. I find no atrophy or fasciculations.

**SENSORY:** Intact to pin, touch and vibration.

**CEREBELLAR:** Finger to nose is intact.

**REFLEXES:** DTR's are 1-2+ bilaterally, both plantars are flexor.

**IMPRESSION:**

1. Left shoulder strain.
2. Thoracic strain syndrome with point tenderness about T6 through T8.
3. Lumbosacral strain syndrome with radicular symptoms down the left leg.

**Continued on Page Two...**

Page Two...

**NAME: CAPEHART, BELINDA LOUISE**
**CHART #: 698800**

**DATE: 09/12/2006**

**PLAN:**

I am going to order MRI scans of the thoracic and lumbar spine. I am going to start her on Flexeril 10mg one at night to help her rest and Ultram 50mg three times a day for the pain during the day. I am going to order physical therapy. We will reevaluate her in one month.

**JAO/aj**
cc:    Atty Ledford (673-9148)
D:     9/12/06
T:     9/15/06

**JOHN A. ORTOLANI, M.D.**

TOMOKA DIAGNOSTIC
1510 MASON AVENUE
DAYTONA BEACH, FL 32117-
(386) 274-5676

CAPEHART, BELINDA LOUISE
79 UNDERWOOD TRAIL

PALM COAST, FL 32164-

02/19/2007

698800 00 Case 801 LIAB/O 7/5/06

| Date of Service | Procedure | Description | Carr | Amount | Paid |
|---|---|---|---|---|---|
| 09/27/2006 | 72146 | THORACIC MRI, GLOBAL | LED01 | 1400.00 | 0.00 |
| 09/27/2006 | 72148 | LUMBAR MRI, GLOBAL | LED01 | 1400.00 | 0.00 |
| 01/12/2007 | 70553 | BRAIN MRI W/WO CONT, GLOBAL | LED01 | 2800.00 | 0.00 |
| | | | | 5600.00 | 0.00 |
| | | | | Balance: | 5600.00 |

Carrier LED01- 3866726612
Codes: -

JOHN A ORTOLANI MD
1430 MASON AVE
DAYTONA BEACH, FL 32117-
(386) 274-2000

CAPEHART, BELINDA LOUISE
79 UNDERWOOD TRAIL

PALM COAST, FL 32164-

02/19/2007

698800 00 Case 001 LIAB/O 7/5/06

| Date of Service | Procedure | | Description | Carr | Amount | Paid |
|---|---|---|---|---|---|---|
| 09/12/2006 | 99244 | | COMPREHENSIVE INITIAL VISIT | LED01 | 400.00 | 0.00 |
| 10/12/2006 | 99213 | | INTERMEDIATE FOLLOWUP | LED01 | 100.00 | 0.00 |
| 11/21/2006 | 99213 | | INTERMEDIATE FOLLOWUP | LED01 | 100.00 | 0.00 |
| 01/04/2007 | 99213 | | INTERMEDIATE FOLLOWUP | LED01 | 100.00 | 0.00 |
| 01/12/2007 | 95860 | | EMG ONE EXTREMITY | LED01 | 200.00 | 0.00 |
| 01/12/2007 | 95900 | | MOTOR NERVE CONDUCTION | LED01 | 250.00 | 0.00 |
| 01/12/2007 | 95904 | 59 | SENSORY NERVE CONDUCTION | LED01 | 330.00 | 0.00 |
| 01/12/2007 | 99070 | | DISPOSABLE NEEDLE | LED01 | 25.00 | 0.00 |
| 02/13/2007 | 99213 | | INTERMEDIATE FOLLOWUP | LED01 | 100.00 | 0.00 |
| | | | | | 1605.00 | 0.00 |

Balance: 1605.00

Carrier Codes: LED01- 3866726612

L000588920 CAPEHART,BELINDA L

ACCT: L000588920
CAPEHART,BELINDA L
79 UNDER WOOD TRAIL
PALM COAST, FL 32164
(386)313-3272 (H)

GUAR: 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
CAPEHART,BELINDA L
31 SEDGEWICK TRAIL
PALM COAST, FL 32164
(386)569-7416 (H)

28 F ADM/SER: 07/05/06 UR CHG: 0 7MCDP. 0
ER DISCHARGE: 07/05/06 AR CHG: 1900.50 S/P 0
FB 07/12/06 LST STMT: BALANCE: 0

| BCH DATE | BCH | SER DATE | USER | PROCEDURE | BL# | DESCRIPTION | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 07/11/06 | 52 | 07/05/06 | SCRIPTED | 321005261 | | ER SERVICE LEVEL 3 | 361.20 | 361.20 |
| 07/05/06 | 415 | 07/05/06 | MCLOSE | 337000744 | | RAD HIP COMP 2 VIEWS LT | 389.55 | 750.75 |
| 07/05/06 | 415 | 07/05/06 | MCLOSE | 337000896 | | RAD L-SPINE W/OBLIQUES | 758.10 | 1508.85 |
| 07/05/06 | 415 | 07/05/06 | MCLOSE | 337001815 | | RAD WRIST COMPLETE LT | 391.65 | 1900.50 |
| 07/21/06 | 1 | 07/19/06 | MANGLAN | A7MCDP. | 1 | MEDIPASS ADJ | -1737.24 | 163.26 |
| 07/21/06 | 1 | 07/19/06 | MANGLAN | P7MCDP. | 1 | MEDIPASS PAYMENT | -163.26 | 0 |