UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

**Debtor(s)**

## ORDER STRIKING MOTION TO (A) CONTINUE HEARING SCHEDULED FEBRUARY 22, 2007, AND (B) RE-CLASSIFY AND ALLOW AS ADMINISTRATIVE EXPENSE CLAIM AND A CERTAIN PROOF OF CLAIM

The Court finds that the Motion to (A) Continue Hearing Scheduled February 22, 2007, and (B) Re-classify and allow as Administrative Expense Claim and a certain proof of claim filed by J. Samuel Gorham, III, on behalf of Faye Oates on February 21, 2007 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Motion to (A) Continue Hearing scheduled February 22, 2007, and (B) Re-classifying and allow as Administrative Expense Claim and a certain proof of claim filed by J. Samuel Gorham, III, on behalf of Faye Oates on February 21, 2007, is stricken from the record.

**DATED February 22, 2007**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:

J. Samuel Gorham, III, P.O. Box 2507, Hickory, NC 28603-2507