**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**NOTICE OF WITHDRAWAL OF NATURE'S FLOWERS**
**RESPONSE TO DEBTORS' TWENTY-NINTH**
**OMNIBUS OBJECTION TO CLAIMS**

Nature's Flowers (the "Claimant"), by and through undersigned counsel, hereby withdraws its response to Debtors' twenty-ninth omnibus objection to claims (C.P.#15139) dated February 12, 2007.

> Respectfully submitted,
>
> Genovese Joblove & Battista, P.A.
> Counsel for Nature's Flowers
> 200 East Broward Boulevard, Suite 1110
> Ft. Lauderdale, FL 33301
> Telephone:  (954) 453-8000
> Facsimile:   (954) 453-8010
>
>
> /s/David N. Stern
> David N. Stern
> Florida Bar No. 040398

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing was served upon Debtors by electronic mail and by U.S. Mail on the 21st day of February, 2007 to D.J. Baker, Esq., djbaker@skadden.com, Skadden Arps Slate Meagher & Flom, LLP, Four Times Square, New York, New York 10036.

                                                  /s/David N. Stern
                                                  David N. Stern