UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| Winn-Dixie Stores, Inc., et al., | Chapter 11 |
| Reorganized Debtors. | Jointly Administered |

MOTION FOR TELEPHONIC APPEARANCE AND REQUEST FOR
EXPEDITED HEARING

COMES NOW, the Claimants, Elizabeth Wimberly and Grady L. Wimberly, by and through their undersigned counsel, and files this their Motion for Telephonic Appearance and Request for Expedited Hearing, and states as follows:

1. That on February 9, 2007, the Claimants, Elizabeth Wimberly and Grady L. Wimberly, hereinafter known as "Claimants," filed an Amended Motion for Payment of an Administrative Claim and Motion to Allow Late Filed Claim.

2. That on February 13, 2007, the undersigned attorney wrote a letter to the Debtor's Co-Counsels, James Post and David Gray of the Law Office of Smith, Hulsey, and Busey, requesting that they schedule a hearing on Claimants' aforementioned amended motion.

3. That to date, the Debtor's Co-Counsels have not set said amended motion down for hearing, nor have they responded to our letter requesting a hearing on the matter.

WHEREFORE, the Claimants, are requesting that this Court to set an expedited hearing on Claimants' Amended Motion for Payment of an Administrative Claim and Motion to Allow Late Filed Claim, and allow the undersigned attorney to appear telephonically for the hearing.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was sent to James Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202, and John Buchholz, Esq., Kelley Kronenberg, 15600 N.W. 67th Avenue, Suite 201, Miami Lakes, FL 33014, this 22nd day of February 2007.

                                    LAW OFFICES OF W. GEORGE ALLEN
                                    Attorneys for Creditors
                         800 Southeast 3rd Avenue, Penthouse
                                  Fort Lauderdale, Florida 33316
                              Office: 954-463-6681/Fax: 954-463-6685

By: */S/ W. George Allen*
       W. GEORGE ALLEN, ESQUIRE
       FBN: 001337

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| Winn-Dixie Stores, Inc., et al., | Chapter 11 |
| Reorganized Debtors. | Jointly Administered |
| _____ | |

### ORDER ON CLAIMANT'S MOTION FOR TELEPHONIC APPEARANCE AND REQUEST FOR EXPEDITED HEARING

This cause having come on before this Court upon Claimants', Elizabeth Wimberly and Grady Wimberly's Motion for Telephonic Appearance and Request for Expedited Hearing.

The Court has considered the Motion and the pertinent portions of the record and being otherwise fully advised in the premises it is

**ORDERED AND ADJUDGED** that the said Motion be, and the same is hereby _____.

DONE and ORDERED at Jacksonville, Duval County, Florida, on this _____ day of _____, 2007.

_____ _____
**Jerry A. Funk**
United States Bankruptcy Judge

Copies Furnished To:

W. George Allen, Esq., Counsel for Creditor
Stephen D. Busey, Esq., Co-Counsel for Debtor
James Post, Esq., Co-Counsel for Debtor
D. J. Baker, Esq., Co-Counsel for Debtor
John Buchholz, Esq., Co-Counsel for Debtor

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, DIVISION

In re:                                                                    Case No. 05-03817-3F1

Winn-Dixie Stores, Inc., et al.,                              Chapter 11

Reorganized Debtors.                                          Jointly Administered

_____

## NOTICE OF EXPEDITED HEARING

**TO:** **Counsel of Record**

YOU ARE HEREBY NOTIFIED that the undersigned has set down for Hearing before **the Honorable Jerry A. Funk**, one of the Judges of the above styled Court, Courtroom 4D, United States Bankruptcy Court, Middle District of Florida, 300 North Hogan Street, Jacksonville, FL 32202, on _____, **2007,** at _____ **a.m./p.m.**, or as soon thereafter as Counsel may be heard, the following:

### CLAIMANTS' ELIZABETH WIMBERLY AND GRADY WIMBERLY'S AMENDED MOTION FOR PAYMENT OF AN ADMINISTRATIVE CLAIM AND MOTION TO ALLOW LATE FILED CLAIM

DONE and ORDERED at Jacksonville, Duval County, Florida, on this _____ day of _____, 2007.

_____  _____
**Jerry A. Funk**
United States Bankruptcy Judge

Copies Furnished To:

W. George Allen, Esq., Counsel for Creditor
Stephen D. Busey, Esq., Co-Counsel for Debtor
D. J. Baker, Esq., Co-Counsel for Debtor
John Buchholz, Esq., Co-Counsel for Debtor