February 13, 2007

Smith, Hulsey & Busey
**Attn:** David Gay & James Post
225 Water Street, Suite 1800
Jacksonville, FL 32201-3315

**Re     :     Winn-Dixie Stores, Inc., Debtors; U.S. Bankruptcy Court**
                    Bankruptcy Case No.: 05-03817-3F1
                    **Elizabeth and Grady Wimberly vs. Winn-Dixie Stores, Inc.**

| | | |
|---|---|---|
| Circuit Case No. | : | 06-010650 (25) |
| Date of Accident | : | 10/31/05 |
| My File Number | : | 05-121 |

Dear Mr. Gay:

As you are aware, this office represents Elizabeth and Grady Wimberly, in a personal injury matter arising from a slip and fall accident at Winn-Dixie Stores, Inc., which occurred on the above-stated date of accident.  This letter is in response to your letter dated February 9, 2007.

On February 9, 2007, we filed an Amended Motion for Payment of an Administrative Claim and Motion to Allow Late Filed Claim.  We amended our Motion to read "Motion for Payment of Unsecured Claim and Motion to Allow Late Filed Claim."  On February 13, 2007, our office sent an e-mail to your office requesting a hearing on said motion.  We demand a hearing on our motion as soon as possible.  If possible, schedule the hearing as a telephonic hearing, in order for the undersigned to appear via telephone.

In addition, we have filed the following documents in the Bankruptcy Court, and have enclosed copies of the same for your review.

1.  Motion for Admission
2.  Notice of Appearance
3.  Motion for Extension of Time
4.  Motion for Payment of an Administrative Claim
5.  Amended Motion for Payment of an Administrative Claim and Motion to Allow Late Filed Claim, with attached Exhibits (Affidavit of Excusable Neglect and Complaint)

Should you have any questions and/or concerns, please feel free to contact me.

Sincerely,

_/S/ W. George Allen_

W. George Allen

WGA/sws