

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
February 22, 2007
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.                              Page 1 of 5

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Twenty-Ninth Omnibus Objection to (A) Improperly Filed Claims, (B) No Liability Claims ( C) No Liability Misclassified Claim, (D) Late Claims (E) Late With Remaining Claims, (F) Overstated Claims and (G) Overstated Misclassified Claims Filed by Debtors (14799)

(A) Response filed by Lisa and Sean Gahagan (14923)

(B) Response filed by Maria A. Diaz (14924)

( C) Response filed by Caridad D. Dorta (14925)

(D) Response filed by Loretta Johnson (14941)

(E) Response filed by Kristen Fagg (14946)

(F) Response filed by Valerie Marie Gordon (15024 and 15034)

(G) Response filed by Mayhela Alveria (15038)

APPEARANCES CONTINUED ON PAGE 5



**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
February 22, 2007
1:30 P.M.

**PRO MEMO**

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.        Page 2 of 5

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post**


(H) Response filed by Isabel Cruz (15058)

(I) Response filed by Rene Groody (15059)

(J) Response filed by Amy Reed (15060)

(K) Response filed by Marlene Matthewman (15075 - stricken by docket no. 15964)

(L) Response filed by Loretta Martin (15087)

(M) Response filed by Michelle Cannon (15089 and 15090)

(N) Response filed by Elizabeth Bird (15096)

(O) Response filed by Jeff Brelsford (15097)



**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
February 22, 2007
1:30 P.M.

**PRO MEMO**

| | |
|---|---|
| CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC. | Page 3 of 5 |

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post**

(P) Response filed by Shakkara Shyneice Dinkins (15098)

(Q) Response filed by Michael Greenman (15099)

(R) Response filed by Arthur Guillory (15100)

(S) Response filed by Sydel and Ira Hammer (15101)

(T) Response filed by Lucinda Jack (15102)

(U) Response filed by Hildegard Lowther (15103)

(V) Response filed by Marlee Magee (15104)

(W) Response filed by Lisa Murdock (15105)

(X) Response filed by Mamie Randolf (15106) and (15108)

(Y) Response filed by Pamela Pollock (15107)

(Z) Response filed by Julie Becker (15113)



**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
February 22, 2007
1:30 P.M.

**PRO MEMO**

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.                    Page 4 of 5

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post**

(AA) Response filed by Sarah Abrams (15116)

(BB) Response filed by Charlene Wilson and Tracie Holder (15135)

(CC) Response filed by Belinda Capehart (15136 and 15137)

(DD) Response filed by Natures Flowers (15139)

(EE) Response filed by Tennessee Department of Revenue (15142)

(FF) Response filed by Eddie Lindsey (15163 - untimely filed)

(GG) Response filed by Judy Miller (15243 - untimely filed)

(HH) Response filed by Karen Beere (15244 - untimely filed)



**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
February 22, 2007
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.                    Page 5 of 5

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

APPEARANCES:

| | |
|---|---|
| US TRUSTEE: | ELENA ESCAMILLA |
| UNSEC. CRED: | JOHN B. MACDONALD/PATRICK PATANGAN |
| | MATTHEW S. BARR |
| LISA AND SEAN GAHAGAN: | G. WILLIAM ALLEN |
| MARIA A. DIAZ: | SCOTT BENNETT |
| CARIDAD D. DORTA: | SCOTT BENNETT |
| LORETTA JOHNSON: | ROBERT CORIROSSI |
| KRISTEN FAGG: | PRO SE |
| VALERIE MARIE GORDON: | LARRY DERSONA |
| MAYHELA ALVERIA: | ARMANDO PEREZ |
| ISABEL CRUZ: | BRIAN GILLIS |
| RENEE GROODY: | BRIAN GILLIS |
| AMY REED; | BRIAN GILLIS |
| MARLENE MATTHEWMAN: | HENRY A. LOPEZ |
| LORETTA MARTIN: | HENRY MIMS |
| MICHELLE CANNON: | JACQUELINE WEHRLY |
| ELIZABETH BIRD: | ROBERT WILCOX |
| JEFF BRELSFORD: | ROBERT WILCOX |
| SHAKKARA SHYNEICE DINKINS: | ROBERT WILCOX |
| MICHAEL GREENMAN: | ROBERT WILCOX |
| ARTHUR GUILLORY: | ROBERT WILCOX |
| SYDEL AND IRA HAMMER: | ROBERT WILCOX |
| LUCINDA JACK: | ROBERT WILCOX |
| HILDEGARD LOWTHER: | ROBERT WILCOX |
| MARLEE MAGEE: | ROBERT WILCOX |
| LISA MURDOCK: | ROBERT WILCOX |
| MAMIE RANDOLF: | ROBERT WILCOX |
| PAMELA POLLOCK: | ROBERT WILCOX |
| JULIE BECKER: | BRIAN BEHAR |
| SARAH ABRAMS: | BRIAN BEHAR |
| CHARLENE WILSON AND TRACIE HOLDER: | EDWARD PETERSON |
| BELINDA CAPEHART: | MICHAEL CECIL |
| NATURES FLOWERS: | DAVID STERN |
| TENNESSEE DEPT OF REVENUE: | GILL GELDREICH |
| EDDIE LINDSEY: | PRO SE |
| JUDY MILLER: | GLENN COHEN |
| KAREN BEERE: | GLENN COHEN |

RULING: Cont. on 13 claims
119 claims disallowed          Ord/Signed