```
              UNITED STATES BANKRUPTCY COURT
               MIDDLE DISTRICT OF FLORIDA
                   JACKSONVILLE DIVISION

                              CASE NO: 3:05-bk-03817-JAF
                              Chapter 11
In re
Winn-Dixie Stores, Inc.

        Debtor(s).         /
```

### NOTICE OF APPEARANCE

Michael E. Cecil and Wayne M. Singletary of Schuyler·Stewart·Smith gives notice of their appearance in this cause as counsel for Creditor, Belinda L. Capehart.

The Clerk is requested to furnish a copy of all pleadings to the undersigned that would be served upon creditors in this proceeding.

### CERTIFICATE OF SERVICE

I CERTIFY that a copy has been furnished either by electronic or standard first class mail on February 23, 2007, to: Winn-Dixie Stores, Inc, Debtor, 5050 Edgewood Court, Jacksonville, FL 32254-3699; Adam Ravin, Esquire, Four Times Square, New York, NY 10036; Cynthia C. Jackson, Esquire, James H. Post, Esquire, Leanne McKnight Prendergast, Esquire, Stephen D. Busey, Esquire, 225 Water Street, Suite 1800, Jacksonville, FL 32201; Dennis F. Dunne, Esquire, 1 Chase Manhattan Plaza, New York, NY 10005; John B Macdonald, Esquire, Patrick P. Patangan, Esquire, 50 N. Laura Street, Suite

2

2500, Jacksonville, FL 32202; counsel for the Debtor's postpetition secured lenders; the other parties in interest named on the Master Service List maintained in these cases; and Corner Stone Christian Center, Subtenant, 215 Las Gaviotas Boulevard, Chesapeake, VA 23322.

                SCHUYLER·STEWART·SMITH

                /s/ Michael E. Cecil
                _____
                Michael E. Cecil
                Florida Bar #722855
                Wayne M. Singletary
                Florida Bar #144109
                Attorney for Creditor
                118 W. Adams St., #800
                Jacksonville, FL 32202
                Phone:   (904) 353-5884
                TollFree: (866) 353-5884
                Fax:     (904) 353-5994