

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
February 22, 2007
1:30 P.M.

**PRO MEMO**

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Amended Objection to Claim Number 13619 Filed by Phoenix Jr., Inc., as set forth in the Debtors' Twenty-Ninth Omnibus Objection Filed by Debtors (14883)

Response filed by Phoenix Jr., Inc. (15237)

The Debtors and Phoenix Jr., Inc., have agreed to continue the Objection until further notice.

APPEARANCES:
US TRUSTEE:         ELENA ESCAMILLA
UNSEC. CRED:        JOHN B. MACDONALD/PATRICK PATANGAN
                    MATTHEW S. BARR
PHOENIX JR., INC:   ADAM FRISCH

RULING: *Cont'd until further nte.*