```
           UNITED STATES BANKRUPTCY COURT
             MIDDLE DISTRICT OF FLORIDA
                JACKSONVILLE DIVISION

                         CASE NO: 3:05-bk-03817-JAF
                         Chapter 11
```

In re
Winn-Dixie Stores, Inc.

          Debtor(s).          /

## NOTICE OF APPEARANCE

Michael E. Cecil and Wayne M. Singletary of Schuyler·Stewart·Smith gives notice of their appearance in this cause as counsel for Creditor, Shirley Chopin.

The Clerk is requested to furnish a copy of all pleadings to the undersigned that would be served upon creditors in this proceeding.

## CERTIFICATE OF SERVICE

I CERTIFY that a copy has been furnished either by electronic or standard first class mail on February 23, 2007, to: Winn-Dixie Stores, Inc, Debtor, 5050 Edgewood Court, Jacksonville, FL 32254-3699; Adam Ravin, Esquire, Four Times Square, New York, NY 10036; Cynthia C. Jackson, Esquire, James H. Post, Esquire, Leanne McKnight Prendergast, Esquire, Stephen D. Busey, Esquire, 225 Water Street, Suite 1800, Jacksonville, FL 32201; Dennis F. Dunne, Esquire, 1 Chase Manhattan Plaza, New York, NY 10005; John B Macdonald, Esquire, Patrick P. Patangan, Esquire, 50 N. Laura Street, Suite

2

2500, Jacksonville, FL 32202; counsel for the Debtor's postpetition secured lenders; the other parties in interest named on the Master Service List maintained in these cases; and Corner Stone Christian Center, Subtenant, 215 Las Gaviotas Boulevard, Chesapeake, VA 23322.

                          SCHUYLER·STEWART·SMITH

                          /s/ Michael E. Cecil
                          _____
                          Michael E. Cecil
                          Florida Bar #722855
                          Wayne M. Singletary
                          Florida Bar #144109
                          Attorneys for Creditor
                          118 W. Adams St., #800
                          Jacksonville, FL 32202
                          Phone:   (904) 353-5884
                          TollFree: (866) 353-5884
                          Fax:     (904) 353-5994