**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF AGREED ORDER OF RESOLUTION OF (I) CLAIM NUMBER 11892
FILED BY CATAMOUNT ROCKINGHAM, LLC, AND (II)
<u>CLAIM NUMBER 12859 FILED BY CATAMOUNT LS-KY, LLC</u>**

---

<u>NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING</u>

The Court will consider this matter without further notice or hearing unless a party in interest files an objection within 3 business days from the date of service of this paper. If you object to the relief requested in this paper, you must (a) file your response with the Clerk of the Bankruptcy Court in accordance with the Court's electronic filing procedures or at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and (b) serve a copy by email and fax on (i) Winn-Dixie Stores, Inc. c/o Jay Castle, Esq., 5050 Edgewood Court, Jacksonville, Florida 32254, JayCastle@winn-dixie.com, (ii) James H. Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, jpost@smithhulsey.com and (iii) Rosalie Gray, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, rgray@skadden.com.

If you file and serve a response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file a response within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates (the "Debtors") give notice of the proposed entry of the attached Agreed Order Resolving (i) Claim Number 11892 filed by Catamount Rockingham, LLC, and (ii) Claim Number 12859 filed by Catamount LS-KY, LLC.

If no objection to the proposed Agreed Order is filed and served within the time set forth above, the Court will be requested to enter the Agreed Order without further notice or hearing.

Dated: February 23, 2007

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker*  <br> D. J. Baker <br> Sally McDonald Henry <br> Rosalie Walker Gray <br> Adam S. Ravin | By  *s/ James H. Post*  <br> Stephen D. Busey <br> James H. Post <br> Cynthia C. Jackson, <br> Florida Bar Number 175460 |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (212) 735-2000 (facsimile) <br> djbaker@skadden.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida  32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> jpost@smithhulsey.com |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

## **Certificate of Service**

I certify that a copy of this document has been furnished electronically and by facsimile to the Post-Effective Date Committee, c/o Matthew Barr, Esq. and Michael Comerford, Esq., Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, mbarr@milbank.com, mcomerford@milbank.com, this 23rd day of February, 2007.



*Adam S. Ravin*
Attorney

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Reorganized Debtors.<sup>1</sup> | ) Jointly Administered |
| | ) |

**AGREED ORDER RESOLVING (I) CLAIM NUMBER
11892 FILED BY CATAMOUNT ROCKINGHAM, LLC, AND
(II) CLAIM NUMBER 12859 FILED BY CATAMOUNT LS-KY, LLC**

These causes originally came before the Court upon the Sixteenth Omnibus Objection to Claims (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors")[2]. Included among the several proofs of claim that were the subject of the Objection was (a) Claim Number 11892, which relates to amounts allegedly owed under a non-residential real property lease for a store the Debtors had at one time leased in Rockingham, North Carolina (Store No. 2045), and (b) Claim Number 12859, which relates to (i) amounts allegedly owed under a non-residential real property lease for a store the Debtors had at one time leased in Shelbyville, Kentucky (Store No. 1673), and (ii) amounts allegedly owed under a non-residential real property lease for a store the Debtors had at one time leased in Louisville, Kentucky (Store No. 1676).

Specifically, Claim Number 11892 was filed by Catamount Rockingham, LLC, the landlord for Store No. 2045 ("Catamount Rockingham"), seeking amounts for rejection

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Agreed Order shall have the meaning ascribed to them in the Objection.

damages, CAM, repairs and attorney's fees.  Claim Number 12859 was filed by Catamount LS-KY, LLC, the landlord for Store No. 1673 and Store No. 1676 ("Catamount LS-KY"), seeking amounts for rejection damages, taxes, CAM, repairs and attorneys fees.  Responses to the Objection were filed by Catamount Rockingham (Docket No. 11444) and Catamount LS-KY (Docket No. 11443).

Prior to the Petition Date, the leases with respect to Store No. 1673 and Store No. 1676 (collectively, the "Buehler Stores") had each been assigned by Winn-Dixie Raleigh, Inc. ("Winn-Dixie Raleigh") to Buehler of Kentucky, LLC ("Buehler").  On May 4, 2005, Buehler had itself filed for bankruptcy in the United States Bankruptcy Court for the Southern District of Indiana (Case No. 05-70964) (the "Buehler Bankruptcy Case").  Both Winn-Dixie Raleigh and Catamount LS-KY filed proofs of claim in the Buehler Bankruptcy Case with respect to amounts associated with, among other things, their respective rejection of the leases governing the Buehler Stores.  The proofs of claim that Catamount LS-KY filed in the Buehler Bankruptcy Case with respect to the Buehler Stores were assigned Claim Numbers 763 and 960 ("Catamount's Unsecured Buehler Claims").

Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1.   Claim Number 11892 is allowed as a Class 13 Landlord Claim in the liquidated amount of $290,233;

2.   Claim Number 12859 is allowed as a Class 13 Landlord Claim in the liquidated amount of $668,014;

3.   Catamount LS-KY shall withdraw Catamount's Unsecured Buehler Claims within three (3) business days of the entry of this Order by filing a Notice of Withdrawal in the Buehler Bankruptcy Case; and

4. The Court shall retain jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this ____ day of _____, 2007 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

3

<u>Consent</u>

The undersigned parties consent to the entry of the foregoing Agreed Order.

| SMITH HULSEY & BUSEY | KRIEG DEVAULT LLP |
|---|---|
| By /s/ James H. Post<br>    James H. Post<br>    Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile) | By /s/ C. Daniel Motsinger[*]<br>    C. Daniel Motsinger<br>    Florida Bar Number 0362875<br>One Indiana Square, Suite 2800<br>Indianapolis IN 46204-2079<br>(317) 238-6280<br>(317) 636-1507 (facsimile) |
| -and- | -and- |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | HELD & ISRAEL |
| D. J. Baker<br>Sally McDonald Henry<br>Rosalie Walker Gray<br>Adam S. Ravin<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br><br>Co-Counsel for Reorganized Debtors | By /s/ Adam N. Frisch[*]<br>    Adam N. Frisch<br>    Florida Bar Number 635308<br><br>Kimberly Held Israel (FL 47287)<br>Adam N. Frisch (FL 635308)<br>1301 Riverplace Blvd., Suite 1916<br>Jacksonville, Florida 32207<br>(904) 398-7038<br>(904) 398-4283 (facsimile)<br><br>Co-Counsel for Catamount Rockingham, LLC and Catamount LS-KY, LLC |

[*] Counsel have authorized their electronic signature.