**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

In re:                                                                                                  Chapter 11

WINN-DIXIE STORES, INC                                           Case No.  3:05-bk-03817-JAF

       Debtor.
_____/

**NOTICE OF WITHDRAWAL OF MAUREEN
FITZGERALD-MARHOLD'S VERIFIED MOTION FOR RELIEF FROM STAY**

COMES NOW, Maureen Fitzgerald-Marhold (the "EEOC Creditor"), by and through her undersigned counsel, to notify this Court that the EEOC Creditor is withdrawing "Maureen Fitzgerald-Marhold's Verified Motion for Relief from Stay" (the "Motion") filed on November 2, 2005,  [Doc. No. 4012] filed in the above-referenced case.

                       /s/ Stephenie M. Biernacki
                       **JOHN A. ANTHONY, ESQUIRE**
                       Florida Bar Number:  0731013
                       **STEPHENIE M. BIERNACKI, ESQUIRE**
                       Florida Bar Number:  0127299
                       GRAY ROBINSON, P.A.
                       201 N. Franklin Street, Suite 2200
                       Post Office Box 3324
                       Tampa, Florida 33601-3324
                       Telephone:  (813) 273-5000
                       Facsimile:  (813) 273-5145
                       Attorneys for Maureen Fitzgerald-Marhold

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic means on the 25th day of February, 2007, and/or by U.S. Mail on the 26th day of February, 2007, to the following:

| | |
|---|---|
| Winn-Dixie Stores, Inc.<br>5050 Edgewood Court<br>Jacksonville, FL  32254-3699 | Leanne McKnight Prendergast, Esquire<br>Smith, Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL  32201 |
| Elena L. Escamilla, Esquire<br>Office of the United States Trustee<br>135 W. Central Blvd., Suite 620<br>Orlando, FL  32806 | Adam Ravin, Esquire<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>Four Times Square<br>New York, NY  10036 |
| John B. MacDonald, Esquire<br>Patrick P. Patangan, Esquire<br>Ackerman Senterfitt<br>50 N. Laura Street, Suite 2500<br>Jacksonville, FL  32202 | Dennis Dunne, Esquire<br>Milbank, Tweed, Hadley & McCloy, LLP<br>1 Chase Manhattan Plaza<br>New York, NY  10005 |

/s/ Stephenie M. Biernacki
**ATTORNEY**

# 797706 v1