UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.[1]

Chapter 11

Case No. 05-03817-3F1

(Jointly Administered)

### CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about February 23, 2007 I caused copies of:

- the **Agreed Order Resolving Claim Number 9748 Filed by Sara Lee Bakery Group and Claim Number 9757 Filed by Sara Lee Corporation (Docket No. 15271)**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served order as listed above is attached hereto as Exhibit B.

Dated: February 26, 2007

_____
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: 20

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**

**Agreed Order Resolving Claim Number 9748 Filed
by Sara Lee Bakery Group and Claim Number 9757
Filed by Sara Lee Corporation**

**DEBTOR:**  **WINN-DIXIE STORES, INC., ET AL.**  **CASE:  05-03817-3F1**

CREDITOR ID: 279278-35
SARA LEE BAKERY GROUP
C/O DLA PIPER RUDNICK GRAY CARY US LLP
ATTN: JANICE L DUBAN, ESQ
203 NORTH LASALLE STREET, STE 1900
CHICAGO IL 60610-1293

CREDITOR ID: 279278-35
SARA LEE BAKERY GROUP
ATTN JERRI SPONIK, SR MGR, CFS
111 CORPORATE OFFICE DR, SUITE 200
EARTH CITY, MO 63045

CREDITOR ID: 279279-35
SARA LEE CORPORATION
ATTN CURTIS MARSHALL, CR DIR
10151 CARVER ROAD
CINCINNATI OH 45242

**Total:  3**

# EXHIBIT B

Case 3:05-bk-03817-JAF    Doc 15296    Filed 02/26/07    Page 4 of 7

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Reorganized Debtors.[1] | ) Jointly Administered |
| | ) |

### AGREED ORDER RESOLVING CLAIM NUMBER 9748 FILED BY SARA LEE BAKERY GROUP AND CLAIM NUMBER 9757 FILED BY SARA LEE CORPORATION

These causes originally came before the Court for hearing upon the Nineteenth and Twenty-Second Omnibus Objections to Claims (collectively, the "Objections") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"). Included among the several proofs of claim that were the subject of the Objections were Claim Number 9748 filed by Sara Lee Bakery Group and Claim Number 9757 filed by Sara Lee Corporation (collectively, the "Claims").

Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Objections as they pertain to the Claims are resolved as set forth below.

2. Claim Number 9748 is reclassified and allowed as an unsecured non-priority claim in the reduced amount of $388,778.72, and shall be treated as a Class 14 Vendor/Supplier Claim for purposes of distributions under the Joint Plan of Reorganization of Winn-Dixie Stores,

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Inc. and Affiliated Debtors (the "Plan"). All other amounts claimed in connection with Claim Number 9748 are disallowed.

3. Claim Number 9757 is reclassified and allowed as an unsecured non-priority claim in the reduced amount of $230,000, and shall be treated as a Class 14 Vendor/Supplier Claim for purposes of distributions under the Plan. All other amounts claimed in connection with Claim Number 9757 are disallowed.

4. The Court shall retain jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 22 day of February 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

2

Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | SARA LEE BAKERY GROUP AND SARA LEE CORPORATION |
| By /s/ James H. Post<br>James H. Post<br>Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile) | By /s/ Jerri Sponik<br>Jerri Sponik<br>Sr. Manager, Customer Financial Services<br>111 Corporate Office Dr., Suite 200<br>Earth City, Missouri 63045<br>(314) 506-3595<br>(314) 506-3720 (facsimile) |

-and-

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

D. J. Baker
Rosalie Walker Gray
Jane M. Leamy
David M. Turetsky
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Co-Counsel for Reorganized Debtors

3