UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                                  Case No. 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,                                   Chapter 11

Reorganized Debtors.                                                     Jointly Administered

## ORDER ON DEBTORS' MOTION
## TO COMPEL DISCOVERY FROM VISAGENT

Before the Court is the Reorganized Debtors' motion (Docket No. 14778) to compel Visagent Corporation to respond to the Debtors' discovery requests. The Court conducted a hearing on the motion on February 22, 2007. Upon consideration, it is

ORDERED:

1. The Reorganized Debtors' motion (Docket No. 14778) to compel against Visagent Corporation is granted.

2. Visagent Corporation's objections to Interrogatory Nos. 4, 5, 7 through 11, 15, and 17, and Document Request Nos. 5, 6, 8, 9, 12, 17, and 21 are overruled.

3. Visagent Corporation shall answer Interrogatory Nos. 4, 5, 7 through 11, 15, and 17, and produce all documents responsive to Document Request Nos. 5, 6, 8, 9, 12, 17, and 21 within twenty days of the date of this Order.

Dated this 26 day of February, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion.
556954.1