UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re: ) Case No. 05-03817-3F1
)
WINN-DIXIE STORES, INC., et al., ) Chapter 11
)
Reorganized Debtors.[1] ) Jointly Administered

### AGREED ORDER RESOLVING CLAIM NUMBERS 12315 AND 13101 FILED BY MORRO PALMS SHOPPING CENTER, AS SET FORTH IN THE DEBTORS' THIRTEENTH AND SEVENTEENTH OMNIBUS CLAIMS OBJECTIONS

These cases came before the Court for hearing (i) on July 13, 2006, upon the Thirteenth Omnibus Objection of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"),[2] which objection included as one of the several claims subject to dispute the claim of Morro Palms Shopping Center filed as claim no. 12315; and (ii) on September 14, 2006, upon the Seventeenth Omnibus Objection of the Debtors, which objection included as one of the several claims subject to dispute the claim of Morro Palms Shopping Center filed as claim no. 13101. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

1. Claim no. 12315 filed by Morro Palms Shopping Center is disallowed in full.

2. Claim no. 13101 filed by Morro Palms Shopping Center is allowed as an unsecured non-priority claim (plan class 13) in the amount of $327,921.59, and the remainder of claim no. 13101 is disallowed.

3. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 26 day of February, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

<u>Consent</u>

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY

By /s/ James H. Post
James H. Post (FBN 175460)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
Email: jpost@smithhulsey.com

-and-

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

D. J. Baker
Rosalie Walker Gray
Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Co-Counsel for Reorganized Debtors

COOLEY GODWARD KRONISH LLP

By /s/ Gregg S. Kleiner         *
Gregg S. Kleiner

101 California Street, 5th Floor
San Francisco, California 94111
(415) 693-2034
(415) 693-2222 (facsimile)
Email: gkleiner@cooley.com

Counsel for Morro Palms Shopping Center

*Counsel has authorized his electronic signature