UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors.[1] | ) | Jointly Administered |
| | ) | |

AGREED ORDER RESOLVING (I) CLAIM NUMBER 12094 FILED BY LENOIR PARTNERS LLC AND (II) ADMINISTRATIVE EXPENSE CLAIM OF CWCAPITAL ASSET MANAGEMENT LLC

These cases originally came before the Court upon (a) the Seventeenth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") and (b) the Motion of CWCapital Asset Management LLC For Allowance and Payment of Administrative Expense Priority Claim (Docket No. 14466) (the "Administrative Expense Request").[2] Included among the several proofs of claim that were the subject of the Objection was claim number 12094 filed by Lenoir Partners LLC and subsequently transferred to LB UBS 2001-C2 Commercial Mortgage Pass-Through Certificates. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

1.  Claim no. 12094 filed by Lenoir Partners LLC is allowed as an unsecured non-priority claim in the amount of $746,422.82 (plan class 13), and the remainder of claim no. 12094 is disallowed.

2.  The claim sought in the Administrative Expense Request is allowed as an administrative expense claim in the amount of $14,431.09, with payment to be made within twenty days after entry of this Order.

3.  The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 26 day of February, 2007 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| SMITH HULSEY & BUSEY | VENABLE LLP |
|---|---|
| By /s/ James H. Post<br>    James H. Post | By /s/ Heather Foley        *<br>    Heather Foley |
| Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile) | Two Hopkins Plaza<br>Suite 1800<br>Baltimore, MD 21201<br>(410) 244-7400<br>(410) 244-7742 (facsimile) |
| -and- | -and- |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | STUTSMAN THAMES & MARKEY, P.A. |
| D. J. Baker<br>Sally McDonald Henry<br>Rosalie Walker Gray<br>Jane M. Leamy<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile) | Richard R. Thames<br>50 North Laura Street, Suite 1600<br>Jacksonville, Florida 32202<br>(904) 358-4000<br>(904) 358-4001 (facsimile) |
| | Co-Counsel for CWCapital Asset Management LLC, Special Servicer for LB UBS 2001-C2 Commercial Mortgage Pass-Through Certificates, transferee of Lenoir Partners LLC |
| Co-Counsel for the Debtors | *Counsel has authorized her electronic signature |

3