UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| _____ ) | |

**AGREED ORDER RESOLVING CURE
OBJECTION FILED BY INLAND SOUTHEAST
LAKE OLYMPIA LIMITED PARTNERSHIP (STORE NO. 2250)**

This cause came before the Court on the Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief (Docket No. 8941) and the Objection to the Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief (Docket No. 9687) (the "Cure Objection") filed by Inland Southeast Lake Olympia Limited Partnership ("Inland Lake Olympia") with respect to Store No. 2250. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The total amount that must be cured pursuant to 11 U.S.C. § 365(b)(1) is $46,437.52 ("Agreed Cure Amount"). The above-captioned debtors ("Debtors") have paid $44,909.66 of the Agreed Cure Amount to Inland Lake Olympia ("Paid Cure Amount").

2. Winn-Dixie Stores, Inc. and its affiliate debtors (collectively, the "Reorganized Debtors") shall pay the sum of $1,527.86, which represents

the difference between the Agreed Cure Amount and the Paid Cure Amount to Inland Lake Olympia within ten (10) days of the entry of this Agreed Order.

3. Proof of Claim number 11032 filed by Inland Lake Olympia is disallowed.

4. Proof of Claim number 10601 filed by Criimi Mae Services, L.P. is disallowed.

5. This Agreed Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims pertaining to Store No. 2250 filed by Inland Lake Olympia or Criimi Mae Services, L.P. in these Chapter 11 cases and (ii) all other pre-petition or pre-effective date claims pertaining to Store No. 2250 Inland Lake Olympia or Criimi Mae Services, L.P. has or may have against the Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

6. Post-effective date liabilities and obligations will be handled by the parties in accordance with the applicable lease terms and ordinary course practices.

7.  This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 26 day of February, 2007, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

GRONEK & LATHAM, LLP

By *s/ R. Scott Shuker**
R. Scott Shuker

390 North Orange Avenue, Suite 600
Orlando, Florida 32802
(407) 481-5800
(407) 481-5801 (facsimile)
rshuker@lsbeblaw.com

Counsel for Inland Southeast Lake Olympia Limited Partnership

SMITH HULSEY & BUSEY

By *s/ Cynthia C. Jackson*
Cynthia C. Jackson, F.B.N. 498882

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Reorganized Debtors

VENABLE LLP

By *s/ Gregory A. Cross**
Gregory A. Cross

Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201
(410) 244-7725
(410) 244-7742 (facsimile)
gacross@venable.com

Counsel for Criimi Mae Services, L.P.

*Counsel has authorized their electronic signature.

00552927