UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Reorganized Debtors. | Jointly Administered |

**AGREED ORDER RESOLVING CURE OBJECTION FILED BY
MANDARIN LORETTO DEVELOPMENT, LTD. (STORE NO. 141)**

This cause came before the Court on the Objection to the Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief filed by Mandarin Loretto Development, Ltd. ("Mandarin Loretto") (Docket No. 9488) with respect to Store No. 141 (the "Cure Objection"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objection is overruled.

2. Winn-Dixie Stores, Inc. and its affiliate debtors (collectively, the "Reorganized Debtors") have paid $10,000 in full satisfaction of any right to cure Mandarin Loretto has or may have under 11 U.S.C. § 365 or otherwise.

3. This Agreed Order resolves all liabilities and obligations Mandarin Loretto has or may have against the Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

4. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 26 day of February, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00554735

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| MILNE MCCORVEY & MYERS | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ John H. McCorvey, Jr.* *  <br>       John H. McCorvey, Jr. | By  *s/ Cynthia C. Jackson*  <br>       Cynthia C. Jackson, F.B.N. 498882 |
| 4595 Lexington Avenue, Suite 100<br>Jacksonville, Florida 32210<br>(904) 387-5400<br>(904) 387-5771 (facsimile)<br>jm1062@aol.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Counsel for Mandarin Loretto Development, Ltd. | Co-Counsel for Reorganized Debtors |

*Counsel has authorized their electronic signature.

00554735