UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| ) | |

**AGREED ORDER RESOLVING CURE OBJECTION FILED BY
VICTORY REAL ESTATE INVESTMENTS, LLC, ET AL.
(STORE NOS. 8, 28, 101, 103, 177, 434, 438, 462, 471, 472, 545, 1405, AND 1406)**

This cause came before the Court on the Limited Objection to the Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief filed by Victory Real Estate Investments, LLC and Victory Investments, Inc., for themselves and their affiliates named in Exhibit A of this Order (collectively "Victory") (Docket No. 9652) with respect to Store Numbers 8, 28, 101, 103, 177, 434, 438, 462, 471, 472, 545, 1405, 1406 and 1540[1] (the "Cure Objection"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objection is overruled.

2. All Proofs of Claim listed in Exhibit A of this Order were filed by Victory and are allowed as administrative claims in the amounts set forth in Exhibit A. The payments Winn-Dixie Stores, Inc. and its affiliate debtors (collectively, the

---

[1] This Order does not resolve the cure objection or the proofs of claim, numbers 8711 and 8712, filed by Victory Berryland, LLC, the landlord for Store Number 1540, and those proofs of claim are excepted from this Order.

"Reorganized Debtors") have made to date on these amounts are also set forth in Exhibit A.

3. This Agreed Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims filed by Victory in these Chapter 11 cases and (ii) all other pre-petition or pre-confirmation claims Victory has or may have against the Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

4. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 26 day of February, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00553441

## EXHIBIT A

| Store No. | Landlord Name | Administrative Claim Number | Administrative Claim Amount | Cure Paid to Date | Remaining Cure to be Paid |
|---|---|---|---|---|---|
| 8 | Clay Plaza Investors, LLC | 8680 | $36,190.29 | $31,173.41 | $5,016.88 |
| 28 | Madison Investors, LLC (formerly Victory Madison, Inc.) | 8681 | $55,020.71 | $48,540.06 | $6,480.65 |
| 101 | Moultrie Square New Orleans, LLC (formerly Moultrie Square New Orleans, LLC & Mississippi Investors, Inc.) | 8679 | $38,929.88 | $34,312.78 | $4,617.10 |
| 103 | Eagle Harbor Investors, LLC | 8693 | $202,922.20 | $196,818.52 | $6,103.68 |
| 177 | Cedar Hills Consolidated, LLC (formerly Cedar Hills Investors, LLC & Lake Charles Naval Stores, Inc.) | 8708 | $81,246.63 | $79,037.69 | $2,208.94 |
| 434 | Victory Saks Plaza, LLC (formerly Victory Saks Plaza, Inc.) | 8691, 8692 | $34,559.60 | $27,157.68 | $7,401.92 |
| 438 | Victory River Square, LLC (formerly Victory River Square, Inc.) | 8706, 8707 | $61,422.41 | $52,608.19 | $8,814.22 |
| 462 | Victory Coldwater Plaza, LLC (formerly Victory Coldwater Plaza, Inc.) | 8709, 8710 | $29,824.35 | $29,824.35 | $0 |
| 471 | Victory Three Notch Plaza, LLC (formerly Victory Three Notch Plaza, Inc.) | 8684, 8685 | $37,201.27 | $22,425.56 | $14,775.71 |
| 472 | Eastgate Investors, LLC | 8694, 8695 | $43,037.65 | $37,172.56 | $5,865.09 |
| 545 | Marketplace of Americus, LLC | 8696, 8697 | $63,203.12 | $55,637.19 | $7,565.93 |
| 1405 | Victory Gretna, LLC | 8698, 8699 | $148,875.30 | $131,607.45 | $17,267.85 |
| 1406 | Victory Kenner, LLC | 8682, 8683 | $108,512.39 | $96,985.71 | $11,526.68 |

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SLOTT, BARKER & NUSSBAUM | SMITH HULSEY & BUSEY |
| By  *s/ Earl M. Barker, Jr.* * <br> Earl M. Barker, Jr., F.B.N. 110140 | By  *s/ Cynthia C. Jackson* <br> Cynthia C. Jackson, F.B.N. 498882 |
| 334 East Duval St. <br> Jacksonville, FL 32202 <br> (904) 353-0033 <br> (904) 355-4148 (facsimile) <br> embarker@bellsouth.net | 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Counsel for Victory Real Estate Investments, LLC, et al. | Co-Counsel for Reorganized Debtors |

*Counsel has authorized their electronic signature.

00553441