**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |
| _____ | ) | |

**STIPULATION TO FURTHER CONTINUE HEARING ON MOTION FOR**
**RELIEF FROM STAY FILED BY SES GROUP MIAMI SPRINGS, LTD.**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") and SES Group Miami Springs, Ltd. ("SES") stipulate and agree to (i) the continuance and rescheduling of the hearing on the Motion for Relief from Stay filed by SES (the "Motion") (Docket No. 6189) until on or after April 30,

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases:  Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

2007, and (ii) the continuation of the automatic stay in effect pending the conclusion of such hearing and determination of the Motion.

Dated: February 27, 2007.

STUTSMAN, THAMES & MARKEY, P.A.          SMITH HULSEY & BUSEY


By     *s/ Bradley R. Markey\**                    By     *s/ Cynthia C. Jackson*
    Richard R. Thames                              Cynthia C. Jackson
    Bradley R. Markey

Florida Bar Number 0718459               Florida Bar Number 498882
Florida Bar Number 0984213               225 Water Street, Suite 1800
50 North Laura Street, Suite 1600        Jacksonville, Florida  32202
Jacksonville, Florida  32202             (904) 359-7700
(904) 358-4000                           (904) 359-7708 (facsimile)
(904) 358-4001                           cjackson@smithhulsey.com
brm@stmlaw.net

Attorneys for SES Group Miami Springs, Ltd.          -and-

*Counsel has authorized his electronic signature.    SKADDEN, ARPS, SLATE, MEAGHER
                                         & FLOM LLP
                                         D. J. Baker
                                         Sally McDonald Henry
                                         Rosalie Walker Gray
                                         Four Times Square
                                         New York, New York 10036
                                         (212) 735-3000
                                         (212) 735-2000 (facsimile)
                                         rgray@skadden.com

                                         Attorneys for the Reorganized Debtors

552276