UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Gwendolyn Haralson (Claim Nos. 1511 and 3354) [Docket No. 15210] was furnished by mail on February 23, 2007 to Gwendolyn Haralson c/o Brian S. Pearl, Esq., Thomas & Pearl, P.A., 2404 Northeast 9th Street, Fort Lauderdale, Florida 33304.

Dated: February 27, 2007

SMITH HULSEY & BUSEY

By      *s/ James H. Post*
   Stephen D. Busey
   James H. Post (FBN 175460)
   Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151.DOC