UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Debtors. | ) | Jointly Administered |

### CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Barbara Houston (Claim No. 10254) [Docket No. 15213] was furnished by mail on February 23, 2007 to Barbara Houston c/o Elizabth F. Gaudin, Esq., Gaudin and Gaudin, Post Office Box 156, 1088 Fourth Street, Gretna, Louisiana 70053.

Dated: February 27, 2007

SMITH HULSEY & BUSEY

By  *s/ James H. Post*
   Stephen D. Busey
   James H. Post (FBN 175460)
   Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151.DOC