UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## <u>CERTIFICATE OF SERVICE</u>

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Kathy Hinkle  (Claim Nos. 630 and 849) [Docket No. 15212] was furnished by mail on February 23, 2007 to Kathy Hinkle c/o Jon E. Lewis, Esq., Robert F. Lewis, P.A., 515 Frank Nelson Building, 205 North 20th Street, Birmingham, Alabama 35203-4705.

Dated:  February 27, 2007

SMITH HULSEY & BUSEY

By _____*s/ James H. Post*_____
Stephen D. Busey
James H. Post (FBN 175460)
Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151.DOC