UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-03817-JAF
Chapter 11
Jointly Administered

In re

WINN-DIXIE STORES, INC. et al.,

    Debtor(s).
_____/

**WOODLAND HARTFORD ASSOC., LLC'S OBJECTION TO NOTICE OF TRANSFER OF CLAIM NOS. 13560, 13561, AND 9213 TO WELLS FARGO BANK, AS TRUSTEE, PURSUANT TO BANKRUPTCY RULE 3001(e)(2) (Docket No 15088)**

Woodland Hartford Assoc., LLC, holder of the claims that are the subject of the specified notice of transfer of claims (Docket No. 15088), objects to the transfer of those claims. Woodland Hartford Assoc., LLC agrees with the Debtor's objection to transfer the subject claims (Docket No. 15230) and reasserts that the Transfer is of no force and effect and should not be recognized in making any distributions on those claims because the purported transfer was filed after the Distribution Record Date established under the Joint Plan of Reorganization.

The purported Transferee has filed a motion to approve the purported transfer (docket No. 15080). Woodland Hartford Assoc., LLC reserves the right to object to said motion on any and all grounds, including the right of the purported Transferee to effect

the transfer under Virginia state law, and lack of standing of the purported Transferee to adjudicate this matter in this forum.

## CERTIFICATE OF SERVICE

I CERTIFY that a copy of the foregoing has been furnished either by electronic or standard first class mail on February 27, 2007, to: Winn-Dixie Stores, Inc, Debtor, 5050 Edgewood Court, Jacksonville, FL 32254-3699; Adam Ravin, Esquire, D.J. Baker, Esquire Four Times Square, New York, NY 10036; Cynthia C .Jackson, Esquire, James H. Post, Esquire, Leanne McKnight Prendergast, Esquire, Stephen D. Busey, Esquire, 225 Water Street, Suite 1800, Jacksonville, FL 32201; Dennis F. Dunne, Esquire, 1 Chase Manhattan Plaza, New York, NY 10005; John B Macdonald, Esquire, Patrick P. Patangan, Esquire, 50 N. Laura Street, Suite 2500, Jacksonville, FL 32202; counsel for the Debtor's post-petition secured lenders; the other parties in interest named on the Master Service List maintained in these cases; and Peter H. Levitt, Esquire, Adrian J. Villaraos, Esquire, 1500 Miami Center, 201 South Biscayne Blvd., Miami, FL 33131

SCHUYLER·STEWART·SMITH

/s/ Wayne M. Singletary

Wayne M. Singletary,
Florida Bar # 144109
Michael E. Cecil,
Florida Bar # 722855
Counsel for Woodland Hartford, Assoc., LLC
118 W. Adams St. #800
Jacksonville, FL 32202
Phone:  (904) 353-5884
Toll Free: (866) 353-5884
Fax:       (904) 353-5994