## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 3:05-bk-03817-3F1 |
| | ) Chapter 11 |
| WINN-DIXIE STORES, INC., et al., | ) Jointly Administered |
| | ) |
| Debtors. | ) Judge Jerry A. Funk |

### NOTICE OF REQUEST FOR REMOVAL FROM SERVICE LIST AND REQUEST TO STOP ELECTRONIC NOTICE

PLEASE TAKE NOTICE that B. Summer Chandler and the law firm of McKenna Long & Aldridge LLP, as attorneys for LaSalle Bank National Association, as Trustee for the Holders of Bear Stearns Commercial Mortgage Securities Inc., Corporate Lease-Backed Certificates Series 1999-CLF1, hereby requests that it be removed from any and all service lists by e-mail or otherwise in this matter, and receive no further notices, pleadings, motions, orders and other documents filed in this proceeding.

Respectfully submitted this 27th day of February, 2007.

/s/ B. Summer Chandler
B. Summer Chandler

Attorney for LaSalle Bank National Association, as Trustee for the Holders of Bear Stearns Commercial Mortgage Securities Inc., Corporate Lease-Backed Certificates Series 1999-CLF1

McKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, Suite 5300
Atlanta, GA 30308
(404) 527-4000
(404) 527-4198 (facsimile)
schandler@mckennalong.com

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | Case No. 3:05-bk-03817-3F1 |
| | Chapter 11 |
| **WINN-DIXIE STORES, INC., et al.,** | Jointly Administered |
| | |
| Debtors. | Judge Jerry A. Funk |

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the **NOTICE OF REQUEST FOR REMOVAL FROM SERVICE LIST AND REQUEST TO STOP ELECTRONIC NOTICE** was served electronically on the parties which receive electronic notification in these proceedings and via regular U.S. mail or e-mail as noted to the following recipients:

**Via E-mail**

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: D. J. Baker, Jane Leamy, Adam Ravin
Four Times Square
New York, NY 10036
djbaker@skadden.com
jleamy@skadden.com
aravin@skadden.com

Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
ddunne@milbank.com

**Via U.S. Mail**

United States Trustee - JAX
135 W. Central Blvd., Suite 620
Orlando, FL 32801

-2-

This 27th day of February, 2007

                                             /s/ B. Summer Chandler
                                             B. Summer Chandler
                                             Georgia Bar No. 120521
                                             McKENNA LONG & ALDRIDGE LLP
                                             303 Peachtree Street, Suite 5300
                                             Atlanta, GA  30308
                                             (404) 527-4000
                                             (404) 527-4198 (facsimile)
                                             schandler@mckennalong.com

*Attorney for LaSalle Bank National Association, as Trustee for the Holders of Bear Stearns Commercial Mortgage Securities Inc., Corporate Lease-Backed Certificates Series 1999-CLF1*