**[3902a]** [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                             Case No. 3:05−bk−03817−JAF
                                                                   Chapter 11

Winn−Dixie Stores, Inc




       Debtor(s)          /


NOTICE OF RESCHEDULED HEARING

    NOTICE IS GIVEN that a hearing on Motion for Relief from Stay filed by SES Group Miami Springs, LTD is rescheduled to May 7, 2007 at 1:30 p.m. in 4th Floor Courtroom D , 300 North Hogan Street, Jacksonville Florida.


Dated February 28, 2007 .

                        Lee Ann Bennett, Clerk of Court
                        300 North Hogan Street Suite 3−350
                        Jacksonville, FL 32202



Copies furnished to:
Debtors
Attorney for Debtors
U.S. Trustee
Bradley R. Markey, Attorney for Movant
Counsel for Official Committee of Unsecured Creditors