UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Reorganized Debtors.[1] | ) Jointly Administered |

**AGREED ORDER RESOLVING (I) CLAIM NO. 12292 FILED BY ESTATE OF H.C. PLUNKETT, (II) ADMINISTRATIVE EXPENSE CLAIM OF ESTATE OF H.C. PLUNKETT AND (III) CLAIM NO. 8601 FILED BY JEFFERSON-PILOT LIFE INSURANCE COMPANY**

These cases originally came before the Court upon (a) the Thirteenth Omnibus Objection (the "Thirteenth Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"), (b) the Twenty-Fifth Omnibus Objection of the Debtors (the "Twenty-Fifth Objection") and (c) the Request of the Estate of H.C. Plunkett for Allowance and Payment of Administrative Expense Claim (Docket No. 13818) (the "Administrative Expense Request").[2] The Estate of H.C. Plunkett ("Plunkett"), the landlord for Store Nos. 1306 and 1346, filed a response to the Thirteenth Objection, in which Plunkett sought to have claim no. 12292 allowed as an unsecured claim. Jefferson-Pilot Life Insurance Company ("Jefferson-Pilot"), as lender to Plunkett, filed a response to the

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objections.

Twenty-Fifth Objection, in which Jefferson-Pilot opposed the Debtors' objection to claim no. 8601. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim no. 12292 filed by Plunkett is reduced and allowed as an unsecured non-priority claim in the amount of $990,387.14, and the remainder of claim no. 12292 is disallowed. The allowed amount of claim no. 12292 is allocated as follows: (i) $774,116.77 for Winn-Dixie Store No. 1306 located at 5653 Highway 25, Brandon, Mississippi and (ii) $216,270.36 for Winn-Dixie Store No. 1346 located at 476 West 3rd Street, Forest, Mississippi.

2. Claim no. 8601 filed by Jefferson-Pilot is disallowed in its entirety.

3. The claim sought in the Administrative Expense Request is allowed as an administrative expense claim in the amount of $8,300.00.

4. The revised address for all distributions made with respect to claim no. 12292 is as follows:

Estate of H.C. Plunkett
c/o Angela B. Healy, Esq.
Nippes & Healy PLLC
P.O. Box 13492
Jackson, MS  39236-3492

5. This Order resolves all liabilities, obligations, objections and disputes related to (i) all proofs of claim and administrative expense claims filed by Plunkett in these Chapter 11 cases and (ii) any objections to all proofs of claim and administrative expense claims filed by Plunkett in these Chapter 11 cases.

6. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 28 day of February, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | HELD & ISRAEL |
| By /s/ James H. Post<br>James H. Post | By   Adam N. Frisch   *<br>Kimberly Held Israel<br>Florida Bar # 47287<br>Adam N. Frisch<br>Florida Bar # 635308 |
| Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile) | 1301 Riverplace Blvd., Suite 1916<br>Jacksonville, Florida 32207<br>(904) 398-7038<br>(904) 492-4283 (facsimile) |
| -and- | -and- |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC |
| D. J. Baker<br>Sally McDonald Henry<br>Rosalie Walker Gray<br>Jane M. Leamy<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile) | Stephen W. Rosenblatt<br>P.O. Box 22567<br>Jackson, Mississippi 39225<br>(601) 985-4504<br>(601) 985-4500 (facsimile) |
| Co-Counsel for Reorganized Debtors | Counsel for Estate of H.C. Plunkett |
| | NEXSEN PRUET ADAMS KLEEMEIER, PLLC |
| | By   Christine L. Myatt   *<br>Christine L. Myatt |
| | P. O. Box 3463<br>Greensboro, North Carolina 27402<br>(336)-373-1600<br>(336) 273-5357 (facsimile)<br>cmyatt@nexsenpruet.com |
| | Counsel for Jefferson-Pilot Life Insurance Company |
| | *Counsel have authorized their electronic signatures |