**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

**STIPULATION TO FURTHER CONTINUE HEARING ON MOTION
FOR RELIEF FROM STAY FILED BY SHAUN KEVIN JOHNSON,
MICHELLE SUE JOHNSON AND MICAH NICOLE JOHNSON**

The Reorganized Debtors, Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates and Shaun Kevin Johnson, Michelle Sue Johnson and Micah Nicole Johnson (collectively, the "Johnsons") stipulate and agree to (i) the continuance and rescheduling of the Motion for Relief from Stay filed by the Johnsons (the "Motion") (Docket No. 3572) for final hearing on or after July 16, 2007, and (ii) the continuation of the permanent injunction in effect pending the conclusion of such hearing and determination of the Motion. Nothing in this

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Stipulation shall bar the Johnsons from seeking a determination of the scope of, or relief from, the permanent injunction as it may apply to any non-debtor party.

Dated: March 1, 2007

| WILCOX LAW FIRM | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ Robert D. Wilcox*\*<br>     Robert D. Wilcox | By  *s/ Leanne McKnight Prendergast*<br>     Leanne McKnight Prendergast |
| Florida Bar Number 755168<br>6817 Southpoint Parkway, Suite 1302<br>Jacksonville, FL 32216<br>(904) 281-0700<br>(904) 513-9201 Fax<br>rwilcox@wilcoxlawfirm.com | Florida Bar Number 59544<br>225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>lprendergast@smithhulsey.com |
| -and- | -and- |
| Charles R. Godwin, Esquire<br>Alabama Bar ID GOD004<br>10388 Highway 31<br>Atmore, Alabama 36502<br>(251) 368-1417 | SKADDEN, ARPS, SLATE, MEAGHER<br>& FLOM LLP<br>D. J. Baker<br>Sally McDonald Henry<br>Rosalie Walker Gray<br>Four Times Square |
| Attorneys for Shaun Kevin Johnson, Michelle Sue Johnson and Micah Nicole Johnson | New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>rgray@skadden.com |
| \* Counsel has authorized his electronic signature. | Attorneys for the Reorganized Debtors |

00527215.3

2