**[3902a]** [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                    Case No. 3:05−bk−03817−JAF
                                                                          Chapter 11

Winn−Dixie Stores, Inc




_____Debtor(s)_____/


## NOTICE OF RESCHEDULED HEARING

   NOTICE IS GIVEN that a hearing on a Motion for Relief from Stay from Shaun Kevin Johnson, Michelle Sue Johnson and Micah Nicole Johnson is rescheduled to July 30, 2007 at 1:30 p.m. in 4th Floor Courtroom D , 300 North Hogan Street, Jacksonville Florida.


Dated March 1, 2007 .

                                          Lee Ann Bennett, Clerk of Court
                                          300 North Hogan Street Suite 3−350
                                          Jacksonville, FL 32202




Copies furnished to:
Debtors'
Debtor's Attorney
U.S. Trustee
Robert Wilcox, Attorney for Movant
Counsel for Unsecured Creditors Committee