UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors.[1] | ) | Jointly Administered |
| | ) | |

**AGREED ORDER RESOLVING CLAIM NUMBER 10131 FILED
BY CORPORATE PROPERTY ASSOCIATES 9, LP, AS SET FORTH
IN THE DEBTORS' SIXTEENTH OMNIBUS CLAIMS OBJECTION**

These cases originally came before the Court for hearing on August 31, 2006, upon the Sixteenth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors").[2] Included among the several proofs of claim that were the subject of the Objection was claim number 10131 filed by Corporate Property Associates 9, LP. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim no. 10131 filed by Corporate Property Associates 9, LP is fixed and allowed as an unsecured non-priority claim in the amount of $193,280.00 (the "Allowed Claim"), and the remainder of claim no. 10131 is disallowed.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

2. The Allowed Claim will be treated in accordance with plan class 13, and distributions on account of the Allowed Claim shall be made in accordance with section 9.2 of the Debtors' confirmed plan of reorganization.

3. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this __1__ day of March, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| SMITH HULSEY & BUSEY | THE ROSENTHAL LAW FIRM, P.A. |
|---|---|
| By /s/ James H. Post<br>James H. Post<br><br>Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br><br>-and-<br><br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br><br>D. J. Baker<br>Sally McDonald Henry<br>Rosalie Walker Gray<br>Jane M. Leamy<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br><br>Co-Counsel for the Debtors | By: /s/ Jason Rosenthal*<br>Jason Rosenthal<br>212 Pasadena Place, Ste. A<br>Orlando, FL 32803<br><br>- and -<br><br>WILLKIE FARR & GALLAGHER LLP<br>Alan J. Lipkin, Esq.<br>Brian P. Guiney, Esq.<br>787 Seventh Ave.<br>New York, NY 10019<br>bguiney@willkie.com<br>(212) 728-8660<br>(212) 728-9660 (facsimile)<br><br>Counsel for Corporate Property Associates 9, LP<br><br>*Counsel has authorized his electronic signature |

485524-Wilmington Server 1A - MSW