**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In Re: Winn Dixie Stores, Inc., et. al., Debtors
    Case No:    02817-3F1, Chapter 11

### MOTION TO EXTEND DEADLINE

COMES NOW Janett Reeves, unsecured creditor in the above styled cause, and shows unto the Court that she is required to file her Application for Administrative Expense Claim and to do so, will need an extension of 20 days.

In support thereof, the undersigned shows unto the Court the following:

1.   Janett Reeves, creditor herein, retained Goldberg & Associates, P.C. on or about 11/27/2006.

2.   The first notice that Janett Reeves or Goldberg & Associates, P.C., received regarding an administrative expense claim bar date was in a letter from Sedgwick Claims Management, dated 1/24/07, informing the undersigned that this claim would be disallowed.

Creditor avers that no party will be harmed by the Court in granting said extension.

WHEREFORE, PREMISES CONSIDERED, the undersigned prays the Court to grant an extension of 20 days to file its Application for Administrative Expense Claim.

Respectfully submitted,


/s/Dan A. Goldberg
505 North 20th Street, Ste. 325
Birmingham, AL  35203
(205) 322-4700

Certificate of Service

I hereby certify that I have served a copy of the foregoing document on the below listed parties by electronically filing said document on the ECF system, which will in turn serve all interested parties, or by placing same in the United States Mail, this day, March 1, 2007, postage prepaid and properly addressed.

_____
/s/ Dan A. Goldberg

James H. Post, Esq.
Smith, Hulsey & Busey
P.O. Box 53315
Jacksonville, FL  32201

United States Bankruptcy Clerk
300 North Hogan Street
Suite 3-350
Jacksonville, FL  32202