## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

**WINN-DIXIE STORES, INC., <u>et</u> <u>al</u>.,**

Debtors.[1]

Chapter 11

Case No. 05-03817-3F1

(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.  I am of legal age and I am not a party to this action.

2.  I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.  On or about February 27, 2007 I caused copies of:

•  the **Order Correcting Order Dated February 22, 2007 (Docket No. 15277) (A) Disallowing Improperly Filed Claims, (B) Disallowing No Liability Claims, (C) Disallowing No Liability Misclassified Claims, (D) Disallowing Late Claims, (E) Disallowing Late With Remaining Claims, (F) Reducing Overstated Claims and (G) Reducing and Reclassifying Overstated Misclassified Claims, as Set Forth in the Debtors' Twenty-Ninth Omnibus Claims Objection to Amend Exhibits 1 and D (Docket No. 15301)**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served order as listed above is attached hereto as Exhibit B.

Dated: March 2, 2007

_____
Kathleen M. Logan

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

**Order Correcting Order Dated February 22, 2007
(Docket No. 15277) (A) Disallowing Improperly Filed
Claims (B) Disallowing No Liability Claims (C) Disallowing
No Liability Misclassified Claims (D) Disallowing Late Claim
et al as Set Forth in the Debtors' Twenty-Ninth Omni Obj**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 537614-BA<br>ABRAMS, SARAH<br>C/O CHIKOVSKY, BEN & SCHAFER, PA<br>ATTN LAWRENCE S BEN, ESQ<br>1720 HARRISON STREET, SUITE 7A<br>HOLLYWOOD FL 33020 | CREDITOR ID: 558236-15<br>ALVERNIA, MAYHELA N<br>C/O LAW OFFICE OF ARMANDO A PEREZ<br>ATTN ARMANDO A PEREZ, ESQ.<br>701 SW 27TH AVENUE, SUITE 1205<br>MIAMI FL 33135 | CREDITOR ID: 381751-15<br>AMERICAN STAR PLASTICS<br>C/O EAST CONTINENTAL SUPPLIES, LLC<br>ATTN GIGI WOLF, MGR<br>440 WEST 20 STREET<br>HIALEAH FL 33010 |
| CREDITOR ID: 535194-BA<br>ARMSTRONG, PENNY J<br>8709 TROLLEY COVE<br>MONTGOMERY AL 36116 | CREDITOR ID: 392758-55<br>AS-SABAH, SHADIYAH<br>C/O MORGAN & MORGAN, PA<br>ATTN ALEXANDER BILLIAS, ESQ<br>PO BOX 9504<br>FT MYERS FL 33906 | CREDITOR ID: 537709-BA<br>BEERE, KAREN<br>C/O BARNES BARNES & COHEN PA<br>ATTN T JERRY SNIDER, ESQ<br>1843 ATLANTIC BLVD<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 539040-15<br>BELK, BV JR<br>C/O BV BELK PROPERTIES<br>ATTN R KEITH NEELY<br>4508 E INDEPENDENCE BLVD, STE 207<br>CHARLOTTE NC 28205 | CREDITOR ID: 539040-15<br>BELK, BV JR<br>C/O KELLEY DRYE & WARREN, LLP<br>ATTN: JAMES S. CARR, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178 | CREDITOR ID: 416259-15<br>BENTLEY, FRED D SR<br>C/O FURR AND COHEN, PA<br>ATTN ALVIN S GOLDSTEIN, ESQ<br>2255 GLADES ROAD, SUITE 337W<br>BOCA RATON FL 33431 |
| CREDITOR ID: 535299-BA<br>BIRD, ELIZABETH<br>34466 ORIOLE TERRACE<br>RIDGE MANOR FL 33523 | CREDITOR ID: 535299-BA<br>BIRD, ELIZABETH<br>HUDGINS LAW FIRM<br>ATTN DREW BEN HUDGINS, ESQ<br>38453 FIFTH AVENUE<br>ZEPHYRHILLS FL 33542 | CREDITOR ID: 537736-BA<br>BOWEN, CAROL<br>C/O LAW OFFICES OF ROY L GLASS<br>ATTN ROY L GLASS, ESQ<br>5501 CENTRAL AVE<br>ST PETERSBURG FL 33710 |
| CREDITOR ID: 537745-BA<br>BRELSFORD, JEFF<br>C/O KOLODINSKY SEITZ TRESHER ET AL<br>ATTN RICK TRESHER, ESQ<br>647 S RIDGEWOOD AVE<br>DAYTONA BEACH FL 32114 | CREDITOR ID: 537752-BA<br>BROWN, DEBORAH BONNER<br>C/O CHRIS JOHNS & ASSOCIATES<br>ATTN DONALD METCALF, ESQ.<br>4901 ATLANTIC BLVD<br>JACKSONVILLE FL 32207 | CREDITOR ID: 535069-BA<br>CAMPBELL, LINDA<br>PO BOX 91115<br>MOBILE AL 36691 |
| CREDITOR ID: 537800-BA<br>CANNON, MICHELLE<br>C/O JACKIE WEHRLY LAW OFFICE<br>ATTN JACKIE WEHRLY, ESQ<br>9951 ATLANTIC BLVD, #474<br>JACKSONVILLE FL 32225 | CREDITOR ID: 535078-BA<br>CAPEHART, BELINDA L<br>79 UNDERWOOD TRAIL<br>PALM COAST FL 32164 | CREDITOR ID: 535078-BA<br>CAPEHART, BELINDA L<br>C/O JAMES W LEDFORD, PA<br>ATTN JAMES W LEDFORD, ESQ.<br>787 SOUTH YONGE STREET<br>ORMOND BEACH FL 32174 |
| CREDITOR ID: 492840-97<br>CARDINAL CAPITAL PARTNERS INC<br>EMPLOYEE PROFIT SHARING PLAN/TRUST<br>AKA CCP EMPLOYEE PROFIT SHARING PLA<br>C/O SCOTT HAIRE<br>8214 WESTCHESTER DR 9TH FLR<br>DALLAS TX 75225 | CREDITOR ID: 399480-82<br>CARROLL, TINA<br>505 CORNELL AVENUE<br>MELBOURNE  FL 32901 | CREDITOR ID: 410561-15<br>CCP EMP PROFIT SHARING PLAN & TRUST<br>C/O HIERSCHE HAYWARD DRAKELEY ET AL<br>ATTN RUSSELL W MILLS, ESQ<br>15303 DALLAS PARKWAY, SUITE 700<br>ADDISON TX 75001 |
| CREDITOR ID: 546524-BI<br>CENTRAL REFRIGERATED SERVICES INC<br>ATTN PATTI DIXON, A/R<br>PO BOX 27358<br>SALT LAKE CITY UT 84127-0358 | CREDITOR ID: 245574-12<br>CITY OF BELTON<br>ATTN LAURIE E KENNEDY, TREASURER<br>PO BOX 828<br>BELTON, SC 29627-0828 | CREDITOR ID: 558308-15<br>CITY OF PALMETTO, FL<br>ATTN CHERYL A MILLER, SR ACCTS<br>516 8TH AVENUE WEST<br>PALMETTO FL 34220-1209 |
| CREDITOR ID: 266176-14<br>COUNTY OF AUTAUGA<br>ATTN TOMMY T RAY, REV COMM<br>218 N COURT ST<br>PRATTVILLE AL 36067-3004 | CREDITOR ID: 374386-44<br>COUNTY OF COFFEE REV COMMISSIONER<br>ATTN RONALD L BURNS, REVENUE COMM<br>PO BOX 311606<br>ENTERPRISE, AL 36331 | CREDITOR ID: 558304-15<br>COUNTY OF CRISP TAX COMMISSIONER<br>ATTN CRICKET ADKINS, TAX COMM<br>210 SOUTH 7TH STREET<br>CORDELE GA 31015 |

**SERVICE LIST**

**Order Correcting Order Dated February 22, 2007**
**(Docket No. 15277) (A) Disallowing Improperly Filed**
**Claims (B) Disallowing No Liability Claims (C) Disallowing**
**No Liability Misclassified Claims (D) Disallowing Late Claim**
**et al as Set Forth in the Debtors' Twenty-Ninth Omni Obj**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                       **CASE:    05-03817-3F1**

CREDITOR ID: 407675-15
COUNTY OF DALLAS, ET AL
ATTN TAMMY JONES KING, TAX COLL
PO BOX 987
SELMA AL 36702-0987

CREDITOR ID: 318691-43
COUNTY OF GREENVILLE TAX COLLECTOR
ATTN THERESA RICH
301 UNIVERSITY RIDGE, SUITE 700
GREENVILLE SC 29601

CREDITOR ID: 408229-15
COUNTY OF JEFFERSON, AL
ATTN GROVER DUNN, ASST TAX COLL
PO BOX 1190
BESSEMER AL 35021-1190

CREDITOR ID: 240552-06
COUNTY OF LOUISVILLE JEFFERSON
METRO REVENUE COMMISSION
ATTN KIM G JOHNSON/TERRI A GERAGHTY
PO BOX 35410
LOUISVILLE KY 40232-5410

CREDITOR ID: 558338-15
COUNTY OF MARION, MS TAX COLLECTOR
ATTN MARSHALL BYRD, TAX ASSESSOR
250 BROAD STREET, SUITE 3
COLUMBIA MS 39429

CREDITOR ID: 318790-43
COUNTY OF MOBILE, AL
ATTN MARILYN E WOOD, REVENUE COMM
PO BOX 1169
MOBILE, AL 36633-1169

CREDITOR ID: 318503-42
COUNTY OF TROUP TAX COMM
ATTN GARY S WOOD, TAX COMMISSIONER
100 RIDLEY AVENUE
LAGRANGE GA 30240

CREDITOR ID: 318515-42
COUNTY OF VANCE TAX COLLECTOR
ATTN JOHNNIE W BURTON, TAX ASST
122 YOUNG STREET, SUITE E
HENDERSON, NC 27536-4268

CREDITOR ID: 535600-BA
CRUZ, ISABEL
2501 LESLIE STREET #153
FLAGLER BEACH FL 32136

CREDITOR ID: 535600-BA
CRUZ, ISABEL
C/O BOGIN, MUNNS & MUNNS
ATTN MARK A MATOVINA, ESQ.
687 BEVILLE ROAD
SOUTH DAYTONA FL 32119

CREDITOR ID: 399487-82
DATCHER, ARNGELETTA
605 SUHTAI CT, APT 301
VIRGINIA BEACH VA 23451-4266

CREDITOR ID: 537908-BA
DAVIS, EDMINA
C/O LAW OFFICE OF JAN PETER WEISS
ATTN JAN PETER WEISS, ESQ
917 N DIXIE HWY, 2ND FL
LAKE WORTH FL 33460

CREDITOR ID: 537909-BA
DAVIS, HARRIETT
C/O HENRY LAFFER, PA
ATTN HENRY LAFFER, ESQ
8927 HYPOLUXO RD, STE A-5
LAKE WORTH FL 33467

CREDITOR ID: 2180-99
DAY PROPERTIES LLC
C/O MCELWEE FIRM PLLC
ATTN ROBERT P LANEY, ESQ
906 MAIN STREET
NORTH WILKESBORO NC 28659

CREDITOR ID: 558254-07
DAY PROPERTIES LLC
119 SANDWEDGE ROAD
WILKESBORO NC 28697

CREDITOR ID: 537925-BA
DEMARTINO, BARBARA
C/O KOPPEL AND BATES LAW OFFICES
ATTN DOUGLAS L BATES, ESQ
817 S UNIVERSITY DR, STE 100
PLANTATION FL 33324

CREDITOR ID: 410863-15
DIAZ, MARIA
C/O CORIROSSI & BENNETT
ATTN SCOTT BENNETT, ESQ
GROVE PLAZA, 2ND FLOOR
2900 MIDDLE STREET
COCONUT GROVE FL 33133

CREDITOR ID: 537946-BA
DINKINS, SHAKKARA
C/O COBB SHEALY CRUM & DERRICK, PA
ATTN H WARREN COBB JR, ESQ
PO BOX 2047
DOTHAN AL 36302-6346

CREDITOR ID: 558340-15
DONAHUE, DARLENE
C/O GILMAN & ASSOCIATES
ATTN RAMONA L TOLLEY, ESQ
400 SE 9TH STREET
FORT LAUDERDALE FL 33316

CREDITOR ID: 558328-15
DONNATIEN, JUNE
C/O CHALIK & CHALIK, PA
ATTN JASON CHALIK, ESQ
10063 NW 1 COURT
PLANTATION FL 33324

CREDITOR ID: 537972-BA
EARLES, STEVEN
C/O GOLDMAN, DASZKAL, CUTLER, ET AL
ATTN ALEX DASZKAL, ESQ
1630 W HILLSBORO BLVD
DEERFIELD BEACH FL 33442

CREDITOR ID: 248904-12
ELIZABETHTON ELECTRIC SYSTEM
ATTN ANDREA TALBERT, DIR ACCT/FIN
PO BOX 790
ELIZABETHTON TN 37644-0790

CREDITOR ID: 558302-15
FAGG, KRISTEN (MINOR)
C/O CONNIE CARTWRIGHT, PARENT
PO BXO 6094
BRANDON FL 33508

CREDITOR ID: 404006-15
FEDEX FREIGHT EAST, INC
ATTN BRADY MOORE/JEFF JONES SR MGR
DELIVERY CODE 2259
2200 FORWARD DR
PO BOX 840
HARRISON AR 72602-0840

CREDITOR ID: 537994-BA
FELTON, LAURA
C/O MERRITT & WATSON, PA
ATTN RONALD WATSON ESQ
1500 E ORANGE AVENUE
EUSTIS FL 32726-4399

CREDITOR ID: 558316-15
FOREMAN, JOYCE
C/O SCOTT A DARTEZ
PO BOX 53597
LAFAYETTE LA 70505

CREDITOR ID: 555515-BC
FOREMAN, JOYCE
215 ELAINE STREET
ABBEVILLE LA 70510

**SERVICE LIST**
**Order Correcting Order Dated February 22, 2007**
**(Docket No. 15277) (A) Disallowing Improperly Filed**
**Claims (B) Disallowing No Liability Claims (C) Disallowing**
**No Liability Misclassified Claims (D) Disallowing Late Claim**
**et al as Set Forth in the Debtors' Twenty-Ninth Omni Obj**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

CREDITOR ID: 535857-BA
FREEMAN, KEISHA
601 NORTH 7TH STREET
HAINES CITY FL 33844

CREDITOR ID: 535857-BA
FREEMAN, KEISHA
C/O MORGAN & MORGAN, PA
ATTN WILLIAM R DANIEL, ESQ.
201 N FRANKLIN STREET, 7TH FL
TAMPA FL 33602

CREDITOR ID: 535866-BA
GABB, RACHEL (MINOR)
C/O TONRY & GINART LAW OFFICES LLC
ATTN R A TONRY/M C GINART JR, ESQS
2114 PARIS RD
PO BOX 32
CHALMETTE LA 70044-0032

CREDITOR ID: 558314-15
GAHAGAN, LISA ANN & SEAN
C/O G WIIIIAM ALLEN, JR, ESQ
310 SOUTHEAST 13TH STREET
FORT LAUDERDALE FL 33316

CREDITOR ID: 558215-15
GORDON, VALERIE MARIE
C/O LAW OFFICE OF LARRY DERSONA
ATTN LARRY DERSONA, ESQ
4420 NORTH BOULEVARD, SUITE 102
BATON ROUGE LA 70806

CREDITOR ID: 537853-BA
GRANT, MARY
C/O DAVID I FUCHS, PA LAW OFFICES
ATTN DAVID I. FUCHS, ESQ
8 SE 8TH STREET
FORT LAUDERDALE FL 33316

CREDITOR ID: 535990-BA
GREENMAN, MICHAEL
19800 SW 180TH AVE, # 57
MIAMI FL 33187

CREDITOR ID: 536006-BA
GROODY, RENEE
1912 WOODCREST DRIVE
ORMOND BEACH FL 32174

CREDITOR ID: 538138-BA
GUILLORY, ARTHER
C/O JOHN FONTENOT LAW OFFICES
ATTN DAN P FONTENOT, ESQ
140 N SECOND STREET
PO BOX 1286
EUNICE LA 70535

CREDITOR ID: 538149-BA
HALL, GLORIA LAURITA
C/O DANIEL UPTON PERRY & MORRIS PC
ATTN MARK J UPTON, ESQ
PO BOX 1800
DAPHNE AL 36526

CREDITOR ID: 536048-BA
HAMMER, SYDEL & IRA
2295 SOUTH OCEAN BLVD, #504
PALM BEACH FL 33480

CREDITOR ID: 536048-BA
HAMMER, SYDEL & IRA
C/O SEARCY DENNEY SCAROLA ET AL
ATTN F GREGORY BARNHART, ESQ.
PO BOX 3626
WEST PALM BEACH FL 33402-3626

CREDITOR ID: 538173-BA
HAWKES, MICHONE
C/O GOLDMAN DASZKAL CUTLER ET AL
ATTN JEFFREY D KIRBY, ESQ
1630 W HILLSBORO BLVD
DEERFIELD BEACH FL 33442

CREDITOR ID: 538191-BA
HERNANDEZ, BRIEN
C/O WALKLEY AND WALKLEY
ATTN BUDDY D FORD, ESQ
115 N MACDILL AVENUE
TAMPA FL 33609

CREDITOR ID: 536132-BA
HINES, ANGELA
PO BOX 4908
ALBANY GA 31706

CREDITOR ID: 538235-BA
JACK, LUCINDA
C/O DAN P FONTENOT, ESQ
140 N SECOND ST
PO BOX 1286
EUNICE LA 70535

CREDITOR ID: 558317-15
JAMES, PATRICIA
C/O HOWARD P ALTERMAN, PA
325 SOUTH DIXIE HIGHWAY, STE 2
LAKE WORTH FL 33460

CREDITOR ID: 538249-BA
JARREAU, VERONICA
C/O FELICIA F DAVIS LAW OFFICES
ATTN FELICIA F. DAVIS, ESQ
750 LOUISANA AVENUE, SUITE A
PO BOX 1236
PORT ALLEN LA 70767

CREDITOR ID: 538265-BA
JOHNSON, LORETTA
C/O CORIROSSI & BENNETT
ATTN ROBERT G CORIROSSI, ESQ
GROVE PLAZA - 2ND  FL
2900 MIDDLE STREET
COCONUT GROVE FL 33133

CREDITOR ID: 558181-15
KEYS ENERGY SERVICES
ATTN SABRINA V HAUL, CUST SVC SUPV
1001 JAMES STREET
KEY WEST FL 33040

CREDITOR ID: 253934-12
KEYS ENERGY SERVICES
PO BOX 6048
KEY WEST, FL 33041-6048

CREDITOR ID: 558337-15
KNIGHT, GAIL D
C/O DINAN & CATANIA, LLC
ATTN CALLY E CATANIA, ESQ
13336 N CENTRAL AVENUE
TAMPA FL 33612

CREDITOR ID: 388383-54
LEE, ESTHER
100 NW 8TH AVENUE
HALLANDALE FL 33009

CREDITOR ID: 538349-BA
LEONCE, GERDA
C/O EVAN D FRANKEL PA LAW OFFICES
ATTN EVAN D FRANKEL, ESQ
8025 BISCAYNE BLVD
MIAMI FL 33138

CREDITOR ID: 558334-15
LINDSEY, EDDIE L
936 MCKENZIE AVE
PANAMA CITY FL 32401

CREDITOR ID: 538375-BA
LOWTHER, HILDEGARD M
C/O KMIEC LAW OFFICES
ATTN STEVEN G KMIEC, ESQ
3741 WEST NATIONAL AVENUE
MILWAUKEE WI 53215

CREDITOR ID: 538123-BA
MAGEE, MARLEE
C/O MYLES, COOK & DAY
ATTN LONNY MYLES/E A PRATTINI, ESQS
1575 CHURCH STREET
ZACHARY LA 70791

**SERVICE LIST**

**Order Correcting Order Dated February 22, 2007**
**(Docket No. 15277) (A) Disallowing Improperly Filed**
**Claims (B) Disallowing No Liability Claims (C) Disallowing**
**No Liability Misclassified Claims (D) Disallowing Late Claim**
**et al as Set Forth in the Debtors' Twenty-Ninth Omni Obj**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 538134-BA<br>MARCHESE, SANDRA & EUGENE<br>C/O MANEY & GORDON, PA<br>ATTN RICHARD D GIGLIO, ESQ<br>101 E KENNEDY BLVD, STE 3170<br>TAMPA FL 33602 | CREDITOR ID: 538391-BA<br>MARTIN, LORETTA L<br>C/O THE MIMS LAW FIRM<br>ATTN JULIETTE B MIMS/HENRY J MIMS<br>100 E POINSETT STREET<br>GREER SC 29651 | CREDITOR ID: 538420-BA<br>MATTHEWMAN, MARLENE<br>C/O HENRY A LOPEZ-AGUIAR, PA<br>ATTN HENRY A LOPEZ-AGUIAR, ESQ<br>9415 SUNSET DRIVE, SUITE 119<br>MIAMI FL 33173 |
| CREDITOR ID: 538441-BA<br>MCGREW, LOUISE<br>C/O THIRY & CADDELL<br>ATTN HENRY H CADDELL, ESQ<br>1911 GOVERNMENT STREET<br>MOBILE AL 36606 | CREDITOR ID: 538454-BA<br>MENARDY, PATRICIA<br>C/O GOLDMAN DASKEL CUTLER ET AL<br>ATTN GLENN GOLDMAN, ESQ<br>1630 WEST HILLSBORO BLVD<br>DEERFIELD BEACH FL 33442 | CREDITOR ID: 536612-BA<br>MILLER, LEVI D<br>317 HORSESHOE DRIVE<br>SHELBY NC 28150 |
| CREDITOR ID: 538474-BA<br>MINION, DORIS<br>C/O DAVID I FUCHS, PA LAW OFFICES<br>ATTN DAVID I FUCHS, ESQ<br>8 SE 8TH STREET<br>FORT LAUDERDALE FL 33316 | CREDITOR ID: 558333-15<br>MOORE, LULA SCOTT<br>C/O ALFRED F MCCALEB, III<br>PO BOX 1147<br>LIVINGSTON LA 70754 | CREDITOR ID: 536669-BA<br>MOSES, TAMMIE<br>4230 LAMORE STREET, APT A<br>COLUMBUS GA 31907 |
| CREDITOR ID: 536684-BA<br>MURDOCK, LISA<br>PO BOX 2064<br>ZEPHYRHILLS FL 33539 | CREDITOR ID: 278932-30<br>NATURES FLOWERS<br>PO BOX  522498<br>MIAMI, FL 33152-2498 | CREDITOR ID: 539017-W9<br>NATURES FLOWERS<br>ATTN BRIAN LEE, VP<br>2605 NW 77 AVE<br>MIAMI FL 33122 |
| CREDITOR ID: 539017-W9<br>NATURES FLOWERS<br>C/O LAW OFFICE OF EDWARD MALAVENDA<br>ATTN EDWARD MALAVENDA, ESQ.<br>PO BOX 52-2498<br>MIAMI FL 33152 | CREDITOR ID: 558309-15<br>NUTECH FIRE & SECURITY INC<br>ATTN GREG S DETARDO, PRESIDENT<br>150 CANDACE DRIVE<br>MAITLAND FL 32751 | CREDITOR ID: 558319-15<br>OATS, FAYE<br>1230 SHANNONBROOK DR<br>NEWTON NC 28658 |
| CREDITOR ID: 558319-15<br>OATS, FAYE<br>C/O LOVEKIN, YOUNG & ORNDOFF<br>ATTN GARY F. YOUNG, ESQ<br>27 FIRST AVENUE, NE<br>HICKORY NC 28601 | CREDITOR ID: 376511-44<br>PARISH OF ST MARY<br>ATTN DAVID A NAQUIN,  SHERIFF<br>PO BOX 571<br>FRANKLIN LA 70538 | CREDITOR ID: 538565-BA<br>PEASE, KATHERINE<br>C/O KELLY B MATHIS, PA<br>ATTN JAMES T MURPHY, ESQ<br>50 NORTH LAURA STREET, SUITE 1700<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 2477-07<br>PHOENIX JR INC<br>C/O HELD & ISRAEL<br>ATTN KIMBERLY HELD ISRAEL, ESQ<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 2477-07<br>PHOENIX JR INC<br>ATTN: DUSHYANT K GULATI, PHD<br>186 BAYSIDE DRIVE<br>PO BOX 3211<br>CLEARWATER FL 33767 | CREDITOR ID: 2477-07<br>PHOENIX JR INC<br>C/O HELD & ISRAEL<br>ATTN ADAM N FRISCH, ESQ<br>RIVERPLACE TOWER, SUITE 1916<br>1301 RIVERPLACE BLVD<br>JACKSONVILLE FL 32207-9073 |
| CREDITOR ID: 556844-BC<br>POLLOCK, PAMELA D<br>5400 JOYNER AVENUE<br>SPRING HILL FL 34608 | CREDITOR ID: 539030-15<br>PRINCIPAL LIFE INSURANCE CO<br>ATTN ELAINE CONKEL, SR FIN ACCT<br>711 HIGH STREET<br>DES MOINES IA 50392 | CREDITOR ID: 492841-98<br>PRINCIPAL LIFE INSURANCE COMPANY<br>C/O PRINCIPAL REAL ESTATE INVESTORS<br>ATTN DARIN BENNIGSDORF<br>801 GRAND AVE<br>DES MOINES IA 50392-1450 |
| CREDITOR ID: 492841-98<br>PRINCIPAL LIFE INSURANCE COMPANY<br>C/O DUANE MORRIS LLP<br>ATTN MARGERY N REED, ESQ<br>30 SOUTH 17TH STREET<br>PHILADELPHIA PA 19103 4196 | CREDITOR ID: 558301-15<br>RANDOLF, MAMIE L<br>C/O PAUL BILLINGSLEY LAW OFFICES<br>ATTN PAUL L BILLINGSLEY, ESQ<br>1000 N MORRISON BLVD, SUITE E<br>HAMMOND LA 70401 | CREDITOR ID: 536931-BA<br>REED, AMY<br>603 JEAN STREET #1<br>DAYTONA BEACH FL 32114 |

**SERVICE LIST**

**Order Correcting Order Dated February 22, 2007
(Docket No. 15277) (A) Disallowing Improperly Filed
Claims (B) Disallowing No Liability Claims (C) Disallowing
No Liability Misclassified Claims (D) Disallowing Late Claim
et al as Set Forth in the Debtors' Twenty-Ninth Omni Obj**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                       **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 536955-BA<br>RICH, MARY<br>4536 WOODLEDGE DRIVE<br>MONTGOMERY AL 36109 | CREDITOR ID: 558336-15<br>RICHARDSON, AVIS<br>C/O ROBERT D MELTON, PA<br>ATTN ROBERT D MELTON, ESQ<br>PO BOX 1032<br>ORLANDO FL 32802 | CREDITOR ID: 538665-BA<br>RODRIGUEZ, BELINDA<br>C/OCHALIK & CHALIK, PA<br>ATTN DEBI CHALIK, ESQ<br>10063 NW 1ST COURT<br>PLANTATION FL 33324 |
| CREDITOR ID: 537050-BA<br>ROY, SHERYL M<br>172 CAPRONA STREET<br>SEBASTIAN FL 32958 | CREDITOR ID: 538711-BA<br>RUDD, COLLEEN<br>C/O KRONLAGE & KRONLAGE, APLC<br>ATTN CURTIS C KRONLAGE, ESQ<br>717 ST CHARLES AVENUE<br>NEW ORLEANS LA 70130 | CREDITOR ID: 538722-BA<br>SAINT JUSTE, EDLINE<br>C/O JOHN T KENNEDY PA LAW OFFICES<br>ATTN RENEE DELAHUNTY, ESQ<br>477 SE RIVERSIDE DRIVE<br>STUART FL 34994 |
| CREDITOR ID: 537123-BA<br>SEJOUR, NAYANNE<br>411 METCALF COURT, APT 411<br>WEST PALM BEACH FL 33407 | CREDITOR ID: 557170-BC<br>SERONI, MARIE A<br>4752 SW BIMINI CIRCLE N<br>PALM CITY FL 34990 | CREDITOR ID: 538769-BA<br>SIMON, INGRID<br>C/O DRAPER LAW OFFICE<br>ATTN WILLIAM LACKO, CLAIMS MGR<br>705 WEST EMMETT STREET<br>KISSIMMEE FL 34741 |
| CREDITOR ID: 558329-15<br>SOLOMAN, KATHERINE<br>C/O LEWIS, MORTELL & LEWIS<br>ATTN JD LEWIS, ESQ<br>1115 E OCEAN BLVD<br>STUART FL 34996 | CREDITOR ID: 537207-BA<br>STAGGERS, ROSE M<br>PO BOX 15403<br>SAINT PETERSBURG FL 33733 | CREDITOR ID: 417108-15<br>STATE OF ALABAMA<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: BILL PRYOR, ESQ<br>STATE HOUSE<br>11 S UNION STREET<br>MONTGOMERY AL 36130-0152 |
| CREDITOR ID: 417108-15<br>STATE OF ALABAMA<br>ATTN JOY WIGGINS, TAX COLLECTOR<br>PO BOX 407<br>BREWTON AL 36427 | CREDITOR ID: 406030-15<br>STATE OF OHIO WORKERS COMP BUREAU<br>ATTORNEY GENERAL STATE OF OHIO<br>ATTN ANGELA HUFFMAN<br>COLLECTION ENFORCEMENT<br>150 E GAY ST, 21ST FLOOR<br>COLUMBUS OH 43215 | CREDITOR ID: 406030-15<br>STATE OF OHIO WORKERS COMP BUREAU<br>LAW SECTION, BANKR UNIT<br>ATTN LARRY RHODEBECK, ESQ<br>30 W SPRING STREET<br>PO BOX 15567<br>COLUMBUS OH 43215-0567 |
| CREDITOR ID: 381921-15<br>STATE OF TENNESSEE REV DEPT<br>C/O ATTORNEY GENERAL<br>ATTN WILBUR E HOOKS JR<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | CREDITOR ID: 543284-BI<br>STRAIGHT ARROW PRODUCTS, INC<br>ATTN CATHERINE PENYAK, VP FINANCE<br>PO BOX 20350<br>LEHIGH VALLEY PA 18002-0350 | CREDITOR ID: 263589-12<br>TRUCKS INC<br>ATTN HELEN WILLIS/RON SCOTT<br>105 SHORT ROAD<br>JACKSON, GA 30233 |
| CREDITOR ID: 558339-15<br>USIS COMMERCIAL SERVICES INC<br>ATTN BETTY WAHL, COLLECTION MGR<br>4500 S 129TH EAST AVENUE, SUITE 200<br>TULSA OK 74134-5885 | CREDITOR ID: 263962-12<br>USIS COMMERCIAL SERVICES INC<br>DEPT NO 130<br>PO BOX 21228<br>TULSA, OK 74121-1228 | CREDITOR ID: 558342-15<br>VEGA, MARTHA<br>C/O BRADEN, GONZALEZ & ASSOCIATES<br>ATTN ROMUALDO GONZALEZ, ESQ<br>228 ST CHARLES AVENUE, SUITE 1230<br>NEW ORLEANS LA 70130 |
| CREDITOR ID: 538924-BA<br>WADE, LEIGH<br>C/O GALE & GALE, PC<br>ATTN JEFFREY N GALE, ESQ<br>917 WESTERN AMERICA CIRCLE, STE 205<br>MOBILE AL 36609 | CREDITOR ID: 538924-BA<br>WADE, LEIGH<br>C/O THE WEAVER LAW FIRM<br>MEREDITH N BRASCA<br>2633 HERSCHEL STREET<br>JACKSONVILLE FL 32204 | CREDITOR ID: 538978-BA<br>WILSON, CHARLENE & HOLDER, TRACIE<br>C/O ROBERT P DISTEFANO PA<br>ATTN ROBERT P DISTEFANO ESQ<br>7471 W OAKLAND PARK BLVD, SUITE 106<br>FORT LAUDERDALE FL 33319 |
| CREDITOR ID: 538979-BA<br>WILTON, CAROL M<br>C/O LAW OFFICE OF PHYLISS C COCI<br>ATTN PHYLISS C COCI, ESQ<br>3422 CLEARY AVENUE, SUITE E<br>METAIRIE LA 70002 | | |

**Total:    133**

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors.[1] | ) | Jointly Administered |

ORDER CORRECTING ORDER DATED FEBRUARY 22, 2007
(DOCKET NO. 15277) (A) DISALLOWING IMPROPERLY FILED
CLAIMS, (B) DISALLOWING NO LIABILITY CLAIMS, (C)
DISALLOWING NO LIABILITY MISCLASSIFIED CLAIM, (D)
DISALLOWING LATE CLAIMS, (E) DISALLOWING LATE WITH
REMAINING CLAIMS, (F) REDUCING OVERSTATED CLAIMS AND (G)
REDUCING AND RECLASSIFYING OVERSTATED MISCLASSIFIED
CLAIMS, AS SET FORTH IN THE DEBTORS' TWENTY-NINTH
OMNIBUS CLAIMS OBJECTION TO AMEND EXHIBITS 1 AND D[2]

These cases came before the Court for hearing on February 22, 2007,

upon the Twenty-Ninth Omnibus Objection (the "Objection") of Winn-Dixie Stores,

Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to

the proofs of claim listed on Exhibits A through G (the "Disputed Claims").[3] Several

formal and informal responses to the Objection were filed or raised (collectively, the

"Unresolved Responses"), as a result of which the Debtors have agreed to continue

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] Exhibit 1 is amended to add Claim No. 13673 of Esther Lee and Exhibit D is amended to remove Claim No. 13673 of Esther Lee.

[3] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

the Objection with respect to the claims listed on Exhibit 1, which claims have been removed from Exhibits A through G.  Upon consideration, it is

ORDERED AND ADJUDGED:

1.      The Objection is sustained, as set forth below.

2.      The Improperly Filed Claims listed on Exhibit A are disallowed in their entirety, without prejudice to the rights, claims or defenses of the Debtors or the claimants with respect to any timely or untimely applications for administrative expense claims or any motions related to such applications.

3.      The No Liability Claims listed on Exhibit B are disallowed in their entirety.

4.      The No Liability Misclassified Claim listed on Exhibit C is disallowed in its entirety.

5.      The Late Claims listed on Exhibit D are disallowed in their entirety.

6.      The Late With Remaining Claims listed on Exhibit E are disallowed in their entirety.

7.      The Overstated Claims listed on Exhibit F are reduced to the amounts set forth on Exhibit F under the heading Reduced Claim Amount and the amounts exceeding the Reduced Claim Amount are disallowed.

8.      The Overstated Misclassified Claim listed on Exhibit G is reduced to the amount set forth on Exhibit G under the heading Reduced Claim Amount and the amount exceeding the Reduced Claim Amount is disallowed.  The asserted class status alleged for the Overstated Misclassified Claim listed on Exhibit G is denied; and the Overstated Misclassified Claim is reclassified as specified on Exhibit G under the heading Modified Class Status.

2

9.      The hearing to consider the Objection with respect to the Unresolved Responses is continued until further order of the Court upon the motion of any party in interest.

10.     Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order is deemed a separate Order with respect to each claim.  Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

11.     Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

12.     Except as otherwise agreed between the Debtors and a particular claimant, this Order is without prejudice to the Debtors' right to file any further objection they may have to the Disputed Claims or the Remaining Claims.

Dated this 26 day of February, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

**EXHIBIT 1**

**WINN-DIXIE STORES, INC., ET AL.**
TWENTY-NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT 1 - ADJOURNED CLAIMS

Page 1 of 1
2/22/2007

| Creditor Name | Claim No. | Exhibit |
|---|---|---|
| ABRAMS, SARAH | 13744 | EXHIBIT A |
| ALVERNIA, MAYHELA N | 13675 | EXHIBIT A |
| BECKER, JULIE | 13745 | EXHIBIT A |
| BELK, BV JR | 13638 | EXHIBIT D |
| COUNTY OF VANCE TAX COLLECTOR | 13693 | EXHIBIT A |
| FAGG, KRISTEN (MINOR) | 13688 | EXHIBIT A |
| GORDON, VALERIE MARIE | 13670 | EXHIBIT A |
| LEE, ESTHER | 13673 | EXHIBIT D |
| MATTHEWMAN, MARLENE | 13728 | EXHIBIT A |
| OATS, FAYE | 13711 | EXHIBIT A |
| PHOENIX JR INC | 13619 | EXHIBIT F |
| STATE OF TENNESSEE REV DEPT | 13645 | EXHIBIT F |
| STATE OF TENNESSEE REV DEPT | 13644 | EXHIBIT G |
| STATE OF TENNESSEE REV DEPT | 13641 | EXHIBIT F |
| **Total Claims:** | **14** | |

Case 3:05-bk-03817-JAF   Document 15301   Filed 02/26/2007   Page 6 of 36

# EXHIBIT A

WINN-DIXIE STORES, INC., ET AL.
TWENTY-NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - IMPROPERLY FILED CLAIMS TO BE DISALLOWED

Page: 1 of 17
Date: 02/21/2007

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 535194**<br>ARMSTRONG, PENNY J<br>8709 TROLLEY COVE<br>MONTGOMERY AL 36116 | 13750<br>Debtor: WINN-DIXIE STORES, INC. | $1,341.33 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 537709**<br>BEERE, KAREN<br>C/O BARNES BARNES & COHEN PA<br>ATTN T JERRY SNIDER, ESQ<br>1843 ATLANTIC BLVD<br>JACKSONVILLE FL 32207 | 13703<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 535299**<br>BIRD, ELIZABETH<br>34466 ORIOLE TERRACE<br>RIDGE MANOR FL 33523<br>Counsel: ATTN DREW BEN HUDGINS, ESQ | 13676<br>Debtor: WINN-DIXIE STORES, INC. | $100,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 537736**<br>BOWEN, CAROL<br>C/O LAW OFFICES OF ROY L GLASS<br>ATTN ROY L GLASS, ESQ<br>5501 CENTRAL AVE<br>ST PETERSBURG FL 33710 | 13669<br>Debtor: WINN-DIXIE STORES, INC. | $250,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 537745**<br>BRELSFORD, JEFF<br>C/O KOLODINSKY SEITZ TRESHER ET AL<br>ATTN RICK TRESHER, ESQ<br>847 S RIDGEWOOD AVE<br>DAYTONA BEACH FL 32114 | 13715<br>Debtor: WINN-DIXIE STORES, INC. | $65,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 537752**<br>BROWN, DEBORAH BONNER<br>C/O CHRIS JOHNS & ASSOCIATES<br>ATTN DONALD METCALF, ESQ.<br>4901 ATLANTIC BLVD<br>JACKSONVILLE FL 32207 | 13762<br>Debtor: WINN-DIXIE STORES, INC. | $97,500.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - IMPROPERLY FILED CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 535069**<br>CAMPBELL, LINDA<br>PO BOX 91115<br>MOBILE AL 36691 | 13757<br>**Debtor:** WINN-DIXIE STORES, INC. | $10,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 537800**<br>CANNON, MICHELLE<br>C/O JACKIE WEHRLY LAW OFFICE<br>ATTN JACKIE WEHRLY, ESQ<br>9951 ATLANTIC BLVD, #474<br>JACKSONVILLE FL 32225 | 13691<br>**Debtor:** WINN-DIXIE STORES, INC. | $25,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 535078**<br>CAPEHART, BELINDA L<br>79 UNDERWOOD TRAIL<br>PALM COAST FL 32164<br><br>Counsel: ATTN JAMES W LEDFORD, ESQ. | 13702<br>**Debtor:** WINN-DIXIE STORES, INC. | $25,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 546524**<br>CENTRAL REFRIGERATED SERVICES INC<br>ATTN PATTI DIXON, A/R<br>PO BOX 27358<br>SALT LAKE CITY UT 84127-0358 | 13882<br>**Debtor:** WINN-DIXIE STORES, INC. | $10,280.60 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 558308**<br>CITY OF PALMETTO, FL<br>ATTN CHERYL A MILLER, SR ACCTS<br>516 8TH AVENUE WEST<br>PALMETTO FL 34220-1209 | 13701<br>**Debtor:** WINN-DIXIE STORES, INC. | $1,664.18 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 266176**<br>COUNTY OF AUTAUGA<br>ATTN TOMMY T RAY, REV COMM<br>218 N COURT ST<br>PRATTVILLE AL 36067-3004 | 13764<br>**Debtor:** WINN-DIXIE STORES, INC. | $12,429.20 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - IMPROPERLY FILED CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 374386**<br>COUNTY OF COFFEE REV COMMISSIONER<br>ATTN RONALD L BURNS, REVENUE COMM<br>PO BOX 311606<br>ENTERPRISE, AL 36331 | **13684**<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $1,847.88 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS'<br>FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE<br>NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.<br>ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE<br>WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE<br>BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE<br>RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF<br>OBJECTION. |
| **Creditor Id: 558304**<br>COUNTY OF CRISP TAX COMMISSIONER<br>ATTN CRICKET ADKINS, TAX COMM<br>210 SOUTH 7TH STREET<br>CORDELE GA 31015 | **13689**<br>Debtor: WINN-DIXIE STORES, INC. | $14,507.30 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS'<br>FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE<br>NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.<br>ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE<br>WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE<br>BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE<br>RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF<br>OBJECTION. |
| **Creditor Id: 407675**<br>COUNTY OF DALLAS, ET AL<br>ATTN TAMMY JONES KING, TAX COLL<br>PO BOX 987<br>SELMA AL 36702-0987 | **13746**<br>Debtor: DEBTOR IS UNIDENTIFIABLE | $13,684.86 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS'<br>FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE<br>NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.<br>ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE<br>WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE<br>BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE<br>RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF<br>OBJECTION. |
| **Creditor Id: 407675**<br>COUNTY OF DALLAS, ET AL<br>ATTN TAMMY JONES KING, TAX COLL<br>PO BOX 987<br>SELMA AL 36702-0987 | **13747**<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $11,227.05 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS'<br>FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE<br>NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.<br>ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE<br>WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE<br>BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE<br>RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF<br>OBJECTION. |
| **Creditor Id: 407675**<br>COUNTY OF DALLAS, ET AL<br>ATTN TAMMY JONES KING, TAX COLL<br>PO BOX 987<br>SELMA AL 36702-0987 | **13748**<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $8,995.67 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS'<br>FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE<br>NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.<br>ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE<br>WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE<br>BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE<br>RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF<br>OBJECTION. |
| **Creditor Id: 318691**<br>COUNTY OF GREENVILLE TAX COLLECTOR<br>ATTN THERESA RICH<br>301 UNIVERSITY RIDGE, SUITE 700<br>GREENVILLE SC 29601 | **13692**<br>Debtor: WINN-DIXIE STORES, INC. | $77,535.34 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS'<br>FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE<br>NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.<br>ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE<br>WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE<br>BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE<br>RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF<br>OBJECTION. |

**WINN-DIXIE STORES, INC, ET AL**
**TWENTY-NINTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - IMPROPERLY FILED CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 408229**<br>COUNTY OF JEFFERSON, AL<br>ATTN GROVER DUNN, ASST TAX COLL<br>PO BOX 1190<br>BESSEMER AL 35021-1190 | **13690**<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $1,640.73 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS'<br>FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE<br>NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.<br>ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE<br>WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE<br>BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE<br>RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF<br>OBJECTION. |
| **Creditor Id: 408229**<br>COUNTY OF JEFFERSON, AL<br>ATTN GROVER DUNN, ASST TAX COLL<br>PO BOX 1190<br>BESSEMER AL 35021-1190 | **13697**<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $2,400.04 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS'<br>FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE<br>NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.<br>ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE<br>WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE<br>BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE<br>RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF<br>OBJECTION. |
| **Creditor Id: 408229**<br>COUNTY OF JEFFERSON, AL<br>ATTN GROVER DUNN, ASST TAX COLL<br>PO BOX 1190<br>BESSEMER AL 35021-1190 | **13775**<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $1,640.73 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS'<br>FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE<br>NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.<br>ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE<br>WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE<br>BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE<br>RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF<br>OBJECTION. |
| **Creditor Id: 408229**<br>COUNTY OF JEFFERSON, AL<br>ATTN GROVER DUNN, ASST TAX COLL<br>PO BOX 1190<br>BESSEMER AL 35021-1190 | **13776**<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $2,004.04 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS'<br>FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE<br>NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.<br>ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE<br>WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE<br>BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE<br>RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF<br>OBJECTION. |
| **Creditor Id: 240552**<br>COUNTY OF LOUISVILLE JEFFERSON<br>METRO REVENUE COMMISSION<br>ATTN KIM G JOHNSON/TERRI A GERAGHTY<br>PO BOX 35410<br>LOUISVILLE KY 40232-5410 | **13717**<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | $1,604.70 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS'<br>FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE<br>NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.<br>ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE<br>WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE<br>BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE<br>RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF<br>OBJECTION. |
| **Creditor Id: 318790**<br>COUNTY OF MOBILE, AL<br>ATTN MARILYN E WOOD, REVENUE COMM<br>PO BOX 1169<br>MOBILE, AL 36633-1169 | **13774**<br>**Debtor:** WINN-DIXIE STORES, INC. | $18,810.10 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS'<br>FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE<br>NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.<br>ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE<br>WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE<br>BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE<br>RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF<br>OBJECTION. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - IMPROPERLY FILED CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 535600**<br>CRUZ, ISABEL<br>2501 LESLIE STREET #153<br>FLAGLER BEACH FL 32136<br>Counsel: ATTN MARK A MATOVINA, ESQ. | 13681<br>Debtor: WINN-DIXIE STORES, INC. | $50,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 537908**<br>DAVIS, EDMINA<br>C/O LAW OFFICE OF JAN PETER WEISS<br>ATTN JAN PETER WEISS, ESQ<br>917 N DIXIE HWY, 2ND FL<br>LAKE WORTH FL 33460 | 13674<br>Debtor: WINN-DIXIE STORES, INC. | $11,500.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 537909**<br>DAVIS, HARRIETT<br>C/O HENRY LAFFER, PA<br>ATTN HENRY LAFFER, ESQ<br>8927 HYPOLUXO RD, STE A-5<br>LAKE WORTH FL 33467 | 13706<br>Debtor: WINN-DIXIE STORES, INC. | $70,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 537925**<br>DEMARTINO, BARBARA<br>C/O KOPPEL AND BATES LAW OFFICES<br>ATTN DOUGLAS L BATES, ESQ<br>817 S UNIVERSITY DR, STE 100<br>PLANTATION FL 33324 | 13687<br>Debtor: WINN-DIXIE STORES, INC. | $100,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 410863**<br>DIAZ, MARIA<br>C/O CORIROSSI & BENNETT<br>ATTN SCOTT BENNETT, ESQ<br>GROVE PLAZA, 2ND FLOOR<br>2900 MIDDLE STREET<br>COCONUT GROVE FL 33133 | 13709<br>Debtor: WINN-DIXIE RALEIGH, INC. | $35,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 537946**<br>DINKINS, SHAKKARA<br>C/O COBB SHEALY CRUM & DERRICK, PA<br>ATTN H WARREN COBB JR, ESQ<br>PO BOX 2047<br>DOTHAN AL 36302-6346 | 13727<br>Debtor: WINN-DIXIE STORES, INC. | $80,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A – IMPROPERLY FILED CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 558340**<br>DONAHUE, DARLENE<br>C/O GILMAN & ASSOCIATES<br>ATTN RAMONA L TOLLEY, ESQ<br>400 SE 9TH STREET<br>FORT LAUDERDALE  FL  33316 | **13778**<br>**Debtor:** WINN-DIXIE STORES, INC. | $15,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007.  DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 558328**<br>DONNATIEN, JUNE<br>C/O CHALIK & CHALIK, PA<br>ATTN JASON CHALIK, ESQ<br>10063 NW 1 COURT<br>PLANTATION  FL  33324 | **13754**<br>**Debtor:** WINN-DIXIE STORES, INC. | $1,000,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007.  DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 537972**<br>EARLES, STEVEN<br>C/O GOLDMAN, DASZKAL, CUTLER, ET AL<br>ATTN ALEX DASZKAL, ESQ<br>1630 W HILLSBORO BLVD<br>DEERFIELD BEACH  FL  33442 | **13736**<br>**Debtor:** WINN-DIXIE STORES, INC. | $300,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007.  DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 249804**<br>ELIZABETHTON ELECTRIC SYSTEM<br>ATTN ANDREA TALBERT, DIR ACCT/FIN<br>PO BOX 790<br>ELIZABETHTON  TN  37644-0790 | **13772**<br>**Debtor:** WINN-DIXIE STORES, INC. | $119.54 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007.  DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 404006**<br>FEDEX FREIGHT EAST, INC<br>ATTN BRADY MOORE/JEFF JONES SR MGR<br>DELIVERY CODE 2259<br>2200 FORWARD DR<br>PO BOX 840<br>HARRISON  AR  72602-0840 | **13766**<br>**Debtor:** WINN-DIXIE STORES, INC. | $2,909.36 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007.  DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 537994**<br>FELTON, LAURA<br>C/O MERRITT & WATSON, PA<br>ATTN RONALD WATSON ESQ<br>1500 E ORANGE AVENUE<br>EUSTIS  FL  32726-4399 | **13672**<br>**Debtor:** WINN-DIXIE STORES, INC. | $100,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007.  DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - IMPROPERLY FILED CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 558316**<br>FOREMAN, JOYCE<br>C/O SCOTT A DARTEZ<br>PO BOX 53507<br>LAFAYETTE LA 70505 | 13723<br>**Debtor:** WINN-DIXIE STORES, INC. | $350,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 535857**<br>FREEMAN, KEISHA<br>601 NORTH 7TH STREET<br>HAINES CITY FL 33844<br>Counsel: ATTN WILLIAM R DANIEL, ESQ. | 13683<br>**Debtor:** WINN-DIXIE STORES, INC. | $25,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 535866**<br>GABB, RACHEL (MINOR)<br>C/O TONRY & GINART LAW OFFICES LLC<br>ATTN R A TONRY/M C GINART JR, ESQS<br>2114 PARIS RD<br>PO BOX 32<br>CHALMETTE LA 70044-0032 | 13729<br>**Debtor:** WINN-DIXIE STORES, INC. | $1,000,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 558314**<br>GAHAGAN, LISA ANN & SEAN<br>C/O G WILLIAM ALLEN, JR, ESQ<br>310 SOUTHEAST 13TH STREET<br>FORT LAUDERDALE FL 33316 | 13726<br>**Debtor:** WINN-DIXIE STORES, INC. | $250,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 537853**<br>GRANT, MARY<br>C/O DAVID I FUCHS, PA LAW OFFICES<br>ATTN DAVID I. FUCHS, ESQ<br>8 SE 8TH STREET<br>FORT LAUDERDALE FL 33316 | 13785<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 535990**<br>GREENMAN, MICHAEL<br>19800 SW 180TH AVE, # 57<br>MIAMI FL 33187 | 13716<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - IMPROPERLY FILED CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 536006**<br>GROODY, RENEE<br>1912 WOODCREST DRIVE<br>ORMOND BEACH FL 32174<br><br>Counsel: ATTN MARK A MATOVINA, ESQ. | **13680**<br>Debtor: WINN-DIXIE STORES, INC. | $50,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 538138**<br>GUILLORY, ARTHER<br>C/O JOHN FONTENOT LAW OFFICES<br>ATTN DAN P FONTENOT, ESQ<br>140 N SECOND STREET<br>PO BOX 1286<br>EUNICE LA 70535 | **13721**<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 538149**<br>HALL, GLORIA LAURITA<br>C/O DANIEL UPTON PERRY & MORRIS PC<br>ATTN MARK J UPTON, ESQ<br>PO BOX 1800<br>DAPHNE AL 36526 | **13777**<br>Debtor: WINN-DIXIE STORES, INC. | $50,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 536048**<br>HAMMER, SYDEL & IRA<br>2295 SOUTH OCEAN BLVD, #504<br>PALM BEACH FL 33480<br><br>Counsel: ATTN F GREGORY BARNHART, ESQ. | **13700**<br>Debtor: WINN-DIXIE STORES, INC. | $50,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 538173**<br>HAWKES, MICHONE<br>C/O GOLDMAN DASZKAL CUTLER ET AL<br>ATTN JEFFREY D KIRBY, ESQ<br>1630 W HILLSBORO BLVD<br>DEERFIELD BEACH FL 33442 | **13738**<br>Debtor: WINN-DIXIE STORES, INC. | $95,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 538191**<br>HERNANDEZ, BRIEN<br>C/O WALKLEY AND WALKLEY<br>ATTN BUDDY D FORD, ESQ<br>115 N MACDILL AVENUE<br>TAMPA FL 33609 | **13742**<br>Debtor: WINN-DIXIE STORES, INC. | $100,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - IMPROPERLY FILED CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 536132**<br>HINES, ANGELA<br>PO BOX 4908<br>ALBANY GA 31706 | 13767<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 538235**<br>JACK, LUCINDA<br>C/O DAN P FONTENOT, ESQ<br>140 N SECOND ST<br>PO BOX 1296<br>EUNICE LA 70535 | 13732<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 558317**<br>JAMES, PATRICIA<br>C/O HOWARD P ALTERMAN, PA<br>325 SOUTH DIXIE HIGHWAY, STE 2<br>LAKE WORTH FL 33460 | 13724<br>**Debtor:** WINN-DIXIE STORES, INC. | $250,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 538249**<br>JARREAU, VERONICA<br>C/O FELICIA F DAVIS LAW OFFICES<br>ATTN FELICIA F. DAVIS, ESQ<br>750 LOUISANA AVENUE, SUITE A<br>PO BOX 1236<br>PORT ALLEN LA 70767 | 13699<br>**Debtor:** WINN-DIXIE STORES, INC. | $50,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 538265**<br>JOHNSON, LORETTA<br>C/O CORIROSSI & BENNETT<br>ATTN ROBERT G CORIROSSI, ESQ<br>GROVE PLAZA - 2ND FL<br>2900 MIDDLE STREET<br>COCONUT GROVE FL 33133 | 13719<br>**Debtor:** WINN-DIXIE STORES, INC. | $45,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - IMPROPERLY FILED CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 558337**<br>KNIGHT, GAIL D<br>C/O DINAN & CATANIA, LLC<br>ATTN CALLY E CATANIA, ESQ<br>13336 N CENTRAL AVENUE<br>TAMPA FL 33612 | **13769**<br>**Debtor:** WINN-DIXIE STORES, INC. | $150,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS'<br>FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE<br>NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.<br>ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE<br>WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE<br>BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE<br>RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF<br>OBJECTION. |
| **Creditor Id: 558349**<br>LEONCE, GERDA<br>C/O EVAN D FRANKEL PA LAW OFFICES<br>ATTN EVAN D FRANKEL, ESQ<br>8025 BISCAYNE BLVD<br>MIAMI FL 33138 | **13762**<br>**Debtor:** WINN-DIXIE STORES, INC. | $30,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS'<br>FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE<br>NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.<br>ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE<br>WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE<br>BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE<br>RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF<br>OBJECTION. |
| **Creditor Id: 558334**<br>LINDSEY, EDDIE L<br>936 MCKENZIE AVE<br>PANAMA CITY FL 32401 | **13756**<br>**Debtor:** WINN-DIXIE STORES, INC. | $5,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS'<br>FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE<br>NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.<br>ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE<br>WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE<br>BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE<br>RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF<br>OBJECTION. |
| **Creditor Id: 558375**<br>LOWTHER, HILDEGARD M<br>C/O KMIEC LAW OFFICES<br>ATTN STEVEN G KMIEC, ESQ<br>3741 WEST NATIONAL AVENUE<br>MILWAUKEE WI 53215 | **13718**<br>**Debtor:** WINN-DIXIE STORES, INC. | $90,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS'<br>FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE<br>NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.<br>ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE<br>WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE<br>BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE<br>RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF<br>OBJECTION. |
| **Creditor Id: 558123**<br>MAGEE, MARLEE<br>C/O MYLES, COOK & DAY<br>ATTN LONNY MYLES/E A PRATTINI, ESQS<br>1575 CHURCH STREET<br>ZACHARY LA 70791 | **13712**<br>**Debtor:** WINN-DIXIE STORES, INC. | $71,996.26 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS'<br>FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE<br>NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.<br>ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE<br>WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE<br>BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE<br>RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF<br>OBJECTION. |
| **Creditor Id: 558134**<br>MARCHESE, SANDRA & EUGENE<br>C/O MANEY & GORDON, PA<br>ATTN RICHARD D GIGLIO, ESQ<br>101 E KENNEDY BLVD, STE 3170<br>TAMPA FL 33602 | **13666**<br>**Debtor:** WINN-DIXIE STORES, INC. | $200,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS'<br>FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE<br>NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.<br>ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE<br>WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE<br>BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE<br>RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF<br>OBJECTION. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - IMPROPERLY FILED CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 538391**<br>MARTIN, LORETTA L<br>C/O THE MIMS LAW FIRM<br>ATTN JULIETTE B MIMS/HENRY J MIMS<br>100 E POINSETT STREET<br>GREER  SC  29651 | **13771**<br>Debtor: **WINN-DIXIE STORES, INC.** | $125,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS'<br>FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE<br>NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.<br>ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE<br>WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE<br>BANKRUPTCY COURT BY JANUARY 5, 2007.  DEBTORS RESERVE THE<br>RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF<br>OBJECTION. |
| **Creditor Id: 538391**<br>MARTIN, LORETTA L<br>C/O THE MIMS LAW FIRM<br>ATTN JULIETTE B MIMS/HENRY J MIMS<br>100 E POINSETT STREET<br>GREER  SC  29651 | **13783**<br>Debtor: **WINN-DIXIE STORES, INC.** | $125,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS'<br>FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE<br>NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.<br>ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE<br>WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE<br>BANKRUPTCY COURT BY JANUARY 5, 2007.  DEBTORS RESERVE THE<br>RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF<br>OBJECTION. |
| **Creditor Id: 538430**<br>MCCORMICK, CHRISTINA<br>LAW OFFICES OF CHRIS JOHNS & ASSOCS<br>ATTN DONALD N METCALF, ESQ.<br>4901 ATLANTIC BOULEVARD<br>JACKSONVILLE  FL  32207 | **13781**<br>Debtor: **WINN-DIXIE STORES, INC.** | $75,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS'<br>FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE<br>NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.<br>ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE<br>WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE<br>BANKRUPTCY COURT BY JANUARY 5, 2007.  DEBTORS RESERVE THE<br>RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF<br>OBJECTION. |
| **Creditor Id: 558330**<br>MCCURDY, CAROL<br>LAW OFFICES OF CHRIS JOHNS & ASSOCS<br>ATTN DONALD N METCALF, ESQ<br>4901 ATLANTIC BLVD<br>JACKSONVILLE  FL  32207 | **13780**<br>Debtor: **WINN-DIXIE STORES, INC.** | $200,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS'<br>FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE<br>NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.<br>ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE<br>WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE<br>BANKRUPTCY COURT BY JANUARY 5, 2007.  DEBTORS RESERVE THE<br>RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF<br>OBJECTION. |
| **Creditor Id: 538441**<br>MCGREW, LOUISE<br>C/O THIRY & CADDELL<br>ATTN HENRY H CADDELL, ESQ<br>1911 GOVERNMENT STREET<br>MOBILE  AL  36606 | **13779**<br>Debtor: **WINN-DIXIE STORES, INC.** | $200,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS'<br>FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE<br>NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.<br>ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE<br>WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE<br>BANKRUPTCY COURT BY JANUARY 5, 2007.  DEBTORS RESERVE THE<br>RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF<br>OBJECTION. |
| **Creditor Id: 538450**<br>MEININGER, EDWARD<br>C/O GOLDMAN DASZKAL CUTLER ET AL<br>ATTN JEFFREY D KIRBY, ESQ<br>1630 W HILLSBORO BOULEVARD<br>DEERFIELD BEACH  FL  33442 | **13737**<br>Debtor: **WINN-DIXIE STORES, INC.** | $750,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS'<br>FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE<br>NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.<br>ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE<br>WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE<br>BANKRUPTCY COURT BY JANUARY 5, 2007.  DEBTORS RESERVE THE<br>RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF<br>OBJECTION. |

**WINN-DIXIE STORES, INC., ET AL.**

**TWENTY-NINTH OMNIBUS CLAIMS OBJECTION**

**EXHIBIT A - IMPROPERLY FILED CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 538454**<br>MENARDY, PATRICIA<br>C/O GOLDMAN DASKEL CUTLER ET AL<br>ATTN GLENN GOLDMAN, ESQ<br>1630 WEST HILLSBORO BLVD<br>DEERFIELD BEACH  FL  33442 | 13735<br>Debtor:  WINN-DIXIE STORES, INC. | $250,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 538467**<br>MILLER, JUDY<br>C/O BARNES, BARNES & COHEN PA<br>ATTN T JERRY SNIDER, ESQ<br>1843 ATLANTIC BLVD<br>JACKSONVILLE  FL  32207 | 13696<br>Debtor:  WINN-DIXIE STORES, INC. | $0.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 536612**<br>MILLER, LEVI D<br>317 HORSESHOE DRIVE<br>SHELBY  NC  28150 | 13751<br>Debtor:  WINN-DIXIE STORES, INC. | $5,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 538474**<br>MINION, DORIS<br>C/O DAVID I FUCHS, PA LAW OFFICES<br>ATTN DAVID I FUCHS, ESQ<br>8 SE 8TH STREET<br>FORT LAUDERDALE  FL  33316 | 13784<br>Debtor:  WINN-DIXIE STORES, INC. | $0.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 558333**<br>MOORE, LULA SCOTT<br>C/O ALFRED F MCCALEB, III<br>PO BOX 1147<br>LIVINGSTON  LA  70754 | 13768<br>Debtor:  WINN-DIXIE STORES, INC. | $10,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 558333**<br>MOORE, LULA SCOTT<br>C/O ALFRED F MCCALEB, III<br>PO BOX 1147<br>LIVINGSTON  LA  70754 | 13788<br>Debtor:  WINN-DIXIE STORES, INC. | $10,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-NINTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - IMPROPERLY FILED CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 536669**<br>MOSES, TAMMIE<br>4230 LAMORE STREET, APT A<br>COLUMBUS GA 31907 | 13705<br>Debtor: **WINN-DIXIE STORES, INC.** | $15,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 536684**<br>MURDOCK, LISA<br>PO BOX 2064<br>ZEPHYRHILLS FL 33539<br>Counsel: ATTN DREW BEN HUDGINS, ESQ | 13695<br>Debtor: **WINN-DIXIE STORES, INC.** | $100,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 553309**<br>NUTECH FIRE & SECURITY INC<br>ATTN GREG S DETARDO, PRESIDENT<br>150 CANDACE DRIVE<br>MAITLAND FL 32751 | 13708<br>Debtor: **WINN-DIXIE STORES, INC.** | $1,925.32 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 536565**<br>PEASE, KATHERINE<br>C/O KELLY B MATHIS, PA<br>ATTN JAMES T MURPHY, ESQ<br>50 NORTH LAURA STREET, SUITE 1700<br>JACKSONVILLE FL 32202 | 13730<br>Debtor: **WINN-DIXIE STORES, INC.** | $125,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 556944**<br>POLLOCK, PAMELA D<br>5400 JOYNER AVENUE<br>SPRING HILL FL 34608 | 13753<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 558301**<br>RANDOLF, MAMIE L<br>C/O PAUL BILLINGSLEY LAW OFFICES<br>ATTN PAUL L BILLINGSLEY, ESQ<br>1000 N MORRISON BLVD, SUITE E<br>HAMMOND LA 70401 | 13885<br>Debtor: **WINN-DIXIE STORES, INC.** | $49,500.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - IMPROPERLY FILED CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 536931<br>REED, AMY<br>603 JEAN STREET #1<br>DAYTONA BEACH FL 32114<br><br>Counsel: ATTN MARK A MATOVINA, ESQ. | 13679<br>Debtor: WINN-DIXIE STORES, INC. | $50,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| Creditor Id: 536955<br>RICH, MARY<br>4538 WOODLEDGE DRIVE<br>MONTGOMERY AL 36109 | 13713<br>Debtor: WINN-DIXIE STORES, INC. | $503.06 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| Creditor Id: 558336<br>RICHARDSON, AVIS<br>C/O ROBERT D MELTON, PA<br>ATTN ROBERT D MELTON, ESQ<br>PO BOX 1032<br>ORLANDO FL 32802 | 13752<br>Debtor: WINN-DIXIE STORES, INC. | $27,097.43 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| Creditor Id: 538665<br>RODRIGUEZ, BELINDA<br>COCHALIK & CHALIK, PA<br>ATTN DEBI CHALIK, ESQ<br>10063 NW 1ST COURT<br>PLANTATION FL 33324 | 13759<br>Debtor: WINN-DIXIE STORES, INC. | $200,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| Creditor Id: 537050<br>ROY, SHERYL M<br>172 CAPRONA STREET<br>SEBASTIAN FL 32958 | 13707<br>Debtor: WINN-DIXIE STORES, INC. | $50,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| Creditor Id: 538711<br>RUDD, COLLEEN<br>C/O KRONLAGE & KRONLAGE, APLC<br>ATTN CURTIS C KRONLAGE, ESQ<br>717 ST CHARLES AVENUE<br>NEW ORLEANS LA 70130 | 13749<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $350,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - IMPROPERLY FILED CLAIMS TO BE DISALLOWED

Page: 15 of 17
Date: 02/21/2007

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 538722<br>SAINT JUSTE, EDLINE<br>C/O JOHN T KENNEDY PA LAW OFFICES<br>ATTN RENEE DELAHUNTY, ESQ<br>477 SE RIVERSIDE DRIVE<br>STUART FL 34994 | 13725<br>Debtor: WINN-DIXIE STORES, INC. | $50,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| Creditor Id: 537123<br>SEJOUR, NAYANNE<br>411 METCALF COURT, APT 411<br>WEST PALM BEACH FL 33407 | 13743<br>Debtor: WINN-DIXIE STORES, INC. | $15,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| Creditor Id: 557170<br>SERONI, MARIE A<br>4752 SW BIMINI CIRCLE N<br>PALM CITY FL 34990 | 13770<br>Debtor: WINN-DIXIE STORES, INC. | $874.10 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| Creditor Id: 538769<br>SIMON, INGRID<br>C/O DRAPER LAW OFFICE<br>ATTN WILLIAM LACKO, CLAIMS MGR<br>705 WEST EMMETT STREET<br>KISSIMMEE FL 34741 | 13710<br>Debtor: WINN-DIXIE STORES, INC. | $110,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| Creditor Id: 558320<br>SMITH, MARIE & WILLIAM<br>C/O DRAPER LAW OFFICE<br>ATTN WILLIAM LACKO, CLAIMS MGR<br>705 EMMETT STREET<br>KISSIMMEE FL 34741 | 13733<br>Debtor: WINN-DIXIE STORES, INC. | $100,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| Creditor Id: 558329<br>SOLOMAN, KATHERINE<br>C/O LEWIS, MORTELL & LEWIS<br>ATTN JD LEWIS, ESQ<br>1115 E OCEAN BLVD<br>STUART FL 34996 | 13758<br>Debtor: WINN-DIXIE STORES, INC. | $50,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - IMPROPERLY FILED CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 537207**<br>STAGGERS, ROSE M<br>PO BOX 15403<br>SAINT PETERSBURG FL 33733 | 13704<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 417108**<br>STATE OF ALABAMA<br>ATTN JOY WIGGINS, TAX COLLECTOR<br>PO BOX 407<br>BREWTON AL 36427<br><br>Counsel: ATTN: BILL PRYOR, ESQ | 13678<br>Debtor: WINN-DIXIE STORES, INC. | $15,992.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 406030**<br>STATE OF OHIO WORKERS COMP BUREAU<br>LAW SECTION, BANKR UNIT<br>ATTN LARRY RHODBECK, ESQ<br>30 W SPRING STREET<br>PO BOX 15667<br>COLUMBUS OH 43215-0567<br><br>Counsel: ATTN ANGELA HUFFMAN | 13698<br>Debtor: WINN-DIXIE RALEIGH, INC. | $1,028,489.44 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 538831**<br>SYZDEK, DOROTHY<br>C/O GOLDMAN DASZKAL CUTLER ET AL<br>ATTN ALEX DASZKAL, ESQ<br>1630 W HILLSBORO BLVD<br>DEERFIELD BEACH FL 33442 | 13739<br>Debtor: WINN-DIXIE STORES, INC. | $750,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| **Creditor Id: 538862**<br>THOMPSON, SALINA<br>C/O GOLDMAN DASZKAL CUTLER ET AL<br>ATTN GLENN GOLDMAN, ESQ<br>1630 W HILLSBORO BLVD<br>DEERFIELD BEACH FL 33442 | 13734<br>Debtor: WINN-DIXIE STORES, INC. | $350,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |

WINN-DIXIE STORES, INC., ET AL
TWENTY-NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - IMPROPERLY FILED CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 558342<br>VEGA, MARTHA<br>C/O BRADEN, GONZALEZ & ASSOCIATES<br>ATTN ROMUALDO GONZALEZ, ESQ<br>228 ST CHARLES AVENUE, SUITE 1230<br>NEW ORLEANS LA 70130 | 13787<br>Debtor:   WINN-DIXIE STORES, INC. | $10,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS'<br>FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE<br>NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.<br>ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE<br>WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE<br>BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE<br>RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF<br>OBJECTION. |
| Creditor Id: 558924<br>WADE, LEIGH<br>C/O GALE & GALE, PC<br>ATTN JEFFREY N GALE, ESQ<br>911 WESTERN AMERICA CIRCLE, STE 205<br>MOBILE AL 36609<br>Counsel: MEREDITH N BRASCA | 13720<br>Debtor:   WINN-DIXIE STORES, INC. | $125,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS'<br>FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE<br>NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.<br>ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE<br>WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE<br>BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE<br>RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF<br>OBJECTION. |
| Creditor Id: 538947<br>WHITE, ODESSA<br>C/O MERRITT & WATSON, PA<br>ATTN RONALD H WATSON, ESQ<br>1500 EAST ORANGE AVENUE<br>EUSTIS FL 32726-4399 | 13671<br>Debtor:   WINN-DIXIE STORES, INC. | $100,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS'<br>FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE<br>NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.<br>ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE<br>WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE<br>BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE<br>RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF<br>OBJECTION. |
| Creditor Id: 538978<br>WILSON, CHARLENE & HOLDER, TRACIE<br>C/O ROBERT P DISTEFANO PA<br>ATTN ROBERT P DISTEFANO ESQ<br>7471 W OAKLAND PARK BLVD, SUITE 106<br>FORT LAUDERDALE FL 33319 | 13714<br>Debtor:   WINN-DIXIE STORES, INC. | $1,500,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS'<br>FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE<br>NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.<br>ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE<br>WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE<br>BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE<br>RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF<br>OBJECTION. |
| Creditor Id: 538985<br>WITTENZELLNER, WILLIAM<br>C/O GOLDMAN, DASZKAL, CUTLER ET AL<br>ATTN GLENN GOLDMAN, ESQ<br>1630 W HILLSBORO BLVD<br>DEERFIELD FL 33442 | 13731<br>Debtor:   WINN-DIXIE STORES, INC. | $250,000.00 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS'<br>FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE<br>NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.<br>ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE<br>WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE<br>BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE<br>RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF<br>OBJECTION. |

Total Claims to be Disallowed:        99

Total Amount to be Disallowed:        $12,555,300.26        Plus Unliquidated Amounts, If Any

**EXHIBIT B**

WINN-DIXIE STORES, INC., ET AL.
TWENTY-NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - NO LIABILITY CLAIMS TO BE DISALLOWED

Page: 1 of 1
Date: 01/19/2007

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 392758<br>AS-SABAH, SHADIYAH<br>C/O MORGAN & MORGAN, PA<br>ATTN ALEXANDER BILLIAS, ESQ<br>PO BOX 9504<br>FT MYERS FL 33906 | 13984<br>Debtor: WINN-DIXIE STORES, INC. | $100,000.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIM DUPLICATES CLAIM NUMBER 6749 ALLOWED AS UNSECURED NON-PRIORITY IN THE AMOUNT OF $10,000 AND PAID. |
| Creditor Id: 538040<br>BELK, BV JR<br>C/O BV BELK PROPERTIES<br>ATTN R KEITH NEELY<br>4508 E INDEPENDENCE BLVD, STE 207<br>CHARLOTTE NC 28205<br>Counsel: ATTN: JAMES S. CARR, ESQ | 13639<br>Debtor: WINN-DIXIE STORES, INC. | $10,478.46 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIM PAID 12/1/2005 BY CHECK NUMBER 008136724 IN THE AMOUNT OF $12,340.02. |
| Creditor Id: 410561<br>CCP EMP PROFIT SHARING PLAN & TRUST<br>C/O HIERSCHE HAYWARD DRAKELEY ET AL<br>ATTN RUSSELL W MILLS, ESQ<br>15303 DALLAS PARKWAY, SUITE 700<br>ADDISON TX 75001<br>Transferee: PRINCIPAL LIFE INSURANCE COMPANY | 8903<br>Debtor: WINN-DIXIE STORES, INC. | $581,402.38 | CLAIM NUMBER 8903 REDUCED TO $205,546.00 BY 9/14/06 SEVENTEENTH OMNIBUS CLAIMS OBJECTION ORDER. REDUCED AMOUNT DUPLICATES REDUCED AMOUNT OF DIFFERENT DEBTOR CLAIM NUMBER 8901 WHICH CLAIM HAS BEEN ALLOWED AND PAID PURSUANT TO THE PLAN. |
| Creditor Id: 376511<br>PARISH OF ST MARY<br>ATTN DAVID A NAQUIN, SHERIFF<br>PO BOX 571<br>FRANKLIN LA 70538 | 13654<br>Debtor: WINN-DIXIE STORES, INC. | $29,770.29 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. DEBTOR PAID $29,954.30 FOR APPLICABLE TAXES ON 12/28/06 BY CHECK NUMBER 008282238. |

Total Claims to be Disallowed: 4
Total Amount to be Disallowed: $721,651.13   Plus Unliquidated Amounts, if Any

**EXHIBIT C**

WINN-DIXIE STORES, INC., ET AL.
TWENTY-NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - NO LIABILITY AND MISCLASSIFIED
CLAIM TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| Creditor Id: 399480 | 2025 | $700.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AS CASE WAS SETTLED AND DEBTOR OBTAINED A RELEASE. ALSO, MISCLASSIFIED CLAIM. |
| CARROLL, TINA | | | | | |
| 505 CORNELL AVENUE | | | | | |
| MELBOURNE, FL 32901 | | | | | |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |

Total Claims to be Disallowed & Recl:     1
Total Amount to be Disallowed & Recl:     $700.00    Plus Unliquidated Amounts, if Any

EXHIBIT D

WINN-DIXIE STORES, INC., ET AL.
TWENTY-NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT D - LATE CLAIMS TO BE DISALLOWED

| Name of Claimant | Date Claim Filed | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|---|
| Creditor Id: 245574<br>CITY OF BELTON<br>ATTN LAURIE E KENNEDY, TREASURER<br>PO BOX 828<br>BELTON, SC 29627-0828 | 12/18/06<br>Debtor: WINN-DIXIE STORES, INC. | 13667 | $148.21 | LATE-FILED CLAIM. APPLICABLE BAR DATE WAS 8/1/05. ALSO INSUFFICIENT DOCUMENTATION TO DETERMINE IF ANY AMOUNT IS OWED. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| Creditor Id: 556338<br>COUNTY OF MARION, MS TAX COLLECTOR<br>ATTN MARSHALL BYRD, TAX ASSESSOR<br>250 BROAD STREET, SUITE 3<br>COLUMBIA MS 39429 | 01/05/07<br>Debtor: WINN-DIXIE STORES, INC. | 13761 | $21,826.24 | LATE-FILED CLAIM TO THE EXTENT INCURRED BY FEBRUARY 21, 2005 AS APPLICABLE BAR DATE WAS 8/22/05 AND, TO THE EXTENT INCURRED AFTER SUCH DATE, TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| Creditor Id: 318503<br>COUNTY OF TROUP TAX COMM<br>ATTN GARY S WOOD, TAX COMMISSIONER<br>100 RIDLEY AVENUE<br>LAGRANGE GA 30240 | 01/05/07<br>Debtor: WINN-DIXIE STORES, INC. | 13765 | $31,782.03 | LATE-FILED CLAIM TO THE EXTENT INCURRED BY FEBRUARY 21, 2005 AS APPLICABLE BAR DATE WAS 8/22/05 AND, TO THE EXTENT INCURRED AFTER SUCH DATE, TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| Creditor Id: 558343<br>JONES, ALLISON<br>C/O DAVID I FUCHS, PA LAW OFFICES<br>ATTN DAVID I FUCHS, ESQ<br>8 SE 8TH STREET<br>FORT LAUDERDALE FL 33316 | 01/09/07<br>Debtor: WINN-DIXIE STORES, INC. | 13786 | $0.00 | LATE-FILED CLAIM. APPLICABLE BAR DATE WAS 8/1/05. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| Creditor Id: 253934<br>KEYS ENERGY SERVICES<br>PO BOX 6048<br>KEY WEST, FL 33041-6048 | 12/18/06<br>Debtor: WINN-DIXIE STORES, INC. | 13668 | $93,344.76 | LATE-FILED CLAIM. APPLICABLE BAR DATE WAS 8/1/05. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| Creditor Id: 543204<br>STRAIGHT ARROW PRODUCTS, INC<br>ATTN CATHERINE PENYAK, VP FINANCE<br>PO BOX 20350<br>LEHIGH VALLEY PA 18002-0350 | 12/18/06<br>Debtor: WINN-DIXIE STORES, INC. | 13686 | $3,782.88 | LATE-FILED CLAIM TO THE EXTENT INCURRED BY FEBRUARY 21, 2005 AS APPLICABLE BAR DATE WAS 8/1/05 AND, TO THE EXTENT INCURRED AFTER SUCH DATE, TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT D - LATE CLAIMS TO BE DISALLOWED

| Name of Claimant | Date Claim Filed | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|---|
| Creditor Id: 263589<br>TRUCKS INC<br>ATTN HELEN WILLIS/RON SCOTT<br>105 SHORT ROAD<br>JACKSON, GA 30233 | 01/08/07<br>Debtor: WINN-DIXIE STORES, INC. | 13773 | $406,308.03 | LATE-FILED CLAIM TO THE EXTENT INCURRED BY FEBRUARY 21, 2005 AS APPLICABLE BAR DATE WAS 8/1/05 AND, TO THE EXTENT INCURRED AFTER SUCH DATE, TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| Creditor Id: 538979<br>WILTON, CAROL M<br>C/O LAW OFFICE OF PHYLISS C COCI<br>ATTN PHYLISS C COCI, ESQ<br>3422 CLEARY AVENUE, SUITE E<br>METAIRIE LA 70002<br><br>Counsel: MEREDITH N BRASCA | 01/05/07<br>Debtor: WINN-DIXIE STORES, INC. | 13763 | $15,000.00 | LATE-FILED CLAIM TO THE EXTENT INCURRED BY FEBRUARY 21, 2005 AS APPLICABLE BAR DATE WAS 8/1/05 AND, TO THE EXTENT INCURRED AFTER SUCH DATE, TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |

Total Claims to be Disallowed: 8

Total Amount to be Disallowed: $572,192.16   Plus Unliquidated Amounts, If Any

Case 3:05-bk-03817-JAF   Document 15361   Filed 03/26/2007   Page 31 of 36

EXHIBIT E

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-NINTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT E - LATE CLAIMS TO BE DISALLOWED BUT**
**SURVIVED BY CLAIMS LISTED IN REMAINING CLAIM COLUMN**

| Name of Claimant | Remaining Claim No. | Late Claim to be Expunged | Date Late Claim Filed | Claim Amount | Reason for Modification |
|---|---|---|---|---|---|
| Creditor Id: 381751<br>AMERICAN STAR PLASTICS<br>C/O EAST CONTINENTAL SUPPLIES, LLC<br>ATTN GIGI WOLF, MGR<br>440 WEST 20 STREET<br>HIALEAH FL 33010 | 83<br>Debtor: WINN-DIXIE STORES, INC. | 13722 | 01/04/07 | $6,981.38 | LATE AS TO AMOUNTS INCURRED BY THE FEBRUARY 21, 2005 PETITION DATE BUT SURVIVED BY CLAIM LISTED IN REMAINING CLAIM COLUMN WHICH CLAIM HAS BEEN PAID PURSUANT TO THE PLAN. AS TO INVOICE NUMBER 47997 INCURRED AFTER THE PETITION DATE, DEBTOR WILL PAY INVOICE IN ORDINARY COURSE OF ITS BUSINESS. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |
| Creditor Id: 558271<br>NATURES FLOWERS<br>C/O EDWARD MALAVENDA LAW OFFICES<br>ATTN EDWARD MALAVENDA, ESQ<br>PO BOX 52-2498<br>MIAMI FL 33152 | 35643<br>Debtor: WINN-DIXIE STORES, INC. | 13677 | 12/29/06 | $313,187.76 | LATE-FILED CLAIM BUT SURVIVED BY SCHEDULED CLAIM IN THE AMOUNT OF $352,452.62, WHICH SCHEDULED CLAIM IS IDENTIFIED AS CLAIM NUMBER 35643 AND HAS BEEN ALLOWED IN THE FULL AMOUNT. |
| Creditor Id: 558339<br>USSIS COMMERCIAL SERVICES INC<br>ATTN BETTY WAHL, COLLECTION MGR<br>4500 S 129TH EAST AVENUE, SUITE 200<br>TULSA OK 74134-5885 | 33023<br>Debtor: WINN-DIXIE STORES, INC. | 13760 | 01/05/07 | $1,053.81 | LATE-FILED CLAIM BUT SURVIVED BY CLAIM LISTED IN REMAINING CLAIM COLUMN WHICH CLAIM HAS BEEN PAID PURSUANT TO THE PLAN. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION. |

Total Claims to be Disallowed:    3
Total Amount to be Disallowed:    $321,222.95    Plus Unliquidated Amounts, If Any

Case 3:05-bk-03817-JAF    Document 15301    Filed 02/26/2007    Page 33 of 36

**EXHIBIT F**

WINN-DIXIE STORES, INC., ET AL.
TWENTY-NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT F - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 416259**<br>BENTLEY, FRED D SR<br>C/O FURR AND COHEN, PA<br>ATTN ALVIN S GOLDSTEIN, ESQ<br>2255 GLADES ROAD, SUITE 337W<br>BOCA RATON FL 33431 | 12432<br>Debtor: WINN-DIXIE STORES, INC. | $1,591,693.33 | $306,516.26 | REDUCED AMOUNT REFLECTS REMOVAL OF $1,285,177.07 FOR OVERSTATED REJECTION DAMAGES. OBJECTION TO THIS CLAIM WAS ALSO SET FORTH IN DEBTORS' OBJECTION TO CLAIMS AND MOTION TO DISALLOW OR REDUCE CLAIMS FOR VOTING PURPOSES (DOCKET NO. 11282). |
| **Creditor Id: 2180**<br>DAY PROPERTIES LLC<br>C/O MCELWEE FIRM PLLC<br>ATTN ROBERT P LANEY, ESQ<br>906 MAIN STREET<br>NORTH WILKESBORO NC 28659 | 11905<br>Debtor: WINN-DIXIE STORES, INC. | $1,028,639.00 | $216,890.00 | REDUCED AMOUNT REFLECTS REMOVAL OF $811,749.00 FOR OVERSTATED REJECTION DAMAGES. OBJECTION TO THIS CLAIM WAS ALSO SET FORTH IN DEBTORS' OBJECTION TO CLAIMS AND MOTION TO DISALLOW OR REDUCE CLAIMS FOR VOTING PURPOSES (DOCKET NO. 11282). |

|  |  |
|---|---|
| Total Claims to be Reduced: | 2 |
| Total Amount to be Reduced: | $2,620,332.33 Plus Unliquidated Amounts, If Any |
| Total Reduced Amount: | $523,406.26 |

# EXHIBIT G

WINN-DIXIE STORES, INC., ET AL.
TWENTY-NINTH OMNIBUS CLAIMS OBJECTION
EXHIBIT G -- OVERSTATED AND MISCLASSIFIED
CLAIM TO BE REDUCED AND RECLASSIFIED

Page: 1 of 1
Date: 02/21/2007

Debtor: WINN-DIXIE STORES, INC.

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Reduction and Reclassification |
|---|---|---|---|---|---|---|
| DATCHER, ARNGELETTA<br>605 SUHTAI CT, APT 301<br>VIRGINIA BEACH VA 23451-4266 | 10653 | $9,120.00 | Multiple Classes | Unsecured<br>Non-Priority | $1,000.00 | REDUCED AMOUNT REFLECTS SETTLEMENT WITH CLAIMANT. ALSO, MISCLASSIFIED CLAIM. |
| Total Claims to be Reduced & Reclassified: | | | | 1 | | |
| Total Amount to be Reduced & Reclassified: | | $9,120.00 | | | Plus Unliquidated Amounts, If Any | |
| Total Reduced & Reclassified Amount: | | | | | $1,000.00 | |