# Marrero Land & Improvement Association, Ltd.

5201 Westbank Expressway • Suite 400 • Marrero, Louisiana 70072
(504) 341-1635 • FAX: (504) 340-4277
e-mail: vincent@marreroland.com

FILED
JACKSONVILLE, FLORIDA
MAR 2 2007
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

March 1, 2007

Vincent A. Vastola
Director of Real Estate

Clerks Office
United States Bankruptcy Court
Middle District of Florida, Jacksonville Division
300 North Hogan Street, Suite 3-350
Jacksonville, Florida   32202-4267

RE:   Winn-Dixie Stores, Inc., et al – Case No. 05-03817-3F1
      Withdrawal of Objection by Landlord to Debtor's
      Proposed Cure Amount for Store No. 1431

Dear Sir and/or Madam:

Marrero Land And Improvement Association, Limited ("Marrero Land"), the landlord for Winn-Dixie Store No. 1431, having received payment for the correct cure amount, hereby withdraws its objection to the Debtors' proposed cure amount for Store No. 1431 (docket number 97280) filed on July 28, 2006.

Please file the original of this correspondence in the referenced case and file stamp the enclosed copy and return it to me in the enclosed self-addressed stamped envelope.

Thank you for your assistance in this matter.

Sincerely,

Vincent A. Vastola
Director of Real Estate