**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE WITH RESPECT TO**
**AGREED ORDER RESOLVING (I) CLAIM NUMBER 11892**
**FILED BY CATAMOUNT ROCKINGHAM, LLC, AND**
**(II) CLAIM NUMBER 12859 FILED BY CATAMOUNT LS-KY, LLC**

    I, Adam S. Ravin, certify that I caused to be served the Agreed Order Resolving (I) Claim Number 11892 filed by Catamount Rockingham, LLC, and (II) Claim Number 12859 filed by Catamount LS-KY, LLC (Docket No. 15350), by having a true and correct copy thereof sent to the party listed on Exhibit A via e-mail on March 1, 2007.

Dated: March 2, 2007

                                              SKADDEN, ARPS, SLATE,
                                              MEAGHER & FLOM LLP

                                              By: /s/ *Adam S. Ravin*
                                              Adam S. Ravin
                                              Four Times Square
                                              New York, New York 10036
                                              (212) 735-3000
                                              (917) 735-2000 (facsimile)

                                                      and

                                              SMITH HULSEY & BUSEY

                                              By: /s/ *Cynthia C. Jackson*
                                              Cynthia C. Jackson
                                              Florida Bar Number 498882
                                              225 Water Street, Suite 1800
                                              Jacksonville, Florida 32202
                                              (904) 359-7700
                                              (904) 359-7708 (facsimile)

                                              Co-Counsel for Reorganized Debtors

## Exhibit A

Martha D. Lehman
Krieg DeVault, LLP
One Indiana Square, Suite 2800
Indianapolis, IN 46204-2079
mlehman@kdlegal.com