**[3902a]** [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


In re:                                                    Case No. 3:05−bk−03817−JAF
                                                          Chapter 11


Winn−Dixie Stores, Inc




_____Debtor(s)_____/


NOTICE OF RESCHEDULED HEARING


    NOTICE IS GIVEN that a hearing on Motion for Relief from Stay filed by SES Group Miami Springs, LTD is rescheduled to May 7, 2007 at 1:30 p.m. in 4th Floor Courtroom D , 300 North Hogan Street, Jacksonville Florida.


Dated February 28, 2007 .

                        Lee Ann Bennett, Clerk of Court

                        300 North Hogan Street Suite 3−350
                        Jacksonville, FL 32202



Copies furnished to:
Debtors
Attorney for Debtors
U.S. Trustee
Bradley R. Markey, Attorney for Movant
Counsel for Official Committee of Unsecured Creditors

**BAE SYSTEMS**

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: baldws          Page 1 of 1          Date Rcvd: Feb 28, 2007
Case: 05-03817               Form ID: 3902a         Total Served: 2
```

```
The following entities were served by first class mail on Mar 02, 2007.
aty          +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
              Jacksonville, FL 32202-4494
             +Brdley R. Markey,    50 North Laura Street, Suite 1600,   Jacksonville, FL 32202-3614
```

```
The following entities were served by electronic transmission.
NONE.                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                              TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 02, 2007**                     **Signature:** _Joseph Speetjens_