[3902a] [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                          Case No. 3:05−bk−03817−JAF
                                                                                Chapter 11

Winn−Dixie Stores, Inc

_____Debtor(s)_____/

NOTICE OF RESCHEDULED HEARING

   NOTICE IS GIVEN that a hearing on a Motion for Relief from Stay from Shaun Kevin Johnson, Michelle Sue Johnson and Micah Nicole Johnson is rescheduled to July 30, 2007 at 1:30 p.m. in 4th Floor Courtroom D , 300 North Hogan Street, Jacksonville Florida.

Dated March 1, 2007 .

                                        Lee Ann Bennett, Clerk of Court
                                        300 North Hogan Street Suite 3−350
                                        Jacksonville, FL 32202

Copies furnished to:
Debtors'
Debtor's Attorney
U.S. Trustee
Robert Wilcox, Attorney for Movant
Counsel for Unsecured Creditors Committee

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3           User: baldws              Page 1 of 1              Date Rcvd: Mar 01, 2007
Case: 05-03817                 Form ID: 3902a            Total Served: 2

The following entities were served by first class mail on Mar 03, 2007.
aty         +Cynthia C. Jackson,    Smith Hulsey & Busey,    225 Water Street, Suite 1800,
              Jacksonville, FL 32202-4494
            +Robert D. Wilcox,    6817 Southpoint Parkway Suite 1302,    Jacksonville, FL 32216-6297
The following entities were served by electronic transmission.
NONE.                                                                                      TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 03, 2007**                        **Signature:** *Joseph Speetjens*