UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 05-03817-3F1 |
| | ) | CHAPTER 11 |
| | ) | Jointly Administered |
| WINN-DIXIE STORES, INC., et al., | ) | |
| Debtors. | ) | |

### NOTICE OF WITHDRAWAL OF REQUEST OF CAROLINA ENTERPRISES, INC. FOR THE ALLOWANCE/PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM UNDER CODE SECTIONS 365(d)(3), 503(b) AND 507(a)(2)

Notice is hereby given that Carolina Enterprises, Inc., by and through its undersigned counsel, withdraws its Request of Carolina Enterprises, Inc. for the Allowance/Payment of Administrative Expense Claim Under Code Sections 365(d)(3), 503(b) and 507(a)(2) filed on or about January 5, 2007 [Docket No. 14252].

Dated: March 2, 2007.

/s/ Alan M. Weiss
HOLLAND & KNIGHT, LLP
Alan M. Weiss
Florida State Bar No. 340219
50 North Laura Street
Suite 3900
Jacksonville, FL, 32202
Phone: (904) 353-2000
Fax: (904) 358-1872

Of Counsel
B. Chad Ewing
N.C. Bar No. 27811
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **NOTICE OF WITHDRAWAL OF REQUEST OF CAROLINA ENTERPRISES, INC. FOR THE ALLOWANCE/PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM UNDER CODE SECTIONS 365(d)(3), 503(b) AND 507(a)(2)** has been served upon each of the parties to this action via ECF Noticing and by depositing same in the United States mail, postage prepaid, in an envelope(s) addressed as follows:

Reorganized Debtors
James Post
Smith Hulsey & Busey
225 Water Street
Suite 1800
Jacksonville, Florida 32202

Post-Effective Date Committee
Matthew Bar
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, New York 10005
Fax: (212) 822-5194

This 2nd day of March, 2007.

/s/Alan M. Weiss
Alan M. Weiss