**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |
| | ) | |

**NOTICE OF CONTINUED HEARING ON**
**DEBTORS' OMNIBUS OBJECTION TO UNRESOLVED**
**LITIGATION CLAIMS BASED ON INSUFFICIENT DOCUMENTATION**

Please take notice that a hearing is scheduled for **April 5, 2007** at **1:30 p.m. (prevailing Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider Debtors' Omnibus Objection to Unresolved Litigation Claims as to those claims listed on the attached Exhibit A. The claims listed in Exhibit A (i) lack sufficient documentation and (ii) were previously noticed for hearing on August 24, 2006. As a result of the claimants' assurances that sufficient documentation would be provided, the Debtors agreed to continue the hearing regarding those claims. Sufficient documentation has not been provided, however, and the hearing on this objection has therefore been rescheduled for April 5, 2007.

Only objections filed with the Court so as to be received by **March 26, 2007** at 4:00 p.m. (E.T.) and served on David L. Gay at dgay@smithhulsey.com, Smith Hulsey & Busey, 225

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

- 2 -

Water Street, Suite 1800, Jacksonville, Florida 32202, will be considered by the Bankruptcy Court at the hearing.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated: March 5, 2007

                         SMITH HULSEY & BUSEY

                         By  */s/ David L. Gay*
                               Stephen D. Busey
                               James H. Post
                               David L. Gay

                         Florida Bar Number 839221
                         225 Water Street, Suite 1800
                         Jacksonville, Florida  32202
                         (904) 359-7700
                         (904) 359-7708 (facsimile)
                         dgay@smithhulsey.com

                         Co-Counsel for Reorganized Debtors

00554302

**WINN-DIXIE STORES, INC., ET AL.**
**EXHIBIT A**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| ALVAREZ, ANA | 11763 | $15,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | **Debtor:** **WINN-DIXIE SUPERMARKETS, INC.** | | |
| COLON, EVELYN | 4239 | $100,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | **Debtor:** **WINN-DIXIE STORES, INC.** | | |
| LARIOS, MILAGROS E | 11658 | $100,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | **Debtor:** **WINN-DIXIE STORES, INC.** | | |
| **Total Claims to be Disallowed:** | 3 | | |
| **Total Amount to be Disallowed:** | $215,000.00 | Plus Unliquidated Amounts, If Any | |