**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |

**NOTICE OF HEARING ON DEBTORS'
OMNIBUS OBJECTION TO UNRESOLVED LITIGATION
CLAIMS WHICH HAVE BEEN SETTLED OR WITHDRAWN**

Please take notice that a hearing is scheduled for **April 5, 2007** at **1:30 p.m. (prevailing Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider Debtors' Omnibus Objection to Unresolved Litigation Claims as to those claims listed on the attached Exhibit A on the grounds that such claims have been settled or withdrawn by the claimants.

Only objections filed with the Court so as to be received by **March 26, 2007** at 4:00 p.m. (E.T.) and served on David L. Gay at dgay@smithhulsey.com, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, will be considered by the Bankruptcy Court at the hearing.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

- 2 -

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated: March 5, 2007

                SMITH HULSEY & BUSEY


                By   */s/ David L. Gay*
                      Stephen D. Busey
                      James H. Post
                      David L. Gay

                Florida Bar Number 839221
                225 Water Street, Suite 1800
                Jacksonville, Florida  32202
                (904) 359-7700
                (904) 359-7708 (facsimile)
                dgay@smithhulsey.com

                Co-Counsel for Reorganized Debtors

00554276

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| ACOFF, JINNIE | 2920 | $2,000,500.00 | SETTLED OR WITHDRAWN |
| | Debtor: DIXIE STORES, INC. | | |
| BECNEL, CAROL HUSSER | 10807 | $0.00 | SETTLED OR WITHDRAWN |
| | Debtor: WINN-DIXIE MONTGOMERY, INC. | | |
| DUNBAR, DAVID | 9780 | $50,000.00 | SETTLED OR WITHDRAWN |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| DURDEN, WILLIAM | 2955 | $75,000.00 | SETTLED OR WITHDRAWN |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| ERGLE, EDWARD O | 10762 | $5,000.00 | SETTLED OR WITHDRAWN |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| FOOTE, NANCY FINLEY | 2974 | $500,000.00 | SETTLED OR WITHDRAWN |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| FOOTE, NANCY FINLEY | 3247 | $500,000.00 | SETTLED OR WITHDRAWN |
| | Debtor: WINN-DIXIE MONTGOMERY, INC. | | |
| FOX, SUZANNE | 447 | $50,000.00 | SETTLED OR WITHDRAWN |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| FRANKLIN, BETTY MAE | 8404 | $20,000.00 | SETTLED OR WITHDRAWN |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| HUGHES, MICHAEL ANTONIO | 13084 | $1,730.00 | SETTLED OR WITHDRAWN |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| JOHNSON, CLARA | 9965 | $20,000.00 | SETTLED OR WITHDRAWN |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| JOHNSON, JERRY | 10696 | $1,500.00 | SETTLED OR WITHDRAWN |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| JONES, MARY | 7280 | $150,000.00 | SETTLED OR WITHDRAWN |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| JONES, MARY | 7552 | $150,000.00 | SETTLED OR WITHDRAWN |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| JONES, MARY | 7623 | $150,000.00 | SETTLED OR WITHDRAWN |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| KIRKLAND, BERNELL | 10212 | $0.00 | SETTLED OR WITHDRAWN |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| MATHIEU, MARIE M | 6308 | $10,000.00 | SETTLED OR WITHDRAWN |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| MCCARTHY, BARBARA | 1892 | $50,000.00 | SETTLED OR WITHDRAWN |
| | Debtor: WINN-DIXIE STORES, INC. | | |

**WINN-DIXIE STORES, INC., ET AL.**
**EXHIBIT A**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| PALMER, LAQUAILA | 3004 | $0.00 | SETTLED OR WITHDRAWN |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| PENNYCUFF, DEBRA ROSE | 5464 | $100,000.00 | SETTLED OR WITHDRAWN |
| | Debtor: WINN-DIXIE SUPERMARKETS, INC. | | |
| PERRY, LYNDA | 10694 | $1,500.00 | SETTLED OR WITHDRAWN |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| PINCHBACK, EDGAR W, JR | 6170 | $5,000.00 | SETTLED OR WITHDRAWN |
| | Debtor: WINN-DIXIE RALEIGH, INC. | | |
| REED-STEWART, CINDY | 12804 | $0.00 | SETTLED OR WITHDRAWN |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| SIMPKINS, CLOVER | 9902 | $45,000.00 | SETTLED OR WITHDRAWN |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| SOLANO, JACQUELINE | 9970 | $100,000.00 | SETTLED OR WITHDRAWN |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| THOMPSON, MARAGRET | 7946 | $0.00 | SETTLED OR WITHDRAWN |
| | Debtor: WINN-DIXIE MONTGOMERY, INC. | | |
| THOMPSON, MARAGRET | 9502 | $0.00 | SETTLED OR WITHDRAWN |
| | Debtor: WINN-DIXIE MONTGOMERY, INC. | | |
| VALLE, MARIA DELLA | 4284 | $250,000.00 | SETTLED OR WITHDRAWN |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| WEBSTER, ZENTHIA | 10317 | $1,000,000.00 | SETTLED OR WITHDRAWN |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| WILSON, HERBERT | 5834 | $0.00 | SETTLED OR WITHDRAWN |
| | Debtor: WINN-DIXIE STORES, INC. | | |

| | | |
|---|---|---|
| Total Claims to be Disallowed: | 30 | |
| Total Amount to be Disallowed: | $5,235,230.00 | Plus Unliquidated Amounts, If Any |