**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |

**NOTICE OF HEARING ON DEBTORS' OMNIBUS
OBJECTION TO UNRESOLVED LITIGATION CLAIMS BASED ON
INSUFFICIENT DOCUMENTATION OR LATE FILED PROOFS OF CLAIM**

Please take notice that a hearing is scheduled for **April 5, 2007** at **1:30 p.m. (prevailing Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider (i) Debtors' Omnibus Objection to Unresolved Litigation Claims and (ii) Debtors' individual objections as to those claims listed on the attached Exhibit A on the grounds that such claims lack sufficient documentation or were not filed on or before the applicable proof of claim bar date.

Only objections filed with the Court so as to be received by **March 26, 2007** at 4:00 p.m. (E.T.) and served on David L. Gay at dgay@smithhulsey.com, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, will be considered by the Bankruptcy Court at the hearing.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated: March 5, 2007

SMITH HULSEY & BUSEY

By   */s/ David L. Gay*
     Stephen D. Busey
     James H. Post
     David L. Gay

Florida Bar Number 839221
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
dgay@smithhulsey.com

Co-Counsel for Reorganized Debtors

00554101

**WINN-DIXIE STORES, INC., ET AL.**
**EXHIBIT A**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| ALVAREZ, JACINTA JOSEFINA | 12262 | $100,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| ALVEREZ, DIANA | 8637 | $50,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| AMINALROAYA, SHAHIN YAMINI | 6921 | $250,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| BARRON, ALPHILD | 2887 | $0.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| BENITEZ, RAUL | 10695 | $0.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| BENN, MARLENE | 7031 | $7,789.34 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| BRASWELL, JOSEPHINE | 10155 | $0.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| BROWN, GINGER | 7487 | $350,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| BROWN, GINGER | 8093 | $350,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| BROWN, GINGER | 8539 | $350,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| BURNS, JESSICA & AKASHEYN | 4419 | $0.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| BUSH, NATASHA A | 4022 | $100,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| CANDIA, EFIJENIA MARIA | 10756 | $300,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| CANNON, CARRIE | 4263 | $150,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| CARBONELL, MIRIELA | 6985 | $7,500.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE RALEIGH, INC. | |
| CHAHBOUDAGIANTZ, LENA | 12630 | $750,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| CONLEY, FRANCES | 13125 | $100,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE SUPERMARKETS, INC. | |
| DAVIS, CHANTAI | 3986 | $200,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE STORES, INC. | |

**WINN-DIXIE STORES, INC., ET AL.**
**EXHIBIT A**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| DAVIS, ESTELLA | 6911 | $25,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: WINN-DIXIE MONTGOMERY, INC. | | |
| DEANS, SARAH | 10137 | $500,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| DEANS, SARAH | 10416 | $500,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: WINN-DIXIE MONTGOMERY, INC. | | |
| DEANS, SARAH | 2485 | $220,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| DELOR, MARGUERITE | 13618 | $225,000.00 | LATE CLAIM |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| DUNN, MARY | 2843 | $0.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| DUNSON, CLARA | 8422 | $1,000,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| DUTAIR, CLAUDETE M | 2370 | $125,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| DUTAIR, CLAUDETE M | 2371 | $125,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| ELLIS, INEZ | 6839 | $1,000,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| FRANCIS, ERSKINE | 6789 | $135,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| FRENCH, DONNA | 7536 | $250,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| GASPER, CHESTER J | 8480 | $0.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| GENOVESE, BETTY | 9802 | $15,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| GOMEZ, MARINA | 12583 | $25,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| GONZALEZ, PHILLIP (MINOR) | 13107 | $0.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: WINN-DIXIE MONTGOMERY, INC. | | |
| GRANT, ANTHONY | 1999 | $175,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| GREEN, DIAMOND (MINOR) | 2420 | $50,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: WINN-DIXIE STORES, INC. | | |

WINN-DIXIE STORES, INC., ET AL.
EXHIBIT A

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| GREEN, DIAMOND (MINOR) | 2422 | $50,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | **Debtor:** WINN-DIXIE STORES, INC. | | |
| GREGORY, BERTHA | 11783 | $100,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | **Debtor:** WINN-DIXIE STORES, INC. | | |
| GUISE, CATHERINE | 2757 | $200,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | **Debtor:** WINN-DIXIE STORES, INC. | | |
| HARDEN, ANNIE | 9433 | $100,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | **Debtor:** WINN-DIXIE STORES, INC. | | |
| HERNANDEZ, KAREN S | 4121 | $250,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | **Debtor:** WINN-DIXIE STORES, INC. | | |
| HERNANDEZ, RUBY | 10558 | $25,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | **Debtor:** WINN-DIXIE STORES, INC. | | |
| HOLTON, SONYA DENISE | 2639 | $75,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | **Debtor:** WINN-DIXIE STORES, INC. | | |
| HOWARD, DENISE | 9202 | $150,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | **Debtor:** WINN-DIXIE STORES, INC. | | |
| HUNTER, TERESA | 3490 | $60,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | **Debtor:** WINN-DIXIE STORES, INC. | | |
| IGLESIAS, MARTHA | 6339 | $65,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | **Debtor:** WINN-DIXIE STORES, INC. | | |
| JACKSON, LARRY | 11348 | $20,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | **Debtor:** WINN-DIXIE STORES, INC. | | |
| JAMES, DESIREE | 1074 | $25,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | **Debtor:** WINN-DIXIE STORES, INC. | | |
| JANITELLI, LOUIS | 5950 | $275,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | **Debtor:** WINN-DIXIE STORES, INC. | | |
| JOHNSON, CHRISTINE | 578 | $100,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | **Debtor:** WINN-DIXIE STORES, INC. | | |
| JOHNSON, JAMIE D | 2693 | $250,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | **Debtor:** WINN-DIXIE STORES, INC. | | |
| JONES, JANET | 6860 | $25,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | **Debtor:** WINN-DIXIE STORES, INC. | | |
| JONES, JOSEPH D JR | 8472 | $0.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | **Debtor:** WINN-DIXIE STORES, INC. | | |
| JONES, JOSEPH D JR | 8473 | $0.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | **Debtor:** WINN-DIXIE SUPERMARKETS, INC. | | |

**WINN-DIXIE STORES, INC., ET AL.**
**EXHIBIT A**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| JONES, TAUSHA | 13401 | $4,440.00 | LATE CLAIM |
| | Debtor: **WINN-DIXIE STORES, INC.** | | |
| JOSEPH-EL, ELLEN | 1893 | $150,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: **WINN-DIXIE STORES, INC.** | | |
| KEEL, LORETTA | 3828 | $25,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: **WINN-DIXIE STORES, INC.** | | |
| KUYKENDALE, DALE | 6211 | $30,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: **WINN-DIXIE STORES, INC.** | | |
| LAWSON, ARIALE D | 5470 | $15,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: **WINN-DIXIE STORES, INC.** | | |
| LEE, DANA E | 8784 | $0.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: **WINN-DIXIE STORES, INC.** | | |
| LEWIS, MARIA | 2851 | $500,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: **WINN-DIXIE STORES, INC.** | | |
| LOPEZ, KIMBERLY D | 7068 | $0.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: **WINN-DIXIE STORES, INC.** | | |
| MIZELLE, MICHAEL | 10658 | $25,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: **WINN-DIXIE STORES, INC.** | | |
| MOLINE, PHYLLIS & EMILE | 9630 | $50,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: **WINN-DIXIE STORES, INC.** | | |
| MOORE, MARGARET DELORES | 7218 | $0.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: **WINN-DIXIE STORES, INC.** | | |
| MORENO, ANA ARVELO | 2438 | $25,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: **WINN-DIXIE STORES, INC.** | | |
| MORTON, NASUA K | 9528 | $200,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: **WINN-DIXIE STORES, INC.** | | |
| NEWMAN, JIM | 10156 | $0.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: **WINN-DIXIE STORES, INC.** | | |
| NOBLES, MILTON | 10748 | $0.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: **WINN-DIXIE STORES, INC.** | | |
| ODOM, KEIOSHA | 4180 | $250,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: **WINN-DIXIE STORES, INC.** | | |
| PARRIS, MAURICE | 9809 | $500,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: **WINN-DIXIE STORES, INC.** | | |
| PFLEDDERER, GAILE M | 13368 | $1,220.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION; LATE CLAIM |
| | Debtor: **WINN-DIXIE MONTGOMERY, INC.** | | |

WINN-DIXIE STORES, INC., ET AL.
**EXHIBIT A**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| PRAY, MARK | 5557 | $50,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| QUINTERO, ESTER | 10393 | $20,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| RAMOS, LORI | 1875 | $25,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| RANDELL, LUTRICIA | 4458 | $25,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| REED, JOYCE & BLAIR, GLORIA | 13095 | $12,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| REGISTE, ANGELA (MINOR) | 9920 | $50,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| RICHARDSON, MARY | 7757 | $250,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| ROBINSON, MARY ELLEN | 4683 | $15,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| ROY, TONI L | 5182 | $750,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| SCOTT, ALLEN | 13050 | $50,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE MONTGOMERY, INC. | |
| SLAY, NICOLE | 6942 | $79,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE MONTGOMERY, INC. | |
| SMITH, CHARLENE | 8439 | $250,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| SPENCE, JULIE | 10968 | $500,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| SWAN, JANET | 11186 | $50,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| TALMADGE, CLAIRE L | 10427 | $300,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE MONTGOMERY, INC. | |
| TAYLOR, DWAYNE | 11354 | $15,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| TEMPLE, LEJEANNE | 4208 | $200,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE MONTGOMERY, INC. | |
| THORNBURY, JEFF | 4236 | $100,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE STORES, INC. | |

**WINN-DIXIE STORES, INC., ET AL.**
**EXHIBIT A**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| THORSEN, DORIS | 10638 | $26,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| TIMMONS, DAVID | 1046 | $350,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| TIMMONS, DAVID | 11191 | $350,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| TURNER, CHRISTOPHER P | 4811 | $15,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| UDOINYION, SUNDAY N | 12570 | $45,144.50 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| UEBELSTEADT, MINNIE NELL | 6154 | $400,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| USSA, RUBY | 12623 | $175,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| VICKERS, JOHN A | 13463 | $0.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION; LATE CLAIM |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| WALKER-PENA, DIANE D | 9606 | $1,000,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: WINN-DIXIE LOGISTICS, INC. | | |
| WALTER, JANIS E | 12528 | $153,500.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| WHITE, MELINDA | 8435 | $60,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| WHITE, RUBY L | 8926 | $12,524.66 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| WHITEHEAD, MARY | 10480 | $100,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: WINN-DIXIE RALEIGH, INC. | | |
| WILLIAMS, MARY LOUISE | 12724 | $250,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: WINN-DIXIE RALEIGH, INC. | | |
| WILSON, FREDRICK | 8024 | $100,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| ZIMMERMAN, THOMAS L | 3576 | $50,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: WINN-DIXIE STORES, INC. | | |

| | | | |
|---|---|---|---|
| Total Claims to be Disallowed: | 106 | | |
| Total Amount to be Disallowed: | $16,809,118.50 | Plus Unliquidated Amounts, If Any | |