UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 3-05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

NOTICE OF WITHDRAWAL OF APPLICATION FOR
ALLOWANCE OF ADMINISTRATIVE EXPENSE STATUS
FOR POST-PETITION CLAIM AND REQUEST FOR NOTICE

Applicant, Tammy Rivas, having reached a settlement with Winn-Dixie Stores, Inc. hereby withdraws her Application for Allowance of Administrative Expense Status for Post-Petition Claim and Request for Notice (Docket Nos. 13831 and 14074).

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON March 5, 2007 I filed this NOTICE OF WITHDRAWAL OF APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE STATUS FOR POST PETITION CLAIM AND REQUEST FOR NOTICE through the CMIECF filing system, which will cause a copy to be served on James H. Post, Esq., Counsel for the Reorganized Debtors, Matthew Barr, Esq. and John MacDonald, Esq., Counsel for the Post Effective date Committee, Elena L. Escamilla, Esq., counsel for the Office of the United States Trustee and all other parties participating in the CM/ECF system, all served electronically.

Dated: March 5, 2007.

PITA & DEL PRADO

By  /s/Shannon del Prado
      Shannon del Prado

9350 South Dixie Hwy, Suite 1200
Miami, Florida  33156
(305) 670-8060
(305) 670-6666 (facsimile)
sdelprado@pdfirm.com

Counsel for Tammy Rivas

00558936