**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors. [1] | ) | Jointly Administered |

**JOINT MOTION BY THE DEBTORS AND THE UNITED STATES
OF AMERICA TO VACATE TRIAL SETTING AND ALL OTHER
DEADLINES PERTAINING TO DHHS' CLAIM NOS. 10662, 13405, AND 13665**

Winn-Dixie Stores, Inc., ("Winn-Dixie") and twenty-three of its reorganized debtor affiliates (collectively, the "Debtors"), and the United States of America, on behalf of the United States Department of Health and Human Services, Centers for Medicare and Medicaid Services ("DHHS"), are discussing resolution of DHHS' claim nos. 10662, 13405, and 13665 through settlement. Accordingly, in order to conserve the resources of the parties and the Court, the Debtors and DHHS jointly move to vacate the March 29, 2007 trial setting and all other deadlines pertaining to these three claims and the objections and motions related thereto.

The Debtors and DHHS each reserve the right to move to reset the trial and the other deadlines if these claims are not resolved through settlement. For the Court's convenience, the parties attach a proposed "Agreed Order Vacating the March 29, 2007

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Trial Setting and All Other Deadlines Pertaining to DHHS' Claim Nos. 10662, 13405, and 13665."

DATED: March 5, 2007.

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>D.J. Baker<br>Sally McDonald Henry<br>Rosalie Walker Gray<br>Four Times Square<br>New York, New York 10036<br>Tel: (212) 735-3000<br>Fax: (212) 735-2000<br>Email: rgray@skadden.com<br><br>-and-<br><br>SMITH HULSEY & BUSEY<br><br>By  *s/ James H. Post*<br>    Stephen D. Busey<br>    James H. Post<br>    Leanne McKnight Prendergast<br><br>Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>Tel: (904) 359-7700<br>Fax: (904) 359-7708<br>Email: jpost@smithhulsey.com<br><br>Attorneys for the Reorganized Debtors | PETER D. KEISLER<br>Assistant Attorney General<br>Civil Division<br><br>PAUL I. PEREZ<br>United States Attorney<br><br>MARCIO W. VALLADARES<br>Assistant United States Attorney<br>United States Courthouse<br>300 North Hogan Street, Suite 700<br>Jacksonville, Florida 32202-4270<br>Tel: (904) 301-6324/6300<br>Fax: (904) 301-6363/6310<br>Email: marcio.valladares@usdoj.gov<br><br>By  *s/ Kyle A. Forsyth*<br>    J. Christopher Kohn<br>    Ruth A. Harvey<br>    Kyle A. Forsyth<br><br>Attorneys, Civil Division<br>U.S. Department of Justice<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 307-0452<br>Fax: (202) 514-9163<br>Email: kyle.forsyth@usdoj.gov<br><br>Attorneys for the United States |

559809

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re ) | | Case No. 05-03817-3F1 |
| ) | | |
| WINN-DIXIE STORES, INC., et al., ) | | Chapter 11 |
| ) | | |
| Reorganized Debtors.[1] ) | | Jointly Administered |

**AGREED ORDER VACATING THE MARCH 29, 2007
TRIAL SETTING AND ALL OTHER DEADLINES
PERTAINING TO DHHS' CLAIM NOS. 10662, 13405, AND 13665**

These cases are before the Court for consideration of the Joint Motion of Winn-Dixie Stores, Inc., ("Winn-Dixie") and twenty-three of its reorganized debtor affiliates (collectively, the "Debtors"), and the United States of America, on behalf of the United States Department of Health and Human Services, Centers for Medicare and Medicaid Services ("DHHS"), to vacate the March 29, 2007 trial setting and all other deadlines pertaining to DHHS' claim nos. 10662, 13405, and 13665. In support of their motion, the parties represent that they are discussing resolution of these claims through settlement.

Upon consent of the parties, as reflected in their Joint Motion, it is

**ORDERED:**

    1.    The Joint Motion is granted.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

2.   The March 29, 2007 trial setting and all other deadlines pertaining to DHHS' claim nos. 10662, 13405, and 13665 and the objections and motions related thereto are vacated.

3.   This order does not prejudice the Debtors' or DHHS' right to move to reset the trial and the other deadlines if these claims are not resolved through settlement.

Dated this _____ day of _____, 2007, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
James H. Post, Esq.
[James H. Post is directed to serve a copy of this order on any party in interest who has not received the order through the CM/ECF system and to file a proof of service.]

559823