# Exhibit A



# State of Florida

## Department of State

I certify the attached is a true and correct copy of the Articles of Dissolution, filed on November 21, 2006, dissolving ASTOR PRODUCTS, INC., a Florida Corporation, as shown by the records of this office.

The document number of this corporation is 218174.



Given under my hand and the Great Seal of the State of Florida at Tallahassee, the Capitol, this the Twenty-first day of November, 2006

*Sue M. Cobb*
Sue M. Cobb
Secretary of State

CR2EO22  (01-06)

FILED

## *Articles of Dissolution*

of

**ASTOR PRODUCTS, INC.,**

a Florida corporation

2006 NOV 21 PM 4:44

SECRETARY OF STATE
TALLAHASSEE, FLORIDA

Pursuant to Section 607.1403 of the Florida Statutes, the Florida Corporation, **Astor Products, Inc.** hereby submits the following Articles of Dissolution:

1.  The name of the corporation, as currently filed with the Florida Department of State:

    **Astor Products, Inc.**

2.  The document number of the corporation is: 218174

3.  The dissolution was authorized pursuant to a Written Consent to Resolution by the Sole Shareholder of Astor Products, Inc. in Lieu of Special Meeting dated <u>November          21 </u>, 2006.

4.  The Effective Date of dissolution is the date of recording.

5.  Dissolution was approved by the sole shareholder. The number of votes cast for dissolution was sufficient, pursuant to the shareholder agreement and bylaws, for approval of the dissolution.

6.  The sole shareholder of the corporation is Winn-Dixie Stores, Inc.

In Witness Whereof, the undersigned, being the sole shareholder of Astor Products, Inc., has executed these Articles of Dissolution this <u> 21 </u> day of <u>November         </u>, 2006.

Winn-Dixie Stores, Inc.,
its sole shareholder

By: _____

Bennett Nussbaum
Senior Vice President

LEGAL APPROVED
ATTY: _____
DATE: _10/24/06_

Articles of Dissolution
Astor Products, Inc.
October 20, 2006



# State of Florida

## Department of State

I certify the attached is a true and correct copy of the Articles of Dissolution, filed on November 21, 2006, dissolving CRACKIN' GOOD, INC., a Florida Corporation, as shown by the records of this office.

The document number of this corporation is P00000058414.

Given under my hand and the Great Seal of the State of Florida at Tallahassee, the Capitol, this the Twenty-first day of November, 2006



Sue M. Cobb
Sue M. Cobb
Secretary of State

CR2EO22 (01-06)

FILED

### *Articles of Dissolution*
of
### CRACKIN' GOOD, INC.,
a Florida corporation

2006 NOV 21  PM 4:39

SECRETARY OF STATE
TALLAHASSEE, FLORIDA

Pursuant to Section 607.1403 of the Florida Statutes, the Florida Corporation, **Crackin' Good, Inc.** hereby submits the following Articles of Dissolution:

1. The name of the corporation, as currently filed with the Florida Department of State:

   ### Crackin' Good, Inc.

2. The document number of the corporation is: P00000058414

3. The dissolution was authorized pursuant to a Written Consent to Resolution by the Sole Shareholder of Crackin' Good, Inc. in Lieu of Special Meeting dated ___November___ __21__ , 2006.

4. The Effective Date of dissolution is the date of recording.

5. Dissolution was approved by the sole shareholder. The number of votes cast for dissolution was sufficient, pursuant to the shareholder agreement and bylaws, for approval of the dissolution.

6. The sole shareholder of the corporation is Winn-Dixie Stores, Inc.

In Witness Whereof, the undersigned, being the sole shareholder of Crackin' Good, Inc. has executed these Articles of Dissolution this __21__ day of __November__ , 2006.

Winn-Dixie Stores, Inc.,
its sole shareholder

By: _____
　　　Bennett Nussbaum
　　　Senior Vice President

LEGAL APPROVED
ATTY: _____ ,
DATE: _10/24/06_



# NORTH CAROLINA
## Department of The Secretary of State

**To all whom these presents shall come, Greetings:**

    **I, ELAINE F. MARSHALL,** Secretary of State of the State of North Carolina, do hereby certify the following and hereto attached to be a true copy of

## ARTICLES OF DISSOLUTION

## OF

## DEEP SOUTH DISTRIBUTORS, INC.

the original of which was filed in this office on the 21st day of November, 2006.



IN WITNESS WHEREOF, I have hereunto
set my hand and affixed my official seal at the
City of Raleigh, this 21st day of November, 2006

*Elaine F. Marshall*

**Secretary of State**

Document Id:   C20063250024
8

SOSID: 0039902
Date Filed: 11/21/2006 2:39:00 PM
Elaine F. Marshall
North Carolina Secretary of State
C200632500248

### State of North Carolina
### Department of the Secretary of State
### Articles of Dissolution by the Board of Directors
### and Shareholder
### of
# Deep South Distributors, Inc.,
### a North Carolina corporation

Pursuant to Section 55-14-03 of the General Statutes of the State of North Carolina, the undersigned corporation (the "Corporation") hereby submits the following Articles of Dissolution for the purpose of dissolving said Corporation.

1. The name of the Corporation is: Deep South Distributors, Inc.

2. The names, titles, and addresses of the Officers of the Corporation are as follows:

> Peter Lynch, President
> David Henry, Vice President
> Bennett Nussbaum, Vice President
> Mark Sellers, Vice President
> Kellie Hardee, Vice President & Treasurer
> Larry Appel, Vice President & Secretary
> Mike Byrum, Vice President & Assistant Secretary
> John James, Assistant Secretary & Assistant Treasurer
> Jayson Roy, Assistant Secretary & Assistant Treasurer
> Stanley Wadford, Assistant Secretary & Assistant Treasurer
> David Young, Assistant Secretary & Assistant Treasurer

> All with the current address of:    5050 Edgewood Court
> Jacksonville, FL 32254

3. The names and address of the Directors of the Corporation are as follows:

> Peter Lynch
> Mike Byrum
> Kellie Hardee
> Bennett Nussbaum

> All with the current address of:    5050 Edgewood Court
> Jacksonville, FL 32254

4. The dissolution of the Corporation was authorized by the Directors on the 21st day of November, 2006.

5. Shareholder approval for the dissolution was obtained as required by Chapter 55 of the North Carolina General Statutes on the 21st day of ___November___, 2006.

6. These Articles will be effective upon filing.

   **IN WITNESS WHEREOF**, these Articles of Dissolution are executed this _21st_ day of ___November___, 2006.

DEEP SOUTH PRODUCTS, INC.
its sole shareholder

By: _____
       Bennett Nussbaum
       as Vice President of
       Deep South Products, Inc.
       and
       as Vice President of
       Deep South Distributors, Inc.

LEGAL APPROVED
ATTY: _____
DATE: 10/24/06

-2-

C20063250024S

## NOTICE OF DISSOLUTION
## OF
## DEEP SOUTH DISTRIBUTORS, INC.


NOTICE IS HEREBY GIVEN that Deep South Distributors, Inc., a North Carolina corporation (the "Corporation"), was dissolved on _____, 2006.  All creditors of and claimants against the Corporation are required to present their respective claims and demands immediately to the Corporation so that it can proceed to collect its assets, convey and dispose of its properties, pay, satisfy, and discharge its liabilities and obligations, and do all other acts required to liquidate its business and affairs.  With respect to all claims, please take notice of the following:

1.     Claims must be in writing and include the name of the claimant, address and phone number of the claimant, the amount of the claim, a summary of the basis for the claim and a copy of any relevant contract.

2.     Claims should be mailed to the Corporation at _____ _____.

3.     A claim against the Corporation will be barred unless a proceeding to enforce the claim is commenced within five years after the publication date of this notice.

This the 21st day of  November , 2006.


DEEP SOUTH DISTRIBUTORS, INC.

By: _____
        Bennett Nussbaum
        Its: Vice President

LEGAL APPROVED
ATTY: _____
DATE: 10/24/06



# State of Florida

## Department of State

I certify the attached is a true and correct copy of the Articles of Dissolution, filed on November 21, 2006, dissolving DIXIE DARLING BAKERS, INC., a Florida Corporation, as shown by the records of this office.

The document number of this corporation is 125444.

Given under my hand and the Great Seal of the State of Florida at Tallahassee, the Capitol, this the Twenty-first day of November, 2006



*Sue M. Cobb*
Sue M. Cobb
Secretary of State

CR2EO22 (01-06)

FILED

*Articles of Dissolution*
of
**DIXIE DARLING BAKERS, INC.,**
a Florida corporation

2006 NOV 21  PM 4: 36

SECRETARY OF STATE
TALLAHASSEE, FLORIDA

Pursuant to Section 607.1403 of the Florida Statutes, the Florida Corporation, **Dixie Darling Bakers, Inc.** hereby submits the following Articles of Dissolution:

1. The name of the corporation, as currently filed with the Florida Department of State:

   **Dixie Darling Bakers, Inc.**

2. The document number of the corporation is: 125444

3. The dissolution was authorized pursuant to a Written Consent to Resolution by the Sole Shareholder of Dixie Darling Bakers, Inc. in Lieu of Special Meeting dated  November          21  , 2006.

4. The Effective Date of dissolution is the date of recording.

5. Dissolution was approved by the sole shareholder. The number of votes cast for dissolution was sufficient, pursuant to the shareholder agreement and bylaws, for approval of the dissolution.

6. The sole shareholder of the corporation is Winn-Dixie Stores, Inc.

In Witness Whereof, the undersigned, being the sole shareholder of Dixie Darling Bakers, Inc. has executed these Articles of Dissolution this   21    day of November          , 2006.

Winn-Dixie Stores, Inc.,
its sole shareholder

By: _____
        Bennett Nussbaum
        Senior Vice President

LEGAL APPROVED
ATTY: JSS ,
DATE: 10/24/06

Articles of Dissolution
Dixie Darling Bakers, Inc.
October 20, 2006

CERTIFIED TO BE A TRUE AND CORRECT COPY
AS TAKEN FROM AND COMPARED WITH THE
ORIGINAL ON FILE IN THIS OFFICE

## STATE OF SOUTH CAROLINA
## SECRETARY OF STATE

### ARTICLES OF CORRECTION

DEC 1 4 2006

*Mark Hammond*
SECRETARY OF STATE OF SOUTH CAROLINA

TYPE OR PRINT CLEARLY IN BLACK INK.

The following information is submitted pursuant to Section 33-1-240 of the 1976 South Carolina Code of Laws, as amended:

1. The name of the corporation is   Dixie-Home Stores, Inc.

2. That on   11/21/2006   the corporation filed (fill out whichever is applicable):

    a. ☐    The following described document:

    b. ☒    The attached document (attach copy of the document):

3. That this document was incorrect in the following manner:

    Blank dates throughout the document.

4. That the incorrect matters stated in Paragraph 3 should be revised as follows:

Date   12/04/2006

Dixie-Home Stores, Inc.
Name of Corporation

Signature

Bennett Nussbaum, Vice President
Type or Print Name and Office

LEGAL APPROVED
ATTY:
DATE: 12/14/06

061214-0142     **FILED: 12/07/2006**
DIXIE-HOME STORES, INC.
Filing Fee: $0.00 ORIG

Mark Hammond     South Carolina Secretary of State

CERTIFIED TO BE A TRUE AND CORRECT COPY
AS TAKEN FROM AND COMPARED WITH THE
ORIGINAL ON FILE IN THIS OFFICE

NOV 2 1 2006

*Mark Hammond*

SECRETARY OF STATE OF SOUTH CAROLINA

# State of South Carolina
## Secretary of State

### *Articles of Dissolution*
for
# Dixie-Home Stores, Inc.

Pursuant to Section 33-14-103 of the South Carolina Business Corporation Act of 1986, as amended (the "Act"), the undersigned corporation adopts and files the following Articles of Dissolution for the purpose of dissolving the corporation.

1.  The name of the corporation is: **Dixie-Home Stores, Inc.**

2.  The date of incorporation was:  October 3, 1955

3.  The current registered agent's name and address is:

     Corporation Service Company
     5000 Thurmond Mall Boulevard
     Columbia, SC  29201

4.  The names and address of the corporation's directors are as follows:

     Peter Lynch
     Mike Byrum
     Kellie Hardee

     All with the following address:    5050 Edgewood Court
                                                            Jacksonville, FL 32254

5.  The names, offices, and address of the corporation's officers are as follows:

| Name | Office |
|------|--------|
| Peter Lynch | |
| David Henry | |
| Bennett Nussbaum | |
| Mark Sellers | |
| Kellie Harden | |
| Larry Appel | |
| Mike Byrum | |
| John James | |
| Jayson Roy | |
| Stanley Wadford | |
| David Young | |

061121-0094        FILED: 11/21/2006
DIXIE-HOME STORES, INC.
Filing Fee: $10.00 ORIG

Mark Hammond        South Carolina Secretary of State

Dixie-Home Stores, Inc.
Articles of Dissolution
October 24, 2006
NPCOL1:922601.2-DOC-(GMK) 900000-00201

All with the following address:    5050 Edgewood Court
                                   Jacksonville, FL 32254

6. The name and address of the corporation's sole shareholder is Winn-Dixie Stores, Inc., 5050 Edgewood Court, Jacksonville, FL 32254.

7. The dissolution of the corporation was authorized by the Board of Directors on the 21 day of ___November___, 2006.

8. The Dissolution shall be effective upon acceptance of this document for filing by the Secretary of State pursuant to Section 33-1-230 of the Act.

9. Shareholder approval for the dissolution was obtained on the 21 day of ___November___, 2006, as required by Section 33-14-102 the Act.  Pursuant to Sections 33-14-103 (a) (5) and (6) of the Act, the total number of undisputed shares cast for dissolution was sufficient for approval of the dissolution.

| Voting Group | Number of Outstanding Shares | Number of Votes Entitled to be Cast | Number of Votes Represented at the Meeting | Number of Undisputed Shares Voted in Favor of Dissolution |
|---|---|---|---|---|
| Common | 1 | 1 | 1 | 1 |

**In Witness Whereof**, the undersigned, being a duly authorized officer of the corporation, has executed these Articles of Dissolution this 21 day of ___November___, 2006 pursuant to Section 33-1-200(f) of the Act..

DIXIE-HOME STORES, INC.

By: _____
        Bennett Nussbaum
        Vice President

LEGAL APPROVED
ATTY: _____
DATE: 10/24/06

- 2 -

Dixie Home Stores, Inc.
Articles of Dissolution
October 24, 2006
NPCOL1:922601.2-DOC-(GMK) 900000-00201

**NOTICE OF DISSOLUTION**
**OF**
**DIXIE-HOME STORES, INC.**

NOTICE IS HEREBY GIVEN that Dixie-Home Stores, Inc., a South Carolina corporation (the "Corporation"), was dissolved on __November 21__, 2006. All creditors of and claimants against the Corporation are required to present their respective claims and demands immediately to the Corporation so that it can proceed to collect its assets, convey and dispose of its properties, pay, satisfy, and discharge its liabilities and obligations, and do all other acts required to liquidate its business and affairs. With respect to all claims, please take notice of the following:

1.     Claims must be in writing and include the name of the claimant, address and phone number of the claimant, the amount of the claim, a summary of the basis for the claim and a copy of any relevant contract.

2.     Claims should be mailed to the Corporation at 5050 Edgewood Court, Jacksonville, FL  32254.

3.     A claim against the Corporation will be barred unless a proceeding to enforce the claim is commenced within five years after the publication date of this notice.

This the __21__ day of __November__, 2006.

DIXIE-HOME STORES, INC.

By:_____

Bennett Nussbaum
Its: Vice President

LEGAL APPROVED
ATTY: _____
DATE: 10/24/06



# State of Florida

## Department of State

I certify the attached is a true and correct copy of the Articles of Dissolution, filed on November 21, 2006, dissolving DIXIE PACKERS, INC., a Florida Corporation, as shown by the records of this office.

The document number of this corporation is 360077.

Given under my hand and the
Great Seal of the State of Florida
at Tallahassee, the Capitol, this the
Twenty-first day of November, 2006

CR2EO22 (01-06)

Sue M. Cobb
Sue M. Cobb
Secretary of State

*Articles of Dissolution*
of
**DIXIE PACKERS, INC.,**
a Florida corporation

FILED

2006 NOV 21 PM 4:33

SECRETARY OF STATE
TALLAHASSEE, FLORIDA

Pursuant to Section 607.1403 of the Florida Statutes, the Florida Corporation, **Dixie Packers, Inc.** hereby submits the following Articles of Dissolution:

1. The name of the corporation, as currently filed with the Florida Department of State:

   **Dixie Packers, Inc.**

2. The document number of the corporation is: 360077

3. The dissolution was authorized pursuant to a Written Consent to Resolution by the Sole Shareholder of Dixie Packers, Inc. in Lieu of Special Meeting dated ___November___ __21__, 2006.

4. The Effective Date of dissolution is the date of recording.

5. Dissolution was approved by the sole shareholder. The number of votes cast for dissolution was sufficient, pursuant to the shareholder agreement and bylaws, for approval of the dissolution.

6. The sole shareholder of the corporation is Winn-Dixie Stores, Inc.

In Witness Whereof, the undersigned, being the sole shareholder of Dixie Packers, Inc. has executed these Articles of Dissolution this __21__ day of ___November___, 2006.

Winn-Dixie Stores, Inc.,
its sole shareholder

By: _____
      Bennett Nussbaum
      Senior Vice President

LEGAL APPROVED
ATTY: _____
DATE: 10/24/06

Articles of Dissolution
Dixie Packers, Inc.
October 20, 2006

FILING RECEIPT
================================================================================
ENTITY NAME: DIXIE STORES, INC.


DOCUMENT TYPE: DISSOLUTION (DOMESTIC)                    COUNTY: NEWY

SERVICE COMPANY: CT CORPORATION SYSTEM - 07             SERVICE CODE: 07

================================================================================
FILED:02/16/2007 DURATION:*********  CASH#:070216000497 FILM #:070216000471

  ADDRESS FOR PROCESS
  ------------------



  REGISTERED AGENT
  ----------------

================================================================================

| FILER | FEES | 370.00 | PAYMENTS | 370.00 |
|-------|------|--------|----------|--------|
| ----- | ---- | | | -------- |
| | FILING | 60.00 | CASH | 0.00 |
| | TAX | 0.00 | CHECK | 0.00 |
| C T CORPORATION SYSTEM | CERT | 0.00 | CHARGE | 0.00 |
| CORPORATION TRUST CENTER | COPIES | 10.00 | DRAWDOWN | 370.00 |
| 1209 ORANGE STREET | HANDLING | 300.00 | OPAL | 0.00 |
| WILMINGTON, DE 19801 | | | REFUND | 0.00 |
| | | | | ------ |

================================================================================
6795177 CC                                              DOS-1025 (11/89)

*State of New York*   *}*
                   *ss:*
*Department of State }*

*I hereby certify that the annexed copy has been compared with the original document in the custody of the Secretary of State and that the same is a true copy of said original.*

    *Witness my hand and seal of the Department of State on*    **February 16, 2007**



                                              *Special Deputy Secretary of State*

DOS-1266 (Rev. 11/05)



**New York State Department of**
**Taxation and Finance**

Taxpayer Services and Revenue Division
W A Harriman Campus
Albany NY 12227

07 0216 000 471

**Consent to Dissolution of a Corporation**

**Consent date:** 2/6/07

**Taxpayer ID:** B-75-3182270-9

**To the Secretary of State:**
Pursuant to provisions of section 1004 of Article 10 of the Business Corporation Law, the Commissioner of
Taxation and Finance hereby consents to the dissolution of:

DIXIE STORES, INC.

This consent is effective until:    5/7/07

By _Jamie Woodward_
For the Commissioner of Taxation and Finance

**Department of State copy**

TR-960 (6/05)

(Tear here)

---

**New York State Department of**
**Taxation and Finance**

Taxpayer Services and Revenue Division
W A Harriman Campus
Albany NY 12227

**Consent to Dissolution of a Corporation**

**Consent date:** 2/6/07

**Taxpayer ID:** B-75-3182270-9

**To the Secretary of State:**
Pursuant to provisions of section 1004 of Article 10 of the Business Corporation Law, the Commissioner of
Taxation and Finance hereby consents to the dissolution of:

DIXIE STORES, INC.

This consent is effective until:    5/7/07

By _Jamie Woodward_
For the Commissioner of Taxation and Finance

**Department of State copy**

TR-960 (6/05)

**070216000** 4 7 |

CT-07

# *CERTIFICATE OF DISSOLUTION*
### OF
### **DIXIE STORES, INC.**
a New York corporation

Under Section 1003 of the Business Corporation Law:

1. The name of the corporation is **Dixie Stores, Inc.**

2. The Certificate of Incorporation was filed with the Department of State on February 9, 2005.

3. The name and address of each officer and director of the corporation is:

Officers:

Peter L. Lynch
Title: President

Bennett L. Nussbaum
Title: Vice-President and Co-Treasurer

Laurence B. Appel
Title: Secretary

Kellie D. Hardee
Title: Assistant Secretary

Directors:

Peter L. Lynch
Bennett L. Nussbaum

The address of each officer and director of the corporation is:
5050 Edgewood Court
Jacksonville, Florida 32254

4. The corporation elects to dissolve.

Certificate of Dissolution
Dixie Stores, Inc.
November 6, 2006

2

5.  The dissolution was authorized by the unanimous written consent of the holders of all outstanding shares entitled to vote without a meeting.

IN WITNESS WHEREOF, this Certificate of Dissolution was executed this  21st  day of  November  , 2006.

Winn-Dixie Stores, Inc.,
its sole shareholder

By: _____

Bennett Nussbaum
Senior Vice President

*3*

070216000 471

**CT-07**

---

### CERTIFICATE OF DISSOLUTION

### OF

### DIXIE STORES, INC.

### Under Section 1003 of the BUSINESS CORPORATION LAW

---

*ICC*

STATE OF NEW YORK
DEPARTMENT OF STATE

FEB 1 6 2007

FILED
TAX $_____
BY:_____

*Newy*

**Filed by:**        C T Corporation System
                   Corporation Trust Center
                   1209 Orange Street
                   Wilmington, DE  19801

   Cust Ref:  6795177 cc

DRAWDOWN

4

497



# State of Florida

## Department of State

I certify the attached is a true and correct copy of the Articles of Dissolution, filed on November 21, 2006, dissolving ECONOMY WHOLESALE DISTRIBUTORS, INC., a Florida Corporation, as shown by the records of this office.

The document number of this corporation is 105204.



CR2EO22 (01-06)

Given under my hand and the
Great Seal of the State of Florida
at Tallahassee, the Capitol, this the
Twenty-first day of November, 2006

*Sue M. Cobb*
Sue M. Cobb
Secretary of State

FILED

*Articles of Dissolution*
of
**ECONOMY WHOLESALE DISTRIBUTORS, INC.**
a Florida corporation

2006 NOV 21 PM 4: 26

SECRETARY OF STATE
TALLAHASSEE, FLORIDA

Pursuant to Section 607.1403 of the Florida Statutes, the Florida Corporation, **Economy Wholesale Distributors, Inc.** hereby submits the following Articles of Dissolution:

1.  The name of the corporation, as currently filed with the Florida Department of State:

    **Economy Wholesale Distributors, Inc.**

2.  The document number of the corporation is: 105204

3.  The dissolution was authorized pursuant to a Written Consent to Resolution by the Sole Shareholder of Economy Wholesale Distributors, Inc. in Lieu of Special Meeting dated <u>November</u> <u>21</u>, 2006.

4.  The Effective Date of dissolution is the date of recording.

5.  Dissolution was approved by the sole shareholder. The number of votes cast for dissolution was sufficient, pursuant to the shareholder agreement and bylaws, for approval of the dissolution.

6.  The sole shareholder of the corporation is Winn-Dixie Stores, Inc.

In Witness Whereof, the undersigned, being the sole shareholder of Economy Wholesale Distributors, Inc. has executed these Articles of Dissolution this <u>21</u> day of <u>November</u>, 2006.

Winn-Dixie Stores, Inc.,
its sole shareholder

By: _____
       Bennett Nussbaum
       Senior Vice President

LEGAL APPROVED
ATTY: JNJ
DATE: 10/24/06

Articles of Dissolution
Economy Wholesale Distributors, Inc.
October 20, 2006

# Delaware

PAGE 1

## The First State

    I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF
DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT
COPY OF THE CERTIFICATE OF DISSOLUTION OF "FOODWAY STORES,
INC.", FILED IN THIS OFFICE ON THE TWENTY-FIRST DAY OF NOVEMBER,
A.D. 2006, AT 10:49 O'CLOCK A.M.

    A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE
NEW CASTLE COUNTY RECORDER OF DEEDS.



*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

0844385  8100

061067964

AUTHENTICATION: 5224638

DATE: 11-27-06

State of Delaware
Secretary of State
Division of Corporations
Delivered 11:08 AM 11/21/2006
FILED 10:49 AM 11/21/2006
SRV 061067964 – 0844385 FILE

## *Certificate of Dissolution*
### *By Written Consent of the sole shareholder*
of
## FOODWAY STORES, INC.,
a Delaware Corporation

Pursuant to the provisions of section 275 of the General Corporation Law of the State of Delaware, Foodway Stores, Inc. a corporation organized and existing under and by virtue of the General Corporation Law of the State of Delaware, does hereby certified that:

1.  The name of the corporation, as currently filed with the State of Delaware is:

    **Foodway Stores, Inc.**

2.  The dissolution of said corporation has been duly authorized by the sole shareholder of the corporation in accordance with subsection (c) of Section 275 of the General Corporation Law of the State of Delaware.

3.  The date the dissolution was authorized is:    November 21, 2006

4.  The names and addresses of the directors of the said corporation is as follows:

    Peter Lynch
    Bennett Nussbaum
    Mike Byrum
    Kellie Hardee

    All with the current address of:        5050 Edgewood Court
                                            Jacksonville, FL 32254

5.  The names and addresses of the officers of the said corporation is as follows:

    Peter Lynch
    David Henry
    Bennett Nussbaum
    Mark Sellers
    Kellie Hardee
    Larry Appel
    Mike Byrum
    John James
    Jayson Roy
    Stanley Wadford
    David Young

    All with the current address of:        5050 Edgewood Court
                                            Jacksonville, FL 32254

**In Witness Whereof,** the undersigned, being the sole shareholder of Foodway Stores, Inc., has executed this Certificate of Dissolution this ___21st___ day of ___November___, 2006.

WINN-DIXIE MONTGOMERY, INC.

_____

Bennett Nussbaum
Vice President of
Winn-Dixie Montgomery, Inc.
the sole shareholder of Foodway Stores, Inc.

LEGAL APPROVED
ATTY: _____
DATE: 10/24/06

-2-

Foodway Stores, Inc.
Certificate of Dissolution
October 24, 2006



# State of Florida

## Department of State

I certify the attached is a true and correct copy of the Articles of Dissolution, filed on November 21, 2006, dissolving KWIK CHEK SUPERMARKETS, INC., a Florida Corporation, as shown by the records of this office.

The document number of this corporation is 188042.

Given under my hand and the
Great Seal of the State of Florida
at Tallahassee, the Capitol, this the
Twenty-first day of November, 2006



CR2EO22  (01-06)

Sue M. Cobb
Sue M. Cobb
Secretary of State

FILED

*Articles of Dissolution*
of
**KWIK CHECK SUPERMARKETS, INC.**
a Florida corporation

2006 NOV 21 PM 4: 20

SECRETARY OF STATE
TALLAHASSEE. FLORIDA

Pursuant to Section 607.1403 of the Florida Statutes, the Florida Corporation, **Kwik Check Supermarkets, Inc.** hereby submits the following Articles of Dissolution:

1.  The name of the corporation, as currently filed with the Florida Department of State:

    **Kwik Check Supermarkets, Inc.**

2.  The document number of the corporation is: 188042

3.  The dissolution was authorized pursuant to a Written Consent to Resolution by the Sole Shareholder of Kwik Check Supermarkets, Inc. in Lieu of Special Meeting dated <u>November          21</u>, 2006.

4.  The Effective Date of dissolution is the date of recording.

5.  Dissolution was approved by the sole shareholder. The number of votes cast for dissolution was sufficient, pursuant to the shareholder agreement and bylaws, for approval of the dissolution.

6.  The sole shareholder of the corporation is Winn-Dixie Stores, Inc.

In Witness Whereof, the undersigned, being the sole shareholder of Kwik Check Supermarkets, Inc. has executed these Articles of Dissolution this <u>  21  </u> day of <u>November          </u>, 2006.

Winn-Dixie Stores, Inc.,
its sole shareholder

By: _____
        Bennett Nussbaum
        Senior Vice President

LEGAL APPROVED
ATTY: _____
DATE: 10/24/06

Articles of Dissolution
Kwik Check Supermarkets, Inc.
October 20, 2006



# State of Florida

## Department of State

I certify the attached is a true and correct copy of the Articles of Dissolution, filed on November 21, 2006, dissolving SUNBELT PRODUCTS, INC., a Florida Corporation, as shown by the records of this office.

The document number of this corporation is 533317.



Given under my hand and the
Great Seal of the State of Florida
at Tallahassee, the Capitol, this the
Twenty-first day of November, 2006

*Sue M. Cobb*
Sue M. Cobb
Secretary of State

CR2EO22  (01-06)

### *Articles of Dissolution*

FILED

of

**SUNBELT PRODUCTS, INC.,**

2006 NOV 21 PM 4:16

a Florida corporation

SECRETARY OF STATE
TALLAHASSEE.FLORIDA

Pursuant to Section 607.1403 of the Florida Statutes, the Florida Corporation, **Sunbelt Products, Inc.** hereby submits the following Articles of Dissolution:

1. The name of the corporation, as currently filed with the Florida Department of State:

   **Sunbelt Products, Inc.**

2. The document number of the corporation is: 533317

3. The dissolution was authorized pursuant to a Written Consent to Resolution by the Sole Shareholder of Sunbelt Products, Inc. in Lieu of Special Meeting dated <u>November        21</u>, 2006.

4. The Effective Date of dissolution is date of recording.

5. Dissolution was approved by the sole shareholder. The number of votes cast for dissolution was sufficient, pursuant to the shareholder agreement and bylaws, for approval of the dissolution.

6. The sole shareholder of the corporation is Winn-Dixie Stores, Inc.

In Witness Whereof, the undersigned, being the sole shareholder of Sunbelt Products, Inc. has executed these Articles of Dissolution this <u>21</u> day of <u>November</u>, 2006.

Winn-Dixie Stores, Inc.,
its sole shareholder

By: _____
   Bennett Nussbaum
   Senior Vice President

LEGAL APPROVED
ATTY: _____
DATE: 10/24/06

Articles of Dissolution
Sunbelt Products, Inc.
October 20, 2006

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697

Roger Williams
Secretary of State

# Office of the Secretary of State

## CERTIFICATE OF DISSOLUTION
## OF

### SUNDOWN SALES, INC.
32278900

The undersigned, as Secretary of State of Texas, hereby certifies that the Articles of Dissolution for the above named entity have been received in this office and have been found to conform to law.

ACCORDINGLY, the undersigned, as Secretary of State, and by virtue of the authority vested in the Secretary of State by law, hereby issues this Certificate of Dissolution.

Dated: 01/23/2007

Effective: 01/23/2007



Roger Williams
Secretary of State



**Office of the Secretary of State**
**Corporations Section**
**P.O. Box 13697**
**Austin, Texas 78711-3697**

FILED
In the Office of the
Secretary of State of Texas

JAN 2 3 2007

Corporations Section

# ARTICLES OF DISSOLUTION
# BUSINESS CORPORATION

Pursuant to the provisions of article 6.06 of the Texas Business Corporation Act, the undersigned corporation adopts the following articles of dissolution:

1.     The name of the corporation is __Sundown Sales, Inc.__

      The file number is __0032278900__

2.     The names and respective addresses of its officers are as follows:

| NAME | OFFICE HELD | ADDRESS |
|---|---|---|
| Michael Istre | President | 5050 Edgewood Court Jacksonville, FL 32254 |
| Bennett Nussbaum | Vice President | 5050 Edgewood Court Jacksonville, FL 32254 |
| Michael Istre | Secretary | 5050 Edgewood Court Jacksonville, FL 32254 |

3.     The names and respective addresses of its directors are as follows:

| NAME | ADDRESS |
|---|---|
| Michael Istre | 5050 Edgewood Court, Jacksonville, FL 32254 |

**YOU MUST CHECK EITHER A OR B IN ITEMS FOUR THROUGH SIX**

4.     [x] **A. A written consent to dissolve was signed by all shareholders of the corporation or was signed in their names by their attorneys thereunto duly authorized.**

or

    [ ] **B. A resolution to dissolve was adopted by not less than a two-thirds vote of the shareholders of the corporation on the following date:** _____

The number of shares outstanding and entitled to vote, and voting for and against the dissolution were as follows:

| CLASS | SERIES | OUTSTANDING AND ENTITLED TO VOTE | TOTAL VOTED FOR | TOTAL VOTED AGAINST |
|---|---|---|---|---|
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |

5.   [x] A.   All debts, liabilities and obligations of the corporation have been paid, satisfied, or discharged or adequate provision has been made for payment, satisfaction, or discharge thereof.

or

    [ ] B.   The properties and assets of the corporation were not sufficient to pay, satisfy, or discharge all the corporation's debts, liabilities, and obligations. All properties and assets of the corporation have been applied so far as they would go to the just and equitable payment of those debts, liabilities, and obligations or adequate provision has been made for such application.

6.   [ ] A.   The remainder of the properties and assets of the corporation have been distributed to its shareholders according to their respective rights and interests.

or

    [x]   B.   No properties or assets of the corporation remained for distribution to shareholders after applying the properties and assets of the corporation so far as they would go to the just and equitable payment of the debts, liabilities, and obligations of the corporation or making adequate provision for such application.

By   _____      Officer     Title: _____

         Bennett Nussbaum                              Vice President

LEGAL APPROVED
ATTY: [signature]
DATE: 1/10/07

## INSTRUCTIONS

1.   Attach certificate #05-305 from the comptroller of public accounts indicating that all taxes have been paid and the corporation is in good standing for the purpose of dissolution. Requests for certificates or questions on tax status should be directed to the Tax Assistance Section, Comptroller of Public Accounts, Austin, Texas 78774-0100; (512) 463-4600; toll-free (800) 252-1381; (TDD) (800) 248-4099.

2.   The franchise tax year ends on December 31st. The corporation must be in good standing through the date of receipt of the articles of dissolution by the secretary of state. A post mark date will not be considered as the date of receipt. If December 31st falls on a Saturday, Sunday, or legal holiday, the documents must be received no later than the last business day before December 31st. It is suggested that corporations attempting to dissolve prior to the end of the franchise tax year make their submissions well in advance of such tax deadline. Corporations not dissolved on or before December 31st will be subject to the new franchise tax year's requirements as of January 1st. Submissions which are incorrect or incomplete in any manner cannot be filed and will be returned. The effective date of filing is the date of receipt of the re-submission of a complete document which conforms to law.

3.   Send a $40 payment for the filing fee along with two copies of the articles of dissolution, and the certificate from the comptroller of public accounts to the Secretary of State, Statutory Filings Division, Corporations Section, P.O. Box 13697, Austin, Texas 78711-3697. The delivery address is 1019 Brazos, Austin, Texas 78701. We will place one document on record and, *if a duplicate copy has been provided for such purpose*, return a file stamped copy. The telephone number is (512) 463-5555, TDD: (800) 735-2989, FAX: (512) 463-5709.

4.   The attached form promulgated by the secretary of state is designed to meet minimum statutory filing requirements and no warranty is made regarding the suitability of this form for any particular purpose. This form and the information provided are not substitutes for the advice of an attorney and it is recommended that the services of an attorney be obtained before preparation of the articles of dissolution.

Form No. 602
Revised 9/99



# TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

### SUSAN COMBS · COMPTROLLER · AUSTIN, TEXAS 78774

January 23, 2007

SUNDOWN SALES INC
PO BOX B C/O A BARAGONA
JACKSONVILLE, FL 32203-0297

## CERTIFICATE OF ACCOUNT STATUS

THE STATE OF TEXAS
COUNTY OF TRAVIS

I, Susan Combs, Comptroller of Public Accounts of the State of Texas,
DO HEREBY CERTIFY that according to the records of this office

SUNDOWN SALES INC

has filed all required reports for taxes administered by the Comptroller under
Title 2, Tax Code, and taxes reported due on those reports have been paid.  This
certificate must be filed with the Texas Secretary of State to legally end the
corporation's existence in Texas.  This certificate is valid for the purpose of
dissolution, merger, conversion, or withdrawal through December 31, 2007.

GIVEN UNDER MY HAND AND
SEAL OF OFFICE in the City of
Austin, this 23rd day of
January, 2007 A.D.

*Susan Combs*

Susan Combs
Texas Comptroller

Taxpayer number: 17514149461
File number: 0032278900

NOTE: Failure by Texas corporations to legally dissolve, merge, or convert with the Texas Secretary of State on or before the
      expiration of this certificate, will result in additional franchise tax responsibilities.  Out of state corporations are responsible
      for franchise tax through the last date of business in this state.

Form 05-305 (Rev.1-03/13)



**State of Florida**

**Department of State**

I certify the attached is a true and correct copy of the Articles of Dissolution, filed on November 21, 2006, dissolving SUPERIOR FOOD COMPANY, a Florida Corporation, as shown by the records of this office.

The document number of this corporation is 215846.

Given under my hand and the
Great Seal of the State of Florida
at Tallahassee, the Capitol, this the
Twenty-first day of November, 2006

CR2EO22  (01-06)

*Sue M. Cobb*
Sue M. Cobb
Secretary of State

*Articles of Dissolution*

of

**SUPERIOR FOOD COMPANY**

a Florida corporation

FILED

2006 NOV 21 PM 4: 13

SECRETARY OF STATE
TALLAHASSEE, FLORIDA

Pursuant to Section 607.1403 of the Florida Statutes, the Florida Corporation, **Superior Food Company**, hereby submits the following Articles of Dissolution:

1. The name of the corporation, as currently filed with the Florida Department of State:

   **Superior Food Company**

2. The document number of the corporation is: 215846

3. The dissolution was authorized pursuant to a Written Consent to Resolution by the Sole Shareholder of Superior Food Company in Lieu of Special Meeting dated __November__ __21__, 2006.

4. The Effective Date of dissolution is the date of recording.

5. Dissolution was approved by the sole shareholder. The number of votes cast for dissolution was sufficient, pursuant to the shareholder agreement and bylaws, for approval of the dissolution.

6. The sole shareholder of the corporation is Winn-Dixie Stores, Inc.

In Witness Whereof, the undersigned, being the sole shareholder of Superior Food Company has executed these Articles of Dissolution this __21__ day of __November__, 2006.

Winn-Dixie Stores, Inc.,
its sole shareholder

By: _____
    Bennett Nussbaum
    Senior Vice President

LEGAL APPROVED
ATTY: _____
DATE: 10/27/06

Articles of Dissolution
Superior Food Company
October 20, 2006



# State of Florida

## Department of State

I certify the attached is a true and correct copy of the Articles of Dissolution, filed on November 21, 2006, dissolving TABLE SUPPLY FOOD STORES CO., INC., a Florida Corporation, as shown by the records of this office.

The document number of this corporation is 215852.

Given under my hand and the
Great Seal of the State of Florida
at Tallahassee, the Capitol, this the
Twenty-first day of November, 2006



CR2EO22 (01-06)

*Sue M. Cobb*
Sue M. Cobb
Secretary of State

FILED

*Articles of Dissolution*

of

**TABLE SUPPLY FOOD STORES CO., INC.,**

a Florida corporation

2006 NOV 21 PM 4: 10

SECRETARY OF STATE
TALLAHASSEE, FLORIDA

Pursuant to Section 607.1403 of the Florida Statutes, the Florida Corporation, **Table Supply Food Stores Co., Inc.**, hereby submits the following Articles of Dissolution:

1.  The name of the corporation, as currently filed with the Florida Department of State:

    **Table Supply Food Stores Co., Inc.**

2.  The document number of the corporation is: 215852

3.  The dissolution was authorized pursuant to a Written Consent to Resolution by the Sole Shareholder of Table Supply Food Stores Co., Inc. in Lieu of Special Meeting dated <u>November</u> <u>21</u>, 2006.

4.  The Effective Date of dissolution is the date of recording.

5.  Dissolution was approved by the sole shareholder. The number of votes cast for dissolution was sufficient, pursuant to the shareholder agreement and bylaws, for approval of the dissolution.

6.  The sole shareholder of the corporation is Winn-Dixie Stores, Inc.

In Witness Whereof, the undersigned, being the sole shareholder of Table Supply Food Stores Co., Inc. has executed these Articles of Dissolution this <u>21</u> day of <u>November</u>, 2006.

Winn-Dixie Stores, Inc.,
its sole shareholder

By: _____
       Bennett Nussbaum
       Senior Vice President

LEGAL APPROVED
ATTY: _____
DATE: 10/24/06

Articles of Dissolution
Table Supply Food Stores Co., Inc.
October 20, 2006



# State of Florida

## Department of State

I certify the attached is a true and correct copy of the Articles of Dissolution, filed on November 21, 2006, dissolving WD BRAND PRESTIGE STEAKS, INC., a Florida Corporation, as shown by the records of this office.

The document number of this corporation is P98000082119.

Given under my hand and the Great Seal of the State of Florida at Tallahassee, the Capitol, this the Twenty-first day of November, 2006



*Sue M. Cobb*
Sue M. Cobb
Secretary of State

CR2EO22  (01-06)

*Articles of Dissolution*

of

**WD BRAND PRESTIGE STEAKS, INC.,**

a Florida corporation

FILED

2006 NOV 21 PM 4: 04

SECRETARY OF STATE
TALLAHASSEE, FLORIDA

Pursuant to Section 607.1403 of the Florida Statutes, the Florida Corporation, **WD Brand Prestige Steaks, Inc.**, hereby submits the following Articles of Dissolution:

1. The name of the corporation, as currently filed with the Florida Department of State:

   **WD Brand Prestige Steaks, Inc.**

2. The document number of the corporation is: P98000082119

3. The dissolution was authorized pursuant to a Written Consent to Resolution by the Sole Shareholder of WD Brand Prestige Steaks, Inc. in Lieu of Special Meeting dated <u>November      21</u>, 2006.

4. The Effective Date of dissolution is the date of recording.

5. Dissolution was approved by the sole shareholder. The number of votes cast for dissolution was sufficient, pursuant to the shareholder agreement and bylaws, for approval of the dissolution.

6. The sole shareholder of the corporation is Winn-Dixie Stores, Inc.

In Witness Whereof, the undersigned, being the sole shareholder of WD Brand Prestige Steaks, Inc. has executed these Articles of Dissolution this <u>21</u> day of <u>November</u>, 2006.

Winn-Dixie Stores, Inc.,
its sole shareholder

By: _____

Bennett Nussbaum
Senior Vice President

LEGAL APPROVED
ATTY: _____
DATE: 10/24/06

Articles of Dissolution
WD Brand Prestige Steaks, Inc.
October 20, 2006



# State of Florida

## Department of State

I certify the attached is a true and correct copy of the Articles of Dissolution, filed on November 21, 2006, dissolving WINN-DIXIE HANDYMAN, INC., a Florida Corporation, as shown by the records of this office.

The document number of this corporation is F34031.

Given under my hand and the
Great Seal of the State of Florida
at Tallahassee, the Capitol, this the
Twenty-first day of November, 2006



CR2EO22 (01-06)

Sue M. Cobb
Sue M. Cobb
Secretary of State

FILED

## *Articles of Dissolution*
### of
### WINN-DIXIE HANDYMAN, INC.,
a Florida corporation

2006 NOV 21 PM 3:59

SECRETARY OF STATE
TALLAHASSEE, FLORIDA

Pursuant to Section 607.1403 of the Florida Statutes, the Florida Corporation, **Winn-Dixie Handyman, Inc.**, hereby submits the following Articles of Dissolution:

1. The name of the corporation, as currently filed with the Florida Department of State:

   ### Winn-Dixie Handyman, Inc.

2. The document number of the corporation is: F34031

3. The dissolution was authorized pursuant to a Written Consent to Resolution by the Sole Shareholder of Winn-Dixie Handyman, Inc. in Lieu of Special Meeting dated ___November___ __21__ , 2006.

4. The Effective Date of dissolution is the date of recording.

5. Dissolution was approved by the sole shareholder. The number of votes cast for dissolution was sufficient, pursuant to the shareholder agreement and bylaws, for approval of the dissolution.

6. The sole shareholder of the corporation is Winn-Dixie Stores, Inc.

In Witness Whereof, the undersigned, being the sole shareholder of Winn-Dixie Handyman, Inc. has executed these Articles of Dissolution this __21__ day of __November__ , 2006.

Winn-Dixie Stores, Inc.,
its sole shareholder

By: _____
    Bennett Nussbaum
    Senior Vice President

LEGAL APPROVED
ATTY: _____
DATE: 10/24/06

Articles of Dissolution
Winn-Dixie Handyman, Inc.
October 20, 2006