# Exhibit B

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Reorganized Debtors. | ) Jointly Administered |
| | ) |

**FINAL DECREE CLOSING SUBSIDIARY CASE NOS. 05-03818 THROUGH 05-03840**

These cases came before the Court for hearing on March 22, 2007, upon the motion of Winn-Dixie Stores, Inc. ("Winn-Dixie") and twenty-three of its subsidiaries and affiliates, as reorganized debtors and debtors-in-possession (collectively, the "Debtors"), for entry of a final decree under 11 U.S.C. §§ 105 and 350(a) and Fed. R. Bankr. P. 3022 closing all of the Debtors' subsidiary cases as of March 31, 2007 (the "Motion").[1] The Court has read the Motion and considered the representations of counsel. Based upon the representations of counsel and without objection by the United States Trustee or any other interested parties, it is

FOUND THAT:

A. The Debtors formally emerged from chapter 11 on November 21, 2006, when their plan of reorganization (the "Plan") became effective in accordance with its terms;

B. Section 2.2 of the Plan provides for the substantive consolidation of the Debtors' liabilities and properties on compromise terms;

C. No separate proceedings are pending in the subsidiary cases of the Debtors and no separate proceedings in such cases are needed to address remaining issues;

D. Closing the subsidiary cases will not prejudice or affect any parties' rights under the Plan; and

---

[1] All capitalized terms not otherwise defined in this order shall have the meaning ascribed to them in the Motion.

E. Any remaining matters in any of these cases may be administered under the remaining case of Winn-Dixie Stores, Inc., et al.; and it is

ORDERED AND ADJUDGED THAT:

1. Pursuant to 11 U.S.C. § 350(a), the cases with the following case numbers are hereby closed effective as of March 31, 2007: Case Nos. 05-03818 through 05-03840.

2. Case Number 05-03817, In re Winn-Dixie Stores, Inc., et al., shall remain open pending further order of this Court.

3. The Court retains the right under 11 U.S.C. § 350(b) to reopen the closed cases if circumstances so require.

4. This Order is without prejudice to any parties' right to re-open any case or cases.

Dated _____, 2007 in Jacksonville, Florida.

                                              Jerry A. Funk
                                              United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion.