UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                CASE NO.: 3:05-bk-03817-JAF

CHAPTER 11

WINN-DIXIE STORES, INC., et al.,

    Debtors.        Jointly Administered

---

**NOTICE OF WITHDRAWAL OF REQUEST
OF PHOENIX JR., INC. FOR ALLOWANCE
AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

Phoenix Jr., Inc., by and through its undersigned counsel, hereby withdraws its Request for Allowance and Payment of Administrative Expense Claim (Docket No. 14057) previously filed herein.

Dated this 6 day of March, 2007.

HELD & ISRAEL

By: _____
Kimberly Held Israel, Esquire
Florida Bar #47287
Adam N. Frisch, Esquire
Florida Bar #635308
afrisch@hilawfirm.com
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile