UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |
| | ) | |

**STIPULATION REGARDING MOTION FOR
RELIEF FROM STAY FILED BY ADA SERRA**

Winn-Dixie Stores, Inc. and its reorganized debtor affiliates (collectively, the "Debtors"), and Ada Serra stipulate and agree to (i) the scheduling of the Motion Relief from Stay filed by Ms. Serra (the "Motion") (Docket No. 12025) for final hearing on or after June 4, 2007 and (ii) the continuation of the permanent injunction in effect pending

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

2

the conclusion of such hearing and determination of the Motion.

Dated: March 6, 2007

| EMMANUEL PEREZ & ASSOCIATES, P.A. | SMITH HULSEY & BUSEY |
|---|---|
| By *s/Henry Hernandez*_____<br>Henry Hernandez | By   *s/ Leanne McKnight Prendergast*  <br>       Stephen D. Busey<br>       James H. Post |
| Florida Bar Number 542601<br>901 Ponce De Leon Blvd., Suite 303<br>Coral Gables, Florida 33134<br>(305) 442-7443<br>bankruptcy@lawperez.com | Leanne McKnight Prendergast<br><br>Florida Bar Number 59544<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>lprendergast@smithhulsey.com |
| Attorneys for Ada Serra | |
| | -and- |
| *counsel has authorized the use of his electronic signature | SKADDEN, ARPS, SLATE, MEAGHER<br>& FLOM LLP<br>D. J. Baker<br>Sally McDonald Henry<br>Rosalie Walker Gray<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>rgray@skadden.com |
| | Attorneys for the Reorganized Debtors |

549947.2