UNITED STATES BANKRUPTCY COURT – MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 3:05-bk-3817
Chapter    11

In Re:

WINN-DIXIE STORES, INC., et al.,
        Debtors

MATTHEWMAN, Marlene
        Creditor

## APPLICATION FOR ADMINISTRATIVE EXPENSE

    Creditor, Marlene Matthewman, pursuant to 11 U.S.C. Section 503 files her application for administrative expense, and in support states:

    1.    Creditor's claim arises from personal injuries occurring on April 22, 2006, on the premises of Debtor at 14555 SW 42nd Street, Miami, Florida. Debtor allowed water to accumulate on the floor in the refrigeration section of the store, and the Creditor slipped and fell injuring herself.

    2.    As a result of the injuries, Creditor incurred medical expenses in the amount of $11,219.15 in the treatment of the injuries, and sustained a 19% impairment to her body as a whole. The total amount Creditor claims is $22,219.15.

    3.    Debtor's representative, Felicia Holland of Sedgwick Claims Management Services, Inc. at Jacksonville, Florida was in possession of all medical bills and reports and had been actively discussing settlement with Creditor's attorney, prior to this Honorable Court's November 9, 2006 Order. Subsequent to said date, all settlement negotiations ceased.

    4.    It has been represented by that upon filing of this Application for Administrative Expense, that Debtor's representative will continue negotiation and/or settlement of Creditor's claim.

    WHEREFORE, Creditor respectfully requests relief consistent with the tenor of her application for administrative expense.

Respectfully submitted,

_____
Henry A. Lopez-Aguiar, Esq.
9415 Sunset Drive, Suite 119

                    Miami, Florida 33173

Pg. 2
Case No. 3:05-bk-3817

Copies to:

D.J. Baker
Skadden, Arps, Slate, Meagher & Flom, LLP
4 Times Square
N.Y., N.Y. 10036

Logan & Company, Inc.
Att: Winn-