## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

## NOTICE OF AGREED ORDER RESOLVING CLAIM NUMBER 13331 FILED BY JEFFERSON-PILOT LIFE INSURANCE CO., AS SET FORTH IN THE DEBTORS' TWENTY-SECOND OMNIBUS CLAIMS OBJECTION

---

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

The Court will consider this matter without further notice or hearing unless a party in interest files an objection within 3 business days from the date of service of this paper.  If you object to the relief requested in this paper, you must (a) file your response with the Clerk of the Bankruptcy Court in accordance with the Court's electronic filing procedures or at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and (b) serve a copy by email and fax on (i) Winn-Dixie Stores, Inc. c/o Jay Castle, Esq., 5050 Edgewood Court, Jacksonville, Florida  32254, JayCastle@winn-dixie.com, (ii) James H. Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, jpost@smithhulsey.com and (iii) Rosalie Gray, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, rgray@skadden.com.

If you file and serve a response within the time permitted, the Court will schedule a hearing and you will be notified.  If you do not file a response within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates (the "Debtors")

give notice of the proposed entry of the attached Agreed Order Resolving Claim

Number 13331 Filed by Jefferson-Pilot Life Insurance Company, as set Forth in the

Debtors' Twenty-Second Omnibus Claims Objection.

If no objection to the proposed Agreed Order is filed and served within the

time set forth above, the Court will be requested to enter the Agreed Order without

further notice or hearing.

Dated:   March 7, 2007

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By    _s/ D.J. Baker_____          By    _s/ James H. Post_____
        D. J. Baker                                              Stephen D. Busey
        Sally McDonald Henry                           James H. Post
        Rosalie Walker Gray                              Cynthia C. Jackson
        Jane M. Leamy
                                                                   Florida Bar Number 175460
Four Times Square                                         225 Water Street, Suite 1800
New York, New York 10036                          Jacksonville, Florida  32202
(212) 735-3000                                              (904) 359-7700
(917) 777-2150 (facsimile)                           (904) 359-7708 (facsimile)
djbaker@skadden.com                                  jpost@smithhulsey.com

Co-Counsel for Reorganized Debtors             Co-Counsel for Reorganized Debtors

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. [1] | ) | Jointly Administered |
| | ) | |

## AGREED ORDER RESOLVING CLAIM NUMBER 13331 FILED BY JEFFERSON-PILOT LIFE INSURANCE COMPANY, AS SET FORTH IN THE DEBTORS' TWENTY-SECOND OMNIBUS CLAIMS OBJECTION

These cases originally came before the Court for hearing on October 12, 2006, upon the Twenty-Second Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors").[2] Included among the several proofs of claim that were the subject of the Objection was claim number 13331 filed by Jefferson-Pilot Life Insurance Company. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1.      Claim no. 13331 filed by Jefferson-Pilot Life Insurance Company is allowed as an unsecured non-priority claim in the amount of $473,514.00 (plan class 13), and the remainder of claim no. 13331 is disallowed.

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]      All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

2.      The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this _____ day of March, 2007 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

<u>Consent</u>

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY

NEXSEN PRUET ADAMS
KLEEMEIER, PLLC

By  <u>*/s/ James H. Post*</u>
      James H. Post

By  <u>*Christine L. Myatt*</u>  *
Christine L. Myatt

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

P. O. Box 3463
Greensboro, North Carolina 27402
(336)-373-1600
(336) 273-5357 (facsimile)
*cmyatt@nexsenpruet.com*

-and-

Counsel for Jefferson-Pilot Life Insurance
Co.

SKADDEN, ARPS, SLATE,
MEAGHER
& FLOM LLP

*Counsel has authorized her electronic
signature

D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Co-Counsel for the Debtors

3

## <u>Certificate of Service</u>

I certify that a copy of this document has been furnished electronically and by facsimile to the Post-Effective Date Committee, c/o Matthew Barr, Esq. and Michael Comerford, Esq., Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, mbarr@milbank.com, mcomerford@milbank.com, this 7th day of March, 2007.

*Jane M. Leamy*
Attorney

486588-Wilmington Server 1A - MSW