UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Reorganized Debtors.[1] ) | Jointly Administered |

AGREED ORDER VACATING THE MARCH 29, 2007
TRIAL SETTING AND ALL OTHER DEADLINES
PERTAINING TO DHHS' CLAIM NOS. 10662, 13405, AND 13665

These cases are before the Court for consideration of the Joint Motion of Winn-Dixie Stores, Inc., ("Winn-Dixie") and twenty-three of its reorganized debtor affiliates (collectively, the "Debtors"), and the United States of America, on behalf of the United States Department of Health and Human Services, Centers for Medicare and Medicaid Services ("DHHS"), to vacate the March 29, 2007 trial setting and all other deadlines pertaining to DHHS' claim nos. 10662, 13405, and 13665. In support of their motion, the parties represent that they are discussing resolution of these claims through settlement.

Upon consent of the parties, as reflected in their Joint Motion, it is

**ORDERED:**

1. The Joint Motion is granted.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

2.  The March 29, 2007 trial setting and all other deadlines pertaining to DHHS' claim nos. 10662, 13405, and 13665 and the objections and motions related thereto are vacated.

3.  This order does not prejudice the Debtors' or DHHS' right to move to reset the trial and the other deadlines if these claims are not resolved through settlement.

Dated this 6 day of March, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
James H. Post, Esq.
[James H. Post is directed to serve a copy of this order on any party in interest who has not received the order through the CM/ECF system and to file a proof of service.]

559823