**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
|     Reorganized Debtors.[1] | ) | Jointly Administered |
| | ) | |

**STIPULATION REGARDING MOTION FOR
RELIEF FROM STAY FILED BY RYAN MALONE**

Winn-Dixie Stores, Inc. and twenty-three of its reorganized debtor subsidiaries and affiliates (collectively, the "Debtors"), and Ryan Malone stipulate and agree to (i) the continuance of the hearing on the Motion for Relief from Stay filed by Mr. Malone (the "Motion") (Docket No. 13323) to on or after June 18, 2007 and (ii) the continuation of the permanent injunction in effect pending the conclusion of such hearing and

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

determination of the Motion.

Dated: March 7, 2007

| VERNIS & BOWLING OF THE FLORIDA KEYS, P.A. | SMITH HULSEY & BUSEY |
|---|---|
| By ___*s/Richard M. Behr*___<br>     Richard M. Behr<br>     Curtis W. Mollohan | By ___*s/ Leanne McKnight Prendergast*___<br>     Stephen D. Busey<br>     James H. Post<br>     Leanne McKnight Prendergast |
| Florida Bar Number 060402<br>81990 Overseas Highway, 3rd Floor<br>Islamorada, Florida 33036<br>(305) 664-4675<br>(305) 664-5414 (facsimile)<br>RBehr@Florida-Law.com | Florida Bar Number 59544<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>lprendergast@smithhulsey.com |
| Attorneys for Ryan Malone | -and- |
| * Counsel has authorized the use of his electronic signature | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>D. J. Baker<br>Sally McDonald Henry<br>Rosalie Walker Gray<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>rgray@skadden.com |
| | Attorneys for the Reorganized Debtors |

558975