UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

AGREED ORDER APPROVING STIPULATION WITH
SOL AND ROSA LOPEZ TO MODIFY PERMANENT INJUNCTION

This cause is before the Court upon the motion of Winn-Dixie Stores, Inc. and its reorganized debtor affiliates (collectively, the "Debtors") for an order approving the Debtors' stipulation with Sol and Rosa Lopez (the "Lopez Claimants") for modification of the permanent injunction. Based upon the stipulation and consent of the parties appearing below, it is

ORDERED:

1. The permanent injunction imposed by 11 U.S.C. §524 is modified for the sole purpose of allowing the Lopez Claimants to prosecute through final judgment their civil action in the Circuit Court in and for the Eleventh Judicial Circuit, Miami-Dade County, Florida, Case No. 04-14000 (CA 10) against Debtor Winn-Dixie Stores-Inc., *et al.*, to liquidate Claim Number 5226 filed by the Lopez Claimants. The Lopez Claimants shall not enforce or execute any judgment obtained as a result of such litigation against the Debtors or their property. Any such judgment shall be subject to the Debtors' confirmed plan of reorganization.

2. The Motion to Waive Mediation and to Return Case to the Circuit Court filed on behalf of the Lopez Claimants (Docket No. 15156) is denied as moot.

3. The Motion to Appear Telephonically for Hearing filed on behalf of the Lopez Claimants (Docket No. 15160) is denied as moot.

4. Except as modified herein, the permanent injunction imposed pursuant to 11 U.S.C. §524 shall remain in full force and effect.

5. The Lopez Claimants shall notify the State Court that their action is subject to the permanent injunction of 11 U.S.C. §524 as provided herein.

6. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 6 day of March, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

[James H. Post is directed to serve a copy of this order on any party in interest who has not received the order through the CM/ECF system and to file a proof of service.]

## Consent

The undersigned parties stipulate and consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| Law Offices Allan Stephen Zamren | SMITH HULSEY & BUSEY |
| By   *s/ Allan Stephen Zamren*\*<br>     Allen Stephen Zamren | By   *s/ James H. Post*<br>     Stephen D. Busey<br>     James H. Post<br>     Leanne McKnight Prendergast |
| Florida Bar Number 235075<br>44 West Flagler Street<br>Suite 2225<br>Miami, FL 33130<br>(305) 372-9912 | Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>lprendergast@smithhulsey.com |
| Counsel for Sol and Rosa Lopez | Co-Counsel for the Reorganized Debtors |
| \*Counsel has authorized the use of his electronic signature. | |

00558390