UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**AGREED ORDER APPROVING STIPULATION WITH BARBARA EDWARDS TO MODIFY PERMANENT INJUNCTION**

This cause is before the Court upon the motion of Winn-Dixie Stores, Inc. and its reorganized debtor affiliates (collectively, the "Debtors") for an order approving the Debtors' stipulation with Barbara Edwards for modification of the permanent injunction. Based upon the stipulation and consent of the parties appearing below, it is

ORDERED:

1. The permanent injunction imposed by 11 U.S.C. §524 is modified for the sole purpose of allowing Barbara Edwards to prosecute through final judgment her civil action in the Court of Common Pleas for the County of Greenville, State of South Carolina, Case No. 2005-CP-23-640 against Debtor Winn-Dixie Greenville, Inc. to liquidate Claim Number 7829 filed by Barbara Edwards. Ms. Edwards shall not enforce or execute any judgment obtained as a result of such litigation against the Debtors or their property. Any such judgment shall be subject to the Debtors' confirmed plan of reorganization.

2. Except as modified herein, the permanent injunction imposed pursuant to 11 U.S.C. §524 shall remain in full force and effect.

3. Ms. Edwards shall notify the State Court that Ms. Edward's action is subject to the permanent injunction of 11 U.S.C. §524 as provided herein.

4. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 6 day of March, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

[James H. Post is directed to serve a copy of this order on any party in interest who has not received the order through the CM/ECF system and to file a proof of service.]

## Consent

The undersigned parties stipulate and consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| PARHAM, SMITH & DODSON | SMITH HULSEY & BUSEY |
| By ___*s/ William L. Dodson*____<br>       William L. Dodson | By____*s/ James H. Post*_____<br>      Stephen D. Busey<br>      James H. Post<br>      Leanne McKnight Prendergast |
| Federal Bar Number 566<br>501 River Street<br>Post Office Box 2800<br>Greenville, South Carolina 29602<br>(864) 242-9008 | Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>lprendergast@smithhulsey.com |
| Counsel for Barbara Edwards | -and- |
| *Counsel has authorized the use of his electronic signature. | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>D. J. Baker<br>Sally McDonald Henry<br>Rosalie Walker Gray<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com |
| | Co-Counsel for the Reorganized Debtors |

00558002