UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

**AGREED ORDER REGARDING THE SCHEDULING OF HEARINGS
ON THE MOTIONS FILED BY ELIZABETH AND GRADY WIMBERLY**

This cause is before the Court upon the (i) Motion for Extension of Time (Docket No. 14917), (ii) Motion for Payment of Administrative Claim (Docket Nos. 14918 and 14919), (iii) Amended Motion for Payment of Administrative Claim and Motion to Allow Late Filed Claim (Docket No. 15078 and 15079), and (iv) Motion for Telephonic Appearance and Request for Expedited Hearing (Docket No. 15273) filed by Elizabeth and Grady Wimberly (collectively, the "Motions"). Based upon consent of the parties appearing below, it is

ORDERED AND ADJUDGED that the Motions shall be scheduled for hearing before the Court upon further notice by either party.

Dated this 6 day of March, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | LAW OFFICES OF W. GEORGE ALLEN |

By   *s/ James H. Post*  
      James H. Post

By   *s/ W. George Allen*\*  
      W. George Allen

Florida Bar Number 175460  
225 Water Street, Suite 1800  
Jacksonville, Florida 32202  
(904) 359-7700  
(904) 359-7708 (facsimile)  
jpost@smithhulsey.com

Florida Bar Number 001337  
800 Southeast 3rd Avenue, Penthouse  
Fort Lauderdale, Florida 33316  
(954) 463-6681  
(954) 463-6685 (facsimile)  
wga36@aol.com

Attorneys for the Reorganized Debtors      Attorneys for Elizabeth and Grady Wimberly

\* Mr. Allen has authorized his electronic signature.

559506