UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARINGS**
**TO BE HELD ON MARCH 8, 2007**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as
debtors and debtors in possession (collectively, the "Debtors"), submit the following
agenda of matters to be heard on March 8, 2007 at 1:30 p.m.:

**A.    Uncontested Matters**

1.    *First and Final Application of DJM Asset Management, LLC/The
Food Partners, LLC for Allowance and Payment of Compensation
for Services Rendered and Reimbursement of Expenses Incurred
from June 10, 2005 through November 21, 2006 (Docket No.
14801)*

Objection Deadline:  Expired.

Objections:          No objections have been filed.

Status:              The Debtors and DJM have agreed to continue the
                     hearing on the Application to March 22, 2007.

**B.    Contested Matters**

2.    *Motion for Reconsideration of the Court's Order Dated January
19, 2007 (Docket No. 14985)*

Objection Deadline:  Expired.

Objections:          Florida Tax Collectors (Docket No. 15203).

Status:              The Debtors will proceed with the hearing on the
                     Motion.

3.    *Objection to Claims Filed by the City of Fitzgerald and Tangipahoa Parrish (Docket No. 14931)*

Response Deadline:    Expired.

Responses:    No responses have been filed.

Status:    The Debtors will continue the hearing on the Objection to March 22, 2007.


4.    *Case Management Conference on Debtors' Objection to Claim Number 5590 Filed by Metro-Goldwyn-Mayer Home Entertainment LLC (Docket No. 10689)*

Response Deadline:    Expired.

Responses:    No responses have been filed.

Status:    The Debtors will proceed with the case management conference.


Dated:  March 7, 2007

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP

By    *s/ D. J. Baker*                          By    *s/ Cynthia C. Jackson*
    D. J. Baker                              Stephen D. Busey
    Sally McDonald Henry                     James H. Post
    Rosalie Walker Gray                      Cynthia C. Jackson, F.B.N. 498882

Four Times Square                          225 Water Street, Suite 1800
New York, New York 10036                   Jacksonville, Florida 32202
(212) 735-3000                             (904) 359-7700
(212) 735-2000 (facsimile)                 (904) 359-7708 (facsimile)
djbaker@skadden.com                        cjackson@smithhulsey.com

 Co-Counsel for Reorganized Debtors        Co-Counsel for Reorganized Debtors
00558960