# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |
| _____ | ) | |

## AGREED ORDER RESOLVING CLAIMS FILED BY OR ON BEHALF OF PUGH, PUGH & PUGH, L.L.P. (CLAIM NOS. 456, 457 AND 7765)

These cases are before the Court upon the objection of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the claims filed by or on behalf of Pugh, Pugh & Pugh, L.L.P. (claim nos. 456, 457 and 7765) (Docket No. 7391). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim number 7765 filed by Pugh, Pugh & Pugh, L.L.P. is reduced and allowed as an unsecured non-priority claim in the amount of $160,000.00, and the remainder of the claim is disallowed.

2. Claim number 7765 will be treated in accordance with plan class 16, and distribution on account of claim number 7765 shall be made in accordance with section 9.2 of the Debtors' confirmed plan of reorganization (the "Plan") in care of the person and at the address set forth in the consent to the Agreed Order.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

3. Claim numbers 456 and 457 are disallowed as duplicative.

4. This Agreed Order resolves (i) all liabilities and obligations related to claim numbers 456, 457 and 7765 and (ii) all other claims which Pugh, Pugh & Pugh, L.L.P., or its officers, employees or agents (including Robert G. Pugh, Robert G. Pugh, Jr. and Lamar P. Pugh) have or may have against the Debtors and any of their Chapter 11 estates, officers, employees, agents, successors or assigns as of the date of this Agreed Order, all of which are forever waived, discharged and released.

5. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this  6  day of March , 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

James H. Post

[James H. Post is directed to serve a copy of this order on any party in interest who has not received the order through the CM/ECF system and to file a proof of service.]

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| SMITH HULSEY & BUSEY | PUGH, PUGH & PUGH, LLP |
|---|---|
| By  *s/ James H. Post*  <br>James H. Post | By  *s/ Robert G. Pugh**  <br>Robert G. Pugh |
| Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br><br>Attorneys for the Reorganized Debtors | 333 Texas Street, Suite 2100<br>Shreveport, Louisiana 71101<br>(318) 227-2270<br>(318) 227-2273 (facsimile)<br><br>Attorneys for Pugh, Pugh & Pugh, L.L.P. |

*Mr. Pugh has authorized his electronic signature.

559295