UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| _____) | |

**AGREED ORDER ON DEBTORS' OMNIBUS OBJECTION AND
MOTION FOR ORDER DETERMINING TAX LIABILITIES (HENRICO)**

This matter came before the Court on the Debtors' Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities (the "Objection"; Doc. No. 7267). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Proof of Claim number 7447 filed by the County of Henrico, Virginia ("Henrico County"), is allowed as a secured claim in the amount of $8,960.67, payable with 6% interest through the date of payment in full.

2. This Agreed Order resolves all liabilities and obligations arising prior to November 21, 2006, related to (i) all proofs of claim and administrative expense claims filed by Henrico County in these Chapter 11 cases and (ii) all other pre-effective date claims Henrico County has or may have against Winn-Dixie Stores, Inc, and its affiliated Debtors and any of their Chapter 11 estates, all of which are forever waived, discharged and released.

3. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this ___6___ day of March, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00557800

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| SMITH HULSEY & BUSEY | HENRICO COUNTY |
|---|---|
| By  *s/ Cynthia C. Jackson*<br>Cynthia C. Jackson | By  *s/ Rhysa South**<br>Rhysa South |
| Florida Bar Number 498882<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com | Henrico County Attorney's Office<br>P. O. Box 27032<br>Richmond, Virginia  23273<br>(804) 501-5091<br>Sou06@co.henrico.va.us |
| Counsel for Reorganized Debtors | Attorney for Henrico County |

* Ms. South has authorized her electronic signature.