## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | *Chapter 11* |
| Reorganized Debtors.[1] | Jointly Administered |

### AGREED ORDER RESOLVING CLAIM NUMBER 10949 FILED BY BONNER'S POINT, LLC, AS SET FORTH IN THE DEBTORS' SIXTEENTH OMNIBUS CLAIMS OBJECTION

These cases originally came before the Court for hearing on August 31, 2006, upon the Sixteenth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors").[2] Included among the several proofs of claim that were the subject of the Objection was claim number 10949 filed by Bonner's Point, LLC. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1.  Claim no. 10949 filed by Bonner's Point, LLC is allowed as an unsecured non-priority claim in the amount of $56,750.06, and the remainder of claim no. 10949 is disallowed.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

2. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this _6_ day of March, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | HELMSING, LEACH, HERLONG, NEWMAN & ROUSE |
| By /s/ James H. Post<br>James H. Post | By /s/ Leslie G Weeks       *<br>Leslie G. Weeks<br>Jeffery J. Hartley |
| Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile) | Laclede Bldg, Suite 2000<br>150 Government Street<br>Mobile, Alabama 36602<br>(251) 432-5521<br>(251) 432-0633 (facsimile) |
| -and- | Counsel for Bonner's Point LLC |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | *Counsel has authorized her electronic signature |
| D. J. Baker<br>Sally McDonald Henry<br>Rosalie Walker Gray<br>Jane M. Leamy<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile) | |
| Co-Counsel for the Debtors | |

485991-Wilmington Server 1A - MSW