## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Reorganized Debtors.[1] | ) Jointly Administered |
| | ) |

### AGREED ORDER RESOLVING CLAIM NUMBER 5054
### FILED BY RAINBOW SIGNS, INC., AS SET FORTH IN THE
### DEBTORS' TWENTY-THIRD OMNIBUS CLAIMS OBJECTION

These cases originally came before the Court for hearing on October 25, 2006, upon the Twenty-Third Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors").[2] Included among the several proofs of claim that were the subject of the Objection was claim number 5054 filed by Rainbow Signs, Inc. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1.     Claim no. 5054 filed by Rainbow Signs, Inc. is allowed as an unsecured non-priority claim in the amount of $294,267.10.

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]     All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

2.      The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this _10_ day of _March_, 2007 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

<u>Consent</u>

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY

By /s/ James H. Post
     James H. Post

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

-and-

SKADDEN, ARPS, SLATE,
MEAGHER
& FLOM LLP

D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Co-Counsel for the Debtors

REDROCK CAPITAL PARTNERS LLC

By
Name:
Title:

111 S. Main Street, Suite C11
Breckenridge, Colorado 80424
(970) 547-9065

Transferee of Rainbow Signs Inc.

3