**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**NOTICE OF FILING**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession, give notice of filing the attached Notice of Withdrawal of Claim No. 2754 filed by Helen Ray.

Dated: March 7, 2007.

SMITH HULSEY & BUSEY

By    *s/ Leanne McKnight Prendergast*
     Stephen D. Busey
     James H. Post
     Leanne McKnight Prendergast

Florida Bar Number 0059544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Co-Counsel for Reorganized Debtors

560067