# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

In re:                                          )   Case No. 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,                )   Chapter 11

       Debtors.[1]                        )   Jointly Administered

_____)

## NOTICE OF WITHDRAWAL OF
## CLAIM NO. 2754 FILED BY HELEN RAY

Helen Ray withdraws and releases her Proof of Claim (Number 2754) filed in these cases on May 13, 2005 and all related claims.

Dated: __2-28__, 2007.

By: _____
L. Gabriel Bach, Esq.

L. Gabriel Bach P.A.
2150 SW 13th Avenue
Miami, FL 33145

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

537477