F I L E D
JACKSONVILLE, FLORIDA

MAR 0 5 2007

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  
Winn Dixie Stores, Inc., et.al.  
          Debtor(s). /

Case No. 05-03817-3F1  
Chapter 11-Jointly Administered

## MOTION BY RUBY BANKS FOR LEAVE TO SUBMIT LATE MOTION FOR ALLOWANCE AND PAYMENT OF CLAIM

COMES NOW, RUBY BANKS, by and through the undersigned counsel and moves for leave to submit a motion for allowance and payment of administrative claim past the January 5, 2007 bar date, and states as follows:

1. On February 21, 2005, the Debtors commenced this bankruptcy case by filing a petition for relief under Chapter 11 of the United States Bankruptcy Code. The Debtors subsequently operated their businesses as debtors-in-possession.

2. On or about October 9, 2005, the Claimant was injured while shopping at Winn-Dixie Store number 274. The Claimant sustained her injuries on account of negligence of the Debtors in the operation of their business.

3. The Debtors were notified immediately and subsequently began their investigation of Claimant's injury. Claimant did not retain counsel

4. On or about December 6, 2006, the Debtors filed a notice stating that all persons asserting claims were required to file and serve an application for payment of such claims by January 5, 2007. The Claimant is an elderly individual who, after receiving the notice two weeks after its mailing date, failed to understand the requirements as stated in said notice.

5. The Claimant has filed the instant motion and asserts that she is entitled to allowance of her claim as an administrative expense priority claim as a result of her injuries.

6. The claim, which is being filed simultaneously with this motion, should be deemed timely as said notice was not received timely. Furthermore, the Debtors were aware of the subject claim prior to the bar date through their knowledge of injury as evidenced by the attached correspondence marked as Exhibit "A". As a result, the Debtors received timely an informal claim form the *pro se* Claimant.

See <u>In re L. Meyer & Son Seafood Corp.</u>, 188 B.R. 315 (Bankr. S.D. Fla. 1995). Additionally, the deadline should be extended under Bankruptcy Rule 9006(b)91), in light of the absence of prejudice to the Debtors, the Claimant's good faith and the timeliness of this motion . See <u>Pioneer Inv. Svcs. Co. v Brunswick Assocs., Ltd. P'ships</u>, 507 U.S. 380 (1993); <u>In re E.S. Bankest, L.C.</u>, 321 B.R. 588 (Bankr. S.D. Fla 2005).

WHEREFORE, for the above stated reasons, Claimant respectfully requests that the Court deem her contemporaneously filed motion for administrative expense priority claim as timely filed.

I HEREBY CERTIFY, that I am a member of the Bar of the United States District Court for the Middle District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing has been provided by U.S. Mail to Matthew Barr, 1 Chase Manhattan Plaza, New York, NY, James Post, 225 Water Street, Suite 1800, Jacksonville, Fl 32203, D.J. Baker Four Times Square, New York, NY 10036 on this 28th day of _____, 2007

JAMES ALAN POE, P.A.
Attorney for Claimant
9500 S. Dadeland Blvd., Suite 610
Miami, FL 33156    (305)670-3950
By: /s/
James A. Poe, Esq.    F.B.N. 107956



**Sedgwick**

Sedgwick Claims Management Services, Inc.
P.O. Box 24787, Jacksonville, FL 32241-4787
Telephone 904-419-5345  Facsimile 904-419-5365

*411, PAIN*

October 12, 2005

Ruth Banks
3781 NW 192 St.
Carol City, Florida 33055

Re:  Date of Incident  : 10/9/2005
     Claim #          : A511212859
     Location         : Winn Dixie Store # 274     Hollywood, Florida 33024

Dear Mrs. Banks:

In order for Winn Dixie to evaluate your claim they need complete medical records and billings for the treatment you received or are receiving for any injury pertaining to this incident. Medical providers will not release this information without your written authorization.

If we have not made contact before you receive this letter I would appreciate if you called me so that we may discuss this incident and I can obtain your version of the facts. Please call me at 1-888-784-3470, Ext. 5345.

If you will please complete the enclosed medical authorization and list all the medical providers on the "List of All Providers..." form I will write to them in order to obtain the information needed.

If you are claiming any wage loss, please complete the "Authorization for Release of Wage & Salary Information" portion of the enclosed form and provide the name, address, and phone number of your employer(s) so we can verify your claim for wage loss. If you are self-employed I will need the last three years tax returns, including all schedules.

Winn-Dixie is self-insured. Your completion of this medical authorization is not a guarantee of payment of medical bills nor an admission of liability on Winn-Dixie's part.

Thank you for your assistance and prompt attention to this. If you have any questions, feel free to contact me at your convenience. My toll-free number is 1-888-784-3470 plus the extension number, ~~which is the last 4 digits from my direct line.~~ My direct line is 904-419-5345.

Sincerely,

*Richard J. Law*

Richard J. Law
General Liability Claims Representative

*Commerce Assoc LTD*
*Partnership*
*7000 W Palmetto*
*PK RD #408*
*Boca Raton 33433*

"A"

# AUTHORIZATION FOR RELEASE OF INFORMATION

I authorize the use or disclosure of my individually identifiable health information, as described below, for purposes of administering my claim or request for reasonable accommodation. I understand that the information I authorize to be used or disclosed possibly may be redisclosed in accordance with the terms of this Authorization by the recipient and may no longer be protected by federal privacy regulations.

1. **What Information is covered by this Authorization.** This authorization applies to all medical, psychological, and/or psychiatric information, records and reports, including information regarding pre-existing conditions (a) that are in existence while this authorization is valid (see Item 3) and (b) that are related to the following, **Please check all that apply:**

   ✓ my request for reasonable accommodation;         ✓ my claim for bodily injury;
   ___ my workers' compensation claim;                ✓ my claim for personal injury;
   ___ my claim for disability benefits;              ___ my claim for dental benefits.

   My claim or request for reasonable accommodation involves the following condition: _____

   Information to be disclosed may include, but is not limited to, medical history, chart notes, prescriptions, diagnostic test results, x-ray reports, and records received from other health providers. If directly related to my claimed condition, this information may include the following, **Please circle yes or no and initial:**

   HIV test results, HIV or AIDS information.     YES  (NO)   Initial here RB
   Psychiatric information.                       YES  (NO)   Initial here RB
   Information related to drug or alcohol abuse.  YES  (NO)   Initial here RB

2. **Who is Covered by this Authorization.**

   A. Any person or facility that attends, treats or examines me, including but not limited to Joseph Ghebelai D.O. Memorial Regional Hospital, Dr. Tami (specific name, if needed) is to make this information available to Sedgwick Claims Management Service, Inc. ("Sedgwick CMS") or its representative; and

   B. When relevant to my claim, Sedgwick CMS may re-disclose (without further authorization) this information to any of the following, (a) Any person or facility that attends, treats or examines me; (b) Any person or facility that impacts determination of my claim or that coordinates my benefits, including without limitation the employer to the extent permitted by state or federal law; or (c) The Social Security Administration or a social security or vocational rehabilitation vendor. The name of persons, facilities or parties to which HIV information will be provided must be specifically listed: (new) Juan Antonio Pastor-Cervantes, M.D., Dr. Tami, Ruth Banks, Sedgwick CMS

3. **How Long this Authorization is Valid.** This authorization is valid during the pendency of my claim, unless a different period is required under state law.

4. **Revocation of this Authorization.** Unless otherwise provided by state law, I understand that I may revoke this authorization at any time by notifying, in writing Sedgwick CMS at P.O. Box 24787 Jacksonville, FL 32241-4787. I also understand that the revocation will not have any effect on any actions taken before they received the revocation.

I understand that I have the right to request and receive a copy of this authorization. I understand that I have the right to inspect the disclosed information at any time. A photocopy of this authorization shall be valid and is to be accepted with the same effect as the original.

| Ruth Banks | *Ruth Banks* | 10/9/05 |
|---|---|---|
| **Printed Name of Patient** | Signature of Patient of Patient's Representative* | **Date** |
| 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 | 3781 NW 192 St.   Carol City, Florida 33055 | 10/9/05 |
| **Patient's Social Security Number** | **Patient's Address** | **First Day Absent** |

*Please complete if signed by the patient's representative.

_____    _____
Printed name of Patient's Representative    Relationship to Patient

| Memorial Healthcare System<br>Memorial Regional Hospital • Joe DiMaggio • Children's Hospital<br>Memorial Hospital West • Memorial Hospital Pembroke • Memorial Hospital Miramar<br><br>3 | **Patient Information**<br>banks, ruth l.<br><br>Phone: | **Treating Provider**<br>Joseph Ghebrial D.O.<br>3501 Johnson STreet<br><br>Phone: 954-986-6307 | **Discharge Instructions**<br>Date: 10/9/05  Time: 1:31:37 AM<br>**Patient Copy**<br><br>Page: 1 of 2 |
|---|---|---|---|

**Patient Discharge Instructions**                                                                   Document: 270       Last Update: 05/02/2002

## MUSCLE STRAIN

Your exam shows you have a strained muscle. A muscle strain is a stretching and tearing of muscle fibers. This causes pain, especially with motion of that muscle. There may also be some swelling and bruising.

**Follow These Instructions Carefully:**
1. Keep the injured area raised to reduce pain and swelling. This is especially important during the first 48 hours.
2. Make an ice pack (ice cubes in a plastic bag, wrapped in a towel) and apply for 20 minutes every 1 to 2 hours the first day. You should continue with ice packs 3 to 4 times a day for the second and third days.
3. Unless otherwise instructed, on the fourth day you may begin hot soaks or hot packs 3 to 4 times a day while you gently exercise the involved area.
4. You may take acetaminophen (Tylenol) or ibuprofen (Advil, Motrin) for pain, unless another pain medicine was prescribed.
5. For leg strains: If crutches have been recommended, do not bear full weight on the injured leg until you can do so without pain. You may return to sports when you are able to hop and run on the injured leg without pain.

**Follow up** with your doctor or this facility as advised by our staff if you are not improving within the next 5 days.

**Return to this facility immediately** or contact your doctor if you begin to have any of the following:
- Fingers or toes become swollen, cold, blue, numb or tingly.
- Pain or swelling increases.

**Patient Discharge Instructions**                                                                   Document: 548       Last Update: 09/20/2002

## NARCOTIC MEDICATIONS

You have been prescribed narcotic. Narcotic medicines are used to relieve pain. Some examples of narcotic medicines include the following:
- Codeine (Tylenol #2, #3 - cough syrup)
- Propoxyphene (Darvocet, Darvon)
- Hydrocodone (Vicodin)
- Oxycodone (Percocet, Percodan)

This drug may cause drowsiness. Therefore, be sure to take it only as directed.

**How To Take This Medication:**
1. If this medicine makes your stomach upset, take it with food.
2. Pain medicine should be taken only if needed at the times prescribed. If you are not having pain, do not take the medicine, unless you are advised to do so by your doctor.
3. Narcotic medicines can be habit forming; therefore, take this medicine only as directed. **Do not take** more of it, **do not take** it more often, and **do not take** it for a longer period of time than directed.

**What You Should Watch Out For:**
**Possible Side Effects:**
- If you have dizziness, or drowsiness, take a smaller dose, breaking a pill in half or take it less often.
- If you develop constipation, drink lots of liquids, use small doses of a mild laxative like Milk of Magnesia as needed and add fiber to your diet.
- If you have difficulty passing urine, stop taking the medicine and contact your doctor.

**Possible Allergic Reactions:** Rash, itching, swelling, trouble breathing or swallowing. You should contact your doctor or return to this facility immediately.

**Medical Conditions:** Before you begin to take this medicine, be sure your doctor knows if you have any of the following conditions:
- Prostate enlargement.
- Pregnancy or breast-feeding.

**Possible Drug Interactions:** This drug may cause increased side effects when taken with alcohol, muscle relaxant, sedative, tricyclic antidepressants, MAO-inhibitor or another pain medicine. Make sure your doctor knows what other medicines you are taking.

**Note These Warnings:**
- **Do not drive,** ride a bicycle, operate dangerous equipment, climb a ladder or do any other activity where you must concentrate and might

| Memorial Healthcare System<br>Memorial Regional Hospital • Joe DiMaggio ♥ Children's Hospital<br>Memorial Hospital West • Memorial Hospital Pembroke • Memorial Hospital Miramar<br><br>3 | Patient Information<br>banks, ruth l. | Treating Provider<br>Joseph Ghebrial D.O.<br>3501 Johnson STreet<br><br>Phone: 954-986-6307 | Discharge Summary<br>Date: 10/9/05  Time: 1:31:38 AM<br><br>**Patient Copy** |
|---|---|---|---|

| 1) Your Discharge Instructions:<br>MUSCLE STRAIN #Document: 270 (English)<br>NARCOTIC MEDICATION #Document: 548 (English) | 2) Your Prescriptions:<br>Flexeril Oral Tablet 10 Milligram 1 TABLET 3 TIMES DAILY # 15 TABLETS (0 Refills)<br>Motrin Oral Tablet 800 Milligram 1 TABLET 3 TIMES DAILY # 30 TABLETS (0 Refills)<br>Percocet Oral Tablet 5-325 Milligram 1 TABLET EVERY 4 TO 6 HOURS AS NEEDED # 12 TABLETS (0 Refills) |
|---|---|

3) You should Follow Up with:

| Follow Up Physician: | Follow Up Information |
|---|---|
| YOUR REGULAR PHYSICIAN,<br><br>Phone:<br>Fax: | On 10/9/2005 this patient was treated in the Emergency Department for Refer to Discharge list above. The patient was asked to follow up 2 Days. ADDITIONAL NOTES: Return to ER for any problems or if you are not improving. REST, ICE, ELEVATED RIGHT KNEE  MUST FOLLOW UP WITH PRIVATE DOCTOR OR IN 1-2 DAYS |

I understand that the emergency care which I received is not intended to be complete and definitive medical care and treatment. I acknowledge that I have been instructed to contact the above physician immediately for continued and complete medical diagnosis, care and treatment. EKG's, X-rays, and lab studies will be reviewed by appropriate specialists and I will be notified of significant discrepancies. I also understand that my signature authorizes this Medical Center to release all or any part of my medical record (including, if applicable, information pertaining to AIDS and/or HIV testing, mental health records, and drug and/or alcohol treatment) to the referred physician listed above.

| Memorial Healthcare System<br>Memorial Regional Hospital • Joe DiMaggio Children's Hospital<br>Memorial Hospital West • Memorial Hospital Pembroke • Memorial Hospital Miramar | Patient Information<br>banks, ruth l.<br><br>Phone: | Treating Provider<br>Joseph Ghebrial D.O.<br>3501 Johnson STreet<br><br>Phone: 954-986-6307 | Discharge Instructions<br>Date: 10/9/05  Time: 1:31:38 AM<br>Patient Copy<br><br>Page: 2 of 2 |
|---|---|---|---|

be injured for **at least 12 hours** after taking this medicine until you know how it will affect you.
- Prolonged use of this medicine can be **habit forming** and may lead to **addiction**.
- **Tell your doctor** what other medicines you are taking.
- **Do not drink any alcohol while taking this medicine.**

**Stop taking this medication and call your doctor or return to this facility right away if you notice any of these problems:**
- Hives or itching.
- Confusion, dizziness, or lightheadedness.
- Hallucinations.
- Blurry vision.
- Slow breathing, slow heartbeat, or severe weakness.
- Nausea or vomiting.
- Stomach pain or chest pain.
- Anything else that worries you.

**Discharge Instructions Special Notes**


**Discharge Instructions Special Notes**


*I understand that the emergency care which I received is not intended to be complete and definitive medical care and treatment. EKG's, X-rays, and lab studies will be reviewed by appropriate specialists and I will be notified of significant discrepancies.*

Copyright ScriptRx, Inc. 2000-2005                                                                                                                               http://www.ScriptRx.com

## AUTHORIZATION FOR RELEASE OF WAGE & SALARY INFORMATION

Claim #:   A511212859

This authorization or a photocopy thereof will authorize you to furnish all information you may have regarding my wages and salary while employed by you. Please release this information to a representative of Sedgwick Claims Management Services, Inc.

YOUR NAME (print)   Ruth Banks
SIGNATURE   Ruth Banks
ADDRESS   3781 NW 192nd St.
CITY, STATE, ZIP   Miami, FL 33055
DATE   10/9/05
SOCIAL SECURITY #   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

EMPLOYER #1:   Retired

ADDRESS: _____

CITY, STATE, ZIP: _____

PHONE: _____

EMPLOYER #2: _____

ADDRESS: _____

CITY, STATE, ZIP: _____

PHONE: _____

EMPLOYER #3: _____

ADDRESS: _____

CITY, STATE, ZIP: _____

PHONE: _____

Obtaining the medical & wage information is for the purpose of evaluating your claim and does not assume liability on Winn-Dixie or Sedgwick to pay or reimburse any expenses incurred as a result of this incident.

(Esta carta es en referencia al incidente que ocuir en Winn-Dixie. Por foavor ponga un interprete en contacto con migo.