**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE: **WINN DIXIE STORES, INC.,**   ) Bankruptcy Case No:
**et. al.**, Debtors.                                     ) 05-03817-3F1/Chapter 11

**MOTION TO SET HEARING**

COMES NOW, Janett Reeves, Applicant, in the above-styled action, by and through her attorney, Dan A. Goldberg, and respectfully requests this Honorable Court to set a time and date for oral hearing in the Motion to Extend Time and Application For Allowance of Administrative Expense Claim For Post-Petition Personal Injury, and, as the basis therefore,

Respectfully submitted,

_____
/s/Dan A. Goldberg
GOLDBERG & ASSOCIATES, P.C.
505 North 20th Street/Suite 325
Birmingham, Alabama 35203
(205) 322-4700

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing document on the below listed parties by electronically filing said document on the ECF system, which will in turn serve all interested parties, or by placing same in the United States Mail, this day, March 1, 2007, postage prepaid and properly addressed.

_____
/s/ Dan A. Goldberg

| | |
|---|---|
| James H. Post, Esq. | United States Bankruptcy Clerk |
| Smith, Hulsey & Busey | 300 North Hogan Street |
| P.O. Box 53315 | Suite 3-350 |
| Jacksonville, FL  32201 | Jacksonville, FL  32202 |