| VENDOR_ID | BUSINESS_UNIT | VOUCHER_ID | Invoice | INVOICE_DT | Total | ORIGIN | DEPTID | Name |
|---|---|---|---|---|---|---|---|---|
| 0000818602 | CHMTG | 00008478 | 0720050209 | 2/9/2005 | 28,002.10 | DSD | 107113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00006803 | 0320050216 | 2/16/2005 | 25,949.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00006802 | 0320050216 | 2/16/2005 | 21,547.12 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHMTG | 00008477 | 0720050209 | 2/9/2005 | 18,799.63 | DSD | 107113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHJAX | 00006769 | 0120050216 | 2/16/2005 | 18,334.89 | DSD | 101113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHMTG | 00008473 | 0720050126 | 1/26/2005 | 4,288.06 | DSD | 107113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHJAX | 00006768 | 0120050216 | 2/16/2005 | 4,135.46 | DSD | 101113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHJAX | 00006765 | 0120050209 | 2/9/2005 | 3,952.34 | DSD | 101113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00006801 | 0320050216 | 2/16/2005 | 3,525.06 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00006794 | 0320050126 | 1/26/2005 | 2,525.53 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHCHR | 00005765 | 1120050209 | 2/9/2005 | 2,487.38 | DSD | 111113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHCHR | 00005764 | 1120050209 | 2/9/2005 | 2,235.59 | DSD | 111113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHJAX | 00006762 | 0120050202 | 2/2/2005 | 2,014.32 | DSD | 101113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00006793 | 0320050126 | 1/26/2005 | 1,953.28 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHCHR | 00005756 | 1120050126 | 1/26/2005 | 1,724.38 | DSD | 111113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHCHR | 00005763 | 1120050209 | 2/9/2005 | 1,701.49 | DSD | 111113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHMTG | 00008472 | 0720050126 | 1/26/2005 | 1,640.22 | DSD | 107113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHCHR | 00005755 | 1120050126 | 1/26/2005 | 1,526.00 | DSD | 111113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHJAX | 00006758 | 0120050126 | 1/26/2005 | 1,358.14 | DSD | 101113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHJAX | 00006757 | 0120050126 | 1/26/2005 | 938.49 | DSD | 101113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHCHR | 00005754 | 1120050126 | 1/26/2005 | 862.19 | DSD | 111113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00006788 | 0320050112 | 1/12/2005 | 755.37 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHCHR | 00005748 | 1120050112 | 1/12/2005 | 732.48 | DSD | 111113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHJAX | 00006754 | 0120050119 | 1/19/2005 | 610.40 | DSD | 101113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00006792 | 0320050126 | 1/26/2005 | 549.36 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHJAX | 00006756 | 0120050126 | 1/26/2005 | 514.84 | DSD | 101113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00006800 | 0320050209 | 2/9/2005 | 259.42 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHDIS | 00001367 | 0520050112 | 1/12/2005 | 251.79 | DSD | 105113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHCHR | 00005761 | 1120050202 | 2/2/2005 | 221.27 | DSD | 111113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHCHR | 00000401 | 1120050223 | 2/23/2005 | 175.49 | DSD | 111113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHJAX | 00000122 | 0120050223 | 2/23/2005 | 152.60 | DSD | 101113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00006799 | 0320050209 | 2/9/2005 | 144.97 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHMTG | 00008471 | 0720050126 | 1/26/2005 | 137.34 | DSD | 107113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00000320 | 0320050223 | 2/23/2005 | 137.34 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHMTG | 00008476 | 0720050209 | 2/9/2005 | 53.41 | DSD | 107113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHJAX | 00006755 | 0120050126 | 1/26/2005 | 38.15 | DSD | 101113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHJAX | 00006761 | 0120050202 | 2/2/2005 | 38.15 | DSD | 101113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00006784 | 03094156498 | 2/16/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00006785 | 03094163661 | 2/16/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00006804 | 03941260320 | 2/16/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00006805 | 03941559190 | 2/16/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00006806 | 03941560350 | 2/16/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00006807 | 03941564500 | 2/16/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00006808 | 03941564660 | 2/16/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00006809 | 03941565890 | 2/16/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00006810 | 03941566530 | 2/16/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00006811 | 03941634530 | 2/16/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00006812 | 03941867760 | 2/16/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00009406 | 03009416276 | 2/14/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00009407 | 03094216832 | 2/16/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00009408 | 03094060205 | 1/6/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00009409 | 03094216854 | 2/16/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00009410 | 03094216887 | 2/16/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00009411 | 03094196296 | 2/14/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00009412 | 03094060851 | 1/6/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00009413 | 03094216797 | 2/16/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00009414 | 03094060832 | 1/6/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00009415 | 03094196305 | 2/14/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00009416 | 03094196283 | 2/14/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00009417 | 03094060024 | 1/6/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00009418 | 03094060681 | 1/6/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00009419 | 03094060252 | 1/6/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00009420 | 03094196312 | 2/15/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00009421 | 03094060144 | 1/6/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00009422 | 03094196298 | 2/14/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00009423 | 03094196302 | 2/14/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |

**EXHIBIT A**

| VENDOR_ID | BUSINESS_UNIT | VOUCHER_ID | Invoice | INVOICE_DT | Total | ORIGIN | DEPTID | Name |
|---|---|---|---|---|---|---|---|---|
| 0000818602 | CHPOM | 00009424 | 03094196317 | 2/14/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00009425 | 03094216839 | 2/16/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00009426 | 03094217294 | 2/16/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00009427 | 03094196316 | 2/14/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00009428 | 03094217888 | 2/16/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00009429 | 03094196315 | 2/14/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00009430 | 03094217884 | 2/16/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00009431 | 03094217256 | 2/16/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00009432 | 03094060642 | 1/6/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00009433 | 03094196324 | 2/14/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00009434 | 03094196333 | 2/14/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00009435 | 03094217173 | 2/16/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00009436 | 03094196344 | 2/14/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00009437 | 03094196330 | 2/14/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00009438 | 03094083824 | 1/12/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00009439 | 03094196348 | 2/14/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00009440 | 03094196337 | 2/14/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00009441 | 03094216984 | 2/16/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00009442 | 03094196366 | 2/14/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00009443 | 03094060030 | 1/6/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00009444 | 03094217356 | 2/16/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00009445 | 03094196360 | 2/14/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00009446 | 03094196370 | 2/14/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00009447 | 03094060906 | 1/6/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00009448 | 03094221571 | 2/17/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00009449 | 03094216928 | 2/16/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00009450 | 03094196376 | 2/14/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00009451 | 03094060234 | 1/6/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00009452 | 03094216764 | 2/16/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00009453 | 03094216852 | 2/16/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00009454 | 03094216964 | 2/16/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00009455 | 03094196379 | 2/14/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00009456 | 03094216876 | 2/16/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00009457 | 03094196364 | 2/14/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00009458 | 03094196390 | 2/14/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00009459 | 03094060707 | 1/6/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00009460 | 03094216863 | 2/16/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00009461 | 03094060698 | 1/6/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00009462 | 03094196387 | 2/14/2005 | 7.63 | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHMTG | 00008481 | 0720050216 | 2/16/2005 | (83.93) | DSD | 107113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHCHR | 00005770 | 1120050216 | 2/16/2005 | (114.45) | DSD | 111113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHDIS | 00001366 | 0520041110 | 11/10/2004 | (114.45) | DSD | 105113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHCHR | 00005753 | 1120050126 | 1/26/2005 | (144.97) | DSD | 111113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHJAX | 00006764 | 0120050209 | 2/9/2005 | (148.04) | DSD | 101113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHDIS | 00001369 | 0520050202 | 2/2/2005 | (228.90) | DSD | 105113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHJAX | 00006760 | 0120050202 | 2/2/2005 | (236.53) | DSD | 101113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHCHR | 00005752 | 1120050126 | 1/26/2005 | (282.31) | DSD | 111113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHCHR | 00005760 | 1120050202 | 2/2/2005 | (282.31) | DSD | 111113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHJAX | 00006759 | 0120050202 | 2/2/2005 | (335.72) | DSD | 101113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHDIS | 00001368 | 0520050202 | 2/2/2005 | (350.98) | DSD | 105113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHCHR | 00005759 | 1120050202 | 2/2/2005 | (488.32) | DSD | 111113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHCHR | 00005747 | 1120050112 | 1/12/2005 | (495.95) | DSD | 111113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00006797 | 0320050202 | 2/2/2005 | (511.21) | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00006796 | 0320050202 | 2/2/2005 | (572.25) | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHCHR | 00005769 | 1120050216 | 2/16/2005 | (686.70) | DSD | 111113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHCHR | 00005762 | 1120050209 | 2/9/2005 | (717.22) | DSD | 111113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHCHR | 00000564 | 1120050223 | 2/23/2005 | (839.30) | DSD | 111113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHMTG | 00008470 | 0720050119 | 1/19/2005 | (1,037.68) | DSD | 107113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHCHR | 00005751 | 1120050119 | 1/19/2005 | (1,091.09) | DSD | 111113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHCHR | 00000510 | 1120050223 | 2/23/2005 | (1,175.02) | DSD | 111113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHMTG | 00000320 | 0720050223 | 2/23/2005 | (1,319.99) | DSD | 107113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHCHR | 00005750 | 1120050119 | 1/19/2005 | (1,480.22) | DSD | 111113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHDIS | 00000092 | 0520050223 | 2/23/2005 | (1,518.37) | DSD | 105113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHJAX | 00006750 | 0120050112 | 1/12/2005 | (1,579.41) | DSD | 101113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHCHR | 00005768 | 1120050216 | 2/16/2005 | (1,594.67) | DSD | 111113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHCHR | 00000354 | 1120050223 | 2/23/2005 | (1,869.35) | DSD | 111113 | METRO GOLDWYN MAYER INC |

| VENDOR_ID | BUSINESS_UNIT | VOUCHER_ID | Invoice | INVOICE_DT | Total | ORIGIN | DEPTID | Name |
|---|---|---|---|---|---|---|---|---|
| 0000818602 | CHJAX | 00006767 | 0120050216 | 2/16/2005 | (1,976.17) | DSD | 101113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHCHR | 00005746 | 1120050112 | 1/12/2005 | (2,075.36) | DSD | 111113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHCHR | 00005749 | 1120050119 | 1/19/2005 | (2,136.40) | DSD | 111113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHCHR | 00005758 | 1120050202 | 2/2/2005 | (2,166.92) | DSD | 111113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHJAX | 00006763 | 0120050209 | 2/9/2005 | (2,258.48) | DSD | 101113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHJAX | 00006749 | 0120050112 | 1/12/2005 | (2,296.63) | DSD | 101113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00006795 | 0320050202 | 2/2/2005 | (2,418.71) | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHJAX | 00000532 | 0120050223 | 2/23/2005 | (2,586.57) | DSD | 101113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHJAX | 00006766 | 0120050216 | 2/16/2005 | (2,701.02) | DSD | 101113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHCHR | 00005757 | 1120050202 | 2/2/2005 | (3,357.20) | DSD | 111113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00000217 | 0320050223 | 2/23/2005 | (3,395.35) | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00006791 | 0320050119 | 1/19/2005 | (3,723.44) | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHMTG | 00008467 | 0720050112 | 1/12/2005 | (3,746.33) | DSD | 107113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHMTG | 00008475 | 0720050202 | 2/2/2005 | (4,646.67) | DSD | 107113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHJAX | 00006753 | 0120050119 | 1/19/2005 | (4,768.75) | DSD | 101113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHJAX | 00000443 | 0120050223 | 2/23/2005 | (4,837.42) | DSD | 101113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00006798 | 0320050209 | 2/9/2005 | (5,310.48) | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHJAX | 00006752 | 0120050119 | 1/19/2005 | (5,424.93) | DSD | 101113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHMTG | 00000653 | 0720050223 | 2/23/2005 | (6,134.52) | DSD | 107113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00006787 | 0320050112 | 1/12/2005 | (6,352.78) | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHMTG | 00008469 | 0720050119 | 1/19/2005 | (6,622.84) | DSD | 107113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00006786 | 0320050112 | 1/12/2005 | (6,798.33) | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHCHR | 00000213 | 1120050223 | 2/23/2005 | (7,095.90) | DSD | 111113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHMTG | 00008480 | 0720050216 | 2/16/2005 | (8,255.66) | DSD | 107113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHJAX | 00006748 | 0120050112 | 1/12/2005 | (8,873.69) | DSD | 101113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHCHR | 00005745 | 1120050112 | 1/12/2005 | (9,911.37) | DSD | 111113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHMTG | 00008468 | 0720050119 | 1/19/2005 | (10,147.50) | DSD | 107113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHCHR | 00005767 | 1120050216 | 2/16/2005 | (10,399.69) | DSD | 111113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHMTG | 00008466 | 0720050112 | 1/12/2005 | (10,712.52) | DSD | 107113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00006790 | 0320050119 | 1/19/2005 | (10,918.53) | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHMTG | 00008474 | 0720050202 | 2/2/2005 | (11,639.76) | DSD | 107113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00000493 | 0320050223 | 2/23/2005 | (12,284.30) | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHPOM | 00006789 | 0320050119 | 1/19/2005 | (12,354.48) | DSD | 103113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHCHR | 00005744 | 1120050112 | 1/12/2005 | (12,879.44) | DSD | 111113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHJAX | 00006751 | 0120050119 | 1/19/2005 | (13,817.93) | DSD | 101113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHMTG | 00000438 | 0720050223 | 2/23/2005 | (13,826.71) | DSD | 107113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHJAX | 00006747 | 0120050112 | 1/12/2005 | (13,950.32) | DSD | 101113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHJAX | 00000276 | 0120050223 | 2/23/2005 | (14,168.91) | DSD | 101113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHCHR | 00005766 | 1120050216 | 2/16/2005 | (14,809.83) | DSD | 111113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHMTG | 00008465 | 0720050112 | 1/12/2005 | (15,357.31) | DSD | 107113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHMTG | 00008479 | 0720050216 | 2/16/2005 | (22,134.63) | DSD | 107113 | METRO GOLDWYN MAYER INC |
| 0000818602 | CHHDQ | 00003176 | 95824881CM | 1/27/2005 | (14,271.99) | MAP | 117113 | METRO GOLDWYN MAYER INC |
| 0000818602 | WDUSA | | CC-JAX233948CPN1 | 3/2/2005 | (12.33) | AR | 117113 | METRO GOLDWYN MAYER INC |
| 0000818602 | WDUSA | | CC-RAL231977CPN1 | 2/16/2005 | (12.33) | AR | 117113 | METRO GOLDWYN MAYER INC |
| 0000818602 | WDUSA | | CC-POM231287CPN1 | 2/9/2005 | (17.54) | AR | 117113 | METRO GOLDWYN MAYER INC |
| 0000818602 | WDUSA | | CC-CHR232156CPN1 | 2/16/2005 | (30.20) | AR | 117113 | METRO GOLDWYN MAYER INC |
| 0000818602 | WDUSA | | CC-CHR234421CPN1 | 3/2/2005 | (33.98) | AR | 117113 | METRO GOLDWYN MAYER INC |
| 0000818602 | WDUSA | | CC-MTG231553CPN1 | 2/16/2005 | (48.64) | AR | 117113 | METRO GOLDWYN MAYER INC |
| 0000818602 | WDUSA | | CC-JAX230566CPN1 | 2/9/2005 | (50.11) | AR | 117113 | METRO GOLDWYN MAYER INC |
| 0000818602 | WDUSA | | CC-CHR231011CPN1 | 2/9/2005 | (51.93) | AR | 117113 | METRO GOLDWYN MAYER INC |
| 0000818602 | WDUSA | | CC-MTG230299CPN1 | 2/9/2005 | (64.96) | AR | 117113 | METRO GOLDWYN MAYER INC |
| 0000818602 | WDUSA | | CC-POM232425CPN1 | 2/16/2005 | (69.50) | AR | 117113 | METRO GOLDWYN MAYER INC |
| 0000818602 | WDUSA | | CC-JAX231801CPN1 | 2/16/2005 | (77.84) | AR | 117113 | METRO GOLDWYN MAYER INC |
| 0000818602 | WDUSA | | DM-HDQGMD194032 | 2/15/2005 | (14,167.02) | AR | 117113 | METRO GOLDWYN MAYER INC |
| | | | | | | | | |
| | | | | | (212,688.97) | Total amount owed to Winn Dixie | | |