UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.[1]

_____/

Case No. 05-03817-3F1
Chapter 11
Jointly Administered

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

The undersigned law firm hereby gives notice that it represents Metro-Goldwyn-Mayer Home Entertainment LLC ("MGM") with respect to the objection to claim #5590 and the counterclaim filed thereto. All pleadings filed pursuant to Federal Rule of Bankruptcy Procedure 2002, papers, and Orders to which MGM is entitled should be served care of the undersigned.

Dated this 8th day of March, 2007.

**HOLLAND & KNIGHT LLP**

By: /s/ Alan M. Weiss
Alan M. Weiss, Esquire
Florida Bar. No. 340219
50 N. Laura Street, Suite 3900
Jacksonville, FL 32202
alan.weiss@hklaw.com
Phone: 904- 353-2000
Fax: 904-358-1872
*Attorneys for MGM*

Of Counsel:

Lawrence M. Jacobson, Esq.
GLICKFELD, FIELDS & JACOBSON LLP
9401 Wilshire Boulevard, Suite 525
Beverly Hills, CA 90212
(310) 550-7222
lmj@gfjlawfirm.com

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished to

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

Kenneth C. Meeker
Office of U.S. Trustee
135 West Central Boulevard
Suite 620
Orlando, FL 32801

D. J. Baker
Skadden, Arps, Slate, et al.
Four Times Square
New York, NY 10036

via U.S. Mail this 8th day of March, 2007.

                                                            /s/ Alan M. Weiss
                                                            Attorney

# 4407688_v1