**[3902a]** [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                 Case No. 3:05−bk−03817−JAF
                                                                       Chapter 11

Winn−Dixie Stores, Inc




_____Debtor(s)_____/


NOTICE OF RESCHEDULE HEARING

   NOTICE IS GIVEN that a hearing on Motion for Relief from Stay filed by Ryan Malone is rescheduled to June 25, 2007 at 1:30 p.m. in 4th Floor Courtroom D , 300 North Hogan Street, Jacksonville Florida.


Dated March 9, 2007 .

                              Lee Ann Bennett, Clerk of Court
                              300 North Hogan Street Suite 3−350
                              Jacksonville, FL 32202



Copies furnished to:
Debtors' Attorneys
Richard Behr, Attorney for Movant
U.S. Trustee
Counsel for Official Committee of Unsecured Creditors