

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
March 8, 2007
1:30 P.M.

**PRO MEMO**

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

First and Final Application of DJM Asset Management, LLC/The Food Partners, LLC for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses Incurred from June 10, 2005 through November 21, 2006 Filed by Debtors (14801)

For the Period of 6/10/05 - 11/21/06

Fees in the amount of $3,664,414.30 and Expenses in the amount of $12,661.20

APPEARANCES:
US TRUSTEE:                      ELENA ESCAMILLA
UNSEC. CRED:                    JOHN B. MACDONALD/PATRICK PATANGAN
                                 MATTHEW S. BARR

DJM ASSET MANAGEMENT LLC/
THE FOOD PARTNERS, LLC:

RULING: Cont'd. to 3/22 @ 1:30
AOCNFN