

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
March 8, 2007
1:30 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1**    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Motion for Reconsideration of the Court's Order Dated January 19, 2007, filed by Debtors (14985)

Order (14815) is behind Pro

Objection filed by Florida Tax Collectors (15203)

APPEARANCES:
US TRUSTEE:    ELENA ESCAMILLA
UNSEC. CRED:    JOHN B. MACDONALD/PATRICK PATANGAN
                 MATTHEW S. BARR
FLORIDA TAX COLLECTORS: BRIAN T. HANLON

RULING: *Under advisement*
*Ord. in due course*