

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
March 8, 2007
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Objection to Claims filed by the City of Fitzgerald and Tangipahoa Parrish Filed by Debtors (14931)

The Debtors will continue the hearing on the Objection to March 22, 2007

APPEARANCES:
US TRUSTEE:                     ELENA ESCAMILLA
UNSEC. CRED:                    JOHN B. MACDONALD/PATRICK PATANGAN
                                MATTHEW S. BARR

CITY OF FITZGERALD:
CITY OF TANGIPAHOA PARRISH:

RULING: Cont'd. to 3/22 @ 1:30
AOCNFN