

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
March 8, 2007
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Case Management Conference on Debtors' Objection to Claim Number 5590 filed by Metro-Goldwyn-Mayer Home Entertainment LLC (10689)

APPEARANCES:
US TRUSTEE:                             ELENA ESCAMILLA
UNSEC. CRED:                            JOHN B. MACDONALD/PATRICK PATANGAN
                                        MATTHEW S. BARR
METRO-GOLDWYN-MAYER HOME
ENTERTAINMENT, LLC:

RULING:  5 mo. discovery
1 day trial (7 hrs.) after 5 mo.
2500 docs.  Trial one. in due course