UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC. et al.,                    Case No. 05-bk-03817-3F1

       Debtors                                              Chapter 11
_____/

**AFFIDAVIT IN SUPPORT OF MOTION BY
TO ENLARGE TIME TO FILE PROOF OF CLAIM**

      COMES NOW the affiant, Evan D. Frankel, Esq., who, being duly sworn, states as follows:

1. I am an attorney licensed to practice in Florida since 1987.

2. I have personal knowledge of the facts set forth herein.

3. My practice is primarily in the area of general personal injury law and immigration litigation. My practice does not involve bankruptcy law.

4. In June of 2006, my firm was retained by Gerda Leonce to represent her for the serious injuries she received as a result of accident at the Winn Dixie store located in Miami, Florida. The incident occurred on March 17, 2006.

5. On November 16, 2006, I sent a demand letter to Winn Dixie or its agents on behalf of Ms. Leonce.

6. Sometime in December, 2006, I received a Notice from the Bankruptcy Court

regarding this case. The Notice provided that a deadline of January 5, 2007 existed to file something with the Bankruptcy Court. The Notice referenced in several places the requirement to file a Proof of Claim.

7. Based upon my reading of the Notice, I prepared and filed a Proof of Claim with the Bankruptcy Court on behalf of my client. This Proof of Claim was filed on or about January 4, 2007, prior to the January 5, 2007 deadline.

8. I did not realize the post-petition claim should have been asserted by a pleading known as an application for administrative expense.

9. On or about January 19, 2007, the Debtors filed their Twenty-Ninth Omnibus Objection to Claims (the "Objection"). This Objection was served on me.

10. Upon receipt of the Objection, I noted the objection to my client's claim, and moved promptly to determine the status of my client's post-petition claim in the bankruptcy case.

11. Upon being advised of the status of the bankruptcy case, I requested Mr. LeVine to prepare an Application for Administrative Expense and any other necessary pleadings on behalf of my client, Gerda Leonce. I understand that an Application for Administrative Expense has been with the Court.

12. By filing the Proof of Claim, I believe I was complying with the Court's Orders. Once I was advised of the foregoing issue related to my client's client, I acted promptly and in good faith to assert a claim in the Bankruptcy Court on behalf of Gerda Leonce.

FURTHER AFFIANT SAITH NOT.

_____
Affiant

**STATE OF FLORIDA**
**COUNTY OF MIAMI-DADE**

SWORN to and SUBSCRIBED before me, this 14th day of February, 2007, by Evan D. Frankel, Esq., who is personally known to me, or who produced _____ as identification.

_____
Notary Public - State of Florida
My Commission Expires:

[Notary Seal: SULTANA V. MOISE, Notary Public - State of Florida, My Commission Expires Nov 14, 2009, Commission # DD 490703, Bonded By National Notary Assn.]

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day served a true and correct copy of the foregoing Affidavit in Support of Motion to Enlarge Time to File Proof of Claim upon the parties listed below on this ___ day of ~~February~~ March, 2007.

            /s/Dennis LeVine
            Attorney