**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 11 |
| WINN-DIXIE STORES, INC., et al., | : CASE NO. 05-03817 |
| | : JOINTLY ADMINISTERED |
| Debtors | : |

**MOTION TO RESCHEDULE HEARING WITH RESPECT TO OBJECTION TO CLAIM NO. 10330 FILED BY SUPERMARKET EQUIPMENT RESALE, INC.**

COMES NOW Supermarket Equipment Resale, Inc. and in support of its Motion to Reschedule Hearing with Respect to Objection to Claim No. 10330, respectfully shows as follows:

1.

Supermarket Equipment Resale, Inc. ("SER") filed a proof of claim in the Debtors' case in the amount of $172,305.63, designated as claim no. 10330.

2.

Debtor filed an objection to the claim as part of its nineteenth omnibus claim objection. By order dated February 5, 2006, the Court entered an order with respect to the nineteenth omnibus claim objection. In the order, the Court classified SER's claim as an "unresolved objection". Paragraph 9 of the order provided that the hearing to consider the objection with respect to unresolved objections is continued until further order of the Court upon motion of any party in interest.

3.

Pursuant to the terms of the order, SER moves the Court to reschedule the hearing with respect to the objection to the claim of SER.

WHEREFORE, SER requests:

a. That the Court reset the hearing on the claim objection with respect to claim no. 10330 filed by SER; and

b. That SER have such other and further relief as is just and proper.

KATZ, FLATAU, POPSON & BOYER, L.L.P.
By:

/s/Wesley J. Boyer_____
WESLEY J. BOYER
State Bar No. 073126
Attorney for Debtor-in-Possession
355 Cotton Avenue
Macon, Georgia 31201
(478) 742-6481

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the

MOTION TO RESCHEDULE HEARING WITH RESPECT TO OBJECTION TO CLAIM NO. 10330 FILED BY SUPERMARKET EQUIPMENT RESALE, INC.

upon the following:

Jane M. Leamy, Esq.
Skadden, Arps, Slate, Meagher & Flom, L.L.P.
Four Times Square
New York, NY  10036

by depositing a copy of the same in the United States mail, first class, in a properly addressed

envelope with sufficient postage affixed thereto.

This 9th day of March, 2007.

/s/Wesley J. Boyer_____
WESLEY J. BOYER