UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>**WINN-DIXIE STORES, INC., et al.**,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about March 5, 2007 I caused copies of:

- the **Notice of Hearing on Debtors' Omnibus Objection to Unresolved Litigation Claims Which Have Been Settled or Withdrawn**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served notice as listed above is attached hereto as Exhibit B.

Dated: March 9, 2007

_____
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: LA

# EXHIBIT A
# SERVICE LIST

Case 3:05-bk-03817-JAF   Doc 15429   Filed 03/09/07   Page 3 of 7

SERVICE LIST
Page 1 of 2

Notice of Hearing on Debtors' Omnibus Objection
to Unresolved Litigation Claims Which Have
Been Settled or Withdrawn

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                                          **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 400121-86<br>ACOFF, JINNIE<br>635 CARSON STREET<br>GREENVILLE  MS 38701 | CREDITOR ID: 390591-55<br>BECNEL, CAROL HUSSER<br>C/O LAW OFFICES OF OSSIE BROWN<br>ATTN T HABERSHAM SETZE, ESQ<br>123 ST FERDINAND STREET<br>BATON ROUGE LA 70802 | CREDITOR ID: 410758-15<br>DUNBAR, DAVID<br>PO BOX 7311<br>JACKSONVILLE FL 32238-0311 |
| CREDITOR ID: 392757-55<br>DURDEN, WILLIAM<br>C/O MORGAN & MORGAN, PA<br>ATTN DONNY A OWENS, ESQ<br>815 SOUTH MAIN STREET, SUITE 301<br>JACKSONVILLE FL 32207 | CREDITOR ID: 392627-55<br>ERGLE, EDWARD O<br>C/O BURNSIDE WALL LLP<br>ATTN JAMES B WALL, ESQ<br>454 GREENE STREET<br>AUGUSTA GA 30901 | CREDITOR ID: 389046-54<br>FOOTE, NANCY FINLEY<br>624 NORTH YOUNG ST<br>ORMOND BEACH, FL 32174 |
| CREDITOR ID: 392250-55<br>FOX, SUZANNE<br>C/O LAW OFFICES OF CARL A SHORT II<br>ATTN CARL A SHORT II, ESQ<br>209-A MAIN STREET<br>PO BOX 463<br>MANCHESTER KY 40962-0463 | CREDITOR ID: 392896-55<br>FRANKLIN, BETTY MAE<br>C/O DARREL D. RYLAND LAW OFFICE<br>ATTN DARREL D RYLAND/ W ELMER, ESQS<br>PO DRAWER 1469<br>MARKSVILLE LA 71351 | CREDITOR ID: 421155-ST<br>HUGHES, MICHAEL ANTONIO<br>3035 EDGEWOOD TERR<br>SARASOTA FL 34231 |
| CREDITOR ID: 393314-55<br>JOHNSON, CLARA<br>C/O BRIMBERRY KAPLAN & BRIMBERRY PC<br>ATTN JAY BRIMBERRY, ESQ<br>PO BOX 1085<br>ALBANY GA 31702-1085 | CREDITOR ID: 534885-15<br>JOHNSON, JERRY<br>510 FRANCIS BLVD<br>LAKELAND FL 33801 | CREDITOR ID: 253014-12<br>JOHNSON, JERRY<br>807 E 120TH AVE, APT B<br>TAMPA FL 33612 |
| CREDITOR ID: 394759-57<br>JONES, MARY<br>C/O FARAH & FARAH, PA<br>ATTN RICHARD A STAGGARD, ESQ<br>1301 PLANTATION ISLAND DR, STE 206A<br>ST AUGUSTINE FL 32080 | CREDITOR ID: 386155-54<br>KIRKLAND, BERNELL<br>C/O VANSANT & CORRIERE, LLC<br>ATTN ALFRED N CORRIERE, ESQ<br>PO BOX 347<br>ALBANY GA 31702-0347 | CREDITOR ID: 394176-56<br>MATHIEU, MARIE M<br>11852 SW 202 ST<br>MIAMI, FL 33177 |
| CREDITOR ID: 391842-55<br>MCCARTHY, BARBARA<br>C/O HELLER & HELLER, PA<br>ATTN WILLIAM A HELLER, ESQ<br>2929 N UNIVERSITY DRIVE, SUITE 103<br>CORAL SPRINGS FL 33065 | CREDITOR ID: 406054-15<br>PALMER, LAQUAILA<br>C/O STEVEN E SLOOTSKY LAW OFFICE<br>ATTN JEFFREY M BRAXTON, ESQ<br>2701 W OAKLAND PARK BLVD, SUITE 100<br>FORT LAUDERDALE FL 33311 | CREDITOR ID: 393039-55<br>PENNYCUFF, DEBRA ROSE<br>C/O FARAH, FARAH, & ABBOTT, PA<br>ATTN STEPHEN LANKES, ESQ<br>1534 KINGSLEY AVE<br>ORANGE PARK FL 32703 |
| CREDITOR ID: 534886-B1<br>PERRY, LYNDA<br>510 FRANCIS BLVD<br>LAKELAND FL 33801 | CREDITOR ID: 255158-12<br>PERRY, LYNDA<br>807 E 120TH AVE, APT B<br>TAMPA FL 33612 | CREDITOR ID: 192710-09<br>PINCHBACK, EDGAR W, JR<br>292 GLENLYN ST<br>DANVILLE VA 24540 |
| CREDITOR ID: 417057-15<br>REED-STEWART, CINDY<br>3029 BANKS ROAD<br>TALLAHASSEE FL 32308 | CREDITOR ID: 410862-15<br>SIMPKINS, CLOVER<br>11033 TRACI LYNN DRIVE<br>JACKSONVILLE FL 32218 | CREDITOR ID: 410876-15<br>SOLANO, JACQUELINE<br>C/O ELLIS PEETLUK<br>10 WEST ADAMS STREET<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 388407-54<br>THOMPSON, MARAGRET<br>1235 GURNEY RD<br>BATON ROUGE, LA 70818 | CREDITOR ID: 400371-85<br>VALLE, MARIA DELLA<br>C/O FLAXMAN & LOPEZ<br>ATTN CHARLES FLAXMAN, ESQ<br>5715 JOHNSON STREET<br>HOLLYWOOD FL 33021 | CREDITOR ID: 385722-54<br>WEBSTER, ZENTHIA<br>PO BOX 413<br>CLINTON MS 39060-0413 |

**SERVICE LIST**

**Notice of Hearing on Debtors' Omnibus Objection**
**to Unresolved Litigation Claims Which Have**
**Been Settled or Withdrawn**

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                                    **CASE:** 05-03817-3F1

CREDITOR ID: 392827-55
WILSON, HERBERT
C/O NUELL & POLSKY
ATTN STEPHEN S NUELL, ESQ
782 NW 42ND AVENUE, SUITE 345
MIAMI FL 33126


**Total:   28**

# EXHIBIT B

Hearing Date: **April 5, 2007 at 1:30 p.m.**
Response Deadline: **March 26, 2007 at 4:00 p.m.**

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Reorganized Debtors.[1] | ) Jointly Administered |
| | ) |

## NOTICE OF HEARING ON DEBTORS'
## OMNIBUS OBJECTION TO UNRESOLVED LITIGATION
## CLAIMS WHICH HAVE BEEN SETTLED OR WITHDRAWN

[Claimant's Name & Address]

---

**CLAIM(S) TO BE DISALLOWED**

**Claim No.:**
**Claim Amount:**
**Reason for Proposed Disallowance:**

---

1. PLEASE TAKE NOTICE that a hearing will be held on **April 5, 2007** to consider Debtors' Omnibus Objection to Unresolved Litigation Claims (the "Objection") filed with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court") on June 22, 2006, by Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Reorganized Debtors").

2. **The Objection constitutes notice that the Debtors have objected to and dispute one or more of your claims listed above under CLAIM(S) TO BE DISALLOWED** based upon the following: the claim(s) have been settled or withdrawn.

3. The hearing will be held at **1:30 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida, 32202. **Any claim that the Bankruptcy Court disallows will be treated as if it had not been filed and you will not receive any distribution in these cases with respect to such claim(s).**

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

4. If you do NOT oppose the disallowance of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

5. If you DO oppose the disallowance of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on March 26, 2007** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

6. Responses will be deemed timely filed only if the original response is actually received on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

7. In addition, a copy of the response must be served on or before the Response Deadline on the Reorganized Debtors' attorneys, Smith Hulsey & Busey, Attn: David L. Gay, 225 Water Street, Suite 1800, Jacksonville, Florida, 32202, via email at dgay@smithhulsey.com, or via facsimile sent to (904) 359-7708.

8. If you file a written response to the Objection, then you should plan to appear at the hearing. The Reorganized Debtors, however, may agree to continue the Objection with respect to your claim(s). If the Reorganized Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date. If the Reorganized Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

9. If the Bankruptcy Court does not disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, the Reorganized Debtors reserve the right to assert additional objections to your claim(s) on other grounds (or to any other claims that you have filed) at a later date. You will receive a separate notice of hearing on such additional objections the Reorganized Debtors have with respect to your claim and you will be given an opportunity to respond to those objections at such time.

10. The Reorganized Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

11. **If you have any questions regarding the Objection to your claim(s), you may contact David L. Gay of Smith Hulsey & Busey at (904) 359-7860 or dgay@smithhulsey.com**. A copy of the Objection and your proof of claim can be obtained, without charge, from the Reorganized Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Smith Hulsey & Busey, at the Reorganized Debtors' expense, by calling the number listed above.

Dated March 5, 2007

SMITH HULSEY & BUSEY


By   */s/ David L. Gay*
    Stephen D. Busey
    James H. Post
    David L. Gay

Florida Bar Number 839221
225 Water Street, Suite 1800
Jacksonville, Florida  32202

Co-counsel for Reorganized Debtors

00554291