UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.[1]

Chapter 11

Case No. 05-03817-3F1

(Jointly Administered)

CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about March 5, 2007 I caused copies of:

- the **Notice of Hearing on Debtors' Omnibus Objection to Unresolved Litigation Claims Based on Insufficient Documentation or Late Filed Proofs of Claim**

   to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served notice as listed above is attached hereto as Exhibit B.

Dated: March 9, 2007

_____
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: LB

# EXHIBIT A
# SERVICE LIST

## Notice of Hearing on Debtors' Omnibus Objection to Unresolved Litigation Claims Based on Insufficient Documentation or Late Filed Proofs of Claim

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.  **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 415980-15<br>ALVAREZ, JACINTA JOSEFINA<br>3054 NW 15TH STREET<br>MIAMI FL 33125 | CREDITOR ID: 410691-15<br>ALVEREZ, DIANA<br>C/O FARAH & FARAH, PA<br>ATTN BRUCE A GARTNER, ESQ<br>10 W ADAMS STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 390554-55<br>AMINALROAYA, SHAHIN YAMINI<br>C/O LAW OFFICES OF ALAN GINSBERG<br>ATTN ALAN GINSBERG, ESQ<br>13899 BISCAYNE BLVD, SUITE 401<br>NORTH MIAMI BEACH FL 33181 |
| CREDITOR ID: 388048-54<br>BARRON, ALPHILD<br>C/O JAMES E BARRON (SON)<br>13230 MERL AVENUE<br>LAKEWOOD OH 44107 | CREDITOR ID: 400373-85<br>BENITEZ, RAUL<br>C/O GOLDING WEBLEY & CLARKE, PA<br>ATTN ANN MARIE CLARKE, ESQ<br>7771 W OAKLAND PARK BLVD, STE 135<br>SUNRISE FL 33351 | CREDITOR ID: 391223-55<br>BENN, MARLENE<br>C/O PATRICE BENN-ABBEY, LC<br>ATTN PATRICE BENN-ABBEY, ESQ<br>3133 GENERAL MEYER AVENUE<br>NEW ORLEANS LA 70114 |
| CREDITOR ID: 410928-15<br>BRASWELL, JOSEPHINE<br>C/O WEINSTEIN & ASSOCIATES, PA<br>ATTN ANDREW J WEINSTEIN, ESQ<br>1515 UNIVERSITY DRIVE, SUITE 103<br>CORAL SPRINGS FL 33071 | CREDITOR ID: 410419-15<br>BROWN, GINGER<br>C/O FARAH & FARAH, PA<br>ATTN RICHARD A STAGGARD, ESQ<br>1301 PLANTATION ISLAND DR, STE 206A<br>ST AUGUSTINE FL 32080 | CREDITOR ID: 385997-54<br>BURNS, JESSICA & AKASHEYN KHYISHONA<br>500 PINSON RD, APT M-4<br>ALBANY, GA 31705 |
| CREDITOR ID: 400338-85<br>BUSH, NATASHA A<br>C/O MORGAN & MORGAN<br>ATTN MICHAEL SUTTON, ESQ<br>PO BOX 4979<br>ORLANDO FL 32802-4979 | CREDITOR ID: 391110-55<br>CANDIA, EFIJENIA MARIA<br>19938 NW 52 AVENUE<br>MIAMI GARDENS FL 33055 | CREDITOR ID: 411045-15<br>CANDIA, EFIJENIA MARIE<br>19938 NW 52AVE<br>MIAMI GARDENS FL 33055 |
| CREDITOR ID: 400066-84<br>CANNON, CARRIE<br>ATTN CARRIE L CANNON<br>54 CLEMONS DRIVE<br>VINCENT AL 35044 | CREDITOR ID: 389614-54<br>CARBONELL, MIRIELA<br>801 STARLIGHT COVE RD APT 106<br>ORLANDO, FL 32828 | CREDITOR ID: 416784-L1<br>CHAHBOUDAGIANTZ, LENA<br>C/O ROME ARATA & BAXLEY, LLC<br>ATTN W CHAD STELLY, ESQ<br>650 POYDRAS STREET, SUITE 2107<br>NEW ORLEANS LA 70130 |
| CREDITOR ID: 417336-B3<br>CONLEY, FRANCES<br>C/O MARK V MORSCH ATTORNEY @ LAW<br>ATTN ALAN MIRELMAN, ESQ<br>2425 LEE ROAD<br>WINTER PARK FL 32789 | CREDITOR ID: 393583-55<br>DAVIS, CHANTAI<br>C/O JEFFREY H WOLFSON LAW OFFICES<br>ATTN JEFFREY H WOLFSON, ESQ<br>633 S FEDERAL HWY, SUITE 300<br>FT. LAUDERDALE FL 33301 | CREDITOR ID: 534674-15<br>DAVIS, CHANTAI<br>3670 DAY AVE<br>MIAMI FL 33133 |
| CREDITOR ID: 391168-55<br>DAVIS, ESTELLA<br>C/O DESALVO DESALVO & BLACKBURN<br>ATTN ROBERT P BLACKBURN, ESQ<br>530 NATCHEZ ST STE 110<br>NEW ORLEANS LA 70130-2721 | CREDITOR ID: 388475-54<br>DEANS, SARAH<br>1950 NW 191ST STREET<br>OPA LOCKA, FL 33056-2848 | CREDITOR ID: 392563-55<br>DEANS, SARAH<br>C/O CHARLES H COHEN, PA<br>ATTN CHARLES COHEN, ESQ<br>2856 E OAKLAND PARK BLVD<br>FT LAUDERDALE FL 33306 |
| CREDITOR ID: 534814-79<br>DELOR, MARGUERITE<br>C/O BURTON E BURDICK, PA<br>ATTN BURTON E BURDICK, ESQ<br>4367 N FEDERAL HIGHWAY, SUITE 200<br>FORT LAUDERDALE FL 33308-5213 | CREDITOR ID: 400542-88<br>DUNN, MARY<br>C/O CHARLES COHEN, ESQ<br>2856 E OAKLAND PARK BLVD<br>FT LAUDERDALE FL 33306 | CREDITOR ID: 387398-54<br>DUNSON, CLARA<br>PO BOX 609123<br>ORLANDO FL 32860 |
| CREDITOR ID: 400351-85<br>DUTAIR, CLAUDETE M<br>C/O LINDA L SCHWICHTENBERG, PA<br>ATTN LINDA L SCHWICHTENBERG, ESQ<br>PO BOX 1567<br>ORLANDO FL 32802 | CREDITOR ID: 389187-54<br>ELLIS, INEZ<br>5014 SW 21 STREET<br>HOLLYWOOD, FL 33023 | CREDITOR ID: 394741-57<br>FRANCIS, ERSKINE<br>C/O CADE COLLINS & GOBERT<br>ATTN MILLARD D COLLINS, ESQ<br>PO BOX 19324<br>NEW ORLEANS LA 70179-0324 |

# Notice of Hearing on Debtors' Omnibus Objection
# to Unresolved Litigation Claims Based on Insufficient
# Documentation or Late Filed Proofs of Claim

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.  **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 391089-55<br>FRENCH, DONNA<br>4928 AVENUE D<br>ST AUGUSTINE FL 32084 | CREDITOR ID: 391003-55<br>GASPER, CHESTER J<br>C/O WILLIAMS, WILLIAMS & MONTGOMERY<br>ATTN L O'NEAL WILLIAMS, JR, ESQ<br>PO BOX 113<br>POPLARVILLE MS 39470 | CREDITOR ID: 400528-88<br>GENOVESE, BETTY<br>C/O MUMPHREY LAW FIRM, LLC<br>ATTN WAYNE B MUMPHREY, ESQ<br>PO BOX 90<br>CHALMETTE LA 70044-0090 |
| CREDITOR ID: 416057-L1<br>GOMEZ, MARINA<br>C/O PEDRO J FUENTES-CID LAW OFFICES<br>ATTN PEDRO J FUENTES-CID, ESQ<br>2650 BISCAYNE BLVD<br>MIAMI FL 33137 | CREDITOR ID: 417334-B3<br>GONZALEZ, PHILLIP (MINOR)<br>C/O IRVIN & ORIHUELA, LLC<br>ATTN IVAN A ORIHUELA, ESQ<br>650 POYDRAS STREET, SUITE 2517<br>NEW ORLEANS LA 70130 | CREDITOR ID: 385626-54<br>GRANT, ANTHONY<br>13400 SW 265TH TERRACE<br>HOMESTEAD FL 33032 |
| CREDITOR ID: 394743-57<br>GREEN, DIAMOND (MINOR)<br>C/O JOSEPH M MAUS, PA<br>ATTN JOSEPH M MAUS, ESQ<br>750 E SAMPLE ROAD, SUITE 2-102<br>POMPANO BEACH FL 33064 | CREDITOR ID: 416517-L2<br>GREGORY, BERTHA<br>1741 ST MATTHEWS RD HILLCREST<br>ORANGEBURG SC 29115 | CREDITOR ID: 411288-15<br>GREGORY, BERTHA<br>C/O TOWNSEND LAW FIRM<br>ATTN ZACK E TOWNSEND, ESQ<br>1351 AMELIA STREET<br>ORANGEBURG SC 29115 |
| CREDITOR ID: 390814-55<br>GUISE, CATHERINE<br>C/O BYRD, GIBBS & MARTIN, PLLC<br>ATTN ISAAC BYRD JR, ESQ<br>PO BOX 19<br>JACKSON MS 39205 | CREDITOR ID: 393044-55<br>HARDEN, ANNIE<br>C/O THE COCHRAN FIRM - MIAMI<br>ATTN JAMES S ROBERTSON, III, ESQ<br>100 SE SECOND ST, SUITE 3350<br>MIAMI FL 33131-2151 | CREDITOR ID: 390969-55<br>HERNANDEZ, KAREN S<br>C/O BOGIN, MUNNS & MUNNS<br>ATTN MICHAEL H TRUAX, ESQ<br>2601 TECHOLOGY DRIVE<br>ORLANDO FL 32804 |
| CREDITOR ID: 391019-55<br>HERNANDEZ, RUBY<br>C/O ERNESTO S MEDINA ESQ<br>ATTN ERNESTO S MEDINA, ESQ<br>525 NW 27 AVENUE STE 100<br>MIAMI FL 33125 | CREDITOR ID: 405972-15<br>HOLTON, SONYA DENISE<br>C/O SHERRY D WALKER PA<br>ATTN SHERRY D WALKER, ESQ<br>1637 METROPOLITAN BLVD, STE B<br>TALLAHASSEE FL 32308 | CREDITOR ID: 391047-55<br>HOWARD, DENISE<br>C/O JOSEPHS, JACK & MIRANDA, PA<br>ATTN TODD ROSEN, ESQ<br>2950 SW 27TH AVE, STE 100<br>MIAMI FL 33133 |
| CREDITOR ID: 385867-54<br>HUNTER, TERESA<br>20158 NW 35TH AVENUE<br>OPA-LOCKA, FL 33056 | CREDITOR ID: 391893-55<br>IGLESIAS, MARTHA<br>C/O THEODORE Z DEUTSCH, PA<br>ATTN THEODORE Z DEUTSCH, ESQ<br>WESTLAND EXECUTIVE OFFICE PARK<br>1790 W 49TH STREET, SUITE 304<br>HIALEAH FL 33012 | CREDITOR ID: 411221-15<br>JACKSON, LARRY<br>C/O RAMON WALLS PALANCA JR, ESQ<br>3017 PIEDMONT RD NE, STE 100<br>ATLANTA GA 30305 |
| CREDITOR ID: 534684-B1<br>JACKSON, LARRY<br>RAMON WALLS PALANCA JR, ESQ<br>3355 LENOX RD, STE 600<br>ATLANTA GA 30326 | CREDITOR ID: 391086-55<br>JAMES, DESIREE<br>C/O STEVEN STAVRAKIS, ESQ<br>29 N PINELLAS AVENUE<br>TARPON SPRINGS FL 34689 | CREDITOR ID: 385316-54<br>JANITELLI, LOUIS<br>2130 NW 91ST WAY<br>SUNRISE, FL 33322 |
| CREDITOR ID: 399398-15<br>JOHNSON, CHRISTINE<br>C/O SHERRY D WALKER PA<br>ATTN SHERRY D WALKER, ESQ<br>1637 METROPOLITAN BLVD<br>TALLAHASSEE FL 32308 | CREDITOR ID: 393005-55<br>JOHNSON, JAMIE D<br>C/O ROTSTEIN & SHIFFMAN, LLP<br>ATTN MICHAEL A SHIFFMAN, ESQ<br>309 OAKRIDGE BLVD, SUITE B<br>DAYTONA BEACH FL 32118 | CREDITOR ID: 385926-54<br>JONES, JANET<br>910 DIVISION STREET<br>FERNANDINA BEACH, FL 32034 |
| CREDITOR ID: 410516-15<br>JONES, JOSEPH D JR<br>C/O HARRIS GUIDI ROSNER ET AL<br>ATTN ROBERT M HARRIS, ESQ<br>1837 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 | CREDITOR ID: 390863-55<br>JONES, TAUSHA<br>C/O FRED R DEFRANCESCH LAW OFFICES<br>ATTN FRED R DEFRANCESCH, ESQ<br>2810 W AIRLINE HWY<br>PO BOX 1566<br>LAPLACE LA 70069 | CREDITOR ID: 390918-55<br>JOSEPH-EL, ELLEN<br>C/O WILLIAM C RUGGIERO LAW OFFICE<br>ATTN WILLIAM C RUGGIERO, ESQ<br>200 E BROWARD BLVD, SUITE 100<br>FT LAUDERDALE FL 33301 |

# Notice of Hearing on Debtors' Omnibus Objection
## to Unresolved Litigation Claims Based on Insufficient
## Documentation or Late Filed Proofs of Claim

**DEBTOR:**   WINN-DIXIE STORES, INC., ET AL.                                **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 385620-54<br>KEEL, LORETTA<br>6029 BECKER<br>MARRERO, LA 70072 | CREDITOR ID: 400384-85<br>KUYKENDALE, DALE<br>C/O J SCOTT NOONEY & ASSOCIATES<br>ATTN SCOTT NOONEY, ESQ<br>3535 HENDRICKS AVE.<br>JACKSONVILLE FL 32207 | CREDITOR ID: 391300-55<br>LAWSON, ARIALE D<br>C.O GEFEN & D'AMBROSIO<br>ATTN JOSEPH P D'AMBROSIO, ESQ<br>2255 GLADES RD, SUITE 236W<br>BOCA RATON FL 33431 |
| CREDITOR ID: 385820-54<br>LEE, DANA E<br>44425 TRAYLORS RD<br>ROBERT, LA 70455 | CREDITOR ID: 394788-57<br>LEWIS, MARIA<br>ATTN JON CAMINEZ, ESQ<br>1307 SO JEFFERSON STREET<br>MONTICELLO FL 32344 | CREDITOR ID: 558353-W9<br>LINDA L SCHWICHTENBERG PA<br>250 N ORANGE AVE STE 1200<br>ORLANDO FL 32801 |
| CREDITOR ID: 408361-15<br>LOPEZ, KIMBERLY D<br>BY FRANK LOPEZ, GUARDIAN<br>C/O M A BASS, JR, ESQ<br>PO BOX 712<br>HAZLEHURST MS 39083 | CREDITOR ID: 558283-15<br>MIZELLE, MICHAEL<br>72 HUTCHINSON ROAD<br>JACKSONVILLE FL 32220 | CREDITOR ID: 411068-15<br>MIZELLE, MICHAEL<br>C/O FARAH & FARAH, PA<br>ATTN DANIEL C SHAUGHNESSY, ESQ<br>4640 BLANDING BLVD<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 387985-54<br>MOLINE, PHYLLIS & EMILE<br>1619 BUSH AVE<br>ALEXANDRIA LA 71301-4605 | CREDITOR ID: 408407-15<br>MOORE, MARGARET DELORES<br>C/O TYLER F TYGART, PA<br>ATTN TYLER F TYGART, ESQ<br>1300 RIVERPLACE BLVD, STE 601<br>JACKSONVILLE FL 32207 | CREDITOR ID: 400244-85<br>MORENO, ANA ARVELO<br>C/O GONZALEZ & HENLEY, PL<br>ATTN RANDALL HENLEY, ESQ<br>324 DATURA STREET, SUITE 200<br>WEST PALM BEACH FL 33401 |
| CREDITOR ID: 410714-15<br>MORTON, NASUA K<br>1221 NW 42ND LAND<br>OCALA FL 34475 | CREDITOR ID: 400375-85<br>NEWMAN, JIM<br>C/O WEINSTEIN & ASSOCIATES, PA<br>ATTN ANDREW J WEINSTEIN, ESQ.<br>1515 UNIVERSITY DRIVE STE. 103<br>CORAL SPRINGS FL 33071 | CREDITOR ID: 388391-54<br>NOBLES, MILTON<br>1504 WENTBRIDGE DR<br>RICHMOND VA 23227 |
| CREDITOR ID: 534682-B1<br>ODOM, KEIOSHA<br>326 W VOORHIS AVE<br>DELAND FL 32720 | CREDITOR ID: 407528-15<br>ODOM, KEIOSHA<br>612 HARRISON PLACE DRIVE<br>APT 1210<br>DELAND FL 32724 | CREDITOR ID: 392611-55<br>PARRIS, MAURICE<br>C/O FRIEDMAN RODMAN & FRANK, PA<br>ATTN RONALD RODMAN, ESQ<br>3636 W FLAGLER ST<br>MIAMI FL 33135 |
| CREDITOR ID: 492942-15<br>PFLEDDERER, GAILE M<br>910 RIDGEWOOD COVE N<br>NICEVILLE FL 32578 | CREDITOR ID: 400348-85<br>PRAY, MARK<br>C/O BERNSTEIN AND MARYANOFF<br>ATTN NEIL MARYANOFF, ESQ<br>15055 SW 122ND AVE<br>MIAMI FL 33186 | CREDITOR ID: 386136-54<br>QUINTERO, ESTER<br>422 EAST 17TH STREET<br>HIALEAH, FL 33010 |
| CREDITOR ID: 391038-55<br>RAMOS, LORI<br>C/O MAXWELL & MELVIN<br>ATTN STEPHEN R MELVIN, ESQ<br>116 N COOL SPRING ST<br>PO BOX 2465<br>FAYETTEVILLE NC 28302 | CREDITOR ID: 390680-55<br>RANDELL, LUTRICIA<br>491 NW 1ST AVENUE<br>DEERFIELD BEACH FL 33441 | CREDITOR ID: 452046-15<br>REED, JOYCE & BLAIR, GLORIA<br>C/O FRIDDLE & WAIKART<br>ATTN HARRY T WAIKART, JR, ESQ<br>906 AUGUSTA STREET<br>PO BOX 27115<br>GREENVILLE SC 29616 |
| CREDITOR ID: 558265-15<br>REGISTE, ANGELA<br>C/O GESNER REGISTE, GUARDIAN<br>4444 S RIO GRANDE AVENUE, APT 434C<br>ORLANDO FL 32839-1152 | CREDITOR ID: 392327-55<br>REGISTE, ANGELA (MINOR)<br>C/O SHANNON KEITH TURNER, PA<br>ATTN S KEITH TURNER, ESQ<br>1500 E ROBINSON STREET<br>ORLANDO FL 32801 | CREDITOR ID: 410487-15<br>RICHARDSON, MARY<br>C/O GRAHAM WOODS PL<br>ATTN TOM WOODS, ESQ.<br>171 HOOD AVENUE, SUITE 21<br>TAVENIER FL 33070 |

Case 3:05-bk-03817-JAF   Doc 15431   Filed 03/09/07   Page 6 of 10

SERVICE LIST
Page 4 of 5

Notice of Hearing on Debtors' Omnibus Objection
to Unresolved Litigation Claims Based on Insufficient
Documentation or Late Filed Proofs of Claim

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                                                       **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 400410-85<br>ROBINSON, MARY ELLEN<br>C/O SAMUEL S WILLIAMS PA<br>ATTN SAMUEL S WILLIAMS, ESQ<br>PO BOX 32635<br>CHARLOTTE NC 28232 | CREDITOR ID: 393603-55<br>ROY, TONI L<br>C/O LAW OFFICE OF MARTIN HANNAN, PA<br>ATTN MARTIN L HANNAN, ESQ<br>9370 SW 72 STREET, SUITE A-266<br>MIAMI FL 33173 | CREDITOR ID: 417338-B3<br>SCOTT, ALLEN<br>C/O KILLEEN & ASSOCIATES, PC<br>ATTN ROBERT STERN, ESQ.<br>TEXACO CENTER<br>400 POYDRAS, STE 1710<br>NEW ORLEANS LA 70130 |
| CREDITOR ID: 390904-55<br>SLAY, NICOLE<br>C/O DESALVO, DESLAVO & BLACKBURN<br>ATTN F DESALVO/R BLACKBURN, ESQS<br>530 NATHEZ ST STE 110<br>NEW ORLEANS LA 70130-2721 | CREDITOR ID: 386060-54<br>SMITH, CHARLENE<br>C/O BOGIN MUNNS & MUNNS<br>ATTN SCOTT ZIRKLE, ESQ<br>2601 TECHNOLOGY DRIVE<br>PO BOX 2807<br>ORLANDO, FL 32802-2807 | CREDITOR ID: 410772-15<br>SPENCE, JULIE<br>PO BOX 452<br>LA BELLE FL 33975 |
| CREDITOR ID: 407638-15<br>STATE OF NC DEPT OF HEALTH & HUMAN<br>SERVICES, DIV OF MEDICAL ASSISTANCE<br>3RD PARTY RECOVERY SECTION<br>RE: MARY ELLEN ROBINSON<br>2508 MAIL SERVICE CENTER<br>RALEIGH NC 27690-4301 | CREDITOR ID: 411158-15<br>SWAN, JANET<br>C/O LAW OFFICE OF RONALD D SURRENCY<br>ATTN R SURRENCY/S GAVAY, ESQS<br>200 NE 1ST STREET<br>GAINESVILLE FL 32601 | CREDITOR ID: 410989-15<br>TALMADGE, CLAIRE L<br>100 EAST ANDERSON ST, APT 601<br>ORLANDO FL 32822 |
| CREDITOR ID: 387336-54<br>TAYLOR, DWAYNE<br>1304 TREE TERRACE PARKWAY<br>AUSTELL, GA 30168 | CREDITOR ID: 389922-54<br>TEMPLE, LEJEANNE<br>C/O DESALVO, DESALVO & BLACKBURN<br>ATTN F DESALVO & R BLACKBURN, ESQS<br>530 NATCHEZ ST STE 110<br>NEW ORLEANS LA 70130-2721 | CREDITOR ID: 389955-54<br>THORNBURY, JEFF<br>C/O GREGG R WEXLER PA LAW OFFICE<br>ATTN GREGG R WEXLER, ESQ<br>2112 SOUTH CONGRESS AVE., STE 208<br>WEST PALM BEACH, FL 33406 |
| CREDITOR ID: 385677-54<br>THORSEN, DORIS<br>PO BOX 546<br>PALM BEACH, FL 33480 | CREDITOR ID: 410533-15<br>TIMMONS, DAVID<br>2480 SOUTHWEST 6TH COURT<br>FT LAUDERDALE FL 33312 | CREDITOR ID: 403484-15<br>TIMMONS, DAVID<br>2480 SOUTHWEST 6TH COURT<br>FT LAUDERDALE FL 33312 |
| CREDITOR ID: 389680-54<br>TURNER, CHRISTOPHER P<br>202 1/2 EAST BROAD ST, SUITE A<br>EUFAULA, AL 36027 | CREDITOR ID: 416683-L1<br>UDOINYION, SUNDAY N<br>PO BOX 80903<br>CHAMBLEE GA 30366 | CREDITOR ID: 408196-15<br>UEBELSTEADT, MINNIE NELL<br>C/O KERRIGAN ESTESS RANKIN ET AL<br>ATTN RANDLE D THOMPSON, ESQ<br>PO BOX 12009<br>PENSACOLA FL 32591 |
| CREDITOR ID: 416206-L1<br>USSA, RUBY<br>C/O DENNIS PHILLIPS. PA<br>ATTN DENNIS M PHILLIPS, ESQ<br>600 N PINE ISLAND RD, STE 450<br>PLANTATION FL 33324 | CREDITOR ID: 534632-15<br>VICKERS, JOHN A<br>417 N DELAWARE STREET, APT 6<br>PAULSBORO NJ 08066 | CREDITOR ID: 558280-15<br>WALKER-PENA, DIANE D<br>4798 SOUTH FLORIDA AVENUE, #249<br>LAKELAND FL 33813 |
| CREDITOR ID: 410733-15<br>WALKER-PENA, DIANE D<br>C/O JOYCE & REYES LAW FIRM, PA<br>ATTN LILLIAN J REYES, ESQ<br>307 S HYDE PARK AVENUE<br>TAMPA FL 33606 | CREDITOR ID: 416770-L1<br>WALTER, JANIS E<br>C/O LOGAN THOMPSON MILLER ET AL<br>ATTN JIMMY W BILBO, ESQ<br>30 SECOND STREET<br>PO BOX 191<br>CLEVELAND TN 37364-0191 | CREDITOR ID: 410503-15<br>WHITE, MELINDA<br>2720 NW 4TH STREET<br>POMPANO FL 33069 |
| CREDITOR ID: 391951-55<br>WHITE, RUBY L<br>C/O CADE, COLLINS & GOBERT, LLC<br>ATTN MILLARD D COLLINS, ESQ<br>PO BOX 19324<br>NEW ORLEANS LA 70179-0324 | CREDITOR ID: 393542-55<br>WHITEHEAD, MARY<br>C/O WILLIAM G. WENTZ, ESQ<br>30 W BRUCE STREET<br>HARRISONBURG VA 22801-3601 | CREDITOR ID: 416796-L1<br>WILLIAMS, MARY LOUISE<br>C/O CLEMENS & CLEMENS, PC<br>ATTN J CHRISTOPHER CLEMENS, ESQ<br>231 BOULEVARD<br>SALEM VA 24153 |

**SERVICE LIST**

**Notice of Hearing on Debtors' Omnibus Objection
to Unresolved Litigation Claims Based on Insufficient
Documentation or Late Filed Proofs of Claim**

**DEBTOR:**  **WINN-DIXIE STORES, INC., ET AL.**  **CASE:**  **05-03817-3F1**

CREDITOR ID: 393061-55
WILSON, FREDRICK
C/O FARAH & FARAH, PA
ATTN D SCOTT CRAIG, ESQ
10 WEST ADAMS STREET, 3RD FLR
JACKSONVILLE FL 32202

CREDITOR ID: 391330-55
ZIMMERMAN, THOMAS L
C/O BRENT C MILLER, PA
ATTN BRENT C MILLER, ESQ
205 E BURLEIGH BLVD
TAVARES FL 32778

**Total:  110**

# EXHIBIT B

Hearing Date:  April 5, 2007 at 1:30 p.m.
Response Deadline:  March 26, 2007 at 4:00 p.m.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Reorganized Debtors.[1] | ) Jointly Administered |
| | ) |

**NOTICE OF HEARING ON DEBTORS' OMNIBUS**
**OBJECTION TO UNRESOLVED LITIGATION CLAIMS BASED ON**
**INSUFFICIENT DOCUMENTATION OR LATE FILED PROOFS OF CLAIM**

[Claimant's Name & Address]

---

**CLAIM(S) TO BE DISALLOWED**

**Claim No.:**
**Claim Amount:**
**Reason for Proposed Disallowance:**

---

1.  PLEASE TAKE NOTICE that a hearing will be held on **April 5, 2007** to consider Debtors' Omnibus Objection to Unresolved Litigation Claims (the "Objection") filed with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court") on June 22, 2006, by Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Reorganized Debtors").

2.  **The Objection constitutes notice that the Debtors have objected to and dispute one or more of your claims listed above under CLAIM(S) TO BE DISALLOWED** based upon the following grounds: (a) the claim(s) are not supported by legally sufficient documentation; or (b) the claim(s) were not filed on or before the applicable proof of claim bar date.

3.  The hearing will be held at **1:30 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida, 32202.  **Any claim that the Bankruptcy Court disallows will be treated as if it had not been filed and you will not receive any distribution in these cases with respect to such claim(s).**

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

4.      If you do NOT oppose the disallowance of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

5.      If you DO oppose the disallowance of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on March 26, 2007** (the "Response Deadline").  The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

6.      Responses will be deemed timely filed only if the original response is actually received on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

7.      In addition, a copy of the response must be served on or before the Response Deadline on the Reorganized Debtors' attorneys, Smith Hulsey & Busey, Attn: David L. Gay, 225 Water Street, Suite 1800, Jacksonville, Florida, 32202, via email at dgay@smithhulsey.com, or via facsimile sent to (904) 359-7708.

8.      If you file a written response to the Objection, then you should plan to appear at the hearing.  The Reorganized Debtors, however, may agree to continue the Objection with respect to your claim(s).  If the Reorganized Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date.  If the Reorganized Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

9.      If the Bankruptcy Court does not disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, the Reorganized Debtors reserve the right to assert additional objections to your claim(s) on other grounds (or to any other claims that you have filed) at a later date.  You will receive a separate notice of hearing on such additional objections the Reorganized Debtors have with respect to your claim and you will be given an opportunity to respond to those objections at such time.

10.     The Reorganized Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

11.     **If you have any questions regarding the Objection to your claim(s), you may contact David L. Gay of Smith Hulsey & Busey at (904) 359-7860 or dgay@smithhulsey.com**.  A copy of the Objection and your proof of claim can be obtained, without charge, from the Reorganized Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Smith Hulsey & Busey, at the Reorganized Debtors' expense, by calling the number listed above.

Dated March 5, 2007

SMITH HULSEY & BUSEY

By     */s/ David L. Gay*
         Stephen D. Busey
         James H. Post
         David L. Gay

Florida Bar Number 839221
225 Water Street, Suite 1800
Jacksonville, Florida  32202

Co-counsel for Reorganized Debtors

00554272