UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>**WINN-DIXIE STORES, INC., et al.,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about March 5, 2007 I caused copies of:

- the **Notice of Continued Hearing on Debtors' Omnibus Objection to Unresolved Litigation Claims Based on Insufficient Documentation**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served notice as listed above is attached hereto as Exhibit B.

Dated: March 9, 2007

_____
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: LC

# EXHIBIT A
# SERVICE LIST

**Notice of Continued Hearing on Debtors'
Omnibus Objection to Unresolved Litigation
Claims Based on Insufficient Documentation**

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.     **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 392299-55<br>ALVAREZ, ANA<br>C/O RONALD J DAVIS, II, PA<br>ATTN RONALD J DAVIS, II, ESQ<br>551 E LAZY MEADOW DRIVE<br>JACKSONVILLE FL 32225 | CREDITOR ID: 534668-15<br>ANA ALVAREZ<br>5 AHEIN AVENUE<br>TROY NY 12180 | CREDITOR ID: 407553-15<br>COLON, EVELYN<br>C/O THE PENDAS LAW FIRM<br>ATTN LOU PENDAS, ESQ<br>4700 MILLENIA BLVD, SUITE 150<br>ORLANDO FL 32839 |
| CREDITOR ID: 391066-55<br>LARIOS, MILAGROS E<br>C/O EDWARD F DEVARONA, PA<br>ATTN EDWARD F DEVARONA, ESQ<br>2150 CORAL WAY, 4TH FLOOR<br>MIAMI FL 33145 | | |

      **Total: 4**

# EXHIBIT B

Hearing Date: April 5, 2007 at 1:30 p.m.
Response Deadline: March 26, 2007 at 4:00 p.m.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Reorganized Debtors.[1] | ) Jointly Administered |
| | ) |

NOTICE OF CONTINUED HEARING ON
DEBTORS' OMNIBUS OBJECTION TO UNRESOLVED
LITIGATION CLAIMS BASED ON INSUFFICIENT DOCUMENTATION

[Claimant's Name & Address]

---

**CLAIM(S) TO BE DISALLOWED**

**Claim No.:**
**Claim Amount:**
**Reason for Proposed Disallowance:**

---

1. PLEASE TAKE NOTICE that a hearing will be held on **April 5, 2007** to consider Debtors' Omnibus Objection to Unresolved Litigation Claims (the "Objection") filed with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court") on June 22, 2006, by Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Reorganized Debtors").

2. **The Objection constitutes notice that the Debtors have objected to and dispute one or more of your claims listed above under CLAIM(S) TO BE DISALLOWED** based upon the following grounds: the claims are not supported by legally sufficient documentation. The Objection regarding one or more of your claims listed above was previously noticed for hearing on August 24, 2006. As a result of your or your representative's response to that notice and representation that sufficient documentation would be provided, the Debtors agreed to continue the hearing. Notwithstanding such representation, sufficient documentation has not been provided. Therefore, the hearing has been rescheduled for **April 5, 2007**.

3. The hearing will be held at **1:30 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida, 32202. **Any claim that the Bankruptcy Court disallows will be treated as if it had not been filed and you will not receive any distribution in these cases with respect to such claim(s).**

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

4. If you do NOT oppose the disallowance of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

5. If you DO oppose the disallowance of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on March 26, 2007** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

6. Responses will be deemed timely filed only if the original response is actually received on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

7. In addition, a copy of the response must be served on or before the Response Deadline on the Reorganized Debtors' attorneys, Smith Hulsey & Busey, Attn: David L. Gay, 225 Water Street, Suite 1800, Jacksonville, Florida, 32202, via email at dgay@smithhulsey.com, or via facsimile sent to (904) 359-7708.

8. If you file a written response to the Objection, then you should plan to appear at the hearing. The Reorganized Debtors, however, may agree to continue the Objection with respect to your claim(s). If the Reorganized Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date. If the Reorganized Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

9. If the Bankruptcy Court does not disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, the Reorganized Debtors reserve the right to assert additional objections to your claim(s) on other grounds (or to any other claims that you have filed) at a later date. You will receive a separate notice of hearing on such additional objections the Reorganized Debtors have with respect to your claim and you will be given an opportunity to respond to those objections at such time.

10. The Reorganized Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

11. **If you have any questions regarding the Objection to your claim(s), you may contact David L. Gay of Smith Hulsey & Busey at (904) 359-7860 or dgay@smithhulsey.com**. A copy of the Objection and your proof of claim can be obtained, without charge, from the Reorganized Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Smith Hulsey & Busey, at the Reorganized Debtors' expense, by calling the number listed above.

Dated March 5, 2007

SMITH HULSEY & BUSEY

By   */s/ David L. Gay*
    Stephen D. Busey
    James H. Post
    David L. Gay

Florida Bar Number 839221
225 Water Street, Suite 1800
Jacksonville, Florida 32202

Co-counsel for Reorganized Debtors

00554303