UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Reorganized Debtors.[1] | ) Jointly Administered |
| | ) |

### AGREED ORDER DISALLOWING CLAIM NUMBERS 12202 AND 13003 FILED BY CLIFFDALE CORNER, INC. AS SET FORTH IN THE DEBTORS' TWELFTH AND FIFTEENTH OMNIBUS CLAIMS OBJECTIONS

These causes originally came before the Court for hearing upon the Twelfth and Fifteenth Omnibus Objections (the "Objections") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on the Exhibits to the Objections.[2] The Debtors agreed to continue the Twelfth Omnibus Objection with respect to claim no. 12202 filed by Cliffdale Corner, Inc. ("Cliffdale Corner") among others. On June 29, 2006, the Court entered an order (Docket No. 8902) sustaining the Twelfth Omnibus Objection as to the proofs of claim listed on the exhibits to the order and continuing the hearing on the Twelfth Omnibus Objection as to claim no. 12202 and other unresolved claims. The Debtors also agreed to continue the Fifteenth Omnibus Objection with

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objections.

respect to claim no. 13003 filed by Cliffdale Corner, among others. On August 24, 2006, the Court entered an order (Docket No. 10544) sustaining the Fifteenth Omnibus Objection as to the proofs of claim listed on the exhibits to the order and continuing the hearing on the Fifteenth Omnibus Objection as to claim no. 13003 and other unsecured claims.

Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim nos. 12202 and 13003 filed by Cliffdale Corner are disallowed in their entirety.

2. With the exception of certain claims of Cliffdale Corner that have been separately addressed by other orders already entered by or filed with the Court, this Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims filed by Cliffdale Corner in these Chapter 11 cases and (ii) all other pre-petition or pre-confirmation claims Cliffdale Corner has or may have against the Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

3. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 9 day of March, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | BALLARD SPAHR ANDREWS & INGERSOLL, LLP |
| By /s/ *James H. Post*<br>James H. Post | By /s/ *David L. Pollack**<br>David L. Pollack |
| Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile) | 1735 Market Street, 51st Floor<br>Philadelphia, Pennsylvania 19103<br>(215) 864-8325<br><br>Counsel for Cliffdale Corner, Inc. |

-and-

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Co-Counsel for Reorganized Debtors

* Counsel has authorized his electronic signature