**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

**NOTICE OF AGREED ORDER RESOLVING CLAIM NO. 12405**
**FILED BY SFP, LLC AND CLAIM NO. 12157 FILED BY**
**PRINCIPAL LIFE INSURANCE COMPANY**

---

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

The Court will consider this matter without further notice or hearing unless a party in interest files an objection within 3 business days from the date of service of this paper. If you object to the relief requested in this paper, you must (a) file your response with the Clerk of the Bankruptcy Court in accordance with the Court's electronic filing procedures or at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and (b) serve a copy by email and fax on (i) Winn-Dixie Stores, Inc. c/o Jay Castle, Esq., 5050 Edgewood Court, Jacksonville, Florida 32254, JayCastle@winn-dixie.com, (ii) James H. Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, jpost@smithhulsey.com and (iii) Rosalie Gray, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, rgray@skadden.com.

If you file and serve a response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file a response within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates (the "Debtors") give notice of the proposed entry of the attached Agreed Order Resolving Claim No. 12405 Filed By SFP, LLC and Claim No. 12157 Filed By Principal Life Insurance Company.

If no objection to the proposed Agreed Order is filed and served within the

time set forth above, the Court will be requested to enter the Agreed Order without further notice or hearing.

Dated:   March 9, 2007

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D.J. Baker*<br>      D. J. Baker<br>      Sally McDonald Henry<br>      Rosalie Walker Gray<br>      Jane M. Leamy | By   *s/ James H. Post*<br>      Stephen D. Busey<br>      James H. Post<br>      Cynthia C. Jackson |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Reorganized Debtors.[1] | Jointly Administered |

**AGREED ORDER RESOLVING CLAIM NO. 12405
FILED BY SFP, LLC AND CLAIM NO. 12157 FILED
BY PRINCIPAL LIFE INSURANCE COMPANY**

These causes originally came before the Court for hearing upon the Fourteenth and Twenty-Eighth Omnibus Objections to Claims (collectively, the "Objections") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"). Included among the several proofs of claim that were the subject of the Objections were claim number 12405 filed by SFP, LLC and claim number 12157 filed by Principal Life Insurance Company. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim no. 12405 filed by SFP, LLC is allowed as an unsecured non-priority claim in the amount of $759,397.70 (plan class 13), and the remainder of claim no. 12405 is disallowed. All distributions with respect to claim

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

no. 12405 shall be sent to SFP, LLC, c/o Primax Properties LLC, Attn: Stephen H Sewell, Mgr., 1115 East Morehead St., Charlotte, NC 28204-2857.

2. Claim no. 12157 filed by Principal Life Insurance Company is disallowed in its entirety.

3. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this ____ day of March, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | KENNEDY COVINGTON |
| | |
| By  /s/ James H. Post             | By   /s/ Amy Williams *          |
|       James H. Post |        Amy Williams |
| | |
| Florida Bar Number 175460 | Hearst Tower, 47th Floor |
| 225 Water Street, Suite 1800 | 214 North Tryon Street |
| Jacksonville, Florida 32202 | Charlotte, NC 28202 |
| (904) 359-7700 | (704) 331-7429 |
| (904) 359-7708 (facsimile) | (704) 353-3129 (facsimile) |
| | |
| -and- | Counsel for SFP, LLC |
| | |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | DUANE MORRIS LLP |
| | |
| D. J. Baker | |
| Sally McDonald Henry | By   /s/ Wendy M. Simkulak *        |
| Rosalie Walker Gray |        Wendy M. Simkulak |
| Jane M. Leamy | |
| Four Times Square | 30 South 17th Street |
| New York, New York 10036 | Philadelphia, PA  19103-4196 |
| (212) 735-3000 | (215) 979-1547 |
| (212) 735-2000 (facsimile) | (215) 979-1020 (facsimile) |
| | |
| Co-Counsel for the Debtors | Counsel for Principal Life Insurance Company |
| | |
| | *Counsel have authorized their electronic signatures |

3

**Certificate of Service**

I certify that a copy of this document has been furnished electronically and by facsimile to the Post-Effective Date Committee, c/o Matthew Barr, Esq. and Michael Comerford, Esq., Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, mbarr@milbank.com, mcomerford@milbank.com, this 9th day of March, 2007.

                                                     *Jane M. Leamy*
                                                      Attorney