UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |
| | ) | |

**STIPULATION AND WAIVER REGARDING
TIME REQUIREMENTS ON MOTION FOR
RELIEF FROM STAY FILED BY ASHLEY CRADDIETH**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"), and Ashley Craddieth stipulate and agree to waive the time requirements, if any, under Section 362 of the Bankruptcy Code for hearing the Motion for Relief from Stay filed by Ashley Craddieth (the "Motion") (Docket No. 15167). The parties also stipulate and agree to (i) the continuance of the Motion for final hearing upon proper motion of either party or order of the Court and (ii) the continuation of the

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

permanent injunction in effect pending the conclusion of such hearing and determination of the Motion.

Dated: March 9, 2007

| TURNER & ASSOCIATES, P.L.L.C. | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ Angela Turner-Lairy*<br>         Angela Turner-Lairy | By   *s/ James H. Post*<br>         James H. Post |
| Mississippi Bar Number 100187<br>Post Office Drawer 1500<br>West Point, Mississippi  39773<br>(662) 494-6611<br>(662) 494-4818 (facsimile) | Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>lprendergast@smithhulsey.com |
| Attorneys for Ashley Craddieth | Attorneys for the Reorganized Debtors |

*Counsel has authorized her electronic signature.

560053