**[3902a]** [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                Case No. 3:05−bk−03817−JAF
                                                           Chapter 11

Winn−Dixie Stores, Inc

_____Debtor(s)_____/

## NOTICE OF RESCHEDULE HEARING

    NOTICE IS GIVEN that a hearing on Motion for Relief from Stay filed by Ryan Malone is rescheduled to June 25, 2007 at 1:30 p.m. in 4th Floor Courtroom D , 300 North Hogan Street, Jacksonville Florida.

Dated March 9, 2007 .

                                           Lee Ann Bennett, Clerk of Court
                                           300 North Hogan Street Suite 3−350
                                           Jacksonville, FL 32202

Copies furnished to:
Debtors' Attorneys
Richard Behr, Attorney for Movant
U.S. Trustee
Counsel for Official Committee of Unsecured Creditors

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3           User: baldws              Page 1 of 1            Date Rcvd: Mar 09, 2007
Case: 05-03817                 Form ID: 3902a            Total Served: 2
```

The following entities were served by first class mail on Mar 11, 2007.
aty          +R Scott Shuker,    Latham Shuker Barker Eden & Beaudine LLP,   Post Office Box 3353,
              Orlando, FL 32802-3353
aty          +Richard M Behr,    Vernis & Bowling of the Florida Keys PA,   81900 Overseas Highway,   3rd Floor,
              Islamorada, FL 33036-3605

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 11, 2007**                    **Signature:**    _/s/ Joseph Speetjens_