UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                      )   Case No. 05-03817-3F1
                                            )
WINN-DIXIE STORES, INC., et al.,            )   Chapter 11
                                            )
Reorganized Debtors.[1]                     )   Jointly Administered
                                            )

### AGREED ORDER RESOLVING CLAIM NUMBER 9468 FILED BY SCHUSTER MARKETING CORPORATION, AS SET FORTH IN THE DEBTORS' ELEVENTH OMNIBUS CLAIMS OBJECTION

These cases originally came before the Court for hearing on June 15, 2006, upon the Eleventh Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"). Included among the several proofs of claim that were the subject of the Objection was claim number 9468 filed by Schuster Marketing Corporation. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1.     Claim no. 9468 filed by Schuster Marketing Corporation is allowed as an unsecured non-priority claim (plan class 14) in the amount of $40,445.59, and the remainder of claim no. 9468 is disallowed.

---

[1]  In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

2. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 9 day of March, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| SMITH HULSEY & BUSEY | SCHUSTER MARKETING CORPORATION |
|---|---|
| By /s/ James H. Post | By [signature] |
| James H. Post | Stephen P. Schuster |
| Florida Bar Number 175460 | 6223 West Forest Home Avenue |
| 225 Water Street, Suite 1800 | Milwaukee, Wisconsin 53220 |
| Jacksonville, Florida 32202 | (414) 543-2999 |
| (904) 359-7700 | (414) 543-5588 (facsimile) |
| (904) 359-7708 (facsimile) | Email: BlitzSales@aol.com |
| Email: jpost@smithhulsey.com | |

-and-

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

D. J. Baker
Rosalie Walker Gray
Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Co-Counsel for Reorganized Debtors

3