UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Reorganized Debtors.[1] | Jointly Administered |

**AGREED ORDER RESOLVING CLAIM NUMBERS 11550 AND 12194 FILED BY NEW PLAN EXCEL REALTY TRUST, INC., AS SET FORTH IN THE DEBTORS' SIXTEENTH CLAIM OBJECTION**

These cases originally came before the Court upon the Sixteenth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors").[2] Included among the several proofs of claim that were the subject of the Objection were claim numbers 11550 and 12194 filed by New Plan Excel Realty Trust, Inc ("New Plan"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim no. 11550 filed by New Plan is allowed as an unsecured non-priority claim in the amount of $278,537.22 (plan class 13), and the remainder of claim no. 11550 is disallowed.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

2. Claim no. 12194 filed by New Plan is allowed as an unsecured non-priority claim in the amount of $883,171.45 (plan class 13), and the remainder of claim no. 12194 is disallowed.

3. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 9 day of March, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | BALLARD SPAHR ANDREWS & INGERSOLL, LLP |
| By /s/ James H. Post | By  David L. Pollack   * |
| James H. Post | David L. Pollack |
| Florida Bar Number 175460 | 1735 Market Street, 51st Floor |
| 225 Water Street, Suite 1800 | Philadelphia, PA  19103 |
| Jacksonville, Florida 32202 | (215) 864-8325 |
| (904) 359-7700 | (215) 864-9473 (facsimile) |
| (904) 359-7708 (facsimile) | |
| | Counsel for New Plan Excel Realty Trust, Inc. |
| -and- | |
| | *Counsel has authorized his electronic signature |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | |

D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Co-Counsel for Reorganized Debtors