UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

**Debtor(s)**

### ORDER STRIKING MOTION FOR LEAVE TO SUBMIT LATE MOTION FOR ALLOWANCE AND PAYMENT OF CLAIM AND APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSES

The Court finds that the Motion for Leave to submit late Motion for Allowance and Payment of Claim and Application for Payment of Administrative Expenses filed by James Poe, on behalf of Ruby Banks on March 5, 2007 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Motion for Leave to submit late Motion for Allowance and Payment of Claim and Application for Payment of Administrative Expenses filed by James Poe, on behalf of Ruby Banks on March 5, 2007, is stricken from the record.

**DATED March 12, 2007**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
James Poe, 9500 S. Dadeland Blvd., Suite 610, Miami, FL 33156