## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

## NOTICE OF AGREED ORDER RESOLVING CLAIM
## NO. 11056 FILED BY QUAKER SALES & DISTRIBUTION, INC.

<div style="border:1px solid black">

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

The Court will consider this matter without further notice or hearing unless a party in interest files an objection within 3 business days from the date of service of this paper.  If you object to the relief requested in this paper, you must (a) file your response with the Clerk of the Bankruptcy Court in accordance with the Court's electronic filing procedures or at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and (b) serve a copy by email and fax on (i) Winn-Dixie Stores, Inc. c/o Jay Castle, Esq., 5050 Edgewood Court, Jacksonville, Florida  32254, JayCastle@winn-dixie.com, (ii) James H. Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, jpost@smithhulsey.com and (iii) Rosalie Gray, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, rgray@skadden.com.

If you file and serve a response within the time permitted, the Court will schedule a hearing and you will be notified.  If you do not file a response within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

</div>

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates (the "Debtors"), give notice of the proposed entry of the attached Agreed Order Resolving Claim No. 11056 Filed by Quaker Sales & Distribution, Inc.

If no objection to the proposed Agreed Order is filed and served within the time set forth above, the Court will be requested to enter the Order without further notice or hearing.

Dated:   March 12, 2007

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By  _s/ D.J. Baker_____
    D. J. Baker
    Sally McDonald Henry
    Rosalie Walker Gray


Four Times Square
New York, New York 10036
(212) 735-3000
(917) 777-2150 (facsimile)
djbaker@skadden.com

Co-Counsel for Reorganized Debtors

SMITH HULSEY & BUSEY

By  _s/ James H. Post_____
    Stephen D. Busey
    James H. Post
    Cynthia C. Jackson

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Co-Counsel for Reorganized Debtors

## Certificate of Service

I certify that a copy of this document has been furnished electronically and by facsimile to Post-Effective Date Committee, c/o Matthew Barr, Esq. and Michael Comerford, Esq., Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, mbarr@milbank.com, mcomerford@milbank.com, this 12th day of March, 2007.



*s/ James H. Post*
Attorney

00560459

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors.[1] | ) | Jointly Administered |

**AGREED ORDER RESOLVING CLAIM NO. 11056**
**FILED BY QUAKER SALES & DISTRIBUTION, INC.**

This matter is before the Court upon the Debtors' Twenty-Second Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Overstated Claims, (D) Overstated Misclassified Claims, (E) Misclassified Claims and (F) Amended and Superseded Claims (the "Objection") as it pertains to (i) Claim No. 11056 filed by Quaker Sales & Distribution, Inc. (Docket No. 10873) and (ii) the amended response to the Objection (Docket 11541).   Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1.    Claim No. 11056 filed by Quaker Sales & Distribution, Inc. is reduced and allowed as a prepetition, non-priority claim in the total amount of $1,010,000 against Winn-Dixie Procurement, Inc., and the remainder of Claim Number 11056 is disallowed.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

2.      Claim No. 11056 will be treated in accordance with plan class 14, and distribution on account of Claim No. 11056 shall be made in accordance with Section 9.2 of the Debtors' confirmed plan of reorganization.

3.      This Order resolves (i) all liabilities and obligations related to Claim No. 11056 and (ii) all other prepetition or administrative claims the claimant has or may have against the Debtors or any of their Chapter 11 estates, officers, employees, agents, successors or assigns, all of which are forever waived, discharged, and released.

4.      Logan & Company, Inc., the claims agent appointed in the Debtors' Chapter 11 cases, is directed to make such revisions to the claims register as is necessary to reflect the terms of this Order.

5.      The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this _____ day of _____, 2007, in Jacksonville, Florida.


_____
Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
James H. Post, Esq.
[James H. Post is directed to serve a copy of this order on any party in interest who has not received the order through the CM/ECF system and to file a proof of service.]
560134

<u>Consent</u>

The undersigned parties consent to the entry of the foregoing Agreed Order.


SMITH HULSEY & BUSEY                    DLA PIPER US LLP


By    *s/ Leanne McKnight Prendergast*        By    *s/ Philip V. Martino*
        Stephen D. Busey                                  Philip V. Martino
        James H. Post
        Leanne McKnight Prendergast            Florida Bar Number 79189
                                                              101 East Kennedy Boulevard
Florida Bar Number 0059544                    Suite 2000
225 Water Street, Suite 1800                    Tampa, Florida 33602
Jacksonville, Florida  32202                    (813) 229-2111
(904) 359-7700
(904) 359-7708 (facsimile)                        and
lprendergast@smithhulsey.com
                                                              David M. Neff
Co-Counsel for Reorganized Debtors          Brian A. Audette
                                                              DLA PIPER US LLP
                                                              203 North LaSalle Street
                                                              Suite 1900
                                                              Chicago, Illinois 60601
                                                              (312) 368-4000

                                                              Counsel for Quaker Sales & Distribution, Inc.


560134