UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

**WINN-DIXIE STORES, INC., et al.**
    Debtor.

Case No.: 3:05-bk-03817-JAF
(Jointly Administered)

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

TO:    Clerk of Court
UNITED STATES BANKRUPTCY COURT
Middle District of Florida
Jacksonville Division
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202

**PLEASE TAKE NOTICE** that the law firm of:

TABAS, FREEDMAN, SOLOFF & MILLER, P.A.
25 Southeast Second Avenue, Suite 919
Miami, Florida 33131

hereby enters its appearance in this case as counsel for administrative claimant, Ynes Herrera. All parties are requested to take notice of said appearance and to serve copies of any and all motions, pleadings, orders, reports or documents of any kind or nature filed in these proceedings upon said counsel.

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was served either electronically or by U.S. Mail this 12th day of March, 2007, to: **James Post, Esquire**, Smith Hulsey & Busey, 225 Water St., Ste 1800, Jacksonville, FL 32202, **Matthew Barr, Esquire**, Milbank, Tweed, Hadley and McCloy, LLP, 1 Chase Manhattan Plaza, New York, NY 10005 and **John R. Buchholz, Esquire**, Kelley Kronenberg, 15600 N.W. 67th Avenue, Suite 204, Miami Lakes, Florida 33014.

Respectfully submitted,

/s/ Joel L. Tabas
Joel L. Tabas
Florida Bar No. 516902
TABAS, FREEDMAN, SOLOFF & MILLER, P.A.
Attorneys for Administrative Claimant Ynes Herrera
25 Southeast 2nd Avenue, Suite 919
Miami, Florida 33131
Tel: (305) 375-8171
Fax: (305) 381-7708
jtabas@tfsmlaw.com