**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF FILING**</u>

   Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession, give notice of filing of the attached Final Report of the Review and Analysis prepared by Stuart Maue, Fee Examiner, of the Fifth Interim Fee Application of Alvarez & Marsal, LLC, for the period from June 1, 2006, through and including September 30, 2006.

Dated: March 13, 2007.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By ____*s/ D. J. Baker*____
   D. J. Baker
   Sally McDonald Henry
   Rosalie Gray

Four Times Square
New York, NY 10036
(212) 735-3000
(917) 777-2150 (facsimile)
djbaker@skadden.com

Co-Counsel for Debtors

SMITH HULSEY & BUSEY

By ____*s/ Cynthia C. Jackson*____
   Stephen D. Busey
   James H. Post
   Cynthia C. Jackson

Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, FL 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**Fee Examiner's Report for Fifth Interim Fee Application of**
**Alvarez & Marsal, LLC, for Period from**
**June 1, 2006, through and including September 30, 2006**

Stuart Maue, acting in its capacity as fee examiner in the above-captioned proceeding, submits the final written report of its review and analysis of the Fifth Interim Fee Application of Alvarez & Marsal, LLC, for the period from June 1, 2006, through and including September 30, 2006.

1.     On December 14, 2005, the Court entered an order effective December 1, 2005, authorizing the employment and retention of Stuart Maue to serve as fee examiner and to review all fee applications filed with the Court and the statements submitted by professionals retained by Wachovia Bank, N.A. in its capacity as agent for itself and other postpetition lenders (the "Agent").

-1-

2.     Stuart Maue conducted a review and analysis of the Fifth Interim Application of Alvarez & Marsal, LLC and submits the Final Report which is attached, marked as Attachment 1, and incorporated by reference.

Respectfully Submitted,

STUART MAUE

By _____

Linda K. Cooper
3840 McKelvey Road
St. Louis, Missouri  63044
314-291-3030
314-291-6546 (facsimile)

Fee Examiner

**ATTACHMENT 1**

# Final Report of the
# Review and Analysis of

# Fifth Interim Fee Application Submitted by

## ALVAREZ & MARSAL, LLC
of
New York, New York

For the Interim Period

**June 1, 2006 Through September 30, 2006**



In the Matter Entitled

## *In re:  Winn-Dixie Stores, Inc., et al.*

**United States Bankruptcy Court**
**Middle District of Florida**
**Jacksonville Division**

**Case No. 05-03817-3F1**



Issued

**March 12, 2007**

**ALVAREZ & MARSAL, LLC**

<u>**SUMMARY OF FINDINGS**</u>

<u>**Fifth Interim Application (June 1, 2006 Through September 30, 2006)**</u>

**A.**    <u>**Amounts Requested and Computed**</u>

| | | |
|---|---|---|
| Fees Requested | $400,000.00 | |
| Expenses Requested | 5,551.33 | |
| | | |
| TOTAL FEES AND EXPENSES REQUESTED | | $405,551.33 |
| | | |
| Fees Computed | $400,000.18 | |
| Expenses Computed | 5,551.33 | |
| | | |
| TOTAL FEES AND EXPENSES COMPUTED | | $405,551.51 |
| | | |
| Discrepancies in Fees: | | |
| Rounding Due to Calculation of Hourly Billing Rates | ($ 0.18) | |
| | | |
| TOTAL DIFFERENCE BETWEEN COMPUTED AND REQUESTED FEES AND EXPENSES | | ($ 0.18) |

**B.**    <u>**Amounts Requested – Based on Firm's Response**</u>

| | | |
|---|---|---|
| Fees Requested | $400,000.00 | |
| | | |
| REVISED FEES REQUESTED | | $400,000.00 |
| | | |
| Expenses Requested | 5,551.33 | |
| | | |
| REVISED EXPENSES REQUESTED | | 5,551.33 |
| | | |
| REVISED TOTAL FEES AND EXPENSES REQUESTED | | $405,551.33 |

**C.**    <u>**Professional Fees**</u>

**1.**    <u>**Compliance With Billing Guidelines**</u>

| Page No. | | Exhibit | Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|---|
| 9 | Vaguely Described Conferences | B-1 | 11.35 | $ 4,108.45 | 1% |
| 9 | Other Vaguely Described Activities | B-2 | 57.80 | 12,087.75 | 3% |
| 11 | Blocked Entries | C | 97.00 | 35,844.68 | 9% |

| Page No. | | Exhibit | Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|---|
| 12 | Intraoffice Conferences | D | 14.50 | $ 3,660.05 | * |
| 12 | Intraoffice Conferences - Multiple Attendance | D | 12.00 | 2,565.54 | * |
| 13 | Nonfirm Conferences, Hearings, and Other Events | E | 64.90 | 25,673.45 | 6% |
| 13 | Nonfirm Conferences, Hearings, and Other Events - Multiple Attendance | E | 41.40 | 16,394.37 | 4% |

## 2.   Fees to Examine for Necessity, Relevance, and Reasonableness

| Page No. | | Exhibit | Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|---|
| 15 | Personnel Who Billed 10.00 or Fewer Hours | F | 13.00 | $ 8,034.52 | 2% |
| 16 | Days Billed in Excess of 12.00 Hours | G-1 | 140.50 | 23,526.73 | 6% |
| 17 | Administrative/Clerical Activities by Professionals | H | 2.00 | 334.90 | * |
| 18 | A&M Retention and Compensation | I-1 | 25.00 | 19,318.21 | 5% |
| 18 | Other Case Professionals Retention and Compensation | I-2 | 3.50 | 586.08 | * |

## D.   Expenses

## 1.   Compliance With Billing Guidelines

| Page No. | | Exhibit | Amount |
|---|---|---|---|
| 22 | Travel Expenses - Airfare | J-1 | $1,086.60 |
| 22 | Travel Expenses - Lodging | J-2 | 236.17 |
| 22 | Travel Expenses - Meals | J-3 | 150.00 |
| 22 | Travel Expenses - Taxi Fares | J-4 | 449.57 |
| 24 | Telephone Charges | K | 97.03 |
| 24 | Telecommunication Charges | K | 518.12 |
| 24 | Overtime Transportation | L | 108.00 |
| 25 | Overtime Meals | M | 35.00 |
| 25 | Expenses Associated With Multiple Attendance | N | 1,834.72 |
| 25 | Expenses Associated With Multiple Attendance – Multiple Attendees | N | 1,759.24 |
| 26 | Charges Related to Business Plan Review | O | 2,783.91 |

_____

* Less than 1%

### E.    Adjustment to Eliminate Overlap Between Categories

#### 1.    Fees

| Page No. | | Before Adjustment for Overlap | | Overlap | | After Adjustment for Overlap | |
|---|---|---|---|---|---|---|---|
| | | Hours | Fees | Hours | Fees | Hours | Fees |
| 17 | Administrative/Clerical Activities by Professionals | 2.00 | $ 334.90 | 0.00 | $ 0.00 | 2.00 | $ 334.90 |
| 13 | Nonfirm Conferences, Hearings, and Other Events – Multiple Attendance | 41.40 | 16,394.37 | 0.00 | 0.00 | 41.40 | 16,394.37 |
| 12 | Intraoffice Conferences – Multiple Attendance | 12.00 | 2,565.54 | 0.00 | 0.00 | 12.00 | 2,565.54 |
| 9 | Vaguely Described Conferences | 11.35 | 4,108.45 | 0.00 | 0.00 | 11.35 | 4,108.45 |
| 9 | Other Vaguely Described Activities | 57.80 | 12,087.75 | 0.00 | 0.00 | 57.80 | 12,087.75 |
| 11 | Blocked Entries | 97.00 | 35,844.68 | 7.85 | 1,314.49 | 89.15 | 34,530.19 |
| 15 | Personnel Who Billed 10.00 or Fewer Hours | 13.00 | 8,034.52 | 12.00 | 7,416.48 | 1.00 | 618.04 |

#### 2.    Expenses

| Page No. | | Before Adjustment for Overlap | Overlap Amount | After Adjustment for Overlap Amount |
|---|---|---|---|---|
| 24 | Telecommunication Charges | $ 518.12 | $0.00 | $ 518.12 |
| 24 | Overtime Transportation | 108.00 | 0.00 | 108.00 |
| 25 | Overtime Meals | 35.00 | 0.00 | 35.00 |
| 25 | Expenses Associated With Multiple Attendance – Multiple Attendees | 1,759.24 | 0.00 | 1,759.24 |

*Stuart Maue*

## TABLE OF CONTENTS

**Page No.**

I.  INTRODUCTION ................................................................... 1

II. PROCEDURES AND METHODOLOGY ................................ 3
    A.  Appendix A ..................................................................... 3
    B.  Overlap Calculation ......................................................... 3

III. RECOMPUTATION OF FEES AND EXPENSES .................. 4

IV. REVIEW OF FEES ................................................................ 6
    A.  Technical Billing Discrepancies ......................................... 6
    B.  Compliance With Billing Guidelines .................................... 6
        1.  Firm Staffing and Rates ............................................. 6
            a)  Timekeepers and Positions .................................. 6
        2.  Time Increments ...................................................... 7
        3.  Complete and Detailed Task Descriptions ................... 8
            a)  Vaguely Described Conferences .......................... 9
            b)  Other Vaguely Described Activities ...................... 9
        4.  Blocked Entries ...................................................... 11
        5.  Multiple Professionals at Hearings and Conferences ...... 12
            a)  Intraoffice Conferences .................................... 12
            b)  Nonfirm Conferences, Hearings, and Other Events .... 13
    C.  Fees to Examine for Necessity, Relevance, and Reasonableness ... 14
        1.  Personnel Who Billed 10.00 or Fewer Hours .............. 15
        2.  Long Billing Days ................................................... 16
        3.  Administrative/Clerical Activities ............................... 17
        4.  Legal Research ...................................................... 18
        5.  Travel .................................................................. 18
        6.  Summary of Projects ............................................... 18

V.  REVIEW OF EXPENSES ....................................................... 20
    A.  Technical Billing Discrepancies ....................................... 20
    B.  Compliance With Billing Guidelines ................................... 21
        1.  Complete and Detailed Itemization of Expenses ......... 21
        2.  Travel Expenses .................................................... 21
            a)  Airfare ........................................................... 22
            b)  Lodging .......................................................... 22
            c)  Meals ............................................................ 22
            d)  Taxi Fares ...................................................... 23
        3.  Overhead Expenses ................................................ 23

*Stuart Maue*

**TABLE OF CONTENTS (Continued)**

**Page No.**

a)       Telephone Charges ....................................................... 24

b)       Overtime Transportation................................................ 24

c)       Overtime Meals ........................................................... 25

4.       Expenses Associated With Multiple Attendance........................... 25

C.       Expenses to Examine for Necessity, Relevance, and Reasonableness............ 25

1.       Charges Related to Business Plan Review.................................... 26

*Stuart Maue*

## TABLE OF EXHIBITS

**Page No.**

A.     Summary of Hours and Fees by Timekeeper and Position ................................... 6

B-1.   Vaguely Described Conferences
B-2.   Other Vaguely Described Activities ............................................................. 9

C.     Blocked Entries.......................................................................................... 11

D.     Intraoffice Conferences ............................................................................... 12

E.     Nonfirm Conferences, Hearings, and Other Events .......................................... 13

F.     Personnel Who Billed 10.00 or Fewer Hours................................................... 15

G-1.   Days Billed in Excess of 12.00 Hours
G-2.   Daily Calendar........................................................................................... 16

H.     Administrative/Clerical Activities by Professionals............................................ 17

I-1.   A&M Retention and Compensation
I-2.   Other Case Professionals Retention and Compensation ..................................... 18

J-1.   Travel Expenses – Airfare
J-2.   Travel Expenses – Lodging
J-3.   Travel Expenses – Meals
J-4.   Travel Expenses –Taxi ................................................................................. 22

K.     Telephone Charges ..................................................................................... 24

L.     Overtime Transportation.............................................................................. 24

M.     Overtime Meals ......................................................................................... 25

N.     Expenses Associated With Multiple Attendance............................................... 25

O.     Charges Related to Business Plan Review ....................................................... 26

*Stuart Maue*

## I.   <u>INTRODUCTION</u>

The United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division, entered an order effective December 1, 2005, authorizing the employment and retention of Stuart, Maue, Mitchell & James, Ltd. ("Stuart Maue") to serve as fee examiner in the jointly administered cases entitled *In re: Winn-Dixie Stores, Inc., et al.,* Case No. 05-03817-3F1.   The order authorized and directed Stuart Maue to review all fee applications filed with the Court and to review the statements submitted by professionals retained by Wachovia Bank, N.A. in its capacity as agent for itself and other postpetition lenders (the "Agent").

The review and analysis of the professionals' fee applications are pursuant to the applicable standards of 11 U.S.C. §§ 330 and 331, the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the local rules of this Court (the "Local Rules"), and the United States Trustee Guidelines for Reviewing Applications for the Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "U.S. Trustee Guidelines"). The statements submitted by the professionals retained by the Agent are reviewed and analyzed pursuant to a reasonableness standard as referenced in 11 U.S.C. § 328 and the Bankruptcy Rules.

Stuart Maue conducted a review and analysis of the "Fifth Interim Application of Alvarez & Marsal, LLC, Operations and Real Estate Advisor to Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred during Period from June 1, 2006 through and including

*Stuart Maue*

**I.  INTRODUCTION  (Continued)**

September 30, 2006" (the "Application").  Alvarez & Marsal, LLC ("A&M"), located in New York, New York, is operations and real estate advisor to the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc. (the "Committee") and its affiliated debtors and debtors-in-possession.

In an Order dated June 3, 2005, the Court approved the Committee's retention of A&M effective as of March 4, 2005, (the "Order").  The Application requested the allowance and approval of interim compensation of fees incurred pursuant to the terms of a letter dated March 4, 2005, from A&M to the Committee (the "Engagement Letter") confirming that the firm would receive a fixed fee of $100,000.00 for each month, and for the reimbursement of expenses incurred in connection with such services.

The Order provided that the "...UST shall retain the right to object to A&M's interim and final fee applications (including expense reimbursement) on all grounds, including but not limited to the reasonableness standards provided for in Section 330 of the Bankruptcy Code, provided, however, that while A&M's professionals shall not be required to keep detailed time records in one-tenth of an hour increments, A&M's professionals shall keep daily time records describing generally the services rendered, the name of the individuals rendering such services and the time such individuals expended each day in rendering such services in half-hour increments;...."

Stuart Maue used the same methodology to review the interim fee applications of A&M that is used to review the fee applications of other case professionals who do not have a fixed fee billing arrangement.

*Stuart Maue*

**I.  INTRODUCTION  (Continued)**

Stuart Maue prepared an initial written report of the review and analysis of the Application and provided that report to A&M and the U.S. Trustee for review prior to completing a final written report.   A&M submitted a written response to the initial report ("A&M Response") to Stuart Maue.   Upon completion of the review of the firm's response and reconsideration of the initial report, Stuart Maue prepared the final report of the review and analysis of the firm's Application.

**II.   PROCEDURES AND METHODOLOGY**

    **A.   Appendix A**

Stuart Maue's procedures and methodology for reviewing fees and expenses and for information regarding the exhibits are presented with this report in Appendix A.

    **B.   Overlap Calculation**

During Stuart Maue's review and analysis, a task or entry may be included in more than one category and appear on more than one exhibit.   For example, a task or entry may be classified as both blocked billing and intraoffice conference.   When a task or entry is included in more than one category, "overlap" occurs among the hour and fee calculations for those categories.   In order to ensure that the hours and fees for a task or entry are not "counted" more than once in any reduction of fees, Stuart Maue calculated the overlap.[1]   The overlap calculation is displayed in Section E of the

---

[1] The overlap calculation does not include the categories for hourly rate increases or days billed in excess of 12.00 hours.  The classification of these categories is based on the total hours and fees billed for the category and not on individual entries within the category.  A review of these two categories allows a determination of the reasonableness of the total fees attributable to hourly rate increases and the time billed in excess of 12.00 hours. Overlap calculations for hourly rate increases and long billing days are available upon request to Stuart Maue.

*Stuart Maue*

II.  PROCEDURES AND METHODOLOGY  (Continued)

Summary of Findings and includes the totals for each category before and after the calculation for overlap and the total dollar amount of the overlap in each category.

III.   **RECOMPUTATION OF FEES AND EXPENSES**

A&M requested the following professional fees and expenses in the Application:

| | |
|---|---|
| Professional Fees Requested: | $400,000.00 |
| Expense Reimbursement Requested: | 5,551.33 |
| Total Fees and Expenses: | $405,551.33 |

A&M requested $400,000.00 in accordance with the terms and conditions set forth in the Engagement Letter.  The applications for the first and second interim periods included hourly rates for each of the A&M professionals, the number of hours billed by each professional, and the total number of hours billed by all professionals.

The Application for the third interim period, fourth interim period, and this Application did not include hourly rates for the firm professionals; however, the number of hours billed by each professional and the total number of hours billed by all professionals during the interim periods were provided.  Stuart Maue calculated a blended hourly rate for the firm using the fixed monthly fee, the hours billed by each timekeeper, and the total hours billed by the firm. This blended hourly rate was assigned to each timekeeper and used to calculate a fee for each entry.  This computation reflects that the computed amount is $400,000.18, an insignificant difference of $0.18 between the computed amount and the requested amount.  The exhibits to this report reflect hours and fees that are based on this computation.

*Stuart Maue*

**III.  RECOMPUTATION OF FEES AND EXPENSES  (Continued)**

Stuart Maue recomputed the expenses and compared this to the expenses requested in the Application.   The recomputation of expenses revealed no difference between the amount requested and the amount computed

*Stuart Maue*

## IV. REVIEW OF FEES

### A. Technical Billing Discrepancies

Stuart Maue examined the billing entries for apparent irregularities such as double billing, wrong case billings, and missing task descriptions. No technical billing discrepancies were identified.

### B. Compliance With Billing Guidelines

Stuart Maue reviewed and analyzed the fees and billing entries for compliance with the standards for compensation as set forth in the U.S. Trustee Guidelines. The following discusses the firm's compliance with these guidelines:

#### 1. Firm Staffing and Rates

**The following information should be provided in every fee application: (iii) Names and hourly rates of all applicant's professionals and paraprofessionals who billed time, explanation of any changes in hourly rates from those previously charged, and statement of whether the compensation is based on the customary compensation charged by comparably skilled practitioners in cases other than under title 11. U.S. Trustee Guidelines (b)(1)(iii)**

##### a) Timekeepers and Positions

The Application provided the names and positions of the A&M professionals who billed time to this matter. The firm staffed this matter with seven timekeepers, including two managing directors, one senior director, two directors, one senior associate, and one analyst.

A&M billed a total of 981.50 hours during the fifth interim period. The following table displays hours and fees computed by

*Stuart Maue*

### IV.  REVIEW OF FEES  (Continued)

timekeeper position and the percentage of total hours and fees for each position:

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Managing Director | 194.00 | 20% | $101,892.53 | 25% |
| Senior Director | 177.50 | 18% | 74,336.81 | 19% |
| Director | 186.00 | 19% | 35,651.60 | 9% |
| Senior Associate | 411.50 | 42% | 186,026.12 | 47% |
| Analyst | 12.50 | 1% | 2,093.13 | * |
| **TOTAL** | 981.50 | 100% | $400,000.18 | 100% |

\* Less than 1%

The blended hourly rate for the A&M professionals was $407.54. The total hours and fees billed by each professional, the position of each professional, and their hourly billing rates are displayed on EXHIBIT A.

**2.**     **Time Increments**

**Time entries should be kept contemporaneously with the services rendered in time periods of tenths of an hour.**   **U.S. Trustee Guidelines (b)(4)(v)**

The Order authorizing the employment and retention of A&M specifically stated that the firm's professionals were allowed to bill for its services in half-hour increments.  The Application included some entries billed in tenths-of-an-hour increments; however, most entries were billed in either half-hour or full-hour increments.

*Stuart Maue*

**IV.  REVIEW OF FEES  (Continued)**

### A&M Response:

*In response the firm stated, "It is A&M's contention that we have complied with the time reporting requirements as contained within the Bankruptcy order approving A&M's retention:*

> *'A&M's professionals shall not be required to keep detailed time records in one-tenth of an hour increments, A&M's professionals shall keep daily time records describing generally the services rendered, the name of the individuals rendering such services and the time such individuals expended each day in rendering such services in half-hour increments.'*

*The professional services provided are often not performed as 'discrete tasks', but rather through a process of review and analysis of documentation and discussions with the Debtors and the Debtors' advisors and, therefore, do not lend themselves to detailed reporting, even at the 0.5 hour increment.  In an effort to assist Stuart Maue (and any other interested party) in a review of our professional services, A&M attempted (commencing April 1, 2006) to provide an increased level of detail in the description of our time entries."*

**3.     Complete and Detailed Task Descriptions**

**Services should be noted in detail...  Time entries for telephone calls, letters, and other communications should give sufficient detail to identify the parties to and the nature of the communication.  Time entries for court hearings and conferences should identify the subject of the hearing or conference.  U.S. Trustee Guidelines (b)(4)(v)**

*Stuart Maue*

**IV.  REVIEW OF FEES  (Continued)**

Activity descriptions should identify each service separately and sufficiently so that the benefit derived from such service may be ascertained, and it may be determined that the time expended was reasonable and necessary.

Some of the activity descriptions included in the Application were not sufficiently detailed.  The following vaguely described activities were identified:

**a)      Vaguely Described Conferences**

Activity descriptions for conferences and telephone calls should identify the participants and also the subject-matter or purpose of the communication.  Some of the conferences described in the Application did not provide that information.  As illustration, the Application included entries that stated "Calls with XRoads," "Internal discussions on project status," and "Various calls with Milbank."

Conferences and meetings that either did not identify the participants or did not specify the subject-matter or purpose of the communication are identified as vaguely described conferences and appear on EXHIBIT B-1 and total 11.35 hours with $4,108.45 in associated fees.

**b)      Other Vaguely Described Activities**

Activity descriptions for the review of documents and correspondence should identify the person or party who prepared the document or correspondence and its subject-matter.  If the documents

*Stuart Maue*

### IV.  REVIEW OF FEES  (Continued)

were not recently received or were previously reviewed, the description should also state the purpose of the review.

Activity descriptions must also sufficiently describe the preparation of work product.  A description of correspondence should identify the correspondent and the subject of the correspondence.  Similarly, a description for preparation of pleadings should identify the pleading drafted or revised.

Examples of descriptions that have been classified as other vaguely described activities are "Follow up relating to auctions," and "Review and respond to emails."  Other examples include 15 task descriptions by managing director Andrew Hede that stated either "Business plan presentation" or "Business plan review and presentation," for which he bills a total of 49.00 hours.  Although his activities may have been generally related to the business plan presentation, the task descriptions in these billing entries do not adequately describe the specific activities undertaken (i.e., drafting, reviewing, or analyzing the "business plan review and presentation").  These entries identified as other vaguely described activities do not specify the tasks performed with sufficient clarity to allow for a determination of the exact nature of the activities being performed.

*Stuart Maue*

**IV.  REVIEW OF FEES  (Continued)**

The entries identified as other vaguely described activities are displayed on EXHIBIT B-2 and total 57.80 hours with $12,087.75 in associated fees.

4.     **Blocked Entries**

**Services should be noted in detail and not combined or "lumped" together, with each service showing a separate time entry; however, ta**
**sks performed in a project which total a de minimis amount of time can be combined or lumped together if they do not exceed .5 hours on a daily aggregate.  U.S. Trustee Guidelines (b)(4)(v)**

A&M lumped several of its activity descriptions into an entry with a single time increment.   The tasks that are identified as blocked entries are displayed on EXHIBIT C and total 97.00 hours with $35,844.68 in associated fees.

**A&M Response:**

*A&M responded that, "... for all professional services performed after April 1, 2006, A&M provided detailed time entries on a task-by-task basis, rather than on a daily basis.  This is evident in the significant decrease in hours identified as 'Blocked Hours' from the Fourth Report to the Fifth Report:  304.8 hours (or 40% of total fees) were identified in the Fourth Report, compared to 97.0 hours (or 10% of total fees) in the Fifth Report.  A&M respectfully submits that while descriptions of professional services prior to April 1, 2006 were lumped together (i.e., hours reflected on a daily basis, rather that by separate*

*Stuart Maue*

**IV.  REVIEW OF FEES  (Continued)**

*tasks per day), significant detail has been provided in order to allow all*
*interested parties to understand the services performed by A&M.  Additionally,*
*by inclusion of its responses to the First through Fourth Reports in this*
*response, A&M hereby restates and reaffirms all arguments included therein."*

5.      **Multiple Professionals at Hearings and Conferences**

> **If more than one professional from the applicant firm attends a**
> **hearing or conference, the applicant should explain the need for**
> **multiple attendees.**  U.S. Trustee Guidelines (b)(4)(v)

When two or more firm timekeepers bill to attend a meeting, hearing, or other event, the task descriptions should identify and explain the role of each timekeeper who billed for that attendance and the need for multiple attendees. Neither the Application nor the task descriptions explained the need for multiple attendees at conferences, hearings, or other events.

     a)      **Intraoffice Conferences**

Intraoffice conferences are necessary and appropriate; however, frequent internal conferring may indicate inappropriate levels of staffing, unnecessary conferring, or the use of inexperienced personnel.  Stuart Maue identified 13 entries describing conferences between A&M personnel, which represents less than 1% of the total fees requested in the Application.  Two or more A&M timekeepers billed for attendance at a few of the intraoffice conferences.

*Stuart Maue*

### IV.  REVIEW OF FEES  (Continued)

The entries describing intraoffice conferences are displayed on EXHIBIT D and total 14.50 hours with $3,660.05 in associated fees. Those intraoffice conferences for which more than one firm timekeeper billed are marked with an ampersand **[&]** on the exhibit and total 12.00 hours with associated fees of $2,565.54.

**b)**　　**Nonfirm Conferences, Hearings, and Other Events**

On several occasions, more than one A&M timekeeper billed for attendance at a conference, hearing, or other event that was also attended by nonfirm personnel.

EXHIBIT E displays the entries where more than one A&M timekeeper billed for attendance at a nonfirm conference, hearing, or other event.  Those entries total 64.90 hours with $25,673.45 in associated fees.  The entries for all participants other than the timekeeper who appears to be the most responsible at the event (i.e., the one who bills the most fees and/or hours) are marked with an ampersand **[&]** on this exhibit and total 41.40 hours with associated fees of $16,394.37.

**A&M Response:**

*The firm responded, "As stated in its response to the First through Fourth Reports, A&M respectfully submits that the identified Intraoffice conferences and Non-Firm conferences and meetings, which*

*Stuart Maue*

**IV.  REVIEW OF FEES  (Continued)**

*were attended by multiple professionals, were necessary to A&M's services.   A&M is a national firm, with offices in various cities throughout the U.S.  A&M's Creditor Advisory and Real Estate Advisory Services professionals working on this case were based primarily in New York City, Boston, Dallas and Los Angeles.   Intraoffice coordination among professionals is vital to providing quality advisory services to A&M's clients.  A&M respectfully submits that with a large engagement requiring a broad and diverse scope of work, such as Winn-Dixie (the Third and Fourth Interim fee applications including two separate five-year business plan reviews, negotiation of the substantive consolidation settlement, and a review of various strategic and operational decisions by the Debtors), the attendance of multiple professionals at meetings and on conference calls was appropriate.   A&M believes that attendance by multiple professionals was vital to providing coverage for the variety of issues discussed at meetings and on the regular conference calls with the Unsecured Creditors' Committee."*

**C.**     **Fees to Examine for Necessity, Relevance, and Reasonableness**

Stuart Maue reviewed the Application and has identified several billing practices to examine for necessity, relevance, and reasonableness under the standards of Section 330 of the Bankruptcy Code.

*Stuart Maue*

**IV.  REVIEW OF FEES  (Continued)**

1.      **Personnel Who Billed 10.00 or Fewer Hours**

A review of the fee entries of timekeepers who bill relatively few hours to a matter allows a determination of whether these timekeepers are duplicating the work of others, whether the use of these timekeepers increases the cost to the estate because of orientation or the "getting up-to-speed" that may be required, or whether the small amount of time billed contributed to the advancement of the case.

Only two A&M timekeepers, namely director Martin Williams and managing director Darren Mills, billed 10.00 or fewer hours during this interim period.  Mr. Williams and Mr. Mills both billed for the review and analysis of Deloitte & Touche Sections 382(L)5 and 382(L)6 and in preparing for a conference call regarding the same.  Mr. Williams' and Mr. Mills' entries are displayed on EXHIBIT F and total 13.00 hours with associated fees of $8,034.52.

**A&M Response:**

*The firm responded, "A&M respectfully submits that the two A&M personnel identified in this category performed a specific, discrete review related to post-emergence tax issues.  The review was conducted over the course of approximately two weeks, and was conducted by members of A&M's Tax*

*Stuart Maue*

**IV.  REVIEW OF FEES  (Continued)**

*Advisory Services Group, the most qualified members of A&M in terms of tax expertise."*

2.      <u>**Long Billing Days**</u>

Courts have generally held that billable time for professional services should include only those tasks that relate directly to work for the client. Professionals necessarily must spend some portion of each day on personal matters, such as meals and breaks, and frequently spend time on administrative matters, such as training or supervision of others.   Professionals may periodically work extraordinarily long hours without many breaks because of the demands of the representation.  However, such long hours are generally related to identifiable circumstances, such as court deadlines, travel, or event attendance.  Stuart Maue identified ten days on which an A&M timekeeper billed more than 12.00 hours.

EXHIBIT G-1 displays the billing entries for the ten days on which a timekeeper billed more than 12.00 hours.  These entries total 140.50 hours with $23,526.73 in associated fees.

EXHIBIT G-2 displays a calendar which shows the total number of hours billed by each timekeeper per day and per month.

*Stuart Maue*

**IV.  REVIEW OF FEES  (Continued)**

**A&M Response:**

*In its response the firm stated, "A&M respectfully submits that all entries identified in this category occurred in June 2006 during A&M's review of Winn-Dixie's May 2006 Business Plan.  A&M's review of the business plan was extensive (typically involving late night and weekend work) and critical to the reorganization of Winn-Dixie as the business plan was the basis for Winn-Dixie's Plan of Reorganization.  Given the above, A&M believes the long billing days identified were necessary, particularly under the short time frame of the review."*

**3.      Administrative/Clerical Activities**

Activities associated with the day-to-day operations of the professional firm are considered to be administrative in nature and, as such, are reflected in the hourly rates charged by the firm.

Clerical activities include tasks that may be effectively performed by administrative assistants, secretaries, or support personnel.  The performance of clerical or secretarial tasks by attorneys, accountants, paralegals, and other paraprofessionals generally constitutes nonbillable time and should be delegated to nonbilling staff members.  Courts have held that time spent performing administrative or clerical activities such as filing, organizing and updating files, retrieving and distributing documents, checking the docket, calendaring events,

*Stuart Maue*

**IV.  REVIEW OF FEES  (Continued)**

photocopying, scanning documents, training and assignment of tasks to staff members, or "supervising" any of the foregoing is not compensable.

Stuart Maue identified only one administrative/clerical activity.  That entry stated "Communications with Fedex to track shipment of market share data."  This one activity, which has been classified as administrative/clerical is displayed on EXHIBIT H and totals 2.00 hours with $334.90 in associated fees.

**4.      Legal Research**

There were no entries identified as legal research by A&M professionals during this interim period.

**5.      Travel**

A review of entries for travel may allow a determination of whether the time billed for travel was reasonable and necessary.  Stuart Maue did not identify any entries in the Application referencing travel activities.

**6.      Summary of Projects**

In the narrative portion of the Application, A&M included a summary of professional services that referenced project categories; however, the project categories were not included in the fee detail.  It was not possible to determine the fee entries that were included in each of those categories.  The project categories shown in the Application were:  Retention/Fee Matters; Business Plan Due Diligence; Case Management; Winn-Dixie Employment Issues; Board of Directors Member Selection; Real Estate; Executory Contracts; Insurance

*Stuart Maue*

**IV.  REVIEW OF FEES  (Continued)**

Financing;   Teleconference/Meetings;   Closure   of   "Bubble"   Stores;
Store/Company   Financials;   Business   Plan   Presentation;   and   Plan   of
Reorganization.

For purposes of this report, Stuart Maue created two project categories, namely, "A&M Retention and Compensation," and "Other Case Professionals Retention and Compensation."   The entries related to each of these projects were identified and included in the respective categories.

Entries describing tasks related to the retention and compensation of A&M are displayed on EXHIBIT I-1 and total 25.00 hours with $19,318.21 in associated fees.   Entries related to the retention and compensation of "Other Case Professionals" are displayed on EXHIBIT I-2 and total 3.50 hours with $586.08 in associated fees.   Stuart Maue did not identify any entries describing tasks related to the "Response to Fee Examiner's Report."

*Stuart Maue*

## V.    REVIEW OF EXPENSES

In the Application, A&M requested reimbursement of expenses in the amount of $5,551.33.  Stuart Maue reviewed the expenses and divided them into categories based on the type of charge.  The following table summarizes the expenses as computed and categorized by Stuart Maue:

| Category | Amount Computed | Percentage of Total Expenses |
|---|---|---|
| **Charges Related to Business Plan Review** | $2,783.91 | 50% |
| **Travel Expenses:** | | |
| Airfare | 1,086.60 | 20% |
| Taxi | 449.57 | 8% |
| Lodging | 236.17 | 4% |
| Meals | 150.00 | 3% |
| **Telecommunications Charges** | 518.12 | 9% |
| **Overtime Transportation** | 108.00 | 2% |
| **Telephone** | 97.03 | 2% |
| **Overnight Delivery** | 86.93 | 2% |
| **Overtime Meals** | 35.00 | * |
| **TOTAL** | $5,551.33 | 100% |

* Less than 1%

## A.    Technical Billing Discrepancies

Stuart Maue reviewed the expense items for apparent irregularities such as double billing, wrong case billing, or missing expense descriptions.  No technical billing discrepancies were identified in the Application.

*Stuart Maue*

**V.  REVIEW OF EXPENSES  (Continued)**

**B.**     **Compliance With Billing Guidelines**

**Any expense for which reimbursement is sought must be actual and necessary and supported by documentation as appropriate.**  U.S. Trustee Guidelines (b)(5)

Stuart Maue reviewed and analyzed the expenses for compliance with the standards for reimbursement of actual, necessary expenses as set forth in the U.S. Trustee Guidelines.

**1.**     **Complete and Detailed Itemization of Expenses**

**Factors relevant to a determination that the expense is proper include the following:  Whether applicant has provided a detailed itemization of all expenses including the date incurred, description of expense (e.g., type of travel, type of fare, rate destination), method of computation, and, where relevant, name of the person incurring the expense and purpose of the expense.  Itemized expenses should be identified by their nature (e.g., long distance telephone, copy costs, messengers, computer research, airline travel, etc.) and by the month incurred.**  U.S. Trustee Guidelines (b)(5)(v)(iii)

A&M provided a detailed itemization of its expenses including the expense category, the date, the name of the professional incurring the charge, the description, and the amount of the charge.  Supporting documentation for the expense charges was not included in the Application.

**2.**     **Travel Expenses**

Stuart Maue notes that all of the travel expenses requested in the Fifth Interim Fee Application were dated in May 2006.   The travel expenses were

*Stuart Maue*

### V.  REVIEW OF EXPENSES  (Continued)

reviewed and compared with the travel expenses requested in the Fourth Interim Fee Application.  There was no duplication of charges.

a)      **Airfare**

A&M requested reimbursement for airfare in the amount of $1,086.60.  The Application stated that the firm did not seek reimbursement of any air travel expenses in excess of coach fares, unless coach airfares were unavailable and travel could not be rescheduled. The airfare charges are itemized on EXHIBIT J -1.

b)      **Lodging**

The Application included a request for reimbursement of lodging charges in the amount of $236.17.  Based on the information provided, Stuart Maue was unable to determine if these charges included expenses other than the nightly room charges.  The lodging expenses are itemized on EXHIBIT J-2.

c)      **Meals**

A&M requested reimbursement for a meal charge while traveling in the amount of $150.00.  The description for the meal included the name of the professional(s) incurring the charge.  The expenses for out-of-town meals are itemized on EXHIBIT J-3.

*Stuart Maue*

**V.  REVIEW OF EXPENSES  (Continued)**

**d)**     **Taxi Fares**

A&M requested reimbursement for taxi fares in the amount of $449.57.   The descriptions for these expenses included the date, the name of the timekeeper incurring the expense, and the origination and destination of the travel.  These expenses are itemized on EXHIBIT J-4.

**3.**     **Overhead Expenses**

**Factors relevant to a determination that the expense is proper include the following:**

**Whether the expenses appear to be in the nature of nonreimbursable overheard.   Overhead includes, but is not limited to, word processing, proofreading, secretarial and other clerical services, rent, utilities, office equipment and furnishings, insurance, taxes, local telephones and monthly car phone charges, lighting, heating and cooling, and library and publication charges.   U.S. Trustee Guidelines (b)(5)(vii)**

Case professionals typically charge clients to obtain reimbursement for the actual cost of out-of-pocket expense items that are directly attributable to the representation and that are not part of office overhead.  These expenses include filing fees and court costs; long-distance telephone charges; photocopying costs; travel, meal, and lodging expenses; and court reporter fees.  Expenses such as supplies and postage are generally considered to be a part of office overhead and included in the hourly rate of professionals.

Stuart Maue identified the following expense items in the Application as potential overhead:

*Stuart Maue*

**V.  REVIEW OF EXPENSES  (Continued)**

**a)      Telephone Charges**

A&M requested reimbursement for telephone charges totaling $97.03, and an allocation of telecommunications charges for wireless usage charges totaling $518.12.  Under the guidelines, the cellular telephone charges are considered to be part of the firm's overhead expenses.  The Application stated that the telecommunications charges included fax, phone, and connectivity charges and were allocated based on total client hours.  This charge is, therefore, not an actual cost.  The telephone charges are displayed on EXHIBIT K and total $615.15.

**b)      Overtime Transportation**

A&M requested reimbursement for transportation charges incurred by Mr. Gavejian from the office to home on several occasions while working late.  Mr. Gavejian billed between 11.00 hours and 16.50 hours on each of these days.

Although a firm may have a policy that personnel may be reimbursed for travel home when working late, such charges are generally considered to be part of the firm's overhead.

The overtime transportation charges, in the amount of $108.00, appear on EXHIBIT L.

*Stuart Maue*

c)      **Overtime Meals**

A&M requested reimbursement for a meal charge incurred by Messrs. Hede, Gavejian, and McEvoy while working late on June 14, 2006.  These professionals billed 8.00, 11.00, and 13.50 hours, respectively, on this day.

Although a firm may have a policy that personnel may be reimbursed for meals when working late, such charges are generally considered to be part of the firm's overhead.

The overtime meal charge, in the amount of $35.00, appears on EXHIBIT M.

**4.      Expenses Associated With Multiple Attendance**

Stuart Maue identified some conferences, hearings, or other events for which multiple A&M timekeepers billed.   A&M requested reimbursement of $1,834.72 for expenses associated with those multiple attendances.  The fees and some associated expenses for these multiple attendances were requested in the Fourth Interim Fee Application.  The expenses of the multiple attendees, totaling $1,759.24, are identified by an ampersand [&] on EXHIBIT N.

**C.      Expenses to Examine for Necessity, Relevance, and Reasonableness**

Stuart Maue reviewed the Application and has identified expenses to examine for necessity, relevance, and reasonableness.

*Stuart Maue*

**V.  REVIEW OF EXPENSES  (Continued)**

1.      **Charges Related to Business Plan Review**

The Application included a request for reimbursement of three charges totaling $2,783.91 related to the "business plan review."  One of the charges is for market research, another is for reproduction and binding, and the third is for federal express charges for distribution of the business plan review.   These charges are displayed on EXHIBIT O.

**A&M Response:**

*A&M responded, "A&M respectfully submits that a portion of these expenses relate to the purchase of market research data related specifically to the supermarket sector and Winn-Dixie's store locations.  A&M believes this information was necessary to the evaluation of the feasibility of Winn-Dixie's May 2006 Business Plan.  The remainder of these expenses relate to the reproduction and distribution of A&M's presentation of its findings relative to the review of the May 2006 Business Plan.  A&M believes these expenses to be necessarily and properly incurred in the delivery of its report to the Committee."*

*STUART MAUE*

**EXHIBIT A**
**SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL**
**COMPUTED AT STANDARD RATES**

**Alvarez & Marsal, LLC**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED | NUMBER OF ENTRIES |
|----------|------|----------|-------------|-------------|----------------|---------------|-------------------|
| 1003 | Hede, Andrew | MANAG DIRECTOR | $167.45 | $1,186.24 | 191.00 | $100,038.41 | 108 |
| 1014 | Mills, Darren | MANAG DIRECTOR | $618.04 | $618.04 | 3.00 | $1,854.12 | 3 |
| | No. of Billers for Position: 2 | Blended Rate for Position: | $525.22 | | 194.00 | $101,892.53 | |
| | | | | % of Total: 19.77% | % of Total: 25.47% | | |
| 1009 | Aulabaugh, Dirk | SENIOR DIRECTOR | $167.45 | $1,186.24 | 177.50 | $74,336.81 | 131 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $418.80 | | 177.50 | $74,336.81 | |
| | | | | % of Total: 18.08% | % of Total: 18.58% | | |
| 1013 | McEvoy, Robert | DIRECTOR | $167.45 | $167.45 | 176.00 | $29,471.20 | 51 |
| 1015 | Williams, Martin | DIRECTOR | $618.04 | $618.04 | 10.00 | $6,180.40 | 4 |
| | No. of Billers for Position: 2 | Blended Rate for Position: | $191.68 | | 186.00 | $35,651.60 | |
| | | | | % of Total: 18.95% | % of Total: 8.91% | | |
| 1007 | Gavejian, Matthew | SR. ASSOCIATE | $167.45 | $1,186.24 | 411.50 | $186,026.12 | 248 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $452.07 | | 411.50 | $186,026.12 | |
| | | | | % of Total: 41.93% | % of Total: 46.51% | | |
| 1012 | Daniello, Chris | ANALYST | $167.45 | $167.45 | 12.50 | $2,093.13 | 6 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $167.45 | | 12.50 | $2,093.13 | |
| | | | | % of Total: 1.27% | % of Total: 0.52% | | |
| | Total No. of Billers: 7 | Blended Rate for Report: | $407.54 | | 981.50 | $400,000.18 | |

EXHIBIT B-1
VAGUELY DESCRIBED CONFERENCES
Alvarez & Marsal, LLC

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Aulabaugh, D | 4.85 | 992.37 |
| Gavejian, M | 1.50 | 927.06 |
| Hede, A | 4.00 | 2,021.57 |
| McEvoy, R | 1.00 | 167.45 |
| | 11.35 | $4,108.45 |

EXHIBIT B-1
VAGUELY DESCRIBED CONFERENCES
Alvarez & Marsal, LLC

| DATE | NAME | ENTRY HOURS | INFORMATIONAL COMBINED HOURS | INFORMATIONAL COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 06/01/06 Thu | Aulabaugh, D 13/46 | 0.30 | 0.30 | 50.24 | | | F | 1 | CALLS WITH XROADS |
| 06/01/06 Thu | McEvoy, R 13/104 | 1.00 | 1.00 | 167.45 | | | F | 1 | INTERNAL DISCUSSIONS ON PROJECT STATUS. |
| 06/05/06 Mon | Aulabaugh, D 13/49 | 2.20 | 2.20 | 368.39 | | | F | 1 | CALLS WITH MIKE COMERFORD OF MILBANK |
| 06/06/06 Tue | Aulabaugh, D 13/50 | 0.40 | 0.40 | 66.98 | | | F | 1 | CALLS WITH MIKE COMERFORD OF MILBANK |
| 06/06/06 Tue | Aulabaugh, D 13/51 | 0.30 | 0.30 | 50.24 | | | F | 1 | CALL WITH SHEON KAROL OF XROADS |
| 06/08/06 Thu | Aulabaugh, D 13/63 | 1.70 | 0.85 | 142.33 | C C | | F F | 1 2 | CONVERSATIONS WITH MILBANK: RESEARCH DEUSTCHE BANK |
| 06/14/06 Wed | Aulabaugh, D 13/72 | 0.20 | 0.20 | 33.49 | | | F | 1 | CALL WITH SHEON KAROL OF XROADS |
| 06/20/06 Tue | Aulabaugh, D 13/80 | 0.20 | 0.20 | 33.49 | | | F | 1 | CALL WITH BRYAN GASTON AT XROADS |
| 06/27/06 Tue | Hede, A 13/35 | 1.00 | 1.00 | 167.45 | | | F | 1 | PHONE CALL WITH M.BARR (MILBANK) |
| 09/07/06 Thu | Hede, A 16/426 | 0.50 | 0.50 | 309.02 | | | F | 1 | PHONE CALL WITH J.DAUM (SPENCER STUART) |
| 09/07/06 Thu | Hede, A 16/427 | 0.50 | 0.50 | 309.02 | | | F | 1 | PHONE CALL WITH M.COMERFORD (MILBANK) |
| 09/11/06 Mon | Aulabaugh, D 16/467 | 0.40 | 0.40 | 247.22 | | | F | 1 | DISCUSSION WITH MILBANK |
| 09/14/06 Thu | Hede, A 16/435 | 0.50 | 0.50 | 309.02 | | | F | 1 | PHONE CALL WITH M.BARR (MILBANK) |
| 09/14/06 Thu | Hede, A 16/436 | 0.50 | 0.50 | 309.02 | | | F | 1 | PHONE CALL WITH T.SNYDER (SPENCER STUART) |
| 09/22/06 Fri | Gavejian, M 16/518 | 0.50 | 0.50 | 309.02 | | | F | 1 | INTERNAL COMMUNICATION REGARDING A&M'S ROLE IN REVIEWING THE SECTION 382 TAX ISSUE |
| 09/22/06 Fri | Hede, A 16/439 | 0.50 | 0.50 | 309.02 | | | F | 1 | PHONE CALL WITH M.COMERFORD (MILBANK) |
| 09/26/06 Tue | Gavejian, M 16/530 | 0.50 | 0.50 | 309.02 | | | F | 1 | VARIOUS CALLS WITH MILBANK |
| 09/26/06 Tue | Gavejian, M 16/531 | 0.50 | 0.50 | 309.02 | | | F | 1 | VARIOUS CALLS WITH XROADS, WINN-DIXIE |

~ See the last page of exhibit for explanation

EXHIBIT B-1
VAGUELY DESCRIBED CONFERENCES
Alvarez & Marsal, LLC

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|------|------|-------------|---------------|---------------|------------|------------|---|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | | |
| 09/29/06 | Hede, A | 0.50 | 0.50 | 309.02 | | | F | 1 | PHONE CALL WITH M.COMERFORD (MILBANK) |
| Fri | 16/445 | | | | | | | | |
| | | | 11.35 | $4,108.45 | | | | | |

Total
Number of Entries:    19

~ See the last page of exhibit for explanation

EXHIBIT B-1  PAGE 3 of 4

EXHIBIT B-1

VAGUELY DESCRIBED CONFERENCES

Alvarez & Marsal, LLC

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| TIMEKEEPER | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Aulabaugh, D | 4.00 | 850.04 | 1.70 | 284.67 | 5.70 | 1,134.70 | 0.85 | 142.33 | 4.85 | 992.37 |
| Gavejian, M | 1.50 | 927.06 | 0.00 | 0.00 | 1.50 | 927.06 | 0.00 | 0.00 | 1.50 | 927.06 |
| Hede, A | 4.00 | 2,021.57 | 0.00 | 0.00 | 4.00 | 2,021.57 | 0.00 | 0.00 | 4.00 | 2,021.57 |
| McEvoy, R | 1.00 | 167.45 | 0.00 | 0.00 | 1.00 | 167.45 | 0.00 | 0.00 | 1.00 | 167.45 |
| | 10.50 | $3,966.12 | 1.70 | $284.67 | 12.20 | $4,250.78 | 0.85 | $142.33 | 11.35 | $4,108.45 |

RANGE OF HOURS

RANGE OF FEES

(-) REASONS FOR TASK HOUR ASSIGNMENTS

F        FINAL BILL

EXHIBIT B-2
OTHER VAGUELY DESCRIBED ACTIVITIES
Alvarez & Marsal, LLC

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Aulabaugh, D | 3.80 | 636.31 |
| Gavejian, M | 5.00 | 3,246.39 |
| Hede, A | 49.00 | 8,205.05 |
| | 57.80 | $12,087.75 |

EXHIBIT B-2
OTHER VAGUELY DESCRIBED ACTIVITIES
Alvarez & Marsal, LLC

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|------|------|-------------|-----------------|----------------|------------|------------|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | |
| 06/02/06 Fri | Hede, A 13/4 | 3.00 | 3.00 | 502.35 | | | F 1 | BUSINESS PLAN REVIEW AND PRESENTATION |
| 06/05/06 Mon | Hede, A 13/5 | 4.00 | 4.00 | 669.80 | | | F 1 | BUSINESS PLAN REVIEW AND PRESENTATION |
| 06/06/06 Tue | Gavejian, M 13/183 | 1.50 | 1.50 | 251.18 | | | F 1 | WORK WITH PRESENTATION TO THE COMMITTEE |
| 06/07/06 Wed | Aulabaugh, D 13/59 | 1.40 | 1.40 | 234.43 | | | F 1 | REVIEW AND RESPOND TO EMAILS |
| 06/07/06 Wed | Hede, A 13/6 | 2.50 | 2.50 | 418.63 | | | F 1 | BUSINESS PLAN REVIEW AND PRESENTATION |
| 06/08/06 Thu | Aulabaugh, D 13/61 | 0.60 | 0.60 | 100.47 | | | F 1 | RESPOND TO EMAILS RELATING TO ASSET MEMO AND DEERWOOD MEMO |
| 06/08/06 Thu | Hede, A 13/8 | 4.00 | 4.00 | 669.80 | | | F 1 | BUSINESS PLAN REVIEW AND PRESENTATION |
| 06/09/06 Fri | Hede, A 13/9 | 3.00 | 3.00 | 502.35 | | | F 1 | BUSINESS PLAN PRESENTATION |
| 06/12/06 Mon | Hede, A 13/10 | 3.00 | 3.00 | 502.35 | | | F 1 | BUSINESS PLAN PRESENTATION |
| 06/13/06 Tue | Aulabaugh, D 13/69 | 0.60 | 0.60 | 100.47 | | | F 1 | REVIEW AND RESPOND TO EMAILS RELATING TO PENDING AUCTIONS |
| 06/13/06 Tue | Hede, A 13/11 | 6.00 | 6.00 | 1,004.70 | | | F 1 | BUSINESS PLAN REVIEW AND PRESENTATION |
| 06/15/06 Thu | Hede, A 13/15 | 2.00 | 2.00 | 334.90 | | | F 1 | BUSINESS PLAN PRESENTATION |
| 06/16/06 Fri | Aulabaugh, D 13/75 | 1.20 | 1.20 | 200.94 | | | F 1 | FOLLOW UP RELATING TO AUCTIONS |
| 06/16/06 Fri | Hede, A 13/19 | 2.50 | 2.50 | 418.63 | | | F 1 | BUSINESS PLAN PRESENTATION |
| 06/20/06 Tue | Hede, A 13/24 | 2.50 | 2.50 | 418.63 | | | F 1 | BUSINESS PLAN PRESENTATION |
| 06/22/06 Thu | Hede, A 13/30 | 3.00 | 3.00 | 502.35 | | | F 1 | BUSINESS PLAN PRESENTATION |
| 06/23/06 Fri | Hede, A 13/31 | 4.50 | 4.50 | 753.53 | | | F 1 | BUSINESS PLAN PRESENTATION |
| 06/26/06 Mon | Hede, A 13/33 | 2.50 | 2.50 | 418.63 | | | F 1 | BUSINESS PLAN PRESENTATION |

~ See the last page of exhibit for explanation

EXHIBIT B-2
OTHER VAGUELY DESCRIBED ACTIVITIES
Alvarez & Marsal, LLC

| DATE | NAME | ENTRY HOURS | INFORMATIONAL COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | – | | DESCRIPTION |
|------|------|-------------|-------------------|---------------|------------|-------------|---|---|-------------|
| 06/28/06 Wed | Hede, A 13/38 | 5.00 | 2.50 | 418.63 | C, E C | | F F | 1 2 | COMMITTEE CALL: BUSINESS PLAN REVIEW AND PRESENTATION |
| 06/29/06 Thu | Hede, A 13/39 | 4.00 | 4.00 | 669.80 | | | F | 1 | BUSINESS PLAN PRESENTATION |
| 07/06/06 Thu | Gavejian, M 14/299 | 1.00 | 1.00 | 1,186.24 | | | F | 1 | CORRESPONDENCE WITH INFORMATION REQUESTS AND QUESTIONS REGARDING LIBERTY MUTUAL |
| 08/31/06 Thu | Gavejian, M 15/422 | 2.50 | 2.50 | 1,808.98 | | | F | 1 | REVISED VARIOUS MEMOS |
| | | | 57.80 | $12,087.75 | | | | | |

Total
Number of Entries:    22

– See the last page of exhibit for explanation

EXHIBIT B-2  PAGE 3 of 4

EXHIBIT B-2
OTHER VAGUELY DESCRIBED ACTIVITIES
Alvarez & Marsal, LLC

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Aulabaugh, D | 3.80 | 636.31 | 0.00 | 0.00 | 3.80 | 636.31 | 0.00 | 0.00 | 3.80 | 636.31 |
| Gavejian, M | 5.00 | 3,246.39 | 0.00 | 0.00 | 5.00 | 3,246.39 | 0.00 | 0.00 | 5.00 | 3,246.39 |
| Hede, A | 46.50 | 7,786.43 | 5.00 | 837.25 | 51.50 | 8,623.68 | 2.50 | 418.63 | 49.00 | 8,205.05 |
| | 55.30 | $11,669.13 | 5.00 | $837.25 | 60.30 | $12,506.38 | 2.50 | $418.63 | 57.80 | $12,087.75 |

RANGE OF HOURS

RANGE OF FEES

(~) REASONS FOR TASK HOUR ASSIGNMENTS
F     FINAL BILL

EXHIBIT C
BLOCKED ENTRIES
Alvarez & Marsal, LLC

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Aulabaugh, D | 5.00 | 2,672.51 |
| Gavejian, M | 18.00 | 7,117.92 |
| Hede, A | 14.00 | 11,050.76 |
| McEvoy, R | 49.00 | 8,205.05 |
| Mills, D | 2.50 | 1,545.10 |
| Williams, M | 8.50 | 5,253.34 |
| | 97.00 | $35,844.68 |

EXHIBIT C  PAGE 1 of 5

EXHIBIT C
BLOCKED ENTRIES
Alvarez & Marsal, LLC

| DATE | NAME | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| | | | INFORMATIONAL | | | | | | |
| 06/03/06 Sat | McEvoy, R 13/108 | 8.00 | 8.00 | 1,339.60 | | | F | 1 | WORKED TO ADVANCE OUR EVALUATION OF WD'S MAY BUSINESS PLAN. REVIEW OF COMPANY FINANCIAL STATEMENTS AND OTHER DATA PROVIDED BY MANAGEMENT. IDENTIFY ADDITIONAL/PENDING DATA REQUIREMENTS OF COMPANY. PREPARE FULL DRAFT FOR HEDE TO REVIEW ON MONDAY. |
| 06/04/06 Sun | McEvoy, R 13/111 | 9.00 | 9.00 | 1,507.05 | | | F | 1 | WORKED TO ADVANCE OUR EVALUATION OF WD'S MAY BUSINESS PLAN. PREPARED OUTLINE OF PRESENTATION AND REVIEWED AND COMMENTED ON LATEST DRAFT |
| 06/06/06 Tue | McEvoy, R 13/117 | 8.00 | 8.00 | 1,339.60 | | | F | 1 | PREPARED COMMENTARY ON FOR HISTORICAL RESULTS AND FORECAST FUTURE FINANCIAL PERFORMANCE BASED ON THE BUSINESS PLAN: |
| | | | | | | | F | 2 | DRAFTED COMMENTARY ON REGIONAL DIFFERENCES IN PERFORMANCE AND QUARTERLY PERFORMANCE |
| 06/08/06 Thu | Aulabaugh, D 13/63 | 1.70 | 1.70 | 284.67 | B | | F | 1 | CONVERSATIONS WITH MILBANK: |
| | | | | | | | F | 2 | RESEARCH DEUSTCHE BANK |
| 06/09/06 Fri | Gavejian, M 13/204 | 7.00 | 7.00 | 1,172.15 | | | F | 1 | REVISED BUSINESS PLAN PRESENTATION BASED ON COMMENTS FROM TEAM: |
| | | | | | | | F | 2 | INCLUDING TEXT, REFORMATTING AND REORGANIZING ANALYSES |
| 06/09/06 Fri | McEvoy, R 13/128 | 9.00 | 9.00 | 1,507.05 | | | F | 1 | REVIEWED LATEST DRAFT OF PRESENTATION FOR ORGANIZATION AND STRUCTURE, REVIEWED PRESENTATION MADE BY THE DEBTORS FOR ACCURACY OF INFORMATION, PROVIDED COMMENTS TO M.GAVEJIAN |
| 06/10/06 Sat | McEvoy, R 13/131 | 4.00 | 4.00 | 669.80 | H | | F | 1 | REVIEW COMPETITOR AND INDUSTRY INFORMATION. |
| | | | | | | | | 2 | COMMUNICATIONS WITH FEDEX TO TRACK SHIPMENT OF MARKET SHARE DATA. |
| 06/11/06 Sun | McEvoy, R 13/133 | 5.50 | 5.50 | 920.98 | | | F | 1 | PROVIDED OUTLINE OF COMMENTARY ON COMPETITIVE SITUATION AND REVIEWED WINN-DIXIE'S COMPETITIVE REBUTTAL PROGRAM |
| 06/19/06 Mon | McEvoy, R 13/150 | 4.50 | 4.50 | 753.53 | | | F | 1 | REVIEW AND COMMENT ON EVALUATION OF COMPANY BUSINESS PLAN. REVIEW PRODUCT CATEGORY AND REGIONAL PERFORMANCE DATA. REVIEW OF PRESENTATION FORMATTING, GRAMMAR ETC. ORGANIZE WINN-DIXIE FILES. |
| 06/20/06 Tue | McEvoy, R 13/151 | 1.00 | 1.00 | 167.45 | | | F | 1 | REVIEW AND COMMENT ON EVALUATION OF COMPANY BUSINESS PLAN. REVIEW PRODUCT CATEGORY AND REGIONAL PERFORMANCE DATA. REVIEW OF PRESENTATION FORMATTING, GRAMMAR ETC. ORGANIZE WINN-DIXIE FILES. |
| 06/21/06 Wed | Gavejian, M 13/237 | 2.00 | 2.00 | 334.90 | | | F | 1 | SUMMARIZED CONCLUSIONS REGARDING RETENTION OF DELOITTE CONSULTING AND |
| | | | | | | | | 2 | DISCUSSED WITH MILBANK |
| 06/23/06 Fri | Gavejian, M 13/243 | 1.00 | 1.00 | 167.45 | | | F | 1 | FOLLOW UP CALLS AND |
| | | | | | | | | 2 | E-MAILS WITH XROADS AND WINN-DIXIE REGARDING POTENTIAL PREMIUMS TO BE FINANCED THROUGH AFCO |
| 06/27/06 Tue | Gavejian, M 13/256 | 2.00 | 2.00 | 334.90 | | | F | 1 | DISCUSSED LIBERTY MUTUAL BONDING FACILITY WITH J.YOUNG (XROADS) AND |
| | | | | | | | | 2 | REVIEWED INFORMATION RECEIVED FROM D.BITTER (WINN-DIXIE) |

~ See the last page of exhibit for explanation

EXHIBIT C  PAGE 2 of 5

EXHIBIT C
BLOCKED ENTRIES
Alvarez & Marsal, LLC

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|------|------|------|------|------|------|------|------|------|------|
| | | | COMBINED HOURS | COMBINED FEES | | | | | |
| 06/28/06 Wed | Hede, A 13/38 | 5.00 | 5.00 | 837.25 | E B | | F F | 1 2 | COMMITTEE CALL; BUSINESS PLAN REVIEW AND PRESENTATION |
| 07/13/06 Thu | Gavejian, M 14/307 | 2.00 | 2.00 | 2,372.48 | | | F F | 1 2 | PARTICIPATED IN CALL WITH THE COMMITTEE AND ADVISORS; PRESENTED A&M'S REVIEW OF WINN-DIXIE'S BUSINESS PLAN |
| 07/28/06 Fri | Hede, A 14/291 | 8.00 | 8.00 | 9,489.92 | | | F F | 1 2 | REVIEW BOARD CANDIDATE BIOS; BOARD CANDIDATE INTERVIEWS |
| 08/02/06 Wed | Aulabaugh, D 15/337 | 1.90 | 1.90 | 1,374.82 | | | F | 1 2 3 | REVIEW MULTIPLE STORE ASSUMPTION MOTIONS AND BEGIN RESEARCHING/ DISCUSSIONS WITH COMPANY |
| 08/07/06 Mon | Aulabaugh, D 15/347 | 1.40 | 1.40 | 1,013.03 | | | F F | 1 2 | RESEARCHING AND ANALYZING CURE AMOUNTS FOR OMNIBUS MEMO; DISCUSSIONS WITH XROADS REGARDING ANALYSIS |
| 08/15/06 Tue | Gavejian, M 15/393 | 2.50 | 2.50 | 1,808.98 | | | F F | 1 2 | REVIEW OF VISAGENT MEMO AND CLAIMS INFORMATION; STATUS UPDATE FROM M.COMERFORD (MILBANK) |
| 08/24/06 Thu | Hede, A 15/333 | 1.00 | 1.00 | 723.59 | | | F F | 1 2 | PREPARE FOR COMMITTEE CALL; COMMITTEE CALL |
| 09/18/06 Mon | Mills, D 16/446 | 1.50 | 1.50 | 927.06 | F F | | | 1 2 | REVIEW OF DELOITTE & TOUCHE SECTION 382(L)(5); 382(L)(6) ANALYSIS |
| 09/18/06 Mon | Williams, M 16/449 | 5.00 | 5.00 | 3,090.20 | F F | | | 1 2 | REVIEW OF DELOITTE & TOUCHE SECTION 382(L)(5); 382(L)(6) ANALYSIS |
| 09/19/06 Tue | Mills, D 16/447 | 1.00 | 1.00 | 618.04 | F F | | | 1 2 | REVIEW OF DELOITTE & TOUCHE SECTION 382(L)(5); 382(L)(6) ANALYSIS |
| 09/19/06 Tue | Williams, M 16/450 | 3.50 | 3.50 | 2,163.14 | F F | | | 1 2 | REVIEW OF DELOITTE & TOUCHE SECTION 382(L)(5); 382(L)(6) ANALYSIS |
| 09/22/06 Fri | Gavejian, M 16/515 | 0.50 | 0.50 | 309.02 | | | F F | 1 2 | RECEIVED COMMENTS ON REJECTION MEMO FROM MILBANK; REVISED MEMO AND DISTRIBUTED |

~ See the last page of exhibit for explanation

EXHIBIT C  PAGE 3 of 5

EXHIBIT C
BLOCKED ENTRIES
Alvarez & Marsal, LLC

| | | | INFORMATIONAL | | | | |
| | | | | | | | |
| DATE | NAME | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 09/25/06 | Gavejian, M | 1.00 | 1.00 | 618.04 | | | F | 1  REVIEW ANALYSIS OF CLASS 13 CLAIMS AND |
| Mon | 16/520 | | | | | | | 2  DISCUSSED WITH XROADS AND MILBANK |
| | | | 97.00 | $35,844.68 | | | | |

Total
Number of Entries:    26

~  See the last page of exhibit for explanation

EXHIBIT C  PAGE 4 of 5

EXHIBIT C
BLOCKED ENTRIES
Alvarez & Marsal, LLC

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Aulabaugh, D | 5.00 | 2,672.51 | 0.00 | 0.00 | 5.00 | 2,672.51 | 0.00 | 0.00 | 5.00 | 2,672.51 |
| Gavejian, M | 18.00 | 7,117.92 | 0.00 | 0.00 | 18.00 | 7,117.92 | 0.00 | 0.00 | 18.00 | 7,117.92 |
| Hede, A | 14.00 | 11,050.76 | 0.00 | 0.00 | 14.00 | 11,050.76 | 0.00 | 0.00 | 14.00 | 11,050.76 |
| McEvoy, R | 49.00 | 8,205.05 | 0.00 | 0.00 | 49.00 | 8,205.05 | 0.00 | 0.00 | 49.00 | 8,205.05 |
| Mills, D | 2.50 | 1,545.10 | 0.00 | 0.00 | 2.50 | 1,545.10 | 0.00 | 0.00 | 2.50 | 1,545.10 |
| Williams, M | 8.50 | 5,253.34 | 0.00 | 0.00 | 8.50 | 5,253.34 | 0.00 | 0.00 | 8.50 | 5,253.34 |
| | 97.00 | $35,844.68 | 0.00 | $0.00 | 97.00 | $35,844.68 | 0.00 | $0.00 | 97.00 | $35,844.68 |

RANGE OF HOURS

RANGE OF FEES

(-) REASONS FOR TASK HOUR ASSIGNMENTS
F      FINAL BILL

EXHIBIT C  PAGE 5 of 5

EXHIBIT D
INTRAOFFICE CONFERENCES
Alvarez & Marsal, LLC


## INTRAOFFICE CONFERENCES

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Aulabaugh, D | 0.50 | 83.73 |
| Daniello, C | 3.00 | 502.35 |
| Gavejian, M | 6.00 | 1,958.66 |
| Hede, A | 1.00 | 445.52 |
| McEvoy, R | 4.00 | 669.80 |
| | 14.50 | $3,660.05 |


## INTRAOFFICE CONFERENCES - MULTIPLE ATTENDANCE

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Aulabaugh, D | 0.50 | 83.73 |
| Daniello, C | 3.00 | 502.35 |
| Gavejian, M | 4.50 | 1,031.60 |
| Hede, A | 1.00 | 445.52 |
| McEvoy, R | 3.00 | 502.35 |
| | 12.00 | $2,565.54 |

EXHIBIT D
INTRAOFFICE CONFERENCES
Alvarez & Marsal, LLC

| DATE | TIMEKEEPER | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | – | | DESCRIPTION |
|------|-----------|------------|---------------|---------------|-----------|-----------|---|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | | |
| 06/01/06 Thu | McEvoy, R | 1.00 | 1.00 | 167.45 | B | | F | 1 | INTERNAL DISCUSSIONS ON PROJECT STATUS. |
| | | 13/104 | | | | | | | |
| 06/09/06 Fri | Aulabaugh, D | 0.50 | 0.50 | 83.73 | | | F | & 1 | DISCUSSIONS WITH M.GAVEJIAN ABOUT ASSET SALES |
| | | 13/64 | | | | | | | |
| 06/09/06 Fri | Gavejian, M | 0.50 | 0.50 | 83.73 | | | F | & 1 | DISCUSSED STATUS OF VARIOUS ASSET SALES INCLUDED IN THE MAY 2006 PLAN WITH D.AULABAUGH |
| | | 13/205 | | | | | | | |
| 06/15/06 Thu | Daniello, C | 3.00 | 3.00 | 502.35 | | | F | & 1 | WORKING GROUP REVIEW, SPELLING CHECK ETC. OF OUR EVALUATION OF THE MAY BUSINESS PLAN WITH HEDE, MCEVOY AND GAVEJIAN |
| | | 13/268 | | | | | | | |
| 06/15/06 Thu | Gavejian, M | 3.00 | 3.00 | 502.35 | | | F | & 1 | WORKING GROUP REVIEW, SPELLING CHECK ETC. OF OUR EVALUATION OF THE MAY BUSINESS PLAN WITH HEDE, MCEVOY AND DANIELLO |
| | | 13/229 | | | | | | | |
| 06/15/06 Thu | McEvoy, R | 3.00 | 3.00 | 502.35 | | | F | & 1 | WORKING GROUP REVIEW, SPELLING CHECK ETC. OF OUR EVALUATION OF THE MAY BUSINESS PLAN WITH HEDE, GAVEJIAN AND DANIELLO |
| | | 13/148 | | | | | | | |
| 06/27/06 Tue | Gavejian, M | 0.50 | 0.50 | 83.73 | | | F | & 1 | PHONE CALL WITH A.HEDE REGARDING LIBERTY MUTUAL |
| | | 13/254 | | | | | | | |
| 06/27/06 Tue | Hede, A | 0.50 | 0.50 | 83.73 | | | F | & 1 | PHONE CALL WITH M GAVEJIAN (LIBERTY MUTUAL ISSUE) |
| | | 13/36 | | | | | | | |
| 08/30/06 Wed | Gavejian, M | 0.50 | 0.50 | 361.80 | | | F | & 1 | MEETING WITH A.HEDE |
| | | 15/415 | | | | | | | |
| 08/30/06 Wed | Hede, A | 0.50 | 0.50 | 361.80 | | | F | & 1 | MEETING WITH M.GAVEJIAN |
| | | 15/335 | | | | | | | |
| 09/19/06 Tue | Gavejian, M | 0.50 | 0.50 | 309.02 | | | F | 1 | CALL WITH A&M TAX TEAM TO DISCUSS UPCOMING CALL TO REVIEW ASSUMPTIONS |
| | | 16/497 | | | | | | | |
| 09/20/06 Wed | Gavejian, M | 0.50 | 0.50 | 309.02 | | | F | 1 | CALL WITH A&M TAX TEAM TO DISCUSS VIEW OF TAX ANALYSIS |
| | | 16/502 | | | | | | | |
| 09/22/06 Fri | Gavejian, M | 0.50 | 0.50 | 309.02 | B | | F | 1 | INTERNAL COMMUNICATION REGARDING A&M'S ROLE IN REVIEWING THE SECTION 382 TAX ISSUE |
| | | 16/518 | | | | | | | |

& INTRAOFFICE CONFERENCES - MULTIPLE ATTENDANCE
– See the last page of exhibit for explanation

EXHIBIT D
INTRAOFFICE CONFERENCES
Alvarez & Marsal, LLC

| DATE | TIMEKEEPER | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|------|-----------|-------------|---------------|---|------------|-----------|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | |
| | TOTAL OF ALL ENTRIES | | 14.50 | $3,660.05 | | | | |
| | TOTAL ENTRY COUNT: | 13 | | | | | | |
| | TOTAL TASK COUNT: | 13 | | | | | | |
| | TOTAL OF & ENTRIES | | 12.00 | $2,565.54 | | | | |
| | TOTAL ENTRY COUNT: | 9 | | | | | | |
| | TOTAL TASK COUNT: | 9 | | | | | | |

EXHIBIT D
INTRAOFFICE CONFERENCES
Alvarez & Marsal, LLC

SUMMARY OF HOURS AND FEES BY INDIVIDUAL
INTRAOFFICE CONFERENCES

| TIMEKEEPER | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Aulabaugh, D | 0.50 | 83.73 | 0.00 | 0.00 | 0.50 | 83.73 | 0.00 | 0.00 | 0.50 | 83.73 |
| Daniello, C | 3.00 | 502.35 | 0.00 | 0.00 | 3.00 | 502.35 | 0.00 | 0.00 | 3.00 | 502.35 |
| Gavejian, M | 6.00 | 1,958.66 | 0.00 | 0.00 | 6.00 | 1,958.66 | 0.00 | 0.00 | 6.00 | 1,958.66 |
| Hede, A | 1.00 | 445.52 | 0.00 | 0.00 | 1.00 | 445.52 | 0.00 | 0.00 | 1.00 | 445.52 |
| McEvoy, R | 4.00 | 669.80 | 0.00 | 0.00 | 4.00 | 669.80 | 0.00 | 0.00 | 4.00 | 669.80 |
| | 14.50 | $3,660.05 | 0.00 | $0.00 | 14.50 | $3,660.05 | 0.00 | $0.00 | 14.50 | $3,660.05 |

RANGE OF HOURS
RANGE OF FEES

SUMMARY OF HOURS AND FEES BY INDIVIDUAL FOR
INTRAOFFICE CONFERENCES - MULTIPLE ATTENDANCE

| TIMEKEEPER | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Aulabaugh, D | 0.50 | 83.73 | 0.00 | 0.00 | 0.50 | 83.73 | 0.00 | 0.00 | 0.50 | 83.73 |
| Daniello, C | 3.00 | 502.35 | 0.00 | 0.00 | 3.00 | 502.35 | 0.00 | 0.00 | 3.00 | 502.35 |
| Gavejian, M | 4.50 | 1,031.60 | 0.00 | 0.00 | 4.50 | 1,031.60 | 0.00 | 0.00 | 4.50 | 1,031.60 |
| Hede, A | 1.00 | 445.52 | 0.00 | 0.00 | 1.00 | 445.52 | 0.00 | 0.00 | 1.00 | 445.52 |
| McEvoy, R | 3.00 | 502.35 | 0.00 | 0.00 | 3.00 | 502.35 | 0.00 | 0.00 | 3.00 | 502.35 |
| | 12.00 | $2,565.54 | 0.00 | $0.00 | 12.00 | $2,565.54 | 0.00 | $0.00 | 12.00 | $2,565.54 |

RANGE OF HOURS
RANGE OF FEES

(-) REASONS FOR TASK HOUR ASSIGNMENTS
F    FINAL BILL

EXHIBIT E
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS
Alvarez & Marsal, LLC

NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Aulabaugh, D | 10.40 | 5,457.71 |
| Gavejian, M | 23.50 | 9,279.08 |
| Hede, A | 23.00 | 9,146.48 |
| McEvoy, R | 7.00 | 1,172.15 |
| Mills, D | 0.50 | 309.02 |
| Williams, M | 0.50 | 309.02 |
| | 64.90 | $25,673.45 |

NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS - MULTIPLE ATTENDANCE

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Aulabaugh, D | 10.40 | 5,457.71 |
| Gavejian, M | 0.00 | 0.00 |
| Hede, A | 23.00 | 9,146.48 |
| McEvoy, R | 7.00 | 1,172.15 |
| Mills, D | 0.50 | 309.02 |
| Williams, M | 0.50 | 309.02 |
| | 41.40 | $16,394.37 |

EXHIBIT E
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS
Alvarez & Marsal, LLC

| DATE | TIMEKEEPER | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | | | DESCRIPTION |
|------|-----------|-------------|---------------|--------------|------------|------------|---|---|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | | | |
| 06/01/06 Thu | Aulabaugh, D 13/42 | 2.20 | 2.20 | 368.39 | | | F & | 1 | | CONFERENCE CALL WITH COMMITTEE |
| 06/01/06 Thu | Aulabaugh, D 13/43 | 1.10 | 1.10 | 184.20 | | | F & | 1 | | DIALED IN TO MEETING WITH WD MANAGEMENT TEAM |
| 06/01/06 Thu | Gavejian, M 13/154 | 2.00 | 2.00 | 334.90 | | | F | 1 | | PARTICIPATED IN COMMITTEE-ONLY MEETING |
| 06/01/06 Thu | Gavejian, M 13/155 | 3.00 | 3.00 | 502.35 | | | F | 1 | | PARTICIPATED IN MEETING BETWEEN THE COMMITTEE AND THE DEBTORS FOR THE PRESENTATION OF THE BUSINESS PLAN |
| 06/01/06 Thu | Hede, A 13/2 | 2.00 | 2.00 | 334.90 | | | F & | 1 | | PARTICIPATED IN COMMITTEE MEETING |
| 06/01/06 Thu | Hede, A 13/3 | 3.00 | 3.00 | 502.35 | | | F & | 1 | | PARTICIPATED IN COMMITTEE/WINN-DIXIE MEETING |
| 06/01/06 Thu | McEvoy, R 13/105 | 6.00 | 6.00 | 1,004.70 | | | F & | 1 | | PREPARED FOR AND PARTICIPATED IN WD MANAGEMENT PRESENTATION, AND UNSECURED CREDITORS' COMMITTEE MEETING |
| 06/08/06 Thu | Aulabaugh, D 13/62 | 0.60 | 0.60 | 100.47 | | | F & | 1 | | CONFERENCE CALL WITH COMMITTEE |
| 06/08/06 Thu | Gavejian, M 13/200 | 1.00 | 1.00 | 167.45 | | | F | 1 | | CONFERENCE CALL WITH THE COMMITTEE |
| 06/08/06 Thu | Hede, A 13/7 | 1.00 | 1.00 | 167.45 | | | F & | 1 | | COMMITTEE CALL |
| 06/08/06 Thu | McEvoy, R 13/123 | 1.00 | 1.00 | 167.45 | | | F & | 1 | | CONFERENCE CALL WITH THE COMMITTEE |
| 06/21/06 Wed | Gavejian, M 13/235 | 0.50 | 0.50 | 83.73 | | | F | 1 | | CALL WITH COMMITTEE PROFESSIONALS ONLY |
| 06/21/06 Wed | Gavejian, M 13/236 | 1.50 | 1.50 | 251.18 | | | F | 1 | | CALL WITH THE COMMITTEE |
| 06/21/06 Wed | Gavejian, M 13/237 | 2.00 | 1.00 | 167.45 | C C | | F | 1 2 | | SUMMARIZED CONCLUSIONS REGARDING RETENTION OF DELOITTE CONSULTING AND DISCUSSED WITH MILBANK |
| 06/21/06 Wed | Hede, A 13/25 | 0.50 | 0.50 | 83.73 | | | F & | 1 | | CALL WITH COMMITTEE PROFESSIONALS ONLY |
| 06/21/06 Wed | Hede, A 13/26 | 1.50 | 1.50 | 251.18 | | | F & | 1 | | CALL WITH THE COMMITTEE |
| 06/21/06 Wed | Hede, A 13/27 | 1.50 | 1.50 | 251.18 | | | F & | 1 | | MEETING: SKADDEN, BLACKSTONE, MILBANK AND HLHZ |

& NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS - MULTIPLE ATTENDAN
~ See the last page of exhibit for explanation

EXHIBIT E
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS
Alvarez & Marsal, LLC

|  |  |  | INFORMATIONAL | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DATE | TIMEKEEPER | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
| 06/22/06 Thu | Gavejian, M  13/238 | 1.50 | 1.50 | 251.18 |  |  | F |  | 1 CALL WITH SPENCER STUART AND PETER LYNCH TO DISCUSS BOARD OF DIRECTORS SELECTIONS |
| 06/22/06 Thu | Hede, A  13/28 | 1.50 | 1.50 | 251.18 |  |  | F | & | 1 CALL WITH SPENCER STUART AND PETER LYNCH TO DISCUSS BOARD OF DIRECTORS SELECTIONS |
| 06/26/06 Mon | Gavejian, M  13/249 | 1.00 | 1.00 | 167.45 |  |  | F |  | 1 CALL WITH HLHZ AND MILBANK REGARDING THE PLAN OF REORGANIZATION |
| 06/26/06 Mon | Hede, A  13/34 | 1.50 | 1.50 | 251.18 |  |  | F | & | 1 CALL WITH MILBANK AND HLHZ REGARDING THE DEBTORS PLAN OF REORGANIZATION |
| 06/28/06 Wed | Gavejian, M  13/257 | 2.00 | 2.00 | 334.90 |  |  | F |  | 1 CONFERENCE CALL WITH THE COMMITTEE |
| 06/28/06 Wed | Hede, A  13/38 | 5.00 | 2.50 | 418.63 | C  C, B |  | F  F |  | 1 COMMITTEE CALL: 2 BUSINESS PLAN REVIEW AND PRESENTATION |
| 06/30/06 Fri | Gavejian, M  13/260 | 0.50 | 0.50 | 83.73 |  |  | F |  | 1 CALL WITH M.BARR AND M.COMERFORD (MILBANK) TO DISCUSS CLAIMS PROCESS |
| 06/30/06 Fri | Hede, A  13/41 | 0.50 | 0.50 | 83.73 |  |  | F | & | 1 CALL WITH MILBANK TO DISCUSS CLAIMS PROCESS |
| 07/13/06 Thu | Aulabaugh, D  14/293 | 1.20 | 1.20 | 1,423.49 |  |  | F | & | 1 CONFERENCE CALL WITH THE COMMITTEE |
| 07/13/06 Thu | Gavejian, M  14/307 | 2.00 | 1.00 | 1,186.24 | C  C |  | F  F |  | 1 PARTICIPATED IN CALL WITH THE COMMITTEE AND ADVISORS; 2 PRESENTED A&M'S REVIEW OF WINN-DIXIE'S BUSINESS PLAN |
| 07/13/06 Thu | Hede, A  14/281 | 2.00 | 2.00 | 2,372.48 |  |  | F | & | 1 COMMITTEE CALL |
| 07/20/06 Thu | Gavejian, M  14/315 | 0.50 | 0.50 | 593.12 |  |  | F |  | 1 CONFERENCE CALL WITH THE COMMITTEE |
| 07/20/06 Thu | Hede, A  14/285 | 1.00 | 1.00 | 1,186.24 |  |  | F | & | 1 COMMITTEE CALL |
| 08/08/06 Tue | Gavejian, M  15/375 | 1.00 | 1.00 | 723.59 |  |  | F |  | 1 CALL WITH SKADDEN, MILBANK, LOGAN AND CO. AND XROADS REGARDING CLAIMS INFORMATION |
| 08/08/06 Tue | Hede, A  15/324 | 1.00 | 1.00 | 723.59 |  |  | F | & | 1 CALL WITH SKADDEN, XROADS AND MILBANK REGARDING CLAIMS |
| 08/10/06 Thu | Aulabaugh, D  15/355 | 1.00 | 1.00 | 723.59 |  |  | F | & | 1 PARTICIPATED IN CONFERENCE CALL WITH THE COMMITTEE |

& NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS - MULTIPLE ATTENDAN
~ See the last page of exhibit for explanation

EXHIBIT E
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS
Alvarez & Marsal, LLC

| DATE | TIMEKEEPER | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------|-------------|---------------|--|-----------|------------|---|--|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | | |
| 08/10/06 Thu | Gavejian, M 15/382 | 1.00 | 1.00 | 723.59 | | | F | 1 | COMMITTEE CONFERENCE CALL |
| 08/10/06 Thu | Hede, A 15/326 | 1.00 | 1.00 | 723.59 | | | F & | 1 | COMMITTEE CALL |
| 09/05/06 Tue | Aulabaugh, D 16/453 | 0.40 | 0.40 | 247.22 | | | F & | 1 | DISCUSSION WITH MILBANK ABOUT UPCOMING MOTIONS AND STORE 1409 REVISED MOTION |
| 09/05/06 Tue | Gavejian, M 16/488 | 0.50 | 0.50 | 309.02 | | | F | 1 | CALL WITH J.MILTON (MILBANK) REGARDING THE IBM MOTION AND MEMO |
| 09/07/06 Thu | Aulabaugh, D 16/463 | 1.00 | 1.00 | 618.04 | | | F & | 1 | COMMITTEE CONFERENCE CALL |
| 09/07/06 Thu | Gavejian, M 16/490 | 1.00 | 1.00 | 618.04 | | | F | 1 | CONFERENCE CALL WITH THE COMMITTEE |
| 09/14/06 Thu | Aulabaugh, D 16/472 | 1.00 | 1.00 | 618.04 | | | F & | 1 | CONFERENCE CALL WITH THE COMMITTEE |
| 09/14/06 Thu | Gavejian, M 16/494 | 1.00 | 1.00 | 618.04 | | | F | 1 | CONFERENCE CALL WITH THE COMMITTEE |
| 09/14/06 Thu | Hede, A 16/434 | 1.00 | 1.00 | 618.04 | | | F & | 1 | COMMITTEE CALL |
| 09/19/06 Tue | Gavejian, M 16/498 | 0.50 | 0.50 | 309.02 | | | F | 1 | CALL WITH HLHZ, MILBANK, SKADDEN, DELOITTE & TOUCHE TO REVIEW ASSUMPTIONS, FOLLOW UP QUESTIONS |
| 09/19/06 Tue | Mills, D 16/448 | 0.50 | 0.50 | 309.02 | F | | F & | 1 | CALL WITH DELOITTE & TOUCHE TO DISCUSS TAX ANALYSIS |
| 09/19/06 Tue | Williams, M 16/451 | 0.50 | 0.50 | 309.02 | F | | F & | 1 | CALL WITH DELOITTE & TOUCHE TO DISCUSS TAX ANALYSIS |
| 09/25/06 Mon | Aulabaugh, D 16/484 | 1.10 | 1.10 | 679.84 | | | F & | 1 | DISCUSSION WITH XROADS RELATING TO PARTICULARS ON RETROACTIVE LEASE MOTION |
| 09/25/06 Mon | Aulabaugh, D 16/485 | 0.80 | 0.80 | 494.43 | | | F & | 1 | CALL WITH MILBANK REGARDING RETROACTIVE LEASE MEMO |
| 09/25/06 Mon | Gavejian, M 16/520 | 1.00 | 0.50 | 309.02 | C C | | F | 1 2 | REVIEW ANALYSIS OF CLASS 13 CLAIMS AND DISCUSSED WITH XROADS AND MILBANK |
| 09/25/06 Mon | Gavejian, M 16/523 | 1.00 | 1.00 | 618.04 | | | F | 1 | CALL WITH J.YOUNG (XROADS) AND WINN-DIXIE INTERNAL COUNSEL TO DISCUSS NEGOTIATIONS OF ASSUMPTIONS AND TERMS INCLUDED IN CONTRACTS |

& NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS - MULTIPLE ATTENDAN
~ See the last page of exhibit for explanation

EXHIBIT E
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS
Alvarez & Marsal, LLC

| DATE | TIMEKEEPER | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| | | | INFORMATIONAL | | | | | | |
| 09/28/06 Thu | Gavejian, M 16/539 | 1.50 | 1.50 | 927.06 | | | F | 1 | CONFERENCE CALL WITH THE COMMITTEE |
| 09/28/06 Thu | Hede, A 16/443 | 1.50 | 1.50 | 927.06 | | | F & | 1 | COMMITTEE CALL |
| | TOTAL OF ALL ENTRIES | | 64.90 | $25,673.45 | | | | | |
| | TOTAL ENTRY COUNT: | 51 | | | | | | | |
| | TOTAL TASK COUNT: | 51 | | | | | | | |
| | TOTAL OF & ENTRIES | | 41.40 | $16,394.37 | | | | | |
| | TOTAL ENTRY COUNT: | 30 | | | | | | | |
| | TOTAL TASK COUNT: | 30 | | | | | | | |

& NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS - MULTIPLE ATTENDAN
~ See the last page of exhibit for explanation

EXHIBIT E
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS
Alvarez & Marsal, LLC

SUMMARY OF HOURS AND FEES BY INDIVIDUAL
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS

| TIMEKEEPER | ISOLATED HOURS | ISOLATED FEES | BLOCKED HOURS | BLOCKED FEES | MAXIMUM HOURS | MAXIMUM FEES | PROPORTIONAL HOURS | PROPORTIONAL FEES | COMBINED HOURS | COMBINED FEES |
|---|---|---|---|---|---|---|---|---|---|---|
| Aulabaugh, D | 10.40 | 5,457.71 | 0.00 | 0.00 | 10.40 | 5,457.71 | 0.00 | 0.00 | 10.40 | 5,457.71 |
| Gavejian, M | 21.00 | 7,616.37 | 5.00 | 3,325.42 | 26.00 | 10,941.79 | 2.50 | 1,662.71 | 23.50 | 9,279.08 |
| Hede, A | 20.50 | 8,727.85 | 5.00 | 837.25 | 25.50 | 9,565.10 | 2.50 | 418.63 | 23.00 | 9,146.48 |
| McEvoy, R | 7.00 | 1,172.15 | 0.00 | 0.00 | 7.00 | 1,172.15 | 0.00 | 0.00 | 7.00 | 1,172.15 |
| Mills, D | 0.50 | 309.02 | 0.00 | 0.00 | 0.50 | 309.02 | 0.00 | 0.00 | 0.50 | 309.02 |
| Williams, M | 0.50 | 309.02 | 0.00 | 0.00 | 0.50 | 309.02 | 0.00 | 0.00 | 0.50 | 309.02 |
| | 59.90 | $23,592.12 | 10.00 | $4,162.67 | 69.90 | $27,754.79 | 5.00 | $2,081.34 | 64.90 | $25,673.45 |

RANGE OF HOURS

RANGE OF FEES

EXHIBIT E
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS
Alvarez & Marsal, LLC

SUMMARY OF HOURS AND FEES BY INDIVIDUAL FOR
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS - MULTIPLE ATTENDANCE

| TIMEKEEPER | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Aulabaugh, D | 10.40 | 5,457.71 | 0.00 | 0.00 | 10.40 | 5,457.71 | 0.00 | 0.00 | 10.40 | 5,457.71 |
| Gavejian, M | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Hede, A | 20.50 | 8,727.85 | 5.00 | 837.25 | 25.50 | 9,565.10 | 2.50 | 418.63 | 23.00 | 9,146.48 |
| McEvoy, R | 7.00 | 1,172.15 | 0.00 | 0.00 | 7.00 | 1,172.15 | 0.00 | 0.00 | 7.00 | 1,172.15 |
| Mills, D | 0.50 | 309.02 | 0.00 | 0.00 | 0.50 | 309.02 | 0.00 | 0.00 | 0.50 | 309.02 |
| Williams, M | 0.50 | 309.02 | 0.00 | 0.00 | 0.50 | 309.02 | 0.00 | 0.00 | 0.50 | 309.02 |
| | 38.90 | $15,975.75 | 5.00 | $837.25 | 43.90 | $16,813.00 | 2.50 | $418.63 | 41.40 | $16,394.37 |

RANGE OF HOURS

RANGE OF FEES

(–) REASONS FOR TASK HOUR ASSIGNMENTS
F    FINAL BILL

EXHIBIT F
PERSONNEL WHO BILLED 10.00 OR FEWER HOURS
Alvarez & Marsal, LLC

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Mills, D | 3.00 | 1,854.12 |
| Williams, M | 10.00 | 6,180.40 |
| | 13.00 | $8,034.52 |

EXHIBIT F
PERSONNEL WHO BILLED 10.00 OR FEWER HOURS
Alvarez & Marsal, LLC

| NAME | DATE | ENTRY HOURS | INFORMATIONAL COMBINED HOURS | INFORMATIONAL COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| Mills, D | 09/18/06 Mon | 1.50 16 / 446 | 1.50 | 927.06 | C C | | | 1 2 | REVIEW OF DELOITTE & TOUCHE SECTION 382(L)(5); 382(L)(6) ANALYSIS |
| | 09/19/06 Tue | 1.00 16 / 447 | 1.00 | 618.04 | C C | | | 1 2 | REVIEW OF DELOITTE & TOUCHE SECTION 382(L)(5); 382(L)(6) ANALYSIS |
| | 09/19/06 Tue | 0.50 16 / 448 | 0.50 | 309.02 | E | F | | 1 | CALL WITH DELOITTE & TOUCHE TO DISCUSS TAX ANALYSIS |
| | | | 3.00 | 1,854.12 | | | | | |
| | NUMBER OF ENTRIES: | 3 | | | | | | | |
| Williams, M | 09/18/06 Mon | 5.00 16 / 449 | 5.00 | 3,090.20 | C C | | | 1 2 | REVIEW OF DELOITTE & TOUCHE SECTION 382(L)(5); 382(L)(6) ANALYSIS |
| | 09/19/06 Tue | 3.50 16 / 450 | 3.50 | 2,163.14 | C C | | | 1 2 | REVIEW OF DELOITTE & TOUCHE SECTION 382(L)(5); 382(L)(6) ANALYSIS |
| | 09/19/06 Tue | 0.50 16 / 451 | 0.50 | 309.02 | E | F | | 1 | CALL WITH DELOITTE & TOUCHE TO DISCUSS TAX ANALYSIS |
| | 09/27/06 Wed | 1.00 16 / 452 | 1.00 | 618.04 | | F | | 1 | PREPARATION FOR POTENTIAL CALL WITH CREDITORS COMMITTEE |
| | | | 10.00 | 6,180.40 | | | | | |
| | NUMBER OF ENTRIES: | 4 | | | | | | | |
| | | | 13.00 | $8,034.52 | | | | | |

Total
Number of Entries:        7

~  See the last page of exhibit for explanation

EXHIBIT F
PERSONNEL WHO BILLED 10.00 OR FEWER HOURS
Alvarez & Marsal, LLC

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER | ISOLATED HOURS | ISOLATED FEES | BLOCKED HOURS | BLOCKED FEES | MAXIMUM HOURS | MAXIMUM FEES | PROPORTIONAL HOURS | PROPORTIONAL FEES | COMBINED HOURS | COMBINED FEES |
|---|---|---|---|---|---|---|---|---|---|---|
| Mills, D | 3.00 | 1,854.12 | 0.00 | 0.00 | 3.00 | 1,854.12 | 0.00 | 0.00 | 3.00 | 1,854.12 |
| Williams, M | 10.00 | 6,180.40 | 0.00 | 0.00 | 10.00 | 6,180.40 | 0.00 | 0.00 | 10.00 | 6,180.40 |
| | 13.00 | $8,034.52 | 0.00 | $0.00 | 13.00 | $8,034.52 | 0.00 | $0.00 | 13.00 | $8,034.52 |

RANGE OF HOURS

RANGE OF FEES

(–) REASONS FOR TASK HOUR ASSIGNMENTS
F        FINAL BILL

EXHIBIT G-1
DAYS BILLED IN EXCESS OF 12.00 HOURS
Alvarez & Marsal, LLC

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Gavejian, M | 87.00 | 14,568.15 |
| McEvoy, R | 53.50 | 8,958.58 |
| | 140.50 | $23,526.73 |

EXHIBIT G-1
DAYS BILLED IN EXCESS OF 12.00 HOURS
Alvarez & Marsal, LLC

| NAME | DATE | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|------|------|-------------|---------------|--------------|------------|------------|---|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | | |
| Gavejian, M | 06/05/06 | 3.50 Mon | 3.50 13 / 177 | 586.08 | | | F | 1 | INPUT OF DATA FOR STORE P&L'S THROUGH PERIOD 11 AND REVISION OF ANALYSES BASED ON DATA |
| | | 2.50 Mon | 2.50 13 / 178 | 418.63 | | | F | 1 | INPUT OF DATA FOR CATEGORY SALES AND SHRINK THROUGH WEEK 47 AND REVISION OF ANALYSES BASE DON NEW DATA |
| | | 1.50 Mon | 1.50 13 / 179 | 251.18 | | | F | 1 | REVIEW OF NEW INFORMATION RECEIVED FROM BLACKSTONE RELATIVE TO DUE DILIGENCE REQUESTS |
| | | 2.00 Mon | 2.00 13 / 180 | 334.90 | | | F | 1 | REVISED COMMENTARY IN PRESENTATION AFTER REVIEW OF NEW INFORMATION |
| | | 1.00 Mon | 1.00 13 / 181 | 167.45 | | | F | 1 | DISCUSSED WEEK 47 REPORTING DATA WITH M.DUSSINGER (XROADS) |
| | | 3.50 Mon | 3.50 13 / 182 | 586.08 | | | F | 1 | REVISED PRESENTATION ANALYSES BASED ON NEW DATA AND INFORMATION RECEIVED |
| | | | 14.00 | 2,344.30 | | | | | |
| | NUMBER OF ENTRIES: | 6 | | | | | | | |
| | 06/06/06 | 1.50 Tue | 1.50 13 / 183 | 251.18 | B | | F | 1 | WORK WITH PRESENTATION TO THE COMMITTEE |
| | | 2.00 Tue | 2.00 13 / 184 | 334.90 | | | F | 1 | REVIEWED AND INPUT R.MCEVOY'S HISTORICAL RESULTS COMMENTARY INTO PRESENTATION |
| | | 2.00 Tue | 2.00 13 / 185 | 334.90 | | | F | 1 | REVIEWED AND INPUT R.MCEVOY'S FORECAST FINANCIAL PERFORMANCE COMMENTARY INTO PRESENTATION |
| | | 9.00 Tue | 9.00 13 / 186 | 1,507.05 | | | F | 1 | REVISED AND FORMATTED ANALYSES AND ADDED TO BUSINESS PLAN PRESENTATION, REVISED COMMENTARY AS NECESSARY |
| | | | 14.50 | 2,428.03 | | | | | |
| | NUMBER OF ENTRIES: | 4 | | | | | | | |

~ See the last page of exhibit for explanation

EXHIBIT G-1
DAYS BILLED IN EXCESS OF 12.00 HOURS
Alvarez & Marsal, LLC

| NAME | DATE | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|------|------|-------------|---------------|---|------------|------------|---|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | | |
| Gavejian, M | 06/07/06 | 1.00 | 1.00 | 167.45 | | | F | 1 | REVIEW AND DISTRIBUTION OF SUB CON REPORTS TO A.HEDE |
| | Wed | | 13 / 187 | | | | | | |
| | | 1.00 | 1.00 | 167.45 | | | F | 1 | REVIEW OF INFORMATION RECEIVED FROM XROADS |
| | Wed | | 13 / 188 | | | | | | |
| | | 1.50 | 1.50 | 251.18 | | | F | 1 | REVIEW OF PROPOSED FORMAT OF SENSITIVITY ANALYSES |
| | Wed | | 13 / 189 | | | | | | |
| | | 5.50 | 5.50 | 920.98 | | | F | 1 | PREPARATION OF SENSITIVITY ANALYSIS BASED ON VARIOUS SCENARIOS |
| | Wed | | 13 / 190 | | | | | | |
| | | 1.00 | 1.00 | 167.45 | | | F | 1 | INPUT WORKING CAPITAL SLIDE AND COMMENTARY FROM R.MCEVOY |
| | Wed | | 13 / 191 | | | | | | |
| | | 3.50 | 3.50 | 586.08 | | | F | 1 | REVISED AND FORMATTED ANALYSES AND ADDED TO BUSINESS PLAN PRESENTATION, REVISED COMMENTARY AS NECESSARY |
| | Wed | | 13 / 192 | | | | | | |
| | | | 13.50 | 2,260.58 | | | | | |

NUMBER OF ENTRIES:    6

~  See the last page of exhibit for explanation

EXHIBIT G-1
DAYS BILLED IN EXCESS OF 12.00 HOURS
Alvarez & Marsal, LLC

| NAME | DATE | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|------|------|-------------|-------|-------|------------|------------|---|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | | |
| Gavejian, M | 06/08/06 | 2.50 | 2.50 | 418.63 | | | F | 1 | REVIEW SUMMARY ANALYSIS OF P.LYNCH'S COMPENSATION REQUESTS. |
| | Thu | | 13 / 193 | | | | | | |
| | | 1.00 | 1.00 | 167.45 | | | F | 1 | RESEARCH LANDLORDS FOR CERTAIN PROPERTIES |
| | Thu | | 13 / 194 | | | | | | |
| | | 2.50 | 2.50 | 418.63 | | | F | 1 | MODIFIED DRAFT OF TIMELINE OF KEY EVENTS FOR WINN-DIXIE |
| | Thu | | 13 / 195 | | | | | | |
| | | 3.00 | 3.00 | 502.35 | | | F | 1 | REVIEW THE SETTLEMENT AGREEMENT AND PREPARED A MEMO TO THE COMMITTEE DETAILING THE DEBTORS' SETTLEMENT WITH SCHREIBER |
| | Thu | | 13 / 196 | | | | | | |
| | | 1.00 | 1.00 | 167.45 | | | F | 1 | DISCUSSED SCHREIBER SETTLEMENT WITH XROADS |
| | Thu | | 13 / 197 | | | | | | |
| | | 1.50 | 1.50 | 251.18 | | | F | 1 | REVISED SCHREIBER MEMO BASED ON COMMENTS FROM MILBANK |
| | Thu | | 13 / 198 | | | | | | |
| | | 1.00 | 1.00 | 167.45 | | | F | 1 | DISTRIBUTED FOLLOW UP E-MAILS TO XROADS BASED ON REVIEW OF DUE DILIGENCE REQUEST LIST |
| | Thu | | 13 / 199 | | | | | | |
| | | 1.00 | 1.00 | 167.45 | | | F | 1 | CONFERENCE CALL WITH THE COMMITTEE |
| | Thu | | 13 / 200 | | | | | | |
| | | 1.50 | 1.50 | 251.18 | | | F | 1 | REVIEW OF WINN-DIXIE'S RENEGOTIATED POST-PETITION SUPPLY AGREEMENT WITH SANDERSON FARMS |
| | Thu | | 13 / 201 | | | | | | |
| | | 1.50 | 1.50 | 251.18 | | | F | 1 | REVIEW OF WINN-DIXIE'S RENEGOTIATED POST-PETITION SUPPLY AGREEMENT WITH LIBMAN |
| | Thu | | 13 / 202 | | | | | | |
| | | | 16.50 | 2,762.93 | | | | | |

NUMBER OF ENTRIES:    10

~  See the last page of exhibit for explanation

EXHIBIT G-1
DAYS BILLED IN EXCESS OF 12.00 HOURS
Alvarez & Marsal, LLC

| NAME | DATE | ENTRY HOURS | INFORMATIONAL COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|------|------|-------------|-------------------|---------------|------------|------------|---|---|-------------|
| Gavejian, M | 06/12/06 | 1.00 Mon | 1.00 13 / 209 | 167.45 | | | F | 1 | CONFIRMED POINTS RELATED TO THE SCHREIBER SETTLEMENT BASED ON QUESTIONS FROM THE COMMITTEE |
| | | 1.00 Mon | 1.00 13 / 210 | 167.45 | | | F | 1 | INPUT REVISED COMMENTARY FROM R.MCEVOY |
| | | 1.00 Mon | 1.00 13 / 211 | 167.45 | | | F | 1 | DISCUSSED COST REDUCTIONS ACHIEVED TO DATE AND FORECAST WITH M.DUSSINGER (XROADS) |
| | | 2.50 Mon | 2.50 13 / 212 | 418.63 | | | F | 1 | REVIEW COST REDUCTION SUPPORT FROM M.DUSSINGER (XROADS) |
| | | 3.00 Mon | 3.00 13 / 213 | 502.35 | | | F | 1 | REVISED PRESENTATION SLIDES REGARDING COST REDUCTIONS BASED ON NEW INFORMATION RECEIVED |
| | | 5.50 Mon | 5.50 13 / 214 | 920.98 | | | F | 1 | REVISED ORGANIZATION AND FORMATTING OF PRESENTATION |
| | | | 14.00 | 2,344.30 | | | | | |
| | NUMBER OF ENTRIES: | 6 | | | | | | | |
| | 06/13/06 | 1.00 Tue | 1.00 13 / 215 | 167.45 | | | F | 1 | REVISED AND INPUT MARKET SHARE ANALYSIS |
| | | 1.50 Tue | 1.50 13 / 216 | 251.18 | | | F | 1 | REVIEWED CASH FLOWS RELATED TO D&O TAIL INSURANCE INCLUDED IN THE MAY 2006 BUSINESS PLAN |
| | | 1.00 Tue | 1.00 13 / 217 | 167.45 | | | F | 1 | DISCUSSED NEW ORLEANS MARKET SHARE DATA WITH M.DUSSINGER (XROADS) |
| | | 1.50 Tue | 1.50 13 / 218 | 251.18 | | | F | 1 | ADDED COMMENTARY TO MARKET SHARE ANALYSIS PAGES |
| | | 9.50 Tue | 9.50 13 / 219 | 1,590.78 | | | F | 1 | CONTINUED TO REVISE FORMATTING AND COMMENTARY OF PRESENTATION |
| | | | 14.50 | 2,428.03 | | | | | |
| | NUMBER OF ENTRIES: | 5 | | | | | | | |
| | | | 87.00 | 14,568.15 | | | | | |
| | NUMBER OF ENTRIES: | 37 | | | | | | | |

McEvoy, R

~  See the last page of exhibit for explanation

EXHIBIT G-1
DAYS BILLED IN EXCESS OF 12.00 HOURS
Alvarez & Marsal, LLC

| NAME | DATE | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|------|------|-------------|---------------|--|------------|------------|---|--|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | | |
| McEvoy, R | 06/04/06 | 9.00 Sun | 9.00 13 / 111 | 1,507.05 | C | | F | 1 | WORKED TO ADVANCE OUR EVALUATION OF WD'S MAY BUSINESS PLAN. PREPARED OUTLINE OF PRESENTATION AND REVIEWED AND COMMENTED ON LATEST DRAFT |
| | | 4.00 Sun | 4.00 13 / 112 | 669.80 | | | F | 1 | REVIEW COMPETITOR DATA (PUBLIX, DELHAIZE, SAFEWAY OTHERS) COMPILED BY DANIELLO |
| | | | 13.00 | 2,176.85 | | | | | |
| | NUMBER OF ENTRIES: | 2 | | | | | | | |
| | 06/12/06 | 1.50 Mon | 1.50 13 / 135 | 251.18 | | | F | 1 | PREPARED REVISED COMMENTARY FOR THE PRESENTATION AND PROVIDED COMMENTS TO M.GAVEJIAN |
| | | 5.00 Mon | 5.00 13 / 136 | 837.25 | | | F | 1 | REVIEW OF LATEST DRAFT OF PRESENTATION, INCLUDING UPDATED ANALYSES AND RECENTLY UPDATED COMMENTARY |
| | | 2.50 Mon | 2.50 13 / 137 | 418.63 | | | F | 1 | REVIEW OF WORKING CAPITAL ANALYSIS AND CONSIDERATIONS GIVEN THE ASSUMPTIONS |
| | | 3.00 Mon | 3.00 13 / 138 | 502.35 | | | F | 1 | REVIEW TRADESCOPE MARKET SHARE DATA COMPILED BY DANIELLO. |
| | | 2.00 Mon | 2.00 13 / 139 | 334.90 | | | F | 1 | REVIEW INFORMATION ON CONSUMER FOOD SPENDING IN THE NEW ORLEANS AREA (GOVERNMENT DATA, DONOR DATA ETC.) |
| | | | 14.00 | 2,344.30 | | | | | |
| | NUMBER OF ENTRIES: | 5 | | | | | | | |
| | 06/13/06 | 3.00 Tue | 3.00 13 / 140 | 502.35 | | | F | 1 | REVIEW OF NEW ORLEANS MARKET SHARE DATA |
| | | 5.00 Tue | 5.00 13 / 141 | 837.25 | | | F | 1 | REVIEW OF DMAS WITH SIGNIFICANTLY NEGATIVE MARKET SHARE CHANGES IN 2005; |
| | | | | | | | F | 2 | ANALYSIS OF CAUSES AND STEPS TO BE TAKEN TO REMEDY LOSS |
| | | 1.00 Tue | 1.00 13 / 142 | 167.45 | | | F | 1 | REVIEW INFORMATION ON CONSUMER FOOD SPENDING IN THE NEW ORLEANS AREA (GOVERNMENT DATA, DONOR DATA ETC.) |
| | | 4.00 Tue | 4.00 13 / 143 | 669.80 | | | F | 1 | REVIEW TRADESCOPE MARKET SHARE DATA COMPILED BY C.DANIELLO |
| | | | 13.00 | 2,176.85 | | | | | |
| | NUMBER OF ENTRIES: | 4 | | | | | | | |

~ See the last page of exhibit for explanation

EXHIBIT G-1
DAYS BILLED IN EXCESS OF 12.00 HOURS
Alvarez & Marsal, LLC

| NAME | DATE | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| | | | INFORMATIONAL | | | | | | |
| McEvoy, R | 06/14/06 | 6.50 | 6.50 | 1,088.43 | | | F | 1 | INDIVIDUAL QUALITY CHECK AND REVIEW OF PRESENTATION, PRINCIPALLY TO ENSURE THAT MESSAGE POINTS ARE CONSISTENT, BUT ALSO TEXT AND COMMENTARY |
| | Wed | | 13 / 144 | | | | | | |
| | | 2.50 | 2.50 | 418.63 | | | F | 1 | REVIEW INFORMATION ON CONSUMER FOOD SPENDING IN THE NEW ORLEANS AREA (GOVERNMENT DATA, DONOR DATA ETC.) |
| | Wed | | 13 / 145 | | | | | | |
| | | 4.00 | 4.00 | 669.80 | | | F | 1 | REVIEW TRADESCOPE MARKET SHARE DATA COMPILED BY C.DANIELLO |
| | Wed | | 13 / 146 | | | | | | |
| | | 0.50 | 0.50 | 83.73 | | | F | 1 | REVIEW SUPERMARKET INDUSTRY AND ANALYST REPORTS. |
| | Wed | | 13 / 147 | | | | | | |
| | | | 13.50 | 2,260.58 | | | | | |

NUMBER OF ENTRIES:    4

|  | 53.50 | 8,958.58 |
|---|---|---|

NUMBER OF ENTRIES:    15

|  | 140.50 | $23,526.73 |
|---|---|---|

TOTAL
NUMBER OF ENTRIES:    10

~  See the last page of exhibit for explanation

EXHIBIT G-1
DAYS BILLED IN EXCESS OF 12.00 HOURS
Alvarez & Marsal, LLC

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
| TIMEKEEPER | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
|---|---|---|---|---|---|---|---|---|---|---|
| Gavejian, M | 87.00 | 14,568.15 | 0.00 | 0.00 | 87.00 | 14,568.15 | 0.00 | 0.00 | 87.00 | 14,568.15 |
| McEvoy, R | 53.50 | 8,958.58 | 0.00 | 0.00 | 53.50 | 8,958.58 | 0.00 | 0.00 | 53.50 | 8,958.58 |
| | 140.50 | $23,526.73 | 0.00 | $0.00 | 140.50 | $23,526.73 | 0.00 | $0.00 | 140.50 | $23,526.73 |

—— RANGE OF HOURS ——

—— RANGE OF FEES ——

(–) REASONS FOR TASK HOUR ASSIGNMENTS
F      FINAL BILL

*Stuart Maue*

**Exhibit G-2**
**Daily Hours Billed for June 2006**
**Alvarez & Marsal, LLC**

| | 01 Thu | 02 Fri | 03 Sat | 04 Sun | 05 Mon | 06 Tue | 07 Wed | 08 Thu | 09 Fri | 10 Sat | 11 Sun | 12 Mon | 13 Tue | 14 Wed | 15 Thu | 16 Fri | 17 Sat | 18 Sun | 19 Mon | 20 Tue | 21 Wed | 22 Thu | 23 Fri | 24 Sat | 25 Sun | 26 Mon | 27 Tue | 28 Wed | 29 Thu | 30 Fri | | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1003 | 7.50 | 3.00 | | | 4.00 | | 2.50 | 5.00 | 3.00 | | | 3.00 | 6.00 | 8.00 | 7.00 | 4.00 | | | 7.00 | 2.50 | 3.50 | 5.00 | 5.50 | | | 4.00 | 3.00 | 5.00 | 4.00 | 1.50 | | 94.00 |
| 1007 | 12.00 | 12.00 | 11.00 | 12.00 | 14.00 | 14.50 | 13.50 | 16.50 | 8.50 | | 12.00 | 14.00 | 14.50 | 11.00 | 8.00 | 2.50 | | | 1.50 | 1.50 | 4.00 | 7.00 | 4.00 | | | 7.00 | 11.00 | 2.00 | 5.00 | 4.50 | | 223.50 |
| 1009 | 6.10 | 2.20 | | | 6.50 | 8.10 | 4.90 | 5.30 | 2.40 | | | 3.20 | 3.80 | 2.60 | 3.60 | 2.20 | | | 5.40 | 0.80 | 5.10 | 4.60 | 5.90 | | | 6.40 | 4.60 | 5.90 | 1.60 | | | 91.20 |
| 1012 | | | | | | | | | | | | 2.00 | 3.50 | 4.00 | 3.00 | | | | | | | | | | | | | | | | | 12.50 |
| 1013 | 12.00 | 12.00 | 11.00 | 13.00 | 12.00 | 12.00 | 11.00 | 11.00 | 12.00 | 4.00 | 12.00 | 14.00 | 13.00 | 13.50 | 3.00 | | | | 5.50 | 1.00 | 4.00 | | | | | | | | | | | 176.00 |
| Totals | 37.60 | 29.20 | 22.00 | 25.00 | 36.50 | 34.60 | 31.90 | 37.80 | 25.90 | 4.00 | 24.00 | 36.20 | 40.80 | 39.10 | 24.60 | 8.70 | 0.00 | 0.00 | 19.40 | 5.80 | 16.60 | 16.60 | 15.40 | 0.00 | 0.00 | 17.40 | 18.60 | 12.90 | 10.60 | 6.00 | 0.00 | 597.20 |

*Stuart Maue*

**Exhibit G-2**
**Daily Hours Billed for July 2006**
**Alvarez & Marsal, LLC**

| | 01 Sat | 02 Sun | 03 Mon | 04 Tue | 05 Wed | 06 Thu | 07 Fri | 08 Sat | 09 Sun | 10 Mon | 11 Tue | 12 Wed | 13 Thu | 14 Fri | 15 Sat | 16 Sun | 17 Mon | 18 Tue | 19 Wed | 20 Thu | 21 Fri | 22 Sat | 23 Sun | 24 Mon | 25 Tue | 26 Wed | 27 Thu | 28 Fri | 29 Sat | 30 Sun | 31 Mon | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1003 | | | | | 4.00 | 3.50 | 2.50 | | | 1.00 | 0.50 | 1.50 | 5.00 | 0.50 | | | 1.00 | | 1.50 | 1.50 | | | | 0.50 | 1.00 | | 3.00 | 8.00 | | | 2.00 | 37.00 |
| 1007 | | | | | 2.00 | 3.00 | 2.50 | | | 5.00 | 5.00 | 8.00 | 3.00 | 2.00 | | | 2.00 | 5.00 | 3.00 | 4.00 | | | | | | | | | | | | 44.50 |
| 1009 | | | | | | | | | | | | | 1.20 | | | | | | | | | | | | 1.60 | | | | | | | 2.80 |
| Totals | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 | 6.50 | 5.00 | 0.00 | 0.00 | 6.00 | 5.50 | 9.50 | 9.20 | 2.50 | 0.00 | 0.00 | 3.00 | 5.00 | 4.50 | 5.50 | 0.00 | 0.00 | 0.00 | 0.50 | 2.60 | 0.00 | 3.00 | 8.00 | 0.00 | 0.00 | 2.00 | 84.30 |

**Stuart Maue**

**Exhibit G-2**
**Daily Hours Billed for August 2006**
**Alvarez & Marsal, LLC**

| | 01 Tue | 02 Wed | 03 Thu | 04 Fri | 05 Sat | 06 Sun | 07 Mon | 08 Tue | 09 Wed | 10 Thu | 11 Fri | 12 Sat | 13 Sun | 14 Mon | 15 Tue | 16 Wed | 17 Thu | 18 Fri | 19 Sat | 20 Sun | 21 Mon | 22 Tue | 23 Wed | 24 Thu | 25 Fri | 26 Sat | 27 Sun | 28 Mon | 29 Tue | 30 Wed | 31 Thu | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1003 | 5.00 | 3.00 | | 3.00 | | | 7.50 | 1.00 | 2.00 | 1.00 | 0.50 | | | | 2.00 | | | 2.00 | | | 2.50 | | | 1.00 | | | | | | 1.00 | | 31.50 |
| 1007 | | | 4.50 | 3.00 | | | 5.00 | 3.50 | 5.00 | 5.50 | 4.00 | | | 5.50 | 2.50 | 3.00 | 3.00 | 2.50 | | | | 1.00 | 1.00 | 1.50 | 1.00 | | | 3.50 | 1.00 | 5.00 | 6.50 | 67.50 |
| 1009 | 1.60 | 3.50 | 4.90 | 3.30 | | 1.30 | 4.20 | 3.20 | 1.50 | 3.30 | 0.40 | | | | | | 3.70 | 2.80 | | | | | 4.60 | | | | | 0.30 | 0.40 | 0.20 | | 39.20 |
| Totals | 6.60 | 6.50 | 9.40 | 9.30 | 0.00 | 1.30 | 16.70 | 7.70 | 8.50 | 9.80 | 4.90 | 0.00 | 0.00 | 5.50 | 4.50 | 3.00 | 6.70 | 7.30 | 0.00 | 0.00 | 2.50 | 1.00 | 5.60 | 2.50 | 1.00 | 0.00 | 0.00 | 3.80 | 1.40 | 6.20 | 6.50 | 138.20 |

*Stuart Maue*

**Exhibit G-2**
**Daily Hours Billed for September 2006**
**Alvarez & Marsal, LLC**

| | 01 Fri | 02 Sat | 03 Sun | 04 Mon | 05 Tue | 06 Wed | 07 Thu | 08 Fri | 09 Sat | 10 Sun | 11 Mon | 12 Tue | 13 Wed | 14 Thu | 15 Fri | 16 Sat | 17 Sun | 18 Mon | 19 Tue | 20 Wed | 21 Thu | 22 Fri | 23 Sat | 24 Sun | 25 Mon | 26 Tue | 27 Wed | 28 Thu | 29 Fri | 30 Sat | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1003 | 1.00 | | | | | 2.00 | 7.00 | 0.50 | | | 2.00 | 1.50 | 2.00 | 2.00 | | | | | 2.00 | | | 2.00 | | | | 1.00 | 1.00 | 3.50 | 1.00 | | 28.50 |
| 1007 | 2.00 | | | | 0.50 | | 3.50 | 0.50 | | | 0.50 | | | 1.00 | 1.00 | | | | 1.00 | 8.50 | 8.00 | 8.00 | | | 9.00 | 10.00 | 10.00 | 6.00 | 6.50 | | 76.00 |
| 1009 | | | | | 5.50 | 3.30 | 3.60 | 2.60 | | | 2.80 | 3.00 | 2.80 | 1.80 | 1.30 | | | | 3.50 | 3.00 | 4.30 | 3.70 | | | 1.90 | 1.20 | | | | | 44.30 |
| 1014 | | | | | | | | | | | | | | | | | | 1.50 | 1.50 | | | | | | | | | | | | 3.00 |
| 1015 | | | | | | | | | | | | | | | | | | 5.00 | 4.00 | | | | | | | | 1.00 | | | | 10.00 |
| Totals | 3.00 | 0.00 | 0.00 | 0.00 | 6.00 | 5.30 | 14.10 | 3.60 | 0.00 | 0.00 | 5.30 | 4.50 | 4.80 | 4.80 | 2.30 | 0.00 | 0.00 | 6.50 | 12.00 | 11.50 | 12.30 | 13.70 | 0.00 | 0.00 | 10.90 | 12.20 | 12.00 | 9.50 | 7.50 | 0.00 | 161.80 |

EXHIBIT H
ADMINISTRATIVE/CLERICAL ACTIVITIES BY PROFESSIONALS
Alvarez & Marsal, LLC

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| McEvoy, R | 2.00 | 334.90 |
| | 2.00 | $334.90 |

EXHIBIT H
ADMINISTRATIVE/CLERICAL ACTIVITIES BY PROFESSIONALS
Alvarez & Marsal, LLC

| | | | INFORMATIONAL | | | | | |
|---|---|---|---|---|---|---|---|---|
| DATE | NAME | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
| 06/10/06 | McEvoy, R | 4.00 | 2.00 | 334.90 | C | | F | 1  REVIEW COMPETITOR AND INDUSTRY INFORMATION. |
| Sat | 13/131 | | | | C | | | 2  COMMUNICATIONS WITH FEDEX TO TRACK SHIPMENT OF MARKET SHARE DATA. |
| | | | 2.00 | $334.90 | | | | |

Total
Number of Entries:    1

~  See the last page of exhibit for explanation

EXHIBIT H
ADMINISTRATIVE/CLERICAL ACTIVITIES BY PROFESSIONALS
Alvarez & Marsal, LLC


SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
| | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
|---|---|---|---|---|---|---|---|---|---|---|
| McEvoy, R | 0.00 | 0.00 | 4.00 | 669.80 | 4.00 | 669.80 | 2.00 | 334.90 | 2.00 | 334.90 |
| | 0.00 | $0.00 | 4.00 | $669.80 | 4.00 | $669.80 | 2.00 | $334.90 | 2.00 | $334.90 |

RANGE OF HOURS

RANGE OF FEES


(--) REASONS FOR TASK HOUR ASSIGNMENTS
F        FINAL BILL

EXHIBIT I-1
A&M RETENTION AND COMPENSATION
Alvarez & Marsal, LLC

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Gavejian, M | 23.00 | 16,945.73 |
| Hede, A | 2.00 | 2,372.48 |
| | 25.00 | $19,318.21 |

EXHIBIT I-1  PAGE 1 of 3

EXHIBIT I-1
A&M RETENTION AND COMPENSATION
Alvarez & Marsal, LLC

|  | | | INFORMATIONAL | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DATE | NAME | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
| 06/22/06 Thu | Gavejian, M 13/240 | 2.50 | 2.50 | 418.63 | | | F | 1 | PREPARED JUNE 2006 INVOICE |
| 06/26/06 Mon | Gavejian, M 13/245 | 1.00 | 1.00 | 167.45 | | | F | 1 | CONTINUED PREPARATION OF JUNE 2006 INVOICE |
| 06/27/06 Tue | Gavejian, M 13/253 | 1.00 | 1.00 | 167.45 | | | F | 1 | CONTINUED PREPARATION OF JUNE 2006 INVOICE |
| 06/30/06 Fri | Gavejian, M 13/261 | 3.50 | 3.50 | 586.08 | | | F | 1 | FINALIZED AND DISTRIBUTED JUNE 2006 INVOICE |
| 07/17/06 Mon | Gavejian, M 14/309 | 2.00 | 2.00 | 2,372.48 | | | F | 1 | PREPARATION OF SCHEDULES, DETAILING TIME AND EXPENSES FOR FOURTH INTERIM FEE APPLICATION |
| 07/18/06 Tue | Gavejian, M 14/310 | 5.00 | 5.00 | 5,931.20 | | | F | 1 | DRAFTING TEXT OF APPLICATION, INCLUDING SERVICES PERFORMED, AND ORDER FOR FOURTH INTERIM FEE APPLICATION |
| 07/19/06 Wed | Hede, A 14/284 | 1.50 | 1.50 | 1,779.36 | | | F | 1 | REVIEW FEE APPLICATION |
| 07/20/06 Thu | Gavejian, M 14/314 | 3.50 | 3.50 | 4,151.84 | | | F | 1 | PREPARATION, REVIEW AND DISTRIBUTION OF JULY MONTHLY INVOICE |
| 07/20/06 Thu | Hede, A 14/286 | 0.50 | 0.50 | 593.12 | | | F | 1 | REVIEW FEE APPLICATION |
| 08/10/06 Thu | Gavejian, M 15/385 | 1.50 | 1.50 | 1,085.39 | | | F | 1 | REFORMATTED DAILY TIME RECORDS AND DETAIL TO BE IN COMPLIANCE WITH STUART MAUE (FEE EXAMINER) FORMAT AND DISTRIBUTED TIME RECORDS |
| 08/16/06 Wed | Gavejian, M 15/395 | 1.50 | 1.50 | 1,085.39 | | | F | 1 | PREPARED JULY INVOICE |
| 08/17/06 Thu | Gavejian, M 15/399 | 0.50 | 0.50 | 361.80 | | | F | 1 | FINAL REVIEW AND DISTRIBUTION OF JULY INVOICE |
| 09/20/06 Wed | Gavejian, M 16/499 | 1.00 | 1.00 | 618.04 | | | F | 1 | PREPARED SEPTEMBER 2006 INVOICE AND REVIEWED AUGUST 2006 TIME RECORDS |
| | | | 25.00 | $19,318.21 | | | | | |

Total
Number of Entries:      13

~ See the last page of exhibit for explanation

EXHIBIT I-1  PAGE 2 of 3

EXHIBIT I-1
A&M RETENTION AND COMPENSATION
Alvarez & Marsal, LLC

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER | ISOLATED HOURS | ISOLATED FEES | BLOCKED HOURS | BLOCKED FEES | MAXIMUM HOURS | MAXIMUM FEES | PROPORTIONAL HOURS | PROPORTIONAL FEES | COMBINED HOURS | COMBINED FEES |
|---|---|---|---|---|---|---|---|---|---|---|
| Gavejian, M | 23.00 | 16,945.73 | 0.00 | 0.00 | 23.00 | 16,945.73 | 0.00 | 0.00 | 23.00 | 16,945.73 |
| Hede, A | 2.00 | 2,372.48 | 0.00 | 0.00 | 2.00 | 2,372.48 | 0.00 | 0.00 | 2.00 | 2,372.48 |
| | 25.00 | $19,318.21 | 0.00 | $0.00 | 25.00 | $19,318.21 | 0.00 | $0.00 | 25.00 | $19,318.21 |

RANGE OF HOURS

RANGE OF FEES

(–) REASONS FOR TASK HOUR ASSIGNMENTS
F      FINAL BILL

EXHIBIT I-1  PAGE 3 of 3

EXHIBIT I-2

OTHER CASE PROFESSIONALS RETENTION AND COMPENSATION

Alvarez & Marsal, LLC

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Gavejian, M | 3.50 | 586.08 |
| | 3.50 | $586.08 |

EXHIBIT I-2  PAGE 1 of 3

EXHIBIT I-2
OTHER CASE PROFESSIONALS RETENTION AND COMPENSATION
Alvarez & Marsal, LLC

| DATE | NAME | ENTRY HOURS | INFORMATIONAL COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|------|------|-------------|------------------------------|---------------|------------|------------|---|---|-------------|
| 06/16/06 Fri | Gavejian, M 13/231 | 1.50 | 1.50 | 251.18 | | | F | 1 | REVIEW OF PROPOSED DELOITTE CONSULTING RETENTION AND DISTRIBUTED QUESTIONS TO XROADS |
| 06/21/06 Wed | Gavejian, M 13/237 | 2.00 | 2.00 | 334.90 | C C | | F | 1 2 | SUMMARIZED CONCLUSIONS REGARDING RETENTION OF DELOITTE CONSULTING AND DISCUSSED WITH MILBANK |
| | | | 3.50 | $586.08 | | | | | |

Total
Number of Entries:        2

~  See the last page of exhibit for explanation

EXHIBIT I-2  PAGE 2 of 3

EXHIBIT I-2
OTHER CASE PROFESSIONALS RETENTION AND COMPENSATION
Alvarez & Marsal, LLC

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Gavejian, M | 3.50 | 586.08 | 0.00 | 0.00 | 3.50 | 586.08 | 0.00 | 0.00 | 3.50 | 586.08 |
| | 3.50 | $586.08 | 0.00 | $0.00 | 3.50 | $586.08 | 0.00 | $0.00 | 3.50 | $586.08 |

————— RANGE OF HOURS —————

————— RANGE OF FEES —————

(--) REASONS FOR TASK HOUR ASSIGNMENTS
F        FINAL BILL

EXHIBIT I-2  PAGE 3 of 3

EXHIBIT J-1
Travel Expenses - Airfare
Alvarez & Marsal, LLC

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|------|----------|---------------|---------------|----------------|----------------|-------------|
| 05/31/06 | 1013 | 1,086.60 | | 1,086.60 | N | TRANSPORTATION - ROUNDTRIP AIRFARE TO/FROM JAX - MCEVOY,ROBERT |
| | | $1,086.60 | | $1,086.60 | | |

EXHIBIT J-2
Travel Expenses - Lodging
Alvarez & Marsal, LLC

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|------|----------|---------------|---------------|----------------|----------------|-------------|
| 05/31/06 | 1013 | 236.17 | | 236.17 | N | LODGING - OMNI HOTEL JACKSONVILLE (1 NIGHT) - MCEVOY,ROBERT |
| | | $236.17 | | $236.17 | | |

EXHIBIT J-3
Travel Expenses - Meals
Alvarez & Marsal, LLC

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|------|----------|---------------|---------------|----------------|----------------|-------------|
| 05/30/06 | 1013 | 150.00 | | 150.00 | N | BUSINESS MEAL - WORKING DINNER - HEDE, MCEVOY, GAVEJIAN - MCEVOY,ROBERT |
| | | $150.00 | | $150.00 | | |

EXHIBIT J-4
Travel Expenses - Taxi
Alvarez & Marsal, LLC

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|------|----------|---------------|---------------|----------------|----------------|-------------|
| 05/08/06 | 1007 | 87.62 | | 87.62 | | TRANSPORTATION - CAR SERVICE FROM OFFICE TO LGA FOR FLIGHT TO JAX - GAVEJIAN,MATTHEW |
| 05/31/06 | 1003 | 99.91 | | 99.91 | N | TRANSPORTATION - CAR SERVICE FROM EWR TO HOME AFTER FLIGHT FROM JAX - HEDE,ANDREW |
| 05/31/06 | 1007 | 75.48 | | 75.48 | | TRANSPORTATION - CAR SERVICE FROM EWR TO HOME AFTER FLIGHT FROM JACKS - GAVEJIAN,MATTHEW |
| 06/09/06 | 1013 | 186.56 | | 186.56 | N | TRANSPORTATION - CAR SERVICE FROM EWR TO HOME AFTER FLIGHT FROM JACKS - MCEVOY,ROBERT |
| | | $449.57 | | $449.57 | | |

EXHIBIT K
Telephone Charges
Alvarez & Marsal, LLC

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|------|----------|---------------|---------------|----------------|----------------|-------------|
| CATEGORY: Telecommunications Charges - Allocated | | | | | | |
| 05/22/06 | 1003 | 77.87 | | 77.87 | | TELECOMMUNICATIONS ALLOCATION - 4/23 - 5/22 WIRELESS USAGE CHARGES - HEDE,ANDREW<br>* Number of units: 1 |
| 05/22/06 | 1007 | 33.97 | | 33.97 | | TELECOMMUNICATIONS ALLOCATION - 4/23 - 5/22 WIRELESS USAGE CHARGES - GAVEJIAN,MATTHEW<br>* Number of units: 1 |
| 05/22/06 | 1009 | 145.07 | | 145.07 | | TELECOMMUNICATIONS ALLOCATION - 4/23 - 5/22 WIRELESS USAGE CHARGES - AULABAUGH,DIRK<br>* Number of units: 1 |
| 05/22/06 | 1013 | 45.49 | | 45.49 | | TELECOMMUNICATIONS ALLOCATION - 4/23 - 5/22 WIRELESS USAGE CHARGES - MCEVOY,ROBERT<br>* Number of units: 1 |
| 06/22/06 | 1003 | 18.74 | | 18.74 | | TELECOMMUNICATIONS ALLOCATION - 5/23 - 6/22 WIRELESS USAGE CHARGES - HEDE,ANDREW<br>* Number of units: 1 |
| 06/22/06 | 1007 | 40.75 | | 40.75 | | TELECOMMUNICATIONS ALLOCATION - 5/23 - 6/22 WIRELESS USAGE CHARGES - GAVEJIAN,MATTHEW<br>* Number of units: 1 |
| 06/22/06 | 1009 | 55.39 | | 55.39 | | TELECOMMUNICATIONS ALLOCATION - 5/23 - 6/22 WIRELESS USAGE CHARGES - AULABAUGH,DIRK<br>* Number of units: 1 |
| 06/22/06 | 1013 | 52.01 | | 52.01 | | TELECOMMUNICATIONS ALLOCATION - 5/23 - 6/22 WIRELESS USAGE CHARGES - MCEVOY,ROBERT<br>* Number of units: 1 |
| 07/22/06 | 1003 | 10.58 | | 10.58 | | TELECOMMUNICATIONS ALLOCATION - 6/23 - 7/22 WIRELESS USAGE CHARGES - HEDE,ANDREW<br>* Number of units: 1 |
| 07/22/06 | 1007 | 21.99 | | 21.99 | | TELECOMMUNICATIONS ALLOCATION - 6/23 - 7/22 WIRELESS USAGE CHARGES - GAVEJIAN,MATTHEW<br>* Number of units: 1 |
| 07/22/06 | 1009 | 16.26 | | 16.26 | | TELECOMMUNICATIONS ALLOCATION - 6/23 - 7/22 WIRELESS USAGE CHARGES - AULABAUGH,DIRK<br>* Number of units: 1 |
| | | 518.12 | | 518.12 | | |
| CATEGORY: Telephone | | | | | | |
| 07/19/06 | 1003 | 42.19 | | 42.19 | | TELECOMMUNICATIONS - BUSINESS TELEPHONE USAGE (6/20/06 - 7/19/06) - HEDE,ANDREW<br>* Number of units: 1 |
| 09/19/06 | 1003 | 54.84 | | 54.84 | | TELECOMMUNICATIONS - BUSINESS TELEPHONE USAGE (8/20/06 - 9/19/06) - HEDE,ANDREW<br>* Number of units: 1 |
| | | 97.03 | | 97.03 | | |
| | | $615.15 | | $615.15 | | |

EXHIBIT L
Overtime Transportation
Alvarez & Marsal, LLC

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|------|----------|---------------|---------------|----------------|----------------|-------------|
| 06/01/06 | 1007 | 9.00 | | 9.00 | | TRANSPORTATION - TAXI FARE TO HOME (WORKING LATE) - GAVEJIAN,MATTHEW |
| 06/03/06 | 1007 | 18.00 | | 18.00 | | TRANSPORTATION - TAXI FARE TO HOME (WORKING LATE) - GAVEJIAN,MATTHEW |
| 06/04/06 | 1007 | 18.00 | | 18.00 | | TRANSPORTATION - TAXI FARE TO HOME (WORKING LATE) - GAVEJIAN,MATTHEW |
| 06/05/06 | 1007 | 9.00 | | 9.00 | | TRANSPORTATION - TAXI FARE TO HOME (WORKING LATE) - GAVEJIAN,MATTHEW |
| 06/07/06 | 1007 | 9.00 | | 9.00 | | TRANSPORTATION - TAXI FARE TO HOME (WORKING LATE) - GAVEJIAN,MATTHEW |
| 06/08/06 | 1007 | 9.00 | | 9.00 | | TRANSPORTATION - TAXI FARE TO HOME (WORKING LATE) - GAVEJIAN,MATTHEW |
| 06/11/06 | 1007 | 9.00 | | 9.00 | | TRANSPORTATION - TAXI FARE TO HOME (WORKING LATE) - GAVEJIAN,MATTHEW |
| 06/12/06 | 1007 | 9.00 | | 9.00 | | TRANSPORTATION - TAXI FARE TO HOME (WORKING LATE) - GAVEJIAN,MATTHEW |
| 06/13/06 | 1007 | 9.00 | | 9.00 | | TRANSPORTATION - TAXI FARE TO HOME (WORKING LATE) - GAVEJIAN,MATTHEW |
| 06/14/06 | 1007 | 9.00 | | 9.00 | | TRANSPORTATION - TAXI FARE TO HOME (WORKING LATE) - GAVEJIAN,MATTHEW |
| | | $108.00 | | $108.00 | | |

EXHIBIT L  PAGE 1 of 1

EXHIBIT M
Overtime Meals
Alvarez & Marsal, LLC

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|------|----------|---------------|---------------|----------------|----------------|-------------|
| 06/14/06 | 1007 | 35.00 | | 35.00 | | BUSINESS MEALS - DINNER FOR A.HEDE, R.MCEVOY, M.GAVEJIAN - WORKING LATE - GAVEJIAN,MATTHEW |
| | | $35.00 | | $35.00 | | |

EXHIBIT N
Expenses Associated With Multiple Attendance
Alvarez & Marsal, LLC

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|------|----------|---------------|---------------|----------------|----------------|-------------|
| 05/30/06 | 1013 | 150.00 | | 150.00 | & | BUSINESS MEAL - WORKING DINNER - HEDE, MCEVOY, GAVEJIAN - MCEVOY,ROBERT |
| 05/31/06 | 1003 | 99.91 | | 99.91 | & | TRANSPORTATION - CAR SERVICE FROM EWR TO HOME AFTER FLIGHT FROM JAX - HEDE,ANDREW |
| 05/31/06 | 1013 | 236.17 | | 236.17 | & | LODGING - OMNI HOTEL JACKSONVILLE (1 NIGHT) - MCEVOY,ROBERT |
| 05/31/06 | 1007 | 75.48 | | 75.48 | | TRANSPORTATION - CAR SERVICE FROM EWR TO HOME AFTER FLIGHT FROM JACKS - GAVEJIAN,MATTHEW |
| 05/31/06 | 1013 | 1,086.60 | | 1,086.60 | & | TRANSPORTATION - ROUNDTRIP AIRFARE TO/FROM JAX - MCEVOY,ROBERT |
| 06/09/06 | 1013 | 186.56 | | 186.56 | & | TRANSPORTATION - CAR SERVICE FROM EWR TO HOME AFTER FLIGHT FROM JACKS - MCEVOY,ROBERT |
| | | $1,834.72 | | $1,834.72 | | |

EXHIBIT O

Charges Related to Business Plan Review

Alvarez & Marsal, LLC

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|---|---|---|---|---|---|---|
| 06/19/06 | 1013 | 650.00 | | 650.00 | | MISCELLANEOUS - MARKET RESEARCH - TRADE DIMENSIONS MARKET SHARE BY DMA (FOR USE IN BUSINESS PLAN REVIEW) - MCEVOY.ROBERT |
| 07/01/06 | | 1,805.76 | | 1,805.76 | | MISCELLANEOUS - REPRODUCTION AND BINDING OF A&M'S MAY 2006 BUSINESS PLAN REVIEW - CORPORATE CHARGES |
| 07/03/06 | | 328.15 | | 328.15 | | MISCELLANEOUS - FEDERAL EXPRESS CHARGES - DISTRIBUTION TO COMMITTEE MEMBERS OF A&M'S MAY 2006 BUSINESS PLAN REVIEW - CORPORATE CHARGES |
| | | $2,783.91 | | $2,783.91 | | |