UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

<u>Debtor(s)</u>

## ORDER STRIKING RESPONSE TO DEBTOR'S OBJECTION TO FLORIDA TAX CLAIMS, PER THE COURT ORDER OF FEBRUARY 14, 2007, FILED BY BROWARD COUNTY PROPERTY APPRAISER

The Court finds that the Response to Debtor's Objection to Florida Tax Claims per the Court Order of February 14, 2007, filed Ronald M. Gunzburger, on behalf of Broward County Property Appraiser on March 9, 2007 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Response to Debtor's Objection to Florida Tax Claims per the Court Order of February 14, 2007, filed by Ronald M. Gunzburger, on behalf of Broward County Property Appraiser on March 9, 2007, is stricken from the record.

**DATED March 12, 2007**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Ronald M. Gunzburger, 115 S. Andrews Avenue, Room 111, Fort Lauderdale, FL 33301