UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Reorganized Debtors. | Jointly Administered |

## AGREED ORDER RESOLVING CURE OBJECTION
## FILED BY CLANTON PARTNERS, LTD (STORE NO. 411)

This cause came before the Court on the Limited Objection to Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts and (III) Grant Related Relief filed by Clanton Partners, Ltd. ("Clanton"), WYE Partners, Ltd., Cantonment Partners, Ltd., Nine Mile Partners, Ltd., NOM Franklin, Ltd., 98 Palms Center, Ltd., Mandeville Partners, Ltd., Opelika Partners, Ltd., Golden Springs Partners, Ltd., and 59 West Partners, Ltd. (Docket No. 9703) with respect to Store Nos. 411, 494, 498, 506, 550, 560, 1446, 437, 447, and 538 (the "Cure Objection"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objection is overruled as to Store No. 411.[1]

2. The Debtors have paid $4,506.09 in full satisfaction of any right to cure

---

[1] This Order only resolves the cure objection as to Store No. 411, filed by Clanton Partners, Ltd., the landlord for store 411. This Order does not resolve the cure objection or proofs of claim filed by WYE Partners, Ltd., Cantonment Partners, Ltd., Nine Mile Partners, Ltd., NOM Franklin, Ltd., 98 Palms Center, Ltd., Mandeville Partners, Ltd., Opelika Partners, Ltd., Golden Springs Partners, Ltd., 59 West Partners, Ltd. (landlords for Store Nos. 494, 498, 506, 550, 560, 1446, 437, 447, and 538).

Clanton has or may have under 11 U.S.C. § 365 or otherwise.

3. This Agreed Order resolves all pre-petition or pre-effective date liabilities and obligations Clanton has or may have against the Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

4. Post-effective date liabilities and obligations will be handled by the parties in accordance with the applicable lease terms and ordinary course practices.

5. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 12 day of March, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00554771

## **Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| HARWELL HOWARD HYNE GABBERT & MANNER, P.C. | SMITH HULSEY & BUSEY |
| By    *s/ David P. Canas**<br>　　　　David P. Canas | By    *s/ Cynthia C. Jackson*<br>　　　　Cynthia C. Jackson, F.B.N. 498882 |
| 315 Deaderick Street, Suite 1800<br>Nashville, Tennessee 37238<br>(615) 256-0500<br>(615) 251-1059 (facsimile)<br>dpc@h3gm.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Counsel for Clanton Partners, Ltd. | Co-Counsel for Reorganized Debtors |

*Counsel has authorized their electronic signature.

00554771