# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## AGREED ORDER RESOLVING CURE OBJECTION
## FILED BY WYE PARTNERS, LTD. AND
## NINE MILE PARTNERS, LTD. (STORE NOS. 494 AND 506)

This cause came before the Court on the Limited Objection to Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts and (III) Grant Related Relief filed by Clanton Partners, Ltd., WYE Partners, Ltd. ("WYE"), Cantonment Partners, Ltd., Nine Mile Partners, Ltd. ("Nine Mile"), NOM Franklin, Ltd., 98 Palms Center, Ltd., Mandeville Partners, Ltd., Opelika Partners, Ltd., Golden Springs Partners, Ltd., and 59 West Partners, Ltd. (Docket No. 9703) with respect to Store Nos. 411, 494, 498, 506, 550, 560, 1446, 437, 447, and 538 (the "Cure Objection"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objection is overruled as to Store Nos. 494 and 506.[1]

2. Proof of Claim number 9998 filed by WYE is allowed as an administrative

---

[1] This Order only resolves the cure objection as to Store Nos. 494 and 506 and proof of claim number 9998 filed by WYE Partners, Ltd. (the landlord for Store Number 494) and proof of claim number 9995 filed by Nine Mile Partners, Ltd. (the landlord for Store Number 506). This Order does not resolve the cure objection or proofs of claim filed by Clanton Partners, Ltd., Cantonment Partners, Ltd., NOM Franklin, Ltd., 98 Palms Center, Ltd., Mandeville Partners, Ltd., Opelika Partners, Ltd., Golden Springs Partners, Ltd., and 59 West Partners, Ltd. (landlords for Store Numbers 411, 498, 550, 560, 1446, 437, 447, and 538).

claim in the amount of $ 23,891.40.

3.  Proof of Claim number 9995 filed by Nine Mile is allowed as an administrative claim in the amount of $5,273.65.

4.  This Agreed Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims filed by WYE and Nine Mile in these Chapter 11 cases and (ii) all other pre-petition or pre-effective date claims WYE and Nine Mile have or may have against the Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

5.  Post-effective date liabilities and obligations will be handled by the parties in accordance with the applicable lease terms and ordinary course practices.

6.  This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this _12_ day of March, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00554220

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

HARWELL HOWARD HYNE
GABBERT & MANNER, P.C.

By___*s/ David P. Canas* *_____
     David P. Canas

315 Deaderick Street,  Suite 1800
Nashville, TN 37238
(615) 256-0500
(615) 251-1058 (facsimile)
dpc@h3gm.com

Counsel for WYE Partners, Ltd. and Nine
Mile Partners, Ltd.

SMITH HULSEY & BUSEY

By___*s/ Cynthia C. Jackson*_____
     Cynthia C. Jackson, F.B.N. 498882

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Reorganized Debtors

*Counsel has authorized their electronic signature.

00554220