UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Reorganized Debtors.[1] ) | Jointly Administered |
| ) | |

**AGREED ORDER RESOLVING CLAIM NUMBERS 297, 298, AND 9932 FILED BY KPT COMMUNITIES, LLC, CLAIM NUMBER 9934 FILED BY KPT PROPERTIES, LP, AND CLAIM NUMBERS 12073 AND 12074 FILED BY KIR AUGUSTA II LP**

These causes originally came before the Court for hearing upon the Eleventh, Fifteenth, Sixteenth, and Seventeenth Omnibus Objections to Claims respectively filed at Docket Nos. 7854, 9494, 9746, and 10273 (collectively, the "Objections") by Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"). Included among the several proofs of claim that were the subject of the Objections were Claim Numbers 297, 298, and 9932 filed by KPT Communities, LLC, Claim Number 9934 filed by KPT Properties, LP, and Claim Numbers 12073 and 12074 filed by KIR Augusta II LP (collectively, the "Claims").

Claim Number 9932 refers to amounts under the lease for the Debtors' store number 274 (the "274 Lease"). The Debtors have assumed the 274 Lease and paid the cure amount due thereunder in accordance with the Court's Order dated October 25, 2006 and filed

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

at Docket No. 12183 (the "Assumption/Cure Order"). Accordingly, the amounts referred to under Claim Number 9932 are no longer outstanding.

Claim Number 9934 refers to amounts under the assumed lease for the Debtors' store number 504 (the "504 Lease"). The Debtors have assumed the 504 Lease and paid the cure amount due thereunder in accordance with the Assumption/Cure Order. Accordingly, the amounts referred to under Claim Number 9934 are no longer outstanding.

Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Objections as they pertain to the Claims are resolved as set forth below.

2. Claim Numbers 297, 9932, 9934, and 12074 are disallowed in their entirety.

3. Claim Number 298 is allowed as an unsecured non-priority claim in the reduced amount of $750,790.91, and shall be treated as a Class 13 Landlord Claim for purposes of distributions under the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors. All other amounts claimed in connection with Claim Number 298 are disallowed.

4. Claim Number 12073 is allowed as an unsecured non-priority claim in the reduced amount of $823,024.40, and shall be treated as a Class 13 Landlord Claim for purposes of distributions under the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors. All other amounts claimed in connection with Claim Number 12073 are disallowed.

5. The Court shall retain jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 12 day of March, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | MORGAN, LEWIS & BOCKIUS LLP |
| By /s/ James H. Post | By /s/ Mark C. Haut    * |
| James H. Post | Mark C. Haut |
| Florida Bar Number 175460 | |
| 225 Water Street, Suite 1800 | 101 Park Avenue |
| Jacksonville, Florida 32202 | New York, NY 10178-0060 |
| (904) 359-7700 | (212) 309-6000 |
| (904) 359-7708 (facsimile) | (212) 309-6001 (facsimile) |
| | |
| -and- | Counsel for KPT Communities, LLC, KPT Properties, LP, and KIR Augusta II LP |
| | |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | |
| | |
| D. J. Baker | |
| Rosalie Walker Gray | |
| Jane M. Leamy | |
| David M. Turetsky | |
| Four Times Square | |
| New York, New York 10036 | |
| (212) 735-3000 | |
| (212) 735-2000 (facsimile) | |
| | |
| Co-Counsel for Reorganized Debtors | |

\* Counsel has authorized his electronic signature.

4