UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors._____ | ) | Jointly Administered |

**AGREED ORDER RESOLVING CURE OBJECTION
FILED BY LAND DADE, INC. (STORE NO. 607)**

This cause came before the Court on the Objection to Proposed Cure Amount Listed in Debtors' Amended Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts and (III) Grant Related Relief filed by Land Dade, Inc. ("Land Dade") (Docket No. 8909) with respect to Store No. 607 (the "Cure Objection"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objection is overruled.

2. Within fourteen (14) days of entry of this Agreed Order, Winn-Dixie Stores, Inc. and its affiliate debtors (collectively, the "Reorganized Debtors") will pay Land Dade $13,270.00 in full satisfaction of any right to cure Land Dade has or may have under 11 U.S.C. § 365 or otherwise.

3. Proof of claim number 10052 filed by Unum Life Insurance Company of America is disallowed.

4. This Agreed Order resolves all liabilities and obligations related to (i) all

proofs of claim and administrative expense claims pertaining to Store No. 607 filed by Unum Life Insurance Company of America or Land Dade in these Chapter 11 cases and (ii) all other pre-petition or pre-effective date claims pertaining to Store No. 607 Unum Life Insurance Company of America or Land Dade has or may have against the Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

5. Post-effective date liabilities and obligations will be handled by the parties in accordance with the applicable lease terms and ordinary course practices.

6. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this _12_ day of March, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00555819

**Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

| HELD & ISRAEL | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ Adam N. Frisch* * <br> Adam N. Frisch, F.B.N. 635308 | By  *s/ Cynthia C. Jackson* <br> Cynthia C. Jackson, F.B.N. 498882 |
| 1301 Riverplace Boulevard, Suite 1916 <br> Jacksonville, Florida 32207 <br> (904) 398-7038 <br> (904) 398-4283 (facsimile) <br> afrisch@hilawfirm.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Counsel for Land Dade, Inc. | Co-Counsel for Reorganized Debtors |

THOMPSON & KNIGHT LLP

By  *s/ Allison D. Byman* *
    Allison D. Byman

333 Clay Street, Suite 3300
Houston, Texas 77002
(713) 951-5899
(832) 397-8053 (facsimile)
Allison.Byman@tklaw.com

Counsel for Unum Life Insurance Company

*Counsel has authorized their electronic signature.

00555819