UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Reorganized Debtors. | Jointly Administered |

### AGREED ORDER RESOLVING CURE OBJECTION FILED BY NAVARRE SQUARE, LTD. (STORE NO. 501)

This cause came before the Court on the Limited Objection to the Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts and (III) Grant Related Relief filed by Navarre Square, Ltd. ("Navarre") (Docket No. 9587) with respect to Store No. 501 (the "Cure Objection"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objection is overruled.

2. Proof of Claim number 13378 filed by Navarre is allowed as an administrative claim in the amount of $37,411.57. Proof of Claim numbers 6049, 6050 and 13377 are disallowed.

3. This Agreed Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims filed by Navarre in these Chapter 11 cases and (ii) all other pre-petition or pre-effective date claims Navarre has or may have against the Reorganized Debtors and any of their

1/1545502.1

Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

4. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this _12_ day of March, 2007, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00559374

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| BRADLEY ARANT ROSE & WHITE LLP | SMITH HULSEY & BUSEY |
| By  s/Patrick Darby*<br>Patrick Darby | By  s/ Cynthia C. Jackson<br>Cynthia C. Jackson, F.B.N. 498882 |
| One Federal Place<br>1819 Fifth Avenue North<br>Birmingham, AL 35203<br>(205) 521-8000<br>(205) 521-8800 (facsimile)<br>pdarby@bradleyarant.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Counsel for Navarre Square, Ltd. | Co-Counsel for Reorganized Debtors |

*Counsel has authorized their electronic signature.

00559374