**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |
| | ) | |

**CORRECTED PROOFS OF PUBLICATION FOR NOTICE OF
(A) ENTRY OF ORDER CONFIRMING PLAN OF REORGANIZATION,
(B) OCCURRENCE OF EFFECTIVE DATE OF PLAN, AND
(C) BAR DATES FOR FILING CLAIMS ARISING BEFORE
<u>EFFECTIVE DATE AND OTHER ADMINISTRATIVE CLAIMS</u>**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as reorganized debtors in these cases, submit the attached corrected affidavits and other proofs evidencing publication, on the dates specified therein, of the Notice of (a) Entry of Order Confirming Plan of Reorganization, (b) Occurrence of Effective Date of Plan, and (c) Bar Dates for Filing Claims Arising Before Effective Date and Other Administrative Claims, in the following newspapers or periodicals:

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

  A. The New York Times (National Edition)

  B. Sun-Sentinel (Fort Lauderdale, Florida)

Dated: March 13, 2007

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By *s/ D.J. Baker*<br>  D. J. Baker<br>  Sally McDonald Henry<br>  Rosalie Walker Gray | By *s/ Cynthia C. Jackson*<br>  Stephen D. Busey<br>  James H. Post<br>  Cynthia C. Jackson |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | Florida Bar Number 498882<br>225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

# EXHIBIT A

Case 3:05-bk-03817-JAF	Doc 15486	Filed 03/13/07	Page 3 of 7

**The New York Times**
229 WEST 43RD STREET • NEW YORK, NY 10036-3959

## CERTIFICATION OF PUBLICATION

March 9, 20 07

I, Cathy Zike, in my capacity as a Principal Clerk of the Publisher of **The New York Times** a daily newspaper of general circulation printed and published in the City, County and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of **The New York Times** on the following date or dates, to wit on

December 4, 20 06

Cathy Zike

Approved:

Rich Ueland

**THIS CERTIFICATION NOT VALID WITHOUT NYT RAISED SEAL**

---

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA,
JACKSONVILLE DIVISION

In re: Winn-Dixie Stores, Inc., et al., Reorganized Debtors.
Case No. 05-03817-3F1
Chapter 11
Jointly Administered

**NOTICE OF (A) ENTRY OF ORDER CONFIRMING PLAN OF REORGANIZATION, (B) OCCURRENCE OF EFFECTIVE DATE OF PLAN, AND (C) BAR DATES FOR FILING CLAIMS ARISING BEFORE EFFECTIVE DATE AND OTHER ADMINISTRATIVE CLAIMS**

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST AND INTERESTS IN ANY OF THE FOLLOWING: Winn-Dixie Stores, Inc., Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

1. On November 9, 2006, the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Bankruptcy Court") entered its Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Confirmation Order"). Unless otherwise defined herein, capitalized terms used in this Notice shall have the meanings ascribed to such terms in the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated August 9, 2006, as modified by the First Modification to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated October 10, 2006 (together, the "Plan"). Copies of the Confirmation Order and the Plan may be obtained by accessing http://www.loganandco.com. The Plan became effective in accordance with its terms on November 21, 2006 (the "Effective Date"). All references in the Plan and the Confirmation Order to the Effective Date are to November 21, 2006.

2. In accordance with Section 12.1 of the Plan, all requests for payment of an Administrative Claim or any Claim arising against the Debtors in the period between February 21, 2005 and November 21, 2006, (other than as set forth in Section 4.1(a), 12.1, 12.2, 12.3, 12.4, or 12.5 of the Plan) must be made by application filed with the Bankruptcy Court and served on counsel for the Reorganized Debtors and the Post-Effective Date Committee no later than January 5, 2007, which is the date forty-five (45) days after the Effective Date. The filing of an application must be made via the Bankruptcy Court's electronic filing procedures (electronic filing is mandatory for all attorneys) or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202. The service of an application on counsel for the Reorganized Debtors must be made by delivery of a copy upon James Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, Fax: (904) 359-7708, E-mail: jpost@smithhulsey.com; and service of an application on counsel for the Post-Effective Date Committee must be made by delivery of a copy upon Matthew Barr, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Fax: (212) 822-5194, E-mail: mbarr@milbank.com. In the event that the Reorganized Debtors object to an application, the Bankruptcy Court shall determine the Allowed amount of such Administrative Claim. An Administrative Claim or any Claim arising against the Debtors in the period between February 21, 2005 and November 21, 2006 that is not asserted in an application filed and served no later than January 5, 2007 (other than as set forth in Section 4.1(a), 12.1, 12.2, 12.3, 12.4, or 12.5 of the Plan) shall be forever barred and deemed waived and relinquished in full, and the Reorganized Debtors shall have no obligation to pay such Claim.

D. J. Baker
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square, New York, NY 10036

Stephen D. Busey
SMITH HULSEY & BUSEY
225 Water Street, Suite 1800, Jacksonville, FL 32202

Co-Counsel for Reorganized Debtors

# EXHIBIT B

**SUN-SENTINEL**
Published Daily

Fort Lauderdale, Broward County, Florida
Boca Raton, Palm Beach County, Florida
Miami, Miami-Dade County, Florida

STATE OF FLORIDA
COUNTY OF BROWARD/PALM BEACH/MIAMI-DADE

Before the undersigned authority personally appeared _James H. Croteau_ who on oath says that he/she *is* a duly authorized representative of the Classified Department of the Sun-Sentinel, daily newspaper published in Broward/Palm Beach/Miami-Dade County, Florida, that the attached copy of advertisement, being, a _Notice_ in the matter of _(A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing Claims Arising Before Effective Date and Other Administrative Claims_ in the paper in the issues of _December 4, 2006_   Affiant further says that the said Sun-Sentinel is a newspaper published in said Broward/Palm Beach/ Miami-Dade County, Florida, and that the said newspaper has heretofore been continuously published in said Broward/Palm Beach/Miami-Dade County, Florida, each day, and has entered as second class matter at the post office in Fort Lauderdale, in said Broward County, Florida, for a period of one year next preceding the first publication of the attached copy of advertisement; and affiant says that he/she has neither paid, nor promised, any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in said newspaper.

_____
(Signature of Affiant)

Sworn to and subscribed before me on _March 7, 2007 A.D._

_____
(Signature of Notary Public)

Idella M. Johnson
Commission # DD326508
Expires June 6, 2008
Bonded Troy Fain · Insurance, Inc. · 800-385-7019

(Name of Notary typed, printed or stamped) Personally
Known ____✓____ or Produced _____

PLEASE COPY LEGAL NOTICE HERE

Sun-Sentinel 0:05-bk-03817-JAF   Doc 16438   Filed 03/13/07   Page 7

Fax:954-425-1518

Sentinel values diversity and encourages those who share our vision to apply.
We support a smoke-free, drug-free work environment. EOE

## YEARS OR OLDER?

>u want to have fun?
Knocking Opportunity for you!
/in trips and prizes, and more.
ons, selling home delivery of the Sun-Sentinel.
n provided to and from work.



le and have a work permit signed by parent(s)
Monday-Friday and 5 hours on Saturday



ppreciate the benefits of diversity in the workplace.
or reflect a diverse background are encouraged to apply.

n-Sentinel

Sun-Sentinel
ills.



ntinel.com

Call 954-962-0926
Fax: 954-962-5054
www.starmulticare.com
**careerbuilder**
sun-sentinel.com/careerbuilder
**SF13084332**

**PHONE AGENTS**
**$10/HR + BONUS**
**M-F 9-2:15 - Benefits**
**954-978-3905**

**PHONE HELPERS** — Earn $10hr + bonus While helping a good cause. Award winning co Sincere voices needed 9-2:30 M-F 954-968-7811

**PLANT TECH** — Exp. Maintain plants. Broward/Boynton. Own car. 954-370-7899.

## Employment Opportunities Wanted

**ADULT AIDE** — CNA elderly. 18 yrs exp. 8 or 12 hrs days or nights. 954-839-5668

**ADULT AIDE** — Wknds/8-12 hrs. Drive, Exp/refs 305-542-2939 or 561-856-1713

**ADULT CARE/COMPANION** — F/T Live in Ft Laud Cooking, hskpg for elderly F. Refs & exp req. Fax 212-772-3634

**ADULT CARE GIVER** — Reasonable rate. 10 yrs Exp. Exc reff. live in/out + weekends. Will travel. 954-639-2443

**ADULT CAREGIVER** — W/warm heart, home/hospital care exp, White-F local, ref, live in/out. Car. 954-782-0721

**CLEANING LADY** — Impeccable work, minimum 1 day/wk/8 hours 954-428-8683

**CNA/HHA** — Seek job with elderly, day/night, excellent references ● 954-600-7044

**COMPANION/AIDE** — Live In/Out Refs Night Or Day 954-478-4735 OR 954-297-6549

**COMPANION** — Help w/ errands, etc. Own car 5 yrs experience 954-592-1936

**ELDERLY/DISABLED CARE** — in my home or your home. Exp., car, exc refs call 954-722-8925 or 954-242-8656

**HHA** — Cert companion.Live in or out & wknds Exc refs Best rate. 954-986-7202, lv msg

**HHA CNA** — Jewish Lady, live in/out, exp, good refs, spk English, car. 954-726-0012

**HHA** — Nurse from Europe to take care of elderly live in, exc ref. 561-740-7356

**HHA** — Seeking job. Live in or out. Refs avail. Responsible. Reliable. Call 561-572-8982

**HOME HEALTH AIDE** — to care for elderly. Car, Refs, avail anytime. All areas. 954-496-6325 or 954-828-1493

**HOME HEALTH AIDE** — Hrly or live in + care for elderly. Exp with refs. 954-548-1965

**MARKETING PRO** — Will write & produce brochures, web sites, press releases, news letters, TV spots, interactive CD's that sell!! As needed! Call 561-251-0744.

**NURSES AIDE** — seeks elderly to care for in my home. 30+ yrs exp. reff. 954-485-1104

**RETIRED PSYCHOLOGIST** — Offers case mgmt svcs to srs in Nassau or Queens Cty, NY. Svcs incl medication monitoring, transpt needs, outings to pts of interest, companionship & respite care ● 516-484-8131

## Adult Employment

NOTICE: All ads under 489 Adult Employment are scheduled for 7 days.

**COMPANION/ESCORT**
**JOIN US! ENROLL NOW!**
Solid 10 yr old Escort Friendly Agency. 100% verified regular clients. Drivers available. Make money without the hassle. 954-545-0555.

---

cord includes the testimony and evidence upon which the appeal is to be based.

In accordance with the Americans with Disability Act and Florida Statute 286.26, persons with disabilities needing special accommodation to participate in this proceeding should contact the City Clerk no later than three (3) days prior to the meeting at (954) 753-5040 for assistance.
Sandra Couzzo, CMC
City Clerk
December 4, 2006

City Hall, 150 NE 2nd Avenue, Deerfield Beach, Florida 73441 07 by calling (954) 480-4206.

Any person requiring auxiliary aids and services at this meeting may contact the City Clerk's Office at (954) 480-4213 at least 24 hours prior to the meeting. If you are hearing or speech impaired, please contact the Florida Relay Service by using the following numbers: 1-800-955-8770 or 1-800-955-8771.
December 4, 2006

## CLASSIFICATION CONTINUES ON PAGE 10

---

UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

In re: Winn-Dixie Stores, Inc., et al., Reorganized Debtors.
Case No. 05-03817-3F1
Chapter 11
Jointly Administered

**NOTICE OF (A) ENTRY OF ORDER CONFIRMING PLAN OF REORGANIZATION, (B) OCCURRENCE OF EFFECTIVE DATE OF PLAN, AND (C) BAR DATES FOR FILING CLAIMS ARISING BEFORE EFFECTIVE DATE AND OTHER ADMINISTRATIVE CLAIMS**

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST AND INTERESTS IN ANY OF THE FOLLOWING: Winn-Dixie Stores, Inc., Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

1. On November 9, 2006, the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Bankruptcy Court") entered its Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Confirmation Order"). Unless otherwise defined herein, capitalized terms used in this Notice shall have the meanings ascribed to such terms in the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated. Debtors dated August 9, 2006, as modified by the First Modification to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated October 10, 2006 (together the "Plan"). Copies of the Confirmation Order and the Pla may be obtained by accessing http://www.loganandco.con The Plan became effective in accordance with its terms o November 21, 2006 (the "Effective Date"). All references to the Plan and the Confirmation Order to the Effective Date a to November 21, 2006.

2. In accordance with Section 12.1 of the Plan, a requests for payment of an Administrative Claim or any Clai arising against the Debtors in the period between Februa 21, 2005 and November 21, 2006, (other than as set fort in Section 4.1(a), 12.1, 12.2, 12.3, 12.4, or 12.5 of the Plan must be made by application filed with the Bankruptcy Cou. and served on counsel for the Reorganized Debtors ar the Post-Effective Date Committee no later than January 2007, which is the date forty-five (45) days after the Effe tive Date. The filing of an application must be made via th Bankruptcy Court's electronic filing procedures (electron filing is mandatory for all attorneys) or by delivery of a ha copy to the Clerk of the Court, United States Courthouse, 3l North Hogan St., Suite 3-350, Jacksonville, Florida 3220 The service of an application on counsel for the Reorganiz Debtors must be made by delivery of a copy upon Jan Post, Smith Hulsey & Busey, 225 Water Street, Suite 18 Jacksonville, Florida 32202, Fax: (904) 359-7708, E-m jpost@smithhulsey.com; and service of an application counsel for the Post-Effective Date Committee must made by delivery of a copy upon Matthew Barr, Milbi Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Pl, New York, New York 10005, Fax: (212) 822-5194, E-r mbarr@milbank.com. In the event that the Reorganized D ors object to an application, the Bankruptcy Court shall d mine the Allowed amount of such Administrative Clair Administrative Claim or any Claim arising against the Dr in the period between February 21, 2005 and Novemb 2006 that is not asserted in an application filed and s no later than January 5, 2007 (other than as set forth i tion 4.1(a), 12.1, 12.2, 12.3, 12.4, or 12.5 of the Plan be forever barred and deemed waived and relinquis, full, and the Reorganized Debtors shall have no obligr pay such Claim.

D. J. Baker
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square, New York, New York 10036

Stephen D. Busey
SMITH HULSEY & BUSEY
225 Water Street, Suite 1800, Jacksonville, Florida :
Co-Counsel for Reorganized Debtors