UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

WINN-DIXIE STORES, INC. et al.,

Case No: 05-bk-0387-3F1

Debtors.                               Chapter 11

_____/

## AFFIDAVIT IN SUPPORT OF MOTION BY LINDA NOLAN TO ENLARGE TIME TO FILE PROOF OF CLAIM

COMES NOW the affiant, Linda Nolan, who being duly sworn, states as follows:

1. I am a resident of the State of Florida.

2. I have personal knowledge of the facts set forth herein.

3. On or about November 27, 2005, I received serious and permanent injuries as a result of an incident at the Winn-Dixie store located in Brooksville, Florida.

4. On or about December 19, 2005, I retained the law firm of John Bales Attorneys (f/k/a Bales Weinstein) to represent me in asserting a claim against Winn-Dixie.

5. At no time prior to February 7, 2007, was I aware of the pendency of any Winn-Dixie bankruptcy case or a claims bar date.

6. At no time have I ever received any pleadings, notices, or orders indicating that Winn Dixie had filed bankruptcy.

7. At no time have I received a copy of a Notice indicating that I needed to file anything with the Bankruptcy Court to assert my claim against Winn Dixie for the incident that occurred on November 27, 2005.

9. I have acted promptly and in good faith to assert a claim in this case.

FURTHER AFFIANT SAITH NOT.

_Linda Nolan_
Affiant

STATE OF Florida
COUNTY OF Hillsborough

SWORN and SUBSCRIBED before me, this 8 day of ~~February~~ March, 2007 by Linda Nolan, who is personally known to me, or who produced Florida I.D. as identification.

DANIEL L NEATHERLY
MY COMMISSION # DD 279812
EXPIRES: January 7, 2008
Bonded Thru Notary Public Underwriters

Notary Public – State of Florida at Large
My Commission Expires: