**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned attorneys appear for BILL DONEGAN, as ORANGE COUNTY PROPERTY APPRAISER, a party-in-interest in the proceeding initiated by the Debtors' August 8, 2006, Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities and as directed by this Court's January 19, 2007, Order Granting in Part and Denying in Part Florida Tax Collectors' Motion to Dismiss Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities, and pursuant to the *Federal Rules of Bankruptcy Procedure*, and Rules 2002, 9007 and §1109(b) of the Bankruptcy Code, requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be provided to and served upon the undersigned.

PLEASE TAKE FURTHER NOTICE that pursuant to §1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Code and Rules set forth above, but also includes, without limitation, any and all other orders and notices of application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted by or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interests of any creditor or party-in-interest in this case, including BILL DONEGAN, as ORANGE COUNTY PROPERTY APPRAISER, with respect to: (a) the debtor; (b) property of the estate, or proceeds thereof, in which the debtors may claim an interest; or (c) property or proceeds thereof in the possession, custody or control of others that the debtors may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment, or other conduct by BILL DONEGAN, as ORANGE COUNTY PROPERTY APPRAISER.

PLEASE TAKE NOTICE that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive any (1) right to have final orders in non-core matters entered only after do novo review by a District Judge, (2) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) right to have the District Court

withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) other rights, claims, actions, defenses, setoffs, recoupments, or remedies to which BILL DONEGAN, as ORANGE COUNTY PROPERTY APPRAISER, is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments, and remedies are expressly reserved.

All further pleadings, notices, and the like regarding this proceeding shall be served on Messrs. Hazouri and Valdes.

/s/ Bart R. Valdes
Kenneth P. Hazouri
Florida Bar Number: 0019800
deBeaubien, Knight, Simmons,
   Mantzaris & Neal, LLP
332 North Magnolia Avenue
P.O. Box 87
Orlando, FL  32802-0087
(407) 422-2454
(407) 849-1845 (facsimile)
khazouri@dbksmn.com

BART R. VALDES
Florida Bar Number 323380
deBeaubien, Knight, Simmons,
 Mantzaris & Neal, LLP
500 N. West Shore Blvd., Suite 940
Tampa, Florida 33609
Tel: (813) 288-9650
Fax:(813) 288-9482
bvaldes@dbksmn.com
Attorneys for Bill Donegan

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 14, 2007, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: GAYLORD WOOD, Wood & Stewart, P.A., gaylord@bellsouth.net; D.J. BAKER, SALLY MCDONALD HENRY and ROSALILE WALKER GRAY, Skadden, Arps, Slate, Meagher & Flom, LLP, djbaker@skadden.com; STEPHEN D. BUSEY, JAMES H. POST and CYNTHIA C. JACKSON, cjackson@smithhulsey.com; JAMES POST, Smith, Hulsey & Busey, counsel for the Reorganized Debtors, jpost@smithhulsey.com, BRIAN FITZGERALD, Hillsborough Count Attorney's Office, counsel for Florida Tax Collectors, fitzgeraldb@hillsboroughcounty.org; LOREN LEVY, Levy Law Firm, counsel for certain Florida Property Appraisers, levylawfirm@comcast.net; JOHN DENT, Dent & Associates, counsel for other Florida Property Appraisers, jdent@dentjohnson.com; and Ronald Gunzburger, counsel for the Broward County Property Appraiser, ron@bcpa.net.

                                        \_\_\_\_/s/ Bart R. Valdes_____
                                        BART R. VALDES
                                        Florida Bar Number 323380
                                        deBeaubien, Knight, Simmons,
                                         Mantzaris & Neal, LLP
                                        500 N. West Shore Blvd., Suite 940
                                        Tampa, Florida 33609
                                        Tel: (813) 288-9650

Fax:(813) 288-9482
bvaldes@dbksmn.com
Attorneys for Bill Donegan