UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In Re: | Proceedings under Chapter 11 |
| WINN-DIXIE STORES, INC., et al. | Consolidated Case No. 3:05-bk-03817-JAF |
| Debtors. | Jointly Administered |

**APPEARANCE**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the Defendant, MARSHA FAUX, Property Appraiser of Polk County, Florida.

I certify that I am admitted to practice in this Court.

DATED this 15TH day of March, 2007.

Respectfully submitted,

/s/ *Michael D. Martin*
MARTIN LAW OFFICE
Florida Bar No. 108530
Attorney for Property Appraiser of Polk County
Post Office Box 367
Lakeland, FL 33802-0367
Tel: (863) 6866700
Fax:(863) 687-2364
Mike@martinpa.com

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on March 15, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: D.J. Baker, Sally McDonald Henry and Rosalile Walker Gray, djbaker@skadden.com, Stephen D. Busey, James H. Post and Cynthia C. Jackson, cjackson@smithhulsey.com, to counsel for the Reorganized Debtors, James Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, jpost@smithhulsey.com, to counsel for the Tax Collectors, Brian Fitzgerald, fitzgeraldb@hillsboroughcounty.org, to counsel for certain Florida Property Appraisers, the Levy Law Firm, levylawfirm@comcast.net, to counsel for other Florida Property Appraisers, Dent & Associates, jdent@dentjohnson.com, to Ronald Gunzburger, counsel for the Broward County Property Appraiser, ron@bcpa.net, to counsel for the Orange County Property Appraiser, Kenneth Hazouri, khazouri@dbksmm.com and to counsel for other Florida Property Appraisers, Law Offices of Wood & Stuart, P.A.., pleadings@woodstuartpa.com.

                                      /s/ *Michael D. Martin*
                                             Attorney