**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

**NOTICE OF AGREED ORDER RESOLVING CLAIM FILED BY
PINNACLE FOODS CORPORATION, AS SET FORTH IN THE
DEBTORS' NINETEENTH OMNIBUS CLAIMS OBJECTION**

---

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

The Court will consider this matter without further notice or hearing unless a party in interest files an objection within 3 business days from the date of service of this paper. If you object to the relief requested in this paper, you must (a) file your response with the Clerk of the Bankruptcy Court in accordance with the Court's electronic filing procedures or at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and (b) serve a copy by email and fax on (i) Winn-Dixie Stores, Inc. c/o Jay Castle, Esq., 5050 Edgewood Court, Jacksonville, Florida 32254, JayCastle@winn-dixie.com, (ii) James H. Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, jpost@smithhulsey.com and (iii) Rosalie Gray, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, rgray@skadden.com.

If you file and serve a response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file a response within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates (the "Debtors") give notice of the proposed entry of the attached Agreed Order Resolving Claim Filed by Pinnacle Foods Corporation, as set Forth in the Debtors' Nineteenth Omnibus Claims Objection.

If no objection to the proposed Agreed Order is filed and served within the

time set forth above, the Court will be requested to enter the Agreed Order without further notice or hearing.

Dated: March 15, 2007

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D.J. Baker*<br>     D. J. Baker<br>     Sally McDonald Henry<br>     Rosalie Walker Gray<br>     Jane M. Leamy | By   *s/ James H. Post*<br>     Stephen D. Busey<br>     James H. Post<br>     Cynthia C. Jackson |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., <u>et</u> <u>al.</u>, | *Chapter 11* |
| Reorganized Debtors.[1] | Jointly Administered |

### AGREED ORDER RESOLVING CLAIM FILED BY PINNACLE FOODS CORPORATION, AS SET FORTH IN THE DEBTORS' NINETEENTH OMNIBUS CLAIMS OBJECTION

These cases originally came before the Court for hearing on October 5, 2006, upon the Nineteenth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors").[2] On September 29, 2006, Pinnacle Foods Corporation ("Pinnacle") filed its response to the Objection (the "Pinnacle Response"), as a result of which the Debtors agreed to continue the Objection with respect to claim no. 7821 filed by Pinnacle. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim no. 7821 filed by Pinnacle is allowed as an unsecured non-priority claim in the amount of $465,450.81, and shall be treated as a Class 14 Vendor/Supplier Claim for purposes of distributions under the Joint Plan of

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Plan"). Distributions on account of claim no. 7821 shall be made in accordance with section 9.2 of the Plan. All other amounts claimed in connection with claim no. 7821 are disallowed.

2. Upon entry of this Order and it becoming a final Order, the Pinnacle Response is deemed withdrawn.

3. Upon the entry of this Order and it becoming a final Order, all claims as between the Debtors and Pinnacle, including any and all claims by the Debtors pursuant to Sections 547 and 550 of the Bankruptcy Code, for products delivered to the Debtors, as of the Petition Date, and for payments made by the Debtors to Pinnacle for such products, are fully and finally released and resolved.

4. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this ____ day of March, 2007 in Jacksonville, Florida.

                                                                                                                  _____
                                                                                                                  Jerry A. Funk
                                                                                                                  United States Bankruptcy Judge

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | VOLPE, BAJALIA, WICKES, ROGERSON & WACHS |
| By */s/ James H. Post* <br>     James H. Post | By */s/ John T. Rogerson*   * <br>     John T. Rogerson, III |
| Florida Bar Number 175460 <br> 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) | Florida Bar Number 832839 <br> 1301 Riverplace Blvd., Suite 1700 <br> Jacksonville, FL 32207 <br> (904) 355-1700 <br> (904) 355-1797 (facsimile) |
| -and- | |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | -and- <br><br> MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| D. J. Baker <br> Sally McDonald Henry <br> Rosalie Walker Gray <br> Jane M. Leamy <br> Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (212) 735-2000 (facsimile) | Eric D. Schwartz <br> Gregory T. Donilon <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, Delaware 19899 <br> (302) 658-9200 <br><br> Counsel for Pinnacle Foods Corporation |
| Co-Counsel for Reorganized Debtors | **\*** Counsel has authorized his electronic signature |

3

## **Certificate of Service**

I certify that a copy of this document has been furnished electronically and by facsimile to the Post-Effective Date Committee, c/o Matthew Barr, Esq. and Michael Comerford, Esq., Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, mbarr@milbank.com, mcomerford@milbank.com, this 15th day of March, 2007.

*Jane M. Leamy*
Attorney
