UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

<u>Debtor(s)</u>

## ORDER STRIKING RESPONSE TO DEBTOR'S OBJECTION TO FLORIDA TAX CLAIMS, PER THE COURT ORDER OF FEBRUARY 14, 2007, FILED BY BROWARD COUNTY PROPERTY APPRAISER

The Court finds that the Response to Debtor's Objection to Florida Tax Claims per the Court Order of February 14, 2007, filed Ronald M. Gunzburger, on behalf of Broward County Property Appraiser on March 9, 2007 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED:**

The Response to Debtor's Objection to Florida Tax Claims per the Court Order of February 14, 2007, filed by Ronald M. Gunzburger, on behalf of Broward County Property Appraiser on March 9, 2007, is stricken from the record.

**DATED March 12, 2007**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Ronald M. Gunzburger, 115 S. Andrews Avenue, Room 111, Fort Lauderdale, FL 33301

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: baldws              Page 1 of 1              Date Rcvd: Mar 13, 2007
Case: 05-03817                Form ID: pdfdoc           Total Served: 3
```

```
The following entities were served by first class mail on Mar 15, 2007.
aty         +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
              Jacksonville, FL 32202-4494
            +Ronald M. Gunzburger,,   c/o Broward County Property Appraiser,   115 S. Andrews Avenue, Room 111,
              Fort Lauderdale, FL 33301-1801
12003123    +2525 E. Hillsborough Avenue, LLC,   c/o Wendy L. Hagenau and John A. Moore,
              Powell Goldstein, LLP,   One Atlantic Center, 14th Floor,   1201 W. Peachtree Street, N.W.,
              Atlanta, GA 30309-3449

The following entities were served by electronic transmission.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 15, 2007**                          **Signature:**   _Joseph Speetjens_