# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In Re:  Winn-Dixie Stores, Inc.

PROCEEDINGS UNDER CHAPTER-11
CASE NO.: 3:05-bk-03817-JAF

Debtor

_____/

## NOTICE OF WITHDRAWAL OF REQUEST FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM

Creditor. Isidro Garcia, by and through his undersigned counsel. withdraws the

Request for Allowance of Administrative Expense Claim which was filed on January 24, 2007.

Respectfully submitted,

By: _____

FREIRE & GONZALEZ. P.A.,
Attorneys for Debtor
[ ] Edward Freire. Esq. FBN: 0813771
[ ] Laila S. Gonzalez, Esq. FBN: 0975291
1800 W. 49th Street. Suite 311
Hialeah. FL 33012
(305) 826-1774

Copies Furnished:

Smith. Hulsey & Busey
Attn: James Post. Esq.
225 Water Street
Suite 1800
Jacksonville. FL 32202