UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Reorganized Debtors.[1] | ) Jointly Administered |

**AGREED ORDER RESOLVING CLAIM NO. 12405
FILED BY SFP, LLC AND CLAIM NO. 12157 FILED
BY PRINCIPAL LIFE INSURANCE COMPANY**

These causes originally came before the Court for hearing upon the Fourteenth and Twenty-Eighth Omnibus Objections to Claims (collectively, the "Objections") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"). Included among the several proofs of claim that were the subject of the Objections were claim number 12405 filed by SFP, LLC and claim number 12157 filed by Principal Life Insurance Company. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim no. 12405 filed by SFP, LLC is allowed as an unsecured non-priority claim in the amount of $759,397.70 (plan class 13), and the remainder of claim no. 12405 is disallowed. All distributions with respect to claim

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

no. 12405 shall be sent to SFP, LLC, c/o Primax Properties LLC, Attn: Stephen H Sewell, Mgr., 1115 East Morehead St., Charlotte, NC 28204-2857.

2. Claim no. 12157 filed by Principal Life Insurance Company is disallowed in its entirety.

3. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 16 day of March, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| SMITH HULSEY & BUSEY | KENNEDY COVINGTON |
|---|---|
| By /s/ James H. Post<br>James H. Post | By /s/ Amy Williams *<br>Amy Williams |
| Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile) | Hearst Tower, 47th Floor<br>214 North Tryon Street<br>Charlotte, NC 28202<br>(704) 331-7429<br>(704) 353-3129 (facsimile) |
| -and- | Counsel for SFP, LLC |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | DUANE MORRIS LLP |
| D. J. Baker<br>Sally McDonald Henry<br>Rosalie Walker Gray<br>Jane M. Leamy<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile) | By /s/ Wendy M. Simkulak *<br>Wendy M. Simkulak<br><br>30 South 17th Street<br>Philadelphia, PA 19103-4196<br>(215) 979-1547<br>(215) 979-1020 (facsimile) |
| Co-Counsel for the Debtors | Counsel for Principal Life Insurance Company |

*Counsel have authorized their electronic signatures