UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors.[1] | ) | Jointly Administered |
| | ) | |

AGREED ORDER RESOLVING CLAIM NUMBER 11435 FILED
BY THOMAS E. HITCHENS, AS SET FORTH IN THE DEBTORS'
TWELFTH OMNIBUS CLAIMS OBJECTION

These cases originally came before the Court for hearing on June 29, 2006, upon the Twelfth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors").[2] Included among the several proofs of claim that were the subject of the Objection was claim number 11435 filed by Thomas E. Hitchens. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim no. 11435 filed by Thomas E. Hitchens is reduced and allowed as an unsecured non-priority claim in the amount of $1,000.00 and shall be treated as a Class 17 Small Claim for purposes of distributions under the Joint Plan of

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors. Distributions with respect to claim no. 11435 will be net of withholding for taxes.

2. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 16 day of March, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY                    THOMAS E. HITCHENS

By /s/ James H. Post
    James H. Post

Florida Bar Number 175460               20120 SW 91st Avenue
225 Water Street, Suite 1800            Miami, Florida 33189
Jacksonville, Florida 32202             (305) 235-2961
(904) 359-7700
(904) 359-7708 (facsimile)

-and-

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Co-Counsel for the Debtors