UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Reorganized Debtors. | Jointly Administered |

### AGREED ORDER RESOLVING CURE OBJECTION FILED BY BIG PINE SHOPPING CENTER, LLC (STORE NO. 358)

This cause came before the Court on the Objection to Proposed Cure Amount and Objection to Proposed Cure Amount in Debtors' Second Omnibus Motion to Assume Non-Residential Real Estate Leases filed by Big Pine Shopping Center, LLC. ("Big Pine") (Docket Nos. 9726 and 9754) with respect to Store No. 358 (the "Cure Objections"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objections are overruled.

2. Proof of Claim number 12738 filed by Big Pine is allowed as an administrative claim in the amount of $39,002.73, $15.397.32 of which Winn-Dixie Stores, Inc. and its affiliate debtors (collectively, the "Reorganized Debtors") have paid. Within fourteen (14) days of entry of this Agreed Order, the Reorganized Debtors will pay $23,605.41 in full satisfaction of any right to cure Big Pine has or may have under 11 U.S.C. § 365 or otherwise.

3. This Agreed Order resolves all liabilities and obligations related to (i)

all proofs of claim and administrative expense claims filed by Big Pine in these Chapter 11 cases and (ii) all other pre-petition or pre-effective date claims Big Pine has or may have against the Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

4. Post-effective date liabilities and obligations will be handled by the parties in accordance with the applicable lease terms and ordinary course practices.

5. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 16 day of March, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00556472

## **Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| **WILCOX LAW FIRM** | **SMITH HULSEY & BUSEY** |
| By *s/ Robert D. Wilcox*\* <br> Robert D. Wilcox, F.B.N. 755168 | By *s/ Cynthia C. Jackson* <br> Cynthia C. Jackson, F.B.N. 498882 |
| 6817 Southpoint Parkway, Suite 1302 <br> Jacksonville, Florida 32216 <br> (904) 281-0700 <br> (904) 513-9201 (facsimile) <br> rwilcox@wilcoxlawfirm.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Counsel for Big Pine Shopping Center, LLC | Co-Counsel for Reorganized Debtors |

\*Counsel has authorized their electronic signature.

00556472