**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**PROPERTY APPRAISERS' MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO DEBTOR'S OBJECTION TO FLORIDA TAX CLAIMS AND**
**MOTION FOR ORDER DETERMINING TAX LIABILITIES**

Respondent Property Appraisers Ed Crapo, as Property Appraiser of Alachua County, Florida, Melanie Hensley, as Property Appraiser of Citrus County, Florida, Ervin Higgs, as Property Appraiser of Monroe County, Florida, Timothy "Pete" Smith, as Property Appraiser of Okaloosa County, Florida, Jim Todora, as Property Appraiser of Sarasota County, Florida, Mike Wells, as Property Appraiser of Pasco County, Florida, and Ken Wilkinson, as Property Appraiser of Lee County, Florida, move this Court for a 20 day extension of the time in which to serve a response to Debtor's Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities [hereinafter "Objection and Motion"], and in support thereof state as follows:

1. In this Court's Order Granting in Part and Denying in Part Florida Tax Collectors' Motion to Dismiss Debtor's Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities dated January 19, 2007, this Court ordered the debtors to serve a copy of their Objection and Motion on the Property Appraisers, and directed the Property Appraisers to file a response to the Objection and Motion within 30 days of service.

2. The Property Appraisers' response to the Objection and Motion is due to be served by March 19, 2007 for those Respondents that were served electronically and by March 21, 2007 for those who were served by mail.

3. The undersigned counsel has an appellate brief due on the same day. In addition, the undersigned counsel has had to take additional time to travel to Tampa to learn how to use this Court's electronic filing system, and had to familiarize herself with the applicable bankruptcy rules and the Local Rules of this Court, as property tax cases are more commonly brought in state court. Thus, counsel for the seven Property Appraisers listed above requests that the time for service of her response be extended for 20 days, to and including April 9, 2007.

4. Counsel for the Respondent Property Appraisers has conferred with Cynthia Jackson, counsel for the Debtor, and is authorized to represent that the Debtor does not object to this Request for Extension of Time.

WHEREFORE, Respondent Property Appraisers respectfully request that this Court enter an Order extending the time for service of their response to Debtor's Objection and Motion from March 19, 2007, to and including April 9, 2007.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic transmission or by U.S. first class mail, postage pre-paid on this 16th day of March, 2007 to:

| **Party** | **Attorney** |
|---|---|
| Winn-Dixie Stores, Inc. and Affiliated Debtors | Skadden, Arps, Slate, Meagher & Flom, LLP<br>D.J. Baker, Esq.<br>Four Times Square<br>New York, NY 10036<br>Tel: 212-735-3000 |

|  |  |
|---|---|
|  | Smith Hulsey & Busey<br>Stephen D. Busey, Esq.<br>Cynthia C. Jackson, Esq.<br>225 Water Street, Suite 1800,<br>Jacksonville, FL 32202 |
| Florida Tax Collectors | Brian T. Hanlon, Esq.<br>Palm Beach County Tax Collector<br>Post Office Box 3715<br>West Palm Beach, FL 33402-3715<br>Tel: 561-355-2142 |
|  | Brian T. FitzGerald, Esq.<br>Hillsborough County Attorneys Office<br>Post Office Box 1110<br>Tampa, FL 33601-1110<br>Tel: 813-272-5670 |
| United States Trustee | Kenneth C. Meeker, Esq.<br>Office of the United States Trustee<br>135 W. Central Boulevard, Room 620<br>Orlando, FL 32801<br>Tel: 407-648-6301 |
| Official Committee of<br>Unsecured Creditors | Akerman Senterfitt<br>John B. MacDonald, Esq.<br>50 N. Laura Street, Suite 2500<br>Jacksonville, FL 32202<br>Tel: 904-798-3700 |
|  | Milbank, Tweed, Hadley & McCloy, LLP<br>Matthew S. Barr, Esq.<br>One Chase Manhattan Plaza<br>New York, NY 10005<br>Tel: 212-530-5000 |
| Lori Parrish, CFA<br>Broward County Property Appraiser | Ronald M. Gunzburger, Esq.<br>General Counsel<br>Broward County Property Appraiser's Office<br>115 S. Andrews Avenue, Room 111<br>Fort Lauderdale, FL 33301<br>Tel: 954-357-6804 |

| | |
|---|---|
| Bill Donegan, CFA<br>Orange County Property Appraiser | Bart R. Valdes, Esq.<br>deBeaubien, Knight, Simmons,<br>Mantzaris & Neal, LLP<br>500 N. West Shore Blvd., Suite 940<br>Tampa, FL  33609<br>Tel:  813-288-9650 |
| | Kenneth P. Hazouri, Esq.<br>deBeaubien, Knight, Simmons,<br>Mantzaris & Neal, LLP<br>332 North Magnolia Avenue<br>P.O. Box 87<br>Orlando, FL  32802-0087<br>Tel: 407-422-2454 |
| Marsha M. Faux, CFA, ASA<br>Polk County Property Appraiser | Michael D. Martin, Esq.<br>Martin Law Office<br>P.O. Box 367<br>Lakeland, FL  33802-0367<br>Tel: 863-686-6700 |
| Property Appraisers of Collier, Hendry,<br>Hernando, Lake, Levy, Martin,<br>Miami-Dade, Palm Beach, Seminole,<br>St. Johns, Sumter and Volusia Counties | Gaylord A. Wood, Jr., Esq.<br>Law Offices of Wood & Stuart, P.A.<br>P.O. Box 1987<br>Bunnell, FL  32110-1987<br>Tel:  386-437-9400 |

DENT & JOHNSON, CHARTERED
3415 Magic Oak Lane
Post Office Box 3259
Sarasota, Florida  34230
Phone:  (941) 952-1070
Fax:    (941) 952-1094
E-mail:  sjohnson@dentjohnson.com


 /s/ SHERRI L. JOHNSON
SHERRI L. JOHNSON
Florida Bar No. 0134775