UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Patricia Davis  (Claim No. 4568) [Docket No. 15471] was furnished by mail on March 14, 2007 to Patricia Davis c/o John A. Caracuzzo, Esq., Keller Keller & Caracuzzo, P.A., 224 Datura Street, Suite 1205, West Palm Beach, Florida 33401.

Dated:  March 16, 2007

                                                SMITH HULSEY & BUSEY


                                                By      *s/ James H. Post*
                                                        Stephen D. Busey
                                                        James H. Post (FBN 175460)
                                                        Cynthia C. Jackson

                                              225 Water Street, Suite 1800
                                              Jacksonville, Florida  32202
                                              (904) 359-7700
                                              (904) 359-7708 (facsimile)
                                              jpost@smithhulsey.com

                                              Counsel for Reorganized Debtors

00520151.DOC