UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Debra Kennedy and John Kennedy (Claim No. 9545) [Docket No. 15342] was furnished by mail on March 14, 2007 to Debra Kennedy and John Kennedy c/o John H. Foote, Esq., Fonvielle Lewis Foote & Messer, P.A., 3375-A Capital Circle NE, Tallahassee, Florida 32308.

Dated: March 16, 2007

SMITH HULSEY & BUSEY

By    *s/ James H. Post*
　　　Stephen D. Busey
　　　James H. Post (FBN 175460)
　　　Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151.DOC