UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )

WINN-DIXIE STORES, INC., et al.,      )        Case No. 05-03817-3F1
                                               Chapter 11
                    Debtors.           )        Jointly Administered

_____

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Angela West  (Claim No. 7425) [Docket No. 15405] was furnished by mail on March 14,

2007 to Angela West, 983 Morning Dove Drive, Winter Garden, Florida 34787.

Dated:  March 16, 2007

SMITH HULSEY & BUSEY


By      *s/  James H. Post*
        Stephen D. Busey
        James H. Post (FBN 175460)
        Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151.DOC