**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No.: **05-03817-3F1** |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**21 PROPERTY APPRAISERS' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEBTORS' OBJECTION TO FLORIDA TAX CLAIMS AND MOTION FOR ORDER DETERMINING TAX LIABILITIES**

COMES NOW the Property Appraisers for Baker County, Bradford County, Columbia County, Clay County, DeSoto County, Flagler County, Gadsden County, Hardee County, Highlands County, Hillsborough County, Jackson County, Leon County, Nassau County, Okeechobee County, Osceola County, Putnam County, Suwannee County, Taylor County, Wakulla County, Walton County, and Washington County ("21 property appraisers"), by and through the undersigned counsel, move this Court for a twenty (20) day extension in which to serve a response to Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities [Docket No. 10046] ("Debtors' Objection and Motion"), and in support thereof state as follows:

      1.      By order of this Court, dated January 19, 2007, Order Granting in Part and Denying in Part Florida Tax Collectors' Motion to Dismiss Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities [Docket No. 14815] ("Order"), Debtors were directed to serve copies of their Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities and said Order upon the Property Appraisers within thirty (30) days of entry of the Order. The Property

Appraisers, in turn, were ordered to file a response to the Debtors' Objection and Motion within thirty (30) days of service of the Order.

2.    On February 16, 2007, Debtors furnished copies of the aforementioned documents to the 21 property appraisers via electronic and U.S. mail. The 21 property appraisers' response to Debtors' Objection and Motion is due to be served by March 19, 2007.

3.    The 21 property appraisers are attempting to join resources in order to file unified responses to Debtors' Objection and Motion.

4.    On February 1, 2007, Debtors filed a Motion for Reconsideration of the Court's Order dated January 19, 2007 [Docket No. 14985], which is currently under the advisement of this Court.

5.    The undersigned counsel certifies that co-counsel for reorganized debtors, Cynthia C. Jackson, has been contacted and is authorized to agree to an extension of time of twenty (20) days on behalf of the Debtors.

WHEREFORE, 21 property appraisers, by and through the undersigned counsel respectfully request that this Court enter an Order extending the time to serve their Response to Debtors' Objection and Motion by twenty (20) days, to and including April 9, 2007.

Respectfully submitted,

*/s/ Loren E. Levy*
Loren E. Levy, Esq.
Fla. Bar No. 0814441
The Levy Law Firm
1828 Riggins Lane
Tallahassee, Florida 32308
Phone: (850) 219-0220
Facsimile: (850) 219-0177
levylawfirm@comcast.net

Counsel for Florida Property Appraisers of Baker, Bradford, Columbia, Clay, DeSoto, Flagler, Gadsden, Hardee, Highlands, Hillsborough, Jackson, Leon, Nassau, Okeechobee, Osceola, Putnam, Suwannee, Taylor, Wakulla, Walton, and Washington Counties.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by *Notice of Electronic Filing* on this **16th** day of March, 2007, to: D.J. Baker, Sally McDonald Henry, and Rosalie Walker Gray, Skadden Arps Slate Meagher & Flom, LLP, Co-Counsel for Reorganized Debtors, djbaker@skadden.com; Stephen D. Busey, James H. Post, and Cynthia C. Jackson, Smith Hulsey & Busey, Co-Counsel for Reorganized Debtors, cjackson@smithhulsey.com; Brian Fitzgerald, Counsel for Florida Tax Collectors, fitzgeraldb@hillsboroughcounty.org; Gaylord A. Wood, Counsel for certain Florida Property Appraisers, pleadings@woodstuardpa.com; Dent & Associates, Counsel for other Florida Property Appraisers, jdent@dentjohnson.com; Ronald

3

4

Gunzburger, Counsel for the Broward County Property Appraiser, ron@bcpa.net, and Kenneth Hazouri, Counsel for the Orange County Property Appraiser, khazouri@dbksmm.com.

                                                */s/ Loren E. Levy*
                                                Loren E. Levy, Esq.