UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| Reorganized Debtors.[1] | ) Jointly Administered |

## AGREED ORDER RESOLVING CLAIM NUMBER 3902 FILED BY THE BEN TOBIN COMPANIES, LTD.

This cause is before the court upon (i) the Nineteenth Omnibus Objection to Claims (the "Objection") filed at Docket No. 10689 by Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") as it pertains to Claim No. 3902 filed by The Ben Tobin Companies, Ltd. (the "BTC") and (ii) the response to the Objection (the "Response") filed at Docket No. 11250 by the BTC.

Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Objection (as it pertains to Claim No. 3902 filed by the BTC) and the Response are resolved as set forth below.

2. Claim No. 3902 is allowed as an unsecured non-priority claim in the reduced amount of $100,000, and shall be treated as a Class 13 Landlord Claim for purposes of

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

distributions under the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors. All other amounts claimed in connection with Claim Number 3902 are disallowed.

3. Within five (5) business days of entry of this Agreed Order, the BTC shall (a) file with the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida and (b) serve upon counsel to the Debtors at the addresses indicated in the consent below, a Notice of Dismissal With Prejudice dismissing Case No. 04 06352 CA 05 styled <u>The Ben Tobin Companies, Ltd., Plaintiff v. Winn-Dixie Stores, Inc., a Florida Corporation, Defendant</u> (the "Litigation").

4. This Agreed Order resolves all liabilities and obligations related to (a) any and all proofs of claim and administrative expense claims filed by the BTC in these Chapter 11 cases and (b) all other pre-petition or pre-confirmation claims, whether known or unknown, the BTC has or may have against the Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released, including but not limited to any claims related to the Litigation.

5. The Court shall retain jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 14 day of March, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

2

Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY

By /s/ James H. Post
    James H. Post
    Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

-and-

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

D. J. Baker
Rosalie Walker Gray
Jane M. Leamy
David M. Turetsky
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Co-Counsel for Reorganized Debtors

SALOMON, KANNER, DAMIAN &
RODRIGUEZ, P.A.

By /s/ Vincent E. Damian, Jr. *
    Vincent E. Damian, Jr.

80 S.W. Eighth Street
Miami, FL 33130, Suite 2550
(305) 379-1681
(305) 374-1719 (facsimile)

Counsel for The Ben Tobin Companies, Ltd.

* Counsel has authorized his electronic signature.

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3        User: baldws            Page 1 of 1              Date Rcvd: Mar 15, 2007
Case: 05-03817              Form ID: pdfdoc         Total Served: 1
```

The following entities were served by first class mail on Mar 17, 2007.
aty         +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
              Jacksonville, FL 32202-4494

The following entities were served by electronic transmission.
NONE.                                                                                     TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 17, 2007**                              **Signature:**        _Joseph Speetjens_