UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Christina M. LeBlanc hereby appears as counsel for Jim Smith, Property Appraiser of Pinellas County, in this action. Copies off all future pleadings, orders and correspondence should be directed to the address below.

The undersigned counsel is admitted to practice in this Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic transmission on this 19th day of March, 2007 to:

| Party | Attorney |
|---|---|
| Winn-Dixie Stores, Inc. and Affiliated Debtors | Skadden, Arps, Slate, Meagher & Flom, LLP<br>D.J. Baker, Esq.<br>Four Times Square<br>New York, NY 10036<br>Tel: 212-735-3000<br>djbaker@skadden.com |
| | Smith Hulsey & Busey<br>Stephen D. Busey, Esq.<br>Cynthia C. Jackson, Esq. |

|  |  |
|---|---|
|  | 225 Water Street, Suite 1800,<br>Jacksonville, FL 32202<br>cjackson@smithhulsey.com |
| Florida Tax Collectors | Brian T. Hanlon<br>Palm Beach County Tax Collector<br>Post Office Box 3715<br>West Palm Beach, FL 33402-3715<br>Tel: 561-355-2142 |
|  | Brian T. FitzGerald, Esq.<br>Hillsborough County Attorneys Office<br>Post Office Box 1110<br>Tampa, FL 33601-1110<br>Tel: 813-272-5670 |
| United States Trustee: | Kenneth C. Meeker, Esq.<br>Office of the United States Trustee<br>135 W. Central Boulevard, Room 620<br>Orlando, FL 32801<br>Tel: 407-648-6301 |
| Official Committee of Unsecured Creditors | Akerman Senterfitt<br>John B. MacDonald, Esq.<br>50 N. Laura Street, Suite 2500<br>Jacksonville, FL 32202<br>Tel: 904-798-3700 |
|  | Milbank, Tweed, Hadley & McCloy, LLP<br>Matthew S. Barr, Esq.<br>One Chase Manhattan Plaza<br>New York, NY 10005<br>Tel: 212-530-5000 |
| To counsel for certain Florida Property Appraisers | The Levy Law Firm<br>levylawfirm@comcast.net<br><br>Gaylord A. Wood<br>pleadings@woodstuartpa.com<br><br>Dent & Associates<br>jdent@dentjohnson.com |
| Counsel for Broward County Property Appraiser | Ronald Gunzburger<br>ron@bcpa.net |

| | |
|---|---|
| Counsel for Polk County Property Appraiser | Michael Martin<br>mike@martinpa.com |
| Counsel for Orange County Property Appraiser | Kenneth Hazouri<br>khazouri@dbksmm.com |

 /s/ Christina M. LeBlanc
Christina M. LeBlanc
Senior Assistant County Attorney
Fla. Bar #548669
Pinellas County Attorney's Office
315 Court Street, Sixth Floor
Clearwater, FL  33764
Telephone: 727-464-3354/Fax: 727-464-4147
cleblanc@pinellascounty.org
Counsel for Defendants, Jim Smith