**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

**BILL DONEGAN AND JIM FORD'S RESPONSE TO DEBTORS' OBJECTION TO FLORIDA TAX CLAIMS AND MOTION FOR ORDER DETERMINING TAX LIABILITIES**

BILL DONEGAN, as ORANGE COUNTY PROPERTY APPRAISER ("Donegan"), and JIM FORD, as BREVARD COUNTY PROPERTY APPRAISER ("Ford")[1], by counsel and pursuant to this Court's January 19, 2007, Order Granting in Part and Denying in Part Florida Tax Collectors' Motion to Dismiss Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities (the "Order"), hereby respond to the Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities (the "Objection") and Order as follows:

---

[1] Based on the informal notice procedures used by Debtors' counsel, Ford is currently unsure if his office has received a copy of the Objection or Order from Debtors' counsel, and, if so, when his office received the Objection and Order, and the deadline for Ford's Response to the Objection. Accordingly, Ford has joined in this Response in an abundance of caution for the purpose of preserving his right to defend against Debtors' Objection.

1.	Donegan and Ford hereby reallege and incorporate herein all of the arguments in, and grounds for, opposition to Debtors' Objection set forth in the Responses filed by Florida County Property Appraisers in this proceeding including, but not limited to, the following: a) the Response filed on March 15, 2007, by Gaylord A. Wood, Jr., on behalf of 14 Property Appraisers; b) the Response filed on March 16, 2007, by Thomas M. Findley on behalf of the Madison County Property Appraiser; c) the Response filed on March 16, 2007, by Thomas M. Findley on behalf of the Santa Rosa County Property Appraiser; d) the Responses filed on March 15, 2007, and March 16, 2007, by Michael D. Martin on behalf of the Polk County Property Appraiser; e) the Response filed on March 15, 2007, by Ronald M. Gunzburger on behalf of the Broward County Property Appraiser; and f) the Response filed by Thomas M. Findley on March 16, 2007 on behalf of the Jefferson County Property Appraiser.

2.	Additionally and without limitation, Donegan and Ford specifically deny that they have been properly served with the Order or Objection pursuant to Bankruptcy Rule 9014(b), Bankruptcy Rule 7004, and/or Federal Rule of Civil Procedure 5.

3.	Additionally and without limitation, Donegan and Ford specifically assert that this proceeding has been filed and prosecuted in an incorrect venue, as

opposed to the proper one, which is the Bankruptcy Court for the Middle District of Florida, Orlando Division.

4.      Additionally and without limitation, Donegan and Ford specifically deny that any of their office's valuations of the subject real and tangible personal property located within Orange County, Florida, exceed the just/market values mandated by the Florida Constitution and statutes.

5.      Donegan and Ford have not had the opportunity to fully research all issues encompassed within Debtors' Objection and Order and to ascertain and formulate all of their anticipated arguments in opposition thereto.  Accordingly, Donegan and Ford specifically reserve any and all rights to revise and/or supplement this Response as may become necessary in the course of this proceeding.

6.      Based on the foregoing, Donegan and Ford respectfully request that the Court to dismiss the Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities and/or to find that the appraised values Donegan and Ford have assigned to the subject real and tangible personal property are the correct market and just valuations for such property during the subject tax years

and to refuse to reduce the Debtors' tax liabilities arising out of such valuations.

           ____/s/ Bart R. Valdes_____
           Kenneth P. Hazouri
           Florida Bar Number: 0019800
           deBeaubien, Knight, Simmons,
            Mantzaris & Neal, LLP
           332 North Magnolia Avenue
           P.O. Box 87
           Orlando, FL  32802-0087
           (407) 422-2454
           (407) 849-1845 (facsimile)
           khazouri@dbksmn.com

           BART R. VALDES
           Florida Bar Number 323380
           deBeaubien, Knight, Simmons,
            Mantzaris & Neal, LLP
           500 N. West Shore Blvd., Suite 940
           Tampa, Florida 33609
           Tel: (813) 288-9650
           Fax:(813) 288-9482
           bvaldes@dbksmn.com
           Attorneys for Bill Donegan and Jim Ford

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 19, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: GAYLORD WOOD, Wood & Stewart, P.A., gaylord@bellsouth.net; D.J. BAKER, SALLY MCDONALD HENRY and ROSALILE WALKER GRAY, Skadden, Arps, Slate, Meagher &

Flom, LLP, djbaker@skadden.com; STEPHEN D. BUSEY, JAMES H. POST and CYNTHIA C. JACKSON, cjackson@smithhulsey.com; JAMES POST, Smith, Hulsey & Busey, counsel for the Reorganized Debtors, jpost@smithhulsey.com, BRIAN FITZGERALD, Hillsborough Count Attorney's Office, counsel for Florida Tax Collectors, fitzgeraldb@hillsboroughcounty.org; LOREN LEVY, Levy Law Firm, counsel for certain Florida Property Appraisers, levylawfirm@comcast.net; JOHN DENT, Dent & Associates, counsel for certain other Florida Property Appraisers, jdent@dentjohnson.com; and RONALD GUNZBURGER, counsel for the Broward County Property Appraiser, ron@bcpa.net; MICHAEL D. MARTIN, counsel for the Polk County Property Appraiser, Mike@martinpa.com; THOMAS M. FINDLEY, counsel for Jefferson, Santa Rosa, and Madison County Property Appraisers, tfindley@lawfla.com; Michael A. Paasch, co-counsel for the Brevard County Tax Collector, mpaasch@mateerharbert.com.

    \_\_\_\_/s/ Bart R. Valdes_____
BART R. VALDES
Florida Bar Number 323380
deBeaubien, Knight, Simmons,
 Mantzaris & Neal, LLP
500 N. West Shore Blvd., Suite 940
Tampa, Florida 33609
Tel: (813) 288-9650
Fax:(813) 288-9482
bvaldes@dbksmn.com

Attorneys for Bill Donegan