UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

## ORDER EXTENDING TIME TO RESPOND TO DEBTOR'S OBJECTION TO FLORIDA TAX CLAIMS AND MOTION FOR ORDER DETERMINING TAX LIABILITIES

THIS CAUSE came before the Court on the Motion of seven of the Respondent Florida Property Appraisers' Motion for Extension of the Time to serve their response to Debtor's Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities. The Court having reviewed the Motion and being advised that the Debtor does not object to entry of such an Order, it is hereby ordered that:

1. The Respondent Florida Property Appraisers' Motion for Extension of Time to Respond to Debtor's Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities is GRANTED; and

2. The Respondent Florida Property Appraisers are given 20 days from the deadline of March 19, 2007, until April 9, 2007, to serve their response to Debtor's Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities.

Dated this 19 day of March, 2007 in Jacksonville, Florida.

JERRY A. FUNK
UNITED STATES BANKRUPTCY JUDGE

## CERTIFICATE OF SERVICE OF ORDER EXTENDING TIME TO RESPOND TO DEBTOR'S OBJECTION TO FLORIDA TAX CLAIMS AND MOTION FOR ORDER DETERMINING TAX LIABILITIES

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic transmission or by U.S. first class mail, postage pre-paid to on this 16th day of March, 2007 to:

| Party | Attorney |
|---|---|
| Winn-Dixie Stores, Inc. and Affiliated Debtors | Skadden, Arps, Slate, Meagher & Flom, LLP<br>D.J. Baker, Esq.<br>Four Times Square<br>New York, NY 10036<br>Tel: 212-735-3000<br><br>Smith Hulsey & Busey<br>Stephen D. Busey, Esq.<br>Cynthia C. Jackson, Esq.<br>225 Water Street, Suite 1800,<br>Jacksonville, FL 32202 |
| Florida Tax Collectors | Brian T. Hanlon, Esq.<br>Palm Beach County Tax Collector<br>Post Office Box 3715<br>West Palm Beach, FL 33402-3715<br>Tel: 561-355-2142<br><br>Brian T. FitzGerald, Esq.<br>Hillsborough County Attorneys Office<br>Post Office Box 1110<br>Tampa, FL 33601-1110<br>Tel: 813-272-5670 |
| United States Trustee: | Kenneth C. Meeker, Esq.<br>Office of the United States Trustee<br>135 W. Central Boulevard, Room 620<br>Orlando, FL 32801<br>Tel: 407-648-6301 |
| Official Committee of Unsecured Creditors | Akerman Senterfitt<br>John B. MacDonald, Esq.<br>50 N. Laura Street, Suite 2500<br>Jacksonville, FL 32202<br>Tel: 904-798-3700<br>Milbank, Tweed, Hadley & McCloy, LLP<br>Matthew S. Barr, Esq. |

|  |  |
|---|---|
|  | One Chase Manhattan Plaza<br>New York, NY 10005<br>Tel: 212-530-5000 |
| Lori Parrish, CFA<br>Broward County Property Appraiser | Ronald M. Gunzburger, Esq.<br>General Counsel<br>Broward County Property Appraiser's Office<br>115 S. Andrews Avenue, Room 111<br>Fort Lauderdale, FL 33301<br>Tel: 954-357-6804 |
| Bill Donegan, CFA<br>Orange County Property Appraiser | Bart R. Valdes, Esq.<br>deBeaubien, Knight, Simmons,<br>Mantzaris & Neal, LLP<br>500 N. West Shore Blvd., Suite 940<br>Tampa, FL 33609<br>Tel: 813-288-9650 |
|  | Kenneth P. Hazouri, Esq.<br>deBeaubien, Knight, Simmons,<br>Mantzaris & Neal, LLP<br>332 North Magnolia Avenue<br>P.O. Box 87<br>Orlando, FL 32802-0087<br>Tel: 407-422-2454 |
| Marsha M. Faux, CFA, ASA<br>Polk County Property Appraiser | Michael D. Martin, Esq.<br>Martin Law Office<br>P.O. Box 367<br>Lakeland, FL 33802-0367<br>Tel: 863-686-6700 |
| Property Appraisers of Collier, Hendry,<br>Hernando, Lake, Levy, Martin,<br>Miami-Dade, Palm Beach, Seminole,<br>St. Johns, Sumter and Volusia Counties | Gaylord A. Wood, Jr., Esq.<br>Law Offices of Wood & Stuart, P.A.<br>P.O. Box 1987<br>Bunnell, FL 32110-1987<br>Tel: 386-437-9400 |

                                            DENT & JOHNSON, CHARTERED
                                            3415 Magic Oak Lane
                                            Post Office Box 3259
                                            Sarasota, Florida 34230
                                            Phone: (941) 952-1070
                                            Fax:   (941) 952-1094
                                            E-mail: sjohnson@dentjohnson.com

                                            /s/ SHERRI L. JOHNSON
                                            SHERRI L. JOHNSON
                                            Florida Bar No. 0134775