F I L E D
JACKSONVILLE, FLORIDA

MAR 1 9 2007

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACSONVILLE DIVISION

| In re: | ) | Case No. 05-03817-3F1 |
|---|---|---|
| | ) | Chapter 11 |
| WINN-DIXIE STORES, INC., et al | ) | |
| | ) | |
| Recognized Debtors | ) | Jointly Administered |

### AGREED MOTION OF WITHDRAWAL AS COUNSEL

**COMES NOW** Dennis Hernandez & Associates, PA ("Hernandez"), counsel for Creditor, MARY ECKENROD (Claim Number 13633), files this Agreed Motion Of Withdrawal As Counsel and states as follows:

1. Substantial and irreconcilable differences have arisen between Hernandez and Creditor.

2. A withdrawal as counsel at this time will not create undue delay or cause prejudice to any party.

3. It is in the best interest of Creditor to obtain new counsel.

4. The Creditor should be afforded reasonable time to retain substitute counsel. During this period of time, all discovery, discovery motions, and deadlines should be stayed.

5. After the withdrawal by Hernandez, all mail for Mary Eckenrod should be forwarded to Mary Eckenrod, 4830 Dove Lane, Auburndale, Florida 33823, or such other address as directed.

**WHEREFORE**, the movant respectfully requests the Court to enter an Order:

Allowing Dennis Hernandez & Associates, PA, and all its attorneys to withdraw as counsel for Mary Eckenrod, in the above-styled cause and to be relieved of any further responsibilities in this matter and that all time periods associated with the Claim Number 13633 be expanded for thirty (30) days from the date of the Court's Order.

I hereby agree to the relief requested herein.

*Mary Eckenrod*
Mary Eckenrod

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to: D.J. Baker, Sally McDonald Henry, Rosalie Walker Gray, Four Times Square, New York, New York 10036, and Stephen D. Busey, James H. Post, Cynthia C. Jackson, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, this ___7___ day of ___March___, 2007.

Respectfully submitted,

Douglas R. Blecki, Esquire
Florida Bar Number: 0884499
Dennis Hernandez & Associates, PA
3339 West Kennedy Boulevard
Tampa, Florida 33609
Telephone:  (813) 250-0000
Facsimile:   (813) 258-4567
Attorneys for Mary Eckenrod

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court by using the CM/ECF system that will send a notice of electronic filing to the following:

D.J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Stephen D. Busey
James H. Post
Cynthia C. Jackson

on this ___7___ day of ___March___, 2007.

Douglas R. Blecki, Esquire