FILED
JACKSONVILLE, FLORIDA

MAR 19 2007

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

The Clerk of Court         3/15/2007
United States Bankruptcy Court
Middle District of Florida
300 North Hogan Street
Suite 3-350
Jacksonville Florida 22202-4267

RE- Winn-Dixie Bankruptcy Case #05-3817-3F1
Claim #12570 - FOR 45,144.50

### OPPOSITION FOR DISALLOWANCE OF ABOVE CLAIM

Grateful, Please file the original of the enclosed notice of opposition for disallowance of above claim. Also please stamp and send the enclosed copy to me in the stamped addressed envelope also enclosed.

Thank you for your attention in this matter.

Yours sincerely,

Sunday N. Udoinyion, Claimant
P O Box 80903
Chamblee, GA 30366
678 428 2516

# UNITED STATE BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

RE – WINN-DIXIE Bankruptcy Case #05-3817-3F1
Claim # 12570 FOR $45,144.50

## OPPOSITION FOR DISALLOWANCE OF ABOVE CLAIM

I am hereby filing notice of opposition for disallowance of above claim.
A copy of this notice is being served upon Smith Hulsey Busey for the attention of David Gay through facsimile # 904-359-7708, Attorney for Winn-Dixie.

Sunday N. Udoinyion, Claimant
P O Box 80903
Chamblee GA 30366
Ph. 678 428 2516
3/15/ 2007

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSON DIVISION

**THE HON JUDGE JERRY FUNK**                               3/15/2007
United States Bankruptcy Judge
Middle District of Florida
300 North Hogan Street
Jacksonville Florida 32202-4267


RE- Winn-Dixie Bankruptcy Case   #05- 3817-3F1
Claim #12570

### OPPOSITION FOR DISALLOWANCE OF ABOVE CLAIM

I am hereby filing the enclosed notice of opposition for disallowance of above claim for your attention

Thank you your Honor for your attention in this matter.

Sincerely,

*[signature]*

Sunday N. Udoinyion, Claimant
P O Box 80903 Chamblee
GA 30366
Ph. 678 428 2516