United States Bankruptcy Court
Middle District of Florida
Jacksonville Division

In re:                                                          Case No. 05-03817-3F1

Winn-Dixie Stores, Inc. et al.,                                 Chapter 11

Reorganized Debtors,                                            Jointly Administered

### MOTION FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

Claimant, ANGIE REEVES, by and through her undersigned counsel, hereby files this Motion for Administrative Expense Claim, and in support thereof, states as follows:

1. That on April 3, 2004 ANGIE REEVES was an invitee at Winn-Dixie Store #595.

2. While on the premises, she slipped and fell due to a negligent condition, to wit: spilled chocolate milk on floor by check-out.

3. As a direct result of the fall, ANGIE REEVES was caused to suffer serious injuries, pain and suffering.

4. ANGIE REEVES has incurred substantial medical in the treatment of her injuries. To date ANGIE REEVES has incurred medical bills in excess of $80,772.20 and more are expected.

5. Claimant, ANGIE REEVES, has sustained injuries, pain, suffering and loss of enjoyment of life for which she demands compensation in the amount of $25,000.

WHEREFORE, ANGIE REEVES hereby demands that she receives payment from WINN-DIXIE STORES, INC. for all of her medical bills incurred as a result of her injuries, as well as payment as compensation for her pain, suffering, injuries, damages and loss of enjoyment of life, as well as for all reasonable future medical expenses for said injuries. As full and final settlement of this claim, ANGIE REEVES requests that she receive $25,000 from the debtor, WINN-DIXIE STORES, INC.

/s Cathy B. Donohoe
Cathy B. Donohoe (DONO16)
DONOHOE & STAPLETON, L.L.C.
2781 Zelda Road
Montgomery, Alabama 36106
334-269-3355