```
          IN THE UNITED STATES BANKRUPTCY COURT
                MIDDLE DISTRICT OF FLORIDA
                JACKSONVILLE CITY DIVISION
IN RE:

WINN-DIXIE STORES, INC.,           CASE NO. 05-03817-3F1

     Debtor.
_____/
```

**REQUEST FOR REMOVAL FROM RECEIVING ECF NOTICES**

PLEASE TAKE NOTICE that the law firm of CHESSER & BARR, P.A., hereby requests removal from receipt of ECF notices in the above-styled case.

DATED this 20th day of March, 2007.

```
                              /s/Louis L. Long, Jr.
                              Chesser & Barr, P.A.
                              1201 Eglin Parkway
                              Shalimar, FL 32579
                              (850) 651-9944
                              F: (850) 651-9867
                              FL BAR ID# 293131
                              Attorney for Cynthia Stewart
```

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy has been furnished to the following persons either via United States Mail on this 20th day of March, 2007, or via electronic mail on the date set forth on the Court's docket as the date of electronic service: D.J. BAKER, Esquire, Four Times Square, New York, NY 10036; CYNTHIA JACKSON, Esquire, 225 Water St., sTe. 1800, Jacksonville, FL 32202.

```
                              /s/Louis L. Long, Jr.
                              Attorney
```

U:\Long\Eubanks-Stewart\ECF Removal Notice.wpd