


**Sedgwick**
Sedgwick Claims Management Services, Inc.
P.O. Box 24787, Jacksonville, FL 32241-4787
Telephone 904-419-5345  Facsimile 904-419-5365

October 4, 2006

Law Office of Jeffery Davis
Attn: Jeffery Davis, Esquire
1980 Coral Way
Miami, Florida 33145

Re:  Date of Incident : 8/19/2006
     Your Client      : Susan Ann Miranda
     Claim #          : A611207802
     Location         : Winn Dixie Store # 388      18300 SW 137th Ave.
                                                   Miami, Florida 33177
     Division         : Miami 03

Dear Mr. Davis:

I acknowledge your letter of representation regarding    Susan Ann Miranda
Sedgwick Claims Management Services, Inc. is the third-party administrator of claims for Winn-Dixie Stores, Inc. Winn-Dixie is self-insured for Premises Liability with a $2,000,000.00 retention. There is no Premises Medical Payments coverage to pay expenses as incurred. If Winn Dixie has any liability they will only make a onetime liability payment when a settlement is reached.

I am the examiner assigned to this claim. Please provide a status as to your client's treatment and medical progress with medical records and bills to date. To verify medical information and obtain information on any past injury, Winn Dixie requests we obtain a medical authorization from your client. Please have your client complete the medical authorization form enclosed and return it to me with a list of names and address of all medical providers who have seen or treated your client for this incident. If your client is claiming lost wages I need to verify the claim with his/her employer(s). Please have your client complete the Wage Authorization form and provide information as to his/her employer(s).

Liability is not clear at this time. Winn Dixie requires that I obtain your clients statement before they can make any decisions regarding liability. Please advise me of a convenient time for your client to do this over the phone. If your client has already provided us with a recorded statement please disregard. Should you fail to provide this information our liability decisions will be based solely upon the limited information available to us.

Thank you for your assistance and cooperation.

Sincerely,

*Richard J. Law*

Richard J. Law                **EXHIBIT A 1¢1**
General Liability Examiner
Encl.

Obtaining the medical & wage information is for the purpose of evaluating your claim and does not assume liability on Winn-Dixie or Sedgwick Claims Management Services, Inc. to pay or reimburse an expenses incurred as a result of this incident.