## LAW OFFICES
## JEFFREY R. DAVIS, P.A.

November 1, 2006

Sedgwick Claims Management
   Services, Inc.
Post Office Box 24787
Jacksonville, Florida 32241-4787

Attention: Richard J. Law

       Re:    Our Client     : Susan Ann Miranda
             D/Incident    : August 19, 2006
             Your Claim No. : A611207802
             Your Store     : Winn Dixie Store #388
             Our File No.   : 06-1534

Dear Mr. Law:

    Thank you for yours of October 4, 2006. In response, please consider the following information:

    Susan Miranda, age 45, slipped and fell in your above-numbered store on water that had leaked out of an ice maker. After falling, our client reported this incident and your acting manager made a report.

    Ms. Miranda's initial injuries involved her right shoulder, neck, right shin, and left hip. As time went on, her main complaints were her back, neck and left hip.

    Approximately six days following the accident, Ms. Miranda came under the care of Miami Neurology & Rehabilitation Specialists where she is currently receiving treatment for these injuries. She has apparently had MRI scans of her cervical and lumbar spine.

    Ms. Miranda was unemployed at the time of this incident and will not be making a past nor present lost wage claim.

    Our client was involved in a car accident in the mid 1980's while in New Jersey and believes she may have made a claim for neck and back injuries as a result thereof. This is the only other case/injury she recalls.

**EXHIBIT B 1 of 6**

At this time, we are not in possession of any medical records, however will provide the same, together with bills, upon receipt.

We will be unable to provide our client for a statement, nor will Ms. Miranda execute your blanket medical authorization or wage and salary authorization.

If you have any questions, or wish to discuss this matter in greater detail, please do not hesitate to contact me.

Very truly yours,

Jeffrey R. Davis

JRD/jaf

cc:   Susan Miranda

**EXHIBIT** B 2 of 6

# LAW OFFICES
# JEFFREY R. DAVIS, P.A.

November 6, 2006

Sedgwick Claims Management
    Services, Inc.
Post Office Box 24787
Jacksonville, Florida 32241-4787

Attention: Richard J. Law

    Re:    Our Client      : Susan Ann Miranda
           D/Incident     : August 19, 2006
           Your Claim No. : A611207802
           Your Store     : Winn Dixie Store #388
           Our File No.   : 06-1534

Dear Mr. Law:

    Enclosed please find copies of medical records from the following health care providers pertaining to the above-captioned claim:

    **Miami Neurology & Rehabilitation Specialists - $2,990.00**

Medical bills will be forwarded upon receipt thereof.

If you have any questions, please do not hesitate to contact this office.

                            Very truly yours,

                            Jeffrey R. Davis

JRD/jaf

Enclosures

**EXHIBIT B 3 of 6**

LAW OFFICES
# JEFFREY R. DAVIS, P.A.

December 26, 2006

Sedgwick Claims Management
   Services, Inc.
Post Office Box 24787
Jacksonville, Florida 32241-4787

Attention: Richard J. Law

      Re:   Our Client     : Susan Ann Miranda
            D/Incident     : August 19, 2006
            Your Claim No. : A611207802
            Your Store     : Winn Dixie Store #388
            Our File No.   : 06-1534

Dear Mr. Law:

    Enclosed please find the following medical specials for your review and consideration:

**Miami Neurology & Rehab - $4,055.00**

    Demand is hereby made for the amount of $175,000.00.

    Kindly contact the undersigned upon your receipt hereof so that we may discuss this matter further.

    Thank you for your anticipated attention and cooperation towards this matter.

                                    Very truly yours,

                                    Jeffrey R. Davis
                                    [Signed in his absence to avoid delay in mailing]

JRD/jaf

Enclosures

**EXHIBIT** B 4 of 6

# LAW OFFICES
# JEFFREY R. DAVIS, P.A.

January 9, 2007

Sedgwick Claims Management
   Services, Inc.
Post Office Box 24787
Jacksonville, Florida 32241-4787

Attention: Richard J. Law

      Re:    Our Client     : Susan Ann Miranda
             D/Incident    : August 19, 2006
             Your Claim No. : A611207802
             Your Store     : Winn Dixie Store #388
             Our File No.   : 06-1534

Dear Mr. Law:

    Enclosed please find copies of medical records from the following health care providers pertaining to the above-captioned claim:

**Diagnostic Testing Group - $6,170.00**

Medical records and bills will be forwarded upon receipt thereof.

If you have any questions, please do not hesitate to contact this office.

                               Very truly yours,

                               Jeffrey R. Davis

JRD/jaf

Enclosures

# EXHIBIT B 5 of 6

1890 Coral Way • Miami, Florida 33145-2621 • Tel (305) 577-3777 • Fax (305) 854-0603

## LAW OFFICES
## JEFFREY R. DAVIS, P.A.

January 31, 2007

Sedgwick Claims Management
   Services, Inc.
Post Office Box 24787
Jacksonville, Florida  32241-4787

**Attention: Richard J. Law**

Re:   Our Client    : Susan Ann Miranda
        D/Incident    : August 19, 2006
        Your Claim No.  : A611207802
        Your Store    : Winn Dixie Store #388
        Our File No.    : 06-1534

Dear Mr. Law:

    Enclosed please find a copy of the MNRS – Guillermo Martinez, M.D.'s Final Neurologic Examination.

    Demand is hereby made for the tender of $175,000.00.

    Kindly contact me upon receipt to discuss further.

                  Very truly yours,

                  Jeffrey R. Davis

JRD/mv
Enclosures

**EXHIBIT B 6 of 6**

1980 Coral Way ■ Miami, Florida 33145-2624 ● Tel (305) 577-3777