

**Sedgwick**

Sedgwick Claims Management Services, Inc.
P.O. Box 24787, Jacksonville, FL 32241-4787
Telephone 904-419-5345  Facsimile 904-419-5365

February 1, 2007

Law Office of Jeffery Davis
Attn: Jeffery Davis, Esquire
1980 Coral Way
Miami, Florida 33145

Re:  Date of Incident  : 8/19/2006
     Your Client       : Susan Ann Miranda
     Claim #           : A611207802
     Location          : Winn Dixie Store # 388      18300 SW 137th Ave.
                                                    Miami, Florida 33177
     Division          : Miami 03

Dear Mr. Davis:

This will acknowledge receipt of your various letters with medical information.

Winn-Dixie emerged from bankruptcy on 11/21/06. All claims that Winn-Dixie Stores, Inc. were aware of that occurred between 02/22/05 and 11/21/06 were mailed a notice. Some specific groups of claimants were excluded, for example, third party claims where Winn-Dixie is indemnified or has no liability.

This notice stated that all requests for payment of an Administrative Claim or any Claim arising against the Debtors in this period must file an application with the Bankruptcy Court no later than January 5, 2007. Winn-Dixie also put advertisements in national and regional newspapers to notify claimants who had yet to notify us of their claim.

The deadline for filing your administrative expense claim has expired so we are unable to consider this claim. If you have any questions, please consult with a bankruptcy attorney.

Sincerely,

*Richard J. Law*

Richard J. Law
General Liability Examiner

**EXHIBIT C 1 of 1**