## AFFIDAVIT OF SUSAN MIRANDA

STATE OF FLORIDA:

      : §:

COUNTY OF MIAMI-DADE:

1.    That my name is Susan Miranda and I am over the age of 18 years.

2.    That on August 19, 2006, while shopping in a Winn Dixie Supermarket, I slipped and fell on water that existed on the floor of the store. I suffered injuries and made a report to the store at the time of my fall.

3.    That despite reporting this fall to the store manager and having a written report prepared, I did not hear from the store in the weeks that followed and eventually retained the services of an attorney to assist me in presenting my damage claims.

4.    That at no time did the store management nor any other person or entity advise me that Winn Dixie Supermarkets were operating in bankruptcy.

5.    That at no time during the approximate five months of medical care and treatment was I ever contacted or advised by anyone that Winn Dixie was in bankruptcy or that I needed to present a claim form of any kind in order to assert a claim for damages. Further, that I never received any forms from any attorney for Winn Dixie nor was I advised that Winn Dixie was in bankruptcy by any person or publication.

6.    That when my attorney, Jeffrey R. Davis, Esq., advised me of the letter received from the Winn Dixie claims adjuster dated February 1, 2007, this represented the first time that I had ever heard about Winn Dixie being in bankruptcy or the

EXHIBIT D 1 9 2

Affidavit of Susan Miranda
Page 2

    need to present any sort of claim form regarding my personal injury action.

FURTHER Affiant sayeth naught.

DATED this ___*19*___ day of ___*February*___, 2007.

*Susan A. Miranda*

                                                  Susan Miranda

**SWORN TO AND SUBSCRIBED** before me by Susan Miranda who is personally known to me __✔__ or produced _____ as identification, this __19th__ day of __*February*___, 2007.

_____*Wilson Florez*_____
NOTARY PUBLIC, STATE OF FLORIDA

__WILSON A. FLOREZ__
PRINTED NAME OF NOTARY PUBLIC

> WILSON A. FLOREZ
> MY COMMISSION # DD 424470
> EXPIRES: May 13, 2009
> Bonded Thru Budget Notary Services

_____
COMMISSION NUMBER

MY COMMISSION EXPIRES: __5/13/09__

# EXHIBIT D 2 of 2