UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARINGS
TO BE HELD ON MARCH 22, 2007**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit the following agenda of matters to be heard on March 22, 2007 at 1:30 p.m.:

**A.    Uncontested Matters**

    *1.    First and Final Application of DJM Asset Management, LLC/The Food Partners, LLC for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses Incurred from June 10, 2005 through November 21, 2006 (Docket No. 14801)*

Objection Deadline:    Expired.

Objections:    No objections have been filed.

Status:    The Debtors have been informed that the Movant will proceed with the hearing on the Application.

    *2.    Motion for Final Decree Closing Subsidiary Cases Effective as of March 31, 2007 (Docket No. 15381)*

Objection Deadline:    March 15, 2007.

Objections:    No objections have been filed.

Status:    The Debtors will proceed with the hearing on the Motion.

**B.     Contested Matters**

> 3. *Objection to Claims Filed by the City of Fitzgerald and Tangipahoa Parrish (Docket No. 14931)*

Response Deadline:   Expired.

Responses:           No responses have been filed.

Status:              The Debtors will continue the hearing on the Objection until further notice.

Dated: March 21, 2007

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By  *s/ D. J. Baker*<br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Walker Gray | By  *s/ Cynthia C. Jackson*<br>    Stephen D. Busey<br>    James H. Post<br>    Cynthia C. Jackson |
| | Florida Bar Number 498882 |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

00560770