# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors. | ) | Jointly Administered |

### JENNIS BOWEN & BRUNDAGE, P.L.'S
### REQUEST FOR REMOVAL FROM SERVICE LIST
### AND REQUEST TO STOP ELECTRONIC NOTICES

The law firm of Jennis Bowen & Brundage, P.L. (formerly Jennis & Bowen, P.L.), ("JBB") having appeared as counsel for Cameron Sanford Company, LLC ("CSC"), now pursuant to the *Notice of Withdrawal as Counsel for Cameron Sanford Company, LLC* (Docket No. 2889) previously filed on August 8, 2005, hereby respectfully requests this Court stop electronic notices and remove the following entries from the court's mailing matrix:

**Cameron Sanford Company, LLC**
c/o Jennis & Bowen, PL
400 North Ashley Drive, Suite 2540
Tampa, FL 33602

Please note that foregoing request includes notices and papers referenced in the Federal Rules of Bankruptcy Procedure, including, without limitation, notice of any application, motions, petition or request, written or oral, whether formal or informal, and whether served or otherwise conveyed by mail, delivery, telephone, facsimile, or other method of dissemination.

Dated this 21st day of March, 2007.

                                              */s/ David S. Jennis*

                                              David S. Jennis
Florida Bar No. 775940
Chad S. Bowen
Florida Bar No. 0138290
**Jennis Bowen & Brundage, P.L.**
400 N. Ashley Drive, Ste. 2540
Tampa, Florida  33602
Telephone: (813) 229-1700
Facsimile: (813) 229-1707
djennis@jennisbowen.com

{00069002.DOC;1}

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Request for Removal from Service List and Request to Stop Electronic Notices has been furnished on this 21st day of March, 2007 by CM/ECF, or by first class U.S. Mail, postage prepaid, to the **Office of the United States Trustee,** 135 W. Central Blvd., Suite 620, Orlando, FL 32801; **Cynthia C. Jackson, Smith Hulsey & Busey,** 225 Water Street, Suite 1800, Jacksonville, FL 32202; **Stephen D. Busey, Smith Hulsey & Busey,** 225 Water Street, Suite 1800, Jacksonville, FL 32202; **Allan E. Wulbern** Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202; **Beau Bowin** Smith Hulsey & Busey 225 Water St Ste 1800 Jacksonville, FL 32202-5182; **David L Gay** Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202; **James H. Post** Smith Hulsey & Busey 225 Water St., Suite 1800 Jacksonville, FL 32202; **Leanne McKnight Prendergast** Smith Hulsey & Busey 225 Water Street Suite 1800 Jacksonville, Fl 32202; **James D. Wareham, Paul, Hastings, Janofsky & Walker, LLP**, 875 15th Street, N.W., Washington, D.C. 20005; **Adam Ravin, Skadden Arps Slate Meagher & Flom, LLP**, Four Times Square, New York, NY 10036.

.

       /s/ David S. Jennis
David S. Jennis
Florida Bar No. 775940
Chad S. Bowen
Florida Bar No. 0138290
**Jennis Bowen & Brundage, P.L.**
400 N. Ashley Drive, Ste. 2540
Tampa, Florida 33602
Telephone: (813) 229-1700
Facsimile: (813) 229-1707
djennis@jennisbowen.com