## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that, on January 19, 2007, the First and Final Fee Application of DJM Asset Management, LLC and The Food Partners, LLC for Allowance and Payment of Compensation for Service Rendered and Reimbursement of Expenses Incurred (Docket No. 14801) and corresponding Notice of Hearing (Docket No. 14802) were served (i) via Federal Express to the parties listed on the attached Exhibit A and (ii) electronically through the CM/ECF System to those parties listed on the attached Exhibit B.

SMITH HULSEY & BUSEY

By      *s/ Cynthia C. Jackson*
      Stephen D. Busey
      James H. Post
      Cynthia C. Jackson
Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

-and-

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Attorneys for the Reorganized Debtors

## EXHIBIT A

Elena L. Escamilla
Kenneth C. Meeker
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, FL  32801
Phone:  407-648-6465
Fax:  407-648-6323
elena.l.escamilla@usdoj.gov
ken.meeker@usdoj.gov

Jonathan N. Helfat
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue, 29th Floor
New York, NY  10169
Phone:  212-661-9100
Fax:  212-682-6104
jhelfat@oshr.com

Laurence B. Appel
Jay F. Castle
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL  32254-3699
Phone:  904-783-5000
Fax:  904-783-5059
larryappel@winn-dixie.com
jaycastle@winn-dixie.com

Matthew S. Barr
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005
Phone:  212-530-5000
Fax: 212-530-5219
mbarr@milbank.com

Linda K. Cooper
Stuart, Maue, Mitchell & James, Ltd.
3840 McKelvey Road
St. Louis, MO  63044
Phone:  314-291-3030
Fax:  314-291-6546
l.cooper@smmj.com

Sarah Robinson Borders
King & Spalding LLP
191 Peachtree Street
Atlanta, GA  30303
Phone:  404-572-4600
Fax:  404-572-5149
sborders@kslaw.com

**Exhibit B**

**3:05-bk-03817-JAF Notice will be electronically mailed to:**

\nGeoffrey S Aaronson    gaaronson@adorno.com

Steven M Abramowitz    sabramowitz@velaw.com

Albert H Adams    irbylawfirm@bellsouth.net

Rachel E Adams    radams@sctlaw.com

Lemar F Alejo    lemar@alejolaw.com

G William Allen    katgainey@aol.com

Robert Brian Allison    rballisonlaw@bellsouth.net

Adam L Alpert    aalpert@bushross.com, bnkecf@bushross.com;egross@bushross.com

John D Ameen    jameen@bellsouth.net

Amroc Investments, LLC    dleinwand@amrocinvestments.com

Rod Anderson    rod.anderson@hklaw.com, wendysue.henry@hklaw.com

Melissa H Andrade    mandrade@bmaklaw.com

Adam L Appel    aappel@carlockcopeland.com

Keith T Appleby    kappleby@fowlerwhite.com

David T Aronberg    daronberg@aronberglaw.com

Eric N Assouline    ena@assoulineberlowe.com

Nicholas M Athanason    nickathanason@yahoo.com

D. J. Baker    djbaker@skadden.com

Kenneth C Baker    kcbaker@eastmansmith.com

Charles S Ball    sball@bcattys.com, dratliff@bcattys.com

Helen D Ball    hball@bradleyarant.com, hball@bradleyarant.com

Frank E Ballard    ericalpayne@insightbb.com

Barry S Balmuth    balmuthlaw@alum.emory.edu, wheeler22j@yahoo.com

Zachary J Bancroft    zachary.bancroft@lowndes-law.com

William W Banks    wright.banks@law.state.ga.us

Sean Barber    sbarber@winterlawfirm.com, seanbarber1@msn.com

Dale R Baringer    dale@baringerlawfirm.com, karen@baringerlawfirm.com

Earl M. Barker    embarker@bellsouth.net, hollynf@bellsouth.net;dlhartwell@bellsouth.net

Kelly M Barnhart    kbarnhart@mskpc.com

Matthew Scott Barr    mbarr@milbank.com,
lmandel@milbank.com,mcomerford@milbank.com,jbrewster@milbank.com

Paul C Bartley    bartleylaw@knology.net

Gene Barton    gbartonatty@bellsouth.net

Philip A Bates    philipbates@bellsouth.net, lucysmith@bellsouth.net

Matt E Beal    matt.beal@lowndes-law.com

Rick J Bearfield    rjbearfield@bearmc.com

Jeffrey R. Becker    vsimpson@hidayricke.com

Brian S Behar    bsb@bgglaw.net

Richard M Behr    rbehr@florida-law.com

Keith L Bell    kbell@cphlaw.com

Marc A. Ben-Ezra    mben-ezra@fcllaw.com

Jay R Bender    jbender@bradleyarant.com

Scott Bennett    scottbblaw@aol.com

Lee R Benton    lbenton@bcattys.com, cturner@bcattys.com

Eyal Berger    eberger@kpkb.com, rbarrera@kpkb.com

Leslie A Berkoff    lberkoff@moritthock.com

Richard J Bernard    rbernard@bakerlaw.com

Kenneth Travis Berry    kberry@butlerpappas.com

Brendan G. Best    bbest@dykema.com

John G Bianco    jgb@trippscott.com,dst@trippscott.com, bar@trippscott.com

Stephenie M. Biernacki    sbiernacki@gray-robinson.com

James E Bird     jbird@pswslaw.com, tbackus@pswslaw.com

Ace J Blackburn     ablackburn@cmlbro.com, crankine@cmlbro.com

James A. Bledsoe     jab@bslmr.com

Johnathan C Bolton     jbolton@fulbright.com

Richard A Bolton     rbolton2@bellsouth.net

Wanda Borges     borgeslawfirm@aol.com

Bruce Craig Botsford     bruce@flalawfirm.com

Chad S. Bowen     ecf@jennisbowen.com,
mclift@jennisbowen.com;kkearney@jennisbowen.com;nbisignano@jennisbowen.com;agavin@jennisbowen.com

Beau Bowin     bbowin@smithhulsey.com

Michael T. Bowlus     mbowlus@fjbd.com

Wesley J Boyer     wjboyer_2000@yahoo.com

Jean Winborne Boyles     jboyles@jhvgmlaw.com

Dustin P Branch     dustin.branch@kattenlaw.com,
carole.levine@kattenlaw.com,jeri.bradshaw@kattenlaw.com,kathleen.beaver@kattenlaw.com,adelle.shafer@kattenlaw.com

John S Brannon     john.brannon@tklaw.com

Meredith N Brasca     mnbrasca@aol.com

Clyde E Brazeal     ebrazeal@walstonwells.com

Wendy D Brewer     wbrewer@btlaw.com,
marilyn.strange@btlaw.com,bankruptcyindy@btlaw.com

John P Brice     lexbankruptcy@wyattfirm.com

Brian P Britt     cpizzotti@wbbwlaw.com

P Hutchison Brock     hutchb@dadecitylaw.com,
sabrinag@dadecitylaw.com,connied@dadecitylaw.com

Keith E Broll     keithbroll@riceroselaw.com

James M Brown     mbrown@gwblawfirm.com

Robert J Brown     lexbankruptcy@wyattfirm.com

Scott N Brown    snb@smrw.com

Andrew M. Brumby    abrumby@shutts-law.com, rhicks@shutts-law.com

W. Steven Bryant    hobankecf@lockeliddell.com

John Robert Buchholz    jbuchholz@kelleykronenberg.com

Rachel S Budke    rachel_budke@fpl.com

Alan M Burger    alan@bfclegal.com

Jason B. Burnett    jburnett@gray-robinson.com, jconley@gray-robinson.com

Stephen D. Busey    busey@smithhulsey.com

Frank D Butler    fdblawfirm@aol.com

M. Warren Butler    mwb@lpclaw.com

Henry H Caddell    hhc45@bellsouth.net

Thomas R. Califano    thomas.califano@dlapiper.com

David P Canas    dpc@h3gm.com

L Phillip Canova    pcanova@eatel.net, canodel109@eatel.net

Kevin M Capalbo    kevincapalbo@mvalaw.com

Stephen R Caplan    scaplan860@aol.com, melissa@stephencaplan.com

Dawn A Carapella    dacarapella@trenam.com

Rilyn A Carnahan    rcarnahan@ebcblaw.com

P David Carollo    pdavidcarollo@hotmail.com

James S. Carr    jcarr@kelleydrye.com

Mark Bennett Carroll    mcarroll@faziodisalvo.com

Linda J. Casey    caseyl@pepperlaw.com

Cally E Catania    cally@callycatanialaw.com

George B Cauthen    george.cauthen@nelsonmullins.com, georgia.vernon@nelsonmullins.com

Myers Carroll Cayer    cayer@terrellhogan.com

Michael E Cecil    courtmail@schuylaw.com

Jeffrey A Chadwick    jeffrey.chadwick@kattenlaw.com

Lee Champion    kew@psstf.com

B Summer Chandler    schandler@mckennalong.com

William M Chanfrau    julieb@chanfraulaw.com

John Paul Charbonnet    johnpaul@mercierlaw.com, lecia@mercierlaw.com

Stephen G Charpentier    steve@brevardlawyer.com

Robin Bryan Cheatham    robin.cheatham@arlaw.com

Michael S J Chernau    chernaum@chesterfield.gov

Robert M Clyatt    main@clyattlaw.com

Herman Warren Cobb    herrencobb@aol.com

Kevin M Cobbin    kcobbin@ldlawyers.com

Aaron R. Cohen    acohen60@bellsouth.net

Charles I Cohen    ccohen@furrcohen.com

Glenn E. Cohen    smiller@bbcjustice.com

Lance Paul Cohen    cohenthurston@cs.com

Michael E Collins    mcollins@manierherod.com,
mfranks@manierherod.com,tpennington@manierherod.com,swilliams@manierherod.com

Jorge Luis Colon    stacey@jlcolon.com

Neal D. Colton    NColton@Cozen.com

Contrarian Funds, LLC    alisa@contrariancapital.com

David J Cook    cookdavidj@aol.com

G Shane Cooper    attorneyshane@yahoo.com

Jay Calvert Cooper    jcalpa@yahoo.com

Kenneth D Cooper    kcooper543@aol.com

Todd E Copeland    c.arias@clayton-mcculloh.com

C. Timothy Corcoran    ctcorcoran@mindspring.com, asst.ctcorcoran@mindspring.com

Robert G Corirossi     scottbblaw@aol.com

Jason T Corsover     jcorsover@yahoo.com

Andre G Coudrain     agc@clcsattorneys.com

Betsy C Cox     bcox@rtlaw.com, sb1@rtlaw.com

David N Crapo     dcrapo@gibbonslaw.com

Gregory K. Crews     greg@crewslegal.com

John J Cruciani     jcruciani@blackwellsanders.com

James O Cure     jocure@cureandfrancis.net

Timothy J. Curtin     tjcurtin@varnumlaw.com

Kenneth A Cutler     lscarcelli@goldmandaszkal.com

Vincent E Damian     vdamian@skdrlaw.com

Brian M Davis     bdavis@briandavislaw.com

Gardner F. Davis     gdavis@foley.com, bmjones@foley.com

Ronald J Davis     rdavis@rondavislaw.com

Ryan E Davis     rdavis@whww.com, rwilliams@whww.com

Heather D Dawson     hdawson@kkgpc.com, mkelley@kkgpc.com

Louis C DeBari     cdebari@papaandgipe.com

Michael R DeMinico     mike.deminico@dennishernandez.com

Frank E DePena     neida@depena-law.com

James J. Dean     tfindley@lawfla.com,ccloud@lawfla.com

Robert J Dehney     rdehney@mnat.com, mflynn@mnat.com

Caryl E. Delano     cdelano@addisondelano.com,
dlesnek@addisondelano.com;litigation1@addisondelano.com

John M Delgado     jdelgado@crawford-lewis.com

Sean Timothy Desmond     sean@desmacelaw.com

Scott A DiSalvo     sdisalvo@faziodisalvo.com

Angel R Diaz     adiaz@kirshnerandgroff.com

Nadine S Diaz    nadinediaz@darrigoanddiaz.com

Norida Diaz    ndiaz31287@aol.com

John P Dillman    houston_bankruptcy@publicans.com

Jeffrey R Dollinger    dollinger@scruggs-carmichael.com

Matthew M Donaldson    mdonaldson@kennedylawgroup.com

Cathy B. Donohoe    gmcdonald@donohoeandstapleton.com

Mary Joanne Dowd    dowd.mary@arentfox.com

Christie L Dowling    cdowling@balch.com

Gary J Drucker    jonest1934@yahoo.com

E Keith DuBose    ekdubose@matthewseastmoore.com

Brian S Duffy    bduffy@mcconnaughhay.com, mwallace@mcconnaughhay.com

Mark G Duncan    mduncan@dwyercambre.com

Dennis F. Dunne    ddunne@milbank.com

Michael J Durrschmidt    mdurrschmidt@hirschwest.com, tjimenez@hirschwest.com

David W. Dykhouse    dwdykhouse@pbwt.com

Andrew B. Eckstein    aeckstein@blankrome.com

Michael L. Edwards    mleclo@bellsouth.net

Henry A. Efroymson    henry.efroymson@icemiller.com

Jason H Egan    jegan@mowreylaw.com

William T Eiland    beiland@erlawfirm.com

C Craig Eller    celler@broadandcassel.com

Robert W. Elrod    rwelrod2@aol.com

Earle I Erman    eerman@ermanteicher.com

Elena L Escamilla    elena.l.escamilla@usdoj.gov

William L Esser    willesser@parkerpoe.com

William J. Factor    wfactor@seyfarth.com

Fair Harbor Capital, LLC     fglass@fairharborcapital.com

Eric A Falk     efalk@bellsouth.net

Anthony V Falzon     afalzon@miami-law.net

Alexandra S Fannon     silvaa@ci.richmond.va.us

Oscar B Fears     bo.fears@law.state.ga.us

Robert J Fenstersheib     rjf@fenstersheib.com, sinsua@fenstersheib.com

David B. Ferebee     ferebeeatlaw@bellsouth.net, dbf1law@hotmail.com

Lara Roeske Fernandez     lrfernandez@trenam.com, klgerber@trenam.com

Stephen M Fernandez     stephen.fernandez@telcove.net, anderson.law@telcove.net

Richard L Ferrell     ferrell@taftlaw.com

Charles J Filardi     charles@filardi-law.com

Michael G Fink     mfink@fink-boyle.com

Morris S Finkel     jmazorra@lwjpa.com

Wendell Finner     wendell@csi.com, ecf@wfpa.clearwire.net

Brian T FitzGerald     fitzgeraldb@hillsboroughcounty.org,
litigation@hillstax.org;fredericks@hillsboroughcounty.org;matthewsl@hillsboroughcounty.org

Brian Martin Flaherty     bflaherty@eddie-farah.com, ljean-bart@eddie-farah.com

Deborah L Fletcher     DFletcher@KilpatrickStockton.com

Ralph L Fletcher     rfletcher@fletcherandroy.com

Buddy D. Ford     Buddy@tampaesq.com, Nancy@tampaesq.com;Staci@tampaesq.com

J David Forsyth     jdf@sessions-law.com

Tompkins A Foster     tfoster@fosterandlindeman.com

Sally B Fox     sfox@esclaw.com

Shawn Randall Fox     sfox@mcguirewoods.com, rcox@mcguirewoods.com

Joseph D Frank     jfrank@fgllp.com, ccarpenter@fgllp.com;jkleinman@fgllp.com

Robert Abney Fricks     rob@fricksfirm.com

Rodger J Friedline    bankruptcy@fandmlaw.com

Barry A Friedman    bky@bafmobile.com, fern@bafmobile.com

Mark J Friedman    mark.friedman@dlapiper.com

Adam Frisch    afrisch@hilawfirm.com, afrisch@hilawfirm.com

Kenneth O Fritz    fritz_ken@mail.chattanooga.gov

Jose A Fuentes    jose@velasquez-law.com, carla@velasquez-law.com

Mary Louise Fullington    lexbankruptcy@wyattfirm.com

Todd Mark Galante    tmg@stjohnlaw.com

J. Nathan Galbreath    ngalbreath@pattonboggs.com

John D Gallagher    dgallagher@gdk-law.com

Jay M Gamberg    lbernstein@gamberglaw.com

Glenn J Garrett    glennjgarrettpa@aol.com

Pierre F Gaudin    creoleqwn2@yahoo.com

David L Gay    dgay@smithhulsey.com

Gill R Geldreich    icflorida@state.tn.us

Melody D Genson    melodydgenson@verizon.net

Craig Allen Gentry    cgentry@morrisbart.com

Charles L. Gibbs    cgibbs@papmet.com

Craig L Gilbert    jdiamond@marlowconnell.com

Brian J Gillis    bankruptcy@boginmunns.com

James S Ginocchio    jim.ginocchio@hcpros.org

Gary Ginsburg    gginsburg@ngmpc.com

Robert S Gipe    jtripp@papaandgipe.com

Roy L Glass    lroyglas@tampabay.rr.com

James J. Glover    jglover@wlj.com

Robert E Gluck    rgluck@robertgluck.com

Eric S Golden    egolden@bakerlaw.com,
smccoy@bakerlaw.com;OrlBakerDocket@bakerlaw.com

Scott A Goldstein    sgoldstein@rra-law.com

Alberto F Gomez    algomez@morsegomez.com

Daniel N Gonzalez    dgonzalez@melandrussin.com

Ivette Gonzalez    ivetteesquire@aol.com

Rafael Gonzalez    rafael@rafaelgonzalezpa.com

Priscilla W Grannis    priscilla@rjlaw.com

Danielle K Greco    danielle_greco@alnb.uscourts.gov, hball@bradleyarant.com

Ira S. Greene    isgreene@hhlaw.com

Reginald A. Greene    reginald.greene@bellsouth.com

Paige A. Greenlee    pgreenlee@hwhlaw.com

Kyle R Grubbs    kgrubbs@fbtlaw.com

Rudi R Grueneberg    rgrueneberg@rglawgroup.com

James B Guest    jimguest@bellsouth.net

Brian F Guillot    bfguil@cox.net

Allen J Guon    aguon@shawgussis.com

Jordi Guso    jguso@bergersingerman.com, fsellers@bergersingerman.com

Jim H Guynn    jim.guynn@g-mpc.com

Julie Ann Hager    jahager@bellsouth.net

John N Hamilton    jack@nancelaw.com

Matthew W Hamilton    mhamilton@amph.com

Marc L. Hamroff    mhamroff@moritthock.com

Brian T Hanlon    tc_legal_services@co.palm-beach.fl.us

David M Hansen    david.hansen@la.gov

Christine C Hardin    cchardin@hardinpa.gccoxmail.com

Catherine A Harrison    charrison@millermartin.com,

pjstarr@millermartin.com;gbisbee@millermartin.com

John W Harrison    johnwharrison@bellsouth.net

Barbara A Hart    barbara.hart@ruden.com

Patrick L. Hayden    phayden@mcguirewoods.com

Darryl Gilbert Haynes    dhaynes@fainmajor.com

Eric L. Hearn    elhearn@mppkj.com, akovacs@mppkj.com

Edwin W Held    eheld@hilawfirm.com

Larry D. Henin    lhenin@andersonkill.com

Neil E Herman    Nherman@morganlewis.com

Henry Hernandez    bankruptcy@lawperez.com

Kenneth D. Herron    kherron@whmh.com , jsenecal@whmh.com,poates@whmh.com

David E. Hicks    courtinfo@bcylaw.com

Terrance A Hiller    tah@kompc.com

John E Hinkel    jhinkel@fmblaw.com

Brian Hogan    hogansports@prodigy.net

Robert L Holladay    robert.holladay@youngwilliams.com

Ralph E Hood    rhood@khmllp.com

Michael Rian Howard    mikehowardesq@juno.com

Brian D. Huben    brian.huben@kattenlaw.com

Patrick L Huffstickler    plhuffst@coxsmith.com

John B Hutton    huttonj@gtlaw.com, huttonj@gtlaw.com

Troy J Iannucci    lawyers@latourlawfirm.com

Kimberly H. Israel    , khisrael@hilawfirm.com

Kimberly H. Israel    khisrael@hilawfirm.com, khisrael@hilawfirm.com

Camille J Iurillo    ciurillo@iurillolaw.com

Cynthia C. Jackson    cjackson@smithhulsey.com

Edward P Jackson    edward@edwardpjackson.com, jo@edwardpjackson.com

Michael D Jankowski    mjankows@reinhartlaw.com

Solomon J. Jaskiel    soljas@aol.com

David S Jennis    ecf@jennisbowen.com,
mclift@jennisbowen.com;kkearney@jennisbowen.com;agavin@jennisbowen.com;nbisignano@jennisbowen.com

Jason Ward Johnson    jason.johnson@lowndes-law.com, joann.anderson@lowndes-law.com

Harold D Jones    hjones@jshllp.com, rlieman@jshllp.com

Katherine H Jones    kjones@roanokecountyva.gov

Richard K. Jones    rkjones@mppkj.com, hehughes@mppkj.com

Stanley K Joynes    sjoynes@joynesknight.com

Benjamin A Kahn    bkahn@npaklaw.com, donna.roland@jpfinancial.com

Jon E Kane    jkane@mateerharbert.com, ccrumrine@mateerharbert.com

Ronald Scott Kaniuk    rkaniuklaw@aol.com

Matthew E Kaplan    mkaplan@kaplanfreedman.com

Andrew C. Kassner    kassneac@dbr.com

John E. Kassos    jekpa@aol.com

Amy K Kaufman    akkaufman@ag.state.oh.us

Dena C Kaufman    dckaufman@hhlaw.com, khseal@hhlaw.com,bjgrieco@hhlaw.com

Michael A Kaufman    michael@mkaufmanpa.com

Craig I Kelley    craig@kelleylawoffice.com, martha@kelleylawoffice.com

John Thomas Kennedy    gltompkins@aol.com

Kentucky Department of Revenue    jenniferl.howard@ky.gov

Mark S. Kessler    apksm@aol.com

Elena P. Ketchum    eketchum.ecf@srbp.com

Jocelyn Keynes    jk@stevenslee.com

Rehan N. Khawaja    khawaja@fla-bankruptcy.com

Luke A Kill    lkill@sgpc.com

Scott T Kimmel    skimmel100@aol.com, kjazz1794@comcast.net

Lawrence Tracy King    llaking@msn.com

Christopher G Klemick    klemickandgampel@hotmail.com

Roy S Kobert    orlandobankruptcy@broadandcassel.com

Michael S Kogan    mkogan@ecjlaw.com, slee@ecjlaw.com

Alan W Kornberg    jgladstone@paulweiss.com

Morton Kosto    mortdot@bellsouth.net

Gerard M Kouri    gmkouripa@bellsouth.net

John W Kozyak    jk@kttlaw.com, ypaz@kttlaw.com,la@kttlaw.com

Stuart A. Krause    skrause@zeklaw.com

Joyce A Kuhns    jkuhns@saul.com

Ian J Kukoff    ian.kukoff@blaxgray.com

Jeffrey Kurtzman    JKurtzma@Klehr.com

Nina M LaFleur    nina@lafleurlaw.com

Maria J LaSala    mjlasala@aol.com

Darryl S. Laddin    bkrfilings@agg.com

Henry Laffer    hlaffer@lafferslaw.com

Thomas J Lallier    tlallier@foleymansfield.com

David M Landis    dlandis@mateerharbert.com, hubillus@mateerharbert.com

Robert J Landry    cjsanch_1@yahoo.com

Robert P Laney    blaney@mcelweefirm.com

David W Langley    dave@flalawyer.com

David L Langston    lancelangston@earthlink.net

Gregory A. Lawrence    greg@lawyers-jacksonville.com

William Edward Lawton    Wlawton@drml-law.com

Elena Lazarou     elazarou@reedsmith.com

Robert L LeHane     rlehane@kelleydrye.com, BankruptcyDepartment@KelleyDrye.com

Dennis J LeVine     courtinfo@bcylaw.com

Thomas J Leanse     thomas.leanse@kattenlaw.com, carole.levine@kattenlaw.com;kathleen.beaver@kattenlaw.com;jeri.bradshaw@kattenlaw.com;adelle.shafer@kattenlaw.com

Thomas R Lehman     esf@tewlaw.com, trl@tewlaw.com

David E Lemke     david.lemke@wallerlaw.com, chris.cronk@wallerlaw.com;cathy.thomas@wallerlaw.com;wallerbankruptcy@wallerlaw.com

Chris Lenhart     lenhart.chris@dorseylaw.com

Patrick T Lennon     ptl@macfar.com

Alvin R Lenoir     alvinlenoir@yahoo.com

James P S Leshaw     leshawj@gtlaw.com

Bruce Levinson     b.levinson@verizon.net

Joel Asa Levy     joellevylaw@bellsouth.net

Mark A Levy     mark.levy@brinkleymcnerney.com

Joseph W Lewis     Joelewislaw@yahoo.com

Stephen Lewis     slewis@stoltzusa.com

Luisa M Linares     llinareslaw@aol.com

David H Linder     dlinder@thehamiltonlawfirm.com

Alan Jay Lipkin     maosbny@willkie.com

Liquidity Solutions, Inc     lsi@liquiditysolutions.com, sfriedberg@liquiditysolutions.com;rminkoff@liquiditysolutions.com

Louis L Long     long@chesserbarr.com, johnna@chesserbarr.com

Chrislie Lopez     susy.caban@attorneystrialgroup.com

Sara E Lorber     slorber@seyfarth.com

Margaret C Lumsden     mclumsden@ulslaw.com

Reginald Luster     rluster@ldlawyers.com

Champ Lyons     clyons@lkrhbham.com

Robert G Lyons     rlyons@icardmerrill.com

John B. Macdonald     john.macdonald@akerman.com

Tricia Madden     tmaddenlawoffice@earthlink.net

Madison Liquidity Investors, LLC     sbishop@madisonliquidity.com

Troy P Majoue     tmajoue@hellerdraper.com

Richard H Malchon     richard.malchon@ruden.com

Michael A Mandeville     mmandeville@themdjd.com

Jeffrey S. Margolin     margolin@hugheshubbard.com

Robert M Marino     rmarino@reedsmith.com

Bradley R Markey     BRM@stmlaw.net, SMR@stmlaw.net

Michael C Markham     mikem@jpfirm.com, cathyk@jpfirm.com

Johanna E Markind     jmarkind@att.net

Lawrence J Marraffino     ljmarra@bellsouth.net

James W Martin     jmartin@simplawatlanta.com

Philip V Martino     philip.martino@dlapiper.com, christy.soberanis@dlapiper.com

Kenneth G. M. Mather     kmather@hinshawlaw.com

Marie A Mattox     marie@mattoxlaw.com, frances@mattoxlaw.com

Walter F. McArdle     wfm@spain-gillon.com

Annette Kerlin McBrayer     amcbrayer@ebglaw.com

Charles W. McBurney     cmcburney@bellsouth.net

Charles S. McCall     charles.mccall@hklaw.com

Jerrett M. McConnell     bankruptcy@fandmlaw.com

John H. McCorvey     jm1062@aol.com

C Luckey McDowell     luckey.mcdowell@bakerbotts.com

David B. McEwen     dmcewen@davidmcewen.com

David R McFarlin     dmcfarlin@whmh.com, psmith@whmh.com,mbretana@whmh.com

Michael Daniel McGrath     mcgrath@learnyourrights.com

Thomas H. McLain     tmclain@fishersauls.com

William S McMahon     wmcmahon@choate.com

F Shields McManus     fsm@williegary.com

Austin L. McMullen     amcmulle@bccb.com

Andrew D McNamee     amcnamee@swmwas.com,
larrazola@swmwas.com;cgraver@swmwas.com

Marc T McNamee     mmcnamee_br@nealharwell.com

Doris D McWhite     dmcwhitelaw@yahoo.com

Derek F Meek     dmeek@burr.com, msolomon@burr.com;jcrawfor@burr.com

Kenneth C Meeker     ken.meeker@usdoj.gov

Robert D Melton     robert_melton5@bellsouth.net

Richard M. Meth     rmmnybankruptcy@pitneyhardin.com

Laura D Metzger     ldmetzger@mayerbrownrowe.com

G Christopher Meyer     cmeyer@ssd.com

Robert C Meyer     meyerrobertc@cs.com

Todd C Meyers     tmeyers@kilpatrickstockton.com

Bryan K. Mickler     court@planlaw.com

J Lane Middleton     cmdeleon@mmlawmiami.com

Philip E Miles     pmiles@alabamatortlaw.com

Christopher C. Miller     cmiller@mgm.com

Kathleen M. Miller     kmm@skfdelaware.com

Stephen M Miller     smiller@morrisjames.com

David F Mills     david@mastschulz.com

Mark Minuti     mminuti@saul.com

T David Mitchell     tdavidmitchell@msn.com

Joseph Thomas Moldovan    jmoldovan@morrisoncohen.com, bankruptcy@morrisoncohen.com

James H Monroe    jhm@jamesmonroepa.com,
Kimberly@jamesmonroepa.com;jamesmonroe@jamesmonroepa.com

Richard A Montague    rmontague@wellsmoore.com

Stephen N Montalto    smontalto@gaebemullen.com

Brett S. Moore    bsmoore@pbnlaw.com

Frank H Moore    hmoore@cmbfirm.com, dbrewer@cmbfirm.com

John A Moore    jmoore@pogolaw.com

Mindy A Mora    mmora@bilzin.com,
eservice@bilzin.com;lflores@bilzin.com;mfoster@bilzin.com

Lee P Morgan    lmorgan@morganlawyers.com

Randall Morgan    rmorgan@hillhillcarter.com

Deborah M Morris    deborah.m.morris@usdoj.gov

C Daniel Motsinger    cmotsinger@kdlegal.com

Chad M Muney    chadmuney@yahoo.com

Michael T Murphy    michael99@tampabay.rr.com

Andrew H. Nachman    anachman@jaxlegalhelp.com

Richard H Nash    mbarnes06@bellsouth.net

Larren M Nashelsky    lnashelsky@mofo.com

Albert F. Nasuti    anasuti@tokn.com

Bradley P Nelson    nelson@sw.com

Alexander R Nemajovsky    p.smith@bspclaw.com

Carole Neville    cneville@sonnenschein.com

Melanie Archer Newby    melanie.newby@jodatlawgroup.com,
stacey.mcgill@jodatlawgroup.com;kristin.casella@jodatlawgroup.com

Peter E. Nicandri    pnicandri@milamhoward.com, hdurham@milamhoward.com

Jack B Nichols    information@jacknicholslaw.com

Gordon T. Nicol      gnicolattorney@bellsouth.net, nkohrn1@aol.com

James J. Niemeier     jniemeier@mnmk.com,awoodard@mnmk.com

Douglas C Noble      nobled@phelps.com, hoffmank@phelps.com

Donald A Nohrr      dnohrr@gray-robinson.com

Michael O'Brien      msobaal@aol.com, faye@goodlayer.com

Omar Ortega      hreyes@dortaandortega.com

Amaka Ozobia      zobea@hotmail.com

Michael A Paasch      mpaasch@mateerharbert.com, pgerlach@mateerharbert.com

Michael Palahach      mpalahach@palahachcruanes.com

Robert C Palmer      bpalmer@shellfleming.com, sclopton@shellfleming.com

Merritt A. Pardini      merritt.pardini@kmzr.com

E. Warren Parker      parker@jaxlawcenter.com, dmilford@jaxlawcenter.com

Barbra R. Parlin      nyc-bkcyecf@hklaw.com

Jimmy D Parrish      bankruptcynotice@lsbeblaw.com

Jay D. Passer      tbcc2@verizon.net, kathykorson@hotmail.com

Patrick P. Patangan      patrick.patangan@akerman.com

Aaron D. Patton      apatton@murrayfrank.com

David J Pedersen      djpedersen@cfl.rr.com

Christine E Pejot      cpejot@pejotwilson.com

Armando A Perez      perezarm@bellsouth.net

Robert Michael Perry      rmperry@perryandperrylaw.com

Christian A Petersen      cpetersen@gunster.com, flessard@gunster.com

Edward J. Peterson      epeterson.ecf@srbp.com

Robert E Peyton      repeyton@christovich.com

Robert H Pflueger      lucy@rhpflueger.com, rob@rhpflueger.com

Torrence R Phillips      torrence@hlalaw.com

David L Pollack    pollack@ballardspahr.com

Robert L F Polsky    annagator@aol.com

DeVonna M Ponthieu    devonnap@bellsouth.net

Geraldine E Ponto    gponto@gibbonslaw.com

James H. Post    jpost@smithhulsey.com

Russell L Potter    rpotter@ssplaw.com

Arthur T Powell    spectrt@aol.com

Amanda Nichole Powers    apowersesq@aol.com

Vincent Joseph Pravato    yvonnewp@earthlink.net

Leanne McKnight Prendergast    lprendergast@smithhulsey.com

Charles S Prentace    charles.prentace@norfolk.gov

Mark D Press    mark@markdavidpress.com

Robert E Price    rprice@replegal.com, bvoelkl@replegal.com

Frank A Principe    prinlaw@prodigy.net

David C Profilet    dprofilet@the-beach.net

Peter N Pross    ppross@eckertseamans.com

Nicholas V. Pulignano    npulignano@marksgray.com, slw@marksgray.com

Paul Pysczynski    paulp@lancasterlawyers.com,
debbieh@lancasterlawyers.com;ppyski@aol.com

Charles V Quinn    cquinn@dbl-law.com

Rex D. Rainach    rainach@msn.com

Steven T Ramos    sramos@davidsonmeaux.com

Charles M Rand    legal0103@aol.com, lisaatCRand@aol.com

Peter J Rathwell    prathwell@swlaw.com

Adam Ravin    aravin@skadden.com,
rgray@skadden.com,jleamy@skadden.com,kward@smithhulsey.com,dturetsk@skadden.com,dk
aloudi@skadden.com,jwoodfie@skadden.com,jlederer@skadden.com

Eric T. Ray    eray@balch.com

Dean A Reed    dino4897@yahoo.com

Diane G. Reed    dianegreed@sbcglobal.net

Jeffrey C. Regan    jregan@rzwlaw.com, kmoran@rzwlaw.com;bcrawford@rzwlaw.com

Russell L Reid    russell.reid@hellerehrman.com

T Dwight Reid    mistiej@aol.com

Steven J. Reisman    sreisman@cm-p.com , athau@cm-p.com

Marshall G Reissman    mreissman1@tampabay.rr.com, sgearhartfl@tampabay.rr.com

Jennifer Remy    jremyruizlaw@aol.com

Brian G Rich    brich@bergersingerman.com,
efile@bergersingerman.com;jdiaz@bergersingerman.com

Michael L Rich    mrich@dbl-law.com

Sarah Richardson    srichard@co.pinellas.fl.us

Larry B Ricke    larry.ricke@leonard.com

Harley E Riedel    hriedel.ecf@srbp.com, hriedel.ecf@srbp.com

George F Riess    georgeriess@riess-law.com

Fred B. Ringel    fringel@pobox.com

Michael Keith Roberts    mroberts@scottnooney.com

Richard A Robinson    rrobinson@bakerlaw.com,
pshivamber@bakerlaw.com;OrlBakerDocket@bakerlaw.com

John T Rogerson    jrogerson@vbwr.com,
fdepaolo@vbwr.com,acroft@vbwr.com,jspanopoulos@vbwr.com

Mark S Roher    mroher@rprslaw.com, mlopez@rprslaw.com;lschiller@rprslaw.com

Mark A Romance    mromance@richmangreer.com

Adam L. Rosen    mail@srsllp.com

Avrum J. Rosen    arosen@avrumrosenlaw.com

Mitchell S Rosen    mrosen@rosenlawgroup.com, lmurrah@rosenlawgroup.com

Jeffrey M Rosenberg    jeff@kleinsolomon.com

Paul M Rosenblatt     prosenblatt@kilpatrickstockton.com

Neal M. Rosenbloom     NRosenbloom@finkgold.com

Jason A Rosenthal     Jason@therosenthallaw.com

Gary J Rotella     rotellagar@aol.com

Fox Rothschild     nybkfilings@foxrothschild.com

Edward P Rowan     erowan@lkrhmobile.com

J Casey Roy     roy@mcclainleppert.com

David S Rubin     drubin@kswb.com

Guy B Rubin     guy.rubin@rubinandrubin.com

Robert B. Rubin     brubin@burr.com

Rachel L Rubio     rrubio@mdrtlaw.com

Shelley D Rucker     srucker@millermartin.com

Frederick F Rudzik     rudzikf@dor.state.fl.us

Maura I Russell     jguerrier@dreierllp.com

Peter D. Russin     prussin@melandrussin.com, ltannenbaum@melandrussin.com

Marsha G Rydberg     mrydberg@rydberglaw.com

Teresa Sadutto     tsadutto@platzerlaw.com

Anthony M Salzano     asalzano@pascocountyfl.net, tosipov@pascocountyfl.net

Roland F Samson     rsamson@splawfirm.com, cfreeman@splawfirm.com

Anthony F Sanchez     afspalaw@aol.com

Ashley E Sandage     aes@clcsattorneys.com

Al A Sarrat     asarrat@jacobssarrat.com

Jeffrey A Sarrow     jsarrowpa@aol.com

Michael M Schmahl     mschmahl@mcguirewoods.com

Marvin S. Schulman     mschulmanpa@aol.com

Sarah L Schultz     sschultz@akingump.com

Donald J. Schutz    donschutz@netscape.net

Gloria Seidule    gloria@verdictfortheinjured.com

Gregory J. Seketa    franklin.berg@4086.com

Ed S. Sell    eds@sell-melton.com

Joel M Shafferman    joel@shafferman.com

James D Shannon    jshannon@shannonlawfirm.com, sbarlow@shannonlawfirm.com

Daniel Carr Shaughnessy    lindsaylaw@bellsouth.net

Mary Kay Shaver    mkshaver@varnumlaw.com

Andrew Howard Sherman    asherman@sillscummis.com

Bradley S Shraiberg    bshraiberg@kpkb.com

R Scott Shuker    bankruptcynotice@lsbeblaw.com

Timothy P. Shusta    shustat@phelps.com, yosta@phelps.com

Robert J Shuttera    rshuttera@flapersonalinjury.com

Wendy M Simkulak    wmsimkulak@duanemorris.com

Wayne M Singletary    courtmail@schuylaw.com

Peter L. Slinn    plslinn@stoel.com

Thomas R. Slome    mail@srsllp.com

Aaron C Smith    asmith@lordbissell.com

Laura Kimberly Smith    lawkw@bellsouth.net

Anthony J. Smits    anthony.smits@bingham.com

Richard G. Smolev    rsmolev@kayescholer.com

Walter J. Snell    snellandsnell@mindspring.com, snellandsnell@hotmail.com

Scott D Sobol    sobols@fensterandfaerber.com

Kristofor D Sodergren    bankruptcy@hsmbb.com

Marc P Solomon    msolomon@burr.com

Daniel M Soloway    dsoloway@bellsouth.net

James E Sorenson    bk@wggdlaw.com

Rhysa G South    sou06@co.henrico.va.us

Karen K Specie    specie@scruggs-carmichael.com, darden@scruggs-carmichael.com;kstinson@scruggs-carmichael.com

Arthur J Spector    aspector@bergersingerman.com

Mark D. Speed    mds@markdspeedlaw.com

Thomas St Germain    tom@weinlaw.com, christie@weinlaw.com

William E Steffes    bsteffes@steffeslaw.com

David N Stern    dstern@gjb-law.com, vdueppe@gjb-law.com;lpantaleon@gjb-law.com;tmessana@gjb-law.com

Robert C Stern    rstern@killeen-law.com

George D Stewart    jenny@stewartlawfirm.com

Don M Stichter    dstichter.ecf@srbp.com

Scott A. Stichter    sstichter.ecf@srbp.com

Dennis J Stilger    djstilger@insightbb.com

Susan F Stivers    susan.stivers@ky.gov

Ray H Stoess    raystoess@bellsouth.net

Joseph B Stokes    joseph.stokes@saalfieldlaw.com

Philip D Storey    pds@aswmpa.com, MByrd@aswmpa.com

Alan C Stout    stephanie@sfk-law.com, astout@stoutlaw.com

Sabrina L. Streusand    streuss@hughesluce.com

Jerry W Sullivan    jwsullivan@lgsdalaw.com

Charles P Summerall    csummerall@bmsmlaw.com, pmarfizo@bmsmlaw.com

John A Sunner    sunnerr@cfl.rr.com, xaymara05@yahoo.com

Stephen B. Sutton    ssutton@lathropgage.com

David L Sweat    dsweat@rueziffra.com, tponder@rueziffra.com

Douglas B Szabo    douglas.szabo@henlaw.com, maria.figueroa@henlaw.com

Joel L. Tabas    jtabas@tfsmlaw.com

Tina M Talarchyk     ttalarchyk@ssd.com, aparker@ssd.com

Gene B Tarr    gbt@btcmlaw.com

Benjamin D Tarver    questions@bankruptcy.intranets.com

Robert J Telfer    rtelfer@ctrfa.com

Toni W Terrett    terrett2@juno.com

Michael A Tessitore    mat@mcclanepa.com

Louis Thaler    thaler@bellsouth.net

Richard R Thames     rrthames@stmlaw.net, blc@stmlaw.net

Stephen Charles Thomas     sthomas@hctlaw.com, rdial@hctlaw.com

Janet H. Thurston     cohenthurston@cs.com

Nathaniel W Tindall     nat@ntindall.com, adrian@ntindall.com

Ramona Leigh Tolley     jackie@askallison.info

David J Tong     djt@saxongilmore.com, acuff@saxongilmore.com

Laura L. Torrado     ltorrado@bear.com

Jack L Townsend     stefany@jacktownsend.com

Trade-Debt.net     tmcguire@trade-debt.net

Richard C Trahant     trahant@networktel.net

Kristen F Trainor    ktrainor@shb.com

Ronald M Tucker     rtucker@simon.com,
cmartin@simon.com,rwoodruff@simon.com,ptropepe@simon.com,shclark@simon.com

Thomas L Tullos     tomtull@bayspringstel.net

Harran E Udell    hudell@forthepeople.com

Jeanine Ackerson Ullo     jeanine@mcbridefirm.com

United States Trustee - JAX     USTP.Region21.OR.ECF@usdoj.gov

Raymond J. Urbanik     rurbanik@munsch.com

Thomas C. Valentine     tvalentine@walterslevine.com

Marcio W. Valladares     , kristin.field@usdoj.gov

Lori V. Vaughan     lvaughan@foley.com, mgrettenberger@foley.com

Jay B Verona     jay@veronalawgroup.com, connie@veronalawgroup.com

Joseph G Viacava     jgviacava@wilburlaw.com

Zachary Warren Von Roenn     vonroenn@yahoo.com

Franklin T Walden     waldenlegal@aol.com

James Randall Wallace     randywallace@boydakin.com

David H Wander     dwander@wanderlaw.com

Richard Whitney Ward     rwward@airmail.net

Michael D. Warner     bankruptcy@warnerstevens.com

Jeffrey W Warren     jwarren@bushross.com, mlinares@bushross.com;bnkecf@bushross.com

Allan C Watkins     watkinslaw@worldnet.att.net

Glenn John Webber     snowflakewebber@aol.com

Gerald P Webre     webrelawfirm@bellsouth.net

Regina Wedig     rswedig@bellsouth.net

Leslie G Weeks     lgw@helmsinglaw.com

Jacqueline Wehrly     WehrlyAtty@BellSouth.Net

Alan M. Weiss     alan.weiss@hklaw.com

Jan P Weiss     jan@janpeterweiss.com

Scott R Weiss     scott.weiss@marshallwatson.com

John W Wesley     wesleyandassociates@earthlink.net

Margaret R Westbrook     lhogewood@kennedycovington.com, cevans@kennedycovington.com;bfork@kennedycovington.com

David B. Wheeler     davidwheeler@mvalaw.com

Stephen D Wheelis     steve@wheelis-rozanski.com

Alfonza Whitaker     whitakerattorneys@hotmail.com

Hurley Partin Whitaker    hpw@whitakerlaw.com

William Douglas White    wdw@mccarthywhite.com

Joseph C Whitelock    jowhiteloc@aol.com

Robert D Wilcox    rwilcox@wilcoxlawfirm.com

John J. Wiles    bankruptcy@evict.net

Amy Pritchard Williams    swilliams@kennedycovington.com

Steven M Willner    smw@stevenwillnerlaw.com

Steven R Wirth    swirth@kayescholer.com

Jeffrey C Wisler    jwisler@cblh.com

Robert B Wiygul    robert@waltzerlaw.com

David A Wolf    dwolf@woodatter.com

Jerome Howard Wolfson    jeromewolfson@wolfsonlawfirm.com,
jonahwolfson@wolfsonlawfirm.com

Allan E. Wulbern    awulbern@smithhulsey.com

Robert L Wunker    rwunker@rutherfordmulhall.com

Heather L Yonke    hyonke@gjb-law.com, ctarrant@gjb-law.com;hburke@gjb-law.com

J Richard Young    jry@stumplaw.com

Robert E Zaytoun    rzaytoun@zaytoun-miller.com, bsvendsgaard@zaytoun-miller.com

Edward H Zebersky    ezebersky@zpklaw.com

Angela A Zervos    azervos@yanchuckberman.com

William Knight Zewadski    z@trenam.com

Mark A Zimmerman    mzimmerman@jz-law.com

Brian D Zinn    bzinn@gbclaw.com, jmoore@gbclaw.com

Scott A. Zuber    szuber@pitneyhardin.com

William Ryan deGraffenried    rdeg3@deglaw.com

John N deGravelles    ndegravelles@dphf-law.com

Shannon del Prado    sdelprado@pdfirm.com