UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| ) | |

**AGREED ORDER RESOLVING CURE OBJECTION
FILED BY MCW-RC FL-SHOPPES AT 104, LLC (STORE NO. 287)**

This cause came before the Court on the Objection to Proposed Cure Amount Listed in Debtors' Amended Omnibus Motion for Order to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief filed by MCW-RC FL-Shoppes at 104, LLC ("Shoppes at 104") (Docket No. 8793) with respect to Store No. 287 (the "Cure Objection"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objection is overruled.

2. Proof of claim number 8720 filed by Shoppes at 104 is allowed as an administrative claim in the amount of $37,201.66, which Winn-Dixie Stores, Inc. and its affiliate debtors (collectively, the "Reorganized Debtors") have paid in full.

3. Proof of claim number 8812 filed by Principal Life Insurance Co. ("Principal Life") is disallowed.

4. This Agreed Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims pertaining to Store No. 287 filed by Shoppes at 104 and Principal Life in these Chapter 11 cases and (ii) all other pre-petition or pre-effective date claims pertaining to Store No. 287 filed by Shoppes at 104 and Principal Life against the Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

5. Post-effective date liabilities and obligations will be handled by the parties in accordance with the applicable lease terms and ordinary course practices.

6. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 21 day of March, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00558630

## **Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

HELD & ISRAEL

By  *s/ Adam N. Frisch*\*
        Adam N. Frisch, F.B.N. 635308

1301 Riverplace Boulevard, Suite 1916
Jacksonville, FL 32207
(904) 398-7038
(904) 398-4283 (facsimile)
afrisch@hilawfirm.com

Counsel for MCW-RC FL-Shoppes at 104

SMITH HULSEY & BUSEY

By  *s/ Cynthia C. Jackson*
        Cynthia C. Jackson, F.B.N. 498882

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Reorganized Debtors

DUANE MORRIS LLP

By  *s/ Margery N. Reed*\*
        Margery N. Reed

30 South 17th Street
Philadelphia, Pennsylvania 19103
(215) 979-1000
(215) 979-1020 (facsimile)
MReed@duanemorris.com

Counsel for Principal Life Insurance Co.

\*Counsel has authorized their electronic signature.

00558630