# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| ) | |

## AGREED ORDER RESOLVING OBJECTION TO
## PROPOSED CURE AMOUNT REGARDING STORE NUMBER 676

This cause came before the Court on the Objection to Proposed Cure Amount As Set Forth in Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief filed by Great Oak, LLC and GE Capital Realty Group, Inc, as servicing agent for Great Oak, LLC (collectively, "Great Oak") (Docket No. 9579) with respect to Store No. 676 (the "Cure Objection"). The Cure Objection was inadvertently filed under the name of the wrong entity, Great Oak, and should have been filed on behalf of GE Capital Realty Group, Inc, as servicing agent for Watch Omega Holdings, LP ("Watch Omega"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objection is resolved.

2. Proof of Claim number 12891 filed by Watch Omega is allowed as an administrative claim in the amount of $6,158.92.

3. This Agreed Order resolves all liabilities and obligations related to (i) all

proofs of claim and administrative expense claims filed by Watch Omega in these Chapter 11 cases and (ii) all other pre-petition or pre-effective date claims Watch Omega has or may have against the Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

4. Post-effective date liabilities and obligations will be handled by the parties in accordance with the applicable lease terms and ordinary course practices.

5. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 21 day of March, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00554250

## **Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| MORITT HOCK HAMROFF & HOROWITZ LLP | SMITH HULSEY & BUSEY |
| By  *s/ Leslie A. Berkoff*\*  <br>　　　Leslie A. Berkoff | By  *s/ Cynthia C. Jackson*  <br>　　　Cynthia C. Jackson, F.B.N. 498882 |
| 400 Garden City Plaza<br>Garden City, New York 11530<br>(516) 873-2000<br>(516) 873-2010 (facsimile)<br>lberkoff@moritthock.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Counsel for GE Capital Realty Group, Inc, as servicing agent for Watch Omega Holdings, Inc. | Co-Counsel for Reorganized Debtors |

\*Counsel has authorized their electronic signature.

00554250