## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |

### ORDER APPROVING STIPULATION RESOLVING CLAIM OF ZATARAINS, INC.

These cases originally came before the Court for hearing upon the Twenty-Eighth Omnibus Objection to Claims (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"). Included among the several proofs of claim that were the subject of the Objection was claim number 10852 filed by Zatarains, Inc. Based upon the consent of the parties set forth in the attached stipulation between the Debtors and Zatarains, Inc. (the "Stipulation"), it is

ORDERED AND ADJUDGED:

1. The Stipulation attached to this Order is approved.

2. In accordance with the Stipulation, Claim no. 10852 filed by Zatarains, Inc. is disallowed.

Dated this 21 day of March, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

WASH1\4876446.2