UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**AGREED ORDER RESOLVING CURE OBJECTION FILED
BY CARDINAL ENTITIES COMPANY ALSO KNOWN AS
CARDINAL TRI MANAGEMENT, LLC (STORE NO. 2603)**

This cause came before the Court on the Objection to Proposed Cure Amount filed by Cardinal Entities Company, also known as Cardinal Tri Management, LLC ("Cardinal") (Docket No. 9601) with respect to Store No. 2603 (the "Cure Objection") and the Application for Allowance of Administrative Expense and Request for Payment filed by Cardinal (Docket No. 14434). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objection is overruled.

2. Scheduled claim number 30294 scheduled on behalf of Cardinal is allowed as an administrative claim in the amount of $33,625.00, $22,356.00 of which the Debtors have paid. Within fourteen (14) days of entry of this Agreed Order, Winn-Dixie will pay Cardinal $11,269.00 in full satisfaction of any right to cure Cardinal has or may have under 11 U.S.C. § 365 or otherwise.

3. This Agreed Order resolves all liabilities and obligations related to (i) all claims scheduled on behalf of Cardinal and all proofs of claim and administrative expense claims and applications, including and not limited to the claims asserted in Docket Number 14434, filed by Cardinal in these Chapter 11 cases and (ii) all other pre-petition or pre-effective date claims Cardinal has or may have against the Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

4. Post-effective date liabilities and obligations will be handled by the parties in accordance with the applicable lease terms and ordinary course practices.

5. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this _21_ day of March, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00556560

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| STUTSMAN THAMES & MARKEY | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ Bradley R. Markey*\*  <br>Bradley R. Markey, F.B.N. 984213 | By  *s/ Cynthia C. Jackson*  <br>Cynthia C. Jackson, F.B.N. 498882 |
| 50 North Laura Street, Suite 1600<br>Jacksonville, Florida 32202<br>(904) 358-4000<br>(904) 358-4001 (facsimile)<br>BRM@stmlaw.net | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Counsel for Cardinal Entities Company a/k/a Cardinal Tri Management, LLC | Co-Counsel for Reorganized Debtors |

\*Counsel has authorized their electronic signature.

00556560