UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,   )     Case No. 05-03817-3F1
                                                   Chapter 11
            Debtors.                       )     Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim Filed by Donna Marie Cinnirella [Docket No. 15607] was furnished by mail on March 22, 2007 to David L. Sweat, Esq., Rue & Ziffra, PA, 632 Dunlawton Avenue, Port Orange, Florida 32127.

Dated: March 22, 2007

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D. J. Baker*  <br>    D. J. Baker  <br>    Sally McDonald Henry  <br>    Rosalie Gray | By   *s/ James H. Post*  <br>    Stephen D. Busey  <br>    James H. Post (FBN 175460)  <br>    Cynthia C. Jackson |
| Four Times Square  <br>New York, New York 10036  <br>(212) 735-3000  <br>(917) 777-2150 (facsimile)  <br>djbaker@skadden.com | 225 Water Street, Suite 1800  <br>Jacksonville, Florida  32202  <br>(904) 359-7700  <br>(904) 359-7708 (facsimile)  <br>cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00561487