**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

**NOTICE OF AGREED ORDER RESOLVING (I) CLAIM NOS. 12331
AND 12332 FILED BY WELLS FARGO BANK NORTHWEST N.A.,
(II) CLAIM NOS. 13183 AND 13298 FILED BY MERRILL LYNCH,
PIERCE, FENNER & SMITH INC., (III) CLAIM NO. 13187 FILED BY
MERRILL LYNCH LP HOLDINGS, INC. AND (IV) CLAIM NO. 13004
<u>FILED BY CAPX REALTY, LLC</u>**

---

<u>NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING</u>

The Court will consider this matter without further notice or hearing unless a party in interest files an objection within 3 business days from the date of service of this paper. If you object to the relief requested in this paper, you must (a) file your response with the Clerk of the Bankruptcy Court in accordance with the Court's electronic filing procedures or at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and (b) serve a copy by email and fax on (i) Winn-Dixie Stores, Inc. c/o Jay Castle, Esq., 5050 Edgewood Court, Jacksonville, Florida 32254, JayCastle@winn-dixie.com, (ii) James H. Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, jpost@smithhulsey.com, (iii) Rosalie Gray, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, rgray@skadden.com, and (iv) Alexandra Steinberg Barrage, Morrison & Foerster LLP, 2000 Pennsylvania Avenue N.W., Suite 500, Washington, D.C. 20006-1888, abarrage@mofo.com.

If you file and serve a response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file a response within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates (the "Debtors") give notice of the proposed entry of the attached Agreed Order Resolving (I) Claim Nos. 12331 and 12332 Filed by Wells Fargo Bank Northwest N.A., (II) Claim Nos. 13183 and 13298 Filed by Merrill Lynch, Pierce, Fenner & Smith Inc., (III) Claim No. 13187 Filed By Merrill Lynch LP Holdings, Inc. and (IV) Claim No. 13004 Filed by CAPX Realty, LLC.

If no objection to the proposed Agreed Order is filed and served within the time set forth above, the Court will be requested to enter the Agreed Order without further notice or hearing.

Dated:   March 22, 2007

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D.J. Baker*<br>     D. J. Baker<br>     Sally McDonald Henry<br>     Rosalie Walker Gray<br>     Jane M. Leamy | By   *s/ James H. Post*<br>     Stephen D. Busey<br>     James H. Post<br>     Cynthia C. Jackson |
| | Florida Bar Number 175460 |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Reorganized Debtors.[1] | Jointly Administered |

**AGREED ORDER RESOLVING (I) CLAIM NOS. 12331 AND 12332 FILED BY WELLS FARGO BANK NORTHWEST N.A., (II) CLAIM NOS. 13183 AND 13298 FILED BY MERRILL LYNCH PIERCE FENNER & SMITH INC., (III) CLAIM NO. 13187 FILED BY MERRILL LYNCH LP HOLDINGS, INC. AND (IV) CLAIM NO. 13004 FILED BY CAPX REALTY, LLC**

These cases came before the Court for hearing (i) upon the Thirteenth Omnibus Objection of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"),[2] which objection included among the several claims subject to dispute the claim of Wells Fargo Bank Northwest, N.A. filed as Claim No. 12331, (ii) upon the Fifteenth Omnibus Objection, which objection included as one of the several claims subject to dispute the claim of Wells Fargo Bank Northwest, N.A. filed as Claim No. 12332 and the claim of Merrill Lynch LP Holdings, Inc. filed as Claim No. 13187, (iii) upon the Sixteenth Omnibus Objection, which objection included as one of the several claims subject to dispute the claim of CAPX Realty, LLC filed as Claim No. 13004, (iv) upon the Twenty-

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

Second Omnibus Objection, which objection included as one of the several claims subject to dispute the claim of Merrill Lynch, Pierce, Fenner & Smith, Inc. filed as Claim No. 13183 and (v) upon the Twenty-Fifth Omnibus Objection, which objection included as one of the several claims subject to dispute the claim of Merrill Lynch Pierce Fenner & Smith, Incorporated, filed as Claim No. 13298. All of the claims at issue are held by or were transferred to Merrill Lynch, Pierce Fenner & Smith, Inc. or Merrill Lynch LP Holdings, Inc. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim no. 12332 (Adamsville, Store No. 593) is allowed as an unsecured non-priority claim in the amount of $844,260.99 (plan class 13), and the remainder of claim no. 12332 is disallowed.

2. Claim no. 13187 (Bennettsville, Store No. 2130) is allowed as an unsecured non-priority claim in the amount of $887,027.04 (plan class 13), and the remainder of claim no. 13187 is disallowed.

3. Claim no. 13298 (Rocky Mount, Store No. 983) is allowed as an unsecured non-priority claim in the amount of $717,829.00 (plan class 13), and the remainder of claim no. 13298 is disallowed.

4. Claim no. 12331 (Vestavia, Store No. 532) is allowed as an unsecured non-priority claim in the amount of $1,718,729.54 (plan class 13), and the remainder of claim no. 12331 is disallowed.

5. Claim no. 13004 (Orlando, Store No. 2294) is allowed as an unsecured non-priority claim in the amount of $1,209,574.95 (plan class 13), and the remainder of claim no. 13004 is disallowed.

6. Claim no. 13183 (Bennettsville, Store No. 2130 and Hiram, Store No. 1829) is disallowed in its entirety.

7. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this _____ day of March, 2007 in Jacksonville, Florida.

_____

Jerry A. Funk
United States Bankruptcy Judge

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | MORRISON & FOERSTER LLP |

By  /s/ James H. Post                    By   /s/ Larren M. Nashelsky*
     James H. Post                              Larren M. Nashelsky

Florida Bar Number 175460       1290 Avenue of the Americas
225 Water Street, Suite 1800       New York, New York 10014
Jacksonville, Florida 32202        (212) 506-7365
(904) 359-7700                           (212) 468-7900 (facsimile)
(904) 359-7708 (facsimile)

                                            Counsel for Merrill Lynch, Pierce,
-and-                                   Fenner & Smith, Inc.

SKADDEN, ARPS, SLATE,       *Counsel has authorized his electronic
MEAGHER                               signature
& FLOM LLP

D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Co-Counsel for Reorganized Debtors

## **Certificate of Service**

I certify that a copy of this document has been furnished electronically and by facsimile to the Post-Effective Date Committee, c/o Matthew Barr, Esq. and Michael Comerford, Esq., Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, mbarr@milbank.com, mcomerford@milbank.com, this 22nd day of March, 2007.

*Jane M. Leamy*
Attorney

5