**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| ) | |

**AGREED ORDER RESOLVING MOTION TO ALLOW LATE CLAIM,
REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE FILED BY B.V.
BELK JR., AND DEBTORS' TWENTY-NINTH OMNIBUS
OBJECTION TO CLAIMS (AS IT RELATES TO BELK)**

This cause came before the Court on the (i) Request for Payment of Administrative Expense (Docket No. 12475), (ii) Motion to Allow the Filing of a Late Proof of Claim filed by B.V. Belk Jr. (Docket No. 12174) (the "Late Claim Motion"), and (iii) Debtors' Twenty-Ninth Omnibus Objection to Claims as it relates to claims filed by B.V. Belk Jr. (Docket No. 14799) (the "Objection). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Request for Payment of Administrative expense is denied. The Late Claim Motion is granted in part and denied in part as set forth below. The Objection is sustained in part and overruled in part as set forth below.

2. Proof of claim number 13638 is allowed as an unsecured non-priority claim in the amount of $58,540.23. Proof of claim number 13639 is disallowed.

3. This Agreed Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims and applications filed by

Belk and relating to the written lease for the Debtors' Store Number 2001 at Sunset Shopping Center in Charlotte, North Carolina (the "Lease") and (ii) all other pre-petition or pre-confirmation claims Belk has or may have against the Debtors and any of their Chapter 11 estates or affiliates, including, without limitation, scheduled claim number 35932 (which has been allowed and paid in full by the Debtors), arising from or related to the Lease, all of which are forever waived, discharged and released.

4. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 19 day of March, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00556463

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| KELLEY DRYE & WARREN LLP | SMITH HULSEY & BUSEY |
|---|---|
| By__*s/ Robert L. LeHane* *__<br>     Robert L. LeHane | By__*s/ Cynthia C. Jackson*__<br>     Cynthia C. Jackson, F.B.N. 498882 |
| 101 Park Avenue<br>New York, NY 10178<br>(212) 808-7800<br>(212) 808-7897 (facsimile)<br>rlehane@kelleydrye.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Counsel for B.V. Belk Jr. | Co-Counsel for Reorganized Debtors |

*Counsel has authorized their electronic signature.

00556463

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3         User: pcathy              Page 1 of 1            Date Rcvd: Mar 20, 2007
Case: 05-03817               Form ID: pdfdoc           Total Served: 2

The following entities were served by first class mail on Mar 22, 2007.
aty          +Cynthia C. Jackson,    Smith Hulsey & Busey,    225 Water Street, Suite 1800,
               Jacksonville, FL 32202-4494
aty          +Robert L LeHane,    Kelley Drye & Warren LLP,    101 Park Avenue,    New York, NY 10178-0062

The following entities were served by electronic transmission.
NONE.                                                                                         TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 22, 2007**                         **Signature:** _Joseph Speetjens_