**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |

**AGREED ORDER RESOLVING CLAIM NO. 11056**
**FILED BY QUAKER SALES & DISTRIBUTION, INC.**

This matter is before the Court upon the Debtors' Twenty-Second Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Overstated Claims, (D) Overstated Misclassified Claims, (E) Misclassified Claims and (F) Amended and Superseded Claims (the "Objection") as it pertains to (i) Claim No. 11056 filed by Quaker Sales & Distribution, Inc. (Docket No. 10873) and (ii) the amended response to the Objection (Docket 11541). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim No. 11056 filed by Quaker Sales & Distribution, Inc. is reduced and allowed as a prepetition, non-priority claim in the total amount of $1,010,000 against Winn-Dixie Procurement, Inc., and the remainder of Claim Number 11056 is disallowed.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

2. Claim No. 11056 will be treated in accordance with plan class 14, and distribution on account of Claim No. 11056 shall be made in accordance with Section 9.2 of the Debtors' confirmed plan of reorganization.

3. This Order resolves (i) all liabilities and obligations related to Claim No. 11056 and (ii) all other prepetition or administrative claims the claimant has or may have against the Debtors or any of their Chapter 11 estates, officers, employees, agents, successors or assigns, all of which are forever waived, discharged, and released.

4. Logan & Company, Inc., the claims agent appointed in the Debtors' Chapter 11 cases, is directed to make such revisions to the claims register as is necessary to reflect the terms of this Order.

5. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 19 day of March, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
James H. Post, Esq.
[James H. Post is directed to serve a copy of this order on any party in interest who has not received the order through the CM/ECF system and to file a proof of service.]
560134

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | DLA PIPER US LLP |

By    *s/ Leanne McKnight Prendergast*  
      Stephen D. Busey  
      James H. Post  
      Leanne McKnight Prendergast

Florida Bar Number 0059544  
225 Water Street, Suite 1800  
Jacksonville, Florida 32202  
(904) 359-7700  
(904) 359-7708 (facsimile)  
lprendergast@smithhulsey.com

Co-Counsel for Reorganized Debtors

By    *s/ Philip V. Martino*  
      Philip V. Martino

Florida Bar Number 79189  
101 East Kennedy Boulevard  
Suite 2000  
Tampa, Florida 33602  
(813) 229-2111

and

David M. Neff  
Brian A. Audette  
DLA PIPER US LLP  
203 North LaSalle Street  
Suite 1900  
Chicago, Illinois 60601  
(312) 368-4000

Counsel for Quaker Sales & Distribution, Inc.

560134

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: pcathy             Page 1 of 1              Date Rcvd: Mar 20, 2007
Case: 05-03817                Form ID: pdfdoc          Total Served: 1

The following entities were served by first class mail on Mar 22, 2007.
aty          +James H. Post,   Smith Hulsey & Busey,   225 Water St., Suite 1800,   Jacksonville, FL 32202-4494

The following entities were served by electronic transmission.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Mar 22, 2007**                        **Signature:** *Joseph Speetjens*