

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
March 22, 2007
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Objection to Claims Filed by the City of Fitzgerald and Tangipahoa Parrish Filed by Debtors (14931)

The Debtors will continue the hearing on the Objection until further notice *by one of the interested parties*

APPEARANCES:
US TRUSTEE:                ELENA ESCAMILLA
UNSEC. CRED:               JOHN B. MACDONALD/PATRICK PATANGAN
                           MATTHEW S. BARR
CITY OF FITZGERALD:
CITY OF TAGIPAHOA PARRISH:

RULING: *Cont'd. until further ntc. of either party*