

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
March 22, 2007
1:30 P.M.

### PRO MEMO

**CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.**

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post**

      Motion for Final Decree Closing Subsidiary Cases Effective as of March 31, 2007, filed by Debtors (15381)

**APPEARANCES:**
**US TRUSTEE:**           ELENA ESCAMILLA
**UNSEC. CRED:**          JOHN B. MACDONALD/PATRICK PATANGAN
                              MATTHEW S. BARR

**RULING:**  *Granted*
              Ord/Signed