UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

Debtor(s)

## ORDER STRIKING AGREED MOTION OF WITHDRAWAL OF COUNSEL

The Court finds that the Agreed Motion of Withdrawal of Counsel filed by Dennis Hernandez & Associates, PA on behalf of Mary Eckenrod on March 19, 2007 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Agreed Motion of Withdrawal of Counsel filed by Dennis Hernandez & Associates, PA on behalf of Mary Eckenrod on March 19, 2007 is stricken from the record.

DATED March 21, 2007, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Dennis Hernandez & Associates, PA, 3339 West Kennedy Boulevard, Tampa, FL 33609
Mary Eckenrod, 4830 Dove Lane, Auburndale, FL 33823