UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors.[1] | ) | Jointly Administered |
| | ) | |

**AGREED ORDER RESOLVING CLAIM NUMBER 12168 FILED
BY JDN REALTY CORPORATION, AS SET FORTH IN THE
DEBTORS' ELEVENTH OMNIBUS CLAIMS OBJECTION**

These cases originally came before the Court for hearing on the Eleventh Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors").[2] Included among the several proofs of claim that were the subject of the Objection was claim number 12168 filed by JDN Realty Corporation. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim no. 12168 filed by JDN Realty Corporation is disallowed in its entirety.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

2.  The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 22 day of March, 2007 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| SMITH HULSEY & BUSEY | KELLEY, DRYE & WARREN LLP |
|---|---|
| By /s/ James H. Post<br>James H. Post<br><br>Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br><br>-and-<br><br>SKADDEN, ARPS, SLATE,<br>MEAGHER & FLOM LLP<br><br>D. J. Baker<br>Sally McDonald Henry<br>Rosalie Walker Gray<br>Jane M. Leamy<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br><br>Co-Counsel for Reorganized Debtors | By /s/ Robert L. LeHane*<br>Robert L. LeHane<br><br>101 Park Avenue<br>New York, New York 10178<br>(212) 808-7573<br><br>Counsel for JDN Realty Corporation<br><br>*Counsel has authorized his electronic signature |

486324-Wilmington Server 1A - MSW