# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

## NOTICE OF AGREED ORDER RESOLVING CLAIM NO. 4406
## FILED BY NESTLE WATERS NORTH AMERICA INC.

---

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

The Court will consider this matter without further notice or hearing unless a party in interest files an objection within 3 business days from the date of service of this paper.  If you object to the relief requested in this paper, you must (a) file your response with the Clerk of the Bankruptcy Court in accordance with the Court's electronic filing procedures or at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and (b) serve a copy by email and fax on (i) Winn-Dixie Stores, Inc. c/o Jay Castle, Esq., 5050 Edgewood Court, Jacksonville, Florida  32254, JayCastle@winn-dixie.com, (ii) James H. Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, jpost@smithhulsey.com and (iii) Rosalie Gray, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, rgray@skadden.com.

If you file and serve a response within the time permitted, the Court will schedule a hearing and you will be notified.  If you do not file a response within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates (the "Debtors")

give notice of the proposed entry of the attached Agreed Order Resolving Claim No.

4406 Filed by Nestle Waters North America, Inc.

If no objection to the proposed Agreed Order is filed and served within the

time set forth above, the Court will be requested to enter the Agreed Order without

further notice or hearing.

Dated:   March  23, 2007

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By  ___*s/ D.J. Baker*_____          By  ___*s/ James H. Post*_____
        D. J. Baker                                    Stephen D. Busey
        Sally McDonald Henry                           James H. Post
        Rosalie Walker Gray                            Cynthia C. Jackson
        Jane M. Leamy
                                           Florida Bar Number 175460
Four Times Square                          225 Water Street, Suite 1800
New York, New York 10036                   Jacksonville, Florida  32202
(212) 735-3000                             (904) 359-7700
(917) 777-2150 (facsimile)                 (904) 359-7708 (facsimile)
djbaker@skadden.com                        jpost@smithhulsey.com

Co-Counsel for Reorganized Debtors         Co-Counsel for Reorganized Debtors

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors.[1] | ) | Jointly Administered |
| | ) | |

## AGREED ORDER RESOLVING CLAIM NO. 4406
## FILED BY NESTLE WATERS NORTH AMERICA INC.

These causes originally came before the Court for hearing upon the Twenty-Second Omnibus Objections to Claims (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"). Included among the several proofs of claim that were the subject of the Objection was claim no. 4406 filed by Nestle Waters North America Inc. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1.    Claim no. 4406 filed by Nestle Waters North America Inc. is allowed as an unsecured non-priority claim in the amount of $674,107.26 (plan class 14), and the remainder of claim no. 4406 is disallowed.

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

2.     The Court shall retain jurisdiction to resolve any disputes arising

from this Order.

Dated this _____ day of March, 2007 in Jacksonville, Florida.


_____
Jerry A. Funk
United States Bankruptcy Judge

2

<u>Consent</u>

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY                          HELD & ISRAEL


By _/s/ James H. Post_____          By ___Adam N. Frisch_____ *
     James H. Post                                   Kimberly Held Israel
                                                Florida Bar # 47287
Florida Bar Number 175460                          Adam N. Frisch
225 Water Street, Suite 1800                       Florida Bar # 635308
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)                    1301 Riverplace Blvd., Suite 1916
                                              Jacksonville, Florida 32207
                                              (904) 398-7038
-and-                                         (904) 492-4283 (facsimile)


SKADDEN, ARPS, SLATE,                         Counsel for Nestle Waters North America
MEAGHER                                       Inc.
& FLOM LLP

D. J. Baker                                   *Counsel has authorized his electronic
Sally McDonald Henry                          signature
Rosalie Walker Gray
Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)


Co-Counsel for the Reorganized Debtors

3

## Certificate of Service

I certify that a copy of this document has been furnished electronically and by facsimile to the Post-Effective Date Committee, c/o Matthew Barr, Esq. and Michael Comerford, Esq., Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, mbarr@milbank.com, mcomerford@milbank.com, this 23rd day of March, 2007.

<em>Jane M. Leamy</em>
Attorney

489423-Wilmington Server 1A - MSW