**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| Debtors. | ) Jointly Administered |

**ORDER APPROVING FIRST AND FINAL APPLICATION OF**
**DJM ASSET MANAGEMENT, LLC/THE FOOD PARTNERS, LLC**
**FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED**
**(JUNE 10, 2005 THROUGH NOVEMBER 21, 2006)**

These cases came before the Court upon the first and final application (the "Application") of DJM Asset Management, LLC ("DJM") and The Food Partners, LLC ("TFP") (collectively "DJM/TFP"), special real estate consultants for Winn-Dixie Stores, Inc. and certain of its subsidiaries and affiliates, as debtors and debtors-in-possession (collectively the "Debtors") for an order under 11 U.S.C. §§ 330 and 331 (i) allowing compensation for professional services rendered on behalf of the Debtors in the amount of $3,664,414.30 and authorizing payment of compensation not previously received, (ii) allowing actual, necessary expenses incurred in connection with the rendition of such professional services in the amount of $98,905.30, and authorizing reimbursement of expenses not previously received, and (iii) allowing additional compensation sought subject to completion of pending transactions in the amount of $12,661.20 for the period from June 10, 2005 through November 21, 2006 (the "Application Period"). A hearing on the Application was held on March 8, 2007. The Court has read the Application,

considered the representations of counsel and has determined that notice of the Application was good and sufficient under the circumstances and that no other or further notice need be given.

Accordingly, it is

ORDERED AND ADJUDGED THAT:

1. The Application is granted on a final basis.

2. The requested compensation for those services detailed in the Application represents compensation for reasonable and necessary services rendered by DJM/TFP to the Debtors, and the reimbursement for expenses detailed in the Application represents reimbursement for actual and necessary expenses incurred by DJM/TFP in connection with these chapter 11 cases.

3. The fees earned and the expenses incurred by DJM/TFP during the Application Period, as set forth in the Application, are approved and allowed.

4. The Debtors are authorized to pay to DJM/TFP (to the extent not previously paid) the sums of: (i) $3,664,414.30, representing fees earned by DJM/TFP during the Application Period, (ii) $98,905.30, representing expenses incurred by DJM/TFP during the Application Period, and (iii) $12,661.20, representing fees earned by DJM/TFP subject to the completion of sublease termination transactions as set forth in paragraph 12(d) of the Application.

5. The relief granted in this Order is without prejudice to the rights of DJM/TFP to seek, upon application to this Court, further allowance and payment of additional compensation and reimbursement of expenses on any amount incurred during the Application Period for which approval has not previously been sought and denied.

Dated this 22 day of March 2007 in Jacksonville, Florida

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Application.

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3        User: pcathy            Page 1 of 1          Date Rcvd: Mar 23, 2007
Case: 05-03817              Form ID: pdfdoc2        Total Served: 1
```

The following entities were served by first class mail on Mar 25, 2007.
aty          +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
              Jacksonville, FL 32202-4494

The following entities were served by electronic transmission.
NONE.                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 25, 2007**                    **Signature:**   _Joseph Speetjens_