UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Reorganized Debtors.[1] | Jointly Administered |

### AGREED ORDER RESOLVING CLAIM FILED BY PINNACLE FOODS CORPORATION, AS SET FORTH IN THE DEBTORS' NINETEENTH OMNIBUS CLAIMS OBJECTION

These cases originally came before the Court for hearing on October 5, 2006, upon the Nineteenth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors").[2] On September 29, 2006, Pinnacle Foods Corporation ("Pinnacle") filed its response to the Objection (the "Pinnacle Response"), as a result of which the Debtors agreed to continue the Objection with respect to claim no. 7821 filed by Pinnacle. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim no. 7821 filed by Pinnacle is allowed as an unsecured non-priority claim in the amount of $465,450.81, and shall be treated as a Class 14 Vendor/Supplier Claim for purposes of distributions under the Joint Plan of

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Plan"). Distributions on account of claim no. 7821 shall be made in accordance with section 9.2 of the Plan. All other amounts claimed in connection with claim no. 7821 are disallowed.

2. Upon entry of this Order and it becoming a final Order, the Pinnacle Response is deemed withdrawn.

3. Upon the entry of this Order and it becoming a final Order, all claims as between the Debtors and Pinnacle, including any and all claims by the Debtors pursuant to Sections 547 and 550 of the Bankruptcy Code, for products delivered to the Debtors, as of the Petition Date, and for payments made by the Debtors to Pinnacle for such products, are fully and finally released and resolved.

4. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 22 day of March, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| SMITH HULSEY & BUSEY | VOLPE, BAJALIA, WICKES, ROGERSON & WACHS |
|---|---|
| By /s/ James H. Post<br>James H. Post | By /s/ John T. Rogerson *<br>John T. Rogerson, III |
| Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile) | Florida Bar Number 832839<br>1301 Riverplace Blvd., Suite 1700<br>Jacksonville, FL 32207<br>(904) 355-1700<br>(904) 355-1797 (facsimile) |
| -and- | -and- |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| D. J. Baker<br>Sally McDonald Henry<br>Rosalie Walker Gray<br>Jane M. Leamy<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile) | Eric D. Schwartz<br>Gregory T. Donilon<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19899<br>(302) 658-9200<br><br>Counsel for Pinnacle Foods Corporation |
| Co-Counsel for Reorganized Debtors | *Counsel has authorized his electronic signature |

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3           User: pcathy              Page 1 of 1            Date Rcvd: Mar 23, 2007
Case: 05-03817                 Form ID: pdfdoc2          Total Served: 1

The following entities were served by first class mail on Mar 25, 2007.
aty         +Cynthia C. Jackson,    Smith Hulsey & Busey,   225 Water Street, Suite 1800,
             Jacksonville, FL 32202-4494
The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Mar 25, 2007**           Signature:   _Joseph Speetjens_