UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

**Debtor(s)**

## ORDER STRIKING AGREED MOTION OF WITHDRAWAL OF COUNSEL

The Court finds that the Agreed Motion of Withdrawal of Counsel filed by Dennis Hernandez & Associates, PA on behalf of Mary Eckenrod on March 19, 2007 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Agreed Motion of Withdrawal of Counsel filed by Dennis Hernandez & Associates, PA on behalf of Mary Eckenrod on March 19, 2007 is stricken from the record.

DATED March 21, 2007, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Dennis Hernandez & Associates, PA, 3339 West Kennedy Boulevard, Tampa, FL 33609
Mary Eckenrod, 4830 Dove Lane, Auburndale, FL 33823

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: pcathy              Page 1 of 1           Date Rcvd: Mar 23, 2007
Case: 05-03817                Form ID: pdfdoc           Total Served: 3

The following entities were served by first class mail on Mar 25, 2007.
aty          +Cynthia C. Jackson,    Smith Hulsey & Busey,    225 Water Street, Suite 1800,
               Jacksonville, FL 32202-4494
             +DENNIS HERNANDEZ & ASSOCIATES,    3339 WEST KENNEDY BOULEVARD,    TAMPA, FL 33609-2903
13385476     +Mary Eckenrod,    4830 Dove Lane,    Auburndale, Florida 33823-9607

The following entities were served by electronic transmission.
NONE.                                                                                       TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 25, 2007**                              **Signature:** *Joseph Speetjens*