UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,   Case No.: 03:05-bk-03817-JAF

    Debtors.   Chapter 11
_____/   Jointly Administered

### REQUEST TO BE REMOVED FROM SERVICE LIST

The undersigned is no longer representing any parties in this case. Accordingly, the undersigned respectfully requests that the Clerk take such actions as are necessary to remove so that the undersigned no longer receives any electronic notices from the Court relating to this case.

Dated March 26, 2007.

/s/ Kenneth D. Herron, Jr.
Kenneth D. (Chip) Herron, Jr.
Florida Bar No.: 699403
1851 W. Colonial Drive
Orlando, FL 32804
Telephone: (407) 648-0058
Facsimile: (407) 648-0681
Email: kherron@whmh.com

Attorneys for Richard S. Ehster

K:\3548\Request to Discontinue Service.wpd