UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Debtors. | ) | Jointly Administered |

### CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Saintilia Defrand (Claim No. 3788) [Docket No. 15503] was furnished by mail on March 26, 2007 to Saintilia Defrand c/o Adam Baron, Esq., 633 N.E. 167th Street, Suite 703, North Miami Beach, Florida 33162.

Dated: March 26, 2007

                                        SMITH HULSEY & BUSEY

                                        By   *s/ James H. Post*
                                               Stephen D. Busey
                                               James H. Post (FBN 175460)
                                             Cynthia C. Jackson

                                      225 Water Street, Suite 1800
                                      Jacksonville, Florida  32202
                                      (904) 359-7700
                                      (904) 359-7708 (facsimile)
                                      jpost@smithhulsey.com

                                      Counsel for Reorganized Debtors

00520151.DOC