UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of James Grady (Claim No. 7046) [Docket No. 15506] was furnished by mail on March 26, 2007 to James Grady c/o William Drew Tanney, Esq., 29605 US Highway 19 N., Suite 210, Clearwater, Florida 33761-1545.

Dated: March 26, 2007

                                             SMITH HULSEY & BUSEY

                                             By    *s/ James H. Post*
                                                  Stephen D. Busey
                                                  James H. Post (FBN 175460)
                                                  Cynthia C. Jackson

                                           225 Water Street, Suite 1800
                                           Jacksonville, Florida  32202
                                           (904) 359-7700
                                           (904) 359-7708 (facsimile)
                                           jpost@smithhulsey.com

                                           Counsel for Reorganized Debtors

00520151.DOC