UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                     )

WINN-DIXIE STORES, INC., et al.,    )     Case No. 05-03817-3F1
                                     )     Chapter 11
           Debtors.          )     Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Thomas Hazellief  (Claim Nos. 3481 and 4145) [Docket No. 15507] was furnished by mail on March 26, 2007 to Thomas Hazellief c/o Joseph W. Lewis, Esq., 211 West Main Street, Post Office Box 536, Dothan, Alabama 36302.

Dated:  March 26, 2007

SMITH HULSEY & BUSEY

By      _s/  James H. Post_
          Stephen D. Busey
          James H. Post (FBN 175460)
          Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151.DOC