Case 3:05-bk-03817-JAF   Doc 15690   Filed ... /07   Page 1 of 9



Rgt Hand — Cannot make fist, pinch and is painful to write. No strength at all.
Rgt Elbow Elbow

Elbow Protector

R.A. Glove for pain and swelling

← Left Hand worse because of over use, but can still straighten out flat surface and close for fist.

"11 of 11"

Wrist support to sleep

Hand protector to Drive Elec. Wheel Chair. Have to use palm to grasp...

Use to take pride in my penmanship — not any more — Photos 5 mos ago — condition worse



**LSU HEALTHCARE NETWORK**
2020 GRAVIER STREET
NEW ORLEANS, LA 70112

**PROGRESS NOTES**

[ 2 9 2004

Patient: Talmadge, Claire
206-639
7-9-30

No T return p F/U

BP 110/80
Wt 144

Oct. 5 → Wise Hair. excruciating pain about a painful
bit of the elbow - excruciating pain of lateral aspect. Over ensuing
days pain has worsened and accompanied by some
tingling. Pain killers given. PT concern with pain killer content.
No complaint of left UE.
Denies any disability.

R elbow: obvious swelling - non-tender
Lateral & medial epicondyles. Tender to palpation.
c/w a carpal tunnel / (F)
hand not enlarged

→ R.A
Elbow epicondylitis

→ OT
care of the Rx
at home

**ORLANDO HAND SURGERY**
801 N. ORANGE AVE
SUITE 600
ORLANDO, FL 32801
(407) 841-2100
Tax ID# 593159314

Date Printed: 12/26/2006

*Please Call !*

| Responsible Party: | CLAIRE TALMADGE (50747) |
| --- | --- |
| | 100 E ANDERSON STREET |
| | APT.#601 |
| | ORLANDO, FL 32801 |

Itemized Statement of Charges

| Date | Patient | Description | Provider | Charge | Payment | Write Off | Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 08/28/2006 | CLAIRE TALMADG | [ 99203 ] Office/outpatient Visit,<br>[ 354.2 ] Ulnar Nerve Lesion<br>[ 714.0 ] Rheumatoid Arthritis<br>[ 715.14 ] Loc Prim Osteoarth-hand | GEORGE M. WHITE | $100.00 | | | $100.00 |
| 08/28/2006 | CLAIRE TALMADG | [ 73070 ] X-ray Exam Of Elbow<br>[ 354.2 ] Ulnar Nerve Lesion<br>[ 714.0 ] Rheumatoid Arthritis<br>[ 715.14 ] Loc Prim Osteoarth-hand | GEORGE M. WHITE | $72.00 | | | $72.00 |
| 08/28/2006 | CLAIRE TALMADG | [ 73070 ] X-ray Exam Of Elbow<br>[ 354.2 ] Ulnar Nerve Lesion<br>[ 714.0 ] Rheumatoid Arthritis<br>[ 715.14 ] Loc Prim Osteoarth-hand | GEORGE M. WHITE | $72.00 | | | $72.00 |
| 08/28/2006 | CLAIRE TALMADG | [ 73120 ] X-ray Exam Of Hand<br>[ 354.2 ] Ulnar Nerve Lesion<br>[ 714.0 ] Rheumatoid Arthritis<br>[ 715.14 ] Loc Prim Osteoarth-hand | GEORGE M. WHITE | $72.00 | | | $72.00 |
| | | | **Total** | $316.00 | $0.00 | $0.00 | $316.00 |

*Patient to pay $316.00*

**Balance Summary**

| | Not Yet Billed | 0-30 days | 31-60 days | 61-90 days | 91-120 days | Over 120 days | Total | Today |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Patient | 0.00 | 316.00 | 0.00 | 0.00 | 0.00 | 0.00 | 316.00 | 0.00 |
| Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total | 0.00 | 316.00 | 0.00 | 0.00 | 0.00 | 0.00 | 316.00 | 0.00 |

Note - Balance Summary does not include credits.

**Next Appointment**

| Patient | Date | Time | Provider |
| --- | --- | --- | --- |

*12-26-06*

*1 of 7 pages*

*Thank you, Laura*

*Dear Ms. Talmadge - Medicare has denied payment. Medicare told us your coverage was Medicare HMO policy - Please call our of...*

Provider Signature

Page 1 of 1

# ORLANDO HAND SURGERY

**825 N. Garland Ave., Suite 300**
**Orlando, FL 32801**
**PH: 407-841-2100**

*Effective 8-1-06, Orlando Hand Surgery,* (Dr. George White) will collect any co-payments and/or co-insurance **prior** to your surgery. I have called your insurance company and verified your financial responsibility.

****Please note that the co-insurance amounts are an approximate amount, so if an over-collected amount, we will refund you the difference. Same rules apply if we collect less than the actual responsible amount, we will send you a statement for the difference. This is determined once we receive the payment from your insurance company.

Co-pay $ _0_     Co-Ins. _20_ %
Approx. Due from pt $ _96.06_
***This needs to be paid prior to your surgery, either by mail or phone.** We accept MasterCard, VISA, check, or cash (in person) to facilitate these transactions.

If there are any questions regarding the above, please contact your insurance company.

You could have deductible amount or other co pays that could be due to the surgery center or the anesthesiologist. These will be collected separate by those places.

Thank you!!
Danielle

# Altamonte Surgery Center

Date: 9-22-06

Patient: Claire Talmadge

Date of Surgery: 10, 3. 6

## WELCOME

Thank you for choosing the Altamonte Surgery Center for your surgery. All of our staff strive to make your experience a pleasant and efficient one.

With that in mind, we like to inform all of our patients of their financial obligations prior to surgery, so there are no surprises and/or misunderstandings.

The Altamonte Surgery center will collect any co-payments, deductibles and co-insurance not met prior to or on your date of surgery. Our business office manager, Alexis, will be calling your insurance company to verify coverage and obtain the information regarding your financial responsibility. If you have questions or concerns, please feel free to contact her. Please note that co-insurance amounts collected are an approximate amount. If there is an over-collected amount, we will refund you the difference. If our estimated amount is less, we will send you a statement for the difference. Since we will be calling you with this information as soon as it is available to us, it is very important that we have your current phone number. If you have not heard from the surgery center prior to the day before surgery, please call Alexis. We will leave a message on your home phone, but we want to make sure you have the information. We accept MasterCard, VISA, check and cash to facilitate these transactions.

We encourage you to contact your surgeon, the anesthesia group, the surgery center and your insurance carrier if you have questions about your responsibilities. In addition, please make sure your authorization/pre-certification for surgery in on file prior to surgery.

Please be aware that you will be receiving three bills:

1. X Altamonte Surgery Center      407-260-0525
2. Orlando Hand Surgery Associates   407-841-2100
3. JLR Anesthesia Group            407-667-0505
4. Possible Laboratory/Pathology

Per Ins., Patient responsible:
Co-pay $
Reman. Deduct. $
Co-ins. 20 % Approx.: $ 88.14
Total:

If you are responsible for the entire surgeon's, facility's and anesthesiologist's fees, you will need to arrange payment for each separately. The surgery center cannot accept payment for another entity.

* Please bring $88.14 day of surgery, thanks Alexis

We hope that this information is helpful in assisting you to plan for your visit to the surgery center. A discussion of financial matters can be an uncomfortable experience. Our goal is to reduce or eliminate any additional stress in this area. Once again, please feel free to call if you have any questions. We look forward to seeing you.

* Please call us to let us know you received this letter thanks

652 Palm Springs Drive ♦ Altamonte Springs, FL 32701 ♦ Phone: (407) 260-0525 ♦ Fax: (407) 260-5745

*CHARGING/BILLING:* Charges for your surgeon, surgery center, anesthesia (and pathologist or lab, if required) will be billed separately to your insurance carrier. You may receive a bill from any of these entities for the balance of the charges.

If you have any questions regarding your surgery, please call our surgery scheduler.

Thank you,
Danielle

# OHSA
### Orlando Hand Surgery Associates

825 N. Garland Avenue • Suite 300 • Orlando, Florida 32801
Office (407) 841-2100 • Fax (407) 841-5705

September 18, 2006

CLAIRE TALMADGE
100 E. ANDERSON STREET
APT. #601
ORLANDO, FL. 32801



*I put off surgery because I could not afford anymore times and I would be out of hand cost for 6 weeks.*

Thank you for choosing *Orlando Hand Surgery Associates* for your upcoming surgery. Your surgery has been scheduled at the following location:

**ALTAMONTE SURGERY CENTER**
**652 PALM SPRINGS DRIVE**
**ALTAMONTE SPRINGS, FL. 32701**
**(407) 260-0525**

Your surgery is scheduled for:
Date: TUESDAY, OCT. 3, 2006
Surgery time: TBD
Arrive at: 7:30 AM (This will be confirmed or changed by the surgery Center staff. Please arrive at the time given by the surgery center. An estimated discharge time can be provided by the nurses at the surgery center.)

If you take blood thinners, certain blood pressure medicines or diuretics (water pills) you will be required to have lab work prior to your surgery. **STOP TAKING ASPIRIN, ANTI-INFLAMMATORIES OR BLOOD THINNERS 5 DAYS PRIOR TO SURGERY.**

**DO NOT EAT OR DRINK ANYTHING AFTER MIDNIGHT THE NIGHT BEFORE YOUR SURGERY. THIS INCLUDES WATER, GUM AND CANDY.**

If you have any questions please feel free to contact our office at 407-841-2100. Thank you once again for choosing *Orlando Hand Surgery Associates*.

Sincerely,
*Danielle*

**APPOINTMENT FOR AFTER SURGERY**

10/16/06
@ 12:15 pm.
Dr's office

**Jewett Orthopaedic Clinic, PA**
1285 Orange Avenue
Winter Park, FL 32789

## STATEMENT

(407) 647-2287
(800) 432-6635

**ADDRESSEE**

CLAIRE L TALMADGE
100 E Anderson St Apt 601
Orlando, FL 32801-3758

IF PAYING BY CREDIT CARD PLEASE FILL OUT BELOW:
CHECK CARD USING FOR PAYMENT
☐ MC ☐ VISA ☐ AMERICAN EXPRESS ☐ DISCOVER

| CARD NUMBER | | AMOUNT |
| --- | --- | --- |
| SIGNATURE | | EXP. DATE |
| STATEMENT DATE | PAY THIS AMOUNT | ACCT. # |
| 01/24/2007 | 473.99 | 359667 |
| | AMOUNT PAID $ | |

Jewett Orthopaedic Clinic, PA
PO Box 8885
Winter Park, FL 32790-8885

☐ Please check box if address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

**PLEASE RETURN THIS PORTION WITH PAYMENT**

RECEIPTS FROM

| DATE | DESCRIPTION | DOCTOR | CHARGES | MEDICARE | OTHER INS. | PATIENT | ADJUSTS | BALANCE | INS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 09/04/2005 | EXAM COMPREHEN, EST PT, HIGH SEVERITY | MORRIS MD | 262.00 | 94.37 | .00 | .00 | 144.04 | 23.59 | |
| 09/04/2005 | FEMUR, 2 VIEWS | MORRIS MD | 76.00 | 25.04 | .00 | 5.79 | 44.70 | .47 | |
| 09/04/2005 | KNEE 3 VIEWS | MORRIS MD | 76.00 | 25.24 | .00 | .00 | 44.33 | 6.33 | |
| 09/16/2005 | ARTHROPLASTY TOTAL HIP/BOTH COMPONE | MORRIS MD | 7120.00 | 1121.17 | .00 | .00 | 5718.54 | 280.29 | |
| 09/26/2005 | PELVIS, 1 OR 2 VIEWS | MORRIS MD | 66.00 | 22.84 | .00 | .00 | 37.45 | 5.71 | |
| 09/26/2005 | FEMUR, 2 VIEWS | MORRIS MD | 76.00 | 25.04 | .00 | .00 | 44.70 | 6.26 | |
| 10/26/2005 | LONG OPPONENS/RESTING HAND | BROWN MD | 518.00 | .00 | .00 | .00 | .00 | 518.00 | * |
| 11/07/2005 | PELVIS, 1 OR 2 VIEWS | MORRIS MD | 66.00 | 22.84 | .00 | .00 | 37.45 | 5.71 | |
| 11/07/2005 | FEMUR, 2 VIEWS | MORRIS MD | 76.00 | 25.04 | .00 | .00 | 44.70 | 6.26 | |
| 10/26/2005 | EXAM IN OFFICE, NEW PT, DETAILED/MOD | BROWN MD | 205.00 | 75.30 | .00 | .00 | 110.62 | 19.08 | |
| 10/26/2005 | FINGERS COMPLETE | BROWN MD | 54.00 | 18.21 | .00 | .00 | 31.24 | 4.55 | |
| 10/26/2005 | ELBOW, 2 VIEWS | BROWN MD | 63.00 | 22.05 | .00 | .00 | 35.56 | 5.40 | |
| 10/26/2005 | ANKLE/FOOT/WRIST/ELBOW | BROWN MD | 181.00 | 45.36 | .00 | .00 | 124.30 | 11.34 | |
| 10/26/2005 | INJECTION DEXAMETHASONE TO 4 MG | BROWN MD | 13.00 | .00 | .00 | .00 | 12.89 | .02 | |
| 11/16/2005 | ELECTROMYOGRAPHY, ONE EXTREMITY & | ZITTEL MD | 280.00 | 72.27 | .00 | .00 | 194.66 | 18.07 | |
| 11/16/2005 | NERVE CONDUC, AMP/LAT/VEL STUDY EACH | ZITTEL MD | 300.00 | 108.06 | .00 | .00 | 164.92 | 27.02 | |
| 11/16/2005 | NERVE CONDUCTION, VELOCITY AND/OR | ZITTEL MD | 363.00 | 128.73 | .00 | .00 | 202.08 | 32.18 | |
| 11/16/2005 | OFC VISIT, EST PT, EXPANDED/LOW TO MO | BROWN MD | 103.00 | 41.14 | .00 | .00 | 51.58 | 10.28 | |
| 11/16/2005 | ANKLE/FOOT/WRIST/ELBOW | BROWN MD | 181.00 | 45.36 | .00 | .00 | 124.30 | 11.34 | |

\* - Indicates Insurance Pending

**AGING INFORMATION**

| CURRENT | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | 120+ DAYS | TOTAL DUE | INSURANCE DUE | PATIENT DUE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| .00 | .00 | .00 | .00 | 473.99 | 991.99 | 518.00 | 473.99 |

Eugene L. Jewett, M.D. (1900-1987)
John W. McCutchen, M.D.
Gregory O. Munson, M.D.
John R. Cleton, M.D.
Richard L. Shire, M.D.
Hugh B. Morris, M.D.

Richard M. Kopsons, M.D.
Reginald L. Tall, M.D.
John A. Papa, M.D.
Brian K. Barnard, M.D.
Janet M. Robinson, M.D.
Robert W. Westergaard, M.D.

Adam S. Fenichel, M.D.
Joseph D. Billings, D.O.
Colman M. Zittel, M.D.
Wadih S. Macksoud, M.D.
Mary Lynn Brown, M.D.
Jeffrey A. Doran, M.D.

Craig M. Mintzer, M.D.
Michael Mac Millan, M.D.
Kenneth A. Krumins, M.D.
Mark A. Beckner, M.D.
Michael V. Jablonski, M.D.
Steven G. Choung, M.D.

Steven E. Anderson, PA-C
Jared P. Reins, PA-C
Kurt Y. Wood, PA-C
Robert S. Buckley, PA-C
Russell F. Aquino, PA-C
Brian L. Zimmerman, PA-C

PAGE: 1

\*\* Balance is OVERDUE-- Contact us or be referred to COLLECTION AGENCY \*\*

CHARGES APPEARING ON THIS STATEMENT ARE NOT INCLUDED ON ANY HOSPITAL BILL OR STATEMENT

| DATE | PROVIDER NAME | EXPLANATION OF ACTIVITY | PATIENT NAME | CHARGES AND DEBITS | PAYMENTS AND CREDITS |
|---|---|---|---|---|---|
| 111703 | | WRITE-OFF MEDICARE | c# 747387 | | -273.22 |
| 112003 | | PAYMENT MEDICARE | c# 744832 | | -856.88 |
| 120103 | | CO-INS | | 214.22 | |
| 120103 | BOONE MD | OFFICE VISIT, MEDICARE | c# 744832 | | |
| 121503 | BOONE MD | LAT ELBOW 2 VIEWS | c# 744832 | 214.22 | |
| 121503 | | MEDICARE #7612114 Filed | | | 2931.90 |
| 121903 | | MEDICARE #758585 Filed | | | |
| 120503 | BOONE MD | | | | |
| 122203 | | | C TALMADGE | | |
| 010704 | | PATIENT | | | -75.00 |
| 010704 | | CO-INS MEDICARE | c# 761211 | 4.94 | |
| 010704 | | WRITE-OFF MEDICARE | c# 761211 | | -19.36 |
| 011404 | BOONE MD | PAYMENT MEDICARE | c# 758585 C TALMADGE | | -50.80 |
| 011404 | | CO-INS | | 214.22 | |
| 011404 | | WRITE-OFF MEDICARE | c# 758585 | | -856.88 |
| | | | | | -931.90 |

HAS YOUR INSURANCE PLAN CHANGED? PLEASE NOTIFY OUR OFFICE SO WE CAN UPDATE YOUR RECORDS THANKS

| STATEMENT CLOSING DATE | CURRENT | 30-60 DAYS | 60-90 DAYS | > 90 DAYS | TOTAL | INS PENDING | NEW BALANCE PAY THIS AMOUNT |
|---|---|---|---|---|---|---|---|
| 01/21/04 | 214.22 | 4.94 | 232.58 | 37.20 | 488.94 | 0.00 | 488.84 |

PLEASE INDICATE YOUR ACCOUNT NUMBER WHEN CALLING OUR OFFICE

SEND INQUIRIES TO:
EASTERN OKLAHOMA ORTHOPEDIC CE
PO BOX 22063 DEPT 555
TULSA, OK 74121-2063
IRS # 73-0768448
(918) 494-5350

MEDICARE HAS BEEN FILED, YOU MAY USE THE ENCLOSED PRE-ADDRESSED ENVELOPE FOR ANY PORTION YOU OWE.

246479

355?
544.00

*[handwritten note:]* this is just to confirm elbow replace

7 of 7