UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 03:05-bk-3817 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL FROM ACTION AND
REQUEST TO BE REMOVED FROM ELECTRONIC FILING SERVICE LIST**

Movant, Robert L. Holladay, Jr., files notice of his withdrawal from this action and requests to be removed from the electronic filing service list.

/s/  Robert L. Holladay, Jr.
Robert L. Holladay, Jr., MSB #100713
YoungWilliams P.A.
P. O. Box 23059
[2000 AmSouth Plaza, 39201]
Jackson, Mississippi  39225-3059
(601) 948-6100
(601) 355-6136 (facsimile)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 26, 2007, I electronically filed the above document with the Clerk of the Court using the ECF system which should have sent notification to all parties on service list.

/s/  Robert L. Holladay, Jr.
Robert L. Holladay, Jr., MSB #100713
YoungWilliams P.A.
P. O. Box 23059
[2000 AmSouth Plaza, 39201]
Jackson, Mississippi  39225-3059
(601) 948-6100
(601) 355-6136 (facsimile)