**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Case No. 05-03817-3F1** |
| **WINN-DIXIE STORES, INC., et al.,** | ) | **Chapter 11** |
| **Reorganized Debtors.** | ) | **Jointly Administered** |

**CLAIMANT JANIS E. WALTER'S RESPONSE TO NOTICE OF HEARING ON DEBTORS' OMNIBUS OBJECTION TO UNRESOLVED LITIGATION CLAIMS BASED ON INSUFFICIENT DOCUMENTATION OR LATE FILED PROOFS OF CLAIM**

Claimant, Janis E. Walter, by and through counsel, and in response to the Notice of Hearing on Debtors' Omnibus Objection to Unresolved Litigation Claims Based on Insufficient Documentation or Late Filed Proofs of Claim, would state as follows:

Claimant Janis E. Walter and her attorney believed that proper and sufficient documentation in support of her claim had been provided until receipt of the Notice of Hearing on Debtors' Omnibus Objection to Unresolved Litigation Claims Based on Insufficient Documentation or Late Filed Proofs of Claim dated March 5, 2007. The Claimant is herewith contemporaneously to filing this response, providing or re-providing sufficient proof of claim documentation.

    Respectfully submitted,

    LOGAN, THOMPSON, MILLER, BILBO
     & THOMPSON, P.C.

    By: s/Jimmy W. Bilbo
    JIMMY W. BILBO, BPR#11408
    Attorney for Claimant Janis E. Walter
    PO Box 191
    Cleveland, TN  37364-0191
    423/476-2251

CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a true and exact copy of the foregoing pleading has been forwarded to opposing party by U.S. Mail with sufficient postage thereon to carry the same to its destination, or by Facsimile or e-mail.

  This 26 day of March, 2007.

cc: David L. Gay, Esq.
   Smith, Hulsey & Busey
   225 Water St., Ste. 1800
   Jacksonville, Fla  32202

            Logan, Thompson, Miller, Bilbo & Thompson

            s/Jimmy W. Bilbo