**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:

WINN-DIXIE STORES, INC., et al.,          CASE NO. 3:05-bk-03817-JAF
                                          CHAPTER 11
      DEBTORS.                            JOINTLY ADMINISTERED
_____/

## NOTICE OF APPEARANCE

**COMES NOW** the Law Offices of Daniel L. Hightower, P.A., and hereby gives notice of appearance in this cause as counsel for Creditor, MICHELLE SEVERSON. The Clerk is hereby requested to furnish a copy of all pleadings to the undersigned that would be served upon parties in this proceeding.

**DATED** this 26th day of March, 2007.

                                          DANIEL L. HIGHTOWER, P.A.

                                          */s/Kenneth M. Hesser*
                                          KENNETH M. HESSER
                                          Florida Bar No. 375720
                                          MARIANNE R. HOWANITZ
                                          Florida Bar No. 936014
                                          7 East Silver Springs Boulevard, Suite 300
                                          Ocala, Florida  34470
                                          Telephone: (352)629-7777
                                          Facsimile:  (352)629-6431
                                          Email: ken@danhightower.com
                                          Email: marianne@danhightower.com
                                          Attorneys for Creditor, Michelle Severson

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served via U.S. Mail, postage prepaid, upon the Debtors and via CM/ECF electronic notification upon the Debtors' attorney, the U.S. Trustee, and Rule 1007D parties in interest only this 26th day of March, 2007.

                                             */s/Kenneth M. Hesser*
                                             OF COUNSEL