Page 1

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., | Case No. 05-03817-3F1 |
| Debtors. | (Jointly Administered) |

### QUESTIONNAIRE FOR LITIGATION CLAIMANTS

### WARNING:

**IF YOU DO NOT FULLY COMPLETE AND RETURN THIS QUESTIONNAIRE SO THAT IT IS RECEIVED BY NOVEMBER 1, 2005, THE DEBTORS SHALL HAVE THE RIGHT, FOR THAT REASON ALONE, TO SEEK TO DISALLOW AND EXPUNGE YOUR PROOF OF CLAIM WITH RESPECT TO THE APPLICABLE LITIGATION CLAIM.**

### PART A - NOTICE

**Purpose of this Notice**

According to court records, you filed a proof of claim in the referenced cases. As an initial step in resolving your claim, you must complete this Questionnaire and mail it, with proper postage, to Logan & Company, Inc., Claims Agent, 546 Valley Road, Upper Montclair, New Jersey 07043. A Questionnaire will not be deemed to have been timely returned unless it is received on or before November 1, 2005.

**Action Required by You**

1. If you do not complete and return the Questionnaire on time, the Debtors shall have the right, for that reason alone, to seek to disallow and expunge your proof of claim with respect to the applicable Litigation Claim.

2. If you do *not* wish to pursue any claim you may have, disregard this notice and do not return it.

3. If you wish to pursue a claim you have against the Debtors arising from or relating to (i) personal injury or property damage, including, claims alleging bodily injury, false arrest, false imprisonment, slip and fall, libel, slander, mental suffering, emotional distress, loss of consortium, pain and suffering and any tort relating to the operation of a motor vehicle, (ii) wrongful death, (iii) products liability, (iv) consumer complaints, or (v) employment law disputes (but excluding claims arising under workers' compensation laws), you must:

    (a)    fully complete this Questionnaire (if a particular question is not applicable to you, you must indicate such by the designation 'N/A' or similar statement), and

    (b)    return the completed Questionnaire in the enclosed reply envelope. (Note: you must affix proper postage). The reply must be received no later than November 1, 2005, or it will not be processed and you may not be allowed to vote on any proposed reorganization plan, nor receive any distribution from any confirmed reorganization plan.

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*



Creditor No.: 277122
SEVERSON, MICHELLE
C/O FINE FARKASH & PARLAPIANO, PA
ATTN ALAN R PARLAPIANO, ESQ
622 NE FIRST STREET
GAINESVILLE FL 32601

Claim No.(s): 223, 2537



**EXHIBIT**

**A**

## PART B - CLAIM INFORMATION

I. Give your late of birth (MM/DD/YY)
07/04/67

2. Date of injury or claim: (MM/DD/YY)
10/28/04

3. What is the basis of your claim?
An automobile accident with a semi resulting in a broken clavicle, broken AC joint and 30 some breaks in the shoulder area. I also suffered a collapsed lung, 6 broken ribs and a head injury

4. What is the total amount of your claim? (Please estimate if necessary).

One Million Dollars ($1,000,000.00)

5. Attach copies of all documents supporting or evidencing your claim. Do not send original documents. If the documents are not available, please explain.

Attached are medical records, accident report, medical bills and photographs

6. Identify all payments or other sums which have been credited and deducted for the purpose of quantifying your claim amount.
My PIP with Progressive has paid roughly $1,600 to Shands Hospital and $8,400 to me for lost wages. Medicaid has paid some of my bills, but I have not gotten a total paid by them as of today.

7. Are you pursuing this claim against any other party? YES    Yes O    No O
If so, against whom (list the name, the addresses and counsel for each party, if known)?

Bureau of State Liability Claims, 200 E. Gaines Street, Tallahassee, FL 32399

8. Did you notify the Debtor in writing of the injury or claim? (If yes, attach a copy of such writing.)
YES    Yes O    No O

9. Is there a pending lawsuit regarding your claim? If so, identify the court where the lawsuit is pending, the case number and the judge, if known.

Yes: The Eighth Judicial Circuit for Alachua County Florida; Case No.: 01-05-CA 329;   The Judge is Robert Roundtree.

277122-SEVERSON, MICHELLE-Claim No.(s): 223. 2537

*Please mil 1-888-946-3494 (Monday through Friday, 8:00 a.rn. to 5:00 p.rn. Eastern Time)*
*if you have any questions about this form*

10. What type of injuries or damages do you have? If applicable, please provide a medical description of your injuries. (Please state if the claim is based, in whole or in part, on an injury to someone else.)

I sustained a left pneumothorax secondary to numerous rib fractures, a comminuted, displaced fracture and dislocation of the left scapula, and a left clavicle fracture. I had a chest tube placement to alleviate the pneumothorax during my initial hospitalization. Two weeks later I underwent an open reduction internal fixation of the scapula fracture, involving the insertion of a significant series of plates and pins. Records are attached hereto to further substantiate this claim.

11. Where did the injury or damage occur?
On County Road 329, one half mile South of SR 226 in Gainesville, Alachua County, Florida.

Please specify the location and address.

12. How did the injury or damage occur?
A tractor-trailer was southbound in the median lane of South Main Street and passed through two deep dips in the roadway causing the driver to lose control of the semi. The tractor-trailer jackknifed, with the trailer swinging into the northbound lanes and the vehicle skidding sideways and ultimately rolling over. I was traveling in the northbound median side lane at the time and crashed into the rear of the trailer as it was rolling onto its side. After the impact, the trailer rolled on top of the pick up truck that I was driving, crushing the hood and the cab.

13. Did you miss any work as a result of your injury or damage? If so, how many days?
Approximately 9 months – October 28th, 2004, through July 2005

14. Give the name and address of your employer and your salary at the time of your injury or damage.
Maaco Auto Painting and Bodyworks on North Main Street in Gainesville, Florida - $13.00/hour

15. Was anyone else injured at the time of your injury or damage? (If yes, list the names and addresses.)          NO

16. List the names, addresses and phone numbers of all witnesses and people with relevant knowledge of your injury or damages (including, but not limited to, any representatives or agents of the Debtors)
Kay Archambault – my mother; Michael McLaughlin – the driver of the semi owned by Winn Dixie; Charles Quimby – listed in the accident report as the 3rd vehicle; paramedic at the scene – Kevin Wesley; Alexander Moore – Gainesville Police Department; Alan Parlapiano – my attorney; any and all doctors, nurses, and hospital staff listed in the medical records and my co-workers at Maaco

277122-SEVERSON, MICHELLE-Claim No.(s): 223. 2537

Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)
if you have any questions about this form

17.   If applicable, are treatments still being given for the injury or damages? Yes ☐ No ☐
(If yes, provide the name and address of the doctor that is currently treating you
and the nature of the treatment.)

Yes. I am still in physical therapy under Kal Pesh Patel @ Orthopaedic Center on 34th Street (Shands)
under the referral of Dr. Thomas Wright, my orthopedic surgeon.

18. If applicable, please provide the following Physician Data:

a.   Give the name and address of any physician, clinic or hospitals that has treated this injury.
Include treatment dates. (Attach additional sheets if necessary)

All of my care has been through Shands Teaching Hospital @ the University of Florida, Archer Road,
Gainesville, Florida – please see attached medical records

b.   Itemize all damages you claim, including any damages for emotional distress,
loss of consortium or pain and suffering.

| | |
|---|---|
| Shands Hospital | $15,024.35 |
| Alachua County Fire Rescue | 489.00 |
| MJ Altman | 1,350.00 |
| Everest AR Management | 1,685.00 |
| Outpatient (x-rays & pt) | 20,199.35 |
| UF Physicians | 11,963.50 |
| Pain and suffering | 474,644.40 |
| Emotional distress | 474,644.40 |
| Total damages | $ 1,000,000.00 |

c.   Give the total amount of the medical bills you incurred as a result of your claim.

See above.

d.   Attach medical and hospital records which relate to your claim.

See attached.

e.   Itemize any other expenses you incurred as a result of the incident for which you are
making a claim.

f.   Give a list of medical expenses and amounts paid by your insurance company as a result of
your Injury.

$1,600 paid to Shands Hospital by Progressive
Medicaid paid UF Physicians but have not received a lien from Medicaid as to amount paid as of yet.

277122-SEVERSON, MICHELLE-Claim No.(s): 223, 2537

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*

g.    Give the name, address and policy number of your insurance company.
Progressive Insurance through Levy Insurance Agency, 12 South Main Street, Williston, FL
32696;  Policy Number #21565159-1

19.  To the extent not already furnished in your response to questions 1 through 18 above, please

provide the following information:

a.    Itemize the damages you claim.   Already provided

b.    Give the total amount of each item of damage.    Already provided

20.  IN WHAT AMOUNT WOULD YOU AGREE TO SETTLE YOUR CLAIM? (This is not the

amount that you will receive on account of your claim. The amount you will receive depends

upon the plan or plans of reorganization that may be approved.)

$1,000,000.00

Please make corrections to your personal information below and include phone and email address

Information:

| | Corrections (if any) |
|---|---|
| | Name: |
| | Address: |
| Creditor No.: 277122 SEVERSON, MICHELLE c/o FINE FARKASH & PARLAPIANO, PA ATTN ALAN R. PARLAPIANO, ESQ 622 NE FIRST STREET GAINESVILLE FL 32601 | City/State/Zip: |
| | Phone: 352-376-6046 |
| | Fax: 352- 372-0049 |
| | Email: aparlapiano@ffplaw.com |
| | Address: |

277122-SEVERSON. MICHELLE-Claim No.(s): 223,2537

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*

## PART C - SIGNATURE

NOTICE: UNDER FEDERAL LAW, CRIMINAL PENALTIES MAY BE IMPOSED FOR FILING A CLAIM CONTAINING FALSE OR MISLEADING STATEMENTS.

I declare under penalty of perjury that the foregoing statements are correct.

DATE: _10-27-2005_          _Michelle Severson_
                                    Claimant's Signature

Please recheck each of your answers to be sure that you have completed this form fully and accurately.

### NAME AND ADDRESS OF ATTORNEY OR OTHER AUTHORIZED AGENT

Complete this box if you have an attorney or other agent who represents you in this matter. If completed, all future notices will go to your attorney or agent rather than to you personally.

Name (First/Middle/Last)          Alan R. Parlapiano

Address                           622 NE 1st Street

City/State/Zip                    Gainesville, FL   32601

Relationship to Claimant          Attorney

Phone Number                      352 376-6046

Fax Number                        352 372-0049

Email Address                     aparlapiano@ffplaw.com

### PART D - RETURN OF QUESTIONNAIRE

IF YOU DO NOT FULLY COMPLETE AND RETURN THIS QUESTIONNAIRE SO THAT IT IS RECEIVED BY NOVEMBER 1 2005, THE DEBTORS SHALL HAVE THE RIGHT, FOR THAT REASON ALONE, TO SEEK TO DISALLOW AND EXPUNGE YOUR PROOF OF CLAIM WITH RESPECT TO THE APPLICABLE LITIGATION CLAIM.

A Questionnaire will not be deemed to have been timely returned unless received on or before November 1 2005 at the following address:

Logan & Company, Inc.
Claims Agent
546 Valley Road
Upper Montclair
New Jersey 07043

277122-SEVERSON, MICHELLE-Claim No.(s): 223, 2537

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*