Claimant ID: WDX-385178-L1
SEVERSON, MICHELLE
2451 SE 116TH AVENUE
MORRISTON, FL 32668

Counsel ID: WDX-385178-L1
C/O FINE FARKASH & PARLAPIANO PA
ATTN ALAN R PARLAPIANO, ESQ
622 NE FIRST STREET
GAINESVILLE FL 32640

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                ) Case No. 05-03817-3F1
                                                      )
WINN-DIXIE STORES, INC., et al.,                      ) Chapter 11
                                                      )
Debtors.[1]                                           ) Jointly Administered
                                                      )

NOTICE OF DEBTORS' OMNIBUS OBJECTION
TO UNRESOLVED LITIGATION CLAIMS

| CLAIM(S) SUBJECT TO OBJECTION | |
|---|---|
| Claim No.: 13238 | Claim Amount: $1,000,000.00 |

1. PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on June 22, 2006 their Omnibus Objection to Unresolved Litigation Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

2. The Objection constitutes notice that the Debtors have objected to and dispute one or more of your claims listed above under CLAIM(S) SUBJECT TO OBJECTION because the Debtors (a) contest the legal basis of each claim and (b) dispute the amount of each claim. In addition, the Debtors may also object to your claim based upon one more of the following grounds: (i) claims which are not supported by legally sufficient documentation; (ii) claims which were not filed prior to the applicable proof of claim bar date; (iii) claims which are required to be reclassified as unsecured; (iv) claims which appear to be duplicative of other claims filed against the Debtors; (v) claims which appear to have been amended and superseded by later filed claims; and/or (vi) claims which have been settled or withdrawn.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

EXHIBIT B

3. The Objection is being made at this time only to confirm that your claims listed above under CLAIM(S) SUBJECT TO OBJECTION have been objected to and are in dispute at this time.

4. **This Objection does NOT require you to file any response or attend any hearing at this time. NO hearing has been noticed or scheduled on the Objection at this time.**

5. The Debtors will continue to utilize the Claims Resolution Procedures, including the mediation procedures authorized by the Bankruptcy Court, to settle or liquidate the Unresolved Litigation Claims. The Debtors reserve the right, however, to prosecute one or more of the objections at such time that the Debtors deem appropriate. Therefore, in the future, you may receive a separate notice of hearing to adjudicate one or more of the objections against you and you will be given an opportunity to respond to such objection at such time.

6. You may disregard this Notice and the Objection IF your litigation claim has already been resolved by the entry of an Agreed Order through the Claims Resolution Procedure.

7. In addition to the reasons set forth above for the Objection to your claim, the Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date. In addition, to the extent determinable, the Debtors may seek to modify the Debtor against which your claim was filed in order to reflect that the claim is filed against the Debtor believed to be potentially liable for the amounts asserted in the claim. You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections at such time.

8. The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

9. **If you have any questions regarding the Notice or the Objection to your claim(s), you may contact Tana Copeland of Smith Hulsey & Busey at (904) 359-7850 or tcopeland@smithhulsey.com.** A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Smith Hulsey & Busey, at the Debtors' expense, by calling the number listed above.

Dated: June 22, 2006

SMITH HULSEY & BUSEY

By    /s/ James H. Post
     Stephen D. Busey
     James H. Post, F.B.N. 175460
     Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202

Co-counsel for Debtors