UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                   )    Case No: 05-03817-3F1
                                         )
WINN-DIXIE STORES, INC., et al.,         )    Chapter 11
                                         )
           Debtors.                      )    Jointly Administered
                                         )

## MEDIATION REPORT

A mediation conference was held on March 21, 2007, with Claimant Michelle Severson Proof of Claim No:223, 2537 and 13238. The mediation conference resulted in the following:

_____ 1.    The case was completely settled.

__X__ 2.    The parties reached an impasse.

_____ 3.    The proceedings were adjourned, to be reset with the agreement of the parties.

Date: 3/21/07

Isaac L. Levy, Esquire.
Florida Bar No: 47004
Certified Mediator No: No:20055CR
24 N. Market Street, Suite 405
Jacksonville, Florida 32202
(904) 353-7070
(904) 353-0550 facsimile

Send to:    Tana Copeland
            Smith Hulsey & Busey
            225 Water Street, Suite 1800
            Jacksonville, FL 32202

EXHIBIT C