**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE WITH RESPECT
TO AGREED ORDER RESOLVING (I) CLAIM NUMBER 8579 FILED BY
JEFFERSON-PILOT LIFE INSURANCE COMPANY AND (II) CLAIM
NUMBER 12310 FILED BY DANIEL G. KAMIN ZEBULON ENTERPRISES**

    I, Adam S. Ravin, certify that I caused to be served the Agreed Order Resolving (i) Claim Number 8579 filed by Jefferson-Pilot Life Insurance Company and (ii) Claim Number 12310 filed by Daniel G. Kamin Zebulon Enterprises (Docket No. 15626), by a having true and correct copy thereof sent to the party listed on Exhibit A via e-mail on March 26, 2007.

Dated: March 26, 2007

                                                  SKADDEN, ARPS, SLATE,
                                                MEAGHER & FLOM LLP

                                                By: /s/ *Adam S. Ravin*
                                                Adam S. Ravin
                                                Four Times Square
                                                New York, New York 10036
                                                (212) 735-3000
                                                (917) 735-2000 (facsimile)

                                                    and

                                                SMITH HULSEY & BUSEY

                                                By: /s/ *Cynthia C. Jackson*
                                                Cynthia C. Jackson
                                                Florida Bar Number 498882
                                                225 Water Street, Suite 1800
                                                Jacksonville, Florida  32202
                                                (904) 359-7700
                                                (904) 359-7708 (facsimile)

                                                Co-Counsel for Reorganized Debtors

**Exhibit A**

Sara E. Lorber
Seyfarth Shaw LLP
55 East Monroe Street, Suite 4200
Chicago, Illinois 60603
slorber@seyfarth.com