**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

WINN-DIXIE STORES, INC. et al.,　　　　　　　　Case No. 05-bk-03817-3F1

　　Debtors　　　　　　　　　　　　　　　　　Chapter 11
_____/

**RESPONSE TO THE DEBTORS' OBJECTION TO**
**CLAIM NO. 2438 OF ANA ARVELO MORENO**

COMES NOW the Claimant, ANA ARVELO MORENO ("Claimant"), by undersigned counsel, and hereby responds to the Debtors' Objection to Claim No. 2438, and would show:

1.　Claimant denies the basis of the Debtors' objection. The Claimant provided documentation of her claim. To date, neither the Debtor nor its claims agent has requested additional documentation of this claim. In addition, an agent of Segwick Claims advised counsel for the claimant not to do anything further until the Medicare and Medicaid lien issues were resolved.

2.　Claimant requests the Court set this matter for a preliminary hearing.

　　　　　　　　　　　　　　　　　　　　　　　/s/Dennis LeVine
　　　　　　　　　　　　　　　　　　　　　DENNIS J. LeVINE, ESQ.
　　　　　　　　　　　　　　　　　　　　　Fla. Bar No. 375993
　　　　　　　　　　　　　　　　　　　　　Dennis LeVine & Associates, P.A.
　　　　　　　　　　　　　　　　　　　　　P.O. Box 707
　　　　　　　　　　　　　　　　　　　　　Tampa, Florida 33601
　　　　　　　　　　　　　　　　　　　　　(813) 253-0777
　　　　　　　　　　　　　　　　　　　　　(813) 253-0975 (fax)
　　　　　　　　　　　　　　　　　　　　　Attorneys for the Claimant

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that I have this day served a true and correct copy of the foregoing Response to Objection to Claim No. 2438 upon the parties listed below on this 26th day of March, 2007.

                                                /s/Dennis LeVine  
                                                Attorney

Winn-Dixie Stores, Inc.  
5050 Edgewood Court  
Jacksonville, FL 32254-3699

David L. Gay, Esq.  
Smith Hulsey & Busey  
225 Water St., Suite 1800  
Jacksonville, FL 32202