## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC. et al.,                    Case No. 05-bk-03817-3F1

    Debtors                                              Chapter 11
_____/

### RESPONSE TO THE DEBTORS' OBJECTION TO
### CLAIM NO. 7757 OF MARY RICHARDSON

COMES NOW the Claimant, MARY RICHARDSON ("Claimant"), by undersigned counsel, and hereby responds to the Debtors' Objection to Claim No. 7757, and would show:

1. The Claimant denies the basis of the Debtors' objection.

2. The Claimant provided documentation of her claim. This documentation, however, may not have been complete. The additional documentation is attached hereto as Exhibit "A".

3. Claimant requests the Court set this matter for a preliminary hearing.

    /s/Dennis LeVine
DENNIS J. LeVINE, ESQ.
Fla. Bar No. 375993
Dennis LeVine & Associates, P.A.
P.O. Box 707
Tampa, Florida 33601
(813) 253-0777
(813) 253-0975 (fax)
Attorneys for the Claimant

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that I have this day served a true and correct copy of the foregoing Response to Objection to Claim No. 7757 upon the parties listed below on this 26th day of March, 2007.

                                                /s/Dennis LeVine
                                                Attorney

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699


David L. Gay, Esq.
Smith Hulsey & Busey
225 Water St., Suite 1800
Jacksonville, FL 32202