FORM B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT Jacksonville DISTRICT OF Middle | PROOF OF CLAIM |

| Name of Debtor | Case Number |
| Winn-Dixie Stores, Inc. | 05-03817-3FL |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property): Richardson, Mary | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
| Name and address where notices should be sent: Attn: Tom Woods, Esquire GrahamWoods P.L. 171 Hood Avenue, Suite 21 Tavenier, FL 33070 Telephone number: 305-853-2552 or 866-670-7775 | ☒ Check box if you have never received any notices from the bankruptcy court in this case. ☐ Check box if the address differs from the address on the envelope sent to you by the court. THIS SPACE IS FOR COURT USE ONLY |

| Account or other number by which creditor identifies debtor: New applicant | Check here ☐ replaces a previously filed claim, dated: if this claim ☐ amends |

**1. Basis for Claim**
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☒ Other  Bodily Injury

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SS #: _____
Unpaid compensation for services performed
from _____ to _____
          (date)         (date)

**2. Date debt was incurred:** June 29, 2001

**3. If court judgment, date obtained:** Not Applicable

**4. Total Amount of Claim at Time Case Filed:** $ 250,000.00
(unsecured) (secured) (priority) (Total)
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle
☐ Other _____
Value of Collateral: $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**6. Unsecured Nonpriority Claim** $ 250,000.00
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☒ Check this box if you have an unsecured priority claim
Amount entitled to priority $ 250,000.00
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(____).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date 7/21/05 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

count #: 15744                    ALL OPEN ITEMS                    [RICHARDSON]

| Ref# | Date | Patient | Dr | Procedure | Adj | Chgs | Receipts |
|------|------|---------|-----|-----------|-----|------|----------|
| | | | | Unapplied Credits : | | | 0.00 |
| 1 | 12/27/01 | MARY | (P.I | 2 99215 | —LEVEL V, EST. PT. | 150.00 | 0.00 |
| 2 | 12/05/01 | MARY | (P.I | 2 99215 | —LEVEL V, EST. PT. | 150.00 | 0.00 |
| 3 | 10/24/01 | MARY | (P.I | 2 DUPLICATE | —DUPLICATE ENCOUNT | 0.00 | 0.00 |
| 4 | 10/24/01 | MARY | (P.I | 2 99215 | —LEVEL V, EST. PT. | 150.00 | 0.00 |
| 5 | 10/24/01 | MARY | (P.I | 2 DUPLICATE | —DUPLICATE ENCOUNT | 0.00 | 0.00 |
| 6 | 10/09/01 | MARY | (P.I | 2 99245 | —CONSULT-LEVEL V | 250.00 | 0.00 |

TOTALS :  BALANCE :  700.00        700.00        0.00

Total balance
as of 1/18/02

Total
charges
as of
1/18/02

payment

W.P. [ ], MD, PA          Initial Evaluation

Name: _Mary Richardson (5-30-66)_ Allergies: _____ NKA    Age: 35

Date: _10-9-01_    Wt: _228.5_    Ht: _5'6"_    T: _98.6_ BP: _112/78 (R)_    P: _88_

Date of MVA? _8-28-01_ Restrained? ___ Damages? ___ Ticketed? ___ Attorney? _Eddie Farah_ — Pajonski

Slipped in water in Winn Dixie & hit (L) hip — ends of (R) toes burning, (L) lower back hurts — went to St. Vincents ER 7-3-01 — Used Vicodin prn pain — Flexeril prn — all out    L5 spine = lower lumbar

Held off getting tx waiting to hear from W-D [etc.] but never did so she got an attorney

no PCP.
no Tx

(+) SLR (R) -45° - ↓ w/ DF / IR/ER
(L) (R) @ 75°

Pain 7-8/10
numbness — lat foot & area thigh.
weak dorsiflexion

DTR's 4/4
DTR's 4/4

1. Dx: (L) s/s w/ radiculopathy. Suspect HNP L5 root
   Current Pain Level: ___7-8___ out of 10. Pre-existing Pain?  Y  (N) _____ out of 10.

2. Dx: _____
   Current Pain Level: _____ out of 10.  Pre-existing Pain?  Y   N _____ out of 10.

3. Dx: _____
   Current Pain Level: _____ out of 10.  Pre-existing Pain?  Y   N _____ out of 10.

4. Dx: _____
   Current Pain Level: _____ out of 10.  Pre-existing Pain?  Y   N _____ out of 10.

5. Dx: _____
   Current Pain Level: _____ out of 10.  Pre-existing Pain?  Y   N _____ out of 10.

Follow-up: _2_ weeks.  Time off work? _____ weeks.  Dictated?  Y   N   Charles H. Booras, M.D.

T.h. 800  BID - TID  #90 x 1    Rx  2/1    MRI L-spine stat    Vicodin -#30 X 0

**W.F. Booras, MD, PA**

Name: _Mary Richardson_    Allergies: _NKA_    Age: _35_

Date: _10-24-01_   Date of MVA?: _6-28-01_   Wt: _231.2_   BP: _114/70 ®_   T: _98.2_   P: _96_

PI
MVA Follow-up.. _Back really hurting - Has tried to work_
_at 2 diff. jobs + unable due to lifting + pulling._
_Needs ms. form filled out for car payments - PT TIW_
_no help   meds: Vicodin atleast bid, Ibuprofen 800mg bid_
Work: _Home Maint. Aid - wants to work still ltd. Can't lift p.m. (sedation.)_

_1 AM_
_½ PM_



Mary Richardson October 24 2001
DOB: 5/30/66
Date of injury: 6/28/01
Attorney: Farah & Farah

Ms. Richardson is seen today for follow-up. She continues to experience severe pain in her lower back which prohibits her from gainful employment. She has looked into several jobs, but they all includes some degree of lifting or pulling. She is currently taking ibuprofen 800 mg in the morning and 1/2 tablet in the evening. At the same time, she is taking Vicodin BID. She complains of sedation from ibuprofen, but I'm not sure that it's actually ibuprofen rather than Vicodin which is causing sedation. During my attempt to explain to her the importance of avoiding narcotic analgesia prior to physical activity she mistakenly thought that I was accusing her of improperly using narcotics. I was not, but it took a great deal of explanation, including my eventual statement that I would not continue to treat her as she would not allow me to clarify my statement due to repeated interruptions. Ultimately, we reached an understanding along with an agreement that I would continue her care for the time being.

**Diagnostics.** We have reviewed an MRI of her lumbar spine from 10/18/01, revealing "advanced degenerative disc disease at L5/S1". There is also a disc bulge and arthritic hypertrophy at the end plate margins resulting in minimal ventral spinal stenosis at L5/S1. These changes could be due to advanced degenerative disc disease or post traumatic contusion. At her age of 35, I would favor trauma as the more likely etiology as she was not having pain in her back prior to the injury on 6/28/01.

**Problem 1. Lumbar Strain/Sprain (847.2).**
**Problem 2. Lumbar degenerative disc disease (722.52)-L5/S1.**

**Plan.** Refer to Dr. Christopher Roberts for Pain Management consultation. Discontinue use of Vicodin at the same time as ibuprofen. If sedation is clearly felt to be due to ibuprofen, she will discontinue this and use Etodolac 400 mg TID #40-2 refills. She was again advised not to use Vicodin prior to physical activities but, rather, use this only for pain that interferes with sleep. A new prescription was provided for #30 without refill. Any recommendations from Dr. Roberts may supersede mine. I am unable to clear her for physical work at this time and will defer this decision to Dr. Roberts. Additional time was spent completing a form related to compensation, which is copied for the record.
Charles H. Booras, M.D.
Copy Note to PT First    _faxed 10-25-01_       _CHB_

_PT 1st - Appt ē DR Christopher Roberts ASAP pain mgmt_
_Lumbar Deg. Disk._

**W.P. Booras, MD, FA**

Name: _Mary Richardson (5-30-66)_ Allergies: _NKA_    Age: _35_

Date: _12-5-01_ Date of MVA?: _6-28-01_ Wt _220_ BP: _114/82_ T: _98.6_ P: _84_

MVA Follow-up.. _Catch in ① hip still - & still ē low back pain -_
_bottom of back is sore ① leg going numb - all ongoing -_
_PT TIW     needs: Etodolac 400 mg tid, Vicodin ÷ q hs._
_- still unable to find pain mgmt Dr. to take her case_
_- needs disability form updated_

_Therapy: TIW_
_not helping._

Mary Richardson December 5 2001
DOB: 5/30/66
Date of Injury: 6/28/01
Attorney: Farah & Farah

**Problem 1. Lumbar Strain/Sprain (847.2).** She reports attending Neuromuscular Therapy sessions regularly, but states that she has not experienced any improvement in symptoms. Review of notes from her therapist also indicates that she "denies any improvement". She continues to have persistent pain across her lower back with radiation of a burning pain down the posterior aspect of her left leg and into her middle three toes. No muscle weakness, saddle anesthesia or incontinence. Pain is described as a level 7-8 out of 10 using the Visual Analog Pain Scale. Pain quality is neuropathic. She states that she was never able to get an appointment with Pain Management.
**Problem 2. Lumbar degenerative disc disease (722.52)-L5/S1 per MRI on 10/18/01.** Subjectively without improvement.
**Problem 3. Left hip pain.** Reported as a level 7-8 out of 10. She reports that initial x-rays of her lumbar response from St. Vincent hospital on 7/2/01 did not mention problems in the left hip.

**Current medications.** Etodolac 400 mg TID without gastrointestinal disturbance, Vicodin 1 HS for pain that interferes with sleep.
**Occupation.** She states that she is physically unable to pursue gainful employment due to the severity of her back pain.

**Physical examination.** DTRs are symmetric at the knees and ankles. Sitting root bilaterally triggers pain in her mid lower spine. Passive internal and external rotation of her left hip is painful.

**Plan.** Refer for orthopedic consultation regarding left hip pain. Reduce Etodolac down to BID. After informed consent, initiate treatment with Neurontin 300 mg QD today, BID tomorrow and then TID, #90-2 refills. She will try reducing Vicodin down to 1/2 tablet before bedtime and discontinue it if nocturnal pain is controlled by Neurontin. Discontinue Neuromuscular Therapy after three more sessions in order to train her in a home exercise program. Additional time was spent completing a form related to compensation, which is copied for the record. Return in three weeks to adjust medications and follow-up on her orthopedic evaluation. She is likely approaching MMI. Anticipate scheduling her final evaluation after her follow-up appointment in three weeks.
Charles H. Booras, M.D.

**W.F. Booras, MD, PA**

Name: _Mary Richardson (53066)_ Allergies: _NKA_ Age: _35_

Date: _12-27-01_ Date of MVA? _6-28-01_ Wt. _230.5_ BP. _122/92_ T. _97°_ P. _88_

MVA Follow-up.. _Fill out Disability claim - if you put indefinitely on est return to work_
_PT - 0 meds: Ibuprofen 800mg = 9d  Vicodin = 8 hs_ this won't have to be filled out
_nced Neurontin due to itching + making her off balance ! for 6 months_
_℞ (L) hip really hurting_ never got in ½ Pain mgmt
_½ ho - 4/7_



Mary Richardson December 27 2001
DOB: 5/30/66
Date of Injury: 6/28/01
Attorney: Farah & Farah

Problem 1. Lumbar Strain/Sprain (847.2). She reports no improvement since her last office visit. Therapy sessions have been discontinued due to the lack of improvement. We have been unsuccessful in getting her an appointment with pain management and, subsequently Orthopedics. Her attorney is aware of this and has offered to help with Neurology consultation.
Problem 2. Lumbar degenerative disc disease (722.52)-L5/S1 per MRI on 10/18/01. Subjectively without improvement. She still reports a burning pain originating from her back and radiating down the back of her left leg into the calf with episodic numbness in her middle three toes. She also reports episodic weakness in the left leg which feels as though it is "giving out".
Problem 3. Left hip pain. No improvement reported.
Current medications. Ibuprofen 800 mg QD, Vicodin 1/2 HS, four days per week.
Occupation. She states that she is physically unable to pursue gainful employment due to the severity of her back pain.
Physical examination. No muscle atrophy. DTRs are symmetric at the knees and ankles. She reports weakness during left plantar flexion, but not dorsiflexion. No numbness with pinprick testing.

Plan. Recommend Neurology consultation regarding neuropathic pain. She will followup on this referral with PT First and her attorney. Increase Ibuprofen 800 mg up to BID. After informed consent, initiate treatment with amitriptyline 10 mg at 8 PM-2 hours before bedtime, advancing weekly — if needed-up to maximum of 5 QD, #50-2 refills. Another form completed stating that she is to be out of work indefinitely. Schedule final evaluation in 6 weeks.
Charles H. Booras, M.D.
Fax Note to PT First — _faxed 12-27-01 gt_         _CHB_

**W.P. Booras, MD, PA**

Name: Mary Richardson    Allergies: NKA    Age: 35

Date: 2-1-02    Date of MVA: 6-28-01    Wt: 232.1    BP: 122/74    T: 99.0    P: 78

MVA Follow-up: Complete forms. Having ↓ (L) back pain.

1. Dx.
2. Dx.
3. Dx.
4. Dx.
5. Dx.

**Mary Richardson February 1 2002**

Ms. Richardson was accommodated into a busy schedule after calling yesterday and stating that she needed a form completed for disability insurance ASAP. She is already scheduled for followup of her injuries on 2/7/02. Once here, however, she stated that she was still having bothersome back pain and was running out of medications. She has not yet established with Neurology as previously planned.

Plan. Her disability insurance forms were completed as requested. I have renewed Ibuprofen 800 mg BID PC #60-2 refills along with Vicodin, which she is taking as 1 HS, #30-no refills. Followup as scheduled on 2/7/02.

W.F. Booras, MD; PA

Name: Mary Richardson (5-30-66)  Allergies: NKA  Age: 35

Date: 2-7-02  Date of MVA?: 6-28-01  Wt: 235  BP: 120/84 (R) T: 98.4  P: 96

MVA Follow-up.. Final eval  doing abt the same

Meds: Ibuprofen 800mg ÷ bid  Amitriptyline 10mg ÷ ghs, Vicodin
÷ qd  prn when worse last wk.

Occup: Dialysis Tech.  Unable to work. Can't lift. Limits walking.
Can't fish. ↓ intimacy 2° pain. Limits sitting.



PCP: Georgia
Doyle
next week.
→ Pain Mgmt.

VAPS: 7-8/10.
↓ A.R.O.M.

numbness
& tingling
(L) knee
occas buckles
2° weak leg

ry Richardson February 7 2002
)B: 5/30/66
te of Injury: 6/28/01
orney: Farah & Farah
P: Dr. Georgia Doyle

oblem 1. Lumbar Strain/Sprain (847.2).

oblem 2. Lumbar degenerative disc disease (722.52)-L5/S1 per MRI on 10/18/01. She continues to report severe pain, at /el 7-8 out of 10 using the Visual Analog Pain Scale, in the area that she diagrammed above. She reports numbness and gling down the back of her left leg and states that her left knee occasionally buckles due to weakness in the leg. She does not el that she has any internal pathology in her knee or hip.

irrent medications. Ibuprofen 800 mg BID, Vicodin 1 HS.

ccupation. She states that she is physically unable to pursue gainful employment due to the severity of her back pain. She ports that she is unable to lift and has limitations in both sitting and walking due to pain. Pain has also interfered with ADLs by ducing sexual intimacy secondary to pain and causing her to give up fishing for relaxation. She is unable to throw a rod and el, and is unable to stand or sit for long.

nysical examination. Reduced lumbar lordosis while standing. Hips appear level. Tenderness to palpation noted bilaterally jove her iliac crest. No significant pain or limitation of extension. Forward flexion is limited with fingertips reaching just below ir knees. Normally, she could touch her toes before the accident. DTRs are flicker at the knees and symmetric at both ankles. o great toe extensor weakness. Sitting root is bilaterally positive for low back pain, worse on her left. SLR's cause hamstring ain on her right at 75 degrees and low back pain on her left at 60 degrees. Back pain worsens with internal and external hip tation and dorsiflexion. Pinprick testing reveals no sensory loss in either lower extremity.

lan. She has reached maximum medical improvement with evidence for permanent impairment following her injury on '28/01. She will return to the care of her PCP for further evaluation and possible pain management consultation. She is enceforth released from future followup here and is encouraged to continue a home exercise program.
harles H. Booras, M.D.

Phone#_____

cial  eds:_____

# W. P. Booras, M.D., P.A.
## Laboratory

ient: *Mary Richardson* DOB 5-30-66                Doctor: (CHB)  WPB  JAJ

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Date:** | 10/18/01 | | | | | | | |
| **ate Mounted** | 10/24/01 | | | | | | | |
| **Hgb.** | | | | | | | | |
| **Hct.** | | | | | | | | |
| **WBC** | | | | | | | | |
| **Sed Rate** | | | | | | | | |
| **ccult Blood** | | | | | | | | |
| **Potassium** | | | | | | | | |
| **Protime** | | | | | | | | |
| **INR** | | | | | | | | |
| **FBS** | | | | | | | | |
| **2 Hr. PC BS** | | | | | | | | |
| **Hgb-A1c** | | | | | | | | |
| **-Cholesterol** | | | | | | | | |
| **HDL** | | | | | | | | |
| **LDL** | | | | | | | | |
| **Triglycerides** | | | | | | | | |
| **Uric Acid** | | | | | | | | |
| **BUN** | | | | | | | | |
| **Creatinine** | | | | | | | | |
| **PSA** | | | | | | | | |
| **TSH** | | | | | | | | |
| **/A: COLOR** | | | | | | | | |
| **pH** | | | | | | | | |
| **Spec. Grav.** | | | | | | | | |
| **Sugar** | | | | | | | | |
| **Acetone** | | | | | | | | |
| **Alb.** | | | | | | | | |
| **Blood** | | | | | | | | |
| **Leuks.** | | | | | | | | |
| **WBC's** | | | | | | | | |
| **RBC's** | | | | | | | | |

W.P. BOORAS, M.D., P.A.
W.P./C.H. BOORAS, M.D., T.A. JACQMEIN, M.D.
1922 UNIVERSITY S
JACKSONVILLE FL 32216

TIME IN _____   TIME OUT _____
ENCOUNTER #: 132542

APPOINTMENT: 10/24/01
TIME: 9:40
ACCOUNT #: 115744.0
CURRENT BALANCE: 250.00
LAST PMT DATE:
LAST PMT AMT: .00

MARY (P.I.) L RICHARDSON DOB: 05/30/66
INS:
COPAY:  P.I.
2934 MELHOLLIN DR
JACKSONVILLE FL 32216
(904) 636-5701

WORK REL CK

PROCEDURES

| | | | | |
|---|---|---|---|---|
| (OFFICE VISITS) | 2ND NEW SAME | 94665 | STREP SCR/CF STAT 86403 | FLU VAC, MCARE 90888 |
| | SPIROMETRY | 94010 | TSH 84443 | PNEU VAC, MCARE 90809 |
| NEW, LIMITED 99202 | | | UA, COMPLETE 81000 | |
| NEW, INTERMEDIATE 99203 | (LABORATORY) | | UA, W/O MICRO 81002 | |
| NEW, EXTENDED 99204 | | | URINE CULTURE 87086 | |
| NEW, COMPREHENSIV 99205 | ALT 84460 | | URINE PREG TEST 81025 | (INJECTIONS) |
| | BLOOD,SUGAR 82947 | | URINE,MICROALBUMI 82043 | |
| NURSE 99211 | CBC W/ DIFF 85025 | | WET PREP 87210 | D-SPAH 6MG 90782 (X 2) |
| EST, INTERMEDIATE 99213 | CHOLESTEROL 83718 | | | DECADRON AMP J1100 |
| EST, EXTENDED 99214 | HEMOGLOBIN 85018 | | (IMMUNIZATIONS) | DEPO TESTOSTERO J1080 |
| EST, COMPREHENSIV 99215 | HGB A1C 83036 | | | BRAVANTINE J1240 |
| PROLONGED, 030MIN 99354 | LIPID PANEL B 80061 | | DTAP/DIP/TT 90700 | LINCOMYCIN J2010 |
| AUTO ACCIDENT EVAL99045 | LIVER PROFILE 80076 | | FLU VACCINE 90659 | PHENERGAN 1.0 50MG J2550 |
| WELLNESS PHYSICAL | MULTI 34 80050 | | HEB B AGE: | ROCEPH 250MG J0696 |
| PELVIC/BREAST EXM G0101 | OCC BLOOD, STOOL G0107 6C | | MMR VACCINE, LIVE 90707 | VIT B12, 1000MG J3420 |
| RECTAL EXAM 68102 | PAP SMEAR 88155 | | PNEU VACCINE 90732 | |
| (SPECIAL PROCEDURES) | PAP, ADMIN FOR Q0091 | | PPD 86580 | ADMIN INJECT IN 90782 |
| ANOSCOPY 46600 | PSA 84153 | | POLIO ORAL 90712 | INJECT ANTIBIOT 90788 |
| EAR LAVAGE 69210 | SEDRATE WEST 85651 | | TB TINE 86585 | VENIPUNCTURE 36415 |
| EKG COMPLETE 53000 | SMA 6/BMP 80048 | | TD ADULT 90718 | |
| NEBULIZER 94664 | STREP A(LAB BILL) 87081 | | VARICELLA 90716 | |

Pain Mgmt :   Dr. Christopher Roback.     RSFA     copy MRI Sm pt
                                                   Stamp & copy form
DIAGNOSIS

| | | | | | | |
|---|---|---|---|---|---|---|
| ABDOMINAL PAIN 789.00 | COPD 496 | GYN EXAM V72.3 | PALPITATIONS 785.1 | | | |
| ALLERGIC RHIN 477.9 | CVA 436 | HEADACHES 784.0 | PHARYNGITIS 462 | | | |
| ASCVD/ASHD 429.2 | DEPRESSION 311 | HIATAL HERNIA 553.3 | PUD 533.90 | | | |
| ASTHMA 493.90 | DERMATITIS 692.9 | HYPERLIPIDEMIA 272.4 | SINUSITIS 472.0 | | | |
| ASTHMATIC BRONCH 491.20 | DIABETES (TYPE 2) 250.00 | HYPERTENSION,BE 401.1 | SINUSITIS 473.9 | | | |
| BPH 600.0 | DIABETES (TYPE 1) 250.01 | HYPOTHYROIDISM 244.9 | TENDONITIS NOS 726.90 | | | |
| BRONCHITIS 490 | DIVERTICULITIS 562.11 | LOWER BACK PAIN 724.2 | URI 465.9 | | | |
| BURSITIS 727.3 | ESOPHAGEAL REFLU 530.11 | LS SPRAIN/STRAIN 846.0 | UTI 599.0 | | | |
| CAD 414.00 | ESTROGEN INSUF 256.3 | MONO 075 | VAGINITIS 616.10 | | | |
| CERUMEN IMPACT 380.4 | FATIGUE 788.79 | MYOFASCIAL PAIN 729.1,2 | VERTIGO 780.4 | | | |
| CHEST PAIN 786.50 | GASTROENTER,INF 009.3 | OSTEOARTHRITIS 715.90 | WARTS (PLANTAR) 078.1 | | | |
| CONJUNCTIVITIS 372.30 | GENERAL PHYSICAL V70.0 | OTITIS MEDIA 382.9 | WELL BABY/CHILD | | | |

722.52

Well Baby Visit ...

RECHECK: _____   6 w/o
LEVEL OV REQUIRED: ___   10 MIN/20 MIN

COPAY CHARGES: _____
PREVIOUS BALANCE: 250.00
TODAYS CHARGES: _____
TOTAL _____
TODAYS PAYMENT _____
NEW BALANCE _____

CHARLES H BOORAS, M.D.
B/C-MCR:15776Z
UPIN :D52732
EIN :591937691

W.F. Booras, MD, PA

Name: _Mary Richardson (5306)_ Allergies: _NKA_      Age: _35_

Date: _12-27-01_  Date of MVA?: _6-28-01_   Wt: _230.5_ BP: _122/92_   _97_   P: _88_

MVA Follow-up.. _Fill out Disability claim - if you put indefinitely on est return to work_

_PT - 0_     _meds: Therapafas 800mg - qd, Vicodin ; 8 hs). to be filled out_

_6:55pm_   _Neurotin due to itching + making her off balance / for 6 mon hs._

_Spy (L) hip really hurting_      _never got in ? Pain mgmt_

_½ ho ~ 4/7_



Mary Richardson December 27 2001
DOB: 5/30/66
Date of Injury: 6/28/01
Attorney: Farah & Farah

Problem 1. Lumbar Strain/Sprain (847.2). She reports no improvement since her last office visit. Therapy sessions have been discontinued due to the lack of improvement. We have been unsuccessful in getting her an appointment with pain management and, subsequently Orthopedics. Her attorney is aware of this and has offered to help with Neurology consultation.
Problem 2. Lumbar degenerative disc disease (722.52)-L5/S1 per MRI on 10/18/01. Subjectively without improvement. She still reports a burning pain originating from her back and radiating down the back of her left leg into the calf with episodic numbness in her middle three toes. She also reports episodic weakness in the left leg which feels as though it is "giving out".
Problem 3. Left hip pain. No improvement reported.
Current medications. Ibuprofen 800 mg QD, Vicodin 1/2 HS, four days per week.
Occupation. She states that she is physically unable to pursue gainful employment due to the severity of her back pain.
Physical examination. No muscle atrophy. DTRs are symmetric at the knees and ankles. She reports weakness during left plantar flexion, but not dorsiflexion. No numbness with pinprick testing.

Plan. Recommend Neurology consultation regarding neuropathic pain. She will followup on this referral with PT First and her attorney. Increase Ibuprofen 800 mg up to BID. After informed consent, initiate treatment with amitriptyline 10 mg at 8 PM-2 hours before bedtime, advancing weekly -- if needed-up to maximum of 5 QD, #50-2 refills. Another form completed stating that she is to be out of work indefinitely. Schedule final evaluation in 6 weeks.
Charles H. Booras, M.D.
Fax Note to PT First

**W.P. Booras, MD, PA**

Name: *Mary Richardson* (5-30-66) Allergies: *NKA* Age: *35*
Date: *12-5-01* Date of MVA?: *6-28-01* Wt: *2920* BP: *114/82* T: *98.6* P: *84*
MVA Follow-up.. *catch in hip still & still E. low back pain -*
*action of back is sore L leg going numb as ongoing -*
*PT TIW meds: Etodolac 400 mg tid, Vicodin - Q hs*
*still unable to find Pain mgmt Dr. to take her case*
*needs disability form updated -*

*Therapy: TIW*
*not helping.*



Mary Richardson December 5 2001
DOB: 5/30/66
Date of injury: 6/28/01
Attorney: Farah & Farah

Problem 1. Lumbar Strain/Sprain (847.2). She reports attending Neuromuscular Therapy sessions regularly, but states that she has not experienced any improvement in symptoms. Review of notes from her therapist also indicates that she "denies any improvement". She continues to have persistent pain across her lower back with radiation of a burning pain down the posterior aspect of her left leg and into her middle three toes. No muscle weakness, saddle anesthesia or incontinence. Pain is described as a level 7-8 out of 10 using the Visual Analog Pain Scale. Pain quality is neuropathic. She states that she was never able to get an appointment with Pain Management.
Problem 2. Lumbar degenerative disc disease (722.52)-L5/S1 per MRI on 10/18/01. Subjectively without improvement.
Problem 3. Left hip pain. Reported as a level 7-8 out of 10. She reports that initial x-rays of her lumbar response from St. Vincent hospital on 7/2/01 did not mention problems in the left hip.

Current medications. Etodolac 400 mg TID without gastrointestinal disturbance, Vicodin 1 HS for pain that interferes with sleep.
Occupation. She states that she is physically unable to pursue gainful employment due to the severity of her back pain.

Physical examination. DTRs are symmetric at the knees and ankles. Sitting root bilaterally triggers pain in her mid lower spine. Passive internal and external rotation of her left hip is painful.

Plan. Refer for orthopedic consultation regarding left hip pain. Reduce Etodolac down to BID. After informed consent, initiate treatment with Neurontin 300 mg QD today, BID tomorrow and then TID, #90-2 refills. She will try reducing Vicodin down to 1/2 tablet before bedtime and discontinue it if nocturnal pain is controlled by Neurontin. Discontinue Neuromuscular Therapy after three more sessions in order to train her in a home exercise program. Additional time was spent completing a form related to compensation, which is copied for the record. Return in three weeks to adjust medications and follow-up on her orthopedic evaluation. She is likely approaching MMI. Anticipate scheduling her final evaluation after her follow-up appointment in three weeks.
Charles H. Booras, M.D.
Copy Note to PT First

**PT First Rehabilitation Chiropractic Care**
4244 University Blvd S. Suite 4  Jacksonville, Fl 32216  (904) 733-0072  Fax (904) 733-7342

Patient's Name: _Mary Richardson_      Date: _12-10-01_

S: _____

_____

_____

_____

O: _____

_____

_____

_____

T:

| OFFICE CODE | UNITS | DESCRIPTION | CPT |
|---|---|---|---|
| 6 | — | ELECTRIC STIMULATION _____ | 97014 |
| 9 | — | MANUAL TRACTION THERAPY _____ | 97140 |
| 11 | 1 | ULTRASOUND _Lumbar & ITB_ | 97035 |
| 12 | — | ELECTRIC CURRENT THERAPY _____ | 97120 |
| 35 | — | MECHANICAL TRACTION THERAPY _____ | 97012 |
| 37 | — | Doctor's  Initial Evaluation _____ | 99205 |
| 38 | — | Doctor's ~ RECHECK _____ | 99214 |
| 40 | — | CMT, 1-2 REGIONS _____ | 98940 |
| 41 | — | CMT, 3-4 REGIONS _____ | 98941 |
| 42 | — | CMT, 5 REGIONS _____ | 98942 |
| 43 | — | EXTREMITY ADJUSTMENT _____ | 98925 |
| 47 | — | INTERMEDIATE DR. EXAM _____ | 99213 |
| 51 | — | X-RAY READ _____ | 72110.26 |
| — | — | _____ | — |

A: _____

_____

_____

P: _____

_____

Doctor of Chiropractic Signature: _____ ,DC

## P7. First Rehabilitation Services
### 4244 University Blvd. S. . Suite 4
### Jacksonville, FL 32216
### (904) 733-0072

We understand that this information is personal and confidential.
(Please Print)

Name: _Mary Richardson_  Date: _10/9/01_

Home Phone: _636-5701_  Work Phone: _____

Address: _2934 Melhollin Drive_

City, State, Zip Code: _Jacksonville   Florida   32216_

Date of Birth: _05/30/66_  Age: _35_  Social Security #: _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_

Employer: _____  Occupation: _____

Address, City, Zip Code: _____

In case of emergency, who may we contact: _____  Phone number: _____

Nearest Relative not living with you: _Vernita Rock_  Phone number: _____

Address, City, Zip Code: _____

Referring Physician: _C.H. Booras_

Family Physician: _____

Present symptoms (your major complaint): _Back + leg pains_

When did you first notice major complaints? _2 days after accident_

Minor complaints (other areas of pain or concern): _numbness +_

What brought it on? _S/p fall._

What activities aggravate the condition? _walking bending turn from side to side_

Is this condition getting progressively worse? _yes_

Is this condition interfering with your work? _✓_  Sleep? _✓_  Daily routine? _yes_

What have you done to get relief? _Took meds._

Has there been a medical diagnosis? _____

By whom? _____

X-rays? _____  M.R.I.? _____

**Past History:**

Have you had similar problems before? _No_.    If yes, explain: When? _N/A_

What caused the episodes? _Slip and fall_    What relieved them? _____

Did they prevent you from working? _yes_    Hospitalize you? _____ Disable you? _____

What was the previous diagnosis? _____

What were the treatments? _____

Did they help? _____

Name of the attending physician? _____

Are you on any medication? _____ List: _____

How many physicians have treated you for this injury? _ER & Baptas_

Are you taking any of the following? Circle all that apply.

Laxatives    Sedatives    Aspirins    Vitamins    Muscle Relaxers    Anti-Depressants

Sleeping Pills    Hormones    Insulin    Herbs    Diet Supplements    Pain Pills

**Social Habits:**

| | Heavy | Moderate | Light | None |
|---|---|---|---|---|
| Alcohol | | | | ___ |
| Coffee/Tea/Caffeine | | | ___ | |
| Tobacco | | | ✓ | |
| Exercise | | | ___ | |
| Weekly Sugar Intake | | | ___ | |

**Have you ever:**

| | Yes | No | Year | Describe briefly |
|---|---|---|---|---|
| Had any operations? | ✓ | ✗ | 9/98 | _Core biopsy_ |
| Broken any bones? | | ✓ | | |
| Been in an accident? | | ✓ | | |
| Had whiplash? | | ✓ | | |

**Other:**

How many bowel movements daily? _1 to 2_    Do you have a history of constipation? _No_.

If yes, what have you done to relieve it? _N/A_

Age of mattress: _2 yr old_ Comfortable: ✓    Uncomfortable: _____ Bed board: _____

Do you use a foam pillow? _No_

Do you sleep on your: Side? ✓   Back? 1   Stomach? ✓

Do you wear: Heel lifts? _NO_   Sole lifts? _NO_   Arch supports? _NO_   Inner soles? _NO_

Which hand is your dominant hand: Left: _____   Right? ✓

Which pocket do you carry your wallet in? Left: _____   Right: _____

Which shoulder do you carry your purse on? Left: _____   Right: ✓

Do you have any difficulty with the following?
Circle all that apply   ✱ Since S+F

Lights bother eyes
Headaches
Shooting head pains
(Sinus trouble) ✓
Loss of smell
Hayfever
Asthma
Loss of taste
Tightness in throat
Thyroid trouble
Face flushed
Twitching of face
Loss of memory
Fatigue
(Depression) ✓
Head feels too heavy
Dizziness
Fainting
Loss of balance
Ringing in ears
Wearing glasses
Nerves and nervousness
Seizures

Cold sweats
Irritability
Muscle spasms in neck
Grating in neck
Tightness of shoulder muscles
Neuritis in shoulders and arms
Pins and needles in arms/hands/legs
Cold hands
Chest pains
Shortness of breath
T.B.
Heart pain
Heart palpitations
Heart attacks
High blood pressure
Low blood pressure
Anemia
Rheumatic fever
Nervous stomach
Stomach trouble
Ulcers
Slipped disc/Bulging/Disc rupture
Allergies

Liver trouble
Gall bladder trouble
Indigestion
Intestinal gas
Constipation
Kidney trouble
Bladder trouble
Diabetes
Cancer
(Sleeping problems) ✱
Painful joints
Swollen joints
Arthritis
Pinched nerves
Breast implants
Swollen ankles
Cold feet
(Pains in legs and feet) ✱
Disc herniation
Inner tension
Metal implants

Please list any other pertinent information you think we need to know: _____

Do you have an objection to a male therapist?   ____ yes  ✓ no
Do you have an objection to a female therapist?   ____ yes  ✓ no

I understand that I am not being diagnosed for a condition, but that I may receive recommendations effective for improving my condition.

Mary Richardson
Patient's Signature

10/9/01
Date

Parent/Guardian's Signature if patient is under 18 yrs. old