# PT. First Rehabilitation Services

4244 University Blvd. S., Suite 4
Jacksonville, FL 32216
(904) 733-0072

## INITIAL NEUROMUSCULAR & PALPATION EXAMINATION

Patient's Name: _Mary Richardson_ Date: _10-9-01_
D.O.B.: _5/30/66_ Age: _35_ Sex: M (F)
Referred by: _Dr. Chas Barras_ Date of Accident/Trauma: _July 28 & 29, 2001_
Doctors' Diagnosis: _lumbar S/S w/suspected (L) L-5 holt. HNP_

Previous Therapy: _____ Date: _____
If hospitalized: _____ From: _____ To: _____

Symptoms (subjective): _Burning in (L) first 3 toes; (R) lumbar ___ and pain in sacrum area; Numbness in (R) ant. thigh to knee; low back frequently "catches" with movement; Great difficulty associated w/ pain during sleep and getting out of bed._

## OBJECTIVE POSTURAL EVALUATION NOTES

R.O.M. (body areas-joints-types of movement): _Restricted lumbar R.o.m.; (R) shoulder elevated; FHP (BC), more pronounced on (L)._

| Pain Area | Pain Level (1-10 scale) | Pain Frequency |
|---|---|---|
| lumbosacral area | 8-9 | w/ movement |
| (R) Anterior Thigh | 7-8 | " |
| (L) Ql/Obliques | 8-9 | " |
| (L) first 3 toes "burn" | 7-8 | off & on |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

MB
10/9/01

Additional History: _____

_____

Previous use of ice packs or heating pads. Areas: _(2) hip & Low back_

Time Without Pain:   sitting _30-45 min._  standing _45 min_ walking _15 min_ sleeping _1-2 hrs_

## TREATMENT GOALS:

1. To restore balance between the nervous system and the musculoskeletal system and reduce pain.
2. Reduce inflammation and joint compression in affected areas.
3. Improve joint range of motion, circulation, lymphatic drainage, and physiological function.
4. Instruct and educate patient on postural awareness, ergonomics of work environment, neurostimulant awareness as related to pain and home self-care skills are to be performed daily.
5. To improve self-responsibility for health and strengthen optimism for recovery.
6. To help return the patient to normal life activities as much as possible.

_____

_____

## TREATMENT PLAN:

Patient will be seen _3_ times per week for _4_ weeks with (x) Neuromuscular therapy, which includes soft tissue manipulation, neuromuscular re-education, active movement therapies, instructed active home stretching, ice packs, myofascial release, CranioSacral evaluation, ergonomic education and moist heat. ( ) _____

_____

_____ , LMT
Therapist Signature

_10-9-01_
Date

# PT First
### REHABILITATION SERVICES

An Outpatient Neuromuscular
Therapy and Injury Rehabilitation Clinic

Peter Booras, President

Name _Miky Richardson_

Treatment Frequency/Length _3_ x/week for _4_ weeks    Date: _10/9/01_

**Treatment for the following area(s) Diagnosis Codes:**

☐ 715.9 Unspecified Osteoarthritis
☐ 719.4 Joint Pain
☐ 719.43 Shoulder Pain
☐ 723.1 Neck Pain
☑ 721.0 Cervical Spondylosis
☐ 724.1 Thoracic Spine Pain
☐ 846.0 Lumbosacral Sprain/Strain
☐ 724.2 Low Back Pain
☐ 739.1 Cervico-thoracic Pain
☐ 846.9 Low Back Sprain/Strain

☐ 726.0 Shoulder Bursitis
☐ 726.10 Rotator Cuff Syndrome
☐ 840.9 Shoulder Sprain/Strain
☐ 729.1 Myofascial Pain
☐ 847.0 Cervical Sprain/Strain
☐ 847.1 Thoracic Sprain/Strain
☐ 784.0 Headaches
☐ 847.2 Lumbar Sprain/Strain
☑ V71.4 Motor Vehicle Accident
☐ Other (specify) _Suspect Halo_
    _D C5 root_

Special Instructions/Safety Measures:

☑ Evaluate and Treat

**Thermotherapy.**
☐ Moist Heat Packs
☐ Cold Packs

**Exercise**
☐ Passive
☐ Active Exercise
☐ Home Exercise Programs

**Mods on Treatment**
☐ Neuromuscular Therapy
☐ Myofascial Release
☐ Neuromuscular Re-Education
☐ Manual Traction
☐ Craniosacral Therapy

**Education**
☐ ADL Training
☐ Postural Education
☐ ADL Ergonomic Education
☐ E-stim Training (for home use)

I certify this outpatient treatment is required and is medically necessary.

_Booras_
Physician's Signature    MD

4244 University Blvd. S., Suite 4 - Jacksonville, FL 32216
(904) 733-0072 • Fax (904) 733-7342

# P.T. First Rehabilitation Services

4244 University Blvd. S., Suite 4
Jacksonville, Fl 32216
(904) 733.0072
FAX (904) 733.7342

| | | |
|---|---|---|
| Patient's Name: | Mary Richardson | Age: 35 |
| Primary Diagnosis: | Lumbar S/S; Suspected HNP, Left L5 Root | |
| Date Services Started: | 10/9/01 | |
| Last Date of Treatment: | 10/29/01 | Total Treatments: 9 |
| Referring Physician: | Dr. Charles Booras | |

**FAX'D**

NOV 1 2, 2001

W. P. Booras, M.D.
C. H. Booras, M.D.
J. A. Jacqmein, M.D.
Initials:

## Status Report                Date: 10/29/01

Ms. Richardson presented with an "off and on" burning sensation in her first three toes of her left foot; pain with movement in her lumbrosacral and quadratus lumborum areas at levels 8 to 9; and numbness in her left anterior thigh to her knee at levels 7 to 8. She had restricted lumbar ROM, elevation of her right shoulder, bilateral forward head posture. She has been treated with NMT, MFR, ultrasound, and stretches. To date, the patient denies any improvement. She does not exhibit changes in her pain pattern, ROM or pain levels. If Ms. Richardson is to continue her treatment at 3 x 4 wk, please sign and return the accompanying Rx.

*(Based on a self-rated scale from 0 to 10, with 10 being the worst.)

Thank you for the referral of this patient. Please call me at 733-0072 with any questions or comments.

_____                    _____
Therapist                                   Physician

_10-29-01_____                    _11/3/01_____
Date                                        Date

# PT First
## REHABILITATION SERVICES

An Outpatient Neuromuscular Therapy and Injury Rehabilitation Clinic

Peter Booras, President

**Name** _M. Chris Richardson_ **Date:** _10-29-01_

**Treatment Frequency/Length** _3_ X/week for _4_ weeks

**Treatment for the following area(s) Diagnosis Codes:**

- ☐ 715.9 Unspecified Osteoarthritis
- ☐ 716.9 Joint Pain
- ☐ 719.41 Shoulder Pain
- ☐ 723.1 Neck Pain
- ☐ 721.0 Cervical Spondylosis
- ☐ 723.1 Thoracic Spine Pain
- ☐ 846.0 Lumbosacral Sprain/Strain
- ☐ 724.2 Low Back Pain
- ☐ 729.1 Cervico-thoracic Pain
- ☐ 846.9 Low Back Sprain/Strain

- ☐ 726.0 Shoulder Bursitis
- ☐ 726.10 Rotator Cuff Syndrome
- ☐ 840.9 Shoulder Sprain/Strain
- ☐ 729.1 Myofascial Pain
- ☐ 847.0 Cervical Sprain/Strain
- ☐ 847.1 Thoracic Sprain/Strain
- ☐ 784.0 Headaches
- ☑ 847.2 Lumbar Sprain/Strain
- ☐ V71.3 Motor Vehicle Accident
- ☑ Other (specify) _Augment_
  _DTE just_

**Special Instructions/Safety Measures:** _____

- ☑ Evaluate and Treat

**Thermotherapy**
- ☐ Moist Heat Packs
- ☐ Cold Packs

**Hands on Treatment**
- ☐ Neuromuscular Therapy
- ☐ Myofascial Release
- ☐ Neuromuscular Re-Education
- ☐ Manual Traction
- ☐ CranioSacral Therapy

**Exercise**
- ☐ Passive
- ☐ Active Exercise
- ☐ Home Exercise Programs

**Education**
- ☐ ADL Training
- ☐ Postural Education
- ☐ ADL Ergonomic Education
- ☐ Eastin Training (for home use)

I certify this outpatient treatment is required and is medically necessary.

_R. C. Booras_

_C Booras_ MD
Physician's Signature

4244 University Blvd S., Suite 4 - Jacksonville, FL 32216
**(904) 733-0072 • Fax (904) 733-7342**

FAX'D

NOV 1 2 2001

W. P. Booras, M.D.
C. H. Booras, M.D.
J. A. Jacqmein, M.D.
Initials: _____

# PT First

**REHABILITATION SERVICES**

*An Outpatient Neuromuscular*
*Therapy and Injury Rehabilitation Clinic*

Peter Boonas, President

Name _Mary Columbot_ Date _10-29-01_

Treatment Frequency/Length __3__ x/week for __4__ weeks

Treatment for the following are(is) Diagnosis Codes:

- ☐ 729.5 Unspecified Osteoarthritis
- ☐ 719.4 Joint Pain
- ☐ 719.41 Shoulder Pain
- ☐ 723.1 Neck Pain
- ☐ 722.1 Neck Pain
- ☐ 723.0 Cervical Spondylosis
- ☐ 729.1 Thoracic Spine Pain
- ☐ 846.0 Lumbosacral Sprain/Strain
- ☐ 724.2 Low Back Pain
- ☐ 723.1 Cervico-thoracic Pain
- ☐ 846.9 Low Back Sprain/Strain

- ☐ 726.0 Shoulder Bursitis
- ☐ 726.10 Rotator Cuff Syndrome
- ☐ 840.9 Shoulder Sprain/Strain
- ☐ 729.1 Myofascial Pain
- ☐ 847.0 Cervical Sprain/Strain
- ☐ 847.1 Thoracic Sprain/Strain
- ☐ 784.0 Headaches
- ☐ 847.2 Lumbar Sprain/Strain
- ☐ V71.4 Motor Vehicle Accident
- ☐ Other (specify) _____

Special Instructions/Safety Measures: _____

☒ Evaluate and Treat

**Thermotherapy**
- ☐ Moist Heat Packs
- ☐ Cold Packs

**Exercise**
- ☐ Passive
- ☐ Active Exercise
- ☐ Home Exercise Programs

**Hands on Treatment**
- ☐ Neuromuscular Therapy
- ☐ Myofascial Release
- ☐ Neuromuscular Re-Education
- ☐ Manual Traction
- ☐ Cervical/Sacral Therapy

**Education**
- ☐ ADL Training
- ☐ Postural Education
- ☐ ADL Ergonomic Education
- ☐ E-stim Training (for home use)

I certify this outpatient treatment is required and is medically necessary.

_signature_ MD
Physician's Signature

4741 University Blvd. S., Suite 4 • Jacksonville, FL 32216
(904) 733-0072 • Fax (904) 733-7342

**PT First Rehabilitation Chiropractic Care**
4244 University Blvd S, Suite 4 Jacksonville, Fl 32216  (904)  733-0072  Fax (904) 733-7342

Patient's Name: _Richardson, Mary_                          Date: _11-5-01_
OBJECTIVE FINDINGS: Ischemia in _____
Soft Tissue Texture: Min/Mod/Severe/Sev+ _____
R.O.M. _____

**TREATMENT:**

| OFFICE CODE | UNITS | DESCRIPTION | CPT |
|---|---|---|---|
| 6 | —— | ELECTRIC STIMULATION | 97014 |
| 9 | —— | MANUAL TRACTION THERAPY | 97140 |
| 11 | —— | ULTRASOUND | 97035 |
| 12 | 1 | ELECTRIC CURRENT THERAPY _lumbar_ | 97120 |
| 14 | | BIOFREEZE | 97070 |
| 18 | —— | MYOFASCIAL RELEASE | 97140 |
| 19 | —— | BACK SUPPORT | E0946 |
| 21A | —— | ICE PACK – LARGE/SMALL | 97070 |
| 26 | —— | SOFT CERVICAL COLLAR | L0120 |
| 27 | —— | LUMBAR CUSHION | 99070 |
| 28 | —— | CERVICAL PILLOW | 99070 |
| 30 | —— | LUMBAR SUPPORT BELT | 99070 |
| 35 | —— | MECHANICAL TRACTION THERAPY | 97012 |
| 37 | —— | DR. MEIDE Initial Evaluation | 99205 |
| 38 | —— | DR. MEIDE – RECHECK | 99214 |
| 40 | —— | CMT, 1-2 REGIONS | 98940 |
| 41 | —— | CMT, 3-4 REGIONS | 98941 |
| 42 | —— | CMT, 5 REGIONS | 98942 |
| 43 | —— | EXTREMITY ADJUSTMENT | 98925 |
| 47 | —— | INTERMEDIATE DR. EXAM | 99213 |
| 81 | —— | X-RAY READ | 72110,26 |
| —— | | | —— |
| | | | |
| —— | | | —— |

Assessment: Patient tolerated treatment    WELL / FAIR / POOR

Improvement Noted: _____

Plan: _____

Doctor of Chiropractic Signature: _____ DC

**PT First Rehabilitation Chiropractic Care**
4244 University Blvd S, Suite 4  Jacksonville, Fl 32216  (904) 733-0072 Fax (904) 733-7342

Patient's Name: _Richardson, Mary_                     Date: _11-7-01_
OBJECTIVE FINDINGS: Ischemia in
Soft Tissue Texture: Min/Mod/Severe/Sev+
R.O.M.

**TREATMENT:**

| OFFICE CODE | UNITS | DESCRIPTION | CPT |
|---|---|---|---|
| 8 | | ELECTRIC STIMULATION | 97014 |
| 9 | I | MANUAL TRACTION THERAPY _lumbar_ | 97140 |
| 11 | | ULTRASOUND | 97035 |
| 12 | I | ELECTRIC CURRENT THERAPY _lumbar_ | 97120 |
| 14 | | BIOFREEZE | 97070 |
| 18 | | MYOFASCIAL RELEASE | 97140 |
| 19 | | BACK SUPPORT | E0946 |
| 21A | | ICE PACK – LARGE/SMALL | 97070 |
| 26 | | SOFT CERVICAL COLLAR | L0120 |
| 27 | | LUMBAR CUSHION | 99070 |
| 28 | | CERVICAL PILLOW | 99070 |
| 30 | | LUMBAR SUPPORT BELT | 99070 |
| 35 | | MECHANICAL TRACTION THERAPY | 97012 |
| 37 | | DR. MEIDE Initial Evaluation | 99205 |
| 38 | | DR. MEIDE – RECHECK | 99214 |
| 40 | | CMT, 1-2 REGIONS | 98940 |
| 41 | | CMT, 3-4 REGIONS | 98941 |
| 42 | | CMT, 5 REGIONS | 98942 |
| 43 | | EXTREMITY ADJUSTMENT | 98925 |
| 47 | | INTERMEDIATE DR. EXAM | 99213 |
| 81 | | X-RAY READ | 72110.26 |
| | | | |
| | | | |
| | | | |

Assessment: Patient tolerated treatment:    WELL / FAIR / POOR

Improvement Noted: 

Plan: 

Doctor of Chiropractic Signature: _____ DC

PT First Rehabilitation Chiropractic Care
4244 University Blvd S. Suite 4 Jacksonville, Fl 32216  (904) 733-0072 Fax (904) 733-7342

Patient's Name: MARY RICHARDSON                                Date: 11/12/01
OBJECTIVE FINDINGS: Ischemia in _____
Soft Tissue Texture: Min/Mod/Severe/Sev+ _____
R.O.M. _____

**TREATMENT:**

| OFFICE CODE | UNITS | DESCRIPTION | CPT |
|---|---|---|---|
| 5 | — | ELECTRIC STIMULATION _____ | 97014 |
| 9 | ✓ 1 | MANUAL TRACTION THERAPY _____ | 97140 |
| 11 | ✓ 1 | ULTRASOUND _____ | 97035 |
| 12 | — | ELECTRIC CURRENT THERAPY _____ | 97120 |
| 14 | — | BIOFREEZE _____ | 97070 |
| 18 | — | MYOFASCIAL RELEASE _____ | 97140 |
| 19 | — | BACK SUPPORT _____ | E0946 |
| 21A | — | ICE PACK – LARGE/SMALL _____ | 97070 |
| 26 | — | SOFT CERVICAL COLLAR _____ | L0120 |
| 27 | — | LUMBAR CUSHION _____ | 99070 |
| 28 | — | CERVICAL PILLOW _____ | 99070 |
| 30 | — | LUMBAR SUPPORT BELT _____ | 99070 |
| 35 | — | MECHANICAL TRACTION THERAPY _____ | 97012 |
| 37 | — | DR. MEIDE Initial Evaluation _____ | 99205 |
| 38 | — | DR. MEIDE – RECHECK _____ | 99214 |
| 40 | — | CMT, 1-2 REGIONS _____ | 98940 |
| 41 | — | CMT, 3-4 REGIONS _____ | 98941 |
| 42 | — | CMT, 5 REGIONS _____ | 98942 |
| 43 | — | EXTREMITY ADJUSTMENT _____ | 98925 |
| 47 | ✓ | INTERMEDIATE DR. EXAM _____ | 99213 |
| 51 | — | X-RAY READ _____ | 72110.26 |
| | — | _____ | |
| | — | _____ | |
| | — | _____ | |

Assessment: Patient tolerated treatment: (WELL) FAIR / POOR
PERFORMED MILD LUMBAR-SACRAL DISTRACTION MANUALLY
ULTRASOUND TO LOWER LUMBAR SPINE AREA

Improvement Noted: _____

Plan: PhysioTHERAPY  RX US/EMS , CMT , NMT-MFR

Doctor of Chiropractic Signature: Adam Clef hl            ,DC

# INVOICE

AUG 22 2003

Sold To:

PT First Rehab Services
4244 University Blvd S., Suite 4
Jacksonville, FL 32216

Billed To:    SAME

| Order Number | Order Placed By | Date Completed | Terms |
|---|---|---|---|
| | | | Ship via UPS Ground |

| Date | Description of Services | Price per Unit | # of Units | Amount |
|---|---|---|---|---|
| 11/23/2001 | 2.0" x 2.0" Electrodes | $    15.90 | 1 | $    15.90 |

*Mary Richardson*
Signature

*12-3-01*
Date

We appreciate your business

TOTAL

**PT First Rehabilitation Chiropractic Care**
4244 University Blvd S, Suite 4, Jacksonville, Fl 32216  (904) 733-0072 ,Fax (904) 733-7342

Patient's Name: MARY RICHARDSON     Date: 12/3/01

S: LOWER BACK PAINFULL ̄c RADIATING DN. INTO Ⓡ LOWER EXTREMITY
TO LEVEL OF FOOT . PAIN IS REPORTED TO BE FAIRLY
CONSTANT, EXACERBATED BY SITTING STANDING, WALKING
ACTIVITIES . PAIN LEVEL IS A 8-9 /out OF 10 PTS.

O: MINOR'S SIGN POS: TENDERNESS ̄c PALPATION OVER L3-S1 Ⓛ
Ⓛ PARASPINM / MUSCLES: MODERATE EDEMA OVER L4-S1
MODERATE CONTRACTION (R) PARALUMBAR , Ⓛ Ⓛ
GLUTEUS MAXIMUS ̄c ACTIVE T P

T:

| OFFICE CODE | UNITS | DESCRIPTION | CPT |
|---|---|---|---|
| 8 | 1 | ELECTRIC STIMULATION | 97014 |
| 9 | 1 | MANUAL TRACTION THERAPY | 97140 |
| 11 | 1 | ULTRASOUND | 97035 |
| 12 | | ELECTRIC CURRENT THERAPY | 97120 |
| 35 | | MECHANICAL TRACTION THERAPY | 97012 |
| 37 | | Doctor's  Initial Evaluation | 99205 |
| 38 | 1 | Doctor's – RECHECK | 99214 |
| 40 | | CMT, 1-2 REGIONS | 98940 |
| 41 | | CMT, 3-4 REGIONS | 98941 |
| 42 | | CMT, 5 REGIONS | 98942 |
| 43 | | EXTREMITY ADJUSTMENT | 98925 |
| 47 | | INTERMEDIATE DR. EXAM | 99213 |
| 81 | | X-RAY READ | 72110.26 |
| | 1 pkg | 2x2" electrodes | |

A: PERFORMED MILD L/S DISTRACTION , ALONG ̄c PT.
EMS / US .

P: CONTINUE AS RX .

Doctor of Chiropractic Signature: _Adam Club NE_ ,DC

# P.T. First Rehabilitation Services

4244 University Blvd. S., Suite 4
Jacksonville, Fl 32216
(904) 733.0072
FAX (904) 733.7342

Patient's Name:        Mary Richardson              Age: 35
Primary Diagnosis:     Lumbar S/S; Suspected HNP, Left L5 Root
Date Services Started: 10/9/01
Last Date of Treatment: 12/12/01        Total Treatments: 24
Referring Physician:   Dr. Charles Booras

## Discharge Report          Date: 12/10/01

The physician has discharged Ms. Richardson from therapy.

Thank you for the referral of this patient. Please call me at 733-0072
with any questions or comments.

_____          _____
Therapist                        Physician

12-10-01
_____          _____
Date                             Date



**Patient Ledger**
Physical Therapy First
PT. First Rehabilitation Services
Tuesday, August 06, 2002

Page 1

Mary L. Richardson (RICHAR0003)
Responsible: Self   Home: (904) 636-5701   Work: (904) -
Primary: Letters of Protection (LOP)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 17843 | 10/09/2001 | PTF | 1 | | | | |
| 17843 | 10/09/2001 | PTF | 2 | | 120.00 | 0.00 | 120.00 |
| 17843 | 10/09/2001 | PTF | 18 | | 35.00 | 0.00 | 155.00 |
| 17843 | 10/09/2001 | PTF | 23 | | 67.00 | 0.00 | 222.00 |
| 17844 | 10/10/2001 | PTF | 2 | | 45.00 | 0.00 | 267.00 |
| 17844 | 10/10/2001 | PTF | 10 | | 35.00 | 0.00 | 302.00 |
| 17844 | 10/10/2001 | PTF | 17 | | 40.00 | 0.00 | 342.00 |
| 17844 | 10/10/2001 | PTF | 18 | | 60.00 | 0.00 | 402.00 |
| 17924 | 10/15/2001 | PTF | 2 | | 67.00 | 0.00 | 469.00 |
| 17924 | 10/15/2001 | PTF | 17 | | 35.00 | 0.00 | 504.00 |
| 17924 | 10/15/2001 | PTF | 18 | | 60.00 | 0.00 | 564.00 |
| 17925 | 10/12/2001 | PTF | 2 | | 67.00 | 0.00 | 631.00 |
| 17925 | 10/12/2001 | PTF | 17 | | 35.00 | 0.00 | 666.00 |
| 17925 | 10/12/2001 | PTF | 18 | | 60.00 | 0.00 | 726.00 |
| 17894 | 10/17/2001 | PTF | 2 | | 67.00 | 0.00 | 793.00 |
| 17894 | 10/17/2001 | PTF | 17 | | 35.00 | 0.00 | 828.00 |
| 17894 | 10/17/2001 | PTF | 18 | | 60.00 | 0.00 | 888.00 |
| 17995 | 10/17/2001 | PTF | 11 | | 67.00 | 0.00 | 955.00 |
| 17996 | 10/19/2001 | PTF | 2 | | 40.00 | 0.00 | 995.00 |
| 17996 | 10/19/2001 | PTF | 17 | | 35.00 | 0.00 | 1030.00 |
| 17996 | 10/19/2001 | PTF | 18 | | 60.00 | 0.00 | 1090.00 |
| 17997 | 10/22/2001 | PTF | 11 | | 67.00 | 0.00 | 1157.00 |
| 17998 | 10/22/2001 | PTF | 2 | | 40.00 | 0.00 | 1197.00 |
| 17998 | 10/22/2001 | PTF | 13 | | 35.00 | 0.00 | 1232.00 |
| 17998 | 10/22/2001 | PTF | 17 | | 60.00 | 0.00 | 1292.00 |
| 17998 | 10/22/2001 | PTF | 18 | | 60.00 | 0.00 | 1352.00 |
| 18056 | 10/24/2001 | PTF | 2 | 10/29/2001 | 67.00 | 0.00 | 1419.00 |
| 18056 | 10/24/2001 | PTF | 17 | 10/29/2001 | 35.00 | 0.00 | 1454.00 |
| 18056 | 10/24/2001 | PTF | 18 | 10/29/2001 | 60.00 | 0.00 | 1514.00 |
| 18095 | 10/29/2001 | PTF | 2 | 10/31/2001 | 67.00 | 0.00 | 1581.00 |
| 18095 | 10/29/2001 | PTF | 3 | 10/31/2001 | 35.00 | 0.00 | 1616.00 |
| 18095 | 10/29/2001 | PTF | 18 | 10/31/2001 | 40.00 | 0.00 | 1656.00 |
| 18171 | 10/31/2001 | PTF | 2 | 11/06/2001 | 67.00 | 0.00 | 1723.00 |
| 18171 | 10/31/2001 | PTF | 17 | 11/06/2001 | 35.00 | 0.00 | 1758.00 |
| 18171 | 10/31/2001 | PTF | 18 | 11/06/2001 | 60.00 | 0.00 | 1818.00 |
| 18172 | 11/02/2001 | PTF | 2 | 11/06/2001 | 67.00 | 0.00 | 1885.00 |
| 18172 | 11/02/2001 | PTF | 13 | 11/06/2001 | 35.00 | 0.00 | 1920.00 |
| 18172 | 11/02/2001 | PTF | 17 | 11/06/2001 | 60.00 | 0.00 | 1980.00 |
| 18173 | 11/05/2001 | PTF | 2 | 11/06/2001 | 60.00 | 0.00 | 2040.00 |
| 18173 | 11/05/2001 | PTF | 18 | 11/06/2001 | 35.00 | 0.00 | 2075.00 |
| 18174 | 11/05/2001 | PTF | 12 | 11/06/2001 | 67.00 | 0.00 | 2142.00 |
| 18219 | 11/07/2001 | PTF | 8 | 11/09/2001 | 40.00 | 0.00 | 2182.00 |
| 18219 | 11/07/2001 | PTF | 12 | 11/09/2001 | 47.00 | 0.00 | 2229.00 |
| 18220 | 11/07/2001 | PTF | 2 | 11/09/2001 | 40.00 | 0.00 | 2269.00 |
| 18220 | 11/07/2001 | PTF | 18 | 11/09/2001 | 35.00 | 0.00 | 2304.00 |
| 18262 | 11/12/2001 | PTF | 2 | | 67.00 | 0.00 | 2371.00 |
| 18262 | 11/12/2001 | PTF | 17 | | 35.00 | 0.00 | 2406.00 |
| 18262 | 11/12/2001 | PTF | 18 | | 60.00 | 0.00 | 2466.00 |
| 18289 | 11/14/2001 | PTF | 2 | | 67.00 | 0.00 | 2533.00 |
| 18289 | 11/14/2001 | PTF | 9 | | 35.00 | 0.00 | 2568.00 |
| 18289 | 11/14/2001 | PTF | 17 | | 47.00 | 0.00 | 2615.00 |
| 18289 | 11/14/2001 | PTF | 18 | | 60.00 | 0.00 | 2675.00 |
| | | | | | 67.00 | 0.00 | 2742.00 |

**Patient Ledger**
Physical Therapy First
PT. First Rehabilitation Services
Tuesday, August 06, 2002

Page 2

Mary L Richardson (RICHAR0003)
Responsible: Self    Home: (904) 636-5701    Work: (904)  -
Primary: Letters of Protection (LOP)

| | | | | | | |
|---|---|---|---|---|---|---|
| 18329 | 11/16/2001 | PTF | 2 | 35.00 | 0.00 | 2777.00 |
| 18329 | 11/16/2001 | PTF | 9 | 47.00 | 0.00 | 2824.00 |
| 18329 | 11/16/2001 | PTF | 17 | 60.00 | 0.00 | 2884.00 |
| 18329 | 11/16/2001 | PTF | 18 | 67.00 | 0.00 | 2951.00 |
| 18330 | 11/19/2001 | PTF | 2 | 35.00 | 0.00 | 2986.00 |
| 18330 | 11/19/2001 | PTF | 17 | 60.00 | 0.00 | 3046.00 |
| 18330 | 11/19/2001 | PTF | 18 | 67.00 | 0.00 | 3113.00 |
| 18383 | 11/12/2001 | PTF | 9 | 47.00 | 0.00 | 3160.00 |
| 18383 | 11/12/2001 | PTF | 11 | 40.00 | 0.00 | 3200.00 |
| 18383 | 11/12/2001 | PTF | 47 | 100.00 | 0.00 | 3300.00 |
| 18445 | 11/26/2001 | PTF | 2 | 35.00 | 0.00 | 3335.00 |
| 18445 | 11/26/2001 | PTF | 17 | 60.00 | 0.00 | 3395.00 |
| 18445 | 11/26/2001 | PTF | 18 | 67.00 | 0.00 | 3462.00 |
| 18446 | 11/28/2001 | PTF | 2 | 35.00 | 0.00 | 3497.00 |
| 18446 | 11/28/2001 | PTF | 9 | 47.00 | 0.00 | 3544.00 |
| 18446 | 11/28/2001 | PTF | 17 | 60.00 | 0.00 | 3604.00 |
| 18446 | 11/28/2001 | PTF | 18 | 67.00 | 0.00 | 3671.00 |
| 18505 | 11/30/2001 | PTF | 2 | 35.00 | 0.00 | 3706.00 |
| 18505 | 11/30/2001 | PTF | 9 | 47.00 | 0.00 | 3753.00 |
| 18505 | 11/30/2001 | PTF | 18 | 67.00 | 0.00 | 3820.00 |
| 18506 | 12/03/2001 | PTF | 2 | 35.00 | 0.00 | 3855.00 |
| 18584 | 12/03/2001 | PTF | 6 | 35.00 | 0.00 | 3890.00 |
| 18584 | 12/03/2001 | PTF | 9 | 47.00 | 0.00 | 3937.00 |
| 18584 | 12/03/2001 | PTF | 11 | 40.00 | 0.00 | 3977.00 |
| 18584 | 12/03/2001 | PTF | 24 | 15.90 | 0.00 | 3992.90 |
| 18585 | 12/05/2001 | PTF | 2 | 35.00 | 0.00 | 4027.90 |
| 18585 | 12/05/2001 | PTF | 9 | 47.00 | 0.00 | 4074.90 |
| 18585 | 12/05/2001 | PTF | 13 | 60.00 | 0.00 | 4134.90 |
| 18585 | 12/05/2001 | PTF | 17 | 60.00 | 0.00 | 4194.90 |
| 18585 | 12/05/2001 | PTF | 18 | 67.00 | 0.00 | 4261.90 |
| 18586 | 12/07/2001 | PTF | 2 | 35.00 | 0.00 | 4296.90 |
| 18586 | 12/07/2001 | PTF | 9 | 47.00 | 0.00 | 4343.90 |
| 18586 | 12/07/2001 | PTF | 13 | 60.00 | 0.00 | 4403.90 |
| 18586 | 12/07/2001 | PTF | 17 | 60.00 | 0.00 | 4463.90 |
| 18586 | 12/07/2001 | PTF | 18 | 67.00 | 0.00 | 4530.90 |
| 18587 | 12/10/2001 | PTF | 2 | 35.00 | 0.00 | 4565.90 |
| 18587 | 12/10/2001 | PTF | 18 | 67.00 | 0.00 | 4632.90 |
| 18588 | 12/10/2001 | PTF | 11 | 40.00 | 0.00 | 4672.90 |
| **Patient Total** | | | | 4672.90 | 0.00 | 4672.90 |

Provider Totals
PT First, Inc.

| | | | |
|---|---|---|---|
| | 4672.90 | 0.00 | 4672.90 |

| **Report Totals** | | | |
|---|---|---|---|
| | 4672.90 | 0.00 | 4672.90 |



# ST. VINCENT'S

St Vincent's Medical Center

| Adit Date/Time | Financial Acct # | MMI # | IC | Visit Type | Reg Init |
|---|---|---|---|---|---|
| 07/02/2001   1209 | 13527311 | 0160-42-03 | N | E | CSCUL001 |

**PATIENT INFORMATION**

DOB: 05/30/1966    Age: 35    Sex: F    M/S: D    Race: B    VIP:

Patient Name & Address
RICHARDSON,MARY L
2934 MELHOLLIN DRIVE
JACKSONVILLE,FL        32216

Phone: 904-636-5701
Other:

Religion: PENTECOSTAL        308-8
Church/Parish:   TITUS EVANGELISTIC - CHURCH
Maiden/Other Name: BELL

SS #: 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

Advance Directive:

Employer Name & Address
Phone:

Retire Date:

Occupation: UNEMPLOYED

**PERSONAL CONTACTS**

Next of Kin Name & Address
Phone:
Other:
Relation:

Emergency Name & Address
JONES,ELIZABETH
1804 BREWSTER RD
JACKSONVILLE,FL        32207

Phone: 904-398-5295
Other:
Relation: FRIEND

**GUARANTOR/RESPONSIBLE PARTY**

Guarantor Name & Address
RICHARDSON,MARY L
2934 MELHOLLIN DRIVE
JACKSONVILLE,FL        32216

Phone: 904-636-5701

SS #: 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

Patient Relation to Guarantor:
SELF

Occupation: UNEMPLOYED

Employer Name & Address
Phone:

Retire Date:

Guar Office Phone:

**INSURANCE INFORMATION**

Primary Insurance Company Name & Address
AUTO ASSIGNED SELF PAY        Phone:

CertID/Policy #:

Group #:        Group Name:

FSC:  SELF PAY
Auth #1:
Auth #2:
Auth #3:
Insurance Card Copied?

Plan #: Z99
Insured:

Rel to Subscriber:

Secondary Insurance Company Name & Address
Phone:

CertID/Policy #:

Group #:        Group Name:

FSC:
Auth #1:
Auth #2:
Auth #3:
Insurance Card Copied?

Plan #:
Insured:

Rel to Subscriber:

Accident Date/Time: 06/29/2001    2045    Type: OTHER ACCIDENT
Span Cd/Dt #1:
Span Cd/Dt #2:

Occ Cd/Dt #1:
Occ Cd/Dt #2:
Occ Cd/Dt #3:

**VISIT/PHYSICIAN INFORMATION**

Admitting Phys: EMERGENCY MED. SPECIALISTS,PA
Attending Phys: EMERGENCY MED. SPECIALI
Primary Care Phys:
    KARNANI,NEEL,MD
Service Location - Rm/Bed:
    EDFT

Referring Phys:
    KARNANI MD,NEEL
Mode of Arrival:
    SEL
Comment:

Previous Discharge Date:

ADMITTING DIAGNOSIS/CHIEF COMPLAINT:
LEFT HIP PAIN

Print Date & Time:    KGILES
07/02/2001        12:22PM

SVMC MEDICAL RECORDS

St. Vincent's Medical Center
1800 Barr St.
Jacksonville, FL 32204
(904)308-7395

Date \ Time: 07/02/2001 12:25:57

Patient: RICHARDSON, MARY

ED Physician: A. Charron, MD

RICHARDSON, MARY L    Sex:
MMI: (0001)0160-42-03   05/30/19___ 35
EMERGENCY MED. SPECIA__ FIN: 13627311
EDFT

**Low Back Pain \ Injury**

Low Back Pain \ Injury Template   © 1984-1999 RTQA

BP: 123/89   P: 81   R: 18   T: 97?   %O2: 10

## HISTORY

C(s): ① hip pain

PI: fell @ grocery store on 6/29.
ⓝo pain since; insidious onset

**TIMING:**
Sxs for: 3   ☐ min ☐ hrs ☑ days   ☐ wks ☐ mon ☐ yrs
☐ Constant   ☐ Intermittent
☐ ↑ing   ☑ Present Now
☐ ↓ing   ☐ Gone

**ALLERGIES:** none
Last Tetanus: ___

**HX SOURCES:**
☑ Patient\Family
☑ Nursing Notes
☐ Pvt Doc
☐ Old Records
☐ Questionnaire
HX TAKEN BY ED PHYSICIAN? Y

SEVERITY: Severe 0 9 8 7 | Mod. 6 5 4 | Mild. 3 2 1
PAIN? N Y
Location: Sore   Radiation: na
QUALITY: na
CONTEXT: Occur(ed) While:
☐ nl Setting   ☑ nl Activity
MODIFYING FACTORS: movis   none

PMH: BTL
Reviewed? Hx of Systemic Disease? Y N (− +)   N Y
FH: Reviewed? Y N (− +)
SH: Reviewed? Y N (− +)

**ROS:**

**MECHANISM \ CONSTITUTIONAL:**
Hx of Chronic Back Pain?   N Y
Hx of Back Surgery \ MRI?   N Y
New Injury?   N Y
Fall?   N Y

**Other Mechanism?**
Ambulatory Now?   N Y
**GASTROINTESTINAL:**
Abdominal Pain?   N Y
Nausea \ Vomiting?   N Y

**GENITOURINARY:**
Hematuria?   N Y
Dysuria?   N Y
**NEUROLOGICAL:**
Leg Weakness?   N R L
Numbness \ Paresthesias?   N R L

**MUSCULOSKELETAL:**
Painful Cervical Spine?   N Y
Thoracic Spine?   N Y
Lumbar Spine?   N Y
Lower Extremity?   N R L
Buttocks?   N R L

## PHYSICAL EXAMINATION

**GENERAL APPEARANCE \ SKIN:**

**CARDIOVASCULAR \ RESP \ GI \ GU:**

**MUSCULOSKELETAL:**

Vital Signs Noted?   Y N
In Distress?   N Y
Examined by ED Physician?   Y N
Heart \ Lungs \ Abd OK?   Y N
Aorta Enlarged \ Bruit?   N Y
CVA Tenderness?   N R L
Pulse Deficit: Femorals?   N R L
Popliteals?   N R L
DP \ PT?   N R L
Examined by ED Physician?   Y N
Spinous Process Tender?   N Y
ParaSpinous Tenderness?   N R L

① paralumb tend

hip - WNL

**NEUROLOGICAL:**

Sacroiliac Joints Tender?   N R L
Pain on Straight Leg Raise?   N R L
Pain on Hip Flexion\Rotation?   N R L
Examined by ED Physician?   Y N
REFLEXES:   (R)   (L)
Knee Jerk (L3, L4):   nl ↔ ↓ nl ↔ ↓
Ankle Jerk (S1):   nl ↔ ↓ nl ↔ ↓
MOTOR STRENGTH:
GrToeDorsiflex(L5):   nl ↔ ↓ nl ↔ ↓
Foot Plantar Flexion:   nl ↔ ↓ nl ↔ ↓
Foot Dorsi Flexion:   nl ↔ ↓ nl ↔ ↓
Sensory Deficit?   N Y N Y

## MEDICAL DECISION MAKING - CLINICAL COURSE

**INITIAL IMPRESSION:** LBP

**DIFFERENTIAL:**
R/O ___
R/O PG

**DIAGNOSTIC & TREATMENT PLAN:** none
☑ Labs ☑ X-Ray ☐ Repair ☐ Consult
☑ Medications ☐ Ice ☐ ✗ Response

**CONSIDERED an EMERGENCY due to:**
☐ Severe Pain ☐ Rev ☐ DysFunctional BodyPart\Organ\System
☐ Acute Onset of Sxs ☐ Undiagnosed Injury \ Illness
☐ Threat to Life \ Limb ☐ Uncertain Prognosis \ Outcome
☐ Possibility of Adverse Outcome (Complications, Morbidity)

**REVIEWED OLD:**
☐ X-Rays
☐ Records

**CONFERRED WITH:**
☐ Radiologist
☐ Pvt.Dr.Consult

**X-RAY & LAB DATA:** none
L-spine - mild DJD
U\CG ⊖ UA ⊖

**CLINICAL COURSE:**
☑ Improving
☐ No Change
☐ Worse
☐ See Attached Addenda

**PROCEDURES:**
☐ by Physician
☐ by Resident
☐ by PA\NP
☐ Key Portion Supervised by Physician

At time of D/C pt reports vxs WC moved to
pelvic room for exam + normal pelvic
exam — see pelvic prep D/C
war prep D/C   none

## DISPOSITION

**FINAL DIAGNOSES:**
1. lumb strain
2.
3.

☐ ADMITTED
☐ TRANSFERRED
To Dr's Facility:
☑ DISCHARGED
☐ ReCheck Here
On:
☑ FollowUp w/:
Dr. to MD
By: 2/5

**INSTRUCTIONS GIVEN:**
☐ Verbal
☐ Written

**PRESCRIPTIONS:** none
1. IBU
2. Flex
3. Vicodin

**TIME OF DISPOSITION:**
STATUS: ☑ Good ☐ Fair ☐ Poor ☐ Critical
DISCUSSED WITH: ☑ Patient ☐ Family

**EVALUATION & MANAGEMENT PROVIDED BY:**
☑ ED Physician ☐ PA ☐ NP ☐ Resident

ED PHYSICIAN SIGN:

**EXCUSES GIVEN:** no
☐ Work ___ days
☐ LtDuty ___ days
☐ School ___ days

Physician Signature

# ST. VINCENT'S
Jacksonville, Florida

RICHARDSON, MARY L    Sex: F
MMI: (0001)0160-42-03   05/30/1966  35
EMERGENCY MED. SPECIALI FIN: 13527311
EDFT
AUG 2 2 2003

| LEGAL NAME | DATE | AGE | SEX |
|---|---|---|---|
| RICHARDSON MARY | 7/3/01 | 35 | ☐ MALE ☐ FEMALE |

D.O.B. 5/30/66

| TRIAGE TIME | TIME TO ROOM | PRIVATE/HMO | CLASS |
|---|---|---|---|
| 1211 | | FPG | 1  2  3  ④ |

FT

ADDRESSOGRAPH

**CONFIDENTIAL INFORMATION - COPIES OF RECORDS MAY NOT BE DISCLOSED WITHOUT FURTHER PATIENT AUTHORIZATION**

## TRIAGE HISTORY

ALLERGIES: ☐ NKA ☐ UNKNOWN

MODE OF ARRIVAL: ☐ WALKIN ☐ WHEELCHAIR ☐ RESCUE ☐ CARRIED ☐ AMBULANCE

LAST TETANUS TOXOID: ☐ N/A

| TRIAGE VITALS | BP | PULSE | RESP | TEMP ORAL RECTAL | WEIGHT | PULSE OXIMETRY | CAPILLARY GLUCOSE |
|---|---|---|---|---|---|---|---|
| | 123/89 | 84 | 18 | 97.1 F | Kg | 100% | |

METER # ___ INITIALS ___

CHIEF COMPLAINT: LEFT HIP PAIN FALL FRIDAY NIGHT AT GROCERY STORE

SIGNIFICANT PAST HISTORY / SURGERY: TUBLIGATION

CURRENT MEDS: ☐ NONE

☐ NONE  ☐ CHF  ☐ HTN  ☐ CANCER  ☐ CVA
☐ CARDIAC  ☐ DIABETES  ☐ COPD/ASTHMA  ☐ SEIZURES  ☐ PSYCHOSIS

RX PRIOR TO ARRIVAL: ☐ NONE

TRIAGE SIGNATURE: ___

## PRIMARY NURSING ASSESSMENT

**MENTAL STATUS**
☐ ALERT  ☐ ANXIOUS
☐ COOPERATIVE  ☐ FOR AGE
☐ CONFUSED
☐ UNCONSCIOUS
☐ HYSTERICAL
☐ UNCOOPERATIVE
☐ LETHARGIC

**SPEECH**
☐ COHERENT
☐ INCOHERENT
☐ SILENT
☐ SLURRED
☐ CRYING

**SKIN**
☐ NORMAL  ☐ DRY
☐ CYANOTIC  ☐ MOIST
☐ PALE  ☐ DIAPHORETIC
☐ ASHEN  ☐ MOTTLED
☐ FLUSHED  ☐ HOT
☐ RASH  ☐ WARM
☐ JAUNDICED  ☐ COOL
☐ COLD

**PUPILS**
R  L
☐  ☐  PERL
☐  ☐  PINPOINT
☐  ☐  MIDPOSITION
☐  ☐  DILATED
☐  ☐  FIXED
☐ N/A

URINE PREGNANCY TEST  ☐ N/A
+  -

VISUAL ACUITY ☐ N/A
OD ___
OS ___

LMP 6/18/01

| | WNL | N/A | ABN | | WNL | N/A | ABN |
|---|---|---|---|---|---|---|---|
| NEURO | ☑ | ☐ | ☐ | CHEST | ☑ | ☐ | ☐ |
| HEAD | ☑ | ☐ | ☐ | LUNGS | ☑ | ☐ | ☐ |
| NECK | ☑ | ☐ | ☐ | ABDOMEN | ☑ | ☐ | ☐ |
| BACK - SPINE | ☑ | ☐ | ☐ | PELVIS | ☑ | ☐ | ☐ |
| EXTREMITIES | ☑ | ☐ | ☐ | PSY / SOC | ☐ | ☑ | ☐ |

RN ASSESS TIME: 1215

SIGNATURE: ___

**VITAL SIGNS**

| TIME | BP | PULSE | RESP | TEMP |
|---|---|---|---|---|
| | | | | |

## NURSING OBSERVATIONS

NURSING NOTES: _(handwritten notes, illegible)_

## DISCHARGE

WRITTEN INSTRUCTIONS REVIEWED WITH PATIENT/FAMILY?  ☑ YES  ☐ NO
VERBALIZED UNDERSTANDING OF DISCHARGE INSTRUCTIONS?  ☑ YES  ☐ NO
WORK/LEAVE/SCHOOL EXCUSE GIVEN? ___ DAYS  ☐ YES  ☐ NO

☐ OLD CHART TO FLOOR
☐ ADMIT RM # ___
☐ 23 HOUR OBSERVATION
☐ TRANSFERRED ___

☐ AMA TIME ___
☐ AWOL TIME ___

☑ WALKED
☐ CARRIED
☐ STRETCHER
☐ WHEELCHAIR
☐ AMBULANCE

DISCHARGE BY / ADMIT RN: ___  DISCHARGE TIME: 1515

## EMERGENCY DEPARTMENT TREATMENT RECORD

VINCENT'S
Jacksonville, Florida

| | | | | | SERVICE DATE-TIME | MEDICAL RECORDS NO. |
|---|---|---|---|---|---|---|
| CLERKS INITIALS | PSCUL001R | | | AUG | | |

| | MAIDEN NAME | MEDICAL RECORDS NO. | PT TYPE | DATE ADMITTED-TIME | FINANCIAL ACCT. NO. |
|---|---|---|---|---|---|
| RICHARDSON, MARY L | BELL | 0160-42-03 | E | 07/02/20011209 | 13527311 |
| | | PHONE | BIRTHDATE | AGE SEX M/S RACE R/O | |
| 2934 MELHOLLIN DRIVE | | 904-636-5701 | 05/30/1966 | 35 F D B | |

RELIGION NAME & ADDRESS: TAL
TITUS EVANGELISTIC — CHURCH C

| | | REL. PATIENT SOC. SEC. NO. |
|---|---|---|
| HM. PH. | | 262-85-104? |
| WK. PH. | | REL. PATIENT OCCUPATION |
| HM. PH. | | SE UNEMPLOYED |
| WK. PH. | GUAR. SOC. SEC. NO. | ACC. ACC. DATE |
| RICHARDSON, MARY L | | 06/29/2001 |
| | GROUP NO. (1) REL. | CERTIFICATE NO. |
| | GROUP NO. (2) REL. | CERTIFICATE NO. |
| | GROUP NO. (1) REL. | CERTIFICATE NO. |
| | GROUP NO. (2) REL. | CERTIFICATE NO. |

RICHARDSON,MARY L
Sex: F
RICHARDSON,MARY L 05/30/1966 35
MMI (0001110160-42-03 PIN: 13527311
EMERGENCY MED. SPECIALI EDFT

| SYMPTOMS SINCE | OCC. CODE | MEDICAL SERVICE | REG. TYPE |
|---|---|---|---|

LAINT LEFT HIP PAIN

| TING PHYSICIAN | PRIMARY PHYSICIAN | | REFERRING PHYSICIAN | |
|---|---|---|---|---|
| ERGENCY MED. SPECIALIST | KARMANI,NEEL,MD | | KARMANI MD,NEEL | |
| CONSULTATIONS | | TRANSFER OF CARE | | DATE DISCHARGED |

PRINCIPAL DIAGNOSIS: CONDITION ESTABLISHED AFTER STUDY TO BE CHIEFLY RESPONSIBLE FOR OCCASIONING THE ADMISSION OF THE PATIENT TO THE HOSPITAL FOR CARE, LIST ALL OTHER COMPLICATIONS AND COMORBIDITIES.

PRIMARY, SECONDARY, AND RELATED DIAGNOSIS:     TYPE OF ADMISSION:

1. lumbar strain

0. Not Admitted (-)

2.

1. Emergency ( )

3.

2. Urgent ( )

4.

PROCEDURES:    Aggregate Critical Care Time: _____ min (A)
Procedure Time: _____ min (B)

1.    (A) Minus (B) = _____ min

2.

3.     = Total CC Time: ( ) Less than 30 min

4.     ( ) 30 to 74 min
( ) 75 to 104 min

5.     ( ) 105 to 135 min
( ) to 164 min
( ) 165 to 194 min

ATTENDING PHYSICIAN:

DENT

A -    D -    U -      Y -   E -   C -

## St. Vincent's Medical Center

### Instructions and Information from the Emergency Medical Staff

or: RICHARDSON, MARY    07/02/2001    13:44:43    Doctor Albert E Charron, MD

#### ABOUT YOUR RESPONSIBILITIES

TER YOU LEAVE, YOU MUST PROPERLY CARE FOR YOUR PROBLEM AND OBSERVE ITS PROGRESS. IF YOU DO NOT IMPROVE AS EXPECTED, OR ARE
)RSE, DO ONE OF THE FOLLOWING , IMMEDIATELY: CONTACT YOUR DOCTOR or FOLLOW UP DOCTOR or CALL HERE (904)308-7395 or RETURN HERE.

### The doctor thinks your symptoms may be due to: LOW BACK STRAIN

Keep this in mind: DIAGNOSIS WITH 100% CERTAINTY IS NOT POSSIBLE in the Emergency Department. Therefore, if you find you
are not getting better, another diagnosis is possible, and you must see your doctor or return here.

N BACK STRAIN is usually caused by a strain of the muscles and ligaments that support the spine. This common problem often results
m activities such as moving furniture, lifting while bent over, or falls. Pain, stiffness, and difficulty moving are the most common symptoms.
ile some people have persistent pain, most acute back strains completely heal within a few weeks.

| | |
|---|---|
| What To Watch For | Return here immediately if you notice: A) increasing pain or pain going into your leg    B) numbness of your leg    C) weakness, paralysis, or tingling of your leg    D) abdominal pain    E) difficulty urinating    F) fever    G) loss of bladder or bowel control |
| What To Expect | Your symptoms should improve within 1-2 days, and normal movement should return within 2-3 weeks. While some doctors still recommend extended bed rest, most evidence now shows that early return to limited activity actually results in faster recovery. You may find that early activity gets you back to normal function more rapidly. |
| What To Do | 1. Rest at home for the next 2-3 days. Using a firm mattress, with support under the knees, may help. 2. Ice packs, wrapped in a towel, for 20 minutes every hour or two, may help over the first 2 days. 3. As your pain and stiffness get better, you may gradually resume normal activity, but avoid heavy lifting, etc. 4. Make an appointment to see a follow-up doctor (primary doctor or specialist) in the next 4-8 days. |
| What Not To Do | 1. DO NOT do any heavy lifting, strenuous exercise, or sports until healed. Gentle exercises are allowed. 2. DO NOT do any prolonged sitting or driving until your pain has improved and you can do so comfortably. |

#### *** BE SURE TO NOTE THE FOLLOWING.***

- Call the Doctor today (or tomorrow AM) for appointment.
- Call us or return for any questions\problems.
- Return to Emergency at anytime if you are worse.

4 – Have your prescription(s) filled right now.
5 – You must see the follow-up physician as directed.
6 – WARM COMPRESSES FOR PAIN RELIEF

#### ABOUT YOUR X-RAYS:

our X-Rays have been read by the Emergency Doctor. An X-Ray specialist (radiologist) will also read your films. You will be notified if there is any
hange in your X-Ray diagnosis.

#### ABOUT YOUR LABORATORY TESTS:

our Laboratory tests have been reviewed by the Emergency Doctor. Some test results (for example cultures) may not be available for several days.
ou will be contacted if any test result shows you need additional treatment.

#### YOU HAVE RECEIVED PRESCRIPTIONS FOR:

/icodin, & Ibuprofen (800mg), & Flexeril (10mg)
All Medications Have Possible Side Effects. Be sure to discuss these with your pharmacist, who should also label your medication with any important
safety measures you should take.

RICHARDSON, MARY L          Sex: F
MMI: (0001)10160-42-03    05/30/1966  35
EMERGENCY MED. SPECIALI FIN: 13527311          EDFT

E

#### YOU MUST SEE A FOLLOW-UP PHYSICIAN:

The care of your problem is not complete. Additional evaluation by another doctor is necessary. Please arrange to be seen by Your Primary Doctor,
on or before Thursday, July 05, 2001. Call right away for an appointment. Obtain authorization from your HMO.If for any reason you cannot
arrange to see the doctor by this time, you must call here as soon as possible.

| REMEMBER YOUR CARE IS NOT YET COMPLETED | Your Primary Doctor. If You Do Not Yet Have A Primary, Contact Your Insurance Carrier | YOU MUST MAKE ARRANGEMENTS FOR FOLLOW-UP OF YOUR PROBLEM |
|---|---|---|

IT IS IMPORTANT THAT WE HAVE A CORRECT TELEPHONE NUMBER, IN CASE IT IS NECESSARY TO CONTACT YOU.
I have received these instructions, they have been reviewed with me, and I understand my responsibilities to carefully follow them.

Signature of Patient/Guardian: _Mary Richardson_

St. Vincent's Medical Center
1800 Barr St.
Jacksonville, FL 32204
(904)308-7395

Date \ Time: 07/02/2001 12:25:57
Patient: RICHARDSON, MARY
ED Physician: A. Charron, MD

RICHARDSON, MARY L   Sex:
MMI: (0001)1 0180-42-03   05/30/1958 36
EMERGENCY MED. SPECIALI FIN: 13627311
EDFT

## Low Back Pain \ Injury

BP: 123/89   P: 84   R: 18   T: 97?   %O2: 10

# Back Pain \ Injury Template   © 1984 - 1999 RTQA

## HISTORY

(s): (L) hip pain

l: fell @ grocey store on 6/29.

© pain since; insidious onset

TIMING:
Sxs for: 3   min hrs days wks mon yrs
☐ Constant   ☐ Intermittent
☐ ↑ing   ☑ Present Now
☐ ↓ing   ☐ Gone

ALLERGIES: none
HX SOURCES:
☑ Patient\Family
☑ Nursing Notes
☐ Pvt Doc
Last Tetanus: none
☐ Old Records
☐ Questionnaire
HX TAKEN BY ED PHYSICIAN? (Y)

SEVERITY: Severe Mod. Mild
9 8   7 6 5 4   3 2 1
PAIN? N
Location: →   Radiation:
Sore   ☐ See above picture
QUALITY: na
CONTEXT: Occur(ed) While
☐ n Setting ☐ n Activity
MODIFYING FACTORS: none
Moving

MH: BTL
Reviewed? (Y) N ( - + )
Hx of Systemic Disease? N (Y)
FH: Reviewed? (Y) N ( - + )
SH: Reviewed? (Y) N ( - + )

## ROS:
MECHANISM \ CONSTITUTIONAL:
Hx of Chronic Back Pain?
Hx of Back Surgery \ MRI?
New Injury?
Fall?

Other Mechanism:
Ambulatory Now?
GASTROINTESTINAL:
Abdominal Pain?
Nausea \ Vomiting?

GENITOURINARY:
Hematuria?
Dysuria?
NEUROLOGICAL:
Leg Weakness?
Numbness \ Paresthesias?

MUSCULOSKELETAL:
Painful Cervical Spine?
Thoracic Spine?
Lumbar Spine?
Lower Extremity?
Buttocks?

## PHYSICAL EXAMINATION

GENERAL APPEARANCE \ SKIN:
Vital Signs Noted?   N
In Distress?   N Y
Examined by ED Physician?
(L) paralumb tend
hip - WNL

CARDIOVASCULAR \ RESP \ GI \ GU:
Examined by ED Physician?
Heart \ Lungs \ Abd OK?   Y
Aorta Enlarged \ Bruit?   N Y
CVA Tenderness?   N R L
Pulse Deficit - Femorals?   N R L
Popliteals?   N R L
DP \ PT?   N R L

NEUROLOGICAL:

MUSCULOSKELETAL:
Examined by ED Physician?   N
Spinous Process Tender?   N Y
ParaSpinous Tenderness?   N R L

Sacroiliac Joints Tender?   N R L
Pain on Straight Leg Raise?   N R L
Pain on Hip Flexion \ Rotation?   N R L
Examined by ED Physician?   Y N
REFLEXES:   (R)   (L)
Knee Jerk (L3, L4):   nl ↔ ↓   nl ↔ ↓
Ankle Jerk (S1):   nl ↔ ↓   nl ↔ ↓
MOTOR STRENGTH:
Gr ToeDorsiflex (L5):   nl ↔ ↓   nl ↔ ↓
Foot Plantar Flexion:   nl ↔ ↓   nl ↔ ↓
Foot Dorsi Flexion:   nl ↔ ↓   nl ↔ ↓
Sensory Deficit?   N Y N Y

## MEDICAL DECISION MAKING - CLINICAL COURSE

INITIAL IMPRESSION: LBP
DIFFERENTIAL: R/O   R/O
DIAGNOSTIC & TREATMENT PLAN:
☐ Labs \ X-Ray ☐ Repair ☐ Consult
☑ Medications ☐ Ice ☑ Rx Response

CONSIDERED an EMERGENCY due to:
☐ Severe Pain   ☐ Re
☐ Acute Onset of Sxs
☐ Threat to Life \ Limb
☐ Possibility of Adverse Outcome (Complications, Morbidity)
☐ DysFunctional BodyPart/Organ/System
☐ Undiagnosed Injury \ Illness
☐ Uncertain Prognosis \ Outcome

REVIEWED OLD:
☐ X-Rays
☐ Records
CONFERRED WITH:
☐ Radiologist
☐ Pvt Dr Consult

X-RAY & LAB DATA: none
c-spine - mild DJD
UECG   UA

CLINICAL COURSE:
☐ Improving
☐ No Change
☐ Worse
☐ See Attached Addenda
PROCEDURES:
☐ by Physician
☐ by Resident
☐ by PA \ NP
☐ Key Portion Supervised by Physician
At time of D/C pt reports vrs H/C moved to
pelvic room for exam - nl pelvic
... lower ... var pos

## DISPOSITION

FINAL DIAGNOSES:
1. lumb strain

2.

3.

☐ ADMITTED
☐ TRANSFERRED
To Dr \ Facility:
☑ DISCHARGED
☐ ReCheck Here
On:
☑ FollowUp w/:
Dr. 10mo
By: 7/5

INSTRUCTIONS GIVEN:
☐ Verbal
☐ Written

PRESCRIPTIONS: none
1. Ibu
2. Flex
3. Vicodin

TIME OF DISPOSITION:
STATUS: ☐ Good ☐ Fair ☐ Poor ☐ Critical
DISCUSSED WITH: ☑ Patient ☐ Family
EVALUATION & MANAGEMENT PROVIDED BY:
☑ ED Physician ☐ PA ☐ NP ☐ Resident
ED PHYSICIAN HAS:
EXCUSES GIVEN
☐ Work   days
☐ LtDuty   days
☐ School   days

Physician Signature

# ST. VINCENT'S
Jacksonville, Florida

RICHARDSON,MARY L                    Sex: F
MMI: (0001)0160-42-09   05/30/1966 35
EMERGENCY MED. SPECIAL! FIN: 13527311
EDFT

ADDRESSOGRAPH

| LEGAL NAME | DATE | AGE | SEX |
|---|---|---|---|
| RICHARDSON MARY | 7/2/01 | 35 | ☐ MALE  ☒ FEMALE |

D.O.B. 5/30/66

| TRIAGE TIME | TIME TO ROOM | PRIVATE MD | CLASS |
|---|---|---|---|
| 1211 | | FPG | 1  2  3  ④ |

FT

**ALLERGIES:** ☒ NKA  ☐ UNKNOWN

**MODE OF ARRIVAL:** ☒ WALK-IN  ☐ WHEELCHAIR  ☐ RESCUE  ☐ CARRIED  ☐ AMBULANCE

**LAST TETANUS TOXOID:** ☐ N/A

| TRIAGE VITALS | BP | PULSE | RESP | TEMP ORAL RECTAL | WEIGHT | PULSE OXIMETRY | CAPILLARY GLUCOSE |
|---|---|---|---|---|---|---|---|
| | 123/84 | 84 | 18 | 97.0 F | Kg | 100% | |

**CHIEF COMPLAINT:** LEFT HIP PAIN FALL
FRIDAY NIGHT AT GROCERY STORE

METER # / INITIALS

**SIGNIFICANT PAST HISTORY / SURGERY:** TUBLIGATION

**CURRENT MEDS:** ☐ NONE

☒ NONE  ☐ CHF  ☐ HTN  ☐ CANCER  ☐ CVA
☐ CARDIAC  ☐ DIABETES  ☐ COPD/ASTHMA  ☐ SEIZURES  ☐ PSYCHOSIS

**RX PRIOR TO ARRIVAL** ☐ NONE

**TRIAGE SIGNATURE**

| MENTAL STATUS | SPEECH | SKIN | PUPILS | URINE PREGNANCY TEST ☐ N/A |
|---|---|---|---|---|
| ☐ ALERT  ☐ ANXIOUS | ☒ COHERENT | ☒ NORMAL  ☐ DRY | R.    L. | |
| ☒ COOPERATIVE  ☐ FOR AGE | ☐ INCOHERENT | ☐ CYANOTIC  ☐ MOIST | ☐   ☐  PERL. | |
| ☐ CONFUSED | ☐ SILENT | ☐ PALE  ☐ DIAPHORETIC | ☐   ☐  PINPOINT | VISUAL ACUITY ☐ N/A |
| ☐ UNCONSCIOUS | ☐ SLURRED | ☐ ASHEN  ☐ MOTTLED | ☐   ☐  MIDPOSITION | LMP |
| ☐ HYSTERICAL | ☐ CRYING | ☐ FLUSHED  ☐ HOT  ☐ WARM | ☐   ☐  DILATED | OD    6/18/01 |
| ☐ UNCOOPERATIVE | | ☐ RASH  ☐ COOL | ☐   ☐  FIXED | |
| ☐ LETHARGIC | | ☐ JAUNDICED  ☐ COLD | ☐ N/A | OS |

| | WNL | N/A | ABN | | WNL | N/A | ABN | VITAL SIGNS |
|---|---|---|---|---|---|---|---|---|
| NEURO | ☒ | ☐ | ☐ | CHEST | ☒ | ☐ | ☐ | TIME | BP | PULSE | RESP | T R/O |
| HEAD | ☒ | ☐ | ☐ | LUNGS | ☒ | ☐ | ☐ | | | | | |
| NECK | ☒ | ☐ | ☐ | ABDOMEN | ☒ | ☐ | ☐ | | | | | |
| BACK - SPINE | ☒ | ☐ | ☐ | PELVIS | ☒ | ☐ | ☐ | | | | | |
| EXTREMITIES | ☒ | ☐ | ☐ | PSY / SOC | ☐ | ☒ | ☐ | | | | | |

**RN ASSESS TIME** 1215

**SIGNATURE**

35 y/o female

**NURSING NOTES:** able to walk

**WRITTEN INSTRUCTIONS REVIEWED WITH PATIENT/FAMILY?** ☒ YES  ☐ NO
**VERBALIZED UNDERSTANDING OF DISCHARGE INSTRUCTIONS?** ☒ YES  ☐ NO
**WORK LEAVE/SCHOOL EXCUSE GIVEN?** _____ DATE _____ ☐ YES  ☒ NO

**DISCHARGE RN / ADMIT RN** _____ **DISCHARGE TIME** 15:15

☐ OLD CHART TO FLOOR
☐ ADMIT RM # _____  ☐ AMA TIME _____
☐ 23 HOUR OBSERVATION  ☐ AWOL TIME _____
☐ TRANSFERRED _____

☒ WALKED  ☐ CARRIED  ☐ STRETCHER  ☐ WHEELCHAIR  ☐ AMBULANCE

CONFIDENTIAL INFORMATION - COPIES OF RECORDS MAY NOT BE DISCLOSED WITHOUT FURTHER PATIENT AUTHORIZATION

TRIAGE HISTORY    PRIMARY NURSING ASSESSMENT    NURSING OBSERVATIONS    DISCHARGE

ST. VINCENTS MEDICAL CENTER

REBILL    10/07/01    7092001
E/R                                          904 308-7381

RICHARDSON, MARY L                    80667811-6    E    7/02/01    7/02/01        0

RICHARDSON, MARY L                              HELPING HANDS MCD INTAKE
2934 MELHOLLIN DRIVE
JACKSONVILLE, FL 32216

CHARRON, JR, ALBERT E

| | | | | | | |
|---|---|---|---|---|---|---|
| 9700022 | ADJ REVERSAL TRIGGER | 07/10/01 | 1CR @ | | .01 | .01CR |
| * SUBTOTAL OF 090 ADJUSTMENTS | | | | | | .01CR |
| | | | | | | |
| 4255568 | IBUPROFEN TAB 400MG | 07/02/01 | 1 | @ | 2.80 | 2.80 |
| 4282174 | VICODIN TAB | 07/02/01 | 1 | @ | 1.50 | 1.50 |
| * SUBTOTAL OF 251 DRUGS/GENERIC | | | | | | 4.30 |
| | | | | | | |
| 1907757 | ED VAGINAL EXAM SUPPLIES | 07/02/01 | 1 | @ | 12.00 | 12.00 |
| * SUBTOTAL OF 272 STERILE SUPPLY | | | | | | 12.00 |
| | | | | | | |
| 2301174 | CHLAMYDIA DNA AMPLICATION | 07/02/01 | 1 | @ | 74.00 | 74.00 |
| 2301182 | GC DNA AMPLICATION | 07/02/01 | 1 | @ | 57.00 | 57.00 |
| 2501781 | SMEAR WET MOUNT | 07/02/01 | 1 | @ | 12.00 | 12.00 |
| * SUBTOTAL OF 306 LAB/BACT-MICRO | | | | | | 143.00 |
| | | | | | | |
| 2501765 | URINALYSIS ROUT W/MICROSC | 07/02/01 | 1 | @ | 28.00 | 28.00 |
| 2701043 | HCG QUALITATIVE URINE | 07/02/01 | 1 | @ | 114.00 | 114.00 |
| * SUBTOTAL OF 307 LAB/UROLOGY | | | | | | 142.00 |
| | | | | | | |
| 3503075 | XR SPINE LUMBO/SAC AP/LAT | 07/02/01 | 1 | @ | 373.00 | 373.00 |
| * SUBTOTAL OF 320 DX X-RAY | | | | | | 373.00 |
| | | | | | | |
| 1900315 | ED LEVEL 3 EMERGENCY CARE | 07/02/01 | 1 | @ | 319.00 | 319.00 |
| * SUBTOTAL OF 450 EMERG ROOM | | | | | | 319.00 |

# MEDICAL DIAGNOSTIC CENTER
## OF JACKSONVILLE
3550 University Blvd. S.
Jacksonville, FL 32216
Telephone 731-7296

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PATIENT: RICHARDSON, MARY
CHART NO: 567251
PHYSICIAN: BOORAS, C.
DETAILS:
   DATE: 10/18/01

DATE OF BIRTH: 5/30/66

℞ 10-26-01

## MRI OF THE LUMBAR SPINE-NONCONTRAST:

ALMOST COMPLETE LOSS OF HEIGHT OF THE L5/S1 DISK AND HYPERTROPHY AND ABNORMAL SIGNAL INTENSITY OF THE SURROUNDING END PLATES INDICATING ADVANCED DEGENERATIVE DISK DISEASE. CIRCUMFERENTIAL DEGENERATIVE DISK BULGING AT L5/S1 RESULTS IN MILD VENTRAL SPINAL STENOSIS. THE OTHER LUMBAR DISKS ARE INTACT. THE APOPHYSEAL JOINTS ARE INTACT. THE CONUS OF THE SPINAL CORD HAS A NORMAL CONFIGURATION.

## IMPRESSION:
ADVANCED DEGENERATIVE DISK DISEASE AT L5/S1. A COMBINATION OF A DEGENERATIVE DISK BULGE AND ARTHRITIC HYPERTROPHY OF THE END PLATE MARGINS RESULTS IN MINIMAL VENTRAL SPINAL STENOSIS AT L5/S1. ABNORMAL SIGNAL INTENSITY OF THE END PLATES SURROUNDING THE L5/S1 DISK THAT COULD BE ENTIRELY DUE TO THE ADVANCED DEGENERATIVE DISK DISEASE THOUGH POST-TRAUMATIC CONTUSION OR COMPRESSION FRACTURE COULD BE CONSIDERED AS A SYMPTOMATIC ENTITY. HOWEVER NO VOLUME LOSS WITHIN THE L5 OR S1 VERTEBRAE.

SCOTT WIEDENMANN, M.D.

no. exams: 1
   exams: MRI
metranscription date:10/18/01                tech: