# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE OF THE AMENDED AGREED ORDER RESOLVING
## CLAIM NO. 7976 FILED BY HERSHEY CHOCOLATE USA

---

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

The Court will consider this matter without further notice or hearing unless a party in interest files an objection within 3 business days from the date of service of this paper. If you object to the relief requested in this paper, you must (a) file your response with the Clerk of the Bankruptcy Court in accordance with the Court's electronic filing procedures or at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and (b) serve a copy by email and fax on (i) Winn-Dixie Stores, Inc. c/o Jay Castle, Esq., 5050 Edgewood Court, Jacksonville, Florida 32254, JayCastle@winn-dixie.com, (ii) James H. Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, jpost@smithhulsey.com and (iii) Rosalie Gray, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, rgray@skadden.com.

If you file and serve a response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file a response within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates (the "Debtors"), give

notice of the proposed entry of the attached Amended Agreed Order Resolving Claim No.

7976 Filed by Hershey Chocolate USA.

If no objection to the proposed Agreed Order is filed and served within the time set forth above, the Court will be requested to enter the Order without further notice or hearing.

Dated:   March 27, 2007

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By    _s/ D.J. Baker_____          By    _s/ James H. Post_____
        D. J. Baker                                            Stephen D. Busey
        Sally McDonald Henry                            James H. Post
        Rosalie Walker Gray                              Cynthia C. Jackson

                                                                  Florida Bar Number 175460
Four Times Square                                        225 Water Street, Suite 1800
New York, New York 10036                          Jacksonville, Florida  32202
(212) 735-3000                                            (904) 359-7700
(917) 777-2150 (facsimile)                            (904) 359-7708 (facsimile)
djbaker@skadden.com                                  jpost@smithhulsey.com

Co-Counsel for Reorganized Debtors            Co-Counsel for Reorganized Debtors

## **Certificate of Service**

I certify that a copy of this document has been furnished electronically and by facsimile to Post-Effective Date Committee, c/o Matthew Barr, Esq. and Michael Comerford, Esq., Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, mbarr@milbank.com, mcomerford@milbank.com, this 27th day of March, 2007.



*s/ James H. Post*
Attorney

00561164

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors.[1] | ) | Jointly Administered |
| | ) | |
| | ) | |

**AMENDED AGREED ORDER OF RESOLUTION OF**
**CLAIM NO. 7976 FILED BY HERSHEY CHOCOLATE USA**

These cases originally came before the Court for hearing on November 30, 2006, upon the Twenty-Fifty Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibit A through J to the Objection (Docket No. 12274).  On November 30, 2006, the Court entered an order (Docket No. 12902) reducing and reclassifying Claim No. 7976 filed by Hershey Chocolate USA to $521,553.29.  Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1.    Claim No. 7976 is amended to increase the allowed claim amount by $220,000.00 to $741,553.29 to reflect the correct settlement amount agreed to by the parties.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases:  Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

2.      Claim No. 7976 shall be treated as a Class 14 Vendor/Supplier claim pursuant to Debtors' confirmed plan of reorganization (the "Plan").   A partial distribution as to $521,553.29 of Claim No. 7976 has already been made to Hershey Chocolate USA.   The Debtors are directed to make a second distribution as to the additional amount of Claim No. 7976 ($220,000.00) in accordance with Section 9.2 of the Plan.

3.      This Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative claims filed by Hershey Chocolate USA in theses Chapter 11 cases and (ii) all other prepetition or administrative claims that Hershey Chocolate USA has or may have against the Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

3.      The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this _____ day of _____, 2007, in Jacksonville, Florida.


_____
Jerry A. Funk
United States Bankruptcy Judge


Copy to:

James H. Post

[James H. Post is directed to serve a copy of this order on any party in interest who has not received the order through the CM/ECF system and to file a proof of service.]

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY

By _/s/ James H. Post_                    By _/s/ Tod A. Parker*_
     James H. Post                        Tod A. Parker

Florida Bar Number 175460         Post Office Box 198510
225 Water Street, Suite 1800       Atlanta, Georgia 30384-8510
Jacksonville, Florida  32202
(904) 359-7700                           Credit Manager for Hershey Chocolate
(904) 359-7708 (facsimile)          USA

Attorneys for the Reorganized Debtors

* Mr. Parker has consented to the use of his electronic signature.