UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN DIXIE STORES, INC., et al.          Case No.: 3:05-bk-03817-JAF

    Debtor.                                          Chapter 11
_____/

## REQUEST TO BE REMOVED FROM SERVICE LIST

The undersigned is no longer representing any parties in this case. Accordingly, the undersigned respectfully requests that the Clerk take such actions as are necessary to remove so that the undersigned no longer receives any electronic notices from the Court relating to this case.

Dated this 27 day of March, 2007.

                                                  /s/ Robert H. Pflueger
                                                ROBERT H. PFLUEGER, ESQUIRE
                                                ROBERT H. PFLUEGER, P.A.
                                                Florida Bar no.:
                                                Telephone 407-339-2022
                                                Telecopy  407-339-5271
                                                377 Maitland Avenue, Suite 1002
                                                Altamonte Springs, FL  32701