Gaile M. Pfledderer
910 Ridgewood Cove N.
Niceville, FL 32578
850-897-4697
gaile.pfledderer@earthlink.net

March 14, 2007

Clerk of Court
United States Courthouse
300 North Hogan St.
Suite 3-350
Jacksonville, FL  32202

RE:  Claimant ID: WDX-492942-LB-15  (Winn Dixie Stores, Inc., et al. Case no. 05-03817-3F1)
     Claim No.: 13368
     Claim Amount: $1,220.00

To whom it may concern;

I am writing to oppose the disallowance of the above mentioned claim.  Enclosed are copies of
the medical bill, debt collection bill, and ONLY correspondence Winn Dixie submitted to me
regarding this claim.  I would expect the court to review these documents so it would have a
better understanding of the claim.

I am unable to attend the court hearing because I live five hours away, am a school teacher in
session and it would be a great financial and physical burden for me to travel to Jacksonville for
this hearing.  I request that this letter and documentation take the place of my presence at the
court hearing.

The following is a recap of the events that followed after my incident at the Bluewater Bay
(Niceville, FL) Winn Dixie Store, which took place on May 3, 2004.

You will find the doctors notes and billing regarding my injury that resulted from slipping on the
wet floor at Winn Dixie.
I had been in contact with an individual from the Risk Management Department throughout
treatment.  During this time, they handled the whole situation extremely unprofessionally.  When
I asked for copies of the injury report, I never received it.  When I asked Ms. Katelyn Brim for
some kind of letter from Winn Dixie confirming her promises that the bills would be taken care
of once submitted, I received nothing.  Enclosed is my last email from Ms. Brim which suggests
that since Winn Dixie had filed Chapter 11 Bankruptcy, they would not honor any claims and I
would have to wait until notified by Winn Dixie after they had settled in court.  Again, I did not
receive any forms, information, or assistance.  I was told there was nothing they could do and I
was to wait to hear from them.  That never happened.

(Claim no. 13368)

Upon receiving a bill from the collection bureau representing the doctor who treated me, I again made an attempt to contact someone in Risk Management. They sent me on a wild goose chase until I was finally able to find someone who attempted to help me. This person was a Yolanda Davis form Sedgwick. She said the filing of a "Proof of Claim" form would be needed, but that the date to file had passed. I explained to her that NO ONE had attempted to contact me and that I needed some help to get this resolved. She sent me the proof of claim form, which I filled out immediately and sent in on July 5, 2006. I had no way of knowing before this time that the deadline was a year earlier in August. No one from Winn Dixie ever contacted me after that last email from Ms. Brim in Risk Management.

This situation could have been much worse for Winn Dixie and all I ask is that I am reimbursed for the money I have already sent the doctor as well as the money still owed. I am an Elementary School teacher in my 4th year of teaching with a limited income. This debt should have been taken care of immediately by Winn Dixie, but was passed off and delayed for what are now obvious reasons.

I thank you in advance for your understanding and support.

I appeal to the court to grant this claim and oppose the disallowance.

Sincerely,

Gaile M. Pfledderer

CC: Smith Hulsey + Busey
ATTN. David Gay

Wanda W. Brunson    3/23/07
Notary Public

Wanda W. Brunson
Commission # DD509805
Expires January 27 2010
Bonded Troy Fain Insurance Inc 800-385-7019

## Gaile Pfledderer

| | |
|---|---|
| **From:** | "Katelyn Brim" <KatelynBrim@winn-dixie.com> |
| **To:** | "'Gaile Pfledderer'" <gaile.pfledderer@earthlink.net> |
| **Sent:** | Tuesday, April 26, 2005 8:26 AM |
| **Subject:** | RE: Incident at Winn Dixie last year |

Ms. Pfledderer: I am not sure whether or not you are familiar w/ WD's most recent financial situation, but as of 2-21-2005 WD filed for Chapter 11 Bankruptcy Reorganization. This means that, any incident that occurred before 2-21-2005 is being considered pre-petition, unsecured. All of these incidents have been placed on hold. At this time, I am unable to offer or issue any payment on your incident, until WD gets further approval from the creditors in New York. I apologize for any inconvenience, but until then, you are responsible for the med. exp. you have incurred. When and if WD gets authorization from the creditors to resume the handling of these pre-petition incidents I will contact you. Thank You.

Katelyn Brim, CSA
Risk Management
Winn-Dixie Headquarters

> -----Original Message-----
> **From:** Gaile Pfledderer [mailto:gaile.pfledderer@earthlink.net]
> **Sent:** Monday, April 25, 2005 6:05 PM
> **To:** Katelyn Brim
> **Subject:** Incident at Winn Dixie last year
>
> Dear Ms. Brim,
> I have just received another bill from the doctor who was treating me last summer after I slipped in the Winn-Dixie in Niceville, FL. They have told me that their calls to your office have been unaswered, and I am trying to figure out what it is that I need to do to resolve this issue. Your office assured me that my treatment would be paid for. Do i need to send you something else? Do you need a letter of some kind? I will follow this up with a phone call and letter. PLease reply as soon as possible.
> Thank you
> Gaile Pfledderer
> 910 Ridgewood Cove N.
> Niceville, FL 32578
> 850-897-4697
> gaile.pfledderer@earthlink.net

5/13/2006

Thomas J. Stickel, D.C., P.A.
4400 Hwy 20 E, Ste. 207
Niceville, FL 32578
850-897-1177
June 2, 2004

Patient: Gaile Pfledderer #1118

---

**May 12, 2004**
HISTORY:

Mrs. Pfledderer comes this evening describing injuries that she has sustained from a slip and fall accident that occurred on 5/3/04. She states that on this day she was grocery shopping at the Winn Dixie grocery store and walked past the frozen section, slipped and fell due to puddling water on the floor, landing on her back. Her husband was with her and assisted her back on her feet and the manager on duty came and spoke with her concerning her fall. Mrs. Pfledderer states that she noticed pain immediately from the injury and was hoping that she would improve on her own, however, it has just progressively become worse and she is here today to see what we can do to help.

ENTRANCE COMPLAINTS:

Mrs. Pfledderer comes today describing low back pain, right hip pain, left hip pain with associated numbness and tingling into her left leg. She states that she has no bowel or bladder complications as a result of this injury. Her pain is everyday and constant and is progressively getting worse. She has been taking ibuprophen on her own for temporary relief.

PAST HISTORY:

Mrs. Pfledderer states that she fractured her left arm at age 7. She is taking ongoing medications for allergies and birth control. Her surgical history reveals a tonsillectomy at age 7, a C-section in 1992 and a C-section in 1994. She denies major illnesses and denies any previous injuries.

REVIEW OF SYSTEMS:

Non-contributory.

EXAMINATION:

Deep tendon reflexes to the lower extremities to include right/left patellar and Achilles are 2+ and equal.

Evaluation of the lower extremities via Wartenberg pinwheel is normal.

Heel walking is normal.

Toe walking is normal.

Romberg testing is normal.

Lumbar range of motion reveals:

|  | Normal Range | Degrees |
|---|---|---|
| Flexion | 60 | 40 |
| Extension | 25 | 30 |
| Rt. lateral flexion | 25 | 40 |
| Lt. lateral flexion | 25 | 45 |

There is pain upon flexion and extension.

Palpation to the lumbar spine reveals bilateral hypertonicity/moderate (worse on left) with tenderness and soreness elicited. There is moderate point tenderness at both SI joints.

Right/left Ely testing is positive.

Right/left Nachlas testing is positive.

Lindner's test is negative.

Lewin Supine testing is positive.

Leg drop testing is positive.

Page 2. S.O.A.P. Notes for Gaile Pfledderer #1118

Right/left Lasague testing is negative.

Right/left Patrick testing is negative.

Right/left Thomas testing is positive.

Right Lasague rebound testing is positive and the left is negative.

We will now make x-rays in the standing position for a postural study to include AP and lateral lumbar views.

ENTRANCE DIAGNOSIS:

1. Lumbar sprain/strain.

2. Bilateral sciatic neuritis.

Today Mrs. Pfledderer receives treatment to include interferential current to the lumbosacral region with cryotherapy. She treats well without incident and will return Friday for follow-up.

DD 5/12/04
DT 5/13/04

**May 14, 2004**
Mrs. Pfledderer comes today having no improvement with her lower back and hip pain. Today she receives for the first time, a CM in the pelvic, lumbar spine with HP and IF to the LB. She treats very well without incident and will return Monday for a review of her examination and x-ray findings with appropriate treatment recommendations.
DD 5/14/04
DT 5/14/04

**May 17, 2004**
Mrs. Pfledderer comes today showing initial progress from her first treatment (6/10). Today she receives for the first time, a CM in the pelvic, lumbar spine with HP and IF to the LB. She treats ATP/WI and will return Wednesday.
DD 5/17/04
DT 5/19/04

**May 19, 2004**
Today Mrs. Pfledderer comes for a review of her recent examination and x-ray findings. Positive testing was brought to her attention and their indications as well as all structural abnormalities on her x-rays. Subluxation complexes with component parts and soft tissue injuries were explained to her according to the dynamics upon the fall that occurred. Mrs. Pfledderer was accepted as a patient with recommendations of an initial 12 visits being seen 3X per week utilizing specific spinal adjusting to reduce subluxation complexes freeing nerve root irritation at the spinal level, hydroculator packs to relax muscle spasming and enhance circulation for healing, interferential current to the lumbar spine to negate pain and begin neuromuscular re-education, and intersegmental traction to the lumbar spine to enhance flexibility to the motor units and strengthening to the intervertebral disks. Following this plan, the patient will be reassessed for progress and additional treatment parameters recommended at that time based on her needs. The acute inflammatory phase, the regeneration phase and the remodeling phase of healing of her soft tissue injuries was explained to her along with the treatment parameters necessary. Also, at the appropriate time, the patient will be scheduled for rehab to her lumbar spine for maximum strengthening. Today the patient agrees to my recommendations and continues on with her care as scheduled, receiving the aforementioned treatment. She treats well without incident. Mrs. Pfledderer is already making good progress with her initial care and is now showing 60-70% overall improvement with her pain and we are pleased.

X-RAYS:

X-rays dated 5/12/04 to include 14X17 AP and lateral lumbar views in the standing position for a postural study reveal:

1. Disk height narrowing is noted at L5-S1 (50%). All remaining disk and body heights are adequate in this study. The lumbar lordosis appears adequate.

2. Subluxation complexes are noted at L3. There is a 6mm inferior left sacral subluxation.

3. There is a 4mm right leg deficiency.

4. No fractures or pathology is noted.

WORKING DIAGNOSIS

1. E885    Fall from slipping, tripping, or stumbling.

2. 847.2    Lumbar sprain/strain.

**Thomas J. Stickel, D.C., P.A.**
**4400 Hwy 20 E, Ste. 207**
**Niceville, FL 32578**
**850-897-1177**
**ID#: 59-3401839**
**Thomas J. Stickel D.C.   SS#: 262627059**
**Thursday August 4, 2005**

Patient              : Gaile Pfledderer #1118
Itemized Statement: 06/20/2001 - 08/04/2005
DOB                  : 06/29/1965
Onset date           : 05/03/2004


        Mail to:
        **Gaile Pfledderer**
        **910 Ridgewood Cove N.**
        **Niceville FL 32578**


Insured                                      Insurance Carrier (primary)
Gaile Pfledderer                             Winn-Dixie Stores, Inc
910 Ridgewood Cove N.                        Corporate Headquarters
Niceville FL 32578                           5050 Edgewood Ct., Box B
DOB: 06/29/1965                              Jacksonville FL 32203-0297
Policy#: A411205841

Attorney                                     Employer
NONE FOUND


Current Diagnosis
847.2    Lumbar Sprain/Strain
724.3    Sciatic Neuritis
E885     Fall From Slipping, Tripping, or Stumbling

| Date | Description | | Amount |
|------|-------------|--|--------|
| 06/20/01 | 98941 Chiropractic Manipulation | | $   38.00 |
| 06/20/01 | Check payment Chk#1772 applied to svcs: 06/20/01 - 06/20/01 | | $  -38.00 |
| 05/12/04 | 99213 RE Exam/Expanded | | $   95.00 |
| 05/12/04 | 72100 51 Lumbar 2-3 views | | $  120.00 |
| 05/12/04 | 97010 Cryotherapy/Cold pack | | $   24.00 |
| 05/12/04 | 97014 Electric Muscle Stim/Unattended | | $   30.00 |
| 05/14/04 | 98940 Chiropractic Manipulation | | $   38.00 |
| 05/14/04 | 97014 Electric Muscle Stim/Unattended | | $   30.00 |
| 05/14/04 | 97010 Hydroculator (heat) | | $   24.00 |
| 05/17/04 | 98940 Chiropractic Manipulation | | $   38.00 |
| 05/17/04 | 97014 Electric Muscle Stim/Unattended | | $   30.00 |
| 05/17/04 | 97010 Hydroculator (heat) | | $   24.00 |
| 05/19/04 | 98940 Chiropractic Manipulation | | $   38.00 |
| 05/19/04 | 97010 Cryotherapy/Cold pack | | $   24.00 |
| 05/19/04 | 97012 Cervical Traction/Spinalator | | $   24.00 |
| 05/19/04 | 97035 Ultrasound/USMS | | $   30.00 |
| 05/24/04 | 98940 Chiropractic Manipulation | | $   38.00 |
| 05/24/04 | 97010 Cryotherapy/Cold pack | | $   24.00 |
| 05/24/04 | 97014 Electric Muscle Stim/Unattended | | $   30.00 |
| 05/26/04 | 98941 Chiropractic Manipulation | | $   45.00 |
| 05/26/04 | 97012 Cervical Traction/Spinalator | | $   24.00 |
| 05/26/04 | 97014 Electric Muscle Stim/Unattended | | $   30.00 |
| 05/26/04 | 97010 Hydroculator (heat) | | $   24.00 |
| 06/02/04 | 98940 Chiropractic Manipulation | | $   38.00 |
| 06/02/04 | 97012 Cervical Traction/Spinalator | | $   24.00 |
| 06/02/04 | 97014 Electric Muscle Stim/Unattended | | $   30.00 |
| 06/04/04 | 98940 Chiropractic Manipulation | | $   38.00 |
| 06/04/04 | 97012 Cervical Traction/Spinalator | | $   24.00 |
| 06/04/04 | 97010 Hydroculator (heat) | | $   24.00 |
| 07/13/04 | 98940 Chiropractic Manipulation | | $   38.00 |
| 07/13/04 | 97012 Cervical Traction/Spinalator | | $   24.00 |
| 07/13/04 | 97010 Hydroculator (heat) | | $   24.00 |
| 07/19/04 | 98940 Chiropractic Manipulation | | $   38.00 |
| 07/19/04 | 97012 Cervical Traction/Spinalator | | $   24.00 |
| 07/19/04 | 97010 Hydroculator (heat) | | $   24.00 |
| 07/23/04 | 98940 Chiropractic Manipulation | | $   38.00 |

**Page 2   Patient: Gaile Pfledderer**

| ate | Description | Amount |
|-----|-------------|--------|
| 7/23/04 | 97012 Cervical Traction/Spinalator | $ 24.00 |
| 7/23/04 | 97010 Hydroculator (heat) | $ 24.00 |

```
otal Sales Tax          : $      0.00
otal Late Charges       : $      0.00
otal Interest Charges   : $      0.00
atients-Cash Rcvd       : $      0.00
atients-Chks Rcvd       : $     38.00
atients-Crdt Crd        : $      0.00
ayer Payments           : $      0.00

otal Charges            : $   1258.00
otal Received           : $     38.00
otal Adjustment         : $      0.00
alance (based on search): $   1220.00
```

## Patient Notes for Gaile Pfledderer #1118
## August 4, 2005

10/26/2004  Left msg for adjuster.  JC

11/3/04  Left message in vm box of alternate adjuster, Rena.  JC

11/3/04  This case is still open, not settled.  Adjuster has been given a message to call regarding the status.  JC

1/19/05  Yesterday we received a letter from patient regarding a bill we sent her.  She states that she was under the impression that the insurance company would be contacting our office to settle this bill.  I have called the adjuster today and left a message regarding this.  We will be contacting patient as soon as we hear from adjuster.  JC

03/20/05  LM on voice mail for Katelyn Brim to call back re case

03/31/2005 recd call from Katelyn Brim who advise that Winn Dixie is  in the middle of a chapter 11 Bankruptcy case which was filed in 21 Feb 2005.  She advise that the patient is responsible for these charges and when or if any money is realsed, they can reimburse the patient back for expenses.  Patient is getting a past due statement today per Sandy          JC