**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

In re:

WINN-DIXIE STORES, INC. et al.,   Case No. 05-bk-03817-3F1

DEBTORS   Chapter 11

_____/

### AFFIDAVIT IN SUPPORT OF MOTION BY KASSIDIE CASAGRAND TO ENLARGE TIME TO FILE PROOF OF CLAIM

COMES NOW the affiant, Kassidie L. Casagrand, who, being duly sworn, states as follows:

1. I am a resident of Pasco County, Florida. For approximately the past two years and five months, my mailing address has been 15803 Homewood Lane, Apt. B, Hudson, Florida, 34667.

2. I have personal knowledge of the facts set forth herein.

3. On or about August 19, 2005, I received serious and permanent injuries as a result of an incident at the Winn Dixie store located at Hudson Square, 14134 U.S. Highway 19 North, Hudson, FL 34667.

4. On or about August 25, 2005, I retained attorney Christine E. Pejot

-1-

of the law firm of Pejot Wilson Law, P.A. to represent me in asserting a claim against Winn Dixie.

5. At no time prior to January 5, 2007, was I aware of the pendency of the Winn Dixie bankruptcy case or a claims bar date.

6. At no time have I received a copy of an Order confirming Winn Dixie's Chapter 11 Plan.

7. At no time have I received a copy of a Notice indicating that I needed to file anything with the Bankruptcy Court to assert my post-bankruptcy personal injury claim against Winn Dixie.

8. I have, at all times, acted promptly and in good faith to assert a claim in this case.

FURTHER AFFIANT SAITH NOT.

*Kassidie Casagrand*
Affiant

**STATE OF FLORIDA**

**COUNTY OF** Pasco

SWORN to and SUBSCRIBED before me, this 12th day of March, 2007, by Kassidie Casagrand, who is personally known to me, or who produced _____ as identification.

*James D. Wilson*
Notary Public - State of Florida At Large
My Commission Expires:

JAMES D. WILSON
Notary Public, State of Florida
My Comm. Expires April 10, 2009
No. DD416641

—2—