UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**AGREED ORDER RESOLVING CURE OBJECTION
FILED BY AVON SQUARE, LTD. (STORE NO. 609)**

This cause came before the Court on the Objection to Proposed Cure Amount filed by Avon Square, Ltd. ("Avon") (Docket No. 9705) with respect to Store No. 609 (the "Cure Objection"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objection is overruled.

2. Scheduled Claim number 30176 scheduled on behalf of Avon is allowed as an administrative claim in the amount of $36,534.07, which Winn-Dixie Stores, Inc. and its affiliate debtors (collectively, the "Reorganized Debtors") have paid in full.

3. This Agreed Order resolves all liabilities and obligations related to (i) all claims scheduled on behalf of Avon and all proofs of claim and administrative expense claims filed by Avon in these Chapter 11 cases and (ii) all other pre-petition or pre-effective date claims Avon has or may have against the Reorganized Debtors and any of their Chapter 11 estates or

affiliates, all of which are forever waived, discharged and released.

4. Post-effective date liabilities and obligations will be handled by the parties in accordance with the applicable lease terms and ordinary course practices.

5. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 27 day of March, 2007, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00554241

## **Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| STICHTER, RIEDEL, BLAIN & PROSSER, P.A. | SMITH HULSEY & BUSEY |
| By   *s/ Susan H. Sharp*\*<br>       Susan H. Sharp, F.B.N. 0716421 | By   *s/ Cynthia C. Jackson*<br>       Cynthia C. Jackson, F.B.N. 498882 |
| 110 E Madison Street, Suite 200<br>Tampa, FL 33602<br>(813) 229-0144<br>(813) 229-1811 (facsimile)<br>ssharp@srbp.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Counsel for Avon Square, Ltd. | Co-Counsel for Reorganized Debtors |

\*Counsel has authorized their electronic signature.

00554241