# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. [1] | ) | Jointly Administered |

## AGREED ORDER RESOLVING CLAIM NO. 11980 FILED BY DAUKSCH FAMILY PARTNERSHIP, AS SET FORTH IN THE DEBTORS' THIRTEENTH CLAIM OBJECTION

This cause came before the Court on the Thirteenth Omnibus Objection to Claims (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"). Included among the several proofs of claim that were the subject of the Objection was claim number 11980 filed by Dauksch Family Partnership. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1.    Claim no. 11980 filed by Dauksch Family Partnership is reduced and allowed as an unsecured non-priority claim in the amount of $200,000.00 (plan class 13), and the remainder of claim no. 11980 is disallowed.

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

2.      The Court shall retain jurisdiction to resolve any disputes

arising from this Order.

Dated this ____ day of March, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

2

<u>Consent</u>

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY                    STUTSMAN THAMES & MARKEY, PA


By _/s/ James H. Post_____          By _/s/ Richard R. Thames *_____
    James H. Post                            Richard R. Thames

Florida Bar Number 175460               50 N. Laura St., Suite 1600
225 Water Street, Suite 1800            Jacksonville, Florida 32202
Jacksonville, Florida 32202             (904) 358-4000
(904) 359-7700                          (904)  358-4001 (facsimile)
(904) 359-7708 (facsimile)
                                        Counsel for Dauksch Family Partnership
-and-
                                        *Counsel has authorized his electronic
SKADDEN, ARPS, SLATE,                   signature
MEAGHER
& FLOM LLP

D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Co-Counsel for the Reorganized Debtors