**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Reorganized Debtors.[1] | ) Jointly Administered |

**AGREED ORDER RESOLVING MOTION TO ALLOW LATE**
**FILED CLAIM AND CLAIM NO. 12940 FILED BY ALVIN B.**
**CHAN FAMILY L.P., AS SET FORTH IN THE DEBTORS'**
**TWENTY-FIFTH CLAIM OBJECTION**

This cause came before the Court on (i) the Twenty-Fifth Omnibus Objection to Claims (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") and (ii) the Motion to Allow Late Filed Claim (Docket No. 12678) and the Amended Motion to Allow Late Filed Claim filed by Alvin B. Chan Family L.P. (Docket No. 12707) (collectively, the "Late Claim Motion"). Included among the several proofs of claim that were the subject of the Objection was claim number 12940 filed by Alvin B. Chan Family, L.P. ("Alvin Chan"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Late Claim Motion is granted in part and denied in part as set forth below.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

2. Claim no. 12940 filed by Alvin Chan is reduced and allowed as an unsecured non-priority claim in the amount of $100,000.00 (plan class 13), and the remainder of claim no. 12940 is disallowed.

3. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 27 day of March, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

<u>Consent</u>

The undersigned parties consent to the entry of the foregoing Agreed Order.

| SMITH HULSEY & BUSEY | STUTSMAN THAMES & MARKEY, PA |
|---|---|
| By <u>/s/ James H. Post</u><br>James H. Post | By <u>/s/ Richard R. Thames</u> *<br>Richard R. Thames |
| Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile) | 50 N. Laura St., Suite 1600<br>Jacksonville, Florida 32202<br>(904) 358-4000<br>(904) 358-4001 (facsimile) |
| | Counsel for Alvin B. Chan Family, L.P. |
| -and- | *Counsel has authorized his electronic signature |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | |
| D. J. Baker<br>Sally McDonald Henry<br>Rosalie Walker Gray<br>Jane M. Leamy<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile) | |
| Co-Counsel for the Reorganized Debtors | |

3

489008-Wilmington Server 1A - MSW