# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

In re: ) Case No. 05-03817-3F1
)
WINN-DIXIE STORES, INC., et al., ) *Chapter 11*
)
Reorganized Debtors.[1] ) Jointly Administered
)

## AGREED ORDER RESOLVING CLAIM NUMBER 131 FILED BY SCOTT-GROSS CO. INC., AS SET FORTH IN THE DEBTORS' NINETEENTH OMNIBUS CLAIMS OBJECTION

These cases originally came before the Court for hearing on October 5, 2006, upon the Nineteenth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors").[2] Included among the several proofs of claim that were the subject of the Objection was claim number 131 filed by Scott-Gross Co. Inc. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim no. 131 filed by Scott-Gross Co. Inc. is allowed as an unsecured non-priority claim in the amount of $6,200.00, and the remainder of claim no. 131 is disallowed.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

2. Within five (5) business days after entry of this Agreed Order, Scott-Gross shall (a) file a Notice of Dismissal With Prejudice (the "Notice") dismissing the case styled as *Scott-Gross Co. Inc. v. Winn-Dixie Stores, Inc.* with the County Court, in and for Duval County, Florida, and (b) serve a copy of the Notice upon counsel to the Debtors at the addresses indicated in the consent below.

3. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 27 day of March, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY

By /s/ James H. Post
   James H. Post

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

-and-

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Co-Counsel for the Debtors

FRANCINE CLAIR LANDAU

By _____
   Francine Clair Landau

Florida Bar No. 303151
5219 Atlantic Boulevard
Jacksonville, Florida 32207
(904) 398-8488

Counsel for Scott-Gross Co. Inc.

*Counsel has authorized her electronic signature

CACTUS HOLDINGS GROUP, LLC

By: _____
   Vijay Krish

Vice President
19487 Roble Ct.
Saratoga, CA 95070
(408) 868-1507 (telephone)
vkrish@cactuscollect.com

Transferee of Scott-Gross Co. Inc.