**UNITED STATES BANKRUPTCY COURT**

**MIDDLE DISTRICT OF FLORIDA**
**(Jacksonville Division)**

| | | |
|---|---|---|
| **IN RE:  WINN-DIXIE STORES, INC.,** * | **CASE NO. 05-03817-3F1** |
| **ET AL** * | |
| * | **CHAPTER 11** |
| **REORGANIZED DEBTORS** * | |
| * | **JOINTLY ADMINISTERED** |
| * | |

*************************************************************************************

**MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE**
**OPPOSITION MEMORANDUM BEYOND DEADLINE DATE**

NOW INTO COURT, through undersigned counsel, comes Lena Chahboudagiantz who respectfully represents:

1.

On or about March 21, 2007, undersigned counsel forwarded to the Clerk of Court the "hard copy," of the Memorandum of Lena Chahboudagiantz submitted in opposition to the Debtors' Objection to Unresolved Litigation Claims Based on Insufficient Documents or Late Filed Proof of Claim, said pleading having been submitted in response to the Notice of Hearing issued by Debtors on or about March 5, 2007. Contemporaneous therewith, undersigned counsel forwarded a copy of the pleading to counsel for the Debtors, David L. Gay, via email, and United States Postal Service, postage prepaid.

2.

Contemporaneous therewith, undersigned counsel forwarded correspondence to the Clerk of Court, enclosing the electronic case filing system registration form and

requesting a login identification and password be issued for electronic filing of the Claimant's opposition.

3.

Unfortunately, due to administrative delays, the login identifier and password could not be issued prior to the deadline for filing of the Claimant's Opposition, as undersigned counsel has been advised that the individuals responsible for issuance of such information had been out of the office.

4.

On or about March 27, 2007, undersigned counsel finally did receive the login identifier and password, and has sought to file Claimant's Opposition via electronic format.

5.

At this juncture, Claimant seeks leave from this Honorable Court to submit the Claimant's Opposition which may otherwise be deemed late filed.

WHEREFORE, to the extent same is deemed to have been filed late, Claimant, Lena Chahboudagiantz, respectfully requests this Honorable Court issue an Order granting leave unto Lena Chahboudagiantz to file her Opposition to the Debtors' Objection after the deadline date for submission of same.

            **Respectfully Submitted,**
            **ROME, ARATA & BAXLEY, L.L.C.**

**BY:** */s/ W. Chad Stelly*
            **W. CHAD STELLY, LA. #21140**
            **650 Poydras Street, Suite 2017**
            **New Orleans, Louisiana 70130**
            **Telephone: (504) 522-9980**
            **Facsimile: (504) 522-9971**
            **Counsel for Lena Chahboudagiantz**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by placing same in the United States mail, postage pre-paid and properly addressed on this 28th day of March, 2007.

                    __/s/ W. Chad Stelly___
                    **W. CHAD STELLY, ESQ.**