**UNITED STATES BANKRUPTCY COURT**

**MIDDLE DISTRICT OF FLORIDA**
**(Jacksonville Division)**

| | | |
|---|---|---|
| **IN RE: WINN-DIXIE STORES, INC.,** | * | **CASE NO. 05-03817-3F1** |
| **ET AL** | * | |
| | * | **CHAPTER 11** |
| **REORGANIZED DEBTORS** | * | |
| | * | **JOINTLY ADMINISTERED** |
| | * | |

*********************************************************************************

**O R D E R**

Considering the foregoing Motion and Incorporated Memorandum for Leave to File Opposition Beyond Deadline Date,

IT IS HEREBY ORDERED that Claimant, Lena Chahboudagiantz, be and same is hereby granted leave to file her Opposition to Debtor's Objection beyond the deadline date.

Jacksonville, Florida this ____ day of _____, 2007.

                                                                    _____
                                                                                    J U D G E