**FILED**

FIFTEENTH CIRCUIT COURT DISTRICT

COUNTY OF PEARL RIVER

STATE OF MISSISSIPPI

JUN 17 2005

VICKIE R. HARTEL, CIRCUIT CLERK
By _____ D.C.

DOCKET NO. 2005-0256

DIVISION " "

LENA CHAHBOUDAGIANTZ

VERSUS

WINN DIXIE STORES, INC.

FILED: 6/17/05

_____
DEPUTY CLERK

## COMPLAINT FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes Lena Chahboudagiantz, who respectfully represents:

I.

Plaintiff herein, Lena Chahboudagiantz, is a person of the full age of majority and resident of the County of Pearl River, State of Mississippi.

II.

Made Defendant herein is:

Winn Dixie Stores, Inc., a foreign corporation, authorized to, and doing business in this County and State.

III.

On or about June 20, 2003, Lena Chahboudagiantz was a customer at the Winn Dixie Store in Picayune, Mississippi, within the County of Pearl River, State of Mississippi. While Petitioner was shopping within the store, the lighting decreased and


EXHIBIT 1

Petitioner, along with other patrons, was asked to exit the store. As Petitioner made her way out of the store, she slipped and fell in a walkway. As a result of the sudden and unexpected fall to the ground, Petitioner suffered injuries to her mind and body.

IV.

The sole proximate cause of the instant collision and the resulted damages to the plaintiff was the negligence of the defendant, Winn Dixie Stores, Inc., including, but not limited to:

1. Failure to maintain its premises in a reasonably safe condition for its customers;

2. Failure to maintain its premises, so as to prevent the development of slip and fall hazards, of which it was or should have been aware;

3. Failure to warn patrons of the presence of slip and fall hazards in the walkways of the building, of which it was or should have been aware;

4. Failure to take appropriate steps to remove slip and fall hazards within the walkways of its premises, of which it was or should have been aware; and

5. Any and all other acts of negligence which will be shown at trial on the merits of this matter.

V.

Petitioner further contends that the incident sued upon herein and the resulting damages were caused by the defects, ruinous condition, and/or other vices of the building, within the care, custody, and control of Defendant.

VI.

Petitioner further contends that Defendant is strictly liable for the damages sued upon herein.

VII.

As a result of the instant incident, Petitioner has incurred damages in excess of $2,500.00, including, but not limited to:

> Past, present, and future medical expenses;
>
> Past, present, and future pain and suffering;
>
> Past, present, and future mental anguish;
>
> Scarring;
>
> Loss of enjoyment of life;
>
> Loss of earnings and/or loss of earning capacity;
>
> Any and all other damages, which will be shown at trial on the merits of this matter.

**WHEREFORE**, Petitioner prays that Defendant be duly cited and served with a copy of this Complaint, and be made to answer same, and after all due proceedings had, there be judgment herein in favor of Petitioner and against Defendant, for any and all damages reasonable in the premises, and for all general and equitable relief.

Respectfully Submitted

ROME, ARATA, & BAXLEY, LLC

M. CHAD STELLY, MSB 10401
650 Poydras Street
Suite 2017
New Orleans, LA 70130
(504) 522-9980
Counsel for Lena B. Chahboudagiantz