## IN THE CIRCUIT COURT OF PEARL RIVER COUNTY, MISSISSIPPI

LENA CHAHBOUDAGIANTZ            PLAINTIFF

VERSUS            CAUSE NO.: 2005-0256

WINN-DIXIE STORES, INC.            DEFENDANT

### NOTICE OF FILING

NOTICE IS HEREBY GIVEN that the Defendant, Winn-Dixie Stores, Inc., has this date served in the above entitled action a Notice of Commencement of Bankruptcy Case. A copy of the Notice is attached as Exhibit "A".

RESPECTFULLY SUBMITTED, this the _1st_ day of August, 2005.

SAMSON & POWERS, PLLC

BY: _____
ROLAND F. SAMSON, III
Mississippi Bar No. 8764

SAMSON & POWERS, PLLC
Attorneys at Law
2408 - 14th Street
Post Office Box 1417
Gulfport, MS 39502
Telephone: 228/822-1109
Facsimile: 228/822-2317



EXHIBIT 2

## CERTIFICATE OF SERVICE

I, ROLAND F. SAMSON, III, of the law firm of Samson & Powers, PLLC, do hereby certify that I have this day mailed, by United States Mail, postage prepaid, a true and correct copy of the above and foregoing Notice of Filing to the following:

> W. Chad Stelly, Esq.
> Rome, Arata & Baxley, LLC
> 650 Poydras Street, Suite 2017
> New Orleans, LA 70130

THIS, the _1st_ day of August, 2005.

ROLAND F. SAMSON, III
MS BAR NO. 8764

SAMSON & POWERS, PLLC
Attorneys at Law
2408 - 14th Street
Post Office Box 1417
Gulfport, Mississippi 39502-1417
Telephone: 228/822-1109
Facsimile: 228/822-2317

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE:

WINN-DIXIE STORES, INC., et al.
Debtors

CHAPTER 11

CASE NO.: 05-11063
(Jointly Administered)

## NOTICE OF COMMENCEMENT OF BANKRUPTCY CASE

PLEASE TAKE NOTICE that on February 21, 2005, Defendant, Winn-Dixie Stores, Inc., filed a voluntary petition under Chapter 11 of Title 11 of the United States Code, commencing a bankruptcy case being jointly administered under the style In re Winn-Dixie Stores, Inc., No. 05-11063, in the United States Bankruptcy Court for the Southern District of New York.

11 U.S.C. § 362(a)(1) provides that the filing of a voluntary petition operates as a stay, applicable to all entities, of the continuation, including the issuance or employment of process, of a judicial action or proceeding against the debtor that was or could have been commenced before the filing of the petition, or to recover a claim against the debtor that arose before the filing of the petition.

RESPECTFULLY SUBMITTED, this the 15th day of August, 2005.

SAMSON & POWERS, PLLC

BY: _____
ROLAND F. SAMSON, III
Mississippi Bar No. 8764

ATTORNEYS FOR WINN-DIXIE STORES, INC.

SAMSON & POWERS, PLLC
Attorneys at Law
2408 - 14th Street
Post Office Box 1417
Gulfport, MS 39502
Telephone: 228/822-1109
Facsimile: 228/822-2317

Exhibit "A"