# ROME, ARATA & BAXLEY, L.L.C.

ATTORNEYS AND COUNSELORS AT LAW
SUITE 2017, POYDRAS CENTER
650 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

C. PERRIN ROME, III
BLAKE G. ARATA, JR.
BRISTOL BAXLEY (TX ONLY)
———
W. CHAD STELLY* ALSO ADMITTED IN MISSISSIPPI
J. FORESTER JACKSON

November 22, 2005

TELEPHONE (504) 522-9980
FACSIMILE (504) 522-9971
THIS WRITER'S E-MAIL:
cstelly@romearata.com

**Certified Mail – Return Receipt Requested**
**Receipt No. 7004 1350 0005 5699 8459**

Winn Dixie Claims Docketing Center
% Logan & Company, Inc.
546 Bally Road
Upper Montclair, New Jersey 07043

Re: Lena Chahboudagiantz v. Winn-Dixie
15th Circuit Court District, County of Pearl River, State of Mississippi
Our File No.: 508-1609

Dear Docketing Clerk:

Please find attached a copy of the duly executed Proof of Claim form being submitted on behalf of my client, Lena Chahboudagiantz. I would ask that you return to me a copy of Proof of Claim form verifying the date and time of filing of the records in this matter.

Should you have any questions, please feel free to contact me. With kind regards, I remain,

Very truly yours,

ROME, ARATA & BAXLEY, L.L.C.

W. CHAD STELLY

WCS/ldn
Enclosure

cc: Roland F. Samson, III



EXHIBIT
4

NEW ORLEANS, LOUISIANA • HOUSTON, TEXAS
http://www.romearata.com

# ROME, ARATA & BAXLEY, L.L.C.

ATTORNEYS AND COUNSELORS AT LAW
SUITE 2017, POYDRAS CENTER
650 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

C. PERRIN ROME, III
BLAKE G. ARATA, JR.
BRISTOL BAXLEY (TX ONLY)

W. CHAD STELLY* ALSO ADMITTED IN MISSISSIPPI
J. FORESTER JACKSON

November 22, 2005

TELEPHONE (504) 522-9980
FACSIMILE (504) 522-9971
THIS WRITER'S E-MAIL:
cstelly@romearata.com

**Certified Mail – Return Receipt Requested**
**Receipt No. 7004 1350 0005 5699 8459**

Winn Dixie Claims Docketing Center
℅ Logan & Company, Inc.
546 Bally Road
Upper Montclair, New Jersey 07043

    Re:   Lena Chahboudagiantz v. Winn-Dixie
            15th Circuit Court District, County of Pearl River, State of Mississippi
            Our File No.: 508-1609

Dear Docketing Clerk:

Please find attached a copy of the duly executed Proof of Claim form being submitted on behalf of my client, Lena Chahboudagiantz. I would ask that you return to me a copy of Proof of Claim form verifying the date and time of filing of the records in this matter.

Should you have any questions, please feel free to contact me. With kind regards, I remain,

                                      Very truly yours,

                                      **ROME, ARATA & BAXLEY, L.L.C.**

                                      **W. CHAD STELLY**

WCS/ldn
Enclosure

cc:     Roland F. Samson, III
bcc:    James Shields, Sr.
          Lena Chahboudagiantz

Form B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION<br>Winn-Dixie Stores, Inc., et al. Case No. 05-03817-3F1 Jointly Administered | Chapter 11<br>PROOF OF CLAIM<br>FOR SPECIAL BAR<br>DATE: November 30,<br>2005 at 5:00 p.m.<br>Eastern Time | APPLICABLE ONLY TO CERTAIN<br>SUBSEQUENTLY IDENTIFIED<br>POTENTIAL CLAIMANTS |

Name of Debtor Against Which You Assert Your Claim:
Debtor Name: **Winn Dixie Stores, Inc.**   Case No. **05-03817-3F1**
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):

Creditor ID: WDX-416784-BE-L1
CAAHBOUDAGIANTZ, LENA
C/O ROME, ARATA & BAXLEY, LLC
ATTN: W. CHAD STELLY, MSB
650 POYDRAS STREET
SUITE 2107
NEW ORLEANS LA 70130

Telephone No. of Creditor: **504-572-9980**
Fax No. of Creditor: **504-572-9971**

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if): ☐ replaces address above ☐ additional address

Name:
Company/Firm:
Address:

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.
☐ Check box if you have never received any notices in this case.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

Account or Other Number by Which Creditor Identifies Debtor:

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____

**1. Basis for Claim**
- ☐ Goods sold to debtor(s)
- ☐ Services performed for debtor(s)
- ☐ Goods purchased from debtor(s)
- ☐ Money loaned
- ☒ Personal injury/property damage
- ☐ Other _____
- ☐ Taxes
- ☐ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☐ Other contract
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SSN: _____
  Unpaid compensation for services performed from _____ to _____ (date) (date)

**2. Date debt was incurred:** June 20, 2003

**3. If claim is based on a Court Judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ **750,000** (unsecured)  $_____ (secured)  $_____ (priority)  $_____ (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief description of Collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other _____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim** $ **750,000**
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a) (3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a) (4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a) (6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507 (a) (7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a) (8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a) ( ).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

This Space Is For Court Use Only

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice:<br>Print: **W. Chad Stelly, Esq**   Title: **Attorney**<br>Signature: |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br>Winn-Dixie Stores, Inc., et al.,<br>Debtors. | Case No. 05-03817-3F1<br>Chapter 11<br>Jointly Administered |

## NOTICE OF SPECIAL BAR DATE REQUIRING FILING OF PROOFS OF CLAIM ON OR BEFORE NOVEMBER 30, 2005, AT 5:00 P.M. EASTERN TIME

### (APPLICABLE ONLY TO CERTAIN SUBSEQUENTLY IDENTIFIED POTENTIAL CLAIMANTS)

| Debtor | Other Names Used | Address | Tax I.D. | Case No. |
|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | The Marketplace, Winn-Dixie Marketplace, SaveRite, Jitney Jungle, Thriftway, Sack n' Save, Grocery Bargain Depot, Dixie Spirits | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-0514290 | 05-03817-3F1 |
| Dixie Stores, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 75-3182270 | 05-03818-3F1 |
| Table Supply Food Stores Co., Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-6079368 | 05-03819-3F1 |
| Astor Products, Inc. | N/A | 5244 Edgewood Court<br>Jacksonville, Florida 32254 | 59-0858632 | 05-03820-3F1 |
| Crackin' Good, Inc. | N/A | 701 N. Forrest Street<br>Valdosta, Georgia 31601 | 59-3652948 | 05-03821-3F1 |
| Deep South Distributors, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-1271288 | 05-03822-3F1 |
| Deep South Products, Inc. | N/A | 255 Jacksonville Highway<br>Fitzgerald, Georgia 31750 | 59-0855905 | 05-03823-3F1 |
| Dixie Darling Bakers, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-0471662 | 05-03824-3F1 |
| Dixie-Home Stores, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-6079054 | 05-03825-3F1 |
| Dixie Packers, Inc. | N/A | State Road 53 South<br>Jacksonville, Florida 32340 | 59-1288553 | 05-03826-3F1 |
| Dixie Spirits, Inc. | N/A | 600 Edwards Avenue<br>Harahan, Louisiana 70123-3185 | 77-0602359 | 05-03827-3F1 |
| Economy Wholesale Distributors, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-0230020 | 05-03828-3F1 |
| Foodway Stores, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 75-1569265 | 05-03829-3F1 |
| Kwik Chek Supermarkets, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-6073162 | 05-03830-3F1 |
| Sunbelt Products, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 75-1551401 | 05-03831-3F1 |
| Sundown Sales, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 75-1414946 | 05-03832-3F1 |
| Superior Food Company | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 57-0469943 | 05-03833-3F1 |
| WD Brand Prestige Steaks, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-3545257 | 05-03834-3F1 |
| Winn-Dixie Handyman, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 58-1434107 | 05-03835-3F1 |
| Winn-Dixie Logistics, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-3652949 | 05-03836-3F1 |
| Winn-Dixie Montgomery, Inc. | Winn-Dixie Atlanta, Inc., Winn-Dixie Louisiana, Inc., Buddies, Pump n' Save, Dixie Spirits | 1550 Jackson Ferry Road<br>Montgomery, Alabama 36104-1718 | 59-1212119 | 05-03837-3F1 |
| Winn-Dixie Procurement, Inc. | Monterey Canning Co. | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-3652951 | 05-03838-3F1 |
| Winn-Dixie Raleigh, Inc. | Save Rite Grocery Warehouse, Inc., Winn-Dixie Charlotte, Inc. | 833 Shotwell Road<br>Clayton, North Carolina 27520 | 56-0670665 | 05-03839-3F1 |
| Winn-Dixie Supermarkets, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-6078837 | 05-03840-3F1 |

**PLEASE TAKE NOTICE THAT:**

1. **CASE FILING.** On February 21, 2005, Winn-Dixie Stores, Inc. and certain of its subsidiaries and affiliates, debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York. By order dated April 13, 2005, venue of these cases was transferred to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Court"). Their cases are being jointly administered under Case No. 05-03817-3F1.

2. **PROTECTIONS AFFORDED TO THE DEBTORS.** Under the Bankruptcy Code, the Debtors are granted certain protections against creditors. A creditor is anyone to whom the Debtors owe money or property. Creditors are prohibited from taking any actions to collect money or property from the Debtors. CREDITORS WHO OWE AMOUNTS TO THE DEBTORS ARE REQUIRED TO PAY SUCH AMOUNTS, EVEN

**FIFTEENTH CIRCUIT COURT DISTRICT**

**COUNTY OF PEARL RIVER**

**STATE OF MISSISSIPPI**

**FILED** JUN 17 2005
VICKIE P. HARIEL, CIRCUIT CLERK
By _____ D.C.

DOCKET NO. 2005-0256

DIVISION " "

**LENA CHAHBOUDAGIANTZ**

**VERSUS**

**WINN DIXIE STORES, INC.**

FILED: 6/17/05

_____
DEPUTY CLERK

**COMPLAINT FOR DAMAGES**

**NOW INTO COURT**, through undersigned counsel, comes Lena Chahboudagiantz, who respectfully represents:

I.

Plaintiff herein, Lena Chahboudagiantz, is a person of the full age of majority and resident of the County of Pearl River, State of Mississippi.

II.

Made Defendant herein is:

Winn Dixie Stores, Inc., a foreign corporation, authorized to, and doing business in this County and State.

III.

On or about June 20, 2003, Lena Chahboudagiantz was a customer at the Winn Dixie Store in Picayune, Mississippi, within the County of Pearl River, State of Mississippi. While Petitioner was shopping within the store, the lighting decreased and

Petitioner, along with other patrons, was asked to exit the store. As Petitioner made her way out of the store, she slipped and fell in a walkway. As a result of the sudden and unexpected fall to the ground, Petitioner suffered injuries to her mind and body.

IV.

The sole proximate cause of the instant collision and the resulted damages to the plaintiff was the negligence of the defendant, Winn Dixie Stores, Inc., including, but not limited to:

1. Failure to maintain its premises in a reasonably safe condition for its customers;

2. Failure to maintain its premises, so as to prevent the development of slip and fall hazards, of which it was or should have been aware;

3. Failure to warn patrons of the presence of slip and fall hazards in the walkways of the building, of which it was or should have been aware;

4. Failure to take appropriate steps to remove slip and fall hazards within the walkways of its premises, of which it was or should have been aware; and

5. Any and all other acts of negligence which will be shown at trial on the merits of this matter.

V.

Petitioner further contends that the incident sued upon herein and the resulting damages were caused by the defects, ruinous condition, and/or other vices of the building, within the care, custody, and control of Defendant.

VI.

Petitioner further contends that Defendant is strictly liable for the damages sued upon herein.

VII.

As a result of the instant incident, Petitioner has incurred damages in excess of $2,500.00, including, but not limited to:

Past, present, and future medical expenses;

Past, present, and future pain and suffering;

Past, present, and future mental anguish;

Scarring;

Loss of enjoyment of life;

Loss of earnings and/or loss of earning capacity;

Any and all other damages, which will be shown at trial on the merits of this matter.

**WHEREFORE**, Petitioner prays that Defendant be duly cited and served with a copy of this Complaint, and be made to answer same, and after all due proceedings had, there be judgment herein in favor of Petitioner and against Defendant, for any and all damages reasonable in the premises, and for all general and equitable relief.

Respectfully Submitted

ROME, ARATA, & BAXLEY, LLC

M. CHAD STELLY, MSB 10401
650 Poydras Street
Suite 2017
New Orleans, LA 70130
(504) 522-9980
Counsel for Lena B. Chahboudagiantz

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Elizabeth Dou   ☐ Agent / ☒ Addressee

B. Received by (Printed Name): Elizabeth Dou
C. Date of Delivery: 11/28

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

1. Article Addressed to:

Winn Dixie Claims Docketing Center
c/o Logan & Company, Inc.
546 Belly Road
Upper Montclair, New Jersey 07043

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (transfer from service label): 7004 1350 0005 5699 8459

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here: Chhaudayanty 508-7609

Sent To: Winn Dixie Claims Docketing Center
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7004 1350 0005 5699 8459

PS Form 3800, June 2002   See Reverse for Instructions