# ROME, ARATA & BAXLEY, L.L.C.

ATTORNEYS AND COUNSELORS AT LAW
SUITE 2017, POYDRAS CENTER
650 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

March 24, 2006

C. PERRIN ROME, III
BLAKE G. ARATA, JR.
BRISTOL BAXLEY (TX ONLY)

W. CHAD STELLY* ALSO ADMITTED IN MISSISSIPPI
J. FORESTER JACKSON

TELEPHONE (504) 522-9980
FACSIMILE (504) 522-9971
THIS WRITER'S E-MAIL:
cstelly@romearata.com

**VIA OVERNIGHT MAIL and SERVICE**
Logan & Company, Inc.
Claims Agent
546 Golly Road
Upper Mount Clair, NJ 07043

Re:  In re: Winn-Dixie Stores, Inc.
U.S.B.C. – M.D. Fl
Docket No.: 05-03817-3Fl
and
Lena Chahboudagiantz v. Winn-Dixie
15th Circuit Court District, County of Pearl River, State of Mississippi
Docket No.: 2005-0256
Our File No.: 508-1609

Dear Sirs:

Please find attached the duly executed questionnaire for litigation claimants, which is being submitted on behalf of my client, Lena Chahboudagiantz.

Should you have any questions, or wish to discuss this matter further, please feel free to contact me.

With kind regards, I remain,

Very truly yours,

ROME, ARATA & BAXLEY, L.L.C.

W. CHAD STELLY

WCS/amp
Enclosure

NEW ORLEANS, LOUISIANA • HOUSTON, TEXAS
http://www.romearata.com


EXHIBIT 5

PULL AND RETAIN THIS COPY BEFORE AFFIXING TO THE PACKAGE.

**FedEx USA Airbill**   FedEx Tracking Number  8451 1883 2731

**1 From** Please print and press hard.

Date: 2547-2711-3

Sender's FedEx Account Number

Sender's Name: OFC MGR   Phone (504) 522-9980

Company: ROME, ARATA & BAXLEY, LLC

Address: 650 POYDRAS ST STE 2017

City: NEW ORLEANS   State: LA   ZIP: 70130-6143

**2 Your Internal Billing Reference**
Lena Chabolla

**3 To**
Recipient's Name: Claims Agent   Phone ( )

Company: Logan & Company, Inc

Address: 546 Golly Road

City: Upper Mont Clair   State: NJ   ZIP: 07043

0215

Sender's Copy

**4a Express Package Service**  *Packages up to 150 lbs.*
- [ ] FedEx Priority Overnight
- [x] FedEx Standard Overnight
- [ ] FedEx First Overnight

- [ ] FedEx 2Day
- [ ] FedEx Express Saver

**4b Express Freight Service**  *Packages over 150 lbs.*
- [ ] FedEx 1Day Freight*
- [ ] FedEx 2Day Freight
- [ ] FedEx 3Day Freight

**5 Packaging**  *Declared value limit $500*
- [x] FedEx Envelope*
- [ ] FedEx Pak*
- [ ] Other

**6 Special Handling**
- [ ] SATURDAY Delivery
- [ ] HOLD Weekday at FedEx Location
- [ ] HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
- [x] No
- [ ] Yes As per attached Shipper's Declaration
- [ ] Yes Shipper's Declaration not required
- [ ] Dry Ice
- [ ] Cargo Aircraft Only

**7 Payment** Bill to:
- [x] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

**Total Packages**: 1   **Total Weight**   **Total Declared Value**: $ .00

**8 Release Signature**

0269624397

447