# ROME, ARATA & BAXLEY, L.L.C.

ATTORNEYS AND COUNSELORS AT LAW
SUITE 2017, POYDRAS CENTER
650 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

August 8, 2006

C. PERRIN ROME, III* ALSO ADMITTED IN D.C.
BLAKE G. ARATA, JR.
BRISTOL A. BAXLEY (TX ONLY)

W. CHAD STELLY* ALSO ADMITTED IN MISSISSIPPI
J. FORESTER JACKSON

TELEPHONE (504) 522-9980
FACSIMILE (504) 522-9971
THIS WRITER'S E-MAIL

cstelly@romearata.com

<u>Via Certified Mail/Return Receipt Requested</u>
C. Everett Brooks, General Liability Examiner III
Sedgwick Claims Management Services, Inc.
P.O. Box 24787
Jacksonville, Florida 32241-4787

Re:  Lena Chahboudagiantz v. Winn-Dixie Stores, Inc.
     15th Circuit Court District, County of Pearl River, State of Mississippi
     Case No. 2005-0256
     Sedgwick Claim No. A311207644-0001-01
     DOA: June 21, 2003
     Our File No.: 508-1609

Dear Mr. Everett:

I am in receipt of and thank you for your recent correspondence in connection with the referenced matter. You have suggested that prior to seeking a relief from the automatic stay Order issued in connection with the bankruptcy of Winn Dixie, this claim must be submitted for medication.

Please contact me at your earliest convenience so we can discuss the best manner by which to get this accomplished.

I look forward to hearing from you.

With kind regards, I remain,

Very truly yours,
ROME, ARATA & BAXLEY, L.L.C.

W. CHAD STELLY

WCS/amp



NEW ORLEANS, LOUISIANA  •  HOUSTON, TEXAS
http://www.romearata.com

C. Everett Brooks
August 8, 2006
Page 2

bcc:   James Shields, Sr.