SDB-1609

**From:** "Skipper Samson" <rsamson@splawfirm.com>
**To:** "'Tana L. Copeland'" <tcopeland@smithhulsey.com>, <cstelly@romearata.com>
**Date:** 9/27/2006 4:27:32 PM
**Subject:** RE: Winn-Dixie Mediation - Lena Chahboudagiantz

Dear All,

I have a trial that week, which will likely proceed barring a court conflict. Therefore, I am available December 12-15 and 19-21.

Regards.


Roland F. Samson, III
Samson & Powers, PLLC
2408 14th Street
Post Office Box 1417
Gulfport, Mississippi 39502-1417
Telephone: (228) 822-1109
Facsimile: (228) 822-2317

NOTICE: Under requirements imposed by the IRS, we inform you that, if any advice concerning U.S. federal tax issues is contained in this communication (including any attachments), such advice was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein. This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. The contents of this e-mail are confidential and subject to the attorney-client and work product privileges. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Please virus check all attachments to prevent contamination and corruption of files and operating systems. This communication does not reflect an intention by the sender or the sender's client or principal to conduct a transaction or make any agreement by electronic means. Nothing contained in this message or in any attachment shall satisfy the requirements for a writing, and nothing contained herein shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.

---

From: Tana L. Copeland [mailto:tcopeland@smithhulsey.com]
Sent: Wednesday, September 27, 2006 3:52 PM
To: rsamson@splawfirm.com; cstelly@romearata.com
Cc: Brooks, C. Everett
Subject: Winn-Dixie Mediation - Lena Chahboudagiantz

Gentlemen:



Our office would like to schedule Ms. Lena Chahboudagiantz's mediation for 9:00 a.m. on Thursday, December 7, 2006 at the offices of Isaac Levy, Esq., 24 N. Market St., Suite 405, Jacksonville, Florida, 32202. Please confirm by Friday that you and your client will be available for mediation at this date and time.

In the event that this date and time is unacceptable, please contact me by Friday with alternative dates that you and your client are available for mediation.

Very truly yours,

Tana L. Copeland

Legal Assistant

Mediation Claims Coordinator

(904) 359-7850

tcopeland@smithhulsey.com

Tana Copeland, Legal Assistant

Smith Hulsey & Busey

225 Water St., Suite 1800

Jacksonville, Fl 32202

(904) 359-7850

(904) 359-7712 (Fax)

The information contained in this communication may be confidential, is intended only for the use of the recipient(s) named above, and may be

legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please return it to the sender immediately.

**CC:**     "'Brooks, C. Everett'" <CBrooks@sedgwickcms.com>