# ROME, ARATA & BAXLEY, L.L.C.

ATTORNEYS AND COUNSELORS AT LAW
SUITE 2017, POYDRAS CENTER
650 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

C. PERRIN ROME, III* ALSO ADMITTED IN D.C.
BLAKE G. ARATA, JR.
BRISTOL A. BAXLEY (TX ONLY)

W. CHAD STELLY* ALSO ADMITTED IN MISSISSIPPI
J. FORESTER JACKSON

September 21, 2006

TELEPHONE (504) 522-9980
FACSIMILE (504) 522-9971
THIS WRITER'S E-MAIL

cstelly@romearata.com

C. Everett Brooks, General Liability Examiner III
Sedgwick Claims Management Services, Inc.
P.O. Box 24787
Jacksonville, Florida 32241-4787

Re: Lena Chahboudagiantz v. Winn-Dixie Stores, Inc.
15th Circuit Court District, County of Pearl River, State of Mississippi
Case No. 2005-0256
Creditor ID: WDX-416784-V4-L1
Claim No. 12630
Our File No.: 508-1609

Dear Mr. Everett:

It was a pleasure speaking with you recently in connection with the referenced matter. You have suggested that Ms. Chahboudagiantz's claim may be barred as a Proof of Claim form was not timely submitted.

Please be advised that a Proof of Claim form was submitted on behalf of Ms. Chahboudagiantz immediately upon my receipt of same. It is further my understanding that Ms. Chahboudagiantz did not receive the claim form until well after the August 1, 2005 deadline date for filing.

In an effort to "flush this issue out," please provide me with whatever information you may possess with respect to when the Proof of Claim form and appropriate notice was forwarded to Ms. Chahboudagiantz.

I look forward to hearing from you.

With kind regards, I remain,

Very truly yours,
ROME, ARATA & BAXLEY, L.L.C.

W. CHAD STELLY

WCS/amp

NEW ORLEANS, LOUISIANA • HOUSTON, TEXAS
http://www.romearata.com


EXHIBIT 9