# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., ) | |
| ) | *Chapter 11* |
| Reorganized Debtor. ) | |
| ) | Jointly Administered |

## NOTICE OF CROSS APPEAL

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates (collectively, "Winn-Dixie") cross appeals under 28 U.S.C. §158(a) and Rule 8002, Fed. R. Bankr. Proc. from the Bankruptcy Court's Order Granting in Part and Denying in Part Florida Tax Collectors' Motion to Dismiss Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities entered in this case on January 22, 2007 (Docket No. 14815) (the "Order").

The names of the parties to the Order and the names, addresses and telephone numbers of their respective attorneys are as follows:

Party:                                                           Attorneys

The Florida Tax Collectors[1]                                    Brian T. Hanlon, Esq.
                                                                 Palm Beach County Tax Collector
                                                                 Post Office Box 3715
                                                                 West Palm Beach, Florida 33402-3715
                                                                 Telephone: 561/355-2142

---

[1] The "Florida Tax Collectors" consist of the tax collectors for each of the following counties within the State of Florida: Alachua, Baker, Bay, Bradford, Brevard, Broward, Charlotte, Citrus, Clay, Collier, Columbia, DeSoto, Duval, Escambia, Flagler, Gadsden, Hardee, Hendry, Hernando, Highlands, Hillsborough, Indian River, Jackson, Jefferson, Lake, Lee, Leon, Levy, Madison, Manatee, Marion, Martin, Miami-Dade, Monroe, Nassau, Okaloosa, Okeechobee, Orange, Osceola, Palm Beach, Pasco, Pinellas, Polk, Putnam, Santa Rosa, Sarasota, Seminole, St. Johns, St. Lucie, Sumter, Suwannee, Taylor, Volusia, Wakulla, Walton and Washington.

00561975

|  |  |
|---|---|
|  | Brian T. Fitzgerald, Esq.<br>Hillsborough County Attorneys Office<br>Post Office Box 1110<br>Tampa, Florida 33601-1110<br>Telephone: 813/272-5670 |
| Winn-Dixie Stores, Inc. and its affiliates and subsidiaries | Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>Telephone: 904/359-7700 |

Dated: March 28, 2007

SMITH HULSEY & BUSEY

By   */s/ Cynthia C. Jackson*
    Stephen D. Busey
    Cynthia C. Jackson
    Beau Bowin

Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Counsel for Winn-Dixie Stores, Inc.