**United States Bankruptcy Court**
Middle District of Florida, Jacksonville Division
300 North Hogan Street, Suite 3-350
Jacksonville, Florida 32202
Phone (904) 301-6490

March 28, 2007

Mr. Lee Ricciardi
5380 Acacia Trail
Pinellas Park, FL 33782

Dear Mr. Ricciardi,

The court is in receipt of your correspondence dated March 15, 2007 and it is being treated as such.

The Court received your Objection to Confirmation of the Plan filed on August 31, 2006, which was made part of the record. The Confirmation Hearing for the Winn-Dixie Stores, Inc. case was held on October 13, 2006. All Objections to Confirmation of the Plan were notated for the Confirmation Hearing. The Order Confirming Plan was entered on November 9, 2006.

Thank you,

*Susan Carter*
Susan Carter
Deputy Clerk

*Lee Ricciardi*
5380 Acacia Trail
Pinellas Park, Florida 33782
Phone 727-544-0099

REC'ED
JACKSONVILLE, FLORIDA
MAR 21 2007
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

March 15, 2007

Clerk of the Court
United States Courthouse
300 North Hogan Street   Suite   3-350
Jacksonville, Florida  32202

Dear Clerk of the Court:

My letter to you dated January 18, 2007 has never been answered. Is there a reason why? Did I send it to the proper person, or do I have to send it to the Judge that adjudicated the case against Winn Dixie? In the Judges order that I received, was that if I had an interest in that Winn Dixie case I should file with the Court that I did have an interest. If I did not file, then I would lose any argument that I may have had.

Again, I ask you for an explanation as to why I was not notified by your office, who has the interest in all cases filed in that Court. Do I have to file then with the Judge that heard this case?

Respectfully

[signature]

*Lee Ricciardi*

*5380 Acacia Trail*
*Pinellas Park, Florida 33782*
*Telephone 727-544-0099*

FILED
JACKSONVILLE, FLORIDA

JAN 2 2 2007

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

January 18, 2007

Clerk of the Court
United States Courthouse
300 North Hogan Street   Suite 3-350
Jacksonville, Florida 32202

Dear Clerk of the Court,

Enclosed is a letter that I sent to you which I believe, had to be sent before the Judge ruled in the Winn Dixie Case that was coming up before him.

I am still waiting for a reply to my letter, as to why I am not receiving any benefits that I have asked for. I will appreciate any help that you can give me.

Respectfully

14836

*Lee Ricciardi*
5380 Leucia Trail
Pinellas Park, Florida 33782
Telephone 727-544-0899

August 28, 2006

Clerk of the Court
United States Courthouse
300 North Hogan Street    Suite 3-350
Jacksonville, Florida 32202

Dear Clerk of the Court

Please file this letter with the Clerk of the Bankruptcy Court before the Honorable Jerry A. Funk in the United States Courthouse at 300 North Hogan Street, Jacksonville, Florida 32202, before September 25, 2006 at 4:00 p.m. .

Regarding Stock Interests in Winn Dixie Stores Inc. We, Lee and Claire Ricciardi, as Stockholders, we do herby Object to the Confirmation Plan that has been filed in Bankruptcy Court.

Being of advanced ages of Lee Ricciardi 81, and Claire Ricciardi 73 years old. We cannot attend the Hearing in Jacksonville, Florida do to the fact that Lee Ricciardi has a Disability, and with that Disability of Loud Coughing, .I am positive that the Court would have me removed from the Courtroom.

At our ages, loss of this Winn Dixie Stock would create a tremendous hardship, with all the High Costs of Taxes, Insurance and Gasoline Prices . Plus the small Pensions that we receive, we do not know how we can bear it .Claire Ricciardi was an excellent employee of Winn Dixie for over 10 years . All we are interested in, is the $15,000.00 that we invested over 15 years ago be returned .

Sincerely

[signature]

10717