**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |

**NOTICE OF WITHDRAWAL OF OBJECTION TO CLAIM NUMBER 12413 FILED BY BIG LOTS STORES, INC. AS SET FORTH IN THE DEBTORS' FOURTEENTH OMNIBUS OBJECTION (DOCKET NO. 9131)**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries, reorganized debtors in the above-captioned cases, withdraw without prejudice the objection to claim no. 12413 filed by Big Lots Stores, Inc. as set forth in the Debtors' Fourteenth Twenty-Second Omnibus Objection to (A) No Liability Claims and (B) No Liability Misclassified Claims (Docket No. 9131).

Dated: March 28, 2007

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| | |
| By  *s/ D. J. Baker* | By  *s/ James H. Post* |
|     D. J. Baker |     Stephen D. Busey |
|     Sally McDonald Henry |     James H. Post |
|     Rosalie Walker Gray |     Cynthia C. Jackson, |
|     Jane M. Leamy |     Florida Bar Number 175460 |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida 32202 |
| (212) 735-3000 | (904) 359-7700 |
| (212) 735-2000 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | jpost@smithhulsey.com |
| | |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

**Certificate of Service**

I certify that a copy of this document was furnished electronically to the Post-Effective Date Committee, c/o Matthew Barr, Esq. at mbarr@milbank.com and Michael Comerford, Esq. at mcomerford@milbank.com, on March 15, 2007.

*Rosalie W. Gray*
Attorney
