## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors | ) | Jointly Administered |
| | ) | |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Sherri L. Johnson hereby appears as counsel for David Nolte, as Property Appraiser of Indian River County, Florida, in this action. Copies of all future pleadings, orders and correspondence should be directed to Ms. Johnson at the address below.

The undersigned counsel is admitted to practice in this Court.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic transmission or by U.S. first class mail, postage pre-paid to on this 28th day of March, 2007 to:

                                      DENT & JOHNSON, CHARTERED
                                      3415 Magic Oak Lane
                                      Post Office Box 3259
                                      Sarasota, Florida 34230
                                      Phone: (941) 952-1070
                                      Fax:   (941) 952-1094
                                      E-mail: sjohnson@dentjohnson.com

                                      /s/ SHERRI L. JOHNSON
                                      SHERRI L. JOHNSON
                                      Florida Bar No. 0134775

| **Party** | **Attorney** |
|---|---|
| Winn-Dixie Stores, Inc. and Affiliated Debtors | Skadden, Arps, Slate, Meagher & Flom, LLP<br>D.J. Baker, Esq.<br>Four Times Square<br>New York, NY 10036<br>Tel: 212-735-3000<br><br>Smith Hulsey & Busey<br>Stephen D. Busey, Esq.<br>Cynthia C. Jackson, Esq.<br>225 Water Street, Suite 1800,<br>Jacksonville, FL 32202 |
| Florida Tax Collectors | Brian T. Hanlon, Esq<br>Palm Beach County Tax Collector<br>Post Office Box 3715<br>West Palm Beach, FL 33402-3715<br>Tel: 561-355-2142<br><br>Brian T. FitzGerald, Esq.<br>Hillsborough County Attorneys Office<br>Post Office Box 1110<br>Tampa, FL 33601-1110<br>Tel: 813-272-5670 |
| United States Trustee | Kenneth C. Meeker, Esq.<br>Office of the United States Trustee<br>135 W. Central Boulevard, Room 620<br>Orlando, FL 32801<br>Tel: 407-648-6301 |
| Official Committee of Unsecured Creditors | Akerman Senterfitt<br>John B. MacDonald, Esq.<br>50 N. Laura Street, Suite 2500<br>Jacksonville, FL 32202<br>Tel: 904-798-3700<br><br>Milbank, Tweed, Hadley & McCloy, LLP<br>Matthew S. Barr, Esq.<br>One Chase Manhattan Plaza<br>New York, NY 10005<br>Tel: 212-530-5000 |

| | |
|---|---|
| Lori Parrish, CFA<br>Broward County Property Appraiser | Ronald M. Gunzburger, Esq.<br>General Counsel<br>Broward County Property Appraiser's Office<br>115 S. Andrews Avenue, Room 111<br>Fort Lauderdale, FL 33301<br>Tel: 954-357-6804 |
| Bill Donegan, CFA<br>Orange County Property Appraiser<br>&<br>Jim Ford, CFA<br>Brevard County Property Appraiser | Bart R. Valdes, Esq.<br>deBeaubien, Knight, Simmons,<br>Mantzaris & Neal, LLP<br>500 N. West Shore Blvd., Suite 940<br>Tampa, FL 33609<br>Tel: 813-288-9650<br><br>Kenneth P. Hazouri, Esq.<br>deBeaubien, Knight, Simmons,<br>Mantzaris & Neal, LLP<br>332 North Magnolia Avenue<br>P.O. Box 87<br>Orlando, FL 32802-0087<br>Tel: 407-422-2454 |
| Marsha M. Faux, CFA, ASA<br>Polk County Property Appraiser | Michael D. Martin, Esq.<br>Martin Law Office<br>P.O. Box 367<br>Lakeland, FL 33802-0367<br>Tel: 863-686-6700 |
| Property Appraisers of Collier, Hendry,<br>Hernando, Lake, Levy, Martin,<br>Miami-Dade, Palm Beach, Seminole,<br>St. Johns, Sumter & Volusia Counties | Gaylord A. Wood, Jr., Esq.<br>Law Offices of Wood & Stuart, P.A.<br>P.O. Box 1987<br>Bunnell, FL 32110-1987<br>Tel: 386-437-9400 |
| Jim Smith<br>Pinellas County Property Appraiser | Christina M. LeBlanc, Esq.<br>Senior Assistant County Attorney<br>315 Court Street, Sixth Floor<br>Clearwater, FL 33764<br>Tel: 727-464-3354 |

| | |
|---|---|
| Property Appraisers of Santa Rosa, Madison, Escambia and Jefferson Counties | Thomas Findley, Esq.<br>C. Sha'ron James, Esq.<br>Messer, Caparello & Self, P.A.<br>2618 Centennial Place<br>P.O. Box 15579<br>Tallahassee, FL 32317<br>Tel: 850-222-0720 |
| Property Appraisers of Baker, Bradford, Columbia, Clay, DeSoto, Flagler, Gadsen, Hardee, Highlands, Hillsborough, Jackson, Leon, Marion, Nassau, Okeechobee, Osceola, Putnam, Suwannee, Taylor, Wakulla, Walton & Washington Counties | Loren E. Levy, Esq.<br>The Levy Law Firm<br>1828 Riggins Lane<br>Tallahassee, FL 32308<br>Tel: 850-219-0220<br><br>Charles R. Forman, Esq.<br>Forman, Hanratty & Montgomery<br>320 N.W. Third Avenue<br>Ocala, FL 34475<br>Tel: 352-732-3915 |

DENT & JOHNSON, CHARTERED
3415 Magic Oak Lane
Post Office Box 3259
Sarasota, Florida 34230
Phone: (941) 952-1070
Fax: (941) 952-1094
E-mail: sjohnson@dentjohnson.com


  /s/ SHERRI L. JOHNSON
SHERRI L. JOHNSON
Florida Bar No. 0134775

Y:\P54-6272\Notice of Appearance.doc