## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

**WINN-DIXIE STORES, INC.,** <u>et al.</u>,

**Debtors.**[1]

**Chapter 11**

**Case No. 05-03817-3F1**

**(Jointly Administered)**

### CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.    I am of legal age and I am not a party to this action.

2.    I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.    On or about March 26, 2007 I caused copies of:

- the **Notice of Agreed Order (1) On Debtors' Twenty-Second Omnibus Objection, Disallowing Claim Number 7464 Filed by Pepsi-Cola Bottling Co. of Charlotte, Inc. and Claim Number 8338 Filed by Pepsiamericas, Inc. and Reducing Claim Number 9719 Filed by Buffalo Rock Company, and (2) On Debtors' Twenty-Fourth Omnibus Claims Objection, Resolving Claim Number 8865 Filed by Pepsi Bottling Group**

     to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served notice as listed above is attached hereto as Exhibit B.

Dated: March 28, 2007

Kathleen M. Logan

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

EXHIBIT A
SERVICE LIST

**SERVICE LIST**

**Notice of Agreed Order (1) On Debtors' Twenty-Second
Omnibus Claims Objection, Disallowing Claim Number 7464
Filed by Pepsi-Cola Bottling Co of Charlotte Inc and Claim
Number 8338 Filed by PepsiAmericas Inc and Reducing
C laim Number 9719 Filed by Buffalo Rock Company...**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                  **CASE:   05-03817-3F1**

CREDITOR ID: 410455-15
BUFFALO ROCK COMPANY
ATTN ROGER D BARKER
111 OXMOOR ROAD
BIRMINGHAM AL 35209

CREDITOR ID: 410455-15
BUFFALO ROCK COMPANY
C/O BURR & FORMAN LLP
ATTN DEREK F MEEK, ESQ
420 NORTH TWENTIETH ST, SUITE 3100
BIRMINGHAM AL 35203-5206

CREDITOR ID: 399350-98
JPMORGAN CHASE BANK NA
ATTN STANLEY LIM
CARRIE A PARKS
270 PARK AVE 17TH FLR
NEW YORK NY 10017

CREDITOR ID: 399350-98
JPMORGAN CHASE BANK NA
C/O KIRKPATRICK & LOCKHART ET AL
ATTN TIMOTHY C BENNETT, ESQ
599 LEXINGTON AVENUE
NEW YORK NY 10022

CREDITOR ID: 410493-15
PEPSI BOTTLING GROUP
ATTN MIKE BEVILACQUA
1100 REYNOLDS BLVD
WINSTON-SALEM NC 27102

CREDITOR ID: 279086-32
PEPSIAMERICAS, INC
1475 E WOODFIELD RD STE 1300
SCHAUMBURG IL 60173-5482

CREDITOR ID: 279260-35
PEPSI-COLA BOTTLING CO OF CHARLOTTE
ATTN JON CARROLL
100 REYNOLDS BOULEVARD
WINSTON-SALEM NC 27105

**Total:   7**

EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

**NOTICE OF AGREED ORDER**
**(1) ON DEBTORS' TWENTY-SECOND OMNIBUS CLAIMS OBJECTION,**
**DISALLOWING CLAIM NUMBER 7464 FILED BY PEPSI-COLA**
**BOTTLING CO. OF CHARLOTTE, INC. AND CLAIM NUMBER 8338**
**FILED BY PEPSIAMERICAS, INC. AND REDUCING CLAIM NUMBER**
**9719 FILED BY BUFFALO ROCK COMPANY, AND**
**(2) ON DEBTORS' TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION,**
**RESOLVING CLAIM NUMBER 8865 FILED BY PEPSI BOTTLING GROUP**

---

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

The Court will consider this matter without further notice or hearing unless a party in interest files an objection within 3 business days from the date of service of this paper. If you object to the relief requested in this paper, you must (a) file your response with the Clerk of the Bankruptcy Court in accordance with the Court's electronic filing procedures or at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and (b) serve a copy by email and fax on (i) Winn-Dixie Stores, Inc. c/o Jay Castle, Esq., 5050 Edgewood Court, Jacksonville, Florida 32254, JayCastle@winn-dixie.com, (ii) James H. Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, jpost@smithhulsey.com and (iii) Rosalie Gray, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, rgray@skadden.com.

If you file and serve a response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file a response within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates (the "Debtors")

give notice of the proposed entry of the attached Agreed Order (1) On Debtors'

Twenty-Second Omnibus Claims Objection, Disallowing Claim Number 7464 Filed

By Pepsi-Cola Bottling Co. Of Charlotte, Inc. And Claim Number 8338 Filed By

Pepsiamericas, Inc. And Reducing Claim Number 9719 Filed By Buffalo Rock

Company, And (2) On Debtors' Twenty-Fourth Omnibus Claims Objection,

Resolving Claim Number 8865 Filed By Pepsi Bottling Group.

If no objection to the proposed Agreed Order is filed and served within the

time set forth above, the Court will be requested to enter the Agreed Order without

further notice or hearing.

Dated:   March 26, 2007

SKADDEN, ARPS, SLATE, MEAGHER                SMITH HULSEY & BUSEY
& FLOM LLP


By    s/ D.J. Baker                                          By     s/ James H. Post
          D. J. Baker                                                    Stephen D. Busey
          Rosalie Walker Gray                                      James H. Post
          Jane M. Leamy                                            Cynthia C. Jackson
          David M. Turetsky                                        Florida Bar Number 175460

Four Times Square                                        225 Water Street, Suite 1800
New York, New York 10036                          Jacksonville, Florida  32202
(212) 735-3000                                             (904) 359-7700
(917) 777-2150 (facsimile)                           (904) 359-7708 (facsimile)
djbaker@skadden.com                                  jpost@smithhulsey.com

Co-Counsel for Reorganized Debtors            Co-Counsel for Reorganized Debtors

2

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors.[1] | ) | Jointly Administered |

**AGREED ORDER (1) ON DEBTORS' TWENTY-SECOND OMNIBUS
CLAIMS OBJECTION,  DISALLOWING CLAIM NUMBER 7464 FILED BY
PEPSI-COLA BOTTLING CO. OF CHARLOTTE, INC. AND CLAIM
NUMBER 8338 FILED BY PEPSIAMERICAS, INC. AND REDUCING
CLAIM NUMBER 9719 FILED BY BUFFALO ROCK COMPANY, AND (2)
ON DEBTORS' TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION,
RESOLVING CLAIM NUMBER 8865 FILED BY PEPSI BOTTLING GROUP**

These cases came before the Court for hearing (i) on October 12, 2006, upon

the Twenty-Second Omnibus Objection of Winn-Dixie Stores, Inc. and twenty-three

of its subsidiaries and affiliates (collectively, the "Debtors"),[2] which objection

included among the several claims subject to dispute the claim of Pepsi-Cola

Bottling Co. of Charlotte, Inc. filed as Claim No. 7464, the claim of PepsiAmericas,

Inc. filed as Claim No. 8338, and the claim of Buffalo Rock Company filed as Claim

No. 9719; and (ii) on November 16, 2006, upon the Twenty-Fourth Omnibus

Objection of the Debtors, which objection included as one of the several claims

subject to dispute the claim of Pepsi Bottling Group (as assignor to SPCP Group,

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these
related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep
South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers,
Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway
Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc.,
Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks,
Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery,
Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie
Supermarkets, Inc.

[2]    All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to
them in the Objection.

L.L.C., as Agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd., which subsequently transferred the claim to the current claimholder, JPMorgan Chase Bank, N.A.) filed as Claim No. 8865. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1.    The prior allowance of Claim No. 7464 filed by Pepsi-Cola Bottling Co. of Charlotte, Inc. in a reduced amount pursuant to Order of this Court dated December 12, 2006 (Docket No. 13198) is set aside. Claim No. 7464 is disallowed in full. The Debtors are directed to instruct their claims agent, disbursing agent and stock transfer agent to reverse the distribution of stock made on account of Claim No. 7464 and to make no distribution whatsoever on account of such claim.

2.    The prior allowance of Claim No. 8338 filed by PepsiAmericas, Inc. in a reduced amount pursuant to Order of this Court dated December 12, 2006 (Docket No. 13198) is set aside. Claim No. 8338 is disallowed in full. The Debtors are directed to instruct their claims agent, disbursing agent and stock transfer agent to reverse the distribution of stock made on account of Claim No. 8338 and to make no distribution whatsoever on account of such claim.

3.    Claim No. 9719 filed by Buffalo Rock Company is allowed as an unsecured non-priority claim (plan class 14) in the amount of $120,301.01 and the remainder of Claim No. 9719 (exclusive of the previously allowed and paid administrative reclamation claim) is disallowed.

4.    Claim No. 8865 filed by Pepsi Bottling Company (and currently held by JPMorgan Chase Bank, N.A. as set forth above) is allowed as an unsecured non-priority claim (plan class 14) in the amount of $5,000,000.00 and the remainder of

2

Claim No. 8865 (exclusive of the previously allowed and paid administrative reclamation claim) is disallowed.

     5.    The Court shall retain jurisdiction to resolve any disputes arising from this Order.

     Dated this _____ day of _____, 2007 in Jacksonville, Florida.


                                          _____

                                          Jerry A. Funk
                                          United States Bankruptcy Judge

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY                    FRANK/GECKER LLP


By  /s/ James H. Post                           By  /s/ Joseph D. Frank          *
       James H. Post (FBN 175460)                    Joseph D. Frank

225 Water Street, Suite 1800                325 North LaSalle Street, Suite 625
Jacksonville, Florida 32202                 Chicago, Illinois 60610
(904) 359-7700                              (312) 276-1402
(904) 359-7708 (facsimile)                  (312) 276-0035 (facsimile)
Email: jpost@smithhulsey.com                Email: jfrank@fgllp.com

                                            Counsel for Pepsi-Cola Bottling Co. of
                                            Charlotte, Inc., PepsiAmericas, Inc. and
-and-                                       Pepsi Bottling Group

                                            *Counsel has authorized his electronic
                                            signature

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

D. J. Baker                                 BURR & FORMAN LLP
Rosalie Walker Gray
Jane M. Leamy
David M. Turetsky                           By  /s/ Derek F. Meek          *
Four Times Square                                Derek F. Meek
New York, New York 10036
(212) 735-3000                              420 North 20th Street, Suite 3100
(212) 735-2000 (facsimile)                  Birmingham, Alabama 35283
                                            (205) 251-3000
                                            (205) 458-5100 (facsimile)
Co-Counsel for Reorganized Debtors          Email: dmeek@burr.com

                                            Counsel for Buffalo Rock Company

                                            *Counsel has authorized his electronic
                                            signature

4

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP


By */s/ Jeffrey N. Rich*          *
      Jeffrey N. Rich

599 Lexington Avenue
New York, New York 10022-6030
(212) 536-3900
(212) 536-3901 (facsimile)
Email: jeff.rich@klgates.com

Counsel for JPMorgan Chase Bank, N.A.

*Counsel has authorized his electronic
signature

**Certificate of Service**

I certify that a copy of this document has been furnished electronically and by facsimile to the Post-Effective Date Committee, c/o Matthew Barr, Esq. and Michael Comerford, Esq., Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, to email addresses mbarr@milbank.com and mcomerford@milbank.com, and to facsimile numbers 212-822-5194 and 212-822-5318, this 26th day of March, 2007.

*David M. Turetsky*
Attorney