UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about March 26, 2007 I caused copies of:

- the **Notice of Withdrawal of Objection to Claim Number 10209 Filed by American Residential Equities, Inc., as Set Forth in the Debtors' Thirteenth Omnibus Objection (Docket No. 8425)**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served notice as listed above is attached hereto as Exhibit B.

Dated: March 28, 2007

_____
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: 42

EXHIBIT A
SERVICE LIST

**SERVICE LIST**

**Notice of Withdrawal of Objection to Claim Number 10209 Filed by American Residential Equities Inc as Set Forth in the Debtors' Thirteenth Omnibus Objection (Docket No. 8425)**

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.　　　　　　　　　　　　　　　**CASE:** 05-03817-3F1

CREDITOR ID: 410961-15
AMERICAN RESIDENTIAL EQUITIES, INC
C/O HOLLAND & KNIGHT LLP
ATTN DAVID R SOFTNESS, ESQ
701 BRICKELL AVENUE, SUITE 3000
MIAMI FL 33131

**Total:　1**

EXHIBIT B

Code: 42

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| Reorganized Debtors. | ) Jointly Administered |

**NOTICE OF WITHDRAWAL OF OBJECTION TO CLAIM NUMBER 10209 FILED BY AMERICAN RESIDENTIAL EQUITIES, INC., AS SET FORTH IN THE DEBTORS' THIRTEENTH OMNIBUS OBJECTION (DOCKET NO. 8425)**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries, reorganized debtors in the above-captioned cases, withdraw without prejudice the objection to claim no. 10209 filed by American Residential Equities, Inc., as set forth in the Debtors' Thirteenth Omnibus Objection to (A) No Liability Claims, (B) Overstated Claims, (C) Unliquidated Claims and (D) Amended and Superseded Claims (Docket No. 8425).

Dated: March 26, 2007

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By ___s/ D. J. Baker___
    D. J. Baker
    Sally McDonald Henry
    Rosalie Walker Gray
    Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Co-Counsel for Reorganized Debtors

SMITH HULSEY & BUSEY

By ___s/ James H. Post___
    Stephen D. Busey
    James H. Post
    Cynthia C. Jackson,
    Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Co-Counsel for Reorganized Debtors

488273-Wilmington Server 1A - MSW