STATE OF ALABAMA      )
COUNTY OF MONTGOMERY  )

## AFFIDAVIT

Before me, the undersigned authority, in said County and State, personally appeared Janett Reeves, by first being duly sworn on oath, deposes and says:

1. My name is Janett Reeves. I am over the legal age of nineteen (19) years.

2. My residence is located at 3356 Woodpark Drive, Montgomery, Alabama 36116.

3. I have never received any notice and/or correspondence from the United States Bankruptcy Court, Middle District of Florida, Jacksonville Division, Logan and Company, Inc., Smith, Hulsey & Busey, Sedgwick CMS, or Winn-Dixie Stores, Inc., regarding a personal injury claim that occurred on August 15, 2005, at a Winn-Dixie Store located on Carter Hill Road, Alabama.

_____      3-20-07
Janett Reeves                        Date

Sworn to and subscribed before me on this the ___ day of _____, 2007.

_____
NOTARY PUBLIC

12/16/10
_____
My commission expires

# GOLDBERG & ASSOCIATES, P.C.

ATTORNEYS AT LAW
505 – 20th STREET NORTH, SUITE 325
BIRMINGHAM, ALABAMA 35203
(205) 322-4700
1-800-600-6014
FACSIMILE (205) 320-2199

DAN A. GOLDBERG*
ANTHONY G. GEORGE
J. DEAN HASH, II
MICHAEL A. YOST
A. PATRICK RAY, III

*ALSO MEMBER FLORIDA & MISSISSIPPI BAR

March 26, 2007

Clerk of the Court
UNITED STATES COURTHOUSE
300 North Hogan Street, Suite 3-350
Jacksonville, Florida 32202

RE: JANETT REEVES vs. WINN-DIXIE STORES, INC.
DOCUMENT NUMBERS: 15384 and 15412

To Whom It May Concern:

Please find enclosed a copy of the Affidavit signed by my client, Janett Reeves, stating she has never received any paperwork: RE: "Winn-Dixie Bankruptcy Deadline."

If you should have any questions, please contact me at the above listed telephone numbers or address. Thank you for your prompt attention to this matter.

Very truly yours,

DAN A. GOLDBERG

DAG:phh

Enclosures