UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILL DIVISION

FILED
JACKSONVILLE, FLORIDA
MAR 2 8 2007
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:  )
 )
WINN-DIXIE STORES, INC., ET AL.,  ) Case No. 05-017-3F1
 ) Chapter 11
Debtors,  ) Jointly Administered
 )

## MOTION TO AMEND AGREED ORDER OF THE LITIGATION
### CLAIM OF BARBARA DAYE (CLAIM NO. 12824)

COMES NOW the claimant Barbara Daye and moves to Court to amend the Agreed Order entered in this matter for the following reasons:

1. The settlement approved in accordance with the confirmed plan of reorganization was understood to be paid in cash and the settlement documents were signed and executed with that understanding.
2. That the Plan issued stock or cash but the manner of settlement made no provisions for the payment of the attorney fees or any other liens which were incurred in this case.

THEREFORE, the plaintiff respectfully pray the Court that this case be amended to order that the settlement be paid over to the claimant in cash and that all communications be directed to the attorney of record in this matter.

This the 24th day of March, 2007.

Lee D. Andrews
Attorney at Law
Post Office Box 21472
Greensboro, North Carolina 27420
Telephone: (336) 378-0533.

CERTIFICATE OF SERVICE

I hereby certify that service was made upon counsel for defendants by serving via postage prepaid US mail as follows:

Kelly Sullivan
Sedgwick Claims M'mgt
PO Box 24787
Jacksonville, Florida 3221*f*

Lee D. Andrews