# UNITED STATES BANKRUPTCY COURT

Middle District Of Florida
300 North Hogan Street, 3-350
Jacksonville, Florida  32202

In re:
WINN-DIXIE STORES, INC. Et al.            In a Chapter 11 Case
                                          Case Number 05-3817-3F1

Debtor(s)                                 Adversary Number - N/A

## -TRANSMITTAL OF RECORD TO DISTRICT COURT-

(X) Appeal pursuant to 28 USC § 158

Notice of Appeal Filed: 11/17/06

The Party or Parties included in the Appeal to the District Court:

Appellant(s). E&A Financing II, L.P., E&A Southeast L.P., Shields Plaza, Inc., Woodberry Plaza (E&A), L.L.C., Villa Rica Retail Properties, L.L.C., Halpern Enterprises, Inc. and Bank of America as Trustee.
Attorney: Kimberly H. Israel, Adam N. Frisch, 1301 Riverplace Blvd., Suite 1916, Jacksonville, FL 32207
    (904)398-7038 and Mark A. Kelley, 11 Piedmont Center, Suite 900, Atlanta, GA 30305
    (404)467-7718

Appellee(s): Winn-Dixie Stores, Inc., et al.
Attorney: Stephen D. Busey, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202
    (904)359-7700

**Title and Date of Orders Appealed** - Order Confirming Chapter 11 Plan of Reorganization of Winn-Dixie Stores, Inc. And Affiliated Debtors entered on November 9, 2006.

Items included in transmittal pursuant to F.R.B.P. 8003(b): **All Appeal Designation on Disk, except Exhibits and all will be hand delivered.**

(X) Notice of Appeal                               ( ) Any Answer(s)
(X) Designation in Appeal of Appellee and Appellant (X) Transcripts
(X) Designation in Cross Appeal                    (X) Exhibits
(X) Other: Copy of Docket

Case number(s) of Pending Appeal(s) in this Case: none

County of Residence: Duval County      Date March 27, 2007    By: Cathy Perkins

District Court Case Number  3:07-CV-238-J-32