## UNITED STATES BANKRUPTCY COURT

Middle District Of Florida
300 North Hogan Street, 3-350
Jacksonville, Florida 32202

In re:
Winn-Dixie Stores, Inc.                         Case Number - 3-05-bk-3817-3F1
                                                Adversary Number - N/A
Debtor(s)

### -TRANSMITTAL OF RECORD TO DISTRICT COURT-

(X) Appeal pursuant to 28 USC § 158(a).

Notice of Appeal Filed: November 17, 2006

The Party or Parties included in the Appeal to the District Court:

Appellant(s): Florida Tax Collectors
Attorney:   Brian T. Hanlon
            PO Box 3715, West Palm Beach, FL 33402-3715 (561-355-2142)

Appellee(s): Winn-Dixie Stores, Inc
Attorney:   Stephen Busey, 225 Water St., Ste 1800, Jacksonville, FL 32202 (904-359-7700)
            D.J. Baker, Four Times Square, New York, NY 10036 (212-735-3000)

**Title and Date of Orders Appealed** - Order Confirming Joint Plan of Reorganization of Winn-Dixie, Inc. And Affiliated Debtors entered on November 9, 2006.

Items included in transmittal pursuant to F.R.B.P. 8003(b): **EXHIBITS WILL BE HAND DELIVERED WITH COPIES OF CLAIMS ON DISK.**

(X) Notice of Appeal                                ( ) Any Answers(s)
(X) Designation in Appeal of Appellant              (X) Transcripts
(X) Designation in Cross Appeal                     (X) Exhibits
(X) Other: Copy of Docket

Case number(s) of Pending Appeal(s) in this Case: none

County of Residence: Duval County     Date March 27, 2007    By: Cathy Perkins

District Court Case Number  3:07-CV-237-J-33