# UNITED STATES BANKRUPTCY COURT

Middle District Of Florida
300 North Hogan Street, 3-350
Jacksonville, Florida 32202

In re:
WINN-DIXIE STORES, INC. Et Al.

In a Chapter 11 Case
Case Number 05-3817-3F1

Debtor(s)

Adversary Number - N/A

### -TRANSMITTAL OF RECORD TO DISTRICT COURT-

(X) Appeal pursuant to 28 USC § 158

Notice of Appeal Filed: 12/22/06

The Party or Parties included in the Appeal to the District Court:

Appellant(s). Liquidity Solutions, Inc., E&A Financing, II, L.P., E&A Southeast, L.P., Shields Plaza, Inc., Woodberry Plaza, Inc., Woodberry Plaza (E&A), LLC, Villa Rica Retail Properties, LLC, Halpern Enterprises, Inc. And Bank of America as Trustee of Betty Holland
Attorney: Harley E. Riedel, Stichter, Riedel, Blain & Prosser, 110 E. Madison Street, Suite 200, Tampa, FL 33602
(813)229-0144

Appellee(s): Winn-Dixie Stores, Inc., et al.
Attorney: Stephen D. Busey, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202
(904)359-7700

**Title and Date of Orders Appealed** -Third Order Disallowing Duplicate Different Claims, As Set Forth In The Debtors' Twentieth Omnibus Claims Objections entered on December 14, 2006.

Items included in transmittal pursuant to F.R.B.P. 8003(b): **All Appeal Designation on Disk, except Exhibits and all will be hand delivered.**

(X) Notice of Appeal
(X) Designation in Appeal of Appellee and Appellant
(X) Designation in Cross Appeal
(X) Other: Copy of Docket

( ) Any Answers(s)
(X) Transcripts
(X) Exhibits

Case number(s) of Pending Appeal(s) in this Case: none

County of Residence: Duval County    Date March 27, 2007    By: Cathy Perkins

District Court Case Number  3:07-CV-239-J-25