UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817-3F1

IN RE:

**WINN-DIXIE STORES, INC.,**

**Debtor(s)**

## ORDER STRIKING MOTION TO AMEND AGREED ORDER OF THE LITIGATION CLAM OF BARBARA DAYE (CLAIM NO. 12824)

The Court finds that the Motion to Amend Agreed Order of the Litigation Claim of Barbara Daye (Claim No. 12824), filed by Lee D. Andrews, on behalf of Barbara Daye on March 28, 2007 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Motion to Amend Agreed Order of the Litigation Claim of Barbara Daye (Claim No. 12824), filed by Lee D. Andrews, on behalf of Barbara Daye on March 28, 2007, is stricken from the record.

**DATED** March 29, 2007, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Lee D. Andrews, P.O. Box 21472, Greensboro, NC 27420