## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

CASE NO:  3:05-bk-3817-3F1

IN RE:

**WINN-DIXIE STORES, INC.,**

<u>Debtor(s)</u>

### ORDER STRIKING AFFIDAVIT OF JANETT REEVES

The Court finds that the Affidavit  filed by Dan A. Goldberg, on behalf of Janett Reeves on March 28, 2007 was filed in paper form.  On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission.  Accordingly, it is

**ORDERED**:

The Affidavit filed by Lee D. Andrews, on behalf of Janett Reeves on March 28, 2007,  is stricken from the record.

**DATED March 29, 2007,** at Jacksonville, Florida.

**Jerry A. Funk**
**United States Bankruptcy Judge**

Copies to:
Dan Goldberg, 505 -20th Street North, Suite 325, Birmingham, AL 35203