UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## PROPERTY APPRAISER DAVID NOLTE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEBTOR'S OBJECTION TO FLORIDA TAX CLAIMS AND MOTION FOR ORDER DETERMINING TAX LIABILITIES

Respondent David Nolte, as Property Appraiser of Indian River County, Florida, moves this Court for a 20 day extension of the time in which to serve a response to Debtor's Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities [hereinafter "Objection and Motion"], and in support thereof states as follows:

1. In this Court's Order Granting in Part and Denying in Part Florida Tax Collectors' Motion to Dismiss Debtor's Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities dated January 19, 2007, this Court ordered the debtors to serve a copy of their Objection and Motion on the Property Appraisers, and directed the Property Appraisers to file a response to the Objection and Motion within 30 days of service.

2. The Property Appraisers' responses to the Objection and Motion were due to be served by March 19, 2007 for those Respondents that were served electronically, and by March 21, 2007 for those who were served by mail.

3.	Mr. Nolte was not personally served with the Court's order, and thus did not understand the significance of the document, and that a response was necessary. The undersigned counsel was recently retained to represent him in this proceeding.

4.	The Court previously granted the undersigned counsel an extension of time until April 9, 2007 to file a response on behalf of the seven other Property Appraisers that she represents.

5.	Counsel for the Respondent Property Appraisers has conferred with Cynthia Jackson, counsel for the Debtor, and is authorized to represent that the Debtor has no objection to this motion.

WHEREFORE, Respondent, David Nolte, as Property Appraiser of Indian River County Florida, respectfully requests that this Court enter an Order extending the time for service of his response to Debtor's Objection and Motion from March 19, 2007, to and including April 9, 2007.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic transmission or by U.S. first class mail, postage pre-paid on this 29th day of March, 2007 to:

| **Party** | **Attorney** |
|---|---|
| Winn-Dixie Stores, Inc. and Affiliated Debtors | Skadden, Arps, Slate, Meagher & Flom, LLP<br>D.J. Baker, Esq.<br>Four Times Square<br>New York, NY 10036<br>Tel: 212-735-3000<br><br>Smith Hulsey & Busey<br>Stephen D. Busey, Esq.<br>Cynthia C. Jackson, Esq.<br>225 Water Street, Suite 1800,<br>Jacksonville, FL 32202 |
| Florida Tax Collectors | Brian T. Hanlon, Esq.<br>Palm Beach County Tax Collector<br>Post Office Box 3715<br>West Palm Beach, FL 33402-3715<br>Tel: 561-355-2142<br><br>Brian T. FitzGerald, Esq.<br>Hillsborough County Attorneys Office<br>Post Office Box 1110<br>Tampa, FL 33601-1110<br>Tel: 813-272-5670 |
| United States Trustee | Kenneth C. Meeker, Esq.<br>Office of the United States Trustee<br>135 W. Central Boulevard, Room 620<br>Orlando, FL 32801<br>Tel: 407-648-6301 |
| Official Committee of Unsecured Creditors | Akerman Senterfitt<br>John B. MacDonald, Esq.<br>50 N. Laura Street, Suite 2500<br>Jacksonville, FL 32202<br>Tel: 904-798-3700<br><br>Milbank, Tweed, Hadley & McCloy, LLP<br>Matthew S. Barr, Esq.<br>One Chase Manhattan Plaza<br>New York, NY 10005<br>Tel: 212-530-5000 |

| | |
|---|---|
| Lori Parrish, CFA<br>Broward County Property Appraiser | Ronald M. Gunzburger, Esq.<br>General Counsel<br>Broward County Property Appraiser's Office<br>115 S. Andrews Avenue, Room 111<br>Fort Lauderdale, FL 33301<br>Tel: 954-357-6804 |
| Bill Donegan, CFA<br>Orange County Property Appraiser<br>&<br>Jim Ford, CFA<br>Brevard County Property Appraiser | Bart R. Valdes, Esq.<br>deBeaubien, Knight, Simmons,<br>Mantzaris & Neal, LLP<br>500 N. West Shore Blvd., Suite 940<br>Tampa, FL 33609<br>Tel: 813-288-9650 |
| | Kenneth P. Hazouri, Esq.<br>deBeaubien, Knight, Simmons,<br>Mantzaris & Neal, LLP<br>332 North Magnolia Avenue<br>P.O. Box 87<br>Orlando, FL 32802-0087<br>Tel: 407-422-2454 |
| Marsha M. Faux, CFA, ASA<br>Polk County Property Appraiser | Michael D. Martin, Esq.<br>Martin Law Office<br>P.O. Box 367<br>Lakeland, FL 33802-0367<br>Tel: 863-686-6700 |
| Property Appraisers of Collier, Hendry,<br>Hernando, Lake, Levy, Martin,<br>Miami-Dade, Palm Beach, Seminole,<br>St. Johns, Sumter & Volusia Counties | Gaylord A. Wood, Jr., Esq.<br>Law Offices of Wood & Stuart, P.A.<br>P.O. Box 1987<br>Bunnell, FL 32110-1987<br>Tel: 386-437-9400 |
| Jim Smith<br>Pinellas County Property Appraiser | Christina M. LeBlanc, Esq.<br>Senior Assistant County Attorney<br>315 Court Street, Sixth Floor<br>Clearwater, FL 33764<br>Tel: 727-464-3354 |

| | |
|---|---|
| Property Appraisers of Santa Rosa, Madison, Escambia and Jefferson Counties | Thomas Findley, Esq<br>C. Sha'ron James, Esq.<br>Messer, Caparello & Self, P.A.<br>2618 Centennial Place<br>P.O. Box 15579<br>Tallahassee, FL 32317<br>Tel: 850-222-0720 |
| Property Appraisers of Baker, Bradford, Columbia, Clay, DeSoto, Flagler, Gadsen, Hardee, Highlands, Hillsborough, Jackson, Leon, Marion, Nassau, Okeechobee, Osceola, Putnam, Suwannee, Taylor, Wakulla, Walton & Washington Counties | Loren E. Levy, Esq.<br>The Levy Law Firm<br>1828 Riggins Lane<br>Tallahassee, FL 32308<br>Tel: 850-219-0220<br><br>Charles R. Forman, Esq.<br>Forman, Hanratty & Montgomery<br>320 N.W. Third Avenue<br>Ocala, FL 34475<br>Tel: 352-732-3915 |

DENT & JOHNSON, CHARTERED
3415 Magic Oak Lane
Post Office Box 3259
Sarasota, Florida 34230
Phone: (941) 952-1070
Fax: (941) 952-1094
E-mail: sjohnson@dentjohnson.com


  /s/ SHERRI L. JOHNSON
SHERRI L. JOHNSON
Florida Bar No. 0134775

Y:\P54-6272\Motion for Extension of Time.doc