# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Reorganized Debtors. | Jointly Administered |

## NOTICE OF WITHDRAWAL OF OBJECTION TO CLAIM NUMBER 9959 FILED BY MCW-RC FL-HIGHLANDS, LLC AS SET FORTH IN THE DEBTORS' TWENTY-SIXTH OMNIBUS OBJECTION (DOCKET NO. 12281)

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries, reorganized debtors in the above-captioned cases, withdraw without prejudice the objection to claim no. 9959 ($41,610.17) filed by MCW-RC FL-Highlands, LLC as set forth in the Debtor' Twenty-Sixth Omnibus Objection to Claims Arising From Unexpired Leases of Non-Residential Real Property (I) That Have Been Assumed, (II) That Have Been Assumed and Assigned, or (III) That are the Subject of Lease Termination Agreements (Docket No. 12281).

Dated: March 29, 2007

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By   *s/ D. J. Baker*<br>      D. J. Baker<br>      Sally McDonald Henry<br>      Rosalie Walker Gray<br>      Jane M. Leamy<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com | By   *s/ James H. Post*<br>      Stephen D. Busey<br>      James H. Post<br>      Cynthia C. Jackson,<br>      Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

1222922-New York Server 7A - MSW