UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Reorganized Debtors.[1] | Jointly Administered |

**AGREED ORDER RESOLVING CLAIM NOS. 12172
AND 12173 FILED BY GS II BROOK HIGHLAND, LLC**

These causes originally came before the Court for hearing upon the Twelfth and Thirteenth Omnibus Objections to Claims (collectively, the "Objections") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"). Included among the several proofs of claim that were the subject of the Objections were claim numbers 12172 and 12173 filed by GS II Brook Highland, LLC. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim no. 12172 filed by GS II Brook Highland, LLC is disallowed in its entirety.

2. Claim no. 12173 filed by GS II Brook Highland, LLC is allowed as an unsecured non-priority claim in the amount of $572,662.59 (plan class 13), and the remainder of claim no. 12173 is disallowed.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

3.  The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this ___ day of March, 2007 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| SMITH HULSEY & BUSEY | KELLY DRYE & WARREN LLP |
|---|---|
| By /s/ *James H. Post*  <br>James H. Post | By /s/ *Robert L. LeHane* *  <br>Robert L. LeHane |

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

101 Park Avenue
New York, NY 10178
(212) 808-7573
(212) 808-7897 (facsimile)

Counsel for GS II Brook Highland, LLC

*Counsel has authorized his electronic signature

-and-

SKADDEN, ARPS, SLATE,
MEAGHER
& FLOM LLP

D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Co-Counsel for Reorganized Debtors