## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| Reorganized Debtors.[1] | ) Jointly Administered |

### AGREED ORDER RESOLVING CLAIM NUMBER 12836 FILED BY BIG LOTS STORES, INC., AS SET FORTH IN THE DEBTORS' FOURTEENTH OMNIBUS CLAIMS OBJECTION

These cases originally came before the Court for hearing on August 10, 2006, upon the Fourteenth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"). Included among the several proofs of claim that were the subject of the Objection was claim number 12836 filed by Big Lots Stores, Inc. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim no. 12836 filed by Big Lots Stores, Inc. is allowed as an unsecured non-priority claim (plan class 16) in the amount of $249,000, and the remainder of claim no. 12836 is disallowed.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

2. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 29 day of March, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

<u>Consent</u>

The undersigned parties consent to the entry of the foregoing Agreed Order.

| SMITH HULSEY & BUSEY | MILAM HOWARD NICANDRI DEES & GILLAM, P.A. |
|---|---|
| By /s/ James H. Post<br>James H. Post (Bar # 175460) | By /s/ Peter E. Nicandri *<br>Peter E. Nicandri |
| 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>Email: jpost@smithhulsey.com | 14 East Bay Street<br>Jacksonville, Florida 32202<br>(904) 357-3660<br>(904) 357-3661 (facsimile)<br>Email: pnicandri@milamhoward.com |
| | Counsel for Big Lots Stores, Inc. |
| | *Counsel has authorized his electronic signature |

-and-

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

D. J. Baker
Rosalie Walker Gray
Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Co-Counsel for Reorganized Debtors

3