UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | *Chapter 11* |
| Reorganized Debtors.[1] | Jointly Administered |

### AGREED ORDER RESOLVING CLAIM NO. 12842 FILED BY THE TEACHERS RETIREMENT SYSTEM OF THE STATE OF KENTUCKY

These causes originally came before the Court for hearing upon the Twenty-Eighth Omnibus Objection to Claims (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"). Included among the several proofs of claim that were the subject of the Objection was claim number 12842 filed by the Teachers Retirement System of the State of Kentucky ("Teachers Retirement"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim no. 12842 filed by the Teachers Retirement is allowed as an unsecured non-priority claim in the amount of $590,995.40 (plan class 13), and the remainder of claim no. 12842 is disallowed.

2. To the extent that Teachers Retirement recovers any amounts that are the subject of, or related to, claim no. 12842 from Beuhler Foods, Inc.,

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

whose bankruptcy case is currently pending before the United States Bankruptcy Court, Southern District of Indiana, Evansville Division (Case No. 05-70961), Teachers Retirement shall, without any further action by the Debtors, turn over such amounts to the Debtors.

       3.      The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this ___ day of March, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| SMITH HULSEY & BUSEY | WYATT TARRANT & COMBS LLP |
|---|---|
| By /s/ James H. Post | By /s/ John P. Brice * |
| James H. Post | John P. Brice |
| Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile) | 250 West Main Street<br>Suite 1600<br>Lexington, Kentucky 40507-1746<br>(859) 288-7462<br>(859) 259-0649 (facsimile) |
| -and- | Counsel for Teachers Retirement System of the State of Kentucky |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | *Counsel has authorized his electronic signature |
| D. J. Baker<br>Sally McDonald Henry<br>Rosalie Walker Gray<br>Jane M. Leamy<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile) | |
| Co-Counsel for Reorganized Debtors | |