UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Reorganized Debtors. | Jointly Administered |

AGREED ORDER RESOLVING CURE OBJECTION
FILED BY GEHR FLORIDA DEVELOPMENT, LLC (STORE NO. 348)

This cause came before the Court on the Objection to Proposed Cure Amount Listed in Debtors' Amended Omnibus Motion for Order to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief filed by Gehr Florida Development, LLC ("Gehr") (Docket No. 8864) with respect to Store Number 348 (the "Cure Objection"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objection is overruled.

2. Proof of Claim number 9397 filed by Gehr is allowed as an administrative claim in the amount of $47,806.39, $39,728.91 of which Winn-Dixie Stores, Inc. and its affiliate debtors (collectively, the "Reorganized Debtors") have paid.

3. Within fourteen (14) days of entry of this Agreed Order, the Reorganized Debtors will pay $8,077.48 in full satisfaction of any right to cure Gehr has or may have under 11 U.S.C. § 365 or otherwise.

4. This Agreed Order resolves all liabilities and obligations related to (i) all

proofs of claim and administrative expense claims filed by Gehr in these Chapter 11 cases and (ii) all other pre-petition or pre-effective date claims Gehr has or may have against the Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

5.  Post-effective date liabilities and obligations will be handled by the parties in accordance with the applicable lease terms and ordinary course practices.

6.  This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 29 day of March, 2007, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00561575

**Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

| HELD & ISRAEL | SMITH HULSEY & BUSEY |
|---|---|
| By  s/ Adam N. Frisch* <br> Adam N. Frisch, F.B.N. 635308 | By  s/ Cynthia C. Jackson <br> Cynthia C. Jackson, F.B.N. 498882 |
| 1301 Riverplace Boulevard, Suite 1916 <br> Jacksonville, Florida 32207 <br> (904) 398-7038 <br> (904) 398-4283 (facsimile) <br> afrisch@hilawfirm.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Counsel for Gehr Florida Development, LLC | Co-Counsel for Reorganized Debtors |

*Counsel has authorized their electronic signature.

00561575