UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In Re: | * | Case No. 05-03817-3F1 |
| Winn Dixie Stores, Inc., et al | * | Chapter 11 |
| Reorganized Debtors | * | Jointly Administered |

### REQUEST TO BE REMOVED FROM RECEIVING ECF NOTICES

PLEASE TAKE NOTICE that the law firm of Joel Levy, hereby requests removal from receipt of ECF notices in the above-styled case.

Date: March 29, 2007

/s/ Joel Levy_____
JOEL LEVY         #1178
7577 Westbank Expressway
Marrero, Louisiana 70072
Telephone:  (504) 340-2993
Facsimile:  (504) 340-1998
E-Mail:  joellevylaw@bellsouth.net
Attorney for Noemy Aguilera

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy has been furnished to the following persons either via U. S. Mail on the 29th day of March, 2007, or via electronic mail on the date set forth on the Court's docket as the date of electronic service and/or facsimile:  JOHN ALSOBROOK, 650 Poydras Street, Suite 1460, New Orleans, Louisiana 70130; James Post, 225 Water St. Suite 1800 Jacksonville, Fla. 32202; Matthew Barr, 1 Chase Manhattan Plaza, New York, New York 10005.

/s/ Joel Levy_____
Attorney