## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors. [1] | ) | Jointly Administered |
| | ) | |
| | ) | |

### AGREED ORDER RESOLVING (1) DEBTORS' OBJECTIONS TO CLAIM NUMBERS 9213 AND 13561 FILED BY WOODLAND HARTFORD ASSOCIATES, LLC, AS SET FORTH IN DEBTORS' SEVENTEENTH AND TWENTY-FIFTH OMNIBUS CLAIMS OBJECTIONS, AND (2) MOTION OF WELLS FARGO BANK, N.A., AS TRUSTEE, TO ENJOIN DISTRIBUTIONS TO WOODLAND HARTFORD ASSOCIATES, LLC, TO APPROVE TRANSFER OF CLAIMS AND FOR OTHER RELIEF

These cases came before the Court for hearing (i) on September 14, 2006, upon the Seventeenth Omnibus Objection of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"), which objection included, as one of the several claims subject to dispute, the claim of Woodland Hartford Associates, LLC ("Woodland") filed as claim no. 9213; and (ii) on November 30, 2006, upon the Twenty-Fifth Omnibus Objection of the Debtors, which objection included, as one of the several claims subject to dispute, the claim of Woodland filed as claim no. 13561. Claim nos. 9213 and 13561 shall be referred to collectively as the "Allowed Claims."

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Subsequently, on February 9, 2007, Wells Fargo Bank, N.A., f/k/a Wells Fargo Bank Minnesota, N.A., as successor in interest to Norwest Bank Minnesota, National Association, as Trustee, on behalf of and in trust for the registered holders of First Union National Bank – Chase Manhattan Bank Commercial Mortgage, Commercial Mortgage Pass-Through Certificates, Series 1999-C2 ("Wells Fargo"), filed its Motion to Enjoin Distributions to Woodland Hartford Associates, LLC, to Approve Transfer of Claims and for Other Relief (Doc. No. 15080) and its Notice of Transfer of Claim Nos. 13560, 13561 and 9213 (Doc. No. 15088).   Both the Debtors and Woodland objected to the Notice of Transfer of Claims as untimely.  The Debtors, Woodland and Wells Fargo have resolved all of the foregoing matters.

Woodland has unconditionally and absolutely transferred, conveyed, and assigned to Wells Fargo all of Woodland's right, title, and interest in and to the Allowed Claims, and it has constituted and appointed James D. Kepley, Jr. and F. Lewis Biggs, either of whom may act alone, as its true and lawful attorneys-in-fact, with full power of substitution, to sell the Shares of Common Stock of Winn-Dixie Stores, Inc. distributed to Woodland on account of its Allowed Claims and to disburse the net proceeds of sale to Wells Fargo.  Based upon the foregoing and the consent of the parties appearing below, it is

**ORDERED AND ADJUDGED** as follows:

1.    Claim no. 9213 filed by Woodland Hartford Associates, LLC is allowed as an unsecured non-priority claim (Class 13) in the amount of $12,286.94, and the remainder of claim no. 9213 is disallowed.

2.    Claim no. 13561 filed by Woodland Hartford Associates, LLC is allowed as an unsecured non-priority claim (Class 13) in the amount of $1,186,795.49, and the remainder of claim no. 13561 is disallowed.

2

3.      The Motion of Wells Fargo, as Trustee, to Enjoin Distributions to Woodland Hartford Associates, LLC, to Approve Transfer of Claims and for Other Relief is deemed withdrawn, and Debtors' and Woodland's Objections to Wells Fargo's Notice of Transfer of Claims are sustained.

4.      The address of Woodland for all distributions to Woodland shall be "Woodland Hartford Associates, LLC, c/o James D. Kepley, Jr., Esq., its Attorney-in-Fact, 7201 Glen Forest Drive, Suite 102, Richmond, VA 23226." This address shall be used for all account statements, notices, confirmations and other communications concerning any and all Shares of Common Stock of Winn-Dixie Stores, Inc. distributed to Woodland. Debtors shall notify the Disbursing Agent and all other necessary parties of this change of address. Woodland's proofs of claim for claim no. 9213 and claim no. 13561 shall be deemed amended to reflect this change of address.

5.      The initial distribution of Shares of Common Stock of Winn-Dixie Stores, Inc. made to Woodland on account of its Allowed Claims shall be electronically transferred by American Stock Transfer & Trust Company (the "Transfer Agent") to the account of Woodland Hartford Associates, LLC at TD Ameritrade (account number to be provided by James D. Kepley, Jr., as attorney-in-fact for Woodland). Debtors and Woodland shall execute all documents and provide all instructions necessary to effectuate this transfer.

6.      Woodland shall execute all documents necessary to vest in James D. Kepley, Jr., and F. Lewis Biggs, either of whom may act alone, or such other or additional person(s) as Wells Fargo may select, with the sole, exclusive and irrevocable authority to sell and/or transfer any and all Shares of the Common Stock of Winn-Dixie Stores, Inc. that are distributed, at any time, by Debtors to Woodland

3

on account of Woodland's Allowed Claims, and to disburse the net sale proceeds of such Common Stock to Wells Fargo.

7.    The Court shall retain jurisdiction to enforce this Order and to resolve all disputes arising from this Order.

Dated this _29_ day of March, 2007 in Jacksonville, Florida.

Jerry A. Funk
**United States Bankruptcy Judge**

4

**Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY

By  /s/ James H. Post
     James H. Post
     (FBN 175460)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
Email: jpost@smithhulsey.com

-and-

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP

D. J. Baker
Rosalie Walker Gray
Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Co-Counsel for Reorganized Debtors

SCHUYLER · STEWART · SMITH

By  /s/ Wayne M. Singletary                *
     Wayne M. Singletary
     (FBN 144109)
     *Counsel has authorized his electronic signature

118 W. Adams Street, Suite 800
Jacksonville, Florida 32202
(904) 353-5884
(904) 353-5994 (facsimile)
Email: wayne@schuylaw.com

Counsel for Woodland Hartford Associates,
LLC

SHUTTS & BOWEN LLP

By:  /s/ Peter H. Levitt                *
     Peter H. Levitt
     (FBN 650978)
     *Counsel has authorized his electronic signature

500 Miami Center
201 South Biscayne Boulevard
Miami, FL  33131
(305) 358-6300
(305) 381-9982 (facsimile)

Counsel for Wells Fargo Bank, as Trustee