UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Reorganized Debtors.[1] | ) Jointly Administered |
| | ) |

### AGREED ORDER RESOLVING CLAIM NO. 4406
### FILED BY NESTLE WATERS NORTH AMERICA INC.

These causes originally came before the Court for hearing upon the

Twenty-Second Omnibus Objections to Claims (the "Objection") of Winn-Dixie

Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the

"Debtors"). Included among the several proofs of claim that were the subject of the

Objection was claim no. 4406 filed by Nestle Waters North America Inc. Based

upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1.    Claim no. 4406 filed by Nestle Waters North America Inc. is

allowed as an unsecured non-priority claim in the amount of $674,107.26 (plan class

14), and the remainder of claim no. 4406 is disallowed.

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these
related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep
South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers,
Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway
Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc.,
Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks,
Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery,
Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie
Supermarkets, Inc.

2.   The Court shall retain jurisdiction to resolve any disputes arising

from this Order.

Dated this 30 day of March, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY                    HELD & ISRAEL


By /s/ James H. Post                    By   Adam N. Frisch         *
        James H. Post                          Kimberly Held Israel
                                               Florida Bar # 47287
Florida Bar Number 175460                      Adam N. Frisch
225 Water Street, Suite 1800                   Florida Bar # 635308
Jacksonville, Florida 32202
(904) 359-7700                          1301 Riverplace Blvd., Suite 1916
(904) 359-7708 (facsimile)              Jacksonville, Florida 32207
                                        (904) 398-7038
-and-                                   (904) 492-4283 (facsimile)

SKADDEN, ARPS, SLATE,                   Counsel for Nestle Waters North America
MEAGHER                                 Inc.
& FLOM LLP
                                        *Counsel has authorized his electronic
D. J. Baker                             signature
Sally McDonald Henry
Rosalie Walker Gray
Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Co-Counsel for the Reorganized Debtors

3