UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Reorganized Debtors. | Jointly Administered |

### AGREED ORDER RESOLVING CURE OBJECTION FILED BY ARONOV REALTY MANAGEMENT, INC. (STORE NOS. 426, 460, AND 556)

This cause came before the Court on the Objection to Debtors' Amended Omnibus Motion for Order to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts and (III) Grant Related Relief filed by New Plan Excel Realty Trust, Inc. ("New Plan") and Aronov Realty Management, Inc. ("Aronov") (Docket No. 8959) with respect to New Plan Store Nos. 153, 231, 281, 698, 1440, 2258, 2301, 2311 and 2348 and Aronov Store Nos. 426, 454, 460 and 556 (the "Cure Objection") and Debtors' Thirteenth Omnibus Objection to (A) No Liability Claims, (B) Overstated Claims, (C) Unliquidated Claims and (D) Amended and Superseded Claims (Docket No 8425). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objection is overruled as to Store Nos. 426, 460, and 556.[1]

---

[1] This Order only resolves the cure objection as to Store Nos. 426, 460, and 556 and proof of claim numbers 10301, filed by Aronov (the landlord for Store No. 426), 10304, filed by Eastdale Square, LLC (the landlord for Store No. 460), and 10306, filed by Cordova Collection LP (the landlord for store 556). This Order does not resolve the Cure Objection or proofs of claim filed by New Plan (the landlord for Store Nos. 153, 231, 281, 698, 1440, 2258, 2301, 2311, and 2348) or Aronov (the landlord for Store No. 454).

2. Proof of Claim number 10301 filed by Aronov is allowed as an administrative claim in the amount of $19,439.02, $15,166.37 of which Winn-Dixie Stores, Inc. and its affiliate debtors (collectively, the "Reorganized Debtors") have paid. Within fourteen (14) business days of entry of this Agreed Order, the Reorganized Debtors will pay Aronov $4,272.65 in full satisfaction of any right to cure Aronov has or may have under 11 U.S.C. § 365 or otherwise with respect to Store No. 426.

3. Proof of Claim number 10304 filed by Eastdale Square, LLC[2] ("Eastdale") with respect to Store No. 460 is allowed as an administrative claim in the amount of $18,938.08, which the Reorganized Debtors have paid in full.

4. Proof of Claim number 10306 filed by Cordova Collection LP[3] ("Cordova") is allowed as an administrative claim in the amount of $13,867.55. Within fourteen (14) business days of entry of this Agreed Order, the Reorganized Debtors will pay Cordova $13,867.55 in full satisfaction of any right to cure Cordova has or may have under 11 U.S.C. § 365 or otherwise with respect to Store No. 556.

5. This Agreed Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims pertaining to Store Nos. 426, 460, and 556 filed by Aronov, Eastdale, and Cordova in these Chapter 11 cases and (ii) all other pre-petition or pre-effective date claims pertaining to Store Nos. 426, 460, and 556 that Aronov, Eastdale, and Cordova have or may have against the Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

---

[2] Aronov Realty Management, Inc. filed the Cure Objection on behalf of Eastdale Square LLC., the landlord for Store No. 460.

[3] Aronov Realty Management, Inc. filed the Cure Objection on behalf of Cordova Collection LP, the landlord for Store No. 556.

6. Post-effective date liabilities and obligations will be handled by the parties in accordance with the applicable lease terms and ordinary course practices.

7. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 30 day of March, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00561087

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| **BALLARD SPAHR ANDREWS & INGERSOLL, LLP** | **SMITH HULSEY & BUSEY** |
| By  *s/ David L. Pollack\** <br> David L. Pollack | By  *s/ Cynthia C. Jackson* <br> Cynthia C. Jackson, F.B.N. 498882 |
| 1735 Market Street, 51st Floor <br> Philadelphia, PA 19103 <br> (215) 864-8325 <br> (215) 864-9473 (facsimile) <br> pollack@ballardspahr.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Counsel for New Plan Excel Realty Trust, Inc. | Co-Counsel for Reorganized Debtors |

\*Counsel has authorized their electronic signature.

00561087