UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Reorganized Debtors. [1] | ) Jointly Administered |
| | ) |

### AGREED ORDER RESOLVING CLAIM NO. 12155
### FILED BY PRINCIPAL LIFE INSURANCE COMPANY

These causes originally came before the Court for hearing upon the

Sixteenth Omnibus Objection to Claims (the "Objection") of Winn-Dixie Stores, Inc.

and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors").

Included among the several proofs of claim that were the subject of the Objection

was claim number 12155 filed by Principal Life Insurance Company. Based upon

the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1.    Claim no. 12155 filed by Principal Life Insurance Company is

allowed as an unsecured non-priority claim in the amount of $550,000.00 (plan class

13), and the remainder of claim no. 12155 is disallowed.

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

2.     The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this _3O_ day of March, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY                    DUANE MORRIS LLP


By */s/ James H. Post*                  By  */s/ Wendy M. Simkulak* *
       James H. Post                             Wendy M. Simkulak

Florida Bar Number 175460               30 South 17th Street
225 Water Street, Suite 1800            Philadelphia, PA  19103-4196
Jacksonville, Florida 32202             (215) 979-1547
(904) 359-7700                          (215) 979-1020 (facsimile)
(904) 359-7708 (facsimile)
                                        Counsel for Principal Life Insurance
-and-                                   Company


SKADDEN, ARPS, SLATE,
MEAGHER                                 *Counsel has authorized her electronic
& FLOM LLP                              signature

D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Co-Counsel for Reorganized Debtors