UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| ) | |

**AGREED ORDER RESOLVING CURE OBJECTION
FILED BY STOLTZ MANAGEMENT OF DELAWARE, INC.,
AS AGENT FOR SEMORAN RETAIL, LLC (STORE NO. 2652)**

This cause came before the Court on the Objection to Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief filed by Stoltz Management of Delaware, Inc., as agent for Semoran Retail LLC ("Stoltz") (Docket No. 11125) with respect to Store No. 2652 (the "Cure Objection"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objection is overruled.

2. Scheduled Claim number 31921 scheduled on behalf of Stoltz is allowed as an administrative claim in the amount of $51,198.69, $32,756.35 of which the Debtors have paid. Within fourteen (14) days of entry of this Agreed Order, Winn-Dixie will pay $18,442.34 in full satisfaction of any right to cure Stoltz has or may have under 11 U.S.C. § 365 or otherwise.

3. This Agreed Order resolves all liabilities and obligations related to (i) all

claims scheduled on behalf of Stoltz and all proofs of claim and administrative expense claims filed by Stoltz in these Chapter 11 cases and (ii) all other pre-petition or pre-effective date claims Stoltz has or may have against the Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

4. Post-effective date liabilities and obligations will be handled by the parties in accordance with the applicable lease terms and ordinary course practices.

5. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 30 day of March, 2007, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00556461

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| CONNOLLY BOVE LODGE & HUTZ LLP | SMITH HULSEY & BUSEY |
|---|---|
| By _s/ Marc J. Phillips*_<br>   Marc J. Phillips | By   _s/ Cynthia C. Jackson_<br>   Cynthia C. Jackson |
| 1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, Delaware 19899<br>(302) 884-6581<br>(302) 255-4282 (facsimile)<br>mphillips@cblh.com | Florida Bar Number 498882<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Counsel for Stoltz Management of Delaware, Inc., as agent for Semoran Retail LLC | Co-Counsel for Reorganized Debtors |

*Counsel has authorized their electronic signature.

00556461