IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:  CASE NO.: 3-05-bk-3817

WINN-DIXIE STORES, INC., et al.,  *Chapter 11*

    Debtors.  Jointly Administered

## NOTICE OF WITHDRAWAL FROM CASE AND REQUEST TO STOP ELECTRONIC NOTICE

PLEASE TAKE NOTICE that attorney John H. McCorvey, Jr. Withdraws his Notice of Appearance on behalf of Creditor Mandarin Loretto Development Ltd., and requests that the Clerk remove it and each of its counsel from the electronic filing notice list.

Dated: March 30, 2007

**MILNE, MCCORVEY & MYERS**
**A Partnership of Professional Entities**

   /s/ John H. McCorvey, Jr., Esq.
John H. McCorvey, Jr., Esquire
John H. McCorvey, Jr., P.L.
Florida Bar No.: 0844365
4595 Lexington Avenue, Suite 100
Jacksonville, Florida 32210
(904) 387-5400
Attorney for Creditor Mandarin Loretto Development Ltd.