STATE OF ALABAMA )
COUNTY OF MONTGOMERY )

## AFFIDAVIT

Before me, the undersigned authority, in said County and State, personally appeared Janett Reeves, by first being duly sworn on oath, deposes and says:

1. My name is Janett Reeves. I am over the legal age of nineteen (19) years.

2. My residence is located at 3356 Woodpark Drive, Montgomery, Alabama 36116.

3. I have never received any notice and/or correspondence from the United States Bankruptcy Court, Middle District of Florida, Jacksonville Division, Logan and Company, Inc., Smith, Hulsey & Busey, Sedgwick CMS, or Winn-Dixie Stores, Inc., regarding a personal injury claim that occurred on August 15, 2005, at a Winn-Dixie Store located on Carter Hill Road, Alabama.

_____        3-20-07
Janett Reeves                                            Date

Sworn to and subscribed before me on this the ____ day of _____, 2007.

_____
NOTARY PUBLIC

12/16/07
My commission expires