# UNITED STATES BANKRUPTCY COURT

Middle District Of Florida
300 North Hogan Street, 3-350
Jacksonville, Florida 32202

In re:
WINN-DIXIE STORES, INC. Et Al.

In a Chapter 11 Case
Case Number 05-3817-3F1

Debtor(s)

Adversary Number - N/A

### -TRANSMITTAL OF RECORD TO DISTRICT COURT-

(X) Appeal pursuant to 28 USC § 158

Notice of Appeal Filed: 12/22/06

The Party or Parties included in the Appeal to the District Court:

Appellant(s). Liquidity Solutions, Inc., E&A Financing, II, L.P., E&A Southeast, L.P., Shields Plaza, Inc., Woodberry Plaza, Inc., Woodberry Plaza (E&A), LLC, Villa Rica Retail Properties, LLC, Halpern Enterprises, Inc. And Bank of America as Trustee of Betty Holland
Attorney: Harley E. Riedel, Stichter, Riedel, Blain & Prosser, 110 E. Madison Street, Suite 200, Tampa, FL 33602
    (813)229-0144

Appellee(s): Winn-Dixie Stores, Inc., et al.
Attorney: Stephen D. Busey, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202
    (904)359-7700

**Title and Date of Orders Appealed** -Third Order Disallowing Duplicate Different Claims, As Set Forth In The Debtors' Twentieth Omnibus Claims Objections entered on December 14, 2006.

Items included in transmittal pursuant to F.R.B.P. 8003(b): **All Appeal Designation on Disk, except Exhibits and all will be hand delivered.**

(X) Notice of Appeal
(X) Designation in Appeal of Appellee and Appellant
(X) Designation in Cross Appeal
(X) Other: Copy of Docket

( ) Any Answers(s)
(X) Transcripts
(X) Exhibits

Case number(s) of Pending Appeal(s) in this Case: none

County of Residence: Duval County    Date March 27, 2007    By: Cathy Perkins

District Court Case Number 3:07-CV-239-J-25

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3           User: pcathy                Page 1 of 1           Date Rcvd: Mar 29, 2007
Case: 05-03817                 Form ID: pdfdoc             Total Served: 2

The following entities were served by first class mail on Mar 31, 2007.
aty         +Stephen D. Busey,    Smith Hulsey & Busey,   225 Water Street, Suite 1800,
              Jacksonville, FL 32202-4494
            +Harley E. Riedel,    Stichter, Riedel, Blain & Prosser,   110 E. Madison Street, Suite 200,
              Tampa, FL 33602-4700
The following entities were served by electronic transmission.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 31, 2007**              **Signature:**   *Joseph Speetjens*