UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO:   3:05-bk-3817-3F1

IN RE:

**WINN-DIXIE STORES, INC.,**

**Debtor(s)**

## ORDER STRIKING MOTION TO AMEND AGREED ORDER OF THE LITIGATION CLAM OF BARBARA DAYE (CLAIM NO. 12824)

The Court finds that the Motion to Amend Agreed Order of the Litigation Claim of Barbara Daye (Claim No. 12824), filed by Lee D. Andrews, on behalf of Barbara Daye on March 28, 2007 was filed in paper form.  On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission.  Accordingly, it is

**ORDERED**:

The Motion to Amend Agreed Order of the Litigation Claim of Barbara Daye (Claim No. 12824), filed by Lee D. Andrews, on behalf of Barbara Daye on March 28, 2007, is stricken from the record.

**DATED** March 29, 2007, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Lee D. Andrews, P.O. Box 21472, Greensboro, NC 27420

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3           User: baldws              Page 1 of 1              Date Rcvd: Mar 29, 2007
Case: 05-03817                 Form ID: pdfdoc           Total Served: 2

The following entities were served by first class mail on Mar 31, 2007.
aty          +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
              Jacksonville, FL 32202-4494
13260362     +Larry Coates,   c/o Michael J. Babboni, Esq.,   6446 Central Ave.,   St. Petersbug, FL 33707-1329

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Lee D. Andrews
                                                                                                 TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Mar 31, 2007**                    **Signature:**    _Joseph Speetjens_