UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO:   3:05-bk-3817-3F1

IN RE:

WINN-DIXIE STORES, INC.,

Debtor(s)

## ORDER STRIKING AFFIDAVIT OF JANETT REEVES

The Court finds that the Affidavit filed by Dan A. Goldberg, on behalf of Janett Reeves on March 28, 2007 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED:**

The Affidavit filed by Lee D. Andrews, on behalf of Janett Reeves on March 28, 2007, is stricken from the record.

**DATED March 29, 2007,** at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Dan Goldberg, 505 -20th Street North, Suite 325, Birmingham, AL 35203

**BAE SYSTEMS**

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: baldws          Page 1 of 1          Date Rcvd: Mar 29, 2007
Case: 05-03817                Form ID: pdfdoc       Total Served: 2


The following entities were served by first class mail on Mar 31, 2007.
aty         +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
              Jacksonville, FL 32202-4494
aty         +Dan A Goldberg,   Goldberg & Associates, PC,   505 North 20th Street, Suite 325,
              Birmingham, AL 35203-4623

The following entities were served by electronic transmission.
NONE.                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 31, 2007**                    **Signature:** _Joseph Speetjens_