UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Debtors ) | (Jointly Administered) |
| ) | |

**REQUEST TO BE REMOVED FROM ECF SERVICE LIST**

PLEASE TAKE NOTICE that the law firm of Dennis J. Stilger, P.S.C., hereby requests removal from receipt of ECF notices in the above-styled case.

DATED this 2nd day of April, 2007

                                    Respectfully submitted,

                                    (s) Dennis J. Stilger
                                    Dennis J. Stilger
                                    KY68110
                                    6000 Brownsboro Park Boulevard Suite H
                                    Louisville, KY 40207
                                    (502) 893-8557
                                    Facsimile: (502) 894-9503
                                    djstilger@insightbb.com
                                    Counsel for Taylon, LLC