## UNITED STATES BANKRUPTCY COURT

Middle District Of Florida
300 North Hogan Street, 3-350
Jacksonville, Florida 32202

In re:
Winn-Dixie Stores, Inc.

Case Number - 3-05-bk-3817-3F1
Adversary Number - N/A

Debtor(s)

### -TRANSMITTAL OF RECORD TO DISTRICT COURT-

(X) Appeal pursuant to 28 USC § 158(a).

Notice of Appeal Filed: January 26, 2007

The Party or Parties included in the Appeal to the District Court:

Appellant(s): Florida Tax Collectors
Attorney:    Brian T. Hanlon
             PO Box 3715, West Palm Beach, FL 33402-3715 (561-355-2142)

Appellee(s): Winn-Dixie Stores, Inc
Attorney:    Stephen Busey, 225 Water St., Ste 1800, Jacksonville, FL 32202 (904-359-7700)
             D.J. Baker, Four Times Square, New York, NY 10036 (212-735-3000)

**Title and Date of Orders Appealed** - Order Denying Florida Tax Collectors' Motion to Abstain from Consideration of Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities entered on January 19, 2007.

Items included in transmittal pursuant to F.R.B.P. 8003(b): **EXHIBITS WILL BE HAND DELIVERED WITH COPIES OF CLAIMS ON DISK.**

(X) Notice of Appeal
(X) Designation in Appeal of Appellant
(X) Designation in Cross Appeal
(X) Other: Copy of Docket

( ) Any Answers(s)
(X) Transcripts
(X) Exhibits

Case number(s) of Pending Appeal(s) in this Case: none

County of Residence: Duval County    Date March 21, 2007    By: Cathy Perkins

District Court Case Number   3:07-CV-242-J-32