## THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

|  |  |
|---|---|
| In re: | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Debtors. | Jointly Administered |

### VERIFIED PETITION FOR LEAVE TO APPEAR PRO HAC VICE

Petitioner, G. Karl Bernard, by and through undersigned counsel of record, moves the Court for an order granting leave to appear pro hac vice as counsel of record in the above-captioned proceeding. In support of his petition for leave, Petitioner states:

1. I reside in Baton Rouge, Louisiana and maintain offices in New Orleans and Baton Rouge, Louisiana.

2. I have been admitted to practice law in the State of Louisiana and I am an active member of the Bar of the U.S. District Courts.

3. I have never filed for admission to appear as counsel pro hac vice in the State of Florida.

4. I am member of good standing in the Louisiana courts and I am not currently suspended or disbarred in any court.

WHEREFORE, Petitioner and undersigned counsel of record request this Court to enter an Order granting leave to G. Karl Bernard to appear pro hac vice in this cause.

1

I, G. Karl Bernard, Petitioner, do hereby state under oath the statements contained in the above Petition for leave to appear pro hac vice are true and correct to the best of my knowledge and belief.

_____
G. KARL BERNARD (LA Bar No. 24294)
G. KARL BERNARD & ASSOCIATES, LLC
1615 Poydras Street, Suite 971
New Orleans, Louisiana 70112
Telephone:    (504) 412-9953
Facsimile:     (504) 412-8088
-and-
7266 Tom Drive, Suite 117
Baton Rouge, Louisiana 70806
Telephone:    (225) 216-7270
Facsimile:     (225) 216-7299
karlbernardlaw@bellsouth.net

STATE OF LOUISIANA    )
                      )ss
PARISH OF ORLEANS     )

Subscribed and sworn to before me, a Notary Public, on this 27th day of March, 2007.

JANICE BURKE HAWKINS
NOTARY PUBLIC
Parish of Jefferson, State of Louisiana
My Commission issued for life.
Notary Number: 3174

_Janice Burke Hawkins_
Notary Public

Respectfully submitted,

_____
ROBERT D. WILCOX (FL Bar No. 755168)
WILCOX LAW FIRM, LLC
One Deerwood Place
10201 Centurion Parkway, Suite 600
Jacksonville, Florida 32256
Telephone:    (904) 279-9383
Facsimile:     (904) 513-9201
rwilcox@wilcoxlawfirm.com

2

# United States of America

## State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

### G. KARL BERNARD, ESQ., #24294

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 9th Day of October, 1996 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 20th Day of March, 2007, A.D.

Clerk of Court
Supreme Court of Louisiana