```
                                          F I L E D
                                        JACKSONVILLE, FLORIDA

                                          APR 0 2 2007

                                        CLERK, U.S. BANKRUPTCY COURT
                                         MIDDLE DISTRICT OF FLORIDA
```

March 30, 2007

United States
Bankrupcy Court
300 N. Hogan Street,
STE. 3-350,
Jacksonville, Fl.-32202-4267

RE: Winn Dixie Bankrupcy

Attention Judge Funk:

    I really hate to bother you, but a problem has arisen concerning the Winn-Dixie Bankrupcy case and myself.

    I was accused of grand theft at Winn Dixie in 2002 and ordered to make restitution payments. At the time of Winn Dixie Chapter 11 Bankrupcy filing in February, 2005, H. J. Skelton submitted a sworn statement listing all accounts receivable, accounts payable, etc. My name was not included in any of the paperwork. The Department of Correction has been submitting payments to Winn Dixie. No record of these payments appeared in any Winn Dixie documents submitted to your court to allow them to emerage from Bankrupcy.

    I have several questions for you, which require a responce to.
1. Is the debt still owed to Winn Dixie?
2. Can the payments to Winn Dixie be accepted, even though according to Winn Dixie it is not owed?
3. Has the Criminal Court violated the Federal Bankrupcy Law, by forcing me to make payments, when Winn Dixie has sworn NO DEBT IS OWED.
4. I have a motion for clarity before the Criminal Court and I would like to have your answer before my court date. If necessary, I can issue a subpoena for you to appear.
5. Can any charges be levied against the Criminal Court for forcing me to make payments?

    I thank you for your cooperation in this matter.

                                             Sincerely,

                                             Robert C. Fohrmeister

10500 Ulmerton Road,
STE 726, PMB 178,
Largo, FL.-33771
727-725-4676
727-726-6454-FAX