System: 12/15/2006 1:55:04 PM
User Date: 12/15/2006

Parata Systems, LLC
TRANSACTION BY CUSTOMER INQUIRY REPORT
Receivables Management

Page: 1
User ID: mstanley

EXHIBIT B

Customer ID: 1N9VIEW WINN DIXIE - 00140 - Valdosta GA

Ranges: From: To:
Document Number First Last
Document Date First Last

Sorted By: Document Number Include: Work, Open, History

* Voided

| Origin / Doc Date | Type | Document Number / Description | Check Number | Due Date / Discount Amount | Audit Trail Code / Writeoff Amount | Batch ID / Document Amount | Currency ID / Amount Remaining |
|---|---|---|---|---|---|---|---|
| Open | SLS | 1093755 | | 6/30/2006 | RMSLS00000127 | APS AR 10312006 | |
| 5/31/2006 | | APS AR Open Bal. Import | | $0.00 | $0.00 | $1,538.94 | $1,538.94 |
| Open | SLS | 1103728 | | 7/30/2006 | RMSLS00000127 | APS AR 10312006 | |
| 6/30/2006 | | APS AR Open Bal. Import | | $0.00 | $0.00 | $1,538.94 | $1,538.94 |
| Open | SLS | 1113720 | | 8/30/2006 | RMSLS00000127 | APS AR 10312006 | |
| 7/31/2006 | | APS AR Open Bal. Import | | $0.00 | $0.00 | $1,538.94 | $1,538.94 |
| Open | SLS | 1133868 | | 10/30/2006 | RMSLS00000127 | APS AR 10312006 | |
| 9/30/2006 | | APS AR Open Bal. Import | | $0.00 | $0.00 | $1,538.94 | $1,538.94 |
| Open | SLS | 1143987 | | 11/30/2006 | RMSLS00000127 | APS AR 10312006 | |
| 10/31/2006 | | APS AR Open Bal. Import | | $0.00 | $0.00 | $1,538.94 | $1,538.94 |
| Open | SLS | 1154124 | | 12/30/2006 | RMSLS00000141 | APS AR 11302006 | |
| 11/30/2006 | | NOV06 APS AR Open Bal. Import | | $0.00 | $0.00 | $1,538.94 | $1,538.94 |
| Open | SLS | C/V196207 | | 11/2/2006 | RMSLS00000127 | APS AR 10312006 | |
| 10/3/2006 | | APS AR Open Bal. Import | | $0.00 | $0.00 | $130.52 | $130.52 |

Total Documents: 7

Totals: $9,364.16 $9,364.16