UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors.[1] | ) | Jointly Administered |

**AGREED ORDER (1) ON DEBTORS' TWENTY-SECOND OMNIBUS CLAIMS OBJECTION, DISALLOWING CLAIM NUMBER 7464 FILED BY PEPSI-COLA BOTTLING CO. OF CHARLOTTE, INC. AND CLAIM NUMBER 8338 FILED BY PEPSIAMERICAS, INC. AND REDUCING CLAIM NUMBER 9719 FILED BY BUFFALO ROCK COMPANY, AND (2) ON DEBTORS' TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION, <u>RESOLVING CLAIM NUMBER 8865 FILED BY PEPSI BOTTLING GROUP</u>**

These cases came before the Court for hearing (i) on October 12, 2006, upon the Twenty-Second Omnibus Objection of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"),[2] which objection included among the several claims subject to dispute the claim of Pepsi-Cola Bottling Co. of Charlotte, Inc. filed as Claim No. 7464, the claim of PepsiAmericas, Inc. filed as Claim No. 8338, and the claim of Buffalo Rock Company filed as Claim No. 9719; and (ii) on November 16, 2006, upon the Twenty-Fourth Omnibus Objection of the Debtors, which objection included as one of the several claims subject to dispute the claim of Pepsi Bottling Group (as assignor to SPCP Group,

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

L.L.C., as Agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd., which subsequently transferred the claim to the current claimholder, JPMorgan Chase Bank, N.A.) filed as Claim No. 8865. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The prior allowance of Claim No. 7464 filed by Pepsi-Cola Bottling Co. of Charlotte, Inc. in a reduced amount pursuant to Order of this Court dated December 12, 2006 (Docket No. 13198) is set aside. Claim No. 7464 is disallowed in full. The Debtors are directed to instruct their claims agent, disbursing agent and stock transfer agent to reverse the distribution of stock made on account of Claim No. 7464 and to make no distribution whatsoever on account of such claim.

2. The prior allowance of Claim No. 8338 filed by PepsiAmericas, Inc. in a reduced amount pursuant to Order of this Court dated December 12, 2006 (Docket No. 13198) is set aside. Claim No. 8338 is disallowed in full. The Debtors are directed to instruct their claims agent, disbursing agent and stock transfer agent to reverse the distribution of stock made on account of Claim No. 8338 and to make no distribution whatsoever on account of such claim.

3. Claim No. 9719 filed by Buffalo Rock Company is allowed as an unsecured non-priority claim (plan class 14) in the amount of $120,301.01 and the remainder of Claim No. 9719 (exclusive of the previously allowed and paid administrative reclamation claim) is disallowed.

4. Claim No. 8865 filed by Pepsi Bottling Company (and currently held by JPMorgan Chase Bank, N.A. as set forth above) is allowed as an unsecured non-priority claim (plan class 14) in the amount of $5,000,000.00 and the remainder of

Claim No. 8865 (exclusive of the previously allowed and paid administrative reclamation claim) is disallowed.

5. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 4 day of April, 2007 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | FRANK/GECKER LLP |
| | |
| By /s/ James H. Post | By /s/ Joseph D. Frank * |
|     James H. Post (FBN 175460) |     Joseph D. Frank |
| | |
| 225 Water Street, Suite 1800 | 325 North LaSalle Street, Suite 625 |
| Jacksonville, Florida 32202 | Chicago, Illinois 60610 |
| (904) 359-7700 | (312) 276-1402 |
| (904) 359-7708 (facsimile) | (312) 276-0035 (facsimile) |
| Email: jpost@smithhulsey.com | Email: jfrank@fgllp.com |
| | |
| | Counsel for Pepsi-Cola Bottling Co. of Charlotte, Inc., PepsiAmericas, Inc. and Pepsi Bottling Group |
| | |
| | *Counsel has authorized his electronic signature |
| -and- | |
| | |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | |
| | |
| D. J. Baker | BURR & FORMAN LLP |
| Rosalie Walker Gray | |
| Jane M. Leamy | |
| David M. Turetsky | By /s/ Derek F. Meek * |
| Four Times Square |     Derek F. Meek |
| New York, New York 10036 | |
| (212) 735-3000 | 420 North 20th Street, Suite 3100 |
| (212) 735-2000 (facsimile) | Birmingham, Alabama 35283 |
| | (205) 251-3000 |
| Co-Counsel for Reorganized Debtors | (205) 458-5100 (facsimile) |
| | Email: dmeek@burr.com |
| | |
| | Counsel for Buffalo Rock Company |
| | |
| | *Counsel has authorized his electronic signature |

4

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP


By /s/ *Jeffrey N. Rich*            *
    Jeffrey N. Rich

599 Lexington Avenue
New York, New York 10022-6030
(212) 536-3900
(212) 536-3901 (facsimile)
Email: jeff.rich@klgates.com

Counsel for JPMorgan Chase Bank, N.A.

*Counsel has authorized his electronic signature