UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                              )    Case No. 05-03817-3F1
                                                    )
WINN-DIXIE STORES, INC., et al., )    *Chapter 11*
                                                    )
Reorganized Debtors. [1]                 )    Jointly Administered
                                                    )

AGREED ORDER RESOLVING CLAIM NOS. 10087 AND 13307
FILED BY CAPMARK SERVICES, INC., AS AUTHORIZED AGENT OF
SWISS RE ASSET MANAGEMENT (AMERICAS) INC. F/K/A SWISS RE
INVESTORS, INC., AS AGENT OF REASSURE AMERICA LIFE
INSURANCE COMPANY, SUCCESSOR-IN-INTEREST TO ROYAL
MACCABEES LIFE INSURANCE COMPANY

These causes originally came before the Court for hearing upon (i) the

Thirteenth Omnibus Objection of Winn-Dixie Stores, Inc. and twenty-three of its

subsidiaries and affiliates (collectively, the "Debtors") and (ii) the Twenty-Fifth

Omnibus Objection of the Debtors (collectively, the "Objections"). Included among

the several proofs of claim that were the subject of the Objections were claim nos.

10087 and 13307 filed by CapMark Services, Inc., as authorized agent of Swiss Re

Asset Management (Americas) Inc. f/k/a Swiss Re Investors, Inc., as agent of

Reassure America Life Insurance Company, successor-in-interest to Royal

Maccabees Life Insurance Company. Based upon the consent of the parties

appearing below, it is

ORDERED AND ADJUDGED:

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

1.    Claim no. 10087 is disallowed in its entirety.

2.    Claim no. 13307 is allowed as an unsecured non-priority claim in the amount of $355,647.96 (plan class 13), and the remainder of claim no. 13307 is disallowed.

3.    The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 4 day of April, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

2

Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY                    DUANE MORRIS LLP

By /s/ James H. Post                    By /s/ Wendy M. Simkulak *
    James H. Post                           Wendy M. Simkulak

Florida Bar Number 175460               30 South 17th Street
225 Water Street, Suite 1800            Philadelphia, PA 19103-4196
Jacksonville, Florida 32202             (215) 979-1547
(904) 359-7700                          (215) 979-1020 (facsimile)
(904) 359-7708 (facsimile)
                                        Counsel for CapMark Services, Inc., as
-and-                                   authorized agent of Swiss Re Asset
                                        Management (Americas) Inc. f/k/a Swiss
                                        Re Investors, Inc., as agent of Reassure
SKADDEN, ARPS, SLATE,                   America Life Insurance Company,
MEAGHER                                 successor-in-interest to Royal Maccabees
& FLOM LLP                              Life Insurance Company.

D. J. Baker                             *Counsel has authorized her electronic
Sally McDonald Henry                    signature
Rosalie Walker Gray
Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Co-Counsel for Reorganized Debtors

3