UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC. | ) | Chapter 11 |
| Reorganized Debtor. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARINGS
TO BE HELD ON APRIL 5, 2007**

Winn-Dixie Stores, Inc. (the "Reorganized Debtor"), submits the following agenda of matters to be heard on April 5, 2007 at 1:30 p.m.:

**Contested Matters**

1. *Debtors' Omnibus Objection to Unresolved Litigation Claims (Docket No. 8702)*

    a. *Continued Hearing on Objections to Claims Based on Insufficient Documentation (Docket No. 15369)*

    Responses:   None.

    b. *Hearing on Objections to Claims Which Have Been Settled or Withdrawn (Docket No. 15370)*

    Responses:   None.

    c. *Hearing on Objections to Claims Based on Insufficient Document of Late Filed Claims (Docket No. 15371)*

    Responses:   (i)    Sunday Udoinyion (Docket No. 15564);

    (ii)   Claire Talmadge (Docket No. 15690);

    (iii)  Janis E. Walter (Docket No. 15694);

    (iv)   Ana Arvelo Moreno (Docket No. 15700);

    (v)    Mary Richardson (Docket 15701); and

    (vi)   Lena Chahboudagiantz (Docket Nos. 15714 and 15715).

| | |
|---|---|
| Status: | The Reorganized Debtor will continue the hearing on the Objection with respect to each Claimant who submitted a formal or informal response, and proceed with the hearing on the Objection with respect to Claimants who have not responded. |

2. *Debtors' Objection to Claim Filed by Gaile M. Pfledderer (Claim No. 13368) (Docket No. 12866)*

| | |
|---|---|
| Response Deadline: | Expired. |
| Responses: | Gaile M. Pfledderer (Docket No. 15706). |
| Status: | The Reorganized Debtor and the Claimant have agreed to continue the hearing on the Objection. |

3. *Debtors' Objection to Claim Filed by Tausha Jones (Claim No. 13401) (Docket No. 12868)*

| | |
|---|---|
| Response Deadline: | Expired. |
| Responses: | No responses have been filed. |
| Status: | The Reorganized Debtor will proceed with the hearing on the Objection. |

4. *Debtors' Objection to Claim Filed by John Vickers (Claim No. 13463) (Docket No. 12869)*

| | |
|---|---|
| Response Deadline: | Expired. |
| Responses: | No responses have been filed. |
| Status: | The Reorganized Debtor will proceed with the hearing on the Objection. |

5. *Debtors' Objection to Claim Filed by Marguerite Delor (Claim No. 13618 (Docket No. 12874)*

| | |
|---|---|
| Response Deadline: | Expired. |
| Responses: | No responses have been filed. |
| Status: | The Reorganized Debtor will proceed with the hearing on the Objection. |

Dated: April 4, 2007

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By   *s/ D. J. Baker*<br>      D. J. Baker<br>      Sally McDonald Henry<br>      Rosalie Walker Gray | By   *s/ Cynthia C. Jackson*<br>      Stephen D. Busey<br>      James H. Post<br>      Cynthia C. Jackson, F.B.N. 498882 |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Reorganized Debtor | Co-Counsel for Reorganized Debtor |

00558960