UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Reorganized Debtors.[1] ) | Jointly Administered |
| ) | |
| ) | |

**AGREED ORDER RESOLVING DEBTORS' OBJECTION TO CLAIM NUMBER 13619 FILED BY PHOENIX JR., INC., AS SET FORTH IN DEBTORS' TWENTY-NINTH OMNIBUS CLAIMS OBJECTION**

These cases came before the Court for hearing on February 22, 2007, upon the Twenty-Ninth Omnibus Objection of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"), which objection included, as one of the several claims subject to dispute, the claim of Phoenix Jr., Inc. filed as claim no. 13619. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED as follows:

1. Claim no. 13619 filed by Phoenix Jr., Inc. is allowed as an unsecured non-priority claim (Class 13) in the amount of $1,725,785.07, and the remainder of claim no. 13619 is disallowed.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

2. The Court shall retain jurisdiction to enforce this Order and to resolve all disputes arising from this Order.

Dated this 4 day of April, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

**Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | HELD & ISRAEL |
| By /s/ *James H. Post* <br> James H. Post <br> (FBN 175460) | By /s/ *Adam N. Frisch*          * <br> Adam N. Frisch <br> (FBN 635308) |
| 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> Email: jpost@smithhulsey.com | 1301 Riverplace Boulevard, Suite 1916 <br> Jacksonville, FL 32207 <br> (904) 398-7038 <br> (904) 398-4283 (facsimile) <br> Email: afrisch@hilawfirm.com |
| -and- | Counsel for Phoenix Jr., Inc. |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | * *Counsel has authorized the use of his electronic signature* |
| D. J. Baker <br> Rosalie Walker Gray <br> Jane M. Leamy <br> Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (212) 735-2000 (facsimile) | |
| Co-Counsel for Reorganized Debtors | |

## Certificate of Service

I certify that a copy of this document was furnished electronically and by facsimile to the Post-Effective Date Committee, c/o Matthew Barr, Esq. and Michael Comerford, Esq., Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, to email addresses mbarr@milbank.com and mcomerford@milbank.com, and to facsimile numbers 212-822-5194 and 212-822-5318, on the 29th day of March, 2007. The Post-Effective Date Committee consented to the agreed order on the 30th day of March, 2007.

                                                *Rosalie W. Gray*
                                                    Attorney

1222495-New York Server 7A - MSW