**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors.[1] | ) | Jointly Administered |
| | ) | |
| _____ | ) | |

## AMENDED AGREED ORDER OF RESOLUTION OF CLAIM NO. 7976 FILED BY HERSHEY CHOCOLATE USA

These cases originally came before the Court for hearing on November 30, 2006, upon the Twenty-Fifty Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibit A through J to the Objection (Docket No. 12274). On November 30, 2006, the Court entered an order (Docket No. 12902) reducing and reclassifying Claim No. 7976 filed by Hershey Chocolate USA to $521,553.29. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim No. 7976 is amended to increase the allowed claim amount by $220,000.00 to $741,553.29 to reflect the correct settlement amount agreed to by the parties.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY

By /s/ James H. Post
James H. Post

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

Attorneys for the Reorganized Debtors

By /s/ Tod A. Parker*
Tod A. Parker

Post Office Box 198510
Atlanta, Georgia 30384-8510

Credit Manager for Hershey Chocolate USA

* Mr. Parker has consented to the use of his electronic signature.

00561079

2. Claim No. 7976 shall be treated as a Class 14 Vendor/Supplier claim pursuant to Debtors' confirmed plan of reorganization (the "Plan"). A partial distribution as to $521,553.29 of Claim No. 7976 has already been made to Hershey Chocolate USA. The Debtors are directed to make a second distribution as to the additional amount of Claim No. 7976 ($220,000.00) in accordance with Section 9.2 of the Plan.

3. This Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative claims filed by Hershey Chocolate USA in theses Chapter 11 cases and (ii) all other prepetition or administrative claims that Hershey Chocolate USA has or may have against the Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

3. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 4 day of April, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

James H. Post

[James H. Post is directed to serve a copy of this order on any party in interest who has not received the order through the CM/ECF system and to file a proof of service.]

00561079