# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## MOTION FOR ORDER DIRECTING CLERKS OF COURT AND RECORDERS OF MORTGAGES IN LOUISIANA PARISHES TO REVISE PUBLIC RECORDS TO REFLECT THE CANCELLATION OF LIENS IN CONNECTION WITH CONSUMMATION OF PLAN

Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Reorganized Debtors"), move the Court for an order pursuant to 11 U.S.C. §1142(b) of the Bankruptcy Code and Rule 3020(d), Federal Rules of Bankruptcy Procedure, authorizing and directing the Clerks of Court and Recorders of Mortgages for the Louisiana parishes identified on Exhibit A (collectively, the "Parishes") to revise their public records to reflect the satisfaction, cancellation and release of the encumbrances identified on Exhibit A (the "Motion") and in support state:

1.      By the order dated November 9, 2006, the Court confirmed the Reorganized Debtors' Joint Plan of Reorganization (Docket No. 12440) (the "Plan") which became effective on November 21, 2006 (the "Effective Date").  Since the Effective Date, the Reorganized Debtors have substantially consummated the Plan.

2.      Article VI, Section 6.11 of the Plan provides, except as otherwise set forth in the Plan or the Confirmation Order[1] that at the Effective Date all of the estate assets revest in the Reorganized Debtors "free and clear of all Liens, Claims, and Interests... ."[2]

3.      Despite this language, Parish records in the State of Louisiana reflect liens and encumbrances existing on a significant part of the Reorganized Debtors Louisiana assets that, pursuant to the Plan, should be free and clear of such liens and encumbrances. A schedule of the liens and encumbrances which the Reorganized Debtors, including Winn-Dixie Montgomery, Inc. (including as successor by merger to Winn-Dixie Louisiana, Inc.), Winn-Dixie Logistics, Inc. and Winn-Dixie Stores, Inc., seek by this motion to cancel is attached as Exhibit A.

4.      Under Section 1142(b), of the Bankruptcy Code, this Court has the authority to "direct any necessary party…to perform any act, including the satisfaction of any liens, that is necessary for the consummation of the Plan."  In addition, Bankruptcy Rule 3020(d) authorizes the Court post-confirmation to "issue any order necessary to administer the estate."  Accordingly, this Court has the authority to direct the Clerks of Court and Recorders of Mortgages to revise their public records to reflect the cancellation, satisfaction and release of these encumbrances against the Reorganized Debtors.

---

[1] Neither the Plan nor the Confirmation Order provide otherwise except as to the exit facility with Wachovia Bank, N.A.

[2] A "Lien" is defined by the Plan to include "a charge against or interest in property of the Debtors to secure payment of a debt or performance of an obligation."  A "Claim" is defined by the Plan to include "the right to payment, whether or not such right is reduced to judgment."

5.     For the foregoing reasons, the Reorganized Debtors request that the Court enter an order substantially in the form attached as Exhibit B, authorizing and directing the Clerks of Court and Recorders of Mortgages to (i) cancel the liens and encumbrances listed on Exhibit A, (ii) revise their public records to reflect the cancellation, release and satisfaction of the encumbrances referred to on Exhibit A, (iii) make a notation of the cancellation and release in the margins of the recorded liens and encumbrances, and (iv) record the order granting this Motion in such records.

Dated:  April 4, 2007.

SMITH HULSEY & BUSEY


By:   *s/ Cynthia C. Jackson*
      Stephen D. Busey
      Cynthia C. Jackson

Florida Bar Number 0117790
Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Counsel for Reorganized Debtors

00558893.4

**<u>EXHIBIT A</u>**

# ACADIA PARISH

| | |
|---|---|
| Store #1459<br>1411 The Boulevard<br>Rayne, LA | 1.   Judgment in favor of Kelly Bellard vs. W-D Louisiana, Inc., dated 3/10/87, filed 3/12/87; MOB 422/805<br><br>2.   Judgment in favor of Mechelle W. Credeur vs. W-D Louisiana, Inc., dated 1/4/88, filed 1/11/88; MOB 432/631<br><br>3.   Judgment in favor of Mechelle W. Credeur vs. W-D Louisiana, Inc., in the amount of $15,000, dated 2/9/88, filed 2/11/88; MOB 433/416<br><br>4.   Judgment in favor of Sosthene Smith Jr. and Bessie Smith vs. W-D Louisiana, Inc., in the amount of $198,500, dated 12/30/88, filed 1/3/88; MOB 442/846<br><br>5.   Judgment in favor of Kelly Bellard vs. W-D Louisiana, Inc., dated 6/14/93, filed 6/16/93; MOB 484/823, Instrument #0589844 |
| Store #1490<br>2004 North Parkerson Avenue<br>Crowley, LA | 1.   Judgment in favor of Kelly Bellard vs. W-D Louisiana, Inc., dated 3/10/87, filed 3/12/87; MOB 422/805<br><br>2.   Judgment in favor of Mechelle W. Credeur vs. W-D Louisiana, Inc., dated 1/4/88, filed 1/11/88; MOB 432/631<br><br>3.   Judgment in favor of Mechelle W. Credeur vs. W-D Louisiana, Inc., in the amount of $15,000, dated 2/9/88, filed 2/11/88; MOB 433/416<br><br>4.   Judgment in favor of Sosthene Smith Jr. and Bessie Smith vs. W-D Louisiana, Inc., in the amount of $198,500, dated 12/30/88, filed 1/3/88; MOB 442/846<br><br>5.   Judgment in favor of Kelly Bellard vs. W-D Louisiana, Inc., dated 6/14/93, filed 6/16/93; MOB 484/823, Instrument #0589844<br><br>6.   Process Verbal by City of Crowley vs. W-D Louisiana, Inc., in the amount of 8,080.41, filed 6/30/06; MOB 745/90, Instrument #757273 |

## ASCENSION PARISH

| Store #1590 17682 Airline Hwy Prairieville, LA | 1.  Order of Garnishment in Mid South Credit Corporation vs. Katherine Clayton and Calvin Aubert, dated 12/14/99, filed 1/00, Instrument No. 454223<br><br>2.  Civil Suit in Deana Willis vs. WD Louisiana, Inc., Docket No. 83818, 23rd Judicial District Court, filed 11/2/05<br><br>3.  Civil Suit in Priscilla Gray vs. WD Louisiana, Inc., Docket No. 78304, 23rd Judicial District Court, filed 7/6/04 |
|---|---|

## EAST BATON ROUGE PARISH

| | |
|---|---|
| Store #1454<br>5555 Burbank Drive<br>Baton Rouge, LA | 1.     Contractors Agreement between T-B Real Estate Development and Davidson Dozer, Ltd., dated 11/16/95, filed 12/6/95, Orig. 718, Bndl. 10647.  Acceptance of Completion filed 12/10/96, Orig. 121, Bndl. 10749<br><br>2.     Construction Agreement between T-B Real Estate Developers, Thompson Construction Co., Inc., and WD LA, Inc., dated 12/22/95, filed 1/10/96, Orig. 823, Bndl. 10654. Certificate of Completion dated 2/14/97, filed 2/24/97, Orig. 714, Bndl. 10767 |
| Store #1577<br>13002 Coursey Blvd.<br>Baton Rouge, LA | 1.  Mortgage granted by Winn-Dixie Louisiana, Inc. in favor of First Union National Bank, now Wachovia Bank, National Association, dated March 29, 2001, filed as original 752, bundle 11214 of the official records of East Baton Rouge Parish, as amended (i) by First Amendment dated October 7, 2003, filed as original 275, bundle 11560, and (ii) by Second Amendment dated June 29, 2004, filed as original 117, bundle 11634 of the official records of East Baton Rouge Parish, Louisiana, and as assigned by Act of Assignment of Mortgages dated June 10, 2005, filed as original 188, bundle 11736.<br><br>2.  UCC-1 fixture filings; including particularly all of those in favor of First Union National Bank, now Wachovia Bank, National Association, in the UCC records, #17-1270474 and in the official records of East Baton Rouge Parish, Louisiana, as original 600, bundle 11642. |

## JEFFERSON PARISH

| | |
|---|---|
| Store #1440<br>4627 WS Expressway<br>Marrero, LA | 1. MOB 4230/911; Materialman's Lien, filed by Hussman Corporation, in name of Winn-Dixie Louisiana, Inc., for $172,986 dated 3/16/05, filed 3/23/05; Entry #10516446 |

## LAFAYETTE PARISH

| | |
|---|---|
| Store #1555<br>3803-F Moss Street<br>Lafayette, LA | 1.  Construction Agreement between WD Louisiana, Inc., and Thompson Construction Co., Inc., dated 2/20/98, filed 3/9/98, MOB 98-9233.  Certificate of Completion, dated 2/26/99, filed 3/1/99, MOB 99-8148<br><br>2.  Construction Agreement between WD Louisiana, Inc., and Thompson Construction Co., Inc., dated 1/28/92, filed 3/27/92, MOB 92-9673.  Certificate of Completion, dated 9/22/92, filed 10/6/92, MOB 92-34240 |

## LAFOURCHE PARISH

| | |
|---|---|
| Store #1557<br>4560 Hwy. 1, Suite 7<br>Raceland, LA | 1.   Judgment in favor of Elizabeth Adams, et al vs. W-D Louisiana, Inc., et al, dated 7/27/84, filed 7/30/84;   MOB 450/872, Instrument #610775<br><br>2.  Judgment in favor of Perry Perio vs. W-D Louisiana, Inc., dated 7/15/87, filed 12/20/88; MOB 559/12, Instrument #695943<br><br>3.   Construction Contract between WD Louisiana, Inc., and Thompson Construction Co., dated 1/10/90, filed 7/6/90, Instrument No. 713847, MOB 583/486<br><br>4.  Consent Judgment in favor of Joy Schexnayder and Robert Schexnayder vs. W-D Louisiana, Inc., dated 3/7/86, filed 3/7/86; MOB 490/375, Instrument #644556 |

## LIVINGSTON PARISH

| Store #1591<br>28145 Walker S. Rd.<br>Walker, LA | 1.  Mortgage granted by WD Louisiana, Inc. in favor of First Union National Bank, now Wachovia Bank, National Association, dated 3/29/01, filed in MOB 679, page 662, of the official records of Livingston Parish, as amended (i) by First Amendment dated 10/7/03, filed in MOB 989, page 449, and (ii) Second Amendment dated 6/29/04, filed in MOB 1067, page 538 of the official records of Livingston Louisiana, as as assigned by Act of Assignment of Mortgages dated 6/10/05, filed in MOB 1178, page 304<br><br>2.  UCC Fixture filings in the UCC records 32-165588 and 32-1598976 |
|---|---|

## ORLEANS PARISH

| | |
|---|---|
| Store #1408<br>4600 Chef Menteur<br>New Orleans, LA | 1.    Chattel Mortgage by W-D Stores, Inc., in favor of Computer Leasing, dated 4/12/89 and recorded as MIN 25380<br><br>2.    Chattel Mortgage by W-D Stores, Inc., in favor of Computer Leasing dated 4/12/89, and recorded as MIN 25381<br><br>3.  Chattel Mortgage by W-D Stores, Inc., in favor of Highland Finance, dated 6/12/90 and recorded as MIN 45660<br><br>4.  Chattel Mortgage by W-D Stores, Inc., in favor of Storage Technology, dated 2/28/90 and recorded as MIN 41820<br><br>5.  Chattel Mortgage by W-D Stores, Inc., in favor of Storage Technology, dated 9/30/88 and recorded as MIN 12928 |
| Store #1426<br>3008 Holiday Drive<br>New Orleans, LA | 1.  Chattel Mortgage by WD Stores, Inc., in favor of Computer Leasing, dated 4/12/89 and recorded as MIN 25380<br><br>2.  Chattel Mortgage by WD Stores, Inc., in favor of Computer Leasing, dated 4/12/89 and recorded as MIN 25381<br><br>3.  Chattel Mortgage by WD Stores, Ind., in favor of Highland Finance, dated 6/12/90, and recorded as MIN 45660<br><br>4.  Chattel Mortgage by WD Stores, Inc., in favor of Storage Technology, dated 2/28/90, and recorded as MIN 41820<br><br>5.  Chattel Mortgage by WD Stores, Inc., in favor of Storage Technology, dated 9/30/88, and recorded as MIN 12928 |

| | |
|---|---|
| Store #1430<br>5400 Tchoupitoulas<br>New Orleans, LA | 1.   MOB 3840, folio 390; Lien in favor of the State of Louisiana, Department of Labor, against WD Stores, Inc., in the amount of $348.90 dated December 28, 2004 recorded January 3, 2005 at MIN 799125<br><br>*Together with the following matters of record, but only to the extent that the same affect Debtor's interest in the premises, otherwise to remain in full force and effect:*<br><br>2.   MOB 2757, folio 323; Contract between Riverside Market Partnership and Shamrock Construction Company, Inc., in the amount of $5,056.00 dated 12/8/89, recorded 1/16/90 at MIN 86262<br><br>3.   MOB 3466, folio 367; Labor and Material Lien by Anthony Distaulo in the amount of $7,858.00 against Mutual Life of the Northwesters dated 3/1/00, recorded 3/1/00 at MIN 550664<br><br>4.   MOB 3464, folio 405; Labor and Material Lien by DLT Specialties, Inc., in the amount of $11,750.00 against Bobby Castle Construction Co. of Tippah County, Inc. dated 2/22/00, recorded 2/22/00 at MIN 549339<br><br>5.   MOB 3463, folio 516; Labor and Material Lien by Kastner Electric, Inc., in the amount of $32,849.83 against Mutual Life the Northwesters dated 2/14/00, recorded 2/16/00 at MIN 548900 |

| Store #1439<br>9701 Chef Menteur Hwy<br>New Orleans, LA | 1.    Construction Agreement between WD and H & L Construction & Renovation dated July 14, 1994, and recorded as Instrument No. 94-46284, MOB 286482<br><br>2.    Acceptance of Construction Contract dated March 23, 1995, filed April 20, 1995, recorded as Instrument No. 95-17075<br><br>3.  Notice of Filing Suit by Keller Supply, Inc., dated May 27, 1993, and recorded as Instrument No. 93-22585, MOB 2957/118<br><br>4.  Chattel Mortgage by Wd Stores, Inc., in favor of Computer Leasing, dated 4/12/89 and recorded as MIN 25380<br><br>5.  Chattel Mortgage by WD Stores, Inc., in favor of Computer Leasing, dated 4/12/89, and recorded as MIN 25381<br><br>6.  Chattel Mortgage by WD Stores, Inc., in favor of Storage Technology, dated 2/28/90, and recorded as MIN 41820<br><br>7.  Chattel Mortgage by WD Stores, Inc., in favor of Storage Technology, dated 9/30/88, and recorded as MIN 12928 |

## **POINTE COUPEE PARISH**

| | |
|---|---|
| Store #1572<br>420 Hospital Road<br>New Roads, LA | 1.   Judgment in favor of Augustin Cain vs. W-D Louisiana, Inc., dated 11/25/97, filed 12/8/97; MOB 256/857, Instrument #204<br><br>2.   Judgment in favor of Minnie Lacour vs. W-D Louisiana, Inc., dated 11/24/97, filed 12/8/97; MOB 256/861, Instrument #205<br><br>3.  Judgment in favor of Lorne and Angela Webre, et al, vs. W-D Louisiana, Inc., dated 3/1/01, filed 3/7/01; MOB 370/270, Instrument #46 |

## ST. CHARLES PARISH

| | |
|---|---|
| Store #1444<br>12125 Hwy 90<br>Luling, LA | 1.  MOB 682/553; Judgment in favor of Julie Colby against WD Louisiana, Inc. dated 9/18/98; filed 9/21/98; Instrument No. 225199 |
| Store #1588<br>12519 Airline Hwy,<br>Suite A<br>Destrehan, LA | 1.    Construction Agreement between WD LA, Inc., and Thompson Construction Co., Inc., dated 12/16/98, filed 12/28/98, Instrument NO. 228161, MOB 693/635<br><br>2.  Judgment in favor of Julie Colby against WD Louisiana, Inc., dated 9/18/98, filed 9/21/98, Instrument No. 225199, MOB 682/553 |

## ST. JAMES PARISH

| Store #1463<br>1803 LA Hwy 3125<br>Gramercy, LA | 1.   Judgment in favor of Leland D. Roussell against W-D Louisiana, Inc., in the amount of $55,355, dated 9/14/01, filed 9/19/01; MOB 260/424, Instrument #113678 |
|---|---|

## ST. LANDRY PARISH

| | |
|---|---|
| Store #1570<br>1800 W. Laurel<br>Eunice, LA | 1.  Jury Bond in Dennis Hollier and Verna Hollier against WD Louisiana, Inc., dated 10/8/84, filed 10/9/84, MOB 616/436, Instrument No. 691359<br><br>2.  Judgment in favor of Joseph Colomb against WD Louisiana, Inc., dated 5/23/86, filed 5/27/86, MOB 697/143, Instrument No. 707879-A<br><br>3.  Jury Bond in Joseph Colomb against WD Louisiana, Inc., dated 9/18/86, filed 9/19/96, MOB 713/192, Instrument No. 710747-A<br><br>4.  Jury Bond in Elva Guidry Miller against WD Louisiana, Inc., dated 11/17/86, filed 11/21/86, MOB 723/___, Instrument #712101-B<br><br>5.  Jury Bond for Bernita Melancon against WD Louisiana, Inc., dated 12/29/86, filed 1/8/87, MOB 728/197, Instrument No. 713027-D<br><br>6.  Jury Bond in Gladys Soileau against WD Louisiana, Inc., dated 4/10/87, filed 4/14/87, MOB 741/245, Instrument No. 715182-C<br><br>7.  Jury Bond in Darrell Leckelt against WD Louisiana, Inc., dated 4/20/87, filed 4/22/87, MOB 743/248, Instrument No. 715438-B<br><br>8.  Jury Bond in favor of Carol Foret against WD Louisiana, Inc., dated 6/9/87, filed 6/9/87, MOB 748/335, Instrument No. 716479-B<br><br>9.  Jury Bond in Valentin Guidry against WD Louisiana, Inc., dated 5/6/87, filed 5/11/87, MOB 745/211, Instrument No. 715795-A<br><br>10.  Jury Bond in Velma Hampton against WD Louisiana, Inc., dated 2/11/88, filed 2/25/88, MOB 778/129, Instrument No. 722239-D |

| | |
|---|---|
| St. Landry Parish<br>Store #1570<br>Continued | 11.  Jury Bond in Billie Jean Celestine against WD Louisiana, Inc., dated 9/22/88, filed 9/26/88, MOB 804/299, Instrument No. 727053-A<br><br>12.  Jury Bond in Linda Dietz against WD Louisiana, Inc., dated 12/14/88, filed 12/18/88, MOB 815/339, Instrument No. 729014<br><br>13.  Judgment in favor of Linda Dietz against WD Louisiana, Inc., dated 3/15/89, filed 4/3/89, MOB 826/363, Instrument No. 731407<br><br>14.  Jury Bond in Edward Cormier against WD Louisiana, Inc., dated 8/14/89, filed 8/21/89l, MOB 833/257, Instrument No. 735108<br><br>15.  Jury Bond in Babbla Auzenne against WD Louisiana, Inc., dated 10/2/89, filed 10/17/89, MOB 835/656, Instrument NO. 736684<br><br>16.  Motion and Order for jury trial in Ruby Dalcour against WD Louisiana, Inc., dated 1/18/88, filed 2/7/90, MOB 840/301, Instrument No. 739422<br><br>17.  Jury Bond in Connie Perez, for minor child Michael Perez against WD Louisiana, Inc., dated 5/10/90, filed 5/14/90, MOB 844/610, Instrument No. 742084<br><br>18.  Jury Order in Proversa Fontenot against WD Louisiana, Inc., dated 8/31/90, filed 9/4/90, MOB 849/682, Instrument No. 745285<br><br>19.  Jury Order in Dorthea Fuselier et al against WD Louisiana, Inc., dated 10/2/90, filed 10/4/90, MOB 851/141, Instrument No. 746067<br><br>20.  Suspensive Appeal Bond in Barbara Thibodeaux against WD Louisiana, Inc., dated 5/21/91, filed 5/29/01, MOB 861/260, Instrument No. 752118 |

| St. Landry Parish Store #1570 Continued | 21.  Jury Bond in Nettie Hardy for minor child Jermaine Hardy against WD Louisiana, Inc., dated 7/23/91, filed 8/15/91, MOB 864/469, Instrument NO. 754075 |
| | 22.  Jury Bond in Janie Pitre against WD Louisiana, Inc., dated 9/9/91, filed 9/19/91, MOB 866/86, Instrument No. 754969 |
| | 23.  Jury Bond in Elsie J. Vallian against WD Stores, Inc., et al, dated 1/21/92, filed 1/27/92, MOB 871/78, Instrument No. 758083 |

## ST. MARTIN PARISH

| | |
|---|---|
| Store #1549<br>924 Rees Street<br>Breaux Bridge, LA | 1.    Construction Agreement between WD LA, Inc, and Thompson Construction Co., Inc., dated 11/1/93, filed 11/16/93, MOB 627/82, Instrument No. 145015<br><br>2.   Judgment in favor of Dallas J. Andrus, et ux against WD Louisiana, Inc., dated 1/5/98, filed 1/7/98, Instrument No. 125947; MOB 442/227<br><br>3.   Judgment in favor of Lorraine L. Alvarez against WD Louisiana, Inc., dated 5/18/88, filed 5/20/88, Instrument No. 127103; MOB 455/69 |

## ST. MARY PARISH

| | |
|---|---|
| Store #1559<br>204 Northwest Blvd.<br>Franklin, LA | 1. Construction Agreement between WD Louisiana, Inc., and Thompson Construction Co., Inc. dated 1/13/92, filed 1/14/92, MOB 638/446, Instrument No. 197886.   Affidavit of Substantial Completion filed 6/2/93, MOB 666/717, Instrument No. 203989<br><br>2. Construction Agreement between WD Louisiana, Inc., and H & L Construction, dated 8/19/96, filed 10/15/96, MOB 739/574, Instrument No. 219669, Affidavit of Substantial Completion filed 6/10/97, MOB 758/433, Instrument No. 223301 |

## ST. TAMMANY PARISH

| Store #1353<br>851 Brownswitch Rd.<br>Slidell, LA | 1. MOB 1330/104; Judgment in favor of William T. Varnado, against WD Louisiana, Inc. for $11,000 dated 5/8/89, filed 6/5/89; Instrument No. 721822 |
|---|---|
| Store #1446<br>619 N. Causeway Blvd.<br>Mandeville, LA | 1. MOB 1330/104; Judgment in favor of William T. Varnado, against WD Louisiana, Inc. for $11,000 dated 5/8/89, filed 6/5/89; Instrument No. 721822 |
| Store #1448<br>1001 Hwy 190 Ste. 132<br>Covington, LA | 1. MOB 1330/104; Judgment in favor of William T. Varnado, against WD Louisiana, Inc. for $11,000 dated 5/8/89, filed 6/5/89; Instrument No. 721822<br><br>2. MOB 1117/616; Materialman's Lien of Frommelt Industries, Inc., against Wayne Wandell & WD for $1,419, dated 2/2/85, filed 1/3/86; Instrument No. 605433 |
| Store #1500<br>4100 Hwy 59<br>Mandeville, LA | 1. MOB 1330/104; Judgment in favor of William T. Varnado, against WD Louisiana, Inc. for $11,000 dated 5/8/89, filed 6/5/89; Instrument No. 721822 |

| | |
|---|---|
| Store #1504<br>3030 Ponchartrain Drive<br>Slidell, LA | 1.  MOB 1330/104; Judgment in favor of William T. Varnado, against WD Louisiana, Inc. for $11,000 dated 5/8/89, filed 6/5/89; Instrument No. 721822<br><br>*Together with the following matters of record, but only to the extent that the same affect Debtor's interest in the premises, otherwise to remain in full force and effect:*<br><br>2.  MOB 570, page 346; Judgment filed on 3/24/75 in favor of St. Tammany Parish School Board and against Harry R. Cross et al.<br><br>3.  MOB 603, page 91; Judgment filed on 5/10/75 in favor of Washington Bank and Trust Co., against Harry Cross et. al.<br><br>4.  MOB 1145, page 785; Judgment filed on 6/4/86 in favor of Doster Construction Co., Inc. against ertrand Breaux<br><br>5.  MOB 1166, page 646; Judgment filed on 9/2/86 in favor of Favret, Favret, Demarest, and Russo against L. Haik, et al.<br><br>6.  Instrument No. 732743; Judgment filed on 10/5/89 in favor of Federal Savings and Loan Corporation against Bertrand Breaux et al<br><br>7.   MOB 1117, page 616; Lien filed on 1/3/86 in favor of Frommelt Industries, Inc.<br><br>8.   MOB 1327, page 54; Federal Tax Lien filed on 5/15/89 against King Square Partnership et al. |

**TANGIPAHOA PARISH**

| | |
|---|---|
| Store #1449<br>804 W. Oak Street<br>Amite, LA | 1.   MOB 1060/717; Judgment in favor of Pete Wood and Dawn Wood against WD Louisiana, Inc., dated 6/21/02, filed 9/11/02; Instrument No. 617970 |
| Store #1537<br>2302 W. Thomas St.<br>Hammond, LA | MOB 1060/717; Judgment in favor of Pete Wood and Dawn Wood against WD Louisiana, Inc., dated 6/21/02, filed 9/11/02; Instrument No. 617970 |
| Warehouse<br>3925 Hwy 190 W<br>Hammond, LA | 1.   Construction Agreement between WD Louisiana, Inc., and Thompson Construction Co., Inc. dated 2/10/92, filed 5/11/92, MOB 588-765, Instrument No. 427654, Certificate of Completion dated 1/11/93, filed 1/14/93, MOB 606-108, Instrument No. 436622<br><br>2.   Judgment in favor of Leslie Henderson vs. WD Louisiana, dated 5/10/99, filed 5/20/99; MOB 837/812<br><br>3.   Subcontractor Construction Agreement between JESCO and Anderson Dunham, Inc., dated 12/14/99, filed 6/5/00; MOB 891/841; Instrument No. 617970<br><br>4.   Judgment in favor of Pete Wood and Dawn Wood vs. WD Louisiana, Inc. et al dated 6/21/02, filed 9/11/02; MOB 1060/717, Instrument No. 617970 |

**<u>EXHIBIT B</u>**

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et. al | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

## ORDER DIRECTING THE CLERKS OF COURT AND RECORDERS OF MORTGAGES IN LOUISIANA TO REVISE PUBLIC RECORDS TO REFLECT THE CANCELLATION OF LIENS IN CONNECTION WITH CONSUMMATION OF PLAN

These cases came before the Court for hearing on April 26, 2007 upon the motion of Winn-Dixie Stores, Inc. and twenty-three of is subsidiaries and affiliates (collectively, the "Reorganized Debtors"), for entry of an order under 11 U.S.C. §1142(b) of the Bankruptcy Code and Rule 3020(d), Federal Rules of Bankruptcy Procedure authorizing and directing the Clerks of Court and Recorders of Mortgages for the Louisiana Parishes[3] to revise their public records to reflect the cancellation, release and satisfaction of the encumbrances identified on the attached Exhibit A (the "Motion").  Upon consideration, it is

ORDERED AND ADJUDGED:

1.	The Motion is granted.

---

[3] All capitalized terms not otherwise defined in this order shall have the meaning ascribed to them in the Motion.

2.      The Clerks of Court and Recorders of Mortgages Parishes identified on Exhibit A are authorized and directed to (i) cancel the liens and encumbrances listed on Exhibit A, (ii) revise their public records to reflect the cancellation, release and satisfaction of the liens encumbrances identified on Exhibit A, (iii) to make a notation of the cancellation and release in the margins of the recorded liens and encumbrances, and (iv) record this order granting the Motion in the public records.

3.      The Reorganized Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

4.      The Court retains jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated this _____ day of April, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Objection.