# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.                Case No.        05-03817 (3FI)

Reorganized Debtors.                           Chapter 11

                                               Jointly Administered

_____

## NOTICE OF REQUEST FOR REMOVAL FROM SERVICE LIST
## AND REQUEST TO STOP ELECTRONIC NOTICE
Anne Weatherington

    PLEASE TAKE NOTICE that E. Keith DuBose and the law firm of Matthews, Eastmoore, Hardy, Crauwels & Garcia, P.A., as attorneys for Anne Weatherington, hereby request that it be removed from any and all service lists by e-mail or otherwise in this matter, and receive no further notices, pleadings, motions, orders, and other documents filed in this proceeding.

    Respectfully submitted this 29th day of March, 2007.

                                                             /s / E. Keith DuBose
                                                             FB No. 0084999
                                                             MATTHEWS, EASTMOORE, HARDY,
                                                              CRAUWELS & GARCIA, P.A.
                                                             1777 Main Street, 5th Floor
                                                            Sarasota, FL 34230
                                                            941-366-8888
                                                            941-954-7777 Facsimile
                                                           ekdubose@matthewseastmoore.com
                                             *ATTORNEY FOR ANNE WEATHERINGTON*

CERTIFICATE OF SERVICE

      I hereby certify that on March 29, 2007, I filed this NOTICE OF REQUEST FOR REMOVAL FROM SERVICE LIST AND REQUEST TO STOP ELECTRONIC NOTICE through the CMIECF filing system, which will cause a copy to be served on James H, Post, Esq., Counsel for the Reorganized Debtors, Smith, Husley & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202; Matthews Barr, Esq., Counsel for the Post-Effective Date Committee, Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, New York 10005 and all other parties participating in the CM/ECF System, all served electronically.

                                                      /s / E. Keith DuBose