**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**DEBTORS' OBJECTION TO CLAIM NO. 13755 FILED BY**
**CITY OF BATON ROUGE AND/OR PARISH OF EAST BATON ROUGE**

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates (the "Debtors"), object for the reasons set forth below to the allowance of Claim No. 13755 (the "Claim") filed by the City of Baton Rouge and/or Parish of East Baton Rouge ("Baton Rouge") on January 4, 2007.[1] In making these objections, the Debtors reserve, without waiver, the right to assert further or additional objections to the Claim.

1. No amount is due by the Debtors with respect to the Claim. The Claim relates to a sales tax audit of the Debtors. The Debtors and Baton Rouge negotiated and agreed to settle the audit for $12,135.07. The Debtors, in turn, paid Baton Rouge the agreed $12,135.07 by check number 008308447 dated February 5, 2007. Accordingly, no amounts are due with respect to the Claim and the Claim should be disallowed in its entirety.

---

[1] In accordance with Sections 1.15 and 9.1 of the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors, which was confirmed by order of the Court entered at Docket No. 12440 on November 9, 2006 and became effective on November 21, 2006, the deadline for objecting to the Claim is April 4, 2007.

WHEREFORE, based upon the foregoing, the Debtors respectfully request that the Court (i) enter the Proposed Order attached as Exhibit A to this Objection disallowing the Claim in its entirety and (ii) grant such other and further relief as the Court deems just and proper.

Dated:   April 4, 2007

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D.J. Baker*<br>   D. J. Baker<br>   Rosalie Walker Gray<br>   Jane M. Leamy<br>   David M. Turetsky | By   *s/ James H. Post*<br>   Stephen D. Busey<br>   James H. Post<br>   Cynthia C. Jackson<br>   Florida Bar Number 175460 |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

**Exhibit A**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Reorganized Debtors. | ) Jointly Administered |

**ORDER DISALLOWING CLAIM NO. 13755 FILED BY
CITY OF BATON ROUGE AND/OR PARISH OF EAST BATON ROUGE**

These cases came before the Court upon the objection of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to Claim No. 13755 filed by the City of Baton Rouge and/or Parish of East Baton Rouge (the "Objection").

Upon consideration, it is

ORDERED AND ADJUDGED:

1. The Objection is sustained.

2. Claim No. 13755 is disallowed in its entirety.

Dated this ____ day of _____, 2007 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.