# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |
| _____ | ) | |

## NOTICE OF AGREED ORDER RESOLVING
## UNSECURED CLAIM (CLAIM NUMBER 10215) AND
## ADMINISTRATIVE CLAIM (DOCKET NO. 13862) OF
## GATOR COASTAL SHOPPING CENTRE, LLC (STORE NO. 2124)

---

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

The Court will consider this matter without further notice or hearing unless a party in interest files an objection within 3 business days from the date of service of this paper. If you object to the relief requested in this paper, you must (a) file your response with the Clerk of the Bankruptcy Court in accordance with the Court's electronic filing procedures or at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and (b) serve a copy by email and fax on (i) Winn-Dixie Stores, Inc. c/o Jay Castle, Esq., 5050 Edgewood Court, Jacksonville, Florida 32254, JayCastle@winn-dixie.com, (ii) James H. Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, jpost@smithhulsey.com and (iii) Rosalie Gray, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, rgray@skadden.com.

If you file and serve a response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file a response within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates (the "Debtors") give

notice of the proposed entry of the attached Agreed Order Resolving Unsecured Claim

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

(Claim Number 10215) and Administrative Claim (Docket  No. 13862) of Gator Coastal

Shopping Centre, LLC.

If no objection to the proposed Agreed Order is filed and served within the time

set forth above, the Court will be requested to enter the Agreed Order without further

notice or hearing.


Dated:  April 4, 2007

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By    _s/ D.J. Baker_____          By    _s/ James H. Post_____
      D. J. Baker                                  Stephen D. Busey
      Sally McDonald Henry                         James H. Post
      Rosalie Walker Gray                          Cynthia C. Jackson
      Adam S. Ravin
                                             Florida Bar Number 175460
Four Times Square                            225 Water Street, Suite 1800
New York, New York 10036                     Jacksonville, Florida  32202
(212) 735-3000                               (904) 359-7700
(917) 777-2150 (facsimile)                   (904) 359-7708 (facsimile)
djbaker@skadden.com                          jpost@smithhulsey.com

Co-Counsel for Reorganized Debtors           Co-Counsel for Reorganized Debtors

## **Certificate of Service**

I certify that a copy of this document has been furnished electronically and by facsimile to Post-Effective Date Committee, c/o Matthew Barr, Esq. and Michael Comerford, Esq., Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, mbarr@milbank.com, mcomerford@milbank.com, this 4th day of April, 2007.


_____*Adam Ravin*_____
Attorney

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | *Chapter 11* |
| Reorganized Debtors. | Jointly Administered |

**AGREED ORDER RESOLVING UNSECURED CLAIM**
**(CLAIM NUMBER 10215) AND ADMINISTRATIVE**
**CLAIM (DOCKET NO. 13862) OF**
**GATOR COASTAL SHOPPING CENTRE, LLC (STORE NO. 2124)**

These causes originally came before the Court upon (a) the Twenty-Fourth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to several proofs of claim listed on exhibits annexed to the Objection, including, but not limited to Claim Number 10215 filed by Gator Coastal Shopping Centre, LLC ("Gator") which asserted, among other things, a claim for pre-petition deferred maintenance allegedly arising under a non-residential real property lease, and (b) the Motion for Allowance and Payment of Administrative Expense Priority Claim (Docket No. 13862) that Gator filed seeking administrative amounts allegedly owed under such lease (the "Administrative Claim Application").[1]  On or about November 3, 2006, Gator filed a response to the Objection (the "Gator Response").

On January 29, 2007, the Court entered the Agreed Order (A) Resolving Rejection Damages Claims of Gator Coastal Shopping Centre, LLC; (B) Resolving Certain Rejection Damages Claims of Principal Life Insurance Company; and (C) Continuing Hearing On Other Claims of Gator Coastal Shopping Centre, LLC (Docket No. 14900) (the "Gator/Principal

---

[1]     All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection and/or the Gator Response.

Order") which, among other things, reduced Claim Number 10215 to $195,938.53 reflective of the disallowance of that portion of Gator's claim that was attributable to alleged rejection damages arising under the lease.[2]  The Gator/Principal Order further provided that the remaining amount of $195,938.53 asserted in Claim Number 10215 (the majority of which related to amounts Gator claimed were owed for deferred maintenance obligations) would be addressed at such future hearing as the parties may agree or upon notice of either party.

Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1.      Claim Number 10215 shall be further reduced and allowed as a Class 13 Landlord Claim in the liquidated amount of $150,000.

2.      As to the Administrative Claim Application, Gator shall be entitled to an Allowed Administrative Claim in the amount of $9,698.70.

3.      Except as provided in Paragraph 2 of this Agreed Order, the Administrative Claim Application is overruled.

4.      The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this _____ day of _____, 2007 in Jacksonville, Florida.

_____
Hon. Jerry A. Funk
United States Bankruptcy Judge

---

[2]      The Gator/Principal Order directed the Debtors' Claims Agent to (a) register an additional claim in Gator's name and (b) allocate to such claim Gator's agreed portion ($247,539.03) of the rejection damages associated with the lease (the balance of the rejection damages allowed under the lease ($143,000) were allocated to Principal Life Insurance Company).

<u>Consent</u>

The undersigned parties consent to the entry of the foregoing Agreed Order.


SMITH HULSEY & BUSEY                       FROST BROWN TODD LLC


By _/s/ James H. Post_____              By: _/s/ Douglas L. Lutz *_____
       James H. Post                                     Douglas L. Lutz
       Florida Bar Number 175460

225 Water Street, Suite 1800                2200 PNC Center
Jacksonville, Florida 32202                 201 East Fifth Street
(904) 359-7700                              Cincinnati, Ohio 45202
(904) 359-7708 (facsimile)                  (513) 651-6724
                                            (513) 651-6981 (facsimile)
-and-

SKADDEN, ARPS, SLATE, MEAGHER               Attorneys for Gator Coastal Shopping Centre,
& FLOM LLP                                  LLC

D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Adam S. Ravin
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)


Co-Counsel for Reorganized Debtors



[*] Counsel has authorized his electronic signature.