# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

## APPEAL COVER SHEET

| Appellant | Appellee |
|---|---|
| Winn-Dixie Stores, Inc., et al. | The Florida Tax Collectors |
| Bankruptcy Case No. 05-3817-3F1 | Adversary Case No. _____ |
| Attorney: (Name, Address and Telephone Number) | Attorney: (Name, Address and Telephone Number) |
| Cynthia C. Jackson, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202 (904) 359-7700 | Brian T. Hanlon, Esq. Palm Beach County Tax Collector Post Office Box 3715 West Palm Beach, Florida 33402-3715 Telephone: 561/355-2142 |

### NATURE OF PROCEEDING

Check appropriate item

[✓] Appeal pursuant to 28 USC §158
  - Notice of Appeal filed: Cross Appeal filed March 28, 2007
  - Date of Order Appealed: Entered January 22, 2007
  - Title of Order Appealed: Order Granting in Part and Denying in Part Florida Tax Collectors' Motion to Dismiss Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities
  - Debtor's County of Residence: _____

[ ] Motion to Withdraw Reference
  - Filed: _____ By: _____

[ ] Interlocutory Appeal
  - Title of Interlocutory Order or Decree: _____
  - Date of Order or Decree: _____
  - Brief Description of Matter Appealed: _____

[ ] Motion for Leave to Appeal
  - Date Filed: _____

[ ] Other _____

[ ] Designation in Appeal
Have arrangements been made with a Court Reporter for Transcript?  [ ] Yes  [ ] No
If not, do you intend to do so?  [ ] Yes  [ ] No   If ordered, on what date? _____

_____
Attorney/Appellant