# UNITED STATES BANKRUPTY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>**WINN-DIXIE STORES, INC., <u>et al</u>.,**<br><br>Debtors.[1] | **Chapter 11**<br><br>**Case No. 05-03817-3F1**<br><br>**(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.  I am of legal age and I am not a party to this action.

2.  I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.  On or about April 4, 2007 I caused copies of:

- the **Debtors' Objection to Claim No. 13755 Filed by City of Baton Rouge and/or Parish of East Baton Rouge**

   to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served notice as listed above is attached hereto as Exhibit B.

Dated: April 5, 2007

_____
Kathleen M. Logan

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

EXHIBIT A
SERVICE LIST

**SERVICE LIST**

**Debtors' Objection to Claim No. 13755 Filed by**
**City of Baton Rouge and/or Parish of East Baton Rouge**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 558335-15
CITY OF BATON ROUGE AND/OR
PARISH OF EAST BATON ROUGE
DEPT OF FINANCE/REVENUE DIVISION
ATTN LEGAL SECTION
PO BOX 2590
BATON ROUGE LA 70821-2590

CREDITOR ID: 558386-99
MILBANK TWEED HADLEY & MCCLOY LLP
ATTN: MICHAEL COMERFORD, ESQ
1 CHASE MANHATTAN PLAZA
NEW YORK NY 10005-1413

CREDITOR ID: 397685-99
MILBANK TWEED HADLEY & MCCOY LLP
ATTN: MATTHEW S BARR, ESQ
1 CHASE MANHATTAN PLAZA
NEW YORK NY 10005-1413

**Total:   3**

EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
|  | ) |  |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
|  | ) |  |
| Reorganized Debtors. | ) | Jointly Administered |
|  | ) |  |

## DEBTORS' OBJECTION TO CLAIM NO. 13755 FILED BY
## CITY OF BATON ROUGE AND/OR PARISH OF EAST BATON ROUGE

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates (the "Debtors"), object for the reasons set forth below to the allowance of Claim No. 13755 (the "Claim") filed by the City of Baton Rouge and/or Parish of East Baton Rouge ("Baton Rouge") on January 4, 2007.[1] In making these objections, the Debtors reserve, without waiver, the right to assert further or additional objections to the Claim.

1.  No amount is due by the Debtors with respect to the Claim. The Claim relates to a sales tax audit of the Debtors. The Debtors and Baton Rouge negotiated and agreed to settle the audit for $12,135.07. The Debtors, in turn, paid Baton Rouge the agreed $12,135.07 by check number 008308447 dated February 5, 2007. Accordingly, no amounts are due with respect to the Claim and the Claim should be disallowed in its entirety.

---

[1]     In accordance with Sections 1.15 and 9.1 of the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors, which was confirmed by order of the Court entered at Docket No. 12440 on November 9, 2006 and became effective on November 21, 2006, the deadline for objecting to the Claim is April 4, 2007.

WHEREFORE, based upon the foregoing, the Debtors respectfully request that the Court (i) enter the Proposed Order attached as Exhibit A to this Objection disallowing the Claim in its entirety and (ii) grant such other and further relief as the Court deems just and proper.

Dated:   April 4, 2007

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By    *s/ D.J. Baker*
        D. J. Baker
        Rosalie Walker Gray
        Jane M. Leamy
        David M. Turetsky

Four Times Square
New York, New York 10036
(212) 735-3000
(917) 777-2150 (facsimile)
djbaker@skadden.com

Co-Counsel for Reorganized Debtors

SMITH HULSEY & BUSEY

By    *s/ James H. Post*
        Stephen D. Busey
        James H. Post
        Cynthia C. Jackson
        Florida Bar Number 175460

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Co-Counsel for Reorganized Debtors

2

**<u>Exhibit A</u>**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Reorganized Debtors. | ) Jointly Administered |

**ORDER DISALLOWING CLAIM NO. 13755 FILED BY**
**CITY OF BATON ROUGE AND/OR PARISH OF EAST BATON ROUGE**

These cases came before the Court upon the objection of Winn-Dixie Stores, Inc.

and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to Claim No.

13755 filed by the City of Baton Rouge and/or Parish of East Baton Rouge (the "Objection").

Upon consideration, it is

ORDERED AND ADJUDGED:

1.     The Objection is sustained.

2.     Claim No. 13755 is disallowed in its entirety.

Dated this ____ day of _____, 2007 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

1222902-New York Server 7A - MSW