UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

Winn-Dixie Stores, Inc., et al.,

Reorganized Debtor

Case No.: 05-03817-3F1
Chapter 11
Jointly Administered

## AMENDED MOTION FOR RELIEF FROM STAY
(Movant Vicki Collins)
(Original Motion for Relief from Stay – Docket #14989)(Order Striking Original Motion - Docket #15026)

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

*Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within 20 days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 North Hogan Street, Jacksonville, Florida 32202, and serve a copy on the Movant's attorney, Andrew S. Bresalier, Esquire, The Law Offices of Abel and Halleran, 1920 East Hallandale Beach Boulevard, Suite 803, Hallandale Beach, Florida 33009.*

*If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.*

**COMES NOW**, the Movant, Vicki Collins, by and through undersigned attorney, and files this as her Motion for Relief from Stay, pursuant to 11 U.S.C. §362(d), Bankruptcy Rules and 4001, and would say unto the Court as follows:

1. The Movant is an Unsecured Creditor of the Debtor herein.

2. The Movant's claim against the Debtor arose out of a personal injury suffered at the Debtor's business premises located in Fort Pierce, Florida, on or about July 18, 2005 (a date subsequent to the Debtor's Petition Date of February 21, 2005).

3. That on September 12, 2005, Larry S. Abel, Esquire, counsel for the Movant's personal injury matter, forwarded Notice of Representation of Movant's claim to Mr. Robert Ghenon, the Manager of the location where the injury occurred. (See Attached Exhibit "A")

4. That on September 29, 2005, Mr. Abel received a letter (dated September 27, 2005) from Rebecca Peters, of Sedgwick Claims Management Services, Inc., stating that Winn-Dixie Stores, Inc., is self-insured, and that her company is the "third-party administrator". (See Attached Exhibit "B")

5. Unbeknownst to Mr. Abel, Winn-Dixie Stores, Inc., filed a Petition for Relief under the United States Bankruptcy Code on February 21, 2005, and the case is now pending with this Court.

6. Mr. Abel was not made aware of the Bankruptcy until hearing of it on the evening news, during January, 2007.

7. That pursuant to 28 U.S.C. §§ 1334(c)(2) and 157(b)2)(O) the only appropriate forum for determining the allowable amount of the claim is in the State Courts.

8. Of the State Courts, jurisdiction would lie with the State Court located in St. Lucie County, Florida, as that is where the incident giving rise to the Movant's claim arose; additionally the Movant and the witnesses reside in said county, or the vicinity thereof.

9. That the Debtor would not be prejudiced by the granting of this Motion

10. Upon information and belief, the Debtor's liability for the Movant's claim is payable under insurance coverage maintained by the Debtor on the date of the accident, and the Movant seeks to obtain payment of her claim through said available insurance.

**WHEREFORE**, the Movant, Vicki Collins, requests this Court enter an Order Granting this, her Amended Motion for Relief from Stay.

**THE LAW OFFICES OF ABLE AND HALLERAN**
1920 East Hallandale Beach Boulevard, Suite 803
Hallandale Beach, Florida 33009
954.458.7600 / Fax 954.458.7777

_____  04/05/07
**Andrew S. Bresalier, Esquire**
Fl Bar: 493279 / Email: asblawyer@yahoo.com

**I hereby certify** that a true and correct copy of the foregoing was served via U.S. Mail, upon the Debtor, and via CM/ECF electronic notification upon the Debtor's attorney, the U.S. Trustee, and Counsel to the Creditors' Committee, on this the _5F_ day of _April_, 200_7_.

| Counsel for the Debtor | Counsel for the Debtor: |
|---|---|
| D. Jan Baker, Rosalie Walker Gray, & Adam S. Ravin, Esq.'s | Stephen D. Busey, James H. Post, & Cynthia C. Jackson, Esq.'s |
| Skadden, Arps, Slate, Meagher & Flom | Smith, Hulsey & Busey |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, NY 10036 | Jacksonville, FL 32202 |

| Debtor | Counsel To The Creditors' Committee | US Trustee |
|---|---|---|
| Winn-Dixie Stores, Inc. | Dennis Dunne, Esq. | United States Trustee–JAX, 11 |
| 5050 Edgewood Court | Millbank, Tweed, Handley & McCloy LLP | 135 W Central Blvd, #620 |
| Jacksonville, FL 32254 | 1 Chase Manhattan Plaza | Orlando, Fl 32801 |
| | New York, NY 10005-1413 | |

**THE LAW OFFICES OF ABLE AND HALLERAN**
1920 East Hallandale Beach Boulevard, Suite 803
Hallandale Beach, Florida 33009
954.458.7600 / Fax 954.458.7777

_____
**Andrew S. Bresalier, Esquire**
Fl Bar: 493279 / Email: asblawyer@yahoo.com

CC: Vicki Collins (Movant) 7007Santa Clara Blvd, Ft Pierce, Fl 34951

The Law Offices of
# Abel and Halleran
A Partnership of Professional Associations

Larry S. Abel & Assoc., PA.
Robert B. Halleran & Assoc., PA.
Andrew S. Bresalier, Esq., of Counsel

September 12, 2005

Winn Dixie Store
4870 Kings Highway
Ft. Pierce, FL 34951
Attn: Robert Ghenon, Store Manager

RE:   Our Client         : Vicki Collins
      Date of Accident   : July 18, 2005

Dear Mr. Ghenon:

Please be advised that this law firm represents Vicki Collins in connection with personal injuries sustained on your property, said injuries occurring on July 18, 2005, on or about 8 or 9:00 P.M. Our investigation reveals that this accident was caused by the negligence of Winn Dixie Management, it's agents, servants and/or employees. If medical payment coverage is available please provide us with appropriate coverage information.

Please forward this letter to your liability insurance carrier or Risk Management Division immediately. In the event you fail to so respond, I have been instructed to pursue any and all legal remedies available.

PLEASE BE GOVERNED ACCORDINGLY.

Very truly yours,

Larry S. Abel, Esq.
LSA/dt

Cc:   Client

EXHIBIT A

# Sedgwick

**Sedgwick Claims Management Services Inc**
P.O. Box 24787, Jacksonville, FL 32241-4787
Telephone (888)784-3470 Facsimile (904)419-5365

September 27, 2005

Larry S. Adel
Attorney at Law
1920 E. Hallandale Beach Blvd. Ste. 803
Hallandale Beach Fl 33009

**RE:**   **Claimant:**   Vicki Collins
         **Date of Injury:** 07/18/2005
         **Location:**   Winn Dixie #
                         4870 Kings Highway
                         Fort Pierce, FL 34951
         **Division:**   Orlando
         **Claim Number:** A511209356-0001-01

Dear Mr. Adel:

Sedgwick Claims Management Services, Inc., is the third-party administrator for Winn-Dixie Stores, Inc. Winn-Dixie Stores, Inc. is self-insured for Liability with a $2,000,000.00 retention. There is no medical payments coverage.

I am the examiner assigned to this claim. Please provide a status as to Vicki Collins's treatment and medical progress with medical records and bills to date. I will need your client to complete the enclosed Medical and/or Wage Authorization form and return it to me.

Winn Dixie requires I obtain your client's recorded statement before we make any decisions determining liability. Please contact me to arrange a convenient date and time to secure this information. If your client has already provided us with a recorded statement please disregard. Should you fail to provide this information our liability decisions will be based solely upon the limited information available to us.

Thank you for your assistance and prompt attention to this matter. If you have any questions feel free to contact me directly at 904-419-5356.

Sincerely,

Rebecca Peters
General Liability Examiner II

Encl.

**Obtaining the medical & wage information is for the purpose of evaluating your claim and does not assume liability on Winn-Dixie or Sedgwick Claims Management Services, Inc. to pay or reimburse any expenses incurred as a result of this incident.**

(Esta carta es en referencia al incidente que ocurio en Winn-Dixie. Por favor ponga un interprete en contacto con migo.)

EXHIBIT B

RECEIVED SEP 29 2005