## UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA

## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 05-03817-3F1 |
| | * | |
| WINN-DIXIE STORES, INC., ET AL. | * | CHAPTER 11 |
| | * | |
| Reorganized Debtors | * | JOINTLY ADMINISTERED |

**************************************************************************

### NOTICE OF WITHDRAWAL OF APPLICATION FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR A POST-PETITION PERSONAL INJURY CLAIMANT

Applicant, LISA HENDERSON, having reached a settlement with WINN-DIXIE STORES, INC., hereby withdraws her Application for Allowance of an Administrative Claim for a Post-Petition Personal Injury Claimant in the above captioned matter (Document No. 14040).

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of April, 2007, I filed this NOTICE OF WITHDRAWAL OF APPLICATION FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR A POST-PETITION PERSONAL INJURY CLAIMANT through the CM/ECF filing system, which will cause a copy of same to be served on James H. Post, Counsel for Reorganized Debtors; Matthew Barr and John MacDonald, Counsel for the Post Effective Date Committee; Elena L. Escamilla, Counsel for the Office of the United States Trustee; and all other parties participating in the CM/ECF system, all served electronically.

DATED:    April 5, 2007.

Respectfully submitted:

**THE GOODE LAW FIRM, A P.L.C.**
812 Johnston Street
Post Office Drawer 3366
Lafayette, Louisiana 70502-3366
Telephone: (337) 234-0600

s/Michael S. O'Brien
BY:_____
**MICHAEL S. O'BRIEN (LA Bar #10139)**
Counsel for Applicant, LISA HENDERSON