UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim Filed By Gerald Bush [Docket No. 15761] was furnished by mail on April 5, 2007 to Gerald Bush c/o Andrew Y. Winston, Esq., Lawlor, Winston & Justice, P.A., 2701 West Oakland Park Boulevard, Suite 100, Fort Lauderdale, Florida 33311.

Dated: April 5, 2007

SMITH HULSEY & BUSEY

By     *s/ James H. Post*
   Stephen D. Busey
   James H. Post (FBN 175460)
   Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00562929