UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order Resolving the Administrative Claim Filed By Katia Garcia and Iroel Garcia [Docket No. 15772] was furnished by mail on April 5, 2007 to Katia Garcia and Iroel Garcia c/o Jason B. Chalik, Esq., Chalik & Chalik, P.A., 10063 Northwest First Court, Plantation, Florida 33324.

Dated:  April 5, 2007

                                                            SMITH HULSEY & BUSEY


                                             By       *s/ James H. Post*
                                                            Stephen D. Busey
                                                            James H. Post (FBN 175460)
                                                            Cynthia C. Jackson

                                                            225 Water Street, Suite 1800
                                                            Jacksonville, Florida  32202
                                                            (904) 359-7700
                                                            (904) 359-7708 (facsimile)
                                                            jpost@smithhulsey.com

                                                            Counsel for Reorganized Debtors

00562929