UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
|     Reorganized Debtors. ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim Filed By Michone Hawkes [Docket No. 15769] was furnished by mail on April 5, 2007 to Michone Hawkes c/o Jeff Kirby, Esq., Goldman, Daszkal, Cutler, Bolton & Kirby, 1630 West Hillsboro Blvd., Deersfield Beach, Florida 33442.

Dated: April 5, 2007

                                                SMITH HULSEY & BUSEY

                                                By    *s/ James H. Post*
                                                          Stephen D. Busey
                                                          James H. Post (FBN 175460)
                                                          Cynthia C. Jackson

                                                225 Water Street, Suite 1800
                                                Jacksonville, Florida  32202
                                                (904) 359-7700
                                                (904) 359-7708 (facsimile)
                                                jpost@smithhulsey.com

                                                Counsel for Reorganized Debtors

00562929