UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |

### AGREED ORDER RESOLVING CLAIM NO. 5590 FILED BY METRO-GOLDWYN-MAYER HOME ENTERTAINMENT LLC

This matter is before the Court upon the Debtors' Nineteenth Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Workers' Compensation Claims and (D) Workers' Compensation Misclassified Claims, the objection it pertains to (i) Claim No. 5590 filed by Metro-Goldwyn-Mayer Home Entertainment LLC (Docket No. 10689) and (ii) Debtors' Amended Objection to Claim No. 5590 filed by Metro-Goldwyn-Mayer Home Entertainment LLC and Counterclaim (Docket No. 15413). Based upon the consent of the parties as set forth in the attached stipulation (the "Stipulation"), it is

ORDERED AND ADJUDGED:

1. The Stipulation and each of its terms and provisions are approved.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

2. Claim No. 5590 filed by Metro-Goldwyn-Mayer Home Entertainment, LLC shall disallowed effective on the date on which this order becomes final (as that term is defined in the Stipulation).

3. Metro-Goldwyn-Mayer Home Entertainment LLC is directed to pay to Winn-Dixie Stores, Inc. the sum of $35,000 in full satisfaction of its obligations to the Debtors with respect to the transactions relating to Claim No. 5590. Metro-Goldwyn-Mayer Home Entertainment LLC shall make such payment within ten business days of the date on which this Order becomes final (as that term is defined in the Stipulation), by check made payable to Winn-Dixie Stores, Inc. and delivered by overnight delivery service to Winn-Dixie Stores, Inc., 5050 Edgewood Court, Jacksonville, FL 32254, attention David Young.

4. Logan & Company, Inc., the claims agent appointed in the Debtors' Chapter 11 cases, is directed to make such revisions to the claims register as are necessary to reflect the terms of this Order.

5. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 5 day of April, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:

Leanne McKnight Prendergast, Esq.

[Leanne McKnight Prendergast is directed to serve a copy of this order on any party in interest who has not received the order through the CM/ECF system and to file a proof of service.]

562207