## UNITED STATES BANKRUPTCY COURT

Middle District Of Florida
300 North Hogan Street, 3-350
Jacksonville, Florida 32202

In re:
Winn-Dixie Stores, Inc.

Case Number - 3-05-bk-3817-3F1
Adversary Number - N/A

Debtor(s)

### -TRANSMITTAL OF RECORD TO DISTRICT COURT-

(X) Appeal pursuant to 28 USC § 158(a).

Notice of Appeal Filed: January 26, 2007

The Party or Parties included in the Appeal to the District Court:

Appellant(s): Florida Tax Collectors
Attorney:  Brian T. Hanlon
       PO Box 3715, West Palm Beach, FL 33402-3715 (561-355-2142)

Appellee(s): Winn-Dixie Stores, Inc
Attorney:   Stephen Busey, 225 Water St., Ste 1800, Jacksonville, FL 32202 (904-359-7700)
       D.J. Baker, Four Times Square, New York, NY 10036 (212-735-3000)

**Title and Date of Orders Appealed** - Order Denying Florida Tax Collectors' Motion to Abstain from Consideration of Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities entered on January 19, 2007.

Items included in transmittal pursuant to F.R.B.P. 8003(b): **EXHIBITS WILL BE HAND DELIVERED WITH COPIES OF CLAIMS ON DISK.**

(X) Notice of Appeal
(X) Designation in Appeal of Appellant
(X) Designation in Cross Appeal
(X) Other: Copy of Docket

( ) Any Answers(s)
(X) Transcripts
(X) Exhibits

Case number(s) of Pending Appeal(s) in this Case: none

County of Residence: Duval County    Date March 21, 2007    By: Cathy Perkins

District Court Case Number  3:07-CV-242-J-32

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3            User: pcathy              Page 1 of 1           Date Rcvd: Apr 03, 2007
Case: 05-03817                  Form ID: pdfdoc           Total Served: 4
```

The following entities were served by first class mail on Apr 05, 2007.
```
aty         +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
              Jacksonville, FL 32202-4494
aty         +Stephen D. Busey,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
              Jacksonville, FL 32202-4494
            +D.J. Baker,   Four Times Square,   New York, NY 10036-6518
```

The following entities were served by electronic transmission on Apr 04, 2007.
```
aty          E-mail/Text: tc_legal_services@co.palm-beach.fl.us                            Brian T Hanlon,
              Palm Beach County Tax Collector,   PO Box 3715,   West Palm Beach, FL  33402-3715
                                                                                                  TOTAL: 1
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 05, 2007**                       **Signature:**     _Joseph Speetjens_