### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

### AGREED ORDER APPROVING STIPULATION WITH
### MICHELLE SEVERSON TO MODIFY PERMANENT INJUNCTION

This cause is before the Court upon Michelle Severson's Motion for Relief from Automatic Stay (the "Motion").[1] Based upon the consent of the parties appearing below, it is

ORDERED:

1. The permanent injunction imposed by 11 U.S.C. §524 is modified for the sole purpose of allowing Michelle Severson to prosecute through final judgment her civil action in the Circuit Court of the 8th Judicial Circuit, in and for Alachua County, Florida, Case No. 01-05-CA-329, Division J, against Debtor Winn-Dixie Stores, Inc. to liquidate Claim Numbers 223, 2357 and 13238 filed by Michelle Severson. Ms. Severson shall not enforce or execute any judgment obtained as a result of such litigation against the Debtors or their property. Any such judgment shall be subject to the Debtor's confirmed plan of reorganization.

---

[1] Although the Motion described the relief requested in terms of the automatic stay imposed by 11 U.S.C. §362, it shall be treated as though it requested relief from the permanent injunction imposed by 11 U.S.C. §524.

2. Except as modified herein, the permanent injunction imposed pursuant to 11 U.S.C. §524 shall remain in full force and effect.

3. Ms. Severson shall notify the State Court that her cause of action is subject to the permanent injunction of 11 U.S.C. §524 as provided herein.

4. This Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 5 day of April, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

[Leanne McKnight Prendergast is directed to serve a copy of this order on any party in interest who has not received the order through the CM/ECF system and to file a proof of service.]

## **Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

| DANIEL L. HIGHTOWER, P.A. | SMITH HULSEY & BUSEY |
|---|---|
| By ___s/ Kenneth M. Hesser*___<br>  Kenneth M. Hesser<br>  Marianne R. Howanitz | By___s/ Leanne McKnight Prendergast___<br>  Stephen D. Busey<br>  James H. Post<br>  Leanne McKnight Prendergast |
| Florida Bar Number 375720<br>7 East Silver Springs Blvd., Suite 300<br>Ocala, Florida  34470<br>(352) 629-7777<br>(352) 629-6431 (facsimile)<br>ken@danhightower.com | Florida Bar Number 59544<br>225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>lprendergast@smithhulsey.com |
| Counsel for Michelle Severson | Counsel for the Reorganized Debtors |

*Counsel has authorized the use of his electronic signature.

00562528