**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
April 5, 2007
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Page 1 of 2

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Omnibus Objection to Unresolved Litigation Claims Filed by Debtors (8702)

a. Continued Hearing on Objections to Claims based on Insufficient Documentation (15369) *Sustained O/S*

b. Hearing on Objections to Claims which have been settled or Withdrawn (15370) *Sustained O/S*

c. Hearing on Objections to Claims based on Insufficient Document of Late filed Claims (15371) *Sustained Ord /Post*

    (I) Response filed by Sunday Udoinyion (15564) *-P - Cont'd.*

    (II) Response filed by Claire Talmadge (15690)

    (III) Response filed by Janis E. Walter (15694)

    (IV) Response filed by Ana Arvelo Moreno (15700)

    (V) Response filed by Mary Richardson (15701)

    (VI) Response filed by Lena Chahboudagiantz (15714 and 15715)

The Reorganized Debtor will continue the hearing on the Objection with respect to each Claimant who submitted a formal or informal response, and proceed with the hearing on the Objection with respect to Claimants who have not responded.

APPEARANCES CONTINUED ON PAGE 2



# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
April 5, 2007
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC.        Page 2 of 2

**Debtor Atty:** Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

**APPEARANCES:**
US TRUSTEE:               ELENA ESCAMILLA
UNSEC. CRED:              JOHN B. MACDONALD/PATRICK PATANGAN
                          MATTHEW S. BARR
SUNDAY U DOINYION:        PRO SE
CLAIRE TALMADGE:          JOHN WINKLER
JANIS E. WALTER:          JIMMY BILBO
ANA ARVELO MORENO:        DENNIS LEVINE
MARY RICHARDSON:          DENNIS LEVINE
LENA CHAHBOUDAGIZNTZ:     W. CHAD STELLY

RULING: