UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

ORDER ON DEBTORS' OMNIBUS
OBJECTION TO UNRESOLVED LITIGATION
CLAIMS WHICH HAVE BEEN SETTLED OR WITHDRAWN

This matter came before the Court for hearing on April 5, 2007, upon the Debtors' Omnibus Objection to Unresolved Litigation Claims (the "Objection") filed by Winn-Dixie Stores, Inc. and f its subsidiaries and affiliates (collectively, the "Reorganized Debtors") as to the proofs of claim identified on Exhibit A to the Notice of Hearing on the Objection (Doc. No. 15370). No responses to the Objection were filed. It is therefore

ORDERED AND ADJUDGED:

1. The Objection is sustained.

2. The claims identified on Exhibit 1 are disallowed in their entirety.

3. The Objection gives rise to a separate contested matter as to each claim identified on Exhibit 1, as contemplated by Rule 9014, Federal Rules of Bankruptcy Procedure. This Order is deemed to be a separate Order with respect to each such claim. Any stay of this Order pending appeal by any claimant whose claim is subject to this Order shall only apply to the contested matter involving such claim and shall not act to stay the applicability or finality of this Order with respect to the other contested matters subject to this Order.

4. This Order is without prejudice to the Reorganized Debtors' right to object to any of the claims on any further or separate grounds.

Dated this __5__ day of April, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

00562049

2

WINN-DIXIE STORES, INC., ET AL.
EXHIBIT 1

Page: 1 of 2
Date: 04/03/2007
Time : 11:38:23

| ID | Creditor | Claim No. | Claim Amount | File Date | Asserted Class |
|---|---|---|---|---|---|
| 400121 | ACOFF, JINNIE | 2920 | $2,000,500.00 | 05/13/2005 | PRIORITY |
|  | Counsel: ATTN: HENDERSON, DANTONE | Asserted Debtor: DIXIE STORES, INC. | | | |
| 390591 | BECNEL, CAROL HUSSER | 10807 | $0.00 | 08/01/2005 | UNSECURED NON-PRIORITY |
|  |  | Asserted Debtor: WINN-DIXIE MONTGOMERY, INC. | | | |
| 410758 | DUNBAR, DAVID | 9780 | $50,000.00 | 07/28/2005 | UNSECURED NON-PRIORITY |
|  | Counsel: ATTN TRACY L MARKHAM, ESQ | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 392757 | DURDEN, WILLIAM | 2955 | $75,000.00 | 05/26/2005 | UNSECURED NON-PRIORITY |
|  |  | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 392627 | ERGLE, EDWARD O | 10762 | $5,000.00 | 08/01/2005 | UNSECURED NON-PRIORITY |
|  |  | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 389046 | FOOTE, NANCY FINLEY | 2974 | $500,000.00 | 05/27/2005 | MULTIPLE CLASSES |
|  | Counsel: ATTN PAUL A BERNARDINI, ESQ | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 389046 | FOOTE, NANCY FINLEY | 3247 | $500,000.00 | 05/31/2005 | MULTIPLE CLASSES |
|  | Counsel: ATTN PAUL A BERNARDINI, ESQ | Asserted Debtor: WINN-DIXIE MONTGOMERY, INC. | | | |
| 392250 | FOX, SUZANNE | 447 | $50,000.00 | 04/01/2005 | UNSECURED NON-PRIORITY |
|  |  | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 392896 | FRANKLIN, BETTY MAE | 8404 | $20,000.00 | 07/28/2005 | UNSECURED NON-PRIORITY |
|  |  | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 421155 | HUGHES, MICHAEL ANTONIO | 13084 | $1,730.00 | 04/03/2006 | UNSECURED NON-PRIORITY |
|  |  | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 393314 | JOHNSON, CLARA | 9965 | $20,000.00 | 07/29/2005 | UNSECURED NON-PRIORITY |
|  |  | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 253014 | JOHNSON, JERRY | 10696 | $1,500.00 | 08/01/2005 | UNSECURED NON-PRIORITY |
|  |  | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 394759 | JONES, MARY | 7280 | $150,000.00 | 07/22/2005 | UNSECURED NON-PRIORITY |
|  |  | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 394759 | JONES, MARY | 7552 | $150,000.00 | 07/26/2005 | UNSECURED NON-PRIORITY |
|  |  | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 394759 | JONES, MARY | 7623 | $150,000.00 | 07/25/2005 | UNSECURED NON-PRIORITY |
|  |  | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 386155 | KIRKLAND, BERNELL | 10212 | $0.00 | 07/29/2005 | UNSECURED NON-PRIORITY |
|  |  | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 394176 | MATHIEU, MARIE M | 6308 | $10,000.00 | 07/15/2005 | UNSECURED NON-PRIORITY |
|  |  | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 391842 | MCCARTHY, BARBARA | 1892 | $50,000.00 | 05/17/2005 | UNSECURED NON-PRIORITY |
|  |  | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 406054 | PALMER, LAQUAILA | 3004 | $0.00 | 05/27/2005 | UNSECURED NON-PRIORITY |
|  |  | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 393039 | PENNYCUFF, DEBRA ROSE | 5464 | $100,000.00 | 07/05/2005 | UNSECURED NON-PRIORITY |
|  |  | Asserted Debtor: WINN-DIXIE SUPERMARKETS, INC. | | | |
| 255158 | PERRY, LYNDA | 10694 | $1,500.00 | 08/01/2005 | UNSECURED NON-PRIORITY |
|  |  | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 192710 | PINCHBACK, EDGAR W, JR | 6170 | $5,000.00 | 07/05/2005 | MULTIPLE CLASSES |
|  |  | Asserted Debtor: WINN-DIXIE RALEIGH, INC. | | | |
| 417057 | REED-STEWART, CINDY | 12804 | $0.00 | 12/22/2005 | UNSECURED NON-PRIORITY |
|  | Counsel: ATTN JAMES FASIG, ESQ. | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 410862 | SIMPKINS, CLOVER | 9902 | $45,000.00 | 07/29/2005 | UNSECURED NON-PRIORITY |
|  | Counsel: ATTN J SCOTT NOONEY, ESQ | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |

**WINN-DIXIE STORES, INC., ET AL.**
**EXHIBIT 1**

Page: 2 of 2
Date: 04/03/2007
Time : 11:38:23

| ID | Creditor | | Claim No. | Claim Amount | File Date | Asserted Class |
|---|---|---|---|---|---|---|
| 410876 | SOLANO, JACQUELINE | | 9970 | $100,000.00 | 07/29/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 388407 | THOMPSON, MARAGRET | | 7946 | $0.00 | 07/27/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN BRUCE K TURNER, ESQ | Asserted Debtor: | WINN-DIXIE MONTGOMERY, INC. | | | |
| 388407 | THOMPSON, MARAGRET | | 9502 | $0.00 | 07/27/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN BRUCE K TURNER, ESQ | Asserted Debtor: | WINN-DIXIE MONTGOMERY, INC. | | | |
| 400371 | VALLE, MARIA DELLA | | 4284 | $250,000.00 | 06/17/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 385722 | WEBSTER, ZENTHIA | | 10317 | $1,000,000.00 | 08/01/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN SHARON WITTY, ESQ | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 392827 | WILSON, HERBERT | | 5834 | $0.00 | 07/12/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| | **Total Claims to be Disallowed:** | | 30 | | | |
| | **Total Amount to be Disallowed:** | | $5,235,230.00 | | | |