

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
April 5, 2007
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Objection to Claim filed by Gaile M. Pfledderer (Claim No. 13368) Filed by Debtors (12866)

Response filed by Gaile M. Pfledderer (15706)

The Reorganized Debtor and the Claimant have agreed to continue the hearing on the Objection.

APPEARANCES:
US TRUSTEE:                    ELENA ESCAMILLA
UNSEC. CRED:                   JOHN B. MACDONALD/PATRICK PATANGAN
                               MATTHEW S. BARR
GAIL M. PFLEDDERER:            PRO SE

RULING: Cont'd. until further nte. of either party