

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
April 5, 2007
1:30 P.M.

**PRO MEMO**

| | |
|---|---|
| **CASE NO. 05-3817-3F1** | **WINN-DIXIE STORES, INC.** |

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Objection to Claim filed by Tausha Jones (Claim No. 13401) Filed by Debtors (12868)

APPEARANCES:
US TRUSTEE:                    ELENA ESCAMILLA
UNSEC. CRED:                   JOHN B. MACDONALD/PATRICK PATANGAN
                               MATTHEW S. BARR

TAUSHA JONES:

RULING:   Sustained
          Oral / Signal