UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, ) | *Chapter 11* |
| Reorganized Debtors. ) | Jointly Administered |
| _____ ) | |

**ORDER SUSTAINING THE DEBTORS' OBJECTION
TO CLAIM NUMBER 13401 FILED BY TAUSHA JONES**

This case came before the Court upon the Debtors' Objection to Claim Filed by Tausha Jones (Claim No. 13401). Upon consideration, it is

**ORDERED:**

The Debtors' Objection to Claim Filed by Tausha Jones (Claim No. 13401) is sustained and the claim is disallowed.

DATED this 5 day of April, 2007 in Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge

James H. Post is directed to serve a
copy of this Order on all parties who
received copies of the Objection.

562555