UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re: )

WINN-DIXIE STORES, INC., *et al.*, )

        Reorganized Debtors. )

_____ )

Case No. 05-03817-3F1

*Chapter 11*

Jointly Administered

## ORDER SUSTAINING THE DEBTORS' OBJECTION TO CLAIM NUMBER 13618 FILED BY MARGUERITE DELOR

This case came before the Court upon the Debtors' Objection to Claim Filed by Marguerite Delor (Claim No. 13618). Upon consideration, it is

**ORDERED:**

The Debtors' Objection to Claim Filed by Marguerite Delor (Claim No. 13618) is sustained and the claim is disallowed.

**DATED** this 5 day of April, 2007 in Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge

James H. Post is directed to serve a
copy of this Order on all parties who
received copies of the Objection.

562557