**UNITED STATED BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**(Tampa)**

**In re:**

**WINN-DIXIE STORES, INC. et al.**                    Case No.: 05-03817-JAF
                                                                              Chapter 11

_____/

**AFFIDAVIT OF ALBA DAMIAN**
**IN SUPPORT OF MOTION TO ENLARGE TIME TO FILE ADMINISTRATIVE**
**CLAIM**

STATE OF FLORIDA
COUNTY OF PALM BEACH

1. My name is Alba Damian, I am over the age of eighteen, and I have personal knowledge of the following facts.

2. On October 28, 2006, I received serious and permanent injuries as a result of an incident at a Winn-Dixie store located at 291 W. Camino Real, Boca Raton, Florida 33432.

3. Approximately three days later I received a phone call and flowers from a person I thought to be representing Winn-Dixie. I was told to send my medical bills to this person and that they would be taken care of.

4. Sometime after November 15, 2006 I received a letter and other paperwork from Winn-Dixie. I was waiting for my medical bills from the hospital to respond to this letter.

5. I have cannot read English and could not readily have this letter translated to determine the substance and importance of the document which I later learned had to do with Winn-Dixie's bankruptcy.

1

6. At no time prior to January 5, 2007 was I aware of the pendency of the Winn-Dixie bankruptcy case or a claims bar date.

7. On or about February 6, 2007, I retained Vastola, Schulz & Harvey relative to my injury claim. I was at this time that I learned about the significance of a January 8, 2007 date to file administrative claim.

8. In the event I was more fluent in English and could readily understand the information given to me, I would have retained and attorney and filed my claim prior to January 5, 2007.

9. Since retaining my attorney I have acted promptly and in good faith to assert a claim in this case against Winn-Dixie.

FURTHER AFFIANT SAYETH NOUGHT.

/s/Alba Damian____/3/5/2007
Alba Damian         Date