**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**APPELLEES'/CROSS-APPELLANTS' DESIGNATION OF
ITEMS TO BE INCLUDED IN RECORD ON APPEAL OF ORDER
GRANTING IN PART AND DENYING IN PART FLORIDA TAX COLLECTORS'
MOTION TO DISMISS DEBTORS' OBJECTION TO FLORIDA TAX CLAIMS AND
MOTION FOR ORDER DETERMINING TAX LIABILITIES (DOCKET NO. 14893)**

Appellees/Cross-Appellants, Winn-Dixie Stores, Inc. and its affiliates

(collectively, the "Reorganized Debtors"), pursuant to Rule 8006, F.R.B.P., designate the

following items to be included in the record on the Reorganized Debtors' cross-appeal from the

Court's Order Granting in Part and Denying in Part Florida Tax Collectors'[1] Motion to Dismiss

Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities

(Docket No. 14893):

---

[1]    The "Florida Tax Collectors" consist of the tax collectors for each of the following counties within the State of Florida:  Alachua, Baker, Bay, Bradford, Brevard, Broward, Charlotte, Citrus, Clay, Collier, Columbia, DeSoto, Escambia, Flagler, Gadsden, Hardee, Hendry, Hernando, Highlands, Hillsborough, Indian River, Jackson, Jefferson, Lake, Lee, Leon, Levy, Madison, Manatee, Marion, Martin, Miami-Dade, Monroe, Nassau, Okaloosa, Okeechobee, Orange, Osceola, Palm Beach, Pasco, Pinellas, Polk, Putnam, Santa Rosa, Sarasota, Seminole, St. Johns, St. Lucie, Sumter, Suwannee, Taylor, Volusia, Wakulla, Walton and Washington.

**Pleadings**

| Debtor: Winn-Dixie Stores, Inc.<br>Case Number: 05-03817-3F1 | |
| --- | --- |
| **Docket No.** | **Pleading** |
| 14985 | Motion for Reconsideration |
| 15203 | Florida Tax Collectors' Response to Debtors' Motion for Reconsideration |
| 15577 | Order Denying Motion for Reconsideration |

Dated:  April 6, 2007

SMITH HULSEY & BUSEY


By    *s/ Cynthia C. Jackson*
         Stephen D. Busey
         James H. Post
         Cynthia C. Jackson

Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)

Counsel for Reorganized Debtors

00563060

2