**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

**STATEMENT OF**
**ISSUES ON CROSS APPEAL**

Appellees/Cross-Appellants, Winn-Dixie Stores, Inc. and its affiliates (collectively, the "Reorganized Debtors"), pursuant to Rule 8006, Federal Rules of Bankruptcy Procedure, state that the issues on cross appeal from the Court's January 19, 2007 order granting in part and denying in part the Florida Tax Collectors' Motion to Dismiss (the "Order") are as follows:

1. Whether the Bankruptcy Court erred in determining that it lacked jurisdiction under 11 U.S.C. §505 to authorize the Reorganized Debtors to offset amounts overpaid to the Florida Tax Collectors in 2004 and 2005 against unpaid ad valorem tax liabilities for subsequent tax years.

2. Whether the Bankruptcy Court erred in determining that it lacked jurisdiction under 11 U.S.C. §505 to determine the correct taxable values of the

Reorganized Debtors' properties for 2004 and 2005 to the extent the taxes have already been paid.

Dated: April 6, 2007

                          SMITH HULSEY & BUSEY

                          By     */s/ Beau Bowin*
                                  Stephen D. Busey
                                  Cynthia C. Jackson
                                  Beau Bowin

                          Florida Bar Number 792551
                          225 Water Street, Suite 1800
                          Jacksonville, Florida 32202
                          (904) 359-7700
                          (904) 359-7708 (facsimile)

                          Attorneys for the Appellees/Cross-Appellants

00562776