UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |
| _____ ) | |

ORDER CONTINUING HEARING ON DEBTORS' OBJECTION
TO CLAIM NUMBER 13463 FILED BY JOHN VICKERS

This case came before the Court on April 5, 2007 upon the Debtors' Objection to Claim Filed by John Vickers (Claim No. 13463). Upon consideration, it is

**ORDERED:**

The hearing to consider Debtors' Objection to Claim Filed by John Vickers (Claim No. 13463) is continued until further notice.

DATED this 9 day of April, 2007 in Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge

James H. Post is directed to serve a
copy of this Order on all parties who
received copies of the Objection.

563056