# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## ORDER ON DEBTORS' OMNIBUS OBJECTION TO UNRESOLVED LITIGATION CLAIMS BASED ON INSUFFICIENT DOCUMENTATION OR LATE FILED PROOFS OF CLAIM

This matter came before the Court for hearing on April 5, 2007, upon the Debtors' Omnibus Objection to Unresolved Litigation Claims (the "Objection") filed by Winn-Dixie Stores, Inc. and its subsidiaries and affiliates (collectively, the "Reorganized Debtors") as to the proofs of claim identified on Exhibit A to the Notice of Hearing on the Objection (Doc. No. 15371). Several formal and informal responses from claimants to the Objection were raised or filed, as a result of which the Reorganized Debtors agreed to continue the hearing on the Objection with respect to the proofs of claim filed by each claimant identified in Exhibit 1 attached. No responses to the Objection were filed or raised as to the other claims identified in Exhibit 2 attached. It is therefore

ORDERED AND ADJUDGED:

1. The Objection is sustained as to the claims identified in Exhibit 2.

2. The claims identified in Exhibit 2 are disallowed in their entirety.

3. The hearing on the Objection with respect to those Claims listed on Exhibit 1 is continued until further notice by any party in interest.

4.    The Objection gives rise to a separate contested matter as to each claim identified in Exhibit 2, as contemplated by Rule 9014, Federal Rules of Bankruptcy Procedure.  This Order is deemed to be a separate Order with respect to each such claim. Any stay of this Order pending appeal by any claimant whose claim is subject to this Order shall only apply to the contested matter involving such claim and shall not act to stay the applicability or finality of this Order with respect to the other contested matters subject to this Order.

5.    This Order is without prejudice to the Reorganized Debtors' right to object to any of the claims on any further or separate grounds.

Dated this ____ day of April, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

00562040

WINN-DIXIE STORES, INC., ET AL.
EXHIBIT 1

| ID | Creditor | | Claim No. | Claim Amount | File Date | Asserted Class |
|---|---|---|---|---|---|---|
| 415980 | ALVAREZ, JACINTA JOSEFINA | | 12262 | $100,000.00 | 10/24/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN FAISAL TAYYAB, ESQ | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 390554 | AMINALROAYA, SHAHIN YAMINI | | 6921 | $250,000.00 | 07/20/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 410928 | BRASWELL, JOSEPHINE | | 10155 | $0.00 | 07/29/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 391110 | CANDIA, EFIJENIA MARIA | | 10756 | $300,000.00 | 08/01/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 400066 | CANNON, CARRIE | | 4263 | $150,000.00 | 06/17/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 416784 | CHAHBOUDAGIANTZ, LENA | | 12630 | $750,000.00 | 11/28/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 393583 | DAVIS, CHANTAI | | 3986 | $200,000.00 | 06/14/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 400351 | DUTAIR, CLAUDETE M | | 2370 | $125,000.00 | 05/23/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 400351 | DUTAIR, CLAUDETE M | | 2371 | $125,000.00 | 05/23/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 391003 | GASPER, CHESTER J | | 8480 | $0.00 | 07/26/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 410516 | JONES, JOSEPH D JR | | 8472 | $0.00 | 07/26/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 410516 | JONES, JOSEPH D JR | | 8473 | $0.00 | 07/26/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE SUPERMARKETS, INC. | | | |
| 390918 | JOSEPH-EL, ELLEN | | 1893 | $150,000.00 | 05/17/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 400244 | MORENO, ANA ARVELO | | 2438 | $25,000.00 | 05/23/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 400375 | NEWMAN, JIM | | 10156 | $0.00 | 07/29/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 386136 | QUINTERO, ESTER | | 10393 | $20,000.00 | 08/01/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 452046 | REED, JOYCE & BLAIR, GLORIA | | 13095 | $12,000.00 | 04/03/2006 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 410487 | RICHARDSON, MARY | | 7757 | $250,000.00 | 07/25/2005 | MULTIPLE CLASSES |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 410989 | TALMADGE, CLAIRE L | | 10427 | $300,000.00 | 08/01/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN JOHN S WINKLER, ESQ | Asserted Debtor: | WINN-DIXIE MONTGOMERY, INC. | | | |
| 416683 | UDOINYION, SUNDAY N | | 12570 | $45,144.50 | 11/22/2005 | PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 416770 | WALTER, JANIS E | | 12528 | $153,500.00 | 11/18/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |

**Total Claims to be Continued:** 21

**Total Amount to be Continued:** $2,955,644.50

**WINN-DIXIE STORES, INC., ET AL.**
**EXHIBIT 2**

| ID | Creditor | Claim No. | Claim Amount | File Date | Asserted Class |
|---|---|---|---|---|---|
| 410691 | ALVEREZ, DIANA | 8637 | $50,000.00 | 07/27/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 388048 | BARRON, ALPHILD | 2887 | $0.00 | 05/24/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 400373 | BENITEZ, RAUL | 10695 | $0.00 | 08/01/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 391223 | BENN, MARLENE | 7031 | $7,789.34 | 07/18/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 410419 | BROWN, GINGER | 7487 | $350,000.00 | 07/22/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 410419 | BROWN, GINGER | 8093 | $350,000.00 | 07/25/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 410419 | BROWN, GINGER | 8539 | $350,000.00 | 07/26/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 385997 | BURNS, JESSICA & AKASHEYN | 4419 | $0.00 | 06/23/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 400338 | BUSH, NATASHA A | 4022 | $100,000.00 | 06/14/2005 | MULTIPLE CLASSES |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 389614 | CARBONELL, MIRIELA | 6985 | $7,500.00 | 07/19/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE RALEIGH, INC. | | | |
| 417336 | CONLEY, FRANCES | 13125 | $100,000.00 | 04/06/2006 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE SUPERMARKETS, INC. | | | |
| 391168 | DAVIS, ESTELLA | 6911 | $25,000.00 | 07/20/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE MONTGOMERY, INC. | | | |
| 388475 | DEANS, SARAH | 10137 | $500,000.00 | 07/29/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN MICHAEL MATES, ESQ | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 388475 | DEANS, SARAH | 10416 | $500,000.00 | 07/29/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN MICHAEL MATES, ESQ | Asserted Debtor: WINN-DIXIE MONTGOMERY, INC. | | | |
| 392563 | DEANS, SARAH | 2485 | $220,000.00 | 05/23/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN MICHAEL MATES, ESQ | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 400542 | DUNN, MARY | 2843 | $0.00 | 05/26/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 387398 | DUNSON, CLARA | 8422 | $1,000,000.00 | 07/26/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN JAMES T LYNCH, ESQ. | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 389187 | ELLIS, INEZ | 6839 | $1,000,000.00 | 07/19/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 394741 | FRANCIS, ERSKINE | 6789 | $135,000.00 | 07/18/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 391089 | FRENCH, DONNA | 7536 | $250,000.00 | 07/26/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 400528 | GENOVESE, BETTY | 9802 | $15,000.00 | 07/28/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 416057 | GOMEZ, MARINA | 12583 | $25,000.00 | 11/25/2005 | PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 417334 | GONZALEZ, PHILLIP (MINOR) | 13107 | $0.00 | 04/06/2006 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE MONTGOMERY, INC. | | | |
| 385626 | GRANT, ANTHONY | 1999 | $175,000.00 | 05/17/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |

**WINN-DIXIE STORES, INC., ET AL.**
**EXHIBIT 2**

| ID | Creditor | Claim No. | Claim Amount | File Date | Asserted Class |
|---|---|---|---|---|---|
| 394743 | GREEN, DIAMOND (MINOR) | 2420 | $50,000.00 | 05/20/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 394743 | GREEN, DIAMOND (MINOR) | 2422 | $50,000.00 | 05/20/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 411288 | GREGORY, BERTHA | 11783 | $100,000.00 | 09/06/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 390814 | GUISE, CATHERINE | 2757 | $200,000.00 | 05/13/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 393044 | HARDEN, ANNIE | 9433 | $100,000.00 | 07/29/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 390969 | HERNANDEZ, KAREN S | 4121 | $250,000.00 | 06/16/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 391019 | HERNANDEZ, RUBY | 10558 | $25,000.00 | 08/01/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 405972 | HOLTON, SONYA DENISE | 2639 | $75,000.00 | 05/23/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 391047 | HOWARD, DENISE | 9202 | $150,000.00 | 07/29/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 385867 | HUNTER, TERESA | 3490 | $60,000.00 | 06/03/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN DEBRA E RUBIN, ESQ | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 391893 | IGLESIAS, MARTHA | 6339 | $65,000.00 | 07/15/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 411221 | JACKSON, LARRY | 11348 | $20,000.00 | 07/28/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 391086 | JAMES, DESIREE | 1074 | $25,000.00 | 05/09/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 385316 | JANITELLI, LOUIS | 5950 | $275,000.00 | 07/12/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 399398 | JOHNSON, CHRISTINE | 578 | $100,000.00 | 04/11/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 393005 | JOHNSON, JAMIE D | 2693 | $250,000.00 | 05/13/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 385926 | JONES, JANET | 6860 | $25,000.00 | 07/19/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 385620 | KEEL, LORETTA | 3828 | $25,000.00 | 06/09/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN BRIAN C BECKWITH ESQ | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 400384 | KUYKENDALE, DALE | 6211 | $30,000.00 | 07/14/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 391300 | LAWSON, ARIALE D | 5470 | $15,000.00 | 07/05/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 385820 | LEE, DANA E | 8784 | $0.00 | 07/29/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 394788 | LEWIS, MARIA | 2851 | $500,000.00 | 05/26/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 408361 | LOPEZ, KIMBERLY D | 7068 | $0.00 | 07/18/2005 | PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |

**WINN-DIXIE STORES, INC., ET AL.**
**EXHIBIT 2**

| ID | Creditor | Claim No. | Claim Amount | File Date | Asserted Class |
|---|---|---|---|---|---|
| 411068 | MIZELLE, MICHAEL | 10658 | $25,000.00 | 08/01/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 387985 | MOLINE, PHYLLIS & EMILE | 9630 | $50,000.00 | 07/28/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN KRIS KIEFER ESQ | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 408407 | MOORE, MARGARET DELORES | 7218 | $0.00 | 07/19/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 410714 | MORTON, NASUA K | 9528 | $200,000.00 | 07/27/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 388391 | NOBLES, MILTON | 10748 | $0.00 | 08/01/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 407528 | ODOM, KEIOSHA | 4180 | $250,000.00 | 06/17/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 392611 | PARRIS, MAURICE | 9809 | $500,000.00 | 08/01/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 400348 | PRAY, MARK | 5557 | $50,000.00 | 07/07/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 391038 | RAMOS, LORI | 1875 | $25,000.00 | 05/17/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 390680 | RANDELL, LUTRICIA | 4458 | $25,000.00 | 06/23/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 392327 | REGISTE, ANGELA (MINOR) | 9920 | $50,000.00 | 07/29/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 400410 | ROBINSON, MARY ELLEN | 4683 | $15,000.00 | 06/27/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 393603 | ROY, TONI L | 5182 | $750,000.00 | 07/01/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 417338 | SCOTT, ALLEN | 13050 | $50,000.00 | 03/30/2006 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE MONTGOMERY, INC. | | | |
| 390904 | SLAY, NICOLE | 6942 | $79,000.00 | 07/21/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE MONTGOMERY, INC. | | | |
| 386060 | SMITH, CHARLENE | 8439 | $250,000.00 | 07/26/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 410772 | SPENCE, JULIE | 10968 | $500,000.00 | 07/29/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN CHAD MOTES ESQ | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 411158 | SWAN, JANET | 11186 | $50,000.00 | 08/01/2005 | MULTIPLE CLASSES |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 387336 | TAYLOR, DWAYNE | 11354 | $15,000.00 | 07/29/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 389922 | TEMPLE, LEJEANNE | 4208 | $200,000.00 | 06/20/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE MONTGOMERY, INC. | | | |
| 389955 | THORNBURY, JEFF | 4236 | $100,000.00 | 06/20/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 385677 | THORSEN, DORIS | 10638 | $26,000.00 | 08/01/2005 | MULTIPLE CLASSES |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 403484 | TIMMONS, DAVID | 1046 | $350,000.00 | 05/05/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 410533 | TIMMONS, DAVID | 11191 | $350,000.00 | 08/01/2005 | PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |

**WINN-DIXIE STORES, INC., ET AL.**

**EXHIBIT 2**

| ID | Creditor | Claim No. | Claim Amount | File Date | Asserted Class |
|----|----------|-----------|--------------|-----------|----------------|
| 389680 | TURNER, CHRISTOPHER P | 4811 | $15,000.00 | 06/27/2005 | UNSECURED NON-PRIORITY |
| | | *Asserted Debtor:* WINN-DIXIE STORES, INC. | | | |
| 408196 | UEBELSTEADT, MINNIE NELL | 6154 | $400,000.00 | 07/12/2005 | UNSECURED NON-PRIORITY |
| | | *Asserted Debtor:* WINN-DIXIE STORES, INC. | | | |
| 416206 | USSA, RUBY | 12623 | $175,000.00 | 11/28/2005 | UNSECURED NON-PRIORITY |
| | | *Asserted Debtor:* WINN-DIXIE STORES, INC. | | | |
| 410733 | WALKER-PENA, DIANE D | 9606 | $1,000,000.00 | 07/28/2005 | MULTIPLE CLASSES |
| | | *Asserted Debtor:* WINN-DIXIE LOGISTICS, INC. | | | |
| 410503 | WHITE, MELINDA | 8435 | $60,000.00 | 07/26/2005 | UNSECURED NON-PRIORITY |
| | | *Asserted Debtor:* WINN-DIXIE STORES, INC. | | | |
| 391951 | WHITE, RUBY L | 8926 | $12,524.66 | 07/27/2005 | MULTIPLE CLASSES |
| | | *Asserted Debtor:* WINN-DIXIE STORES, INC. | | | |
| 393542 | WHITEHEAD, MARY | 10480 | $100,000.00 | 08/01/2005 | UNSECURED NON-PRIORITY |
| | | *Asserted Debtor:* WINN-DIXIE RALEIGH, INC. | | | |
| 416796 | WILLIAMS, MARY LOUISE | 12724 | $250,000.00 | 11/30/2005 | UNSECURED NON-PRIORITY |
| | | *Asserted Debtor:* WINN-DIXIE RALEIGH, INC. | | | |
| 393061 | WILSON, FREDRICK | 8024 | $100,000.00 | 07/27/2005 | UNSECURED NON-PRIORITY |
| | | *Asserted Debtor:* WINN-DIXIE STORES, INC. | | | |
| 391330 | ZIMMERMAN, THOMAS L | 3576 | $50,000.00 | 06/06/2005 | UNSECURED NON-PRIORITY |
| | | *Asserted Debtor:* WINN-DIXIE STORES, INC. | | | |

**Total Claims to be Disallowed:** 81

**Total Amount to be Disallowed:** $13,622,814.00