UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| _____) | |

**AGREED ORDER RESOLVING CURE OBJECTION
FILED BY MONROE CENTER PARTNERS, LTD. AND
ST. STEPHENS SQUARE PARTNERS (STORE NOS. 569 AND 581)**

This cause came before the Court on the Limited Objection to Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief filed by Monroe Center Partners, Ltd. ("Monroe") and St. Stephens Square Partners ("St. Stephens") (Docket No. 9586) with respect to Store Nos. 569 and 581 (the "Cure Objection"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objection is overruled.

2. Proof of claim number 6040 filed by Monroe[1] with respect to Store No. 569 is allowed as an administrative claim in the amount of $16,920.00, which Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Reorganized Debtors") have paid in full. Proof of claim numbers 6041, 13374 and 13375 are disallowed.

---

[1] The Cure Objection was filed by Monroe Center Partners, Ltd. (the landlord for Store No. 569). Proof of claim numbers 6040, 6041, 13374 and 13375 were filed by Monroeville Center Partners, Ltd. Monroe Center Partners, Ltd. and Monroeville Center Partners, Ltd. are the same entity.

3. Proof of claim numbers 6038, 6039, 13373 and 13376 filed by St. Stephens with respect to Store No. 581 are disallowed.

4. This Agreed Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims pertaining to Store Nos. 569 and 581 filed by Monroe and St. Stephens in these Chapter 11 cases and (ii) all other pre-petition or pre-effective date claims pertaining to Store Nos. 569 and 581 Monroe and St. Stephens have or may have against the Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

5. Post-effective date liabilities and obligations will be handled by the parties in accordance with the applicable lease terms and ordinary course practices.

6. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 9 day of April, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00562767

Case 3:05-bk-03817-JAF    Doc 15888    Filed 04/09/07    Page 3 of 3

## **Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| BRADLEY ARANT ROSE & WHITE LLP | SMITH HULSEY & BUSEY |
| By___s/*Patrick Darby*\*_____<br>         Patrick Darby | By___*s/ Cynthia C. Jackson*_____<br>         Cynthia C. Jackson, F.B.N. 498882 |
| One Federal Place<br>1819 Fifth Avenue North<br>Birmingham, AL 35203<br>(205) 521-8000<br>(205) 521-8800 (facsimile)<br>pdarby@bradleyarant.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Counsel for Monroe Center Partners, Ltd. and St. Stephens Square Partners | Co-Counsel for Reorganized Debtors |

\*Counsel has authorized their electronic signature.

00562767