# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | |
| _____ | ) | |

## NOTICE OF FILING AFFIDAVIT

Claimant, Magda Salinas, gives notice of the filing of the attached Affidavit of Ronald A. Alter in support of claimant's motion to allow late filed administrative claim (Doc. No. 15791).

STUTSMAN THAMES & MARKEY, P.A.

By /s/ Bradley R. Markey
_____
Bradley R. Markey

Florida Bar Number 0984213
50 N. Laura Street, Suite 1600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 (Facsimile)
bmarkey@stmlaw.net

Attorneys for Magda Salinas

## Certificate of Service

I hereby certify on April 10th, 2007, the foregoing pleading was transmitted to the Clerk of the Court for uploading to the Case Management/Electronic Case Filing System, which will send a notice of electronic filing to:

Stephen D. Busey, Esq.
James Post, Esq.
Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
busey@smithhulsey.com
jpost@smithhulsey.com
cjackson@smithhulsey.com

John B. Macdonald, Esq.
Patrick Patangan, Esq.
Akerman, Senterfitt & Eidson, P.A.
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202
(904) 798-3700
(904) 798-3730 (facsimile)
john.macdonald@akerman.com
patrick.patangan@akerman.com

David Jennis, Esq.
Jennis & Bowen, P.L.
400 North Ashley Drive, Suite 2540
Tampa, Florida 33602
(813) 229-1700
(813) 229-1707 (facsimile)
ecf@jennisbowen.com

Elana L. Escamilla, Esq.
Assistant United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
(407) 648-6465
(407) 648-6323 (facsimile)
elana.l.escamilla@usdoj.gov

Adam Ravin, Esq.
D.J. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
aravin@skadden.com
dbaker@skadden.com

Matthew Barr, Esq.
Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Plaza
New York, New York 10005
(212) 530-5000
(212) 530-5219 (facsimile)
mbarr@milbank.com
ddunne@milbank.com

Karol K. Denniston, Esq.
Paul, Hastings, Janofsky & Waler, LLP
600 Peachtree Street, Suite 2400
Atlanta, Georgia 30308
(404) 815-2347
(404) 685-5347 (facsimile)

/s/ Bradley R. Markey
_____
Attorney

63351

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

CASE No.:   3:05-bk-03817-JAF

In re

WINN-DIXIE STORES, INC. et al.,

        Debtors.
_____/

### AFFIDAVIT

**STATE OF FLORIDA )**

**COUNTY OF DADE   )**

**BEFORE ME**, the undersigned authority personally appeared RONALD A. ALTER, who after being duly sworn, deposes and says:

1. That my name is Ronald A. Alter and I am an attorney licensed to practice law in the State of Florida since 1970.

2. That the undersigned was retained by Magda Salinas for representation for a personal injury claim against Winn-Dixie which occurred on July 14, 2006.

3. That the undersigned placed Winn-Dixie on notice of this claim on July 21, 2006, and thereafter on August 24, 2006, received an acknowledgment from Sedgwick Claims Management Services, Inc. stating that Winn-Dixie was self-insured for Liability regarding this matter in the amount of $2,000,000.00 and that there was no medical payments coverage. It was never mentioned that Ms. Salinas claim was in any way under a bankruptcy umbrella and I had no reason to believe that it would be covered under any bankruptcy petition.

4. That Sedgwick Claims Management Services investigated this accident and statementized Ms. Salinas on September 25, 2006.

5. That Ms. Salinas thereafter underwent surgery for the injuries she sustained in this accident and on March 12, 2007, the undersigned counsel forwarded a letter to Sedgwick Claims

Management Services inquiring whether the same adjuster was handling the file so that the medical information could be forwarded to them for possible amicable resolution of the claim.

6. That on March 21, 2007, the undersigned counsel received a letter from Sedgwick stating that: *"Winn-Dixie emerged from bankruptcy on 11/21/06. All claims that we were aware of that occurred between 2/22/05 and 11/21/06 were mailed a notice"*. The letter further stated that the deadline for filing an Administrative Expense Claim was January 5, 2007.

7. That neither the undersigned nor Ms. Salinas never received any notice regarding a bankruptcy filing or the filing of any Administrative Expense Claim, and accordingly did not have any notice of any deadline.

8. That the undersigned cooperated with Winn-Dixie and permitted Ms. Salinas' statement to be taken and believed that this claim was treated as any other personal injury claim.

9. That if the undersigned or Ms. Salinas had received any notice of the bankruptcy filing or a deadline date, same would have been filed promptly.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
RONALD A. ALTER

**SWORN TO AND SUBSCRIBED** before me this 5 day of April, 2007

_____
NOTARY PUBLIC, STATE OF FLORIDA

PATRICIA G. HERLIHY
_____
Print type or stamp commissioned name of Notary Public

Personally known: ✓ or produced identification.
Type of identification produced:

PATRICIA G. HERLIHY
MY COMMISSION # DD 333162
EXPIRES: June 28, 2008
Bonded Thru Notary Public Underwriters