UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al
Reorganized Debtors

Case No. 05-03817-3F1
Chapter 11
Jointly Administered

## AFFIDAVIT OF E. DENNIS BROD

1) I am an attorney-at-law licensed in the State of Florida, Florida Bar No. 145951.
2) Lilian Melendez Ifran (the claimant) was injured as a result of a fall in a Winn-Dixie store on November 6, 2005.
3) On behalf of Ms. Ifran I attempted to contact Winn-Dixie regarding her claim, but was advised by Sedgwick Claims Management Services, Inc. (Sedgwick), Richard J. Law, General Liability Examiner to communicate only with Sedgwick regarding the claim.
4) Upon inquiring about the Winn-Dixie bankruptcy, I was advised that I would be receiving a notice regarding filing a claim.
5) I recently contacted Sedgwick and was advised that claims notices were sent from the Law Offices of Smith, Hulsey & Busey. I contacted the law firm and spoke with Tana Copeland, the secretary to James H. Post, Esq who advised me that a notice was mailed to me in December of 2006, but it was mailed to an address I have not had in many years in a building that was torn down several years ago.
6) My addresses have always been kept current with the Florida Bar and, in fact, both Sedgwick and Smith, Hulsey & Busey actually did have my newer address but through some error or oversight an old address was used.
7) Until this past week, I never received any notice or indication of any filing deadline.
8) Additionally, Smith, Hulsey & Busey sent a notice to the claimant, but that notice was also sent to an old address of the claimant and the claimant advises that she did not receive any notice.
9) The claimant has a viable claim.



Exhibit "A"

FURTHER THE AFFIANT SAYETH NAUGHT.

_____  _____
Witness                     E. Dennis Brod, Esq.

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

Before me personally appeared, E. DENNIS BROD, to me well known and known to me to be the person(s) described in and who executed the foregoing instrument, and acknowledged to and before me that they executed said instrument for the purposes therein expressed.

WITNESS my hand and official seal, this 10th day of April 2007.

Personally known ✓ or Produced identification _____.
Type of identification produced _____

MY COMMISSION EXPIRES:

_____
NOTARY PUBLIC



LINDA GEORGE
Notary Public - State of Florida
My Commission Expires Jul 29, 2007
Commission # DD235660
Bonded By National Notary Assn.