# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

**PART I          PURCHASE ORDER FOR TRANSCRIPT**

Bankruptcy Case Number: _____   Adversary Case No.: _____

Court Reporter: _____

Date of Notice of Appeal filed: _____

Name of Opposing Party: _____

Name of Counsel: _____
(Firm, or individual if no firm)

Address: _____

_____

Check one of the following:

☐   Transcript unnecessary for appeal purpose.

☐   Transcript is already on file in Clerk's Office.

☐   Request is hereby made to court reporter named above for a transcript of the following procedure(s).  (*List date and type of hearing*)

_____

_____

I personally guarantee payment of the cost of the transcript.  Please notify me of any deposit required or bill me in accordance with your usual requirements.

Telephone: _____         Name: _____

Date: _____              Attorney for: _____

**PART II     REPORTER'S ACKNOWLEDGEMENT**

The following transcript order was received on: _____

Satisfactory arrangements ☐ have   ☐ have not been made for payment of the transcript cost.

No. of trial/hearing days _____ Estimated no. of pages _____ Estimated completion date _____

If enlargement of time for filing is requested and transcript cannot be completed within 30 days from receipt of transcript order, please state time required and reasons on separate page.

Date: _____           Signature: _____

**COPIES TO:     ORIGINAL TO REQUESTOR     -     COURT REPORTER    -     COURT**