UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| Reorganized Debtors.[1] | ) Jointly Administered |

### AGREED ORDER RESOLVING CLAIM NO. 13440 FILED BY THE SCHWARTZ FAMILY TRUST

These cases originally came before the Court for hearing upon the Twenty-Fifth Omnibus Objection to Claims (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"). Included among the several proofs of claim that were the subject of the Objection was claim number 13440 filed by the Schwartz Family Trust. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim no. 13440 filed by the Schwartz Family Trust is allowed as an unsecured non-priority claim in the amount of $176,000 (plan class 13), and the remainder of claim no. 13440 is disallowed.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

2. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this _12_ day of April, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | MORGAN LEWIS & BOCKIUS LLP |
| By /s/ James H. Post | By   /s/ Menachem O. Zelmanovitz * |
| James H. Post | Menachem O. Zelmanovitz |
| Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile) | 101 Park Avenue<br>New York, New York 10178-0060<br>(212) 309-6000<br>(212) 309-6001 (facsimile)<br><br>Counsel for Schwartz Family Trust |
| -and- | *Counsel has authorized his electronic signature |
| SKADDEN, ARPS, SLATE,<br>MEAGHER & FLOM LLP | |
| D. J. Baker<br>Sally McDonald Henry<br>Rosalie Walker Gray<br>Jane M. Leamy<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile) | |
| Co-Counsel for Reorganized Debtors | |