UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 <br> ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* <br> ) |
| Reorganized Debtors. | ) Jointly Administered <br> ) |

AGREED ORDER RESOLVING UNSECURED CLAIM
(CLAIM NUMBER 10215) AND ADMINISTRATIVE
CLAIM (DOCKET NO. 13862) OF
GATOR COASTAL SHOPPING CENTRE, LLC (STORE NO. 2124)

These causes originally came before the Court upon (a) the Twenty-Fourth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to several proofs of claim listed on exhibits annexed to the Objection, including, but not limited to Claim Number 10215 filed by Gator Coastal Shopping Centre, LLC ("Gator") which asserted, among other things, a claim for pre-petition deferred maintenance allegedly arising under a non-residential real property lease, and (b) the Motion for Allowance and Payment of Administrative Expense Priority Claim (Docket No. 13862) that Gator filed seeking administrative amounts allegedly owed under such lease (the "Administrative Claim Application").[1] On or about November 3, 2006, Gator filed a response to the Objection (the "Gator Response").

On January 29, 2007, the Court entered the Agreed Order (A) Resolving Rejection Damages Claims of Gator Coastal Shopping Centre, LLC; (B) Resolving Certain Rejection Damages Claims of Principal Life Insurance Company; and (C) Continuing Hearing On Other Claims of Gator Coastal Shopping Centre, LLC (Docket No. 14900) (the "Gator/Principal

---

[1] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection and/or the Gator Response.

Order") which, among other things, reduced Claim Number 10215 to $195,938.53 reflective of the disallowance of that portion of Gator's claim that was attributable to alleged rejection damages arising under the lease.[2] The Gator/Principal Order further provided that the remaining amount of $195,938.53 asserted in Claim Number 10215 (the majority of which related to amounts Gator claimed were owed for deferred maintenance obligations) would be addressed at such future hearing as the parties may agree or upon notice of either party.

Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim Number 10215 shall be further reduced and allowed as a Class 13 Landlord Claim in the liquidated amount of $150,000.

2. As to the Administrative Claim Application, Gator shall be entitled to an Allowed Administrative Claim in the amount of $9,698.70.

3. Except as provided in Paragraph 2 of this Agreed Order, the Administrative Claim Application is overruled.

4. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 12 day of April, 2007 in Jacksonville, Florida.

Hon. Jerry A. Funk
United States Bankruptcy Judge

---

[2] The Gator/Principal Order directed the Debtors' Claims Agent to (a) register an additional claim in Gator's name and (b) allocate to such claim Gator's agreed portion ($247,539.03) of the rejection damages associated with the lease (the balance of the rejection damages allowed under the lease ($143,000) were allocated to Principal Life Insurance Company).

2

Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| **SMITH HULSEY & BUSEY** | **FROST BROWN TODD LLC** |
| By /s/ James H. Post | By: /s/ Douglas L. Lutz * |
| James H. Post | Douglas L. Lutz |
| Florida Bar Number 175460 | |
| 225 Water Street, Suite 1800 | 2200 PNC Center |
| Jacksonville, Florida 32202 | 201 East Fifth Street |
| (904) 359-7700 | Cincinnati, Ohio 45202 |
| (904) 359-7708 (facsimile) | (513) 651-6724 |
| | (513) 651-6981 (facsimile) |
| -and- | |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | Attorneys for Gator Coastal Shopping Centre, LLC |
| D. J. Baker | |
| Sally McDonald Henry | |
| Rosalie Walker Gray | |
| Adam S. Ravin | |
| Four Times Square | |
| New York, New York 10036 | |
| (212) 735-3000 | |
| (212) 735-2000 (facsimile) | |

Co-Counsel for Reorganized Debtors

* Counsel has authorized his electronic signature.