## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:                                     )   Case No. 05-03817-3F1
                                           )
WINN-DIXIE STORES, INC., et al., )   *Chapter 11*
                                           )
Reorganized Debtors. [1]              )   Jointly Administered
                                           )

### AGREED ORDER RESOLVING CLAIMS FILED BY BAKE-LINE GROUP, LLC, AS SET FORTH IN THE DEBTORS' FOURTEENTH OMNIBUS CLAIMS OBJECTION

These cases originally came before the Court for hearing on August 10, 2006, upon the Fourteenth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors").[2] Based upon the representation by counsel to the Debtors that the proposed Agreed Order reflects a resolution of the Objection as to Bake-Line Group, LLC, it is

ORDERED AND ADJUDGED:

1.      Claim no. 8884 filed by Bake-Line Group, LLC is allowed as an unsecured non-priority claim in the amount of $15,000.00.

2.      Bake-Line Group, LLC's scheduled claim no. 35722 in the amount of $20,296.96 is disallowed in its entirety.

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]      All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

3.    The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this _12_ day of April, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY

By /s/ James H. Post
        James H. Post

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

-and-

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Co-Counsel for the Debtors

BAKE-LINE GROUP, LLC
C/O ASK FINANCIAL LLP

By
Name: Gary S. Underdahl
Title: Attorney

2600 Eagan Woods Drive
Suite 200
Eagan MN  55121
(651) 406-9665

3