**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3FI |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors | ) | Jointly Administered |

**AMENDED AND CORRECTED CERTIFICATE OF SERVICE
REGARDING MOTION OF EDITH DASTAS TO ALLOW
FILING OF APPLICATION FOR ADMINISTRATIVE EXPENSE**

I hereby certify that on April 13, 2007 I filed the **MOTION OF EDITH DASTAS FOR ORDER DEEMING APPLICATION FOR ADMINISTRATIVE EXPENSE TIMELY FILED** through the CM/ECF filing system, which will cause a copy to be served on James H. Post, Esq., Counsel for the Reorganized Debtors, Matthew Barr, Esq. and John MacDonald, Esq., Counsel for the Post-Effective Date Committee,  Elena L. Escamilla,  Esq., counsel for the Office of the United States Trustee and all other parties participating in the CM/ECF System, all served electronically. The Certificate of Service filed with the Motion states erroneously that the Motion was filed on April 12, 2007.

    Dated: April 13, 2007        **WILCOX LAW FIRM**

                                                        /s/ **Robert D. Wilcox**
                                                        Robert D. Wilcox (FL #755168)
                                                        6817 Southpoint Parkway, Suite 1302
                                                        Jacksonville, FL 32216
                                                        (904) 281-0700
                                                        (904) 513-9201 Fax