UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Adriana Harris (Claim No. 10722) [Docket No. 15638] was furnished by mail on April 12, 2007 to Adriana Harris c/o David J. Glatthorn, Esq., P.O. Box 024384, West Palm Beach, Florida 33402.

Dated:  April 13, 2007

                                        SMITH HULSEY & BUSEY

                                        By    *s/ James H. Post*
                                              Stephen D. Busey
                                              James H. Post (FBN 175460)
                                              Cynthia C. Jackson

                                        225 Water Street, Suite 1800
                                        Jacksonville, Florida  32202
                                        (904) 359-7700
                                        (904) 359-7708 (facsimile)
                                        jpost@smithhulsey.com

                                        Counsel for Reorganized Debtors

00520151.DOC