UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                               )

WINN-DIXIE STORES, INC., et al.,    )        Case No. 05-03817-3F1
                                                        Chapter 11
        Reorganized Debtors.              )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Alfred Haynes (Claim No. 9243) [Docket No. 15787] was furnished by mail on April 12, 2007 to Alfred Haynes, P.O. Box 67, Zionville, North Carolina 28698.

Dated: April 13, 2007

SMITH HULSEY & BUSEY

By      *s/ James H. Post*
         Stephen D. Busey
         James H. Post (FBN 175460)
         Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151.DOC