UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Julius Holley (Claim No. 1990) [Docket No. 15788] was furnished by mail on April 12, 2007 to Julius Holley c/o Frank D. Ippolito, Esq., 700 West Judge Perez Drive, #101, P.O. Box 428, Chalmette, Louisiana 70043.

Dated:  April 13, 2007

                                                              SMITH HULSEY & BUSEY


                                              By      *s/ James H. Post*
                                                  Stephen D. Busey
                                                  James H. Post (FBN 175460)
                                                  Cynthia C. Jackson

                                            225 Water Street, Suite 1800
                                            Jacksonville, Florida  32202
                                            (904) 359-7700
                                            (904) 359-7708 (facsimile)
                                            jpost@smithhulsey.com

                                            Counsel for Reorganized Debtors

00520151.DOC