UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,    )        Case No. 05-03817-3F1
                                                        Chapter 11
         Reorganized Debtors.             )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Ernestine Shelton  (Claim No. 12731) [Docket No. 15641] was furnished by mail on April 12, 2007 to Ernestine Shelton, 3618 Barrington Place, Decatur, Georgia 30032.

Dated:  April 13, 2007

                                                            SMITH HULSEY & BUSEY


                                                            By      *s/ James H. Post*
                                                                    Stephen D. Busey
                                                                    James H. Post (FBN 175460)
                                                                    Cynthia C. Jackson

                                                            225 Water Street, Suite 1800
                                                            Jacksonville, Florida  32202
                                                            (904) 359-7700
                                                            (904) 359-7708 (facsimile)
                                                            jpost@smithhulsey.com

                                                            Counsel for Reorganized Debtors

00520151.DOC