UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,        )        Case No. 05-03817-3F1
                                                   )        Chapter 11
          Reorganized Debtors.          )        Jointly Administered


## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Carlee Waites  (Claim No. 9413) [Docket No. 15640] was furnished by mail on April 12,

2007 to Carlee Waites c/o Patrice Benn-Abbey, Esq., 3133 General Meyer Avenue, New

Orleans, Louisiana 70114.

Dated:  April 13, 2007

SMITH HULSEY & BUSEY


By        *s/  James H. Post*
          Stephen D. Busey
          James H. Post (FBN 175460)
          Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151.DOC