UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

WINN-DIXIE STORES, INC., et al.,　　　　　　　　CASE NO. 05-03817-JAF
　　　　　　　　　　　　　　　　　　　　　　　　Chapter 11
　　　　　　Debtors.　　　　　　　　　　　　　　Jointly Administered

_____\

**AMENDED REQUEST OF SPRING PLAZA LIMITED PARTNERSHIP**
**FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

　　　　Spring Plaza Limited Partnership ("SPLP"), by and through its undersigned counsel, requests this Court to enter an Order for the allowance and payment of its administrative expense claim, as amended herein, pursuant to Bankruptcy Code §§ 365(d)(3) and 503(b) and states as follows:

　　　　1.　　On February 21, 2005, the Debtors filed voluntary petitions under Chapter 11 of the United States Bankruptcy Code.

　　　　2.　　At the time Debtors filed their Chapter 11 Petition, SPLP and one of the Debtors, Winn-Dixie Louisiana, Inc. ("Debtor"), were parties to a lease agreement originally dated May 20, 1991 (the "Lease"), under which SPLP leased certain premises to Debtor located in Ocean Springs, Mississippi (the "Premises").

　　　　3.　　Between February 21, 2005 and November 21, 2006, the Effective Date of the Debtors' confirmed plan of reorganization, Debtor continued to lease, operate and utilize the Premises (Debtor has assumed the Lease). While Debtor paid rent during this period, it did not pay to SPLP certain escalation (for, inter alia, CAM, insurance charges and taxes) payments which were due.

　　　　4.　　Bankruptcy Code § 503(b)(1)(A) requires the payment of administrative expenses, including the "actual, necessary costs and expenses of preserving the estate." The post-petition

escalation charges under the Lease were for the benefit of the Debtors' bankruptcy estate because the charges were incurred in connection with Debtor's continuing post-petition operation of its business at the Premises.

5. Further, Bankruptcy Code § 365(d)(3) requires a debtor in possession to timely perform the obligations of a non-residential lease of real property until such lease is assumed or rejected. Payment of the escalation charges due under the Lease is an obligation of Debtor under the Lease, thus Debtor should pay said sum forthwith.

6. Accordingly, SPLP seeks allowance and payment of an administrative claim pursuant to Bankruptcy Code §§ 365(d) and 503(b) in the amount of $95,190.31, for the period of February 21, 2005 (the date of Debtor's bankruptcy petition) through November 21, 2006 (the date of Debtor's confirmed plan of reorganization), as more particularly set forth in the accounting spreadsheet attached hereto and incorporated herein as Exhibit "A."

7. SPLP reserves the right to amend, supplement or modify this request as deemed necessary.

DATED this 16th day of April, 2007.

        Respectfully submitted,

        VOLPE, BAJALIA, WICKES,
        ROGERSON & WACHS

By: /s/ John T. Rogerson, III _____
    John T. Rogerson, III
    Florida Bar No. 832839
    1301 Riverplace Blvd., Suite 1700
    Jacksonville, FL 32207
    Telephone: (904) 355-1700
    Facsimile: (904) 355-1797
    jrogerson@vbwr.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was provided electronically or by first class U.S. Mail, postage prepaid, to Stephen D. Busey, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202; and D.J. Baker, Esq., Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, NY 10036, on this 16th day of April, 2007.

                                          /s/ John T. Rogerson, III
                                          Attorney

Landlord: Spring Plaza, L.P.
Tenant: Winn-Dixie Louisiana, Inc.
Lease Date: May 20, 1991
Sq. Footage: 42,673

| Period Covered: February 21, 2005 through December 31, 2005 | | | |
|---|---:|---:|---:|
| Lease Provision | Amount Remitted by Tenant | CPA Computation Amt | Difference |
| Sixth Amendment, Article I-Base Rent | $ 215,068.00 | $ 215,068.00 | $0.00 |
| Sixth Amendment, Article 31 - C.A.M. | $ 1,548.00 | $ 6,672.00 | $5,124.00 |
| Sixth Amendment, Article 31 - Management Fees | $ - | $ - | $0.00 |
| Sixth Amendment, Article 37 - Insurance | $ - | $ 9,849.00 | $9,849.00 |
| Sixth Amendment, Article 37 - Taxes | $ - | $ 16,060.00 | $16,060.00 |
| Sixth Amendment, Article 10 - Utlities (water usage) | $ 2,450.00 | $ 1,809.00 | ($641.00) |
| **SUBTOTAL DUE TO SPRING PLAZA FOR PERIOD** | | | **$30,392.00** |

| Period Covered: January 1, 2006 through November 21, 2006 | | | |
|---|---:|---:|---:|
| Lease Provision | Amount Remitted by Tenant | CPA Computation Amt | Difference |
| Sixth Amendment, Article I - Base Rent | $ 222,602.74 | $ 222,602.74 | $0.00 |
| Sixth Amendment, Article 31 - C.A.M. | $ - | $ 10,492.73 | $10,492.73 |
| Sixth Amendment, Article 31 - Management Fee | $ - | $ - | $0.00 |
| Sixth Amendment, Article 37 - Insurance | $ - | $ 39,390.06 | $39,390.06 |
| Sixth Amendment, Article 37 - Taxes | $ - | $ 16,623.51 | $16,623.51 |
| Sixth Amendment, Artcile 10 - Utilities (water usage) | $ 3,564.12 | $ 1,856.13 | ($1,707.99) |
| **SUBTOTAL DUE TO SPRING PLAZA FOR PERIOD** | | | **$64,798.31** |

**TOTAL AMOUNTS DUE (From February 21, 2005 through November 21, 2006) TO SPRING PLAZA FROM WINN-DIXIE LOUISIANA, INC.:**     **$95,190.31**

Exhibit "A"