Hearing Date: 5/17/07 at 1:30 p.m.
Obj. Deadline: 05/07/07 at 4:00 p.m.

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors[1]. | ) | Jointly Administered |

**OBJECTION TO THE ADMINISTRATIVE
CLAIM FILED BY GINA PENNER MOORE (DOCKET
NO. 14332) AND ALTERNATIVE MOTION TO STRIKE**

Debtor, Winn-Dixie Stores, Inc., on behalf of itself and its reorganized subsidiaries and affiliates (the "Debtors"), objects to the Notice and Application of Claim filed by Gina Penner Moore (the "Administrative Claim") (Docket No. 14332) and, alternatively, moves to strike such claim, and in support thereof says:

1. On January 4, 2007, Gina Penner Moore filed an Administrative Claim in the amount of one billion dollars ($1,000,000,000). It affirmatively appears from the face of her Administrative Claim that the injury she is asserting allegedly occurred on or about September 5, 2003 which was prior to the petition date in this case (February 21, 2005).

2. The Administrative Claim filed by Gina Penner Moore is based upon the same alleged injury for which the claimant has also asserted prepetition claims (Claim

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

Numbers 6716, 6790, 6791 and 6792) (the "Gina Penner Moore Proofs of Claim").

3. As a matter of law, the Administrative Claim filed by Gina Penner Moore is procedurally improper. A creditor's prepetition claim must be asserted on a proof of claim form pursuant to Rule 3001(a), Federal Rules of Bankruptcy Procedure.

4. The relief requested pursuant to this objection and alternative motion to strike the Administrative Claim of Gina Penner Moore is without prejudice to the rights, claims or defenses the parties have with respect to the Debtors' pending objections to the Gina Penner Moore Proofs of Claim.

WHEREFORE, the Debtors respectfully request the Court to enter an order disallowing or, in the alternative, striking the Administrative Claim filed by Gina Penner Moore and granting such other and further relief as is just and proper.

Dated: April 17, 2007

SMITH HULSEY & BUSEY

By   *s/ James H. Post*
         James H. Post

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)

jpost@smithhulsey.com

Counsel for Reorganized Debtors

- 3 -

## Certificate of Service

I certify that a copy of this document has been furnished by mail to Gina Penner Moore, 7 Oakwood Court, Tuscaloosa, Alabama 35401, this 17th day of April, 2007.

                                                               *s/ James H. Post*
                                                                      Attorney

00562519