**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF WITHDRAWAL OF**
**REQUEST FOR ADMINISTRATIVE CLAIM**

Applicant, United Concordia Companies, Inc., hereby withdraws its Request for

Allowance and Payment of Administrative Expense Claim (Docket No. 14150) and any

other administrative claim they may have against the Debtors or their estates

Dated: April 18, 2007.

HELD & ISRAEL

By: _____
Kimberly Held Israel, Esquire
Florida Bar #47287
Adam N. Frisch, Esquire
Florida Bar #635308
afrisch@hilawfirm.com
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile
Counsel for United Concordia
Companies, Inc.

## CERTIFICATE OF SERVICE

I certify that a copy of foregoing Notice of Withdrawal of Request for Administrative Claim was furnished by facsimile and mail on April _18_, 2007 to James H. Post, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, (904) 359-7708.

_____
Attorney