UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                     ) Case No. 05-03817-3F1
                                           )
WINN-DIXIE STORES, INC., et al.,           ) Chapter 11
                                           )
Reorganized Debtors.[1]                    ) Jointly Administered
                                           )

ORDER APPROVING STIPULATION RESOLVING
CLAIMS OF PACIFIC WORLD CORPORATION

These causes originally came before the Court for hearing upon the Nineteenth Omnibus Objection to Claims (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates. Included among the claims that were the subject of the Objection was claim no. 9374 filed by Pacific World Corporation. Based upon the consent of the parties set forth in the attached stipulation (the "Stipulation"), it is

ORDERED AND ADJUDGED:

1. The Stipulation attached to this Order is approved.

2. Claim no. 9374 filed by Pacific World Corporation is reduced and allowed as an unsecured non-priority claim in the amount of $49,586.92 and the remainder of the claim is disallowed.

---

[1]  In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of such reorganized debtors were closed on March 22, 2007.

3. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 18 day of April, 2007 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

488641-Wilmington Server 1A - MSW

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

---------------------------------------------------x
: 
In re:                                            :   Chapter 11
                                                  :
WINN-DIXIE STORES, INC., et al.,                  :   Case No. 05-03817-3F1
                                                  :
Reorganized Debtors.                              :
                                                  :   Jointly Administered
---------------------------------------------- :

## STIPULATION RESOLVING CLAIM OF PACIFIC WORLD CORPORATION

This Stipulation (the "Stipulation") is made and entered into as of the date set forth below by and among Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates as reorganized debtors in the above-styled jointly administered bankruptcy cases (the "Debtors") and Pacific World Corporation ("Pacific World"):

WHEREAS, on February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code").

WHEREAS, on July 29, 2005, Pacific World filed proof of claim no. 9374, as an unsecured non-priority claim in the amount of $243,171.68.

WHEREAS, on August 30, 2006, the Debtors filed their Nineteenth Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Workers Compensation Claims and (D) Workers Compensation Misclassified Claims, wherein the Debtors sought to disallow claim no. 9374 on the ground that the Debtors' books and records reflected a credit balance due to the Debtors of $146,737.52, of which amount $127,977.32 represented post-petition invoices (the "Objection").

NOW, THEREFORE, the Debtors and Pacific World stipulate and agree as follows:

1. Upon entry of an order approving this Stipulation, claim no. 9374 is reduced and allowed as an unsecured non-priority claim in the amount of $49,586.92 and the remainder of the claim is disallowed.

2. Effective upon entry of an order approving this Stipulation, all claims known or unknown up through and including December 1, 2006, as between the Debtors, their estates, or their predecessors, successors and/or assigns (the "Debtor Releasing Parties"), and Pacific World, including but not limited to any and all claims by the Debtor Releasing Parties pursuant to Sections 547 and 550 of the Bankruptcy Code and any claims arising from post-petition invoices or the alleged payment thereof asserted by the Debtor Releasing Parties in the Objection, are hereby disallowed and released with prejudice.

3. Each party represents that it has authority to enter into this Stipulation.

4. The Court shall retain jurisdiction to resolve any disputes arising from this Stipulation.

Dated: April 12, 2007

                    MATEER & HARBERT, P.A.

                    By  */s/ Jon E. Kane*  \*
                    Jon E. Kane
                    225 E. Robinson Street
                    Suite 600
                    Orlando, Florida 32801
                    Phone: (407) 425-9044
                    Fax: (407) 423-2016
                    Email: jkane@mateerharbert.com

                    - and -

WALLER LANSDEN DORTCH &
DAVIS, LLP

Eric B. Schultenover
511 Union Street, Suite 2700
Nashville, TN 37219
Phone: (615) 850-8703
Fax:    (615) 244-6804

Counsel to Pacific World Corporation

*Counsel has authorized his electronic signature


SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP


By    /s/ Jane M. Leamy
    D. J. Baker
    Rosalie Walker Gray
    Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

- and -

SMITH HULSEY & BUSEY


By  Stephen D. Busey
    James H. Post
    Cynthia C. Jackson,
    Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Co-Counsel for Debtors