UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**AGREED ORDER RESOLVING CURE OBJECTION FILED BY
REGENCY COMMERCIAL ASSOCIATES, LLC (STORE NO. 456)**

This cause came before the Court on the Objection to Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts and (III) Grant Related Relief filed by Regency Commercial Associates, LLC ("Regency") (Docket No. 9743) with respect to Store No. 456 (the "Cure Objection"). Regency is the managing agent for The Market Place, LLC, the landlord of Store No. 456. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objection is overruled.

2. Proof of claim number 8863 filed by The Market Place, LLC is allowed as an administrative claim in the amount of $9,040.57. Proof of claim number 8864 filed by The Marketplace, LLC is disallowed.

3. This Agreed Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims filed by Regency and The Marketplace, LLC in these Chapter 11 cases and (ii) all other pre-petition or

pre-effective date claims Regency and The Marketplace, LLC have or may have against the Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

4. Post-effective date liabilities and obligations will be handled by the parties in accordance with the applicable lease terms and ordinary course practices.

5. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this __18__ day of ~~March~~ April, 2007, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00560375

## **Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| **REGENCY COMMERCIAL ASSOCIATES, LLP** | **SMITH HULSEY & BUSEY** |
| By  *s/ Jeff Howell*\* | By  *s/ Cynthia C. Jackson* |
|          Jeff Howell |          Cynthia C. Jackson, F.B.N. 498882 |
| 330 Cross Pointe Boulevard | 225 Water Street, Suite 1800 |
| Evansville, Indiana 47715 | Jacksonville, Florida 32202 |
| (812) 424-9200 | (904) 359-7700 |
| (812) 424-9242 (facsimile) | (904) 359-7708 (facsimile) |
| jhowell@regency-prop.com | cjackson@smithhulsey.com |
| Vice-President of Property Management for Regency Commercial Associates, LLP | Co-Counsel for Reorganized Debtors |

\*Pro-se party has authorized their electronic signature.

00560375