# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Reorganized Debtors. | Jointly Administered |

## AGREED ORDER RESOLVING CURE OBJECTION FILED BY VICTORY REAL ESTATE INVESTMENTS, LLC, ET AL. (STORE NO. 1540)

This cause came before the Court on the Limited Objection to the Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief filed by Victory Real Estate Investments, LLC and Victory Investments, Inc., for themselves and their affiliates (collectively "Victory"), (Docket No. 9652) with respect to Store Numbers 8, 28, 101, 103, 177, 434, 438, 462, 471, 472, 545, 1405, 1406 and 1540 (the "Cure Objection"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objection is overruled as to Store No. 1540.[1]

2. Proof of Claim number 8712 filed by Victory Berryland, LLC is allowed as an administrative claim in the amount of $60,562.92, which Winn-Dixie Stores, Inc. and its affiliate debtors (collectively, the "Reorganized Debtors") have paid in full.

---

[1] This Order only resolves the cure objection as to Store No. 1540 and proof of claim numbers 8712 and 8711 filed by Victory Berryland, LLC (the landlord for Store No. 1540). This Order does not resolve the Cure Objection or other proofs of claim filed by Victory. The Cure Objection has been resolved as to Store Nos. 8, 28, 101, 103, 177, 434, 438, 462, 471, 472, 1405 and 1406 by prior agreed order (Docket No. 15309).

3. Proof of Claim number 8711 filed by Victory Berryland, LLC is disallowed.

4. This Agreed Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims filed by Victory Berryland, LLC in these Chapter 11 cases and (ii) all other pre-petition or pre-effective date claims Victory Berryland, LLC has or may have against the Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

5. Post-effective date liabilities and obligations will be handled by the parties in accordance with the applicable lease terms and ordinary course practices.

6. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this __18__ day of ~~March~~ April, 2007, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00561517

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SLOTT, BARKER & NUSSBAUM | SMITH HULSEY & BUSEY |
| By    *s/ Earl M. Barker, Jr.* *<br>        Earl M. Barker, Jr., F.B.N. 110140 | By     *s/ Cynthia C. Jackson*<br>        Cynthia C. Jackson, F.B.N. 498882 |
| 334 East Duval St.<br>Jacksonville, FL 32202<br>(904) 353-0033<br>(904) 355-4148 (facsimile)<br>embarker@bellsouth.net | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Counsel for Victory Real Estate<br>Investments, LLC, et al. | Co-Counsel for Reorganized Debtors |

*Counsel has authorized their electronic signature.

00561517