UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

AGREED ORDER ON MOTION TO ALTER OR AMEND
ORDER DATED FEBRUARY 22, 2007 FILED BY
CENTRAL REFRIGERATED SERVICES, INC.

This matter is before the Court upon the motion to alter or amend order dated February 22, 2007 filed by Central Refrigerated Services, Inc. (Docket No. 15385) (the "Motion"). In the Debtors' twenty-ninth omnibus claim objection, the Debtors objected to claim no. 13682 filed by Central Refrigerated Services, Inc. ("Central"). By order dated February 26, 2007, this Court sustained the objection as to claim no. 13682 (Docket No. 15301). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Motion is granted to the extent stated in this Agreed Order.

2. Within ten business days after entry of this order, Winn-Dixie Stores, Inc. shall pay the sum of $9,910.60 to Central, in full and final satisfaction of claim no. 13682 and the invoices included in claim no. 13682.

3. Central agrees to waive payment on the invoice represented by order no. 5229920, reference number 0870017M, dated July 11, 2006, in the amount of $350.00, which invoice was included in claim no. 13682.

Dated this __18__ day of April, 2007 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | RICHARDS, BRANDT, MILLER & NELSON |
| | |
| By /s/ James H. Post | By /s/ Michael N. Emery  * |
|     James H. Post |     Michael N. Emery |

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7703 (facsimile)

-and-

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Co-Counsel for Reorganized Debtors

Key Bank Tower
50 South Main, Suite 700
Salt Lake City, Utah 84144
(801) 531-2000
(801) 532- 5506(facsimile)

Counsel for Central Refrigerated Services, Inc.

*Counsel has authorized his electronic signature

490528-Wilmington Server 1A - MSW