UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                      CASE NO. 05-03817-3F1

**WINN DIXIE STORES, INC., et al,**                   Chapter 11

            Debtors.                                               Jointly Administered
_____/

## MOTION BY PATRICIA URQUHART TO ENLARGE TIME TO FILE APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM

    COMES NOW, the Applicant, **PATRICIA URQUHART** by and through her undersigned attorney, and, pursuant to Bankruptcy Rule 9006(b) moves the court for an order enlarging the time to file her application for administrative expense and would show:

    1. The Debtor filed Chapter 11 bankruptcy on February 21, 2005.

    2. On or about September 11, 2006, Applicant was injured in a Winn-Dixie store.

    3. The Winn-Dixie store manager took down information about the injury, and on September 12, 2006 Applicant was contacted by a claims representative for Winn-Dixie and assigned a claim number.

    4. Applicant never filed a claim, nor was she required to file a claim, because her injury occurred after the Debtor filed this bankruptcy.

    5. On November 7, 2006, Applicant was contacted by Kelly Sullivan of Sedwick Claims, the claims representative for Winn-Dixie.

    6. On November 8, 2006, Applicant retained John Fagan, P.A. to represent her. On November 13, 2006, John Fagan, P.A. notified Kelly Sullivan of Sedwick Claims that he was representing Mrs. Urquhart.

    7. On or about December 6, 2006, a notice was filed with the court notifying interested parities of the deadline to file Application for Administrative Expense.

    8. This notice did not come to the attention of the attorney for Applicant or Applicant until April 12, 2007, as further set forth in the affidavit of John Fagan which is attached hereto.

    9. Because Applicant's claim was filed through Sedwick prior to the deadline

1

and the Debtor was aware of Applicant's claim, the Debtor will suffer no prejudice by the granting of this Motion for Extension of Time.

  WHEREFORE, the Applicant prays the Court to enter an order extending the time for her to file an Application for Administrative Expense for her personal injury claim until the time said application was actually filed, that is until April 18, 2007.

  I HEREBY CERTIFY that a true and correct copy of the foregoing has been forwarded to all interested parties listed below on this the  **18th**  day of February, 2007.

                  /s/ Edward P. Jackson
                  EDWARD P. JACKSON
                  Attorney for Debtors
                  255 N. Liberty Street, First Floor
                  Jacksonville, FL 32202
                  (904) 358-1952 VOICE
                  (904) 358-1288 FAX
                  Florida Bar #286648

James H. Post, Esq.
225 Water St., Suite 1800
Jacksonville, FL 32202

Kenneth C. Meeker, U.S. Trustee
135 W. Central Blvd., Suite 620
Orlando, FL 32801

Matthew Barr, Esq.
One Chase Manhattan Plaza
New York, NY 10005