United States Bankruptcy Court
Middle District of Florida
Jacksonville Division

In re:                                          *Case No. 05-03817-3F1
                                                *
Winn-Dixie Stores, et al.,                      *
                                                *
Reorganized Debtors                             *Jointly Administered


AFFIDAVIT

1.

My name is John Fagan.

2.

I am over eighteen years old and otherwise competent.

3.

I am the attorney representing Patricia Urquhart for a personal injury claim arising from an injury sustained September 11, 2006.

4.

On September 11, 2006, Mrs. Urquhart, a 69 year old woman, went shopping at Winn-Dixie #176, located at 8560 Argyle Forest Blvd. in Jacksonville, Florida. She slipped and fell on a squashed banana on the floor injuring her right arm. She is being treated by Dr. John Drewniany who has told her she has sustained permanent injury to her arm from this fall.

5.

At the time of her fall, a Winn Dixie employee Mrs. Urquhart believes to have been the assistant store manager came and helped her up and helped her clean the banana off of her clothes. He took down her name and number and told her someone would be in touch with her. Melanie Martin, a claims representative for Winn Dixie, contacted Mrs. Urquhart on September 12, 2006 and gave her a claim number, i.e., A611208595-0001-01.

6.

On November 7, 2006, Kelly Sullivan with Sedwick Claims contacted Mrs. Urquhart and requested a return call from her and referenced the claim number.

7.

On November 8, 2006, Mrs. Urquhart retained John Fagan, P.A. to represent her in her claim for injuries sustained in the accident of September 11, 2006.

8.

On November 13, 2006, John Fagan, P.A. notified Kelly Sullivan in writing of this firm's representation of Mrs. Urquhart regarding her fall at Winn Dixie on September 11, 2006.

9.

On November 15, 2006, Kelly Sullivan of Sedgwick Claims Management Services, Inc., wrote to John Fagan, P.A., the attached letter advising that Sedgwick is "the third-party administrator for Winn-Dixie Stores, Inc. Winn Dixie Stores, Inc. is self-insured for Liability with a $2,000,000.00 retention." Ms. Sullivan requested documentation of Mrs. Urquhart's injuries. At no point did Ms. Sullivan's letter indicate this claim was affected in any way by the Winn Dixie bankruptcy proceedings, which were already underway. To date, this is the only piece of correspondence received from Sedgwick Claims Management Services, Inc.

10.

I first became aware of the Bankruptcy Court Order for Filing Claims, effective November 21, 2006, on April 12, 2007, when my paralegal, Teresa Gipson, discovered Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan and (C) Bar Dates for Filing Claims Arising Before the Effective Date and Other Administrative Claims had been entered in the Bankruptcy case and that in spite of this being a post-petition injury incident that it was encompassed by the order. Ms. Gipson is the case manager for Mrs. Urquhart's file and did not realize that further notification of the claim was necessary in light of the letter received from Sedgwick acknowledging the claim and requesting documentation.

11.

All of the foregoing is within my personal, first-hand knowledge.

_____

Before me, a Notary Public in and for the above County and State, personally appeared John S. Fagan, Esq. and he acknowledge to me that he subscribed his name to the foregoing instrument as his free act and deed the ___17th___ day of April, 2007.

*Renee Darnell*
NOTARY PUBLIC

RENEE DARNELL
Notary Public, State of Florida
My comm. exp. Dec. 11, 2007
Comm. No. DD274350



## Sedgwick

**Sedgwick Claims Management Services Inc**
P.O. Box 24787, Jacksonville, FL 32241-4787
Telephone (888)784-3470 Facsimile (904)419-5365

November 15, 2006

John Fagan
1063 Park Ave
Orange Park FL 32073

    **RE:**    **Claimant:**    Pat Urquhart
          **Date of Injury:** 09/11/2006
          **Location:**    Winn Dixie # 176
                                  8560 Agyle Forest Blvd.
                                  Jacksonville, FL 32244
          **Division:**    Jacksonville
          **Claim Number:** A611208595-0001-01

Dear Sir or Madam:

Sedgwick Claims Management Services, Inc., is the third-party administrator for Winn-Dixie Stores, Inc. Winn-Dixie Stores, Inc. is self-insured for Liability with a $2,000,000.00 retention. There is no medical payments coverage.

I am the examiner handling this claim. Please provide a status as to Pat Urquhart's treatment and medical progress with medical records and bills to date. I will need your client to complete the enclosed Medical and/or Wage Authorization form and return it to me. Winn Dixie requires that I obtain your client's recorded statement before we make any decisions determining liability. Please contact the undersigned to arrange a convenient date and time to secure this information. If your client has already provided us with a recorded statement please disregard. Should you fail to provide this information our liability decisions will be based solely upon the limited information available to us.

Thank you for your assistance and prompt attention to this matter. If you have any questions feel free to contact me directly at (904)419-6716 extension 6716.

Sincerely,

Kelly Sullivan
General Liability Examiner II

Encl.

**Obtaining the medical & wage information is for the purpose of evaluating your claim and does not assume liability on Winn-Dixie or Sedgwick Claims Management Services, Inc. to pay or reimburse any expenses incurred as a result of this incident.**

**(Esta carta es en referencia al incidente que ocurio en Winn-Dixie. Por favor ponga un interprete en contacto con migo.)**