**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et</u> <u>al.</u>, | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF AGREED ORDER OF RESOLUTION OF (I) CLAIM NUMBER 9643 FILED BY DANIEL G. KAMIN CLARKSVILLE CROSSING LLC, (II) CLAIM NUMBER 9648 FILED BY DANIEL G. KAMIN ZACHARY ENTERPRISES, (III) CLAIM NUMBERS 9638 AND 13435 FILED BY WD MT CARMEL, LLC, (IV) CLAIM NUMBER 9645 FILED BY DBT PORCUPINE WD1 DE BUSINESS TRUST, AND (V) CLAIM NUMBERS 9636, 9637 AND 13422 FILED BY PORCUPINE WD5, LLC**

---

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

The Court will consider this matter without further notice or hearing unless a party in interest files an objection within 3 business days from the date of service of this paper. If you object to the relief requested in this paper, you must (a) file your response with the Clerk of the Bankruptcy Court in accordance with the Court's electronic filing procedures or at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and (b) serve a copy by email and fax on (i) Winn-Dixie Stores, Inc. c/o Jay Castle, Esq., 5050 Edgewood Court, Jacksonville, Florida 32254, JayCastle@winn-dixie.com, (ii) James H. Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, jpost@smithhulsey.com and (iii) Rosalie Gray, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, rgray@skadden.com.

If you file and serve a response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file a response within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates (the "Debtors") give notice of the proposed entry of the attached Agreed Order Resolving (i) Claim Number 9643 filed by Daniel G. Kamin Clarksville Crossing LLC, (ii) Claim Number 9648 filed by Daniel G. Kamin Zachary Enterprises, (iii) Claim Numbers 9638 and 13435 filed by WD MT Carmel, LLC, (iv) Claim Number 9645 filed by DBT Porcupine WD1 DE Business Trust, and (v) Claim Numbers 9636, 9637 and 13422 filed by Porcupine WD5, LLC.

If no objection to the proposed Agreed Order is filed and served within the time set forth above, the Court will be requested to enter the Agreed Order without further notice or hearing.

Dated: April 18, 2007

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   /s/ D. J. Baker<br>      D. J. Baker<br>      Sally McDonald Henry<br>      Rosalie Walker Gray<br>      Adam S. Ravin | By   /s/ James H. Post<br>      Stephen D. Busey<br>      James H. Post<br>      Cynthia C. Jackson,<br>      Florida Bar Number 175460 |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

## **Certificate of Service**

I certify that a copy of this document has been furnished electronically and by facsimile to the Post-Effective Date Committee, c/o Matthew Barr, Esq. and Michael Comerford, Esq., Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, mbarr@milbank.com, mcomerford@milbank.com, this 18th day of April, 2007.



                                                     *Adam S. Ravin*
                                                     Attorney

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Reorganized Debtors.¹ | ) Jointly Administered |
| | ) |

**AGREED ORDER RESOLVING (I) CLAIM NUMBER 9643 FILED BY DANIEL G. KAMIN CLARKSVILLE CROSSING LLC, (II) CLAIM NUMBER 9648 FILED BY DANIEL G. KAMIN ZACHARY ENTERPRISES, (III) CLAIM NUMBERS 9638 AND 13435 FILED BY WD MT CARMEL, LLC, (IV) CLAIM NUMBER 9645 FILED BY DBT PORCUPINE WD1 DE BUSINESS TRUST, AND (V) CLAIM NUMBERS 9636, 9637 AND 13422 FILED BY PORCUPINE WD5, LLC**

These causes originally came before the Court upon Thirteenth, Fifteenth, Sixteenth, Seventeenth, Twenty-Fourth and Twenty-Fifth Omnibus Objections to Claims (collectively, the "Objections") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors").²

Included among the several proofs of claim that were the subject of the Objections were (i) Claim Number 9643, which relates to amounts allegedly owed under a non-residential real property lease for a store the Debtors had at one time operated in Clarksville, VA (Store No. 941); (ii) Claim Number 9648, which relates to amounts allegedly owed under a non-residential real property lease for a store the Debtors had at one time operated in Zachary, LA (Store No. 1580); (iii) Claim Numbers 9638 and 13435, which relate to amounts allegedly owed

---

1   In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.  With the exception of Winn-Dixie Stores, Inc., the related cases of such reorganized debtors were closed on March 22, 2007.

2   All capitalized terms not otherwise defined in this Agreed Order shall have the meaning ascribed to them in the Objections.

under a non-residential real property lease for a store the Debtors had at one time operated in Cincinnati, OH (Store No. 1705); (iv) Claim Number 9645, which relates to amounts allegedly owed under a non-residential real property lease for a store the Debtors had at one time operated in Willow Park, TX (Store No. 2418); and (v) Claim Numbers 9636, 9637 and 13422, which relate to amounts allegedly owed under a non-residential real property lease for a store the Debtors had at one time operated in Fort Worth, TX (Store No. 2422).

Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim Number 9643 is allowed as a Class 13 Landlord Claim in the liquidated amount of $295,958.33;

2. Claim Number 9648 is allowed as a Class 13 Landlord Claim in the liquidated amount of $456,993.39;

3. Claim Numbers 9636, 9637, 9638, 9645, 13422 and 13435 are disallowed.

4. The Court shall retain jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this ____ day of _____, 2007 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| SMITH HULSEY & BUSEY | SEYFARTH SHAW LLP |
|---|---|
| By /s/ James H. Post | By: /s/ Sara E. Lorber* |
| James H. Post | Sara E. Lorber |
| Florida Bar Number 175460 | 55 East Monroe Street, Suite 4200 |
| 225 Water Street, Suite 1800 | Chicago, Illinois 60603 |
| Jacksonville, Florida 32202 | (312) 346-8000 |
| (904) 359-7700 | (312) 269-8869 (facsimile) |
| (904) 359-7708 (facsimile) | |
| | Attorneys for Daniel G. Kamin |
| | Clarksville Crossing LLC, Daniel G. |
| -and- | Kamin Zachary Enterprises, WD MT |
| | Carmel, LLC, DBT Porcupine WD1 DE |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | Business Trust, and Porcupine WD5, LLC |

D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Adam S. Ravin
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Co-Counsel for Reorganized Debtors

---

[*] Counsel has authorized her electronic signature.