**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

WINN-DIXIE STORES, INC., et al.,   Case No.: 3:05-bk-03817-JAF

    Debtors.   Chapter 11

                                                                                          Jointly Administered

_____/

## NOTICE OF FILING

The Official Committee of Unsecured Creditors appointed in the above-captioned cases of Winn-Dixie Stores, Inc. and its affiliated debtors and debtors in possession hereby gives notice of the filing of the attached Response of Milbank, Tweed, Hadley & McCloy LLP, to Fee Examiner's Final Report of Review and Analysis of Fifth Interim Application of Milbank, Tweed, Hadley & McCloy LLP for Interim Period June 1, 2006 through and including September 30, 2006.

Dated: April 19, 2007.   AKERMAN SENTERFITT

                                                        By: */s/ John B. Macdonald*
                                                            John B. Macdonald
                                                           Florida Bar No.: 230340
                                                           E-mail: john.macdonald@akerman.com
                                                           50 North Laura St., Suite 2500
                                                           Jacksonville, FL 32202
                                                           Telephone: (904) 798-3700
                                                           Facsimile: (904) 798-3730

                                         Co-Counsel for the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al.

{JA319275;1}

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the forgoing was furnished by Email and Federal Express overnight delivery, this 19th day of April, 2007 to:

Kenneth C. Meeker, Esq.
Elena L. Escamilla, Esq.
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
Email: ken.meeker@usdoj.gov
Email: Elena.L.Escamilla@usdoj.gov

Stuart, Maue, Mitchell & James Ltd.
Attn.: Linda K. Cooper
3840 McKelvey Road
St. Louis, MO 63044
Email: l.cooper@smmj.com

                                                              */s/ John B. Macdonald*
                                                              Attorney

{JA319275;1}