# EXHIBIT A

# EXHIBIT A

## [Report Exhibit D – Vaguely Described Activities]

| Name | Date | Description |
|---|---|---|
| Barr, M. | 06/07/06 | Email correspondence with S. Burian (HLHZ) and P. Levinson (Lonestar) regarding substantive consolidation issues (.4) |
| Barr, M. | 06/12/06 | Prepare agenda regarding telephonic conference with Committee in connection with pending issues (.4) |
| Dunne, D. | 07/12/06 | Review open issues for Committee in connection with plan of reorganization (.7) |
| Kestenbaum, R. | 09/27/06 | Telephonic conference with A. Rosenberg (Paul Weiss) regarding stock transfer restrictions (.1) |

STUART MAUE

EXHIBIT D
VAGUELY DESCRIBED ACTIVITIES
Milbank, Tweed, Hadley & McCloy

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Barr, M | 0.80 | 540.00 |
| Dunne, D | 0.70 | 595.00 |
| Kestenbaum, R | 0.10 | 52.50 |
| | 1.60 | $1,187.50 |

STUART MAUE

EXHIBIT D
VAGUELY DESCRIBED ACTIVITIES
Milbank, Tweed, Hadley & McCloy

| DATE | NAME | ENTRY HOURS | COMBINED HOURS (INFORMATIONAL) | COMBINED FEES (INFORMATIONAL) | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | **MATTER: Substantive Consolidation** |
| 06/07/06 Wed | Barr, M 258052-036247 | 4.10 | 0.40 | 270.00 | | 3.30 | F | 1 ATTEND MEETING WITH TRADE COMMITTEE RE: SUBCON (3.3); |
| | | | | | | 0.20 | F | 2 T/C WITH S. BURIAN (HLHZ) RE SAME (.2); |
| | | | | | | 0.20 | F | 3 T/C WITH P. LEVINSON RE SAME (.2); |
| | | | | | | 0.40 | F | 4 EMAILS RE NEXT STEPS (.4). |
| | | | | | | | | **MATTER: Committee Administration** |
| 06/12/06 Mon | Barr, M 258052-007724 | 0.70 | 0.40 | 270.00 | E | 0.30 | F | 1 MEETING WITH M. COMERFORD RE COMMITTEE CALL (.3); |
| | | | | | | 0.40 | F | 2 DRAFT EMAIL RE AGENDA ITEMS FOR COMMITTEE CALL (.4). |
| | | | | | | | | **MATTER: Reorganization Plan** |
| 07/12/06 Wed | Dunne, D 258944-031210 | 0.80 | 0.70 | 595.00 | | 0.70 | F | 1 REVIEW OPEN ISSUES AND CORRESPONDENCE FOR WD (0.7); |
| | | | | | E | 0.10 | F | 2 CONF. WITH M. BARR RE SAME (0.1). |
| | | | | | | | | **MATTER: Reorganization Plan** |
| 09/27/06 Wed | Kestenbaum, R 260177-033429 | 5.30 | 0.10 | 52.50 | | 1.70 | F | 1 REVIEW ARTICLES RE: STOCK TRANSFER RESTRICTIONS IN PREPARATION FOR CALL WITH COMMITTEE (1.7); |
| | | | | | E | 0.60 | F | 2 DISCUSS ISSUES WITH D. PONIKVAR RE: STOCK TRANSFER RESTRICTIONS (.6); |
| | | | | | | 0.10 | F | 3 P/C WITH A. ROSENBERG (.1); |
| | | | | | E | 0.30 | F | 4 DISCUSS COMMITTEE MEMO WITH M. BARR, D. PONIKVAR, M. COMERFORD (.3); |
| | | | | | | 1.90 | F | 5 REVISE MEMO RE: TRANSFER RESTRICTIONS (1.9); |
| | | | | | E | 0.30 | F | 6 DISCUSS REVISED MEMO WITH M. COMERFORD (.3); |
| | | | | | | 0.40 | F | 7 REVIEW MIRANT RESTRICTIONS IN CONNECTION W/ SAME MEMO (.4). |
| | | | 1.60 | $1,187.50 | | | | |

Total
Number of Entries:    4

~ See the last page of exhibit for explanation

EXHIBIT D PAGE 2 of 3