# EXHIBIT D

**EXHIBIT D**

**[Report Exhibit G – Personnel Who Billed 10.00 or Fewer Hours]**

1. R. Cherington – Associate, reviewed specific issues regarding tax provisions in connection with the plan of reorganization.

2. C. Coleman – Litigation Support Specialist, prepared electronic production of documents in connection with plan of reorganization and confirmation discovery.

3. H. Erick – Paralegal, reviewed and drafted exhibits for response to fee examiner's report, reviewed updated docket report. (Ms. Erick left the firm in July 2006.)

4. B. Kinney – Associate, reviewed issues regarding equity committee and issues relating to fee applications.

5. M. Ottenstein – Librarian, performed discrete support services relating to research in connection with emergence from chapter 11.

STUART MAUE

EXHIBIT G
PERSONNEL WHO BILLED 10.00 OR FEWER HOURS
Milbank, Tweed, Hadley & McCloy

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Cherington, R | 2.90 | 1,015.00 |
| Coleman, C | 8.00 | 1,960.00 |
| Erick, H | 6.70 | 1,072.00 |
| Kinney, B | 3.00 | 1,320.00 |
| Ottenstein, M | 6.50 | 1,105.00 |
| | 27.10 | $6,472.00 |

STUART MAUE
EXHIBIT G
PERSONNEL WHO BILLED 10.00 OR FEWER HOURS
Milbank, Tweed, Hadley & McCloy

| NAME | DATE | ENTRY HOURS | INFORMATIONAL COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Cherrington, R | 07/14/06 Fri 258944-03/1092 | 2.10 | 2.10 | 735.00 | J | | F | 1 MATTER: *Reorganization Plan*<br>READING NEW REGULATION RELATED TO 486B. |
| | 07/14/06 Fri 258944-03/1257 | 0.50 | 0.50 | 175.00 | F | | F | 1 MATTER: *Reorganization Plan*<br>CALL WITH SKADDEN AND R. KESTENBAUM. |
| | 07/14/06 Fri 258944-03/1294 | 0.30 | 0.30 | 105.00 | E | | F | 1 MATTER: *Reorganization Plan*<br>CONVERSATION WITH R. KESTENBAUM RE BACKGROUND TO TAX ISSUE. |
| | NUMBER OF ENTRIES: 3 | | 2.90 | 1,015.00 | | | | |
| Coleman, C | 08/21/06 Mon 259471-03/831 | 2.00 | 2.00 | 490.00 | I | 1.30<br>0.70 | F<br>F | 1 MATTER: *Reorganization Plan*<br>PREPARING ELECTRONIC PRODUCTION OF DOCUMENTS TO M. KELLEY (LL ATTORNEY) (1.3);<br>2 CREATING TIFF IMAGES FROM DATABASE DOCUMENTS RE: SAME (.7). |
| | 08/22/06 Tue 259471-03/801 | 3.00 | 3.00 | 735.00 | I | | F | 1 MATTER: *Reorganization Plan*<br>PREPARING ELECTRONIC PRODUCTION OF DOCUMENTS TO M. KELLEY (LL ATTORNEY). |
| | 08/24/06 Thu 259471-03/911 | 1.00 | 1.00 | 245.00 | I | | F | 1 MATTER: *Reorganization Plan*<br>PREPARING ELECTRONIC PRODUCTION OF DOCUMENTS TO M. KELLEY (LL ATTORNEY). |
| | 08/25/06 Fri 259471-03/912 | 1.00 | 1.00 | 245.00 | I | | F | 1 MATTER: *Reorganization Plan*<br>PREPARING ELECTRONIC PRODUCTION OF DOCUMENTS TO M. KELLEY (LL ATTORNEY). |
| | 08/29/06 Tue 259471-03/915 | 1.00 | 1.00 | 245.00 | I | | F | 1 MATTER: *Reorganization Plan*<br>LOADING DOCUMENT PRODUCTION DATA INTO NOTES DATABASE IN CONNECTION W/ LL DOC. PRODUCTION. |
| | NUMBER OF ENTRIES: 5 | | 8.00 | 1,960.00 | | | | |
| Erick, H | 06/06/06 Tue 258052-007/10 | 0.10 | 0.10 | 16.00 | | | F | 1 MATTER: *Committee Administration*<br>REVIEW DOCKET RE RECENT MOTIONS RE HEARING AND OBJ. DEADLINES. |

Handwritten annotations: ①, ②, ③ with brackets around description groupings.

~ See the last page of exhibit for explanation

STUART MAUE
EXHIBIT G
PERSONNEL WHO BILLED 10.00 OR FEWER HOURS
Milbank, Tweed, Hadley & McCloy

| NAME | DATE | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| Erick, H | | | | | INFORMATIONAL | | | | |
| | 06/07/06    0.20 | | 0.20 | 32.00 | ~ | | F | 1 | MATTER: *Committee Administration*<br>DISTRIBUTE LIST OF PLEADINGS FILED SINCE 6/6/06 TO M. BARR RE: COMMITTEE ISSUES. |
| | Wed 258052-007/ 12 | | | | | | | | |
| | 06/08/06    0.20 | | 0.20 | 32.00 | ~ | | F | 1 | MATTER: *Committee Administration*<br>DISTRIBUTE REQUESTED PLEADINGS FROM 6/7/06 DOCKET REVIEW TO M. BARR IN CONNECTION WITH COMMITTEE ISSUES. |
| | Thu 258052-007/ 13 | | | | | | | | |
| | 06/09/06    0.10 | | 0.10 | 16.00 | ~ | | F | 1 | MATTER: *Committee Administration*<br>DISTRIBUTE DOCKET UPDATE TO M. BARR RE: NEW PENDING MOTIONS AND APPLICATIONS. |
| | Fri  258052-007/ 15 | | | | | | | | |
| | 06/14/06    1.80 | | 1.80 | 288.00 | | 0.80 | F | 1 | MATTER: *Fee Examiner Matters*<br>REVIEW EXAMINERS REPORT RE NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS (.80); |
| | Wed 258052-045/ 271 | | | | | 1.00 | F | 2 | DRAFT KEY EXPLAINING MULTIPLE ATTENDANCES RE CONFERENCES AND HEARINGS (1.0). |
| | 06/15/06    3.10 | | 3.10 | 496.00 | | | F | 1 | MATTER: *Fee Examiner Matters*<br>FURTHER DRAFT KEY EXPLAINING MULTIPLE ATTENDANCES RE CONFERENCES AND HEARINGS. |
| | Thu 258052-045/ 272 | | | | | | | | |
| | 06/16/06    1.00 | | 1.00 | 160.00 | | | F | 1 | MATTER: *Fee Examiner Matters*<br>FURTHER DRAFT EXPLANATION OF MULTIPLE ATTENDANCES RE CONFERENCES AND HEARINGS. |
| | Fri  258052-045/ 275 | | | | | | | | |
| | 06/23/06    0.20 | | 0.20 | 32.00 | ~ | | F | 1 | MATTER: *Committee Administration*<br>DISTRIBUTE RECENT COURT FILINGS TO M. BARR IN CONNECTION WITH UPDATING COMMITTEE. |
| | Fri  258052-007/ 26 | | | | | | | | |
| | | | 6.70 | 1,072.00 | | | | | |
| | NUMBER OF ENTRIES: | | 8 | | | | | | |
| Kinney, B | | | | | | | | | |
| | 06/14/06    0.80 | | 0.80 | 352.00 | | | F | 1 | MATTER: *Fee Applications - Other Professionals*<br>REVISE OBJECTION TO PAUL HASTINGS FEE APPLICATION. |
| | Wed 258052-02/ 90 | | | | | | | | |
| | 06/20/06    0.80 | | 0.80 | 352.00 | | | F | 1 | MATTER: *Fee Applications - Other Professionals*<br>REVIEW HEARING TRANSCRIPT RE: DISBURSEMENTS OF EQUITY COMMITTEE AND STANDING. |
| | Tue 258052-02/ 92 | | | | | | | | |
| | 06/22/06    1.40 | | 1.40 | 616.00 | | 0.60 | F | 1 | MATTER: *Fee Applications - Other Professionals*<br>REVIEW HEARING TRANSCRIPT RE: STANDING OF DISBANDED EQUITY COMMITTEE (.6); |
| | Thu 258052-02/ 93 | | | | | 0.80 | F | 2 | REVISE OBJECTION TO PAUL HASTINGS FEES (.8). |

Handwritten annotations: ③ bracketing entries for Erick, H; ④ bracketing entries for Kinney, B.

~ See the last page of exhibit for explanation

EXHIBIT G PAGE 3 of 5

STUART MAUE

EXHIBIT G
PERSONNEL WHO BILLED 10.00 OR FEWER HOURS
Milbank, Tweed, Hadley & McCloy

| NAME | DATE | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Kinney, B | | | 3.00 | 1,320.00 | | | |
| | NUMBER OF ENTRIES: | | 3 | | | | |
| Ottenstein, M | 09/13/06 Wed 260177-03/492 | 2.50 | 2.50 | 425.00 | J | F 1 | MATTER: *Reorganization Plan* <br> RESEARCH RE: ISSUES RELATING TO EMERGENCE FROM BANKER FLORIDA PUBLIC COMPANY. |
| | 09/14/06 Thu 260177-03/472 | 3.00 | 3.00 | 510.00 | J | F 1 | MATTER: *Reorganization Plan* <br> RESEARCH RE: ADDITIONAL CHARTER AND BYLAWS FOR PUBLIC FLORIDA CORPORATIONS EMERGING FROM BANKRUPTCY PROTECTION. |
| | 09/15/06 Fri 260177-03/621 | 1.00 | 1.00 | 170.00 | | F 1 | MATTER: *Reorganization Plan* <br> CONTINUATION OF REQUEST FOR THE CHARTER AND BYLAWS OF MORE PUBLIC FLORIDA CORPORATIONS THAT EMERGED FROM BANKRUPTCY PROTECTION. |
| | | | 6.50 | 1,105.00 | | | |
| | NUMBER OF ENTRIES: | | 3 | | | | |
| Total Number of Entries: 22 | | | 27.10 | $6,472.00 | | | |

~ See the last page of exhibit for explanation

EXHIBIT G PAGE 4 of 5