# EXHIBIT E

**EXHIBIT E**

**[Report Exhibits M and Q– Out of Town Travel Expenses/
Expenses Associated with Multiple Attendance]**

**[See numbered attachment]**

1. Car service for M. Barr from LGA to New York, NY – This is a late posted expense, in connection with traveling to Jacksonville, FL for a hearing.

2. Meal expenses for M. Barr - receipts totaling $25.00, including lunch ($7.58), breakfast ($5.00) and lunch ($12.42).

   Travel expenses for M. Barr - receipts totaling $2,506.03, including the amounts of $501.43 for travel to and from airport, $1,960.60 for airfare and booking fee $44.00, corresponding to the attached receipts and trip details:

   | | |
   |---|---|
   | $89.01- | Car service from 1 Chase Manhattan Plaza to Newark |
   | $154.33- | Car service from Newark to personal residence (due to delayed flight) |
   | $108.43- | Car service from personal residence to Newark airport |
   | $1,960.60- | Roundtrip airfare, Newark to Jacksonville, FL |
   | $44.00- | Travel agency booking fee |
   | $116.00- | Taxi from JAX Airport to hearing (roundtrip) |
   | $33.66- | Car service from LGA to personal residence |

3. Car service for M. Diamond from 1 Chase Manhattan Plaza (Milbank) to JFK airport – receipt total $62.16.

4. Meeting expenses in Chicago at Hilton (O'Hare Airport) - receipts totaling $6,381.16.

5. Meal expenses for M. Diamond – receipts totaling $168.17 for lunch ($53.27) and dinner ($114.90).

   Travel expenses for M. Diamond - receipts totaling $3,332.34, including the amounts of $406.49 for travel to and from the airport, $463.25 for hotel lodging, and $2,462.60 for airfare ($2,412.60) and booking fee ($50.00) corresponding to the attached receipts and the trip details:

   | | |
   |---|---|
   | $110.50- | Car Service from personal residence to L.A., CA (LAX) airport |
   | $2,412.60- | Roundtrip airfare, LAX to New York (JFK) Airport |
   | $50.00- | Travel agency booking fee |
   | $159.49 | Car Service from JFK to hotel |
   | $463.25- | Lodging (1 night in New York) |

$20.00-   Taxi from hotel to JFK
$116.50-  Car Service from LAX to personal residence (no receipt)

6.  Meal expenses for M.Comerford - receipts totaling, $2.02.

Travel expenses for M. Comerford - receipts totaling $891.49, including the amounts
of $343.89 for travel to and from the airport, and $547.60 for airfare ($503.60) and
booking fee ($44.00) corresponding to the attached receipts and the trip details:

$74.72-   Car Service from 1 Chase Manhattan Plz. to personal residence
$81.50-   Car Service from personal residence to JFK
$503.60-  Roundtrip airfare, from JFK to Jacksonville, FL
$44.00-   Travel agency booking fee
$42.00-   Taxi from Jacksonville Airport (JAX) to downtown Jacksonville
$35.00-   Taxi from downtown Jacksonville to JAX
$110.67-  Car Service from JFK to personal residence

7.  Meal expenses for M. Comerford - receipts totaling $9.18 for dinner.

Travel expenses for M. Comerford - receipts totaling $1196.08, including the
amounts of $328.31 for travel to and from the airport, $236.17 for hotel lodging, and
$631.60 for airfare ($543.60) and booking fees ($88.00) corresponding to the attached
receipts and the trip details:

$84.15-   Car Service from 1 Chase Manhattan Plz. to Newark, NJ Airport
$309.30-  One way airfare from Newark (NWK) to Jacksonville, FL (JAX)
$44.00-   Travel agency booking fee for roundtrip flight
$38.00-   Taxi from the airport to the hotel
$236.17-  Lodging (1 night in Jacksonville, FL)
$40.00-   Taxi from the hotel to the airport (no receipt)
$234.30-  One way airfare from JAX to NWK
$44.00-   Travel agency booking fee for roundtrip flight
$166.16-  Car service from NWK airport to personal residence

8.  Travel Expenses for D. Dunne -  receipts totaling $939.16, including the amounts of
$276.56 for a car service from the airport and to the courthouse, and $662.60 for
airfare ($618.60) and booking fee ($44.00) corresponding to the attached receipts and
the trip details:

$618.60-  Roundtrip Airfare, Newark, NJ to Jackonsonville, FL (JAX)
$44.00-   Travel agency booking fee for roundtrip flight
$40.00-   Taxis and tolls from JAX to courthouse
$236.56-  Car service from Newark, NJ Airport to personal residence

2

STUART MAUE

EXHIBIT M
Out-of-Town Travel Expenses
Milbank, Tweed, Hadley & McCloy

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION | |
|---|---|---|---|---|---|---|---|
| 03/08/05 | 8972 | 173.66 | | 173.66 | S | CAB-DIAL:993266/249480/414Y - 03/08/05 16:04 FROM:LAG DELTA REGLR L QU 059 TO:NEW CITY NY [ 1 @ 173.66 - BARR, MATTHEW S.] | ① |
| 06/15/05 | 8972 | 89.01 | | 89.01 | | CAB-DIAL:998922/435090/223C - 06/15/05 17:41 FROM:CHASE MANHATTAN 1 MH 510 TO:NWK A/P [ 1 @ 89.01 - BARR, MATTHEW S.] | ② |
| 06/16/05 | 8972 | 33.66 | | 33.66 | | CAB-DIAL:998922/352406/453A - 06/16/05 FROM:LAG MEET& GREET L QU 843 TO:AS DIR FLT DELAYED 1153P [ 1 @ 33.66 - BARR, MATTHEW S.] | ③ |
| 06/01/06 | 9405 | 62.16 | | 62.16 | | CAB-DIAL:1020203/010456/294Y - 06/01/06 12:18 FROM:CHASE MANHATTAN 1 MH 049 TO:D/V OK WITH ID--JFK A/P [ 1 @ 62.16 - DIAMOND, MICHAEL H.] | |
| 06/07/06 | 9591 | 6,381.16 | | 6,381.16 | | OTHER-VOUCHERS - - VENDOR: MICHAEL COMERFORD RE MEETING IN CHICAGO (CONFERENCE ROOM REQUIRED FOR WINN DIXIE MEETING) [ 1 @ 6381.16 - COMERFORD, MICHAEL E.] | ④ |
| 06/15/06 | 8972 | 154.33 | | 154.33 | | CAB-DIAL:1020934/365359/011C - 06/15/06 20:07 FROM:NWK MEET& GREET IF NW NJ TO:SHORT HILLS,NJ TERM C [ 1 @ 154.33 - BARR, MATTHEW S.] | ② |
| 06/15/06 | 8972 | 12.58 | | 12.58 | | MEALS-BUSINESS TRIP TO JACKSONVILLE, FLORIDA TO ATTEND [ 1 @ 12.58 - BARR, MATTHEW S.] | ② |
| 06/15/06 | 8972 | 2,120.60 | | 2,120.60 | | TRAVEL-BUSINESS TRIP TO JACKSONVILLE, FLORIDA TO ATTEND [ 1 @ 2120.6 - BARR, MATTHEW S.] | ② |
| 06/15/06 | 8972 | 108.43 | | 108.43 | | CAB-DIAL:1020934/739457/442B - 06/15/06 08:08 FROM:SHORT HILLS R SH NJ 8AM TO:EWR AP [ 1 @ 108.43 - BARR, MATTHEW S.] | ② |
| 06/27/06 | 9405 | 3,500.51 | | 3,500.51 | | TRAVEL-TRAVEL (M) - - VENDOR: MICHAEL H. DIAMOND TRAVEL EXPENSE FOR M. DIAMOND ON MAY 31, 2006 THROUGH JUNE 1, 2006 TO ATTEND MEETINGS AND PRESENTATION INCLUDES R/T AIRFARE, CAR SERVICE, HOTEL ACCOMMODATIONS, MEALS AND TAXIS [ 1 @ 3500.51 - DIAMOND, MICHAEL H.] | ⑤ |
| 06/29/06 | 9591 | 2.02 | | 2.02 | | MEALS-WINN DIXIE COURT HEARING [ 1 @ 2.02 - COMERFORD, MICHAEL E.] | |
| 06/29/06 | 9591 | 74.72 | | 74.72 | | CAB-LOTUS:06276037/572958/2043 - 06/29/06 12:18AM FROM:M,1 CHASE MANHATTAN PLZ TO:LI, GARDEN C [ 1 @ 74.72 - COMERFORD, MICHAEL E.] | |
| 06/29/06 | 9591 | 81.50 | | 81.50 | | CAB-LOTUS:06286041/536096/2144 - 06/29/06 4:45AM FROM:LI,157 GARDEN ST GARDEN C TO:JFK, [ 1 @ 81.5 - COMERFORD, MICHAEL E.] | ⑥ |
| 06/29/06 | 9591 | 110.67 | | 110.67 | | CAB-LOTUS:06276037/572092/2129 - 06/29/06 6:30PM FROM:JFK, 616 JET BLUE DOM TO:LI, GARDEN C [ 1 @ 110.67 - COMERFORD, MICHAEL E.] | |
| 06/29/06 | 9591 | 624.60 | | 624.60 | | TRAVEL-WINN DIXIE COURT HEARING [ 1 @ 624.6 - COMERFORD, MICHAEL E.] | |
| 08/03/06 | 9591 | 9.18 | | 9.18 | Q | MEALS-WINN DIXIE HEARING [COMERFORD, MICHAEL E.] | |
| 08/03/06 | 9591 | 945.77 | | 945.77 | Q | TRAVEL-WINN DIXIE HEARING [COMERFORD, MICHAEL E.] | ⑦ |
| 08/03/06 | 9591 | 84.15 | | 84.15 | Q | CAB-LOTUS:06326046/581245/2160 - 08/03/06 5:55PM FROM:M,1 CHASE MANHATTAN PLZ TO:NWK, [COMERFORD, MICHAEL E.] | |
| 08/04/06 | 9591 | 166.16 | | 166.16 | Q | CAB-LOTUS:06326046/576370/2123 - 08/04/06 4:25PM FROM:NWK, 3208 CONTINENTAL TO:LI, GARDEN C [COMERFORD, MICHAEL E.] | |
| 08/04/06 | 8697 | 702.60 | | 702.60 | | TRAVEL-DISCLOSURE STATEMENT HEARING IN JACKSONVILLE. [DUNNE, DENNIS F.] | |
| 08/04/06 | 8697 | 236.56 | | 236.56 | | CAB-LOTUS:06336042/572151/2132 - 08/04/06 4:25PM FROM:NWK, 3208 CONTINENTAL TO:WE, SCARSDAL [DUNNE, DENNIS F.] | ⑧ |
| | | $15,674.03 | | $15,674.03 | | | |

EXHIBIT M PAGE 1 of 1

1



AUTH. A. Fuller

AUTH. A. Fuller

2

| 19-Jun-06 | **Milbank, Tweed, Hadley & McCloy LLP** | *Page 1* |
|---|---|---|
| 3:20 PM | | DG0619151407 |

**Travel Expense Voucher**

Departure Date:  6/15/200  Return Date:  6/15/2006

**Matthew Barr**

Employee ID:  08972

| | | |
|---|---|---|
| **Expense Type:** | Client Chargeable | **Business Reason:** |
| **Matter:** | 38522.00900 | Business trip to Jacksonville, Florida to attend hearing re leases and |
| **Short Title:** | WINN DIXIE CREDITORS' COMMITTEE- COURT HEARINGS | sub con motions. |

| Receipt Date | Receipt Type | | | Receipt Amount |
|---|---|---|---|---|
| 6/15/2006 | - Transportation | | | $44.00 |
| | *Miscellaneous Travel Agency Fee* | | | |
| | **Mode:** *Air* | **From:** *Newark* | **To:** *Jacksonville, FL* | |
| | - Transportation | | | $980.30 |
| | **Mode:** *Air* | **From:** *Jacksonville, FL* | **To:** *Newark, NJ* | |
| | - Transportation | | | $980.30 |
| | **Mode:** *Air* | **From:** *Newark, NJ* | **To:** *Jacksonville, FL* | |
| | - Meals | | | $7.58 |
| | *Lunch* | | | |
| | - Meals | | | $5.00 |
| | *Breakfast (no receipt)* | | | |
| | - Taxis,Baggage,Tolls etc. | | | $116.00 |
| | *Taxi from JAX Airport to Hearing and then back to JAX Airport.* | | | |
| | | | **Total Day:** | $2,133.18 |

| | | | |
|---|---|---|---|
| | | **Total Voucher:** | $2,133.18 |
| Make check payable to:  Barr, Matthew | **Petty Cash No:** | **Cash Advances:** | $0.00 |
| Return check to:  Barr, Matthew | | **Due Individual:** | $2,133.18 |
| Special instructions: | | **Due Firm:** | $0.00 |

Requestor Signature/Date:

Final Approval Signature/Date:

Milbank Tweed
Hadley & McCloy LLP
One Chase Manhattan
Plaza
47th Floor
New York, NY 10005

212/530.5700
212/530.8905 Fax



# OVATION
## TRAVEL GROUP

THE LAWYERS' TRAVEL SERVICE

OVATION CORPORATE TRAVEL

OVATION VACATIONS

**Emergency Travel Assistance**
Monday-Friday/830am-900pm
800.431.1112
After Hours Service
800.876.4922

Sabre Access Code
8N69

SALES PERSON: 2P    ITINERARY/INVOICE NO. 0004635    DATE: 14 JUN 06
CUSTOMER NBR: A24370        IZRTVZ    PAGE: 01

TO: MILBANK TWEED HADLEY MCCLOY
    ONE CHASE MANHATTAN PLAZA
    NEW YORK, NY 10005
    DENISE GARGANO 56-15D

FOR: BARR/MATTHEW    REF: 08972-38522-00900

---

```
          ITINERARY BELOW ISSUED AS AN ELECTRONIC TICKET.
          CONTINENTAL CONFIRMATION CODE IS
15 JUN 06  -  THURSDAY
   AIR    CONTINENTAL AIRLINES FLT:1005   COACH
          LV NEWARK                 915A          EQP: BOEING 737 500
          DEPART: TERMINAL C                      02HR 42MIN
          AR JACKSONVILLE  FL       1157A         NON-STOP
                                                  REF: DM6JLE
          BARR/MATTHEW     SEAT-6A                VEGETARIAN
   AIR    CONTINENTAL AIRLINES FLT:604    COACH   SNACK
          LV JACKSONVILLE  FL       510P          EQP: BOEING 737 300
                                                  02HR 38MIN
          AR NEWARK                 748P          NON-STOP
          ARRIVE: TERMINAL C                      REF: DM6JLE
          BARR/MATTHEW     SEAT-23E               VEGETARIAN
          ONLY CENTER SEATS AVAILABLE TO PRE ASSIGN

12 DEC 06  -  TUESDAY
   OTHER INFORMATION
          HAVE A GREAT TRIP
MCO        XD8128145073
                              BILLED TO                    44.00*

AIR TICKET                    BARR MATTHEW
ELEC TKT                      BILLED TO                 1,960.60*
                                                  ----------------
                              TOTAL BASE               1,848.66
                              TOTAL TAX                  155.94
                              NET CC BILLING           2,004.60*
                                                  ----------------
                              TOTAL AMOUNT DUE             0.00
```

CONTINUED ON PAGE 2



**Milbank Tweed**
**Hadley & McCloy LLP**
One Chase Manhattan
Plaza
47th Floor
New York, NY 10005

212/530.5700
212/530.8905 Fax



# OVATION
## T R A V E L   G R O U P

**Emergency Travel Assistance**
Monday-Friday/830am-900pm
800.431.1112
After Hours Service
800.876.4922

**Sabre Access Code**
**8N69**

### THE LAWYERS' TRAVEL SERVICE
### OVATION CORPORATE TRAVEL
### OVATION VACATIONS

SALES PERSON: 2P     ITINERARY/INVOICE NO. 0004635     DATE: 14 JUN 06
CUSTOMER NBR: A24370          IZRTVZ     PAGE: 02

TO: MILBANK TWEED HADLEY MCCLOY
    ONE CHASE MANHATTAN PLAZA
    NEW YORK, NY 10005
    DENISE GARGANO 56-15D

FOR: BARR/MATTHEW        REF: 08972-38522-00900

---

```
GOVERNMENT ISSUED PHOTO ID IS REQD FOR ALL FLIGHTS
PLEASE NOTE GATE AND TERMINAL INFORMATION IS SUBJECT
TO CHANGE, PLEASE RECONFIRM WITH AIRLINE PRIOR TO
DEPARTURE.   TO ASSURE PROPER FREQUENT TRAVELER
MILEAGE CREDIT ALWAYS VERIFY YOUR NUMBER AT CHECK IN
MILBANK TRAVEL OFFICE HOURS ARE 830A-830P MON-FRI
DURING OFFICE HRS WE CAN BE REACHED AT 212-530-5700
FOR AFTER HOURS EMERGENCY HELP CALL 800-876-4922
PLEASE PROVIDE YOUR UNIQUE CODE *** 8N69 ***
AN 18.00 FEE WILL BE CHARGED TO YOUR CREDIT CARD
FOR ALL CALLS TO THE AFTER HOURS SERVICE
THANK YOU FOR CALL THE LAWYERS TRAVEL SERVICE

HU*
```

②

DO NOT WRITE —                    ABOVE THIS LINE

C /10                04

MATTHEW, BARR

EXPIRATION
DATE
CHECKED

**PLEASE DO NOT WRITE ABOVE THIS LINE**

| QTY | CLASS | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| | | JIA - DTW Round Trip | | 76 00 |

| DATE 6/15/06 | AUTHORIZATION | SUB TOTAL | 76 00 |
| REFERENCE NO. | | TAX | |
| ID-FOLIO / CHECK NO / LIC. NO. STATE | REG/DEPT | CLERK | SERVER | TIP 40 00 |
| | | | MISC. | |
| VISA  MasterCard  5729641 | | TOTAL | 116 00 |

SIGN HERE
X

The issuer of the card identified on this item is authorized to pay the amount shown as TOTAL
upon proper presentation. I promise to pay such TOTAL (together with any other charges due
thereon) subject to and in accordance with the agreement governing the use of such card.

---

05 3426 9888
PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT          08972-38522-00900

A·R·C    FLIGHT XXX
CONTINENTAL AIRLINES  XXXXX
LAWYERS TRAVEL
BARR/MATTHEW
**NOT VALID FOR**
**TRANSPORTATION**
/-REFUNDABLE-/

**PASSENGER RECEIPT**
                    TOUR CODE        PLACE OF ISSUE
                    NEW YORK
PNR/CARRIER CODE                AIRLINE/TICKET DESIGNATOR
LZRIVZ/AA MULTI

THIS IS YOUR RECEIPT  15JUN15JUN

AGENT CODE
A33527454
NY US14JUN06
6 0011 6

8N69AG0

/  106714  /FCEWR CO JAX Q
                    1804.66 END

3.72 898.61Y CO EWR Q3.72 898.61Y
ZPEWRJAX XT5.00AY9.00XFEWR4.5JAX4.5

| FARE  XT  14.00 | EQUIV. FARE PD. | | ALLOW  PCS  WT  UNCKD |
| USD 1804.66 | STOCK CONTROL NO TX 888 | CPN | DOCUMENT NUMBER XXXXXXXXX |
| US 135.34 | 37847589931 | | 0 005 1381488637 3 |
| ZP  6.60 | | | |
| USD 1960.60 | | | |

A24370    0004635    A2P
XXXXXXXXX  BOARDING PASS

NAME OF PASSENGER
BARR/MATTHEW

JAX CO1005 Y 15JUNY
EWR CO604 Y 15JUNY

NOT VALID FOR TRAVEL
0 005 1381488637 3
AA33527454

---

05 3426 9888
PASSENGER TICKET AND BAGGAGE CHECK
XXXXXXXXXXXXXXXXXX  08972-38522-00900
MISCELLANEOUS CHARGES ORDER
A·R·C  XXX  PASSENGER RECEIPT
AIRLINES REPORTING CRP
LAWYERS TRAVEL
BARR/MATTHEW
AIRLINES REPORTING CORP
TRAVEL RELATED SERVICE FEE

                    AGENT CODE
            PLACE OF ISSUE  A33527454
NEW YORK  NYUS14JUN06
PNR/CARRIER CODE          AIRLINE/TICKET DESIGNATOR  7 0011 7
LZRIVZ/AA DATE      TIME      STATUS  NOT VALID FOR

                    ISSUING AGENT ID
                    8N69AG0

A24370    0004635  A2P
XXXXXXXXX  BOARDING PASS

NAME OF PASSENGER
MISCELLANEOUS
FROM  CHARGES ORDER

TO

CARRIER
CARRIER  FLIGHT  CLASS  DATE      TIME

GATE                SEAT  SMOKE

NOT VALID FOR TRAVEL

| FARE | EQUIV. FARE PD. | | ALLOW  PCS  WT  UNCKD |
| USD  CHARGE  44.00 | STOCK CONTROL NO TX 888  CK | CPN | DOCUMENT NUMBER  CK |
| TAX/FEE/CHARGE  0.00 | 37847589964 | 890 8128145073 3 | |
| TOTAL | | | |
| USD  44.00 | | | PCS  WT  UNCKD  BAGGAGE ID NUMBER |
| | | | 8901 AA33527454 |

```
              Tower Cafe
          Bank of America Tower
            50 N. Laura Street
            Jacksonville, FL

  925 SHA
  ---------------------        ----
  Check: 288                    Guests: 1
                                   MATT
          06/15/2006 01:35PM
  -----------------------------------
             Take Out
    TURKEY  REUBEN               5.69
    DR LRG                       1.39
    CASH                        20.00

    SUBTOTAL                     7.08
    Tax                          0.50
    PAYMENT                      7.58
  Change Due                  $12.42

  ----------- Check Closed
          06/15/2006 01:36:55PM

                        Lisret

  IT'S OUR PLEASURE TO SERVE YOU . . . . .

         COME VISIT US AGAIN!
```

Job #:93134  On Date:6/15/05  Car:223C  Ticket:LA1435090

**LA 1435090**

For Office Use Only

FARE #  CAR NO.: 223

DIAL CAR
www.dialcar.com
2104 AVENUE X, BROOKLYN, NY 11235
(718) 743-8200
WHEN OUT OF TOWN OR AT AIRPORT CALL 1-800-DIAL 743

(NAME OF COMPANY)
(NAME OF PASSENGER)

FROM
TO

Client No.
Medial No.
Employee No.

☐ Personal  ☐ Overtime  ☐ Temporary  ☐ Package

ACCOUNT NO.    DEPT. NO.

PICK-UP TIME  ☐ AM ☐ PM
DATE 6/15/05
ACTUAL PICK-UP TIME

STOPS  1  2  3  4  5  6

OVER ☐

S.C.
A.S.
STOPS W.T.
PHONE CALLS
MISC.
GRATUITY
TOTAL

Fare:$56.26  SC:$5.00  AS:$8.00  Wait:$20.00  NYYSSC:$1.75
Toll:$4.00  Misc:$.00  Phone:$.00  Total:$89.01



Job #:178248 On Date:6/15/06 00:00:00 Car:442B Ticket:A1739457

FARE # 178 24

CAR NO. 442B

LA 1

**For Office Use Only**

PICK-UP TIME 8:25 A.M. P.M.

DATE 6/15

PRICE 95

S.C. Res

ACTUAL PICK-UP TIME

STOPS W.T.

ORIG. W.T.

PHONE CALLS

TOLLS

MISC.

GRATUITY

TOTAL

(NAME OF COMPANY)

(NAME OF PASSENGER)

FROM Shark Plz Pk NJ

TO Newark Airport

STOPS 1 2 3 4 5 6

442B

767

Client No. 31215142
Matter No. 5 8010
Employee No. 315142

NJ 566 - NJ 418

OVER ▢

Personal ▢   Overtime ▢   Package ▢

DIAL CAR
www.dialcar.com
2104 AVENUE X, BROOKLYN, NY 11235
(718) 743-8200
WHEN OUT OF TOWN OR AT AIRPORT CALL 1-800-DIAL 743

ACCOUNT NO.          DEPT. NO.

Fare:$97.30  SC:$8.00  AS:$.00  Wait:$.00  NYSRC:$2.13
Tolls:$8.00  Misc:$3.00  Phone:$.00  Total:$108.43

Invoice Attachment -- Account:          Subaccount:          Date:6/29/05          Invoice #:998922          Page

Job #:96173 On Date:6/16/05 Car:453A Ticket:A1352406

**LA1352406**

*For Office Use Only*

AUTH. BARR          FARE # 96173          CAR NO. 453

PRICE 14 —

B.C. 13 —

A.S.

PICKUP TIME 8 (6/18)

DATE 6/18          A.M. P.M.          INT

ACTUAL PICKUP TIME ___

Orig. W.T.

STOPS W.T.

STOPS

FROM (NAME OF COMPANY) BARR

(NAME OF PASSENGER) Len Nat Expat

TO b/o

Client No. | Matter No. | Employee No.

☐ Personal  ☐ Overtime  ☐ Temporary  ☐ Package

PHONE CALLS

TOLLS

MISC 6

GRATUITY

**DIAL CAR**
www.dialcar.com
2104 AVENUE X, BROOKLYN, NY 11235
**(718) 743-8200**
WHEN OUT OF TOWN OR AT AIRPORT CALL 1-888-DIAL 743

ACCOUNT NO. NF135          DEPT. NO. N/S

1  2  3  4  5  6

145543

D61

N/S

TOTAL 33

OVER ☐

Fare:$14.00 EC:$3.00 AS:$4.00 Wait:$.00 MISC:$.66
Toll:$6.00 Misc:$10.00 Phone:$.00 Total:$33.66

Job #:93975 On Date:6/15/05 Car:75X Ticket:A1358801

3

BY:

Luke Diamond

PASSENGER (PLEASE PRINT)

FROM: Chase

TO: JFK

**CLIENT NO.** 3 2 2 2

**FILE NUMBER** 0 3 0 0

**MATTER NO.**

ADDITIONAL INFO. (IF SPLIT CHARGES)

☐ MILBANK, TWEED, HADLEY & McCLOY LLP
(718) 643-6900
(800) 800-2747
ACCT. #1190

☐ ARISTACAR / NYC
(718) 765-2641, 743-1500
(800) DIAL-743
ACCT. #MI135

☐ LOTUS
(718) 707-5182
(800) 872-0242
ACCT. #MI001

ORIGINAL

DO NOT WRITE BELOW THIS LINE

* IF NOT COMPLETED THIS WILL BE DEEMED A PERSONAL CHARGE

**ATTY./EMP. NO.** 0 9 4 8 2 1 4 9

**PICK-UP DATE** 6/1/06  **TIME** 12:15

**SHORT TITLE** 

**STOPS** 433

**ZONES** 294Y  1507

**NO.** 294

**PRICE / FOR OFFICE USE ONLY**

| INIT. | S.G. | A.B. | W.T. | TOLLS | TEL. | MISC. | TOTAL |
|-------|------|------|------|-------|------|-------|-------|
|       |      |      |      | 4.50  |      |       |       |

AM - JFK

Fare:$50.44  SC:$3.00  AS:$.00  Wait:$.00  NYMBC:$1.22
Toll:$4.50  Misc:$3.00  Phone:$.00  Total:$62.16

③

4

52604

| Milbank, Tweed, Hadley & McCloy LLP | | | Voucher Entry Form | |
|---|---|---|---|---|
| **Accounting Only** | CLIENT NAME | | DEPT. # | |
| | | WINN DIXIE | | |
| | CLIENT/MATTER # | | DATE | |
| | | 38522-00800 | | 5/25/2006 |
| | REQUESTED BY | | ATTY/EMPL# | |
| **INV. DATE** | | Michael Comerford | **9591** | |
| | PAYEE | | VENDOR # | |
| | | Michael Comerford | | |
| | Explanation | Billing Expense Code | Amount | |
| **INV. #:** | | | | |
| | VOUCHERS | 30-01 | | |
| | LOCAL TRAVEL | 02-01 | $0.00 | |
| **PREP. BY** | CAB FARES | 03-01 | | |
| | TELEPHONES | 04-01 | | |
| | TELEX | 05-01 | | |
| | TELECOPY | 05-02 | | |
| **REVWD BY** | OTHER TELECOM | 05-03 | | |
| | MAIL | 06-01 | | |
| | MESSENGERS | 06-02 | | |
| **INPUT BY** | XEROX | 07-02 | | |
| | BINDING | 07-04 | | |
| | OVERTIME | 09-01 | | |
| **BATCH #:** | MEALS/ENT. | 10-01 | | |
| | OT MEALS | 11-01 | | |
| | INCIDTL EXP | | | |
| | MISC. | 18-01 | $6,381.16 | |
| | OTHER BILLING EXPENSES | | | |
| **DATE DUE/PD.** | 12-03 OTHER WP PRINTING  33-01 CLOSING EXP | | | |
| | 12-07 SEC. WP LABOR      34-01 DOC. RETRIEVAL/REPRO | | | |
| | 12-08 OTHER WP LABOR     35-01 FEES | | | |
| | 15-04 PROOFREAD         36-01 INCORP COSTS | | | |
| **CHECK #** | 31-01 CERTIFICATES       37-01 SEARCHES | | | |
| **(IF MANUAL)** | 32-01 COURT/CLERICAL SVCS. 38-01 SVC OF PROCESS | | | |

| EXPLANATION | GENERAL LEDGER ACCOUNT CODE | AMOUNT |
|---|---|---|
| Meeting in Chicago | | $6,381.16 |
| (required conference room in Chicago | | |
| for Winn Dixie meeting) | | |
| | | |
| | | |

☐ MAIL  ☐ HAND

| | | |
|---|---|---|
| | BILLING/ GL TOTAL: | $6,381.16 |
| CHECK TO:  Michael Comerford | | |
| ROOM #:  5654 | LESS CASH ADVANCE: | |
| EXT #:  5318 | | |
| | TOTAL (DUE/FROM) PAYEE: | $6,381.16 |
| APPROVAL | TITLE | |

05 MAY 31 AM 5: 25

MAY. 23. 2006 12:25PM    HILTON HOTELS



## Hilton
### Chicago O'Hare Airport

| Name & Address |
|---|
| MILBANK, TWEED, HADLEY, & MCCO |
| ATTN MATT BARR |
| 1 CHASE MAIL 47TH FLR |
| NEW YORK, NY 10085 |
| US |

Room                H1448
Arrival Date        05/12/06
Departure Date

Adult/Child
Room Rate

RATE PLAN

HH#
AL:
BONUS AL:              CAR:

*Folio*

05/23/06     PAGE    1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 05/17/06 | EXT-#2030  212-373-3000 0015 08:27 | LINTR | 4350713 | $22.63 | ✓ | |
| 05/17/06 | #53795  60 B/W COPIES/ SIMANOVSKY | LMAR | 4350929 | $15.00 | ✓ | |
| 05/17/06 | EXT-#2028  212-351-9719 0109 09:13 | LINTR | 4351072 | $128.72 | | |
| 05/17/06 | EXT-#2028  212-351-9719 0016 11:07 | LINTR | 4351104 | $23.76 | ✓ | |
| 05/17/06 | #53799 1140 B/W COPIES/ COMERFORD | LMAR | 4351117 | $177.00 | ✓ | |
| 05/17/06 | EXT-#2030  212-373-3000 0075 10:22 | LINTR | 4351127 | $90.35 | | |
| 05/17/06 | EXT-#2033  877-229-4100 0199 09:16 | LINTR | 4351231 | $13.90 | | |
| 05/17/06 | EXT-#2030  212-373-3000 0011 12:41 | LINTR | 4351311 | $18.12 | | |
| 05/17/06 | EXT-#2030  212-373-3300 0001 13:55 | LINTR | 4351534 | $6.83 | | |
| 05/17/06 | EXT-#2030  212-373-3000 0013 13:56 | LINTR | 4351561 | $20.35 | | |
| 05/17/06 | EXT-#2028  212-351-9719 0170 11:44 | LINTR | 4351625 | $199.57 | | |
| 05/17/06 | AUDIO VISUAL | LINTR | 4351695 | $165.50 | ✓ | |
| 05/17/06 | AUDIO VISUAL | LINTR | 4351699 | $291.50 | ✓ | |
| 05/17/06 | AUDIO VISUAL | LINTR | 4351786 | $169.60 | ✓ | |
| 05/17/06 | AUDIO VISUAL | LINTR | 4351790 | $169.60 | ✓ | |
| 05/17/06 | AUDIO VISUAL | LINTR | 4351795 | $84.80 | ✓ | |
| 05/17/06 | EXT-#2030  212-373-3158 0006 15:30 | LINTR | 4352004 | $12.48 | | |
| 05/17/06 | BANQUETS LOCAL | LINTR | 4352561 | $2,722.50 | | |

## Hilton
### Chicago O'Hare Airport

O'HARE INTERNATIONAL AIRPORT
P.O. Box 66414, Chicago, IL 60666
Phone (773) 686-8000 • Fax (773) 601-2873

*We Hope You Enjoyed Your Stay !*
For Reservations at any Hilton Hotel Worldwide
Call Your Travel Agent or 1-800-HILTONS
*We look forward to serving you again soon.*

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.

| DATE OF CHARGE | | FOLIO NO./RECEIPT |
|---|---|---|
| AUTHORIZATION | | INITIAL |
| PURCHASES & SERVICES | | |
| TAXES | | |
| TIPS & MISC. | | |
| TOTAL AMOUNT | | |

PAYMENT DUE UPON RECEIPT

The Hilton Family

Hilton

CONRAD

DoubleTree

EMBASSY SUITES HOTELS

Hampton

Hilton Garden Inn

Hilton Grand Vacations Club

Homewood Suites

USA
Official Sponsor

MAY. 23. 2006 12:26PM    HILTON HOTELS                              NO. 58



**Hilton**
Chicago O'Hare Airport

| | |
|---|---|
| Name & Address | H1448 |

MILBANK, TWEED, HADLEY, & MCCO
ATTN  MATT BARR
1 CHASE MAIL 47TH FLR
NEW YORK, NY 10005
US

Room
Arrival Date          05/12/06
Departure Date

Adult/Child
Room Rate

RATE PLAN

HH#
AL:
BONUS AL:          CAR:

*Folio*

05/23/06    PAGE    2

$605935

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|------|-------------|-----|---------|---------|---------|---------|
| 05/17/06 | *BANQUETS LOCAL | LINTR | 4352590 | $639.00 | | |
| 05/17/06 | *BANQUETS LOCAL | LINTR | 4352590 | $898.85 | 2028 - room | |
| 05/17/06 | *BANQUETS LOCAL | LINTR | 4352595 | $672.69 | 2030 - ew | |
| 05/23/06 | AX *1002 | EESP | 4371553 | | $6,381.16 | |
| | BALANCE | | | | | $0.00 |

TheHiltonFamily

**Hilton**

CONRAD

DoubleTree

EMBASSY SUITES

Homewood

Hilton Garden Inn

Hampton

Hilton Grand Vacations Club

Homewood Suites

USA
Official Sponsor

---

**Hilton**
Chicago O'Hare Airport

O'HARE INTERNATIONAL AIRPORT
P.O. Box 66414, Chicago, IL 60666
Phone (773) 686-8000 • Fax (773) 601-2873

*We Hope You Enjoyed Your Stay !*
For Reservations at any Hilton Hotel Worldwide
Call Your Travel Agent or 1-800-HILTONS
*We look forward to serving you again soon.*

| | |
|---|---|
| DATE OF CHARGE | FOLIO NO./RECEIPT |
| AUTHORIZATION | INITIAL |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | |

PAYMENT DUE UPON RECEIPT

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.

MAY. 23. 2006 12:26PM    HILTON HOTELS



MAY. 23. 2006 12:26PM    HILTON HOTELS    NO. 5



MAY. 23. 2006 12:26PM   HILTON HOTELS

Hilton Chicago O'Hare
TECHNOLOGY SERVICES

844 BREMY

CHK 5345 HAYI?'OO 2:5

1 PRIYTER                     175

AV Charges          175.00
Misc. Tax            10.50
Payment ...... 185.50
H1440 Ati BANJ/         185
844 CLOSED MAYI? 2:521

# Hilton Chicago O'Hare Airport

## Event Order

MICHAEL COMERFORD/MATT BAPR

Wednesday, May 17, 2006

MAY. 23. 2006 12:27PM HILTON HOTELS

```
Hilton Chicago O'Hare
TECHNOLOGY SERVICES

601 GREMAY

CWK 534 B  HATT'06   2:5

1 POLYCOM PREMIER    226

AV Charges      225.00
Misc. Tax        16.50
Payment     -291.50
H144B Hil Bank/     291
844 CLOSED BATIT  2162
```

Hilton Chicago O'Hare - Technology Services
O'HARE INTERNATIONAL AIRPORT
CHICAGO, ILLINOIS 60666

MAY. 23. 2006  12:27PM    HILTON HOTELS

Hilton Chicago O'Hare
TECHNOLOGY SERVICES

904 SHERDY

CHK 5360 MAY17'06  3:06.

) MILTON REGULAR      180.1

AV Charges       180.00
Misc. Tax          9.00
Payout          189.00
Hilton HHonors
Room Charge      180.
---004 CLOSED MAY17 3:06PM

Hilton Chicago O'Hare - Technology Services
O'HARE INTERNATIONAL AIRPORT
CHICAGO, ILLINOIS 60666

Group Name: Milbank Tweed

Equipment: Polycom Soundstation

Equipment:

Equipment:

Equipment:

Master Account:

Room Charge:

Credit Card Type:

Number:

Zip Date:

Name:

Address:

Address:

Address:

City:

State:            Zip:

Equipment Rent      $ 125.00

Set Up Fee          $ 25.00

Equipment Tax @ 9%: $   9.00

Total Charge        $ 159.00

Customer Signature:

Customer Name (Print):

Technician Name: Brandon Dirk

Ref. #'s:     Voice-Tech Surce     Grid Customer

Date: 5/17/06    Pages

Phone: 202K

Rate: $ 125.00

Rate $:

Rate $:

Rate $:

H1449

MAY. 23. 2006  12:27PM  HILTON HOTELS.



Hilton Chicago O'Hare
TECHNOLOGY SERVICES

804 AMEADY

CHK 5361  MAY17'06  3:10

1 POLYCOM REGULAR          100

AY Charge              184.00
Misc. Tax                4.50
Payment          188.50
#148 HIL (4AMX/
Room Charge            100
----804 CLOSED MAY17    3:07

Hilton Chicago O'Hare - Technology Services

Group Name: _Albert Tweed_
Equipment: _Polycom Speakerphone_
Equipment: _____
Equipment: _____
Equipment: _____

Master Account: _____
Room Charge: _____
Credit Card Type: _____
Number: _____
Exp Date: _____
Name: _____
Address: _____
Address: _____
Address: _____
City: _____
State: _____  Zip: _____

Date: _5/17/06_
Rental $ _2030_
Rental $ _85.00_
Rental $ _____
Rental $ _____

Equipment Total: $ _135.00_
Set Up Fee: $ _25.00_
Equipment Tax @ 6%: $ _9.60_

Total Charge: $ _142.60_



MAY. 23. 2006 12:27PM    HILTON HOTELS

Page 1 of 2

Check# 102051

PO Box 66414 • Chicago, Illinois 60666 • (773) 686 8000 • Catering Fax (773) 462 7061

## Banquet Check

| | |
|---|---|
| **Account:** Milbank, Tweed, Hadley & McCloy LLP | **Event Date:** 5/17/2006 |
| **Booking:** Milbank, Tweed, Hadley & McCloy LLP | |
| **Address:** | **Contact:** Sophie Laouturis |
| | **Phone:** |
| | **Fax:** |
| | **On-Site:** |

| | | |
|---|---|---|
| **Banquet Manager:** Gino Khalil | **Bus ID:** 711,897 | |
| **Billing ID:** H 1448 | **Seg ID:** L | |
| **Billing Method:** Credit Card | **Meal ID:** | |

| Quantity | Food | Price | | Amount |
|---|---|---|---|---|
| 20 | Lite and Lively | 25.00 Per Person | | 500.00 |
| 20 | Classic Deli | 29.50 Per Person | | 590.00 |
| | | Subtotal: | | 1,090.00 |
| | | Service Charge %: | 17.50 | 190.75 |
| | | Tax %: | 10.25 | 111.73 |
| | | Administrative Fee %: | 3.75 | 44.96 |
| | | Total: | | $1,437.44 |

| Quantity | Beverage | Price | | Amount |
|---|---|---|---|---|
| 25 | Assorted Regular and Diet Soft Drinks | 3.75 Each | | 93.75 |
| | *Based on Consumption* | | | |
| 19 | Bottle(s) Spring Water | 3.50 Per Bottle(s) | | 66.50 |
| | *Based on Consumption* | | | |
| 16 | Bottle(s) Mineral Water | 3.75 Per Bottle(s) | | 60.00 |
| | *Based on Consumption* | | | |
| | | Subtotal: | | 220.25 |
| | | Service Charge %: | 17.50 | 38.54 |
| | | Tax %: | 10.25 | 22.58 |
| | | Bottled Beverage Tax %: | 3.00 | 4.61 |
| | | Administrative Fee %: | 3.75 | 9.09 |
| | | Total: | | $295.07 |

| | Room Rental | Price | Amount |
|---|---|---|---|
| **Function:** Meeting/Session | | | |
| **Room:** 2033 | | | |
| | | Subtotal: | 0.00 |
| | | Total: | $0.00 |
| **Function:** Continental Breakfast | | | |
| **Room:** 2033 | | 1,450.00 | 1,450.00 |
| | | Subtotal: | 1,450.00 |
| | | Room Rental Tax %: | 13.75 | 199.38 |

Upon signing this check final beverage consumption, taxes, and gratuities have not been added.  All final charges will be mailed.

_____                    _____
Client Signature                                         Date            Printed: 5/18/2006

Page MAY. 23. 2006 12:27PM    HILTON HOTELS

| Account: Milbank, Tweed, Hadley & McCloy LLP | | | Event Date: | 5/17/2006 |
|---|---|---|---|---|
| Booking: Milbank, Tweed, Hadley & McCloy LLP | | | | |
| Address: | | | Contact: | Sophie Leouturis |
| | | | Phone: | |
| | | | Fax: | |
| | | | On-Site: | |
| Banquet Manager: Gino Khalil | Bus ID: | 711,897 | | |
| Billing ID: H 1448 | Seg ID: | L | | |
| Billing Method: Credit Card | Meal ID: | | | |

| | | Total: | $1,649.38 |
|---|---|---|---|
| Function: Lunch Buffet | | | |
| Room: 2033 | | Subtotal: | 0.00 |
| | | Total: | $0.00 |

| | |
|---|---|
| Grand Total: | $3,381.89 |
| Balance Due: | $3,381.89 |

Upon signing this check final beverage consumption, taxes, and gratuities have not been added. All final charges will be mailed.

Client Signature                                    Date         Printed: 5/18/2006

MAY. 23. 2006 12:27PM    HILTON HOTELS

Page 1 of 2                                         Check# 102053

PO Box 66414 • Chicago, Illinois 60666 • (773) 686 8000 • Catering Fax (773) 462 7081

## Banquet Check

| | |
|---|---|
| Account: Milbank, Tweed, Hadley & McCloy LLP | Event Date:    5/17/2006 |
| Booking: Milbank, Tweed, Hadley & McCloy LLP | |
| Address: | Contact:    Sophie Laouturis |
| | Phone: |
| | Fax: |
| | On-Site: |
| Banquet Manager:  Gino Khalil        Bus ID:    711,897 | |
| Billing ID:        H 1448            Seg ID:    L | |
| Billing Method:    Credit Card       Meal ID: | |

| Quantity | Food | Price | Amount |
|---|---|---|---|
| 1 | Gallon(s) Freshly Brewed Coffee | 58.00 Per Gallon(s) | 58.00 |
| 1/2 | Gallon(s) Freshly Brewed Decaffeinated Coffee | 58.00 Per Gallon(s) | 29.00 |
| 1/2 | Gallon(s) Selection of Teas | 58.00 Per Gallon(s) | 29.00 |
| | | Subtotal: | 116.00 |
| | | Service Charge %:  17.50 | 20.30 |
| | | Tax %:  10.25 | 11.89 |
| | | Administrative Fee %:  3.75 | 4.79 |
| | | Total: | $152.98 |

| Quantity | Beverage | Price | Amount |
|---|---|---|---|
| 13 | Assorted Regular and Diet Soft Drinks *Based on Consumption* | 3.75 Each | 48.75 |
| 9 | Bottle(s) Spring Water *Based on Consumption* | 3.50 Per Bottle(s) | 31.50 |
| 8 | Bottle(s) Mineral Water *Based on Consumption* | 3.75 Per Bottle(s) | 30.00 |
| | | Subtotal: | 110.25 |
| | | Service Charge %:  17.50 | 19.29 |
| | | Tax %:  10.25 | 11.30 |
| | | Bottled Beverage Tax %:  3.00 | 2.36 |
| | | Administrative Fee %:  3.75 | 4.55 |
| | | Total: | $147.75 |

| Room Rental | Price | Amount |
|---|---|---|
| Function:  Meeting/Session | | |
| Room:  2028 | | |
| | Subtotal: | 0.00 |
| | Total: | $50.00 |
| Function:  Break | | |
| Room:  2028 | 350.00 | 350.00 |
| | Subtotal: | 350.00 |

Upon signing this check final beverage consumption, taxes, and gratuities have not been added.  All final charges will be mailed.

_____                    _____    Printed:  5/16/2006
Client Signature                              Date

Page MAY. 23. 2006 12:27PM    HILTON HOTELS

| Account: Milbank, Tweed, Hadley & McCloy LLP | Event Date: | 5/17/2006 | |
|---|---|---|---|
| Booking: Milbank, Tweed, Hadley & McCloy LLP | | | |
| Address: | Contact: | Sophie Laouturia | |
| | Phone: | | |
| | Fax: | | |
| | On-Site: | | |

| Banquet Manager: | Gino Khalil | Bus ID: | 711,897 |
|---|---|---|---|
| Billing ID: | H 1448 | Seg ID: | L |
| Billing Method: | Credit Card | Meal ID: | |

| | | Room Rental Tax %: | 13.75 | 48.13 |
|---|---|---|---|---|
| | | Total: | | $398.13 |
| Function: Continuous Break | | | | |
| Room: 2028 | | | | |
| | | Subtotal: | | 0.00 |
| | | Total: | | $0.00 |

| Grand Total: | $698.86 |
|---|---|
| Balance Due: | $698.86 |

Upon signing this check final beverage consumption, taxes, and gratuities have not been added. All final charges will be mailed.

Client Signature                                 Date        Printed: 5/16/2006

MAY. 23. 2006 12:28PM    HILTON HOTELS

Page 1 of 2                                                                          Check# 102052

PO Box 66414 • Chicago, Illinois 60666 • (773) 686 8000 • Catering Fax (773) 462 7081

## Banquet Check

| | |
|---|---|
| Account: Milbank, Tweed, Hadley & McCloy LLP | Event Date: 5/17/2006 |
| Booking: Milbank, Tweed, Hadley & McCloy LLP | |
| Address: | Contact: Sophie Laouturis |
| | Phone: |
| | Fax: |
| | On-Site: |
| Banquet Manager: Gino Khalil     Bus ID:   711,897 | |
| Billing ID:        H 1448          Seg ID:   L | |
| Billing Method:    Credit Card     Meal ID: | |

| Quantity Food | Price | Amount |
|---|---|---|
| 1 Gallon(s) Freshly Brewed Coffee | 58.00 Per Gallon(s) | 58.00 |
| 1/2 Gallon(s) Freshly Brewed Decaffeinated Coffee | 58.00 Per Gallon(s) | 29.00 |
| 1/2 Gallon(s) Selection of Teas | 58.00 Per Gallon(s) | 29.00 |
| | Subtotal: | 116.00 |
| | Service Charge %:   17.50 | 20.30 |
| | Tax %:   10.25 | 11.89 |
| | Administrative Fee %:   3.75 | 4.79 |
| | Total: | $152.98 |

| Quantity Beverage | Price | Amount |
|---|---|---|
| 4 Assorted Regular and Diet Soft Drinks *Based on Consumption* | 3.75 Each | 15.00 |
| 11 Bottle(s) Spring Water *Based on Consumption* | 3.50 Per Bottle(s) | 38.50 |
| 10 Bottle(s) Mineral Water *Based on Consumption* | 3.75 Per Bottle(s) | 37.50 |
| | Subtotal: | 91.00 |
| | Service Charge %:   17.50 | 15.93 |
| | Tax %:   10.25 | 9.33 |
| | Bottled Beverage Tax %:   3.00 | 1.58 |
| | Administrative Fee %:   3.75 | 3.75 |
| | Total: | $121.59 |

| Room Rental | Price | Amount |
|---|---|---|
| Function: Meeting/Session | | |
| Room: Boardroom 2030 | | |
| | Subtotal: | 0.00 |
| | Total: | $0.00 |
| Function: Break | | |
| Room: Boardroom 2030 | 350.00 | 350.00 |
| | Subtotal: | 350.00 |

Upon signing this check final beverage consumption, taxes, and gratuities have not been added. All final charges will be mailed.

Client Signature                                          Date          Printed: 5/18/2006

Page MAY. 23. 2006 12:28PM    HILTON HOTELS                    NO. 580 k# P   52

| | | |
|---|---|---|
| **Account:** Milbank, Tweed, Hadley & McCloy LLP | **Event Date:** | 5/17/2006 |
| **Booking:** Milbank, Tweed, Hadley & McCloy LLP | | |
| **Address:** | **Contact:** | Sophie Lsouturie |
| | **Phone:** | |
| | **Fax:** | |
| | **On-Site:** | |

| | | | | |
|---|---|---|---|---|
| **Banquet Manager:** Gino Khalil | **Bus ID:** | 711,897 | | |
| **Billing ID:** H 1448 | **Seg ID:** | L | | |
| **Billing Method:** Credit Card | **Meal ID:** | | | |

| | | |
|---|---|---|
| | **Room Rental Tax %:** 13.75 | 48.13 |
| | **Total:** | $398.13 |
| **Function:** Continuous Break | | |
| **Room:** Boardroom 2030 | | |
| | **Subtotal:** | 0.00 |
| | **Total:** | $0.00 |
| | **Grand Total:** | $672.70 |
| | **Balance Due:** | $672.70 |

Upon signing this check final beverage consumption, taxes, and gratuities have not been added.  All final charges will be mailed.

Client Signature                                    Date        Printed:  5/18/2006

5

⑤

# MILBANK, TWEED, HADLEY & McCLOY
## TRAVEL VOUCHER
### (Instructions on Reverse)

33402
MD 053106
5-31-06

Name: Michael H. Diamond                                         Card Key: 9405

| IF FIRM EXPENSE | |
|---|---|
| Check appropriate box: | |
| ☒ TM  Summer Associate Recruiting | **IF CLIENT CHARGEABLE:** |
| ☐  Permanent Associate Recruiting | Short Title: Winn Dixie |
| Other Firm Expense: _____ | File #: 38522.03000 |

---

**Business Reason**

Travel to New York for meetings and presentation.

Departure Date: May 31, 2006

Return Date: June 1, 2006

### TRANSPORTATION

| DATE | MODE | FROM | TO | AMOUNT PAID BY INDIVIDUAL | AMOUNT CHARGED TO FIRM | TOTAL PAID |
|---|---|---|---|---|---|---|
| 5/31-6/1/06 | American | LAX | JFK | $2,462.60 | | |
| 5/31/06 | Avalon Car Service | Home | LAX | $110.50 | | |
| 5/31/06 | Avalon Car Service | JFK | Regency Hotel | $159.49 | | |
| 6/1/06 | Avalon Car Service | LAX | Home | $116.50 | | |
| | | Mileage 44.5 | | | | |

### LODGING

| HOTEL NAME | CITY | NO. OF DAYS | | | |
|---|---|---|---|---|---|
| Regency Hotel | New York | 1 | $516.52 | | |

| WEEK OF: | Sun | Mon | Tues | Wed | Thurs | Fri | Sat | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Meals (unless included in lodging | | | | $114.90 | | | | $114.90 | | |
| Taxis, Baggage, Tolls, etc. | | | | | $20.00 | | | $20.00 | | |
| Telephone, Telegrams & Cables | | | | | | | | | | |
| Entertain. (attach Enter. Expense Voucher) | | | | | | | | | | |
| Misc. (itemize on reverse | | | | | | | | | | |

Personal Signature _____ 6/15/06  Date

PARTNER'S APPROVAL (over $100.00 in TOTAL)  Date

No receipts for Taxi fares and LAX parking (see attached email)

| | |
|---|---|
| TOTAL | $3,500.51 |
| Less Cash Advances | |
| Due Individual | $3,500.51 |
| Due Firm | |

POSTING REF. #
884330

Make check payable to:  **MICHAEL H. DIAMOND**

Return check to:  **MICHAEL H. DIAMOND**

Special Instructions: _____

Revised cash payment: _____

Cashier: _____  Date: _____

Virtually There – Electronic Invoice                                    Page 1 of 2



**EXCEPTIONAL TRAVEL SERVICE**
PHONE:  1-800-448-1635
THANK YOU FOR USING EXCEPTIONAL TRAVEL
E-MAIL EXCEPTIONAL TRAVEL SERVICE

*Winn Dixie*

*Car- Home - LAX*
*Car- JFK- Hotel*
*Car- LAX -Home*

# Electronic Invoice

🖶 Print this page | Close window | Help

| | | |
|---|---|---|
| Salesperson: 55 | Invoice number: 0047149 | Date: 30MAY2006 |
| For: DIAMOND/MICHAEL | Record locator: GEUWKQ | Customer number: 010117 |

MILBANK,TWEED,HADLEY,MCCLOY
601 SO FIGUEROA, 32ND FLOOR
LOS ANGELES CA 90017
ATTN KRISTINA VALENTINE

**Wed, May 31**
Air     AMERICAN AIRLINES        Flight # : 2        Business        Breakfast
        From : LOS ANGELES, CA                      0930A
        Departure Terminal : 4                                       5Hr  22Min
        To : NEW YORK JFK, NY                       0552P           Non Stop
        Arrival Terminal : 9
        Equipment : BOEING 767 JET
        DIAMOND/MICHAEL          Seat - 09B

**Wed, May 31**
Hotel   NEW YORK CITY                              Out - 01JUN     *– Call Regency*
        LOEWS HOTELS
        REGENCY HOTEL                              DELUXE
        RES CFD BY GRACE AT HOTEL                  Rate - 395.00  Per Night
        GTD TO AX
        L 24 HRS PRIOR
        Confirmation: 92132922

*Road Coach*

**Thu, Jun 1**
Air     AMERICAN AIRLINES        Flight # : 133      Business        Dinner
        From : NEW YORK JFK, NY                     0400P
        Departure Terminal : 9                                       6Hr  02Min
        To : LOS ANGELES, CA                        0702P           Non Stop
        Arrival Terminal : 4
        Equipment : BOEING 767 JET
        DIAMOND/MICHAEL          Seat - 08B

| | | | |
|---|---|---|---|
| Service Fee | XD8127400158 | | *50.00 |
| | | Billed to | |
| Ticket number | AA1370997459 | DIAMOND MICHAEL | |
| | | Billed to | *2,412.60 |

Virtually There - Electronic Invoice

|  |  |
|---|---|
| Total base fare amount | 2,275.12 |
| Total taxes | 187.48 |
| Net credit card billing | *2,462.60 |
| Total amount due | 0.00 |

CAN GET A LOWER NONREF FARE OF 1638.60
TTL FARE 2412.60 REFUNDABLE WILL TKT ON TUES MAY 30

Your travel arranger provides the information contained in this document to you. *Sabre®
Virtually There®* is not responsible for the content of this document. Please contact your
travel arranger should you have any questions.

<u>Copyright and Trademark Notices</u>



# THE REGENCY
## A LOEWS HOTEL
### NEW YORK CITY

540 Park Avenue at 61 st Street
New York, New York 10021-7385
Tel: 212-759-4100 • Fax: 212-826-5674

DIAMOND, H MR *PRE*
ANDREWS GROUP
10880 WILSHIRE BLVD STE 1400
LOS ANGELES, CA
90024-4115

ARRIVAL    5/31/06
DEPARTURE  6/01/06
NO. IN PARTY      1
RATE            .00

Account No.    1078598          Room No.    510

| No. | DATE | DESCRIPTION | | | AMOUNT |
|-----|------|-------------|--|--|--------|
| A-GUEST FOLIO | | | | | |
| 1 | 5/31/06 | ROOM CHARGE | 510 | 1097 | $395.00 |
| 2 | 5/31/06 | STATE ROOM TAX | 510 | 1094 | $33.08 |
| 3 | 5/31/06 | CITY ROOM TAX | 510 | 1095 | $19.75 |
| 4 | 5/31/06 | OCCUPANCY TAX | 510 | 1096 | $2.00 |
| 5 | 5/31/06 | JAVITS CENTER TAX | 510 | 1098 | $1.50 |
| 6 | 6/01/06 | AMERICAN EXPRESS | 510 | | $463.25CR |
| 7 | 6/01/06 | ROOM SERVICE 08:40 | 510 | 4973 | $52.18 |
| 8 | 6/01/06 | REFRESHMENT CENTER | 510 | 20799 | $13.01 |
| 9 | 6/01/06 | AMERICAN EXPRESS | 510 | | $53.27CR |
| | | C/O Clerk-RK    Time- 8:11 | | | $.00 |

COMPANY                                STREET

CITY / STATE                    ZIP CODE

I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED
PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES.

Occupancy tax / Javits Center Fee represents $1.50 charge for each unit to support the expansion of the Javits Center Convention and the
balance is $2.00 per room for city occupancy tax.

SIGNATURE_____

www.loewshotels.com

LOEWS HOTEL
Annapolis
Beverly Hills
Chicago
Denver
Los Angeles
Miami Beach
Montréal
Nashville
New York City
New Orleans
Orlando
Philadelphia
Québec City
San Diego
St Pete Beach
Tucson

# THE REGENCY

### A LOEWS HOTEL

## N E W   Y O R K   C I T Y

**540 Park Avenue at 61 st Street**
New York, New York 10021-7385
Tel: 212-759-4100 • Fax: 212-826-5674

DIAMOND, H MR *PRE*
ANDREWS GROUP
10880 WILSHIRE BLVD STE 1400
LOS ANGELES, CA
90024-4115

| | |
|---|---|
| ARRIVAL | 5/31/06 |
| DEPARTURE | 6/01/06 |
| NO. IN PARTY | 1 |
| RATE | 395.00 |

**Account No.** 1078598          **Room No.** 510

| No. | DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|---|
| A-GUEST FOLIO | | | | | |
| 1 | 5/31/06 | ROOM CHARGE | 510 | 1097 | $395.00 |
| 2 | 5/31/06 | STATE ROOM TAX | 510 | 1094 | $33.08 |
| 3 | 5/31/06 | CITY ROOM TAX | 510 | 1095 | $19.75 |
| 4 | 5/31/06 | OCCUPANCY TAX | 510 | 1096 | $2.00 |
| 5 | 5/31/06 | JAVITS CENTER TAX | 510 | 1098 | $1.50 |
| 6 | 6/01/06 | REFRESHMENT CENTER | 510 | 330 | $11.92 |
| 7 | 6/01/06 | AMERICAN EXPRESS | 510 | | $463.25CR |
| | | | | | $.00 |

LOEWS HOTEL

Annapolis
Beverly Hills
Chicago
Denver
Los Angeles
Miami Beach
Montreal
Nashville
New York City
New Orleans
Orlando
Philadelphia
Québec City
San Diego
St Pete Beach
Tucson

COMPANY                                          STREET

CITY / STATE                          ZIP CODE

I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED
PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES.

*Occupancy tax / Javits Center Fee represents $1.50 charge for each unit to support the expansion of the Javits Center Convention and the
balance is $2.00 per room for city occupancy tax.*

SIGNATURE

www.loewshotels.com

**Valentine, Kristina**

| | |
|---|---|
| **From:** | accounting@avalontrans.com |
| **Sent:** | Thursday, June 01, 2006 4:33 PM |
| **To:** | Valentine, Kristina |
| **Subject:** | Ride Receipt for Reservation# 176634-1 |

**Avalon Transportation**
**One Civic Plaza Dr # 100**
**Carson, CA 90745**
**Phone: 310-391-6161 Fax: 310-915-5892**
**Email:**
**Web: www.avalontrans.com**

## Ride Receipt

Michael Diamond
647 S. June Street
Los Angeles, CA 90005

Account# : DIAMO02
Invoice# : CCB060106
Inv Date : 06/01/06

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 05/31/06 | Res#: 176634-1    PU: t                Los Angeles CA 90005 | | | |
| | Drop: LAX 2 AA | | | |
| | Pickup: 07:15    Dropoff: 09:15    Passenger: Diamond, Michael | | | |
| | Flat: | SEDAN | $82.00 | |
| | Req By: Kristina Valentine    Chauf: 1379 | Gratuity: | $16.40 | |
| | Wait Time: - | Wait Chg: | | |
| | Phone: - Mins | Phone: | | |
| Stops | | Stops: | $0.00 | |
| | | Fuel Surcharge | $2.46 | |
| | | STC Chg: | $9.64 | |
| | | Discount: | | |
| | | Deposit: | | |
| | | Ride Total: | $110.50 | |
| | **Paid By Credit Card** | **Trip Amount Due:** | **$0.00** | |

6/6/2006

**Valentine, Kristina**

| | |
|---|---|
| **From:** | accounting@avalontrans.com |
| **Sent:** | Thursday, June 01, 2006 4:34 PM |
| **To:** | Valentine, Kristina |
| **Subject:** | Ride Receipt for Reservation# 176634-2 |

**Avalon Transportation**
**One Civic Plaza Dr # 100**
**Carson, CA 90745**
**Phone: 310-391-6161 Fax: 310-915-5892**
**Email:**
**Web: www.avalontrans.com**

## Ride Receipt

Michael Diamond
647 S. June Street
Los Angeles, CA 90005

Account#   : DIAMO02
Invoice#   : CCB060106
Inv Date   : 06/01/06

| Date | Description | Charges | Credits |
|---|---|---|---|
| 05/31/06 | Res#: 176634-2   PU: JFK 2 AA | | |
| | Drop: Regency Hotel New York NY 10021 | | |
| | Pickup: 17:00  Dropoff: 19:30  Passenger: Diamond, Michael | | |
| | Flat:                                    SEDAN | $105.00 | |
| | Req By: Kristina Valentine   Chauf: 2129   Gratuity: | $21.00 | |
| | Wait Time: -                      Wait Chg: | | |
| | Phone: -  Mins                    Phone: | | |
| Stops | Stops: | $0.00 | |
| | Fuel Surcharge | $3.15 | |
| | Tolls: | $9.00 | |
| | Parking: | $9.00 | |
| | STC Chg: | $12.34 | |
| | Discount: | | |
| | Deposit: | | |
| | Ride Total: | $159.49 | |
| | **Paid By Credit Card**          **Trip Amount Due:** | **$0.00** | |

6/6/2006

**Valentine, Kristina**

| | |
|---|---|
| **From:** | accounting@avalontrans.com |
| **Sent:** | Tuesday, June 06, 2006 4:27 PM |
| **To:** | Valentine, Kristina |
| **Subject:** | Ride Receipt for Reservation# 176903 |

**Avalon Transportation**
**One Civic Plaza Dr # 100**
**Carson, CA 90745**
**Phone: 310-391-6161 Fax: 310-915-5892**
**Email:**
**Web: www.avalontrans.com**

## Ride Receipt

Michael Diamond
647 S. June Street
Los Angeles, CA 90005

Account#  : DIAMO02
Invoice#  : CCB060606
Inv Date  : 06/06/06

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 06/01/06 | Res#: 176903   PU: LAX 117 AA | | | |
| | **Drop:** Los Angeles CA 90005 | | | |
| | Pickup: 16:45   Dropoff: 18:45   Passenger: Diamond, Michael | | | |
| | Flat: | SEDAN | $82.00 | |
| | Req By: Kristina Valentine | Chauf: 1168   Gratuity: | $16.40 | |
| | Wait Time: - | Wait Chg: | | |
| | Phone: - Mins | Phone: | | |
| Stops | | Stops: | $0.00 | |
| | | Fuel Surcharge | $2.46 | |
| | | Tolls: | $2.00 | |
| | | Parking: | $4.00 | |
| | | STC Chg: | $9.64 | |
| | | Discount: | | |
| | | Deposit: | | |
| | | Ride Total: | $116.50 | |
| | **Paid By Credit Card** | **Trip Amount Due:** | **$0.00** | |

6/6/2006

```
          PARK AVENUE CAFE
          100 E. 63RD STREET
          NEW YORK, NY 10021
             (212) 644-1900
CHECK:      1631
TABLE:      35/1
SERVER:     135 CARLOS Q.
DATE:       MAY31'06  9:09PM
CARD TYPE:  American Express
ACCT #:
EXP DATE:
AUTH CODE:  10
          MH DIAMOND

SUBTOTAL:     194.80

TIP_____    35 -

TOTAL_____  229 80

_____6_____

          Signature

      Publicly traded on NASDAQ
          Symbol: SWRG
```

NEW YORK

plus tip
$20.00

½ Dinner
229.80 ÷ 2 =
$ 114.90

6

Voucher #572958

| ACCOUNT NO. | DEPT./EMPLOYEE NO. 09591 | CA/F.NO. ···· ··· ···· | JOB NO. 2145 | A 572958 |
|---|---|---|---|---|

NAME OF COMPANY   William Tweed    DATE 6/29/06    DISPATCH TIME   TIME CALLED 1330    REAL TIME   AM PM   ORIGINAL COPY   OFFICE USE ONLY

NAME OF PASSENGER   Michael Comb    VP NO.    Passenger Initials    CLSH NO. 38528    WRITER NO. 03000

FROM ☐ OTHER   1 Chase Manhatta    Zip Code 10005   Zone 81   Orig W/T    PROJECT CODE

Check if not enroute ☐   Zip Code   Zone   W/T    SHORT TITLE

1   Check if not enroute ☐   Zip Code   Zone   W/T    REMARKS

2   Check if not enroute ☐   Zip Code   Zone   W/T

3

TO FINAL DESTINATION   Garden City NY    Zip Code 11530   Zone 103   TOTAL W/T   Telephone Time   Initials

**LOTUS RIDE (718) 707-5000**
Preferred Service (reservation only) (718) 707-5190
Limousines, Vans & Buses (718) 707-9100

ONLINE RESERVATIONS — www.lotusride.com    ● OUT OF TOWN CALL: (800) 872-9248

Voucher #572092

Welcome Clytie Whiteman / Milbank, Tweed,hadley & Mccloy

# Online Billing Inquiry

### 10:30:57 AM  Eastern Standard Time 2/22/2007

## Your Requested Voucher Detail

| | | | |
|---|---|---|---|
| **Voucher No:** | | 572092 | |
| **Invoice No:** | | 276037 | |
| **Invoice Date:** | | 7/7/2006 | |
| **Car No:** | | 2129 | |
| **Passenger:** | | COMERFORD,MIKE | |
| **Pick Up Date:** | | 6/29/2006 | |
| **Pick Up Time:** | | 18:30 | |
| **Pick Up Address:** | | JFK, 616 JET BLUE DOM | |
| **Destination:** | | GARDEN CITY | |
| **CLIENT #** | | 38522 | |
| **MATTER #** | | 00900 | |
| **VIP #** | | 9591 | |
| **Base Rate:** | $75.00 | **Tolls:** | $9.00 |
| **Parking:** | $0.00 | **Wait Amount:** | $15.00 |
| **Stop Amount:** | $0.00 | **Stop/Wait Amount:** | $0.00 |
| **Package Amount:** | $0.00 | **Phone Amount:** | $0.00 |
| **Service Fee:** | $2.00 | **Miscellaneous:** | $12.00 |
| **Tips:** | $0.00 | | |
| **Gross:** | | $113.00 | |
| **Discount:** | | $4.50 | |
| **Net:** | | $110.67 | |
| **Comment** | | | |

## ALL VEHICLES ARE INDEPENDENTLY OWNED AND OPERATED

Back to Main Menu    Back to Voucher Inquiry

Copyright© 2007 Aleph Computer Systems, Inc.. All rights reserved.

Voucher #536096

| DEPT./EMPLOYEE NO. | CAR NO. | JOB NO. | A 536096 |
|---|---|---|---|
| 09591 | | 443 | |

| NAME OF COMPANY | DATE | DISPATCH TIME | TIME OF PICK UP | REAL TIME | ORIGINAL COPY |
|---|---|---|---|---|---|
| Milbank Tweed | 2/22/06 | | 6:15 | | |
| NAME OF PASSENGER | VIP NO. | Passenger Initials | CLIENT NO. | MATTER NO. | |
| Michael Comerford | | | 38522 | 00900 | |
| FROM ☐ OTHER | Zip Code | Zone | Orig W/T | PROJECT CODE | |
| 1 Chase Middle | 10005 | | (Garden City LI) | | |
| Check if not enroute ☐ | Zip Code | Zone | W/T | SHORT TITLE | |
| Check if not enroute ☐ | Zip Code | Zone | W/T | REMARKS | |
| Check if not enroute ☐ | Zip Code | Zone | W/T | 62103-399 | |
| TO FINAL DESTINATION | WT | Zip Code | Zone | TOTAL WT | Telephone Time | OT pick up | 7. |
| Garden City | | 11530 | | (JFK) | | | |

LOTUS RIDE (718) 707-5000
Preferred Service (reservation only) (718) 707-5190
Limousines, Vans & Buses (718) 707-9100

ONLINE RESERVATIONS — www.lotusride.com

Welcome Clytie Whiteman / Milbank, Tweed,hadley & Mccloy

# Online Billing Inquiry

### 10:30:01 AM Eastern Standard Time 2/22/2007

## Your Requested Voucher Detail

| | | | |
|---|---|---|---|
| **Voucher No:** | | 536096 | |
| **Invoice No:** | | 264041 | |
| **Invoice Date:** | | 7/14/2006 | |
| **Car No:** | | 2144 | |
| **Passenger:** | | COMERFORD,MIKE | |
| **Pick Up Date:** | | 6/29/2006 | |
| **Pick Up Time:** | | 04:45 | |
| **Pick Up Address:** | | GARDEN C | |
| **Destination:** | | JFK, | |
| **CLIENT #** | | 38522 | |
| **MATTER #** | | 00500 | |
| **VIP #** | | 9591 | |
| **Base Rate:** | $82.00 | **Tolls:** | $0.00 |
| **Parking:** | $0.00 | **Wait Amount:** | $0.00 |
| **Stop Amount:** | $0.00 | **Stop/Wait Amount:** | $0.00 |
| **Package Amount:** | $0.00 | **Phone Amount:** | $0.00 |
| **Service Fee:** | $2.00 | **Miscellaneous:** | $0.00 |
| **Tips:** | $0.00 | | |
| **Gross:** | | $84.00 | |
| **Discount:** | | $4.10 | |
| **Net:** | | $81.50 | |
| **Comment** | | | |

## ALL VEHICLES ARE INDEPENDENTLY OWNED AND OPERATED

Back to Main Menu   Back to Voucher Inquiry

Copyright© 2007 Aleph Computer Systems, Inc., All rights reserved.

06-Jul-06
11:04 AM

*Page 1*

SL0706105707

# Milbank, Tweed, Hadley & McCloy LLP

## Travel Expense Voucher

**Michael Comerford**

Departure Date:  6/29/200  Return Date:  6/29/2006

Employee ID: 09591

| | |
|---|---|
| **Expense Type:** Client Chargeable | **Business Reason:** |
| **Matter:** 38522.00900 | Winn Dixie Court Hearing |
| **Short Title:** WINN DIXIE CREDITORS' COMMITTEE- COURT HEARINGS | |

| Receipt Date | Receipt Type | | | Receipt Amount |
|---|---|---|---|---|
| 6/29/2006 | - Transportation | | | $547.60 |
| | *Airfare $503.60 + Travel Dept. service fee=$44.00* | | | |
| | **Mode:** *Air* | **From:** *JFK* | **To:** *Jacksonville* | |
| | | | | $2.02 |
| | - Meals | | | |
| | *Breakfast* | | | $35.00 |
| | - Taxis,Baggage,Tolls etc. | | | |
| | *Cab to airport* | | | $42.00 |
| | - Taxis,Baggage,Tolls etc. | | | |
| | *Cab to Court* | | | |
| | | | **Total Day:** | **$626.62** |

| | |
|---|---|
| | **Total Voucher:** $626.62 |
| Make check payable to: Comerford, Michael    **Petty Cash No:** | **Cash Advances:** $0.00 |
| Return check to:    Comerford, Michael/Room: 5654 | **Due Individual:** $626.62 |
| Special instructions: | **Due Firm:** $0.00 |
| Requestor Signature/Date: | |
| Final Approval Signature/Date: | |

```
        HMS HOST STARBUCKS
      JACKSONVILLE AIRPORT

9498 Shanice

CHK 9860 JUN29'06 11:17AM

  1 1/2 Grnd DRIP TR        1.89

   Subtotal                 1.89
   Tax                      0.13
   Amt Paid            2.02
   Cash                     2.02
```

Breakfast
6/29

**GATOR CITY**
**TAXI**
*Jacksonville, Florida*
**Taxi - 355-8294**
**Beach - 249-6289**

*Yellow*
**Cab**
**260-1111**

**CITICAB**
**425-2222**

**EXPRESS**
*Shuttle*
**353-8880**

Name M. Comply
From Downtown Jax
To Jax Airport
Fare $ 35
Date 6-29-6   Unit# 3339
Driver's Name Z. Hall
Driver's ID _____

**GATOR CITY**
**TAXI**
*Jacksonville, Florida*
**Taxi - 355-8294**
**Beach - 249-6289**

*Yellow*
**Cab**
**260-1111**

**CITICAB**
**425-2222**

**EXPRESS**
*Shuttle*
**353-8880**

Name M. Comply
From Jax Airport
To Downtown Jax
Fare $ 42
Date 6/29   Unit# _____
Driver's Name _____
Driver's ID _____

## Laoutaris, Sophie

**From:**    DMorales@Lawyerstravel.com
**Sent:**    Wednesday, June 28, 2006 12:46 PM
**To:**    Laoutaris, Sophie
**Subject:** COMERFORD: JetBlue E-tinerary

----- Forwarded by Debra Morales/LawyersTravel on 06/28/2006 12:44 PM -----

JetBlue Reservations <mail@jetblueconnect.com>

06/28/2006 12:24 PM

> Please respond to
> <mail@jetblueconnect.com>

To <dmorales@lawyerstravel.com>

cc

Subject Your JetBlue E-tinerary





## You're all set!

Thanks for choosing JetBlue. Attached is the booking confirmation for your trip. Please review the confirmation carefully as it includes some important information about flying with us. Although you do not need this document to check in, we recommend that you print it out for your own reference.

Manage your flights online. It's fast and easy.

Find out what's showing on our DIRECTV® service. Print a program guide for your flight.

You can also access our Real-Time Flight Tracker to check the arrival or departure status of your trip.

Do-it-yourself check in. Now customers have two new ways to check in for their flights. At the airport, take advantage of our easy-to-use self-service kiosks to check in, select or assignments and print boarding passes. Or, from your home or office, check in using our new Online Flight Check-in tool, which is available up to 24 hours, but no less than 90 minutes, prior to your scheduled departure time.

Extra! Extra! Legroom! Those who would prefer two extra inches of legroom should pick between rows 11-26. Remember to pick the seat that's right for you. There's not a bad seat in the house.

We look forward to welcoming you aboard.

## Flight Summary

| WTSG<br>71 FIFTH AVENUE<br>11TH FLOOR | Confirmation Number: | FJH7CH<br>(manage flights) |
|---|---|---|

7/6/2006

NEW YORK, NY 10003

| | |
|---|---|
| Date Booked: | 28 Jun 06 |
| Modified: | 28 Jun 06 |
| Booked By: | INET |

| | Name | TrueBlue Number | Seats |
|---|---|---|---|
| | — | — | — |
| Welcome Aboard: | MICHAEL COMERFORD | | View |

| Date | Flt | Depart | Arrive | Stops |
|---|---|---|---|---|
| — | — | | — | |
| 29 Jun 06 | 611 | New York, JFK 08:20am | Jacksonville, FL 11:05am | 0 |
| 29 Jun 06 | 616 | Jacksonville, FL 4:50pm | New York, JFK 7:15pm | 0 |

Total for 1 customer

| | |
|---|---|
| Fare: | 449.30 |
| Tax: | 40.30 |
| Security Fee: | 5.00 |
| Passenger Facility Charge: | 9.00 |
| **Total:** | **$503.60** |
| American Express: | $503.60 |
| **Balance Due:** | **$0.00** |

## *Great Hotel Deals**

## Hotel offers in Jacksonville

 Find a hotel in Jacksonville

*Hotel availability is limited and may not be available at the rates quoted above.

DOMESTIC TRAVEL
All JetBlue travel is via electronic ticketing, and fares must be purchased at time of reservation. All fares are one-way, nonrefundable and nontransferable. Changes can be made prior to scheduled departure for a fee of $30 per person plus any applicable difference in airfare. Changes

7/6/2006

... made on line at jetblue.com or by calling 1-800-JETBLUE (538-2583). Cancellations may be made by calling 1-800-JETBLUE (538-2583) prior ... scheduled departure for a fee of $30 per person. Any remaining balance will be placed in a JetBlue air-only credit and may be applied toward ... travel for one year. If a reservation is not changed or canceled prior to scheduled departure, all money associated with the reservation is ... DIRECTV service is not available on flights between New York City and Puerto Rico. All JetBlue flights arriving from or departing to San ... Puerto Rico will operate from Terminal 4 at New York's JFK International Airport. Flights to and from Newark, NJ are not affected. JetBlue ... beverage and snack service only. Other restrictions apply.

**DOMESTIC TRAVEL NOTE:**
All JetBlue flights arriving from or departing to San Juan, Puerto Rico will operate from Terminal 4 at New York's JFK International Airport. Flights to and from Newark, NJ are not affected.
... Government-issued photo ID is required of all customers 18 years of age or older.
... reservations are subject to cancellation if the customer is not present at the departure gate at least 10 minutes prior to scheduled departure.
... customer is allowed two checked bags up to 70 pounds each free of charge. Carry-on baggage is limited to one bag plus one personal item
... purse, briefcase, laptop, etc.).

**NOTICE TO INTERNATIONAL PASSENGERS ON LIMITATION OF LIABILITY:**
... a passenger's journey involves an ultimate destination or a stop in a country other than the country of departure, either the Warsaw ... Convention and the Hague Protocol, their amendments, and any special contracts of carriage embodied in applicable tariffs that waive ... Warsaw/Hague limits, or the Montreal Convention may apply to the entire journey including the portion within the countries of departure or destination ... in some cases, may limit the liability of the carrier for death or personal injury, delay, and for loss of or damage to baggage. The Montreal ... where applicable, does not impose, and special contracts voluntarily entered into by many carriers, including JetBlue, waive, the ... Hague limitations for compensatory damages arising out of personal injury or wrongful death caused by an accident, as defined by the ... treaty. The names of carriers party to the special contracts are available at all ticket offices of such carriers and may be examined upon ... request.

**NOTICE OF BAGGAGE LIABILITY LIMITS**
For international transportation (including domestic portions) governed by the Montreal Convention, JetBlue's liability for baggage is limited to 1,000 SDRs (see, www.imf.org for current value) per passenger unless a higher value is declared and an extra charge is paid. For international transportation governed by the Warsaw Convention and the Hague Protocol and their amendments, JetBlue's liability for baggage is limited to $9.07 per pound for checked baggage and $400 per passenger for unchecked baggage unless a higher value is declared and an extra charge is paid. Special rules may apply to valuable articles. For domestic transportation, JetBlue's liability for baggage is limited to $2,800 per passenger. General baggage rules: As set forth more fully in its Contract of Carriage and international passenger rules tariffs, JetBlue will not be responsible for fragile or perishable goods. JetBlue assumes no liability for oversized, overweight or overpacked baggage, or for loss of or damage to baggage parts such as wheels, straps, pockets, pull handles, zippers, hanger hooks or other items attached to baggage. JetBlue will not be responsible for the following items in checked or unchecked baggage: money, jewelry including watches, cameras, camcorders, any type of electronic equipment, including computers, valuable papers or documents and other similar items as described in more detail in the Contract of Carriage.

**NOTICE OF OVERBOOKING OF FLIGHTS**
While JetBlue Airways does not intentionally overbook its flights, there is still a slight chance that a seat may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for a payment of the airline's choosing. If there are not enough volunteers JetBlue will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions persons denied boarding involuntarily are entitled to compensation. The complete rules for the payment of compensation and JetBlue's boarding priorities are available at all airport ticket counters and boarding locations. Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.

**NOTICE OF INCORPORATED TERMS**
All travel on JetBlue, whether it is domestic or international travel, is subject to JetBlue's Contract of Carriage, the terms of which are incorporated herein by reference. International travel may also be subject to JetBlue's international passenger rules tariffs on file with the U.S. and other governments, and, where applicable, the Montreal Convention or the Warsaw Convention and its amendments and special contracts. Incorporated terms include, but are not restricted to:

1. Liability limitations for baggage, including special rules for fragile and perishable goods and the availability of excess valuation.
2. Liability limitations for personal injury or death.
3. Claims restrictions, including time periods within which passengers must file a claim or bring an action against JetBlue.
4. Rights of JetBlue to change the terms of contract.
5. Rules on reservations, check-in, and refusal to carry.
6. JetBlue's rights and limits on its liability for delay or failure to perform service, including schedule changes, substitution of aircraft or alternate air carriers and rerouting.
7. Non-refundability of reservations.
8. The Contract of Carriage and tariffs may be inspected at all JetBlue airport customer service counters, and upon request you have the right to receive by mail a copy of the full text of the Contract of Carriage or tariffs. Additional information on items one through seven can be obtained on JetBlue's website at www.JetBlue.com or at any U.S. location where JetBlue transportation is sold.

Milbank Tweed
Hadley & McCloy LLP
One Chase Manhattan
Plaza
47th Floor
New York, NY 10005

212/530.5700
212/530.8905 Fax

# OVATION
## TRAVEL GROUP

THE LAWYERS' TRAVEL SERVICE
OVATION CORPORATE TRAVEL
OVATION VACATIONS

Emergency Travel Assistance
Monday-Friday/830am-900pm
800.431.1112
After Hours Service
800.876.4922

Sabre Access Code
8N69

SALES PERSON: G0      ITINERARY/INVOICE NO. 0004726      DATE: 28 JUN 06
CUSTOMER NBR:              FHXMQN      PAGE: 01

TO: MILBANK TWEED HADLEY MCCLOY ATTN SOPHIE
    ONE CHASE MANHATTAN PLAZA
    NEW YORK, NY 10005
    56/16-A

FOR: COMERFORD/MICHAEL     REF: 09591-38522-00900

---

28 JUN 06  -  WEDNESDAY
OTHER NEW YORK CITY
        JET BLUE CONFIRMATION
        JETBLUE ETKTS                      COMERFORD M
                                  BILLED TO            503.60*


29 JUN 06  -  THURSDAY
    AIR    JETBLUE AIRWAYS     FLT:611    ECONOMY
           LV NEW YORK JFK                820A        EQP: AIRBUS A320
           DEPART: TERMINAL 6                         02HR 45MIN
           AR JACKSONVILLE    FL          1105A       NON-STOP
                                                      REF: FJH7CH

    AIR    JETBLUE AIRWAYS     FLT:616    ECONOMY
           LV JACKSONVILLE    FL          450P        EQP: AIRBUS A320
                                                      02HR 25MIN
           AR NEW YORK JFK                715P        NON-STOP
           ARRIVE: TERMINAL 6                         REF: FJH7CH

MCO                              BILLED TO                44.00*
                                                     ---------------
                                 TOTAL BASE             493.30
                                 TOTAL TAX               54.30
                                 NET CC BILLING         547.60*
                                                     ---------------
                                 TOTAL AMOUNT DUE         0.00

7

Voucher #581245



LOTUS RIDE (718) 707-5000
Preferred Service (reservation only) (718) 707-5190
Limousines, Vans & Buses (718) 707-9100

ONLINE RESERVATIONS — www.lotusride.com    ● OUT OF TOWN CALL: (800) 872-1212

Voucher #576370

15-Aug-06                    **Milbank, Tweed, Hadley & McCloy LLP**                  *Page 1*
11:39 AM                                                                              SL0809134503
                              **Travel Expense Voucher**
                      Departure Date:  8/3/2006   Return Date:  8/4/2006             **Michael Comerford**
                                                                                     Employee ID:  09591

**Expense Type:**   Client Chargeable              **Business Reason:**
**Matter:**         38522.00900                    Winn Dixie Hearing
**Short Title:**    WINN DIXIE CREDITORS'
                    COMMITTEE- COURT
                    HEARINGS

| Receipt Date | Receipt Type | | | Receipt Amount |
|---|---|---|---|---|
| 8/3/2006 | - Transportation | | | $353.30 |
| | *Airfare=$309.30+Travel Dept. Service Fee=$44=353.30* | | | |
| | **Mode:** *Air* | **From:** *Newark* | **To:** *Jacksonville* | |
| | - Lodging | | | $236.17 |
| | **Hotel:** *Omni Jacksonville Hotel* | **City:** *Jacksonville* | **Days:** *1* | |
| | - Meals | | | $9.18 |
| | *Dinner* | | | |
| | - Taxis,Baggage,Tolls etc. | | | $38.00 |
| | | | **Total Day:** | **$636.65** |
| 8/4/2006 | - Transportation | | | $278.30 |
| | *Airfare=$234.30 + Service Fee=$44=278.30* | | | |
| | **Mode:** *Air* | **From:** *Jacksonville* | **To:** *LGA* | |
| | - Taxis,Baggage,Tolls etc. | | | $40.00 |
| | | | **Total Day:** | **$318.30** |

| | | |
|---|---|---|
| | **Total Voucher:** | **$954.95** |
| Make check payable to:  Comerford, Michael     Petty Cash No: | **Cash Advances:** | **$0.00** |
| Return check to:        Comerford, Michael/Room: 5654 | **Due Individual:** | **$954.95** |
| Special instructions: | **Due Firm:** | **$0.00** |
| Requestor Signature/Date: | | |
| Final Approval Signature/Date: | | |

**Milbank Tweed
Hadley & McCloy LLP**
One Chase Manhattan
Plaza
47th Floor
New York, NY 10005

212/530.5700
212/530.8905 Fax

# OVATION
## TRAVEL GROUP

### THE LAWYERS' TRAVEL SERVICE
### OVATION CORPORATE TRAVEL
### OVATION VACATIONS

**Emergency Travel Assistance**
Monday-Friday/830am-900pm
800.431.1112
After Hours Service
800.876.4922

Sabre Access Code
8N69

SALES PERSON: G0    ITINERARY/INVOICE NO. 0004970    DATE: 03 AUG 06
CUSTOMER NBR: A24370        ERJLUI    PAGE: 01

TO: MILBANK TWEED HADLEY MCCLOY
ONE CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
56TH/15-D

FOR: COMERFORD/MICHAEL    REF: 09591-38522-00900

---

03 AUG 06  -  THURSDAY
AIR    CONTINENTAL AIRLINES FLT:2615    COACH
OPERATED BY EXPRESSJET AIRLINES INC DBA CO EXPRESS
LV NEWARK                825P        EQP: EMBRAER 145 JET
DEPART: TERMINAL C                   02HR 39MIN
AR JACKSONVILLE    FL    1104P       NON-STOP
                                     REF: A1F9NT

       COMERFORD/MICHA  SEAT-6A    CO-
HOTEL  JACKSONVILLE    FL         OUT-04AUG  CORP ID
       OMNI HOTELS               1 NIGHT
       OMNI JACKSONVILLE HOTEL   1 ROOM     TRAVELSAVERS
       245 WATER STREET          DELUXE ROOM REQUEST  1 KING OR
       JACKSONVILLE FL 32202     RATE-209.00USD PER NIGHT
       FONE 1-904-355-6664       CANCEL BY 12P DAY OF ARRIVAL
       FAX  1-904-791-4812
       GUARANTEED LATE ARRIVAL
       CONFIRMATION 2007262346
       REQ NSRM KING BED
MCO        XD8130910876
                              BILLED TO                    44.00*

AIR TICKET                    COMERFORD MICHAEL
ELEC TKT                      BILLED TO                   309.30*
                                                    ----------------
                              TOTAL BASE                  322.14
                              TOTAL TAX                    31.16
                              NET CC BILLING              353.30*
                                                    ----------------
                              TOTAL AMOUNT DUE              0.00

CONTINUED ON PAGE 2



**Milbank Tweed**
**Hadley & McCloy LLP**
One Chase Manhattan
Plaza
47th Floor
New York, NY 10005

212/530.5700
212/530.8905 Fax

**Emergency Travel Assistance**
Monday-Friday/830am-900pm
800.431.1112
After Hours Service
800.876.4922

Sabre Access Code
8N69

### THE LAWYERS' TRAVEL SERVICE
### OVATION CORPORATE TRAVEL
### OVATION VACATIONS

SALES PERSON: G0    ITINERARY/INVOICE NO. 0004970    DATE: 03 AUG 06
CUSTOMER NBR: A24370         ERJLUI    PAGE: 02

TO: MILBANK TWEED HADLEY MCCLOY
    ONE CHASE MANHATTAN PLAZA
    NEW YORK, NY 10005
    56TH/15-D

FOR: COMERFORD/MICHAEL    REF: 09591-38522-00900

GOVERNMENT ISSUED PHOTO ID IS REQD FOR ALL FLIGHTS
PLEASE NOTE GATE AND TERMINAL INFORMATION IS SUBJECT
TO CHANGE, PLEASE RECONFIRM WITH AIRLINE PRIOR TO
DEPARTURE.   TO ASSURE PROPER FREQUENT TRAVELER
MILEAGE CREDIT ALWAYS VERIFY YOUR NUMBER AT CHECK IN
MILBANK TRAVEL OFFICE HOURS ARE 830A-830P MON-FRI
DURING OFFICE HRS WE CAN BE REACHED AT 212-530-5700
FOR AFTER HOURS TRAVEL HELPLINE ASSISTANCE CALL
800-876-4922 YOUR MEMBERSHIP ID IS 8N69
AN 18.00 FEE WILL BE CHARGED FOR CALLS TO THE
TRAVEL HELPLINE.
THIS NON REFUNDABLE TICKET IS VALID ONLY FOR THE
FLIGHTS AND DATES ON THE TICKET. CANCELLATION OR
CHANGES TO THIS ITINERARY WILL RESULT IN 100
PERCENT PENALTY AND DEEM THE TICKET INVALID.
CHECK WITH YOUR AGENT TO VERIFY STAND-BY PENALTIES
IF APPLICABLE.
PLEASE NOTE...CAR RENTAL INSURANCE IS NOT COVERED
IF USING CORPORATE AMERICAN EXPRESS CARD TO PAY BILL.
INSURANCE COVERAGE IS AVAILABLE IF USING CORPORATE
DINERS CLUB OR PERSONAL CREDIT CARDS ONLY.
THANK YOU FOR CHOOSING
THE LAWYERS TRAVEL SERVICE FOR YOUR TRAVEL NEEDS.
PLEASE VISIT OUR ONLINE SURVEY AT
WWW.LAWYERSTRAVEL.COM/SURVEY

HU*



06 3426 1746
PASSENGER TICKET AND BAGGAGE CHECK        09591-38522-00900
XXXXXXXXXX XXXXXXXXXX
MISCELLANEOUS CHARGES ORDER
A·R·C  PASSENGER RECEIPT

A24370    0004970  AGO
XXXXXXXXX

AIRLINES REPORTING CRP        A33527454
LAWYERS TRAVEL        NEW YORK        NYUS03AUG06
COMERFORD/MICHAEL        EB JLUI/AA        7 0011
AIRLINES REPORTING CORP
TRAVEL RELATED SERVICE FEE        8N69AGO

NAME OF PASSENGER
MISCELLANEOUS
CHARGES ORDER

NOT VALID FOR TRAVEL

USD    44.00
0.00
38542991896        890 8130910876 1        8901 AA33527454
TOTAL
USD    44.00

---

06 3426 1746
PASSENGER TICKET AND BAGGAGE CHECK        09591-38522-00900
SUBJECT TO CONDITIONS OF CONTRACT        PASSENGER RECEIPT
A·R·C        TOUR CODE        A33527454
CONTINENTAL AIRLINES XXXXX        NEW YORK        NY US03AUG06
LAWYERS TRAVEL        6 0011
COMERFORD/MICHAEL        EB JLUI/AA YB        THIS IS YOUR RECEIPT 03AUG03AUG
**NOT VALID FOR**        8N69AGO
**TRANSPORTATION**
/REFUNDABLE/

151142 /FCEWR CO JAX27
8 14YB 278.14 END ZPEWR XT2.50AY4.50XF EWR4.5

XT    7.00
USD    278.14
US    20.86
ZP    3.30        38542991863        0 005 7772825829 5
TOTAL
USD    309.30

A24370    0004970    AGO
XXXXXXXXX

NAME OF PASSENGER
COMERFORD/MICHAEL
EB
JAX CO2615 Y 03AUGYB

NOT VALID FOR TRAVEL
0 005 7772825829 5
AA33527454

DOCUMENT IS HEAT SENSITIVE
Do not expose to prolonged periods of excessive heat or light
COPYRIGHT © AIRLINES REPORTING CORP. 2004

Milbank Tweed
Hadley & McCloy LLP
One Chase Manhattan
Plaza
47th Floor
New York, NY 10005

212/530.5700
212/530.8905 Fax



# OVATION
## TRAVEL GROUP

THE LAWYERS' TRAVEL SERVICE

OVATION CORPORATE TRAVEL

OVATION VACATIONS

**Emergency Travel Assistance**
Monday-Friday/830am-900pm
800.431.1112
After Hours Service
800.876.4922

Sabre Access Code
8N69

SALES PERSON: G0    ITINERARY/INVOICE NO. 0004982    DATE: 04 AUG 06
CUSTOMER NBR: A24370    ERJLUI    PAGE: 01

```
   TO: MILBANK TWEED HADLEY MCCLOY
       ONE CHASE MANHATTAN PLAZA
       NEW YORK, NY 10005
       56TH/15-D


FOR: COMERFORD/MICHAEL    REF: 09591-38522-00900
```

```
          ITINERARY BELOW ISSUED AS AN ELECTRONIC TICKET.
          CONTINENTAL CONFIRMATION CODE IS A1F9NT
          DELTA CONFIRMATION CODE IS
04 AUG 06  - FRIDAY
    AIR    CONTINENTAL AIRLINES FLT:3208  COACH
           OPERATED BY EXPRESSJET AIRLINES INC DBA CO EXPRESS
           LV JACKSONVILLE   FL        205P      EQP: EMBRAER 145 JET
                                                 02HR 35MIN
           AR NEWARK                   440P      NON-STOP
           ARRIVE: TERMINAL C                    REF:
           COMERFORD/MICHA
           SEATING RESTRICTED TO AIRPORT CHECK IN

MCO                      BILLED TO                         44.00*


AIR TICKET               COMERFORD MICHAEL
ELEC TKT                 BILLED TO            :           234.30*
                                                  ----------------
                         TOTAL BASE                       252.37
                         TOTAL TAX                         25.93
                         NET CC BILLING                   278.30*
                                                  ----------------
                         TOTAL AMOUNT DUE                   0.00
```

```
GOVERNMENT ISSUED PHOTO ID IS REQD FOR ALL FLIGHTS
PLEASE NOTE GATE AND TERMINAL INFORMATION IS SUBJECT
TO CHANGE, PLEASE RECONFIRM WITH AIRLINE PRIOR TO
DEPARTURE.  TO ASSURE PROPER FREQUENT TRAVELER
MILEAGE CREDIT ALWAYS VERIFY YOUR NUMBER AT CHECK IN
MILBANK TRAVEL OFFICE HOURS ARE 830A-830P MON-FRI
DURING OFFICE HRS WE CAN BE REACHED AT 212-530-5700
FOR AFTER HOURS TRAVEL HELPLINE ASSISTANCE CALL
800-876-4922 YOUR MEMBERSHIP ID IS 8N69
AN 18.00 FEE WILL BE CHARGED FOR CALLS TO THE
TRAVEL HELPLINE.
THANK YOU FOR CHOOSING
THE LAWYERS TRAVEL SERVICE FOR YOUR TRAVEL NEEDS.
PLEASE VISIT OUR ONLINE SURVEY AT
WWW.LAWYERSTRAVEL.COM/SURVEY
```

CONTINUED ON PAGE 2

06 3426 1746
PASSENGER TICKET AND BAGGAGE CHECK    09591-38522-00900
XXXXXXXXXXXXXXXXXXXXXX
MISCELLANEOUS CHARGES ORDER
A·R·C XXX  PASSENGER RECEIPT    AGENT CODE    A33527454
AIRLINES REPORTING CRP    PLACE OF ISSUE    NYUS04AUG06
LAWYERS TRAVEL    NEW YORK    7 0011 4
COMERFORD/MICHAEL    EB JLUI/AA
AIRLINES REPORTING CORP    8N69AS3
BELATED SERVICE FEE

USD    44.00
0.00
38542992316    890 8130910886 4
USD    44.00

A24370    0004982    AGO
XXXXXXXXXX
MISCELLANEOUS
CHARGES ORDER

NOT VALID FOR TRAVEL

8901 AA33527454

---

06 3426 1746
PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT    09591-38522-00900
PASSENGER RECEIPT
A·R·C XXX    AGENT CODE    A33527454
CONTINENTAL AIRLINES  XXXXX    PLACE OF ISSUE    NY US04AUG06
LAWYERS TRAVEL    NEW YORK    6 0011 4
COMERFORD/MICHAEL    EB JLUI/AA NAOBN
**NOT VALID FOR**    THIS IS YOUR RECEIPT 04AUG04AUG
**TRANSPORTATION**    8N69AS3
NONREF/0VALUAFTDPT/CHGFEE

168102 /FCJAX CO EWR20
8 37NAOBN 208.37 END ZPJAX XT2.50AY4.50XFJAX4.5

XT    7.00
USD    208.37
US    15.63
ZP    3.30    38542992283    0 005 7772825840 2
USD    234.30

A24370    0004982    AGO
XXXXXXXXXX
COMERFORD/MICHAEL
JAX
EWR C03208 N 04AUGNAOBN

NOT VALID FOR TRAVEL
0 005 7772825840 2
AA33527454



DELAWARE NORTH COMPANIES
**   Newark Intl. Airport   **
** America's Pizza & Bar **

1022 YVINNIE

1006 AUG03'06 7:19PM

```
1 Panini BasilChix      6.59
1 Snapple               1.99

  Subtotal              8.58
  Total Tax             0.60
  Total Paid.....  9.18
  Cash (PRT)           20.25
  Change Owed.....     11.07
```

*********************************
PROVIDING CARE AND COMFORT
TO PEOPLE AWAY FROM HOME
FOR COMMENTS OR CONCERNS, CALL
1-866-610-4DNC
OR E-MAIL AT
www.DNCfeedback.com
*********************************

**Your order number is: 1006**

**GATOR CITY**
**TAXI**
Jacksonville, Florida
Taxi - 355-8294
Beach - 249-6289

**Yellow**
**Cab**
260-1111

**CITICAB**
425-2222

**EXPRESS**
Shuttle
353-8880

Name Michael Comeford
From Jax. Airport
To Omni Hotel, Jax
Fare $38
Date 8/3    Unit#
Driver's Name
Driver's ID

08/15/2006 TUE 9:29 FAX                                              ☑001/001

*Attn: Susie*
*212-822-5318*

OMNI JACKSONVILLE HOTEL
245 WATER STREET
JACKSONVILLE    FL    32202
Tele- 904-355-6664    Fax- 904-791-4812                              618
                                                                     209
COMERFORD, MICHAEL                                                   KN
TRAVELSAVERS                                                         1 / 0


08/03/06    08/04/06                        WIN            CONS


| Date | | Description | | Amount |
|---|---|---|---|---|
| 08/03/06 | 618 | ROOM CHARGE | #818 COMERFORD, MICHAEL | $209.00 |
| 08/03/06 | 618 | OCCUPANCY TAX | OCCUPANCY TAX | $27.17 |
| 08/04/06 | 618 | AMERICAN EXPRESS | AMERICAN EXPRESS | ($236.17) |


                                            TOTAL DUE:          $0.00

                                                                        1

8

- Voucher #572151

Welcome Clytie Whiteman / Milbank, Tweed,hadley & Mccloy

# Online Billing Inquiry

## 10:32:00 AM  Eastern Standard Time 2/22/2007

## Your Requested Voucher Detail

| | | | |
|---|---|---|---|
| **Voucher No:** | 572151 | | |
| **Invoice No:** | 336042 | | |
| **Invoice Date:** | 8/18/2006 | | |
| **Car No:** | 2132 | | |
| **Passenger:** | DUNNE,DENNIS F. | | |
| **Pick Up Date:** | 8/4/2006 | | |
| **Pick Up Time:** | 16:25 | | |
| **Pick Up Address:** | NWK, 3208 CONTINENTAL | | |
| **Destination:** | SCARSDALE | | |
| **CLIENT #** | 38522 | | |
| **MATTER #** | 02100 | | |
| **VIP #** | 8697 | | |
| Base Rate: | $180.00 | Tolls: | $10.00 |
| Parking: | $0.00 | Wait Amount: | $18.00 |
| Stop Amount: | $33.50 | Stop/Wait Amount: | $0.00 |
| Package Amount: | $0.00 | Phone Amount: | $0.00 |
| Service Fee: | $2.00 | Miscellaneous: | $0.00 |
| Tips: | $0.00 | | |
| **Gross:** | $243.50 | | |
| **Discount:** | $11.58 | | |
| **Net:** | $236.56 | | |
| **Comment** | | | |

## ALL VEHICLES ARE INDEPENDENTLY OWNED AND OPERATED

### Back to Main Menu   Back to Voucher Inquiry

Copyright© 2007 Aleph Computer Systems, Inc., All rights reserved.

07-Aug-06                **Milbank, Tweed, Hadley & McCloy LLP**                    *Page 1*
9:16 AM                                                                             TB0804150859
                              **Travel Expense Voucher**
                        Departure Date:  8/4/2006  Return Date:  8/4/2006           **Dennis Dunne**
                                                                                    Employee ID:  08697

**Expense Type:**  Client Chargeable              **Business Reason:**
**Matter:**        38522.01300                    Disclosure Statement hearing in Jacksonville.
**Short Title:**   WINN DIXIE CREDITORS'
                   COMMITTEE- DISCLOSURE
                   STATEM

| Receipt Date | Receipt Type | | | Receipt Amount |
|---|---|---|---|---|
| 8/4/2006 | - Transportation | | | $44.00 ✓ |
| | *Travel agent fee.* | | | |
| | **Mode:** *Air* | *From: New York* | *To: Jacksonville, FL* | |
| | | | | $618.60 |
| | - Transportation | | | |
| | *Round trip Continental flight from Newark airport to Jacksonville, FL* | | | |
| | **Mode:** *Air* | *From: New York* | *To: Jacksonville, FL* | |
| | | | | $40.00 ✓ |
| | - Taxis,Baggage,Tolls etc. | | | |
| | *Taxi ride from airport to Courthouse.* | | | |
| | | | **Total Day:** | $702.60 |

|  |  |  |
|---|---|---|
| | **Total Voucher:** | $702.60 |
| Make check payable to: Dunne, Dennis    Petty Cash No: | **Cash Advances:** | $0.00 |
| Return check to:   Dunne, Dennis  · 56-T 14 | **Due Individual:** | $702.60 |
| Special instructions: | **Due Firm:** | $0.00 |
| Requestor Signature/Date: | | |
| Final Approval Signature/Date: | | |

56 |¹



**Milbank Tweed**
**Hadley & McCloy LLP**
One Chase Manhattan
Plaza
47th Floor
New York, NY 10005

212/530.5700
212/530.8905 Fax

THE LAWYERS' TRAVEL SERVICE
OVATION CORPORATE TRAVEL
OVATION VACATIONS

Emergency Travel Assistance
Monday-Friday/830am-900pm
800.431.1112
After Hours Service
800.876.4922

Sabre Access Code
8N69

SALES PERSON: S3    ITINERARY/INVOICE NO. 0004972    DATE: 03 AUG 06
CUSTOMER NBR: A24370         IVCAOG    PAGE: 01

TO: MILBANK TWEED HADLEY MCCLOY
    ONE CHASE MANHATTAN PLAZA
    NEW YORK, NY 10005
    DENNIS DUNNE 5645

FOR: DUNNE/DENNIS F    REF: 08697-38522-01300

---

```
04 AUG 06  -  FRIDAY
   AIR    CONTINENTAL AIRLINES FLT:2900    COACH         SNACK
          OPERATED BY EXPRESSJET AIRLINES INC DBA CO EXPRESS
          LV NEWARK                        635A          EQP: EMBRAER 145 JET
          DEPART: TERMINAL C                             02HR 30MIN
          AR JACKSONVILLE   FL             905A          NON-STOP
                                                         REF:

          DUNNE/DENNIS F    SEAT-3A
   AIR    CONTINENTAL AIRLINES FLT:3208    COACH
          OPERATED BY EXPRESSJET AIRLINES INC DBA CO EXPRESS
          LV JACKSONVILLE   FL             205P          EQP: EMBRAER 145 JET
                                                         02HR 35MIN
          AR NEWARK                        440P          NON-STOP
          ARRIVE: TERMINAL C                             REF:
          DUNNE/DENNIS F    SEAT-3A


31 JAN 07  -  WEDNESDAY
   OTHER INFORMATION
          HAVE A GREAT TRIP

MCO                          BILLED TO                        44.00*


AIR TICKET                   DUNNE DENNIS F
ELEC TKT                     BILLED TO                       618.60*
                                                         ----------------
                             TOTAL BASE                      600.28
                             TOTAL TAX                        62.32
                             NET CC BILLING                  662.60*
                                                         ----------------
                             TOTAL AMOUNT DUE                  0.00
```

CONTINUED ON PAGE 2



**Continental Airlines**

eTicket Itinerary and Receipt

**Continental Airlines** 

| Day | Date | Flight | Depart | Time | Arrive | Time | Equip | Meal |
|-----|------|--------|--------|------|--------|------|-------|------|
| Fri | 04AUG06 | CO2900Y | Newark-Liberty Intl | 6:35 AM | Jacksonville | 9:05 AM | ERJ 145 | Snack |
| | | | Operated by ExpressJet Airlines doing business as Continental Express | | | | | |
| Fri | 04AUG06 | CO3208Y | Jacksonville | | Newark-Liberty Intl | 4:40 PM | ERJ 145 | |
| | | | Operated by ExpressJet Airlines doing business as Continental Express | | | | | |

**DUNNE/DENNISF**                    **Confirmation Number: CK9DVW**

| DUNNE/DENNISF | 3A/3A | 0057772825831 | CD973958 |
|---|---|---|---|

Fare: 556.28    Tax: 62.32    Per Person: 618.60    eTicket Total: 618.60    Issue Date: August 03, 2006
Method of Payment: American
Fare Rules: Additional charges ... This ticket shall expire one year from date of issue.

---

06 3426 1746
PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT

**PASSENGER RECEIPT**

A·R·C  XXXXX

CONTINENTAL AIRLINES  XXXXX
LAWYERS TRAVEL
DUNNE/DENNIS F
**NOT VALID FOR**
**TRANSPORTATION**
/REFUNDABLE/

NEW YORK  NY US03AUG06
LYCAOG/AA MULTI  6 0011
THIS IS YOUR RECEIPT 04AUG04AUG
8N69AS3

A33527454
DUNNE/DENNIS F
FB
JAX CO2900 Y 04AUGYB
EWR CO3208 Y 04AUGYB

124370    0004972    AS3

177639 /FCEWR CO JAX27
8.14YB CO EWR278.14YB 556.28 END ZPEWR JAX XT5.00AY
9.00XFEWR4.5JAX4.5

| FARE | XT 14.00 | EQUIV. FARE PD. | | | |
|---|---|---|---|---|---|
| USD | 556.28 | STOCK CONTROL NO TX 869 CK | CPN | | |
| USL | 41.72 | 38542991933 | 0 005 7772825831 0 | | |
| ZP | 6.60 | | | | |
| USD | 618.60 | | | | |

NOT VALID FOR TRAVEL
0 005 7772825831 0
AA33527454

---

06 3426 1746
PASSENGER TICKET AND BAGGAGE CHECK
XXXXXXXXXXXXXXX

MISCELLANEOUS CHARGES ORDER
A·R·C  XXX  PASSENGER RECEIPT
AIRLINES REPORTING CRP
LAWYERS TRAVEL
DUNNE/Dennis F
AIRLINES REPORTING CORP
TRAVEL RELATED SERVICE FEE

NEW YORK  NYUS03AUG06
LYCAOG/AA  7 0011

143614

124370    0004972    AS3

MISCELLANEOUS
CHARGES ORDER

NOT VALID FOR TRAVEL

| FARE | EQUIV. FARE PD. | | | | |
|---|---|---|---|---|---|
| USD 44.00 | 0.00 | STOCK CONTROL NO TX 869 CK | CPN | DOCUMENT NUMBER | CK |
| TAX/FEE/CHARGE | | 38542991944 | 890 8130910877 2 | | |
| TOTAL USD 44.00 | | | | | |

**GATOR CITY**
**TAXI**
Jacksonville, Florida
Taxi - 355-8294
Beach - 249-6289

**Yellow**
**Cab**
**260-1111**

**CITICAB**
**425-2222**

**EXPRESS**
**Shuttle**
**353-8880**

Name _____

From _____ JAX Airport

To _____ Courthouse

Fare _____ $40.00

Date _____ 8/4/06 Unit# _____

Driver's Name _____

Driver's ID _____