UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about April 19, 2007 I caused copies of:

- the **Agreed Order Resolving Claim Number 6808 Filed by 440 Group, LTD. and Assigned to LCH Opportunities, LLC**

   to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served order as listed above is attached hereto as Exhibit B.

Dated: April 20, 2007

_____
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: 5M

Code: 5M

EXHIBIT A
SERVICE LIST

Code: 5M

Agreed Order Resolving Claim Number 6808
Filed by 440 Group, LTD. and Assigned to
LCH Opportunities, LLC

**DEBTOR:**   WINN-DIXIE STORES, INC., ET AL.                                                                                  **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 1001-RJ<br>440 GROUP, LTD<br>C/O LAW OFFICES OF JAMES O CURE<br>ATTN JAMES O CURE, ESQ.<br>2584 BLUE MEADOW DRIVE<br>TEMPLE TX 76502 | CREDITOR ID: 1001-RJ<br>440 GROUP, LTD<br>ATTN GENE WILLIAMS, MNG PRTNR<br>PO BOX 578<br>KILLEEN TX 76540-0578 | CREDITOR ID: 1001-RJ<br>440 GROUP, LTD<br>C/O LAW OFFICES OF JAMES O CURE<br>ATTN JAMES O CURE, ESQ<br>1201 SOUTH W S YOUNG DRIVE<br>PO BOX 10309<br>KILLEEN TX 76547-0309 |
| CREDITOR ID: 535019-W9<br>LCH OPPORTUNITIES LLC<br>529 E SOUTH TEMPLE<br>SALT LAKE CITY UT 84102 | CREDITOR ID: 452118-98<br>LCH OPPORTUNITIES LLC<br>C/O DLA PIPER RUDNICK ET AL<br>ATTN: VINCENT J ROLDAN<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020-1104 | CREDITOR ID: 452118-98<br>LCH OPPORTUNITIES LLC<br>ATTN: JOSEPH M O'CONNOR<br>315 PARK AVE S 20TH FLR<br>NEW YORK NY 10010 |

   Total:    6

Code: 5M

EXHIBIT B

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Reorganized Debtors.[1] | ) Jointly Administered |
| | ) |

### AGREED ORDER RESOLVING CLAIM NUMBER 6808 FILED BY 440 GROUP, LTD. AND ASSIGNED TO LCH OPPORTUNITIES, LLC

This cause is before the court upon (i) the Thirteenth Omnibus Objection to Claims (the "Objection") filed at Docket No. 8425 by Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates as it pertains to Claim No. 6808 filed by the 440 Group, Ltd. (the "440 Group") and (ii) the response to the Objection (the "Response") filed at Docket No. 8967 by the 440 Group. Claim No. 6808 has been transferred to, and is now held by, LCH Opportunities, LLC.

Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Objection (as it pertains to Claim No. 6808) and the Response are resolved as set forth below.

2. Claim No. 6808 is allowed as an unsecured non-priority claim in the reduced amount of $200,750, and shall be treated as a Class 13 Landlord Claim for purposes of

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of such reorganized debtors were closed on March 22, 2007.

distributions under the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors. All other amounts claimed in connection with Claim Number 6808 are disallowed.

3. The Court shall retain jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this _____ day of _____, 2007 in Jacksonville, Florida.

                                                _____
                                                Jerry A. Funk
                                                United States Bankruptcy Judge

2

Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | DLA PIPER RUDNICK GRAY CARY US LLP |

By /s/ James H. Post  
    James H. Post  
    Florida Bar Number 175460  
225 Water Street, Suite 1800  
Jacksonville, Florida 32202  
(904) 359-7700  
(904) 359-7708 (facsimile)  
Email: jpost@smithhulsey.com

-and-

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

D. J. Baker  
Rosalie Walker Gray  
Jane M. Leamy  
David M. Turetsky  
Four Times Square  
New York, New York 10036  
(212) 735-3000  
(212) 735-2000 (facsimile)

Co-Counsel for Reorganized Debtors

By /s/ Vicent J. Roldan *  
    Vincent J. Roldan

1251 Avenue of the Americas  
New York, New York 10020-1104  
(212) 335-4569  
(212) 884-8569 (facsimile)  
Email: vincent.roldan@dlapiper.com

Counsel for LCH Opportunities, LLC

* Counsel has authorized his electronic signature.

CURE & FRANCIS P.A.

By /s/ James O. Cure *  
    James O. Cure

2584 Blue Meadow Drive  
Temple, Texas 76502  
(254) 778-8934  
(254) 773-2477 (facsimile)  
Email: jocure@cureandfrancis.net

Counsel for 440 Group, Ltd.

* Counsel has authorized his electronic signature.

3

1223003-New York Server 7A - MSW