UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| WINN-DIXIE STORES, INC., et. al. | Case Nos. 05-03817-3F1 |
| | Jointly Administered |
| Debtors. | |
| _____/ | |

**WITHDRAWAL OF APPLICATION FOR PAYMENT OF
ADMINISTRATIVE EXPENSE CLAIM BY CLAIMANT HILLANDALE, LLC**

COMES NOW Hillandale, LLC ("Hillandale"), by and through its undersigned attorneys, and hereby respectfully withdraws its Application for Payment of Administrative Expense Claim (Docket No. 14364) which was filed on January 5, 2007.

DATED: April 23, 2007.

Respectfully submitted,

MOSELEY, PRICHARD, PARRISH, KNIGHT & JONES

/s Eric L. Hearn
Richard K. Jones
Florida Bar No.: 351008
e-mail: rkjones@mppkj.com
Eric L. Hearn
Florida Bar No. 0094269
e-mail: elhearn@mppkj.com
501 West Bay Street
Jacksonville, Florida 32202
Telephone: (904) 356-1306
Facsimile : (904) 354-0194

Attorneys for Administrative Claimant Hillandale

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 20, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel for parties.  I further certify that I mailed the foregoing document and the notice of electronic filing to: James Post, Esq., Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, counsel for the Reorganized Debtor, and on Matthey Barr, Esq., Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, New York 10005, counsel for the Post-Effective Date Committee, by U.S. Mail this 23rd day of April, 2007.

/s Eric L. Hearn
Eric L. Hearn, Attorney