UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                           )    Case No. 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,                 )    Chapter 11

          Reorganized Debtors.[1]              )    Jointly Administered

_____)

### AGREED ORDER RESOLVING THE ADMINISTRATIVE CLAIM AND PROOF OF CLAIM NO. 13745 FILED BY JULIE BECKER

This case is before the Court upon the objection of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the administrative claim and proof of claim number 13745 (the "Claim") filed by Julie Becker (the "Claimant") (Docket No. 15111). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Proof of Claim No. 13745 is disallowed without prejudice. The Claimant is authorized to pursue her Claim against the Debtors notwithstanding the pendency of these Chapter 11 cases because the Claim arose after the effective date of the Debtors' joint plan of reorganization (November 11, 2006).

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of reorganized debtors were closed on March 22, 2007.

.

2. The Motion filed by the Claimant to Re-Classify and Allow as Administrative Expense Claim a Certain Proof of Claim is denied as moot.

3. The Debtors do not, by this Agreed Order, acknowledge the validity of any claim or make any admission of liability.

4. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 23 day of April, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

James H. Post

[James H. Post is directed to serve a copy of this order on any party in interest who has not received the order through the CM/ECF system and to file a proof of service.]

00562007


## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| SMITH HULSEY & BUSEY | BEHAR, GUTT & GLAZER, P.A. |
|---|---|
| By /s/ James H. Post | By /s/ Brian S. Behar |
| James H. Post | Brian S. Behar |
| Florida Bar Number 175460 | Florida Bar Number 727131 |
| 225 Water Street, Suite 1800 | 2999 N.E. 191st Street, Fifth Floor |
| Jacksonville, Florida 32202 | Aventura, Florida 33180 |
| (904) 359-7700 | (305) 931-3771 |
| (904) 359-7708 (facsimile) | (305) 931-3774 (facsimile) |
| Attorneys for the Reorganized Debtors | Attorneys for Julie Becker |