UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Reorganized Debtors.[1] | ) Jointly Administered |
| | ) |

**AGREED ORDER RESOLVING CLAIM NUMBER 6808 FILED BY
440 GROUP, LTD. AND ASSIGNED TO LCH OPPORTUNITIES, LLC**

This cause is before the court upon (i) the Thirteenth Omnibus Objection to Claims (the "Objection") filed at Docket No. 8425 by Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates as it pertains to Claim No. 6808 filed by the 440 Group, Ltd. (the "440 Group") and (ii) the response to the Objection (the "Response") filed at Docket No. 8967 by the 440 Group. Claim No. 6808 has been transferred to, and is now held by, LCH Opportunities, LLC.

Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Objection (as it pertains to Claim No. 6808) and the Response are resolved as set forth below.

2. Claim No. 6808 is allowed as an unsecured non-priority claim in the reduced amount of $200,750, and shall be treated as a Class 13 Landlord Claim for purposes of

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of such reorganized debtors were closed on March 22, 2007.

distributions under the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors. All other amounts claimed in connection with Claim Number 6808 are disallowed.

3. The Court shall retain jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 23 day of April, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

2

Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| SMITH HULSEY & BUSEY | DLA PIPER RUDNICK GRAY CARY US LLP |
|---|---|
| By /s/ *James H. Post* <br> James H. Post <br> Florida Bar Number 175460 <br> 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> Email: jpost@smithhulsey.com | By /s/ *Vicent J. Roldan* * <br> Vincent J. Roldan <br><br> 1251 Avenue of the Americas <br> New York, New York 10020-1104 <br> (212) 335-4569 <br> (212) 884-8569 (facsimile) <br> Email: vincent.roldan@dlapiper.com <br><br> Counsel for LCH Opportunities, LLC <br><br> * Counsel has authorized his electronic signature. |
| -and- | |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP <br><br> D. J. Baker <br> Rosalie Walker Gray <br> Jane M. Leamy <br> David M. Turetsky <br> Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (212) 735-2000 (facsimile) <br><br> Co-Counsel for Reorganized Debtors | CURE & FRANCIS P.A. <br><br> By /s/ *James O. Cure* * <br> James O. Cure <br><br> 2584 Blue Meadow Drive <br> Temple, Texas 76502 <br> (254) 778-8934 <br> (254) 773-2477 (facsimile) <br> Email: jocure@cureandfrancis.net <br><br> Counsel for 440 Group, Ltd. <br><br> * Counsel has authorized his electronic signature. |

3

1223003-New York Server 7A - MSW