**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

| | |
|---|---|
| **WINN-DIXIE STORES, INC., et al** | Case No.   05-03817-(3F1) |
| **Reorganized Debtors.** | Chapter 11 |
| | Jointly Administered |

_____

**NOTICE OF REQUEST FOR REMOVAL FROM SERVICE LIST**
**AND REQUEST TO STOP ELECTRONIC NOTICE**
(Valerie Marie Gordon)

      **PLEASE TAKE NOTICE that Lawrence "Larry" Dersona as attorney for Valerie Marie Gordon, hereby request that he be removed from any and all service lists by e-mail or otherwise in this matter, and receive no further notices, pleadings, motions, orders, and other documents filed in this proceeding.**

      **Respectfully submitted this 23rd day of April, 2007.**

      **/s/Lawrence "Larry" Dersona**
      **Louisiana Bar Role No. 17280**
      **4420 North Boulevard, Suite 102**
      **Baton Rouge, Louisiana 70806**
      **(225) 336-0961**
      **(225) 336-1981**

## **CERTIFICATE OF SERVICE**

**I hereby certify that on April 23, 2007, I filed this NOTICE OF REQUEST FOR REMOVAL FROM SERVICE LIST AND REQUEST TO STOP ELECTRONIC NOTICE through the CMIECF filing system, which will cause a copy to be served on James H. Post, Esq., Counsel for the Reorganized Debtors, Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202; Matthews Barr, Esq., Counsel for the Post-Effective Date Committee, Milbank, Tweed, Hadley & McCoy, LLP, 1 Chase Manhattan Plaza, New York, New York 1005 and all other parties participating in the CM/ECF System, all served electronically.**