UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 05-03817-3F1 |
| | (*Jointly Administered*) |
| WINN DIXIE STORES, et al. | |
| | CHAPTER 11 |
| Debtors. | |
| _____/ | |

### NOTICE OF WITHDRAWAL OF MOTION (CP #16007)

PLEASE TAKE NOTICE that Carrie Williams and Devon Williams withdraw the Motion (I) for Relief from Bar Date for Filing Claims Arising before Effective Date and Other Administrative Claims, for Section 524 and From Order Confirming Plan of Reorganization and (II) Allow Late Filed Application for Administrative Expense Claim of Reinaldo Perez and Taeme Perallo (CP #16007), inasmuch as this Motion was inadvertently misdocketed as filed on behalf of Carrie Williams and Devon Williams when filed. The Motion was immediately properly filed on behalf of Reinaldo Perez and Taeme Perallo, at CP #16008.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished electronically upon all parties where indicated and via U.S. Regular mail on all parties listed below on the 24th day of April, 2007:

| | |
|---|---|
| James Post, Esquire | Matthew Barr, Esquire |
| Smith Hulsey & Busey | Milbank, Tweed, Hadley & McCloy, LLP |
| 225 Water Street, Suite 1800 | 1 Chase Manhattan Plaza |
| Jacksonville, FL 32201 | New York, NY 10005 |
| Via email: jpost@smithhulsey.com | Via email: mbarr@milbank.com |
| | |
| Cynthia C. Jackson, Esquire | David J. Baker, Esquire |
| Smith Hulsey & Busey | Skadden Arps Slate Meagher & Flom, LLP |
| 225 Water Street, Suite 1800 | Four Times Square |
| Jacksonville, FL 32201 | New York, NY 10036 |
| Via email: cjackson@smithhulsey.com | Via email: djbaker@skadden.com |

1
LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3000 WACHOVIA FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131 • TELEPHONE (305) 358-6363

Firm Clients\5159\5159-1\00267903.WPD.

Case No. 05-03817-3F1

John B. MacDonald, Esquire
Akerman Senterfitt
50 North Laura Street, Suite 2500
Jacksonville, FL 32202

Winn-Dixie Stores, Inc.
5050 Edgewood Street
Jacksonville, FL 32254-3699

Elena L. Escamilla, Esquire/U.S. Trustee
135 W. Central Boulevard, Suite 620
Orlando, FL 32801

 s/ Daniel N. Gonzalez
Daniel N. Gonzalez, Esquire
Fla. Bar No: 0592749
Dgonzalez@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
3000 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221
Attorneys for the Claimants

2
LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3000 WACHOVIA FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363

Firm Clients\5159\5159-1\00267903.WPD.