## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

### AGREED ORDER RESOLVING CLAIM NUMBERS 12050 AND 12051 FILED BY ROBERTSDALE DEVELOPMENT, LLC (STORE NO. 1345)

This cause originally came before the Court on the Debtors' Twenty-Sixth Omnibus Objection to Claims Arising from Unexpired Leases of Non-Residential Real Property (I) That Have Been Assumed, (II) That Have Been Assumed and Assigned, or (III) That Are the Subject of Lease Termination Agreements (Docket No. 12281) (the "Objection"). The Court entered an Order (Docket No. 12908) and an Order correcting the Docket No. 12908 Order (Docket No. 13344) sustaining the Objection as to the proofs of claims listed on the exhibits to the Orders. Included among the several proofs of claim listed on Exhibit B of the Orders were claim numbers 12050 and 12051 filed by Robertsdale Development, LLC ("Robertsdale"). The Orders reclassified claim numbers 12050 and 12051 to administrative priority in amounts to be determined by subsequent orders. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1.     Claim number 12050 filed by Robertsdale with respect to Store No. 1345 is disallowed.

2.      Claim number 12051 filed by Robertsdale with respect to Store No. 1345 is allowed as an administrative claim in the amount of $4,087.03, which Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Reorganized Debtors") have paid in full.

3.      This Agreed Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims filed by Robertsdale in these Chapter 11 cases and (ii) all other pre-petition or pre-effective date claims Robertsdale has or may have against the Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

4.      This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 25 24 day of April, 2007, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00563531

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| ANDERS, BOYETT & BRADY, P.C. | SMITH HULSEY & BUSEY |
| | |
| By   *s/ David A. Boyett, III**   | By   *s/ Cynthia C. Jackson*   |
| David A. Boyett, III | Cynthia C. Jackson, F.B.N. 498882 |
| | |
| One Maison, Suite 203 | 225 Water Street, Suite 1800 |
| 3800 Airport Boulevard | Jacksonville, Florida 32202 |
| Mobile, Alabama 36608 | (904) 359-7700 |
| (251) 344-0880 | (904) 359-7708 (facsimile) |
| (251) 344-3708 (facsimile) | cjackson@smithhulsey.com |
| dboyett@abblawfirm.com | |
| | |
| Counsel for Robertsdale Development, LLC | Co-Counsel for Reorganized Debtors |

*Counsel has authorized their electronic signature.

00563531