UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Reorganized Debtors.[1] | Jointly Administered |

AGREED ORDER RESOLVING CLAIM FILED BY ECAST
SETTLEMENT CORPORATION, SUCCESSOR TO AMERICAN
EXPRESS CENTURION BANK, AS SET FORTH IN THE DEBTORS'
NINTH OMNIBUS CLAIMS OBJECTION

These cases originally came before the Court for hearing upon the Ninth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors").[2] Included among the several proofs of claim that were the subject of the Objection was claim number 6203 filed by eCAST Settlement Corporation, successor to American Express Centurion Bank ("eCAST"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim no. 6203 filed by eCAST in the amount of $3,133.77 is disallowed in its entirety.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of such reorganized debtors were closed on March 22, 2007.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

2. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 24 day of April, 2007 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

2

Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY

By /s/ James H. Post
James H. Post

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

-and-

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Co-Counsel for Reorganized Debtors

BECKET & LEE LLP

By /s/ Natalie M. McGhee*
Natalie M. McGhee

16 General Warren Blvd.
P.O. Box 3001
Malvern, PA 19355
(610) 644-7800
(610) 993-8493

Counsel for eCAST Settlement Corporation, successor to American Express Centurion Bank

*Counsel has authorized her electronic signature