UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al. | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARINGS
TO BE HELD ON APRIL 26, 2007**

Winn-Dixie Stores, Inc. and its affiliates (collectively, the "Reorganized Debtors"), submits the following agenda of matters to be heard on April 26, 2007 at 1:30 p.m.:

**Uncontested Matters**

1.  *Amended Motion for Order Directing Clerks of Court and Recorders of Mortgages in Louisiana Parishes to Revise Public Records of to Reflect the Cancellation of Liens in Connection with Consummation of Plan (Docket No. 15851)*

Objection Deadline:  April 16, 2007.

Objections:  None.

Status:  The Reorganized Debtors will proceed with the hearing on the Motion.

2.  *Motion for Order Voiding Tax Deed (Docket No. 15875)*

Objection Deadline:  April 16, 2007.

Objections:  None.

Status:  The Reorganized Debtors will proceed with the hearing on the Motion.

Dated:  April 25, 2007

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By    *s/ D. J. Baker*                          By    *s/ Cynthia C. Jackson*
       D. J. Baker                                    Stephen D. Busey
       Sally McDonald Henry                           James H. Post
       Rosalie Walker Gray                            Cynthia C. Jackson

Four Times Square                         Florida Bar Number 498882
New York, New York 10036                  225 Water Street, Suite 1800
(212) 735-3000                            Jacksonville, Florida 32202
(212) 735-2000 (facsimile)                (904) 359-7700
djbaker@skadden.com                       (904) 359-7708 (facsimile)
                                          cjackson@smithhulsey.com

Co-Counsel for Reorganized Debtors        Co-Counsel for Reorganized Debtors
00563276