UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

Winn-Dixie Stores, Inc., et al.,

Reorganized Debtor

Case No.: 05-03817-3F1
Chapter 11
Jointly Administered

## NOTICE WITHDRAWING MOTION

(RE: Amended Motion for Relief from Stay / Docket No.: 15836)(Movant: Vickie Collins)

**COMES NOW**, the Movant, Vickie Collins, by and through her undersigned attorney, and Files this as her Notice Withdrawing their Amended Motion for Relief from Stay (Docket No.: 15836).

**I hereby certify** that a true and correct copy of the foregoing was served via U.S. Mail, upon the Debtor, and via CM/ECF electronic notification upon the Debtor's attorney, the U.S. Trustee, and Counsel to the Creditors' Committee, on this the _25_ day of _April_, 200 _7_.

| Counsel for the Debtor | Counsel for the Debtor: |
|---|---|
| D. Jan Baker, Rosalie Walker Gray, | Stephen D. Busey, James H. Post, |
| & Adam S. Ravin, Esq.'s | & Cynthia C. Jackson, Esq.'s |
| Skadden, Arps, Slate, Meagher & Flom | Smith, Hulsey & Busey |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, NY 10036 | Jacksonville, FL 32202 |

| Debtor | Counsel To The Creditors' Committee | US Trustee |
|---|---|---|
| Winn-Dixie Stores, Inc. | Dennis Dunne, Esq. | United States Trustee–JAX, 11 |
| 5050 Edgewood Court | Millbank, Tweed, Handley & McCloy LLP | 135 W Central Blvd, #620 |
| Jacksonville, FL 32254 | 1 Chase Manhattan Plaza | Orlando, Fl 32801 |
| | New York, NY 10005-1413 | |

**THE LAW OFFICES OF ABLE AND HALLERAN**
1920 East Hallandale Beach Boulevard, Suite 803
Hallandale Beach, Florida 33009
954.458.7600 / Fax 954.458.7777

**Andrew S. Bresalier, Esquire**
Fl Bar: 493279 / Email: asblawyer@yahoo.com