UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

Winn-Dixie Stores, Inc., et al.,

    Reorganized Debtor

Case No.: 05-03817-3F1
Chapter 11
Jointly Administered

## NOTICE OF WITHDRAWAL FROM CASE AND TO STOP ELECTRONIC NOTICES

**COMES NOW**, the Movant, Vickie Collins, by and through her undersigned attorney, and Files this as her Notice of Withdrawal from Case and to Stop Electronic Notices, and would say unto the Court that with the Withdrawal of her Amended Motion for Relief from Stay, there is no on going need to receive Electronic Noticing in this matter.

**I hereby certify** that a true and correct copy of the foregoing was served via U.S. Mail, upon the Debtor, and via CM/ECF electronic notification upon the Debtor's attorney, the U.S. Trustee, and Counsel to the Creditors' Committee, on this the 25th day of April, 2007.

| Counsel for the Debtor | Counsel for the Debtor: |
|---|---|
| D. Jan Baker, Rosalie Walker Gray, & Adam S. Ravin, Esq.'s | Stephen D. Busey, James H. Post, & Cynthia C. Jackson, Esq.'s |
| Skadden, Arps, Slate, Meagher & Flom | Smith, Hulsey & Busey |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, NY 10036 | Jacksonville, FL 32202 |

| Debtor | Counsel To The Creditors' Committee | US Trustee |
|---|---|---|
| Winn-Dixie Stores, Inc. | Dennis Dunne, Esq. | United States Trustee–JAX, 11 |
| 5050 Edgewood Court | Millbank, Tweed, Handley & McCloy LLP | 135 W Central Blvd, #620 |
| Jacksonville, FL 32254 | 1 Chase Manhattan Plaza | Orlando, Fl 32801 |
| | New York, NY 10005-1413 | |

**THE LAW OFFICES OF ABLE AND HALLERAN**
1920 East Hallandale Beach Boulevard, Suite 803
Hallandale Beach, Florida 33009
954.458.7600 / Fax 954.458.7777

Andrew S. Bresalier, Esquire
Fl Bar: 493279 / Email: asblawyer@yahoo.com