**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |
| | ) | |

**STIPULATION TO FURTHER CONTINUE HEARING**
**ON MOTION FOR RELIEF FROM STAY FILED BY**
**SES GROUP MIAMI SPRINGS, LTD.**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the " Reorganized Debtors") and SES Group Miami Springs, Ltd. ("SES") stipulate and agree to (i) the continuance and rescheduling of the hearing on the Motion for Relief from Stay filed by SES (the "Motion") (Docket No.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.  With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

6189) until on or after July 9, 2007, and (ii) the continuation of the automatic stay in effect pending the conclusion of such hearing and determination of the Motion.

Dated: April 25, 2007.

| STUTSMAN, THAMES & MARKEY, P.A. | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ Bradley R. Markey**<br>     Richard R. Thames<br>     Bradley R. Markey | By  *s/ Cynthia C. Jackson*<br>     Cynthia C. Jackson |
| Florida Bar Number 0718459<br>Florida Bar Number 0984213<br>50 North Laura Street, Suite 1600<br>Jacksonville, Florida  32202<br>(904) 358-4000<br>(904) 358-4001<br>brm@stmlaw.net | Florida Bar Number 498882<br>225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Attorneys for SES Group Miami Springs, Ltd.<br><br>*Counsel has authorized his electronic signature. | -and-<br><br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>D. J. Baker<br>Sally McDonald Henry<br>Rosalie Walker Gray<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>rgray@skadden.com<br><br>Attorneys for the Reorganized Debtors |

552276