UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Main Case No: 3-05-BK-3817 |
| | ) | Case No: 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors | ) | Jointly Administered |
| | ) | |

**NOTICE OF WITHDRAWAL AND REQUEST TO STOP
ELECTRONIC NOTICE**

Comes Now, GLORIA SEIDULE, ESQUIRE, Attorney for REGINA BYRD, ("Applicant") and files this her Notice of Withdrawal and Request to Stop Electronic Notice and states:

1. The Petition for Administrative Claim filed on behalf of the Applicant, Regina Byrd, has been resolved and the matter finalized as outlined in the Agreed Order Resolving the Administrative Claim Filed by Regina Byrd, signed by The Honorable Jerry A. Funk, United States Bankruptcy Judge on March 29, 2007.

2. Based on the foregoing, Gloria Seidule, attorney for Applicant, Regina Byrd, files her Notice of Withdrawal as counsel for Applicant, Regina Byrd, and Request to Stop Electronic Notice.

Respectfully submitted,    **/s/ Gloria Seidule**
Gloria Seidule, Esquire
Florida Bar No: 716960
Seidule & Webber
A Partnership of P.A.s
729 S. Federal Highway, Suite 210
Stuart, Florida 34994
(772) 287-1220
(772)287-5880 Facsimile
gloria@verdictfortheinjured.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U. S. Mail to D. J. Baker, Sally, McDonald Henry, Rosalie Walker Gray, Adam S. Ravin, Skadden, Arps, Slate, Meagher & Flom, LLP,, Co-Counsel for Re-organized Debtor, Four Times Square, New York, New York 10036 and Stephen D. Busey, James H. Post, Cynthia C. Jackson, Leanne Prendergast, Smith Hulsey & Busey, Co-Counsel for Re-organized Debtor, 225 Walter Street, Suite 1800, Jacksonville, Florida 32202, this _____ day of April, 2007.

**/s/ Gloria Seidule**
Gloria Seidule.

/mar