# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE OF WITHDRAWAL OF
## NOTICE OF FILING THE RESPONSE OF
## JENNER & BLOCK LLP TO FEE EXAMINER'S FINAL
## AUDIT REPORT FOR THIRD INTERIM AND FINAL FEE APPLICATION

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, give notice of the withdrawal of the Notice of Filing the Response of Jenner & Block LLP to Fee Examiner's Final Audit Report for Third Interim and Final Fee Application (Docket No. 16068).

Dated: April 26, 2007

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| | |
| By  *s/ D. J. Baker*<br>      D. J. Baker<br>      Sally McDonald Henry<br>      Rosalie Walker Gray | By  *s/ Cynthia C. Jackson*<br>      Stephen D. Busey<br>      James H. Post<br>      Cynthia C. Jackson (FBN 498882) |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

564982