UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| Reorganized Debtors. ) | Jointly Administered |
| _____ ) | |

## ORDER VOIDING TAX SALE

These cases came before the Court for hearing on April 26, 2007 upon the motion (Docket No. 15875) of Winn-Dixie Stores, Inc. and its affiliates (collectively, the "Reorganized Debtors") for an order voiding the tax sale and a tax deed (the "Motion"). Upon consideration, it is

ORDERED AND ADJUDGED:

1. The Motion is granted.

2. The Tax Deed issued by the Parish on June 21, 2006 for the Baton Rouge Store to Mooring Tax Asset Group V, LLC and recorded in the Official Records of East Baton Rouge Parish, Louisiana, as original 288, bundle 11851 is null and void and the tax sale and Tax Deed are set aside *ab initio*.

3. The Parish and the Clerk of Court of East Baton Rouge Parish are authorized and directed to cancel the Tax Deed and to revise the records of East Baton Rouge Parish, including the Conveyance Records to so reflect that the tax sale and Tax Deed to Mooring are null and void.

Dated this 26 day of April, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.