UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Reorganized Debtors.[1] | ) Jointly Administered |
| | ) |

AGREED ORDER RESOLVING CLAIM NUMBER 6808 FILED BY
440 GROUP, LTD. AND ASSIGNED TO LCH OPPORTUNITIES, LLC

This cause is before the court upon (i) the Thirteenth Omnibus Objection to Claims (the "Objection") filed at Docket No. 8425 by Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates as it pertains to Claim No. 6808 filed by the 440 Group, Ltd. (the "440 Group") and (ii) the response to the Objection (the "Response") filed at Docket No. 8967 by the 440 Group. Claim No. 6808 has been transferred to, and is now held by, LCH Opportunities, LLC.

Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1.    The Objection (as it pertains to Claim No. 6808) and the Response are resolved as set forth below.

2.    Claim No. 6808 is allowed as an unsecured non-priority claim in the reduced amount of $200,750, and shall be treated as a Class 13 Landlord Claim for purposes of

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of such reorganized debtors were closed on March 22, 2007.

distributions under the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated

Debtors. All other amounts claimed in connection with Claim Number 6808 are disallowed.

        3.     The Court shall retain jurisdiction to resolve any disputes arising from this

Agreed Order.

Dated this 23 day of April , 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.


SMITH HULSEY & BUSEY                      DLA PIPER RUDNICK GRAY CARY US LLP


By /s/ James H. Post                     By /s/ Vicent J. Roldan *
     James H. Post                              Vincent J. Roldan
     Florida Bar Number 175460
225 Water Street, Suite 1800             1251 Avenue of the Americas
Jacksonville, Florida 32202              New York, New York 10020-1104
(904) 359-7700                           (212) 335-4569
(904) 359-7708 (facsimile)               (212) 884-8569 (facsimile)
Email: jpost@smithhulsey.com             Email: vincent.roldan@dlapiper.com

                                         Counsel for LCH Opportunities, LLC

-and-
                                         * Counsel has authorized his electronic signature.


SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP                               CURE & FRANCIS P.A.

D. J. Baker                              By /s/ James O. Cure *
Rosalie Walker Gray                            James O. Cure
Jane M. Leamy
David M. Turetsky                        2584 Blue Meadow Drive
Four Times Square                        Temple, Texas 76502
New York, New York 10036                 (254) 778-8934
(212) 735-3000                           (254) 773-2477 (facsimile)
(212) 735-2000 (facsimile)               Email: jocure@cureandfrancis.net

Co-Counsel for Reorganized Debtors       Counsel for 440 Group, Ltd.

                                         * Counsel has authorized his electronic signature.

1223003-New York Server 7A - MSW

**BAE SYSTEMS**

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: pcathy            Page 1 of 1              Date Rcvd: Apr 24, 2007
Case: 05-03817                Form ID: pdfdocLR       Total Served: 1
```

```
The following entities were served by first class mail on Apr 26, 2007.
aty          +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
              Jacksonville, FL 32202-4494
```

```
The following entities were served by electronic transmission.
NONE.                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 26, 2007**                          **Signature:**  _Joseph Speetjens_