UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.    05-03817-3FI |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors | ) | Jointly Administered |

**RESPONSE AND OPPOSITION TO DEBTOR'S OMNIBUS OBJECTION TO ALLEGED IMPROPERLY FILED PROOFS OF CLAIM BY CATHERINE WATSON**

Claimant, CATHERINE WATSON, by and through undersigned counsel, pursuant to Debtor's Omnibus Objection to Improperly Filed Proofs of Claim, files her response and opposition thereto and shows:

1. Claimant is in a personal injury action against Debtor as a result of a fall at a store of Debtor's in Escambia County, Florida.

2. Debtor filed a Motion to Stay that action which was stayed pursuant to this bankruptcy action.

3. Claimant has filed a Motion (1) for Relief from Bar Date for Filing Claims Arising Before Effective Date and Other Administrative Claims, from Section 524 and from Order Confirming Plan of Reorganization and (Ii) to Allow Late Filed Application for Administrative Expense Claim of Catherine Watson (Post-petition Personal Injury Claim); and an Application for Allowance of administrative Claim for Certain Post-Petition Personal Injury Claimant which are incorporated herein by reference.

4. Debtor's relief requested should be denied.

WHEREFORE, Claimant, CATHERINE WATSON, respectfully requests that this Court deny the relief requested by Debtor and grant such other relief as just and proper.

* * * * *

I HEREBY CERTIFY that a copy of the foregoing was served on **David L. Gay, Esq.,** Smith Hulsey & Busey, 225 Water Street, Ste. 1800, Jacksonville, FL 32202 via facsimile to (904) 359-7708; and to **Matthew Barr, Esq.,** Milbank, Tweed, Hadley and McCloy, LLP, 1 Chase Manhattan Plaza, New York, NY 10006 and **Robert C. Palmer, III, Esq.,** Shell, Fleming, Davis & Menge, 226 Palafox Place, Ninth Floor, Pensacola, FL 32591, via regular U.S. Mail and has been filed with the Court via the court's electronic filing procedures this 26th day of April, 2007.

S/Daniel Stewart

_____
DANIEL STEWART
Florida Bar Number 319392
*Dan Stewart, P.A.*
4519 Highway 90
Pace, Florida 32571-2043
Phone 850/994-4887
Fax 850/994-4541
Attorney for the Claimant