## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| **In re:** | **Case No. 05-03817-3F1** |
| **Winn-Dixie Stores, Inc., et al.,** | **Chapter 11** |
| **Reorganized Debtors.** _____/ | **Jointly Administered** |

### APPLICATION AND REQUEST FOR PAYMENT OF CLAIM

COME NOW YVETTE RODRIGUEZ (hereinafter referred to as "Applicant" or "Claimant"), by and through the undersigned attorney, hereby files this Application and Request for Payment of Claim and seeks administrative expense status for Applicant's claim against one or more of the Debtors, pursuant to 11 U.S.C. §503(b). Applicant requests the entry of an order allowing the administrative expenses described below and directing the payment of such amount pursuant to Order Confirming the Joint Plan of Reorganization of Winn-Dixie Store, Inc. and Affiliated Debtors (hereinafter referred to as the "Confirmation Order") and the provisions of the Plan as confirmed. In support of the Application, Applicant states as follows:

### JURISDICTION AND VENUE

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. § 157(b)(2).

### FACTUAL BACKGROUND

2. Winn-Dixie Stores, Inc., et al. (hereinafter referred to as the "Debtors") filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on or about February 21, 2005 (hereinafter referred to as the "Petition Date").

3. After the Petition Date, and on or about October 2, 2006, Applicant, Yvette Rodriguez, was injured at the Winn-Dixie Store #637. As a result of that incident,

Yvette Rodriguez severely injured her right knee and had to undergo a surgical procedure to repair a medial meniscus tear of her right knee.

### APPLICANT'S CLAIM IS ENTITLED TO ADMINSTRATIVE EXPENSE STATUS

4. Applicant's claim is a contingent and unliquidated personal injury claim.

5. Section 503(b) of the Bankruptcy Code provides for the allowance of administrative expense status, and its attendant priority for payment, for the "actual, necessary costs and expenses of preserving the estate...." 11 U.S.C. § 503(b). It is well established that personal injury claims arising from a post-petition tort committed by the debtor are entitled to administrative expense status. *See,* Reading Co. v. Brown, 391 U.S. 471, 485 (*post-petition fire damages resulting from trustee's negligence were entitled to administrative expense status*); *see also,* In re Piper Aircraft Corp., 169 B.R. 766 (Bankr. S.D.Fla.1994).

6. In this instance, Applicant's claim arose as a result of the business operation of one or more of the Debtors after the Petition Date but prior to the Confirmation Order. As such, Applicant's claim is entitled to administrative expense status under 11 U.S.C § 503(b) and Applicant seeks the entry of an order awarding such status.

### APPLICANT FURTHER NOTICE

Applicant requests that all future pleadings and notices regarding or affecting Applicant's claim be served upon:

Camille J. Iurillo, Esquire
Iurillo & Associates, P.A.
600 First Avenue North, Suite 308
St. Petersburg, FL 33701

WHEREFORE, based upon the foregoing, Applicant requests that the Court enter an order granting the relief requested herein and such other relief as it deems just and proper.

Dated this 27 day of April, 2007.

Respectfully Submitted,

IURILLO & ASSOCIATES, P.A.

/s/ Camille J. Iurillo
CAMILLE J. IURILLO, ESQUIRE
Fla. Bar No. 902225
Sterling Square
600 1st Avenue North, Suite 308
St. Petersburg, FL 33701
ciurillo@iurillolaw.com
(727) 895-8050 telephone
(727) 895-8057 facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27 day of April, 2007, a true and correct copy of the foregoing has been sent via Facsimile and the United States Postal Service to: **Stephen D. Busey, Esquire**, and **James H. Post, Esquire**, Smith, Hulsey & Busey 225 Water Street, Suite 1800, Jacksonville, Florida 32202, **Facsimile: 904-359-7708**; and **Matthew Barr, Esquire**, Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, New York 10005, **Facsimile: 212-822-5194**.

IURILLO & ASSOCIATES, P.A.

/s/ Camille J. Iurillo
CAMILLE J. IURILLO, ESQUIRE
Fla. Bar No. 902225
Sterling Square
600 1st Avenue North, Suite 308
St. Petersburg, FL 33701
ciurillo@iurillolaw.com
(727) 895-8050 telephone
(727) 895-8057 facsimile