IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.: 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., | ) | Chapter 11 |
| et al., | ) | |
| | ) | |
|     Reorganized Debtors | ) | Jointly Administered |
| | ) | |

## AFFIDAVIT OF LEO D. GOMEZ IN SUPPORT OF MOTION TO ENLARGE TIME TO FILE ADMINISTRATIVE CLAIM REQUEST

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

    BEFORE ME, the undersigned authority, personally appeared Leo D. Gomez, Esquire ("Affiant"), who, after being duly sworn, deposes and says:

1. Affiant is over eighteen years of age and has personal knowledge of the matters set forth herein.

2. Affiant is an attorney with Fiol, Gomez & Blackburn, P.A. located at 1515 North Marion Avenue, 1st Floor, Tampa, Florida 33602.

3. Affiant is a licensed member and in good standing with the Florida Bar.

4. Affiant's primary area of practice is personal injury law. Affiant has been practicing law for over 20 years.

5. Affiant has been retained to represent Yvette Rodriguez in her claim for damages against the Winn-Dixie Supermarket, resulting from a slip and fall that occurred on its business premises on October 2, 2006. As a result of said slip and fall, Ms. Rodriguez injured her knee and underwent a surgical procedure for the same.

6. Based upon Affiant's education, training and experience in handling similar personal injury claims, Affiant is of the opinion that the subject personal injury case has substantial value and a reasonable possibility of success on the merits.

7. On December 11, 2006, Affiant provided Winn-Dixie with notice of Ms. Rodriguez's claim via certified mail, return receipt requested, # 7005 0390 0000 0912 7023. Certified notice of the subject claim was received and accepted by Winn-Dixie on December 12, 2006.



8. On January 26, 2007, Affiant provided Sedgwick Claims Management Services, Inc. with notice of Ms. Rodriguez's claim via facsimile correspondence.

9. On March 21, 2007, Affiant mailed a second notification and request for insurance policy information to Sedgwick Claims Management Services, Inc.

10. Affiant received a letter from Sedgwick Claims Management Services, Inc., dated March 30, 2007, after the bar date had passed, wherein Affiant was advised for the first time of Winn-Dixie's bankruptcy and of the January 5, 2007 claims bar date.

11. At no point prior to the claims bar date did the Debtor provide Affiant with any notice of the bankruptcy or of the claims bar date, despite the notice of the subject claim that Affiant provided to the Debtor on December 11, 2006.

12. In a good faith attempt to immediately file the subject administrative claim, an Application and Request for Payment of Claim to Debtor's Counsel and the Court was faxed and mailed on April 27, 2007.

13. The Debtor, Winn-Dixie, will not suffer unfair prejudice by the late filing of this claim, as it has been aware and on notice of Ms. Rodriguez's claim since at least December 12, 2006, when the first notice of the claim that Affiant sent to the Debtor was received.

14. Furthermore, the delay in filing this claim was beyond Ms. Rodriguez's control.

15. Affiant has reviewed the facts set forth in the Motion to Enlarge Time to File Administrative Claim Request, and certifies that all facts as stated therein are true and correct.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Leo D. Gomez, Esquire

Sworn to and subscribed before
Me this 26th day of April,
2007, in the State and County
Last aforesaid.

_____
Notary Signature
Martin Vargas
Notary Name (type or print)
My Commission Expires: 12-28-10

