IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.: 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., | ) | Chapter 11 |
| et al., | ) | |
| | ) | |
| Reorganized Debtors | ) | Jointly Administered |
| | ) | |

### AFFIDAVIT OF YVETTE RODRIGUEZ IN SUPPORT OF MOTION TO ENLARGE TIME TO FILE ADMINISTRATIVE CLAIM REQUEST

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

BEFORE ME, the undersigned authority, personally appeared Yvette Rodriguez ("Affiant") who, after being duly sworn, deposes and says:

1. Affiant is over eighteen years of age and has personal knowledge of the matters set forth herein.

2. Affiant's current address is 7803 Tidewater Trail, Tampa, FL 33687.

3. On October 2, 2006, Affiant was involved in a slip and fall on the business premises of the Winn-Dixie Supermarket at 7851 Palm River Road, Tampa, FL 33619. Immediately following the incident, on October 2, 2006, Affiant filled out an Incident Report and submitted it to the Winn-Dixie Supermarket. Affiant did not receive a copy of this Incident Report.

4. As a result of the slip and fall, Affiant injured her knee and underwent a surgical procedure on February 27, 2007 to repair a medial meniscus tear of her right knee, which was performed by Frederick J. McClimans, D.O.

5. On October 3, 2006, Affiant first visited the law firm of Fiol, Gomez & Blackburn, P.A. Thereafter, Affiant retained the law firm of Fiol, Gomez & Blackburn, P.A. to represent her in her claim for damages against the Winn-Dixie Supermarket with respect to the above-mentioned slip and fall.

6. At no time did Affiant receive notice of the bankruptcy or notice of the claims bar date.



EXHIBIT B

7. Affiant has reviewed the facts set forth in the Motion to Enlarge Time to File Administrative Claim Request, and certifies that all facts as stated therein are true and correct.

FURTHER AFFIANT SAYETH NAUGHT.

*Yvette Rodriguez*

Sworn to and subscribed before
Me this 25 day of April,
2007, in the State and County
Last aforesaid.

Notary Signature *Melanie Parker*
Notary Name (type or print) *Melanie Parker*
My Commission Expires: 5-29-10



MELANIE PARKER
Notary Public, State of Florida
Commission# DD557120
My comm. expires May 29, 2010

2