

**Fiol, Gomez & Blackburn, P.A.**
Attorneys at Law

1515 North Marion Street
1st Floor
Tampa, Florida 33602

Alejandro Fiol †
Leo D. Gomez **
Catherine E. Blackburn *

† admitted in New York
\* admitted in Ohio
\*\* certified mediator

December 11, 2006

VIA CERTIFIED MAIL 7005 0390 0000 0912 7023

**COPY**

Winn-Dixie
7851 Palm River Rd.
Tampa, FL 33619

Attention: RISK MANAGEMENT

RE:  Our Client:  Yvette Rodriguez
     Date/Loss:   10/02/06

To Whom It May Concern:

This firm has been retained to represent the above client in a claim for damages against your company resulting from an accident that occurred on the above-captioned date.

If you carry liability insurance, your insurance company should be contacted concerning this accident. LACK OF NOTIFICATION TO YOUR INSURANCE COMPANY MAY RESULT IN PREJUDICE. We would appreciate your completing and returning the attached Information Sheet immediately so that we may communicate directly with your insurance company thereby avoiding any prejudice or inconvenience to you.

Sincerely yours,

Leo D. Gomez
LDG/mv/kh

Enclosure

SIGNED IN ABSENCE TO
AVOID MAIL DELAY


EXHIBIT C

Phone: (813) 223-6773
Fax: (813) 223-7702
www.AdvocatesForYou.com

December 11, 2006
Page Two.

## INFORMATION SHEET

**Our Client:**
**Date/Accident:**

1. Name and address of insurance company:

_____

2. Bodily Injury Liability Limits:

_____

3. Name of Insured:

_____

4. Your Policy Number:

_____

5. Effective Dates of Policy:

_____

6. Your Complete Name:

_____

Thank you for the information.

AF/mv

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Winn Dixie
7851 Palm River Rd.
Tampa, FL. 33619

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7005 0390 0000 0912 7023

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

7005 0390 0000 0912 7023

Postage    $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees    $

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

Postmark Here

PS Form 3800, June 2002    See Reverse for Instructions