```
************ -COMM. JOURNAL- ******************* DATE JAN-26- 7 ***** TIME 12:06 ********

     MODE = MEMORY TRANSMISSION           START=JAN-26 12:05    END=JAN-26 12:06

         FILE NO.=399

STN   COMM.   STATION NAME/EMAIL ADDRESS/TELEPHONE NO.    PAGES      DURATION
NO.

001    OK     ¤19044195365                                001/001    00:00:27


***** KM-F1060 ********************** -         - ***** -                 - *********
```

COPY



Fiol, Gomez & Blackburn, P.A.
Attorneys at Law

1515 North Marion Street
1st Floor
Tampa, Florida 33602

Alejandro Fiol †
Leo D. Gomez **
Catherine E. Blackburn *

† admitted in New York
* admitted in Ohio
** certified mediator

January 26, 2007
VIA FACSIMILE 904-419-5365

Ms. Amilia Davis
Sedgwick Claims Management Services, Inc.
P.O. Box 24787
Jacksonville, Florida 32241

Re:   Our Client:        Yvette Rodriguez
      Your Insured:      Winn Dixie
      Your Claim Number: A611209244
      Date of Loss:      October 2, 2006

Dear Ms. Davis:

This firm has been retained to represent the above-referenced client in a claim for damages against your insured resulting from an accident, which occurred on the above date. Please furnish us with copies of any statements that you have obtained from our client concerning this accident. You are required by law to furnish said copies.

Pursuant to Section 627.4137 of the Florida Statutes, please provide the undersigned with the following information with regard to each known policy of insurance, including excess or umbrella coverage, which may provide liability insurance coverage for this claim.

1. Name of the insurer(s);
2. Certified copy of limits of liability coverage:
   a. for personal injury,
   b. medical expenses.
3. A statement of any policy or coverage defense which your company reasonably believes is available; and
4. Certified copy of any and all policies.

The requested information must be provided within thirty (30) days from the date of this letter and must include a statement under oath by a corporate officer.

Sincerely,

Leo D. Gomez
LDG/mv

SIGNED IN ABSENCE TO
AVOID MAIL DELAY

EXHIBIT D

Phone: (813) 223-6773
Fax: (813) 223-7702
www.AdvocatesForYou.com



Fiol, Gomez & Blackburn, P.A.
Attorneys at Law

1515 North Marion Street
1st Floor
Tampa, Florida 33602

Alejandro Fiol †
Leo D. Gomez **
Catherine E. Blackburn *

† admitted in New York
\* admitted in Ohio
\*\* certified mediator

January 26, 2007
VIA FACSIMILE 904-419-5365

Ms. Amilia Davis
Sedgwick Claims Management Services, Inc.
P.O. Box 24787
Jacksonville, Florida 32241

Re:  Our Client:          Yvette Rodriguez
     Your Insured:        Winn Dixie
     Your Claim Number:   A611209244
     Date of Loss:        October 2, 2006

Dear Ms. Davis:

This firm has been retained to represent the above-referenced clients in a claim for damages against your insured resulting from an accident, which occurred on the above date. Please furnish us with copies of any statements that you have obtained from our client concerning this accident. You are required by law to furnish said copies.

Pursuant to Section 627.4137 of the Florida Statutes, please provide the undersigned with the following information with regard to each known policy of insurance, including excess or umbrella coverage, which may provide liability insurance coverage for this claim.

1. Name of the insurer(s);
2. Certified copy of limits of liability coverage:
   a. for personal injury,
   b. medical expenses,
3. A statement of any policy or coverage defense which your company reasonably believes is available; and
4. Certified copy of any and all policies.

The requested information must be provided within thirty (30) days from the date of this letter and must include a statement under oath by a corporate officer.

Sincerely,

Leo D. Gomez
LDG/mv

SIGNED IN ABSENCE TO
AVOID MAIL DELAY

Phone: (813) 223-6773
Fax: (813) 223-7702
www.AdvocatesForYou.com