

**Sedgwick**

Sedgwick Claims Management Services Inc
P.O. Box 24787,  Jacksonville, FL 32241-4787
Telephone: (888)784-3470 Facsimile: (904)419-5365

March 30, 2007

Leo D. Gomez
Fiol, Gomez & Blackburn, P.A.
1515 North Marion Ave.
1st Floor
Tampa, Florida 33602

RE: Claimant: Yvette Rodriguez
    Claim Number: A611209244-0001-01
    Date of Injury: 10/02/2006
    Location:       Tampa, FL 33619        Winn Dixie #:

Dear Mr. Gomez:

We acknowledge receipt of your letter representing Ms. Rodriguez.

Winn-Dixie emerged from bankruptcy on 11/21/06. All claims that Winn-Dixie Stores, Inc. were aware of that occurred between 02/22/05 and 11/21/06 were mailed a notice. Some specific groups of claimants were excluded, for example, third party claims where Winn-Dixie is indemnified or has no liability.

This notice stated that all requests for payment of an Administrative Claim or any Claim arising against the Debtors in this period must file an application with the Bankruptcy Court no later than January 5, 2007. Winn-Dixie also put advertisements in national and regional newspapers to notify claimants who had yet to notify us of their claim.

The deadline for filing your administrative expense claim has expired so we are unable to consider this claim. If you have any questions, please consult with a bankruptcy attorney.

Sincerely,

*Rebecca Peters*

Rebecca Peters
Claims Examiner II

EXHIBIT F