

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
April 26, 2007
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Amended Motion for Order Directing Clerks of Court and Reorders of Mortgages in Louisiana Parishes to Revise Public Records to Reflect the Cancellation of Liens in Connection with Consummation of Plan Filed by Debtors' (15851)

**APPEARANCES:**
US TRUSTEE:
UNSEC. CRED:

ELENA ESCAMILLA
JOHN B. MACDONALD/PATRICK PATANGAN
MATTHEW S. BARR

RULING: Granted
Ord/Segned