**[3902a]** [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                    Case No. 3:05−bk−03817−JAF
                                                                          Chapter 11

Winn−Dixie Stores, Inc

_____ Debtor(s) _____ /

NOTICE OF RESCHEDULED HEARING

    NOTICE IS GIVEN that a hearing (Final) on Motion for Relief from Stay filed by SES Group Miami Springs, Ltd. is rescheduled to July 30, 2007 at 1:30 p.m. in 4th Floor Courtroom D , 300 North Hogan Street, Jacksonville Florida.

Dated April 27, 2007 .

                            Lee Ann Bennett, Clerk of Court
                            300 North Hogan Street Suite 3−350
                            Jacksonville, FL 32202

Copies furnished to:
Debtors
Attorney for Debtors
Bradley R. Markey, Attorney for Movant
U.S. Trustee
Counsel for Official Committee of Unsecured Creditors