UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| _____) | |

## AGREED ORDER RESOLVING CURE OBJECTION FILED BY BEDFORD AVENUE REALTY, INC. (STORE NO. 336)

This cause came before the Court on the Objection to the Debtor's, Winn-Dixie Stores, Inc., Proposed Cure Amount filed by DBR Asset Management, Inc., as agent for the landlord Bedford Avenue Realty, Inc. (collectively "Bedford") (Docket No. 9566) with respect to Store No. 336 (the "Cure Objection"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objection is overruled.

2. Proof of Claim number 7894 filed by Bedford is allowed as an administrative claim in the amount of $43,110.82, which Winn-Dixie Stores, Inc. and its affiliate debtors (collectively, the "Reorganized Debtors") have paid in full.

3. This Agreed Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims pertaining to Store No. 336 filed by Bedford in these Chapter 11 cases and (ii) all other pre-petition or pre-effective date claims pertaining to Store No. 336 Bedford has or may have against the

Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

4. Post-effective date liabilities and obligations will be handled by the parties in accordance with the applicable lease terms and ordinary course practices.

5. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 26 day of April, 2007, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00554767

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| GLATTER & ASSOCIATES, P.A. | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ Eric S. Glatter* * <br> Eric S. Glatter, F.B.N. 793663 | By  *s/ Cynthia C. Jackson* <br> Cynthia C. Jackson, F.B.N. 498882 |
| 1489 West Palmetto Park Road, Suite 420 <br> Boca Raton, Florida 33486 <br> (561) 391-3369 <br> (561) 391-3786 (facsimile) <br> eric@glatterlaw.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Counsel for DBR Asset Management, Inc., as agent for Bedford Avenue Realty, Inc. | Co-Counsel for Reorganized Debtors |

*Counsel has authorized his electronic signature.

00554767