## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:                             )       Case No.  05-03817-3F1
                                )
WINN-DIXIE STORES, INC., et al.,     )       *Chapter 11*
                                )
Reorganized Debtors.            )       Jointly Administered
_____)

## AGREED ORDER RESOLVING CLAIM NUMBER 10648
## FILED BY SHOPPES OF LIBERTY CITY, LLC (STORE NO. 214)

This cause originally came before the Court on the Debtors' Twenty-Sixth Omnibus Objection to Claims Arising from Unexpired Leases of Non-Residential Real Property (I) That Have Been Assumed, (II) That Have Been Assumed and Assigned, or (III) That Are the Subject of Lease Termination Agreements (Docket No. 12281) (the "Objection"). The Court entered an Order (Docket No. 12908) and an Order correcting the Docket No. 12908 Order (Docket No. 13344) sustaining the Objection as to the proofs of claims listed on the exhibits to the Orders. Included among the several proofs of claim listed on Exhibit B of the Orders was claim number 10648 filed by Shoppes of Liberty City, LLC ("Liberty"). The Orders reclassified claim number 10648 to administrative priority in an amount to be determined by subsequent order. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1.     Claim number 10648 filed by Liberty with respect to Store No. 214 is allowed as an administrative claim in the amount of $24,964.05, which Winn-Dixie

Stores, Inc. and its affiliated debtors (collectively, the "Reorganized Debtors") have paid in full.

2.    This Agreed Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims filed by Liberty in these Chapter 11 cases and (ii) all other pre-petition or pre-effective date claims Liberty has or may have against the Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

3.    This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this _____ day of April, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00563487

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.


BLAXBERG, GRAYSON & KUKOFF, P.A.

SMITH HULSEY & BUSEY


By____*s/ Ian J. Kukoff**_____
    Ian J. Kukoff, F.B.N. 827126

By____*s/ Cynthia C. Jackson*_____
    Cynthia C. Jackson, F.B.N. 498882


25 S.E. Second Avenue, Suite 730
Miami, Florida 33131
(305) 381-7979
(305) 371-6816 (facsimile)
ian.Kukoff@blaxgray.com

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com


Counsel for Shoppes of Liberty City, LLC.

Co-Counsel for Reorganized Debtors


*Counsel has authorized their electronic signature.


00563487