UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Reorganized Debtors. | Jointly Administered |

**AGREED ORDER RESOLVING CURE OBJECTION
FILED BY WD PASCO TRUST (STORE NO. 672)**

This cause came before the Court on the Objection to Proposed Cure Amount Listed in Debtors' Amended Omnibus Motion for Order to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief filed by WD Pasco Trust ("Pasco") (Docket No. 8761) with respect to Store No. 672 (the "Cure Objection"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objection is overruled.

2. Proof of claim number 13024 filed by Pasco is allowed as an administrative claim in the amount of $9,098.44, which Winn-Dixie Stores, Inc. and its affiliate debtors (collectively, the "Reorganized Debtors") have paid in full.

3. This Agreed Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims filed by Pasco in these Chapter 11 cases and (ii) all other pre-petition or pre-effective date claims filed by Pasco against the Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are

forever waived, discharged and released.

4. Post-effective date liabilities and obligations will be handled by the parties in accordance with the applicable lease terms and ordinary course practices.

5. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this _____ day of April, 2007, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00564248

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| HELD & ISRAEL | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ Adam N. Frisch*\*  <br>    Adam N. Frisch, F.B.N. 635308 | By  *s/ Cynthia C. Jackson*  <br>    Cynthia C. Jackson, F.B.N. 498882 |
| 1301 Riverplace Boulevard, Suite 1916<br>Jacksonville, FL 32207<br>(904) 398-7038<br>(904) 398-4283 (facsimile)<br>afrisch@hilawfirm.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Counsel for WD Pasco Trust | Co-Counsel for Reorganized Debtors |

\*Counsel has authorized his electronic signature.

00564248