UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Reorganized Debtors.[1] | Jointly Administered |

**AGREED ORDER RESOLVING (I) CLAIM NUMBER 9643 FILED BY DANIEL G. KAMIN CLARKSVILLE CROSSING LLC, (II) CLAIM NUMBER 9648 FILED BY DANIEL G. KAMIN ZACHARY ENTERPRISES, (III) CLAIM NUMBERS 9638 AND 13435 FILED BY WD MT CARMEL, LLC, (IV) CLAIM NUMBER 9645 FILED BY DBT PORCUPINE WD1 DE BUSINESS TRUST, AND (V) CLAIM NUMBERS 9636, 9637 AND 13422 FILED BY PORCUPINE WD5, LLC**

These causes originally came before the Court upon Thirteenth, Fifteenth, Sixteenth, Seventeenth, Twenty-Fourth and Twenty-Fifth Omnibus Objections to Claims (collectively, the "Objections") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors").[2]

Included among the several proofs of claim that were the subject of the Objections were (i) Claim Number 9643, which relates to amounts allegedly owed under a non-residential real property lease for a store the Debtors had at one time operated in Clarksville, VA (Store No. 941); (ii) Claim Number 9648, which relates to amounts allegedly owed under a non-residential real property lease for a store the Debtors had at one time operated in Zachary, LA (Store No. 1580); (iii) Claim Numbers 9638 and 13435, which relate to amounts allegedly owed

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of such reorganized debtors were closed on March 22, 2007.

[2] All capitalized terms not otherwise defined in this Agreed Order shall have the meaning ascribed to them in the Objections.

under a non-residential real property lease for a store the Debtors had at one time operated in Cincinnati, OH (Store No. 1705); (iv) Claim Number 9645, which relates to amounts allegedly owed under a non-residential real property lease for a store the Debtors had at one time operated in Willow Park, TX (Store No. 2418); and (v) Claim Numbers 9636, 9637 and 13422, which relate to amounts allegedly owed under a non-residential real property lease for a store the Debtors had at one time operated in Fort Worth, TX (Store No. 2422).

Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim Number 9643 is allowed as a Class 13 Landlord Claim in the liquidated amount of $295,958.33;

2. Claim Number 9648 is allowed as a Class 13 Landlord Claim in the liquidated amount of $456,993.39;

3. Claim Numbers 9636, 9637, 9638, 9645, 13422 and 13435 are disallowed.

4. The Court shall retain jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 25 day of April, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

<u>Consent</u>

The undersigned parties consent to the entry of the foregoing Agreed Order.

| SMITH HULSEY & BUSEY | SEYFARTH SHAW LLP |
|---|---|
| By <u>/s/ James H. Post</u><br>James H. Post<br>Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile) | By: <u>/s/ Sara E. Lorber*</u><br>Sara E. Lorber<br>55 East Monroe Street, Suite 4200<br>Chicago, Illinois 60603<br>(312) 346-8000<br>(312) 269-8869 (facsimile)<br><br>Attorneys for Daniel G. Kamin Clarksville Crossing LLC, Daniel G. Kamin Zachary Enterprises, WD MT Carmel, LLC, DBT Porcupine WD1 DE Business Trust, and Porcupine WD5, LLC |

-and-

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Adam S. Ravin
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Co-Counsel for Reorganized Debtors

\* Counsel has authorized her electronic signature.

691466.03-New York Server 1A - MSW