## McPhillips Shinbaum

ATTORNEYS AND COUNSELORS AT LAW
516 SOUTH PERRY STREET
MONTGOMERY, ALABAMA 36104

TELEPHONE (334) 262-1911
TOLL FREE (866) 224-8664
FAX (334) 263-2321

Julian L. McPhillips, Jr.*
Kenneth Shinbaum
Mary Goldthwaite
Karen Sampson Rodgers
Aaron J. Luck
James G. Bodin**
Joseph C. Guillot
Elizabeth Bern Spear
Allison Highley***

Of Counsel
G. William Gill

Mailing Address
Post Office Box 64
Montgomery, Alabama 36101

*Also Admitted in New York

**Also Admitted in District of Columbia

***Only Admitted in Washington State

Office Administrator
Amy Strickland

May 22, 2006

Ms. Sonya Holton, CSA
Winn Dixie Stores, Inc.
P.O. Box B
Jacksonvill, FL 32203

Re: Our Client: Valeria I. Jones
Date of Loss: April 22, 2006
Incident Number: #A611203532
Location: #0520

Dear Ms. Holton:

Please be advised that this law firm and I represent Ms. Jones with respect to injuries she sustained in a slip and fall in Winn Dixie on April 22, 2006. Please direct all future communications and correspondence to me on behalf of Ms. Jones.

Ms. Jones has not completed her medical treatment at this time. I will forward the medical records to you once we are in receipt of them.

Thank you for your assistance in this matter and I look forward to hearing from you in the near future.

Sincerely,

Aaron J. Luck

AJL/dbp

cc: Ms. Valeria I. Jones

EXHIBIT A