PLAINTIFF'S EXHIBIT A

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lynn Dixie
ATTN: Owner / Manager
4724 Mobile Hwy
Montgomery, AL 36108

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Cory W_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Cory Ann Powe
C. Date of Delivery: 9/13/04

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail ☐ Express Mail
   ☐ Registered ☒ Return Receipt for Merchandise
   ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7005 0390 0000 5264 0883

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

---

Mailing Address
Post Office Box 64
Montgomery, Alabama 36101

*Also Admitted
 in New York

**Also Admitted
 in District of Columbia

***Only Admitted
 in Washington State

Office Administrator
Amy Strickland

---

ATTN: Owner/Manager
4724 Mobile Highway
Montgomery, Alabama 36108

    RE:    Our client/claimant: Marie McNear
              Date of Loss: August 20, 2006

Dear Sir or Madam:

    Please be advised that this law firm and I represent Ms. McNear with respect to injuries she received after a fall in your store. Please forward this letter to your insurance carrier and have them contact me upon receipt. Please direct all future communications and correspondence to me on behalf of Ms. McNear.

    If you are interested in resolving this claim short of litigation, please advise and I will forward copies of Ms. McNear's medical bills, medical statements and diagnosis as soon as these items are received by our office.

    Please call if you have any questions.

Sincerely,

JAMES G. BODIN



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ .39 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.64 |

Postmark Here