# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| *In Re:* | |
| **WINN-DIXIE STORES, INC. ET AL** *Debtor* | CASE NUMBER: 05-03817-3F1 |
| | **CHAPTER 11** |
| Reorganized Debtors | Jointly Administered |

## NOTICE OF REMOVAL

The undersigned ,on behalf of Mary Norton, Administrative Claim Applicant, in the above entitled proceeding, notices the Court as follows:

1.

Applicant filed an Administrative Claim in these proceedings, which has been approved by this court and has received payment; and the undersigned attorney no longer requires the notified of the daily Summary of ECF Activity in the above case.

2.

The undersigned attorney, on behalf of Mary Norton, desires that his e-mail address be removed from daily Summary of ECF Activity in the above matter.

WHEREFORE, Applicant prays that she be removed from the daily notification of Summary of ECF Activity in the above matter

/s/ Brian F. Guillot
BRIAN F. GUILLOT, LA. SBA 14981
Attorney for Mary Norton
1716 Apple Street
Metairie, LA  70001
Telephone:   (504) 214-2304
Facsimile:    (504) 888-7200
E-mail:       bfguil@cox.net