UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Winn-Dixie Stores, Inc., et.al.

Reorganized Debtors.

_____/

Case No. 05-03817-3F1

Chapter 11

Jointly Administered

**AFFIDAVIT OF DAVID L. PERKINS, ESQ.**

**STATE OF FLORIDA**         )
                             SS
**COUNTY OF MIAMI-DADE**     )

BEFORE ME, the undersigned authority personally appeared David L. Perkins who after being duly sworn, deposes and says as follows:

1. My name is David L. Perkins and I am an associate in the law firm of Hoffman, Larin & Agnetti, P.A. handling various personal injury cases after they are placed into litigation. I make this affidavit based on my personal knowledge.

2. My job responsibilities included the handling of a number of pre-petition Winn Dixie cases through the bankruptcy claims procedure. In that regard, I did receive a copy of the proposed Plan and later a copy of the Notice of the Order Providing an Administrative Claims Bar Date.

3. I was not aware that the pre-suit department of said law firm was handling the post petition claim of JENNIFER ANNETTE. Had I been so aware, I would have taken steps to timely file her Administrative Claim before the bar date.

4. I did not become aware of said claim until mid April when it was brought to my attention by Ms. Alexander who had recently received a communication denying the claim because of the bar date from the adjusters at Sedgwick.

FURTHER AFFIANT SAYETH NOT

_____
DAVID L. PERKINS

The foregoing was acknowledged before an officer duly authorized in the State and County aforesaid to take acknowledgements this 30th day of April 2007 by David L. Perkins who personally appeared before me at the time of notarization and who is personally known to me.

NOTARY PUBLIC

_____

State of Florida at Large

My commission expires:

RICHARD COGSWELL
Notary Public - State of Florida
My Commission Expires Feb 22, 2008
Commission # DD292700
Bonded By National Notary Assn.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Winn-Dixie Stores, Inc., et.al.

Reorganized Debtors.

_____/

Case No. 05-03817-3F1

Chapter 11

Jointly Administered

### AFFIDAVIT OF YAFAH ALEXANDER

| | |
|---|---|
| **STATE OF FLORIDA** | ) |
| | SS |
| **COUNTY OF MIAMI-DADE** | ) |

BEFORE ME, the undersigned authority personally appeared Yafah Alexander who after being duly sworn, deposes and says as follows:

1. My name is Yafah Alexander and I am employed as a secretary / paralegal in the pre-suit department of the law firm of Hoffman, Larin & Agnetti, P.A. I make this affidavit based on my personal knowledge.

2. My job duties included the handing of the claim of JENNIFER ANNETTE under the supervision John Agnetti Esq.

3. On January 30, 2006, the predecessor secretary/paralegal sent a Notice of Claimant's claim to the debtor certified mail, return receipt requested. On February 8, 2006, Sedgwick, Debtor's claims adjusters, sent two letters to this law firm acknowledging receipt of Claimant's claim, providing coverage information and requesting further information about the claim.

On March 2, 2006, Melanie Alm from Sedgwick called the assigned secretary/paralegal to schedule an informal statement of the Claimant. On March 22, 2006, the assigned secretary/paralegal sent a notice of representation letter to Melanie Alm of Sedgwick. On May 3, 2006, Stephanie Phillips from Sedgwick called our office to schedule an informal statement of the Claimant. The statement/interview was confirmed by another call to our office from Stephanie Phillips of Sedgwick on July 14, 2006. On September 15, 2006 Stephanie Phillips of Sedgwick took an informal

statement from Claimant over the telephone. On January 16, 2007, a detailed demand letter with attached medical records and bills was sent by the assigned attorney, John Agnetti, Esq., to Stephanie Phillips of Sedgwick.

4. Neither I, JENNIFER ANNETTE to whom I have spoken, John Agnetti, Esq., nor any of my associates in the pre-suit department received notice of the Confirmation Order or the Bar Notice or any other notice of a bar date for administrative claims until I received a letter dated April 5, 2007, from Stephanie Phillips of Sedgwick, claiming that the deadline for the filing of Claimant's claim had expired pursuant to said Bar Date.

FURTHER AFFIANT SAYETH NOT

_____
YAFAH ALEXANDER

The foregoing was acknowledged before an officer duly authorized in the State and County aforesaid to take acknowledgements this 30th day of April 2007 by Yafah Alexander who personally appeared before me at the time of notarization and who is personally known to me.

NOTARY PUBLIC

_____
State of Florida at Large

My commission expires:

RICHARD COGSWELL
Notary Public - State of Florida
Commission Expires Feb 22, 2008
# DD292700
Bonded By Notary Assn.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:

Winn-Dixie Stores, Inc., et.al.                  Case No. 05-03817-3F1

Reorganized Debtors.                              Chapter 11

_____/                    Jointly Administered

## AFFIDAVIT OF JOHN AGNETTI, ESQ.

**STATE OF FLORIDA**         )
                             SS
**COUNTY OF MIAMI-DADE**     )

BEFORE ME, the undersigned authority personally appeared John Agnetti who after being duly sworn, deposes and says as follows:

1. My name is John Agnetti and I am a partner in the law firm of Hoffman, Larin & Agnetti, P.A. and supervise the pre-suit department thereof. I make this affidavit based on my personal knowledge.

2. The claim of JENNIFER ANNETTE was handled by secretary/paralegal Yafah Alexander and her predecessor under my supervision.

3. Neither I nor Yafah Alexander, received any notice of the Confirmation Order or the Bar Notice or any other notice of a bar date for administrative claims until Ms. Alexander received a letter dated April 5, 2007, from Stephanie Phillips of Sedgwick, adjusters for the Debtor, claiming that the deadline for the filing of Claimant's claim had expired pursuant to said Bar Date.

FURTHER AFFIANT SAYETH NOT



_____
John B. Agnetti

The foregoing was acknowledged before an officer duly authorized in the State and County aforesaid to take acknowledgements this 30th day of April 2007 by John Agnetti who personally appeared before me at the time of notarization and who is personally known to me.



NOTARY PUBLIC

_____
State of Florida at Large

My commission expires:



RICHARD COGSWELL
Notary Public - State of Florida
My Commission Expires Feb 22, 2008
Commission # DD292700
Bonded By National Notary Assn.