```
           UNITED STATES BANKRUPTCY COURT
            MIDDLE DISTRICT OF FLORIDA
               JACKSONVILLE DIVISION
```

In re:                          CASE NO.: 3:05-bk-03817-JAF

                                CHAPTER 11

WINN-DIXIE STORES, INC., et. al.,

        Debtors.     Jointly Administered

---

**NOTICE OF WITHDRAWAL
OF OBJECTION TO DEBTORS'
MOTION FOR ORDER (A) AUTHORIZING
THE SALE OF ASSETS FREE AND CLEAR
OF LIENS, CLAIMS AND INTERESTS AND EXEMPT FROM
TAXES, (B) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT
OF LEASES AND CONTRACTS AND (C) GRANTING RELATED RELIEF**

William J. Wade and Wilmington Trust Co. as Co-Trustees of Southland-Conyers W.D. Delaware Business Trust, by and through their undersigned counsel, hereby withdraw their Objection to Debtors' Motion for Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts and (C) Granting Related Relief (Docket No. 2134), and their Supplement to Objection to Debtors' Motion for Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts and (C) Granting Related

Relief (Docket No. 2624) previously filed herein.

Dated this __1__ day of May, 2007.

           HELD & ISRAEL

           By: _____
           Kimberly Held Israel, Esquire
           Florida Bar #47287
           Adam N. Frisch, Esquire
           Florida Bar #635308
           afrisch@hilawfirm.com
           1301 Riverplace Blvd., Suite 1916
           Jacksonville, Florida 32207
           (904) 398-7038 Telephone
           (904) 398-4283 Facsimile

           and

           NEAL, GERBER & EISENBERG, LLP
           Thomas C. Wolford, Esquire
           2 North LaSalle Street, Suite 2200
           Chicago, Illinois 60602
           (312) 269-5675 Telephone
           (312) 269-1747 Facsimile