UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

**AGREED ORDER RESOLVING CURE OBJECTION
FILED BY SHOPPES AT LAKE AVENUE, INC. (STORE NO. 2215)**

This cause came before the Court on the Objection to the Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts and (III) Grant Related Relief filed by Shoppes at Lake Avenue, Inc. ("Lake Avenue") (Docket No. 9223) with respect to Store No. 2215 (the "Cure Objection"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objection is overruled.

2. Proof of Claim number 12935 filed by Lake Avenue is allowed as an administrative claim in the amount of $17,774.01, which the Winn-Dixie Stores, Inc. and its affiliate debtors (collectively, the "Reorganized Debtors") have paid in full. Proof of Claim number 6740 is disallowed.

3. This Agreed Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims filed by Lake Avenue in these Chapter 11 cases and (ii) all other pre-petition or pre-effective date claims Lake Avenue has or may have against the Reorganized Debtors and any of their Chapter 11 estates or

affiliates, all of which are forever waived, discharged and released.

4.    Post-effective date liabilities and obligations will be handled by the parties in accordance with the applicable lease terms and ordinary course practices.

5.    This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 30 day of April, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00554294

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| GRAY ROBINSON, P.A. | SMITH HULSEY & BUSEY |
| By  *s/ Donald A. Nohrr*  *  <br>     Donald A. Nohrr, F.B.N. 0058930 | By  *s/ Cynthia C. Jackson*  <br>     Cynthia C. Jackson, F.B.N. 498882 |
| Post Office Box 1870 <br> Melbourne, FL 32902 <br> (321) 727-8100 <br> (321) 984-4122 (facsimile) <br> dnohrr@gray-robinson.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Counsel for Shoppes at Lake Avenue, Inc. | Co-Counsel for Reorganized Debtors |

*Counsel has authorized his electronic signature.

00552855