UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: )<br>WINN-DIXIE STORES, INC., )<br>)<br>Reorganized Debtors. )<br>)<br>_____ ) | Chapter 11<br><br>Case No. 05-3817-3F1 |

## AGREED ORDER

This cause came before the Court upon the Motion of Clayton Crossings, LLC to amend Proof of Claim *Nunc Pro Tunc* to Correct Name (Docket No. 15832)(the "Motion"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Motion is granted.

2. Claim number 12943 is amended *nunc pro tunc* to identify Clayton Crossings, LLC as creditor.

3. Logan & Company, Inc., as claims agent, Wells Fargo Bank, N.A., as disbursing agent, and American Stock Transfer & Trust Company, as stock transfer agent, are directed to amend their respective records with respect to Claim number 12943 to reflect Clayton Crossings, LLC as the proper claimant on such claim and the owner of the 14,489 shares of the Debtor's New Common Stock issued under the Plan.

4. Clayton Crossings, LLC, is directed to transmit to Logan & Company, Inc., Wells Fargo, N.A., and American Stock Transfer & Trust Company a completed W-9 Form within three business days after entry of this Order.

5. American Stock Transfer and Trust Company is directed to make the stock account holding the 14,489 shares of the Debtors' New Common Stock issued in relation to Claim number 12943 accessible to Clayton Crossings, LLC, pursuant to the direct registration system within ten business days after entry of this Order.

Dated this 30 day of April, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve a copy of this Order on all parties in interest.

## CONSENT

The parties, through their respective undersigned counsel, consent to the entry of the foregoing Agreed Order.

**SMITH, DEBNAM, NARRON, WYCHE, SAINTSING & MYERS, L.L.P.**

By: /s/ Byron L. Saintsing *
Byron L. Saintsing

N.C. State Bar No.: 16035
Post Office Box 26268
Raleigh, North Carolina 27611
(919) 250-2000
(919) 250-2211 (facsimile)
Email: bsaintsing@smithdebnamlaw.com

*Counsel for CLAYTON CROSSINGS, LLC*

* Counsel has authorized his electronic signature being affixed to this proposed consent order.

**SMITH HULSEY & BUSEY**

By: /s/ Cynthia C. Jackson
Cynthia C. Jackson

Florida Bar No.: 498882
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
Email: cjackson@smithhulsey.com

*Co-Counsel for Winn-Dixie*

– and –

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM, L.L.P.**
D.J. Baker
Sally McDonald Henry
Rosalie Walker Gray

(212) 735-3000
(212) 735-2000 (facsimile)
Email: RGRAY@skadden.com

*Counsel for Winn-Dixie*