UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Reorganized Debtors[1]. ) | Jointly Administered |

**AGREED ORDER RESOLVING DISPUTE BETWEEN
WINN-DIXIE STORES, INC. AND THE NEWPORT PARTNERS**

This cause is before the Court on (A) the Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief (the "Assumption Motion")(Doc. No. 8941), (B) Newport Partners'[2] Objection to the Assumption Motion (the "Objection")(Doc. No. 9475), and (C) the adversary proceeding commenced by Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, "Winn-Dixie") to determine Winn-Dixie's leasehold interest in Store 251 (the "Adversary Proceeding") (Adv. Proc. No. 05-00317-JAF). To resolve the Assumption Motion, the Objection and the Adversary Proceeding, on February 1, 2007, the parties executed a new lease for store 251, (the "New Lease"). Based upon the consent of the parties, it is:

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities were debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] "The Newport Partners" refers to Morris Tract Corp., a Florida corporation, The Williston Highlands Development Corp., a Florida corporation, and The Morris Tract Corp, doing business as Newport Partners doing business as Partnership/Newport Motel

ORDERED AND ADJUDGED:

1. The Assumption Motion is approved as set forth below. The Objection is overruled.

2. The New Lease is approved and is in full force and effect, and replaces all prior lease agreements to which Winn-Dixie was or claims to have been a party relating to Store 251 and shall be enforceable by its terms including all provisions regarding payments due to Newport Partners for real estate taxes and other charges accruing under any prior lease or claims between the Parties relating to Store 251.

3. This Agreed Order and the terms of the New Lease resolve all liabilities, obligations and claims related to or arising out of any prior lease or claims between Winn-Dixie and the Newport Partners relating to Store 251.

4. The parties shall file a stipulation of dismissal in the Adversary Proceeding pursuant to Rule 7041, Federal Rules of Bankruptcy Procedure, within 10 days of this Agreed Order.

5. The Court shall retain jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 30 day of April, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on
all parties in interest.

**Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

| MELAND, RUSSIN & BUDWICK, P.A. | SMITH HULSEY & BUSEY |
|---|---|
| By  /s/ Peter D. Russin*<br>      Peter D. Russin | By   /s/ Cynthia C. Jackson<br>      Cynthia C. Jackson |
| Florida Bar No. 0765902<br>200 S. Biscayne Blvd Ste 3000<br>Miami, FL 33131-2305<br>(305) 358-6363<br>(305) 358-1221 (facsimile)<br>prussin@melandrussin.com | Florida Bar No. 498882<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Counsel for Newport Partners | Counsel for Reorganized Debtors |

*Counsel has authorized his electronic signature.

00564843