UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| ) | |

AGREED ORDER RESOLVING CURE OBJECTION
FILED BY KIMCO DELAWARE, INC., JOAN EIGEN AND
THE TRUST UNDER THE WILL OF ALLEN KIMMELL (STORE NO. 368)

This cause came before the Court on the Amended Statement of Kimco Landlords Regarding Cure Amounts Owed filed by Kimco Delaware, Inc., Milton Cooper, Palm Aire Marketplace, LLC, Cross Country Associates, LP, and Kimco Delaware, Inc., Joan Eigen and the Trust under the Will of Allen Kimmell ("Kimco") (Docket No. 10840) with respect to Store Nos. 228, 263, 283, 299, and 368 (the "Cure Objection"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objection is overruled as to Store No. 368.[1]

2. Proof of claim number 9928 filed by Kimco is allowed as an administrative claim in the amount of $68,743.01, which Winn-Dixie Stores, Inc. and its affiliate debtors (collectively, the "Reorganized Debtors") have paid in full.

3. This Agreed Order resolves all liabilities and obligations related to (i) all

---

[1] This Order only resolves the Cure Objection as to Store No. 368 and proof of claim number 9928 filed by Kimco (the landlord for Store No. 368). This Order does not resolve the Cure Objection or proofs of claim filed by Kimco Delaware, Inc., Milton Cooper, Palm Aire Marketplace, LLC and Cross Country Associates, LP.

proofs of claim and administrative expense claims pertaining to Store No. 368 filed by Kimco in these Chapter 11 cases and (ii) all other pre-petition or pre-effective date claims pertaining to Store No. 368 filed by Kimco against the Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

4.  Post-effective date liabilities and obligations will be handled by the parties in accordance with the applicable lease terms and ordinary course practices.

5.  This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 30 day of April, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00564642

## **Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

| **MORGAN, LEWIS & BOCKIUS LLP** | **SMITH HULSEY & BUSEY** |
|---|---|
| By *s/ Neil E. Herman* * <br>      Neil E. Herman | By *s/ Cynthia C. Jackson* <br>      Cynthia C. Jackson, F.B.N. 498882 |
| 101 Park Avenue <br> New York, New York 10178 <br> (212) 309-6669 <br> (212) 309-6001 (facsimile) <br> nherman@morganlewis.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Counsel for Kimco Delaware, Inc., Joan Eigen and the Trust under the Will of Allen Kimmell | Co-Counsel for Reorganized Debtors |

*Counsel has authorized his electronic signature.

00564642