**Sanford Coca-Cola Bottling Company, Inc.**

1605 Hawkins Avenue · P.O. Box 1207
Sanford, North Carolina 27331-1207
919 774-4111 · Fax 919 774-3318

F I L E D
JACKSONVILLE, FLORIDA

APR 2 3 2007

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

April 19, 2007

United States Bankruptcy Court
Middle District of Florida, Jacksonville Division
300 North Hogan Street, Suite 3-350
Jacksonville, Florida 32202

To Whom It May Concern:

In re: Winn-Dixie Stores, Inc., et al.,
       Debtors

We are inquiring about settlement we have heard Winn Dixie Stores, Inc. is going to satisfy with those who turned in a claim for money owed. This was year 2005 and we have not received any paper work on this or notification concerning our claim. Please send information to us that we need in concerning this matter.

Thank you for your prompt attention.

Sincerely,

*Margaret Harrington*
Margaret Harrington
Accounts Receivable
Tel # 919-774-4111 Ext#205
e-mail: margaret@cocacolasanford.com
Fax: 919-774-3318

Industrial / Food \ Vending Division
Triangle / Vending \ Service, Inc.