Angela Hines

April 25, 2007

Case No. 05-03817-3F1

FILED
JACKSONVILLE, FLORIDA
APR 3 0 2007
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Dear Judge Funk,

Your Honor, I'm filing a motion seeking payment for the claim that I have against the Debtor Winn-Dixie.  I really don't know what to do or how to responded to these matters.  I do know that I slip on something and fell in the Winn-Dixie Store in Albany, GA and was hurt very badly.  I am still in some pain and are still taking pain med.

I was in school, and now I have lost Grant and my Student Loan.  I lost my car and apartment, and other things; my stuff was pick out side the road.  My mind is really trying to understand all of this.

Your Honor, I tried over, and over to get a Lawyer, but no one will take my case.  They said that they may not get paid.

Your Honor Sir, I am asking for $250,000.00


Thanking You In Advance

Angela Hines

cc