## IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.: 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., | ) | Chapter 11 |
| *et al.*, | ) | |
| | ) | |
| Reorganized debtors | ) | Jointly Administered |
| | ) | |

### REQUEST TO SET MOTION TO ENLARGE TIME
### TO FILE ADMINISTRATIVE CLAIM REQUEST FOR HEARING

The Claimants, Hyecha B. Marshall and Linc Marshall (collectively "Claimants"), by and through the undersigned attorney hereby request that the Motion for Enlargement of Time to File Administrative Claim of the Claimants be set for hearing and in support states as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157. Venue of the Debtors' Chapter 11 cases and this Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief sought herein are pursuant to 11 U.S.C. § 105(a), 503(a), 1141 and Rules 4001, 9006(b) and 9014 of the Federal Rules of Bankruptcy Procedure.

2. The Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on February 21, 2005.

3. Mrs. Hyecha Marshall and Mr. Linc Marshall have claims against the Debtor resulting from a fall-down that occurred on its business premises on November 22, 2005. As a result of that incident, Mrs. Marshall suffered a broken right hip which, despite surgery, multiple medical procedures, and the best efforts of medical providers,

has rendered her permanently handicapped. A copy of the Motion for Enlargement of Time to File Administrative Claim Request ("Motion") is attached hereto as Exhibit "A."

4. An Affidavit in support of the Motion has been filed. The Affidavit of Frank F. Fernandez, III is attached hereto as Exhibit "B." The Motion was filed on February 12, 2007, more than two months ago.

5. The Claimants are unnecessarily incurring attorneys' fees and costs as a result of the requirement that their Bankruptcy Counsel review all documents served on her electronically to determine whether, or if, any of the pleadings have an impact on the Claimants. Moreover, Counsel for the Claimants has recently been advised that this matter will be set by the Debtor by an Omnibus Hearing Notice. As a result, the Claimants will incur attorneys' fees and costs associated with reviewing every Omnibus Hearing Notice to determine whether the Claimants are included in the notice. These additional attorneys' fees and costs impact any potential settlement amount offered by the Debtor that the Claimants may contemplate.

5. It is clear from the record that all elements necessary to satisfy the legal and factual basis to be entitled to an enlargement of time to file this Administrative Claim. Despite this fact, the Debtor has not communicated with Counsel with respect to the status of this claim, has not agreed to an enlargement of the claim and has not set the matter for hearing.

WHEREFORE, the Claimants, Hyecha B. Marshall and Linc Marshall, respectfully request this Court to set the Motion to Enlarge Time to File Administrative Claim filed

by the Claimants for hearing.

Dated this 1st day of May, 2007.

IURILLO & ASSOCIATES, P.A.

/s/ Camille J. Iurillo
CAMILLE J. IURILLO, ESQUIRE
Fla. Bar No. 902225
Sterling Square
600 1st Avenue North, Suite 308
St. Petersburg, FL 33701
ciurillo@iurillolaw.com
(727) 895-8050 telephone
(727) 895-8057 facsimile
Counsel for The Fernandez Firm

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of May, 2007, a true and correct copy of the foregoing has been sent via Facsimile and the United States Postal Service to: **Stephen D. Busey, Esquire**, and **James H. Post, Esquire**, Smith, Hulsey & Busey 225 Water Street, Suite 1800, Jacksonville, Florida 32202, **Facsimile: 904-359-7708**; and **Matthew Barr, Esquire**, Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, New York 10005, **Facsimile: 212-822-5194**.

IURILLO & ASSOCIATES, P.A.

/s/ Camille J. Iurillo
CAMILLE J. IURILLO, ESQUIRE
Fla. Bar No. 902225
Sterling Square
600 1st Avenue North, Suite 308
St. Petersburg, FL 33701
ciurillo@iurillolaw.com
(727) 895-8050 telephone
(727) 895-8057 facsimile
Counsel for The Fernandez Firm