UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Winn-Dixie Stores, Inc., et.al.

Reorganized Debtors.

_____/

Case No. 05-03817-3F1

Chapter 11

Jointly Administered

### AFFIDAVIT OF DAVID L. PERKINS, ESQ.

**STATE OF FLORIDA** )
                                              SS
**COUNTY OF MIAMI-DADE** )

BEFORE ME, the undersigned authority personally appeared David L. Perkins who after being duly sworn, deposes and says as follows:

1. My name is David L. Perkins and I am an associate in the law firm of Hoffman, Larin & Agnetti, P.A. handling various personal injury cases in after they are placed into litigation. I make this affidavit based on my personal knowledge.

2. My job responsibilities included the handling of a number of pre-petition Winn Dixie cases through the bankruptcy claims procedure. In that regard, I did receive a copy of the proposed Plan and later a copy of the Notice Of the Order Providing an Administrative Claims Bar Date.

3. I was not aware that the pre-suit department of said law firm was handling the post petition claim of ARTHERIA ASHE. Had I been so aware, I would have taken steps to timely file her Administrative Claim before the bar date.

4. I did not become aware of said claim until mid April when it was brought to my attention by Ms. Alexander who had recently received a communication denying the claim because of the bar date from the adjusters at Sedgwick.

FURTHER AFFIANT SAYETH NOT

_____
DAVID L. PERKINS

The foregoing was acknowledged before an officer duly authorized in the State and County aforesaid to take acknowledgements this 30th day of April 2007 by David L. Perkins who personally appeared before me at the time of notarization and who is personally known to me.

NOTARY PUBLIC

_____

State of Florida at Large

My commission expires:



RICHARD COGSWELL
Notary Public - State of Florida
My Commission Expires Feb 22, 2008
Commission # DD292700
Bonded By National Notary Assn.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | |
| Winn-Dixie Stores, Inc., et.al. | Case No. 05-03817-3F1 |
| Reorganized Debtors. | Chapter 11 |
| _____/ | Jointly Administered |

**AFFIDAVIT OF YAFAH ALEXANDER**

**STATE OF FLORIDA** )
                    SS
**COUNTY OF MIAMI-DADE** )

BEFORE ME, the undersigned authority personally appeared Yafah Alexander who after being duly sworn, deposes and says as follows:

1. My name is Yafah Alexander and I am employed as a secretary / paralegal in the pre-suit department of the law firm of Hoffman, Larin & Agnetti, P.A. I make this affidavit based on my personal knowledge.

2. My job duties included the handing of the claim of ARTHERIA ASHE under the supervision John Agnetti Esq.

3. On April 12, 2006, my predecessor forwarded Notice of Claimant ARTHERIA ASHE's claim to the debtor certified mail, return receipt requested. On September 22, 2006, and October 30, 2006, I forwarded Notice of Claimant ARTHERIA ASHE's claim to the debtor certified mail, return receipt requested. On October 4, 2006, Rebecca Peters of Sedgwick, Debtor's claims adjusters sent a letter to me acknowledging receipt of Claimant's claim and requesting further information. On November 6, 2006, Kelly Sullivan of Sedgwick, Debtor's claims adjusters sent a letter to me acknowledging receipt of Claimant's claim and requesting further information. On March 15, 2007, I forward a detailed demand letter with attached medical records and bills signed by my supervising attorney, John Agnetti, Esq., to Kelly Sullivan of Sedgwick.

4. Neither I nor ARTHERIA ASHE to whom I have spoken nor John Agnetti, received notice of the Confirmation Order or the Bar Notice or any other notice

of a bar date for administrative claims until I received a letter dated March 20, 2007 from Kelly Sullivan of Sedgwick, claiming that the deadline for the filing of Claimant's claim had expired pursuant to said Bar Date.

FURTHER AFFIANT SAYETH NOT

_____

YAFAH ALEXANDER

    The foregoing was acknowledged before an officer duly authorized in the State and County aforesaid to take acknowledgements this 30th day of April 2007 by Yafah Alexander who personally appeared before me at the time of notarization and who is personally known to me.

NOTARY PUBLIC

_____

State of Florida at Large

My commission expires:



RICHARD COGSWELL
Notary Public - State of Florida
My Commission Expires Feb 22, 2008
Commission # DD292700
Bonded By National Notary Assn.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Winn-Dixie Stores, Inc., et.al.

Reorganized Debtors.

_____/

Case No. 05-03817-3F1

Chapter 11

Jointly Administered

**AFFIDAVIT OF JOHN AGNETTI, ESQ.**

**STATE OF FLORIDA** )
) SS
**COUNTY OF MIAMI-DADE** )

BEFORE ME, the undersigned authority personally appeared John Agnetti who after being duly sworn, deposes and says as follows:

1. My name is John Agnetti and I am a partner in the law firm of Hoffman, Larin & Agnetti, P.A. and supervise the pre-suit department thereof. I make this affidavit based on my personal knowledge.

2. The claim of ARTHERIA ASHE was handled by Yafah Alexander under my supervision.

3. Neither I nor Yafah Alexander, received any notice of the Confirmation Order or the Bar Notice or any other notice of a bar date for administrative claims until Ms. Alexander received a letter dated March 20, 2007, from Kelly Sullivan of Sedgwick, adjusters for the Debtor, claiming that the deadline for the filing of Claimant's claim had expired pursuant to said Bar Date.

FURTHER AFFIANT SAYETH NOT

_____
JOHN B. AGNETTI

The foregoing was acknowledged before an officer duly authorized in the State and County aforesaid to take acknowledgements this 30th day of April 2007 by John Agnetti who personally appeared before me at the time of notarization and who is personally known to me.

NOTARY PUBLIC

_____
State of Florida at Large

My commission expires:



RICHARD COGSWELL
Notary Public - State of Florida
My Commission Expires Feb 22, 2008
Commission # DD292700
Bonded By National Notary Assn.