UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Winn-Dixie Stores, Inc., et.al.

Reorganized Debtors.

_____/

Case No. 05-03817-3F1

Chapter 11

Jointly Administered

## AFFIDAVIT OF DAVID L. PERKINS, ESQ.

| | |
|---|---|
| **STATE OF FLORIDA** | ) |
| | ) SS |
| **COUNTY OF MIAMI-DADE** | ) |

BEFORE ME, the undersigned authority personally appeared David L. Perkins who after being duly sworn, deposes and says as follows:

1. My name is David L. Perkins and I am an associate in the law firm of Hoffman, Larin & Agnetti, P.A. handling various personal injury cases after they are placed into litigation. I make this affidavit based on my personal knowledge.

2. My job responsibilities included the handling of a number of pre-petition Winn Dixie cases through the bankruptcy claims procedure. In that regard, I did receive a copy of the proposed Plan and later a copy of the Notice Of the Order Providing an Administrative Claims Bar Date.

3. I was not aware that the pre-suit department of said law firm was handling the post petition claim of FREDDIE GRIMSLEY. Had I been so aware, I would have taken steps to timely file her Administrative Claim before the bar date.

4. I did not become aware of said claim until mid April when it was brought to my attention by Ms. Alexander who had received communication denying other claims because of the bar date from the adjusters at Sedgwick.

FURTHER AFFIANT SAYETH NOT

_____
DAVID L. PERKINS

The foregoing was acknowledged before me by a duly authorized in the State and County aforesaid to take acknowledgements this 30th day of April 2007 by David L. Perkins who personally appeared before me at the time of notarization and who is personally known to me.

NOTARY PUBLIC



_____

State of Florida at Large

My commission expires:

RICHARD COGSWELL
Notary Public - State of Florida
My Commission Expires Feb 22, 2008
Commission # DD292700
Bonded By National Notary Assn.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Winn-Dixie Stores, Inc., et.al.

Reorganized Debtors.

_____/

Case No. 05-03817-3F1

Chapter 11

Jointly Administered

### AFFIDAVIT OF YAFAH ALEXANDER

**STATE OF FLORIDA** )
                                             ) SS
**COUNTY OF MIAMI-DADE** )

BEFORE ME, the undersigned authority personally appeared Yafah Alexander who after being duly sworn, deposes and says as follows:

1. My name is Yafah Alexander and I am employed as a secretary / paralegal in the pre-suit department of the law firm of Hoffman, Larin & Agnetti, P.A. I make this affidavit based on my personal knowledge.

2. My job duties included the handing of the the claim of FREDDIE GRIMSLEY under the supervision John Agnetti Esq.

3. On July 13, 2006, I forwarded a Notice of Claimant's claim to the debtor certified mail, return receipt requested. On September 9, 2006, the adjuster from Sedgwick Claims Management Services, the debtor's adjusters, called me to request a statement from Freddie Grimsley. On November 11, 2006, I spoke to the adjuster from Sedgwick and asked that the details of the request for the recorded statement be put into writing so that it could it be scheduled. Nothing was ever mentioned concerning a bar date in any of these communications.

4. Neither I nor FREDDIE GRIMSLEY to whom I have spoken nor John Agnetti, received notice of the Confirmation Order or the Bar Notice or any other notice of a bar date for administrative claims until March of 2007 when I received correspondence to that effect relating to two other post petition claims.

FURTHER AFFIANT SAYETH NOT

_____
YAFAH ALEXANDER

The foregoing was acknowledged before an officer duly authorized in the State and County aforesaid to take acknowledgements this 30th day of April 2007 by Yafah Alexander who personally appeared before me at the time of notarization and who is personally known to me.

NOTARY PUBLIC

_____
State of Florida at Large

My commission expires:



RICHARD COGSWELL
Notary Public - State of Florida
My Commission Expires Feb 22, 2008
Commission # DD292700
Bonded By National Notary Assn.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Winn-Dixie Stores, Inc., et.al.

Reorganized Debtors.

_____/

Case No. 05-03817-3F1

Chapter 11

Jointly Administered

**AFFIDAVIT OF JOHN AGNETTI, ESQ.**

**STATE OF FLORIDA** )
                     SS
**COUNTY OF MIAMI-DADE** )

BEFORE ME, the undersigned authority personally appeared John Agnetti who after being duly sworn, deposes and says as follows:

1. My name is John Agnetti and I am a partner in the law firm of Hoffman, Larin & Agnetti, P.A. and supervise the pre-suit department thereof. I make this affidavit based on my personal knowledge.

2. The claim of FREDDIE GRIMSLEY was handled by Yafah Alexander under my supervision.

3. Neither I nor Yafah Alexander, received any notice of the Confirmation Order or the Bar Notice or any other notice of a bar date for administrative claims concerning this claim. The first notice we received of any deadline for the filing of Claimant's claim was in March of 2007 in correspondence from Sedgwick, debtor's adjusters, relating to two other post petition personal injury claims.

FURTHER AFFIANT SAYETH NOT

_____
JOHN B. AGNETTI

The foregoing was acknowledged before an officer duly authorized in the State and County aforesaid to take acknowledgements this 30th day of April 2007 by John Agnetti who personally appeared before me at the time of notarization and who is personally known to me.

NOTARY PUBLIC

_____

State of Florida at Large

My commission expires:



RICHARD COGSWELL
Notary Public - State of Florida
My Commission Expires Feb 22, 2008
Commission # DD292700
Bonded By National Notary Assn.