UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Winn-Dixie Stores, Inc., et.al.

Reorganized Debtors.

_____/

Case No. 05-03817-3F1

Chapter 11

Jointly Administered

**AFFIDAVIT OF DAVID L. PERKINS, ESQ.**

**STATE OF FLORIDA** )
                     ) SS
**COUNTY OF MIAMI-DADE** )

BEFORE ME, the undersigned authority personally appeared David L. Perkins who after being duly sworn, deposes and says as follows:

1. My name is David L. Perkins and I am an associate in the law firm of Hoffman, Larin & Agnetti, P.A. handling various personal injury cases in after they are placed into litigation. I make this affidavit based on my personal knowledge.

2. My job responsibilities included the handling a number of pre-petition Winn Dixie cases through the bankruptcy claims procedure. In that regard, I did receive a copy of the proposed Plan and later a copy of the Notice Of the Order Providing an Administrative Claims Bar Date.

3. I was not aware that the pre-suit department of said law firm was handling the post petition claim of SYDNEY HILTON. Had I been so aware, I would have taken steps to timely file her Administrative Claim before the bar date.

4. I did not become aware of said claim until mid April when it was brought to my attention by Ms. Alexander who had received communications denying other claims because of the bar date from the adjusters at Sedgwick.

FURTHER AFFIANT SAYETH NOT

_____
DAVID L. PERKINS

The foregoing was acknowledged before me, an officer duly authorized in the State and County aforesaid to take acknowledgements this 30th day of April 2007 by David L. Perkins who personally appeared before me at the time of notarization and who is personally known to me.

NOTARY PUBLIC



_____
State of Florida at Large

My commission expires:

RICHARD COGSWELL
Notary Public - State of Florida
My Commission Expires Feb 22, 2008
Commission # DD292700
Bonded By National Notary Assn.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Winn-Dixie Stores, Inc., et.al.                     Case No. 05-03817-3F1

Reorganized Debtors.                                Chapter 11

_____/                        Jointly Administered

### AFFIDAVIT OF JOHN AGNETTI, ESQ.

**STATE OF FLORIDA**        )
                            SS
**COUNTY OF MIAMI-DADE**    )

BEFORE ME, the undersigned authority personally appeared John Agnetti who after being duly sworn, deposes and says as follows:

1. My name is John Agnetti and I am a partner in the law firm of Hoffman, Larin & Agnetti, P.A. and supervise the pre-suit department thereof. I make this affidavit based on my personal knowledge.

2. The claim of SYDNEY HILTON was handled by Yafah Alexander under my supervision.

3. Neither I nor Yafah Alexander, received any notice of the Confirmation Order or the Bar Notice or any other notice of a bar date for administrative claims concerning this claim. The first notice we received of any deadline for the filing of Claimant's claim was in March of 2007 in correspondence from Sedgwick, debtor's adjusters, relating to two other post petition personal injury claims.

FURTHER AFFIANT SAYETH NOT

_____
JOHN B. AGNETTI

The foregoing was acknowledged before an officer duly authorized in the State and County aforesaid to take acknowledgements this 30th day of April 2007 by John Agnetti who personally appeared before me at the time of notarization and who is personally known to me.

NOTARY PUBLIC



_____
State of Florida at Large

My commission expires:



RICHARD COGSWELL
Notary Public - State of Florida
My Commission Expires Feb 22, 2008
Commission # DD292700
Bonded By National Notary Assn.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Winn-Dixie Stores, Inc., et.al.  Case No. 05-03817-3F1

Reorganized Debtors.  Chapter 11

_____/  Jointly Administered

## AFFIDAVIT OF YAFAH ALEXANDER

STATE OF FLORIDA )
) SS
COUNTY OF MIAMI-DADE )

BEFORE ME, the undersigned authority personally appeared Yafah Alexander who after being duly sworn, deposes and says as follows:

1. My name is Yafah Alexander and I am employed as a secretary / paralegal in the pre-suit department of the law firm of Hoffman, Larin & Agnetti, P.A. I make this affidavit based on my personal knowledge.

2. My job duties included the handing of the claim of SYDNEY HILTON under the supervision John Agnetti Esq.

3. On September 26, 2006, Triquana Powell of Debtor's claims office forwarded a letter to the Claimant requesting that Claimant or her attorney contact the debtor regarding her accident. On October 16, 2006, I forwarded a Notice of Claimant's claim to the debtor certified mail, return receipt requested. On November 1, 2006, Richard Law of Sedgwick claims, the debtor's claims adjusters, forwarded a letter to the undersigned firm requesting further information regarding the claim. On November 11, 2006, I forwarded another Notice of Claimant's claim to Sedgwick claims, the debtor's claims adjusters.

4. Neither I nor John Agnetti, received notice of the Confirmation Order or the Bar Notice or any other notice of a bar date for administrative claims until March of 2007 when I received correspondence to that effect relating to two other post petition claims.

5. The Claimant received notice of the bar date, but did not understand its legal significance. The claimant did not provide a copy to me of this notice until after the deadline had passed.

FURTHER AFFIANT SAYETH NOT

_____
YAFAH ALEXANDER

The foregoing was acknowledged before an officer duly authorized in the State and County aforesaid to take acknowledgements this 30th day of April 2007 by Yafah Alexander who personally appeared before me at the time of notarization and who is personally known to me.

NOTARY PUBLIC

_____
State of Florida at Large

My commission expires:



RICHARD COGSWELL
Notary Public - State of Florida
My Commission Expires Feb 22, 2008
Commission # DD292700
Bonded By National Notary Assn.