UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                             )

WINN-DIXIE STORES, INC., et al.,   )     Case No. 05-03817-3F1
                                                  )     Chapter 11
    Reorganized Debtors.            )     Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Dolores Diamond (Claim No. 1953) [Docket No. 16052] was furnished by mail on May 1, 2007 to Dolores Diamond, 16431 N.E. 34th Avenue, North Miami Beach, Florida 33160.

Dated: May 1, 2007

                                    SMITH HULSEY & BUSEY

                                    By      *s/ James H. Post*
                                          Stephen D. Busey
                                          James H. Post (FBN 175460)
                                          Cynthia C. Jackson

                                  225 Water Street, Suite 1800
                                  Jacksonville, Florida 32202
                                  (904) 359-7700
                                  (904) 359-7708 (facsimile)
                                  jpost@smithhulsey.com

                                  Counsel for Reorganized Debtors

00520151.DOC