UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

IN RE:       WINN DIXIE STORES, INC., et. al.,     )       05-03817-3F1
             Debtors.                               )       Chapter 11

## RESPONSE TO DEBTORS' OMNIBUS OBJECTION TO IMPROPERLY FILED PROOFS OF CLAIM

1. The undersigned represents Janett Reeves, a personal injury victim who has asserted a claim against Debtor. This is Claim 13806.

2. The undersigned opposes the disallowance of Janett Reeves' claim.

3. The reasons that the undersigned opposes the disallowance are found in the attached Exhibit A, Application for Allowance of Administrative Expense Claim for Post Petition Personal Injury.

4. The first notice that the undersigned's office received that an Adminstrative Expense Claim had to be filed in this matter was on January 29, 2007, three weeks after the claim bar date.

5. Janett Reeves never received notice of any kind from Debtor or Debtors agents or attorneys regarding filing an administrative expense claim.

6. As Janett Reeves never received any notice whatsoever, and the undersigned only received notice after the claim bar date, it is unjust and unfair to disallow Janett Reeves' claim.

WHEREFORE, PREMISES CONSIDERED, the undersigned prays this Honorable Court to allow this claim out of time.

Respectfully submitted,


/s/A. Patrick Ray
GOLDBERG & ASSOCIATES, P.C.
505 North 20th Street
Ste. 325
Birmingham, AL  35203
(205) 322-4700

Certificate of Service

I hereby certify that I have served a copy of the foregoing document upon the below listed parties by one of two means:

    a.  By electronic filing using the ECF system, or if the party is not an ECF participant;

    b.  By placing said document in the United States Mail, postage prepaid and properly addressed.

Done this day, May 1, 2007.

/s/ A. Patrick Ray, III