UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,        )         Case No. 05-03817-3F1
                                                         Chapter 11
      Reorganized Debtors.              )         Jointly Administered

### CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Cora Floyd (Claim No. 8095) [Docket No. 16046] was furnished by mail on May 1, 2007 to Cora Floyd, c/o Rebecca Nachlas, Esq., Nachlas Law Group, 1785 N.E. 123rd Street, North Miami, Florida 33181.

Dated: May 1, 2007

                                  SMITH HULSEY & BUSEY

                                  By    *s/ James H. Post*
                                        Stephen D. Busey
                                        James H. Post (FBN 175460)
                                        Cynthia C. Jackson

                                  225 Water Street, Suite 1800
                                  Jacksonville, Florida 32202
                                  (904) 359-7700
                                  (904) 359-7708 (facsimile)
                                  jpost@smithhulsey.com

                                  Counsel for Reorganized Debtors

00520151.DOC