UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                  )

WINN-DIXIE STORES, INC., et al.,      )        Case No. 05-03817-3F1
                                                       Chapter 11
            Reorganized Debtors.         )        Jointly Administered

### CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Ruthie Glover Hughes (Claim No. 2749) [Docket No. 16021] was furnished by mail on May 1, 2007 to Ruthie Glover Hughes, P. O. Box 90, Bradley, Florida 33835.

Dated: May 1, 2007

                                                       SMITH HULSEY & BUSEY


                                                       By    s/ James H. Post
                                                            Stephen D. Busey
                                                            James H. Post (FBN 175460)
                                                            Cynthia C. Jackson

                                                       225 Water Street, Suite 1800
                                                       Jacksonville, Florida 32202
                                                       (904) 359-7700
                                                       (904) 359-7708 (facsimile)
                                                       jpost@smithhulsey.com

                                                       Counsel for Reorganized Debtors

00520151.DOC