UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1<br>Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

### CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Gabriel Hughley (Claim No. 7545) [Docket No. 16022] was furnished by mail on May 1, 2007 to Gabriel Hughley, 1030 Iroquis Avenue, Fort Lauderdale, Florida 33312-7361.

Dated: May 1, 2007

SMITH HULSEY & BUSEY

By   s/ James H. Post
  Stephen D. Busey
  James H. Post (FBN 175460)
  Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151.DOC