UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                             )

WINN-DIXIE STORES, INC., et al.,    )        Case No. 05-03817-3F1
                                                           Chapter 11
           Reorganized Debtors.          )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Cornelia Jones (Claim No. 12459) [Docket No. 16047] was furnished by mail on May 1, 2007 to Cornelia Jones, c/o Beverly D. Basden, Esq., 1503 Woodland Avenue, Sanford, North Carolina 27330.

Dated: May 1, 2007

                                                        SMITH HULSEY & BUSEY


                                                        By      s/ James H. Post
                                                             Stephen D. Busey
                                                             James H. Post (FBN 175460)
                                                             Cynthia C. Jackson

                                                        225 Water Street, Suite 1800
                                                        Jacksonville, Florida  32202
                                                        (904) 359-7700
                                                        (904) 359-7708 (facsimile)
                                                        jpost@smithhulsey.com

                                                        Counsel for Reorganized Debtors

00520151.DOC