UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,    )        Case No. 05-03817-3F1
                                                        Chapter 11
      Reorganized Debtors.              )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Joseph Jones, Jr. (Claim Nos. 8472 and 8473) [Docket No. 16023] was furnished by mail on May 1, 2007 to Joseph Jones, Jr., c/o Robert M. Harris, Esq., Harris, Guidi, Rosner & Mordecai, P.A., 1790 West 49th Street, Suite 210, Hialeah, Florida 33012.

Dated: May 1, 2007

                    SMITH HULSEY & BUSEY

                    By    *s/ James H. Post*
                          Stephen D. Busey
                          James H. Post (FBN 175460)
                          Cynthia C. Jackson

                    225 Water Street, Suite 1800
                    Jacksonville, Florida 32202
                    (904) 359-7700
                    (904) 359-7708 (facsimile)
                    jpost@smithhulsey.com

                    Counsel for Reorganized Debtors

00520151.DOC