UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1<br>Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Vilma Mazquiaran (Claim No. 4310) [Docket No. 16025] was furnished by mail on May 1, 2007 to Vilma Mazquiaran, c/o Bernard H. Butts, Jr., Esq., 1790 West 49th Street, Suite 210, Hialeah, Florida 33012.

Dated: May 1, 2007

SMITH HULSEY & BUSEY

By _____s/ James H. Post_____
    Stephen D. Busey
    James H. Post (FBN 175460)
    Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151.DOC