UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,    )      Case No. 05-03817-3F1
                                                      Chapter 11
      Reorganized Debtors.              )      Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Miriam Pena-Pou (Claim No. 10690) [Docket No. 16024] was furnished by mail on May 1, 2007 to Miriam Pena-Pou, c/o Jose Carrillo, Esq., Carrillo & Carrillo, P.A., 3663 S.W. 8th Street, Suite 214, Miami, Florida 33135.

Dated: May 1, 2007

SMITH HULSEY & BUSEY

By    s/ James H. Post
    Stephen D. Busey
    James H. Post (FBN 175460)
    Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151.DOC