UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,          )          Case No. 05-03817-3F1
                                                   Chapter 11
            Reorganized Debtors.          )          Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Pascuala Santiago (Claim No. 2304) [Docket No. 16048] was furnished by mail on May

1, 2007 to Pascuala Santiago, c/o David Sweat, Esq., Rue & Ziffra, P.A., 632 Dunlawton

Avenue, Port Orange, Florida 32127-4384.

Dated:  May 1, 2007

SMITH HULSEY & BUSEY


By _____s/ James H. Post_____
      Stephen D. Busey
      James H. Post (FBN 175460)
      Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151.DOC