UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| **In re:**<br><br>**WINN-DIXIE STORES, INC., et al.,**<br><br>Debtors.[1] | **Chapter 11**<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about December 6, 2006 I caused copies of:

- the **Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing Claims Arising Before Effective Date and Other Administrative Claims**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice(s) as listed above is attached hereto as Exhibit B and C.

Dated: December 18, 2006

_Kathleen M. Logan_ (signature)
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

EXHIBIT COMPOSITE "A"

SERVICE LIST
Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 535952-BA<br>GONZALEZ, JOYCE<br>C/O TERRENCE F. PYLE<br>707 WEST DEL WEBB BLVD.<br>SUN CITY CENTER FL 33573 | CREDITOR ID: 537836-BA<br>GONZALEZ, JOYCE<br>C/O TERRENCE F. PYLE<br>TERRENCE F. PYLE, P.A.<br>707 W. DEL WEBB BLVD.<br>SUN CITY FL 33573 | CREDITOR ID: 537837-BA<br>GONZALEZ, JULIA<br>C/O JOSE M CANAS P.A.<br>JOSE M. CANAS, P.A.<br>1500 MADRUGA AVE.<br>SUITE 416<br>CORAL GABLES FL 33146 |
| CREDITOR ID: 535953-BA<br>GONZALEZ, JULIA<br>9930 SW 165TH TERRACE<br>TERRACE FL 33157 | CREDITOR ID: 537838-BA<br>GONZALEZ, MANDI<br>C/O JASON CHALIK, ESQ.<br>ROSEN & CHALIK, P.A.<br>10063 N. W. 1ST COURT<br>PLANTATION FL 33324 | CREDITOR ID: 535954-BA<br>GONZALEZ, MANDI<br>10015 SW 200TH ST<br>MIAMI FL 33157 |
| CREDITOR ID: 555656-BC<br>GONZALEZ, MARIA<br>1220 NW 34TH AVENUE<br>MIAMI FL 33125 | CREDITOR ID: 555660-BC<br>GONZALEZ, MARIA<br>829 NW 14TH CT<br>#305-762-3883<br>MIAMI FL 33135 | CREDITOR ID: 535955-BA<br>GONZALEZ, MARISOL<br>207 BEKINHERD DR.<br>KISSIMMEE FL 34758 |
| CREDITOR ID: 537839-BA<br>GONZALEZ, MARISOL<br>C/O TODD E. COPELAND<br>TODD E. COPELAND & ASSOC. P.A.<br>1007 EMMETT STREET<br>KISSIMMEE FL 34741 | CREDITOR ID: 555650-BC<br>GONZALEZ, MARY<br>1535 AMERICANA<br>APT 12-O<br>ORLANDO FL 32839 | CREDITOR ID: 555651-BC<br>GONZALEZ, MATILDE<br>14868 LANDY VICTORIA BLVD.<br>ORLANDO FL 32826 |
| CREDITOR ID: 555659-BC<br>GONZALEZ, MIRIAM<br>575 WEST 51ST PLACE<br>HIALEAH FL 33012 | CREDITOR ID: 555652-BC<br>GONZALEZ, NICHLAS<br>23895 SW 153 CT.<br>HOMESTEAD FL 33032 | CREDITOR ID: 535956-BA<br>GONZALEZ, OVIDIO<br>2120 COLONIAL AVE<br>LAKELAND FL 33801 |
| CREDITOR ID: 392142-55<br>GONZALEZ, PABLO<br>C/O DAVID SNYDER LAW OFFICES<br>ATTN DAVID SNYDER, ESQ<br>2340 S DIXIE HIGHWAY<br>MIAMI FL 33133 | CREDITOR ID: 555648-BC<br>GONZALEZ, PAULA<br>22054 SW 93RD PLACE<br>MIAMI FL 33190 | CREDITOR ID: 555655-BC<br>GONZALEZ, PEDRO<br>4176 CITRUS SQUARE<br>ORLANDO FL 32812 |
| CREDITOR ID: 417334-B3<br>GONZALEZ, PHILLIP (MINOR)<br>C/O IRVIN & ORIHUELA, LLC<br>ATTN IVAN A ORIHUELA, ESQ<br>650 POYDRAS STREET, SUITE 2517<br>NEW ORLEANS LA 70130 | CREDITOR ID: 537840-BA<br>GONZALEZ, ROLANDO<br>C/O JOSE FRANCISCO, ESQ<br>LAW OFFICES OF JOSE M. FRANCISCO<br>5040 NW 7TH ST, STE 900<br>MIAMI FL 33126 | CREDITOR ID: 535957-BA<br>GONZALEZ, ROLANDO<br>10290 N.W. 9 STREET CIRCLE<br>APT # 31<br>MIAMI FL 33172 |
| CREDITOR ID: 29875-05<br>GONZALEZ, ROSA<br>20861 NW 22ND COURT<br>PEMBROKE PINES FL 33029 | CREDITOR ID: 537841-BA<br>GONZALEZ, RUBEN<br>C/O JUAN LOPEZ PALMER<br>JUAN LOPEZ PALMER PA<br>1516 E HILLCREST ST STE 305<br>ORLANDO FL 32803 | CREDITOR ID: 535958-BA<br>GONZALEZ, RUBEN<br>213 PIERCE AVENUE<br>ORLANDO FL 32809 |
| CREDITOR ID: 388010-54<br>GONZALEZ, SILVIA<br>9401 SW 4TH ST.<br>MIAMI, FL 33174 | CREDITOR ID: 392287-55<br>GONZALEZ, SILVIA<br>C/O JOSHUA J HERTZ, PA<br>ATTN JOSHUA J HERTZ, ESQ<br>200 SOUTHEAST 1 STREET<br>SUITE 505<br>MIAMI FL 33131 | CREDITOR ID: 535959-BA<br>GONZALEZ, SONIA<br>2426 OAK RUN BLVD<br>KISSIMMEE FL 34744 |

Case 3:05-bk-03817-JAF   Doc 16196-1   Filed 05/02/07   Page 3 of 3
Case 3:05-bk-03817-JAF   Document 13200   Filed 12/18/2006   Page 140 of 501
Page 639 of 1422

SERVICE LIST
Notice of (A) Entry of Order Confirming Plan of
Reorganization, (B) Occurrence of Effective Date
of Plan, and (C) Bar Dates for Filing claims Arising
before Effective Date and Other Administrative Claims

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                             **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 536114-BA<br>HERNANDEZ, ORLENIS<br>9837 NW 122ND TERRACE<br>HIALEAH FL 33018 | CREDITOR ID: 538193-BA<br>HERNANDEZ, ORLENIS<br>C/O CARLOS O. GOMEZ,<br>LAW OFFICES OF CARLOS O. GOMEZ, PA.<br>102 EAST 49TH STREET<br>HIALEAH FL 33013 | CREDITOR ID: 536115-BA<br>HERNANDEZ, PEDRO<br>19161 SW 318 TER<br>HOMESTEAD FL 33030 |
| CREDITOR ID: 34793-05<br>HERNANDEZ, ROLANDO E<br>940 E 10TH AVENUE<br>HIALEAH FL 33010 | CREDITOR ID: 390832-55<br>HERNANDEZ, ROXANA<br>C/O CARRILLO & CARRILLO, PA<br>ATTN JOSE CARRILLO, ESQ<br>3663 SW 8TH STREET, STE 214<br>MIAMI FL 33135 | CREDITOR ID: 391019-55<br>HERNANDEZ, RUBY<br>C/O ERNESTO S MEDINA ESQ<br>ATTN ERNESTO S MEDINA, ESQ<br>525 NW 27 AVENUE STE 100<br>MIAMI FL 33125 |
| CREDITOR ID: 145007-09<br>HERNANDEZ, SAMUEL<br>3113 PRADERA STREET<br>MISSION TX 78574 | CREDITOR ID: 555837-BC<br>HERNANDEZ, SMI<br>3700 NW 22ND COURT<br>786-326-7418<br>MIAMI FL 33142 | CREDITOR ID: 391299-55<br>HERNANDEZ, WENDY<br>C/O STEINGER, ISCOE & PHILLIPS, PA<br>ATTN MICHAEL STEINGER/G ISCOE, ESQS<br>1645 PALM BEACH LAKES BLVD, 9TH FL<br>WEST PALM BEACH FL 33401 |
| CREDITOR ID: 416959-BD<br>HERNANDEZ, ZOILA<br>8260 SW 30TH STREET<br>MIAMI FL 33155 | CREDITOR ID: 552620-BI<br>HERNANDO CNTY UTILITIES<br>PO BOX 30384<br>TAMPA FL 33630-3384 | CREDITOR ID: 555841-BC<br>HERNDON, MICHEAL<br>12692 HUNTERS CHASE<br>FAIRHOPE AL 36532 |
| CREDITOR ID: 536116-BA<br>HERNY, DORIS<br>311 ARMSTRONG ST<br>BROOKSVILLE FL 34601 | CREDITOR ID: 555842-BC<br>HERON, CHARMAINE<br>8819 PARADISE DR<br>TAMARAC FL 33321 | CREDITOR ID: 391170-55<br>HERRERA, DULCE<br>C/O J SCOTT NOONEY & ASSOCIATES<br>ATTN J SCOTT NOONEY, ESQ<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 388622-54<br>HERRERA, MARIA<br>C/O LAW OFFICE OF RAUL DE LA HERIA<br>ATTN RAUL DE LA HERIA, ESQ<br>770 NW 35TH AVENUE<br>MIAMI FL 33125 | CREDITOR ID: 410988-15<br>HERRERA, NOEMI<br>C/O MORGAN & MORGAN, PA<br>ATTN DICK GRECO JR, ESQ.<br>101 E KENNEDY BLVD, SUITE 1790<br>TAMPA FL 33602 | CREDITOR ID: 555843-BC<br>HERRERA, VANESSA<br>11341 SA 40 TERR<br>MIAMI FL 33165 |
| CREDITOR ID: 538194-BA<br>HERRERA, YNES<br>C/O DAVID F. BARON<br>LAW OFFICES OF DAVID F. BARON<br>ONE DATRAN CENTER STE. 1704<br>9100 S. DADELAND BLVD.<br>MIAMI FL 33156 | CREDITOR ID: 536117-BA<br>HERRERA, YNES<br>1612 NW 32 AVE<br>305-815-1899<br>MIAMI FL 33125 | CREDITOR ID: 279414-99<br>HERRICK FEINSTEIN LLP<br>ATTN: PAUL RUBIN<br>2 PARK AVENUE<br>NEW YORK NY 10016 |
| CREDITOR ID: 552621-BI<br>HERRINGTON LAWN SERVICE<br>339 JC PRESTAGE ROAD<br>PELAHATCHIE MS 39145 | CREDITOR ID: 555844-BC<br>HERRINGTON, VICKI<br>8207 RESERVOIR RD<br>COLLINSVILLE MS 39325 | CREDITOR ID: 536118-BA<br>HERRINGTON, WANDA<br>28335 HWY 424<br>FRANKLINTON LA 70438 |
| CREDITOR ID: 538195-BA<br>HERRINGTON, WANDA<br>C/O JOHN M. ROBIN<br>LAW OFFICES OF JOHN M. ROBIN<br>PO BOX 1830<br>COVINGTON LA 70434-1830 | CREDITOR ID: 251547-12<br>HERSHEY CHOCOLATE USA<br>ATTN MARTIN E TAYLOR<br>PO BOX 198510<br>ATLANTA, GA 30384-8510 | CREDITOR ID: 552623-BI<br>HERSHEY CHOCOLATE USA<br>PO BOX 198510<br>ATLANTA GA 30384-8510 |