IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 06-17647 CA 04

MIRIAM GONZALEZ,

    Plaintiff(s),

v.

WINN DIXIE STORES, INC.,

    Defendant(s).
_____/

## NOTICE OF PRODUCTION FROM NON-PARTY

YOU ARE NOTIFIED that fifteen (15) days from the date of service, if no objection is received from any party, the undersigned will issue or apply to the clerk of this court for issuance of the attached subpoena(s) directed to the following non-party(ies): *Cambridge Integrated Services*, to produce the items listed at the time and place specified in the subpoena(s).

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. mail on **April 20, 2007** to: Monica Galindo-Stinson, Esquire, Chasin &

**EXHIBIT COMPOSITE "C"**

Stinson, 9100 South Dadeland Boulevard Penthouse 1, Suite 1704, Miami, FL 33156.

Kelley, Kronenberg, Gilmartin, Fichtel &
Wander
Counsel for Defendant
Winn Dixie Stores, Inc.
Plaza Royale, Suite 204
15600 N.W. 67th Avenue
Miami Lakes, Florida 33014
Phone: (305)774-7058
Fax: (305)774-6632

By: _____
John R. Buchholz, Esquire
Florida Bar Number 606472

JRB/nvv

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

MIRIAM GONZALEZ,

    Plaintiff(s),

v.

WINN DIXIE STORES, INC.,

    Defendant(s).
_____/

CASE NO.: 06-17647 CA 04

### SUBPOENA DUCES TECUM WITHOUT DEPOSITION
(RECORDS MAY BE MAILED IN LIEU OF DEPOSITION)

THE STATE OF FLORIDA

TO: RECORDS CUSTODIAN
    Cambridge Integrated Services
    501 Palm Avenue, 4th Floor
    Hialeah, FL 33010

YOU ARE COMMANDED to appear at Kelley, Kronenberg, Gilmartin, Fichtel & Wander, P.A., 15600 N.W. 67th Avenue, Suite 204, Miami Lakes, FL 33014, on May 21, 2007, and to have with you at that time and place the following:

> Your entire claim file concerning Miriam Gonzalez; DOB: 02/09/1960; SS#: 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, insured under claim number: 20060475000-0063. This request includes, but is not limited to, any and all records of claims, payments, memorandums, interviews, records, photographs, medical reports, patient management records, disease management information, grievance and appeal documents, medical underwriting, application and enrollment information and vision-related claim information, notes and charts, etc.

**SATISFACTORY ASSURANCE OF NOTICE PURSUANT TO HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT OF 1996.**

The undersigned hereby certifies that a good faith attempt has been made to notify the plaintiff/patient in writing by serving written notice of its intent to subpoena insurance information to plaintiff/patient attorney on April 20, 2007. This written notice provided sufficient information about this legal proceeding for the plaintiff/patient to raise objections in the appropriate Court within

15 days of this notice of intent. The deadline for the plaintiff/patient to object to our subpoena expired on **May 7, 2007**. **The undersigned further certifies that the plaintiff has not objected. This certificate is provided in the absence of an executed authorization or court order pursuant to 45CFR 164.512.**

These items will be inspected and may be copied at that time. You will not be required to surrender the original items. You may comply with this subpoena by providing legible copies of the items to be produced to the attorney whose name appears on this subpoena on or before the scheduled date of production. You may condition the preparation of the copies upon payment in advance of the reasonable cost of preparation. **You may mail or deliver the copies to the attorney whose name appears on this subpoena and thereby eliminate your appearance at the place and time specified above.** You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena. THIS WILL NOT BE A DEPOSITION. NO TESTIMONY WILL BE TAKEN.

If you fail to:

1. appear as specified; or

2. furnish the records instead of appearing as provided above; or

3. object to this subpoena,

you may be in contempt of court. You are subpoenaed to appear b the undersigned and unless excused from this subpoena by this attorney or the court, you shall respond to this subpoena as directed.

DATED on May 8, 2007

MAIL RECORDS TO:
John R. Buchholz, Esquire
KELLEY, KRONENBERG,
GILMARTIN, FICHTEL & WANDER, P.A.
15600 N.W. 67th Avenue, Suite 204
Miami Lakes, FL 33014
Telephone (305)774-7058
Facsimile (305)774-6632

Attn: Natalie Villiers

By: _____
John R. Buchholz, Esquire
For the Court

COPY