UNITED STATES BANKRUPTCY COURT

Middle District Of Florida
300 North Hogan Street, 3-350
Jacksonville, Florida 32202

In re:
WINN-DIXIE STORES, INC. et al.   In a Chapter 11 Case
Case Number–3-05-bk-3817
Adversary Number - NA

Debtor(s)

## TRANSMITTAL OF RECORD TO DISTRICT COURT-

( X ) Appeal pursuant to 28 USC § 158(a).

Notice of Appeal Filed: 11/20/06
The Party or Parties included in the Appeal to the District Court:

Appellant(s): ORIX Capital Markets, LLC
Attorney:   Richard R. Thames, Stutsman Thames & Markey, P.A., 50 N. Laura St., Ste 1600, Jacksonville, FL 32202 (904-358-4000)
Appellee(s): Winn-Dixie Stores, Inc. et al.
Attorney:   Cynthia C. Jackson, Smith Hulsey & Busey, 225 Water Street, Ste 1800, Jacksonville, FL 32202 (904-359-7700)
**Title and Date of Orders Appealed**: Order Confirming Joint Plan of Reorganization and Findings of Fact and Conclusion of Law entered on November 9, 2006

Items included in supplemental transmittal pursuant to F.R.B.P. 8003(b): **Exhibits already hand delivered to District Court with earlier Appeals.**

(X) Notice of Appeal
(X) Designation in Appeal of Appellant
(X) Designation in Cross Appeal
(X) Other: Copy of Docket

( ) Any Answers(s)
(X) Transcripts
(X) Exhibits

Case number(s) of Pending Appeal(s) in this Case:
3:07-cv-236-J-33
3:07-cv-237-J-33
3:07-cv-238-J-32
3:07-cv-239-J-25
3:07-cv-240-J-33
3:07-cv-242-J-32
County of Residence: Duval   Date: April 18, 2007   By: Cathy Perkins

District Court Case Number: 3:07-cv-346-J-16