**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 3:05-bk-03817-JAF |
| | ) | |
| **WINN-DIXIE STORES, INC.,** | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**MOTION TO SET HEARING ON MOTION TO**
**ALLOW CLAIM 13255 AS TIMELY FILED (DOCKET NUMBER 12615)**

**COMES NOW** the Movant, SUSAN WALKER, by and through the undersigned attorney, and moves this Honorable Court to set a hearing on the Motion to Allow Claim 13255 as Timely Filed (Docket Number 12615) and for reasons says as follows:

1. The Motion to Allow Claim 13255 as Timely Filed (Docket Number 12615) was filed on November 16, 2006.

2. As of this date, the Movant has been unable to obtain any further information regarding the disposition of Claim 13255.

3. Movant needs a determination on the Motion to Allow Claim 13255 as Timely Filed.

WHEREFORE, Movant respectfully requests that this honorable Court set a hearing on the Motion to Allow Claim 13255 as Timely Filed.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing Motion to Set Hearing has been furnished to Winn Dixie Claims Docketing Center, c/o Logan & Company, Inc., 546 Valley Road, Upper Montclair, NJ 07043 by U.S. Mail this 2nd day of May, 2007.

**PARKER & DuFRESNE, P.A.**

/s/ E. Warren Parker, Jr.
_____
E. WARREN PARKER, JR., Esquire
Florida Bar No.: 958506
Churchill Park, Suite 301
8777 San Jose Boulevard
Jacksonville, FL 32217
(904) 733-7766      Fax: (904) 733-2919
Attorney for Movant