UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Reorganized Debtors. | Jointly Administered |

**AGREED ORDER RESOLVING CLAIM NUMBER 8854
FILED BY GOODING'S SUPERMARKETS, INC. (STORE NO. 2383)**

This cause originally came before the Court on the Debtors' Twenty-Sixth Omnibus Objection to Claims Arising from Unexpired Leases of Non-Residential Real Property (I) That Have Been Assumed, (II) That Have Been Assumed and Assigned, or (III) That Are the Subject of Lease Termination Agreements (Docket No. 12281) (the "Objection"). The Court entered an Order (Docket No. 12908) and an Order correcting the Docket No. 12908 Order (Docket No. 13344) sustaining the Objection as to the proofs of claims listed on the exhibits to the Orders. Included among the several proofs of claim listed on Exhibit B of the Orders is claim number 8854 filed by Gooding's Supermarkets, Inc. ("Gooding's"). The Orders reclassified claim number 8854 to administrative priority in an amount to be determined by subsequent order. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim number 8854 filed by Gooding's with respect to Store No. 2383 is disallowed in its entirety.

2.  This Agreed Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims filed by Gooding's in these Chapter 11 cases and (ii) all other pre-petition or pre-effective date claims Gooding's has or may have against Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Reorganized Debtors") and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

3.  This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this __1__ day of ~~April~~ May, 2007, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00564959

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| LOWNDES DROSDICK DOSTER KANTOR & REED, P.A. | SMITH HULSEY & BUSEY |
| By  _s/ Matt E. Beal*_  <br>     Matt E. Beal | By  _s/ Cynthia C. Jackson_  <br>     Cynthia C. Jackson, F.B.N. 498882 |
| 450 South Orange Avenue, Suite 250<br>Orlando, Florida 32801<br>(407) 843-4600<br>(407) 843-4444 (facsimile)<br>matt.beal@lowndes-law.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Counsel for Gooding's Supermarkets, Inc. | Co-Counsel for Reorganized Debtors |

*Counsel has authorized his electronic signature.

00564959