**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                    )    Case No.  05-03817-3F1

WINN-DIXIE STORES, INC., et al.,          )    Chapter 11

                    Reorganized Debtors.[1]    )    Jointly Administered

**DEBTORS' OBJECTION TO CLAIM FILED**
**BY MARIETTA BROWN (CLAIM NO. 13807)**

The Debtors object to the allowance of Claim No. 13807 in the amount of

$10,000.00 filed in Case No. 05-03817-3F1 by Marietta Brown upon the grounds

specified below.  In making these objections, the Debtors reserve, without waiver,

the right to assert further or additional objections to the Claim.

1.    The Debtors deny any liability on the debt alleged in the Claim.

2.    The Debtors dispute the amount of the debt alleged in the Claim.

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.  With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

3.      The claimant failed to attach documentation to the Claim as required by Rule 3001(a), Federal Rules of Bankruptcy Procedure.

4.      This Claim was untimely filed.

Dated:  May 3, 2007

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP

By ___*s/ D. J. Baker*_____          By ___*s/ James H. Post*_____
     D. J. Baker                              Stephen D. Busey
     Sally McDonald Henry                     James H. Post (FBN 175460)
     Rosalie Walker Gray                      Cynthia C. Jackson

Four Times Square                     225 Water Street, Suite 1800
New York, New York 10036              Jacksonville, Florida  32202
(212) 735-3000                        (904) 359-7700
(917) 777-2150 (facsimile)            (904) 359-7708 (facsimile)
djbaker@skadden.com                   jpost@smithhulsey.com

Co-Counsel for Reorganized Debtors    Co-Counsel for Reorganized Debtors

### Certificate of Service

I certify that a copy of this document has been furnished electronically and/or by mail to (i) Marietta Brown, 2311 Davis Street, Brunswick, Georgia 31520 and (ii) United States Trustee, 135 West Central Boulevard, Room 620, Orlando, Florida 32801, this 3rd day of May, 2007.

_____*s/ James H. Post*_____
                Attorney

565026