UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| _____) | |

## AGREED ORDER RESOLVING CURE OBJECTION FILED BY KRG WATERFORD LAKES, LLC. (STORE NO. 2270)

This cause came before the Court on the Limited Objection to the Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fixing Cure Amounts and (III) Granting Related Relief filed by KRG Waterford Lakes, LLC ("KRG Waterford") (Docket No. 9689) with respect to Store No. 2270 (the "Cure Objection") and the Debtors' Sixth Omnibus Objection to No Liability Claims (Docket No. 6352). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objection is overruled.

2. Proof of Claim number 9591 filed by KRG Waterford is allowed as an administrative claim in the amount of $109,576.00, $95,576.00 of which Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Reorganized Debtors") have paid.

3. This Agreed Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims and applications, including and not limited to the claims asserted in Docket Number 14301, filed by KRG Waterford in these Chapter 11 cases and (ii) all other pre-petition or pre-effective date claims KRG

Waterford has or may have against the Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

4. Post-effective date liabilities and obligations will be handled by the parties in accordance with the applicable lease terms and ordinary course practices.

5. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this __1__ day of May, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00552855

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| ICE MILLER LLP | SMITH HULSEY & BUSEY |
|---|---|
| By __s/ Mark A. Bogdanowicz*__<br>Mark A. Bagdanowicz | By _s/ Cynthia C. Jackson_<br>Cynthia C. Jackson |
| One American Square, Suite 3100<br>Indianapolis, Indiana 46282<br>(317) 236-2182<br>(317) 592-5436 (facsimile)<br>mark.bogdanowicz@icemiller.com | Florida Bar Number 498882<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Counsel for KRG Waterford Lakes, LLC | Co-Counsel for Reorganized Debtors |

*Counsel has authorized his electronic signature.

00552855