UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

**WINN-DIXIE STORES, INC, et al.**

Debtors.

Case No. 05-03817-JAF

Chapter 11

Jointly Administered

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

**COMES NOW** Amanda N. Powers, formally associated with Maloney-Strohmeyer, LLP, counsel for Creditor, MARY HARRIS (hereinafter "Creditor"), respectfully requests that she be permitted to withdraw as counsel of record for Creditor and states as follows:

1. Amanda N. Powers has left the law firm of Maloney-Strohmeyer, LLP.

2. No other counsel associated with Maloney-Strohmeyer, LLP is licensed to practice law in the state of Florida.

3. It is in the best interest of Creditor to obtain new counsel.

4. Amanda N. Powers and the firm of Maloney-Strohmeyer, LLP respectfully requests this Honorable Court to allow Creditor reasonable time to retain substitute counsel. During this time, Miss Powers would ask that all discovery, discovery motions and deadlines be stayed.

5. After the withdrawal by Miss Powers, all mail for Mary Harris should be forwarded to Marry Harris at 355 Simmington Drive, Apartment A, Mobile, Alabama 36617.

6. Creditor has been put on notice of the filing of this motion by advising via telephone (251) 479-2774 and first class mail at her last known address, 355 Simmington Drive, Apartment A, Mobile, Alabama 36617.

7.  Creditor has no objection to the Court granting this motion.

**WHEREFORE**, Amanda N. Powers respectfully requests this Honorable Court to enter an order:

Allowing Amanda N. Powers to withdraw as counsel of record for Mary Harris in the above styled cause and to be relieved of any further responsibilities in this matter and that all time periods associated with her claim be expanded such to allow her to obtain new counsel.

Respectfully submitted,

/s/ Amanda N. Powers
Amanda N. Powers (Bar No. 0011643)
25 South Wind Drive
Belleair Bluffs, FL 33770
Attorney for Creditor

Formally associated with:
Maloney-Strohmeyer, LLP
601 Church Street
Mobile, Alabama 36602

## **CERTIFICATE OF SERVICE**

      I do hereby certify that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court by using the CM/ECF system that will send a notice of electronic filing to the following:

D.J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Stephen D. Busey
James H. Post
Cynthia C. Jackson

On this 3rd day of May, 2007.

                                       /s/ Amanda N. Powers
                                       AMANDA N. POWERS (Bar No. 0011643)

                                       Formally associated with:
                                       Maloney-Strohmeyer, LLP
                                       Todd Strohmeyer
                                       David Maloney
                                       601 Church Street
                                       Mobile, AL 36602

## PROPOSED ORDER

**IT IS ORDERED** by this Court that the name of Amanda N. Powers be withdrawn as counsel of record for Mary Harris, Creditor, in the above entitled and numbered cause.

Mobile, Alabama and Belleair Bluffs, Florida, this ___ day of _____ , 2007.

_____
**UNITED STATE BANKRUPTCY JUDGE**