# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

IN RE :

**WINN-DIXIE STORES, INC, et al.**

          Debtors.

Case No. 05-03817-JAF

Chapter 11

Jointly Administered

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

**COMES NOW** Amanda N. Powers, formally associated with Maloney-Strohmeyer, LLP, counsel for Creditor, MABEL HUOT (hereinafter "Creditor"), respectfully requests that she be permitted to withdraw as counsel of record for Creditor and states as follows:

1.  Amanda N. Powers has left the law firm of Maloney-Strohmeyer, LLP.

2.  No other counsel associated with Maloney-Strohmeyer, LLP is licensed to practice law in the state of Florida.

3.  It is in the best interest of Creditor to obtain new counsel with regard to this matter.

4.  Miss Powers and the firm of Maloney-Strohmeyer, LLP respectfully requests this Honorable Court to allow Creditor reasonable time to retain substitute counsel. During this time, Miss Powers would ask that all discovery, discovery motions and deadlines be stayed.

5.  After the withdrawal by Amanda N. Powers, all mail for Mabel Huot should be forwarded to Mabel Huot at her last known address, 20800 County Road 36, Summerdale, Alabama 36580.

6. Client has been put on notice of the filing of this motion via certified mail to her last known address, 20800 County Road 36, Summerdale, Alabama 36580.

**WHEREFORE**, Amanda N. Powers respectfully requests this Honorable Court to enter an order:

Allowing Amanda N. Powers to withdraw as counsel of record for Mabel Huot, in the above styled cause and to be relieved of any further responsibilities in this matter and that all time periods associated with Mabel Huot's claim be expanded such to allow her to obtain new counsel.

Respectfully submitted,

/s/ Amanda N. Powers
Amanda N. Powers (FL Bar No. 0011643)
25 South Wind Drive
Belleair Bluffs, FL 33770
Attorney for Creditor

Formally associated with:
Maloney-Strohmeyer, LLP
601 Church Street
Mobile, Alabama 36602

**CERTIFICATE OF SERVICE**

      I do hereby certify that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court by using the CM/ECF system that will send a notice of electronic filing to the following:

D.J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Stephen D. Busey
James H. Post
Cynthia C. Jackson

On this 3rd day of May, 2007.

                                                /s/ Amanda N. Powers
                                                AMANDA N. POWERS (Bar No. 0011643)

                                                Formally associated with:
                                                Maloney-Strohmeyer, LLP
                                                Todd Strohmeyer
                                                David Maloney

## PROPOSED ORDER

**IT IS ORDERED** by this Court that the name of Amanda N. Powers be withdrawn as counsel of record for Mabel Huot, Creditor, in the above entitled and numbered cause.

Mobile, Alabama and Belleair Bluffs, Florida, this ___ day of _____ , 2007.

---

**UNITED STATE BANKRUPTCY JUDGE**