UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., <u>et al.</u>,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about May 3, 2007 I caused copies of:

- the **Order on Debtors' Omnibus Objection to Unresolved Litigation Claims Which Have Been Settled or Withdrawn**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served order as listed above is attached hereto as Exhibit B.

Dated: May 4, 2007

_____
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: LD

EXHIBIT A
SERVICE LIST

**Order on Debtors' Omnibus Objection to Unresolved Litigation Claims Which Have Been Settled or Withdrawn**

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.  **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 400121-86<br>ACOFF, JINNIE<br>C/O DANTONE HENDERSON, PA<br>ATTN: HENDERSON, DANTONE<br>241 MAIN STREET<br>PO BOX 778<br>GREENVILLE MS 38702-0778 | CREDITOR ID: 400121-86<br>ACOFF, JINNIE<br>635 CARSON STREET<br>GREENVILLE MS 38701 | CREDITOR ID: 390591-55<br>BECNEL, CAROL HUSSER<br>C/O LAW OFFICES OF OSSIE BROWN<br>ATTN T HABERSHAM SETZE, ESQ<br>123 ST FERDINAND STREET<br>BATON ROUGE LA 70802 |
| CREDITOR ID: 410758-15<br>DUNBAR, DAVID<br>PO BOX 7311<br>JACKSONVILLE FL 32238-0311 | CREDITOR ID: 410758-15<br>DUNBAR, DAVID<br>AVOLIO & HANLON, PC<br>ATTN TRACY L MARKHAM, ESQ<br>SOUTHGATE SQUARE CENTER<br>2730 US 1 SOUTH, STE J<br>ST AUGUSTINE FL 32086 | CREDITOR ID: 392757-55<br>DURDEN, WILLIAM<br>C/O MORGAN & MORGAN, PA<br>ATTN DONNY A OWENS, ESQ<br>815 SOUTH MAIN STREET, SUITE 301<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 392627-55<br>ERGLE, EDWARD O<br>C/O BURNSIDE WALL LLP<br>ATTN JAMES B WALL, ESQ<br>454 GREENE STREET<br>AUGUSTA GA 30901 | CREDITOR ID: 389046-54<br>FOOTE, NANCY FINLEY<br>C/O LAW OFFICE OF PAUL A BERNARDINI<br>ATTN PAUL A BERNARDINI, ESQ<br>PO BOX 2200<br>DAYTONA BEACH FL 32115-2200 | CREDITOR ID: 389046-54<br>FOOTE, NANCY FINLEY<br>624 NORTH YOUNG ST<br>ORMOND BEACH, FL 32174 |
| CREDITOR ID: 392250-55<br>FOX, SUZANNE<br>C/O LAW OFFICES OF CARL A SHORT II<br>ATTN CARL A SHORT II, ESQ<br>209-A MAIN STREET<br>PO BOX 463<br>MANCHESTER KY 40962-0463 | CREDITOR ID: 392896-55<br>FRANKLIN, BETTY MAE<br>C/O DARREL D. RYLAND LAW OFFICE<br>ATTN DARREL D RYLAND/ W ELMER, ESQS<br>PO DRAWER 1469<br>MARKSVILLE LA 71351 | CREDITOR ID: 421155-ST<br>HUGHES, MICHAEL ANTONIO<br>3035 EDGEWOOD TERR<br>SARASOTA FL 34231 |
| CREDITOR ID: 393314-55<br>JOHNSON, CLARA<br>C/O BRIMBERRY KAPLAN & BRIMBERRY PC<br>ATTN JAY BRIMBERRY, ESQ<br>PO BOX 1085<br>ALBANY GA 31702-1085 | CREDITOR ID: 534885-15<br>JOHNSON, JERRY<br>510 FRANCIS BLVD<br>LAKELAND FL 33801 | CREDITOR ID: 253014-12<br>JOHNSON, JERRY<br>807 E 120TH AVE, APT B<br>TAMPA FL 33612 |
| CREDITOR ID: 394759-57<br>JONES, MARY<br>C/O FARAH & FARAH, PA<br>ATTN RICHARD A STAGGARD, ESQ<br>1301 PLANTATION ISLAND DR, STE 206A<br>ST AUGUSTINE FL 32080 | CREDITOR ID: 386155-54<br>KIRKLAND, BERNELL<br>C/O VANSANT & CORRIERE, LLC<br>ATTN ALFRED N CORRIERE, ESQ<br>PO BOX 347<br>ALBANY GA 31702-0347 | CREDITOR ID: 394176-56<br>MATHIEU, MARIE M<br>11852 SW 202 ST<br>MIAMI, FL 33177 |
| CREDITOR ID: 391842-55<br>MCCARTHY, BARBARA<br>C/O HELLER & HELLER, PA<br>ATTN WILLIAM A HELLER, ESQ<br>2929 N UNIVERSITY DRIVE, SUITE 103<br>CORAL SPRINGS FL 33065 | CREDITOR ID: 406054-15<br>PALMER, LAQUAILA<br>C/O STEVEN E SLOOTSKY LAW OFFICE<br>ATTN JEFFREY M BRAXTON, ESQ<br>2701 W OAKLAND PARK BLVD, SUITE 100<br>FORT LAUDERDALE FL 33311 | CREDITOR ID: 393039-55<br>PENNYCUFF, DEBRA ROSE<br>C/O FARAH, FARAH, & ABBOTT, PA<br>ATTN STEPHEN LANKES, ESQ<br>1534 KINGSLEY AVE<br>ORANGE PARK FL 32703 |
| CREDITOR ID: 534886-B1<br>PERRY, LYNDA<br>510 FRANCIS BLVD<br>LAKELAND FL 33801 | CREDITOR ID: 255158-12<br>PERRY, LYNDA<br>807 E 120TH AVE, APT B<br>TAMPA FL 33612 | CREDITOR ID: 192710-09<br>PINCHBACK, EDGAR W, JR<br>292 GLENLYN ST<br>DANVILLE VA 24540 |
| CREDITOR ID: 417057-15<br>REED-STEWART, CINDY<br>3029 BANKS ROAD<br>TALLAHASSEE FL 32308 | CREDITOR ID: 417057-15<br>REED-STEWART, CINDY<br>C/O EUBANKS & BARRETT<br>ATTN JAMES FASIG, ESQ.<br>259 E 7TH AVENUE<br>TALLAHASSEE FL 32303 | CREDITOR ID: 410862-15<br>SIMPKINS, CLOVER<br>11033 TRACI LYNN DRIVE<br>JACKSONVILLE FL 32218 |
| CREDITOR ID: 410862-15<br>SIMPKINS, CLOVER<br>C/O J SCOTT NOONEY & ASSOCIATES<br>ATTN J SCOTT NOONEY, ESQ<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 | CREDITOR ID: 410876-15<br>SOLANO, JACQUELINE<br>C/O ELLIS PEETLUK<br>10 WEST ADAMS STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 388407-54<br>THOMPSON, MARAGRET<br>C/O AARON & TURNER LLC<br>ATTN BRUCE K TURNER, ESQ<br>13424 HOOPER ROAD<br>BATON ROUGE LA 70818 |

Case 3:05-bk-03817-JAF   Doc 16227   Filed 05/04/07   Page 4 of 9

**SERVICE LIST**  Page 2 of 2
**Order on Debtors' Omnibus Objection to Unresolved
Litigation Claims Which Have Been Settled or Withdrawn**

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                                                                 **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 388407-54<br>THOMPSON, MARAGRET<br>1235 GURNEY RD<br>BATON ROUGE, LA 70818 | CREDITOR ID: 400371-85<br>VALLE, MARIA DELLA<br>C/O FLAXMAN & LOPEZ<br>ATTN CHARLES FLAXMAN, ESQ<br>5715 JOHNSON STREET<br>HOLLYWOOD FL 33021 | CREDITOR ID: 385722-54<br>WEBSTER, ZENTHIA<br>STAMPS & STAMPS<br>ATTN SHARON WITTY, ESQ<br>269 EAST PEARL STREET<br>JACKSON MS 39201 |
| CREDITOR ID: 385722-54<br>WEBSTER, ZENTHIA<br>PO BOX 413<br>CLINTON MS 39060-0413 | CREDITOR ID: 392827-55<br>WILSON, HERBERT<br>C/O NUELL & POLSKY<br>ATTN STEPHEN S NUELL, ESQ<br>782 NW 42ND AVENUE, SUITE 345<br>MIAMI FL 33126 | |

           Total:   35

Code: LD

EXHIBIT B

Case 3:05-bk-03817-JAF    Doc 16227    Filed 05/04/07    Page 5 of 9

Code: LD

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

### ORDER ON DEBTORS' OMNIBUS OBJECTION TO UNRESOLVED LITIGATION CLAIMS WHICH HAVE BEEN SETTLED OR WITHDRAWN

This matter came before the Court for hearing on April 5, 2007, upon the Debtors' Omnibus Objection to Unresolved Litigation Claims (the "Objection") filed by Winn-Dixie Stores, Inc. and f its subsidiaries and affiliates (collectively, the "Reorganized Debtors") as to the proofs of claim identified on Exhibit A to the Notice of Hearing on the Objection (Doc. No. 15370). No responses to the Objection were filed. It is therefore

ORDERED AND ADJUDGED:

1. The Objection is sustained.

2. The claims identified on Exhibit 1 are disallowed in their entirety.

3. The Objection gives rise to a separate contested matter as to each claim identified on Exhibit 1, as contemplated by Rule 9014, Federal Rules of Bankruptcy Procedure. This Order is deemed to be a separate Order with respect to each such claim. Any stay of this Order pending appeal by any claimant whose claim is subject to this Order shall only apply to the contested matter involving such claim and shall not act to stay the applicability or finality of this Order with respect to the other contested matters subject to this Order.

4.     This Order is without prejudice to the Reorganized Debtors' right to object to any of the claims on any further or separate grounds.

Dated this __5__ day of April, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

00562049

WINN-DIXIE STORES, INC., ET AL.
EXHIBIT 1

Page: 1 of 2
Date: 04/03/2007
Time: 11:38:23

| ID | Creditor | Claim No. | Claim Amount | File Date | Asserted Class |
|---|---|---|---|---|---|
| 400121 | ACOFF, JINNIE | 2920 | $2,000,500.00 | 05/13/2005 | PRIORITY |
| | Counsel: ATTN: HENDERSON, DANTONE | Asserted Debtor: DIXIE STORES, INC. | | | |
| 390591 | BECNEL, CAROL HUSSER | 10807 | $0.00 | 08/01/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE MONTGOMERY, INC. | | | |
| 410758 | DUNBAR, DAVID | 9780 | $50,000.00 | 07/28/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN TRACY L MARKHAM, ESQ | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 392757 | DURDEN, WILLIAM | 2955 | $75,000.00 | 05/26/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 392627 | ERGLE, EDWARD O | 10762 | $5,000.00 | 08/01/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 389046 | FOOTE, NANCY FINLEY | 2974 | $500,000.00 | 05/27/2005 | MULTIPLE CLASSES |
| | Counsel: ATTN PAUL A BERNARDINI, ESQ | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 389046 | FOOTE, NANCY FINLEY | 3247 | $500,000.00 | 05/31/2005 | MULTIPLE CLASSES |
| | Counsel: ATTN PAUL A BERNARDINI, ESQ | Asserted Debtor: WINN-DIXIE MONTGOMERY, INC. | | | |
| 392250 | FOX, SUZANNE | 447 | $50,000.00 | 04/01/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 392896 | FRANKLIN, BETTY MAE | 8404 | $20,000.00 | 07/28/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 421155 | HUGHES, MICHAEL ANTONIO | 13084 | $1,730.00 | 04/03/2006 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 393314 | JOHNSON, CLARA | 9965 | $20,000.00 | 07/29/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 253014 | JOHNSON, JERRY | 10696 | $1,500.00 | 08/01/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 394759 | JONES, MARY | 7280 | $150,000.00 | 07/22/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 394759 | JONES, MARY | 7552 | $150,000.00 | 07/26/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 394759 | JONES, MARY | 7623 | $150,000.00 | 07/25/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 386155 | KIRKLAND, BERNELL | 10212 | $0.00 | 07/29/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 394176 | MATHIEU, MARIE M | 6308 | $10,000.00 | 07/15/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 391842 | MCCARTHY, BARBARA | 1892 | $50,000.00 | 05/17/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 406054 | PALMER, LAQUAILA | 3004 | $0.00 | 05/27/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 393039 | PENNYCUFF, DEBRA ROSE | 5464 | $100,000.00 | 07/05/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE SUPERMARKETS, INC. | | | |
| 255158 | PERRY, LYNDA | 10694 | $1,500.00 | 08/01/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 192710 | PINCHBACK, EDGAR W, JR | 6170 | $5,000.00 | 07/05/2005 | MULTIPLE CLASSES |
| | | Asserted Debtor: WINN-DIXIE RALEIGH, INC. | | | |
| 417057 | REED-STEWART, CINDY | 12804 | $0.00 | 12/22/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN JAMES FASIG, ESQ. | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 410862 | SIMPKINS, CLOVER | 9902 | $45,000.00 | 07/29/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN J SCOTT NOONEY, ESQ | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |

**WINN-DIXIE STORES, INC., ET AL.**
**EXHIBIT 1**

Page: 2 of 2
Date: 04/03/2007
Time : 11:38:23

| ID | Creditor | Claim No. | Claim Amount | File Date | Asserted Class |
|---|---|---|---|---|---|
| 410876 | SOLANO, JACQUELINE | 9970 | $100,000.00 | 07/29/2005 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: WINN-DIXIE STORES, INC. | | | | |
| 388407 | THOMPSON, MARAGRET | 7946 | $0.00 | 07/27/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN BRUCE K TURNER, ESQ  Asserted Debtor: WINN-DIXIE MONTGOMERY, INC. | | | | |
| 388407 | THOMPSON, MARAGRET | 9502 | $0.00 | 07/27/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN BRUCE K TURNER, ESQ  Asserted Debtor: WINN-DIXIE MONTGOMERY, INC. | | | | |
| 400371 | VALLE, MARIA DELLA | 4284 | $250,000.00 | 06/17/2005 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: WINN-DIXIE STORES, INC. | | | | |
| 385722 | WEBSTER, ZENTHIA | 10317 | $1,000,000.00 | 08/01/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN SHARON WITTY, ESQ  Asserted Debtor: WINN-DIXIE STORES, INC. | | | | |
| 392827 | WILSON, HERBERT | 5834 | $0.00 | 07/12/2005 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: WINN-DIXIE STORES, INC. | | | | |

**Total Claims to be Disallowed:** 30

**Total Amount to be Disallowed:** $5,235,230.00