UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about May 3, 2007 I caused copies of:

- **the Order on Debtors' Omnibus Objection to Unresolved Litigation Claims Based on Insufficient Documentation**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served order as listed above is attached hereto as Exhibit B.

Dated: May 4, 2007

_____
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: LF

Code: LF

EXHIBIT A
SERVICE LIST

**Order on Debtors' Omnibus Objection to Unresolved Litigation Claims Based on Insufficient Documentation**

**DEBTOR:**  WINN-DIXIE STORES, INC., ET AL.                                                                                                **CASE:**  05-03817-3F1

CREDITOR ID: 392299-55
ALVAREZ, ANA
C/O RONALD J DAVIS, II, PA
ATTN RONALD J DAVIS, II, ESQ
551 E LAZY MEADOW DRIVE
JACKSONVILLE FL 32225

CREDITOR ID: 534668-15
ANA ALVAREZ
5 AHEIN AVENUE
TROY NY 12180

CREDITOR ID: 407553-15
COLON, EVELYN
C/O THE PENDAS LAW FIRM
ATTN LOU PENDAS, ESQ
4700 MILLENIA BLVD, SUITE 150
ORLANDO FL 32839

CREDITOR ID: 391066-55
LARIOS, MILAGROS E
C/O EDWARD F DEVARONA, PA
ATTN EDWARD F DEVARONA, ESQ
2150 CORAL WAY, 4TH FLOOR
MIAMI FL 33145

              Total:   4

Code: LF

EXHIBIT B

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

ORDER ON DEBTORS' OMNIBUS
OBJECTION TO UNRESOLVED LITIGATION
CLAIMS BASED ON INSUFFICIENT DOCUMENTATION

This matter came before the Court for hearing on April 5, 2007, upon the Debtors' Omnibus Objection to Unresolved Litigation Claims (the "Objection") filed by Winn-Dixie Stores, Inc. and its subsidiaries and affiliates (collectively, the "Reorganized Debtors") as to the proofs of claim identified on Exhibit A to the Notice of Hearing on the Objection (Doc. No. 15369). No responses to the Objection were filed. It is therefore

ORDERED AND ADJUDGED:

1. The Objection is sustained.

2. The claims identified on Exhibit 1 are disallowed in their entirety.

3. The Objection gives rise to a separate contested matter as to each claim identified on Exhibit 1, as contemplated by Rule 9014, Federal Rules of Bankruptcy Procedure. This Order is deemed to be a separate Order with respect to each such claim. Any stay of this Order pending appeal by any claimant whose claim is subject to this Order shall only apply to the contested matter involving such claim and shall not act to stay the applicability or finality of this Order with respect to the other contested matters subject to this Order.

4.  This Order is without prejudice to the Reorganized Debtors' right to object to any of the claims on any further or separate grounds.

Dated this 5 day of April, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

00562085

WINN-DIXIE STORES, INC., ET AL.
EXHIBIT 1

Page: 1 of 1
Date: 04/03/2007
Time: 11:36:24

| ID | Creditor | | Claim No. | Claim Amount | File Date | Asserted Class |
|---|---|---|---|---|---|---|
| 392299 | ALVAREZ, ANA | | 11763 | $15,000.00 | 08/30/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE SUPERMARKETS, INC. | | | |
| 407553 | COLON, EVELYN | | 4239 | $100,000.00 | 06/20/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 391066 | LARIOS, MILAGROS E | | 11658 | $100,000.00 | 07/26/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| | Total Claims to be Disallowed: | | 3 | | | |
| | Total Amount to be Disallowed: | | $215,000.00 | | | |