### UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:                                                      Case No. 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,        Chapter 11
Debtors

                                                                 Jointly Administered

### REQUEST TO BE REMOVED FROM SERVICE LIST
### BY HENRICO COUNTY, VIRGINIA

       Henrico County, Virginia, requests to be removed from the daily Summary of ECF Activity and any and all service lists by e-mail or otherwise in this matter, and to receive no further notices, pleadings, motions, orders and other documents filed in this proceeding, unless they concern a new matter specifically involving Henrico County.

       The claims of Henrico County have been approved by this court and payments have been received.

                                               Respectfully submitted,

                                               COUNTY OF HENRICO, VIRGINIA

                                               By /s/ Rhysa Griffith South

Rhysa Griffith South, (VSB #25944)
     Assistant County Attorney
Office of County Attorney
County of Henrico
P. O. Box 27032
Richmond, Virginia 23273-7032
Telephone:   (804) 501-5091
Facsimile:    (804) 501-4140