UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISON

IN RE:                                                                CASE NO.:    05-bk-03817-3F1

    WINN-DIXIE STORES, INC., et al

    Reorganized Debtors.
_____

### RESPONSE TO DEBTORS' OMNIBUS OBJECTION TO IMPROPERLY FILED PROOFS OF CLAIM.

Josephine Clark, through her undersigned attorney, files her response to Debtors' Omnibus Objection to Improperly filed Proofs of Claim (to the granting of the motion) and in support would show:

1. Winn-Dixie was fully aware of the claim of Josephine Clark.

2. Josephine Clark objects to the dismissal of her claim, and requests that it be transferred to an administrative claim..

CLIVE N. MORGAN, P.A.

/s/ Clive N. Morgan
Florida Bar No. 357855
6712 Atlantic Boulevard
Jacksonville, FL  32211
(904) 727-9300
Attorney for Creditor

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Response has been furnished by United States mail or by electronic transmission, this 4th day of May, 2007, to:

David L. Gay
Smith, Hulsey & Busey
225 Water Street Ste 1800
Jacksonville, FL  32202

/s/ Clive N. Morgan