UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISON

IN RE:                                                          CASE NO.:   05-bk-03817-3F1

WINN-DIXIE STORES, INC., et al

Reorganized Debtors.

---

## MOTION FOR PERMISSION TO FILE
## LATE ADMINISTRATIVE CLAIM

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party interest files an objection within twenty (20) days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida, 32202, and serve a copy on the movant's attorney, Clive N. Morgan, 6712 Atlantic Boulevard, Jacksonville, Florida 32211 and to Smith, Hulsey & Busey, 25 Water Street, Suite 1800, , Jacksonville, Florida 32202.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted the Court will consider that you do not oppose the granting of the relief requested in the paper without further notice or hearing, and may grant the relief requested.

Creditor, Josephine Clark, by her undersigned attorney, moves this court for permission to file a Late Administrative Claim and in support would show the court as follows:

1.  This Debtor filed for bankruptcy in 2005.

2.  On February 3, 2006, after the filing of this bankruptcy, Josephine Clark sustained an injury when she slipped and fell in a Winn-Dixie Store located in Jacksonville Beach, Duval County, Florida.

3.  Winn-Dixie acknowledged the claim immediately and even contacted Josephine Clark as evidenced by letter dated February 7, 2006, a copy of which is attached as Exhibit "A".

4.  Subsequent to that the undersigned attorney was retained to represent her in the personal injury action and has been dealing with Sedgwick Claims Management

Services, Inc., on behalf of Winn-Dixie, a copy of the letter from Sedgwick is attached as Exhibit "B".

5. Although Josephine Clark had been represented by an attorney and although Winn-Dixie was aware of her claim, Winn-Dixie made no attempt to notify Ms. Clark that her claim should be handled through the bankruptcy court until such time as she received a copy of a notice from the court dated December 6, 2006. Ms. Clark did not actually receive the notice until January 15, 2007.

6. Subsequent to receiving the notice, Ms. Clark filed a Proof of Claim with the Bankruptcy Court on January 23, 2007, but did not file an Application for Administrative Claim as is properly the case.

7. This court has discretion pursuant to Local Rule 3071-1 and 15 U.S.C. 502 and 503 to allow late filed administrative claims.

8. No prejudice would result to Winn-Dixie by allowing the Late Filed Administrative Claim as Winn-Dixie was aware of the claim no later than February 7, 2006, which was approximately 10 months before the entry of the Order Approving the Plan of Reorganization.

9. The Plan of Reorganization allows for administrative claims in the category of personal injury expenses and separate monies have been set aside to pay such claims, and Movant does not believe Winn-Dixie can show that it settled other claims any differently than it would have based upon the fact that this claim was not properly filed as an Administrative Claim but as a regular Proof of Claim.

WHEREFORE, Josephine Clark requests this Court allow her to late file an Administrative Claim, a copy of the proposed Administrative Claim is attached as Exhibit "C".

CLIVE N. MORGAN, P.A.

/s/ Clive N. Morgan
Florida Bar No. 357855
6712 Atlantic Boulevard
Jacksonville, FL 32211
(904) 727-9300
Attorney for Debtors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion for Permission to File Late Administrative Claim has been furnished by United States mail or by electronic transmission, this 4th day of May, 2007, to:

David L. Gay
Smith, Hulsey & Busey
225 Water Street Ste 1800
Jacksonville, FL 32202

/s/ Clive N. Morgan

**WINN·DIXIE**

February 7, 2006

Josephine Clark
940 Hyannis Port Drive
Jacksonville, FL 32225

Date of Incident:   02/03/2006
Incident Number:   A611201057
Location:          #0018

Dear Ms. Clark:

We have been notified of the above-mentioned incident regarding your recent concern with one of our stores. However, we have not been able to reach you by telephone. Please call me toll free at 1-866-202-2126 at your earliest convenience.

I do look forward to speaking with you.

Sincerely,

Marlo Adams, CSA
Risk Management
marloadams@winn-dixie.com

EXHIBIT "A"

**Sedgwick**
Sedgwick Claims Management Services, Inc.
P. O. Box 24787, Jacksonville, FL 32241-4787
Telephone 904-419-5300  Facsimile 904-419-5365

"ATTORNEY-CLIENT PRIVILEGED COMMUNICATION"
"CONFIDENTIAL INFORMATION-UNAUTHORIZED USE OR DISCLOSURE PROHIBITED"

January 8, 2007

Clive Morgan, Esq.
Law Offices of Clive N. Morgan, P.A.
6712 Atlantic Blvd
Jacksonville, FL  32211

RE:   Claimant:              Josephine Clark
      Claim #:               A611201057-0001-01
      Date of Accident:      02/03/2006
      Division:              Retail Grocery Store-Jacksonville Div
      Location: Winn-Dixie store #0018
                Penman Plaza  Neptune Beach, FL

Dear Clive Morgan, Esq.:

I am the adjuster assigned to this file.

Please provide a status as to Josephine Clark's treatment and medical progress along with your theory of liability. Additionally, I request that you forward the medical records and bills that you have to date in order for me to begin evaluating this claim. Please forward along with those reports and bills, copies of your client's medical records

Winn-Dixie requires that I obtain your clients recorded statement before they can make any decisions regarding liability. Please contact me to arrange a convenient time for your client to do this. Without your client's statement, my assessment will be based solely on Winn-Dixie's knowledge of this incident.

The above information will be greatly appreciated and will also facilitate the settling of this claim.

My direct line is (904)419-5314.

Sincerely,

Yolanda Davis
Claims Examiner II

**EXHIBIT "B"**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISON

IN RE:  

    WINN-DIXIE STORES, INC., et al

    Reorganized Debtors.

CASE NO.:   05-bk-03817-3F1

## ADMINISTRATIVE CLAIM

Creditor, Josephine Clark, through her undersigned attorney, files this Administrative Claim as follows:

1. Josephine Clark was injured in a Winn-Dixie Store on February 3, 2006, when some liquid Tide detergent leaked onto the floor of the Winn-Dixie Store, and she slipped and fell in the liquid..

2. As a result of the accident, Claimant sustained injury to her right forearm and upper arm.

3. The claim is un-liquidated and Claimant is still undergoing treatment for her injury but in good faith believes that the claim has a value of approximately $50,000.00.

                                                       CLIVE N. MORGAN, P.A.

                                                       /s/ Clive N. Morgan
                                                       Florida Bar No. 357855
                                                       6712 Atlantic Boulevard
                                                       Jacksonville, FL  32211
                                                       (904) 727-9300
                                                       Attorney for Creditor

**EXHIBIT "C"**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Administrative Claim has been furnished by United States mail or by electronic transmission, this 4th day of May, 2007, to:

David L. Gay
Smith, Hulsey & Busey
225 Water Street Ste 1800
Jacksonville, FL 32202

/s/ <u>Clive N. Morgan</u>