*UNITED STATES BANKRUPTCY COURT*

Middle District Of Florida
300 North Hogan Street, 3-350
Jacksonville, Florida 32202

In re:
WINN-DIXIE STORES, INC. et al.   In a Chapter 13 Case
Case Number–3-05-bk-3817
Adversary Number - NA
Debtor(s)

## TRANSMITTAL OF RECORD TO DISTRICT COURT-

( X ) Appeal pursuant to 28 USC § 158(a).

Notice of Appeal Filed: 11/20/06
The Party or Parties included in the Appeal to the District Court:

Appellant(s): CWCapital Asset Management, LLC
Attorney:     Richard R. Thames, Stutsman Thames & Markey, P.A., 50 N. Laura St., Ste 1600, Jacksonville, FL 32202 (904-358-4000)
Appellee(s): Winn-Dixie Stores, Inc. et al.
Attorney:    Cynthia C. Jackson, Smith Hulsey & Busey, 225 Water Street, Ste 1800, Jacksonville, FL 32202 (904-359-7700)
**Title and Date of Orders Appealed**: Order Confirming Joint Plan of Reorganization and Findings of Fact and Conclusion of Law entered on November 9, 2006

Items included in supplemental transmittal pursuant to F.R.B.P. 8003(b): **Exhibits already hand delivered to District Court with earlier Appeals.**

(X) Notice of Appeal
(X) Designation in Appeal of Appellant
(X) Designation in Cross Appeal
(X) Other: Copy of Docket

( ) Any Answers(s)
(X) Transcripts
(X) Exhibits

Case number(s) of Pending Appeal(s) in this Case:
3:07-cv-236-J-33
3:07-cv-237-J-33
3:07-cv-238-J-32
3:07-cv-239-J-25
3:07-cv-240-J-33
3:07-cv-242-J-32
County of Residence: Duval   Date: April 18, 2007   By: Cathy Perkins

District Court Case Number: 3:07-cv-345-J-32

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3         User: pcathy              Page 1 of 1              Date Rcvd: May 02, 2007
Case: 05-03817               Form ID: pdfdoc           Total Served: 2
```

```
The following entities were served by first class mail on May 04, 2007.
aty          +Cynthia C. Jackson,    Smith Hulsey & Busey,    225 Water Street, Suite 1800,
               Jacksonville, FL 32202-4494
aty           Richard R Thames,    Stutsman Thames & Markey, P.A.,    50 N Laura St Ste 1600,
               Jacksonville, FL  32202-3614

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 04, 2007**                        **Signature:** _Joseph Speetjens_