**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

I certify that a copy of Notice of Withdrawal of Reorganized Debtors' Objection to Claim No. 13800 Filed by Supermarket Environment Services Co. DBA McNamara & Co. (Docket No. 16238) was furnished by mail on May 7, 2007 to Supermarket Environment Services Co. DBA McNamara & Co., Attn: David Kennedy, Post Office Box 667, Kernersville, North Carolina 27285.

SMITH HULSEY & BUSEY

By   *s/ James H. Post*
   Stephen D. Busey
   James H. Post
   Cynthia C. Jackson
Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

   -and-

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Attorneys for the Reorganized Debtors