**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**IN RE:**

                                **Case No. 05-03817-JAF**

**WINN-DIXIE STORES, INC, et al.**

                                **Chapter 11**

         **Debtors.**                 **Jointly Administered**

**NOTICE OF WITHDRAWAL**

    Amanda N. Powers, attorney of record for Creditor, MARY HARRIS, files this Notice of Withdrawal of her Motion to Withdraw as Counsel of Record.

Dated: May 7, 2007

                              Respectfully submitted,

                By:    /s/ Amanda N. Powers
                         Amanda N. Powers (Fla. Bar No. 0011643)
                         25 South Wind Dr.
                         Belleair Bluffs, FL 33770

                         Formally associated with:
                         Maloney-Strohmeyer, LLP
                         601 Church Street
                         Mobile, AL 36602

**CERTIFICATE OF SERVICE**

      I do hereby certify that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court by using the CM/ECF system that will send a notice of electronic filing to the following:

D.J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Stephen D. Busey
James H. Post
Cynthia C. Jackson
Kenneth C. Meeker

On this 7th day of May, 2007.

      /s/ Amanda N. Powers
AMANDA N. POWERS (Bar No. 0011643)

Formally associated with:
Maloney-Strohmeyer, LLP
Todd Strohmeyer
David Maloney
601 Church Street
Mobile, AL 36602