IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: | * |
| | * |
| WINN-DIXIE STORES, INC., et al | * |
| | * BANKRUPTCY CASE NO: 05-03817-3F1 |
| | * CHAPTER 11 |
| Reorganized-Debtors | * JOINTLY ADMINISTERED |
| | * |
| | * |

## NOTICE OF REQUEST FOR REMOVAL FROM SERVICE LIST AND REQUEST TO STOP ELECTRONIC NOTICE

**PLEASE TAKE NOTICE** that James W. Martin, as attorney for Colorado Boxed Beef Company, The Great Fish Company, LLC and Seamarc, LLC, hereby requests that he be removed from any and all service lists by email or otherwise in this matter, and receive no further notices, pleadings, motions, Orders, or other documents filed in this case.

Respectfully submitted this 7th day of May, 2007.

/S/ JAMES W. MARTIN
JAMES W. MARTIN
Attorney for Creditors
State Bar No: 473314

SIMPSON LAW OFFICES, L.L.P.
One Securities Centre, Suite 300
3490 Piedmont Road, N.E.
Atlanta, Georgia 30305
(404) 266-2421
jmartin@simplawatlanta.com

JWM/bmm

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: | * |
| | * |
| WINN-DIXIE STORES, INC., et al | * |
| | * BANKRUPTCY CASE NO: 05-03817-3F1 |
| | * CHAPTER 11 |
| Reorganized-Debtors | * JOINTLY ADMINISTERED |
| | * |
| | * |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2007, I filed this NOTICE OF REQUEST FOR REMOVAL FROM SERVICE LIST AND REQUEST TO STOP ELECTRONIC NOTICE through the CM/ECF system, which will cause a copy to be served upon James H. Post, Esq., counsel for the re-organized debtors, Smith, Hulsey & Busey, 225 Water Street, Ste. 1800, Jacksonville, FL 32202; Matthews Barr, Esq., counsel for the post-effective date committee, Milbank, Tweed, Hadley & McCoy, LLP, One Chase Manhattan Plaza, New York, NY 1005, and all other parties participating in the CM/ECF system through electronic means.

This 7th day of May, 2007.

SIMPSON LAW OFFICES, L.L.P.  /S/ JAMES W. MARTIN
One Securities Centre, Suite 300  JAMES W. MARTIN
3490 Piedmont Road, N.E.  Attorney for Creditors
Atlanta, Georgia 30305  State Bar No: 473314
(404) 266-2421
jmartin@simplawatlanta.com

JWM/bmm