## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

### AGREED ORDER RESOLVING CURE OBJECTION FILED BY TURNEY DUNHAM PLAZA PARTNERS LIMITED PARTNERSHIP (STORE NO. 488)

This cause came before the Court on the Debtors' Motion for Order (I) Authorizing Assumption of Lease for Store Number 488, (II) Determining that No Cure is Due Under the Lease and (III) Authorizing Related Relief filed by Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Reorganized Debtors") (Docket No. 7334) and the Limited Objection to Debtors' Motion for Order (I) Authorizing Assumption of Lease for Store Number 488, (II) Determining that No Cure is Due Under the Lease and (III) Authorizing Related Relief filed by Turney Dunham Plaza Partners Limited Partnership ("Turney Dunham") (Docket No. 8140) (the "Cure Objection"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1.     The Cure Objection is overruled.

2.     The cure amount for Store No. 488 is fixed at $6,769.72. Within fourteen (14) business days of entry of this Agreed Order, the Reorganized Debtors will pay Turney Dunham $6,769.72 in full satisfaction of any right to cure Turney Dunham has or

may have under 11 U.S.C. § 365 or otherwise with respect to Store No. 488.

     3.    This Agreed Order resolves all liabilities and obligations Turney Dunham has or may have as of the date hereof against the Reorganized Debtors and any of their Chapter 11 estates or affiliates arising out of or related to the above-referenced lease for Store No. 488, all of which are forever waived, discharged and released.

     4.    This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this ___7___ day of May, 2007, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00561592.2

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.


BRENNER KAPROSY MITCHELL, L.L.P.    SMITH HULSEY & BUSEY


By____*s/ T. David Mitchell*\*_____
     T. David Mitchell, F.B.N. 0016789    By____*s/ Cynthia C. Jackson*_____
                                           Cynthia C. Jackson, F.B.N. 498882

50 East Washington Street
Chagrin Falls, Ohio 44022             225 Water Street, Suite 1800
(440) 247-5555                    Jacksonville, Florida 32202
(440) 247-5551 (facsimile)          (904) 359-7700
tdmitchell@brenner-law.com         (904) 359-7708 (facsimile)
                                     cjackson@smithhulsey.com

Counsel for Turney Dunham Plaza Partners    Co-Counsel for Reorganized Debtors
Limited Partnership

*Counsel has authorized his electronic signature.


00561592.2