UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

## NOTICE OF DEPOSITION

THE STATE OF FLORIDA

TO:  Anthony Tamborra
c/o Cynthia Jackson, Esq.
225 Water Street, Suite 1800
Jacksonville, Florida 32202

Please take notice that on **May 23, 2007**, beginning at **9:30 a.m.** or at such other time and place as the parties may agree, creditor, Pro-Active Janitorial Services, Inc., will take the deposition of Anthony Tamborra, pursuant to Rules 9014 and 7030, Federal Rules of Bankruptcy Procedure, at the offices of Stutsman Thames & Markey, P.A., 50 North Laura Street, Suite 1600, Jacksonville, Florida 32202, before an officer authorized to administer oaths and take depositions.

This deposition is being taken for discovery purposes, for use at hearing or trial, or both, and shall continue from day to day until completed.

**STUTSMAN THAMES & MARKEY, P.A.**

By /s/ Bradley R. Markey
_____
Bradley R. Markey

Florida Bar Number 0984213
50 N. Laura St., Suite 1600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 (Facsimile)
BRM@stmlaw.net

Attorneys for Pro-Active Janitorial Services, Inc.

### Certificate of Service

I hereby certify on May 7th, 2007, the foregoing pleading was transmitted to the Clerk of the Court for uploading to the Case Management/Electronic Case Filing System, which will send a notice of electronic filing to:

| | |
|---|---|
| Cynthia C. Jackson, Esq. | Adam Ravin, Esq. |
| Smith Hulsey & Busey | Skadden Arps Slate Meagher & Flom, LLP |
| 225 Water Street | Four Times Square |
| Suite 1800 | New York, New York 10036 |
| Jacksonville, Florida 32202 | aravin@skadden.com |
| cjackson@smithhulsey.com | |

/s/ Bradley R. Markey
_____
Attorney

c: Henderson Reporting
63229