## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

IN RE:

**WINN-DIXIE STORES, INC, et al.**

              **Debtors.**

Case No. 05-03817-JAF

Chapter 11

Jointly Administered

### NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD

**COMES NOW** Amanda N. Powers, formerly associated with Maloney-Strohmeyer, LLP, hereby withdraws as counsel of record for MARY HARRIS with her consent and respectfully request that all future Notices, and/or Correspondence should be mailed to Mary Harris, at her last known address: 355 Simmington Drive, Apartment A, Mobile, Alabama 36617.

              Respectfully submitted,

              /s/ Amanda N. Powers
              Amanda N. Powers (Bar No. 0011643)
              25 South Wind Drive
              Belleair Bluffs, FL 33770

              Formerly associated with:
              Maloney-Strohmeyer, LLP
              601 Church Street
              Mobile, Alabama 36602

**CERTIFICATE OF SERVICE**

      I do hereby certify that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court by using the CM/ECF system that will send a notice of electronic filing to the following:

D.J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Stephen D. Busey
James H. Post
Cynthia C. Jackson

On this 7th day of May, 2007.

    /s/ Amanda N. Powers
    AMANDA N. POWERS (Bar No. 0011643)

    Formerly associated with:
    Maloney-Strohmeyer, LLP
    Todd Strohmeyer
    David Maloney
    601 Church Street
    Mobile, AL 36602