**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:

**WINN-DIXIE STORES, INC, et al.**

Debtors.

Case No. 05-03817-JAF

Chapter 11
Jointly Administered

## NOTICE OF WITHDRAWAL

Amanda N. Powers, attorney of record for Creditor, ANNA HOLT, a minor, by and through her mother and next friend, TANYA HOLT, files this Notice of Withdrawal of her Motion to Withdraw as Counsel of Record.

Dated: May 7, 2007

Respectfully submitted,

By:  /s/ Amanda N. Powers
Amanda N. Powers (Fla. Bar No. 0011643)
25 South Wind Dr.
Belleair Bluffs, FL 33770

Formerly associated with:
Maloney-Strohmeyer, LLP
601 Church Street
Mobile, AL 36602

## CERTIFICATE OF SERVICE

      I do hereby certify that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court by using the CM/ECF system that will send a notice of electronic filing to the following:

D.J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Stephen D. Busey
James H. Post
Cynthia C. Jackson
Kenneth C. Meeker

On this 7th day of May, 2007.

                              /s/ Amanda N. Powers
                            AMANDA N. POWERS (Bar No. 0011643)

                            Formerly associated with:
                            Maloney-Strohmeyer, LLP
                            Todd Strohmeyer
                            David Maloney
                            601 Church Street
                            Mobile, AL 36602