UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

**WINN-DIXIE STORES, INC, et al.**

**Debtors.**

Case No. 05-03817-JAF

Chapter 11
Jointly Administered

## NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD

**COMES NOW** Amanda N. Powers, formerly associated with Maloney-Strohmeyer, LLP, hereby withdraws as counsel of record for ANNA HOLT, a minor, by and through her mother and next friend, TANYA HOLT, and respectfully requests that all future Notices, and/or Correspondence should be mailed to Tanya Holt at her last known address: 9682 Cottage Hill Road, Bay Minette, Alabama 36507.

Respectfully submitted,

/s/ Amanda N. Powers
Amanda N. Powers (Bar No. 0011643)
25 South Wind Drive
Belleair Bluffs, FL 33770

Formerly associated with:
Maloney-Strohmeyer, LLP
601 Church Street
Mobile, Alabama 36602

## CERTIFICATE OF SERVICE

      I do hereby certify that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court by using the CM/ECF system that will send a notice of electronic filing to the following:

D.J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Stephen D. Busey
James H. Post
Cynthia C. Jackson

On this 7th day of May, 2007.

                                           /s/ Amanda N. Powers
                                           AMANDA N. POWERS (Bar No. 0011643)

                                           Formerly associated with:
                                           Maloney-Strohmeyer, LLP
                                           601 Church Street
                                           Mobile, AL 36602