**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**IN RE:**

**WINN-DIXIE STORES, INC, et al.**

          **Debtors.**

Case No. 05-03817-JAF

Chapter 11
Jointly Administered

**NOTICE OF WITHDRAWAL**

Amanda N. Powers, attorney of record for Creditor, MABEL HUOT, files this Notice of Withdrawal of her Motion to Withdraw as Counsel of Record.

Dated: May 7, 2007

          Respectfully submitted,

By:   /s/Amanda N. Powers
       Amanda N. Powers (Fla. Bar No. 0011643)
       25 South Wind Dr.
       Belleair Bluffs, FL 33770

       Formerly associated with:
       Maloney-Strohmeyer, LLP
       601 Church Street
       Mobile, AL 36602

**CERTIFICATE OF SERVICE**

      I do hereby certify that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court by using the CM/ECF system that will send a notice of electronic filing to the following:

D.J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Stephen D. Busey
James H. Post
Cynthia C. Jackson
Kenneth C. Meeker

On this 7th day of May, 2007.

    /s/ Amanda N. Powers
AMANDA N. POWERS (Bar No. 0011643)

Formerly associated with:
Maloney-Strohmeyer, LLP
Todd Strohmeyer
David Maloney
601 Church Street
Mobile, AL 36602