## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

IN RE:

WINN-DIXIE STORES, INC, et al.

Debtors.

Case No. 05-03817-JAF

Chapter 11

Jointly Administered

### NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD

**COMES NOW** Amanda N. Powers, formerly associated with Maloney-Strohmeyer, LLP, hereby withdraws as counsel of record for MABEL HUOT, and respectfully requests that all future Notices, and/or Correspondence should be mailed to Mabel Huot at her last known address: 20800 County Road 36, Summerdale, Alabama 36580.

Respectfully submitted,

/s/ Amanda N. Powers
Amanda N. Powers (Bar No. 0011643)
25 South Wind Drive
Belleair Bluffs, FL 33770

Formerly associated with:
Maloney-Strohmeyer, LLP
601 Church Street
Mobile, Alabama 36602

**CERTIFICATE OF SERVICE**

      I do hereby certify that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court by using the CM/ECF system that will send a notice of electronic filing to the following:

D.J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Stephen D. Busey
James H. Post
Cynthia C. Jackson

On this 7th day of May, 2007.

                              /s/ Amanda N. Powers
                              AMANDA N. POWERS (Bar No. 0011643)

                              Formerly associated with:
                              Maloney-Strohmeyer, LLP
                              Todd Strohmeyer
                              David Maloney
                              601 Church Street
                              Mobile, AL 36602