Hearing Date: 5/17/07 at 1:30 p.m.
Obj. Deadline: 5/07/07 at 4:30 p.m.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES INC., et al., | ) | Chapter 11 |
| Reorganized Debtors[1]. | ) | Jointly Administered |

**IN RESPONSE TO:**
**DEBTORS' OMNIBUS OBJECTION TO**
**IMPROPERLY FILED PROOFS OF CLAIM**

1. Creditor asserts that at the time of the original January 5, 2007 deadline for filing claims she was under the belief that she was being represented by Phillip Hearn of Hearn and Thomas, and they had filed her claim. It was not until that creditor learned that this *of Jackson, MS* firm took the position that it had withdrawn from her case. The undersigned was never advised of this until January 30, 2007. See attached accumulative exhibit A.

2. When the undersigned learned that her claim has not been filed, she filed her claim in April 2007. Claim form as attached exhibit B.

3. The undersigned asserts that she has a valid claim against Winn-Dixie. See documents attached as exhibit C.

4. The undersigned asks that under equitable principles this court allow her claim and it should not be dismissed as the Debtor has not be prejudiced.

5. In the alternative the undersigned asks the court for sexual harassment is dischargable in bankruptcy and if not then the undersigned asks the Court to lift the stay in place to allow her to go forward with her original lawsuit which as filed in the United

States District Court for the Southern District of Mississippi Case No. 05-03817-3F1. I request that this court will allow this claim or in the alternative, lift the stay and allow her to proceed with her lawsuit.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jeannine Bates

Jeannine Bates
1052   Shady Lane
Crystal Springs, MS 39159
1-601-892-3791

## Certificate of Service

I have sent by ~~Fed EX~~ Express a true copy of my response to DEBTORS' OMNIBUS OBJECTION TO IMPROPERLY FILED PROOFS OF CLAIM exhibit D.

TO: Mr. David Coay:
225 Water Street, Suite 1800
Jacksonville, FL 32202

TO: Honorable Judge Jerry A. Funk
225 Water Street, Suite 1800
Jacksonville, FL 32202

Sent 5-4-2007 - Express mail

225 Water Street. Suite 1800
Jacksonville, Fl 32202
April 27, 2007


Dear Honorable Judge Jerry A. Funk,

Please find enclosed my response to DEBTORS' OMNIBUS OBJECTION TO IMPROPERLY FILED PROOFS OF CLAIM. A copy has been forwarded to Mr. David L. Gay. If you should have any questions or concerns please feel free to call me, 601-748-2868.


Sincerely,


Jeannine Bates