To whom it may concern,   5/3/07

I am presently seeking new a new attorney. The court has given me untill May 25th, 2007.

I request permission to perfect claim. I believe the defendants have insurance. I ask that this claim to be allowed to proceed out side of bankrupcy court and into U.S District Court of Southern District of Mssissippi.

I relied on my attorny at the time to handle this matter but he withdrew before this matter was settled. I please need additional time to properly address this matter with the scope of bankrupcy proceedings.

Thank-you
Jeannine Bates

Claim # 13610

Exhibit A

| IN | COURT |
| FOR | ISSISSIPPI |

JEANNINE TRO...                                             PLAINTIFF

VS.                                                  05-CV-582-HTW-LRA

WINN-DIXIE L...
AND JIMMY LC...                                             DEFENDANTS

## ORDER

THIS CAUSE is before the Court upon a review of its case docket. Plaintiff's counsel has withdrawn from representing her upon the Court's Order filed April 11, 2007. Process has still not been served on Defendants, although the complaint was filed in September, 2005, and the case is stalled on the Court's docket. By letter dated April 20, 2007, Plaintiff Jeannine Troiana Bates notified the Court that she intends to represent herself. Accordingly, the Court will grant her until May 25, 2007, to have process served on the named Defendants.

IT IS ORDERED that the period for service of process is extended until May 25, 2007. Plaintiff is advised that if she fails to have process served by that date, this case may be dismissed without further notice.

SO ORDERED, this the 24th day of April, 2007.

S/ Linda Randle Anderson
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JEANINE TROIANA                                                       PLAINTIFF

VS.                                              CIVIL ACTION NO. 3:05cv582-HTW-LRA

WINN-DIXIE LOUISIANA, INC.
d/b/a Winn-Dixie Hazlehurst, MS                                       DEFENDANT

## ORDER

The Court has considered the Motions to Withdraw [Doc. 5 & 6] filed herein and finds same should be granted.

IT IS THEREFORE ORDERED:

1. That the Court has considered the Response to Show Cause Order filed by Philip C. Hearn and will accept same as to the reason for counsel not attending the hearing on the Motion to Withdraw held on February 15, 2007.

2. That the Motions to Withdraw be and the same are hereby **granted.**

3. That Plaintiff, Jeanine Troiana, is granted until April 25, 2007 within which to employ private counsel and have that counsel enter an appearance in this case or to notify the clerk in writing that she will proceed to represent herself. Should Jeanine Troiana fail to retain counsel or notify the clerk that she will represent herself, this case will be subject to dismissal.

SO ORDERED, this the 11th day of April, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

JEANINE TROIANI                                                                      PLAINTIFF

VS.                                          CIVIL ACTION NO. 3:05CV582WA

WINN-DIXIE LOUISIANA, INC., d/b/a
Winn Dixie of Hazlehurst, Mississippi, and
JIMMY LOVETTE                                              DEFENDANTS

## ORDER

This matter came before the court on the Motion to Withdraw as Counsel filed by the Plaintiff's attorney. Having reviewed the Motion, as well as the docket in this matter, the court is of the opinion that the status of this matter may warrant the imposition of special conditions on counsel's withdrawal.

IT IS, THEREFORE, ORDERED that the court will conduct a hearing on the Motion to Withdraw as Counsel, to be held in Room 526 of the James O. Eastland Courthouse, 245 E. Capitol Street, Jackson, Mississippi, at 9:00 a.m. on Thursday, February 8, 2007. A copy of this Order will be mailed by the court to the Plaintiff at her home address.

IT IS SO ORDERED, this the 30th day of January, 2007.

                                                           S/Linda R. Anderson
                                                   UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

JEANINE TROIANI                                                    PLAINTIFF

VS.                                    CIVIL ACTION NO.: 3:05 cv 582 HTW-JCS

WINN-DIXIE LOUISIANA, INC., d/b/a
WINN-DIXIE OF HAZLEHURST,                                          DEFENDANTS
MISSISSIPPI AND JIMMY LOVETTE

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Philip C. Hearn, and the law firm of Hearn & Thomas, P.A., counsel for Jeanine Troiani, and files this motion to withdraw as Plaintiff's counsel, stating grounds as follows:

1. In accordance with Mississippi Rule of Professional Conduct 1.16(b), counsel moves to withdraw as counsel. Since undertaking representation of Plaintiff, circumstances since that time have become such between Plaintiff and her counsel that Philip C. Hearn feels that he can not adequately represent Jeanine Troiani. As such, Plaintiff's counsel cannot continue his representation and should be allowed to withdraw.

WHEREFORE, Philip C. Hearn and Hearn & Thomas, P.A., pray that they be allowed to withdraw as counsel of record in this matter, effective immediately, with no further duties, obligations, or responsibilities to said parties.

THIS the 1st day of November, 2006.

Respectfully Submitted,


Jeanine Troiani, Plaintiff


By: __s/Philip C. Hearn_____
    Philip C. Hearn, Her Attorney

## CERTIFICATE OF SERVICE

I, Philip C. Hearn, do hereby certify that I have this date mailed, via US Mail, a true and correct copy of the above and foregoing document to the following:

Jeannine Trioani
1052 Shady Lane
Crystal Springs, MS 39059

Philip C. Hearn, Esq.

3