UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
JACKSONVILLE, FLORIDA
MAY 0 4 2007
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| GINA PENNER MOORE PLAINTIFF, | ) ) ) |
| VS. | ) CASE NO: 05-03817-3F1 ) Chapter 11 |
| WINN DIXIE SUPERMARKETS, INC., et al. DEFENDANTS. | ) ) ) ) |

## RESPONSE TO OBJECTION AND MOTION TO STRIKE

Comes now the Plaintiff and request that all claims filed by Plaintiff be upheld by this honorable court. That the Defendants request for motion to strike be denied. Additional forms obtained by the Plaintiff via internet sources are attached to this document in order to supplement and/or replace original Administrative Claim application for claim. Plaintiff having already filed said claim in this court and the Circuit Court of Tuscaloosa County, Alabama on July 29, 2005 for accident that occurred on September 27, 2003 in the Winn Dixie premises wherefore holding Winn Dixie liable for injuries incurred prior to bankruptcy filing. The amount of said claim is $1,000,000,000.00+. Plaintiff is seeking monetary compensation and reimbursement for the amount of $1,000,000,000.00+ in this claim and request that this honorable court uphold this claim for said amount. Plaintiff is filing this in response to letter dated 4-17-07.

1. Plaintiff is not represented by legal council.
2. Debtors are and were aware of claim and have notice of said claim.
3. Debtors were aware of claim before filing bankruptcy.
4. Debtors had notice of claim after filing bankruptcy.
5. Copy of claim was received in Clerks office.
6. Plaintiff filled requests in accordance to all requested information within the quidlines.
7. Plaintiff shouldn't be barred from claim just because of a certain form not being filed. Defendant should have been more specific on which form of procedure to follow and a form should have been provided as all the other forms that they requested were.
8. The Plaintiff reserves the right to amend claim, add to, and respond at further date as same as

before that is in effect now in order to replace/amend original claim.

9. That the Plaintiff is currently Pro Se and reserves the right to request payment for legal counsel should the need arise in the future. The reserve amount requested would be 40% of amount of settlement.

    WHEREFORE, Plaintiff respectfully request that this Honorable Court uphold the claim filed and replace/add necessary document to this case and grant the Administrative Claim filed by Gina Penner Moore granting judgement against Defendants in an amount the jury would award for compensatory and punitive damages, plus cost and granting such other and further relief as is just and proper.

**Copies sent via facsimile to jpost@smith hulsey.com
at (904-359-7708) in timely compliance with request on this
Date May 2, 2007**

Gina Penner Moore
**Plaintiff Pro Se
7 Oakwood Court
Tuscaloosa, AL 35401
1-205-758-5419**

ANY ATTACHMENTS MUST BE 8-1/2 X 11"

B 10 (Official Form 10) (04/07)

| UNITED STATES BANKRUPTCY COURT - MIDDLE DISTRICT OF FLORIDA | PROOF OF CLAIM |
|---|---|

Name of Debtor: Winn Dixie Supermarkets Inc
Case Number: 05-03817-3F1

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property): Gina Penner Moore

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
Gina Penner Moore
#7 Oakwood CT
Tuscaloosa AL 35401
Telephone number: 205-758-5419

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor:

Check here ☒ replaces ☐ amends a previously filed claim, dated 1-4-07

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☒ Personal injury/wrongful death
- ☐ Taxes
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Other _____
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #: 0782
  Unpaid compensation for services performed
  From Sept 5, 2003 May 1, 2007
  (date)                (date)

**2. Date debt was incurred:** Sept 5, 2003

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time the case was filed. See reverse side for important explanations.

Unsecured Nonpriority Claim  $1,000,000,000.00+

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim**

☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.

Amount entitled to priority $ 1,000,000,000.00+

Specify the priority of the claim:
- ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
- ☐ Wages, salaries, or commissions (up to $10,950),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim**

☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
- ☐ Real Estate    ☐ Other _____
- ☐ Motor Vehicle

Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

- ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $1,000,000,000.00+
(unsecured)    (secured)    (priority)    (total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date: May 2, 2007

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): Gina Penner Moore    Gina Penner Moore

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# Medical Bills Summary
## of
## Gina Penner Moore

| | |
|---|---:|
| Dr. Leon Campbell at the Downtown Clinic | $14,057.00 |
| The Radiology Clinic | $735.00 |
| Capstone Chiropractic Center | $2,280.00 |
| West Alabama Neurosurgery & Spine - Dr. McKenzie | $244.00 |
| DCH Regional Medical Center | $4,636.98 |
| Meharry Physical Therapy | $1,522.60 |
| S.E. Pain & Physician Rehab | $1,140.00 |
| Emergi-care | $68.00 |
| Neurological Surgery Associates, PC- Dr. Swaid Swaid | $7,457.00 |
| Brookwood Medical Center | $9,965.76 |
| Neurology Clinic | $900.00 |
| HealthSouth | $45,511.62 |
| Alabama Sports Medicine & Orthopaedic Center -Dr. Martin Jones | $11,270.00 |
| *Total Medical Bills* | $99,787.96 |
| Prescriptions | $215.32 |
| Lost Wages | *Undetermined* |
| Jim Myers Home Care- Hospital Bed | $57.18 |
| **Grand Total Medical Bills** | $100,060.46 |

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Clerk of the Court
   U.S. Court House
   300 W. Hogan St
   Ste 3-350
   Jacksonville Fl 32202

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
_[signature]_   1-4-07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail   ☑ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)   EB 123 381150 US

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540