Case 3:05-bk-03817-JAF   Doc 16262   Filed 05/04/07   Page 1 of 2
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
JACKSONVILLE, FLORIDA
MAY 0 4 2007
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

IN RE:  )          CASE NO.: 05-03817-3F1
        )
WINN-DIXIE STORES, INC. et al  )    Chapter 11
        )
Debtors.  )        Jointly Administered

## MOTION TO APPEAR *PRO HAC VICE*

Gladys C. LaForge, Esq. moves for special admission to appear in this matter as co-counsel for Visagent Corporation and states as follows:

1. Movant is an attorney licensed to practice law in the State of New York and has been a member in good standing of the New York State Bar since 1981. Movant's office is maintained at 305 Main Street, Goshen, New York 10924. The telephone number is (845) 294-5297.

2. Movant is also admitted to practice before the Southern, Northern and Eastern Districts Courts of the State of New York.

3. Movant certifies that she has never been disbarred and is not currently suspended from the practice of law in the any state nor from any United States Bankruptcy Court, District Court or Court of Appeals.

4. Movant certifies further that she is familiar with and shall be governed by the local rules of this Court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

5. Movant agrees to pay any requisite fees upon entry of an order admitting me to practice *pro hac vice*.

WHEREFORE, Movant respectfully requests entry of the attached proposed order authorizing her special admission to practice in this matter.

Dated: April 18, 2007

BY: /s/ Gladys C. LaForge
GLADYS C. LAFORGE

305 Main Street

Goshen, New York   10924

(845) 294-5297

(845) 294-3075 (fax)