**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
|     Reorganized Debtors. | ) | Jointly Administered |

**NOTICE OF FILING**

Winn-Dixie Stores, Inc. and its affiliates, give notice of filing the attached Summary of Disbursements by debtor for the period from January 1, 2007 through March 31, 2007.

Dated: May 8, 2007

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By  *s/ D. J. Baker*<br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Walker Gray | By  *s/ Cynthia C. Jackson*<br>    Stephen D. Busey<br>    James H. Post<br>    Cynthia C. Jackson (FBN 498882) |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

00566022

## Quarterly UST Fee Reconciliation

| Legal Entity | New Case No. | Old Case No. | Disbursements (in thousands) | Fee | Billed | Jan | Feb | Mar |
|---|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | 05-3817 | 05-11063 | 1,086,376 | $ 10,000 | $ 10,000 | 352,997 | 375,871 | 357,508 |
| Dixie Stores, Inc. | 05-3818 | 05-11061 | 0 | 250 | 250 | 0 | 0 | 0 |
| Table Supply Food Stores Co., Inc. | 05-3819 | 05-11062 | 0 | 250 | 250 | 0 | 0 | 0 |
| Astor Products, Inc. | 05-3820 | 05-11064 | 0 | 250 | 250 | 0 | 0 | 0 |
| Crackin' Good, Inc. | 05-3821 | 05-11065 | 0 | 250 | 250 | 0 | 0 | 0 |
| Deep South Distributors, Inc. | 05-3822 | 05-11066 | 0 | 250 | 250 | 0 | 0 | 0 |
| Deep South Products, Inc. | 05-3823 | 05-11067 | 7,253 | 10,000 | 10,000 | 1,903 | 3,000 | 2,350 |
| Dixie Darling Bakers, Inc. | 05-3824 | 05-11068 | 0 | 250 | 250 | 0 | 0 | 0 |
| Dixie-Home Stores, Inc. | 05-3825 | 05-11069 | 0 | 250 | 250 | 0 | 0 | 0 |
| Dixie Packers, Inc. | 05-3826 | 05-11070 | 0 | 250 | 250 | 0 | 0 | 0 |
| Dixie Spirits, Inc. | 05-3827 | 05-11071 | 378 | 3,750 | 3,750 | 107 | 143 | 128 |
| Economy Wholesale Distributors, Inc. | 05-3828 | 05-11072 | 0 | 250 | 250 | 0 | 0 | 0 |
| Foodway Stores, Inc. | 05-3829 | 05-11073 | 0 | 250 | 250 | 0 | 0 | 0 |
| Kwik Chek Supermarkets, Inc. | 05-3830 | 05-11074 | 0 | 250 | 250 | 0 | 0 | 0 |
| Sunbelt Products, Inc. | 05-3831 | 05-11075 | 0 | 250 | 250 | 0 | 0 | 0 |
| Sundown Sales, Inc. | 05-3832 | 05-11076 | 0 | 250 | 250 | 0 | 0 | 0 |
| Superior Food Company | 05-3833 | 05-11077 | 0 | 250 | 250 | 0 | 0 | 0 |
| WD Brand Prestige Steaks, Inc. | 05-3834 | 05-11078 | 0 | 250 | 250 | 0 | 0 | 0 |
| Winn-Dixie Handyman, Inc. | 05-3835 | 05-11079 | 0 | 250 | 250 | 0 | 0 | 0 |
| Winn-Dixie Logistics, Inc. | 05-3836 | 05-11080 | 32,551 | 10,000 | 10,000 | 11,046 | 10,401 | 11,104 |
| Winn-Dixie Montgomery, Inc. | 05-3837 | 05-11081 | 127,234 | 10,000 | 10,000 | 39,673 | 45,482 | 42,079 |
| Winn-Dixie Procurement, Inc. | 05-3838 | 05-11082 | 724,024 | 10,000 | 10,000 | 234,737 | 239,734 | 249,553 |
| Winn-Dixie Raleigh, Inc. | 05-3839 | 05-11083 | 16,065 | 10,000 | 10,000 | 4,706 | 4,539 | 6,820 |
| Winn-Dixie Supermarkets, Inc. | 05-3840 | 05-11084 | 668 | 3,750 | 3,750 | 216 | 240 | 212 |
| **Total Disbursements** | | | 1,994,549 | 71,500 | 71,500 | 645,385 | 679,410 | 669,754 |