UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**AGREED ORDER RESOLVING THE CURE OBJECTION
FILED BY GORDON K. KONRAD (STORE NO. 1448)**

This cause originally came before the Court on the Debtors' Twenty-Sixth Omnibus Objection to Claims Arising from Unexpired Leases of Non-Residential Real Property (I) That Have Been Assumed, (II) That Have Been Assumed and Assigned, or (III) That Are the Subject of Lease Termination Agreements (Docket No. 12281) (the "Debtors' Objection"). An objection to the proposed cure amount set forth in the Debtors' Objection was filed by Gordon K. Konrad ("Konrad") with respect to Store No. 1448 (Docket No. 12620) (the "Cure Objection"). On December 20, 2006, the Court entered an Order Correcting the Order Dated November 30, 2006 Docket No. 12908, Sustaining Debtors' Twenty-Sixth Omnibus Objection to Claims Arising from Unexpired Leases of Non-Residential Real Property (I) That Have Been Assumed (II) That Have Been Assumed and Assigned or (III) That Are the Subject of Lease Termination Agreements to Attach Amended Exhibits 1 and D (Docket No. 13344) sustaining the Debtors' Objection as to the proofs of claims listed on the exhibits to the order and continuing the hearing on the Debtors' Objection as to claim no. 10792 filed by Konrad and other unresolved claims. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objection is overruled.

2. Proof of claim number 10792 filed by Konrad with respect to Store No. 1448 is allowed as an administrative claim in the amount of $90,386.08, $43,136.08 of which Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Reorganized Debtors") have paid. Within fourteen (14) business days of entry of this Agreed Order, the Reorganized Debtors will pay Konrad $47,250.00 in full satisfaction of any right to cure Konrad has or may have under 11 U.S.C. § 365 or otherwise with respect to Store No. 1448.

3. This Agreed Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims pertaining to Store No. 1448 filed by Konrad in these Chapter 11 cases and (ii) all other pre-petition or pre-effective date claims pertaining to Store No. 1448 Konrad has or may have against the Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

4. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this ___ day of May, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00565877

2

**Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY

By  s/ Gordon K. Konrad*            By  s/ Cynthia C. Jackson
    Gordon K. Konrad                    Cynthia C. Jackson, F.B.N. 498882

3900 River Road, Suite 3            225 Water Street, Suite 1800
Jefferson, Louisiana 70121          Jacksonville, Florida 32202
(504) 831-9985                      (904) 359-7700
gordon@bcmt.com                     (904) 359-7708 (facsimile)
                                    cjackson@smithhulsey.com

Landlord for Store No. 1448         Co-Counsel for Reorganized Debtors

*Pro-se party has authorized his electronic signature.

00565877