UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| ) | |

**AGREED ORDER RESOLVING CURE OBJECTION
FILED BY TS PIERCE SC COMPANY, LTD. (STORE NO. 2355)**

This cause came before the Court on the Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief filed by Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Reorganized Debtors") (Docket No. 8941) and the Objection to the Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts and (III) Grant Related Relief filed by TS Pierce SC Company, Ltd.[1] ("TS Pierce") (Docket No. 9465) with respect to Store No. 2355 (the "Cure Objection"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objection is overruled.

2. Scheduled claim number 32223 scheduled on behalf of TS Pierce is allowed as an administrative claim in the amount of $42,557.52, which the Reorganized Debtors

---

[1] The landlord for Store No. 2355 and the claimant of scheduled claim number 32223 is TS Pierce SC Company, Ltd. The Cure Objection was filed by the entity named Towne South Plaza, Ltd.; however, reference to Towne South Plaza, Ltd. in the Cure Objection was in error. The Cure Objection should have referenced TS Pierce SC Company, Ltd. as the landlord for Store No. 2355.

have paid in full.

3. This Agreed Order resolves all liabilities and obligations related to all claims scheduled on behalf of TS Pierce and all proofs of claim and administrative expense claims filed by TS Pierce in these Chapter 11 cases, all of which are forever waived, discharged and released.

4. Post-effective date liabilities and obligations will be handled by the parties in accordance with the applicable lease terms, ordinary course practices, and under applicable law.

5. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this ___9___ day of May, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00552853

**Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| RICE PUGATCH ROBINSON & SCHILLER, P.A. | SMITH HULSEY & BUSEY |
| By  *s/ Craig A. Pugatch*\*  <br>   Craig A. Pugatch, F.B.N. 653381 | By  *s/ Cynthia C. Jackson*  <br>   Cynthia C. Jackson, F.B.N. 498882 |
| 101 Northeast Third Avenue, Suite 1800<br>Fort Lauderdale, Florida 33301<br>(954) 462-8000<br>(954) 462-4300 (facsimile)<br>capugatch@rprslaw.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Counsel for TS Pierce SC Company, Ltd. | Co-Counsel for Reorganized Debtors |

\*Counsel has authorized his electronic signature.

00552853