**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**

IN RE:                                                                                                  Case: 05-03817-3F1

**WINN-DIXIE STORES, INC., ET AL,**                              Chapter 11 - Jointly Administered
    Debtor
                                                                   Honorable Judge:   Jerry A. Funk

_____/

**PETITIONER, THE ESTATE OF WILLIAM WITTENZELLNER's,**
**NOTICE OF WITHDRAWAL**
**OF APPLICATION FILED AGAINST WINN DIXIE STORES, INC.**

      **COMES NOW**, Petitioner, **THE ESTATE OF WILLIAM WITTENZELLNER**, and hereby files this, *Notice of Withdrawal of Application for Allowance of an Administrative Claim for a Post-Petition Personal Injury Claim,* against Winn Dixie Stores, Inc. entered on January 2, 2007, document number 13816.

      WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via United States Mail this 11th day of May, 2007 to: Rebecca Peters, Claims Examiner at Sedgwick Claims Management Services, Inc., P.O. Box 24787, Jacksonville, FL 32241-4787.

                                                                     **/s/ Kenneth A. Cutler, Esquire**
                                                                     **KENNETH A. CUTLER, ESQ**
                                                                     FLA BAR #558310
                                                                     1630 West Hillsboro Blvd
                                                                      Deerfield Beach, FL 33442
                                                                      Phone: (954) 428-9333
                                                                      Fax:    (954) 428-9338