UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors.[1] | ) | Jointly Administered |

**AGREED ORDER RESOLVING CLAIM NUMBER 10633 FILED BY MERCHANDISING CORP. OF AMERICA, INC., AS SET FORTH IN THE DEBTORS' NINTH OMNIBUS CLAIMS OBJECTION**

These cases originally came before the Court for hearing on May 18, 2006, upon the Ninth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"). Included among the several proofs of claim that were the subject of the Objection was claim number 10633 filed by Merchandising Corp. of America, Inc. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The secured status alleged by Merchandising Corp. of America, Inc. in claim no. 10633 is disallowed. Claim no. 10633 is reclassified and allowed as an unsecured non-priority claim (plan class 14) in the amount of $92,000.00.

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

2. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 11 day of May, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY

By /s/ James H. Post
James H. Post (Bar # 175460)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
Email: jpost@smithhulsey.com

-and-

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

D. J. Baker
Rosalie Walker Gray
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Co-Counsel for Reorganized Debtors

KILPATRICK STOCKTON, LLP

By /s/ Deborah L. Fletcher *
Deborah L. Fletcher

214 N. Tryon Street, Suite 2500
Charlotte, North Carolina 28202
(704) 338-5243
(704) 338-5125 (facsimile)
Email: dfletcher@kilpatrickstockton.com

Counsel for Merchandising Corp. of America, Inc.

*Counsel has authorized his electronic signature

1237175-New York Server 7A - MSW