UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Winn-Dixie Stores, Inc., et.al.  Case No. 05-03817-3F1

Reorganized Debtors.  Chapter 11

_____/  Jointly Administered

### JOINDER IN MOTION TO SCHEDULE OMNIBUS HEARING REGARDING MOTIONS TO ALLOW LATE FILED ADMINISTRATIVE CLAIMS

**COMES NOW** JENNIFER ANNETTE, ARTHERIA ASHE, FREDDIE GRIMSLEY, SYDNEY HILTON and NORALIE KEKLLAS by and through the undersigned attorneys and join in the Motion To Schedule Omnibus Hearing Regarding Motions To Allow Late Filed Administrative Claims filed by Miriam Gonzalez, Yness Herrera and Juan Quintana (Docket No. 16196) :

1. JENNIFER ANNETTE, ARTHERIA ASHE, FREDDIE GRIMSLEY, SYDNEY HILTON and NORALIE KEKLLAS all previously filed Motions To Allow Late Filed Administrative Claims ( Docket Nos.: 16166, 16167, 16168, 16170 and 16174).

2. Subsequently, Miriam Gonzalez, Yness Herrera and Juan Quintana, represented by Joel Tabas Esq., filed a Motion To Schedule Omnibus Hearing Regarding Motions To Allow Late Filed Administrative Claims (Docket No. 16196).

3. JENNIFER ANNETTE, ARTHERIA ASHE, FREDDIE GRIMSLEY, SYDNEY HILTON and NORALIE KEKLLAS all join in the said Motion To Schedule Omnibus Hearing Regarding Motions To Allow Late Filed Administrative Claims (Docket No. 16196) and request similar relief.

4. The Court has now set a hearing (Docket no. 16302) on said Motion for June 14, 2007.

Wherefore, JENNIFER ANNETTE, ARTHERIA ASHE, FREDDIE GRIMSLEY, SYDNEY HILTON and NORALIE KEKLLAS

a. Join in the said Motion To Schedule Omnibus Hearing Regarding Motions To Allow Late Filed Administrative Claims (Docket No. 16196) and request similar relief,

b. Request that they receive notice of and are served with all documents relating to said Motion and said hearing of June 14,2007 including any pleadings filed by the Debtors; and

c. Request that they permitted to be appear and be heard at the hearing of June 14, 2007.

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2007, I filed the foregoing through the CM/ECF filing system, which will cause a copy to be served on James H. Post, Esq., Counsel for the Reorganized Debtors, Matthew Barr, Esq. and John MacDonald, Esq., Counsel for the Post-Effective Date Committee, Elena L. Escamilla, Esq., counsel for the Office of the United States Trustee, Joel Tabas , 919 Ingraham Building, 25 SE 2nd Ave., Miami, Florida, 33131-1538 ( jtabas@tfsmlaw.com)  and all other parties participating in the CM/ECF System, all served electronically.

Hoffman, Larin & Agnetti, P.A.
909 North Miami Beach Blvd.
Suite 201
Miami, FL 33162
(305) 653-5555
davidp@hlalaw.com

/s/ David L. Perkins
_____
David L. Perkins Esq.
Fl. Bar No. 264911