UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Elwood Batia (Claim No. 7289) [Docket No. 16152] was furnished by mail on May 15, 2007 to Elwood Batia c/o Edmund J. Walker, Esq., Denton, Jenner & Walker, Morgan Square, 955 Howard Avenue, P.O. Box 1204, Biloxi, Mississippi 39533.

Dated:  May 16, 2007

SMITH HULSEY & BUSEY

By     *s/ James H. Post*
         Stephen D. Busey
         James H. Post (FBN 175460)
         Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151