UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                             )

WINN-DIXIE STORES, INC., et al.,    )          Case No. 05-03817-3F1
                                                  )          Chapter 11
                   Reorganized Debtors.    )          Jointly Administered

_____

## CERTIFICATE OF SERVICE

        I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Joanne Dickinson (Claim No. 3745) [Docket No. 16161] was furnished by mail on May

15, 2007 to Joanne Dickinson c/o Mitchell Panter, Esq., Panter, Panter & Sampedro,

P.A., 6950 North Kendall Drive, Miami, Florida 33156.

Dated:  May 16, 2007

                                        SMITH HULSEY & BUSEY


                                        By        *s/ James H. Post*
                                               Stephen D. Busey
                                               James H. Post (FBN 175460)
                                               Cynthia C. Jackson

                                        225 Water Street, Suite 1800
                                        Jacksonville, Florida  32202
                                        (904) 359-7700
                                        (904) 359-7708 (facsimile)
                                        jpost@smithhulsey.com

                                        Counsel for Reorganized Debtors

00520151