UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                             )

WINN-DIXIE STORES, INC., et al.,        )          Case No. 05-03817-3F1
                                                  )          Chapter 11
                    Reorganized Debtors.    )          Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Elizabeth Fridman (Claim No. 5417) [Docket No. 16158] was furnished by mail on May 15, 2007 to Elizabeth Fridman c/o Svetlana Fridman, 11961 S.W. 10th Street, Mirama, Florida 33025.

Dated:  May 16, 2007

SMITH HULSEY & BUSEY


By      *s/ James H. Post*
        Stephen D. Busey
        James H. Post (FBN 175460)
        Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151