UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,    )          Case No. 05-03817-3F1
                                                        Chapter 11
            Reorganized Debtors.         )          Jointly Administered

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Enos Gaudet (Claim No. 7881) [Docket No. 16157] was furnished by mail on May 15, 2007 to Enos Gaudet, 1720 North Congress Avenue, Apt. B408, West Palm Beach, Florida 33401.

Dated: May 16, 2007

SMITH HULSEY & BUSEY

By      *s/ James H. Post*
         Stephen D. Busey
         James H. Post (FBN 175460)
         Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151