UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                         )

WINN-DIXIE STORES, INC., et al.,            )        Case No. 05-03817-3F1
                                                                       Chapter 11
                   Reorganized Debtors.        )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Suzanne Shapiro (Claim No. 5045) [Docket No. 16153] was furnished by mail on May 15, 2007 to Suzanne Shapiro c/o Ronald M. Simon, Esq., Simon & D'Alemberte, 1001 Brickell Bay Drive, Miami, Florida 33131.

Dated:  May 16, 2007

                                                                SMITH HULSEY & BUSEY


                                                                By        *s/ James H. Post*
                                                                      Stephen D. Busey
                                                                      James H. Post (FBN 175460)
                                                                      Cynthia C. Jackson

                                                                225 Water Street, Suite 1800
                                                                Jacksonville, Florida  32202
                                                                (904) 359-7700
                                                                (904) 359-7708 (facsimile)
                                                                jpost@smithhulsey.com

                                                                Counsel for Reorganized Debtors

00520151