**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF AGREED ORDER RESOLVING CLAIM**
**NO. 13115 FILED BY FUTURISTIC FOODS, INC.**

---

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

The Court will consider this matter without further notice or hearing unless a party in interest files an objection within 3 business days from the date of service of this paper. If you object to the relief requested in this paper, you must (a) file your response with the Clerk of the Bankruptcy Court in accordance with the Court's electronic filing procedures or at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and (b) serve a copy by email and fax on (i) Winn-Dixie Stores, Inc. c/o Jay Castle, Esq., 5050 Edgewood Court, Jacksonville, Florida 32254, JayCastle@winn-dixie.com, (ii) James H. Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, jpost@smithhulsey.com and (iii) Rosalie Gray, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, rgray@skadden.com.

If you file and serve a response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file a response within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates (the "Debtors"), give notice of the proposed entry of the attached Agreed Order Resolving Claim No. 13115 Filed by Futuristic Foods, Inc.

If no objection to the proposed Agreed Order is filed and served within the time set forth above, the Court will be requested to enter the Order without further notice or hearing.

Dated: May 16, 2007

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D.J. Baker*  <br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Walker Gray | By   *s/ James H. Post*  <br>    Stephen D. Busey<br>    James H. Post<br>    Leanne McKnight Prendergast |
| | Florida Bar Number 175460 |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

## **Certificate of Service**

I certify that a copy of this document has been furnished electronically and by facsimile to Post-Effective Date Committee, c/o Matthew Barr, Esq. and Michael Comerford, Esq., Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, mbarr@milbank.com, mcomerford@milbank.com, this 16th day of May, 2007.

*s/ James H. Post*
Attorney

565600

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |

**AGREED ORDER RESOLVING CLAIM NO. 13115
FILED BY FUTURISTIC FOODS, INC.**

This matter is before the Court upon (i) the Debtors' Twenty-Seventh Omnibus Objection to (a) Equity Claims, (b) Equity Damage Claims, (c) No Liability Claims, (d) Amended and Superseded Claims, (e) Unliquidated Claims, (f) Overstated Claims, (g) No Liability Misclassified Claims and (h) Misclassified Claims (the "Objection") as it pertains to Claim No. 13115 filed by Futuristic Foods, Inc. (Docket No. 12532) and (ii) the response to the Objection filed by Futuristic Foods, Inc. (Docket No. 12859). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim No. 13115 filed by Futuristic Foods, Inc. is reduced and allowed as a prepetition, non-priority claim in the total amount of $1,200,000 against Winn-Dixie Procurement, Inc., and the remainder of Claim Number 13115 is disallowed.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

2. Claim No. 13115 will be treated in accordance with plan class 14, and distribution on account of Claim No. 13115 shall be made in accordance with Section 9.2 of the Debtors' confirmed plan of reorganization (the "Plan").

3. This Order resolves (i) all liabilities and obligations related to Claim No. 13115 and (ii) all other prepetition or administrative claims the claimant has or may have against the Debtors or any of their Chapter 11 estates, officers, employees, agents, successors or assigns, all of which are forever waived, discharged, and released.

4. The distribution to be made pursuant to the Plan on behalf of the Claimant on the allowed Claim shall be made to "Donna L. Thompson, as attorney for Futuristic Foods, Inc." at the following address:

> Donna L. Thompson, Esq.
> Attorney Trust Account
> P.O. Box 170
> Allenwood, NJ  08720

5. Logan & Company, Inc., the claims agent appointed in the Debtors' Chapter 11 cases, is directed to make such revisions to the claims register as is necessary to reflect the terms of this Order.

6. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this _____ day of _____, 2007, in Jacksonville, Florida.

---

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
James H. Post, Esq.
[James H. Post is directed to serve a copy of this order on any party in interest who has not received the order through the CM/ECF system and to file a proof of service.]

Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | DONNA L. THOMPSON, ESQ. |

By   *s/ Leanne McKnight Prendergast*
     Stephen D. Busey
     James H. Post
     Leanne McKnight Prendergast

Florida Bar Number 0059544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

By   *s/ Donna L. Thompson*\*
     Donna L. Thompson

Post Office Box 170
Allenwood, New Jersey  08720
(732) 681-4301
(732) 681-4301 (facsimile)
dtnjlaw@aol.com

     and

Keith E. Broll
Florida Bar Number 618918
RICE & ROSE, P.A.
222 Seabreeze Blvd.
Daytona Beach, Florida  32118
(386) 257-1222
(386) 258-9694 (facsimile)
keithbroll@riceroselaw.com

Co-counsel for Futuristic Foods, Inc.

\* counsel has authorized the use of her electronic signature

565144