UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Gloria Richard (Claim No. 6143) [Docket No. 16319] was furnished by mail on May 16, 2007 to Gloria Richard c/o Ronald Rosen, Esq., Rosen & Rosen, P.A., 4000 Hollywood Boulevard, Suite 725-South, Hollywood, Florida 33021.

Dated: May 16, 2007

                                      SMITH HULSEY & BUSEY

                                      By    *s/ James H. Post*
                                              Stephen D. Busey
                                              James H. Post (FBN 175460)
                                              Cynthia C. Jackson

                                        225 Water Street, Suite 1800
                                        Jacksonville, Florida 32202
                                        (904) 359-7700
                                        (904) 359-7708 (facsimile)
                                        jpost@smithhulsey.com

                                        Counsel for Reorganized Debtors

00520151