UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re )

WINN-DIXIE STORES, INC., et al., ) Case No. 05-03817-3F1
 Chapter 11
 Reorganized Debtors. ) Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Joanne Sanders (Claim No. 7101) [Docket No. 16285] was furnished by mail on May 16, 2007 to Joanne Sanders, 641 South Caroline Street, Daytona Beach, Florida 32114.

Dated: May 16, 2007

 SMITH HULSEY & BUSEY

 By *s/ James H. Post*
 Stephen D. Busey
 James H. Post (FBN 175460)
 Cynthia C. Jackson

 225 Water Street, Suite 1800
 Jacksonville, Florida 32202
 (904) 359-7700
 (904) 359-7708 (facsimile)
 jpost@smithhulsey.com

 Counsel for Reorganized Debtors

00520151