UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Olva Thomas (Claim No. 2549) [Docket No. 16318] was furnished by mail on May 16, 2007 to Olva Thomas c/o Andy M. Custer, Esq., 2328 10th Avenue North, Suite 502, Lake Worth, Florida 33461.

Dated: May 16, 2007

                                                     SMITH HULSEY & BUSEY

                                                     By    *s/ James H. Post*
                                                          Stephen D. Busey
                                                          James H. Post (FBN 175460)
                                                          Cynthia C. Jackson

                                                   225 Water Street, Suite 1800
                                                   Jacksonville, Florida 32202
                                                   (904) 359-7700
                                                   (904) 359-7708 (facsimile)
                                                   jpost@smithhulsey.com

                                                   Counsel for Reorganized Debtors

00520151