UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,     )      Case No. 05-03817-3F1
                                                    Chapter 11
    Reorganized Debtors.            )      Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Meaghan Tobin (Claim No. 2728) [Docket No. 16286] was furnished by mail on May 16, 2007 to Meaghan Tobin c/o W.C. Airth Jr., Esq., 2518 Edgewater Drive, Suite 1, Orlando, Florida 32804-4406.

Dated:  May 16, 2007

                                            SMITH HULSEY & BUSEY

                                            By       *s/ James H. Post*
                                                    Stephen D. Busey
                                                    James H. Post (FBN 175460)
                                                    Cynthia C. Jackson

                                            225 Water Street, Suite 1800
                                            Jacksonville, Florida  32202
                                            (904) 359-7700
                                            (904) 359-7708 (facsimile)
                                            jpost@smithhulsey.com

                                            Counsel for Reorganized Debtors

00520151