UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                             )

WINN-DIXIE STORES, INC., et al.,   )   Case No. 05-03817-3F1
                                                     Chapter 11
           Reorganized Debtors.         )   Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Conchita Walden (Claim No. 4378) [Docket No. 16287] was furnished by mail on May 16, 2007 to Conchita Walden c/o Charles Flaxman, Esq., 5715 Johnson Street, Miami, Florida 33021.

Dated:  May 16, 2007

                                                            SMITH HULSEY & BUSEY


                                                            By      *s/ James H. Post*
                                                                    Stephen D. Busey
                                                                    James H. Post (FBN 175460)
                                                                    Cynthia C. Jackson

                                                            225 Water Street, Suite 1800
                                                            Jacksonville, Florida  32202
                                                            (904) 359-7700
                                                            (904) 359-7708 (facsimile)
                                                            jpost@smithhulsey.com

                                                            Counsel for Reorganized Debtors

00520151