UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al. | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARINGS**
**TO BE HELD ON MAY 17, 2007**

Winn-Dixie Stores, Inc. and its affiliates (collectively, the "Reorganized Debtors"), submits the following agenda of matters to be heard on May 17, 2007 at 1:30 p.m.:

**A.   Uncontested Matters**

    *1.   Debtors' Second Omnibus Objection to Unresolved Litigation Claims (Docket No. 8703)*

    *Hearing on Objections to Claims Which Have Been Settled or Withdrawn (Docket No. 15954)*

    *(a)   Joseph Cahoe (Claim No. 7625)*

    *(b)   Doyle Eiler (Claim No. 11604)*

    *(c)   Darren Saunders (Claim No. 11096)*

Response Deadline:   May 7, 2007.

Responses:   None.

Status:   The Reorganized Debtors will proceed with the hearing on the Objection.

   *2.   Debtors' Omnibus Objection to Administrative Claims Which Have Been Settled or Withdrawn (Docket No. 15950)*

   Response Deadline:   May 7, 2007.

   Responses:   None.

   Status:   The Reorganized Debtors will proceed with the hearing on the Objection.

**B.   Contested Matters**

   *3.   Debtors' Objection to the Administrative Claim Filed by Gina Penner Moore (Docket No. 14332) and Alternative Motion to Strike (Docket No. 15952)*

   Response Deadline:   May 7, 2007.

   Responses:   Gina Penner Moore (Docket No. 16261)

   Status:   The Reorganized Debtors will proceed with the hearing on the Objection.

   *4.   Debtors' Omnibus Objection to Improperly Filed Proofs of Claim Docket No. 15948)*

   Response Deadline:   May 7, 2007.

   Responses:   (a)   Catherine Watson (Docket No. 16091);

              (b)   Valeria Jones (Docket No. 16118);

              (c)   Marie McNear (Docket No. 16119);

              (d)   Janett Reeves (Docket No. 16173);

              (e)   Josephine Clark (Docket No. 16233), and

              (f)   Jeannine Bates (Docket No. 16260).

   Status:   The Reorganized Debtors will proceed with the hearing on the Objection.

Dated: May 16, 2007

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D. J. Baker*<br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Walker Gray | By   *s/ Cynthia C. Jackson*<br>    Stephen D. Busey<br>    James H. Post<br>    Cynthia C. Jackson |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com | Florida Bar Number 498882<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

00566110