## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

       Debtors.

Case No.: 3-05-bk-3817 (JAF)

Chapter 11

Jointly Administered

### NOTICE OF LIMITED APPEARANCE

Please be advised that the undersigned attorney has been retained by Janett Reeves (the "Applicant") and her attorney, Dan A. Goldberg, Esq. ("Mr. Goldberg"), to represent the Applicant in connection with the Application for Allowance of Administrative Expense Claim for Post-Petition Personal Injury (the "Application") (Doc. 15348) filed with the Court March 5, 2007, and any proceedings related thereto.

May 17, 2007

WILCOX LAW FIRM

**/s/ Brett A. Mearkle**
Brett A. Mearkle
Fla. Bar No. 644706
6817 Southpoint Parkway
Suite 1302
Jacksonville, FL 32216
bmearkle@wilcoxlawfirm.com
Telephone:  (904) 281-0700
Facsimile:   (904) 513-9201

### CERTIFICATE OF SERVICE

The undersigned certifies that he filed the foregoing with the Clerk of the Bankruptcy Court through the CM/ECF which will cause an electronic notice to be served upon Robert Altman, Chapter 7 Trustee and all creditors who have appeared, through the electronic filing and notice system this 17th day of May, 2007.
**/s/Brett A. Mearkle**
Brett A. Mearkle