UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Case No. 3:05-bk-003817-JAF |
| | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

RESPONSE TO DEBTORS' OBJECTION TO
CLAIM OF ARRIE DENNIS (PROOF OF CLAIM # 5509)

The personal injury claimant, Arrie Dennis ("Claimant"), by her undersigned attorneys, responds to and opposes the debtors' objection to his Proof of Claim No. 5509 and states as follows:

1. Claimant filed Proof of Claim No. 5509 on account of a personal injury sustained by Claimant on September 1, 2004, at a Winn-Dixie store in Lake Placid, Florida.

2. Claimant provided information about the claim to the debtors' claims agent in accordance with the Claims Resolution Procedure required by the court. The debtors and Claimant, however, have not yet engaged in mediation as to the claim.

3. On June 22, 2006, the debtors filed an omnibus objection to claims and included Claimant's Proof of Claim No. 5509 in the schedule of claims to which they objected (Dkt. # 8702). The debtors objected to the claim on the grounds of "No Liability – Disputed Claim."

        4.      For the reasons summarized in the attached Exhibit A, entitled "Liability and Damages Narrative," the claim has merit and debtors' objection should be overruled.

        5.      In addition, Claimant requests that the court order the debtors to mediate the claim so that the parties can amicably resolve the dispute or, if not, so that Claimant may satisfy the court's prerequisites for moving for stay relief to liquidate the claim in state court.

        Respectfully submitted,

| | |
|---|---|
| Thomas J. DeBari | C. TIMOTHY CORCORAN, III, P.A. |
| tdebari@hdalaw.com | 400 N. Ashley Drive, Suite 2540 |
| Florida Bar No. 0952140 | Tampa, FL  33602 |
| HARBSMEIER, DeZAYAS, DeBARI, | (813) 769-5020 |
| HALEY-GLEASON & McCALL, LLP | (813) 769-5030 (fax) |
| 5116 South Lakeland Drive | ctcorcoran@mindspring.com |
| Post Office Box 6455 (33807) | Attorneys for Claimant |
| Lakeland, FL  33813 | |
| (863) 619-7330 | |
| (863) 619-7303 (fax) | By */s/ C. Timothy Corcoran, III* |
| |     C. Timothy Corcoran, III |
| and |     Florida Bar No. 0161248 |

## PROOF OF SERVICE

        I certify that today I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I also certify that I have sent by U. S. Mail today a copy of the foregoing to any person listed below who will not receive from the Clerk a notice of electronic filing:

Winn-Dixie Stores, Inc.  
5050 Edgewood Court  
Jacksonville, FL  32254-3699  

D. J. Baker, Esquire  
Skadden, Arps, Slate, Meagher & Flom, LLP  
Four Times Square  
New York, NY  10036  

Cynthia C. Jackson, Esquire  
Smith Hulsey & Busey  
225 Water Street, Suite 1800  
Jacksonville, FL  32202  

James H. Post, Esquire  
Smith Hulsey & Busey  
225 Water Street, Suite 1800  
Jacksonville, FL  32202  

Dennis F. Dunne, Esquire  
Milbank, Tweed, Hadley & McCloy, LLP  
1 Chase Manhattan Plaza  
New York, NY  10005  

John B. Macdonald, Esquire  
Akerman, Senterfitt & Eidson, P.A.  
50 North Laura Street, Suite 2500  
Jacksonville, FL  32202  

Patrick P. Patangan, Esquire  
Akerman, Senterfitt & Eidson, P.A.  
50 North Laura Street, Suite 2500  
Jacksonville, FL  32202  

Elena L. Escamilla, Esquire  
Office of the United States Trustee  
135 W. Central Boulevard, Suite 620  
Orlando, FL  32806  

Logan & Company, Inc.  
Claims Agent  
546 Valley Road  
Upper Montclair, NJ  07043  

Sedgwick Claims Management Services, Inc.  
Post Office Box 24787  
Jacksonville, FL  32241-4787  


*May 17, 2007*                              */s/ C. Timothy Corcoran, III*  
Dated                                        C. Timothy Corcoran, III

EXHIBIT A
TO
RESPONSE TO DEBTORS' OBJECTION TO
CLAIM OF ARRIE DENNIS (PROOF OF CLAIM # 5509)

LIABILITY AND DAMAGES NARRATIVE

Arrie Dennis is a 37-year-old female who sustained bodily injury on or about September 1, 2004, while a lawful business invitee on premises owned/possessed by Winn-Dixie Stores located on Plaza Avenue in Lake Placid, Florida. Specifically, Ms. Dennis sustained injury to her right foot when a large beverage bottle fell from atop a checkout counter. Our investigation has concluded that Ms. Dennis was blameless for the accident and that her injuries were legitimate.

Ms. Dennis was immediately taken to the Florida Hospital/Lake Placid Emergency Room where she was x-rayed, treated, prescribed a right foot orthopedic splint and released with follow-up care instructions. She then began a course of evaluation and treatment with Stuart Goldsmith, M.D., orthopedist, where she was initially diagnosed on December 7, 2004, with a right Achilles tendon sprain and contusion and was recommended a regimen of medication and physical therapy.

On or about January 18, 2005, Ms. Dennis was deemed to have reached the point of maximum medical improvement and released to full-time, full-duty work and recreational activities by Dr. Goldsmith with no current evidence of permanent physical impairment. As a result of the negligence of agents of Winn-Dixie Stores, Ms. Dennis incurred medical expenses of approximately $2,706.60, all of which appears to have been paid by Health Management Systems (Medicaid third party administrator), however, Medicare has asserted a right to 100% subrogation recovery pursuant to the provisions of Sections 409.901 and 409.910, Florida Statutes.

In an attempt to compromise and settle Ms. Dennis' bodily injury claims Winn-Dixie made a verbal settlement offer of $2,010.00 in addition to the option to accept Winn-Dixie common stock.