UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Case No. 3:05-bk-003817-JAF |
| | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

DECLARATION OF THOMAS J. DeBARI
FILED IN SUPPORT OF MOTION TO ALLOW LATE
FILED CLAIM AND MOTION FOR RELIEF FROM ORDER
DISALLOWING CLAIM OF LEAH BROWN (PROOF OF CLAIM # 12825)

I, Thomas J. DeBari, declare under penalty of perjury pursuant to the provisions of 28 U.S.C. § 1746 that the following statements are true and correct:

1. I am Thomas J. DeBari. I am an adult resident of Polk County, Florida, and am otherwise competent to make this declaration.

2. Unless otherwise stated, I make this declaration based upon facts of which I have personal knowledge.

3. I am a lawyer who practices in the areas of personal injury and insurance liability defense. I have been a member of The Florida Bar for over 14 years and am also a member of the Bar of the United States District Court for the Middle District of Florida. I practice with the firm of Harbsmeier, DeZayas, DeBari, Haley-Gleason & McCall, LLP, and maintain my principal office in Lakeland, Florida.

4. My firm and I began the representation of Leah Brown on February 7, 2005. Ms. Brown had sustained a personal injury in a "slip and fall" accident

on May 14, 2004, while shopping at a Winn-Dixie store in Sebring, Florida.  Initially, Ms. Brown retained other attorneys, Burnetti, P.A., to represent her in her claim against Winn-Dixie.  In February 2005, my firm and I replaced the Burnetti firm in this representation.

        5.      According to the files given to me and my firm by Ms. Brown and the Burnetti firm when we took over the representation, Winn-Dixie was already on notice of Ms. Brown's claim.  In early May 2005, we gave notice to Winn-Dixie that we had assumed Ms. Brown's representation and began a series of correspondence and telephone calls with Winn-Dixie, Logan & Company, Inc. (Winn-Dixie's claims agent), and Sedgwick Claims Management Services, Inc. (Winn-Dixie's claims management agent) that continued through June 2006 in an attempt to negotiate a settlement of the claim.

        6.      The first time anyone at my firm or I learned of the August 1, 2005, claims bar date in the Winn-Dixie bankruptcy case was on October 27, 2005, when Ms. Brown brought to our office a proof of claims form that had been addressed to her former attorneys.  I completed the proof of claims form on Ms. Brown's behalf and mailed it to the claims agent with a cover letter dated December 28, 2005.  Throughout this period I had been actively exchanging information about the claim with Logan & Company, Inc., and with Sedgwick Claims Management Services, Inc., notwithstanding the fact a proof of claim had not been filed on Ms. Brown's behalf.

        7.      Our files do contain Winn-Dixie's objection to Ms. Brown's claim that was filed on June 22, 2006 (Dkt. # 8702).  The only explanation that I can offer as to

why we did not respond to that objection by the time stated in it was that we are not bankruptcy attorneys and that we were then attempting to negotiate a global settlement of the claim on its merits with both Winn-Dixie and its independent cleaning contractor, Best Choice Cleaning, Inc., that was also responsible for the injury. As reflected in the Response to Debtors' Objection to Claim of Leah Brown (Proof of Claim # 12825) that we are filing contemporaneously, Ms. Brown had claims against both Winn-Dixie and the cleaning contractor on account of the accident, we were negotiating settlement with both, and we were successful in reaching a settlement with the cleaning contractor.

8. Because neither I nor my firm practices in the area of bankruptcy law, we have just engaged a lawyer who is familiar with bankruptcy, C. Timothy Corcoran, III, to serve as our co-counsel and to assist Ms. Brown in an attempt to achieve a fair resolution of her claim against Winn-Dixie on its merits rather than on the basis of a failure to file a proof of claim before the claims bar date and a failure to respond to Winn-Dixie's objection to Ms. Brown's proof of claim that was filed after the bar date.

9. This concludes my declaration.

5/11/07
Dated

Thomas J. DeBari

Respectfully submitted,

| | |
|---|---|
| Thomas J. DeBari | C. TIMOTHY CORCORAN, III, P.A. |
| tdebari@hdalaw.com | 400 N. Ashley Drive, Suite 2540 |
| Florida Bar No. 0952140 | Tampa, FL  33602 |
| HARBSMEIER, DeZAYAS, DeBARI, | (813) 769-5020 |
| HALEY-GLEASON & McCALL, LLP | (813) 769-5030 (fax) |
| 5116 South Lakeland Drive | ctcorcoran@mindspring.com |
| Post Office Box 6455 (33807) | Attorneys for Claimant, Leah Brown |
| Lakeland, FL  33813 | |
| (863) 619-7330 | |
| (863) 619-7303 (fax) | By */s/ C. Timothy Corcoran, III* |
| | C. Timothy Corcoran, III |
| and | Florida Bar No. 0161248 |

PROOF OF SERVICE

I certify that today I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I also certify that I have sent by U. S. Mail today a copy of the foregoing to any person listed below who will not receive from the Clerk a notice of electronic filing:

| | |
|---|---|
| Winn-Dixie Stores, Inc. | D. J. Baker, Esquire |
| 5050 Edgewood Court | Skadden, Arps, Slate, Meagher & Flom, LLP |
| Jacksonville, FL  32254-3699 | Four Times Square |
| | New York, NY  10036 |
| Cynthia C. Jackson, Esquire | James H. Post, Esquire |
| Smith Hulsey & Busey | Smith Hulsey & Busey |
| 225 Water Street, Suite 1800 | 225 Water Street, Suite 1800 |
| Jacksonville, FL  32202 | Jacksonville, FL  32202 |
| Dennis F. Dunne, Esquire | John B. Macdonald, Esquire |
| Milbank, Tweed, Hadley & McCloy, LLP | Akerman, Senterfitt & Eidson, P.A. |
| 1 Chase Manhattan Plaza | 50 North Laura Street, Suite 2500 |
| New York, NY  10005 | Jacksonville, FL  32202 |

| | |
|---|---|
| Patrick P. Patangan, Esquire<br>Akerman, Senterfitt & Eidson, P.A.<br>50 North Laura Street, Suite 2500<br>Jacksonville, FL  32202 | Elena L. Escamilla, Esquire<br>Office of the United States Trustee<br>135 W. Central Boulevard, Suite 620<br>Orlando, FL  32806 |
| Logan & Company, Inc.<br>Claims Agent<br>546 Valley Road<br>Upper Montclair, NJ  07043 | Sedgwick Claims Management Services, Inc.<br>Post Office Box 24787<br>Jacksonville, FL  32241-4787 |

*May 17, 2007*                                           */s/ C. Timothy Corcoran, III*
Dated                                                                  C. Timothy Corcoran, III