UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                )

WINN-DIXIE STORES, INC., et al.,          )          Case No. 05-03817-3F1
                                                     Chapter 11
        Reorganized Debtors.              )          Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Janie Dimas [Docket No. 16325] was furnished by mail on May 17, 2007 to Janie Dimas c/o Justin R. Lumley, Esq., John Bales Attorneys, 9700 Dr. Martin Luther King North, Suite 400, Saint Petersburg, Florida 33702.

Dated:  May 17, 2007

                                         SMITH HULSEY & BUSEY


                                         By     *s/ James H. Post*
                                              Stephen D. Busey
                                              James H. Post (FBN 175460)
                                              Cynthia C. Jackson

                                         225 Water Street, Suite 1800
                                         Jacksonville, Florida  32202
                                         (904) 359-7700
                                         (904) 359-7708 (facsimile)
                                         jpost@smithhulsey.com

                                         Counsel for Reorganized Debtors

00520151