

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
May 17, 2007
1:30 P.M.

### PRO MEMO

| | |
|---|---|
| CASE NO. 05-3817-3F1 | WINN-DIXIE STORES, INC. |

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Second Omnibus Objection to Unresolved Litigation Claims filed by Debtors (8703)

Hearing on Objection to Claims which have been settled or Withdrawn (15954)

    (a) Joseph Cahoe (Claim No. 7625)

    (b) Doyle Eiler (Claim No. 11604)

    ( c ) Darren Saunders (Claim 11096)

**APPEARANCES:**

US TRUSTEE:     ELENA ESCAMILLA

UNSEC. CRED:     JOHN B. MACDONALD/PATRICK PATANGAN

    MATTHEW S. BARR

JOSEPH CAHOE:

DOYLE EILER:

DARREN SAUNDERS:

RULING: _Sustained_
Ord/Signed