UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

ORDER ON DEBTORS' SECOND OMNIBUS
OBJECTION TO UNRESOLVED LITIGATION CLAIMS
WHICH HAVE BEEN SETTLED OR WITHDRAWN

This matter came before the Court for hearing on May 17, 2007, upon the Debtors' Second Omnibus Objection to Litigation Claims which have been settled or withdrawn (the "Objection") (Docket Nos. 8703 and 15954) filed by Winn-Dixie Stores, Inc., on behalf of itself and its reorganized subsidiaries and affiliates, as to the proofs of claim filed by Joseph Cahoe (Claim No. 7625), Doyle Eiler (Claim No. 11604) and Darren Saunders (Claim No. 11096). No responses to the Objection were filed. It is therefore

ORDERED AND ADJUDGED:

1. The Objection is sustained.

2. The claims filed by Joseph Cahoe (Claim No. 7625), Doyle Eiler (Claim No. 11604) and Darren Saunders (Claim No. 11096) are disallowed.

Dated this 17 day of May, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

566657