**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**ORDER ON DEBTORS' OMNIBUS**
**OBJECTION TO ADMINISTRATIVE CLAIMS**
**WHICH HAVE BEEN SETTLED OR WITHDRAWN**

This matter came before the Court for hearing on May 17, 2007, upon the

Debtors' Omnibus Objection to Administrative Claims Which Have Been Settled or

Withdrawn (the "Objection") (Docket No. 15950) filed by Winn-Dixie Stores, Inc, on

behalf of itself and its reorganized subsidiaries and affiliates (collectively the "Debtors")

to the administrative claims identified on Exhibit A to the Objection. No responses to the

Objection were filed. It is therefore

ORDERED AND ADJUDGED:

1.    The Objection is sustained.

2.    The claims identified on Exhibit A are disallowed.

Dated this ___ day of May, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

00563872

WINN-DIXIE STORES, INC.
EXHIBIT A

| Name of Claimant | Docket No. of Motion | Reason for Disallowance |
|---|---|---|
| Creditor Id: A511213934-0001-01<br>Marjorie Acce<br>c/o Angel Diaz, Esq.<br>Kirshner & Groff<br>5901 Southwest 74th Street<br>South Miami, FL 33143 | 13202 | Settled or withdrawn on 12/27/2006 |
| Creditor Id: A611206862-0002-01<br>Gwendolyn Banks<br>c/o Morton Kosto, Esq.<br>Law Office of Steven E. Slootsky<br>2701 W. Oakland Park Blvd., Suite 100<br>Fort Lauderdale, FL 33331 | 13696 | Settled or withdrawn on 10/9/2006 |
| Creditor Id: A611202566-0001-01<br>Tina Beaulieu<br>c/o Jack Sobel, Esq.<br>Fox Wackeen Dungey Sweet Beard<br>Sobel & McCluskey, L.L.P<br>3473 Southeast Willoughby Blvd.<br>Stuart, Florida 34995-0006 | 14128 | Settled or withdrawn on 2/16/2007 |
| Creditor Id: A611208229-0002-01<br>Bennett Truck Transport<br>c/o T & D Trucking<br>Post Office Box 673<br>Douglas, GA 31534 | 14390 | Settled or withdrawn on 1/16/2007 |
| Creditor Id: A511212235-0001-01<br>Elizabeth Bird<br>c/o Drew Ben Hudgins, Esq.<br>Hudgins Law Firm<br>38453 Fifth Avenue<br>Zephyrhills, FL 33452 | 13784 | Settled or withdrawn on 2/21/2007 |
| Creditor Id: A611201634-0001-01<br>Selene Briceno<br>c/o Eyal Berger, Esq.<br>Kluger, Peretz, Kaplan & Berlin, P.L.<br>201 So. Biscyne Blvd., Suite 1700<br>Miami, FL 33131 | 13307 | Settled or withdrawn on 12/8/2006 |
| Creditor Id: A511211976-0001-01<br>Deborah Bonner Brown<br>c/o Donald Metcalf, Esq.<br>Chris John & Associates<br>9350 S. Dixie Hwy, Suite 1110<br>Miami, FL 33156 | 14023 | Settled or withdrawn on 2/1/2007 |

WINN-DIXIE STORES, INC.
EXHIBIT A

| Name of Claimant | Docket No. of Motion | Reason for Disallowance |
|---|---|---|
| Creditor Id: A511212981-0001-01<br>Eloise Bryant<br>c/o Bradley S. Hartmen, Esq.<br>Hartman & Goldberg<br>10000 Stirling Road, Suite 1<br>Cooper City, FL 33024 | 13603 | Settled or withdrawn on 1/24/2007 |
| Creditor Id: A511215138-0001-01<br>Arturo Cajiga<br>c/o Paul Silva, Esq<br>Glinn, Somera & Silva LLP<br>N. Federal Highway<br>Deerfield Beach, FL 33441 | 13842 | Settled or withdrawn on 2/1/2007 |
| Creditor Id: A511207762-0001-01<br>Nancy Cantrell<br>c/o Mark A Casto, Esq.<br>917 Southbridge Drive<br>Columbus, GA 31904 | 13740 | Settled or withdrawn on 1/9/2007 |
| Creditor Id: A611205339-0001-01<br>Miya Collins<br>c/o Robert Hughes, Esq.<br>Robert Hughes Ryan Hughes<br>610 N. Carrollton Ave.<br>New Orleans, LA 70119 | 13772 | Settled or withdrawn on 11/22/2006 |
| Creditor Id: A511208212-0001-01<br>Isabel Colon<br>c/o Omar Ortega Esq.<br>Dorta & Ortega, PA<br>800 S. Douglas Raod, Suite 149<br>Coral Gables, FL 33134 | 14486 | Settled or withdrawn on 2/7/2007 |
| Creditor Id: A611206653-0001-01<br>Gabriela Contreras<br>c/o James Doddo, Esq.<br>95 Merrick Way, Suite 100<br>Coral Gables, FL 33134 | 13612 | Settled or withdrawn on 1/23/2007 |
| Creditor Id: A611205753-0001-01<br>Patty Cooper<br>c/o Brian M. Flaherty, Esq.<br>Farah & Farah, P.A.<br>10 West Adams Street, Third Floor<br>Jacksonville, FL 32202 | 13515 | Settled or withdrawn on 1/23/2007 |

WINN-DIXIE STORES, INC.
EXHIBIT A

| Name of Claimant | Docket No. of Motion | Reason for Disallowance |
|---|---|---|
| Creditor Id: A611203920-0001-01<br>Gayle Cousin<br>c/o Robert T. Hughes, Esq.<br>610 North Carrollton Avenue<br>New Orleans, LA 70119 | 13776 | Settled or withdrawn on 2/7/2007 |
| Creditor Id: A611203994-0001-01<br>Monica Cross<br>c/o Matthew M. Donaldson, Esq.<br>Kennedy Law Group<br>5001 West Kennedy Blvd., Suite 100<br>Tampa, FL 33609 | 13252 | Settled or withdrawn on 2/21/2007 |
| Creditor Id: A511211754-0001-01<br>Vanessa Cruz<br>c/o Gary Drucker, Esq.<br>Ameen & Drucker, P.A.<br>3111 University Drive, Suite 901<br>Coral Springs, FL 33065 | 13534 | Settled or withdrawn on 2/7/2007 |
| Creditor Id: A611203005-0001-01<br>Janice Cummings<br>c/o Bradley R. Markey<br>Stutsman Thames & Markey, P.A.<br>50 North Laura Street, Suite 1600<br>Jacksonville, FL 32202 | 13921 | Settled or withdrawn on 1/29/2007 |
| Creditor Id: A511214045-0001-01<br>Marta Del Cid<br>c/o Christophe Klemick, Esq.<br>Klemick & Gampel, P.A.<br>1953 Southwest 27th Avenue<br>Maimi, FL 33145 | 13895 | Settled or withdrawn on 1/9/2007 |
| Creditor Id: A611205739-0001-01<br>George Demogenes<br>c/o Dana P. Hoffman, Esq.<br>Abrahamson, Uiterwyk & Barnes<br>900 West Platt Street<br>Tampa, FL 33606 | 13385 | Settled or withdrawn on 2/16/2007 |
| Creditor Id: A611208831-0001-01<br>Tim Dorr<br>Post Office Box 491482<br>Leesburg, FL 34749 | 13535 | Settled or withdrawn on 2/27/2007 |

WINN-DIXIE STORES, INC.
EXHIBIT A

Page 4 of 8

| Name of Claimant | Docket No. of Motion | Reason for Disallowance |
|---|---|---|
| Creditor Id: A511205190-0001-01<br>Charlyne Goodson<br>c/o Laurie Robbins, Esq.<br>Robbins & Associates, P.C.<br>6000 Lake Forrest Drive, Suite 315<br>Sandy Springs, GA 30328 | 13950 | Settled or withdrawn on 1/16/2007 |
| Creditor Id: A511212488-0001-01<br>Linda Greene<br>c/o Jay Koretsky, Esq.<br>21489 Northwest 2nd Ave.<br>Miami, FL 33169 | 13898 | Settled or withdrawn on 1/24/2007 |
| Creditor Id: A611207264-0001-01<br>Hilda Guthrie<br>c/o Michael Speakman, Esq.<br>Speakman & Speakman<br>108 N. Dean Road<br>Auburn, AL 36830 | 13711 | Settled or withdrawn on 1/9/2007 |
| Creditor Id: A511214426-0001-01<br>Charles Holmes<br>c/o Bradley R. Markey<br>Stutsman Thames & Markey, P.A.<br>50 North Laura Street, Suite 1600<br>Jacksonville, FL 32202 | 14071 | Settled or withdrawn on 2/15/2007 |
| Creditor Id: A611202297-0001-01<br>John Howard<br>c/o Dennis L. Schaefer, Esq.<br>Dell & Schaefer Chartered<br>2404 Hollywood Blvd.<br>Hollywood, FL 33020 | 14176 | Settled or withdrawn on 2/15/2007 |
| Creditor Id: A511213503-0001-01<br>Amanda Jones<br>c/o Eyal Berger, Esq.<br>Kluger, Peretz, Kaplan & Berlin, P.L.<br>201 So. Biscyne Blvd., Suite 1700<br>Miami, FL 33131 | 13283 | Settled or withdrawn on 3/1/2007 |
| Creditor Id: A611207307-0001-01<br>Bonita Jones, on behalf of Everyell Jones, a minor<br>c/o Nathaniel W. Tindall, Esq.<br>205 West Dr. M.L. King, Jr. Blvd., Suite 103<br>Tampa, FL 33603 | 14443 | Settled or withdrawn on 3/1/2007 |

WINN-DIXIE STORES, INC.
EXHIBIT A

| Name of Claimant | Docket No. of Motion | Reason for Disallowance |
|---|---|---|
| Creditor Id: A511214246-0001-01<br>Irene Kalmuk<br>c/o Richard Perlini, Esq.<br>Perlini & Herbert, P.A.<br>110 Southeast 6th Street, Suite 1920<br>Fort Lauderdale, FL 33301 | 13727 | Settled or withdrawn on 2/16/2007 |
| Creditor Id: A511202255-0001-01<br>Norma Kidd<br>c/o Seth Lehrman, Esq.<br>Lehrman & Lehrman, PA<br>1801 North Pine Island Road, Suite 103<br>Plantation, FL 33322 | 13800 | Settled or withdrawn on 1/17/2007 |
| Creditor Id: A611203182-0001-01<br>Deborah Littles<br>2913 West 10th Street<br>Jacksonville, FL 32254 | 13322 | Settled or withdrawn on 3/8/2007 |
| Creditor Id: A511208574-0001-01<br>Vera Michner McCray<br>Brian M. Flaherty, Esq.<br>c/o Farah & Farah, P.A.<br>10 West Adams Street, Third Floor<br>Jacksonville, FL 32202 | 13509 | Settled or withdrawn on 1/2/2007 |
| Creditor Id: A611204334-0001-01<br>Monekki Merkson<br>c/o Jesse A Lieberman P.A.<br>Law offices of Jesse A Lieberman<br>1761 West Hillsboro Blvd., Suite 330<br>Deerfield Beach, FL 33442 | 13605 | Settled or withdrawn on 2/23/2007 |
| Creditor Id: A511209211-0001-01<br>Constance E. St. Julien-Mims<br>5361 Moffett Rd.<br>Mobile, AL 36618 | 13376 | Settled or withdrawn on 2/22/2007 |
| Creditor Id: A611202395-0001-01<br>Lavetta Moody<br>c/o Bradley R. Markey<br>Stutsman Thames & Markey, P.A.<br>50 North Laura Street, Suite 1600<br>Jacksonville, FL 32202 | 13416 | Settled or withdrawn on 2/26/2007 |
| Creditor Id: A611206385-0001-01<br>Chantay Palmer<br>c/o Michael B. Morsillo, Esq<br>345 East Commercial Blvd.<br>Fort Lauderdale, FL 33334 | 14480 | Settled or withdrawn on 3/2/2007 |

WINN-DIXIE STORES, INC.
EXHIBIT A

| Name of Claimant | Docket No. of Motion | Reason for Disallowance |
|---|---|---|
| Creditor Id: A611204905-0001-01<br>Soraida Perez<br>c/o Matthew M. Donaldson, Esq.<br>Kennedy Law Group<br>5001 West Kennedy Blvd., Suite 100<br>Tampa, FL 33609 | 13260 | Settled or withdrawn on 2/2/2007 |
| Creditor Id: A511204312-0001-01<br>Adriene Perry<br>c/o Dennis LeVine, Esw.<br>Dennes LeVine & Associates, P.A.<br>Post Office Box 707<br>Tampa, FL 33601-0707<br><br>*Only as it relates to the claim of Adirene Perry. | 9234* | Settled or withdrawn on 11/29/2006 |
| Creditor Id: A511208809-0001-01<br>Marie Pierre<br>c/o Laurence Zieper, Esq.<br>Laurence Edward Zieper, P. A.<br>1506 Northeast 126nd Street<br>North Miami, FL 33162 | 13668 | Settled or withdrawn on 2/2/2007 |
| Creditor Id: A611201607-0001-01<br>Benedict Propri and Jackie Propri<br>c/o Jason Chalik, Esq.<br>Rosen & Chalik, P. A.<br>10063 NW 1st Court<br>Plantation, FL 33324 | 14129 | Settled or withdrawn on 2/21/2007 |
| Creditor Id: A511204964-0001-01<br>Regina Reliford<br>c/o Eyal Berger, Esq.<br>Kluger, Peretz, Kaplan & Berlin, P.L.<br>201 So. Biscyne Blvd., Suite 1700<br>Miami, FL 33131 | 13308 | Settled or withdrawn on 12/4/2006 |
| Creditor Id: A511209155-0001-01<br>Angela Rhodes<br>c/o Bradley R. Markey<br>Stutsman Thames & Markey, P.A.<br>50 North Laura Street, Suite 1600<br>Jacksonville, FL 32202 | 13912 | Settled or withdrawn on 1/19/2007 |
| Creditor Id: A611202110-0001-01<br>Emma Robinson<br>c/o Matthew M. Donaldson, Esq.<br>Kennedy Law Group<br>5001 West Kennedy Blvd., Suite 100<br>Tampa, FL 33609 | 13262 | Settled or withdrawn on 2/8/2007 |

WINN-DIXIE STORES, INC.
EXHIBIT A

| Name of Claimant | Docket No. of Motion | Reason for Disallowance |
|---|---|---|
| Creditor Id: A611201481-0001-01<br>Sobeyda Rodriguez<br>c/o Eyal Berger, Esq.<br>Kluger, Peretz, Kaplan & Berlin, P.L.<br>201 So. Biscyne Blvd., Suite 1700<br>Miami, FL 33131 | 13309 | Settled or withdrawn on 12/12/2006 |
| Creditor Id: A611203732-0001-01<br>Nery Rojas<br>c/o Alan Telisman Esq<br>Gross & Telisman, PA<br>12805 Southwest 84th Avenue<br>Maimi, FL 33156 | 13906 | Settled or withdrawn on 2/22/2007 |
| Creditor Id: A611204676-0001-01<br>Gladys Rondon<br>c/o Mario Profeta. Esq.<br>Tacher & Profeta. P.A.<br>479 Northwest 27th Avenue<br>Maimi, FL 33125 | 14523 | Settled or withdrawn on 2/5/2007 |
| Creditor Id: A611202559-0001-01<br>Donna Sherman<br>c/o Jay Kanter, Esq.<br>Dell & Schaefer Chartered<br>2404 Hollywood Blvd.<br>Hollywood, FL 33020 | 14409 | Settled or withdrawn on 3/2/2007 |
| Creditor Id: A611208165-0001-01<br>Adolfo Shuetz<br>c/o Terry M. Rosenblum, Esq.<br>3900 Hollywood Blvd.<br>Hollywood, FL 33201 | 14197 | Settled or withdrawn on 3/2/2007 |
| Creditor Id: A51121497-0001-01<br>Kim Simpson, on behalf of Kiah Simpson, a minor<br>c/o Bradley R. Markey<br>Stutsman Thames & Markey, P.A.<br>50 North Laura Street, Suite 1600<br>Jacksonville, FL 32202 | 13924 | Settled or withdrawn on 1/30/2007 |
| Creditor Id: A611207388-0001-01<br>Benny Stone<br>23 Tower Manor Cir. West<br>Auburndale, FL 33823 | 14095 | Settled or withdrawn on 3/1/2007 |
| Creditor Id: A611204445-0001-01<br>Wanda Torres<br>c/o Dennis L. Schaefer, Esq.<br>Dell & Schaefer Chartered<br>2404 Hollywood Blvd.<br>Hollywood, FL 33020 | 14180 | Settled or withdrawn on 2/13/2007 |

WINN-DIXIE STORES, INC.
EXHIBIT A

| Name of Claimant | Docket No. of Motion | Reason for Disallowance |
|---|---|---|
| Creditor Id: A511210196-0001-01<br>Loretta Walker<br>c/o Gary J. Drucker, Esq.<br>Ameen & Drucker, P.A.<br>3111 University Drive, Suite 901<br>Coral Springs, FL 33065 | 13478 | Settled or withdrawn on 2/14/2007 |
| Creditor Id: A611202553-0001-01<br>Michelle Wiley<br>c/o Michael O'Donnell, Esq.<br>Findler & Findler, P.A.<br>3 Harvard Circle<br>West Palm Beach, FL 33409 | 13560 | Settled or withdrawn on 3/2/2007 |
| Creditor Id: A511213850-0001-01<br>Tatrisha Williams<br>c/o Chad Muney, Esq.<br>Law Office of Chad Muney, P.A.<br>333 Northwest 70th Avenue, Suite 103<br>Plantation, FL 33317 | 13383 | Settled or withdrawn on 1/24/2007 |
| Creditor Id: A611207145-0001-01<br>Carol Wilton<br>c/o Phyliss C. Coci, Esq.<br>3422 Cleary Ave., Suite E<br>Metairie, LA 70002 | 14477 | Settled or withdrawn on 2/12/2007 |
| Creditor Id: A511211276-0001-01<br>Sandra Woods<br>c/o Brian M. Flaherty, Esq.<br>Farah & Farah, P.A.<br>10 West Adams Street, Third Floor<br>Jacksonville, FL 32202 | 13584 | Settled or withdrawn on 10/12/2006 |
| Creditor Id: A511215418-0001-01<br>Willie Wright<br>c/o Eliot M Bader Esq<br>Bader, Stillman & Adler, P.A.<br>6100 West Atlantic Blvd.<br>Margate, FL 33063 | 13966 | Settled or withdrawn on 2/28/2007 |

00561869