

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
May 17, 2007
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Objection to the Administrative Claim filed by Gina Penner Moore (Docket No. 14332) and Alternative Motion to Strike (Docket No. 15952) filed by Debtors

Response filed by Gina Penner Moore (16261)

APPEARANCES:
US TRUSTEE:                    ELENA ESCAMILLA
UNSEC. CRED:                   JOHN B. MACDONALD/PATRICK PATANGAN
                               MATTHEW S. BARR
GINA PENNER MOORE:             PRO SE

RULING: Sustained and Motion Granted
Ord/Signed