UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

ORDER ON OBJECTION TO THE ADMINISTRATIVE
CLAIM FILED BY GINA PENNER MOORE
AND ALTERNATIVE MOTION TO STRIKE

This matter came before the Court for hearing on May 17, 2007, upon the Objection to the Administrative Claim Filed by Gina Penner Moore and Alternative Motion to Strike (the "Objection") (Docket No. 15952) filed by Winn-Dixie Stores, Inc, on behalf of itself and its reorganized subsidiaries and affiliates (collectively the "Debtors"). Upon consideration, it is

ORDERED AND ADJUDGED:

1. The Objection is sustained.

2. The administrative claim filed by Gina Penner Moore (Docket No. 14332) is disallowed.

3. This Order is without prejudice to the rights, claims or defenses which the parties have with respect to the Debtors' pending objections to the prepetition proofs of claim filed by Gina Penner Moore (Claim Nos. 6716, 6790, 6791 and 6792).

Dated this 17 day of May, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

00566404