

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
May 17, 2007
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Page 1 of 2

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Omnibus Objection to Improperly Filed Proofs of Claim filed by Debtors (15948)

Response filed by Catherine Watson (16091)

Response filed by Valeria Jones (16118)

Response filed by Marie McNear (16119)

Response filed by Janett Reeves (16173)

Response filed by Josephine Clark (16233)

Response filed by Jeannine Bates (16260)

APPEARANCES CONTINUED ON PAGE 2



**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
May 17, 2007
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.    Page 2 of 2

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

APPEARANCES:
US TRUSTEE: ELENA ESCAMILLA
UNSEC. CRED: JOHN B. MACDONALD/PATRICK PATANGAN
MATTHEW S. BARR
CATHERINE WATSON: DANIEL STEWART
VALERIA JONES: AARON LUCK
MARIE MCNEAR: JAMES BODIN
JANETT REEVES: DAN GOLDBERG / Markle - P / Patrick Ray
JOSEPHINE CLARK: CLIVE N. MORGAN P
JEANNINE BATES: PRO SE

RULING: Sustained w/o prej; for admin. claims to be filed
Ord/Signed