UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re: ) Case No. 05-03817-3F1

WINN-DIXIE STORES, INC., *et al.*, ) Chapter 11

Reorganized Debtors. ) Jointly Administered

## ORDER ON DEBTORS' OMNIBUS OBJECTION TO IMPROPERLY FILED PROOFS OF CLAIM

This matter came before the Court for hearing on May 17, 2007, upon the Debtors' Omnibus Objection to Improperly Filed Proofs of Claim (the "Objection") (Docket No. 15946) filed by Winn-Dixie Stores, Inc, on behalf of itself and its reorganized subsidiaries and affiliates (collectively the "Debtors") to the proofs of claim identified on Exhibit A to the Objection. The court finding that a motion or application for allowance of an administrative expense claim, not the filing of a proof of claim, is the only proper vehicle to assert an administrative claim, it is

ORDERED AND ADJUDGED:

1. The Objection is sustained.

2. The claims identified on Exhibit A are disallowed.

3. This Order is without prejudice to the rights, claims or defenses which the Debtors or the claimants have or may have with respect to any timely or untimely applications for administrative expense claims or any motions related to such applications.

4. The Objection gives rise to a separate contested matter as to each claim identified on Exhibit A, as contemplated by Rule 9014, Federal Rules of Bankruptcy

Procedure. This Order is deemed to be a separate Order with respect to each such claim. Any stay of this Order pending appeal by any claimant whose claim is subject to this Order shall only apply to the contested matter involving such claim and shall not act to stay the applicability or finality of this Order with respect to the other contested matters subject to this Order.

5. This Order is without prejudice to the Reorganized Debtors' right to object to any of the claims on any further or separate grounds.

Dated this 17 day of May, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

00563895

WINN-DIXIE STORES, INC., ET AL.
EXHIBIT A

Page: 1 of 1
Date: 04/09/2007

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| BATES, JEANNINE TROIONI | 13810<br>Debtor: **WINN-DIXIE STORES, INC.** | Unliquidated | IMPROPERLY FILED CLAIMS |
| CLARK, JOSEPHINE | 13798<br>Debtor: **WINN-DIXIE STORES, INC.** | $50,000.00 | IMPROPERLY FILED CLAIMS |
| CRIST, CARMIE | 13801<br>Debtor: **WINN-DIXIE STORES, INC.** | Unliquidated | IMPROPERLY FILED CLAIMS |
| HINES, ANGELA | 13811<br>Debtor: **WINN-DIXIE STORES, INC.** | $250,000.00 | IMPROPERLY FILED CLAIMS |
| JONES, VALERIA | 13804<br>Debtor: **WINN-DIXIE STORES, INC.** | $100,000.00 | IMPROPERLY FILED CLAIMS |
| MCNEAR, MARIE | 13803<br>Debtor: **WINN-DIXIE STORES, INC.** | $100,000.00 | IMPROPERLY FILED CLAIMS |
| REEVES, JANETT | 13806<br>Debtor: **WINN-DIXIE STORES, INC.** | $100,000.00 | IMPROPERLY FILED CLAIMS |
| TARVER BLOND, KATHY | 13812<br>Debtor: **WINN-DIXIE STORES, INC.** | Unliquidated | IMPROPERLY FILED CLAIMS |
| TORRES, JOSE A III | 13809<br>Debtor: **WINN-DIXIE STORES, INC.** | $150,000.00 | IMPROPERLY FILED CLAIMS |
| WATSON, CATHERINE | 13789<br>Debtor: **WINN-DIXIE STORES, INC.** | Unliquidated | IMPROPERLY FILED CLAIMS |
| Total Claims to be Disallowed: | 10 | | |
| Total Amount to be Disallowed: | $750,000.00 | Plus Unliquidated Amounts, If Any | |