UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| _____ ) | |

AGREED ORDER RESOLVING CURE OBJECTION FILED BY
AEI NET LEASE INCOME & GROWTH FUND XIX LIMITED PARTNERSHIP,
AEI INCOME & GROWTH FUND XXI LIMITED PARTNERSHIP, AND AEI
MANAGEMENT SERVICES, INC. ON BEHALF OF L. WAYNE BATMALE AND
THERESE BATMALE AS TRUSTEES OF THE L. WAYNE AND THERESE
BATMALE REVOCABLE LIVING TRUST, ANN L. FREUNDSCHUCH, ROBERT
F. HAJICEK AND LILLIAN E. HAJICEK, JOHN R. MARKS AND MARY JO
MARKS AND PAULINE G. WORBY (STORE NO. 481)

This cause came before the Court on the Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief filed by Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Reorganized Debtors") (Docket No. 8941) and the Objection to Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts and (III) Grant Related Relief filed by AEI Net Lease Income & Growth Fund XIX Limited Partnership, AEI Income & Growth Fund XXI Limited Partnership, and AEI Management Services, Inc. on behalf of L. Wayne Batmale and Therese Batmale as Trustees of the L. Wayne and Therese Batmale Revocable Living Trust, Ann L. Freundschuch, Robert F. Hajicek and Lillian E. Hajicek, John R. Marks and Mary Jo Marks and Pauline G. Worby (collectively, "AEI") (Docket No. 9683) with

respect to Store No. 481 (the "Cure Objection"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objection is overruled.

2. Proof of claim number 9590 filed by AEI is allowed as an administrative claim in the amount of $16,032.00, which the Reorganized Debtors have paid in full.

3. This Agreed Order resolves all liabilities and obligations related to all proofs of claim and administrative expense claims pertaining to Store No. 481 filed by AEI in these Chapter 11 cases, all of which are forever waived, discharged and released.

4. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this _17_ day of May, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00555814

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SCHUYLER STEWART SMITH | SMITH HULSEY & BUSEY |
| By  *s/ Wayne M. Singletary**  <br>    Wayne M. Singletary, F.B.N. 144109 | By  *s/ Cynthia C. Jackson*  <br>    Cynthia C. Jackson, F.B.N. 498882 |
| 118 West Adams Street, #800<br>Jacksonville, Florida 32202<br>(904) 353-5884<br>(904) 353-5994 (facsimile)<br>bankruptcy@schuylaw.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for AEI | Co-Counsel for Reorganized Debtors |

*Counsel has authorized his electronic signature.

00555814