UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Reorganized Debtors. | Jointly Administered |

AGREED ORDER RESOLVING CURE OBJECTION
FILED BY EQUITY ONE DELTA, INC. (STORE NO. 249)

This cause came before the Court on the Limited Objection to Cure Amounts Proposed in Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts and (III) Grant Related Relief filed by Equity One, Inc., Equity One Alpha Corp., Equity One Monument, Inc., Equity One Commonwealth, Inc., Equity One Delta, Inc. ("Equity One Delta"), Equity One Lantana, Inc., Equity One West Lake, Inc., Salerno Village Shopping Center, LLC, Equity One Point Royale, Inc., UIRT – Skipper Palms, LLC, Equity One Summerlin, Inc., Equity One Louisiana Portfolio, LLC, and IRT Partners, LP (Docket No. 9694) with respect to Store Nos. 51, 54, 249, 271, 361, 364, 365, 371, 572, 627, 717, 1353, 2383 and 2601 (former Store No. 64) (the "Cure Objection"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objection is overruled as to Store No. 249.[1]

---

[1] This Order only resolves the Cure Objection as to Store No. 249 and proof of claim number 10934 filed by Equity One Delta, Inc. (the landlord for Store No. 249). This Order does not resolve the Cure Objection or proofs of claim filed by Equity One, Inc., Equity One Alpha Corp., Equity One Monument, Inc., Equity One

2. Proof of Claim number 10934 filed by Equity One Delta is allowed as an administrative claim in the amount of $41,956.74, $39,877.63 of which Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Reorganized Debtors") have paid.

3. Within fourteen (14) business days of entry of this Agreed Order, the Reorganized Debtors will pay Equity One Delta $2,079.11 in full satisfaction of any right to cure that Equity One Delta has or may have under 11 U.S.C. § 365 or otherwise with respect to Store No. 249.

4. This Agreed Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims pertaining to Store No. 249 filed by Equity One Delta in these Chapter 11 cases and (ii) all other pre-petition or pre-effective date claims pertaining to Store No. 249 that Equity One Delta has or may have against the Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

5. Post-effective date liabilities and obligations will be handled by the parties in accordance with the applicable lease terms and ordinary course practices.

---

Commonwealth, Inc., Equity One Lantana, Inc., Equity One West Lake, Inc., Salerno Village Shopping Center, LLC, Equity One Point Royale, Inc., UIRT – Skipper Palms, LLC, Equity One Summerlin, Inc., Equity One Louisiana Portfolio, LLC, and IRT Partners, LP (the landlords for Store Nos. 51, 54, 271, 361, 364, 365, 371, 572, 627, 717, 1353, 2383 and 2601 (former Store No. 64)).

6. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 18 day of May, 2007, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00565422

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| **GREENBERG TRAURIG, P.A.** | **SMITH HULSEY & BUSEY** |
| By_____s/ Mark D. Bloom*_____<br>Mark D. Bloom, F.B.N. 303836 | By_____s/ Cynthia C. Jackson_____<br>Cynthia C. Jackson, F.B.N. 498882 |
| 1221 Brickell Avenue<br>Miami, Florida 33131<br>(305) 579-0500<br>(305) 579-0717 (facsimile)<br>bloomm@gtlaw.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Counsel for Equity One Delta, Inc. | Co-Counsel for Reorganized Debtors |

*Counsel has authorized his electronic signature.

00565422