UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| _____) | |

**AGREED ORDER RESOLVING CLAIM NUMBER 6217
FILED BY PINE PLAZA OF SUNRISE, INC (STORE NO. 377)**

This cause originally came before the Court for hearing upon the Fifteenth Omnibus Objection to (A) No Liability Claims, (B) Overstated Claims and (C) Overstated Misclassified Claims (the "Objection") (Docket No. 9494) filed by Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Reorganized Debtors"). The Reorganized Debtors agreed to continue the Objection with respect to claim no. 6217 filed by Pine Plaza of Sunrise, Inc. ("Pine Plaza"). On August 24, 2006, the Court entered an order (Docket No. 10544) sustaining the Objection as to the proofs of claim listed on the exhibits to the order and continuing the hearing on the Objection as to claim no. 6217 and other unsecured claims. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim number 6217 filed by Pine Plaza with respect to Store No. 377 is allowed as an administrative priority claim in the amount of $11,663.77, which the Reorganized Debtors have paid in full.

2. This Agreed Order resolves all liabilities and obligations related to (i) all

proofs of claim and administrative expense claims filed by Pine Plaza in these Chapter 11 cases and (ii) all other pre-petition or pre-effective date claims Pine Plaza has or may have against the Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

3. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this _18_ day of May, 2007, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| LAW OFFICE OF JEFFREY SOLOMON | SMITH HULSEY & BUSEY |
| By   *s/ Jeffrey Solomon\** <br> Jeffrey Solomon | By   *s/ Cynthia C. Jackson* <br> Cynthia C. Jackson, F.B.N. 498882 |
| 3864 Sheridan Street <br> Hollywood, Florida 33021 <br> (954) 967-9800 <br> (954) 963-2227 (facsimile) <br> solomonjeffrey@hotmail.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Counsel for Pine Plaza of Sunrise, Inc. | Co-Counsel for Reorganized Debtors |

*Counsel has authorized his electronic signature.

00565374