

### Sedgwick

**Sedgwick Claims Management Services Inc**
P.O. Box 24787, Jacksonville, FL 32241-4787
Telephone (888)784-3470 Facsimile (904)419-5365

June 29, 2006

Randolph H. Strauss, Esq.
4301 Northeast 1st Terrace Suite 1
Fort Lauderdale FL 33334-3113

RE:  Claimant:     Denise Sydnor
     Date of Injury: 04/22/2006
     Location:      Winn Dixie # 337
                    4201 N.W. 88Th Avenue
                    Sunrise, FL 33321
     Division:      Miami
     Claim Number: A611203507-0001-01

Dear Sir or Madam:

Sedgwick Claims Management Services, Inc., is the third-party administrator for Winn-Dixie Stores, Inc. Winn-Dixie Stores, Inc. is self-insured for Liability with a $2,000,000.00 retention. There is no medical payments coverage.

I am the examiner handling this claim. Please provide a status as to Denise Sydnor's treatment and medical progress with medical records and bills to date. I will need your client to complete the enclosed Medical and/or Wage Authorization form and return it to me. Winn Dixie requires that I obtain your client's recorded statement before we make any decisions determining liability. Please contact the undersigned to arrange a convenient date and time to secure this information. If your client has already provided us with a recorded statement please disregard. Should you fail to provide this information our liability decisions will be based solely upon the limited information available to us.

Thank you for your assistance and prompt attention to this matter. If you have any questions feel free to contact me directly at (904)419-5337.

Sincerely,

Katelyn Brim
Claims Examiner II

Encl.

Obtaining the medical & wage information is for the purpose of evaluating your claim and does not assume liability on Winn-Dixie or Sedgwick Claims Management Services, Inc. to pay or reimburse any expenses incurred as a result of this incident.

(Esta carta es en referencia al incidente que ocurio en Winn-Dixie. Por favor ponga un

Exhibit "B"

## AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION

Claim #: A611203507-0001-01

This is to authorize any physician, hospital, medical attendant or others to furnish Sedgwick Claims Management Services, Inc., any and all information or opinions which they may request regarding the physical and/or psychological condition of Denise Sydnor, and treatment rendered therefore, and to allow them to see or copy any x-rays or records which you may have regarding the treatment of Denise Sydnor.

NAME (print)   Denise Sydnor

SOCIAL SECURITY # _____ D/O/B _____

SIGNATURE _____

ADDRESS _____

CITY, STATE, ZIP _____

DATE _____

---

## AUTHORIZATION FOR RELEASE OF WAGE & SALARY INFORMATION

This authorization or a photocopy thereof will authorize you to furnish all information you may have regarding my wages and salary while employed by you. Please release this information to a representative of Sedgwick Claims Management Services, Inc.

NAME (print)   Denise Sydnor                    DATE _____

SIGNATURE _____

SOCIAL SECURITY # _____ D/O/B _____

EMPLOYER NAME _____

EMPLOYER ADDRESS _____

CITY, STATE, ZIP _____

EMPLOYER TELEPHONE _____

Obtaining the medical & wage information is for the purpose of evaluating your claim and does not assume liability on Winn-Dixie or Sedgwick to pay or reimburse any expenses incurred as a result of this incident.

(Esta carta es en referencia al incidente que ocurio en Winn-Dixie. Por favor ponga un interprete en contacto con migo.)

## LIST OF ALL PROVIDERS/DOCTORS/HOSPITALS/ETC. WHO HAVE PROVIDED ANY TREATMENT OR SERVICE

PERSON TREATED: Denise Sydnor

DATE OF INCIDENT 04/22/2006     CLAIM # A611203507-0001-01

NAME:

ADDRESS:

CITY, STATE, ZIP:

PHONE:


NAME:

ADDRESS:

CITY, STATE, ZIP:

PHONE:


NAME:

ADDRESS:

CITY, STATE, ZIP:

PHONE:


NAME:

ADDRESS:

CITY, STATE, ZIP:

PHONE:


NAME:

ADDRESS:

CITY, STATE, ZIP:

PHONE:

## AUTHORIZATION FOR RELEASE OF INFORMATION

I authorize the use or disclosure of my individually identifiable health information, as described below, for purposes of administering my claim or request for reasonable accommodation. I understand that the information I authorize to be used or disclosed possibly may be redisclosed in accordance with the terms of this Authorization by the recipient and may no longer be protected by federal privacy regulations.

1. **What Information is covered by this Authorization.** This authorization applies to all medical, psychological, and/or psychiatric information, records and reports, including information regarding pre-existing conditions (a) that are in existence while this authorization is valid (see Item 3) and (b) that are related to the following, Please check all that apply:

   ☐ my request for reasonable accommodation;
   ☐ my workers' compensation claim;
   ☐ my claim for disability benefits;
   ☐ my claim for bodily injury;
   ☐ my claim for personal injury; or
   ☐ my claim for dental benefits.

   My claim or request for reasonable accommodation involves the following condition: _____

   Information to be disclosed may include, but is not limited to, medical history, chart notes, prescriptions, diagnostic test results, x-ray reports, and records received from other health providers. If directly related to my claimed condition, this information may include the following, Please check yes or no and initial:

   | | | | |
   |---|---|---|---|
   | HIV test results, HIV or AIDS information. | YES ☐ | NO ☐ | Initial here _____ |
   | Psychiatric information. | YES ☐ | NO ☐ | Initial here _____ |
   | Information related to drug or alcohol abuse. | YES ☐ | NO ☐ | Initial here _____ |

2. **Who is covered by this Authorization.**

   A. Any person or facility that attends, treats or examines me, including but not limited to _____
   _____ (specific name, if needed) is to make this information available to Sedgwick Claims Management Services, Inc. ("Sedgwick CMS") or its representative; and

   B. When relevant to my claim, Sedgwick CMS may re-disclose (without further authorization) this information to any of the following, (a) Any person or facility that attends, treats or examines me; (b) Any person or facility that impacts determination of my claim or that coordinates my benefits, including without limitation the employer to the extent permitted by state or federal law; or (c) The Social Security Administration or a social security or vocational rehabilitation vendor. **The name of persons, facilities or parties to which HIV information will be provided must be specifically listed:** _____

3. **How Long this Authorization is Valid.** This authorization is valid during the pendency of my claim, unless a different period is required under state law.

4. **Revocation of this Authorization.** Unless otherwise provided by state law, I understand that I may revoke this authorization at any time by notifying, in writing, Sedgwick Claims Management Services, Inc. at P.O. Box 24787 Jacksonville, FL 32241-4787. I also understand that the revocation will not have any effect on any actions taken before they received the revocation.

5. **Refusal To Sign.** This Authorization is necessary for the processing of my claim or request for reasonable accommodation. Failure to sign this Authorization may impair or impede the processing of my claim or request for reasonable accommodation. I understand my treatment provider will not condition treatment, payment, enrollment or eligibility on the refusal to sign this authorization.

I understand that I have the right to request and receive a copy of this authorization. I understand that I have the right to inspect the disclosed information at any time. A photocopy of this authorization shall be valid and is to be accepted with the same effect as the original.

| Denise Sydnor | | Date |
|---|---|---|
| Name of Patient | Signature of Patient or Patient's Representative* | |
| | Unknown Unknown Unknown | |
| Patient's Social Security Number | Patient's Address | First Day Absent |
| *Please complete if signed by the patient's representative: | Printed name of Patient's Representative | Relationship to Patient |

©Sedgwick Claims Management Services, Inc.