

**RANDOLPH H. STRAUSS, P.A.**
*Attorney At Law*

4301 Northeast 1st Terrace, Suite 1
Fort Lauderdale, FL 33334-3133

Office: (954) 566-5297
Fax: (954) 563-1559
Toll Free: 1-866-FLA-LAWS

May 19, 2006

VIA Fax 904 419 5365
and US Mail
Att: Katelyn Brim
Sedgwick CMS for Winn Dixie Stores
P.O. Box 24787
Jacksonville Fl 32241

Re:   Claimant:      Denise Sydnor
      D/O/L:         4/22/06
      Our File No.:  061 2028
      Location:      Winn Dixie #377
                     Pine Plaza, 4201 NW 88th Ave
                     Sunrise Fl 33321

Dear Ms. Brim:

Our office represents Mrs. Sydnor with regards to the above incident. Mrs. Sydnor received serious injuries to her right elbow when she slipped in pounding water outside the above store. Our investigation indicates that the water came from a leaking faucet on the outside wall of the Winn Dixie store. The large amount of water indicated that longevity of the leak and the condition of the faucet mechanism.

The injuries required immediate hospitalization involving surgery to repair her right elbow, more specifically the transverse fracture through the olecranon process of the proximal ulna. Mrs. Sydnor is currently undergoing follow up care with her physicians.

If you were insured for this incident, Florida Statute 627.4137 requires that upon the receipt of this correspondence, you provide the name and coverage of each insurance company providing insurance for this claim to the undersigned. You shall also advise said insurance company of the contents of this request. If you were self insured, please advise.

Respectfully,
Randolph H. Strauss, P.A.

Randolph H. Strauss, Esq
For the firm

RHS/sg
cc: Denise Sydnor

**Exhibit "E"**