LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER
225 WATER STREET
POST OFFICE BOX 53315
JACKSONVILLE, FLORIDA 32201-3315

CHARLES A. BEARD
JAMES A. BOLLING
BEAU BOWIN
DAVID D. BURNS
STEPHEN D. BUSEY
CHARMAINE T. M. CHIU
ERIC W. ENSMINGER
J. RICE FERRELLE, JR.
EARL E. GOOGE, JR.
MICHAEL H. HARMON
JEANNE E. HELTON
DAVID J. HULL
CYNTHIA C. JACKSON
SCOTT R. KALIL
CHARLES H. KELLER
G. PRESTON KEYES
RICHARD E. KLEIN
WILLIAM E. KUNTZ
LAUREN PARSONS LANGHAM
M. RICHARD LEWIS, JR.

JOHN F. MacLENNAN
RAYMOND R. MAGLEY
E. OWEN McCULLER, JR.
ERIC N. McKAY
MATTHEW P. McLAUCHLIN
BERT J. MILLIS
STEPHEN D. MOORE, JR.
RAYMOND M. O'STEEN, JR.
JAMES H. POST
LEANNE McKNIGHT PRENDERGAST
BRYAN L. PUTNAL
E. LANNY RUSSELL
ELIZABETH M. SCHULE
JOEL SETTEMBRINI, JR.
TIM E. SLEETH
JOHN R. SMITH, JR.
LEE D. WEDEKIND, III
HARRY M. WILSON, III
ALLAN E. WULBERN

LLOYD SMITH
(1915-1987)

MARK HULSEY
JOHN E. THRASHER
OF COUNSEL

TELEPHONE
904-359-7700

FACSIMILE
904-359-7708
904-353-9908

May 1, 2007

Randolph H. Strauss, Esq.
4301 Northeast 1st Terrace, Suite 1
Fort Lauderdale, FL  33334-3113

Re:   In re Winn-Dixie Stores, Inc., et al., Debtors; United States Bankruptcy Court, Middle District of Florida, Jacksonville Division; Case No. 05-03817-3F1, Chapter 11, Jointly Administered

Denise Sydnor v. Winn-Dixie Stores, Inc., in the Seventeenth Judicial Circuit Court in and for Broward County, Florida, Case No. 705947

Dear Mr. Strauss:

We are in receipt of your letter dated April 23, 2007.

In response to your questions/concerns, please be advised that on or about December 6, 2006, our Claims and Noticing Agent, Logan & Company, Inc., served notice of the Administrative Claim Bar Date upon your client, care of your firm. Enclosed is a copy of page 255 of the certificate of service list which evidences service of the notice on your client. Further, Logan & Company has confirmed that the notice was not returned undeliverable.

Please also be advised, as stated in my April 13, 2007 letter, any actions taken by you or your client in prosecution of the referenced state court action will constitute a violation of the permanent injunction.

Sincerely,

David L. Gay

Enclosure
By facsimile and mail
(954) 563-1559
c:  Gregory A. Victor, Esq.
DLG/mam/00565266

Exhibit "F"

Case 3:05-bk-03817-JAF    Doc 16469-6    Filed 05/21/07    Page 2 of 2
Case 3:05-bk-03817-JAF    Document 13200    Filed 12/18/2006    Page 255 of 423
Page 1254 of 1422

SERVICE LIST
Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing claims Arising before Effective Date and Other Administrative Claims

DEBTOR: WINN-DIXIE STORES, INC., ET AL.

CASE: 05-03817-3F1

CREDITOR ID: 539676-BI
SWIFT INDUSTRIAL POWER INC
10917 MCBRIDE LN
KNOXVILLE TN 37932

CREDITOR ID: 408176-15
SWIFT TRANSPORTATION
ATTN ROBERT LITTRELL, CREDIT MGR
PO BOX 29243
PHOENIX AZ 85038

CREDITOR ID: 539677-BI
SWIFT TRANSPORTATION CO INC
PO BOX 643116
CINCINNATI OH 45264-3116

CREDITOR ID: 262347-12
SWIFT TRANSPORTATION CO INC
ATTN TRACY COE, CREDIT
PO BOX 643116
CINCINNATI, OH 45264-3116

CREDITOR ID: 557389-BC
SWIFT, ANGELINA
510 MARTIN DR
NEW ROADS LA 70760

CREDITOR ID: 557390-BC
SWIFT, STEWART
612 E VERBENA AVE
FOLEY AL 36535

CREDITOR ID: 537246-BA
SWINDELL, MARIAN
P.O. BOX 4837
MERIDIAN MS 39305

CREDITOR ID: 538827-BA
SWINDELL, MARIAN
C/O RON D. THRASHER
RON D. THRASHER
2801 QUEENSTOWN RD, STE. 101
BIRMINGHAM AL 35173-2083

CREDITOR ID: 539679-BI
SWING-A-WAY
PO BOX 18015B
SAINT LOUIS MO 63180-0001

CREDITOR ID: 539678-BI
SWING-A-WAY
1818 PAYSPHERE CIRCLE
CHICAGO IL 60674-1818

CREDITOR ID: 557391-BC
SWINK, BONNIE
500 GLENNADDIE AVE
APT S4
ANNISTON AL 36201

CREDITOR ID: 537247-BA
SWINTON, DEBORAH
839 E. WOOD DRIVE
ROCK HILL SC 29730

CREDITOR ID: 538828-BA
SWINTON, DEBORAH
C/O MICHAEL E. ATWATER
ATWATER AND DAVIS, LLC
1470 EBENEZER RD
ROCK HILL SC 29732

CREDITOR ID: 537248-BA
SWINTON, KRISTA
2630 OTRANTO RD., APT. E11
CHARLESTON SC 29406

CREDITOR ID: 539681-BI
SWISHER HYGIENE
PO BOX 853972
ORLANDO FL 32885-3972

CREDITOR ID: 539680-BI
SWISHER HYGIENE
PO BOX 473526
CHARLOTTE NC 28247-3526

CREDITOR ID: 539683-BI
SWISHER INTERNATIONAL INC
PO BOX 88858
CHICAGO IL 60695-1858

CREDITOR ID: 539682-BI
SWISHER INTERNATIONAL INC
PO BOX 932421
ATLANTA GA 30353-2421

CREDITOR ID: 384381-47
SWISHER INTERNATIONAL INC
ATTN KEVIN WOLFE, CREDIT MGR
459 EAST 16TH STREET
JACKSONVILLE FL 32206

CREDITOR ID: 533578-DT
SWISS AMERICAN SECURITIES
ATTN: GLENN PIZER
12 EAST 49TH STREET
41ST FLOOR
NEW YORK NY 10017

CREDITOR ID: 410917-15
SWISS RE ASSET MGMT (AMERICAS) INC
C/O DUANE MORRIS LLP
ATTN MARGERY N REED, ESQ
30 SOUTH 17TH STREET
PHILADELPHIA PA 19103 4196

CREDITOR ID: 410916-15
SWISS RE ASSET MGMT (AMERICAS) INC
C/O DUANE MORRIS LLP
ATTN MARGERY N REED, ESQ
30 SOUTH 17TH STREET
PHILADELPHIA PA 19103 4196

CREDITOR ID: 410917-15
SWISS RE ASSET MGMT (AMERICAS) INC
BY CAPMARK SERVICES, INC, AGENT
C/O GMAC COMMERCIAL MORTGAGE CORP
ATTN SUSAN C TARNOWER
THREE RAVINIA DRIVE, STE 200
ATLANTA GA 30346

CREDITOR ID: 410916-15
SWISS RE ASSET MGMT (AMERICAS) INC
BY CAPMARK SERVICES, INC, AGENT
C/O GMAC COMMERCIAL MORTGAGE CORP
ATTN SUSAN C TARNOWER
THREE RAVINIA DRIVE, STE 200
ATLANTA GA 30346

CREDITOR ID: 1913-RJ
SWISS RE INVESTORS INC
C/O LAUREATE CAPITAL CORP
PO BOX 890090
CHARLOTTE, NC 28289-0090

CREDITOR ID: 382950-51
SXC HEALTH SOLUTIONS
7047 E GREENWAY PARKWAY, SUITE 380
SCOTTSDALE, AZ 85254

CREDITOR ID: 538829-BA
SYDNOR, DENISE
C/O RANDOLPH H. STRAUSS, ESQ.
LAW OFFICES OF RANDOLPH H. STRAUSS
4301 NORTHEAST 1ST TERRACE
SUITE 1
FORT LAUDERDALE FL 33334-3113