24

1                    C E R T I F I C A T E

2    STATE OF FLORIDA  )

3    COUNTY OF DUVAL   )

4             I, Elizabeth M. Masters, Registered

5    Professional Reporter and Notary Public, State of

6    Florida at Large, do hereby certify that the attached

7    excerpt represents the proceedings before the United

8    States Bankruptcy Court, Middle District of Florida,

9    Jacksonville Division, before the Honorable Jerry A.

10   Funk, Bankruptcy Judge, in the matter of In Re:

11   Winn-Dixie Stores, Inc.; such transcript is an accurate

12   recordation of the proceedings which took place.  A

13   transcript of this proceedings has been produced on May

14   8, 2007

15

16

17                          STATEWIDE REPORTING SERVICE

18

19   _____

20   ELIZABETH M. MASTERS

21

22

23

24

25