UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

| | |
|---|---|
| In re<br><br>**WINN-DIXIE STORES, INC., et al.,**<br><br>Debtors. | Case No. 05-03817-3F1<br><br>Chapter 11<br><br>(Jointly Administered) |

## MOTION FOR ADMISSION PRO HAC VICE

COME NOW the Petitioner, Michael S. Kogan, and shows the Court as follows:

1. Petitioner is admitted to practice before the Courts of the State of California and the United States District Courts for the Southern, Central and Northern Districts of California in good standing.

2. Petitioner certifies that there are no disciplinary proceedings pending against him in any jurisdiction.

3. Petitioner states that he is willing to abide by the local rules of the United States Bankruptcy Court for the Middle District of Florida.

4. Petitioner will represent Sharon Bebout, a creditor of Winn-Dixie Stores, Inc., in the within matter, and requests that this Court approve the Motion so that the Petitioner may file pleadings, appear and be heard at hearings, and otherwise represent Sharon Bebout in these cases.

5. Petitioner's contact information is as follows:

   Michael S. Kogan, Esq.
   Ervin Cohen & Jessup, LLP
   9401 Wilshire Blvd., 9th Fl.
   Beverly Hills, CA  90212
   Tel:    310-273-6333
   Fax:    310.859-2325
   email:  mkogan@ecjlaw.com

6. Petitioner requests that the requirement for local counsel be waived pursuant to Local Rule 2090-1 due to the cost of such representation.

7. I agree to pay the fee of $25.00 upon approval of this Court admitting me pro hac vice.

Dated this 22nd day of May 2007.

        ERVIN COHEN & JESSUP, LLP

        /s/Michael S. Kogan
        MICHAEL S. KOGAN
        California State Bar No. 128500
        Ervin Cohen & Jessup, LLP
        9401 Wilshire Blvd., 9th Fl.
        Beverly Hills, CA  90212
        email: mkogan@ecjlaw.com
        (310) 273-6333 telephone
        (310) 859-2325 facsimile

**CERTIFICATE OF SERVICE**

   I hereby certify that on May 22, 2007, I filed the within Motion for Admission Pro Hac Vice through the CM/ECF filing system, which will cause a copy to be served upon James H. Post, counsel for the reorganized debtors, Matthew Barr, Esq. and John MacDonald, Esq., Counsel for the Post-Effective Date Committee, Elena L. Escamilla, Esq., counsel for the office of the U.S. Trustee and all other parties participating in the CM/ECF system, all served electronically.

                ERVIN COHEN & JESSUP, LLP

                /s/Michael S. Kogan
                MICHAEL S. KOGAN
                California State Bar No. 128500
                Ervin Cohen & Jessup, LLP
                9401 Wilshire Blvd., 9th Fl.
                Beverly Hills, CA  90212
                email: mkogan@ecjlaw.com
                (310) 273-6333 telephone
                (310) 859-2325 facsimile