**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

*F I L E D*
*JACKSONVILLE, FLORIDA*
*MAY 2 8 2007*
*CLERK, U. S. BANKRUPTCY COURT*
*MIDDLE DISTRICT OF FLORIDA*

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| WINN-DIXIE STORES, INC., *et al*, | ) | Case No. 05-3817-3F1 |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |

**UNOPPOSED MOTION TO AMEND**
**PROOF OF CLAIM *NUNC PRO TUNC* TO CORRECT NAME**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

NOW COMES Newco Properties, Inc. ("Newco"), a creditor and party in interest in the above captioned bankruptcy case, by and through counsel, and files this Motion to Amend Proof of Claim to Correct Name. In support of its motion Newco states as follows:

1.    On February 21, 2005, Winn-Dixie Stores, Inc., *et al*. (the "Debtors") filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code, in the United States Bankruptcy Court for the Southern District of New York. On April 3, 2005, the Debtors' jointly administered cases were transferred to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division.

2.    The Lucy Co. of South Carolina, LLC, a South Carolina limited liability company ("Lucy"), was the owner and landlord of the location in Sumter, South Carolina wherein Winn-Dixie Store #2165 was located (the "Real Property").

3.    On or about October 19, 2005 counsel for Wachovia Bank N.A., as Trustee of Trust B created pursuant to that Certain Trust Agreement with Lucy W. Buxton, et al. dated July 27, 1971[1] filed a proof of claim, Claim number 12257 in the Debtors' case, setting forth an unsecured claim in

---

[1] At the time this loan was made to acquire the Real Property the borrower was a trust and Wachovia served as Trustee. The form of entity of the borrower was subsequently changed to a South Carolina limited liability Company named The Lucy Co. of South Carolina, LLC.

the amount of $1,852,373.29 with respect to Store #2165 (the "Claim", a copy of which is attached hereto as Exhibit A).

4.      Pursuant to this Court's Order Disallowing (A) No Liability Claims, (B) Overstated Claims and (C) Overstated Misclassified Claims, As Set Forth In The Debtor's Fifteenth Omnibus Claims Objection (Docket No. 10544) dated August 24, 2006, the Claim has been reduced and allowed in the amount of $533,900.21.

5.      On or about September 19, 2006, an assignment of the Claim from Wachovia Bank to Lucy was filed in this Court to reflect the change of form of entity of the owner of the Real Property. A copy of this assignment is attached hereto as Exhibit B.

6.      The Claim served as collateral for Newco's loan to Lucy.  As a result of this bankruptcy case and the rejection by the Debtor of its lease with Lucy, an Event of Default occurred under Lucy's loan with Newco. The Claim was sold at public auction at a foreclosure sale conducted by Richard L. Booth, Special Referee for Sumter County, South Carolina.  Newco purchased the Claim at the auction on December 4, 2006 by credit bid in the amount of $350,217.64.  A copy of the Order Awarding Possession and Assigning Bankruptcy Claim (the "Foreclosure Order") is attached hereto as Exhibit C.

7.      "Amendments to proofs of claims are freely allowed where the purpose is simply to cure a defect in the claim as originally filed, to describe the claim with greater particularity, or to plead a new theory of recovery." *In re Gateway Investment Corp.,* 114 B.R. 784, 786 (Bankr. S.D. Fla. 1990) (citing, *In re South Atlantic Financial Corp.,* 767 F.2d 814, 819 (11th Cir. 1985); *In re Int'l Horizons, Inc.,* 751 F.2d 1213, 1216 (11th Cir. 1985)).

8.      In the present case, Claim number 12257 was timely filed and allowed, thus the Court was aware of the existence of the claim, the nature of the claim, the amount of the claim, and the

intent to hold the Debtors liable on the claim. Moreover, the Debtors recognized claim number 12257 as the claim related to Store #2165. As such, amendment of the claim *nunc pro tunc* to recognize the Foreclosure Order and properly identify Newco as the proper party creditor should be allowed. See, *In re Gateway, supra* (and cases cited therein).

9.      On November 21, 2006, the Debtors' Plan of Reorganization was confirmed by the Court. Logan & Company, Inc. is the claims agent in the case. Wells Fargo Bank, N.A. is the disbursing agent under the Plan, and American Stock Transfer & Trust Company is the stock transfer agent under the Plan.

10.      Pursuant to the terms of the Plan, 24,698 shares of the Debtors' New Common Stock were issued and distributed in the name of Lucy, in consideration of Claim number 12257.

11.      As noted above and in view of the Foreclosure Order, Newco Properties, Inc. is the proper creditor for Claim number 12257.

12.      As such, Newco moves this Court for an Order, directing Logan & Company, Inc., as claims agent, Wells Fargo Bank, N.A., as disbursing agent, and American Stock Transfer & Trust Company, as stock transfer agent to amend their respective records with respect to Claim number 12257 to reflect Newco as the proper claimant on such claim and the owner of the 24,698 shares of the Debtor's New Common Stock issued under the Plan and any future distributions on account of the Claim. The name and address where notices and payments should be sent is as follows:

        Newco Properties, Inc.
        c/o Margery A. Longstreet
        Genworth Financial
        6620 West Broad Street
        Richmond, VA 23230
        Phone: 804-922-5483

13.      The undersigned has conferred with counsel for the Reorganized Debtors regarding the relief sought by this Motion. Counsel for the Reorganized Debtors, on the precise facts

presented, has stated that the Reorganized Debtors are unopposed to the entry of an Order granting the relief sought here. Lucy likewise has consented to the relief requested as indicated by the consent of its counsel on the Agreed Order submitted with this motion.

**WHEREFORE**, Newco Properties, Inc. respectfully requests that this Court enter an order amending Claim number 12257 *nunc pro tunc* to correctly identify Newco Properties, Inc. as the proper creditor holding the Claim, and directing Logan & Company, Inc., as claims agent, Wells Fargo Bank, N.A., as disbursing agent, and American Stock Transfer & Trust Company, as stock agent to amend their respective records with respect to Claim number 12257 to reflect Newco Properties, Inc. as the proper claimant on such claim and the owner of the 24,698 shares of the Debtor's New Common Stock issued under the Plan and any additional shares which are issued with respect to the Claim.

Dated: Columbia, South Carolina
      May 22, 2007

                                    MCNAIR LAW FIRM, P.A.

                                  /s/ Michael M. Beal
                                  Michael M. Beal (Dist. Ct. ID # 1253)
                                  Tower at 1301 Gervais
                                  1301 Gervais Street, 17th Floor (29201)
                                  Post Office Box 11390
                                  Columbia, South Carolina 29211
                                  (803) 799-9800 (Telephone)
                                  (803) 933-1447 (Facsimile)

                                  Counsel for Newco Properties, Inc.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| WINN-DIXIE STORES, INC., *et al*, | ) | Case No. 05-3817-3F1 |
| | ) | |
| _____ Reorganized Debtors. _____ | ) | (Jointly Administered) |

## AGREED ORDER

This cause came before the Court upon the Motion of Newco Properties, Inc. to amend Proof of Claim *Nunc Pro Tunc* to Correct Name (Docket No. _____) (the "Motion"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1.    The Motion is granted;

2.    Claim number 12257 is amended *nunc pro tunc* to identify Newco Properties, Inc. as creditor;

3.    Logan & Company, Inc., as claims agent, Wells Fargo Bank, NA as disbursing agent, and American Stock Transfer & Trust Company, as stock transfer agent are directed to amend their respective records with respect to Claim number 12257 to reflect Newco Properties, Inc. as the proper claimant on such claim and the owner of the 24,698 shares of the Debtor's New Common Stock issued under the Plan and any additional shares which are issued with respect to the Claim;

4.    Newco Properties, Inc. is directed to transmit to Logan & Company, Inc., Wells Fargo, N.A., and American Stock Transfer & Trust Company a completed  W-9 Form within three business days after entry of this Order; and

5.    American Stock Transfer and Trust Company is directed to make the stock account holding the 24,698 shares of the Debtors' New Common Stock issued in relation to Claim number 12257 accessible to Newco Properties, Inc. pursuant to the direct registration system within ten business days after entry of this Order.

Dated this _____ day of May, 2007, in Jacksonville, Florida

_____
Jerry A. Funk
United States Bankruptcy Judge

FORM B10 (Official Form 10) (04/04)

| United States Bankruptcy Court __Middle__ District of __Florida__ | | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor<br>Winn-Dixie Stors, Inc et al | Case Number<br>05-03817-3F1 | |
|---|---|---|

NOTE  This form should not be used to make a claim for an administrative expense arising after the commencement of the case    A "request" for payment of an administrative expense may be filed pursuant to 11 U S C  § 503

| Name of Creditor (The person or other entity to whom the debtor owes money or property)  410417<br>Wachovia Bank as Trustee under agreement with Lucy Buxton | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars.<br>☑ Check box if you have never received any notices from the bankruptcy court in this case<br>☐ Check box if the address differs from the address on the envelope sent to you by the court | F I L E D<br>JACKSONVILLE, FLORIDA<br>OCT 20 2005<br>CLERK, U. S. BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA |
|---|---|---|
| Name and address where notices should be sent<br><br>William H Short, Jr , Esq<br>Haynsworth Sinkler Boyd, PA<br>PO Box 11889, Columbia, South Carolina 29211<br>Telephone number  (803) 779-3080 | | THIS SPACE IS FOR COURT USE ONLY |

| Account or other number by which creditor identifies debtor | Check here<br>if this claim | ☐ replaces<br>☑ amends    a previously filed claim, dated _7/22/2005_ |
|---|---|---|

**1.  Basis for Claim**

| ☐ Goods sold | ☐ Retiree benefits as defined in 11 U S C § 1114(a) |
|---|---|
| ☐ Services performed | ☐ Wages, salaries, and compensation (fill out below) |
| ☐ Money loaned | Last four digits of SS # _____ |
| ☐ Personal injury/wrongful death | Unpaid compensation for services performed |
| ☐ Taxes | from _____ to _____ |
| ☑ Other _Lease_____ | (date)             (date) |

**2.  Date debt was incurred:**   July 25, 1989

**3.  If court judgment, date obtained:**

**4.  Total Amount of Claim at Time Case Filed:**  $  __1,852,373 29__  _____  _____  __1,852,373 29__
(unsecured)    (secured)    (priority)    (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff)

Brief Description of Collateral
☐ Real Estate    ☐ Motor Vehicle
☐ Other _____

Value of Collateral    $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any   $_____

**6.  Unsecured Nonpriority Claim $_____**

☐  Check this box if  a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

**7.  Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority    $_____
Specify the priority of the claim
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U S C § 507(a)(3)
☐ Contributions to an employee benefit plan - 11 U S C § 507(a)(4)
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U S C § 507(a)(6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U S C § 507(a)(7)
☐ Taxes or penalties owed to governmental units-11 U S C § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U S C § 507(a)(___)
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**8.  Credits:**  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**9.  Supporting Documents:**    Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available, explain  If the documents are voluminous, attach a summary

**10.  Date-Stamped Copy:**    To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

| THIS SPACE IS FOR COURT USE ONLY |
|---|
| DEBTOR WINN - DIXIE STORES, INC<br>U S BANKRUPTCY COURT M D - FLORIDA<br>JOINTLY ADMINISTERED UNDER<br>CASE  05-03817 (3F1)<br>CHAPTER 11<br>**CLAIM NO.: 12257** |

| Date<br>October 19, 2005 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)<br>William H Short, Jr |
|---|---|

Penalty for presenting fraudulent claim  Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C  §§ 152 and 3571



EXHIBIT
A

## Attachment

| | |
|---|---|
| *Original Claim: | $    3,649.81 |
| *Property taxes, insurance and CAM (01/2005 through 9/2005) | $    4,005.90 |
| *Estimated CAM billing (2006, 2007, 2008, 2009, January–October 2010 | $ 351,504.69 |
| *Lease from October – December, 2005, 2006, 2007, 2008, 2009,<br> January – October, 2010 (61 months x $24,478.90) | $1,493,212.90 |
| **Total** | **$1,852,373.29** |



**Grubb&Ellis** | Wilson/Kibler
Property Solutions Worldwide

September 22, 2005

Winn-Dixie #2165
P. O. Box B
Jacksonville, FL 32203-0297

RE:  Market Place - Prorated (January-September) 2005 Property Tax, Insurance and CAM

Dear Tenant:

In accordance with the terms of the Lease Agreement for the above referenced location, your prorated billing for the period January 2005-September 2005 for property taxes, insurance and CAM is in the amount of $4,005.90.

Your prompt payment is greatly appreciated. Should you have any questions or need additional information, please do not hesitate to give me a call.

Sincerely,

Jennie Joseph

Jennie Joseph
Accounting Manager

JJ/dd

Wilson/Kibler
1111 Laurel Street   Columbia, SC 29201   803 779 8600   803 252 4323 fax   www.wilsonkibler.com
Independently Owned and Operated

Grubb & Ellis
Knight Frank
Global

# CAM Reconciliation
## market - Market Place Shopping Center
### Jan 05 - Sep 05

Page 1
9/21/2005
02:12 PM

| Ppty Unit Tenant | Name Company Address | Rent Gross Sq Net Sqft | Charge Type | Expense | Charge | Billed | Difference |
|---|---|---|---|---|---|---|---|
| market | Winn Dixie Stores, Inc. #2165 | 24,479 | 1CamEst | 0.00 | 0.00 | 51,219.99 | -51,219.99 |
| 14 | P O. Box B | 42,000 | elect | 1,482.00 | 1,019.17 | 0.00 | 1,019.17 |
| winn | Jacksonville  FL 32203-0297 | 42,000 | Electric | 7,645.53 | 5,257.83 | 0.00 | 5,257.83 |
| | | | INS | 9,583.50 | 6,590.57 | 0.00 | 6,590.57 |
| | | | Land | 8,303.00 | 5,709.97 | 0.00 | 5,709.97 |
| | | | Maint | 1,947.00 | 1,338.95 | 0.00 | 1,338.95 |
| | | | Park | 3,660.00 | 2,516.98 | 0.00 | 2,516.98 |
| | | | TAXES | 47,467.37 | 32,643.31 | 0.00 | 32,643.31 |
| | | | W&S | 216.82 | 149.11 | 0.00 | 149.11 |
| | | | | 80,305.22 | 55,225.89 | 51,219.99 | 4,005.90 |



**Grubb&Ellis.** | Wilson/Kibler
Property Solutions Worldwide

October 6, 2005

TO: Winn-Dixie #2165
     P.O. Box B
     Jacksonville, FL 32203-0297

## Invoice

RE:  **Market Place Shopping Center**
     **Sumter, South Carolina**
     **Estimated CAM billing**

| | |
|---|---|
| 2006 | $68,293.32 |
| 2007 | $73,140.46 |
| 2008 | $73,625.17 |
| 2009 | $74,158.36 |
| January-October 2010 | $62,287.38 |
| **Total** | $351,504.69 |

Wilson/Kibler
1111 Laurel Street   Columbia, SC 29201   803 779 8600   803 252 4323 fax   www.wilsonkibler.com
Independently Owned and Operated

Grubb & Ellis
Knight Frank
Global

 **Grubb&Ellis.** | Wilson/Kibler
Property Solutions Worldwide

September 29, 2005

TO: Winn-Dixie #2165
    P.O. Box B
    Jacksonville, FL 32203-0297

## Invoice

RE:  Market Place Shopping Center
     Sumter, South Carolina

| | |
|---|---|
| October – December 2005 | 3 months |
| 2006 | 12 months |
| 2007 | 12 months |
| 2008 | 12 months |
| 2009 | 12 months |
| January-October 2010 | <u>10 months</u> |
| **Total** | **61 months** |

61 months x $24,478.90 = $1,493,212.90

Wilson/Kibler
1111 Laurel Street   Columbia, SC 29201   803 779 8600   803 252 4323 fax   www.wilsonkibler.com
*Independently Owned and Operated*

Grubb & Ellis
Knight Frank
Global

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., *et al.*

Debtors.

Case No. 05-03817-3F1
Chapter 11
Jointly Administered

Court ID (Court Use Only)_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM AND AN AMENDED CLAIM HAVE BEEN FILED IN THIS CASE under 11 U.S.C. §1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**Transferee:**
The Lucy Co. of SC, LLC

**Transferor:**
Wachovia Bank, N.A., Trustee under Lucy Buxton Agreement

**Where notices and payments to Transferee should be sent:**
c/o Rox Pollard, Property Manager
Colliers Keenan Inc.
P.O. Box 11610
Columbia, SC 29211

**Court Record Address of Transferor (Court Use Only)**

Last Four Digits of Acct#:_____

Phone: (803) 401-4242
Last Four Digits of Acct #:_____

Court Claim No. 12257 (Amended Claim)
Date Claim Filed: 10/20/2005 (Amended Claim)

Note: The unsecured claim amount has been reduced to $533,900.21 by Order dated August 24, 2006.

**Name and Current Address of Transferor:**
Wachovia Bank, N.A., Trustee under Lucy Buxton Agreement
c/o William H. Short, Jr., Esq.
Haynsworth Sinkler Boyd, P.A.
P.O. Box 11889
Columbia, SC 29211

Phone: (803) 779-3080
Last Four Digits of Acct#:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Buist, Moore Smythe McGee, P.A.

By: *Charles P. Summerall IV*          Date: September 19, 2006
Charles P. Summerall, IV, Dist. Ct. Id No. 4385,  S.C. Bar No. 5433
P.O. Box 999, Charleston, SC 29402
Phone: 843-722-3400; Facsimile: 843-723-7398
E-Mail: csummerall@buistmoore.com
ATTORNEY FOR THE LUCY CO. OF SC, LLC

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of this court.

Date:_____          _____
                              **CLERK OF THE COURT**

EXHIBIT

B

STATE OF SOUTH CAROLINA   )
                          )      IN THE COURT OF COMMON PLEAS
COUNTY OF SUMTER          )

NEWCO PROPERTIES, INC., assignee  )    Civil Action No.: 2006-CP-43-1139
 of Genworth Special Purpose Two, LLC,  )
 assignee of First Colony Life Insurance  )
Company, a Virginia corporation,  )
                          )
              Plaintiff,  )
                          )
     v.                        )
                          )
THE LUCY CO. OF SC, LLC, a South  )
Carolina limited liability company,  )
                          )
            Defendant.  )
_____)

CERTIFIED TRUE COPY
OF OR GINAL FILED

DEPUTY CLERK OF COURT
SUMTER COUNTY
SOUTH CAROLINA

2007 JAN -8 AM 9: 30

RECORDED

## <u>ORDER AWARDING POSSESSION AND ASSIGNING BANKRUPTCY CLAIM</u>

     This matter comes before the Court pursuant to the Special Referee's Decree and Judgment of Foreclosure and Sale dated November 10, 2006 and filed November 10, 2006, whereby the Court ordered the sale of the "Property" that is subject to the "Mortgage" and "Security Agreement" and ordered the sale of the "Bankruptcy Claim" that is subject to the "Assignment of Rents and Leases" as each of those terms is defined in the Complaint and the Decree.  By way of background, the Court has previously found:

     1.    The Property was subject to a Lease agreement with Winn-Dixie Charlotte, Inc. ("Winn-Dixie") as evidenced by that Short Form Lease dated July 25, 1989 and recorded in Sumter County on August 18, 1989 in Volume 492 at Page 1998 and amended as evidenced by that Amendment to Short Form Lease dated July 28, 1997 and recorded in Sumter County on October 8, 1997 in Volume 686 at Page 1950 (the "Winn-Dixie Lease").

COLUMBIA 874648v2


EXHIBIT
C

2. In 2005 Winn-Dixie filed a petition in the United States Bankruptcy Court, Middle District of Florida, Jacksonville Division, seeking protection under Chapter 11 of the United States Bankruptcy Code bearing case number 05-03817-3F1 (the "Bankruptcy Case").

3. In the Bankruptcy Case Winn-Dixie sought and obtained court approval to reject the Lease as set forth in that Bankruptcy order dated September 8, 2005.

4. Pursuant to the terms of the Bankruptcy order, Winn-Dixie's bankruptcy counsel sent to the Lucy Company a Notice of Rejection of Unexpired Lease dated September 14, 2005, whereby Winn-Dixie rejected the Lease effective September 24, 2005 and abandoned the Property and Lease.

5. Because Winn-Dixie rejected and abandoned the Lease, this Court found that Winn-Dixie and its bankruptcy estate have no legal or equitable interest in the Property and the record notice of the Lease was extinguished as part of this foreclosure.

6. On October 19, 2005, counsel for Wachovia Bank and the Lucy Company filed a timely proof of claim in the Bankruptcy Case for unpaid rent and rejection damages arising from the Lease in the amount of $1,852,373.29 which claim bears claim no. 12257. A copy of the Proof of Claim is attached hereto as Exhibit A.

7. Pursuant to a Bankruptcy Court Order dated August 24, 2006, the Lucy Company bankruptcy claim no. 12257 has been reduced and allowed in the amount of $533,900.21 (the "Bankruptcy Claim"). A copy of the August 24, 2006 bankruptcy order is attached hereto as Exhibit B.

COLUMBIA 874648v2

8.     On or about September 19, 2006, an assignment of the Bankruptcy Claim from Wachovia Bank to the Lucy Company was filed in the Bankruptcy case.  A copy of the assignment is attached hereto as Exhibit C.

9.     Because the Bankruptcy Claim was assigned to Plaintiff by virtue of the Security Agreement and the Assignment of Rents and Leases and an Event of Default occurred as set forth in those agreements, this Court held in the Decree that Plaintiff was entitled to have the Bankruptcy Claim sold at the judicial sale as set forth in the Decree.

10.     Pursuant to Rule 71 of the South Carolina Rules of Civil Procedure, the Defendant requested that the Property (as defined in the Decree) be sold in separate parcels, i.e. the Bankruptcy Claim be sold separately from the remaining Property (as defined in the Decree).

11.     On December 4, 2006 the Bankruptcy Claim was sold at public auction after proper notice by publication.  The Plaintiff was the high bidder and purchased the Bankruptcy Claim by credit bid in the amount of $350,217.64.

THEREFORE, IT IS HEREBY ORDERED that any and all ownership, possession, title, rights and interest in the Bankruptcy Claim is hereby awarded and assigned to Plaintiff along with all proceeds distributed on the account of the Bankruptcy Claim, regardless of whether such proceeds are cash or non-cash.  Defendant The Lucy Co. of SC, LLC, a South Carolina limited liability company, shall have no further ownership, possession, title, right or interest in the Bankruptcy Claim and shall execute any documents required by the bankruptcy court in order to effectuate the transfer of the Bankruptcy Claim to Plaintiff.

COLUMBIA 874648v2

IT IS SO ORDERED.

_____

Richard L. Booth
Special Referee for Sumter County, South Carolina

December 27, 2006

Sumter, South Carolina

COLUMBIA | CHARLESTON  FLORENCE  GREENVILLE

Haynsworth
Sinkler Boyd, P.A.          ATTORNEYS AND COUNSELORS AT LAW

TAMI G. HATCHER, LEGAL ASSISTANT
DIRECT DIAL NUMBER 803-540-7946
EMAIL thatcher@hsblawfirm.com

1201 MAIN STREET, 22ND FLOOR (29201-3226)
POST OFFICE BOX 11889 (29211-1889)
COLUMBIA, SOUTH CAROLINA
TELEPHONE  803.779.3080
FACSIMILE  803.765.1243
www.hsblawfirm.com

October 19, 2005

| | | |
|---|---|---|
| Ref: unt | Date: 10/19/2005 | SHIPPING: 11.21 |
| Dep: | Wgt: 1.0 LBS | SPECIAL: 1.74 |
| | | HANDLING: 0.00 |
| | DV: 0.00 | TOTAL: 12.95 |

Svcs: STANDARD OVERNIGHT
TRCK: 6968 6814 1059

VIA FEDERAL EXPRESS
United States Bankruptcy Court
Middle District of Florida
Jacksonville Division
300 North Hogan Street, Suite 3-350
Jacksonville, FL 32202

Re:    Winn Dixie Stores, Inc. *et al.*
Case No: 05-03817-3F1
*Jointly Administered*

Dear Sir or Madam:

Please find enclosed one (1) original and two (2) copies of An Amended Proof of Claim to be filed in the above-referenced case. Please file the original and return the clocked-in copies to me in the enclosed self-addressed stamped envelope.

Thank you for your assistance in this matter.

Sincerely yours,

Tami G. Hatcher
Legal Assistant to William H. Short, Jr.

Enclosures (as stated)

/tgh

FORM B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT ___Middle___ DISTRICT OF ___Florida___ | | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor<br>Winn-Dixie Stors, Inc. et al. | Case Number<br>05-03817-3FI |
|---|---|

**NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.**

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br><br>Wachovia Bank as Trustee under agreement with Lucy Buxton<br><br>Name and address where notices should be sent:<br><br>William H. Short, Jr., Esq.<br>Haynsworth Sinkler Boyd. PA.<br>PO Box 11889, Columbia, South Carolina 29211<br>Telephone number:  (803) 779-3080 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court.  THIS SPACE IS FOR COURT USE ONLY |
|---|---|

| Account or other number by which creditor identifies debtor: | Check here ☐ replaces<br>if this claim ☑ amends     a previously filed claim, dated: _7/22/2005_ |
|---|---|

| 1.  Basis for Claim | |
|---|---|
| ☐ Goods sold<br>☐ Services performed<br>☐ Money loaned<br>☐ Personal injury/wrongful death<br>☐ Taxes<br>☑ Other  _Lease_ | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)<br>☐ Wages, salaries, and compensation (fill out below)<br>Last four digits of SS #:<br>Unpaid compensation for services performed<br>from _____ to _____<br>　　　(date)　　　　　(date) |

| 2.  Date debt was incurred:<br>July 25, 1989 | 3.  If court judgment, date obtained: |
|---|---|

4.  Total Amount of Claim at Time Case Filed:  $ __1,852,373.29__ _____ _____ _____ __1,852,373.29__
　　　　　　　　　　　　　　　　　　　　(unsecured)　　　(secured)　　(priority)　　(Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

| 5. Secured Claim.<br>☐ Check this box if your claim is secured by collateral (including a right of setoff).<br><br>Brief Description of Collateral:<br>☐ Real Estate　　☐ Motor Vehicle<br>☐ Other _____<br><br>Value of Collateral:  $ _____<br><br>Amount of arrearage and other charges _at time case filed_ included in secured claim, if any:  $ _____<br><br>6.  Unsecured Nonpriority Claim $ _____<br><br>☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority. | 7.  Unsecured Priority Claim.<br>☐ Check this box if you have an unsecured priority claim<br><br>Amount entitled to priority  $ _____<br>Specify the priority of the claim:<br>☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).<br>☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).<br>☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).<br>☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).<br>☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).<br>☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).<br>*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |
|---|---|

| 8.  Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.<br><br>9.  Supporting Documents:   _Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.  DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary._<br><br>10. Date-Stamped Copy:   To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

| Date<br><br>October 19, 2005 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>William H. Short, Jr.    _[signature]_ |
|---|---|

_Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571._

## Attachment

| | | |
|---|---|---|
| *Original Claim: | $ | 3,649.81 |
| *Property taxes, insurance and CAM (01/2005 through 9/2005) | $ | 4,005.90 |
| *Estimated CAM billing (2006, 2007, 2008, 2009, January–October 2010 | $ | 351,504.69 |
| *Lease from October – December, 2005, 2006, 2007, 2008, 2009, January – October, 2010 (61 months x $24,478.90) | | $1,493,212.90 |
| **Total** | | $1,852,373.29 |


**Grubb&Ellis.** | Wilson/Kibler
Property Solutions Worldwide

September 22, 2005

Winn-Dixie #2165
P. O. Box B
Jacksonville, FL 32203-0297

RE:   Market Place – Prorated (January-September) 2005 Property Tax, Insurance and CAM

Dear Tenant:

     In accordance with the terms of the Lease Agreement for the above referenced location, your prorated billing for the period January 2005-September 2005 for property taxes, insurance and CAM is in the amount of $4,005.90.

     Your prompt payment is greatly appreciated. Should you have any questions or need additional information, please do not hesitate to give me a call.

Sincerely,

Jennie Joseph
Accounting Manager

JJ/dd

Wilson/Kibler
1111 Laurel Street   Columbia, SC 29201   803.779.8600   803.252.4323 fax   www.wilsonkibler.com
Independently Owned and Operated

Grubb Ellis
Knight Frank
Global

## CAM Reconcillation
### market - Market Place Shopping Center
### Jan 05 - Sep 05

| Ppty Unit Tenant | Name Company Address | Rent Gross Sq Net Sqft | Charge Type | Expense | Charge | Billed | Difference |
|---|---|---|---|---|---|---|---|
| market | Winn Dixie Stores, Inc. #2165 | 24,479 | 1CamEst | 0.00 | 0.00 | 51,219.99 | -51,219.99 |
| 14 | P.O. Box B | 42,000 | elect | 1,482.00 | 1,019.17 | 0.00 | 1,019.17 |
| winn | Jacksonville  FL 32203-0297 | 42,000 | Electric | 7,645.53 | 5,257.83 | 0.00 | 5,257.83 |
| | | | INS | 9,583.50 | 6,590.57 | 0.00 | 6,590.57 |
| | | | Land | 8,303.00 | 5,709.97 | 0.00 | 5,709.97 |
| | | | Maint | 1,947.00 | 1,338.95 | 0.00 | 1,338.95 |
| | | | Park | 3,660.00 | 2,516.98 | 0.00 | 2,516.98 |
| | | | TAXES | 47,467.37 | 32,643.31 | 0.00 | 32,643.31 |
| | | | W&S | 216.82 | 149.11 | 0.00 | 149.11 |
| | | | | 80,305.22 | 55,225.89 | 51,219.99 | 4,005.90 |



**Grubb&Ellis.** | Wilson/Kibler
Property Solutions Worldwide

October 6, 2005

TO: Winn-Dixie #2165
     P.O. Box B
     Jacksonville, FL 32203-0297

---

## Invoice

---

RE:  Market Place Shopping Center
      Sumter, South Carolina
      Estimated CAM billing

| | |
|---|---|
| 2006 | $68,293.32 |
| 2007 | $73,140.46 |
| 2008 | $73,625.17 |
| 2009 | $74,158.36 |
| January-October 2010 | $62,287.38 |
| Total | $351,504.69 |

Wilson/Kibler
1111 Laurel Street   Columbia, SC 29201   803.779.8600   803.252.4323 fax   www.wilsonkibler.com
Independently Owned and Operated

Grubb & Ellis
Knight Frank
Global

**Grubb&Ellis.** | Wilson/Kibler
Property Solutions Worldwide

September 29, 2005

TO: Winn-Dixie #2165
    P.O. Box B
    Jacksonville, FL 32203-0297

## Invoice

RE:  Market Place Shopping Center
     Sumter, South Carolina

| | |
|---|---|
| October – December 2005 | 3 months |
| 2006 | 12 months |
| 2007 | 12 months |
| 2008 | 12 months |
| 2009 | 12 months |
| January-October 2010 | <u>10 months</u> |
| Total | 61 months |

61 months x $24,478.90 = $1,493,212.90

Wilson/Kibler
1111 Laurel Street   Columbia, SC 29201   803.779.8600   803.252.4323 fax   www.wilsonkibler.com
*Independently Owned and Operated*

Grubb & Ellis
Knight Frank
Global

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                  )    Case No. 05-03817-3F1
                        )
WINN-DIXIE STORES, INC., et al., )   *Chapter 11*
                        )
Debtors. [1]           )    Jointly Administered
                        )

## ORDER DISALLOWING (A) NO LIABILITY CLAIMS, (B) OVERSTATED CLAIMS AND (C) OVERSTATED MISCLASSIFIED CLAIMS, AS SET FORTH IN THE DEBTORS' FIFTEENTH OMNIBUS CLAIMS OBJECTION

These cases came before the Court for hearing on August 24, 2006,

upon the Fifteenth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc.

and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the

proofs of claim listed on Exhibits A through C (the "Disputed Claims").[2] Several

formal and informal objections to the Objection were raised or filed, as a result of

which the Debtors have agreed to continue the Objection with respect to (i) claim no.

11984 filed by Autozone Mississippi Properties, Inc., (ii) claim nos. 10077-10082

filed by Buehler Foods, Inc. or Buehler of Kentucky, LLC, (iii) claim no. 13003 filed

by Cliffdale Corner, Inc., (iv) claim no. 12074 filed by KIR Augusta II, LP, (v) claim

no. 12195 filed by New Plan Excel Realty Trust Inc., (vi) claim no. 4068 filed by

Oracle USA, (vii) claim no. 8493 filed by Parkwood Village Joint Venture, (viii)

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]      All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

claim no. 8464 filed by Paul Revere Life Insurance Co., (ix) claim nos. 9636 and

9637 filed by Porcupine WD5, LLC, (x) claim no. 11149 filed by Principal Life

Insurance Co., (xi) claim no. 10884 filed by Achilles Realty Co, (xii) claim no. 3412

filed by Checkpoint Systems Inc., (xiii) claim no. 11538 filed by Colorado Boxed

Beef Co., (xiv) claim no. 10710 filed by General Electric Capital Corp., (xv) claim

no. 5298 filed by Gillette Company, (xvi) claim no. 12294 filed by Homewood

Associates, Inc., (xvii) claim no. 11820 filed by Information Resources Inc., (xviii)

claim no. 979 filed by Lakewood Associates, Ltd., (xix) claim no. 13187 field by

Merrill Lynch LP Holdings, Inc., (xx) claim no. 8184 filed by Pamalee Plaza

Association, (xxi) claim no. 11133 field by Parkwood Village Joint Venture, (xxii)

claim no. 4583 filed by PG-1 Development Co., (xxiii) claim no. 11881 filed by

Promotions Unlimited, (xxiv) claim no. 7704 filed by United Commercial Mortgage

Corp., (xxv) claim no. 7386 filed by Warner Lambert Consumer Group, (xxvi) claim

no. 12332 filed by Wells Fargo Bank Northwest, (xxvii) claim no. 12415 filed by

Wiggs Realty of Kentucky, (xxviii) claim no. 7737 filed by LN International, Inc.,

(xxix) claim no. 7909 filed by Pepsi Bottling Ventures, LLC, (xxx) claim no. 6217

filed by Pine Plaza and (xxxi) claim no. 6121 filed by Revlon Consumer Products

Corp. (collectively, the "Unresolved Objections"), which claims have been removed

from Exhibits A through C. The Debtors have withdrawn without prejudice their

objection to (i) claim no. 6772 filed by Baker & Hostetler, LLP, (ii) claim no. 4388

filed by Cantey & Hanger, LLP, (iii) claim no. 3380 filed by Crawford Lewis, PLLC,

and (iv) claim no. 12226 filed by Villa Rica Retail Properties, LC, which claims have

been removed from Exhibits A and B. Upon consideration, it is

ORDERED AND ADJUDGED:

i.    The Objection is sustained, as set forth below.

2

2.      The No Liability Claims listed on Exhibit A are disallowed in their entirety.

3.      The Overstated Claims listed on Exhibit B are reduced to the amounts set forth on Exhibit B under the heading Reduced Claim Amount and the amounts exceeding the Reduced Claim Amount are disallowed.

4.      The Overstated Misclassified Claims listed on Exhibit C are reduced to the amounts set forth on Exhibit C under the heading Reduced Claim Amount and the amounts exceeding the Reduced Claim Amount are disallowed.  The asserted class status alleged for each of the Overstated Misclassified Claims listed on Exhibit C is denied; and the Overstated Misclassified Claims are reclassified as specified on Exhibit C under the heading "Modified Class Status."

5.      Claim no. 12093 filed by Potter Square Associates in the amount of $343,968.96 is disallowed, having been amended by claim no. 13395.

6.      Other than the Unresolved Objections, those objections that have not yet been withdrawn are overruled.

7.      The hearing to consider the Objection with respect to the Unresolved Objections is continued until further order of the Court upon the motion of any party in interest.

8.      Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order is deemed a separate Order with respect to each claim.  Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

3

9.     Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

10.     This Order is without prejudice to the Debtors' right to file any further objection they may have to the Disputed Claims, including objections on the ground that a Disputed Claim was filed against the incorrect Debtor or that the Debtor against which the Disputed Claim was filed should be modified.

Dated this ____ day of August, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

4

EXHIBIT A

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 241260<br>7895 CENTURION PARKWAY LLC<br>C/O PHOENIX REALTY GROUP INC<br>ATTN JAMES J SEBESTA<br>10739 DEERWOOD PARK BLVD, SUITE 103<br>JACKSONVILLE, FL 32256-2873<br><br>Counsel: ATTN: ROBERT A COX, JR., ESQ | 2740<br>Debtor: WINN-DIXIE STORES, INC. | $1,590.57 | NO LIABILITY PER DEBTORS BOOKS AND RECORDS. |
| Creditor Id: 241545<br>ACRON USA FONDS WINN DIXIE LLP<br>C/O ACRON KAPITAL<br>DALLAS BRANCH<br>1516 S BOSTON AVE, SUITE 215<br>TULSA, OK 74119<br><br>Counsel: ATTN RYAN J ASSINK, ESQ | 7799<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | CLAIM DOES NOT SPECIFY BASIS OR AMOUNT OF LIABILITY. |
| Creditor Id: 241601<br>ADDISON COMMERCIAL REAL ESTATE<br>ATTN GRAFTON D ADDISON, II, PRES<br>118 W ADAMS STREET, SUITE 1000<br>JACKSONVILLE FL 32202 | 8321<br>Debtor: WINN-DIXIE STORES, INC. | $5,500.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE WAS TERMINATED EARLY SO BROKER DID NOT EARN TOTAL FEE. |
| Creditor Id: 407635<br>ADECCO EMPLOYMENT SERVICES, BY<br>NATIONAL SALES SVCES INC, AGENT<br>C/O EURO RSCG WORLDWIDE, INC<br>ATTN W FASANO OR NANCY WYNNE, ESQ<br>350 HUDSON STREET<br>NEW YORK NY 10014 | 4213<br>Debtor: WINN-DIXIE STORES, INC. | $339,760.68 | NO AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. ALSO, DUPLICATES LIABILITY IN CLAIM NUMBER 4212 FILED BY NATIONAL SALES SERVICES, THE CORRECT CREDITOR. |
| Creditor Id: 410699<br>CAFFERY CENTER, LLC<br>C/O PLATZER SWERGOLD KARLIN ET AL<br>ATTN SHERRI D LYDELL, ESQ<br>1065 AVE OF THE AMERICAS, 18TH-FL<br>NEW YORK, NY 10018 | 12892<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $11,021.83 | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| Creditor Id: 410699<br>CAFFERY CENTER, LLC<br>C/O PLATZER SWERGOLD KARLIN ET AL<br>ATTN SHERRI D LYDELL, ESQ<br>1065 AVE OF THE AMERICAS, 18TH FL<br>NEW YORK NY 10018 | 12893<br>Debtor: WINN-DIXIE STORES, INC. | $11,021.83 | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

Page: 2 of 7
Date: 09/23/2006

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 244997**<br>CHAPTER 13 TRUSTEE<br>ATTN SABRINA L MCKINNEY, ESQ<br>PO BOX 173<br>MONTGOMERY AL 36101-0173 | 1859<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $1.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO DOCUMENTATION, AND UNKNOWN BASIS FOR CLAIM. |
| **Creditor Id: 244997**<br>CHAPTER 13 TRUSTEE<br>ATTN SABRINA L MCKINNEY, ESQ<br>PO BOX 173<br>MONTGOMERY AL 36101-0173 | 1860<br>Debtor: WINN-DIXIE STORES, INC. | $1.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO DOCUMENTATION, AND UNKNOWN BASIS FOR CLAIM. |
| **Creditor Id: 382472**<br>COMPUTER ASSOCIATES INT'L INC<br>ATTN ROBERT AUSTEN, MGR<br>ONE COMPUTER ASSOCIATES PLAZA<br>ISLANDIA, NY 11749 | 8010<br>Debtor: WINN-DIXIE STORES, INC. | $240,976.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 262023**<br>COUNTY OF STOKES, NC TAX COLLECTOR<br>ATTN CHERLY C HILL, ASST TAX ADMIN<br>PO BOX 57<br>DANBURY NC 27016 | 11866<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND CLAIMANT. |
| **Creditor Id: 265729**<br>COUNTY OF TISHOMINGO<br>ATTN: DANNY RYAN<br>1008 BATTLEGROUND DR<br>IUKA, MS 38852-1020 | 2185<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO LIABILITY, AND UNKNOWN BASIS FOR CLAIM. |
| **Creditor Id: 381794**<br>GENERAL ELECTRIC CAPITAL CORP<br>C/O MORITT HOCK HAMROFF ET AL<br>ATTN LESLIE BERKOFF & W WILSON, ESQ<br>400 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530 | 10251<br>Debtor: WINN-DIXIE STORES, INC. | $111,919.08 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 250702**<br>GOLDEN FLAKE SNACK FOODS, INC<br>ATTN FREEDA ELLIOTT, CR MGR<br>ONE GOLDEN FLAKE DRIVE<br>BIRMINGHAM, AL 35205<br><br>Counsel: ATTN WALTER F MCARDLE, ESQ | 1265<br>Debtor: WINN-DIXIE STORES, INC. | $71,307.69 | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 535120**<br>GRUBBS, ROBERT J JR<br>208 SAILING CT<br>LEXINGTON SC 29072 | 1894<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | $3,016.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION. |
| **Creditor Id: 415693**<br>HULL, DONNA LYNN<br>2721 CREEK DR<br>GRANBURY TX 76048 | 13122<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO SUPPORTING DOCUMENTATION, AND UNKNOWN BASIS FOR CLAIM. |
| **Creditor Id: 410805**<br>INLAND SOUTHEAST GRAND PRAIRIE LP<br>C/O INLAND REAL ESTATE GROUP, INC<br>ATTN BERT BITTOURNA, ESQ<br>2901 BUTTERFIELD ROAD<br>OAKBROOK IL 60523<br>Counsel: ATTN KAREN C BIFFERATO, ESQ | 10635<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $0.00 | NO LIABILITY ON LEASE ASSIGNED PRIOR TO BANKRUPTCY FILING, ALTHOUGH DEBTOR REMAINS GUARANTOR IN EVENT OF DEFAULT, NO DEFAULT HAS OCCURRED. |
| **Creditor Id: 410805**<br>INLAND SOUTHEAST GRAND PRAIRIE LP<br>C/O INLAND REAL ESTATE GROUP, INC<br>ATTN BERT BITTOURNA, ESQ<br>2901 BUTTERFIELD ROAD<br>OAKBROOK IL 60523<br>Counsel: ATTN KAREN C BIFFERATO, ESQ | 11031<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY ON LEASE ASSIGNED PRIOR TO BANKRUPTCY FILING. ALTHOUGH DEBTOR REMAINS GUARANTOR IN EVENT OF DEFAULT, NO DEFAULT HAS OCCURRED. |
| **Creditor Id: 161870**<br>JACKSON, TAKEA M<br>617 WHIDDON STREET<br>TIFTON GA 31794 | 1794<br>Debtor: WINN-DIXIE STORES, INC. | $300.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION. |
| **Creditor Id: 410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>PO BOX 21008<br>GREENSBORO NC 27420<br>Counsel: ATTN: BENJAMIN A KAHN, ESQ | 8642<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY TO MORTGAGE LENDER ON GUARANTY, ABSENT PROOF OF ASSIGNMENT. |
| **Creditor Id: 410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>PO BOX 21008<br>GREENSBORO NC 27420<br>Counsel: ATTN: BENJAMIN A KAHN, ESQ | 8643<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $0.00 | NO LIABILITY TO MORTGAGE LENDER, ABSENT PROOF OF ASSIGNMENT. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 157620<br>JUNGINGER, ROSALIE<br>PO BOX 12871<br>FORT PIERCE FL 34979-2871 | 1221<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| Creditor Id: 234237<br>LA BREA BAKERY INC<br>ATTN MARY KENNEDY, CONTROLLER<br>PO BOX 7537<br>VAN NUYS CA 91409-7537 | 6296<br>Debtor: WINN-DIXIE STORES, INC. | $67,314.00 | NO LIABILITY PER DEBTORS BOOKS AND RECORDS. |
| Creditor Id: 44131<br>LEBUHN, MARYANN<br>2215 69 DR<br>VERO BEACH FL 32966 | 11418<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTORS BOOKS AND RECORDS, NO SUPPORTING DOCUMENTATION, AND UNKNOWN BASIS FOR CLAIM. |
| Creditor Id: 382042<br>MCCORMICK & COMPANY, INC<br>ATTN: AUSTIN NOONEY<br>211 SCHILLING CIRCLE<br>HUNT VALLEY MD 21031<br><br>Counsel: ATTN DANIEL J CARRIGAN, ESQ | 10844<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $2,806,283.50 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT RECLAMATION PAYMENTS IN PROCESS TOTALING $100,262.65 AND NO OTHER AMOUNTS DUE. REMAINING ASSERTED CLAIM SEEKS SHORTFALL CHARGES PURSUANT TO CONTRACT'S MINIMUM PURCHASE REQUIREMENTS, BUT REQUIREMENTS HAVE BEEN MET. |
| Creditor Id: 260226<br>MOORE, RYAN M.<br>915 FURMAN COURT<br>FT MILL SC 29708 | 6382<br>Debtor: WINN-DIXIE STORES, INC. | $56.77 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS FOR COMPENSATION SAID TO BE EARNED 8/1/02 TO 8/7/02. |
| Creditor Id: 411101<br>NATIONAL CITY BANK<br>ATTN M ELIZABETH HILS, VP<br>ONE EAST FOURTH STREET<br>MAIL LOCATION 25-C850A<br>CINCINNATI OH 45202 | 11042<br>Debtor: WINN-DIXIE STORES, INC. | $2,800.00 | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| Creditor Id: 411016<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>WEST TOWNE SQUARE, ELIZABETHTON, TN<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | 10312<br>Debtor: WINN-DIXIE STORES, INC. | $8,231.79 | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 389663**<br>PANASONIC DOCUMENT IMAGING CO<br>ADMINISTRATION CENTER<br>PO BOX 7023<br>TROY MI 48007-7023 | 10044<br>Debtor: WINN-DIXIE STORES, INC. | $120,465.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 269333**<br>PGM DIAMONDHEAD, LLC<br>ATTN CHARLES F MCREYNOLDS<br>246 DEBUYS ROAD, SUITE 29<br>BILOXI, MS 39531 | 9840<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $1,466,506.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIMANT FAILED TO COMPLETE CONSTRUCTION WITHIN TIME FRAME SET BY ITS LENDER THEREBY LOSING ITS FINANCING. AS CLAIMANT FAILED TO DELIVER PREMISES, DEBTOR WAS RELIEVED OF ANY OBLIGATION UNDER LEASE. |
| **Creditor Id: 192803**<br>PINKSTON, JIMMIE L<br>3005 MOORCROFT DRIVE, APT B<br>MONTGOMERY AL 36116 | 9855<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 404021**<br>PITNEY BOWES CREDIT CORPORATION<br>ATTN EVA MILANOWSKI, RECOV DEPT<br>27 WATERVIEW DRIVE<br>SHELTON CT 06484-4361 | 11575<br>Debtor: CRACKIN' GOOD, INC. | $535.67 | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 404021**<br>PITNEY BOWES CREDIT CORPORATION<br>ATTN EVA MILANOWSKI, RECOV DEPT<br>27 WATERVIEW DRIVE<br>SHELTON CT 06484-4361 | 11752<br>Debtor: CRACKIN' GOOD, INC. | $3,367.34 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 410511**<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001<br><br>Counsel: ATTN MARGERY N REED, ESQ | 8815<br>Debtor: WINN-DIXIE STORES, INC. | $10,619.80 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS TO LANDLORD'S LENDER ON GUARANTY FOR ANTICIPATORY LEASE REJECTION DAMAGE CLAIM. LEASE SOLD 8/13/05 TO HARRIS TEETER, INC. IN CONNECTION WITH CLOSING, DEBTOR PAID ALL CURE COSTS. DEBTOR OWES NO REJECTION DAMAGES. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

Page: 6 of 7
Date: 08/23/2006

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 410511**<br>PRINCIPAL LIFE INSURANCE CO F/K/A<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001<br><br>Counsel: ATTN MARGERY N REED, ESQ | 8828<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS TO LANDLORD'S MORTGAGE LENDER ON GUARANTY. LEASE WITH PS FRANKLIN LTD TERMINATED 9/80/5. IN CONNECTION WITH TERMINATION AGREEMENT, LANDLORD AGREED TO DISALLOWANCE OF ITS CLAIMS. |
| **Creditor Id: 207741**<br>SCOTT, DINAH<br>3036 LIBBY DRIVE<br>AUGUSTA GA 30906 | 1481<br>Debtor: WINN-DIXIE STORES, INC. | $1,063.94 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 68448**<br>SIMS, ANNIE J<br>2513 AVENUE Q<br>BIRMINGHAM AL 35218 | 1888<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. |
| **Creditor Id: 261135**<br>SIX FLAGS NEW ORLEANS<br>ATTN TERRY W PRATHER, VP/GM<br>12201 LAKE FOREST BLVD<br>NEW ORLEANS, LA 70129 | 7653<br>Debtor: WINN-DIXIE STORES, INC. | $50,000.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 278567**<br>SPECTRUM/GRANDVIEW PINES LLC<br>C/O SPECTRUM DEVELOPMENT CO, LLC<br>ATTN EDGAR H FATZINGER, III, MEMBER<br>PO BOX 11045<br>MONTGOMERY AL 36111 | 11157<br>Debtor: WINN-DIXIE STORES, INC. | $37,500.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTEE. |
| **Creditor Id: 407711**<br>TAYLON, LLC<br>C/O DENNIS J STILGER, PSC<br>ATTN DENNIS J STILGER, ESQ<br>6000 BROWNSBORO PARK BLVD, SUITE H<br>LOUISVILLE KY 40207 | 12774<br>Debtor: WINN-DIXIE STORES, INC. | $299,000.00 | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 416886**<br>TAYLORS FIRE & SEWER DISTRICT<br>3335 WADE HAMPTON BLVD<br>TAYLORS SC 29687 | 12569<br>Debtor: WINN-DIXIE STORES, INC. | $206,170.04 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS FOR SEWER ASSESSMENT BECAUSE DEBTOR DOES NOT OWN PROPERTY. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

Page: 7 of 7
Date: 08/23/2006

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 73444<br>THOMAS, BELINDA A<br>8492 BEDFORD LANE<br>LITHONIA, GA 30058 | 1828<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION. |
| Creditor Id: 263785<br>UNITED COMMERCIAL MORTGAGE CORP<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>135 JERICHO TURNPIKE<br>OLD WESTBURY, NY 11568<br>Counsel: ATTN DIANA M THIMMIG, ESQ | 7820<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $2,522,994.00 | NO LIABILITY ON LEASE ASSIGNED PRIOR TO BANKRUPTCY FILING, ALTHOUGH DEBTOR REMAINS GUARANTOR IN EVENT OF DEFAULT, NO DEFAULT HAS OCCURRED. |
| Creditor Id: 278595<br>WALKER CHAPEL PLAZA LLC<br>C/O SPECTRUM DEVELOPMENT CO, LLC<br>ATTN EDGAR H FATZINGER, III, MEMBER<br>PO BOX 11045<br>MONTGOMERY AL 36111 | 11135<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $88,000.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTEE ABSENT DOCUMENTATION OF INCURRED EXPENSES. |
| Creditor Id: 410584<br>WILMINGTON TRUST COMPANY, TTEE<br>SOUTHLAND-ARLINGTON WD DE BUS TRUST<br>C/O NEAL, GERBER & EISENBERG<br>ATTN THOMAS C WOLFORD, ESQ<br>2 N LASALLE STREET, SUITE 2200<br>CHICAGO IL 60602 | 10875<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $13,843.39 | NO AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. |

Total Claims to be Disallowed: 44
Total Amount to be Disallowed: $8,613,272.22    Plus Unliquidated Amounts, If Any

**EXHIBIT B**

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 242725**<br>ATLANTA FOODS INTERNATIONAL<br>ATTN DOUG JAY<br>265 SPRING STREET, SW<br>ATLANTA, GA 30303<br><br>Counsel: ATTN HARRIS B WINSBERG, ESQ | 7753<br>Debtor: WINN-DIXIE STORES, INC. | $226,702.32 | $39,610.20 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $5,689.46, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $1,112.35 AND $39.86, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $180,270.43. |
| **Creditor Id: 281993**<br>BARBER MILK, INC<br>C/O DEAN FOODS COMPANY<br>ATTN ALEX D MADRAZO<br>2515 MCKENNEY AVENUE, SUITE 1200<br>DALLAS TX 75201 | 4676<br>Debtor: WINN-DIXIE STORES, INC. | $261,908.14 | $145,496.12 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $3,344.57, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $6,131.28 AND $8.63, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $107,017.44. |
| **Creditor Id: 399361**<br>BARDSTOWN SC, LLC, SUCCESSOR TO KHS DEVELOPMENT CO<br>C/O FROST BROWN TODD LLC<br>ATTN KYLER GRUBBS, ESQ<br>201 EAST FIFTH ST, 2200 PNC CENTER<br>CINCINNATI OH 45202 | 502<br>Debtor: WINN-DIXIE STORES, INC. | $443,327.00 | $417,478.34 | REDUCED AMOUNT REFLECTS PAYMENT OF PREPETITION AND POSTPETITION RENT OF $19,467.76 AND $7,385.90, RESPECTIVELY, BY CHECK NUMBER 007440721 (CLEARED 2/8/05). REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 2069**<br>BUNGE INVESTMENT CO, LLC<br>ATTN CHRISTOPHER A SARPY<br>3821 RIDGELAKE DRIVE, SUITE 203<br>METAIRIE LA 70002-1739<br><br>Transferee: CSFB 1998-C1 SHIRLEY ROAD LLC<br>Counsel: ATTN LAUREL M ISICOFF, ESQ | 12375<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $1,861,545.21 | $740,284.52 | REDUCED AMOUNT REFLECTS REMOVAL OF $23,723.88 FOR OVERSTATED REJECTION DAMAGES AND $903,000 FOR ESTIMATED REPAIRS LACKING SUPPORTING DOCUMENTATION AND ADDITION OF $2,485.19 FOR 2005 PREPETITION REAL ESTATE TAXES. |
| **Creditor Id: 2103**<br>C&A LTD, LO<br>C/O PHILLIPS EDISON & CO, LTD<br>ATTN R MARK ADDY, MANAGING AGT<br>11690 GROOMS ROAD<br>CINCINNATI OH 45242<br><br>Transferee: LCH OPPORTUNITIES LLC | 12066<br>Debtor: WINN-DIXIE STORES, INC. | $597,159.86 | $561,162.71 | REDUCED AMOUNT REFLECTS REMOVAL OF $35,997.18 FOR POSTPETITION CHARGES. ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 244349**<br>CAGLES, INC<br>C/O STUTSMAN & THAMES, PA<br>ATTN R R THAMES & N LA-FLEUR, ESQS<br>121 W FORSYTH STREET, SUITE 600<br>JACKSONVILLE FL 32202 | 8944<br>Debtor: | $210,422.74<br>WINN-DIXIE PROCUREMENT, INC. | $92,870.21 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $268.13 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $117,284.40. |
| **Creditor Id: 316028**<br>CARRINGTON, FRANCIS<br>ATTN RICHARD DEMAS<br>PO BOX 1328<br>EUREKA, CA 95502 | 3144<br>Debtor: | $17,921.14<br>WINN-DIXIE RALEIGH, INC. | $13,173.73 | REDUCED AMOUNT REFLECTS REMOVAL OF $4,747.41 FOR PREPETITION 2005 COMMON AREA MAINTENANCE CHARGES. DEBTOR GAVE FF ACQUISITION CREDIT FOR SUCH CHARGES IN CLOSING STATEMENT, ACCORDINGLY, FF ACQUISITION OWES THAT AMOUNT, NOT DEBTOR. |
| **Creditor Id: 394018**<br>CHRISTOVICH & KEARNEY, LLP<br>ATTN JUDY L MILNAR<br>601 POYDRAS STREET, STE 2300<br>NEW ORLEANS, LA 70130-6078 | 1404<br>Debtor: | $15,753.65<br>WINN-DIXIE STORES, INC. | $15,537.05 | REDUCED AMOUNT REFLECTS REMOVAL OF $216.60 FOR OVERCHARGES (INVOICE NUMBERS 1400146 ($11.50), 1400155 ($23.00), 1400164 ($129.00), 1400510 ($53.00)). |
| **Creditor Id: 246380**<br>CHURCH & DWIGHT<br>ATTN GERALD J STEPIEN, CREDIT MGR<br>469 NORTH HARRISON STREET<br>PRINCETON NJ 08543-5297 | 2897<br>Debtor: | $569,578.01<br>WINN-DIXIE STORES, INC. | $391,173.25 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $7,065.48, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $2,709.96 AND $48,854.18, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $224,063.76, AND REMOVAL OF $16,019.22 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 381778**<br>CLOROX SALES COMPANY, THE<br>ATTN SYBIL SHAW<br>3655 BROOKSIDE PARKWAY, STE 300<br>ALPHARETTA GA 30022<br><br>Transferee: AMROC INVESTMENTS LLC | 11288<br>Debtor: | $1,763,654.98<br>WINN-DIXIE PROCUREMENT, INC. | $1,190,708.84 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $17,827.18, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $21,718.95 AND $6,551.30, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $862,672.73. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 411179**<br>COCA COLA BOTTLING CO CONSOLIDATED<br>& FREMONT COCA COLA BOTTL ET AL<br>ATTN JOYCE L ROPER, CR MGR<br>PO BOX 31487<br>CHARLOTTE NC 28231<br><br>Counsel: ATTN AMY PRITCHARD WILLIAMS, ESQ | 13046<br>Debtor: | $503,847.99<br>WINN-DIXIE STORES, INC. | $501,847.99 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 411178<br>COCA COLA BOTTLING CO CONSOLIDATED<br>& PIEDMONT COCA COLA BOTTL, ET AL<br>ATTN JOYCE L ROPER, CR MGR<br>PO BOX 31487<br>CHARLOTTE NC 28231 | 13058<br>Debtor: | $486,146.67<br>WINN-DIXIE RALEIGH, INC. | $435,574.03 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| Counsel: ATTN AMY PRITCHARD WILLIAMS, ESQ | | | | |
| Creditor Id: 411178<br>COCA COLA BOTTLING CO CONSOLIDATED<br>& PIEDMONT COCA COLA BOTTL, ET AL<br>ATTN JOYCE L ROPER, CR MGR<br>PO BOX 31487<br>CHARLOTTE NC 28231 | 13059<br>Debtor: | $755,951.31<br>WINN-DIXIE MONTGOMERY, INC. | $750,931.31 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| Counsel: ATTN AMY PRITCHARD WILLIAMS, ESQ | | | | |
| Creditor Id: 411108<br>COCA-COLA COMPANY, THE<br>PO BOX 1734<br>NAT 2016<br>ATLANTA GA 30301 | 7378<br>Debtor: | $554,671.94<br>WINN-DIXIE STORES, INC. | $289,834.98 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| Counsel: ATTN ALAN M WEISS, ESQ | | | | |
| Creditor Id: 416850<br>COMBINED LAND CO INC<br>ATTN CLAUDE F SMITH, JR/J MENDOLA<br>36 RICHMOND PLAZA<br>ROCKINGHAM NC 28379 | 12469<br>Debtor: | $10,167.35<br>WINN-DIXIE RALEIGH, INC. | $8,094.84 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,072.51 FOR SWEEPING SERVICES DISPUTED BY PROPERTY MANAGER AS DEBTOR EMPLOYS ITS OWN SWEEPER. |
| Creditor Id: 416976<br>COMMONWEALTH OF KENTUCKY REV DEPT<br>LEGAL BRANCH - BANKRUPTCY SECTION<br>ATTN LEANNE WARREN<br>PO BOX 5222<br>FRANKFORT KY 40602 | 12593<br>Debtor: | $256,598.11<br>WINN-DIXIE STORES, INC. | $254.62 | REDUCED AMOUNT REFLECTS INTEREST AND PENALTY DUE. CLAIM ASSERTED AGAINST WINN-DIXIE WINN-DIXIE RALEIGH, INC., WINN-DIXIE PROCUREMENT, INC., AND WINN-DIXIE LOGISTICS, INC. RALEIGH PAID $6,134.52 ON 3/9/05 BY CHECK NUMBER 8003720 FOR YEAR ENDING 1/31/2005, PROCUREMENT HAS NO INFORMATION FOR 2001, PAID $1,385.18 ON 11/12/04 BY CHECK NUMBER 7110259 FOR YEAR ENDING 1/25/03, AND HAS A TOTAL CREDIT OF $21.92 FOR YEAR ENDING 12/31/04. LOGISTICS PAID $1,057.37 ON 1/4/05 BY CHECK NUMBER 7421362 FOR YEAR ENDING 12/31/04. IT APPEARS FILES WERE SENT TWICE GIVING APPEARANCE THAT WAGES WERE DOUBLE WHAT THEY ACTUALLY WERE BUT CORRECT TAXES WERE PAID. OF REDUCED AMOUNT, $9.24 IS CLASSIFIED AS UNSECURED PRIORITY AND $245.38 AS UNSECURED NON-PRIORITY. |
| Counsel: ATTN: ALBERT B CHANDLER III, ESQ | | | | |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor id: 381863<br>CONTINENTAL MILLS<br>C/O PERKINS COIE, LLP<br>ATTN B MACINTYRE/J STEVENSON, ESQS<br>1201 THIRD AVE, 40TH FL<br>SEATTLE WA 98101-3099 | 9456<br>Debtor: WINN-DIXIE STORES, INC. | $109,249.53 | $24,278.77 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $2,213,375, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $8,501.40 AND $425.36, RESPECTIVELY, RECLAMATION CLAIM FOR PROCESS TOTALING $45,337.77, AND REMOVAL OF $11,493.46 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| Creditor id: 247147<br>CPM ASSOCIATES, LP<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 800<br>ATLANTA GA 30309-7706 | 10835<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $29,259.79 | $15,780.55 | REDUCED AMOUNT REFLECTS PAYMENT OF $13,479.24 BY CHECK NUMBER 007439946 (CLEARED 2/2/05) FOR 2004 COMMON AREA MAINTENANCE CHARGES. |
| Creditor id: 410738<br>DE LAGE LANDEN FINANCIAL SVCS INC<br>C/O MILNER DOCUMENT PRODUCTS, INC<br>ATTN RAY CROUSE<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE PA 19087 | 9563<br>Debtor: WINN-DIXIE STORES, INC. | $13,154.17 | $993.34 | REDUCED AMOUNT REFLECTS AMOUNT DUE PER DEBTORS BOOKS AND RECORDS. |
| Creditor id: 410696<br>DECATUR REALTY, SUCCESSOR TO<br>BAUM/GARDNER-HOGAN, INC<br>ATTN DAVID N ESKENAZI, MEMBER<br>2220 N MERIDIAN STREET<br>INDIANAPOLIS IN 46208 | 0556<br>Debtor: DEBTOR IS UNIDENTIFIABLE | $2,269,413.00 | $420,545.56 | REDUCED AMOUNT REFLECTS REMOVAL OF $1,776,145.64 FOR OVERSTATED REJECTION DAMAGES AND $72,416.50 FOR POSTPETITION CHARGES. ADMINISTRATIVE CLAIM FOR POSTPETITION CHARGES NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| Creditor id: 403204<br>DREYERS GRAND ICE CREAM<br>ATTN SHANE WEITZEL<br>5929 COLLEGE AVENUE<br>OAKLAND CA 94618<br><br>Counsel: ATTN: DAVID J COOK, ESQ | 2897<br>Debtor: WINN-DIXIE STORES, INC. | $1,662,658.05 | $529,910.74 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $8,218.30, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $219,000.17 AND $70,479.33, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $282,985.76, AND REMOVAL OF $292,065.21 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| Creditor id: 246222<br>EVANGELINE LIFE INSURANCE CO<br>ATTN DAVID L LANDRY, VP<br>PO BOX 13058<br>NEW IBERIA, LA 70562-3058<br><br>Counsel: ATTN LEWIS H PITMAN, JR | 8778<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $105,654.00 | $91,146.17 | REDUCED AMOUNT REFLECTS REMOVAL OF IMPERMISSIBLE INTEREST IN THE AMOUNT OF $14,507.73. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 394039<br>FAIN, MAJOR & BRENNAN, PC<br>ATTN GENE A MAJOR, ESQ<br>100 GLENRIDGE POINT PKWY, STE 500<br>ATLANTA, GA 30342 | 10027<br>Debtor: | $38,387.10<br>WINN-DIXIE STORES, INC. | $37,629.81 | REDUCED AMOUNT REFLECTS REMOVAL OF $757.29 FOR DUPLICATE CHARGES (INVOICE NUMBERS 20638, 20638, AND 20639 ARE INCLUDED IN INVOICE NUMBERS 21219, 21222, AND 21223, RESPECTIVELY). |
| Creditor Id: 1343<br>FOLMAR & ASSOCIATES<br>ATTN W CURTIS WILSON, JR<br>PO BOX 16765<br>MOBILE AL 36616 | 9794<br>Debtor: | $48,844.43<br>WINN-DIXIE STORES, INC. | $41,866.65 | REDUCED AMOUNT REFLECTS REMOVAL OF $6,977.78 FOR ESTIMATED 2005 PREPETITION COMMON AREA MAINTENANCE CHARGES, REAL ESTATE TAXES, AND INSURANCE. |
| Creditor Id: 394040<br>FRAZER HUBBARD BRANDT TRASK ET AL<br>ATTN JAMES L YACAVONE III, ESQ<br>595 MAIN STREET<br>DUNEDIN, FL 34698 | 2216<br>Debtor: | $17,576.87<br>WINN-DIXIE STORES, INC. | $10,070.87 | REDUCED AMOUNT REFLECTS REMOVAL OF $5,026.85 FOR CHARGES LACKING SUPPORTING DOCUMENTATION DESPITE REPEATED INQUIRIES AND $1453.11 FOR POSTPETITION INVOICE NUMBER 1994 AND 7/6/05 PAYMENT OF $2,727.04 BY CHECK NUMBER 000968689 FOR INVOICE NUMBERS 19551, 19592, 19593, 19596, 19597, AND 19598. |
| Creditor Id: 394066<br>GEORGE, HARTZ, LUNDEEN, ET AL<br>ATTN CHARLES M HARTZ<br>4800 LEJUNE RD<br>CORAL GABLES, FL 33146 | 2220<br>Debtor: | $118,817.81<br>WINN-DIXIE STORES, INC. | $114,960.39 | REDUCED AMOUNT REFLECTS 7/5/05 PAYMENT OF $3,917.42 BY CHECK NUMBER 000068623 FOR POSTPETITION INVOICE. |
| Creditor Id: 250702<br>GOLDEN FLAKE SNACK FOODS, INC<br>ATTN FREEDA ELLIOTT, CR MGR<br>ONE GOLDEN FLAKE DRIVE<br>BIRMINGHAM, AL 35205<br><br>Transferee: MADISON INVESTMENT TRUST - SERIES 3<br>Counsel: ATTN WALTER F MCARDLE, ESQ | 11832<br>Debtor: | $543,188.43<br>WINN-DIXIE STORES, INC. | $521,413.04 | REDUCED AMOUNT REFLECTS REMOVAL OF $21,775.39 FOR CHARGES LACKING SUPPORTING DOCUMENTATION. |
| Creditor Id: 403504<br>GREATAMERICA LEASING CORPORATION<br>ATTN SHARON KEYS<br>PO BOX 609<br>CEDAR RAPIDS IA 52406-0609 | 1078<br>Debtor: | $21,851.59<br>WINN-DIXIE MONTGOMERY, INC. | $13,728.00 | REDUCED AMOUNT REFLECTS REMAINING AMOUNTS DUE UNDER REJECTED CONTRACT. |
| Creditor Id: 398213<br>HILL HILL CARTER FRANCO ET AL<br>ATTN RANDALL MORGAN, VP<br>425 S. PERRY STREET<br>MONTGOMERY AL 36104 | 8776<br>Debtor: | $56,144.39<br>WINN-DIXIE STORES, INC. | $55,239.39 | REDUCED AMOUNT REFLECTS PAYMENTS OF $1,134.00 ON 10/11/05 BY CHECK NUMBER 00047369 AND $848.00, $50.00, AND $75.00 ON 4/10/06 BY CHECK NUMBERS 09004407, 09004408, AND 09004600, RESPECTIVELY, PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432). |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 251993<br>IBERIA WORLD FOODS CORP<br>ATTN LYDIA GREENSTEIN, CR MGR<br>12300 NW 32ND AVENUE<br>MIAMI, FL 33167-2418 | 11083<br>Debtor: | WINN-DIXIE STORES, INC.<br>$532,004.45 | $380,555.54 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $2,009.42, RECLAMATION PAYMENTS IN PROCESS TOTALING $84,301.52, AND REMOVAL OF $65,134.87 NEITHER LISTED ON DEBTORS BOOKS AND RECORDS NOR SUPPORTED BY ADEQUATE DOCUMENTATION. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| Creditor Id: 252061<br>IMAGISTICS INTERNATIONAL INC FKA<br>PITNEY BOWES OFFICE SYSTEMS<br>PO BOX 856103<br>LOUISVILLE, KY 40285-6103 | 10382<br>Debtor: | WINN-DIXIE STORES, INC.<br>$124,991.93 | $27,257.98 | REDUCED AMOUNT REFLECTS AMOUNT DUE PER DEBTORS BOOKS AND RECORDS. |
| Creditor Id: 411153<br>IPF/HEIGHTS LP<br>C/O INFINITY PROPERTY MGMT CORP.<br>PACES WEST BUILDING ONE<br>2727 PACES FERRY ROAD, SUITE 1-1650<br>ATLANTA GA 30339<br>Counsel: ATTN LAWRENCE J SCHWARTZ, ESQ. | 11182<br>Debtor: | WINN-DIXIE STORES, INC.<br>$25,375.50 | $14,438.58 | REDUCED AMOUNT REFLECTS REMOVAL OF $10,936.92 FOR POSTPETITION CHARGES. ADMINISTRATIVE CLAIM FOR POSTPETITION CHARGES NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| Creditor Id: 403322<br>J GORDON ROTHWELL, PA<br>ATTN J GORDON ROTHWELL, PRESIDENT<br>580 1ST AVENUE NORTH<br>ST PETERSBURG FL 33701<br>Counsel: ATTN DAVID B MCEWEN, ESQ | 9210<br>Debtor: | WINN-DIXIE STORES, INC.<br>$74,635.66 | $62,452.75 | REDUCED AMOUNT REFLECTS REMOVAL OF $4,140.71 AND $57 FOR POSTPETITION INVOICE NUMBERS 206 AND 304, RESPECTIVELY, AND 7/3/05 PAYMENT OF $7,985.20 BY CHECK NUMBER 003008665 FOR POSTPETITION WORK. |
| Creditor Id: 1489<br>JOHN BENETTI ASSOCIATES<br>C/O JOHN BENETTI<br>60 MOUNT VERNON LANE<br>ATHERTON, CA 94025<br>Transferee: MADISON INVESTMENT TRUST - SERIES 1<br>Counsel: ATTN DAVID G FINKELSTEIN, ESQ | 8620<br>Debtor: | WINN-DIXIE STORES, INC.<br>$1,069,400.22 | $461,075.22 | REDUCED AMOUNT REFLECTS REMOVAL OF $688,225.00 FOR OVERSTATED DEFERRED MAINTENANCE CHARGES AND $100.00 FOR CALCULATION ERROR. |
| Creditor Id: 399445<br>JOHNSON & JOHNSON SALES/LOGISTIC CO<br>DIV JOHNSON & JOHNSON CONSUMER CO<br>C/O PATTERSON BELKNAP WEBB & TYLER<br>ATTN DAVID W DYKHOUSE, ESQ<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-6710 | 548<br>Debtor: | WINN-DIXIE PROCUREMENT, INC.<br>$2,012,537.69 | $768,690.72 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $27,828.57, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCES OF $14,143.58 AND $47,041.50, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $890,548.20, AND REMOVAL OF $264,086.09 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 403302**<br>JULA TRUST, LLC<br>C/O PFATZER SWERGOLD KARLIN ET AL<br>ATTN T SAUUTTO/S LYDELL, ESQS<br>1095 AVENUE OF THE AMERICAS, 18TH F<br>NEW YORK, NY 10015 | 6215<br>Debtor: | $312,617.54<br>WINN-DIXIE STORES, INC. | $254,288.45 | REDUCED AMOUNT REFLECTS REMOVAL OF $41,168.60 FOR MATHEMATICAL ERROR IN PROOF OF CLAIM AND $17,160.49 FOR OVERSTATED 2005 INSURANCE. |
| **Creditor Id: 411293**<br>KEMOR PROPERTIES, INC<br>ATTN MARK HORNSTEN<br>1550 DE MAISONNEUVE WEST, SUITE 8<br>MONTREAL, QUEBEC  H3G1N2 CANADA<br><br>Counsel: ATTN: ERIC D SCHWARTZ, ESQ | 9833<br>Debtor: | $1,498,272.59<br>WINN-DIXIE MONTGOMERY, INC. | $413,038.55 | REDUCED AMOUNT REFLECTS REMOVAL OF $1,008,333.68 FOR OVERSTATED REJECTION DAMAGES, $62,500 FOR ESTIMATED ROOF REPAIR COSTS, $915.18 AND $328.58 FOR OVERSTATED 2005 PREPETITION REAL ESTATE TAXES AND INSURANCE, RESPECTIVELY, $2,125.40 AND $33.20 FOR POSTPETITION REAL ESTATE TAXES AND INSURANCE, RESPECTIVELY, AND $11,000 FOR LEGAL FEES. ADMINISTRATIVE CLAIM FOR POSTPETITION CHARGES NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 383217**<br>KIR COLERAIN 017, LLC<br>C/O MORGAN, LEWIS & BOCKIUS LLP<br>ATTN NEIL E HERMAN, ESQ<br>101 PARK AVENUE<br>NEW YORK, NY 10178 | 295<br>Debtor: | $772,322.11<br>WINN-DIXIE STORES, INC. | $750,718.40 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 2966**<br>LANCASTER COMMUNITY INVESTORS LC<br>ATTN THOMAS A GOSSE, MGR<br>PO BOX 1582<br>KILMARNOCK, VA 22482 | 9291<br>Debtor: | $3,167,550.00<br>WINN-DIXIE RALEIGH, INC. | $517,003.26 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |
| **Creditor Id: 407608**<br>LAND-O-SUN DAIRIES, LLC DBA<br>PET DAIRY<br>C/O DEAN FOODS COMPANY<br>ATTN ALEX D MADRAZO<br>2515 MCKINNEY AVENUE, SUITE 1200<br>DALLAS, TX 76201 | 4574<br>Debtor: | $124,050.77<br>WINN-DIXIE STORES, INC. | $85,735.15 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1,080.73, ACCOUNT PAYABLE CREDIT OF $2,631.33, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $34,563.56. |
| **Creditor Id: 394059**<br>LANDRY & LAVELLE, LLP<br>ATTN PAUL M LAVELLE<br>3822 ELYSIAN FIELDS AVENUE<br>NEW ORLEANS, LA 70122-4565 | 2782<br>Debtor: | $35,412.08<br>WINN-DIXIE MONTGOMERY, INC. | $32,423.83 | REDUCED AMOUNT REFLECTS 7/6/05 PAYMENT OF $2,988.13 FOR POSTPETITION INVOICES BY CHECK NUMBER 008085549. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 407463**<br>LASALLE BANK NATL ASSOC, AS TTEE<br>HOLDERS OF BEAR STEARNS COMM MORTG<br>C/O MCKENNA LONG & ALDRIDGE LLP<br>ATTN: B SUMMER CHANDLER<br>303 PEACHTREE ST, STE 5300<br>ATLANTA GA 30308 | 10816<br>Debtor: | $838,708.34<br>WINN-DIXIE MONTGOMERY, INC. | $772,318.00 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 405287**<br>LEXISNEXIS EXAMEN INC, DIV OF<br>REED ELSEVIER, INC<br>ATTN BETH FARNHAM<br>9443 SPRINGBORO PIKE<br>MIAMISBURG OH 45342<br><br>Transferee: DELLACAMERA CAPITAL MASTER FUND LTD | 13257<br>Debtor: | $151,091.04<br>WINN-DIXIE STORES, INC. | $149,356.39 | REDUCED AMOUNT REFLECTS REMOVAL OF $28.38 FOR POSTPETITION PORTION OF INVOICE NUMBER 0502235297 AND PAYMENT OF $2,524.27 ON 5/16/05 AND $84.00 ON 2/16/05 FOR POSTPETITION PORTION OF 0502225921 BY CHECK NUMBER 8040386 AND POSTPETITION INVOICE NUMBER 0502226480 BY CHECK NUMBER 8166701, RESPECTIVELY. |
| **Creditor Id: 403331**<br>MARSHALL DENNEHEY WARNER ET AL<br>12 E BAY STREET<br>JACKSONVILLE FL 32200-3247 | 8936<br>Debtor: | $10,714.53<br>WINN-DIXIE STORES, INC. | $9,852.03 | REDUCED AMOUNT REFLECTS 7/5/05 PAYMENT OF $862.50 BY CHECK NUMBER 008069571 FOR POSTPETITION INVOICE NUMBERS 637421 AND 637422. |
| **Creditor Id: 381840**<br>MARYLAND & VIRGINIA MILK PRODUCERS<br>C/O REED SMITH LLP<br>ATTN ROBERT M MARINO, ESQ<br>STE 1100, EAST TOWER<br>1301 K STREET NW<br>WASHINGTON DC 20005-3317<br><br>Transferee: AMROC INVESTMENTS LLC<br>Counsel: ATTN: ANDREW L MORRISON | 2501<br>Debtor: | $3,242,815.85<br>WINN-DIXIE STORES, INC. | $2,841,542.49 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $42,993.57 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $358,279.79. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 2398**<br>MASON SHOPPING CENTER PARTNERSHIP<br>C/O TOWN CENTER COMPANY<br>ATTN PAUL E GRANICK, GP<br>7462 JAGER COURT<br>CINCINNATI, OH 45230<br><br>Transferee: LONGACRE MASTER FUND LTD | 7931<br>Debtor: | $755,481.02<br>WINN-DIXIE RALEIGH, INC. | $737,211.08 | REDUCED AMOUNT REFLECTS PAYMENT OF $14,676.27 FOR POSTPETITION RENT AND POSTPETITION CREDIT OF $3,593.67. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor id: 352041<br>MCARTHUR DAIRY, INC<br>C/O DEAN FOODS COMPANY<br>ATTN ALEX D MADRAZO<br>2515 MCKINNEY AVENUE, SUITE 1200<br>DALLAS TX 75201 | 5257<br>Debtor: | $305,045.87<br>WINN-DIXIE STORES, INC. | $160,989.62 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $4,084.71, ACCOUNTS PAYABLE CREDIT OF $25,366.30, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $115,596.34. |
| Creditor id: 255884<br>MCDUFFIE SQUARE LP<br>C/O HULL STOREY RETAIL GROUP, LLC<br>ATTN MIKE FOWLER, ESQ<br>PO BOX 204227<br>AUGUSTA, GA 30917-4227 | 12324<br>Debtor: | $265,581.19<br>WINN-DIXIE STORES, INC. | $275,597.20 | REDUCED AMOUNT REFLECTS REMOVAL OF $9,983.99 FOR POSTPETITION CHARGES. ADMINISTRATIVE CLAIM FOR POSTPETITION CHARGES NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| Creditor id: 1602<br>MILFORD STATION, LTD<br>C/O PHILLIPS EDISON & CO, LTD<br>ATTN R MARK ADDY, MANAGING AGT<br>11580 GROOMS ROAD<br>CINCINNATI, OH 45242 | 8031<br>Debtor: | $286,142.56<br>WINN-DIXIE RALEIGH, INC. | $277,629.50 | REDUCED AMOUNT REFLECTS REMOVAL OF $8,603.01 FOR OVERSTATED REJECTION DAMAGES, $1,535.05 FOR PENALTY ON 2004 REAL ESTATE TAXES, AND $375.00 FOR TRASH REMOVAL. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| Transferee: LCH OPPORTUNITIES LLC | | | | |
| Creditor id: 279072<br>MT OLIVE PICKLE COMPANY, INC<br>C/O WHARTON ALDHIZER & WEAVER, PLC<br>ATTN STEPHAN W MILO, ESQ<br>125 S AUGUSTA STREET, STE 2000<br>STAMPTON, VA 24401 | 5702<br>Debtor: | $223,374.75<br>WINN-DIXIE PROCUREMENT, INC. | $57,535.23 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $176.44, NET CONSUMPTION WAIVER OF $5,298.17, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $169,364.91. |
| Creditor id: 255911<br>NARANJA LAKES JOINT VENTURES<br>C/O FIRC MANAGEMENT INC<br>ATTN ALEJANDRO SOSA, DIR<br>2289 SW 37TH AVE, 4TH FLR<br>MIAMI, FL 33145 | 5929<br>Debtor: | $42,807.71<br>WINN-DIXIE STORES, INC. | $37,608.91 | REDUCED AMOUNT REFLECTS 8/21/05 PAYMENT OF $5,198.80 FOR POSTPETITION COMMON AREA MAINTENANCE CHARGES AND INSURANCE BY CHECK NUMBER 008080830. |
| Creditor id: 407534<br>NATIONAL SALES SERVICES, INC DBA<br>NATIONAL RETAIL SERVICES<br>C/O EURO RSCG WORLDWIDE, INC<br>ATTN W FASANO OR NANCY WYNNE, ESQ<br>350 HUDSON STREET<br>NEW YORK NY 10014 | 4212<br>Debtor: | $473,485.53<br>WINN-DIXIE STORES, INC. | $274,314.57 | REDUCED AMOUNT REFLECTS AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 410421<br>NORFAM, LLC, SUCCESSOR<br>CAROLINA DEVELOPMENT CO<br>C/O KENNEDY COVINGTON, ET AL #300<br>ATTN MARGARET R WESTBROOK, ESQ<br>4350 LASSITER AT NORTH HILLS AVE<br>RALEIGH NC 27609 | 11851<br>Debtor: | $199,625.18<br>WINN-DIXIE RALEIGH, INC. | $175,107.37 | REDUCED AMOUNT REFLECTS REMOVAL OF $5,265.29 FOR OVERSTATED 2005 PREPETITION TAXES AND $12,897.90 AND $8,354.62 FOR POSTPETITION RENT AND REAL ESTATE TAXES, RESPECTIVELY. ADMINISTRATIVE CLAIM FOR POSTPETITION CHARGES NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| Creditor Id: 257461<br>NORTHWEST JUNCTION PARTNERS<br>C/O NANCY M LANE<br>1855 LAKELAND DRIVE, SUITE G-10<br>JACKSON, MS 39216<br><br>Counsel: ATTN MARCUS M WILSON, ESQ | 8255<br>Debtor: | $108,990.93<br>WINN-DIXIE MONTGOMERY, INC. | $56,593.89 | REDUCED AMOUNT REFLECTS REMOVAL OF $40,492.74 FOR OVERSTATED REJECTION DAMAGES AND $9,904.30 FOR POSTPETITION CHARGES. ADMINISTRATIVE CLAIM FOR POSTPETITION CHARGES NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS UNSECURED NON-PRIORITY. |
| Creditor Id: 394067<br>OSTENDORF TATE BARNETT & WELLS, LLP<br>ATTN KAREN HATTIER, OPERATIONS MGR<br>PO BOX 50080<br>NEW ORLEANS, LA 70150 | 8207<br>Debtor: | $93,314.65<br>WINN-DIXIE MONTGOMERY, INC. | $91,071.04 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,243.61 FOR UNDOCUMENTED CHARGES. |
| Creditor Id: 279257<br>PACTIV CORPORATION<br>ATTN STAN GALINGERS/ J MARTIN<br>1900 W FIELD COURT<br>LAKE FOREST IL 60045 | 2233<br>Debtor: | $852,364.67<br>WINN-DIXIE STORES, INC. | $406,318.24 | REDUCED AMOUNT REFLECTS ADDITIONAL RECLAMATION CLAIM OF $10,000, NET CONSUMPTION WAIVER OF $12,698.42, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $14,140.92 AND $1,559.43, RESPECTIVELY. RECLAMATION PAYMENTS IN PROCESS TOTALING $402,787.88, AND REMOVAL OF $15,846.26 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| Creditor Id: 2515<br>PALMER, ROBERT H JR<br>PO BOX 3146<br>JOHNSON CITY, TN 37602<br><br>Counsel: ATTN EDWARD T BRADING, ESQ | 12854<br>Debtor: | $65,763.41<br>WINN-DIXIE RALEIGH, INC. | $55,890.95 | REDUCED AMOUNT REFLECTS REMOVAL OF $9,872.46 FOR POSTPETITION CHARGES. ADMINISTRATIVE CLAIM FOR POSTPETITION CHARGES NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| Creditor Id: 382068<br>PILGRIM'S PRIDE CORP<br>ATTN K LAWRENCE/ T DUFFEE<br>DEPT 24<br>PO BOX 60<br>PITTSBURG TX 75686-0093 | 11210<br>Debtor: | $381,300.07<br>WINN-DIXIE STORES, INC. | $242,375.66 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $3,789.08, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $28,410.48 AND $205.52, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $87,515.33. REDUCED AMOUNT IS UNSECURED NON-PRIORITY. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B – OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 411222**<br>PROCTER & GAMBLE DIST CO<br>ATTN G M JONES, SR CREDIT MGR<br>8500 GOVERNORS HILL DRIVE<br>CINCINNATI OH 46249 | 9474<br>Debtor: | $6,341,805.10<br>WINN-DIXIE STORES, INC. | $1,768,497.53 | REDUCED AMOUNT INCLUDES ADDITIONAL RECLAMATION CLAIM OF $63,398.35, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $31,576.35 AND $988,000.05, RESPECTIVELY, NET CONSUMPTION WAIVER OF $120,589.75, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $3,765,805.46. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 259004**<br>PROTEMP SERVICES, LLC<br>ATTN ANGEL WESTBROOK & SCOTT BAKER<br>517 BAYHILL RIDGE CIRCLE<br>BIRMINGHAM AL 35244 | 275<br>Debtor: | $79,802.50<br>WINN-DIXIE STORES, INC. | $71,844.50 | REDUCED AMOUNT REFLECTS REMOVAL OF $4,000.00 FOR INVOICE NUMBER 1361 AS PERSON LISTED ON INVOICE WAS NOT HIRED AND THEREFORE PLACEMENT FEE IS NOT OWED AND $4,158.00 FOR INVOICE NUMBER 1185 AS CLAIMANT INFORMED DEBTOR INVOICE WAS PAID. |
| Transferee: MADISON INVESTMENT TRUST - SERIES 3 | | | | |
| **Creditor Id: 268554**<br>RICH-SEAPAK CORPORATION<br>ATTN TOM MCBRIDE, CR MGR<br>PO BOX 86072<br>CHICAGO, IL 60683-0072 | 4723<br>Debtor: | $73,013.23<br>WINN-DIXIE MONTGOMERY, INC. | $3,741.11 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $87,272.12. |
| **Creditor Id: 268554**<br>RICH-SEAPAK CORPORATION<br>ATTN TOM MCBRIDE, CR MGR<br>PO BOX 86072<br>CHICAGO, IL 60683-0072 | 4724<br>Debtor: | $124,169.83<br>WINN-DIXIE STORES, INC. | $3,453.88 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $120,715.95. |
| **Creditor Id: 394060**<br>RIGDON, ALEXANDER & RIGDON, LLP<br>ATTN H A RIGDON, JR<br>PO BOX 412169<br>MELBOURNE, FL 32941-2169 | 2697<br>Debtor: | $15,564.53<br>WINN-DIXIE STORES, INC. | $13,954.32 | REDUCED AMOUNT REFLECTS PAYMENT OF $1,530.21 BY CHECK 009066605 FOR POSTPETITION LIABILITY INCLUDED IN ASSERTED AMOUNT. |
| **Creditor Id: 394034**<br>SANDS, ANDERSON, MARKS & MILLER, PC<br>ATTN TERRENCE L GRAVES<br>PO BOX 1998<br>RICHMOND, VA 23218-1998 | 8860<br>Debtor: | $341.50<br>WINN-DIXIE STORES, INC. | $287.00 | REDUCED AMOUNT REFLECTS PAYMENT OF $44.50 ON 7/5/05 BY CHECK 008068425 FOR POSTPETITION INVOICE. |
| **Creditor Id: 394034**<br>SANDS, ANDERSON, MARKS & MILLER, PC<br>ATTN TERRENCE L GRAVES<br>PO BOX 1998<br>RICHMOND, VA 23218-1998 | 8853<br>Debtor: | $2,318.44<br>WINN-DIXIE STORES, INC. | $2,178.00 | REDUCED AMOUNT REFLECTS PAYMENT OF $139.44 ON 7/5/05 BY CHECK 008068425 FOR POSTPETITION INVOICE. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:** 394034<br>SANDS, ANDERSON, MARKS & MILLER, PC<br>ATTN TERRENCE L GRAVES<br>PO BOX 1998<br>RICHMOND, VA 23218-1998 | 8885<br>**Debtor:** WINN-DIXIE STORES, INC. | $4,321.18 | $3,912.26 | REDUCED AMOUNT REFLECTS PAYMENT OF $408.92 ON 7/5/05 BY CHECK NUMBER 00008342S FOR POSTPETITION INVOICES. |
| **Creditor Id:** 280495<br>SAWICKI REALTY CO<br>ATTN HENRY J SAWICKI, III, PRES<br>118 W WAYNE ST<br>MAUMEE, OH 43537<br><br>Transferee: SAWICKI REALTY CO<br>Counsel: ATTN: THOMAS A GIBSON, ESQ | 11982<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $1,093,476.90 | $999,212.71 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id:** 1825<br>SCP WINTER GARDEN FL, LLC<br>C/O LOOPER REED & McGRAW, PC<br>ATTN J CARY GRAY, ESQ<br>1300 POST OAK BLVD, STE 2000<br>HOUSTON, TX 77056<br><br>Counsel: ATTN THOMAS H KEEN, ESQ. | 12176<br>**Debtor:** WINN-DIXIE STORES, INC. | $2,019,887.32 | $1,462,741.04 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id:** 382164<br>SFJ MANAGEMENT, INC<br>ATTN TERRY W PRATHER, VP/GM<br>12301 LAKE FOREST BLVD<br>NEW ORLEANS, LA 70129 | 7654<br>**Debtor:** WINN-DIXIE STORES, INC. | $169,255.15 | $130,593.24 | REDUCED AMOUNT REFLECTS AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. CLAIMANT INCORRECTLY RECONCILED TICKET SALES. |
| **Creditor Id:** 278064<br>SIRIUS COMPUTER SOLUTIONS INC<br>ATTN JOHN MEDINA, CREDIT MGR<br>813 NW LOOP 410, SUITE 1000<br>SAN ANTONIO TX 78216<br><br>Counsel: ATTN PATRICK F HUFFSTICKLER, ESQ | 8471<br>**Debtor:** WINN-DIXIE STORES, INC. | $988,409.30 | $981,150.12 | REDUCED AMOUNT REFLECTS AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 407705<br>SOUTHERN FOODS GROUP, LP DBA<br>BROWNS DAIRY<br>C/O DEAN FOODS COMPANY<br>ATTN ALEX D MADRAZO<br>2515 McKINNEY AVENUE, SUITE 1200<br>DALLAS TX 75201 | 5285<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $42,610.08 | $20,576.94 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $499.37, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $5,583.90 AND $129.04, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $15,880.91. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 378217<br>STEPHENS, CHARLES P<br>C/O WINN-DIXIE STORES, INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254-3699 | 9968<br>Debtor: | $1,500.00<br>WINN-DIXIE STORES, INC. | $500.00 | REDUCED AMOUNT REFLECTS PAYMENT OF $1,000.00 ON 2/16/05 BY CASHIER'S CHECK NUMBER 369841211. |
| Creditor Id: 402084<br>STEWART LAW FIRM<br>ATTN VERNON STEWART, ESQ<br>111 COMMERCE DRIVE<br>DUNN NC 28334 | 877<br>Debtor: | $7,643.70<br>WINN-DIXIE STORES, INC. | $4,925.20 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,718.60 TO BE DISTRIBUTED DIRECTLY TO WAKE COUNTY CLERK OF COURT PER 2/24/06 SETTLEMENT AGREEMENT. |
| Creditor Id: 282238<br>SUNSHINE MILLS INC<br>ATTN KIM SPARKS<br>PO BOX 676<br>RED BAY, AL 35582-0676 | 1559<br>Debtor: | $262,773.08<br>WINN-DIXIE STORES, INC. | $6,817.67 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $3,807.69, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $98,128.27 AND $4,480.00, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $115,046.23, AND REMOVAL OF $34,385.00 FOR PALLET CHARGES. |
| Creditor Id: 403362<br>TEAGUE, CAMPBELL, DENNIS & GORHAM, LLP<br>ATTN DAYLE A FLAMMIA<br>1821 MIDTOWN PLACE<br>RALEIGH NC 27609 | 7108<br>Debtor: | $4,101.90<br>WINN-DIXIE RALEIGH, INC. | $3,682.20 | REDUCED AMOUNT REFLECTS PAYMENT OF $419.20 ON 10/18/05 BY CHECK NUMBER 00511843 FOR POSTPETITION INVOICES. |
| Creditor Id: 377844<br>TREE OF LIFE INC<br>ATTN S SAGASER/M DUFRESNE<br>405 GOLFWAY WEST DR<br>ST AUGUSTINE FL 32025<br><br>Counsel: ATTN MARK E FREEDLANDER, ESQ | 9160<br>Debtor: | $3,244,448.98<br>WINN-DIXIE STORES, INC. | $2,497,379.30 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $16,011.79 AND REMOVAL OF $731,058.89 FOR UNDOCUMENTED CHARGES. CLAIMANT AGREED WITH REDUCED AMOUNT. |
| Creditor Id: 284162<br>VICTORY WHOLESALE GROCERS<br>ATTN ALVIN C EDER, VP & CREDIT MGR<br>400 VICTORY DRIVE<br>SPRINGBORO OH 45066<br><br>Transferee: SPCP GROUP LLC AGT OF SILVER PT CAP | 8855<br>Debtor: | $1,053,295.14<br>WINN-DIXIE STORES, INC. | $293,172.80 | REDUCED AMOUNT REFLECTS ADDITIONAL RECLAMATION CLAIM OF $8,524.03, NET CONSUMPTION WAIVER OF $20,680.15, ACCOUNTS PAYABLE CREDIT OF $9,624.33, RECLAMATION PAYMENTS IN PROCESS TOTALING $652,380.89, AND REMOVAL OF $87,164.21 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 403356**<br>VILLAGE ROYALE PROPERTIES LLC<br>C/O BENESCH FRIEDLANDER ET AL<br>ATTN DAVID M NEUMANN, ESQ<br>200 PUBLIC SQUARE, 2300 BP TOWER<br>CLEVELAND OH 44114 | 7040<br>Debtor: | $97,393.00<br>WINN-DIXIE STORES, INC. | $26,863.85 | REDUCED AMOUNT REFLECTS PREPETITION 2005 COMMON AREA MAINTENANCE CHARGES AND REAL ESTATE TAXES OF $354.35 AND $4,097.28, RESPECTIVELY, AND RENT OF $24,432.22. REMAINING ASSERTED AMOUNT FOR REAL ESTATE TAXES AND COMMON AREA MAINTENANCE CHARGES ARE ESTIMATED AND, AT TIMES, INCLUDE POSTPETITION PAID LIABILITIES. |
| **Creditor Id: 410417**<br>WACHOVIA BANK, TRUSTEE<br>UNDER LUCY BUXTON AGREEMENT<br>C/O HAYNSWORTH SINKLER BOYD, PA<br>ATTN WILLIAM H SHORT JR, ESQ<br>PO BOX 11889<br>COLUMBIA SC 29211 | 12257<br>Debtor: | $1,852,373.29<br>WINN-DIXIE STORES, INC. | $533,900.21 | REDUCED AMOUNT REFLECTS REMOVAL OF $1,314,466.18 FOR OVERSTATED REJECTION DAMAGES AND $4,005.90 FOR POSTPETITION COMMON AREA MAINTENANCE CHARGES, REAL ESTATE TAXES, AND INSURANCE. ADMINISTRATIVE CLAIM FOR POSTPETITION CHARGES NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 410834**<br>WICKER SMITH O'HARA, ET AL<br>ATTN LISA R DASHER, CONTROLLER<br>5TH FLOOR GROVE PLAZA BUILDING<br>2900 MIDDLE STREET, SW 28TH TERRACE<br>MIAMI FL 33133 | 9871<br>Debtor: | $1,146.58<br>WINN-DIXIE STORES, INC. | $1,112.58 | REDUCED AMOUNT REFLECTS 7/5/05 PAYMENT OF $33.00 BY CHECK NUMBER 008086619 FOR POSTPETITION INVOICE NUMBER 208453. |
| **Creditor Id: 403375**<br>WILKINS, STEPHENS & TIPTON, PA<br>ATTN LELAND S SMITH<br>PO BOX 13429<br>JACKSON MS 39236-3429 | 2106<br>Debtor: | $46,678.66<br>WINN-DIXIE STORES, INC. | $46,476.51 | REDUCED AMOUNT REFLECTS REMOVAL OF $202.15 FOR INVOICE NUMBER 667030424, NOT AN INVOICE OF ANY OF THE DEBTORS. |
| **Creditor Id: 265027**<br>WORLD KITCHEN INC<br>PO BOX 611310<br>DALLAS, TX 75361-1310 | 3032<br>Debtor: | $54,367.71<br>WINN-DIXIE STORES, INC. | $23,854.61 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $597.01, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $120.00 AND $28.85, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $16,915.44, AND REMOVAL OF $14,611.80 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |

Total Claims to be Reduced:          82

Total Amount to be Reduced:      $50,054,563.71 Plus Unliquidated Amounts, If Any

Total Reduced Amount:             $27,165,841.90

**EXHIBIT C**

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - OVERSTATED AND MISCLASSIFIED
CLAIMS TO BE REDUCED AND RECLASSIFIED

Page: 1 of 5
Date: 05/23/2005

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Reduction and Reclassification |
|---|---|---|---|---|---|---|
| ALLIED CAPITAL CORP, SY/CER ACGS 2004 LLC SECURED NOTES C/O VENABLE LLP ATTN G A CROSS & H D FOLEY ESQS TWO HOPKINS PLAZA, SUITE 1800 BALTIMORE MD 21201 | 10952 | $547,512.03 Debtor: WINN-DIXIE MONTGOMERY, INC. | Multiple Classes | Unsecured Non-Priority | $521,501.20 | REDUCED AMOUNT REFLECTS ADDITION OF $40.00 FOR CALCULATION ERROR AND REMOVAL OF $24,834.09, $177.36, AND $1,638.40 FOR OVERSTATED 2004, 2005 PREPETITION, AND 2005 POSTPETITION REAL ESTATE TAXES, RESPECTIVELY (DEBTOR PAID $1,526.93 FOR POSTPETITION REAL ESTATE TAXES). ALSO, MISCLASSIFIED CLAIM. |
| AQUA STAR ATTN ANDREW PICKERING, CFO 2025 1ST AVENUE, SUITE 200 SEATTLE WA 98121 Transferee: AMROC INVESTMENTS LLC ATTN DAVID S LENWAND ESQ 535 MADISON AVE 15TH FLR NEW YORK, NY 10022 | 635 | $704,041.00 Debtor: WINN-DIXIE STORES, INC. | Unsecured Non-Priority | Multiple Classes | $699,565.70 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $92.10 AND $4,413.20, RESPECTIVELY. MISCLASSIFIED IN PART. RECLASSIFY $33,844.78 AS ADMINISTRATIVE PRIORITY (RECLAMATION) AND $665,720.92 REMAINS UNSECURED NON-PRIORITY. |
| BAGWELL, HAROLD G PO BOX 1700 GARNER, NC 27529 | 12136 | $498,398.00 Debtor: WINN-DIXIE RALEIGH, INC. | Multiple Classes | Unsecured Non-Priority | $483,598.36 | REDUCED AMOUNT REFLECTS REMOVAL OF $15,000 FOR POSTPETITION CHARGES AND ADDITION OF $2,200 FOR SIGN REMOVAL AND $.99 FOR CALCULATION ERROR. ADMINISTRATIVE CLAIM FOR POSTPETITION CHARGES NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. ALSO, MISCLASSIFIED CLAIM. |
| BENSONS INC ATTN DAN HARTLEY, PRESIDENT PO BOX 429 BOGART, GA 30622-0429 | 8506 | $383,253.20 Debtor: WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured Non-Priority | $360,514.88 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $689.04, ACCOUNTS PAYABLE OFFSET OF $520, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $21,497.08. ALSO, MISCLASSIFIED CLAIM. |
| BROWN, NOLTEMEYER COMPANY ATTN CHARLES A BROWN JR 2424 EAGLES EYRIE COURT LOUISVILLE KY 40206 | 1344 | $429,243.43 Debtor: WINN-DIXIE STORES, INC. | Secured | Unsecured Non-Priority | $351,790.90 | REDUCED AMOUNT REFLECTS REMOVAL OF $77,452.53 FOR OVERSTATED RENT REJECTION DAMAGES. ALSO, MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.,
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - OVERSTATED AND MISCLASSIFIED
CLAIMS TO BE REDUCED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Reduction and Reclassification |
|---|---|---|---|---|---|---|
| CITY OF MOBILE, AL<br>ATTN CAROL CARR LITTLE, ESQ<br>PO BOX 1827<br>MOBILE AL 36633 | 715 | $18,998.75 | Multiple Classes<br>Debtor: WINN-DIXIE STORES, INC. | Multiple Classes | $2,415.40 | REDUCED AMOUNT REFLECTS PAYMENTS OF $7,098.08 ON 12/20/04 BY CHECK NUMBER 7410897 FOR SALES TAXES DUE NOVEMBER 2004 AND OF $8,462.30 ON 2/23/05 BY CHECK NUMBER 39084285 FOR SALES TAXES DUE JANUARY 2005 PURSUANT TO ORDER AUTHORIZING PAYMENT OF PREPETITION TAXES (DKT NO. 435). CLAIM FILED AS SECURED, UNSECURED PRIORITY, AND UNSECURED NON-PRIORITY TO BE RECLASSIFIED AS $2,628.40 UNSECURED PRIORITY AND $787.00 UNSECURED NON-PRIORITY. |
| CONAIR CORPORATION<br>ATTN A LUCAS & J DEOL<br>150 MILFORD ROAD<br>EAST WINDSOR NJ 08520<br>Transferee: MADISON INVESTMENT TRUST - SERIES 4<br>ATTN SALLY MEYER<br>6310 LAMAR AVE SUITE 120<br>OVERLAND PARK, KS 66202 | 16 | $151,699.78 | Administrative<br>Debtor: WINN-DIXIE STORES, INC. | Unsecured Non-Priority | $12,105.78 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $4,539.21, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $1,382.52, AND $14,112.89, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $129,749.27. ALSO, MISCLASSIFIED CLAIM. |
| COUNTY OF LOUISVILLE JEFFERSON METRO REVENUE COMMISSION<br>ATTN KIM G JOHNSON, ADMINISTRATOR<br>PO BOX 35410<br>LOUISVILLE KY 40232-5410 | 10757 | $1,435.26 | Multiple Classes<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | Unsecured Non-Priority | $65.26 | REDUCED AMOUNT REFLECTS PENALTY OWED. DEBTOR PAID $3.57 ON 3/17/2005 BY CHECK NUMBER 40090508 FOR 2004 OCCUPATIONAL TAX. NO AMOUNT IS DUE ON WITHHOLDING FOR TAX PERIOD 6/30/2005: ACCOUNT WAS CLOSED IN APRIL 2005 AND NO TAXES WERE DUE. ALSO, MISCLASSIFIED CLAIM. |
| DREYER'S GRAND ICE CREAM<br>ATTN SHANE WEITZEL<br>5929 COLLEGE AVENUE<br>OAKLAND CA 94618 | 2998 | $377,383.59 | Administrative<br>Debtor: WINN-DIXIE STORES, INC. | Unsecured Non-Priority | $72,704.46 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $9,015.02, ACCOUNTS PAYABLE CREDIT OF $589,29, RECLAMATION PAYMENTS IN PROCESS TOTALING $297,641.44, AND REMOVAL OF $7,183.34 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. ALSO, MISCLASSIFIED CLAIM. |
| F74WD PROPERTY LLC<br>ATTN CAROLYN TIFFANY<br>7 BULFINCH PLACE SUITE 500<br>BOSTON MA 02114 | 12493 | $10,148,969.67 | Multiple Classes<br>Debtor: WINN-DIXIE STORES, INC. | Unsecured Non-Priority | $1,863,974.42 | REDUCED AMOUNT REFLECTS $1,838,222.76 FOR REJECTION DAMAGES AND $25,751.54 FOR PREPETITION REAL ESTATE TAXES. $10,123,218.23 ADMINISTRATIVE CLAIM REQUESTED FOR REMAINING OF LEASE TERM TO BE DISALLOWED. ALSO, MISCLASSIFIED CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**FIFTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C – OVERSTATED AND MISCLASSIFIED**
**CLAIMS TO BE REDUCED AND RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Reduction and Reclassification |
|---|---|---|---|---|---|---|
| GLAXOSMITHKLINE CONSUMER HEALTH<br>ATTN GREGORY COLICCHIE, FINANCE<br>PO BOX 1467<br>PITTSBURGH PA 15230 | 7035 | $799,552.83 | Multiple Classes<br>Debtor: WINN-DIXIE STORES, INC. | Unsecured Non-Priority | $439,360.78 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $10,177.96, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $3,505.60 AND $7,922.83, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $338,037.16. ALSO, MISCLASSIFIED CLAIM. |
| HASBRO, INC<br>ATTN JUDITH A SMITH<br>200 NARRAGANSETT PARK DRIVE<br>PAWTUCKET RI 02862-0200 | 3465 | $33,369.00 | Multiple Classes<br>Debtor: WINN-DIXIE STORES, INC. | Multiple Classes | $22,801.80 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $4,447.20 AND REMOVAL OF $7,070.89 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. ALSO, MISCLASSIFIED IN PART. CLAIM FILED AS UNSECURED NON-PRIORITY, UNSECURED PRIORITY, SECURED, AND ADMINISTRATIVE PRIORITY. RECLASSIFY $389.10 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $22,412.80 REMAINS UNSECURED NON-PRIORITY. |
| HASCO PROPERTIES<br>PO BOX 681<br>MC COMB MS 39648-0681<br>Transferee: LCH OPPORTUNITIES LLC<br>ATTN JOSEPH M O'CONNOR<br>315 PARK AVE S 20TH FLR<br>NEW YORK, NY 10010 | 11867 | $957,250.02 | Multiple Classes<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | Unsecured Non-Priority | $956,071.61 | REDUCED AMOUNT REFLECTS REMOVAL OF $3,178.41 FOR POSTPETITION 2005 COMMON AREA MAINTENANCE CHARGES. ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. ALSO, MISCLASSIFIED CLAIM. |
| IFCO SYSTEMS, NA<br>ATTN MARIO PRATTS, CREDIT MGR<br>8829 FLINTLOCK ROAD<br>HOUSTON TX 77040 | 2278 | $184,427.77 | Unsecured Non-Priority<br>Debtor: WINN-DIXIE STORES, INC. | Multiple Classes | $92,403.02 | REDUCED AMOUNT REFLECTS REMOVAL OF $92,024.75 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. ALSO, MISCLASSIFIED IN PART. RECLASSIFY $20,392.13 AS ADMINISTRATIVE PRIORITY (RECLAMATION) AND $72,010.89 REMAINS UNSECURED NON-PRIORITY. |
| KEMPS LLC<br>ATTN STEVE CARLSON, CREDIT MGR<br>1270 ENERGY LANE<br>ST PAUL, MN 55108 | 7390 | $59,673.30 | Multiple Classes<br>Debtor: WINN-DIXIE STORES, INC. | Unsecured Non-Priority | $39,927.61 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $504.77, ACCOUNTS PAYABLE CREDIT OF $13.32, RECLAMATION PAYMENTS IN PROCESS TOTALING $20,016.40, AND REMOVAL OF $103.20 FOR CHARGES LACKING ADEQUATE SUPPORTING DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| L&R FARMS INC<br>C/O SMITH GILLIAM WILLIAMS ET AL<br>ATTN BRAD J PATTEN, ESQ<br>PO BOX 1098<br>GAINESVILLE GA 30503 | 5572 | $484,550.45 | Multiple Classes<br>Debtor: DEEP SOUTH PRODUCTS, INC. | Unsecured Non-Priority | $220,815.34 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $7,991.97 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $255,743.14. ALSO, MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C -- OVERSTATED AND MISCLASSIFIED
CLAIMS TO BE REDUCED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Reduction and Reclassification |
|---|---|---|---|---|---|---|
| MURRYS INC<br>ATTN D BRADLEY HOLLAND, CFO<br>PO BOX 37048<br>BALTIMORE, MD 21297-3046 | 2998 | $13,180.00 | Priority | Unsecured Non-Priority | $9,302.41 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $1,200.00 AND $689.69, RESPECTIVELY, AND CREDIT OF $2,000.00 ON INVOICE NUMBER 327669. ALSO, MISCLASSIFIED CLAIM. |
| | | | | | | *Debtor: WINN-DIXIE SUPERMARKETS, INC.* |
| PEPPERIDGE FARM<br>ATTN KATE GREELEY<br>1 CAMPBELL PLACE<br>CAMDEN NJ 08103 | 8327 | $312,776.84 | Multiple Classes | Unsecured Non-Priority | $4,006.78 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $12,280.35 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $296,389.71. ALSO, MISCLASSIFIED CLAIM. |
| | | | | | | *Debtor: WINN-DIXIE STORES, INC.* |
| REXAM BEVERAGE CAN COMPANY<br>ATTN BRUCE M BIALY, CR MGR<br>8770 W BRYN MAWR AVE, SUITE 175<br>CHICAGO IL 60631-3655 | 9469 | $815,667.63 | Multiple Classes | Unsecured Non-Priority | $829,259.75 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $10,962.49, RECLAMATION PAYMENTS IN PROCESS TOTALING $133,433.67, AND REMOVAL OF $42,111.72 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. ALSO, MISCLASSIFIED CLAIM. |
| | | | | | | *Debtor: DEEP SOUTH PRODUCTS, INC.* |
| *Transferee: AMROC INVESTMENTS LLC*<br>*ATTN DAVID S LERWAND ESQ*<br>*535 MADISON AVE 15TH FLR*<br>*NEW YORK, NY 10022* | | | | | | |
| SC JOHNSON & SON, INC<br>ATTN GERRY BACCASH, MS321<br>1525 HOWE STREET<br>RACINE WI 53403 | 7605 | $367,758.41 | Multiple Classes | Unsecured Non-Priority | $29,176.11 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $2,356.18 AND $78,408.28, RESPECTIVELY, NET CONSUMPTION WAIVER OF $7,677.90, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $251,939.88. ALSO, MISCLASSIFIED CLAIM. |
| | | | | | | *Debtor: WINN-DIXIE PROCUREMENT, INC.* |
| SENECA FOODS CORPORATION<br>ATTN JANE E SLOAN, CR MGR<br>3736 S MAIN STREET<br>MARION NY 14505 | 3791 | $89,184.20 | Unsecured Non-Priority | Multiple Classes | $988,234.42 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT BALANCE OF $59,077 AND $20.32, RESPECTIVELY, REMOVAL OF CHARGES LACKING SUPPORTING DOCUMENTATION AGGREGATING $3,081.69, AND ADDITIONAL RECLAMATION CLAIM OF $452.46. MISCLASSIFIED IN PART. RECLASSIFY $96,697.07 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $890,537.35 REMAINS UNSECURED NON-PRIORITY. |
| *Transferee: SMITHTOWN BAY LLC*<br>*ATTN BRIAN NAAS*<br>*601 CARLSON PARKWAY SUITE 200*<br>*MINNETONKA, MN 55305* | | | | | | |
| SIGNATURE BRANDS, LLC<br>ATTN ROBERT E MUNN<br>808 SW 12TH STREET<br>OCALA FL 34478 | 10855 | $184,164.50 | Multiple Classes | Multiple Classes | $142,768.11 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $8,464.90 AND $41,857.93, RESPECTIVELY. ALSO, MISCLASSIFIED CLAIM. CLAIM FILED AS UNSECURED NON-PRIORITY, SECURED, AND ADMINISTRATIVE PRIORITY. RECLASSIFY $8,100.36 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $133,897.75 TO UNSECURED NON-PRIORITY. |
| | | | | | | *Debtor: WINN-DIXIE PROCUREMENT, INC.* |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C – OVERSTATED AND MISCLASSIFIED
CLAIMS TO BE REDUCED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Reduction and Reclassification |
|---|---|---|---|---|---|---|
| SOUTHERN GOURMET FOODS C/O NEAL & HARWELL, PLC ATTN MARC T MCNAMEE, ESQ 150 FOURTH AVENUE NORTH, SUITE 2000 NASHVILLE TN 37219 | 3276 | $279,341.22 | Secured Debtor: WINN-DIXIE STORES, INC. | Unsecured Non-Priority | $46,682.25 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $7,019.97, ACCOUNTS RECEIVABLE BALANCE OF $3,049.60, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $221,589.20. ALSO, MISCLASSIFIED CLAIM. |
| SPRINGDALE STATION LTD C/O PHILLIPS EDISON & CO, LTD ATTN R MARK ADDY, MANAGING AGT 11690 GROOMS ROAD CINCINNATI, OH 45242 Transferee: LCH OPPORTUNITIES LLC ATTN JOSEPH M O'CONNOR 315 PARK AVE S 20TH FLR NEW YORK, NY 10010 | 8028 | $324,358.16 | Multiple Classes Debtor: WINN-DIXIE RALEIGH, INC. | Unsecured Non-Priority | $320,302.79 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,287.59 FOR OVERSTATED RENT REJECTION DAMAGES AND $1,767.78 FOR 2004 TAX PENALTY NOT INCURRED BY DEBTOR. ALSO, MISCLASSIFIED CLAIM. |
| SWISHER INTERNATIONAL INC ATTN KEVIN WOLFE, CREDIT MGR 459 EAST 16TH STREET JACKSONVILLE FL 32206 | 6671 | $82,772.34 | Unsecured Non-Priority Debtor: WINN-DIXIE STORES, INC. | Multiple Classes | $70,611.41 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $2,726.08 AND $379.27, RESPECTIVELY, AND REMOVAL OF $9,055.58 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. ALSO, MISCLASSIFIED IN PART. RECLASSIFY $28,005.22 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $42,606.19 REMAINS UNSECURED NON-PRIORITY. |
| TYSON FOODS, INC ATTN STEVEN SCHAAL ESQ MAIL CODE #AR058124 PO BOX 2020 SPRINGDALE AR 72765 | 6165 | $1,070,327.44 | Unsecured Non-Priority Debtor: WINN-DIXIE STORES, INC. | Multiple Classes | $1,023,174.16 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $34,985.84 AND $11,193.82, RESPECTIVELY. MISCLASSIFIED IN PART. RECLASSIFY $745,946.06 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $277,228.10 UNSECURED NON-PRIORITY. |

Total Claims to be Reduced & Reclassified: **25**

Total Amount to be Reduced & Reclassified: **$20,237,151.88**

Total Reduced & Reclassified Amount: **$9,201,373.91**

Plus Unliquidated Amounts, If Any

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., *et al.*

Debtors.

Case No. 05-03817-3F1
Chapter 11
Jointly Administered

Court ID (Court Use Only)_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM AND AN AMENDED CLAIM HAVE BEEN FILED IN THIS CASE under 11 U.S.C. §1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**Transferee:**
The Lucy Co. of SC, LLC

**Where notices and payments to Transferee should be sent:**
c/o Rox Pollard, Property Manager
Colliers Keenan Inc.
P.O. Box 11610
Columbia, SC  29211

Phone: (803) 401-4242
Last Four Digits of Acct #:_____

Court Claim No. 12257 (Amended Claim)
Date Claim Filed: 10/20/2005 (Amended Claim)

Note:  The unsecured claim amount has been reduced to $533,900.21 by Order dated August 24, 2006.

**Transferor:**
Wachovia Bank, N.A., Trustee under Lucy Buxton Agreement

**Court Record Address of Transferor (Court Use Only)**

Last Four Digits of Acct#:_____

**Name and Current Address of Transferor:**
Wachovia Bank, N.A., Trustee under Lucy Buxton Agreement
c/o William H. Short, Jr., Esq.
Haynsworth Sinkler Boyd, P.A.
P.O. Box 11889
Columbia, SC  29211

Phone:  (803) 779-3080
Last Four Digits of Acct#:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Buist, Moore Smythe McGee, P.A.

By:  _Charles P. Summerall IV_                    Date:  September 19, 2006
Charles P. Summerall, IV, Dist. Ct. Id No. 4385,  S.C. Bar No.  5433
P.O. Box 999, Charleston, SC 29402
Phone:  843-722-3400; Facsimile: 843-723-7398
E-Mail:  csummerall@buistmoore.com
ATTORNEY FOR THE LUCY CO. OF SC, LLC

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.
~~DEADLINE TO OBJECT TO TRANSFER~~
The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of this court.

Date:_____                    _____
                                    **CLERK OF THE COURT**

Cynthia C. Jackson is directed to serve a copy of this Order on all parties in interest.

## CONSENT

The parties, through their respective undersigned counsel, consent to the entry of the foregoing Agreed Order.

McNAIR LAW FIRM, P.A.

_____
Michael M. Beal (S.C. Dist. Ct. ID# 1253)
Tower at 1301 Gervais
1301 Gervais Street, 17th Floor (29201)
Post Office Box 11390
Columbia, South Carolina 29211
(803) 799-9800 (Telephone)
(803) 933-1447 (Facsimile)
Email: mbeal@mcnair.net

*Counsel for Newco Properties, Inc.*

SMITH HULSEY & BUSEY

_____
Cynthia C. Jackson (Florida Bar # 49882)
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700 (Telephone)
(904) 359-7708 (Facsimile)
Email: cjackson@smithhulsey.com

*Counsel to Winn-Dixie*

- and -

SKADDEN. ARPS, SLATE, MEAGHER
& FLOM, L.L.P.
Sally McDonald Henry
Rosalie Walker Gray

(212) 735-3000 (Telephone)
(212) 735-2000 (Facsimile)

*Counsel for Winn-Dixie*

BUIST MOORE SMYTHE AND MCGEE

_____
Charles Pelot Summerall, IV
5 Exchange Street
P.O. Box 999
Charleston, South Carolina 29402
(843) 720-4616 (Telephone)
(843) 723-7398 (Facsimile)
Email: csummerall@bmsmlaw.com

*Counsel for The Lucy Co. of South Carolina,
LLC, a South Carolina Limited Liability
Company*