UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

| | |
|---|---|
| In re<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors. | Case No. 05-03817-3F1<br><br>Chapter 11<br><br>(Jointly Administered) |

### APPLICATION AND REQUEST FOR PAYMENT OF CLAIM

COME NOW SHARON BEBOUT (hereinafter referred to as "Applicant" or "Claimant"), by and through the undersigned attorney, hereby files this Application and Request for Payment of Claim and seeks administrative expense status for Applicant's claim against one or more of the Debtors, pursuant to 11 U.S.C. §503(b). Applicant requests the entry of an order allowing the administrative expenses described below and directing the payment of such amount pursuant to Order Confirming the Joint Plan of Reorganization of Winn-Dixie Store, Inc. and Affiliated Debtors (hereinafter referred to as the "Confirmation Order") and the provisions of the Plan as confirmed. In support of the Application, Applicant states as follows:

### JURISDICTION AND VENUE

1.   The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. § 157(b)(2).

**FACTUAL BACKGROUND**

2. Winn-Dixie Stores, Inc., et al. (hereinafter referred to as the "Debtors") filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on or about February 21, 2005 (hereinafter referred to as the "Petition Date").

3. After the Petition Date, Applicant, Ms. Bebout, has a claim against the Debtor resulting from personal injuries and/or property damage resulting from an accident which occurred on its business premises #255 located at 14595 S. Military Trail, Delray Beach, Florida 33484 on September 10, 2006. As a result of said accident, Applicant sustained back, neck and right arm injuries.

**APPLICANT'S CLAIM IS ENTITLED TO
ADMINISTRATIVE EXPENSE STATUS**

4. Applicant's claim is a contingent and unliquidated personal injury claim.

5. Section 503(b) of the Bankruptcy Code provides for the allowance of administrative expense status, and its attendant priority for payment, for the "actual, necessary costs and expenses of preserving the estate...." 11 U.S.C. § 503(b). It is well established that personal injury claims arising from a post-petition tort committed by the debtor are entitled to administrative expense status. See, Reading Co. v. Brown, 391 U.S. 471, 485 (post-petition fire damages resulting from trustee's negligence were entitled to administrative expense status); see also, In re Piper Aircraft Corp., 169 B.R. 766 (Bankr. S.D.Fla.1994).

6. In this instance, Applicant's claim arose as a result of the business operation of one or more of the Debtors after the Petition Date but prior to the Confirmation Order. As such, Applicant's claim is entitled to administrative expense status under 11 U.S. § 503(b) and Applicant seeks the entry of an order awarding such status.

**APPLICANT FURTHER NOTICE**

Applicant requests that all future pleadings and notices regarding or affecting Applicant's claim be served upon:

        DARRYL B. KOGAN, ESQUIRE
        Florida Bar No. 380180
        7900 Glades Road, Suite 330
        Boca Raton, FL 33434
        email: dbkogan@kogan-disalvo.com
        (561) 477-9000 telephone
        (561) 477-8592 facsimile

        and

        MICHAEL S. KOGAN, ESQUIRE
        California State Bar No. 128500
        Ervin Cohen & Jessup, LLP
        9401 Wilshire Blvd., 9th Fl.
        Beverly Hills, CA 90212
        email: mkogan@ecjlaw.com
        (310) 273-6333 telephone
        (310) 859-2325 facsimile

    WHEREFORE, based upon the foregoing, Applicant requests that the Court enter an order granting the relief requested herein and such other relief as it deems just and proper.

    Dated this 23rd day of May 2007.

        ERVIN COHEN & JESSUP, LLP


        /s/Michael S. Kogan
        MICHAEL S. KOGAN
        California State Bar No. 128500
        Ervin Cohen & Jessup, LLP
        9401 Wilshire Blvd., 9th Fl.
        Beverly Hills, CA 90212
        email: mkogan@ecjlaw.com
        (310) 273-6333 telephone
        (310) 859-2325 facsimile

## **CERTIFICATE OF SERVICE**

   I hereby certify that on May 23, 2007, I filed the within Application and Request for Payment of Claim through the CM/ECF filing system, which will cause a copy to be served upon James H. Post, counsel for the reorganized debtors, Matthew Barr, Esq. and John MacDonald, Esq., Counsel for the Post-Effective Date Committee, Elena L. Escamilla, Esq., counsel for the office of the U.S. Trustee and all other parties participating in the CM/ECF system, all served electronically.

                ERVIN COHEN & JESSUP, LLP

                /s/Michael S. Kogan
                MICHAEL S. KOGAN
                California State Bar No. 128500
                Ervin Cohen & Jessup, LLP
                9401 Wilshire Blvd., 9th Fl.
                Beverly Hills, CA  90212
                email: mkogan@ecjlaw.com
                (310) 273-6333 telephone
                (310) 859-2325 facsimile