**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |

### NOTICE OF HEARING

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **June 14, 2007 at 1:30 p.m. (prevailing Eastern time),** before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider By-Pass Partnership's Motion to Compel Debtor to Assume or Reject Lease (Docket No. 4214).

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

the use of a computer. Please take notice that as an additional security measure, a photo ID is required for entry into the Courthouse.

Dated: May 23, 2007.

                                      SMITH HULSEY & BUSEY

                                      By    *s/ Leanne McKnight Prendergast*
                                             Stephen D. Busey
                                             James H. Post
                                             Leanne McKnight Prendergast

                                    Florida Bar No. 0059544
                                    225 Water Street, Suite 1800
                                    Jacksonville, Florida  32202
                                    (904) 359-7700
                                    (904) 359-7708 (facsimile)
                                    lprendergast@smithhulsey.com

                                    Counsel for Reorganized Debtors

**Certificate of Service**

    I certify that a copy of the foregoing document was furnished by mail and/or electronically to Timothy P. Shusta, Esq., Phelps Dunbar LLP, 100 South Ashley Drive, Suite 1900, Tampa, Florida 33602 and Brent B. Barriere, Esq., Phelps Dunbar LLP, 365 Canal Street, Suite 2000, New Orleans, Louisiana 70130, this 23rd day of May, 2007.

                                                        *s/ Leanne McKnight Prendergast*
                                                                Attorney

567584