UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Winn-Dixie Stores, Inc., et.al.,   Case No. 05-03817-3F1
                                    Chapter 11
Reorganized Debtors.                Jointly Administered
_____/

## JOINDER IN MOTION TO SCHEDULE OMNIBUS HEARING REGARDING MOTIONS TO ALLOW LATE FILED ADMINISTRATIVE CLAIMS

Claimants, Grisel Ledesma ("Ledesma") and Gertrude Carran ("Carran") join in the Motion to Schedule Omnibus Hearing Regarding Motions to Allow Late Filed Administrative Claims filed by Miriam Gonzalez, Yness Herrera and Juan Quintana (Docket No. 16196) [the "Motion"] and say:

1. Ledesma filed a Motion to Allow Late Filed Administrative Claim (Docket No.:15355).

2. Carran filed a Motion to Allow Late Filed Application of Gertrude Carran and Request for Expedited Hearing (Docket No.:15209).

3. Thereafter, Miriam Gonzalez, Ynesss Herrera, and Juan Quintana, represented by Joel Tabas Esq., filed the Motion.

4. Further, Jennifer Annette, Aratheria Ashe, Freddie Grimsley, Sydney Hilton, and Noralie Kekllas filed motions to join in the Motion(Docket Nos.: 16329, 16330, 16331, 16332, and 16334) and requested similar relief.

5. Ledesma and Carran also seek to join in the Motion and to seek similar relief.

6. The Court set a hearing (Docket No.16302) on the Motion for June 14, 2007.

Wherefore, Ledesma and Carran

    a. Join in the Motion (Docket No. 16196) and request similar relief; and

    b. Request notice and service of all documents relating to the Motion and hearing, including any pleadings filed by the Debtors.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served on James Post, Smith Hulsey & Busey, 225 Water St., Ste 1800, Jacksonville, FL 32202 and Matthew Barr, Milbank, Tweed, Hadley and McCloy, LLP, 1 Chase Manhattan Plaza, New York, NY 10005 this 23rd day of May 2007 and all other parties participating in the CM/ECF System.

_____
Marsha G. Rydberg
Florida Bar Number 220973
The Rydberg Law Firm, P.A.
201 N. Franklin Street, Suite 1625
Tampa, FL 33602
(813) 221-2800
(813) 221-2420 – facsimile
Attorneys for Grisel & Ledesma