# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re ) | Case No. 05-03817-3F1 | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 | |
| Reorganized Debtors.[1] ) | Jointly Administered | |

## AGREED ORDER RESOLVING CLAIM NO. 13115 FILED BY FUTURISTIC FOODS, INC.

This matter is before the Court upon (i) the Debtors' Twenty-Seventh Omnibus Objection to (a) Equity Claims, (b) Equity Damage Claims, (c) No Liability Claims, (d) Amended and Superseded Claims, (e) Unliquidated Claims, (f) Overstated Claims, (g) No Liability Misclassified Claims and (h) Misclassified Claims (the "Objection") as it pertains to Claim No. 13115 filed by Futuristic Foods, Inc. (Docket No. 12532) and (ii) the response to the Objection filed by Futuristic Foods, Inc. (Docket No. 12859). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim No. 13115 filed by Futuristic Foods, Inc. is reduced and allowed as a prepetition, non-priority claim in the total amount of $1,200,000 against Winn-Dixie Procurement, Inc., and the remainder of Claim Number 13115 is disallowed.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

2. Claim No. 13115 will be treated in accordance with plan class 14, and distribution on account of Claim No. 13115 shall be made in accordance with Section 9.2 of the Debtors' confirmed plan of reorganization (the "Plan").

3. This Order resolves (i) all liabilities and obligations related to Claim No. 13115 and (ii) all other prepetition or administrative claims the claimant has or may have against the Debtors or any of their Chapter 11 estates, officers, employees, agents, successors or assigns, all of which are forever waived, discharged, and released.

4. The distribution to be made pursuant to the Plan on behalf of the Claimant on the allowed Claim shall be made to "Donna L. Thompson, as attorney for Futuristic Foods, Inc." at the following address:

    Donna L. Thompson, Esq.
    Attorney Trust Account
    P.O. Box 170
    Allenwood, NJ 08720

5. Logan & Company, Inc., the claims agent appointed in the Debtors' Chapter 11 cases, is directed to make such revisions to the claims register as is necessary to reflect the terms of this Order.

6. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 23 day of May, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:

James H. Post, Esq.
[James H. Post is directed to serve a copy of this order on any party in interest who has not received the order through the CM/ECF system and to file a proof of service.]

Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY               DONNA L. THOMPSON, ESQ.


By   _s/ Leanne McKnight Prendergast_         By   _s/ Donna L. Thompson*_
    Stephen D. Busey                             Donna L. Thompson
    James H. Post
    Leanne McKnight Prendergast           Post Office Box 170
                                          Allenwood, New Jersey  08720
Florida Bar Number 0059544                (732) 681-4301
225 Water Street, Suite 1800              (732) 681-4301 (facsimile)
Jacksonville, Florida  32202              dtnjlaw@aol.com
(904) 359-7700
(904) 359-7708 (facsimile)                and
lprendergast@smithhulsey.com
                                          Keith E. Broll
Counsel for Reorganized Debtors           Florida Bar Number 618918
                                          RICE & ROSE, P.A.
                                          222 Seabreeze Blvd.
                                          Daytona Beach, Florida  32118
                                          (386) 257-1222
                                          (386) 258-9694 (facsimile)
                                          keithbroll@riceroselaw.com

                                          Co-counsel for Futuristic Foods, Inc.

                                          * counsel has authorized the use of her
                                          electronic signature


565144