UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,                    Case No.: 3-05-bk-3817(JAF)

    Debtors,                                                            Chapter 11

_____/              Jointly Administered

## MOTION FOR EVIDENTIARY HEARING ON APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE

Comes now Thelma Carter ("Applicant"), through the undersigned attorney, and seeks administrative expense status for the Applicant's claim against one or more of the Debtors pursuant to 11 U.S.C. § 503(b). Applicant requests the entry of an order scheduling an evidentiary hearing to determine the amount due Applicant pursuant to her Application of Payment for Payment of Administrative Expenses filed 12/19/2006 (Document Number 13266) and states as follows

1. After the Petition Date or on or about May 21, 2005, Applicant was injured at the Winn-Dixie store no. 197 located in Alachua County, Florida through the negligence of the Debtor and/or its agents and employees. As a proximate result of the injury, Applicant has suffered severe damages totaling in excess of $100,000.00, which damages can be proven through testimony of Applicant and her treating physicians.

2. Sedgwick Claims Management Service, Inc. has been handling the claim on behalf of Debtor and has advised the undersigned that no payment would be made on the claim

3. Applicant requests an evidentiary hearing to determine the liability of Debtor a the amount of damages suffered by Applicant.

4.    Applicant requests that the hearing be held in front of a jury as allowed by law.

WHEREFORE, based upon the foregoing, Applicant requests that the Court enter an Ordergranting the relief requested herein and such other relief as it deems just and proper.

Respectfully Submitted,

/s/Lawrence J. Marraffino
Attorney for Applicant

CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2007, I filed this Request for Hearing through the CM/ECF filing system, which will cause a copy to be served on James H. Post, Esq., Counsel for the Reorganized Debtors, Matthew Barr, Esq. and John MacDonald, Esq., Counsel for the Post-Effective Date Committee, Elena L. Escamilla, Esq., Counsel for the Office of the United State Trustee and all other parties participating in the CM/ECF System, all served electronically.

/s/ Lawrence J. Marraffino
LAWRENCE J. MARRAFFINO, P.A.
FBN 438390
3312 W. University Avenue
Gainesville, FL 32607
(352) 376-0102