UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In Re:   Winn-Dixie Stores, Inc. | PROCEEDINGS UNDER CHAPTER-11 |
| | CASE NO.: 3:05-bk-03817-JAF |
| Debtor | |
| _____/ | |

## NOTICE OF REQUEST FOR REMOVAL FROM SERVICE LIST AND REQUEST TO STOP ELECTRONIC SERVICE

Please take notice that Laila S. Gonzalez, Esq. as attorney for Carmela Villavicencio, hereby requests to be removed from any and all service lists by e-mail or otherwise in this matter, and receive no further notices, pleadings, motions, orders and other documents filed in this proceeding.

Respectfully submitted this 18th day of May, 2007.

By: _____
FREIRE & GONZALEZ, P.A.,
Attorneys for Debtor
[ ] Edward Freire, Esq. FBN: 0813771
[X] Laila S. Gonzalez, Esq. FBN: 0975291
  1800 W. 49th Street, Suite 311
  Hialeah, FL 33012
  (305) 826-1774

Copies Furnished:

James H. Post, Esq., counsel for debtor (via NEF)
Adam Ravin, Esq, (via NEF)