UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| _____ | ) | |

## NOTICE OF REQUEST TO STOP ELECTRONIC NOTICE

TO ALL PARTIES:

PLEASE TAKE NOTICE that the undersigned counsel hereby requests to be removed from the Court's Electronic Service List as counsel for GRE Coralwood, LP (C.P. #754), Wilmington Trust Company, as Indenture Trustee (C.P. #1116), and Stiles West Associates, Ltd. (C.P. #1682).

Dated: May 24, 2007

                                                BERGER SINGERMAN, P.A.
                                                350 E. Las Olas Boulevard, Suite 1000
                                                Fort Lauderdale, FL 33301
                                                Telephone No.: (954) 525-9900
                                                Facsimile No.: (954) 523-2872

                                                By: /s/ Arthur J. Spector
                                                      Arthur J. Spector
                                                      Florida Bar No. 620777
                                                      aspector@bergersingerman.com

736533-1