UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                          CASE NO. 05-03817-3F1

**WINN DIXIE STORES, INC., et al,**            Chapter 11

           Debtors.                             Jointly Administered
_____/

## MOTION BY ODALYS RODRIGUEZ TO ENLARGE TIME
## TO FILE APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM

COMES NOW, the Applicant, **ODALYS RODRIGUEZ** by and through her undersigned attorney, and, pursuant to Bankruptcy Rule 9006(b) moves the court for an order enlarging the time to file her application for administrative expense and would show:

1.  The Debtor filed Chapter 11 bankruptcy on February 21, 2005.

2.  On or about April 5, 2006, Applicant was injured in a Winn-Dixie store.

3. Applicant never filed a claim, nor was she required to file a claim, because her injury occurred after the Debtor filed this bankruptcy.

4. Applicant retained the law offices of Ruiz & Rodriguez to represent her. Ruiz & Rodriguez contacted Melanie Alm of Sedgwick Claim Management Service, Inc (Sedgwick) and discussed Applicants claim against Winn-Dixie. Sedgwick is the claims representative for Winn-Dixie.

5. On November 2, 2006, Applicant, through Ruiz & Rodriguez, provided to Sedgwick the medical reports, records and bills to support her claim.

6.  On November 11, 2006, Sedgwick acknowledged, by letter, receipt of these medical reports, records and bills.

7.  Applicant had further communications with Sedgwick, as more fully set forth in the affidavit of Elsa M. Rodriguez, which is attached hereto.

8. On or about December 6, 2006, a notice was filed with the court notifying interested parities of the deadline to file Application for Administrative Expense.

9.  This notice did not come to the attention of the attorney for Applicant or Applicant until April 12, 2007, as further set forth in the affidavit of Elsa M. Rodriguez,

1

which is attached hereto.

     10.   Because Applicant's claim was filed through medical reports, records and bills prior to the deadline and the Debtor was aware of Applicant's claim, the Debtor will suffer no prejudice by the granting of this Motion for Extension of Time.

     11.   Simultaneous with filing of this motion, Applicant has filed an Application for Administrative Expense for Post-Petition Personal Injury.

     WHEREFORE, the Applicant prays the Court to enter an order extending the time for her to file an Application for Administrative Expense for her personal injury claim until the time said application was actually filed, that is until May 24, 2007.

     I HEREBY CERTIFY that a true and correct copy of the foregoing has been forwarded to all interested parties listed below on this the  **24**th  day of May, 2007.


      /s/ Edward P. Jackson
     EDWARD P. JACKSON
     Attorney for Debtors
     255 N. Liberty Street, First Floor
     Jacksonville, FL 32202
     (904) 358-1952 VOICE
     (904) 358-1288 FAX
     Florida Bar #286648

James H. Post, Esq.
225 Water St., Suite 1800
Jacksonville, FL 32202

Kenneth C. Meeker, U.S. Trustee
135 W. Central Blvd., Suite 620
Orlando, FL 32801

Matthew Barr, Esq.
One Chase Manhattan Plaza
New York, NY 10005