## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

In re:                                    )
                                          )
WINN-DIXIE STORES, et. al,                )    Case No. 05-03817
                                          )    Chapter 11
         Debtors[1]                       )    Jointly Administered
_____ )

### NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to Local Bankruptcy Rules, CSX Transportation, Inc. ("CSX"), files this Notice of Substitution of Counsel. Sara F. Holladay-Tobias of McGuireWoods LLP is being substituted in the place of C. Todd Willis of McGuireWoods LLP as counsel for CSX. The grounds for this Notice is that, effective May 25, 2007, Mr. Willis will no longer be associated with McGuireWoods LLP

McGUIREWOODS LLP                          McGUIREWOODS LLP

By:  s/Sara F. Holladay-Tobias            By:  s/C. Todd Willis
     Sara F. Holladay-Tobias                   C. Todd Willis
     Florida Bar No. 026225                    Florida Bar No. 0670766
     50 North Laura Street, Suite 3300         50 North Laura Street, Suite 3300
     Jacksonville, FL 32202                    Jacksonville, FL 32202
     (904) 798-3200                            (904) 798-3200
     (904) 798-3207 (fax)                      (904) 798-3207 (fax)
     sfhollad@mcguirewoods.com                 cwillis@mcguirewoods.com

        and

---

[1] The debtors are Winn-Dixie Stores, Inc., Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakeries, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc. and Winn-Dixie Supermarkets, Inc.

John H. Maddock III
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4030
(804) 775-1000
(804) 775-1061 (fax)
jmaddock@mcguirewoods.com

*Counsel for CSX Transportation, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Substitution of Counsel was filed with the Clerk of the Court using the CM/ECF system which will send notice of the electronic filing on May 24, 2007 to:

>D.J. Baker, Esq.
>Skadden, Arps, Slate, Meagher & Flom, LLP
>Four Times Square
>New York, NY 10036-6522
>
>James Post, Esq.
>Smith Hulsey & Busey
>225 Water Street, Suite 1800
>Jacksonville, Florida 32202
>
>Matthew Barr, Esq.
>Tweed, Hadley & McCloy LLP
>1 Chase Manhattan Plaza
>New York, New York 10005
>
>Office of the United States Trustee
>Attn: Elena L. Escamilla
>135 West Central Blvd.
>Suite 620
>Orlando, FL 32806

>>s/ Sara F. Holladay-Tobias
>>Attorney

\4587367.1