**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**NOTICE OF FILING**

Winn-Dixie Stores, Inc. and its affiliates, give notice of filing the attached Notice of Withdrawal of Application for Administrative Claim filed by Schuster Marketing Corporation (Docket No. 14456).

Dated: May 25, 2007

SMITH HULSEY & BUSEY

By   *s/ James H. Post*
     Stephen D. Busey
     James H. Post
     Cynthia C. Jackson

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00567853

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:                                                    )   Case No. 05-03817-3F1
                                                          )
WINN-DIXIE STORES, INC., et al.,                          )   Chapter 11
                                                          )
            Reorganized Debtors.                          )   Jointly Administered
                                                          )

## NOTICE OF WITHDRAWAL OF
## APPLICATION FOR ADMINISTRATIVE CLAIM

Applicant, Schuster Marketing Corporation, hereby withdraws its Application for Allowance of Administrative Claim (Docket No. 14456) and any other administrative claim they may have against the Debtors or their estates.

Dated: May 25, 2007.

SCHUSTER MARKETING
CORPORATION.

By _____
   Stephen P. Schuster

6223 W. Forest Home Ave.
Milwaukee, WI 53220

President for Schuster Marketing Corporation.