UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.

Reorganized Debtors.
______________________________/

Chapter 11

Case No. 05-03817-3F1
Jointly Administered

**JOINDER IN MOTION TO SCHEDULE OMNIBUS HEARING REGARDING MOTIONS TO ALLOW LATE FILED ADMINISTRATIVE CLAIMS BY DENISE SYDNOR**

Denise Sydnor ("Ms. Sydnor"), by and through her undersigned counsel, hereby joins in the Motion to Schedule Omnibus Hearing Regarding Motions to Allow Late Filed Administrative Claims filed by Miriam Gonzalez, Yness Herrera and Juan Quintant ("Motion") [Docket No. 16196] and says:

**Jurisdiction and Venue**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334.

2. This is a core proceeding pursuant to 28 U.S.C. §157.

3. Venue of the Debtors' Chapter 11 cases and this Application in this Court is proper pursuant to 28 U.S.C. §§1408 and 1409.

4. The statutory predicate for the relief sought herein is Section 503(b) of the United States Bankruptcy Code (the "Bankruptcy Code").

**Background**

5. The Debtors filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on February 21, 2005.

6. On February 22, 2005, this Court entered an order jointly administering the Debtors' Chapter 11 cases under Case No. 05-03817-3F1.

7. On April 22, 2006, Ms. Sydnor sustained extensive injuries in a slip and fall accident which occurred as the result of a leaking faucet at Winn-Dixie store number 377, located at 4201 NW 88th Avenue, Pine Plaza, Sunrise, Florida 33321.

8. On May 1, 2006, Ms. Sydnor retained Randolph H. Strauss, Esquire, and the law firm of Randolph H. Strauss, P.A. to file a lawsuit against the Debtors in connection with injuries she sustained as a result of a slip and fall accident.

9. On May 2, 2007, Miriam Gonzalez, Yness Herrera and Juan Quintana filed their Motion to Schedule Omnibus Hearing Regarding Motions to Allow Late Filed Administrative Claims [Docket No. 16196].

10. On May 21, 2007, Ms. Sydnor filed her Motion to Enlarge Time for Denise Sydnor to File an Application for an Administrative Expense Claim ("Sydnor Motion") [Docket No. 16469].

11. The Motion and the Sydnor Motion seek similar relief.

12. The Court has set the Motion for hearing on June 14, 2007.

**Relief Requested**

13. Ms. Sydnor joins in the Motion and requests similar relief.

WHEREFORE, Ms. Sydnor hereby joins in the Motion and requests such other and further relief as this Court deems just.

/s/ Stephen R. Leslie
Stephen R. Leslie
Florida Bar No. 000349
Amy Denton Harris
Florida Bar No. 634506
Stichter Riedel Blain & Prosser, P.A.
110 E. Madison St., Ste. 200
Tampa, FL 33602
813-229-0144
813-229-1811 (facsimile)
sleslie@srbp.com
aharris@srbp.com
Attorneys for Denise Sydnor and Randolph Strauss

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Joinder in Motion to Schedule Omnibus Hearing Regarding Motions to Allow Late filed Administrative Claims by Denise Sydnor were furnished by electronic CM/ECF transmission on May 25, 2007, to

Stephen D. Busey, Esquire
James H. Post, Esquire
Smith Hulsey & Busey
225 Water Street, Ste. 1800
Jacksonville, FL 32202

Matthew Barr, Esquire
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005

Elena L. Escamilla, Esquire
Office of the U.S. Trustee
135 W. Central Blvd., Ste. 620
Orlando, FL 32801

/s/ Stephen R. Leslie
Stephen R. Leslie
Florida Bar No. 000349