**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**

In re:                                              CASE NO. 05-03817-3F1

WINN-DIXIE STORES, INC.,                            CHAPTER 11

      Debtor.
_____/

**NOTICE OF WITHDRAWAL OF BIG PINE SHOPPING CENTER, LLC's MOTION FOR RECONSIDERATION OF ORDER STRIKING OBJECTION TO PROPOSED CURE AMOUNT IN DEBTOR'S SECOND OMNIBUS MOTION TO ASSUME <u>NON-RESIDENTIAL REAL ESTATE LEASES</u>**
(Related Docket Item No. 8941, 9726, 9744, 9754, 10123)

    COMES NOW Big Pine Shopping Center, LLC ("Big Pine" or "Lessor"), by and through its undersigned counsel, and withdraws its Motion for Reconsideration of Order Striking Objection to the Proposed Cure Amount Docket Item 10123).

May 20, 2007                              WILCOX LAW FIRM

                                              /s/ **Robert D. Wilcox**
                                              Robert D. Wilcox (FL #755168)
                                              6817 Southpoint Parkway, Suite 1302
                                              Jacksonville, FL 32216
                                              Telephone: (904) 281-0700
                                              Facsimile: (904) 513-9201

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 20, 2007 I caused a copy of the foregoing **Notice of Withdrawal of Motion for Reconsideration** to be served on the Debtor by James H. Post, Esq., Debtor's Counsel, John MacDonald, Esq., Counsel for the Official Committee of Unsecured Creditors, Elena L. Escamilla, Esq., counsel for the Office of the United States Trustee and all parties on the Rule 1007(d) Parties in Interest list, all served electronically, and by electronic mail to D.J. Baker, Esq., Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036.

                                              /s/ **Robert Wilcox**
                                              Robert D. Wilcox