## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors[1]. | ) | Jointly Administered |

## DEBTORS' RESPONSE IN OPPOSITION TO JOSEPHINE CLARK'S MOTION FOR PERMISSION TO FILE LATE ADMINISTRATIVE CLAIM

Debtor, Winn-Dixie Stores, Inc., on behalf of itself and its reorganized subsidiaries and affiliates (collectively, the "Debtors"), files this response in opposition to the Motion for Permission to File Late Administrative Claim (Docket No. 16234) filed by Josephine Clark (the "Movant") and says:

1.      The Debtors deny any liability for the debt alleged in this administrative claim.

2.      The Debtors deny the amount of the debt alleged in this administrative claim.

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.  With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

3.    The Movant failed to file an administrative claim within the time proscribed by this Court's administrative claim bar date and the Movant does not have a sufficient legal basis to warrant the filing of a late claim.

Dated: May 24, 2007.

SMITH HULSEY & BUSEY


By  *s/ James H. Post*
         James H. Post
         David L. Gay

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

<u>Certificate of Service</u>

I certify that a copy of the foregoing has been furnished electronically and/or by mail to Clive N. Morgan, Esq., 6712 Atlantic Boulevard, Jacksonville, Florida 32211, this 24th day of May, 2007.


*s/ James H. Post*
Attorney

00567681