**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., ) | *Chapter 11* |
| Reorganized Debtors. ) | Jointly Administered |
| _____ ) | |

**AGREED ORDER RESOLVING CLAIM 13755**
**FILED BY CITY OF BATON ROUGE, LOUISIANA**

This matter is before the Court upon the Debtors' Objection to Claim Number 13755 (Docket No. 15830), filed by the City of Baton Rouge, Louisiana ("Baton Rouge") as a priority claim in the amount of $200,000. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim Number 13755 filed by Baton Rouge is reduced and allowed as a priority claim in the amount of $12,135.07, which the Debtors have paid in full. The remainder of the Claim is disallowed in its entirety.

2. This Agreed Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims filed by Baton Rouge in these Chapter 11 cases relating to any sales taxes and (ii) all claims arising prepetition or pre-Effective Date (as defined in the Plan) that Baton Rouge has or may have against any of the Debtors or any of their Chapter 11 estates, officers, employees, agents, successors or assigns relating to any sales taxes, all of which are forever waived, discharged and released.

3. Logan & Company, Inc., the claims agent appointed in these cases, is directed to revise the claims register as necessary to reflect the terms of this order.

4. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this ___ day of May, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| **CITY OF BATON ROUGE** | **SMITH HULSEY & BUSEY** |
| By *s/ Paula Harmon*\* <br>    Paula Harmon | By *s/ Cynthia C. Jackson* <br>    Cynthia C. Jackson <br>    F.B.N. 498882 |
| Legal Department <br> P. O. Box 2590 <br> 222 St. Louis Street, Room 430 <br> Baton Rouge, LA 70821 <br> (225) 389-3080, Ext. 762 <br> (225) 389-8704 (facsimile) | 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Counsel for City of Baton Rouge, LA. | Counsel for Reorganized Debtors |

\*Counsel has authorized the use of her electronic signature.

00566921