UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| _____ ) | |

**AGREED ORDER RESOLVING CURE OBJECTION FILED BY
O'BRIEN KIERNAN INVESTMENTS CO., ET AL. (STORE NO. 1418)**

This cause came before the Court on the Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief filed by Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Reorganized Debtors") (Docket No. 8941) and the Objection to Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief filed by O'Brien Kiernan Investments Co., et al., as successor in interest by assignment from Avondale Limited Partnership ("O'Brien Kiernan") (Docket No. 9757) with respect to Store No. 1418 (the "Cure Objection"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objection is overruled.

2. Proof of claim number 10980 filed by O'Brien Kiernan is allowed as an administrative claim in the amount of $10,869.96, which Winn-Dixie Stores, Inc. and its affiliate debtors (collectively, the "Reorganized Debtors") have paid in full.

3.  This Agreed Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims pertaining to Store No. 1418 filed by O'Brien Kiernan in these Chapter 11 cases and (ii) all other pre-petition or pre-effective date claims pertaining to Store No. 1418 filed by O'Brien Kiernan against the Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

4.  Post-effective date liabilities and obligations will be handled by the parties in accordance with the applicable lease terms and ordinary course practices.

5.  This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 24 day of May, 2007, in Jacksonville, Florida.

---
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00563995

2

## **Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| **RAY QUINNEY & NEBEKER** | **SMITH HULSEY & BUSEY** |
| By  *s/ Steven T. Waterman* * <br> Steven T. Waterman | By  *s/ Cynthia C. Jackson* <br> Cynthia C. Jackson, F.B.N. 498882 |
| P.O. Box 45385 <br> Salt Lake City, Utah 84145-0385 <br> (801) 532-1500 <br> (801) 532-7543 (facsimile) <br> swaterman@RQN.COM | 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Counsel for O'Brien Kiernan Investments Co., et al. | Co-Counsel for Reorganized Debtors |

*Counsel has authorized his electronic signature.

00563995