**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3Fl |
| | ) | |
| WINN-DIXIE STORES, INC., *et al*., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF REQUEST FOR REMOVAL FROM SERVICE LIST AND**
**REQUEST TO STOP ELECTRONIC SERVICE**

Please take notice that the undersigned counsel, as attorney for Turney Dunham

Plaza Partners Limited Partnership, hereby requests to be removed from any and all

service lists by e-mail or otherwise in this matter, and receive no further notices,

pleadings, motions, orders and other documents filed in this proceeding.


Dated:  May 29, 2007                                        Respectfully submitted:


                                                            /s/ T. David Mitchell
                                                            T. David Mitchell, Of Counsel
                                                            (OH Bar No. 0042601)
                                                            (FL Bar No. 0016789)
                                                            BRENNER KAPROSY MITCHELL, L.L.P.
                                                            50 East Washington Street
                                                            Chagrin Falls, Ohio 44022
                                                            Tel:  440-247-5555
                                                            Fax:  440-247-5551

                                                            Attorney for Turney Dunham Plaza
                                                            Partners Limited Partnership

1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true copy of the foregoing was served by electronic mail to the following this 29th day of May, 2007:


Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036
Attn:  D.J. Baker, Esq.
<u>djbaker@skadden.com</u>

Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL  32202
Attn:  Cynthia C. Jackson
<u>cjackson@smithhulsey.com</u>


<u>/s/ T. David Mitchell</u>