UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered |
| _____ | ) |

**NOTICE OF REQUEST TO STOP ELECTRONIC NOTICE**

TO ALL PARTIES:

PLEASE TAKE NOTICE that the undersigned counsel hereby requests to be removed from any and all service lists including the Court's Electronic Service List as counsel for JAMES GRADY (Claim No. 7046) and KYLE TODD (Claim No 6670).

DATED:  May 30, 2007.

\_\_/s Michael C. Markham_____
Michael C. Markham
FBN: 0768560; SPN:
Johnson, Pope, Bokor,
Ruppel & Burns, LLP
P.O. Box 1368
Clearwater, FL 33757
(727) 461-1818
(727) 443-6548 fax
Attorneys for Grady and Todd
mikem@jpfirm.com

111894(#406249)