**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors.[1] | ) | Jointly Administered |
| | ) | |
| | ) | |

**NOTICE OF AGREED ORDER RESOLVING CLAIM NUMBER 10263
FILED BY DPJ LIMITED PARTNERSHIP, AS SET FORTH IN THE
<u>DEBTORS' THIRTEENTH OMNIBUS CLAIMS OBJECTIONS</u>**

---

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

The Court will consider this matter without further notice or hearing unless a party in interest files an objection within 3 business days from the date of service of this paper. If you object to the relief requested in this paper, you must (a) file your response with the Clerk of the Bankruptcy Court in accordance with the Court's electronic filing procedures or at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and (b) serve a copy by email and fax on (i) Winn-Dixie Stores, Inc. c/o Jay Castle, Esq., 5050 Edgewood Court, Jacksonville, Florida 32254, JayCastle@winn-dixie.com, (ii) James H. Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, jpost@smithhulsey.com and (iii) Rosalie Gray, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, rgray@skadden.com.

If you file and serve a response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file a response within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates (the "Debtors") give notice of the proposed entry of the attached Agreed Order Resolving Claim

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of such reorganized debtors were closed on March 22, 2007.

Number 10263 Filed by DPJ Limited Partnership, as Set Forth in the Debtors' Thirteenth Omnibus Claims Objections.

If no objection to the proposed Agreed Order is filed and served within the time set forth above, the Court will be requested to enter the Agreed Order without further notice or hearing.

Dated:   May 30, 2007

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D.J. Baker*<br>      D. J. Baker<br>      Sally McDonald Henry<br>      Rosalie Walker Gray | By   *s/ James H. Post*<br>      Stephen D. Busey<br>      James H. Post (FBN 175460)<br>      Cynthia C. Jackson |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | *Chapter 11* |
| Reorganized Debtors.[2] | Jointly Administered |

### AGREED ORDER RESOLVING CLAIM NUMBER 10263 FILED BY DPJ LIMITED PARTNERSHIP, AS SET FORTH IN THE DEBTORS' THIRTEENTH OMNIBUS CLAIMS OBJECTIONS

These cases came before the Court for hearing on July 13, 2006, upon the Thirteenth Omnibus Objection of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"),[3] which objection included as one of the several claims subject to dispute the claim of DPJ Limited Partnership filed as claim number 10263. Claim number 10263 was transferred by special warranty deed from DPJ Limited Partnership to Protective Life Insurance Company (docket number 5010) and then subsequently assigned by Protective Life Insurance Company to LCH Opportunities, LLC (docket number 8310). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

---

[2] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of such reorganized debtors were closed on March 22, 2007.

[3] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

2

1.      Claim number 10263 is allowed as an unsecured non-priority claim (plan class 13) in the amount of $268,822.35, and the remainder of claim number 10263 is disallowed.

2.      All plan distributions to be made on account of the allowed amount of claim number 10263 shall be made to LCH Opportunities, LLC.

3.      Nothing in this Order shall impair the rights of LCH Opportunities, LLC and Protective Life Insurance Company, assignee of DPJ Limited Partnership, as against each other.

4.      The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this _____ day of _____, 2007 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

**Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | HOLLAND & KNIGHT, L.L.P. |
| By */s/ James H. Post* <br>     James H. Post (FBN 175460) | By */s/ Charles S. McCall*   \* <br>     Charles S. McCall |
| 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> Email: jpost@smithhulsey.com | 50 North Laura Street, Suite 3900 <br> Jacksonville, Florida 32201 <br> (904) 798-7342 <br> (904) 358-1872 (facsimile) <br> Email: charles.mccall@hklaw.com |
| -and- | Counsel for Protective Life Insurance Company, assignee of DPJ Limited Partnership |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | DLA PIPER RUDNICK GRAY CARY US LLP |
| D. J. Baker <br> Rosalie Walker Gray <br> Jane M. Leamy <br> Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (212) 735-2000 (facsimile) | By  */s/ Vincent J. Roldan*   \* <br>     Vincent J. Roldan <br><br> 1251 Avenue of the Americas <br> New York, New York 10020-1104 <br> (212) 335-4569 <br> (212) 884-8569 (facsimile) <br> Email: vincent.roldan@dlapiper.com |
| Co-Counsel for Reorganized Debtors | Counsel for LCH Opportunities, LLC |
| | \* Counsel have authorized their electronic signatures |

4

## **Certificate of Service**

I certify that a copy of this document has been furnished electronically and by facsimile to the Post-Effective Date Committee, c/o Matthew Barr, Esq. and Michael Comerford, Esq., Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, to email addresses mbarr@milbank.com and mcomerford@milbank.com, and to facsimile numbers 212-822-5194 and 212-822-5318, this 30th day of May, 2007.

                                              *Rosalie Walker Gray*
                                                       Attorney