UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )
                                                         )
WINN-DIXIE STORES, INC., et al.,          )       Case No. 05-03817-3F1
                                                         )       Chapter 11
         Reorganized Debtors.                )       Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Annita Bush (Claim No. 4877) [Docket No. 16442] was furnished by mail on May 30, 2007 to Annita Bush, 6005 Powder Post Drive, Orlando, Florida 32810.

Dated: May 30, 2007

SMITH HULSEY & BUSEY

By      *s/ James H. Post*
        Stephen D. Busey
        James H. Post (FBN 175460)
        Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151