UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
<u>JACKSONVILLE DIVISION</u>

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |

## **<u>CERTIFICATE OF SERVICE</u>**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Carrie Cannon (Claim No. 4263) [Docket No. 16441] was furnished by mail on May 30, 2007 to Carrie Cannon, 54 Clemons Drive, Vincent, Alabama 35178.

Dated: May 30, 2007

SMITH HULSEY & BUSEY

By     *s/ James H. Post*
　　　Stephen D. Busey
　　　James H. Post (FBN 175460)
　　　Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151