UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,        )          Case No. 05-03817-3F1
                                                   Chapter 11
                 Reorganized Debtors.    )          Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Carl Forehand (Claim Nos. 576 and 3971) [Docket No. 16404] was furnished by mail on May 30, 2007 to Carl Forehand c/o Sherry D. Walker, Esq., 1607 Village Square Boulevard, Suite 2, Tallahassee, Florida 32309.

Dated:  May 30, 2007

                                        SMITH HULSEY & BUSEY


                                        By        s/ James H. Post
                                              Stephen D. Busey
                                              James H. Post (FBN 175460)
                                              Cynthia C. Jackson

                                        225 Water Street, Suite 1800
                                        Jacksonville, Florida  32202
                                        (904) 359-7700
                                        (904) 359-7708 (facsimile)
                                        jpost@smithhulsey.com

                                        Counsel for Reorganized Debtors

00520151