UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,        )        Case No. 05-03817-3F1
                                                              Chapter 11
                    Reorganized Debtors.      )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Utopia Harper (Claim No. 12865) [Docket No. 16439] was furnished by mail on May 30,

2007 to Utopia Harper c/o David A. Helfand, Esq., One S.E. 3rd Avenue, Suite 2920,

Miami, Florida 33131.

Dated:  May 30, 2007

SMITH HULSEY & BUSEY


By       *s/ James H. Post*
          Stephen D. Busey
          James H. Post (FBN 175460)
          Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151