UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Daisy Padron (Claim Nos. 3129 and 10448) [Docket No. 16464] was furnished by mail on May 30, 2007 to Daisy Padron c/o Paul Bersach, Esq., 5040 N.W. 7th Street, Suite 920, Miami, Florida 33126.

Dated: May 30, 2007

SMITH HULSEY & BUSEY

By     *s/ James H. Post*
       Stephen D. Busey
       James H. Post (FBN 175460)
       Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151