UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Donna Rick (Claim No. 7513) [Docket No. 16438] was furnished by mail on May 30, 2007 to Donna Rick c/o Geri S. Straus, Esq., Jacobs & Straus, P.A., 1098 N.W. Boca Raton Boulevard, Boca Raton, Florida 33432.

Dated:  May 30, 2007

                                            SMITH HULSEY & BUSEY

                                            By  *s/ James H. Post*
                                                  Stephen D. Busey
                                                  James H. Post (FBN 175460)
                                                  Cynthia C. Jackson

                                            225 Water Street, Suite 1800
                                            Jacksonville, Florida  32202
                                            (904) 359-7700
                                            (904) 359-7708 (facsimile)
                                            jpost@smithhulsey.com

                                            Counsel for Reorganized Debtors

00520151