UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order Resolving the Administrative Claim Filed by Theresa Barker [Docket No. 16433] was furnished by mail on May 30, 2007 to Theresa Barker c/o Brian C. Vigness, Esq., Morgan & Morgan, Post Office Box 9504, Fort Myers, Florida 33906-9504.

Dated:  May 30, 2007

SMITH HULSEY & BUSEY

By      *s/ James H. Post*
            Stephen D. Busey
            James H. Post (FBN 175460)
            Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151