UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                           )

WINN-DIXIE STORES, INC., et al.,                )    Case No. 05-03817-3F1
                                                     Chapter 11
       Reorganized Debtors.                     )    Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim Filed by Belinda Capehart [Docket No. 16430] was furnished by mail on May 30, 2007 to Belinda Capehart c/o James W. Ledford, Esq., 787 South Yonge Street, Ormond Beach, Florida 32174-7632.

Dated: May 30, 2007

SMITH HULSEY & BUSEY


By     *s/ James H. Post*
       Stephen D. Busey
       James H. Post (FBN 175460)
       Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151