UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order Resolving the Administrative Claim Filed by Mary Kathryn Catucci [Docket No. 16457] was furnished by mail on May 30, 2007 to Mary Kathryn Catucci c/o Steven L. Sands, Esq., Sands White & Sands, P.A., 760 White Street, Daytona Beach, Florida 32114-1738.

Dated:  May 30, 2007

                                              SMITH HULSEY & BUSEY

                                              By       *s/ James H. Post*
                                                      Stephen D. Busey
                                                      James H. Post (FBN 175460)
                                                      Cynthia C. Jackson

                                              225 Water Street, Suite 1800
                                              Jacksonville, Florida  32202
                                              (904) 359-7700
                                              (904) 359-7708 (facsimile)
                                              jpost@smithhulsey.com

                                              Counsel for Reorganized Debtors

00520151