UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                      )

WINN-DIXIE STORES, INC., et al.,            )            Case No. 05-03817-3F1
                                                                    Chapter 11
            Reorganized Debtors.              )            Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim Filed by Alcira Gomez [Docket No. 16458] was furnished by mail on May 30, 2007 to Alcira Gomez c/o Jaime E. Suarez, Esq., Suarez & Associates, P.A., 351 N.W. LeJune Road, Suite 201, Miami, Florida 33126.

Dated:  May 30, 2007

                                                            SMITH HULSEY & BUSEY


                                                            By      *s/ James H. Post*
                                                                Stephen D. Busey
                                                                James H. Post (FBN 175460)
                                                                Cynthia C. Jackson

                                                            225 Water Street, Suite 1800
                                                            Jacksonville, Florida  32202
                                                            (904) 359-7700
                                                            (904) 359-7708 (facsimile)
                                                            jpost@smithhulsey.com

                                                            Counsel for Reorganized Debtors

00520151