UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                           )

WINN-DIXIE STORES, INC., et al.,    )      Case No. 05-03817-3F1
                                                  Chapter 11
         Reorganized Debtors.            )      Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim Filed by Florine Powell [Docket No. 16427] was furnished by mail on May 30, 2007 to Florine Powell c/o Joseph G. Vicava, Esq., 1415 Henry Street, Fort Myers, Florida 33901.

Dated: May 30, 2007

                                                  SMITH HULSEY & BUSEY


                                                  By      *s/ James H. Post*
                                                         Stephen D. Busey
                                                         James H. Post (FBN 175460)
                                                         Cynthia C. Jackson

                                                  225 Water Street, Suite 1800
                                                  Jacksonville, Florida  32202
                                                  (904) 359-7700
                                                  (904) 359-7708 (facsimile)
                                                  jpost@smithhulsey.com

                                                  Counsel for Reorganized Debtors

00520151