UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| _____) | |

**AGREED ORDER RESOLVING CLAIM NUMBERS 2584 AND 6638
FILED BY SHADES CREEK PARTNERS (STORE NO. 590)**

This cause originally came before the Court on the Debtors' Twenty-Sixth Omnibus Objection to Claims Arising from Unexpired Leases of Non-Residential Real Property (I) That Have Been Assumed, (II) That Have Been Assumed and Assigned, or (III) That Are the Subject of Lease Termination Agreements (Docket No. 12281) (the "Objection"). Included among the several proofs of claim listed on Exhibit A of the Objection were claim numbers 2584 and 6638 filed by Shades Creek Partners ("Shades Creek"). Shades Creek filed a response to the Objection seeking to fix its proofs of claim in the amount of $57,903.72 (Docket No. 12742). On December 20, 2006, the Court entered an Order Correcting the Order Dated November 30, 2006 Docket No. 12908, Sustaining Debtors' Twenty-Sixth Omnibus Objection to Claims Arising from Unexpired Leases of Non-Residential Real Property (I) That Have Been Assumed (II) That Have Been Assumed and Assigned or (III) That Are the Subject of Lease Termination Agreements to Attach Amended Exhibits 1 and D (Docket No. 13344) sustaining the Objection as to the proofs of claims listed on the exhibits to the order and continuing the hearing on the Objection as to claim nos. 2584 and 6638 filed by Shades Creek and other unresolved claims. Based upon the consent of the parties

appearing below, it is

ORDERED AND ADJUDGED:

1. Claim number 6638 filed by Shades Creek with respect to Store No. 590 is allowed as an administrative claim in the amount of $57,903.72, which Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Reorganized Debtors") have paid in full.

2. Claim number 2584 filed by Shades Creek with respect to Store No. 590 is disallowed in its entirety.

3. This Agreed Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims pertaining to Store No. 590 filed by Shades Creek in these Chapter 11 cases and (ii) all other pre-petition or pre-effective date claims pertaining to Store No. 590 Shades Creek has or may have against the Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

4. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 30 day of May, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00565305

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| HELD & ISRAEL | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ Adam N. Frisch* *<br>Adam N. Frisch, F.B.N. 635308 | By  *s/ Cynthia C. Jackson*<br>Cynthia C. Jackson, F.B.N. 498882 |
| 1301 Riverplace Boulevard, Suite 1916<br>Jacksonville, FL 32207<br>(904) 398-7038<br>(904) 398-4283 (facsimile)<br>afrisch@hilawfirm.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Counsel for Shades Creek Partners | Co-Counsel for Reorganized Debtors |

*Counsel has authorized his electronic signature.

00565305