UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Main Case No: 3-05-BK-3817 |
| | ) | Case No: 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors | ) | Jointly Administered |
| | ) | |

## NOTICE OF WITHDRAWAL AND REQUEST TO STOP ELECTRONIC NOTICE

Comes Now, GLENN J. WEBBER, ESQUIRE, Attorney for CHRISTINE SCHWARTZ, ("Applicant) and files this his Notice of Withdrawal and Request to Stop Electronic Notice and states:

1. This claim arises out of a trip and fall that occurred at a shopping center in Port St. Lucie, Florida.

2. The applicant asserted claims against Winn-Dixie Stores, Inc (tenant) and the property owner.

3. The claim has been amicably resolved in its entirety with the insurance carrier for the property owner. Neither Winn-Dixie nor its insurer, if any, contributed to the settlement.

4. Based on the foregoing, Glenn J. Webber, attorney for Applicant, Christine Schwartz, files his Notice of Withdrawal as counsel for Applicant, Christine Schwartz, and Request to Stop Electronic Notice.

Respectfully submitted,    **/s/Glenn J. Webber**
Glenn J. Webber, Esquire
Florida Bar No.: 356158
729 South Federal Highway, Suite 210
Stuart, Florida 34994
(772) 287-1220
(772) 287-5880 facsimile
snowflakewebber@aol.com

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via

U. S. Mail to **D.J. Baker, Sally McDonald Henry, Rosalie Walker Gray, Adam S. Ravin**, SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP, Co-Counsel for Re-organized Debtor, Four Times Square, New York, New York 10036 and **Stephen D. Busey, James H. Post, Cynthia C. Jackson, Leanne Prendergast**, SMITH HULSEY & BUSEY, Co-Counsel for Re-organized Debtor, 225 Walter Street, Suite 1800, Jacksonville, Florida  32202, this 31st day of May 2007.

                                                **/s/Glenn J. Webber**
                                                Glenn J. Webber, Esquire

/es