IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.: 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., | ) | Chapter 11 |
| *et al.,* | ) | |
| | ) | |
| Reorganized Debtors | ) | Jointly Administered |
| | ) | |

## AFFIDAVIT OF SULMA S. MARADIAGA IN SUPPORT OF MOTION TO ENLARGE TIME TO FILE ADMINISTRATIVE CLAIM REQUEST

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

BEFORE ME, the undersigned authority, personally appeared Sulma S. Maradiaga ("Affiant") who, after being duly sworn, deposes and says:

1. Affiant is over eighteen years of age and has personal knowledge of the matters set forth herein.

2. Affiant's current address is 1516 East 29th Avenue, Tampa, Florida 33605.

3. On April 16, 2006, Affiant was involved in a slip and fall on the business premises of the Winn-Dixie Supermarket at 2525 East Hillsborough Avenue, Tampa, Florida 33610. Immediately following the incident, on April 16, 2006, Affiant filled out an Incident Report and submitted it to the Winn-Dixie Supermarket. Affiant did not receive a copy of this Incident Report.

4. As a result of the slip and fall, Affiant sustained severe and permanent injuries to her neck and back.

5. On April 16, 2006, Affiant first visited the law firm of Fiol, Gomez & Blackburn, P.A. Thereafter, Affiant retained the law firm of Fiol, Gomez & Blackburn, P.A. to represent her in her claim for damages against the Winn-Dixie Supermarket with respect to the above-mentioned slip and fall.

6. At no time did Affiant receive notice of the bankruptcy or notice of the claims bar date.



EXHIBIT B

7. Affiant has reviewed the facts set forth in the Motion to Enlarge Time to File Administrative Claim Request, and certifies that all facts as stated therein are true and correct.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Sulma S. Maradiaga

Sworn to and subscribed before
Me this 20 day of May,
2007, in the State and County
Last aforesaid.

_____
Notary Signature
IRMA C. Willcut
_____
Notary Name (type or print)
My Commission Expires: 4/17/08

Irma C. Willcut
My Commission DD301613
Expires April 17, 2008