Fiol, Gomez & Blackburn, P.A.
Attorneys at Law

Park Tower, Suite 2630
400 North Tampa Street
Tampa, Florida 33602

Alejandro Fiol †
Leo D. Gómez
Catherine E. Blackburn *
Joshua M. Drechsel

† admitted in New York
* admitted in Ohio

April 24, 2006

Winn-Dixie
2525 East Hillsborough Avenue
Tampa, FL 33610

Attention: RISK MANAGEMENT

RE: Our Client: Sulma Maradiaga
Date/Loss: April 16, 2006

Dear Sir or Madam:

This firm has been retained to represent the above client in a claim for damages resulting from an accident that occurred on the above-captioned date.

If you carry liability insurance, your insurance company should be contacted concerning this accident. **LACK OF NOTIFICATION TO YOUR INSURANCE COMPANY MAY RESULT IN PREJUDICE.** We would appreciate your completing and returning the attached Information Sheet immediately so that we may communicate directly with your insurance company thereby avoiding any prejudice or inconvenience to you.

Sincerely,

Leo Gomez

SIGNED IN ABSENCE TO
AVOID MAIL DELAY

Enclosure
LDG/mv
060108



EXHIBIT C

Phone: (813) 223-6773
Fax: (813) 223-7702
www.AdvocatesForYou.com

April 24, 2006
Page Two

## INFORMATION SHEET

Our Client:          Sulma Maradiaga

Date/Accident:       April 16, 2006

1.  Name and address of insurance company:

---

2.  Bodily Injury Liability Limits:

---

3.  Name of Insured:

---

4.  Your Policy Number:

---

5.  Effective Dates of Policy:

---

6.  Your Complete Name:

---

Thank you for the information.

LDG/mv
060108