**Fiol, Gomez & Blackburn, P.A.**
Attorneys at Law

1515 North Marion Street
1st Floor
Tampa, Florida 33602

Alejandro Fiol †
Leo D. Gomez **
Catherine E. Blackburn *

† admitted in New York
* admitted in Ohio
** certified mediator

June 30, 2006

**SECOND REQUEST**

Winn-Dixie
2525 East Hillsborough Avenue
Tampa, FL 33610

Attention:    RISK MANAGEMENT

RE:    Our Client:    Sulma Maradiaga
       Date/Loss:    April 16, 2006

Dear Sir or Madam:

This firm has been retained to represent the above client in a claim for damages resulting from an accident that occurred on the above-captioned date.

If you carry liability insurance, your insurance company should be contacted concerning this accident. **LACK OF NOTIFICATION TO YOUR INSURANCE COMPANY MAY RESULT IN PREJUDICE.** We would appreciate your completing and returning the attached Information Sheet immediately so that we may communicate directly with your insurance company thereby avoiding any prejudice or inconvenience to you.

Sincerely,

Leo Gomez

Enclosure
LDG/mv
060108

SIGNED IN ABSENCE TO
AVOID MAIL DELAY

EXHIBIT D

Phone: (813) 223-6773
Fax: (813) 223-7702
www.AdvocatesForYou.com

June 30, 2006
Page Two

## INFORMATION SHEET

Our Client:        Sulma Maradiaga

Date/Accident:     April 16, 2006

1.  Name and address of insurance company:

---

2.  Bodily Injury Liability Limits:

---

3.  Name of Insured:

---

4.  Your Policy Number:

---

5.  Effective Dates of Policy:

---

6.  Your Complete Name:

---

Thank you for the information.

LDG/mv
060108