Fiol, Gomez & Blackburn, P.A.
Attorneys at Law

1515 North Marion Street
1st Floor
Tampa, Florida 33602

Alejandro Fiol †
Leo D. Gomez **
Catherine E. Blackburn *

† admitted in New York
* admitted in Ohio
** certified mediator

August 24, 2006

**VIA FACSIMILE 904-732-6446**

Sedgwick Claims Management Services
P.O. Box 24787
Jacksonville, Florida 32241

Attention:   RISK MANAGEMENT

Re:   Our Client:            Sulma Maradiaga
      Our File Number:       060108
      Insured/Store Location: **Save Rite**
                             **2525 E. Hillsborough Avenue**
                             **Tampa, Florida 33610**
      Your CLAIM Number:     A611203277
      Date of Loss:          April 16, 2006

To Whom It May Concern:

This firm has been retained to represent the above-referenced clients in a claim for damages against your insured resulting from a slip & fall accident, which occurred on the above date. Please furnish us with copies of any statements that you have obtained from our client concerning this accident. You are required by law to furnish said copies.

Pursuant to Section 627.4137 of the Florida Statutes, please provide the undersigned with the following information with regard to each known policy of insurance, including excess or umbrella coverage, which may provide liability insurance coverage for this claim.

1. Name of the insurer(s);
2. Name of each insured;
3. Certified copy of limits of liability coverage:
   a. for personal injury,
   b. medical expenses;
4. A statement of any policy or coverage defense which your company reasonably believes is available; and
5. Certified copy of any and all policies.

**EXHIBIT E**

Phone: (813) 223-6773
Fax: (813) 223-7702
www.AdvocatesForYou.com

Sedgwick Claims Management Services
August 24, 2006
Page 2

The requested information must be provided within thirty (30) days from the date of this letter and must include a statement under oath by a corporate officer.

Please direct any further communications with our client regarding this matter to our office.

Sincerely,

Leo D. Gomez
LDG/mv

SIGNED IN ABSENCE TO
AVOID MAIL DELAY