

# Sedgwick

Sedgwick Claims Management Services Inc
P.O. Box 24787, Jacksonville, FL 32241-4787
Telephone (888)784-3470 Facsimile (904)419-5365

September 28, 2006

Mr. Leo D. Gomez
Fiol, Gomez & Blackburn, P.A.
1515 North Marion Street
1st Floor
Tampa, Florida 33602

RE:     Claimant:     Sulma S. Maradiaga
       Date of Injury: 04/16/2006
       Location:     Winn Dixie # 2659
                       2525 E. Hillsborough Ave.
                       Tampa, FL 33610
       Division:     Miami
       Claim Number: A611203277-0001-01

Dear Sir or Madam:

Sedgwick Claims Management Services, Inc., is the third-party administrator for Winn-Dixie Stores, Inc. Winn-Dixie Stores, Inc. is self-insured for Liability with a $2,000,000.00 retention. There is no medical payments coverage.

I am the examiner handling this claim. Please provide a status as to Sulma S. Maradiaga's treatment and medical progress with medical records and bills to date. I will need your client to complete the enclosed Medical and/or Wage Authorization form and return it to me.

Winn Dixie requires I obtain your client's recorded statement before we make any decision determining liability. Please contact me to arrange a convenient date and time to secure this information. If your client has already provided us with a recorded statement please disregard. Should you fail to provide this information our liability decision will be based solely upon the limited information available to us.

Thank you for your assistance and prompt attention to this matter. I can be reached directly at 904-419-5356.

Sincerely,

Rebecca Peters
Claims Examiner II

Encl.



Obtaining the medical & wage information is for the purpose of evaluating your claim and does not assume liability on Winn-Dixie or Sedgwick Claims Management Services, Inc. to pay or reimburse any expenses incurred as a result of this incident.

(Esta carta es en referencia al incidente que ocurio en Winn-Dixie. Por favor ponga un interprete en contacto con migo.)

I authorize the use or disclosure of my individually identifiable health information, as described below, for purposes of administering my claim or request for reasonable accommodation. I understand that the information I authorize to be used or disclosed possibly may be redisclosed in accordance with the terms of this Authorization by the recipient and may no longer be protected by federal privacy regulations.

1. **What Information is covered by this Authorization.** This authorization applies to all medical, psychological, and/or psychiatric information, records and reports, including information regarding pre-existing conditions (a) that are in existence while this authorization is valid (see Item 3) and (b) that are related to the following. Please check all that apply:

   ☐ my request for reasonable accommodation;           ☐ my claim for bodily injury;
   ☐ my workers' compensation claim;                    ☐ my claim for personal injury; or
   ☐ my claim for disability benefits;                  ☐ my claim for dental benefits.

   My claim or request for reasonable accommodation involves the following condition: _____

   _____

   Information to be disclosed may include, but is not limited to, medical history, chart notes, prescriptions, diagnostic test results, x-ray reports, and records received from other health providers. If directly related to my claimed condition, this information may include the following. Please check yes or no and initial:

   HIV test results, HIV or AIDS information.      YES ☐   NO ☐   Initial here _____
   Psychiatric information.                        YES ☐   NO ☐   Initial here _____
   Information related to drug or alcohol abuse.   YES ☐   NO ☐   Initial here _____

2. **Who is covered by this Authorization.**

   A. Any person or facility that attends, treats or examines me, including but not limited to _____

   _____ (specific name, if needed) is to make this information available to Sedgwick Claims Management Services, Inc. ("Sedgwick CMS") or its representative; and

   B. When relevant to my claim, Sedgwick CMS may re-disclose (without further authorization) this information to any of the following, (a) Any person or facility that attends, treats or examines me; (b) Any person or facility that impacts determination of my claim or that coordinates my benefits, including without limitation the employer to the extent permitted by state or federal law; or (c) The Social Security Administration or a social security or vocational rehabilitation vendor. The name of persons, facilities or parties to which HIV information will be provided must be specifically listed: _____

3. **How Long this Authorization is Valid.** This authorization is valid during the pendency of my claim, unless a different period is required under state law.

4. **Revocation of this Authorization.** Unless otherwise provided by state law, I understand that I may revoke this authorization at any time by notifying, in writing, Sedgwick Claims Management Services, Inc. at P.O. Box 24787 Jacksonville, FL 32241-4787. I also understand that the revocation will not have any effect on any actions taken before they received the revocation.

5. **Refusal To Sign.** This Authorization is necessary for the processing of my claim or request for reasonable accommodation. Failure to sign this Authorization may impair or impede the processing of my claim or request for reasonable accommodation. I understand my treatment provider will not condition treatment, payment, enrollment or eligibility on the refusal to sign this authorization.

I understand that I have the right to request and receive a copy of this authorization. I understand that I have the right to inspect the disclosed information at any time. A photocopy of this authorization shall be valid and is to be accepted with the same effect as the original.

| Sulma S. Maradiaga | | |
|---|---|---|
| Name of Patient | Signature of Patient or Patient's Representative* | Date |
| | 13310 Sand Lake Circle Tampa, FL 33613 | |
| Patient's Social Security Number | Patient's Address | First Day Absent |
| *Please complete if signed by the patient's representative: | Printed name of Patient's Representative | Relationship to Patient |

Sedgwick CMS 06/26/03                              ©Sedgwick Claims Management Services, Inc.

## AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION

Claim #: A611203277-0001-01

This is to authorize any physician, hospital, medical attendant or others to furnish Sedgwick Claims Management Services, Inc., any and all information or opinions which they may request regarding the physical and/or psychological condition of Sulma S. Maradiaga, and treatment rendered therefore, and to allow them to see or copy any x-rays or records which you may have regarding the treatment of Sulma S. Maradiaga.

NAME (print)    Sulma S. Maradiaga

SOCIAL SECURITY # _____    D/O/B    11/06/1972

SIGNATURE _____

ADDRESS    13310 Sand Lake Circle

CITY, STATE, ZIP    Tampa, FL 33613

DATE _____

---

## AUTHORIZATION FOR RELEASE OF WAGE & SALARY INFORMATION

This authorization or a photocopy thereof will authorize you to furnish all information you may have regarding my wages and salary while employed by you. Please release this information to a representative of Sedgwick Claims Management Services, Inc.

NAME (print)    Sulma S. Maradiaga    DATE _____

SIGNATURE _____

SOCIAL SECURITY # _____    D/O/B    11/06/1972

EMPLOYER NAME    Save Rite Grocery Warehouse, Inc.

EMPLOYER ADDRESS    5050 Edgewood Court

CITY, STATE, ZIP    Jacksonville, FL 32254-3699

EMPLOYER TELEPHONE _____

Obtaining the medical & wage information is for the purpose of evaluating your claim and does not assume liability on Winn-Dixie or Sedgwick to pay or reimburse any expenses incurred as a result of this incident.

(Esta carta es en referencia al incidente que ocurio en Winn-Dixie. Por favor ponga un interprete en contacto con migo.)

## LIST OF ALL PROVIDERS/DOCTORS/HOSPITALS/ETC. WHO HAVE PROVIDED ANY TREATMENT OR SERVICE

**PERSON TREATED:** Sulma S. Maradiaga

**DATE OF INCIDENT** 04/16/2006     **CLAIM #** A611203277-0001-01

NAME:

ADDRESS:

CITY, STATE, ZIP:

PHONE:


NAME:

ADDRESS:

CITY, STATE, ZIP:

PHONE:


NAME:

ADDRESS:

CITY, STATE, ZIP:

PHONE:


NAME:

ADDRESS:

CITY, STATE, ZIP:

PHONE:


NAME:

ADDRESS:

CITY, STATE, ZIP:

PHONE: