

## Sedgwick

Sedgwick Claims Management Services Inc
P.O. Box 24787, Jacksonville, FL 32241-4787
Telephone: (888)784-3470 Facsimile: (904)419-5365

December 11, 2006

Leo Gomez
Fiol, Gomez & Blackburn, P.A.
1515 N. Marion Street
1st Floor
Tampa, Fl. 33602

RE:  Claimant: Sulma S. Maradiaga
     Claim Number: A611203277-0001-01
     Date of Injury: 04/16/2006
     Location:      Tampa, FL 33610      Winn Dixie #:

Dear Mr. Gomez:

We acknowledge receipt of your demand concerning Ms. Maradiaga. Our records indicate there is no liability on the part of the Save Rite/Winn Dixie store.

Accept this as our formal denial of this matter. Any medical expenses need to be covered by your client's medical insurance carrier.

Sincerely,

*Rebecca Peters*

Rebecca Peters
Claims Examiner II



EXHIBIT H