IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.: 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., | ) | Chapter 11 |
| et al., | ) | |
| | ) | |
| Reorganized Debtors | ) | Jointly Administered |
| | ) | |

## AFFIDAVIT OF LOVANN RAMIREZ IN SUPPORT OF MOTION TO ENLARGE TIME TO FILE ADMINISTRATIVE CLAIM REQUEST

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

BEFORE ME, the undersigned authority, personally appeared Lovann Ramirez ("Affiant"), who, after being duly sworn, deposes and says:

1. Affiant is over eighteen years of age and has personal knowledge of the matters set forth herein.

2. Affiant is an Employee with Fiol, Gomez & Blackburn, P.A. located at 1515 North Marion Avenue, 1st Floor, Tampa, Florida 33602.

3. Affiant's Employer has been retained to represent Sulma S. Maradiaga in her claim for damages against the Winn-Dixie Supermarket, resulting from a slip and fall that occurred on its business premises on April 16, 2006.

4. On April 10, 2007, Affiant first learned of the bankruptcy filing during a telephone conversation with Rebecca Peters, an Adjuster with Sedgwick Claims Management Services, Inc. ("Ms. Peters"). At that time, Ms. Peters informed Affiant that Smith, Husley & Busey was handling bankruptcy issues for Winn-Dixie.

5. Thereafter, on April 10, 2007, Affiant had a telephone conversation with David Gay, Esquire, of Smith, Hulsey & Busey ("Mr. Gay"), counsel for Debtors. At that time, Mr. Gay advised Affiant that Winn-Dixie was involved in a bankruptcy situation from February 21, 2005 through November 21, 2006 and if Ms. Maradiaga's claim fell within this period Ms. Maradiaga would have needed to complete a Notice of Claim Form by the January 5, 2007 bar date.

6. Thereafter, Affiant advised Leo D. Gomez of her telephone conversations with Ms. Peters and Mr. Gay.


EXHIBIT I

7. At no point prior to the claims bar date did the Debtor provide Affiant with any notice of the bankruptcy or of the claims bar date.

8. Affiant has reviewed the facts set forth in the Motion to Enlarge Time to File Administrative Claim Request, and certifies that all facts as stated therein are true and correct.

FURTHER AFFIANT SAYETH NAUGHT.

Lovann Ramirez

Sworn to and subscribed before
Me this 2nd day of May,
2007, in the State and County
Last aforesaid.

_____
Notary Signature
Marta Rodriguez
Notary Name (type or print)
My Commission Expires: _____

Marta Rodriguez
My Commission DD263121
Expires December 06, 2007