UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 3:05-bk-03817-JAF |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

### ORDER GRANTING UNOPPOSED MOTION TO AMEND ASSIGNMENT OF PROOF OF CLAIM *NUNC PRO TUNC* TO CORRECT NAME

Upon consideration of the Unopposed Motion to Amend Assignment of Proof of Claim *Nunc Pro Tunc* to Correct Name filed by CWCapital Asset Management LLC, solely in its capacity as special servicer for U.S. Bank, N.A., successor to State Street Bank and Trust Company, as Trustee for the registered holders of First Union Lehman-Brothers Commercial Mortgage Trust, Commercial Mortgage Pass-Through Certificates Series 1997-C1 (the "Trust"), it is ORDERED:

1. Logan & Company, Inc. as claims agent, Wells Fargo Bank, N.A., as disbursing agent, and American Stock Transfer & Trust Company, as stock transfer agent are hereby directed to amend their respective records with respect to Claim #11962 to state that the holder of such claim is:

> U.S. Bank, N.A., successor to State Street Bank and Trust Company, as Trustee for the Registered Holders of First Union Lehman Brothers Commercial Mortgage Trust, Commercial Mortgage Pass-Through Certificates Series 1997-C1.

2. These entities are also directed to issue a direct registration book entry statement declaring that the 16,807 shares of the Reorganized Debtors issued on account of Claim number 11962 are held by the above-referenced entity.

DATED this 31 day of May, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:

Stephen D. Busey, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
busey@smithhulsey.com

John B. Macdonald, Esq.
Akerman, Senterfitt & Eidson, P.A.
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202
john.macdonald@akerman.com

Elana L. Escamilla, Esq.
Assistant United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
elana.l.escamilla@usdoj.gov

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
cjackson@smithhulsey.com

D.J. Baker, Esq.
Skadden, Arps, Slat, Meagher, & Flom, LLP
Four Times Square
New York, New York 10036
dbaker@skadden.com

Adam Ravin, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
aravin@skadden.com

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Plaza
New York, New York 10005
ddunne@milbank.com

Richard R. Thames, Esq.
Stutsman Thames & Markey, P.A.
50 North Laura Street, Suite 1600
Jacksonville, Florida 32202
rthames@stmlaw.net

63867