## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

### NOTICE OF WITHDRAWAL OF APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM (DOCKET NO. 13677)

Please take notice that Florencio Gil and General de Solubles S.A. hereby withdraw Docket No. 13677 docketed as an Application for Payment of Administrative Expense Claim and any other administrative expense claim they may have.

Dated: June 1, 2007.

By: _____
Florencio Gil, on behalf of himself
and as Administration Manager of
General de Solubles, S.A.

871-750-60-50
fgil@gesol.com.mx