## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| _____) | |

### AGREED ORDER RESOLVING CLAIM NUMBERS 9634
### AND 9635 FILED BY DANIEL G. KAMIN (STORE NO. 2628)

This cause originally came before the Court on the Twenty-Sixth Omnibus Objection to Claims Arising from Unexpired Leases of Non-Residential Real Property (I) That Have Been Assumed, (II) That Have Been Assumed and Assigned, or (III) That Are the Subject of Lease Termination Agreements (the "Objection") (Docket No. 12281) filed by Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Reorganized Debtors"). Included among the several proofs of claim listed on Exhibit A of the Objection were claim numbers 9634 and 9635 filed by Daniel G. Kamin ("Kamin"). Kamin filed a response to the Objection seeking to overrule the Objection as to claim numbers 9634 and 9635 (Docket No. 12835). On December 20, 2006, the Court entered an Order Correcting the Order Dated November 30, 2006 Docket No. 12908, Sustaining Debtors' Twenty-Sixth Omnibus Objection to Claims Arising from Unexpired Leases of Non-Residential Real Property (I) That Have Been Assumed (II) That Have Been Assumed and Assigned or (III) That Are the Subject of Lease Termination Agreements to Attach Amended Exhibits 1 and D (Docket No. 13344) sustaining the Objection as to the proofs of claims listed on the exhibits to the order and continuing the hearing on the Objection as to claim numbers 9634 and 9635 filed by Kamin

and other unresolved claims. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim numbers 9634 and 9635 filed by Kamin with respect to Store No. 2628[1] are disallowed in their entirety.

2. This Agreed Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims pertaining to Store No. 2628 filed by Kamin in these Chapter 11 cases and (ii) all other pre-petition or pre-effective date claims pertaining to Store No. 2628 Kamin has or may have against the Reorganized Debtors and any of its Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

3. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 4 day of June, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00566257

---

[1] Kamin and the Reorganized Debtors are parties to a lease, dated June 27, 1984, as amended from time to time, for non-residential real property located in Laurel, Mississippi, which property had been designated as Store No. 1311. This property has been re-designated as Store No. 2628, and the Objection identified this property as Store No. 2628. Claim numbers 9634 and 9635 filed by Kamin pertain to Store No. 2628.

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| **SEYFARTH SHAW LLP** | **SMITH HULSEY & BUSEY** |
| By  *s/ Sara E. Lorber*\*   <br>Sara E. Lorber | By  *s/ Cynthia C. Jackson*   <br>Cynthia C. Jackson, F.B.N. 498882 |
| 131 South Dearborn Street, Suite 2400<br>Chicago, Illinois 60603<br>(312) 460-5970<br>(312) 460-7970 (facsimile)<br>slorber@seyfarth.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Counsel for Daniel G. Kamin | Co-Counsel for Reorganized Debtors |

\*Counsel has authorized her electronic signature.

00566257