UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

　　　　Debtors.

_____/

Chapter  11
Case No.  3-05-bk-3817-JAF

## PUBLIX SUPER MARKETS, INC.'S NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE AND REQUEST FOR REMOVAL FROM MAILING MATRIX AND TO STOP ELECTRONIC NOTICE

　　　　PLEASE TAKE NOTICE that William K. Zewadski, attorney for Publix Super Markets, Inc, in the above-styled action, hereby files this his Notice of Withdrawal of Notice of Appearance and Request for Removal from Mailing Matrix and to Stop Electronic Notice, and in support thereof states as follows:

　　　　1.　　On June 29, 2005, William K. Zewadski filed his Notice of Appearance and Request for Notice (Docket #1913), on behalf of Publix Super Markets, Inc.

　　　　2.　　Accordingly, William K. Zewadski, respectfully requests to be removed from the mailing matrix here and to stop electronic notices to him in the above-styled case.

　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　 /s/ William Knight Zewadski_____
　　　　　　　　　　WILLIAM KNIGHT ZEWADSKI
　　　　　　　　　　Florida Bar No. 121746
　　　　　　　　　　Z@trenam.com
　　　　　　　　　　TRENAM, KEMKER, SCHARF, BARKIN,
　　　　　　　　　　 FRYE, O'NEILL & MULLIS, P.A.
　　　　　　　　　　Post Office Box 1102
　　　　　　　　　　Tampa, Florida  33601
　　　　　　　　　　813.223.7474/813.229.6553 (fax)
　　　　　　　　　　Attorneys for Publix Super Markets, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Publix Super Markets, Inc.'s

Notice of Withdrawal of Notice of Appearance and Request for Removal from Mailing

Matrix and to Stop Electronic Notice, was served electronically on those parties having

entered their appearance in the Court's Electronic Court Filing (ECF) System, on this 5th

day of June, 2007:


        /s/ William Knight Zewadski
                Attorney