UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,                Case No.: 3-05-bk-3817(JAF)

    Debtors,                                                      Chapter 11

_____/                Jointly Administered

### NOTICE OF HEARING ON MOTION FOR EVIDENTIARY HEARING ON APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE

TO PARTIES OF INTEREST:

    PLEASE TAKE NOTICE that a hearing is scheduled for Thursday, August 9, 2007 at 1:30 p.m. EST, before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider Applicant's, Thelma Carter's, Motion for Evidentiary Hearing on Application for Allowance of Administrative Expense, Docket Number 16501.

    You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

    You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the

use of a computer. Please take notice that as an additional security measure, a photo ID is required for entry into the Courthouse.

Dated: June 5, 2007

/s/ Lawrence J. Marraffino
Attorney for Applicant

CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2007, I filed this Notice of Hearing through the CM/ECF filing system, which will cause a copy to be served on James H. Post, Esq., Counsel for the Reorganized Debtors, Matthew Barr, Esq. and John MacDonald, Esq., Counsel for the Post-Effective Date Committee, Elena L. Escamilla, Esq., Counsel for the Office of the United State Trustee and all other parties participating in the CM/ECF System, all served electronically.

/s/ Lawrence J. Marraffino
LAWRENCE J. MARRAFFINO, P.A.
FBN 438390
3312 W. University Avenue
Gainesville, FL 32607
(352) 376-0102