UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |

### **NOTICE OF REQUEST TO STOP ELECTRONIC NOTICE**

TO ALL PARTIES:

      PLEASE TAKE NOTICE that the undersigned counsel hereby requests to be removed from any and all service lists including the Court's Electronic Service List as counsel for CENTRAL REFRIGERATED SERVICES, INC. (Claim No. 13682).

      DATED this 5th day of June, 2007.

/s/ Michael N. Emery
MICHAEL N. EMERY
RICHARDS, BRANDT, MILLER
 & NELSON
50 South Main, Suite 700
P.O. Box 2465
Salt Lake City, UT 84144
(801) 531-2000
(801) 532-5506 fax
 Attorneys for Central Refrigerated Services, Inc.
Michael-Emery@rbmn.com

G:\EDSI\DOCS\15474\0001\JG3797.WPD