UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | : | Main Case No.: 3-05-BK-3817 |
| | : | Case No.: 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | : | Chapter 11 |
| | : | |
| Debtors. | : | Jointly Administered |
| _____ | : | |

**NOTICE OF WITHDRAWAL AND REQUEST
TO STOP ELECTRONIC NOTICE**

**COMES NOW,** Brian G. Rich, attorney for (i) BellSouth Telecommunications, Inc.; (ii) Lumbermens Mutual Casualty Co., et al.; and (iii) Wilmington Trust Company and associated with (i) Curtis, Mallet-Prevost, Colt & Mosle, LLP; and (ii) Wildman, Harrold, Allen & Dixon, LLP (the "Applicant") files this *Notice of Withdrawal and Request to Stop Electronic Notice* and requests to be administratively terminated in this case for the purpose of receiving notices. The undersigned no longer wishes to receive notices from the Court, either by electronic form or first class mail.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by U.S. mail on D.J. Baker, Sally McDonald Henry, Rosalie Walker Gray, Adam S. Ravin, Skadden, Arps, Slate, Meagher & Flom, LLP, Co-Counsel for Re-organized Debtor, Four Times Square, New York, New York 10036 and Stephen D. Busey, James H. Post, Cynthia C. Jackson, Leanne Prendergast, Smith Hulsey & Busey, Co-Counsel for Re-organized Debtor, 225 Walter Street, Suite 1800, Jacksonville, Florida 32202 this 6th day of June, 2007.

BERGER SINGERMAN, P.A.
315 South Calhoun Street, Suite 712
Tallahassee, FL 32301
Phone: (850) 561-3010
Fax: (850) 561-3013

By: /s/ Brian G. Rich
 Brian G. Rich
 Florida Bar No. 038229
 brich@bergersingerman.com

742423-1                                  1