IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE: WINN DIXIE STORES*
INC., et al.             *     CASE NUMBER 05-03817-3F1
                         *
   Reorganized Debtor *,       CHAPTER 11
                         *
   vs.                   *     CLAIM NO. 13807
                         *
MARIETTA BROWN SAMPSON   *
                         *
                         *
   Creditor/Claimant.    *

### RESPONSE TO OBJECTION TO CLAIM

COMES NOW the Creditor/Claimant, MARIETTA BROWN SAMPSON, who files this Response to the Objection to Claim against the Debtor, and respectfully shows the Court as follows:

1.   The Debtor has failed to serve the counsel for the Creditor, even though the Debtor's counsel has actual notice that the Creditor is represented by counsel

2.   The Claim that was filed was legally sufficient, since it is based upon an oral agreement, and therefore the Claimant could not have provided the information which the Debtor now contends should have been provided, and also the form proof of claim furnished to Claimant did not notify the Claimant of the requirement of furnishing documentation, and in fact was misleading;

3.   The Claim was filed timely, as shown by the

attached proof of delivery, and the Objection was untimely, since the claim was submitted on August 1, 2005.

WHEREFORE, the Claimant prays:

A. That the previously filed Claim be allowed all as provided by law;

B. That the Claimant be allowed to proceed with her claim in the State Court of Glynn County, and that the Stay in Bankruptcy be disolved;

C. Such other and further relief as to the Court may seem just and proper.

_____
W. DOUGLAS ADAMS
ATTORNEY FOR MARIETTA BROWN SAMPSON

1829 Norwich Street
Post Office Box 857
Brunswick, Georgia 31521-0857
(912) 265-1966


CERTIFICATE OF SERVICE

This is to certify that I have served a true and correct copy of the foregoing upon the counsel for the Debtors and the United States Trustee on this 31st day of May, 2007.

_____
W. DOUGLAS ADAMS
ATTORNEY FOR MARIETTA BROWN SAMPSON

 UNITED STATES POSTAL SERVICE

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **ED12 6486 327U S**
Status: **Delivered**

Your item was delivered at 10:59 am on August 01, 2005 in MONTCLAIR, NJ 07043. The item was signed for by K LOGAN.

Additional information for this item is stored in files offline.

( Restore Offline Details > )     ( Return to USPS.com Home > )

### Notification Options

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail. ( Go > )

 **POSTAL INSPECTORS**
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts** 
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy