# UNITED STATES BANKRUPTCY COURT

Middle District Of Florida
300 North Hogan Street, 3-350
Jacksonville, Florida 32202

In re:
Winn-Dixie Stores, Inc.            Case Number - 3-05-bk-3817-3F1
                                             Adversary Number - N/A
Debtor(s)

## -TRANSMITTAL OF RECORD TO DISTRICT COURT-

(X) Appeal pursuant to 28 USC § 158(a).

Notice of Appeal Filed: January 26, 2007

The Party or Parties included in the Appeal to the District Court:

Appellant(s): Florida Tax Collectors
Attorney:     Brian T. Hanlon
                PO Box 3715, West Palm Beach, FL 33402-3715 (561-355-2142)

Appellee(s): Winn-Dixie Stores, Inc
Attorney:     Stephen Busey, 225 Water St., Ste 1800, Jacksonville, FL 32202 (904-359-7700)
                D.J. Baker, Four Times Square, New York, NY 10036 (212-735-3000)

**Title and Date of Orders Appealed** - Order Granting in Part and Denying in Part Florida Tax Collectors' Motion to Dismiss Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities entered on January 19, 2007 AND CROSS APPEAL

Items included in transmittal pursuant to F.R.B.P. 8003(b): **EXHIBITS HAVE ALREADY BEEN DELIVERED TO DISTRICT COURT WITH OTHER APPEALS**

(X) Notice of Appeal                                      ( ) Any Answers(s)
(X) Designation in Appeal of Appellant          (X) Transcripts
(X) Designation in Cross Appeal                   (X) Exhibits
(X) Other: Copy of Docket

    Case number(s) of Pending Appeal(s) in this Case: none

County of Residence: Duval County      Date March 21, 2007 and resubmitted June 6, 2007     By: Cathy Perkins

District Court Case Number    3:07-cv-241-J-33