**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Reorganized Debtors.[2] | Jointly Administered |

**AGREED ORDER RESOLVING CLAIM NUMBER 12294 FILED BY HOMEWOOD ASSOCIATES, INC., AS SET FORTH IN THE DEBTORS' FIFTEENTH OMNIBUS CLAIMS OBJECTIONS**

These cases came before the Court for hearing on August 24, 2006, upon the Fifteenth Omnibus Objection of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"),[3] which objection included as one of the several claims subject to dispute the claim of Homewood Associates, Inc. filed as claim number 12294. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim number 12294 filed by Homewood Associates, Inc. is allowed as an unsecured non-priority claim (plan class 13) in the amount of $495,435.50, and the remainder of claim number 12294 is disallowed.

---

[2] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of such reorganized debtors were closed on March 22, 2007.

[3] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

2. The allowed claim amount ($495,435.50) represents full and final satisfaction of all claims and damages of Homewood Associates, Inc. against the Debtors.

3. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 10 day of June, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| SMITH HULSEY & BUSEY | WILES & WILES |
|---|---|
| By /s/ James H. Post <br>     James H. Post (FBN 175460) | By /s/ John J. Wiles   * <br>     John J. Wiles |
| 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> Email: jpost@smithhulsey.com | 800 Kennesaw Avenue, NW, Suite 400 <br> Marietta, Georgia 30060 <br> (770) 426-4619 <br> (770) 426-4846 (facsimile) <br> Email: jjwiles@evict.net |
| -and- | Counsel for Homewood Associates, Inc. |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | *Counsel has authorized his electronic signature |
| D. J. Baker <br> Rosalie Walker Gray <br> Jane M. Leamy <br> Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (212) 735-2000 (facsimile) | |
| Co-Counsel for Reorganized Debtors | |