# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors.[2] | ) | Jointly Administered |
| | ) | |

### AGREED ORDER RESOLVING
### CLAIM NUMBER 12288 FILED BY THC, LLC, AS SET FORTH IN THE
### DEBTORS' TWENTY-THIRD OMNIBUS CLAIMS OBJECTIONS

These cases came before the Court for hearing on October 25, 2006, upon the Twenty-Third Omnibus Objection of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"),[3] which objection included as one of the several claims subject to dispute the claim of THC, LLC filed as claim number 12288, which claim was subsequently assigned to LCH Opportunities, LLC. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1.     Claim number 12288 is allowed as an unsecured non-priority claim (plan class 13) in the amount of $628,545.50, and the remainder of claim number 12288 is disallowed.

---

[2] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of such reorganized debtors were closed on March 22, 2007.

[3] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

2. All plan distributions to be made on account of the allowed amount of claim number 12288 shall be made to LCH Opportunities, LLC.

3. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 6 day of June, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | BALCH & BINGHAM LLP |
| By /s/ James H. Post<br>James H. Post (FBN 175460) | By /s/ Christie Lyman Dowling   *<br>Christie Lyman Dowling |
| 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>Email: jpost@smithhulsey.com | 1901 Sixth Avenue North, Suite 2600<br>Birmingham, Alabama 35203<br>(205) 226-8782<br>(205) 488-5673 (facsimile)<br>Email: cdowling@balch.com |
| -and- | Counsel for THC, LLC |
| SKADDEN, ARPS, SLATE,<br>MEAGHER & FLOM LLP | DLA PIPER RUDNICK GRAY CARY<br>US LLP |
| D. J. Baker<br>Rosalie Walker Gray<br>Jane M. Leamy<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile) | By /s/ Vincent J. Roldan   *<br>Vincent J. Roldan<br><br>1251 Avenue of the Americas<br>New York, New York 10020-1104<br>(212) 335-4569<br>(212) 884-8569 (facsimile)<br>Email: vincent.roldan@dlapiper.com |
| Co-Counsel for Reorganized Debtors | Counsel for LCH Opportunities, LLC |

* Counsel have authorized their electronic signatures