UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Reorganized Debtors.[2] | ) Jointly Administered |
| | ) |

**AGREED ORDER RESOLVING CLAIM NUMBER 10263
FILED BY DPJ LIMITED PARTNERSHIP, AS SET FORTH IN THE
DEBTORS' THIRTEENTH OMNIBUS CLAIMS OBJECTIONS**

These cases came before the Court for hearing on July 13, 2006, upon the Thirteenth Omnibus Objection of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"),[3] which objection included as one of the several claims subject to dispute the claim of DPJ Limited Partnership filed as claim number 10263. Claim number 10263 was transferred by special warranty deed from DPJ Limited Partnership to Protective Life Insurance Company (docket number 5010) and then subsequently assigned by Protective Life Insurance Company to LCH Opportunities, LLC (docket number 8310). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

---

[2] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of such reorganized debtors were closed on March 22, 2007.

[3] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

1. Claim number 10263 is allowed as an unsecured non-priority claim (plan class 13) in the amount of $268,822.35, and the remainder of claim number 10263 is disallowed.

2. All plan distributions to be made on account of the allowed amount of claim number 10263 shall be made to LCH Opportunities, LLC.

3. Nothing in this Order shall impair the rights of LCH Opportunities, LLC and Protective Life Insurance Company, assignee of DPJ Limited Partnership, as against each other.

4. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 6 day of June, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

**Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | HOLLAND & KNIGHT, L.L.P. |
| By /s/ James H. Post<br>James H. Post (FBN 175460) | By /s/ Charles S. McCall     *<br>Charles S. McCall |
| 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>Email: jpost@smithhulsey.com | 50 North Laura Street, Suite 3900<br>Jacksonville, Florida 32201<br>(904) 798-7342<br>(904) 358-1872 (facsimile)<br>Email: charles.mccall@hklaw.com |
| -and- | Counsel for Protective Life Insurance Company, assignee of DPJ Limited Partnership |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | DLA PIPER RUDNICK GRAY CARY US LLP |
| D. J. Baker<br>Rosalie Walker Gray<br>Jane M. Leamy<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile) | By  /s/ Vincent J. Roldan     *<br>Vincent J. Roldan<br><br>1251 Avenue of the Americas<br>New York, New York 10020-1104<br>(212) 335-4569<br>(212) 884-8569 (facsimile)<br>Email: vincent.roldan@dlapiper.com |
| Co-Counsel for Reorganized Debtors | Counsel for LCH Opportunities, LLC |
| | * Counsel have authorized their electronic signatures |