UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817-3F1

IN RE:

**WINN-DIXIE STORES, INC.,**

**Debtor(s)**

## ORDER STRIKING RESPONSE TO OBJECTION TO CLAIM

The Court finds that the Response to Objection to Claim filed by W. Douglas Adams, on behalf of Marietta Brown Sampson on June 6, 2007 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED:**

The Response to Objection to Claim filed by W. Douglas Adams on behalf of Marietta Brown Sampson on June 6, 2007, is stricken from the record.

DATED June 7, 2007, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
W. Douglas Adams, 1829 Norwich Street, Brunswick, GA 31521-0857