UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| ) | |

**AGREED ORDER RESOLVING CLAIM NUMBER 10536
FILED BY MOORINGS OF MANATEE, INC. (STORE NO. 657)**

This cause originally came before the Court on the Debtors' Twenty-Sixth Omnibus Objection to Claims Arising from Unexpired Leases of Non-Residential Real Property (I) That Have Been Assumed, (II) That Have Been Assumed and Assigned, or (III) That Are the Subject of Lease Termination Agreements (Docket No. 12281) (the "Objection"). The Court entered an Order (Docket No. 12908) and an Order correcting the Docket No. 12908 Order (Docket No. 13344) sustaining the Objection as to the proofs of claims listed on the exhibits to the Orders. Included among the several proofs of claim listed on Exhibit B of the Orders was claim number 10536 filed by Moorings of Manatee, Inc. ("Moorings"). The Orders reclassified claim number 10536 to administrative priority in an amount to be determined by subsequent order. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim number 10536 filed by Moorings with respect to Store No. 657 is allowed as an administrative claim in the amount of $973.42, which Winn-Dixie Stores,

Inc. and its affiliated debtors (collectively, the "Reorganized Debtors") have paid in full.

2. This Agreed Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims pertaining to Store No. 657 filed by Moorings in these Chapter 11 cases and (ii) all other pre-petition or pre-effective date claims pertaining to Store No. 657 that Moorings has or may have against the Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

3. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 7 day of June, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00562502

## **Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY

By___*s/ Barry Spencer*_____     By___*s/ Cynthia C. Jackson*_____
      Barry Spencer                                    Cynthia C. Jackson, F.B.N. 498882

430 Interstate Court                      225 Water Street, Suite 1800
Sarasota, Florida 34240                Jacksonville, Florida 32202
(813) 649-9314                             (904) 359-7700
Bosco845@aol.com                   (904) 359-7708 (facsimile)
                                            cjackson@smithhulsey.com

President of Moorings of Manatee, Inc.    Co-Counsel for Reorganized Debtors

*Pro-se party has authorized his electronic signature.

00562502