**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |

**AMENDED**
**NOTICE OF HEARING**

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **June 14, 2007 at 1:30 p.m. (prevailing Eastern time),** before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider By-Pass Partnership's Motion to Compel Debtor to Assume or Reject Lease (Docket No. 4214) and Debtors' Objection to By-Pass Partnership's Motion to Compel Debtor to Assume or Reject Lease (Docket No. 4597) (the "Debtors' Objection").

Only responses to the Debtors' Objection filed and served on James H. Post at jpost@smithhulsey.com, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 so as to be received by **June 13, 2007** at 4:00 p.m. (E.T.) will be considered by the Bankruptcy Court at the hearing. The relief requested in the Debtors' Objection may be granted without a hearing if no response is timely filed and served.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure, a photo ID is required for entry into the Courthouse.

Dated: June 8, 2007.

          SMITH HULSEY & BUSEY

          By  *s/ Leanne McKnight Prendergast*
              Stephen D. Busey
              James H. Post
              Leanne McKnight Prendergast

          Florida Bar No. 0059544
          225 Water Street, Suite 1800
          Jacksonville, Florida  32202
          (904) 359-7700
          (904) 359-7708 (facsimile)
          lprendergast@smithhulsey.com

          Counsel for Reorganized Debtors

## **Certificate of Service**

      I certify that a copy of the foregoing document was furnished by mail and/or electronically to Timothy P. Shusta, Esq., Phelps Dunbar LLP, 100 South Ashley Drive, Suite 1900, Tampa, Florida 33602 and Brent B. Barriere, Esq., Phelps Dunbar LLP, 365 Canal Street, Suite 2000, New Orleans, Louisiana 70130, this 8th day of June, 2007.

                                            *s/ Leanne McKnight Prendergast*
                                                       Attorney

567584.2