UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| ) | |

### AGREED ORDER RESOLVING CURE OBJECTION FILED BY DBR ASSET MANAGEMENT, AGENT FOR THREE LAKES PLAZA, LC (STORE NO. 210)

This cause came before the Court on the Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief filed by Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Reorganized Debtors") (Docket No. 8941) and the Objection to the Debtor's Winn-Dixie Stores, Inc. Proposed Cure Amount (Docket No. 9565) filed by DBR Asset Management as agent for Three Lakes Plaza LC ("Three Lakes") with respect to Store No. 210 (the "Cure Objection"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objection is overruled.

2. The cure amount for Store No. 210 is fixed at $13,707.01, $12,336.61 of which the Reorganized Debtors have paid to Three Lakes. Within fourteen (14) business days of entry of this Agreed Order, the Reorganized Debtors will pay Three Lakes $1,370.40 in full satisfaction of any right to cure Three Lakes has or may have under 11 U.S.C. § 365 or otherwise with respect to Store No. 210.

3. This Agreed Order resolves all liabilities and obligations pertaining to Store No. 210 that Three Lakes has or may have against the Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

4. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this _8_ day of June, 2007, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00567154

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| GLATTER & ASSOCIATES, P.A. | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ Eric S. Glatter* * <br> Eric S. Glatter, F.B.N. 793663 | By  *s/ Cynthia C. Jackson* <br> Cynthia C. Jackson, F.B.N. 498882 |
| 1489 West Palmetto Park Road, Suite 420 <br> Boca Raton, Florida 33486 <br> (561) 391-3369 <br> (561) 391-3786 (facsimile) <br> eric@glatterlaw.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Counsel for DBR Asset Management, as agent for Three Lakes Plaza, LC | Co-Counsel for Reorganized Debtors |

*Counsel has authorized his electronic signature.

00567154