**[3902a]** [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No. 3:05−bk−03817−JAF
Chapter 11

Winn−Dixie Stores, Inc

_____Debtor(s)_____/

NOTICE OF CONTINUED FINAL HEARING

    NOTICE IS GIVEN that a hearing on Motion for Relief from Stay by Ada Serra is continued to January 7, 2008 at 1:30 p.m. in 4th Floor Courtroom D , 300 North Hogan Street, Jacksonville Florida.

Dated June 11, 2007 .

                Lee Ann Bennett, Clerk of Court
                300 North Hogan Street Suite 3−350
                Jacksonville, FL 32202

Copies furnished to:
Debtor
Debtor's Attorney
Trustee
Henry Henderson, Movant's Attorney
1007d list