IN THE BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al,

Debtors.

Case No.: 3:05-bk-3817-JAF
*Chapter 11*
Jointly Administered

**APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM FOR POST-PETITION PERSONAL INJURIES BY DOROTHY ASHMORE**

Dorothy Ashmore, by and through her undersigned attorneys, pursuant to 11.U.S.C., 503, hereby requests that the Court approve this Application for Allowance of Administrative Expense Claim for Post-Petition Personal Injuries and says:

1. On February 21, 2005, Winn-Dixie Stores, Inc., together with its affiliates (collectively, the "Debtor") filed voluntary petitions for reorganization relief under Chapter 11 of Title 11 of the United States Code U.S.C. § §101-1330, as amended.

2. At all times pertinent to this Motion, Debtor has operated and managed its business as Debtor in Possession.

3. On or about May 9, 2005, Claimant Dorothy Ashmore was electrocuted or shocked by a display case located in Debtor's store at 3625 Highway 14, Millbrook, Alabama 36054. Damages sustained from a post-petition tort committed by the Debtor have administrative expense priority. Reading Co. v. Brown, 391 U.S. 471 (1968).

4. On or about May 9, 2007, Floyd filed a Complaint in the Circuit Court of Elmore County, Alabama on behalf of Dorothy Ashmore against Winn Dixie, Inc., and other defendants. A copy of the Complaint as filed is attached as Exhibit "A".

5. On May 21, 2007, Floyd received a letter from David L. Gay, co-counsel for Debtor advising Floyd of that an administrative bar date of January 5, 2007 had been established

by the Court, that Ms. Ashmore's claim was now barred and demanded dismissal of Debtor from the state court action.

6. Floyd responded on May 22, 2007, attesting to his lack of knowledge of the administrative bar date and to the fact that filing a timely claim with the bankruptcy court would have been far easier and cheaper than the independent state court suit.

7. Neither Claimant nor Claimant's attorney Stephen Floyd ("Floyd") received notice of the Confirmation Order or the Bar Notice or any other notice of a bar date for administrative claims. Copies of Affidavits signed by Claimant and Floyd attesting to their lack of notice are attached as composite Exhibit B.

**CERTIFICATE OF SERVICE**

A copy of the foregoing was served on D. J. Baker at djbaker@skadden.com, Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, New York 10036 and on James H. Post at jpost@smithhulsey.com, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, along with all other interested parties being served electronically this 11th day of June, 2007, by email and facsimile.

>Slott, Barker & Nussbaum
>334 East Duval Street
>Jacksonville, Florida 32202
>(904) 353-0033 (Telephone)
>(904) 355-4148 (Telecopy)
>embarker@bellsouth.net (Email)
>
>/s/ Earl M. Barker, Jr.
>Earl M. Barker, Jr.
>Florida Bar No. 110140
>Hollyn J. Foster
>Florida Bar No. 0020883
>
>Attorneys for Dorothy Ashmore