**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:                                          CASE NOS.:   3:04-bk-06811-JAF
                                                       and   3:04-bk-6812-JAF
ALLIED PRINTING, INC.
a/k/a ALLIED GRAPHICS                           Jointly Administered under
                                                CASE NO. 3:04-bk-6812-JAF

         Debtor(s)
_____/

**AFFIDAVIT OF DOROTHY ASHMORE**

State of Alabama
County of

Personally appeared Dorothy Ashmore ("Affiant") who was first duly sworn, deposed and then said:

1. On May 9, 2005, while shopping at the Winn Dixie store located at 3625 Highway 14, Millbrook, Alabama 36054 Affiant was electrocuted or shocked by a display case.

2. As a result of the electrocution she sustained personal injuries.

3. Affiant never received any written or oral notice from any person or entity advising her of a deadline to file a claim in the Winn Dixie bankruptcy case for her injuries.

Further Affiant Sayeth Naught.

_____
Dorothy Ashmore, Affiant

SWORN TO AND SUBSCRIBED before me, this ___ day of June, 2007, by the above-named Affiant who is ___ personally known to me and who produced AL Driver License as identification and who did not take an oath.

_____
Print Name:
Notary Public, State of Alabama
My commission expires:

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: May 2, 2010
BONDED THRU NOTARY PUBLIC UNDERWRITERS

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

IN RE:

ALLIED PRINTING, INC.
a/k/a ALLIED GRAPHICS

    Debtor(s)
_____/

CASE NOS.:  3:04-bk-06811-JAF
       and  3:04-bk-6812-JAF

Jointly Administered under
CASE NO. 3:04-bk-6812-JAF

### AFFIDAVIT OF STEVEN P. FLOYD

State of Alabama
County of

Personally appeared Steven P. Floyd ("Affiant") who was first duly sworn, deposed and then said:

1. Affiant is an attorney licensed to practice in the State of Alabama. He has been practicing law in the State of Alabama for nine (9) years.

2. Affiant represents Dorothy Ashmore in her claim against Winn Dixie for an accident which occurred on May 9, 2005, at the Winn Dixie store located at 3625 Highway 14, Millbrook, Alabama 36054.

3. At no point prior to May 21, 2007 did Affiant receive any written or oral notice from any person or entity notifying him of a Bankruptcy Court Order or deadline within which to file an administrative claim for Dorothy Ashmore.

4. On May 21, 2007, Affiant was informed of the administrative claims bar date of January 5, 2007 by letter from David L. Gay, co-counsel for Winn-Dixie, sent in response to a complaint filed by Affiant in the Circuit Court of Elmore County, Alabama on behalf of Dorothy Ashmore.

5. Affiant responded to Mr. Gay's letter informing him that he had never received any notice concerning the administrative bar date.

6. Affiant has consulted with his client, Dorothy Ashmore and Ms. Ashmore has informed him that she never received any written or oral notice of a claims filing deadline in regards to her claim against Winn Dixie.

Further Affiant Sayeth Naught.

_____
Steven P. Floyd, Affiant

**SWORN TO AND SUBSCRIBED** before me, this 8th day of June, 2007, by the above-named Affiant who is personally known to me and who produced a drivers license as identification and who did not take an oath.

_____
Print Name:      NOTARY PUBLIC STATE OF ALABAMA AT LARGE
                 MY COMMISSION EXPIRES: May 2, 2010
Notary Public, State of Alabama NOTARY PUBLIC UNDERWRITERS
My commission expires:

2