# GUY RODNEY WILLIS & ASSOCIATES
### Attorneys and Counselors at Law

Guy R. Willis
Steven P. Floyd

P.O. Drawer 1227
Millbrook, AL 36054
(334) 285-4488
(334) 365-1965
Fax (334) 285-4552

May 22, 2007

David L. Gay          VIA FAX: 904-359-7708
Smith, Hulsey & Busey
P.O. Box 53315
Jacksonville, FL 32201-3315

In Re: Dorothy Ashmore v. Winn Dixie
CV-07-900058

Dear Mr. Gay:

Thank you and I am in receipt of your correspondence dated May 21, 2007. I greatly appreciate the facts you recited. Of course it is not our intent to offend the Bankruptcy Court by our actions. Here is the general story and perhaps you can advise me how to proceed.

Ms. Ashmore's claim arose after the filing of Winn Dixie's bankruptcy action. I was generally informed there was no need to file a Motion to Lift the Stay before filing suit. Any collection would of a judgment would be governed by the bankruptcy court. It was on this basis suit was filed.

I further understand from your letter a notice was sent regarding the Administrative Claims Bar Date was sent to Ms. Ashmore and my firm. I can attest such a letter does not appear in her file. It would have been immensely easier and cheaper to file an administrative claim than suit.

My question is there an avenue to petition the Bankruptcy court to allow an administrative claim against Winn Dixie based on our failure to receive the notice of Administrative Claims Bar Date? If not, then I will comply with your request to remove Winn Dixie from the complaint.

I look forward to hearing from you soon.

Respectfully yours,

Steven P. Floyd