# GUY RODNEY WILLIS & ASSOCIATES
Attorneys and Counselors at Law

Guy R. Willis
Steven P. Floyd

P.O. Drawer 1227
Millbrook, AL 36054
(334) 285-4488
(334) 365-1965
Fax (334) 285-4552

June 1, 2007

David L. Gay
Smith, Hulsey & Busey
P.O. Box 53315
Jacksonville, FL 32201-3315

VIA FAX: 904-359-7708

In Re: Dorothy Ashmore v. Winn Dixie
CV-07-900058

Dear David:

I have not received a response from my letter of May 22, 2007. Even so, I would take this opportunity to appraise you of the situation.

As to Winn Dixie in the above styled cause, it has no obligation to Answer the complaint or participate in any discovery of any kind until this is resolved through the Bankruptcy court. In other words, I don't expect Winn Dixie to participate in any fashion and I will certainly take no action against Winn Dixie.

Mrs. Ashmore will file a motion with the Bankruptcy Court in an attempt to perfect her Administrative Claim. Earl Barker with Slott, Barker and Nussbaum will be handling Ms. Ashmore's petition to the Bankruptcy Court. Unfortunately, he would not be back in the office until Tuesday, June 5, 2007.

You made demand to dismiss Winn Dixie by June 1, 2007. Although I understand your position, I respectfully request your indulgence until the Bankruptcy Court makes a determination. As I have stated, no action is required or expected by Winn Dixie in the above styled cause.

At your earliest convenience, please give me a call. I look forward to hearing from you soon.

Respectfully yours,

Steven P. Floyd