**IN THE BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

WINN-DIXIE STORES, INC., et al,

Debtors.

Case No.: 3:05-bk-3817-JAF
*Chapter 11*
Jointly Administered

**JOINDER IN MOTION TO SCHEDULE OMNIBUS HEARING REGARDING MOTIONS TO ALLOW LATE FILED ADMINISTRATIVE CLAIMS**

Dorothy Ashmore, by and through her undersigned attorneys, joins in the Motion to Schedule Omnibus Hearing Regarding Motions to Allow Late Filed Administrative Claims filed by Miriam Gonzalez, Yness Herrera and Juan Quintana (Docket #16196) and says:

1. Dorothy Ashmore filed a Motion for Relief from the Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing Claims Arising Before Effective Date and Other Administrative Claims, concurrent with this Motion.

2. Since the basis of Ms. Ashmore's Motion for Relief is almost identical to that of Miriam Gonzalez, Yness Herrera and Juan Quintana, Ms. Ashmore seeks to join in the Motion to Schedule Omnibus Hearing Regarding Motions to Allow Late Filed Administrative Claims (the "Hearing Motion") and requests similar relief.

3. The Court has set an Omnibus Hearing to consider the Hearing Motion for June 14, 2007 (Docket No. 16302).

WHEREFORE, Dorothy Ashmore

a. Joins in the Hearing Motion and requests similar relief.

b. Requests that she be permitted to appear and be heard at the hearing of June 14, 2007.

**CERTIFICATE OF SERVICE**

      A copy of the foregoing was served on D. J. Baker at djbaker@skadden.com, Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, New York 10036 and on James H. Post at jpost@smithhulsey.com, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, along with all other interested parties being served electronically this 11th day of June, 2007, by email and facsimile.

      Slott, Barker & Nussbaum
334 East Duval Street
Jacksonville, Florida 32202
(904) 353-0033 (Telephone)
(904) 355-4148 (Telecopy)
embarker@bellsouth.net (Email)

/s/ Earl M. Barker, Jr.
Earl M. Barker, Jr.
Florida Bar No. 110140
Hollyn J. Foster
Florida Bar No. 0020883

Attorneys for Dorothy Ashmore