## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |

**AGREED ORDER RESOLVING CLAIM NOS. 11690, 11691 AND 11693 FILED BY ALABAMA DEPARTMENT OF REVENUE**

This matter is before the Court upon the Debtors' Eleventh Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims and (C) Misclassified Claims (Docket No. 7854) as it pertains to Claim Numbers 11690, 11691 and 11693 filed by the State of Alabama Department of Revenue. Based upon the consent of the parties as set forth below, it is

ORDERED AND ADJUDGED:

1. Claim Nos. 11690, 11691 and 11693 filed by the State of Alabama Department of Revenue are disallowed.

2. Logan & Company, Inc., the claims agent appointed in the Debtors' Chapter 11 cases, is directed to make such revisions to the claims register as are necessary to reflect the terms of this Order.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

3. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 11 day of June, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:

Leanne McKnight Prendergast, Esq.

[Leanne McKnight Prendergast is directed to serve a copy of this order on any party in interest who has not received the order through the CM/ECF system and to file a proof of service.]

568801

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | STATE OF ALABAMA, DEPARTMENT OF REVENUE |
| By  *s/ Leanne McKnight Prendergast*<br>     Stephen D. Busey<br>     James H. Post<br>     Leanne McKnight Prendergast | By  *s/ Mark Griffin**<br>     Mark Griffin |
| Florida Bar Number 0059544<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>lprendergast@smithhulsey.com | Alabama Bar Number GR1025<br>Assistant Attorney General<br>Post Office Box 320001<br>Montgomery, Alabama 36132-0001<br>(334) 242-9690<br>Mark.griffin@revenue.alabama.gov |
| Counsel for Reorganized Debtors | *Counsel has authorized the use of his electronic signature |