UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| _____ | ) | |

## NOTICE OF REQUEST TO STOP ELECTRONIC NOTICE

TO ALL PARTIES:

PLEASE TAKE NOTICE that the undersigned counsel hereby requests to be removed from the Court's Electronic Service List as counsel for Computer Leasing Company of Michigan, Inc.

Dated: June 12, 2007.

> BERGER SINGERMAN, P.A.
> 350 E. Las Olas Boulevard, Suite 1000
> Fort Lauderdale, FL 33301
> Telephone No.: (954) 525-9900
> Facsimile No.: (954) 523-2872
>
> By: /s/ Arthur J. Spector
> Arthur J. Spector
> Florida Bar No. 620777
> aspector@bergersingerman.com

736533-1