UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al. ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARINGS**
**TO BE HELD ON JUNE 14, 2007**

Winn-Dixie Stores, Inc. and its affiliates (collectively, the "Reorganized Debtors"), submits the following agenda of matters to be heard on June 14, 2007 at 1:30 p.m.:

**A.    Uncontested Matters**

1.  *Case Management Conference on the Motion to Enlarge Time to File Administrative Claim Request filed by Hyecha B. Marshall and Linc Marshall (Docket No. 15141)*

    Objection Deadline:    Non-Applicable.

    Objections:    No objections have been filed.

    Status:    The Reorganized Debtors will proceed with the case management conference.

**B.    Contested Matters**

2.  *Motion to Schedule Omnibus Hearing Regarding Motions to Allow Late Filed Administrative Claims filed by Miriam Gonzalez, Ynes Herrera and Juan Quintana (Docket No. 16196)*

    Objection Deadline:    Non-Applicable.

    Joinders:    (a)    Jennifer Annette (Docket No. 16329);

    (b)    Artheria Ashe (Docket Nos. 16330 and 16334);

|   |     |   |
|---|---|---|
|   | (c) | Freddie Grimsley (Docket No. 16331); |
|   | (d) | Sydney Hilton (Docket No. 16332); |
|   | (e) | Noralie Kekllas (Docket No. 16333); |
|   | (f) | Grisel Ledesma and Gertrude Carran (Docket No. 16489); |
|   | (g) | Denise Sydnor (Docket No. 16528); and |
|   | (h) | Dorothy Carol Ashmore (Docket No. 16711). |

Objections:   Reorganized Debtors (Docket No. 16699).

Status:   The Reorganized Debtors have been informed that one of the two movants/administrative claimants (Miriam Gonzalez) has settled her claim and will not go forward with her motion. The Reorganized Debtors have been informed that the remaining movants (Ynes Herrera and Juan Quintana) will proceed with the hearing on the Motion as it relates to them.

3. *By-Pass Partnership's Motion to Compel Debtor to Assume or Reject Lease (Docket No. 4214)*

Objection Deadline:   Non-Applicable.

Objections:   Reorganized Debtors (Docket No. 4597).

Status:   The By-Pass Lease was assumed by order entered by this Court on October 25, 2006 (Docket No. 12183). The Reorganized Debtors are proceeding with their objection to this motion to compel Debtors to assume or reject because By-Pass has ignored the Debtors' request to withdraw this motion.

4. *Debtors' Second Motion to Compel Discovery from Visagent (Docket Nos. 16231 and 16232)*

Objection Deadline: Non-Applicable.

Objections: No objections have been filed.

Status: The Reorganized Debtors will proceed with the hearing on the Motion.

5. *Visagent's First Motion to Compel (Docket No. 16225)*

Objection Deadline: Non-Applicable.

Objections: No objections have been filed.

Status: The Reorganized Debtors have been informed that Visagent will proceed with the hearing on the Motion.

Dated: June 13, 2007

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker*<br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Walker Gray | By  *s/ Cynthia C. Jackson*<br>    Stephen D. Busey<br>    James H. Post<br>    Cynthia C. Jackson |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com | Florida Bar Number 498882<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

00566110