UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. [1] | ) | Jointly Administered |

**AGREED ORDER RESOLVING CLAIM NUMBER 12820 FILED BY
RIDGEWOOD SQUARE LLC, AS SET FORTH IN THE DEBTORS'
ELEVENTH OMNIBUS CLAIMS OBJECTION**

These cases originally came before the Court for hearing on June 15, 2006,

upon the Eleventh Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc.

and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors").

Included among the several proofs of claim that were the subject of the Objection

was claim number 12820 filed by Ridgewood Square LLC. Based upon the consent

of the parties appearing below, it is

ORDERED AND ADJUDGED:

1.    Claim number 12820 filed by Ridgewood Square LLC is disallowed

in its entirety.

---

[1]       In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in
related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep
South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers,
Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway
Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc.,
Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks,
Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery,
Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie
Supermarkets, Inc.  With the exception of Winn-Dixie Stores, Inc., the related cases of these
reorganized debtors were closed on March 22, 2007.

2.      The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this _12_ day of ___June___, 2007 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

2

<u>Consent</u>

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY                    AMERICAN PROPERTY MANAGEMENT

By  <u>/s/ James H. Post</u>                         By  <u>/s/ Douglas Walsh</u>                    *
      James H. Post (Bar #  175460)             Douglas Walsh, General Manager

225 Water Street, Suite 1800              P.O. Box 4991
Jacksonville, Florida 32202               Martinsville, Virginia 24115
(904) 359-7700                            (276) 656-3268
(904) 359-7708 (facsimile)                (276) 656-3259 (facsimile)
Email: jpost@smithhulsey.com              Email: dwalsh@lestergroup.com

-and-                                     Agent for Ridgewood Square LLC

SKADDEN, ARPS, SLATE,                     *Mr. Walsh has authorized his electronic
MEAGHER & FLOM LLP                        signature

D. J. Baker
Rosalie Walker Gray
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Co-Counsel for Reorganized Debtors

3