UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Reorganized Debtors.[1] | ) Jointly Administered |

AGREED ORDER RESOLVING CLAIM NUMBER 12821 FILED BY
LEATHERWOOD CROSSING INC., AS SET FORTH IN THE DEBTORS'
ELEVENTH OMNIBUS CLAIMS OBJECTION

These cases originally came before the Court for hearing on June 15, 2006, upon the Eleventh Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"). Included among the several proofs of claim that were the subject of the Objection was claim number 12821 filed by Leatherwood Crossing Inc. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim number 12821 filed by Leatherwood Crossing Inc. is disallowed in its entirety.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

2. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 12 day of June, 2007 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| SMITH HULSEY & BUSEY | AMERICAN PROPERTY MANAGEMENT |
|---|---|
| By /s/ James H. Post | By /s/ Douglas Walsh * |
| James H. Post (Bar # 175460) | Douglas Walsh, General Manager |
| 225 Water Street, Suite 1800 | P.O. Box 4991 |
| Jacksonville, Florida 32202 | Martinsville, Virginia 24115 |
| (904) 359-7700 | (276) 656-3268 |
| (904) 359-7708 (facsimile) | (276) 656-3259 (facsimile) |
| Email: jpost@smithhulsey.com | Email: dwalsh@lestergroup.com |
| -and- | Agent for Leatherwood Crossing Inc. |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | *Mr. Walsh has authorized his electronic signature |
| D. J. Baker | |
| Rosalie Walker Gray | |
| Four Times Square | |
| New York, New York 10036 | |
| (212) 735-3000 | |
| (212) 735-2000 (facsimile) | |
| Co-Counsel for Reorganized Debtors | |

3