UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Winn-Dixie Stores, Inc., et.al.,           Case No. 05-03817-3F1
                                            Chapter 11
    Reorganized Debtors.              Jointly Administered
_____/

## NOTICE OF WITHDRAWAL OF JOINDER IN MOTION TO SCHEDULE OMNIBUS HEARING REGARDING MOTIONS TO ALLOW LATE FILED ADMINISTRATIVE CLAIMS WITHOUT PREJUDICE

Claimants, Grisel Ledesma ("Ledesma") and Gertrude Carran ("Carran") hereby serve notice of their withdrawal of their Joinder in Motion to Schedule Omnibus Hearing Regarding Motions to Allow Late Filed Administrative Claims filed by Miriam Gonzalez, Yness Herrera and Juan Quintana (Docket No. 16196) [the "Motion"] without prejudice.

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing was served on James Post, Smith Hulsey & Busey, 225 Water St., Ste 1800, Jacksonville, FL 32202 and Matthew Barr, Milbank, Tweed, Hadley and McCloy, LLP, 1 Chase Manhattan Plaza, New York, NY 10005 this 13th day of June 2007 and all other parties participating in the CM/ECF System.

                              /s/ Thomas H. Rydberg
                              Thomas H. Rydberg
                              Florida Bar Number 212261
                              The Rydberg Law Firm, P.A.
                              201 N. Franklin Street, Suite 1625
                              Tampa, FL  33602
                              (813) 221-2800
                              (813) 221-2420 – facsimile
                              Attorneys for Grisel & Ledesma