**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**NOTICE OF FILING**

Winn-Dixie Stores, Inc. and its affiliates, give notice of filing the attached Notice of Withdrawal of Application for Administrative Claim filed by Bird Brain, Inc. (Docket No. 14395).

Dated: June 13, 2007

SMITH HULSEY & BUSEY

By   *s/ James H. Post*
　　　Stephen D. Busey
　　　James H. Post
　　　Cynthia C. Jackson

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00567853

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| ) | |

**NOTICE OF WITHDRAWAL OF**
**APPLICATION FOR ADMINISTRATIVE CLAIM**

Applicant, Bird Brain, Inc., hereby withdraws its Application for Allowance and Payment of Administrative Expense Claim (Docket No. 14395) and any other administrative claim they may have against the Debtors or their estates.

Dated: June __, 2007.

BIRD BRAIN, INC.

By _____
Christine King
Chief Executive Officer

52 East Cross Street
Ypsilanti, Michigan 48198