UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Winn-Dixie Stores, Inc., et.al.   Case No. 05-03817-3F1
                                  Chapter 11
Reorganized Debtors.              Jointly Administered
_____/

**NOTICE OF WITHDRAWAL OF MOTION TO SCHEDULE OMNIBUS HEARING REGARDING MOTIONS TO ALLOW LATE FILED ADMINISTRATIVE CLAIMS**

Claimants, Mariam Gonzalez, Ynes Herrera and Juan Quintana (collectively "Claimants"), hereby provide notice of withdrawal of their Motion to Schedule Omnibus Hearing Regarding Motions to Allow Late Filed Administrative Claims (the "Motion") **[D.E. #16196]** scheduled for hearing on June 14, 2007 at 1:30 p.m. Claimants have settled their claims with the reorganized debtors and hereby withdraw the Motion without prejudice.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing was served either electronically or by U.S. Mail this 13th day of June, 2007 on: **James Post, Esq.**, Smith Hulsey & Busey, 225 Water St., Suite 1800, Jacksonville, FL 32202; **Matthew Barr, Esq.**, Milbank, Tweed, Hadley and McCloy, LLP, 1 Chase Manhattan Plaza, New York, NY 10005; **John R. Buchholz, Esq.**, Kelley Kronenberg, 15600 N.W. 67th Avenue, Suite 204, Miami Lakes, FL 33014; **Kassidie Casagrand, c/o Christine E. Pejot, Esq.**,1911 Pine Forest Dr., New Port Richey, FL 34654; **Dennis J. LeVine, Esq.**, P.O. Box 707, Tampa, FL 33601-0707l; **Shirley Chopin, c/o Steven J. Rando, Esq.**, 3530 Canal St., New Orleans, LA 70119; **Chad A. Dean, Esq.**, 118 West Adams St., Suite 800, Jacksonville, FL 32202; **Alba Damian**, 340 N.W. 19th St., Apt. #308, Boca Raton, FL 33432; **Joseph C. Schulz, Esq.**, 631 US Highway 1, Suite 202, North Palm Beach, FL 33408; **Verna & William Dingley,**

Case No. 05-03817-3F1

**c/o Adam S. Goldstein, Esq.**, 3909 Central Ave., St. Petersburg, FL 33713; **Dana Ealy, c/o David N. Stern, Esq.**, 200 E. Broward Blvd., 11th Floor, Ft. Lauderdale, FL 33301; **Jacqueline Freeman, c/o James H. Peltier, Jr., Esq.**, P.O. Box 4162, Baton Rouge, LA 70821; **Linda & Dwight Hogan**, 5704 5th St., Lipscomb, AL 35020; **Wallace W. Seals, Esq.**, P.O. Box 10448, Birmingham, AL 35202-0448; **Valeria Jones, c/o Aaron J. Luck, Esq.**, P.O. Box 64, Montgomery, AL 36101; **Amelia Lixie, c/o Daniel R. Maier, Esq.**, 915 Middle River Dr., 6th Floor, Ft. Lauderdale, FL 33304; **Robert D. Wilcox, Esq.**, 6817 Southpoint Parkway, Suite 1302, Jacksonville, FL 32216; **Sandra & Eugene R. Marchese**, 5423 James St., New Port Richey, FL 34652-3958; **Richard D. Giglio, Esq.**, 101 E. Kennedy Blvd., Suite 3170, Tampa, FL 33602; **Louise A. McGrew**, 1055 South, Scott St., Mobile, AL 36603; **Henry H. Caddell, Esq.**, 1911 Government, Mobile, AL 36606; **Marie McNear, c/o James G. Bodin, Esq.**, P.O. Box 64, Montgomery, AL 36101; **Susan A. Miranda, c/o James Schwitalla, Esq.**, 12954 SW 133 Ct., Miami, FL 33186; **Sharon Murray, c/o Rehan N. Khawaja, Esq.**, 817 N. Main St., Jacksonville, FL 32202; **Linda Nolan, c/o Rolando Guerra, Esq.**, 9700 Dr. MLK, Jr. St. N., Suite 400, St. Petersburg, FL 33702; **Maria Orozco, c/o Philip J. Slotnick, Esq.**, 9950 Princess Palm Ave., Suite 101, Tampa, FL 33619; **Mavis & Jimmie Pierson, c/o William J. Crain, Esq.**, Northlake Corporate Pk., Suite 103, 1001 Service Road E., Hwy. 190, Covington, LA 70434; **Janett Reeves, c/o Dan A. Goldberg, Esq.**, 505 N. 20th St., Suite 325, Birmingham, AL 35203; **Alice Ross, c/o Rehan N. Khawaja, Esq.**, 817 N. Main St., Jacksonville, FL 32202; **Magda Salinas, c/o Bradley R. Markey, Esq.**, 50 N. Laura St., Suite 1600, Jacksonville,

Case No. 05-03817-3F1

FL 32202-3614; **Carmela Villavicencio, c/o Jose Francisco, Esq.**, 6100 Blue Lagoon Dr., Suite 360, Miami, FL 33126; **Edward Freire, Esq.**, 1800 W. 49th St., Suite 311, Hialeah, FL 33012; **Catherine S. Watson**, 870 Hwy. 29 N., #84, Cantonment, FL 32633-0000; **George D. Stewart, Esq.**, 4519 Hwy. 90, Pace, FL 32571; **Carrie & Devon Williams, c/o Daniel N. Gonzalez, Esq.**, 200 S. Biscayne Blvd., Suite 3000, Miami, FL 33131; **Elizabeth Wimberly, c/o Willie G. Allen, Esq.**, 800 S.E. 3rd Ave., PH, Fort Lauderdale, FL 33316; **Artheria Ashe, Jennifer Annette, Freddie Grimsley, Sydney Hilton c/o David L. Perkins, Esq.**, 909 N. Miami Beach Blvd., Suite 201, N. Miami Beach, FL 33162; **Yvette Rodriguez**, 7803 Tidewater Trail, Tampa, FL 33687; and **Camille J. Iurillo, Esq.**, 600 First Ave. North, Suite 308, St. Petersburg, FL 33701.

         TABAS, FREEDMAN, SOLOFF &
         MILLER, P.A.

         By: /s/ Joel L. Tabas
           Joel L. Tabas
           Florida Bar No. 516902
           jtabas@tfsmlaw.com
           Attorneys for Claimants
           919 Ingraham Building
           25 Southeast Second Avenue
           Miami, Florida 33131-1538
           Telephone: (305) 375-8171
           Telefax: (305) 381-7708