## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. [1] | ) | Jointly Administered |

## AGREED ORDER RESOLVING CLAIM NOS.
## 7427 AND 7428 FILED BY HILDA ALVAREZ

This matter is before the Court upon the Debtors' Omnibus Objection to Unresolved Litigation Claims (Docket No. 8702) as it pertains to Claim Numbers 7427 and 7428 filed by Hilda Alvarez. Based upon the consent of the parties as set forth below, it is

ORDERED AND ADJUDGED:

1.      Claim Numbers 7427 and 7428 filed by Hilda Alvarez are disallowed.

2.      This Order is without prejudice to the rights, claims or defenses which the Debtors or the claimant have or may have with respect to her application for administrative expense claim (Docket No. 13347).

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

3.     Logan & Company, Inc., the claims agent appointed in the Debtors' Chapter 11 cases, is directed to make such revisions to the claims register as are necessary to reflect the terms of this Order.

4.     The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this ___13___ day of June, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:

Leanne McKnight Prendergast, Esq.

[Leanne McKnight Prendergast is directed to serve a copy of this order on any party in interest who has not received the order through the CM/ECF system and to file a proof of service.]

00569072

<u>Consent</u>

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY                    HOFFMAN, LARIN & AGNETTI, P.A.


By   *s/ Leanne McKnight Prendergast*        By   *s/David Perkins*
     Stephen D. Busey                          John Agnetti
     James H. Post                             David Perkins
     Leanne McKnight Prendergast

Florida Bar Number 0059544              909 North Miami Beach Blvd., Suite 201
225 Water Street, Suite 1800            Miami, Florida 33162
Jacksonville, Florida  32202            (305)653-5555
(904) 359-7700                          (305)940-0090 (facsimile)
(904) 359-7708 (facsimile)              davidp@hlalaw.com
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors         *Counsel has authorized the use of his
                                        electronic signature