## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
|  | ) |  |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
|  | ) |  |
| Reorganized Debtors. | ) | Jointly Administered |
|  | ) |  |

### AGREED ORDER RESOLVING CLAIMS
### OF ZSF/WD FITZGERALD, LLC, ZSF/WD HAMMOND, LLC,
### ZSF/WD JACKSONVILLE, LLC, ZSF/WD MONTGOMERY-31, LLC,
### ZSF/WD OPA LOCKA, LLC, ZSF/WD ORLANDO, LLC, ZSF/WD BARSTOW, LLC,
### ZSF/WD CLAYTON, LLC, ZSF/WD MONTGOMERY-GUNTER, LLC, ZSF/WD
### GREENVILLE, LLC, ZSF/WD HIGH POINT, LLC AND ZSF/WD SARASOTA, LLC
### (CLAIM NOS. 13646 13647, 13648, 13649, 13650, 13651, 13652, 13653, 13654, 13655,
### 13656, 13657, 13658, 13659, 13660, 13661, 13662, AND 13663)

These causes originally came before the Court upon the Objection dated January 19, 2007

(Docket No. 14780) of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates

(collectively, the "Debtors") to Claim Nos. 13646, 13647, 13648, 13649, 13650, 13651, 13652,

13653, 13654, 13655, 13656, 13657, 13658, 13659, 13660, 13661, 13662, and 13663

(collectively, the "Claims") filed by ZSF/WD Fitzgerald, LLC, ZSF/WD Hammond, LLC,

ZSF/WD Jacksonville, LLC, ZSF/WD Montgomery-31, LLC, ZSF/WD Opa Locka, LLC,

ZSF/WD Orlando, LLC, ZSF/WD Barstow, LLC, ZSF/WD Clayton, LLC, ZSF/WD

Montgomery-Gunter, LLC, ZSF/WD Greenville, LLC, ZSF/WD High Point, LLC and ZSF/WD

Sarasota, LLC (collectively the "Zurich Claimants").[1]  The Claims arose from non-residential

real property leases (the "Leases") that were the subject of the Stipulation Regarding Proofs of

Claim filed by Deutsche Bank Trust Company Americas (Docket No. 11928) (the "Deutsche

---

[1]  The Claims were filed against Winn-Dixie Stores, Inc., Sunbelt Products, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Raleigh, Inc., and/or Deep South Products, Inc., each of which were Debtors in these cases.

Bank Stipulation").[2]

Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1.    On account of the Claims, the following Zurich Claimants shall be granted allowed Administrative Claims in the following amounts:

ZSF/WD Jacksonville, LLC -- $121,658.27

ZSF/WD Orlando, LLC -- $112,272.43

ZSF/WD Hammond, LLC -- $153,686.38

ZSF/WD Montgomery-31, LLC -- $32,382.92

2.    Each of the aforementioned payments shall be sent to the following address:

Zurich Global Investment Advisors Limited
Attn: Sean Bannon
105 East 17th Street - 4th Floor
New York, NY 10003

3.    Subject to the allowance and payment of certain administrative claims as set forth in paragraph 1 above and the enforcement rights retained herein, each of the Claims shall be disallowed in their entirety and expunged.

---

[2]    As more particularly described in the Deutsche Bank Stipulation, Deutsche Bank Trust Company Americas (formerly known as Bankers Trust Company) acted as (i) Pass-Through Trustee under the Amended and Restated Pass-Through Trust Agreement (Winn-Dixie Pass-Through Certificates, Series 1999-1), dated as February 1, 2001, among Deutsche Bank, as Indenture Trustee, First Union National Bank (now known as Wachovia Bank, N.A.), as Servicer, and Deutsche Bank, as Pass-Through Trustee (the "Pass Through Trust Agreement") and (ii) Indenture Trustee under fifteen indentures ("Indentures") under which certain secured notes were issued. In the transaction contemplated by the Pass-Through Trust Agreement, certain of the Debtors sponsored the issuance of over $402 million in securities denominated "Winn-Dixie Pass-Through Certificates, Series 1999-1" (the "Certificates"). The Certificates represented undivided interests in a pool of notes issued pursuant to the Indentures that were secured, *inter alia*, by (a) mortgages on fifteen manufacturing, warehouse and office properties each owned by a single-location, special purpose entity and leased, under one of fifteen separate, single-location Leases, to Winn-Dixie Stores or a wholly-owned subsidiary thereof and fully guaranteed by Winn-Dixie Stores under a guaranty agreement, (b) assignments of such Leases and (c) a Residual Value Surety Bond issued by Centre Reinsurance (U.S.) Limited  to assure the residual value of the leased premises at the end of the Lease terms. The lessors under the Leases included the Zurich Claimants.

4.    Upon entry of this Agreed Order, the Zurich Claimants, on behalf of themselves and each of their affiliates, subsidiaries, executives, administrators, officers, directors, employees, agents, attorneys and representatives, and all such entities' and persons' heirs, successors and assigns (the "Zurich Releasing Parties"), hereby release the Debtors and their estates, and each of their subsidiaries, executives, administrators, officers, directors, employees, agents, attorneys and representatives, and all such entities' and persons' heirs, successors and assigns (the "Debtor Released Parties"), from any and all claims, obligations, suits, judgments, damages, demands, debts, rights, causes of action and liabilities evidenced by or relating to the Claims, that the Zurich Releasing Parties have against the Debtor Released Parties, but excluding claims, obligations, suits, judgments, damages, demands, debts, rights, causes of action specifically to enforce the terms of this Agreed Order.  As to those Leases that were assumed by the Debtors, nothing herein shall be deemed to be a release of any other claims, obligations, suits, judgments, damages, demands, debts, rights, causes of action specifically arising out of the Leases or other documents referenced in Paragraphs C and D of the Deutsche Bank Stipulation, provided, however, the Debtors reserve the right to argue that any claims, obligations, suits, judgments, damages, demands, debts, rights, causes of action specifically arising out of the Leases or other documents referenced in Paragraphs C and D of the Deutsche Bank Stipulation that arose prior to November 21, 2006 (the effective date of the Debtors' plan of reorganization), were discharged under the Debtors' plan of reorganization.  The Zurich Claimants have represented and warranted that they have no affiliates which have claims against the Debtor Released Parties arising with respect to the Claims which are not being released hereby.

5.    The Court shall retain jurisdiction to resolve any disputes arising from this Agreed

Order.

Dated this 13 day of June , 2007 in Jacksonville, Florida.

_____
Hon. Jerry A. Funk
United States Bankruptcy Judge

Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.


SMITH HULSEY & BUSEY

By  /s/ James H. Post
        James H. Post
        Florida Bar Number 175460

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

-and-

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Adam S. Ravin
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Co-Counsel for Reorganized Debtors


KRAMER LEVIN NAFTALIS
& FRANKEL LLP

By:  /s/ Gordon Z. Novod *
        Gordon Z. Novod

1177 Avenue of the Americas
New York, New York 10036
(212) 715-7753
(212) 715-8000 (facsimile)

Counsel for the Zurich Claimants

NIXON PEABODY, LLP

By    /s/ Dennis J. Drebsky*
        Dennis J. Drebsky

437 Madison Avenue
New York, New York 10022
(212) 940-3091
(866) 678-8786  (facsimile)
ddrebsky@nixonpeabody.com

Counsel for Deutsche Bank


* Counsel have authorized their electronic signature.