**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

**NOTICE OF AGREED ORDER RESOLVING (I) CLAIM NOS. 9761, 13622
AND 13797 FILED BY TALLAHASSEE 99-FL, LLC, (II) ADMINISTRATIVE
EXPENSE CLAIM OF TALLAHASSEE 99-FL, LLC AND (III)
CLAIM NO. 13620 FILED BY CAPX REALTY, LLC**

---

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

The Court will consider this matter without further notice or hearing unless a party in interest files an objection within 3 business days from the date of service of this paper. If you object to the relief requested in this paper, you must (a) file your response with the Clerk of the Bankruptcy Court in accordance with the Court's electronic filing procedures or at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and (b) serve a copy by email and fax on (i) Winn-Dixie Stores, Inc. c/o Jay Castle, Esq., 5050 Edgewood Court, Jacksonville, Florida 32254, JayCastle@winn-dixie.com, (ii) James H. Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, jpost@smithhulsey.com and (iii) Rosalie Gray, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, rgray@skadden.com.

If you file and serve a response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file a response within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates (the "Debtors")

give notice of the proposed entry of the attached Agreed Order Resolving (I) Claim

Nos. 9761, 13622 and 13797 Filed by Tallahassee 99-FL, LLC, (II) Administrative

Expense Claim of Tallahassee 99-Fl, LLC and (III)  Claim No. 13620 Filed by

CAPX Realty, LLC.

If no objection to the proposed Agreed Order is filed and served within the

time set forth above, the Court will be requested to enter the Agreed Order without

further notice or hearing.

Dated:   June 14, 2007

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By ___*s/ D.J. Baker*_____          By ___*s/ James H. Post*_____
     D. J. Baker                               Stephen D. Busey
     Sally McDonald Henry                      James H. Post  (FBN 175460)
     Rosalie Walker Gray                       Cynthia C. Jackson

Four Times Square                         225 Water Street, Suite 1800
New York, New York 10036                  Jacksonville, Florida  32202
(212) 735-3000                            (904) 359-7700
(917) 777-2150 (facsimile)                (904) 359-7708 (facsimile)
djbaker@skadden.com                       jpost@smithhulsey.com

Co-Counsel for Reorganized Debtors        Co-Counsel for Reorganized Debtors

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., <u>et</u> <u>al.</u>, | *Chapter 11* |
| Reorganized Debtors. [1] | Jointly Administered |

## AGREED ORDER RESOLVING (I) CLAIM NOS. 9761, 13622 AND 13797 FILED BY TALLAHASSEE 99-FL, LLC, (II) ADMINISTRATIVE EXPENSE CLAIM OF TALLAHASSEE 99-FL, LLC AND (III) <u>CLAIM NO. 13620 FILED BY CAPX REALTY, LLC</u>

These cases originally came before the Court upon (a) the Twenty-Seventh Omnibus Objections to Claims (the "Twenty-Seventh Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") and (b) the Request of Tallahassee 99-FL, LLC for Allowance and Payment of Administrative Expense Claim (Docket No. 14063) (the "Administrative Expense Request"). Tallahassee 99-FL, LLC ("Tallahassee"), the landlord for Store No. 124, informally responded to the Twenty- Seventh Objection, seeking to have claim no. 9761 and claim no. 13622 allowed as unsecured claims. CAPX Realty, LLC ("CAPX Realty"), as lender to Tallahassee, filed a response to the Twenty-Seventh Objection, in which Tallahassee opposed the Debtors' objection to claim no. 13620. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

1.      Claim no. 13622 filed by Tallahassee is allowed as an unsecured non-priority claim in the amount of $900,095.55 (plan class 13), and the remainder of claim no. 13622 is disallowed.

2.      Claim no. 9761 and claim no. 13797 filed by Tallahassee are disallowed in their entirety.

3.      Claim no. 13620 filed by CAPX Realty is disallowed in its entirety.

4.      The claim sought in the Administrative Expense Request is allowed as (i) an administrative expense claim in the amount of $52,631.67 (which has been previously paid the Debtors), and (ii) an unsecured non-priority claim in the amount of $305,000.00 (plan class 13) (which unsecured claim was originally asserted as unliquidated in claim no. 13622).  The remainder of the Administrative Expense Request is disallowed.

5.      CAPX Realty and Tallahassee shall comply with that certain order entered by the United States Bankruptcy Court for the Southern District of New York on June 7, 2007, in the case styled as <u>Tallahassee 99-FL, LLC</u>, Case No. 07-11342, Chapter 11, with respect to the settlement of the claims discussed herein and the escrowing of the proceeds therefrom.

6.      The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this ____ day of June, 2007 in Jacksonville, Florida.


_____
Jerry A. Funk
United States Bankruptcy Judge

<u>Consent</u>

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY                    KLEIN & SOLOMON, LLP


By <u>/s/ James H. Post</u>                    By <u>/s/ Jeffrey M. Rosenberg</u>           *
        James H. Post  (FBN 175460)            Jeffrey M. Rosenberg
                                               Solomon J. Jaskiel


225 Water Street, Suite 1800            275 Madison Avenue, 11th Floor
Jacksonville, Florida 32202             New York, New York 10016
(904) 359-7700                          (212) 661-9400
(904) 359-7708 (facsimile)              (212) 661-6606 (facsimile)
Email: jpost@smithhulsey.com            Email: jeff@kleinsolomon.com


-and-                                   Counsel for Tallahassee 99-FL, LLC

SKADDEN, ARPS, SLATE,                   *Counsel has authorized his electronic
MEAGHER & FLOM LLP                      signature

Rosalie Walker Gray
Four Times Square                       LOWNDES, DROSDICK, DOSTER,
New York, New York 10036                KANTOR & REED, P.A.
(212) 735-3000
(212) 735-2000 (facsimile)
Email: rgray@skadden.com                By <u>/s/ Zachary J. Bancroft</u>           *
                                                Zachary J. Bancroft
Co-Counsel for the Debtors
                                        450 S. Orange Avenue, Suite 250
                                        P.O. Box 2809
                                        Orlando, Florida 32802
                                        (407) 843-4600
                                        (407) 843-4444 (facsimile)
                                        Email: zachary.bancroft@lddkr.com

                                        Counsel for CAPX Realty, LLC

                                        *Counsel has authorized his electronic
                                        signature

## Certificate of Service

I certify that a copy of this document has been furnished electronically and by facsimile to the Post-Effective Date Committee, c/o Matthew Barr, Esq. and Michael Comerford, Esq., Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, to email addresses mbarr@milbank.com and mcomerford@milbank.com, and to facsimile numbers 212-822-5194 and 212-822-5318, this 14th day of June, 2007.

*Rosalie Walker Gray*
Attorney

488742-Wilmington Server 1A - MSW