

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
June 14, 2007
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post *P*

Case Management Conference on the Motion to Enlarge Time to File Administrative Claim Request filed by Hyecha B. Marshall and Linc Marshall (15141)

APPEARANCES:

US TRUSTEE:                                    ELENA ESCAMILLA
UNSEC. CRED:                                   JOHN B. MACDONALD/PATRICK PATANGAN
                                               MATTHEW S. BARR
HYECHA B. MARSHALL & LINC MARSHALL:    CAMILLE IURILLO

RULING:  Cont'd. to 7/12 @ 1:30 - ADCNFN