# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Thursday
June 14, 2007
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.                    Page 1 of 2

**Debtor Atty:** Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

    Motion to Schedule Omnibus Hearing Regarding Motions to Allow Late Filed Administrative Claims filed by Miriam Gonzalez, Ynes Herrera and Juan Quintana (16196)
Joinders:

    (a) Jennifer Annette (16329)

    (b) Artheria Ashe (16330 and 16334)

    ( c) Freddie Grimsley (16331)

    (d) Sydney Hilton (16332)

    (e) Noralie Kekllas (16333)

    (f) Grisel Ledesma and Gertrude Carran (16489)

    (g) Denise Sydnor (16528)

    (h) Dorothy Carol Ashmore (16711)

    Objection filed by Reorganized Debtors (16699)

The Reorganized Debtors have been informed that one of the two movants/administrative claimants (Miriam Gonzalez) has settled her claim and will not go forward with her motion. The Reorganized Debtors have been informed that the remaining movants (Ynes Herrera and Juan Quintana) will proceed with the hearing on the Motion as it relates to them.

APPEARANCES CONTINUED ON PAGE 2

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA                    Thursday
JACKSONVILLE                                  June 14, 2007
                                              1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.                Page 2 of 2

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

APPEARANCES:
US TRUSTEE:              ELENA ESCAMILLA
UNSEC. CRED:             JOHN B. MACDONALD/PATRICK PATANGAN
                         MATTHEW S. BARR
MIRIAM GONZALEZ:         JOEL L. TABAS
YNES HERRERA :           JOEL L. TABAS
JUAN QUINTANA:           JOEL L. TABAS
JENNIFER ANNETTE:        DAVID PERKINS  p
ARTHERIA ASHE:           DAVID PERKINS  p
FREDDIE GRIMSLEY:        DAVID PERKINS  p
SYDNEY HILTON:           DAVID PERKINS  p
NORALIE KEKLLAS:         DAVID PERKINS  p
GRISEL LEDESMA AND
   GERTRUDE CARRAN:      MARSHA RYDBERG
DENISE SYDNOR:           STEPHEN LESLIE / Amy Harris -p    7/12 Case Mgmt Conf
DOROTHY CAROL ASHMORE:   EARL BARKER   7/12 Case Mgmt. Conf.
Holland Foster -p

RULING:  w/d
         Oul/Post