

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE

Thursday
June 14, 2007
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

By-Pass Partnership's Motion to Compel Debtor to Assume or Reject Lease (4214)

Objection filed by Reorganized Debtors (4597)

The By-Pass lease was assumed by order entered by this Court on October 25, 2006 (Docket No. 12183). The Reorganized Debtors are proceeding with their objection to this motion to compel Debtors to assume or reject because By-Pass has ignored the Debtors' request to withdraw this motion.

APPEARANCES:
US TRUSTEE:                           ELENA ESCAMILLA
UNSEC. CRED:                          JOHN B. MACDONALD/PATRICK PATANGAN
                                      MATTHEW S. BARR
BY-PASS PARTNERSHIP:                  TIMOTHY P. SHUSTA

RULING: *Denied as moot*
*Ord/Signed*