UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |

## ORDER ON BY-PASS PARTNERSHIP'S MOTION TO COMPEL DEBTOR TO ASSUME OR REJECT LEASE (DOCKET NO. 4214)

This matter came before the Court on June 14, 2007 upon (i) By-Pass Partnership's Motion to Compel Debtor to Assume or Reject Lease (Docket No. 4214) (the "Motion") and (ii) Debtors' Objection to By-Pass Partnerships' Motion to Compel Debtor to Assume or Reject Lease (Docket No. 4597).

The Court finds that the lease identified in the Motion has already been assumed by the Debtors pursuant to an Order entered by the Court on November

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

30, 2006 (Docket No. 12908).  Accordingly, it is

ORDERED AND ADJUDGED:

The Motion is denied as moot.

Dated this 14 day of June, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
James H. Post, Esq.
[James H. Post is directed to serve a copy of this order on any party in interest who has not received the order through the CM/ECF system and to file a proof of service.]

00569123