## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Reorganized Debtors.[2] ) | Jointly Administered |

### AGREED ORDER RESOLVING CLAIM NUMBER 12201 FILED BY NEW PLAN EXCEL REALTY TRUST, INC., AS SET FORTH IN THE DEBTORS' THIRTEENTH OMNIBUS CLAIMS OBJECTIONS

These cases came before the Court for hearing on July 13, 2006, upon the

Thirteenth Omnibus Objection of Winn-Dixie Stores, Inc. and twenty-three of its

subsidiaries and affiliates (collectively, the "Debtors"),[3] which objection included as

one of the several claims subject to dispute the claim of New Plan Excel Realty

Trust, Inc. filed as claim number 12201. Based upon the consent of the parties

appearing below, it is

ORDERED AND ADJUDGED:

1.     Claim number 12201 filed by New Plan Excel Realty Trust, Inc. is

allowed as an unsecured non-priority claim (plan class 13) in the amount of

$2,052,781.95, and the remainder of claim number 12201 is disallowed.

---

[2]     In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of such reorganized debtors were closed on March 22, 2007.

[3]     All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

2.      The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this ⅂⅂ day of _June_____, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY

POLLACK BALLARD SPAHR
ANDREWS & INGERSOLL, LLP

By */s/ James H. Post*
      James H. Post (FBN 175460)

By */s/ David L. Pollack*    *
      David L. Pollack

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
Email: jpost@smithhulsey.com

1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
(215) 864-8325
(215) 864-9473 (facsimile)
Email: pollack@ballardspahr.com

-and-

Counsel for New Plan Excel Realty Trust,
Inc.

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

*Counsel has authorized his electronic
signature

D. J. Baker
Rosalie Walker Gray
Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Co-Counsel for Reorganized Debtors

3

**BAE SYSTEMS**

Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 113A-3        User: pcathy           Page 1 of 1            Date Rcvd: Jun 12, 2007
Case: 05-03817             Form ID: pdfdocLR       Total Served: 1
```

The following entities were served by first class mail on Jun 14, 2007.
aty          +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
              Jacksonville, FL 32202-4494

The following entities were served by electronic transmission.
NONE.                                                                     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 14, 2007**          **Signature:**  *Joseph Speetjens*