UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                            )

WINN-DIXIE STORES, INC., et al.,    )          Case No. 05-03817-3F1
                                                           Chapter 11
                    Reorganized Debtors.     )          Jointly Administered


## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Charlene Ashley (Claim No. 5952) [Docket No. 16543] was furnished by mail on June

11, 2007 to Charlene Ashley, P.O. Box 136, Delta, Louisiana 71233.

Dated:  June 15, 2007

                                        SMITH HULSEY & BUSEY



                                        By _____*s/ James H. Post*_____
                                               Stephen D. Busey
                                               James H. Post (FBN 175460)
                                               Cynthia C. Jackson

                                        225 Water Street, Suite 1800
                                        Jacksonville, Florida  32202
                                        (904) 359-7700
                                        (904) 359-7708 (facsimile)
                                        jpost@smithhulsey.com

                                        Counsel for Reorganized Debtors

00520151