UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,           )          Case No. 05-03817-3F1
                                                         Chapter 11
          Reorganized Debtors.                )          Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Maria Burgos (Claim No. 2988) [Docket No. 16539] was furnished by mail on June 11, 2007 to Maria Burgos, 1013 Valencia Vista Way, Apt. 106, Orlando, Florida 32825.

Dated:  June 15, 2007

                                        SMITH HULSEY & BUSEY


                                        By     *s/ James H. Post*
                                             Stephen D. Busey
                                             James H. Post (FBN 175460)
                                             Cynthia C. Jackson

                                        225 Water Street, Suite 1800
                                        Jacksonville, Florida  32202
                                        (904) 359-7700
                                        (904) 359-7708 (facsimile)
                                        jpost@smithhulsey.com

                                        Counsel for Reorganized Debtors

00520151