UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Jacqueline Campbell (Claim No. 3329) [Docket No. 16535] was furnished by mail on June 11, 2007 to Jacqueline Campbell c/o Andres Berrio, Esq., Carlos A. Velasquez, P.A., 101 North Pine Island Road, Suite 201, Plantation, Florida 33324.

Dated: June 15, 2007

SMITH HULSEY & BUSEY

By     *s/ James H. Post*
Stephen D. Busey
James H. Post (FBN 175460)
Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151