UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                            )

WINN-DIXIE STORES, INC., et al.,   )     Case No. 05-03817-3F1
                                                      Chapter 11
         Reorganized Debtors.          )     Jointly Administered

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Phillip Gargone (Claim Nos. 343 and 410) [Docket No. 16536] was furnished by mail on June 11, 2007 to Phillip Gargone, 220 East Wintrop Avenue, Pensacola, Florida 32507.

Dated: June 15, 2007

SMITH HULSEY & BUSEY

By    *s/ James H. Post*
         Stephen D. Busey
         James H. Post (FBN 175460)
         Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151