UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Cathy Phillips (Claim No. 6367) [Docket No. 16655] was furnished by mail on June 11, 2007 to Cathy Phillips c/o Craig E. Gibbs, Esq., 3815 MacArthur Blvd., Suite A, New Orleans, Louisiana 70114.

Dated:  June 15, 2007

SMITH HULSEY & BUSEY

By      *s/ James H. Post*
　　　Stephen D. Busey
　　　James H. Post (FBN 175460)
　　　Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151