UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Jeff Porter (Claim No. 3344) [Docket No. 16659] was furnished by mail on June 11, 2007 to Jeff Porter c/o Howard Chappell, Esq., Law Offices of Charles R. Scully, 3835 Central Avenue, Saint Petersburg, Florida 33713.

Dated: June 15, 2007

        SMITH HULSEY & BUSEY

        By   *s/ James H. Post*
           Stephen D. Busey
           James H. Post (FBN 175460)
           Cynthia C. Jackson

        225 Water Street, Suite 1800
        Jacksonville, Florida  32202
        (904) 359-7700
        (904) 359-7708 (facsimile)
        jpost@smithhulsey.com

        Counsel for Reorganized Debtors

00520151