UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Rhonda Soudat (Claim Nos. 4655 and 6207) [Docket No. 16656] was furnished by mail on June 11, 2007 to Rhonda Soudat c/o Mark L. Horwitz, Esq., 17 East Pine Street, Orlando, Florida 32801.

Dated: June 15, 2007

SMITH HULSEY & BUSEY

By    *s/ James H. Post*
      Stephen D. Busey
      James H. Post (FBN 175460)
      Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151