N/A

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |

**AGREED ORDER RESOLVING CLAIM**
**NO. 6063 FILED BY H&T SEAFOOD, INC.**

This matter is before the Court upon the Debtors' Seventh Omnibus Objection to Overstated Claims as it pertains to Claim No. 6063 filed by H&T Seafood, Inc. (Docket No. 6620). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim No. 6063 filed by H&T Seafood, Inc. is reduced and allowed as a prepetition, non-priority claim in the total amount of $615,799.46 against Winn-Dixie Stores, Inc., and the remainder of Claim Number 6063 is disallowed.

2. Claim No. 6063 will be treated in accordance with plan class 14, and distribution on account of Claim No. 6063 shall be made in accordance with Section 9.2 of the Debtors' confirmed plan of reorganization.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

3. This Order resolves (i) all liabilities and obligations related to Claim No. 6063 and (ii) all other prepetition or administrative claims the claimant has or may have against the Debtors or any of their Chapter 11 estates, officers, employees, agents, successors or assigns, all of which are forever waived, discharged, and released.

4. Logan & Company, Inc., the claims agent appointed in the Debtors' Chapter 11 cases, is directed to make such revisions to the claims register as is necessary to reflect the terms of this Order.

5. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 14 day of June, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
James H. Post, Esq.
[James H. Post is directed to serve a copy of this order on any party in interest who has not received the order through the CM/ECF system and to file a proof of service.]

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | H&T SEAFOOD, INC. |

By    s/ Leanne McKnight Prendergast
      Stephen D. Busey
      James H. Post
      Leanne McKnight Prendergast

By _____
    Thong Lu
    Its President

Florida Bar Number 0059544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

566774