UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| ) | |

### AGREED ORDER RESOLVING CURE OBJECTIONS FILED BY
### NEW PLAN EXCEL REALTY TRUST, INC. (STORE NOS. 1906 AND 1938)

This cause came before the Court on the Motion for Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interest and Exempt from Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts and (C) Granting Related Relief filed by Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Reorganized Debtors") (Docket No. 1961), the Objection to Debtors' Motion for Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interest and Exempt from Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts and (C) Granting Related Relief filed by Aronov Property Management ("Aronov"), Cliffdale Corner, Inc. ("Cliffdale") and New Plan Excel Realty Trust, Inc. ("New Plan") (Docket No. 2146) with respect to Aronov Store Nos. 452 and 523, Cliffdale Store No. 882 and New Plan Store Nos. 1402, 1851, 1906, 1935, 1938, 2717, 2736 and 2737 and the Objection to Debtors' Motion for Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interest and Exempt from Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts and (C) Granting Related Relief (Bi-Lo) filed by

New Plan (Docket No. 2513) with respect to Store Nos. 1906 and 1938 (collectively, the "Cure Objections").

This cause also came before the Court on the Debtors' Eleventh Omnibus Objection to (A) No Liability Claims (B) No Liability Misclassified Claims and (C) Misclassified Claims (Docket No. 7854) (the "Debtors' Objection") filed by Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Reorganized Debtors"). A response to the Debtors' Objection was filed by New Plan (Docket No. 8233), as a result of which the Reorganized Debtors agreed to continue the Debtors' Objection with respect to claim numbers 10289 and 10291, among others. On June 15, 2006, the Court entered an order (Docket No. 8560) sustaining the Debtors' Objection as to the proofs of claims listed on the exhibits to the order and continuing the hearing on the Debtors' Objection as to claim numbers 10289 and 10291 filed by New Plan and other unresolved claims. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objections are overruled as to Store Nos. 1906 and 1938.[1]

2. Proof of claim number 10291 filed by New Plan with respect to Store No. 1906 is allowed as an administrative claim in the amount of $20,533.18, which the Reorganized Debtors have paid in full.

3. Proof of claim number 10289 filed by New Plan with respect to Store No. 1938 is allowed as an administrative claim in the amount of $109,042.47, which the Reorganized Debtors have paid in full. The remainder of proof of claim number 10289 is

---

[1] This Order only resolves the Cure Objections as to Store Nos. 1906 and 1938 and proof of claim numbers 10289 and 10291 filed by New Plan (the landlord for Store Nos. 1906 and 1938). This Order does not resolve the Cure Objections or proofs of claim filed by Aronov, Cliffdale or New Plan (landlords for Store Nos. 452, 523, 882, 1402, 1851, 1935, 2717, 2736 and 2737.

disallowed.

4. This Agreed Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims pertaining to Store Nos. 1906 and 1938 filed by New Plan in these Chapter 11 cases and (ii) all other pre-petition or pre-effective date claims pertaining to Store Nos. 1906 and 1938 that New Plan has or may have against the Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

5. The escrow agent, Near North National Title, is authorized and directed to release the $17,613.02 it is holding in escrow for Store No. 1906 to the Reorganized Debtors.

6. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this __14__ day of June, 2007, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00562455

## **Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| BALLARD SPAHR ANDREWS & INGERSOLL, LLP | SMITH HULSEY & BUSEY |
| By  *s/ David L. Pollack* * <br> David L. Pollack | By  *s/ Cynthia C. Jackson* <br> Cynthia C. Jackson, F.B.N. 498882 |
| 1735 Market Street, 51st Floor <br> Philadelphia, PA 19103 <br> (215) 864-8325 <br> (215) 864-9473 (facsimile) <br> pollack@ballardspahr.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Counsel for New Plan Excel Realty Trust, Inc. | Co-Counsel for Reorganized Debtors |

*Counsel has authorized his electronic signature.

00562455