# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:                                           )        Case No.  05-03817-3F1
                                                 )
WINN-DIXIE STORES, INC., et al.,                 )        *Chapter 11*
                                                 )
Reorganized Debtors.                             )        Jointly Administered
_____)

## AGREED ORDER RESOLVING CURE OBJECTION FILED BY NEW PLAN EXCEL REALTY TRUST, INC. (STORE NO. 2258)

This cause came before the Court on the Amended Omnibus Motion for Order to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief filed by Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Reorganized Debtors") (Docket No. 7966) and the Objection to Debtors' Amended Omnibus Motion for Order to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts and (III) Grant Related Relief filed by New Plan Excel Realty Trust, Inc. ("New Plan") and Aronov Realty Management, Inc. ("Aronov") (Docket No. 8959) with respect to New Plan Store Nos. 153, 231, 281, 698, 1440, 2258, 2301, 2311 and 2348 and Aronov Store Nos. 426, 454, 460 and 556 (the "Cure Objection"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1.  The Cure Objection is overruled as to Store No. 2258.[1]

2.  Proof of Claim number 10298 filed by New Plan with respect to Store No.

---

[1] This Order only resolves the Cure Objection as to Store No. 2258 and proof of claim number 10298 filed by New Plan Excel Realty Trust, Inc. (the landlord for Store No. 2258). This Order does not resolve the Cure Objection or proofs of claim filed by New Plan (the landlord for Store Nos. 153, 231, 281, 698, 1440, 2301, 2311 and 2348) or Aronov (agent for the landlords of Store Nos. 426, 454, 460 and 556).

2258 is allowed as an administrative claim in the amount of $11,334.31, $8,628.75 of which the Reorganized Debtors have paid.  Within fourteen (14) business days of entry of this Agreed Order, the Reorganized Debtors will pay New Plan $2,705.56 in full satisfaction of any right to cure New Plan has or may have under 11 U.S.C. § 365 or otherwise with respect to Store No. 2258.

3.    This Agreed Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims pertaining to Store No. 2258 filed by New Plan in these Chapter 11 cases and (ii) all other pre-petition or pre-effective date claims pertaining to Store No. 2258 that New Plan has or may have against the Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

4.    Post-effective date liabilities and obligations will be handled by the parties in accordance with the applicable lease terms and ordinary course practices.

5.    This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this __14__ day of June, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00565134

2

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

BALLARD SPAHR ANDREWS &
INGERSOLL, LLP

By___*s/David L. Pollack* \*_____
      David L. Pollack

1735 Market Street, 51st Floor
Philadelphia, PA 19103
(215) 864-8323
(215) 864-9757 (facsimile)
pollack@ballardspahr.com

Counsel for New Plan Excel Realty Trust,
Inc.

SMITH HULSEY & BUSEY

By_____*s/ Cynthia C. Jackson*_____
     Cynthia C. Jackson, F.B.N. 498882

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Reorganized Debtors

\*Counsel has authorized his electronic signature.

00565134

3