UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Reorganized Debtors. | Jointly Administered |

### AGREED ORDER RESOLVING CURE OBJECTION FILED BY NEW PLAN EXCEL REALTY TRUST, INC. (STORE NO. 2348)

This cause came before the Court on the Amended Omnibus Motion for Order to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief filed by Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Reorganized Debtors") (Docket No. 7966) and the Objection to Debtors' Amended Omnibus Motion for Order to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts and (III) Grant Related Relief filed by New Plan Excel Realty Trust, Inc. ("New Plan") and Aronov Realty Management, Inc. ("Aronov") (Docket No. 8959) with respect to New Plan Store Nos. 153, 231, 281, 698, 1440, 2258, 2301, 2311 and 2348 and Aronov Store Nos. 426, 454, 460 and 556 (the "Cure Objection"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objection is overruled as to Store No. 2348.[1]

---

[1] This Order only resolves the Cure Objection as to Store No. 2348 filed by New Plan Excel Realty Trust, Inc., (the landlord for Store Number 2348). This Order does not resolve the Cure Objection or proofs of claim filed by New Plan (the landlord for Store Nos. 153, 231, 281, 698, 1440, 2258, 2301 and 2311) or Aronov (agent for the landlords of Store Nos. 426, 454, 460 and 556).

2. The cure amount for Store No. 2348 is fixed at $67,238.96, $4,308.98 of which the Reorganized Debtors have paid to New Plan. Within fourteen (14) business days of entry of this Agreed Order, the Reorganized Debtors will pay New Plan $62,929.98 in full satisfaction of any right to cure New Plan has or may have under 11 U.S.C. § 365 or otherwise with respect to Store No. 2348.

3. This Agreed Order resolves all liabilities and obligations pertaining to Store No. 2348 New Plan has or may have against the Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

4. Post-effective date liabilities and obligations will be handled by the parties in accordance with the applicable lease terms and ordinary course practices.

5. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 14 day of June, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00564209

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| **BALLARD SPAHR ANDREWS & INGERSOLL, LLP** | **SMITH HULSEY & BUSEY** |
| By  *s/ David L. Pollack* * <br> David L. Pollack | By  *s/ Cynthia C. Jackson* <br> Cynthia C. Jackson, F.B.N. 498882 |
| 1735 Market Street, 51st Floor <br> Philadelphia, PA 19103 <br> (215) 864-8325 <br> (215) 864-9473 (facsimile) <br> pollack@ballardspahr.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Counsel for New Plan Excel Realty Trust, Inc. | Co-Counsel for Reorganized Debtors |

*Counsel has authorized his electronic signature.

00564209