UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| _____) | |

**AGREED ORDER RESOLVING CURE OBJECTION
FILED BY DAVIE PLAZA LP (STORE NO. 311)**

This cause came before the Court on the Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief filed by Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Reorganized Debtors") (Docket No. 8941) and the Objection to the Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts and (III) Grant Related Relief filed by Davie Plaza LP ("Davie") (Docket No. 9596) with respect to Store No. 311 (the "Cure Objection"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objection is overruled.

2. The cure amount is fixed at $35,368.36, $31,958.13 of which the Reorganized Debtors have paid to Davie. Within fourteen (14) business days of entry of this Agreed Order, the Reorganized Debtors will pay Davie $3,410.23 in full satisfaction of any right to cure Davie has or may have under 11 U.S.C. § 365 or otherwise.

3. This Agreed Order resolves all pre-petition and pre-effective date liabilities and obligations pertaining to Store No. 311 that Davie has or may have against the Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

4. Post-effective date liabilities and obligations will be handled by the parties in accordance with the applicable lease terms and ordinary course practices.

5. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 12 day of June, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00569066

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| THE ROSENTHAL LAW FIRM, P.A. | SMITH HULSEY & BUSEY |
|---|---|
| By  s/ Jason A. Rosenthal* <br> Jason Rosenthal, F.B.N. 0009482 | By  s/ Cynthia C. Jackson <br> Cynthia C. Jackson, F.B.N. 498882 |
| 212 Pasadena Place, Suite A <br> Orlando, Florida 32803 <br> (407) 488-1220 <br> (407) 488-1221 (facsimile) <br> jason@therosenthallaw.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Counsel for Davie Plaza LP | Co-Counsel for Reorganized Debtors |

*Counsel has authorized his electronic signature.

00569066

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3        User: pcathy              Page 1 of 1              Date Rcvd: Jun 13, 2007
Case: 05-03817              Form ID: pdfdocLR         Total Served: 1
```

The following entities were served by first class mail on Jun 15, 2007.
aty        +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
             Jacksonville, FL 32202-4494

The following entities were served by electronic transmission.
NONE.                                                                                     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 15, 2007**                    Signature:    _Joseph Speetjens_