UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Carina Mendoza [Docket No. 16540] was furnished by mail on June 11, 2007 to Carina Mendoza c/o Ivette Gonzalez, Esq., 2414 Coral Way, Suite 202, Miami, Florida 33145.

Dated:  June 18, 2007

                                    SMITH HULSEY & BUSEY

                                    By     *s/ James H. Post*
                                           Stephen D. Busey
                                           James H. Post (FBN 175460)
                                           Cynthia C. Jackson

                                    225 Water Street, Suite 1800
                                    Jacksonville, Florida  32202
                                    (904) 359-7700
                                    (904) 359-7708 (facsimile)
                                    jpost@smithhulsey.com

                                    Counsel for Reorganized Debtors

00520151