UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                      )

WINN-DIXIE STORES, INC., et al.,           )          Case No. 05-03817-3F1
                                                      Chapter 11
                    Reorganized Debtors.   )          Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim

filed by Karen K. Torra [Docket No. 16534] was furnished by mail on June 11, 2007 to

Karen K. Torra c/o Glenn J. Garrett, Esq., 6950 Cypress Road, Suite 101, Plantation,

Florida 33317.

Dated:  June 18, 2007

SMITH HULSEY & BUSEY


By      *s/ James H. Post*
            Stephen D. Busey
            James H. Post (FBN 175460)
            Cynthia C. Jackson

        225 Water Street, Suite 1800
        Jacksonville, Florida  32202
        (904) 359-7700
        (904) 359-7708 (facsimile)
        jpost@smithhulsey.com

        Counsel for Reorganized Debtors

00520151