Edmund F. Tyler
213 Richmond Hill Drive
Asheville, NC 28806
June 12, 2007

F I L E D
JACKSONVILLE, FLORIDA

JUN 1 5 2007

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

The Honorable Jerry Funk
Judge, U. S. Bankruptcy Court
Middle District of Florida
Jacksonville Division
300 N. Hogan Street
Suite 3-350
Jacksonville, FL 32202

Dear Judge Funk:             RE: WINN-DIXIE BANKRUPTCY

As a long-time holder of Winn-Dixie Stores common stock, my financial assets were seriously damaged by the bankruptcy court's failure to allocate a portion of the company's assets to stockholders' claims. My father was a founder of the company which became Winn-Dixie Stores and I have always felt an allegiance to the company for this reason. I owned Winn-Dixie shares for more than 25 years, had purchased additional shares as recently as 2002 as the company appeared financially viable, and owned 61,400 shares of Winn-Dixie at the time of the bankruptcy.

Winn-Dixie had many loyal stockholders who continued to contribute capital to the company and continued to be customers in the stores. On behalf of all the other shareholders, as well as myself, I feel that we were treated unfairly in the bankruptcy settlement. Debtors were given shares of stock in the reorganized company which have now appreciated from a low of $11 to a recent high of $32. Since the strip of Winn-Dixie stores in Florida did not go through bankruptcy, that portion of the equity should not have been included in the judgment, and, in a fair division, should have been retained by the shareholders of the old Winn-Dixie. I would respectfully request that this matter be reconsidered for a more equitable settlement to stockholders.

Sincerely,

*Edmund F. Tyler*
Edmund F. Tyler