IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In Re: | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., | Case No. 3:05-bk-3817-JAF |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND
## REQUEST FOR REMOVAL FROM ELECTRONIC NOTIFICATION

Kozyak Tropin & Throckmorton, P.A., hereby requests that it be removed from receiving the court's electronic notification (ECF) as its representation as *counsel to LNR Partners, Inc.* in this case has concluded.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

KOZYAK TROPIN & THROCKMORTON, P.A.
2525 Ponce de Leon, 9th Floor
Coral Gables, Florida 33134
Telephone: (305) 372-1800
Facsimile: (305) 372-3508
E-mail: jk@kttlaw.com

By: _____
John W. Kozyak
Florida Bar No. 200395

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via N.E.F. on those parties who are registered participants with this Court's CM/ECF system on this 18th day of June, 2007.

_____
John W. Kozyak

277205.1/2162-219