UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |
| _____ | ) | |

### CORRECTED AGREED ORDER RESOLVING CLAIM NO. 12443 FILED BY GE CAPITAL REALTY GROUP, INC. AS SERVICING AGENT FOR GREAT OAK, LLC. (STORE NO. 2312)

This matter is before the Court upon the Twenty-Sixth Omnibus Objection to Claims Arising from Unexpired Leases of Non-Residential Real Property (I) That Have Been Assumed, (II) That Have Been Assumed and Assigned, or (III) That Are the Subject of Lease Termination Agreements (the "Debtors' Objection") (Docket No. 12281) filed by Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Reorganized Debtors") as it pertains to Claim No. 12443 filed by GE Capital Realty, Inc. as Servicing Agent for Great Oak, LLC ("GE Capital") with respect to Store No. 2312. Based upon the consent of the parties appearing below, it is[2]

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] This Order is to correct the Order dated June 5, 2007 (Docket No. 16658) to state that "This matter is before the Court upon the Twenty-Sixth Omnibus Objection to Claims Arising from Unexpired Leases of Non-Residential Real Property (I) That Have Been Assumed, (II) That Have Been Assumed and Assigned, or (III) That Are the Subject of Lease Termination Agreements (the "Debtors' Objection") (Docket No. 12281) filed by Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Reorganized Debtors") as it pertains to Claim No. 12443 filed by GE Capital Realty, Inc. as Servicing Agent for Great Oak, LLC ("GE Capital") with respect to Store No. 2312."

ORDERED AND ADJUDGED:

1. Claim No. 12443 filed by GE Capital, which was previously disallowed by order of this court (Docket Nos. 12908 and 13344), is allowed as an unsecured claim in the amount of $8,975.08.

2. This Agreed Order resolves all liabilities and obligations related to (i) Claim No. 12443, (ii) all proofs of claim and administrative expense claims pertaining to Store No. 2312 filed by GE Capital in these Chapter 11 cases and (iii) all other pre-petition or pre-effective date claims pertaining to Store No. 2312 GE Capital has or may have against the Reorganized Debtors or any of their Chapter 11 estates, officers, employees, agents, successors or assigns, all of which are forever waived, discharged, and released.[3]

3. Logan & Company, Inc., the claims agent appointed in the Reorganized Debtors' Chapter 11 cases, is directed to make such revisions to the claims register as is necessary to reflect the terms of this Agreed Order.

4. The Court shall retain jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this __18__ day of June, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Cynthia C. Jackson, Esq.
[Cynthia C. Jackson, Esq. is directed to serve a copy of this order on any party in interest who has not received the order through the CM/ECF system and to file a proof of service.]

---

[3] This Order is to correct paragraph 2 of the Order dated June 5, 2007 (Docket No. 16658) to state that "This Agreed Order resolves all liabilities and obligations related to (i) Claim No. 12443, (ii) all proofs of claim and administrative expense claims pertaining to Store No. 2312 filed by GE Capital in these Chapter 11 cases and (iii) all other pre-petition or pre-effective date claims pertaining to Store No. 2312 GE Capital has or may have against the Reorganized Debtors or any of their Chapter 11 estates, officers, employees, agents, successors or assigns, all of which are forever waived, discharged, and released."

**Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| **SMITH HULSEY & BUSEY** | **MORITT HOCK HAMROFF & HOROWITZ LLP** |
| By _s/ Cynthia C. Jackson_<br>Cynthia C. Jackson | By _s/ Leslie Ann Berkoff*_<br>Leslie Ann Berkoff |
| Florida Bar Number 498882<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com | 400 Garden City Plaza<br>Garden City, New York 11530<br>(516) 873-2000<br>(516) 873-2010 (facsimile)<br>lberkoff@moritthock.com |
| Counsel for Reorganized Debtors | Counsel for GE Capital Realty, Inc. as Servicing Agent for Great Oak, LLC |
| | * Counsel has authorized the use of her electronic signature |

00567449.1.1