**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Reorganized Debtors.[1] | ) Jointly Administered |
| | ) |
| | ) |

**AGREED ORDER RESOLVING CLAIM NUMBER 10978 FILED BY NEW PLAN EXCEL REALTY TRUST, INC., AS SET FORTH IN THE DEBTORS' TWENTY-SECOND OMNIBUS CLAIMS OBJECTIONS**

These cases came before the Court for hearing on October 12, 2006, upon the Twenty-Second Omnibus Objection of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"),[2] which objection included as one of the several claims subject to dispute the claim of New Plan Excel Realty Trust, Inc. filed as claim number 10978, relating to store number 886. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of such reorganized debtors were closed on March 22, 2007.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

1. Based upon prior payment by the Debtors to New Plan Excel Realty Trust, Inc. of the postpetition amounts alleged to be owed in claim number 10978, claim number 10978 is disallowed in its entirety.

2. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 18 day of June, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| SMITH HULSEY & BUSEY | POLLACK BALLARD SPAHR ANDREWS & INGERSOLL, LLP |
|---|---|
| By /s/ James H. Post<br>James H. Post (FBN 175460) | By /s/ David L. Pollack         *<br>David L. Pollack |
| 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>Email: jpost@smithhulsey.com | 1735 Market Street, 51st Floor<br>Philadelphia, Pennsylvania 19103<br>(215) 864-8325<br>(215) 864-9473 (facsimile)<br>Email: pollack@ballardspahr.com |
| -and- | Counsel for New Plan Excel Realty Trust, Inc. |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | *Counsel has authorized his electronic signature |
| D. J. Baker<br>Rosalie Walker Gray<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile) | |
| Co-Counsel for Reorganized Debtors | |

3