UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| ) | |

### AGREED ORDER RESOLVING CLAIM NO. 1167 FILED BY WEINACKER'S SHOPPING CENTER, LLC (STORE NO. 1333)

This cause originally came before the Court for hearing on June 15, 2006, upon the Eleventh Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims and (C) Misclassified Claims (the "Objection") of Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Reorganized Debtors") to the proofs of claim listed on Exhibit A through C to the Objection (Docket No. 7854). A response to the Objection was filed by Weinacker's Shopping Center, LLC ("Weinacker's"), as a result of which the Reorganized Debtors agreed to continue the Objection with respect to claim no. 1167, among others. On June 15, 2006, the Court entered an order (Docket No. 8560) sustaining the Objection as to the proofs of claim listed on the exhibits to the order and continuing the hearing on the Objection as to claim no. 1167 and other unresolved claims. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim number 1167, as amended by claim number 12949, filed by Weinacker's with respect to Store No. 1333 is disallowed in its entirety.

2. Claim number 12949 filed by Weinacker's with respect to Store No. 1333 was reclassified to administrative priority status, by the Twenty-Sixth Omnibus claims objection order (Docket No. 12908) and the December 20, 2006 order correcting the Twenty-Sixth Omnibus claims objection order (Docket No. 13344), in the amount of $44,367.15, which the Reorganized Debtors have paid in full.

3. This Agreed Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims pertaining to Store No. 1333 filed by Weinacker's in these Chapter 11 cases and (ii) all other pre-petition or pre-effective date claims pertaining to Store No. 1333 that Weinacker's has or may have against the Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

4. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this __19__ day of June, 2007, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00565297

### Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| **BARRY A. FRIEDMAN & ASSOCIATES, P.C.** | **SMITH HULSEY & BUSEY** |
| By  *s/Barry A. Friedman*\*<br>　　Barry A. Friedman | By  *s/ Cynthia C. Jackson*<br>　　Cynthia C. Jackson, F.B.N. 498882 |
| 257 St. Anthony Street<br>P.O. Box 2394<br>Mobile, Alabama 36652<br>(251) 439-7400<br>(251) 432-2665 (facsimile)<br>friedman@bafmobile.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Counsel for Weinacker's Shopping Center, LLC | Co-Counsel for Reorganized Debtors |

\*Counsel has authorized his electronic signature.

00565297