**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| _____) | |

**AGREED ORDER RESOLVING CURE OBJECTION FILED BY**
**EQUITY ONE LANTANA, INC., SALERNO VILLAGE SHOPPING**
**CENTER, LLC AND EQUITY ONE, INC. (STORE NOS. 271, 364, 365 AND 572)**

This cause came before the Court on the Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief filed by Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Reorganized Debtors") (Docket No. 8941) and the Limited Objection to Cure Amounts Proposed in Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts and (III) Grant Related Relief filed by Equity One, Inc. ("Equity One"), Equity One (Alpha) Corp., Equity One (Monument), Inc., Equity One (Commonwealth), Inc., Equity One (Delta), Inc., Equity One (Lantana), Inc. ("Equity One Lantana"), Equity One (West Lake), Inc., Salerno Village Shopping Center, LLC ("Salerno Village"), Equity One (Point Royale), Inc., UIRT – Skipper Palms, LLC, Equity One (Summerlin), Inc., Equity One (Louisiana Portfolio), LLC, and IRT Partners, LP (Docket No. 9694) with respect to Store Nos. 51, 54, 249, 271, 361, 364, 365, 371, 572, 627, 717, 1353, 2383 and 2601 (former Store No. 64) (the "Cure Objection"). Based upon the consent of the parties

appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objection is overruled as to Store Nos. 271, 364, 365 and 572.[1]

2. Proof of Claim number 10935 filed by Equity One Lantana with respect to Store No. 271 is allowed as an administrative claim in the amount of $63,213.98, $60,583.87 of which the Reorganized Debtors have paid to Equity One Lantana. Within fourteen (14) business days of entry of this Agreed Order, the Reorganized Debtors will pay Equity One Lantana[2] $2,630.11 in full satisfaction of any right to cure that Equity One Lantana has or may have under 11 U.S.C. § 365 or otherwise with respect to Store No. 271.

3. Proof of Claim number 10927 filed by Salerno Village with respect to Store Nos. 364 and 365[3] is allowed as an administrative claim in the amount of $82,863.00, $34,026.12 of which the Reorganized Debtors have paid to Salerno Village. Within fourteen (14) business days of entry of this Agreed Order, the Reorganized Debtors will pay Equity One (Florida Portfolio)[4] $48,836.88 in full

---

[1] This Agreed Order only resolves the Cure Objection as to Store Nos. 271, 364, 365 and 572 and proof of claim number 10935 filed by Equity One (Lantana), Inc. (the landlord for Store No. 271), proof of claim number 10927 filed by Salerno Village Shopping Center, LLC (the landlord for Store No. 364 and Liquor Store No. 365) and proof of claim number 10928 filed by Equity One, Inc. (the landlord for Store No. 572). This Agreed Order does not resolve the Cure Objection or proofs of claim filed by Equity One (Alpha) Corp., Equity One (Monument), Inc., Equity One (Commonwealth), Inc., Equity One (Delta), Inc., Equity One (West Lake), Inc., Equity One (Point Royale), Inc., UIRT – Skipper Palms, LLC, Equity One (Summerlin), Inc., Equity One (Louisiana Portfolio), LLC and IRT Partners, LP (the landlords for Store Nos. 51, 54, 249, 361, 371, 627, 717, 1353, 2383 and 2601 (former Store No. 64)).
[2] The Reorganized Debtors will remit the $2,630.11 payment to Equity One (Lantana), Inc. in care of Equity One Realty Management, City National Bank, Miami, Florida, 33101-9170.
[3] Salerno Village Shopping Center, LLC is the landlord for Store No. 364 and Liquor Store No. 365.
[4] The Reorganized Debtors will remit the $48,836.88 payment to Equity One (Florida Portfolio) at P.O.

satisfaction of any right to cure that Salerno Village has or may have under 11 U.S.C. § 365 or otherwise with respect to Store Nos. 364 and 365.

4. Proof of Claim number 10928 filed by Equity One with respect to Store No. 572 is allowed as an administrative claim in the amount of $75,005.34, $64,292.38 of which the Reorganized Debtors have paid to Equity One. Within fourteen (14) business days of entry of this Agreed Order, the Reorganized Debtors will pay Equity One (Louisiana Portfolio)[5] $10,712.96 in full satisfaction of any right to cure that Equity One has or may have under 11 U.S.C. § 365 or otherwise with respect to Store No. 572.

5. This Agreed Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims pertaining to Store Nos. 271, 364, 365 and 572 filed by Equity One Lantana, Salerno Village and Equity One in these Chapter 11 cases and (ii) all other pre-petition or pre-effective date claims pertaining to Store Nos. 271, 364, 365 and 572 that Equity One Lantana, Salerno Village and Equity One have or may have against the Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

6. Post-effective date liabilities and obligations will be handled by the parties in accordance with the applicable lease terms and ordinary course practices.

---

Box 01-9170, Miami, Florida 33179-4902. Equity One (Florida Portfolio) and Salerno Village Shopping Center, LLC are subsidiaries of Equity One, Inc.
[5] The Reorganized Debtors will remit the $10,712.96 payment to Equity One (Louisiana Portfolio), Inc. at P.O. Box 404716, Atlanta, Georgia 30384-4716. Equity One (Louisiana Portfolio) is a subsidiary of Equity One, Inc.

7. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 19 day of June, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00569060

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| **GREENBERG TRAURIG, P.A.** | **SMITH HULSEY & BUSEY** |
| By   *s/ Mark D. Bloom*\* | By   *s/ Cynthia C. Jackson* |
| Mark D. Bloom, F.B.N. 303836 | Cynthia C. Jackson, F.B.N. 498882 |
| 1221 Brickell Avenue | 225 Water Street, Suite 1800 |
| Miami, Florida 33131 | Jacksonville, Florida 32202 |
| (305) 579-0500 | (904) 359-7700 |
| (305) 579-0717 (facsimile) | (904) 359-7708 (facsimile) |
| bloomm@gtlaw.com | cjackson@smithhulsey.com |
| Counsel for Equity One Lantana, Inc., Salerno Village Shopping Center, LLC and Equity One, Inc. | Co-Counsel for Reorganized Debtors |

\*Counsel has authorized his electronic signature.

00569060