UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-bk-03817-3F1 |
| ) | Chapter 11 |
| WINN-DIXIE STORES, INC., et al. ) | |
| ) | |
| Debtors. ) | |
| ) | |

### AFFIDAVIT IN SUPPORT OF MOTION BY JOYCE PERKINS TO ENLARGE TIME TO FILE PROOF OF CLAIM

COMES NOW, the affiant, Joyce Perkins, who, being duly sworn, states as follows:

1. I am a resident of the City of Hallandale in the State of Florida since 1987.

2. I have personal knowledge of the facts set forth herein.

3. On or about November 15, 2006, I received serious and permanent injuries as a result of an incident at the Winn Dixie store located at 1515 E. Hallandale Beach Boulevard, Hallandale, Florida.

4. On or about November 23, 2006, I retained attorney Fred Chikovsky, of the law firm Chikovsky, Ben & Schafer, to represent me in asserting a claim against Winn Dixie.

5. At no time have I ever received any notices of pleadings indicating that Winn Dixie had filed bankruptcy.

6. At no time have I received a copy of an Order confirming Winn Dixie's Chapter 11 plan.

7. At no time have I received a copy of a Notice indicating that I needed to file anything in the Bankruptcy Court to assert my post-bankruptcy personal injury claim against Winn Dixie.

8. I was never advised of the pendency of a bankruptcy case and a claims bar date.

9. I have acted promptly and in good faith to assert a claim in this case.

FURTHER THE AFFIANT SAITH NOT.

*Joyce A. Perkins*
Joyce Perkins

STATE OF Conn.

COUNTY OF Fairfield      SS Monroe

SWORN to and SUBSCRIBED before me, this 5th day of June, 2007, by Joyce Perkins, who is personally known to me, or who produced A Conn Drv. Lic. as identification.

My term expires _____, 20___

Notary Public

OFFICIAL SEAL
Notary Public, Connecticut
County of Fairfield
RAYMOND T. GIOVANNI
My Commission Expires Jan. 31, 2011