F I L E D
JACKSONVILLE, FLORIDA

JUN 1 8 2007

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:  
WINN-DIXIE STORES, INC., et. al.,  
    Debtors.

CASE NO.: 05-03817-3F1  
CHAPTER 11  
JOINTLY ADMINISTERED

## CREDITOR'S MOTION TO SET ASIDE ORDER ON DEBTORS' OMNIBUS OBJECTION TO UNRESOLVED LITIGATION CLAIMS BASED ON INSUFFICIENT DOCUMENTATION OR LATE FILED PROOFS OF CLAIM

CREDITOR, TONI ROY, by and through undersigned counsel hereby moves the Court to set aside the Order on Debtors' Omnibus Objection to Unresolved Litigation Claims Based on Insufficient Documentation or Late Filed Proofs of Claim in this matter and states:

1. On April 5, 2007, the Order was entered striking the creditor's claim as a result of insufficient documentation or as an incomplete claim.

2. Undersigned counsel never received a copy of the Omnibus Objection, nor the notice of hearing on the Omnibus Objection and accordingly did not contest the Objection.

3. The claimant has been diligently pursuing this matter and has filed voluminous documentation and a completed claim and was in negotiation with claims settlement group at the time that this occurred.

4. Undersigned counsel, due to excusable neglect, mistake, or lost notice never calendared this matter and no timely objection was filed.

**WHEREFORE**, for good cause shown the claimant requests that the order striking this claim be reversed and that this claim be allowed to continue in bankruptcy court, and in litigation, and/ or alternative settlement.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was furnished by U.S. mail to David L. Gay, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202 on June 15, 2007.

MARTIN HANNAN, P. A.
9370 SW 72nd Street, Suite A-266
Miami, Florida 33173
Tel #: (305) 279-7280
Fax #: (305) 279-7145

BY: _____
Martin L. Hannan, Esq.
FBN 449415