UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al, ) | Chapter 11 |
| ) | |
| Debtors ) | Jointly Administered |
| ) | |

**NOTICE OF WITHDRAWAL FROM CASE
AND REQUEST TO STOP ELECTRONIC NOTICE**

**PLEASE TAKE NOTICE** that Mark G. Duncan and the law firm of Dwyer & Cambre, on behalf of Old Dixie Produce & Packaging, Inc., hereby gives notice that their representation of Old Dixie Produce & Packaging, Inc. in this matter has concluded, and request that they be removed from any and all service lists via electronic mail or otherwise in this proceeding and that they receive no further notices, pleadings, motions, orders or any other documents filed in this proceeding.

Dated:   Metairie, Louisiana
         June 20, 2007

Respectfully submitted,

DWYER & CAMBRE

_____
MARK G. DUNCAN (#29161)
3421 N. Causeway Blvd., Suite 601
Metairie, Louisiana 70002
Telephone:  (504) 838-9090
Facsimile:  (504) 838-9187
Email: mduncan@dwyercambre.com
*Attorneys for Old Dixie Produce &
Packaging, Inc.*