**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE WITH RESPECT TO**
**AGREED ORDER RESOLVING CLAIMS OF ZSF/WD FITZGERALD, LLC, ZSF/WD HAMMOND, LLC, ZSF/WD JACKSONVILLE, LLC, ZSF/WD MONTGOMERY-31, LLC, ZSF/WD OPA LOCKA, LLC, ZSF/WD ORLANDO, LLC, ZSF/WD BARSTOW, LLC, ZSF/WD CLAYTON, LLC, ZSF/WD MONTGOMERY-GUNTER, LLC, ZSF/WD GREENVILLE, LLC, ZSF/WD HIGH POINT, LLC AND ZSF/WD SARASOTA, LLC (CLAIM NOS. 13646, 13647, 13648, 13649, 13650, 13651, 13652, 13653, 13654, 13655, 13656, 31657, 13658, 13659, 13660, 13661, 13662, AND 13663)**

     I, Adam S. Ravin, certify that I caused to be served the Agreed Order Resolving Claims of ZSF/WD Fitzgerald, LLC, ZSF/WD Hammond, LLC, ZSF/WD Jacksonville, LLC, ZSF/WD Montgomery-31, LLC, ZSF/WD Opa Locka, LLC, ZSF/WD Orlando, LLC, ZSF/WD Barstow, LLC, ZSF/WD Clayton, LLC, ZSF/WD Montgomery-Gunter, LLC, ZSF/WD Greenville, LLC, ZSF/WD High Point, LLC and ZSF/WD Sarasota, LLC (Claim Nos. 13646, 13647, 13648, 13649, 13650, 13651, 13652, 13653, 13654, 13655, 13656, 31657, 13658, 13659, 13660, 13661, 13662, and 13663) (Docket No. 16745), by having a true and correct copy thereof sent to the parties listed on Exhibit A via e-mail on June 16, 2007.

Dated: June 20, 2007

                                            SKADDEN, ARPS, SLATE,
                                            MEAGHER & FLOM LLP

                                            By: /s/ *Adam S. Ravin*
                                            Adam S. Ravin
                                            Four Times Square
                                            New York, New York 10036
                                            (212) 735-3000
                                            (917) 735-2000 (facsimile)

                                                  and

SMITH HULSEY & BUSEY

By: /s/ *Cynthia C. Jackson*
Cynthia C. Jackson
Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

Co-Counsel for Reorganized Debtors

**Exhibit A**

Dennis J. Drebsky
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022
ddrebsky@nixonpeabody.com


Gordon Z. Novod
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
gnovod@kramerlevin.com