## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

### NOTICE OF WITHDRAWAL OF OBJECTION TO CLAIM NUMBER 3897 FILED BY WALKER LA COMMERCIAL PROPERTIES DEVELOPMENT CO., LLC AS SET FORTH IN THE DEBTORS' TWENTY-SIXTH OMNIBUS OBJECTION (DOCKET NO. 12281)

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries, reorganized debtors in the above-captioned cases, withdraw without prejudice the objection to claim number 3897 ($73,543.28) filed by Walker LA Commercial Properties Development Co., LLC with respect to Store No. 1465 as set forth in the Debtors' Twenty-Sixth Omnibus Objection to Claims Arising From Unexpired Leases of Non-Residential Real Property (I) That Have Been Assumed, (II) That Have Been Assumed and Assigned, or (III) That Are the Subject of Lease Termination Agreements (Docket No. 12281).

Dated: June 19, 2007

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By      *s/ D.J. Baker*
     D.J. Baker
     Sally McDonald Henry
     Rosalie Walker Gray

Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Co-Counsel for Reorganized Debtors

SMITH HULSEY & BUSEY

By      *s/ Cynthia C. Jackson*
     Stephen D. Busey
     James H. Post
     Cynthia C. Jackson, F.B.N. 498882

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Reorganized Debtors

WD-Leases - withdrawal of 26 omni as to claim no  3897 (00568158) (2)