UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO:  3:05-bk-3817-3F1

IN RE:

**WINN-DIXIE STORES, INC.,**

<u>**Debtor(s)**</u>

## <u>ORDER STRIKING MOTION TO SET ASIDE ORDER ON DEBTORS' OMNIBUS OBJECTION TO UNRESOLVED LITIGATION CLAIMS BASED ON INSUFFICIENT DOCUMENTATION OR LATE FILED PROOFS OF CLAIM</u>

The Court finds that the Motion to Set Aside Order on Debtors' Omnibus Objection to unresolved Litigation Claims based on Insufficient documentation or late filed proofs of claims filed by Martin L. Hannan, on behalf of Toni Roy on June 18, 2007 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Motion to Set Aside Order on Debtors' Omnibus Objection to unresolved Litigation Claims based on Insufficient documentation or late filed proofs of claims filed by Martin L. Hannan on behalf of Toni Roy on June 18, 2007, is stricken from the record.

**DATED June 21, 2007**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Martin Hannan, 9370 SW 72nd Street, Suite A-266, Miami, FL 33173