## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al. ) | Chapter 11 |
| ) | Jointly Administered |
| Debtors ) | |

### NOTICE OF WITHDRAWL FROM CASE
### AND REQUEST TO STOP ELECTRONIC NOTICE

PLEASE TAKE NOTICE that Robert G. Lyons and the law firm of Icard, Merrill, Cullis, Timm, Furen & Ginsburg, P.A., on behalf of Concetta Desimone, hereby gives notice that their representation of Concetta Desimone in this matter has concluded, and request that they be removed from any and all service lists via electronic mail or otherwise in this proceeding and that they receive no further notices, pleadings, motions, orders or any other documents filed in this proceeding.

Dated:    June 22, 2007

Respectfully submitted,

_____
ROBERT G. LYONS, ESQUIRE
ICARD, MERRILL, CULLIS, TIMM
FUREN & GINSBURG, P.A.
2033 Main Street, Suite 600
Sarasota, Florida 34237
Telephone: (941) 366-8100
Florida Bar No.: 0234230
Email: rlyons@icardmerrill.com
Counsel for Concetta Desimone