UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re: ) Case No. 05-03817-3F1
)
WINN-DIXIE STORES, INC., et al., ) *Chapter 11*
)
Reorganized Debtors.[1] ) Jointly Administered

AGREED ORDER RESOLVING (I) CLAIM NOS. 9761, 13622 AND 13797
FILED BY TALLAHASSEE 99-FL, LLC, (II) ADMINISTRATIVE
EXPENSE CLAIM OF TALLAHASSEE 99-FL, LLC AND (III)
CLAIM NO. 13620 FILED BY CAPX REALTY, LLC

These cases originally came before the Court upon (a) the Twenty-Seventh Omnibus Objections to Claims (the "Twenty-Seventh Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") and (b) the Request of Tallahassee 99-FL, LLC for Allowance and Payment of Administrative Expense Claim (Docket No. 14063) (the "Administrative Expense Request"). Tallahassee 99-FL, LLC ("Tallahassee"), the landlord for Store No. 124, informally responded to the Twenty- Seventh Objection, seeking to have claim no. 9761 and claim no. 13622 allowed as unsecured claims. CAPX Realty, LLC ("CAPX Realty"), as lender to Tallahassee, filed a response to the Twenty-Seventh Objection, in which Tallahassee opposed the Debtors' objection to claim no. 13620. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

1. Claim no. 13622 filed by Tallahassee is allowed as an unsecured non-priority claim in the amount of $900,095.55 (plan class 13), and the remainder of claim no. 13622 is disallowed.

2. Claim no. 9761 and claim no. 13797 filed by Tallahassee are disallowed in their entirety.

3. Claim no. 13620 filed by CAPX Realty is disallowed in its entirety.

4. The claim sought in the Administrative Expense Request is allowed as (i) an administrative expense claim in the amount of $52,631.67 (which has been previously paid the Debtors), and (ii) an unsecured non-priority claim in the amount of $305,000.00 (plan class 13) (which unsecured claim was originally asserted as unliquidated in claim no. 13622). The remainder of the Administrative Expense Request is disallowed.

5. CAPX Realty and Tallahassee shall comply with that certain order entered by the United States Bankruptcy Court for the Southern District of New York on June 7, 2007, in the case styled as Tallahassee 99-FL, LLC, Case No. 07-11342, Chapter 11, with respect to the settlement of the claims discussed herein and the escrowing of the proceeds therefrom.

6. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 21 day of June, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | KLEIN & SOLOMON, LLP |
| By /s/ James H. Post<br>James H. Post  (FBN 175460) | By /s/ Jeffrey M. Rosenberg            *<br>Jeffrey M. Rosenberg<br>Solomon J. Jaskiel |
| 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>Email: jpost@smithhulsey.com | 275 Madison Avenue, 11th Floor<br>New York, New York 10016<br>(212) 661-9400<br>(212) 661-6606 (facsimile)<br>Email: jeff@kleinsolomon.com |
| -and- | Counsel for Tallahassee 99-FL, LLC |
| SKADDEN, ARPS, SLATE,<br>MEAGHER & FLOM LLP | *Counsel has authorized his electronic signature |
| Rosalie Walker Gray<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>Email: rgray@skadden.com | LOWNDES, DROSDICK, DOSTER,<br>KANTOR & REED, P.A.<br><br>By /s/ Zachary J. Bancroft            *<br>Zachary J. Bancroft |
| Co-Counsel for the Debtors | 450 S. Orange Avenue, Suite 250<br>P.O. Box 2809<br>Orlando, Florida 32802<br>(407) 843-4600<br>(407) 843-4444 (facsimile)<br>Email: zachary.bancroft@lddkr.com |
| | Counsel for CAPX Realty, LLC |
| | *Counsel has authorized his electronic signature |